# EXHIBIT B13



Contract Work Authorization

# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C12846 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C11056 dated September 28, 2018 (the "MSA") between the below-named Contractor ("Contractor"), a Massachusetts Company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | | |
|---|---|---|---|
| **Contractor's Legal Name:** | GEI Consultants, Inc. | **Total Number of Pages: 10** | |
| **Contractor's Address:** | 180 Grand Avenue, Suite 1410 Oakland, CA 94612 | | |

| | |
|---|---|
| **Project Name:** | Drum Req FSP Support |
| **Job Location:** | Drum Watershed |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

GEI Consultants to provide the necessary engineering services in support of PG&E's Dam Safety Facility Safety Program. project.

**ATTACHMENTS: Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1: Scope of Work and Pricing, 6 Pages
Attachment 2: 1A General Conditions Required Exhibits, 2 Pages

**CWA TERM:** This CWA is effective upon signature by both parties and expires on July 31, 2019. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of July 31, 2019.

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL: $152,785.00 (One Hundred Fifty Two Thousand Seven Hundred Eighty Five Dollars and No/100)**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: GEI CONSULTANTS, INC. | |
|---|---|---|---|
| Signature | *DocuSigned by:* Holly Krieg — 66E61D4CA858457... | Signature | *DocuSigned by:* — 9250EFE00508481... |
| Name | Holly Krieg | Name | |
| Title | Sr Sourcing Specialist, Generation Sourcing | Title | |
| Date | 12/21/2018 | Date | 12/21/2018 |

62-4229 CWA (9/26/11)    Sourcing

DocuSign Envelope ID: 676EB2BD-8AD0-4E9A-8202-7B395FE8D34F



| ADMINISTRATION | | | | |
|---|---|---|---|---|
| **PG&E Negotiator** | Holly Krieg | | **Contractor Represent** | Bill Rettberg |
| **Phone** | 916-742-9543 | | **Phone** | 510-350-2910 |
| **Email** | hxkn@pge.com | | **Email** | wrettberg@geiconsultants |

| **Accounting Reference** | 10210230 |
|---|---|

| **PG&E Work Supervisor:** | Eng Sew Aw-e1a7@pge.com | **Phone:** 415-973-3540 |
|---|---|---|

| **INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:** (See note below if using PG&E's electronic invoicing system) | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
|---|---|---|
| | **Send COPY of Invoice to:** | Johnny Chan-j9c1@pge.com |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. | |
| | *Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor: Eng Sew Aw-e1a7@pge.com PM: Luyin Zhu-lxz3@pge.com | ☐ Manager |
| | ☒ Invoice Approver: Johnny Chan-j9c1@pge.com | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing-Holly Krieg-hxkn@pge.com |
| | ☐ Director | ☐ Law |

62-4229 CWA (9/26/11)  Sourcing



December 13, 2018

Ada Luyin Zhu, PE
Hydro Generation Department
Pacific Gas & Electric Company
245 Market Street, Room 1100, Mail Code N11D
San Francisco, CA 94105-1702

**Subject: Proposal for Engineering Services in Support of Facilities Safety Program**

Dear Luyin:

GEI Consultants, Inc. (GEI) is pleased to present our proposal to provide engineering services in support of PG&E's Dam Safety Facility Safety Program. We are very committed to providing services that exceed expectations while supporting PG&E's needs.

## BACKGROUND

GEI understands that the Deputy Chief Dam Safety Engineer (Ms. Zhu) is seeking support with various dam safety tasks related to PG&E's Facility Safety Program. GEI will assist Ms. Zhu over an approximate 6-month period with various tasks, outlined below, as needed in support of PG&E.

This work will be carried out as described below.

## SCOPE OF SERVICES

Engineering Services will be carried out as described below.

## Task 1. Engineering Services

GEI will support Ms. Zhu and the Facilities Safety Program as needed. The scope and level of effort may be adjusted and changed, if necessary, during the execution of the work.

- Task 1 Engineering Services generally includes, but is not limited to the following:

    o Collect and evaluate data, conduct assessments and technical studies, perform engineering analyses, prepare reports, and develop recommendations to support the safe and reliable performance of PG&E's dams and appurtenant facilities;

    o Provide guidance and technical support for inspections, condition assessments, engineering analyses and designs, best practices, code and regulatory compliance, asset management programs, project execution, quality assurance, and operation and maintenance of dams and associated water conveyance facilities;

    o Manage facilities safety programs and initiatives (e.g., surveillance and monitoring, seismic hazard, risk assessment and mitigation, and equipment-specific asset management programs);

    o Oversee technical studies and projects involving PG&E's dams and water conveyance facilities;

- ○ Review and approve engineering calculations, designs, and other work products;

- ○ Prepare and review regulatory correspondence related to PG&E's dam and facilities safety programs;

- ○ Provide technical support to O&M as needed including incident investigation and development of corrective actions;

- ○ Proactively control scope, schedule, cost, and quality of designs and projects throughout project life cycle; including coordinating related activities of all project internal and external stakeholders; and

- ○ Perform and/or review engineering analyses and studies, detailed scope, viable alternatives, conceptual designs, and recommended fixes to ensure safe/reliable operation of generation assets.

GEI has assumed the following regarding Task 1:

- ■ Engineering services for PG&E will begin mid to late December on a mutually agreeable date;

- ■ The duration of Engineering Services will be 6 months (24 weeks) full time (40 hours/week);

- ■ PG&E will cover all project-related expenses (i.e. meals and lodging during site inspections). GEI will bill expenses with monthly invoices; and

- ■ The scope and level of effort will vary depending on the complexity of the assignment, the extent of input by GEI, the extent of work that will be performed by PG&E's staff, and subject to change as the as the scope is better defined during the work process.

## Task 2. Project Management

GEI will perform the following project management activities (where applicable for this CWA, and not already provided for within the specific Project tasks described above) on an ongoing basis:

- ■ Project Setup: Project management and project control activities associated with project setup;

- ■ Invoicing: Project management and project control activities associated with invoicing;

- ■ Change Control: Project management to deal with the scope, schedule, and cost aspects of any requested or required changes;

- ■ Staffing, Budget, and Schedule Control: Coordinate resource staff to help ensure support is available as needed, and track cost and schedule;

- ■ Information Distribution & Status Reporting: Distribute information between various team members. Prepare status reports documenting work that has occurred and planned, and project issues; and

- ■ Project Management and Coordination: Contract and project management/coordination.

DocuSign Envelope ID: 676EB2BD-8AD0-4E9A-8202-7B395FE8D34F

## PROJECT TEAM

The key personnel for this project have been chosen based on their experience and successful performance on recent PG&E projects. We have prepared a Project Organization chart **(Figure 1)** for your consideration. The PG&E staff listed below will provide assignments and direction to GEI's support services.



Project Organization
Engineering Services in Support of Facilities
Safety Program
Figure 1

## ESTIMATED BUDGET

Our estimated budget to complete the scope of services described above is **$152,785** based on the hours and rates tabulated in **Attachment A**. Our budget is based on rates agreed upon in the GEI 2018-2019 MSA C11056 (see **Attachment A**).

## LIMITATIONS

Engineering Services will be performed in PG&E offices under the day-to-day direction of a PG&E supervisor. As such, GEI assumes no liability for engineering calculations, drawings, or other work performed during the term of the assignment. PG&E will assume the responsibility for quality assurance and control of all work performed.

Case: 19-30088    Doc# 1744-14    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 6 of 11

Ada Luyin Zhu, PE        -4-        December 13, 2018

## CLOSING

GEI is very interested in continuing to assist PG&E. Thank you for considering our proposal. Please contact me or Isabelle Rawlings if you have any questions or comments. I can be reached at 510.350.2910; wrettberg@geiconsultants.com or Ms. Rawlings at 510.350.2920; irawlings@geiconsultants.com.

Very truly yours,

**GEI Consultants, Inc.**

William Rettberg, PE
Senior Vice President

Isabelle Rawlings, PE
Project Engineer

cc.      Dave Ritzman

Attachments:

     A.   Labor and Direct Cost Estimate

GEI Consultants, Inc.
180 Grand Ave, Suite 1410, Oakland, CA 94612
510.350.2900   fax 510.350.2901

DocuSign Envelope ID: 676EB28D-8AD0-4E9A-8202-7B395FE8D34F

**Attachment A**
**Labor and Direct Cost Estimate**

| Task No. | Description | Rawlings Project Manager | | Mason Engineering Support Services | | Total Estimate | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Hrs | $145.62 | Hrs | $145.62 | Hrs | Labor | ODCs (1) | Total |
| 1 | Engineering Services | | | 960 | $139,795 | 960 | $139,795 | $6,000 | $145,795 |
| 2 | Project Management | 48 | $6,990 | | | 48 | $6,990 | | $6,990 |
| | Total Tasks 1-2 | | $6,990 | | $139,795 | 1008 | $146,785 | $6,000 | $152,785 |

**Notes**

1. Other direct costs (ODCs) assumed to be $1000/month; only actual costs will be billed.
2. Project management cost assumed to be 2 hours/week.

GEI Consultants, Inc.

December 2018

DocuSign Envelope ID: C8379C84-EEF3-4165-ACEF-5864B1BC1CA7 Attachment 2 - 2018 - 2019 MSA Pricing, GEI Consultants, Inc.
MSA No. C11056, Page 1 of 1

# GEI Schedule of Prices
# PG&E MSA
# 2018-2019

| | Title | Description | Base term rates |
|---|---|---|---|
| 1 | Staff Professional Grade 1 | Bachelor's degree, 0-3 yrs. experience | $107.58 |
| 2 | Staff Professional Grade 2 | Master's degree, 0-3 yrs. experience or bachelor's degree, 3 to 6 yrs. experience | $118.56 |
| 3 | Project Professional Grade 3 | Master's degree, 3-6 yrs. experience or bachelor's degree, 6 to 9 yrs. experience | $131.28 |
| 4 | Project Professional Grade 4 | Master's degree, 6-9 yrs. experience or bachelor's degree, 10+ yrs. experience | $145.62 |
| 5 | Senior Professional Grade 5 | Master's or bachelor's degree, 10+ yrs. experience | $162.95 |
| 6 | Senior Professional Grade 6 | Master's or bachelor's degree, 15+ yrs. experience | $197.47 |
| 7 | Senior Professional Grade 7 | Master's or bachelor's degree, 15+ yrs. experience | $228.17 |
| 8 | Senior Consultant Grade 8 | Master's or bachelor's degree, 20+ yrs. experience | $256.15 |
| 9 | Senior Technical Consultant Grades 9 and 10 | Master's or bachelor's degree, 20+ yrs. experience | $256.15 |
| 11 | Senior CADD Drafter/Designer | | $128.67 |
| 12 | CADD Drafter/Designer | | $117.08 |
| 13 | Senior Technician | | $97.76 |
| 14 | Lab/field Technician | | $97.76 |
| 15 | Word Processor, Administrative Staff | | $97.76 |
| 16 | Office Aide | | $77.97 |

Note:    * =    These rates apply to the term of the contract amendment. These rates for 2020-2021 of the contract and will be escalated by a fixed 1.5%.

Mark-up will be cost plus 6% for outside subcontractors, reproduction, and travel expenses.

September 14, 2018

DocuSign Envelope ID: 676EB2BD-8AD0-4E9A-8202-7B395FE8D34F

# Supply Chain Responsibility - List of Subcontractors and Disbursement Record

## EXHIBIT 1-A
(See Instructions on Page 2)

**Bidder's Company Name:**
**Employer Identification # (EIN)**
**PG&E Contract Number (if any):**
**PG&E Project/Product:**
**Contract Duration (Year):** From: ___ To: ___  Total Bid Value: ___

**Name of Preparer:**
**Telephone : ( ) -**
**E-Mail:**
Is Bidder CPUC Clearinghouse Certified?  Yes  No   VON#
Is Bidder a Registered Small Business?  Yes  No   Small Business #

| (1) Subcontractor Name | (2) CPUC Clearinghouse VON# | (3) Diverse Code | (4) Small Bus. # (DGS, SBA, etc.) | (5) Small Bus. Code | (6) Address (City, State, Zip) | (7A) Work Description | (7B) Risk Level [High, Med, Low] | (8) Estimated Amount to be Paid to Subs - CPUC Clearinghouse | (9) Estimated Amount to be Paid to Subs - Small Business |
|---|---|---|---|---|---|---|---|---|---|
| GEI Consultants | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

The successful Bidder(s) will be expected to register and report all monthly subcontracted spend with subcontractors for the duration of the contract at: https://cvmas10.cvmsolutions.com/cpe/default.asp

(10) Estimated Amount ($) to be Paid to Subcontractors
(11) Estimated Percentage (%) to be Paid to Subcontractors*

*Divide estimated amount by Bid Value to determine percentage (%)
Do not enter an estimated amount in the totals for subs with no CPUC or Small Business

**Signature** _DocuSigned by:_

**Date** 12/21/2018

I hereby certify that the information listed is true to the best of my knowledge.

1 of 2

## INSTRUCTIONS

Complete items numbered 1-11 and submit with your proposal.

(1) Include the complete name of ALL subcontractors Bidder plans to use to support the PG&E contract. Please spell out acronyms.

(2) Include each subcontractor's *CPUC Clearinghouse* Verification Order Number (VON) as listed in the CPUC Clearinghouse database (if applicable).

(3) Include each subcontractor's Diverse Code (if applicable). See Diverse Code List below.

(4) Include each subcontractor's *Small Business* number (if applicable). See Small Business instructions below.

(5) Include each subcontractor's Small Business Code (if applicable). See Small Business Code List below.

(6) Include the city, state and zip of each subcontractor.

(7) (A) Provide a brief description of the work each subcontractor will be performing. (B) Indicate if the subcontractor will be performing low, medium or high risk work. Refer to PG&E's Contractor Safety Standard (SAFE-3001S); http://www.pge.com/contractorsafety/ for additional information.

(8) Include the estimated amount to be paid to each *CPUC Clearinghouse* subcontractor with a VON number.

(9) Include the estimated amount to be paid each *Small Business* subcontractor with a Small Business number.

(10) Total the estimated amount to be paid to each CPUC *Clearinghouse* subcontractor with a VON number (column 8), then;
   Total the estimated amount to be paid to each Small Business subcontractor with a Small Business number (column 9).

(11) Divide the estimated total amount to be paid to each *CPUC Clearinghouse* subcontractor with a VON number (column 8) by the Bid Value to calculate the percentage, then;
   Divide the estimated total amount to be paid to each *Small Business* subcontractor with Small Business number (column 9) by the Bid Value to calculate the percentage.

*Do not enter an estimated amount for subcontractors without a CPUC Clearinghouse or Small Business number. Do, however, list the name, diverse code (if applicable), address and work description.*

## DIVERSE STATUS

To locate the Verification Order Number (VON), diversity status or to find potential subcontractors, access the CPUC Clearinghouse Database: https://sch.thesupplierclearinghouse.com/FrontEnd/SearchCertifiedDirectory.asp

### Diverse Code List

**WBE** Women Business Enterprise: A business enterprise that is at least 51 percent owned by a woman or women, or, in the case of any publicly-owned business, at least 51 percent of the stock of which is owned by one or more women, and whose management and daily business operations are controlled by one or more of those individuals

**MBE** Minority Business Enterprise: A business enterprise that is at least 51 percent owned by a minority group or groups, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more minority-group individuals, and whose management and daily business operations are controlled by one or more of those individuals.

**DVBE** The same meaning as defined in subdivision (g) of the Military and Veterans Code and must meet the "Control" criteria. An enterprise which is 51 percent owned by a California Service Disabled, or the stock is 51 percent owned, by one or more disabled veterans, and whose management and daily business operations are controlled by one or more of those individuals.

**LGBTBE** A business enterprise that is at least 51 percent owned by a lesbian, gay, bisexual, transgender person or persons, or, in the case of any publicly-owned business, at least 51 percent of the stock of which is owned by one or more LGBT person and whose management and daily business operations are controlled by one or more of those individuals.

## SMALL BUSINESS STATUS

To determine Small Business status or to find potential subcontractors, access the following sites:

**DGS** Department of General Services (DGS):
http://www.dgs.ca.gov/pd/Programs/OSDS.aspx

**SBA** Small Business Administration (SBA): https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

### Small Business Code List

**SBE-DGS** A small business certified by the Department of General Services.

**SBE-SBA** A small business registered by the Small Business Administration.

**SBE-OTH** A small business registered by another agency that issues a Small Business number.

**NOTE:** Subcontractors may have a CPUC Clearinghouse and a Small Business certification. Please list both. If a company has more than one Small Business certification, the order of priority in which to list certifications is as follows: (1) Department of General Services (DGS), (2) Small Business Administration (SBA), (3) Any other small business registry where a number is issued.

The information provided on this Exhibit may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.