Zia F. Modabber (#137388)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Email: zia.modabber@kattenlaw.com

*Counsel for Lazard Frères & Co. LLC*




UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY STEVEN J. REISMAN *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Steven J. Reisman, an active member in good standing of the bar of the state of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing *Lazard Frères & Co. LLC* in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and email address of that attorney is:

Zia F. Modabber (#137388)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Email: zia.modabber@kattenlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2019

*Steven J. Reisman*
Steven J. Reisman

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

**Appellate Division of the Supreme Court**
**of the State of New York**
**First Judicial Department**

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

**STEVEN J. REISMAN**

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **September 19, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 12, 2019**

4658

Clerk of the Court

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065438 - JB

April 29, 2019
13:50:30

PRO HAC VICE FEE
19-30088-DM11

Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $310.00 CH
Check#.: 76669

Total-> $310.00

FROM: KATTEN MUCHIN ROSENMAN LLP