Zia F. Modabber (#137388)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:     (310) 788-4400
Facsimile:      (310) 788-4471
Email:            zia.modabber@kattenlaw.com

Counsel for Lazard Frères & Co. LLC



FILED
APR 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY WILLIAM J. DORSEY *PRO HAC VICE*** |

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, William J. Dorsey, an active member in good standing of the bar of the states of Illinois, Kansas, and Missouri, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lazard Frères & Co. LLC in the above-entitled cases.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and email address of that attorney is:

> Zia F. Modabber (#137388)
> **KATTEN MUCHIN ROSENMAN LLP**
> 2029 Century Park East
> Suite 2600
> Los Angeles, CA 90067-3012
> Telephone: (310) 788-4400
> Email: zia.modabber@kattenlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2019

*William J. Dorsey*
William J. Dorsey

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

William Jay Dorsey

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/04/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of April, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 24, 1999,

WILLIAM JAY DORSEY

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**INACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 15th day of April , 2019.

*Douglas T. Shima*
_Clerk of the Supreme Court of Kansas_

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/1998,

## William Jay Dorsey

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of April, 2019.



*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

**UNITED STATES
BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065437 - JB

April 29, 2019
13:46:01

**PRO HAC VICE FEE**
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $310.00 CH
Check#.: 76671

Total-> $310.00

FROM: KATTEN MUCHIN ROSENMAN LLP

Case: 19-30088    Doc# 1746    Filed: 04/29/19    Entered: 04/29/19 14:35:28    Page 6 of 6