
FILED
APR 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Zia F. Modabber (#137388)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:   (310) 788-4400
Facsimile:   (310) 788-4471
Email:       zia.modabber@kattenlaw.com

Counsel for Lazard Frères & Co. LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY THERESA A. FOUDY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Theresa A. Foudy, an active member in good standing of the bar of the state of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lazard Frères & Co. LLC in the above-entitled cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and email address of that attorney is:

> Zia F. Modabber (#137388)
> **KATTEN MUCHIN ROSENMAN LLP**
> 2029 Century Park East
> Suite 2600
> Los Angeles, CA 90067-3012
> Telephone: (310) 788-4400
> Email: zia.modabber@kattenlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2019

*Theresa A. Foudy*
Theresa A. Foudy

2



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Theresa Ann Foudy** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 18th day of May 1994, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 11, 2019.

*Aprilanne Agostino*

Clerk of the Court

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065439 - JB

April 29, 2019
13:53:54

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 76670            $310.00 CH


Total-> $310.00


FROM: KATTEN MUCHIN ROSENMAN LLP
```