Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, the Utility Reform Network

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors. | Case Nos. 19-30088 DM (Lead Case)<br>               19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date:    May 9, 2019<br>Time:   9:30 a.m.<br>Place:  Courtroom 17<br>           450 Golden Gate Avenue<br>           San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**NOTICE OF CONTINUED HEARING ON MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

**TO THE UNITED STATES TRUSTEE, ALL ECF PARTICIPANTS WHO HAVE REQUESTED NOTICE AND ACCEPTED ELECTRONIC SERVICE VIA ECF, THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS:**

NOTICE IS HEREBY GIVEN that the hearing on the above-referenced HEARING ON MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a) previously scheduled for May 8, 2019, has been continued to May 9, 2019, at 9:30 a.m.

Dated: April 29, 2019                     BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
         Robert G. Harris

Attorneys for TURN, the Utility Reform Network