Entered on Docket
April 29, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Zia F. Modabber (#137388)
   **KATTEN MUCHIN ROSENMAN LLP**
2  2029 Century Park East            Signed and Filed: April 29, 2019
3  Suite 2600
   Los Angeles, CA 90067-3012
4  Telephone:  (310) 788-4400
   Facsimile:  (310) 788-4471
5  Email:      zia.modabber@kattenlaw.com
                                      DENNIS MONTALI
                                      U.S. Bankruptcy Judge
6  *Counsel for Lazard Frères & Co. LLC*

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEVEN J. REISMAN *PRO HAC VICE*** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Steven J. Resiman, whose business address and telephone number is

Steven J. Reisman (*pro hac vice* pending)
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Email: sreisman@katten.com

and who is an active member in good standing of the bar of the state of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lazard Frères & Co. LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**