

Signed and Filed: April 29, 2019

_/s/ Dennis Montali_
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Zia F. Modabber (#137388)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Email: zia.modabber@kattenlaw.com

*Counsel for Lazard Frères & Co. LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY THERESA A. FOUDY *PRO HAC VICE*** |

Theresa A. Foudy, whose business address and telephone number is

Theresa A. Foudy
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Email: tfoudy@katten.com

and who is an active member in good standing of the bar of the state of New York, having applied in

the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing Lazard Frères & Co. LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**