CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ADEL TURKI IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY COMPASS LEXECON, LLC AS ECONOMIC CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO PETITION DATE**<br>Date: May 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Dr. Adel Turki, being duly sworn, state the following under penalty of perjury:

I am a Senior Managing Director of Compass Lexecon, LLC ("**Compass**"), a leading economic consulting firm. I am duly authorized to make this declaration (the "**Declaration**") on behalf of Compass and submit it in support of the *Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date* (the "**Application**"), which was filed by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") to perform those engagements summarized in the in the Application (the "**Engagements**").[1] Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

## I. COMPASS' QUALIFICATIONS

Pursuant to the terms of the Engagements, Compass has agreed to provide certain economic consulting services to the Debtors to the extent necessary to complete the projects specified the March 22, 2018 retention letter (together with the current 2019 Schedule of Fees and the April 29, 2019 amendment, the "**Engagement Letter**", annexed hereto as **Exhibit A**). Compass is well-qualified to provide such services to the Debtors as it has extensive experience and knowledge in performing the scope of work described below and is widely recognized for its experience and expertise in the provision of such services to a wide variety of business entities.

Compass is a leading economic consulting firm with twenty-one (21) offices and more than 425 employees globally. Compass has considerable experience providing a wide variety of consulting services, including economic and financial analysis, to businesses in various contexts. In particular, Compass has expertise evaluating and assessing damages and losses in mass tort litigation, including in matters pertaining to the BP Deepwater Horizon oil spill and the General Motors ignition switch recalls.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Compass has also been employed in numerous chapter 11 cases, including: *In re Aeropostale, Inc.*, Case No. 16-11275 (SHL) (Bankr. S.D.N.Y.); *In re AMR Corp.*, Case No. 11-15463 (SHL) (Bankr. S.D.N.Y.); *In re GenOn Energy, Inc.*, Case No. 17-33695 (DRJ) (Bankr. S.D. Tex.); *In re Lehman Bros. Holdings Inc., et al*, 08-01355 (SCC) (Bankr. S.D.N.Y.); *In re Lightsquared Inc., et al*., Case No. 12-12080 (SCC) (Bankr. S.D.N.Y.); *In re Motors Liquidation Co.*, Case No. 09-50026 (MG) (Bankr. S.D.N.Y.); *In re MPM Silicones, LLC*, Case No. 14-22503 (RDD) (Bankr. S.D.N.Y.); *In re Nine West Holdings, Inc.*, Case No. 18-10947 (SCC) (Bankr. S.D.N.Y.); *In re Paragon Offshore PLC*, Case No. 16-10386 (CSS) (Bankr. D. Del.); *In re Physiotherapy Holdings, Inc.*, Case No. 13-12965 (KG) (Bankr. D. Del.); *In re Tribune Co.*, Case No. 08-13141 (KJC) (Bankr. D. Del.); *In re Tronox Inc.*, Case No. 09-10156 (ALG) (Bankr. S.D.N.Y.).

Furthermore, as described in the Zumbro Declaration, Compass performed a number of services for the Debtors prior to January 29, 2019 (the "**Petition Date**") and, as a result, has developed valuable institutional knowledge regarding the subject matter of its engagement, which will assist it in providing effective and efficient services in the Chapter 11 Cases. Accordingly, Compass is both well-qualified and uniquely able to provide the services set forth in the Application during the Chapter 11 Cases in an efficient and timely manner.

Compass submits that continued employment and retention of Compass as economic consultants to the Debtors for the purpose of completing the specific services set forth in the Engagement Letter is in the best interests of the Debtors, their creditors and all parties in interest.

## II.  SCOPE OF SERVICES

Pursuant to the terms and conditions of the Engagement Letter, the Debtors seek to continue to retain Compass, through Cravath, to serve as economic consultants to assist with Cravath's representation of Debtors. The Debtors and Cravath contemplate the continuation of Compass' engagement for a wide variety of services as have been, and may be, requested by Cravath and/or the Debtors (the "**Services**"), including (but not limited to) the following:

- Analyzing the losses and potential damages associated with the Northern California

Wildfires;

- Assisting the Debtors in any claims estimation process in the Chapter 11 Cases, including performing economic analysis and data review pertaining to the estimation of potential liability in connection with the Northern California Wildfires;

- Supporting the Debtors with related empirical analyses; and

- Providing expert testimony in connection with any of the foregoing services.

To the extent that the Debtors and Compass later determine that Compass will perform additional services, deemed appropriate and necessary to benefit the Debtors' estates, and going beyond those contemplated by the Application or reasonable extensions thereof, Compass and the Debtors may enter into additional agreements with respect to such services and will seek separate retention orders with regard to any such additional agreements.

## III. NO DUPLICATION OF SERVICES

Compass understands that the Debtors have retained and may retain additional professionals during the term of the engagement. It is my understanding that the services to be rendered by Compass will not be duplicative of the services rendered by any other professionals in the Chapter 11 Cases. Compass will, working together with the Debtors and Cravath, use reasonable efforts to avoid the duplication of services being rendered by Compass and other professionals in the Chapter 11 Cases and agrees to work cooperatively with any additional professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.

## IV. PROFESSIONAL COMPENSATION

Compass intends to apply to the Court for allowance of compensation and reimbursement of expenses for the services performed for the Debtors, in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the *United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*, effective February 19, 2014 (the "**Local**

Guidelines"), the U.*S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 701], and any further Orders of the Court in the Chapter 11 Cases regarding professional compensation and reimbursement of expenses (the "**Orders**"). Moreover, Compass will make reasonable efforts to comply with the requests of the United States Trustee ("the **U.S. Trustee**") for information and additional disclosures as set forth in the Fee Guidelines or any other applicable Orders.

Compass' decision to advise and assist the Debtors in connection with these Chapter 11 Cases is subject to its ability to be retained in accordance with the terms set forth in the Engagement Letter. Subject to this Court's approval, Compass, in accordance with its customary terms and conditions of employment, including the proposed compensation arrangements set forth in the Engagement Letter (the "**Fee Structures**"), applies for compensation for Compass' consulting services on an hourly basis in accordance with Compass' ordinary and customary rates in effect on the date such services are rendered; and reimbursement of actual and necessary costs and expenses incurred by Compass in connection with all services performed on behalf of the Debtors. I believe that these Fee Structures and compensation for each of the Engagements are market-based and reasonable considering Compass' knowledge and experience.

The hourly rates set forth below are Compass' applicable hourly rates for the work of its professionals and staff members for the services set forth in the Engagement Letter. These hourly rates reflect Compass' normal and customary billing practices for engagements of this complexity and magnitude. Compass' hourly rates are subject to periodic adjustment from time to time in accordance with Compass' established billing practices and procedures. Compass will provide

reasonable notice of any changes to its hourly rates to the Debtors and the U.S. Trustee.

| Compass Professional | Hourly Fee |
|---|---|
| Senior Professionals | $700-975 |
| Professional Staff | $580-685 |
| Research Staff | $220-605 |

Additionally, Compass will invoice the Debtors for its reasonable out-of-pocket expenses charged during the Chapter 11 Cases, which include, among other things, travel expenses and expenses for purchased data. Such out-of-pocket expenses are charged at actual cost. Compass will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases.

In the ninety (90) days before the Petition Date, the Debtors paid Compass $739,321.58 for services rendered.

## V. COMPASS' DISINTERESTEDNESS

### A. Prepetition Fees and Expenses

Compass does not hold a prepetition claim against the Debtors for amounts owed or services rendered. In the ninety (90) days before the Petition Date, the Debtors paid Compass $739,321.58 for services rendered. Compass is not owed any prepetition fees or expenses related to these Chapter 11 Cases, but Compass may be owed money on account of prepetition fees or expenses in matters involving the Debtors but unrelated to these Chapter 11 Cases. To the extent any money is owed by the Debtors on account of prepetition fees or expenses, Compass hereby waives such amounts so that it is not a creditor of the Debtors.

### B. Current or Former Director, Officer or Employee of the Debtors

Compass and the professionals assigned to these Chapter 11 Cases currently do not serve and have not served as a director, officer or employee of the Debtors within two years before the Petition Date.

### C. Compass' Corporate Relationship with FTI

The Creditors Committee has applied to retain FTI Consulting, Inc. ("**FTI**") in the Chapter 11 Cases. While Compass is a wholly owned subsidiary of FTI, I do not believe that either the

Debtors' retention of Compass or the Creditors Committee's potential retention of FTI create an interest materially adverse to the interest of the Debtors' estates, for the following reasons:

*First*, Compass, while owned by FTI, operates as a separate and independent corporate entity from FTI. FTI does not manage, oversee or control any aspect of Compass' day-to-day operations. Compass' management, employees and information technology systems are wholly separate and in no way overlap with FTI's management, employees or information technology systems.

*Second*, specifically as it relates to the work that Compass has been and may be doing for Cravath and the Debtors related to the Northern California Wildfires, FTI has not had, and will continue to not have, any supervision or control over any of the work performed by Compass. Compass' work related to the 2017 North Bay fires and the 2018 Camp fire was performed entirely by Compass personnel, who, as previously mentioned, share no overlap in any respect with FTI personnel and staff.

*Third*, FTI has no visibility into, or access to, and has not seen to date, any of the work, or the results thereof, that Compass has undertaken for Cravath and the Debtors related to the Northern California Wildfires.

*Fourth*, FTI and Compass will not be working together, in any way, on any matters as to which Compass is being retained in the Chapter 11 Cases.

Compass commits to protecting the confidentiality of its client information through the use of internal security procedures designed to ensure that only Compass employees involved directly with or working on the Debtors' engagement may have access to the information, databases, e-mails, schedules or any other information relating to that engagement.

### D. Compass' Conflicts Checking Process and Results

In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Compass undertook to determine whether Compass has any conflicts or other relationships that, in contravention of Bankruptcy Code Section 327(a), might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, Compass obtained

from the Debtors the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"). A list summarizing the Potential Parties in Interest is reflected on **Schedule 1** attached hereto.

Compass' conflict analysis, completed under my supervision, consisted of queries of an internal computer database containing names of current and former clients and other relationships (the "**Client Database**"). The Client Database generally includes: (i) the name of each client of Compass; (ii) the name of each party who is or was known to be adverse to such client of Compass in connection with the matter in which Compass is or was engaged for such client; (iii) the name of each party that has, or had, a substantial role with regard to the subject matter of Compass' retention; and (iv) the names of Compass professionals who are, or were, primarily responsible for matters for such clients.

In addition, an email was issued to all Compass professionals to determine whether any such individuals or any members of their households (i) own any debt or equity securities of the Debtors; (ii) hold a claim against or interest adverse to the Debtors; (iii) are or were officers, directors, or employees of the Debtors or any of their affiliates or subsidiaries; (iv) are related to or have any connections with Bankruptcy Judges in the Northern District of California; or (v) are related to or have any connections to anyone working in the Office of the United States Trustee for the Northern District of California.

A summary of the relationships and representations that Compass was able to identify using its reasonable efforts is set forth on **Schedule 2** to this Declaration. Compass' representation of each entity listed on **Schedule 2** (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these Chapter 11 Cases. This list includes Compass' relationships with the Debtors, their affiliates and subsidiaries, their current and former directors and officers, including their affiliations, the Debtors' professionals, their lenders and administrative agents, their insurance providers, their DIP lenders, their top unsecured creditors, material contract counterparties, their significant shareholders and holders of unsecured notes, the unions, certain litigants, regulatory and government agencies, members of the Committee,

members of the Official Tort Claimants Committee and its professionals (and individual member professionals), members of the various ad hoc groups, including their professionals, and employees of the Office of the Governor of California and its advisors, the office of the United States Trustee for Region 17 and the Bankruptcy Court.

Except as set forth on **Schedule 2** hereto: (a) Compass has no connection with the Debtors, the Debtors' creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in these Chapter 11 Cases or their respective attorneys or accountants; (b) Compass is not a creditor, equity security holder, or insider of the Debtors; (c) neither Compass (nor any of its professionals) is or was, within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Compass does not have an interest materially adverse to the Debtors, their estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason. Accordingly, to the best of my knowledge, Compass is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

Compass is not providing, and will not provide, services to any of the clients that are listed on **Schedule 2** with respect to matters as to which they would be adverse to the Debtors or their estates or related to issues connected to the Debtors' Chapter 11 Cases. Further, Compass is not providing, and will not provide, services to the Debtors that would be adverse to any of the entities listed on **Schedule 2**.

As set forth in further detail herein, Compass is a global economic consulting firm. As can be expected with respect to any international professional services firm such as Compass, Compass provides a wide range of services to many clients, which may include one or more entities with interests in these Chapter 11 Cases. To the best of my knowledge, Compass's services for such clients do not relate to these Chapter 11 Cases.

Moreover, as part of its diverse practice, Compass appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and

financial consultants, who may represent claimants and Potential Parties in Interest in these Chapter 11 Cases. Additionally, Compass has performed in the past, and may perform in the future, consulting services for various attorneys and law firms in the legal community and has been represented by several attorneys and law firms in the legal community, some of whom may be involved in these Chapter 11 Cases. Moreover, Compass has in the past, may currently and will likely in the future be working with or against other professionals involved in these Chapter 11 Cases on matters unrelated to the Debtors or these Chapter 11 Cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships create interests materially adverse to the Debtors with respect to the matters for which Compass is to be employed, and none are in connection with these Chapter 11 Cases.

Although Compass has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Compass may maintain business relationships. Other than as disclosed herein, Compass has no relationship with the Debtors of which I am aware after due inquiry.

To the best of my knowledge, no professional of Compass who will work on these engagements is related or connected to any United States Bankruptcy Judge for the Northern District of California, any District Judge for the Northern District of California, or any employee of the U.S. Trustee.

As specifically set forth in **<u>Schedule 2</u>**, Compass represents certain of the Potential Parties in Interest in ongoing matters unrelated to the Debtors and these Chapter 11 Cases. None of these representations described herein are materially adverse to the Debtors' estates. Compass should not be disqualified from acting as the Debtors' economic consultant merely because it represents certain of the Debtors' creditors, equity holders or other parties in interest in matters unrelated to these Chapter 11 Cases.

Based on all of the foregoing, to the best of my knowledge and except as noted above, Compass does not hold or represent any interest adverse to the Debtors' estates, and therefore

1  believes it is eligible to represent the Debtors under Bankruptcy Code § 327(a).  It is Compass'
2  policy and intent to update its relationship search for any potential additional parties in interest.
3  To the extent Compass discovers any new material relevant facts bearing on the matters described
4  herein during the period of Compass' retention, Compass will amend and supplement the
5  information contained in this Declaration to disclose any additional facts and will promptly file a
6  Bankruptcy Rule 2014(a) Supplemental Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 29 , 2019

By: _____

Adel Turki
Senior Managing Director
Compass Lexecon, LLC

**<u>Schedule 1</u>**

**Interested Parties**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years)
- Affiliates and Subsidiaries
- Bank Accounts
- Bankruptcy Judges & Staff Northern District of California
- Current Officers and Directors
- Term and Revolving Loan Lenders and Administrative Agents
- Contract Counterparties
- Debtors' Professionals (law firms, accountants and other professionals)
- Former Officers and Directors (since 2008)
- Affiliations of Former Officers
- Affiliations of Former Directors
- Insurance/Insurance Provider/Surety Bonds
- Landlords and parties to leases
- Lenders (Prepetition and Proposed Postpetition)
- Litigation Counterparties, Litigation Pending Lawsuits (includes threatened litigation)
- Litigation Parties (in adversary proceeding 19-03003)
- Ad Hoc Committee of Unsecured Tort Claimant Creditors
- Official Committee of Tort Claimants
- Non-Debtors Professionals
- Official Committee of Unsecured Creditors Committee – Professionals and Members
- Ad Hoc Group of Subrogation Claim Holders
- Ad Hoc Committee of Senior Unsecured Noteholders
- Ordinary Course Professionals
- Letters of Credit
- Regulatory and Government (Federal, State and Local) Entities
- DIP Lenders
- Significant Competitors
- Significant Shareholders (more than 5% of equity)
- Significant holder of voting securities
- Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
- Top Unsecured Creditors
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties / Notice of Appearance Parties

## Schedule 2

Compass currently performs, or has previously performed, services in matters unrelated to the Chapter 11 Cases for the following individuals or entities or have other relationships with such entities, such as banking relationships:

**RELATIONSHIPS KNOWN AS OF APRIL 27, 2019:**

| Party in Interest | Entity with which Compass has a connection | Nature of connection |
|---|---|---|
| 7-Eleven | 7-Eleven | 7-Eleven is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ACE American Insurance Company | ACE American Insurance Company | ACE American Insurance Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Aetna | Aetna | Aetna is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AIG Europe Limited | AIG Europe Limited | AIG Europe Limited is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AIG Property Casualty Company | AIG Property Casualty Company | AIG Property Casualty Company is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin Gump Strauss Hadley & Feld | Akin Gump Strauss Hadley & Feld | Akin Gump Strauss Hadley & Feld is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Allegheny Energy Supply Co, LLC | Allegheny Energy Supply Co, LLC | Allegheny Energy Supply Co, LLC is a former client of Compass Lexecon in matters adverse to one or more of the Debtors, but unrelated to these Chapter 11 Cases. |
| Allstate Insurance Company | Allstate Insurance Company | Allstate Insurance Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American International Group (AIG) | American International Group (AIG) | American International Group (AIG) is a current client of Compass Lexecon in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| American Zurich Insurance Company | American Zurich Insurance Company | The American Zurich Insurance Company is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Anadarko | Anadarko | Anadarko is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Anthem Blue Cross | Anthem Blue Cross | Anthem Blue Cross is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Apollo | Apollo | Apollo is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| APTIM | APTIM | APTIM is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arch Insurance Company | Arch Insurance Company | Arch Insurance Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arnold & Porter Kaye Scholer | Arnold & Porter Kaye Scholer | Arnold & Porter Kaye Scholer is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T | AT&T | AT&T is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T Corporation | AT&T Corporation | AT&T Corporation is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T Mobility II | AT&T Mobility II | AT&T Mobility II is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baker Hostetler | Baker Hostetler | Baker Hostetler is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America | Bank of America | Bank of America is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America Merrill Lynch | Bank of America Merrill Lynch | Bank of America Merrill Lynch is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America, N.A. | Bank of America, N.A. | Bank of America, N.A. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of Montreal | Bank of Montreal | Bank of Montreal is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Bank of New York Mellon | Bank of New York Mellon | Bank of New York Mellon is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barclays Bank | Barclays Bank | Barclays Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barclays Bank PLC | Barclays Bank PLC | Barclays Bank PLC is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baupost | Baupost | Baupost is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Blue Cross of California | Blue Cross of California | Blue Cross of California is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas | BNP Paribas | BNP Paribas is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas Securities Corp. | BNP Paribas Securities Corp. | BNP Paribas Securities Corp. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas US | BNP Paribas US | BNP Paribas US is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BOKF | BOKF | BOKF is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BP Products North America | BP Products North America | BP Products North America is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cardinal | Cardinal | Cardinal is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Charter Communications | Charter Communications | Charter Communications is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chevron USA, Inc. | Chevron USA, Inc. | Chevron USA, Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chevron | Chevron | Chevron is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Chrysler | Chrysler | Chrysler is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citi | Citi | Citi is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citibank, N.A. | Citibank, N.A. | Citibank, N.A. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citigroup | Citigroup | Citigroup is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citigroup Global Markets | Citigroup Global Markets | Citigroup Global Markets is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Comcast | Comcast | Comcast is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Conoco Phillips Company | Conoco Phillips Company | Conoco Phillips Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Conocophillips | Conocophillips | Conocophillips is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cooley | Cooley | Cooley is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cravath, Swaine & Moore | Cravath, Swaine & Moore | Cravath, Swaine & Moore is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deloitte & Touche | Deloitte & Touche | Deloitte & Touche is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dentons US LLP | Dentons US LLP | Dentons US LLP is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deutsche Bank National Trust Company | Deutsche Bank National Trust Company | Deutsche Bank National Trust Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| DLA Piper (US) | DLA Piper (US) | DLA Piper (US) is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dow Chemical | Dow Chemical | Dow Chemical is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| DuPont | DuPont | DuPont is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dynegy Marketing and Trade | Dynegy Marketing and Trade | Dynegy Marketing and Trade is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dynegy Power | Dynegy Power | Dynegy Power is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Exelon Corporation | Exelon Corporation | Exelon Corporation is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ExxonMobil Corp. | ExxonMobil Corp. | ExxonMobil Corp. is a former client of Compass Lexecon in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Federal Insurance Company | Federal Insurance Company | Federal Insurance Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases |
| Frontier Communications | Frontier Communications | Frontier Communications is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| FTI | FTI | FTI is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Georgia Pacific | Georgia Pacific | Georgia Pacific is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Goldman Sachs Bank USA | Goldman Sachs Bank USA | Goldman Sachs Bank USA is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Google | Google | Google is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Graphic Packaging International | Graphic Packaging International | Graphic Packaging International is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Greenberg Traurig | Greenberg Traurig | Greenberg Traurig is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| HART High-voltage Apparatus Repair & Testing Co. | HART High-voltage Apparatus Repair & Testing Co. | HART High-voltage Apparatus Repair & Testing Co. is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hewlett Packard Inc. | Hewlett Packard Inc. | Hewlett Packard Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Honeywell HPS, Honeywell International Inc. | Honeywell International Inc. | Honeywell International Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Icap | Icap | Icap is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Internal Revenue Service | Internal Revenue Service | Internal Revenue Service is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Irell & Manella | Irell & Manella | Irell & Manella is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Itron, Inc. | Itron, Inc. | Itron, Inc. is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| J.P. Morgan Securities | J.P. Morgan Securities | J.P. Morgan Securities is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jenner & Block | Jenner & Block | Jenner & Block is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Johnson Controls | Johnson Controls | Johnson Controls is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jones Day | Jones Day | Jones Day is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| JP Morgan Securities | JP Morgan Securities | JP Morgan Securities is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Latham & Watkins | Latham & Watkins | Latham & Watkins is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lehman Brothers | Lehman Brothers | Lehman Brothers is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Level 3 Communications | Level 3 Communications | Level 3 Communications is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | Liberty Mutual Insurance Company is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Live Nation | Live Nation | Live Nation is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Locke Lord | Locke Lord | Locke Lord is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Manatt Phelps | Manatt Phelps | Manatt Phelps is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mayer Brown | Mayer Brown | Mayer Brown is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McDermott, Will & Emery | McDermott, Will & Emery | McDermott, Will & Emery is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McKinsey & Company, Inc. U.S. | McKinsey & Company, Inc. U.S. | McKinsey & Company, Inc. U.S. is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Merrill Lynch | Merrill Lynch | Merrill Lynch is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Merrill Lynch, Pierce, Fenner & Smith | Merrill Lynch, Pierce, Fenner & Smith | Merrill Lynch, Pierce, Fenner & Smith is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MetLife | MetLife | MetLife is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mizuho | Mizuho | Mizuho is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mizuho Bank | Mizuho Bank | Mizuho Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mizuho Corporate Bank | Mizuho Corporate Bank | Mizuho Corporate Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley Bank | Morgan Stanley Bank | Morgan Stanley Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley Senior Funding, Inc. | Morgan Stanley Senior Funding, Inc. | Morgan Stanley Senior Funding, Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morrison & Foerster | Morrison & Foerster | Morrison & Foerster is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Munger Tolles | Munger Tolles | Munger Tolles is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Munger, Tolles & Olson | Munger, Tolles & Olson | Munger, Tolles & Olson is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra | NextEra | NextEra is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra Energy Inc. | NextEra Energy Inc. | NextEra Energy Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Norton Rose | Norton Rose | Norton Rose is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NRG Energy | NRG Energy | NRG Energy is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| O'Melveny & Myers | O'Melveny & Myers | O'Melveny & Myers is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Paul Hastings | Paul Hastings | Paul Hastings is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Paul, Weiss, Rifkind, Wharton & Garrison | Paul, Weiss, Rifkind, Wharton & Garrison is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Phillips 66 | Phillips 66 | Phillips 66 is a former client of Compass Lexecon in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Pillsbury | Pillsbury | Pillsbury is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PIMCO | PIMCO | PIMCO is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PricewaterhouseCoopers | PricewaterhouseCoopers | PricewaterhouseCoopers is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Procter & Gamble | Procter & Gamble | Procter & Gamble is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Proskauer Rose | Proskauer Rose | Proskauer Rose is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prudential | Prudential | Prudential is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prudential Financial | Prudential Financial | Prudential Financial is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PWC | PWC | PWC is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Reliant Energy Services | Reliant Energy Services | Reliant Energy Services is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ropes & Gray | Ropes & Gray | Ropes & Gray is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Royal Bank of Canada | Royal Bank of Canada | Royal Bank of Canada is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Canada (RBC) | Royal Bank of Canada (RBC) | Royal Bank of Canada (RBC) is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Scotland | Royal Bank of Scotland | Royal Bank of Scotland is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Scotland ("RBS") | Royal Bank of Scotland ("RBS") | Royal Bank of Scotland ("RBS") is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| San Diego Gas & Electric Co. | San Diego Gas & Electric Co. | San Diego Gas & Electric Co. is a former client of Compass Lexecon in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| San Diego Gas and Electric | San Diego Gas and Electric | San Diego Gas and Electric is a former client of Compass Lexecon in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| Sempra Energy | Sempra Energy | Sempra Energy is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Shell | Shell | Shell is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Shell Energy North America (US) | Shell Energy North America (US) | Shell Energy North America (US) is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sheppard Mullin | Sheppard Mullin | Sheppard Mullin is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sidley Austin | Sidley Austin | Sidley Austin is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Simpson Thacher & Bartlett | Simpson Thacher & Bartlett | Simpson Thacher & Bartlett is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sodexo, Inc. | Sodexo, Inc. | Sodexo, Inc. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| Southern California Edison Company | Southern California Edison Company | Southern California Edison Company is a former client of Compass Lexecon in matters involving the Debtors as co-plaintiff but unrelated to these Chapter 11 Cases. |
| Sprint | Sprint | Sprint is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sprint Spectrum- Nextel | Sprint Spectrum- Nextel | Sprint Spectrum- Nextel is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm | State Farm | State Farm is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm General Insurance Company | State Farm General Insurance Company | State Farm General Insurance Company is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Steptoe & Johnson | Steptoe & Johnson | Steptoe & Johnson is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Stroock & Stroock & Lavan | Stroock & Stroock & Lavan | Stroock & Stroock & Lavan is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T. Rowe Price Associates | T. Rowe Price Associates | T. Rowe Price Associates is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TD Securities | TD Securities | TD Securities is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Teachers Insurance and Annuity Association of America (TIAA) | Teachers Insurance and Annuity Association of America (TIAA) | Teachers Insurance and Annuity Association of America (TIAA) is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tesoro Refining & Marketing Company | Tesoro Refining & Marketing Company | Tesoro Refining & Marketing Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| The Bank of New York Mellon | The Bank of New York Mellon | The Bank of New York Mellon is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Bank of New York Mellon, N.A. | The Bank of New York Mellon, N.A. | The Bank of New York Mellon, N.A. is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Bank of Tokyo-Mitsubishi UFJ | The Bank of Tokyo-Mitsubishi UFJ | The Bank of Tokyo- Mitsubishi UFJ is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T-Mobile | T-Mobile | T-Mobile is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T-Mobile USA | T-Mobile USA | T-Mobile USA is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Toronto Dominion Bank | Toronto Dominion Bank | Toronto Dominion Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Total Gas | Total Gas | Total Gas is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Twin City Fire Insurance Company | Twin City Fire Insurance Company | Twin City Fire Insurance Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Bank | US Bank | US Bank is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank, N.A. | U.S. Bank, N.A. | U.S. Bank, N.A.is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Bank National Association | US Bank National Association | US Bank National Association is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank National Association | U.S. Bank National Association | U.S. Bank National Association is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Department of the Interior | U.S. Department of the Interior | U.S. Department of the Interior is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| U.S. Department of Justice | U.S. Department of Justice | U.S. Department of Justice is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UBS Securities | UBS Securities | UBS Securities is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Union Pacific Railroad Company | Union Pacific Railroad Company | Union Pacific Railroad Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United Airlines (Cogen) | United Airlines (Cogen) | United Airlines (Cogen) is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United States of America | United States of America | United States of America is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Securities and Exchange Commission | US Securities and Exchange Commission | US Securities and Exchange Commission is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Valero Refining Company | Valero Refining Company | Valero Refining Company is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Verizon Wireless | Verizon Wireless | Verizon Wireless is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Weil, Gotshal & Manges | Weil, Gotshal & Manges | Weil, Gotshal & Manges is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo | Wells Fargo | Wells Fargo is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank National Association | Wells Fargo Bank National Association | Wells Fargo Bank National Association is a former client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Securities | Wells Fargo Securities | Wells Fargo Securities is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | | |
|---|---|---|
| White & Case | White & Case | White & Case is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willis Towers Watson | Willis Towers Watson | Willis Towers Watson is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willkie Farr & Gallagher | Willkie Farr & Gallagher | Willkie Farr & Gallagher is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wilmer Hale | Wilmer Hale | Wilmer Hale is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wilson Sonsini | Wilson Sonsini | Wilson Sonsini is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Winston & Strawn | Winston & Strawn | Winston & Strawn is a current client of Compass Lexecon in matters unrelated to the Debtors and these Chapter 11 Cases. |