CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF JANE KIM IN SUPPORT OF *EX PARTE* MOTION OF DEBTORS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY COMPASS LEXECON, LLC AS ECONOMIC CONSULTANTS TO DEBTORS *NUNC PRO TUNC* TO PETITION DATE**<br><br>Related Document: Dkt. 1756<br><br>[No hearing requested] |

I, Jane Kim, do hereby declare under penalty of perjury as follows:

1. I am a partner at Keller & Benvenutti LLP, attorneys for PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**").

2. I submit this declaration in support of the Motion of the Debtors (the "**Motion to Shorten**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California, for entry of an order shortening time for a hearing on May 9, 2019, at 9:30 a.m. (the "**Omnibus Hearing**"), on the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC, Nunc Pro Tunc to the Petition Date* (the "**Application**"), filed contemporaneously herewith. The Debtors request that written objections, if any, be due by 4:00 pm on May 6, 2019.

3. On April 29, 2019, at 12:30 p.m. (Pacific Time), I sent an e-mail to Timothy Laffredi for the Office of the United States Trustee inquiring as to whether the United States Trustee would consent to notice being shortened on the Application as set forth above. As of the filing of this declaration, I have not received a response.

4. Ample cause exists to hear the Application on shortened time at the Omnibus Hearing on May 9, 2019, at 9:30 a.m. On April 24, 2019, the Court held a hearing (the "**April 24 Hearing**") at which it considered the relief requested in the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to February 12, 2019* (the "**FTI Retention Application**") [Dkt. No. 1212], filed by the Official Committee of Unsecured Creditors (the "**Creditors Committee**").

5. At the April 24 Hearing, the Debtors reiterated the concerns stated in their statement of non-opposition with respect to the FTI Retention Application [Dkt. No. 1560], that Compass not be disqualified from engagement by the Debtors by reason of FTI's retention by the Creditors Committee in light of the affiliation between FTI and Compass. Accordingly, the Court reserved decision and continued the hearing on the FTI Retention Application to the hearing on May 9, 2019,

at 9:30 a.m. (Pacific Time), to allow the Debtors to file the Application and have it heard on shortened notice at the same hearing, to avoid, in the Court's own words, "this potential of the [Debtors'] own interests being jeopardized by whatever legal consequences of not letting the [Debtors] hire and retain Compass" as a result of FTI's retention by the Creditors Committee.

6. Hearing the Application at the Omnibus Hearing will not have any effect on the current schedule for these Chapter 11 Cases.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on April 29, 2019.

*/s/ Jane Kim*
Jane Kim