

**Signed and Filed: April 30, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 John B. Coffman (Missouri Bar No.: 36591)
John B Coffman, LLC
2 871 Tuxedo Blvd.
St. Louis, MO 63119-2044
3 Phone: (573) 424-6779
Email: john@johncoffman.net
4
5 Attorney for AARP
6
7
8
9

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

10 In re
11 PG&E CORPORATION
12 and
13
14 PACIFIC GAS AND ELECTRIC
COMPANY,
15                          Debtors.
16
17 ☐ Affects PG&E Corporation
18 ☐ Affects Pacific Gas and Electric Company
19 ☒ Affects both Debtors
20 * All papers shall be filed in the Lead Case No. 19-30088 DM.

Case Nos. 19-30088 DM (Lead Case)
                    19-30089 DM

Chapter 11
*Jointly Administered*

NO HEARING REQUESTED

21
22 **ORDER GRANTING APPLICATION FOR ADMISSION**
**OF ATTORNEY JOHN B. COFFMAN**
23 *PRO HAC VICE*
24
25
26
27
28

1   John B. Coffman, whose business address and telephone number is:

2   John B Coffman, LLC
    John B. Coffman (Missouri Bar No.: 36591)
3   871 Tuxedo Blvd.
    St. Louis, MO 63119-2044
4   Phone: (573) 424-6779
5   Email: john@johncoffman.net

6       Is an active member in good standing of the bar of Missouri, having applied in the above-

7   entitled action for admission to practice in the Northern District of California on a pro hac vice

8   basis, representing AARP.

9       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.

11  Service of papers upon and communication with co-counsel designated in the application will

12  constitute notice to the represented party. All future filings in this action are subject to the

13  Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States

14  Bankruptcy Court for the Northern District of California.

15

16                                  ** END OF ORDER **

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                            1

1                       COURT SERVICE LIST

2   All ECF Recipients.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONDITIONAL NON-OPPOSITION

2