# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 25, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Court Service List attached hereto as **Exhibit A**:

- Order Authorizing Centerview Partners LLC to File Certain Confidential Information Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [Docket No. 1661]
- Order Granting Application for Admission of Attorney Pro Hac Vice [Docket No. 1692]
- Order Granting Application for Admission of Attorney Pro Hac Vice [Docket No. 1694]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of April 2019, at New York, NY.

_____
Alain B. Francoeur

**Exhibit A**

Exhibit A
Court Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 |
| John A. Vos | 1430 Lincoln Avenue | | | San Rafael | CA | 94901 |
| Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 |
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Placer County Office Of The Treasurer-Tax Collector | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CO | 95603 |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1