SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
         hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
Amanda W. LoCurto, SBN 265420
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Email: gerald@slffirm.com
         amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

Electronically Filed April 30, 2019

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>        Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF JOINDER BY THE SLF FIRE VICTIM CLAIMANTS IN EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ORDERS AUTHORIZING PRODUCTION OF DOCUMENTS [ECF 1767]**<br><br>Date:  N/A<br>Time:  N/A<br>Place:  1160 Battery Street, East, Suite 100<br>         San Francisco, CA 94111 |

402347-v1

1

TO: HONORABLE DENNIS MONTALI AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that The Singleton Law Firm Fire Victim Claimants ("SLF Claimants"), consisting of over 4,800 individuals who suffered injuries and damages in the fires started by PG&E Corporation and Pacific Gas and Electric Company and who are represented by their attorneys, the Singleton Law Firm, APC[1] and Sullivan Hill Rez & Engel, A Professional Law Corporation, hereby join in the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Orders Authorizing Production of Documents [ECF 1767].

Dated: April 30, 2019
SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
James P. Hill
Christopher V. Hawkins
Attorneys for SLF Fire Victim Claimants

---

[1] While there are other firms involved in the representation of the SLF Claimants, because each fire has a different group of firms involved, this group is referred to as the "SLF Claimants" for ease of reference.

402347-v1

2