SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
        hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
Amanda W. LoCurto, SBN 265420
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Email: gerald@slffirm.com
        amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

Electronically Filed 04/30/2019

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: N/A<br>Time: N/A<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

/ / /

/ / /

403746-v1

1

On April 30, 2019, I served the foregoing document(s), described as:

1. **NOTICE OF JOINDER BY THE SLF FIRE VICTIM CLAIMANTS IN EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ORDERS AUTHORIZING PRODUCTION OF DOCUMENTS [ECF 1767]; and**

2. **CERTIFICATE OF SERVICE**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On April 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com

403746-v1

2

- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com

403746-v1

3

| | |
|---|---|
| 1 | • Oscar Garza    ogarza@gibsondunn.com |
| | • Duane M. Geck    dmg@severson.com |
| 2 | • Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 3 | • Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| | • Barry S. Glaser    bglaser@swesq.com |
| 4 | • Gabriel I. Glazer    gglazer@pszjlaw.com |
| | • Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 5 | • Matthew A. Gold    courts@argopartners.net |
| 6 | • Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| | • Amy L. Goldman    goldman@lbbslaw.com |
| 7 | • Eric S. Goldstein    egoldstein@goodwin.com |
| | • Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 8 | • Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| 9 | • Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| | • Eric R. Goodman    egoodman@bakerlaw.com |
| 10 | • Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| | • Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| 11 | • Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| | • Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 12 | • Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 13 | • Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com |
| | • Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 14 | • Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| | • Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 15 | • Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 16 | • Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| | • Robert G. Harris    rob@bindermalter.com |
| 17 | • Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | • Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 18 | • Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 19 | • Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | • Jennifer C. Hayes    jhayes@fhlawllp.com |
| 20 | • Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| | • Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 21 | • Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | • Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| 22 | • James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 23 | • Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| | • David Holtzman    david.holtzman@hklaw.com |
| 24 | • Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| | • Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 25 | • Shane Huang    shane.huang@usdoj.gov |
| | • Brian D. Huben    hubenb@ballardspahr.com |
| 26 | • Jonathan Hughes    , jane.rustice@aporter.com |
| 27 | • Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| | • Mark V. Isola    mvi@sbj-law.com |
| 28 | • J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| | • J. Eric Ivester    , Andrea.Bates@skadden.com |

403746-v1      4

- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

| | |
|---|---|
| 1 | • Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| 2 | • Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
|   | • Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| 3 | • Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
|   | • Michael W. Malter    michael@bindermalter.com |
| 4 | • Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
|   | • Geoffrey E. Marr    gemarr59@hotmail.com |
| 5 | • David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 6 | • Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| 7 | • Benjamin P. McCallen    bmccallen@willkie.com |
|   | • Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com |
| 8 | • Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |
|   | • Hugh M. McDonald    , john.murphy@troutman.com |
| 9 | • C. Luckey McDowell    luckey.mcdowell@bakerbotts.com |
|   | • Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 10 | • Peter Meringolo    peter@pmrklaw.com |
| 11 | • Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
|   | • Matthew D. Metzger    belvederelegalecf@gmail.com |
| 12 | • Randy Michelson    randy.michelson@michelsonlawgroup.com |
|   | • Joseph G. Minias    jminias@willkie.com |
| 13 | • M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| 14 | • Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 15 | • John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
|   | • Kevin Montee    kmontee@monteeassociates.com |
| 16 | • David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
|   | • Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
| 17 | • Courtney L. Morgan    morgan.courtney@pbgc.gov |
| 18 | • Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
|   | • Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com |
| 19 | • Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
|   | • Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com |
| 20 | • Alan I. Nahmias    anahmias@mbnlawyers.com |
| 21 | • David L. Neale    dln@lnbrb.com |
|   | • David L. Neale    dln@lnbyb.com |
| 22 | • David Neier    dneier@winston.com |
|   | • Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 23 | • Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com |
|   | • Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 24 | • Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com |
|   | • Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| 25 | • Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 26 | • Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
|   | • Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| 27 | • Steven M. Olson    smo@smolsonlaw.com |
|   | • Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| 28 | • Richard A. Oshinski    Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com |

403746-v1

6

- Shai Oved     ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jorian L. Rose     jrose@bakerlaw.com
- Allan Robert Rosin     arrosin@alr-law.com
- Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau     grougeau@brlawsf.com
- Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp     trupp@kellerbenvenutti.com
- Eric E. Sagerman     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio     sas@hogefenton.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com

403746-v1

7

- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com

403746-v1

8

- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |

403746-v1

9

| | |
|---|---|
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>*Served via CM/ECF Only* |
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>*Request for Special Notice* |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2019, at San Diego, California.

                */s/ Linda Gubba-Reiner*
                Linda Gubba-Reiner

403746-v1