Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                             Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JAMES MESTERHARM OF AP SERVICES, LLC**<br><br>Related Doc: Dkt. Nos. 867, 868, 1299, 1342 |

Pursuant to 28 U.S.C. § 1746, I, James Mesterharm, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. I am duly authorized to execute this second supplemental declaration on behalf of AP Services, LLC ("**APS**"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I am filing this second supplemental declaration to supplement the disclosures that were included in my original declaration dated March 13, 2019 [ECF No. 867] and my supplemental declaration dated April 11, 2019 [ECF No. 1342].

5. Unless otherwise noted, references to AP below collectively refer to AP Holdings, LLP, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- Accenture, a professional to the Debtors, is a creditor, joint venture party, vendor, litigation party, material contract party, customer, director-affiliated company and professional to current and former AP clients in matters unrelated to the Debtors. Accenture is a current and former AP

- client in matters unrelated to the Debtors. Accenture is a former employer of current AP employees.

- Akin Gump Strauss Hauer & Feld ("**Akin Gump**"), a professional in this bankruptcy matter, is opposing counsel, counsel, a creditor and a professional to current and former AP clients in matters unrelated to the Debtor. Akin Gump is a current and former AP client in matters unrelated to the Debtor. Akin Gump is a vendor to AP.

- Baker & Hostetler LLP ("**Baker & Hostetler**"), a professional to the committee of unsecured creditors committee, is a professional, opposing counsel, and counsel to current and former AP clients in matters unrelated to the Debtors. Baker & Hostetler is a current AP client in matters unrelated to the Debtors. Baker & Hostetler is a vendor to AP.

- Centerbridge Partners, L.P., a notice of appearance party to the Debtors, and affiliates ("**Centerbridge**") are adverse parties, parent companies, investors, shareholders, creditors, lenders, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Centerbridge is a current and former AP client in matters unrelated to the Debtors. An AP board member is an investor in Centerbridge.

- KPMG LLP, a professional to the Debtors, and affiliates ("**KPMG**") are professionals, adverse parties, vendors, material contract parties and creditors to current and former AP clients in matters unrelated to the Debtors. KPMG is a former AP client in matters unrelated to the Debtors. KPMG provides auditing services to AP. KPMG is a vendor to AP. KPMG is the former employer of several current AP employees.

- Lincoln Partners Advisors LLC, a creditor to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Pension Benefit Guaranty Corporation ("**PBGC**"), a member to the committee of unsecured creditors, is a creditor, vendor and adverse party to current and former AP clients in matters unrelated to the Debtors. PBGC is a member of a UCC represented by AP in Bon-Ton Stores, Inc., The Great Atlantic & Pacific Tea Co. and VSI Liquidating Trust, bankruptcy matters unrelated to the Debtors.

- Perella Weinberg Partners, a professional in this bankruptcy matter, is a professional, vendor and creditor to current and former AP clients in matters unrelated to the Debtors.

- Sodexo, Inc., a notice of appearance party in this bankruptcy matter, and affiliates ("**Sodexo**") are vendors and related parties to current and former AP clients in matters unrelated to the Debtors. Sodexo is a former AP client in matters unrelated to the Debtors. Sodexo is a vendor to AP.

- Western Asset Management Company, a member to the committee of unsecured creditors, is a lender, bondholder, noteholder, vendor, investor and creditor to current and former AP clients in matters unrelated to the Debtors.

- Willkie Farr & Gallagher, LLP ("**Willkie Farr**"), professional in this bankruptcy matter, is a professional, bondholder and counsel to current and former AP clients in matters unrelated to the Debtor. Willkie Farr is a current and former AP client in matters unrelated to the Debtor. Willkie Farr provides legal services to AP.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

APS does not believe that the second supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS' disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: May 1, 2019                                         AP Services, LLC

_____
James Mesterharm
Authorized Representative