B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,  Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____
Name of Transferee

_____
Name of Transferor

Name and Address where notices to transferee should be sent:
507 Capital LLC C/o Thomas Braziel
228 Park Ave S #63787
New York, NY 10003-1502
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
CHYF, Ltd. C/o David Sherman
427 Bedford Rd #230 Pleasantville, NY 10570

Phone: 914-741-9600
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____  Date:_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is acknowledged, High Five Capital LLC ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to CHYF, Ltd. ("Purchaser") all of Seller's right, title, and interest in and to Proof of Claim No. 1022 ("Claim") filed against Pacific Gas and Electric Company ("Debtor") (Case No. 19-30089) in the amount of $400,000. Seller waives any objection to the transfer of the Claim on the books and records of the Debtor and Bankruptcy Court, and waives any notice or right to a hearing as may be imposed by Rule 3001. Seller acknowledges, and stipulates that an Order may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 26 2019.

High Five Capital LLC

By: _____

Thomas Braziel, Managing Partner