1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone: (424) 386-4000
9  Facsimile: (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND UNITED STATES TRUSTEE EXTENDING TIME TO RESPOND TO APPLICATION TO RETAIN AND EMPLOY AXIOM ADVISORS AS GOVERNMENT AFFAIRS CONSULTANT TO THE COMMITTEE [DOCKET NO. 1524]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "Stipulation") is entered into by the (i) Official Committee of Unsecured Creditors (the "Committee") appointed in the jointly

administered chapter 11 cases of the above-captioned debtors in possession, on the one hand; and (ii) the Office of the United States Trustee (the "U.S. Trustee" and together with the Committee, the "Parties"), on the other hand. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On April 17, 2019, the Committee filed the *Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Axiom Advisors as Government Affairs Consultant, Effective as of March 15, 2019* [Docket No. 1524] (the "Axiom Application"), which is set for hearing before the Court at 9:30 a.m. (Pacific Time) on May 9, 2019. Any response or opposition to the Axiom Application is due by 4:00 p.m. (Pacific Time) on May 1, 2019.

B. Counsel to the U.S. Trustee has requested, and counsel to the Committee has agreed, that the time for the U.S. Trustee to respond to the Axiom Application be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the U.S. Trustee to file and serve any response or opposition to the Axiom Application is extended through 4:00 p.m. (Pacific Time) on May 3, 2019.

[*Signatures on next page*]

Dated: May 1, 2019

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Attorneys for Official Committee of Unsecured Creditors*

Dated: May 1, 2019

OFFICE OF THE UNITED STATES TRUSTEE

/s/ *Marta E. Villacorta*
Marta E. Villacorta
Trial Attorney
*Attorney for Andrew R. Vara, Acting United States Trustee for Region 3*[1]

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.