**Exhibit B-2**
**Wildfire Claim Bar Date Notice**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Related Docket Ref: Docket Nos: #]<br><br>**NOTICE OF DEADLINE FOR FILING WILDFIRE PROOF OF CLAIM FORMS** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

# IMPORTANT LEGAL NOTICE

**TO ALL PARTIES WITH CLAIMS AGAINST PG&E CORPORATION AND/OR PACIFIC GAS AND ELECTRIC COMPANY ARISING OUT OF THE 2015, 2017, OR 2018 NORTHERN CALIFORNIA WILDFIRES**

<u>**SEPTEMBER 16, 2019, AT 5:00 P.M. (PREAVILING PACIFIC TIME) IS THE LAST DATE TO FILE WILDFIRE PROOF OF CLAIM FORMS**</u>

On January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") each filed a petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Court**"). The Chapter 11 Cases are being jointly administered under the lead case *In re PG&E Corporation and Pacific Gas and Electric Company*, Case No. 19-30088 (DM). The Bankruptcy Court has entered an order (the "**Bar Date Order**") establishing **September 16, 2019** at **5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each person or entity to file a proof of claim (each a "**Proof of Claim**") with respect to a prepetition claim against the Debtors, including, without limitation, any claims resulting from or in

any way relating to the wildfires that occurred in Northern California in 2015, 2017, and 2018 (the "**Northern California Wildfires**[1]"). Pursuant to the Bar Date Order and all matters related thereto (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the Northern California Wildfires (including any claim held by a Wildfire Subrogation Claimant) is referred to herein as a "**Wildfire Claim**"; (b) any person or entity, including any governmental entity (as defined in section 101(27) of the Bankruptcy Code, holding a Wildfire Claim (other than a Wildfire Subrogation Claimant) is referred to herein as a "**Wildfire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Wildfire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to herein as a "**Wildfire Subrogation Claimant**".

## WHO MUST SUBMIT A WILDFIRE PROOF OF CLAIM FORM

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss resulting from or in any way relating to the Northern California Wildfires, you **MUST** file a Proof of Claim for your Wildfire Claim prior to the Bar Date in accordance with the instructions in this notice. For your convenience, the Debtors have enclosed a customized Proof of Claim form for your Wildfire Claim depending on whether you are a Wildfire Claimant (a "**Wildfire Claimant Proof of Claim Form**") or a Wildfire Subrogation Claimant (a "**Wildfire Subrogation Claimant Proof of Claim Form**" and, together with the Wildfire Claimant Proof of Claim Form, the "**Wildfire Proof of Claim Forms**"). All information requested in the applicable Wildfire Proof of Claim Form must

---

[1] The Northern California Wildfires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sulphur and Tubbs.

be provided. All timely filed Wildfire Proof of Claim Forms shall be deemed filed against each of the Debtors.

If you already either (a) filed a lawsuit against the Debtors prior to the Petition Date or (b) filed a Proof of Claim in the Chapter 11 Cases, you **MUST** still submit the applicable Wildfire Proof of Claim Form to maintain and/or preserve your rights in the Chapter 11 Cases. Furthermore, you **MUST** file a Wildfire Proof of Claim Form even if you may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to your Wildfire Claim.

## PROCEDURES FOR FILING A WILDFIRE PROOF OF CLAIM

All Wildfire Proof of Claim Forms must be filed so as to be received on or before **September 16, 2019** at **5:00 p.m. (Prevailing Pacific Time)** as follows:

**If electronically:**

Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at www.pgewildfireinfo.com (the "**Case Website**") using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").

**If by first class mail:**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier:**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**If by hand delivery:**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

-or-

At one of the Debtors' Claim Service Centers located at the following PG&E locations (during the hours of 8:30 a.m. – 5:00 p.m. Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a copy of your claim if you wish to receive a date-stamped conformed copy.**

Wildfire Claimant Proof of Claim Forms will be deemed timely filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. Wildfire Proof of Claim Forms may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

You **MUST** utilize the applicable Wildfire Proof of Claim Form provided by the Debtors to file your claim. Additional Proof of Claim Forms and instructions may be obtained from Prime Clerk at the Case Website.

All Wildfire Proof of Claim Forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). All Wildfire Proof of Claim Forms must include all of the information required to be provided. Pursuant to the Bar Date Order, the supporting documentation submitted in connection with Wildfire Proof of Claim Forms will remain confidential in these Chapter 11 Cases and will not be available to the general public. Copies of such information may be provided to counsel for the Committees, the U.S. Trustee, and any additional parties the Court directs but only after each such party agrees to keep the information provided in the Wildfire Proof of Claim Forms confidential.

Your Wildfire Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

### CONSEQUENCES OF FAILING TO FILE A WILDFIRE PROOF OF CLAIM FORM BY THE BAR DATE

THE DEADLINE FOR FILING WILDFIRE CLAIMS IS SEPTEMBER 16, 2019 AT 5:00 P.M. (PREVAILING PACIFIC TIME). ANY PERSON OR ENTITY WHO HAS A WILDFIRE CLAIM AND DOES NOT FILE A WILDFIRE PROOF OF CLAIM FORM BY

**THAT DATE MAY NOT BE TREATED AS A CREDITOR FOR VOTING OR DISTRIBUTION PURPOSES UNDER ANY PLAN OF REORGANIZATION AND SUCH CLAIMS MAY BE SUBJECT TO DISCHARGE. FAILURE TO FILE A WILDFIRE PROOF OF CLAIM FORM BY SEPTEMBER 16, 2019 MAY PREVENT SUCH PERSON OR ENTITY FROM VOTING ON ANY PLAN OF REORGANIZATION IN THESE CASES. FURTHER, IF SUCH WILDFIRE CLAIM IS DISCHARGED, THE WILDFIRE CLAIMANT OR WILDFIRE SUBROGATION CLAIMANT WILL BE FOREVER BARRED AND PREVENTED FROM ASSERTING THE WILDFIRE CLAIM AGAINST THE DEBTORS OR THEIR PROPERTY, AND MAY NOT RECEIVE ANY PAYMENT OR DISTRIBUTION IN CONNECTION WITH SUCH WILDFIRE CLAIM.**

## ADDITIONAL INFORMATION ON THE CHAPTER 11 CASES

Copies of all of the documents filed in the Chapter 11 Cases, including the Bar Date Order, the Wildfire Proof of Claim Forms, and the Schedules, can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Bankruptcy Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from Prime Clerk at the Case Website. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; or +1 (347) 226-7122 for International parties or by e-mail at: pgewildfireinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice. A holder of a potential Wildfire Claim against the Debtors should consult an attorney with respect to any legal advice it believes it may need.**

Dated: \_\_\_\_, 2019

**BY ORDER OF THE COURT**