**Exhibit B-3**

**Customer Bar Date Notice**

*IMPORTANT LEGAL NOTICE*

Dear PG&E Customer,

You have received this mailing because PG&E Corporation and Pacific Gas and Electric Company (collectively, "PG&E") have reached the next step in their Chapter 11 Cases: the setting of the "Bar Date." The Bar Date is the deadline by which any person or entity must file a Proof of Claim **if they believe money is owed to them by PG&E for the period <u>prior</u> to the January 29, 2019, Chapter 11 filing**. The U.S. Bankruptcy Court for the Northern District of California has set the Bar Date at **September 16, 2019 at 5:00 p.m. Prevailing Pacific Time**.

This deadline is important because, as part of the Chapter 11 process, PG&E must determine all amounts claimed to be owed to various creditors. The Bar Date and the procedures for filing Proofs of Claim apply to all claims against PG&E that arose before the filing date, January 29, 2019.

**What You Need to Know About the Bar Date**

1. **All PG&E customers are receiving this notice.** Receiving this notice does **not** mean that you have a claim or that PG&E or the Bankruptcy Court believes that you have a claim.

2. **Note that customers are <u>not</u> required to file Proofs of Claim for ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items**. Inquiries relating to these items should continue to be directed to PG&E's customer service center.

3. <u>**If you do not believe you have a claim against PG&E, you do not need to do anything in response to this Notice or return a Proof of Claim form.**</u>

4. To the extent you believe that you have a claim that arose before January 29, 2019, or that you are otherwise owed money by PG&E from before the filing date that has not been paid (other than an amount referenced in paragraph 2 above), you MUST file a proof of claim by the **September 16, 2019** Bar Date. If you fail to do so your claim may be barred and you may not receive any distribution.

5. **IF YOU BELIEVE YOU HAVE A CLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THE 2015, 2017, OR 2018 NORTHERN CALIFORNIA WILDFIRES[1] YOU MUST FILE THE APPLICABLE WILDFIRE PROOF OF CLAIM FORM BY THE BAR DATE, WHICH CAN BE FOUND AT [WWW.PGECUSTOMERBARDATEINFO.COM](WWW.PGECUSTOMERBARDATEINFO.COM).**

6. If you have already submitted a claim with PG&E's claims agent, Prime Clerk, prior to receiving this notice, you do **not** need to file another Proof of Claim **(unless your Proof of Claim relates to the 2015, 2017, or 2018 Northern California Wildfires in which case you must file the applicable Wildfire Proof of Claim Form by the Bar Date)**.

**How to File a Proof of Claim**

Enclosed is a Proof of Claim form to be used for any claims other than for claims related to the 2015, 2017, and 2018 Northern California Wildfires. As noted above, if you believe you have a claim arising out of or in any way relating to the 2015, 2018, or 2018 Northern California Wildfires. You must file the applicable Wildfire Proof of Claim Form by the Bar Date. All Proof of Claim forms (including Wildfire

---

[1] The Northern California Wildfires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sulphur and Tubbs.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Claimant Proof of Claim Forms) must be filed so as to be received on or before **September 16, 2019 at 5:00 p.m. (Prevailing Pacific Time)** as follows:

| **If by first class mail:**<br><br>PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station<br>PO Box 4850<br>New York, NY 10163-4850<br><br>**If by overnight courier:**<br><br>PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412 Brooklyn, NY 11232 | **If by hand delivery:**<br>PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232<br><br>-or-<br><br>One of following PG&E locations (during the hours of 8:30 a.m. – 5:00 p.m. Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a copy of your claim if you wish to receive a date-stamped conformed copy.** | **If electronically:**<br><br>Access the case website established by Prime Clerk, www.pgecustomerbardateinfo.com, click the "Submit a Claim" link and follow the instructions as described. |
|---|---|---|

Proof of Claim forms will be deemed filed only when actually received at the addresses listed above or electronically on or before the Bar Date. Proof of Claim forms may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System on the Prime Clerk website).

**Future Notifications**

If you would like to receive further updates, you may register your email address for electronic notification of important case documents at the website maintained by Prime Clerk, at www.pgecustomerbardateinfo.com.

If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-7787 (toll free) for U.S.-based parties; or +1 (347) 292-2703 for International parties or by e-mail at: pgecustomerbardateinfo@primeclerk.com. **Please note that Prime Clerk cannot provide legal advice, nor can they advise you as to whether you are should file a Proof of Claim.**

### *About the Chapter 11 Case*

*On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company each filed a petition under Chapter 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California. The Chapter 11 Cases are being jointly administered under the lead case In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM).*

*To find more information on PG&E's Chapter 11 Cases, please visit http://www.pge.com/reorganization.*

*Copies of all of the documents filed in the Chapter 11 Cases, including the Bar Date Order and the Proof of Claim Form, can be viewed and/or obtained from the Debtors' notice and claims agent, Prime Clerk, at https://restructuring.primeclerk.com/pge.*