WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 502(b)(9) AND 105(a), FED. R. BANKR. P. 2002, 3003(c)(3), 5005, AND 9007, AND L.B.R. 3003-1 FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER INFORMATION TO ALL CREDITORS AND POTENTIAL CREDITORS**<br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare as follows under penalty of perjury:

I am a partner of Cravath, Swaine & Moore LLP ("**Cravath**"), a New York law firm with offices at 825 Eighth Avenue, New York, New York 10019. I am an attorney at law licensed to practice in the State of New York and also admitted to practice before this Court *pro hac vice*.

Cravath is counsel to PG&E Corporation and Pacific Gas and Electric Company (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this Declaration in support of the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (i) Establishing Deadline for Filing Proofs of Claim, (ii) Establishing the Form and Manner of Notice Thereof, and (iii) Approving Procedures for Providing Notice of Bar Date and Other Information to all Creditors and Potential Creditors*, filed on the date hereof (the "**Bar Date Motion**").[1]

Prior to the commencement of the Chapter 11 Cases, Cravath was the Debtors' lead counsel for, among other things, litigation and regulatory matters related to the wildfires that occurred in Northern California in 2017 and 2018. Cravath represented PG&E in connection with the prepetition lawsuits and claims related to the 2017 and 2018 Northern California Wildfires since the initial filing of those suits. Subject to this Court's approval, Cravath has been retained to advise and represent the Debtors in the Chapter 11 Cases with respect to, among other things, (i) litigation matters relating to the 2017 and 2018 Northern California Wildfires as well as the 2015 Butte Wildfire (collectively, the "**Northern California Wildfires**"), (ii) claims allowance, claims estimation, and related settlement and plan of reorganization matters with respect to Wildfire Claims, and (iii) investigation and inquiries by regulators and prosecuting authorities related to the Northern California Wildfires, and advising the Debtors in connection with wildfire issues that have arisen or may arise in connection with their criminal probation from the San Bruno gas explosion.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Bar Date Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

In connection with the Debtors' preparation of Schedule E/F, which was filed on March 14, 2019 [Dkt. Nos. 900, 906], Cravath provided the Debtors with a list of all complaints related to the 2017 and 2018 Northern California Wildfires. I understand that Schedule E/F also incorporates a list of all complaints that had been filed related to the 2015 Butte Wildfire and a list of individuals who may have contacted or corresponded with the Debtors through their claims management process regarding potential Wildfire Claims but who had not yet commenced formal litigation at the time of correspondence. The list of Wildfire Claims set forth in Schedule E/F reflects approximately 13,700 individual Known Wildfire Claimants.

In addition to complaints that have been filed, I along with my colleagues at Cravath have identified sources in the possession of third parties that may provide Debtors with additional contact information, including mailing addresses, of holders of Wildfire Claims: (i) a database maintained by BrownGreer PLC, which lists persons or entities that have Wildfire Claims in connection with the prepetition State court litigation related to the 2017 Northern California Wildfires; (ii) contact information maintained by the subrogation insurance carriers for persons or entities that have filed insurance claims or have received payment under any insurance policy for damages arising out of or relating to a Wildfire Claim; and (iii) the GIS database managed by Northwest Aerial Reconnaissance, Inc., experts retained by Debtors in connection with prepetition State court litigation, which contains a list of all properties and property owners located within the 2017 Northern California fire perimeters. In connection with the Bar Date Motion and the noticing procedures contemplated therein, the Debtors have made or will soon make requests to the appropriate parties for access to the information contained in the above-mentioned sources.

Additionally, as set forth in the Bar Date Motion, the Wildfire Claimant Proof of Claim Form and Wildfire Subrogation Claimant Proof of Claim Form proposed by the Debtors request information I believe is important relating to the Wildfire Claims, including information to identify the relevant wildfire, the specifics of the type of loss or injury, the location of the loss or injury, the type of damages asserted, and (if applicable) whether the claim is covered by insurance and the details with respect thereto. I believe the information being requested is critical to assessing the Debtors' aggregate liability, overall and for different categories of claims. For instance, identifying

the relevant fire and the location of the loss or injury is necessary to ensure that liability findings made with respect to the individual fires are carried through to the corresponding claims. Information concerning the types of damages asserted is required to enable the Debtors and other parties to calculate an accurate measure of damages. Identifying whether a claim has been covered by insurance is required to value claims accurately and avoid any double-counting of losses recovered across the different categories of claimants (*i.e.*, Wildfire Claimants and Wildfire Subrogation Claimants). I believe that obtaining this information will be essential to the claims estimation and resolution process whether the aggregate amount of liability relating to Wildfire Claims is established consensually—as is the Debtors' hope—or otherwise. I further believe the information being requested is limited and has been tailored and organized in a streamlined manner so that providing the same will not impose any undue burden on any Wildfire Claimant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

[Signature page on next page]

Dated: May 1, 2019

                                            /s/ *Kevin J. Orsini*
                                            By: Kevin J. Orsini
                                            Title: Partner, Cravath Swaine & Moore LLP

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119