**EXHIBIT A**
[Proposed] Order

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **[PROPOSED] ORDER PURSUANT TO L.B.R. 2015-2(e) AND 11 U.S.C. § 105(a) MODIFYING FILING DEADLINES FOR DEBTORS' MONTHLY OPERATING REPORTS AND APPROVING PROPOSED MODIFICATIONS TO FORM OF MONTHLY OPERATING REPORTS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Objection Deadline**: May 15, 2019<br>4:00 p.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having reviewed the *Application Pursuant to L.B.R. 2015-2(e) and 11 U.S.C. § 105(a) for Order Modifying Filing Deadlines for Debtors' Monthly Operating Reports and Approving Proposed Modifications to Form of Monthly Operating Reports* (the "**Application**") filed on May 1, 2019, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Debtors' time to file their Monthly Operating Reports ("**Monthly Operating Reports**") is modified, pursuant to Bankruptcy Local Rule 2015-2(e) and section 105(a) of the Bankruptcy Code, as follows:

    a. For the months of January, February, April, May, July, August, October, and November, the Debtors shall file their Monthly Operating Reports on or before the 30th day following the month to which the report pertains.

    b. For the months of March, June, and September, the Debtors shall file their Monthly Operating Reports on or before the 45th day following the month to which the report pertains.

    c. For the month of December, the Debtors shall file their Monthly Operating Report on or before the 60th day following the month to which the report pertains.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The form to be used by the Debtors for their Monthly Operating Reports, including all supporting schedules attached thereto, is modified, pursuant to Bankruptcy Local Rule 2015-2(e) and section 105(a) of the Bankruptcy Code, to conform with the form used by the Debtors in the Monthly Operating Reports filed in these Chapter 11 Cases for the periods ending January 31, 2019 [Dkt. No. 1136] and February 28, 2019 [Dkt, 1137], and such modified form of Monthly Operating Reports is hereby approved for use by the Debtors in these Chapter 11 Cases.

5. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **