## Schedule 1

Due to the significant number of entities searched, PwC's review of its relationships with these parties in interest is continuing and PwC will file a supplemental declaration disclosing the result of the remaining entities in an expedited matter

PwC or its affiliates currently perform, or have previously performed, services in matters unrelated to these Chapter 11 Cases for the following individuals or entities or have other relationships with such entities, such as banking relationships:

**RELATIONSHIPS KNOWN AS OF FEBRUARY 26, 2019:**

(Attached as table, with the subtitles referring to the categories used by the Debtors)

| |
|---|
| Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a) |
| Affiliates and Subsidiaries |
| Alaska Gas Exploration Associates |
| Eureka Energy Company |
| Fuelco LLC |
| Midway Power, LLC |
| Morro Bay Mutual Water Company |
| Moss Landing Mutual Water Company |
| Natural Gas Corporation of California |
| Pacific Energy Capital IV, LLC |
| Pacific Energy Fuels Company |
| Pacific Gas and Electric Company |
| PCG Capital, Inc. (Formerly PG&E Ventures, Inc.) |
| PG&E Corporation Support Services II, Inc. |
| PG&E Corporation Support Services, Inc. |
| PG&E National Energy Group, LLC |
| Standard Pacific Gas Line Incorporated |
| STARS Alliance LLC (formed in DE 7/12/12, PG&E ownership interest acquired 7/30/12) |
| Bank Accounts |
| Bank of America |
| Bank of America Merrill Lynch |
| Bank of Marin |
| Bank of New York Mellon |
| Barclays Capital Inc. |
| BNP Paribas |
| Citibank, N.A. |
| Citigroup Global Markets |
| Deutsche Bank Trust Company Americas |
| Fidelity Management Trust Company |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Goldman, Sachs & Co. |
| 2 | JP Morgan Chase Bank, N.A. |
| 3 | Merrill Lynch |
| 4 | RBC Capital Markets |
| 5 | Royal Bank of Canada |
| 6 | Royal Bank of Scotland |
| 7 | U.S. Bank, N.A |
| 8 | Union Bank of California |
| 9 | Wells Fargo Bank, N.A. |
| 10 | Wells Fargo Securities, LLC |
| 11 | Term and Revolving Loan Lenders and Administrative Agents |
| 12 | Bank of America, N.A. (Admin Agent - $300M) |
| 13 | Barclays Bank PLC |
| 14 | BNP Paribas |
| 15 | Canadian Imperial Bank of Commerce, New York Branch |
| 16 | Citibank, N.A. (Admin Agent - $3B) |
| 17 | Goldman Sachs Bank USA |
| 18 | JPMorgan Chase Bank, N.A. |
| 19 | Mizuho Bank, Ltd. (TL) |
| 20 | Morgan Stanley Bank, N.A. |
| 21 | Morgan Stanley Senior Funding, Inc. |
| 22 | MUFG Union Bank, N.A. |
| 23 | Royal Bank of Canada |
| 24 | Sumitomo Mitsui Banking Corporation |
| 25 | TD Bank, N.A. |
| 26 | The Bank of New York Mellon |
| 27 | The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL) |
| 28 | US Bank, National Association |
| | Wells Fargo Bank, National Association |
| | Contract Counterparties (includes, PPAs, |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | patents and IP) |
| 2 | 83WI 8ME LLC |
| 3 | 8minutenergy Renewables, LLC |
| 4 | Aera Energy LLC |
| 5 | Algonquin Power Co. |
| 6 | Algonquin Power Sanger LLC |
| 7 | Alpaugh 50, LLC |
| 8 | Alpaugh North, LLC |
| 9 | Amerex Brokers LLC |
| 10 | Anadarko |
| 11 | Arizona Public Service |
| 12 | Atlantic Coast |
| 13 | Atlantica Yield |
| 14 | Avenal Park LLC |
| 15 | Avista Energy, Inc. |
| 16 | Badger Creek Limited |
| 17 | Bank of Montreal |
| 18 | Barclays Bank PLC |
| 19 | Bear Creek Solar, LLC |
| 20 | Berkshire Hathaway Energy Renewables |
| 21 | Berry Creek |
| 22 | Berry Petroleum Company |
| 23 | BGC Environmental Brokerage Services, L.P. |
| 24 | Blackwell Solar, LLC |
| 25 | BNP Paribas Securities Corp. |
| 26 | BNP Paribas US |
| 27 | Bonneville Power Administration |
| 28 | BP Energy Company |
| | BP Products North America Inc. |
| | Brookfield Renewable Energy Partners |
| | Buena Vista Energy, LLC |
| | Burney Forest Products |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Burney Forest Products, a Joint Venture |
| BVP Property, LLC |
| CalPeak Power, LLC |
| Calpine |
| Calpine King City Cogen. |
| Calpine Energy Services, L.P. |
| Calpine Energy Solutions, LLC |
| Calpine Geysers Co. L. P. (KW#1) |
| Calpine Geysers Co. L. P. (KW#2) |
| Calpine Geysers Co. L. P. (WFF) |
| Canadian Imperial Bank of Commerce |
| Capital Dynamics, Inc. |
| Capital Power Corporation |
| Capital Power L.P. |
| Cargill Inc. |
| Cargill Ltd. |
| Cargill Power Markets, LLC |
| Cascade Energy Storage, LLC |
| Castleton Comm |
| CED Avenal Solar, LLC |
| CED Corcoran Solar 3, LLC |
| CED Corcoran Solar, LLC |
| CED Lost Hills Solar, LLC |
| CED Oro Loma Solar, LLC |
| CED White River Solar 2, LLC |
| CED White River Solar, LLC |
| Chalk Cliff Limited |
| Chevron Natural |
| Chevron Products Company |
| Chevron USA, Inc. |
| Citigroup |
| Citigroup Energy Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| City County of San Francisco |
| City of Roseville |
| City of Seattle |
| City of Vernon |
| Clearway Energy |
| Cloverdale Solar 1, LLC |
| Coalinga Cogeneration Company |
| Cochrane |
| Cogentrix |
| Con Edison Development |
| Concord Energy |
| Conoco Canada |
| Conoco Phillips Company |
| Conocophillips Co. |
| Constellation Energy Group, Inc. |
| Copper Mountain Solar 1, LLC |
| Copper Mountain Solar 2, LLC |
| Covanta Power Pacific |
| Covanta Power Pacific, Inc. |
| Credit Suisse Energy LLC |
| Crockett Cogeneration, LP |
| Cypress Energy Partners |
| DB Energy Trading |
| Desert Sunlight 300, LLC |
| DG Fairhaven Power, LLC |
| Direct Energy |
| Direct Energy Business Marketing, LLC |
| DTE Biomass Energy |
| DTE Energy Services, Inc. |
| DTE Stockton, LLC |
| Dynegy Morro Bay, LLC |
| Dynegy Moss Landing LLC |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Dynegy Power, LLC |
| Eagle Hydro |
| EBMUD |
| Eco Services Operations Corp |
| EDF Trading |
| EDF Trading North America, LLC |
| EDP Renewables North America LLC |
| El Dorado Irrigation District |
| El Paso Natural Gas Company |
| Enel Green Power North America, Inc. |
| Energy America LLC |
| Energy America, LLC |
| Energy Capital Partners |
| Enerparc Inc |
| Enterprise |
| EOG Resources |
| ETC Marketing, Ltd. |
| Eurus Energy America Corp |
| Evolution Markets Inc. |
| Evolution Markets, Inc. |
| Exelon Generation |
| Exelon Generation Company, LLC |
| Finavera Renewables |
| First Reserve |
| First Solar |
| Fortistar LLC |
| Freepoint Comm |
| Frito-Lay, Inc. |
| FTP Power LLC |
| FuelCell Energy |
| Fuelco LLC |
| GASNA 16P, LLC |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| GASNA 27P, LLC ("Peabody BRJ Option 1") |
| GASNA 30P, LLC ("Camden FiT 1") |
| GASNA 36P LLC |
| GASNA 60P, LLC |
| GASNA 6P, LLC |
| Genesis Solar, LLC |
| GenOn Delta, LLC |
| GenOn Energy Management LLC |
| GenOn Energy, Inc. |
| Geysers Power Company, LLC |
| GFI Brokers LLC |
| GFI Securities LLC |
| GHI Energy |
| Gill Ranch Storage, LLC |
| Google Inc. |
| Great Valley Solar 4, LLC |
| Greenleaf Power |
| GreenVolts, Inc. |
| GWF Energy LLC |
| Hatchet Ridge Wind, LLC |
| High Plains Ranch II, LLC |
| High Sierra Limited |
| HL Power Company |
| Iberdrola Renewables, Inc. |
| Icap |
| ICAP Energy LLC |
| IHI Power Services Corp. |
| Intercontinental Exchange, Inc. |
| IPC (USA), INC. |
| Java Solar, LLC |
| Jonah Energy LLC |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | JP Morgan Chase Bank, N.A. |
| 2 | JP Morgan Securities LLC |
| 3 | JP Morgan Ventures Energy Corporation |
| 4 | Kern Front Limited |
| 5 | Kern River Cogen Company |
| 6 | Kern River Gas Transmission Company |
| 7 | Kinergy Marketing LLC |
| 8 | Klondike Wind Power III LLC |
| 9 | Koch Supply & Trading, LP |
| 10 | Landmark |
| 11 | Live Oak Limited |
| 12 | Lodi Gas Storage LLC |
| 13 | Los Esteros Critical Energy Facility LLC |
| 14 | Los Esteros Critical Energy Facility, LLC |
| 15 | Lost Hills Solar, LLC |
| 16 | Macquarie Energy LLC |
| 17 | Magnus Energy |
| 18 | Mammoth One LLC |
| 19 | Mammoth Three LLC |
| 20 | Maricopa West Solar PV 2, LLC |
| 21 | Marin Clean Energy |
| 22 | Martinez Cogen Limited Partnership |
| 23 | Mckittrick Limited |
| 24 | Merrill Lynch |
| 25 | Merrill Lynch Commodities Inc. |
| 26 | Mesquite Solar 1, LLC |
| 27 | Metcalf Energy Center |
| 28 | MidAmerican Energy |
| | Midway Peaking, LLC |
| | Midway Sunset Cogeneration Co. |
| | Mieco |
| | Modesto Irrigation District |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Mojave Solar LLC |
| 2 | Morgan Stanley Capital Group Inc. |
| 3 | Moss Landing Mutual Water Company |
| 4 | Mt. Poso Cogeneration Company, LLC |
| 5 | NextEra Energy Parnters, LP |
| 6 | NextEra Energy Partners |
| 7 | NextEra Energy Resources, LLC |
| 8 | NextEra Energy, Inc. |
| 9 | North Star Solar, LLC |
| 10 | Northwest Geothermal Company |
| 11 | NRG Energy |
| 12 | NRG Energy, Inc. |
| 13 | NRG Marsh Landing, LLC |
| 14 | NRG Power Marketing LLC |
| 15 | NRG Solar Kansas South LLC |
| 16 | NV Energy |
| 17 | O.L.S. Energy-Agnews, Inc. |
| 18 | Olympus Power, LLC |
| 19 | Ormat Technologies, Inc. |
| 20 | Pacific Summit Energy LLC |
| 21 | Pacificorp |
| 22 | Panoche Energy Center, LLC |
| 23 | Parrey, LLC |
| 24 | PBF Energy Western Region LLC |
| 25 | Portal Ridge Solar C, LLC |
| 26 | Portland General Electric |
| 27 | Potrero Hills Energy Producers, LLC |
| 28 | Powerex |
| | Pristine Sun Fund 6, LLC |
| | Public Utility District No. 1 of Klickitat County |
| | Puget Sound Energy, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Recurrent Energy |
| Renewables Holdco I LLC |
| Rice Solar Energy, LLC |
| Royal Bank of Canada |
| Royal Bank of Scotland, PLC |
| Sacramento Municipal Utility District |
| San Jose Water Company |
| Sand Drag LLC |
| Sargent Canyon Cogeneration Company |
| Sempra Energy |
| Sempra Generation |
| Sempra Generation, LLC |
| Sequent Energy |
| Shell Energy |
| Shell Energy North America (US), L.P. |
| Shell Trading (US) Company |
| Shiloh Wind Project 2, LLC |
| Sierra Energy |
| Sierra Pacific Industries |
| Sky Capital America Inc. |
| Solar Partners II, LLC |
| Solar Partners VII, LLC |
| Solar Partners VIII, LLC |
| Solar Partners XII, LLC |
| Southern California Edison Company |
| Southern Power |
| SPS Atwell Island, LLC |
| SRI International |
| Stars Alliance LLC |
| Statkraft US LLC |
| Sterling Planet, Inc. |
| STS HydroPower Ltd. |

| | |
|---|---|
| 1 | Sun City Project LLC |
| 2 | Sun Harvest Solar, LLC |
| 3 | Suncor Energy |
| 4 | SunEdison Yieldco ACQ2, LLC |
| 5 | Sunray Energy 2, LLC |
| 6 | Sunrise Power Company, LLC |
| 7 | Targa Gas Marketing Llc |
| 8 | Tesoro Refining & Marketing Company LLC |
| 9 | TGP Coyote Canyon, LLC |
| 10 | The Metropolitan Water District of Southern California |
| 11 | The Regents of the University of California |
| 12 | Toronto Dominion Bank |
| 13 | TransAlta Corporation |
| 14 | Transwestern Pipeline Company, LLC |
| 15 | Tres Vaqueros Wind Farms, LLC |
| 16 | Tullett Prebon Americas Corp. |
| 17 | Turlock Irrigation District |
| 18 | United Energy |
| 19 | Vista Corporation |
| 20 | Vistra Energy |
| 21 | Vitol Inc. |
| 22 | Vulcan Power Company |
| 23 | Waste Management, Inc. |
| 24 | Wells Fargo LLC |
| 25 | Wendel Energy Operations I |
| 26 | Western Area Power Administration |
| 27 | Western GeoPower, Inc. |
| 28 | Westlands Solar Farms LLC |
| | Westside Solar, LLC |
| | WG Partners Acquisition, LLC |
| | Wheelabrator Shasta Energy Company Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Wheelabrator Technologies Inc.

Wild Goose Storage

Williams Field Services

Willow Creek

Willow Springs Solar 3, LLC

Woodland Biomass Power, LTD

Debtors Professionals (law firms, accountants and other professionals)

AlixPartners, LLP

Cravath, Swaine & Moore LLP

Deloitte & Touche LLP

Lazard Frères & Co. LLC

PricewaterhouseCoopers LLP

Prime Clerk

Weil, Gotshal & Manges LL

Willis Towers Watson

Affiliations of Former Officers

California Minority Counsel Program (CMCP)

Nuclear Electric Insurance Limited (NEIL)

Affiliations of Former Directors

ABM Industries Incorporated

American Gas Association (AGA)

Bay Area Council

California Academy of Sciences

DCP Midstream Partners, LP;

Encana Corporation

the First Tee of San Francisco

Ford Motor Company

Nuclear Energy Institute

San Francisco Ballet

Spectra Energy Partners, LP

University of Miami

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Vassar College |
| 2 | Insurance/Insurance Provider/Surety Bonds |
| 3 | Ace Insurance Company |
| 4 | Aetna |
| 5 | Aetna International |
| 6 | Allianz Global Corporate & Specialty SE (PDW) |
| 7 | Allianz Global Risks |
| 8 | Allianz Global Risks US Insurance Company |
| 9 | Allied World Assurance Company Ltd |
| 10 | Allied World Assurance Company Ltd. (AWAC) |
| 11 | Alpha |
| 12 | Arch Insurance Company (Europe) Limited |
| 13 | Arch Reinsurance Ltd. |
| 14 | Argo |
| 15 | Argo Re Ltd |
| 16 | Argonaut Insurance Company |
| 17 | Aspen Specialty Insurance Company |
| 18 | AXIS Insurance Company |
| 19 | AXIS Surplus Insurance Company |
| 20 | Beacon Health Options, Inc. |
| 21 | Beazley Insurance Company |
| 22 | Berkley Insurance Company |
| 23 | Chubb Bermuda |
| 24 | Chubb Bermuda Insurance Ltd |
| 25 | Continental Casualty Company |
| 26 | Employers Insurance Company of Wausau |
| 27 | Endurance Risk Solutions Assurance Co. |
| 28 | Energy Insurance Mutual |
| | Energy Insurance Mutual / NEIL |
| | Energy Insurance Mutual Limited |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Energy Insurance Mutual Limited (NEIL) |
| 2 | Energy Insurance Services |
| 3 | European Mutual Association for Nuclear Insurance (EMANI) |
| 4 | Everest National Insurance Company |
| 5 | Express Scripts Holding Company |
| 6 | Federal Insurance Company |
| 7 | General Security Indemnity Company of Arizona |
| 8 | General Security Indemnity Company of Arizona (Scor Re) |
| 9 | Great American Insurance Company |
| 10 | Great Lakes Insurance SE |
| 11 | Great Lakes Reinsurance (UK) PLC (Munich Re London) |
| 12 | Great Lakes Reinsurance (UK) S.E. |
| 13 | Hamilton Re |
| 14 | Hamilton Re Ltd |
| 15 | HDI Global Insurance Company |
| 16 | Helvetia Assurances S A |
| 17 | Houston Casualty Company |
| 18 | Interstate Fire & Casualty Company |
| 19 | Kaiser Foundation Health Plan, Inc. |
| 20 | Liberty Insurance Underwriters Inc. |
| 21 | Liberty Mutual Fire Insurance Company |
| 22 | Liberty Mutual Insurance Company |
| 23 | Liberty Mutual Insurance Europe Limited |
| 24 | Liberty Surplus Insurance Corporation |
| 25 | Lloyds of London (various) |
| 26 | MAPFRE Global Risks |
| 27 | Munich Re |
| 28 | National Fire & Marine Insurance Company |
| | National Fire & Marine Insurance |

| | |
|---|---|
| 1 | Company (Berkshire Hathaway Specialty Insurance) |
| 2 | National Fire and Marine Insurance Company |
| 3 | North American Specialty Insurance Company |
| 4 | Nuclear Electric Insurance Limited (NEIL) |
| 5 | Oil Casualty Insurance Limited (OCIL) |
| 6 | RLI Insurance Company |
| 7 | SAFECO Insurance Company of America |
| 8 | Starr Indemnity & Liability Company |
| 9 | Swiss Re International SE |
| 10 | Swiss Re International SE (Swiss Re) |
| 11 | The Ohio Casualty Insurance Company |
| 12 | Twin City Fire Insurance Company |
| 13 | U.S. Specialty Insurance Company |
| 14 | Underwriters at Lloyd's London (Towerstone) |
| 15 | Willis Towers Watson |
| 16 | XL Insurance America, Inc. |
| 17 | XL Insurance Company |
| 18 | XL Specialty Insurance Company |
| 19 | Zurich American Insurance Company |
| 20 | Zurich Insurance Company |
| 21 | Surety Bonds |
| 22 | Liberty Mutual Insurance Company |
| 23 | Liberty Mutual Fire Insurance Company |
| 24 | The Ohio Casualty Insurance Company |
| 25 | SAFECO Insurance Company of America |
| 26 | Landlords and parties to leases |
| 27 | 7-Eleven, Inc. |
| 28 | Akins |
| | Anderson |
| | Avery |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Bader

Banta

Barnes

Beeler

Behring

Bertrand

BLAKE

Bonneville Power Administration (BPA)

Brandon

Braun

Brown

Business Jet

California Department of Fish & Game

CalPeak Power LLC

CalTrans

Campion

Carleton

Carpenter

Carter Validus Operating

Casella

Chapin

Chapman

Charter

CHRYSLER

City and County of San Francisco

City of Auburn

City of San Jose

City of Santa Rosa

Contra Costa County

Crocker

Crockett Cogeneration, a Calif Lmt. Partnership

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Crown Castle |
| 2 | Crown Castle |
| 3 | Crown Communications Inc. |
| 4 | Duval |
| 5 | Eagan |
| 6 | Elliott |
| 7 | Ellis |
| 8 | Enloe |
| 9 | Ernst |
| 10 | Fairman |
| 11 | Figone |
| 12 | Fording |
| 13 | Getz |
| 14 | Gibbons |
| 15 | Goodman |
| 16 | Google, Inc. |
| 17 | Grant Donnelly |
| 18 | Grant E. Donnelly |
| 19 | Grant Holliday |
| 20 | Gray |
| 21 | HD Supply |
| 22 | Lamar Advertising |
| 23 | MCI Telecommunications Corp |
| 24 | P G & E |
| 25 | Pabst |
| 26 | Prologis LP |
| 27 | Realty Income Corporation |
| 28 | Regents of the University of California |
| | Sears |
| | Sierra Pacific Industries |
| | Southern California Edison Company |
| | Southern California Gas Co. & Southern |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Co. GA |
| 2 | State – Dept. of Justice |
| 3 | State of California |
| 4 | T-Mobile |
| 5 | Travelodge |
| 6 | Trowbridge |
| 7 | Tugend |
| 8 | U.S. Army Corp of Engineers |
| 9 | Union Pacific Railroad Company |
| 10 | USRPI REIT, Inc. |
| 11 | Vail |
| 12 | Valero Refining Company |
| 13 | Van Dyke |
| 14 | Van Nuys |
| 15 | WACC |
| 16 | Walsh |
| 17 | Western Alliance Bancorp |
| 18 | Western Area Power Administration |
| 19 | Wheeler |
| 20 | White |
| 21 | Witt |
| 22 | Wright |
| 23 | YMCA of Superior |
| 24 | Zimmerman |
| 25 | Lenders (Prepetition and Proposed Postpetition to the extent not already listed) |
| 26 | Bank of America, N.A., |
| 27 | Barclays Bank PLC and |
| 28 | Citigroup Global Markets Inc. |
| | JPMorgan Chase Bank, N.A., |
| | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | 21 st Century Casualty Company |
| 2 | AAA Northern California Nevada & Utah Insurance Exchange, as Subrogee of its Policyholders Affected by the Butte Fire |
| 3 | |
| 4 | ACE American Insurance Company |
| 5 | AGCS Marine Insurance Company |
| 6 | AIG Europe Limited |
| 7 | AIG Property Casualty Company |
| 8 | Alliance Global Risks US Insurance Company |
| 9 | Allianz Global Risks Us Insurance Company |
| 10 | Allied Property & Casualty Insurance Company |
| 11 | |
| 12 | Allied Property and Casualty Insurance Company, A Nationwide Company |
| 13 | Allied World Assurance Company |
| 14 | Allstate Insurance Company |
| 15 | Allstate Insurance Company" |
| 16 | AMCO Insurance Company |
| 17 | Amco Insurance Company, A Nationwide Comp Any |
| 18 | American Automobile Insurance Company |
| 19 | American Bankers Insurance Company |
| 20 | American Bankers Insurance Company of Florida |
| 21 | American Family Home Insurance Company |
| 22 | |
| 23 | American Fire and Casualty Company |
| | American Home Assurance Company |
| 24 | American Insurance Company |
| 25 | American Modern Home Insurance Company |
| 26 | |
| 27 | American National Property and Casualty Company |
| 28 | American Reliable Insurance Company |

American Security Insurance Company

American Zurich Insurance Company

Amica Mutual Insurance Company

Amlin Underwriting Limited

Amtrust at Lloyd's

Arch Insurance Company

Argo International Holdings Limited

Ascot Underwriting Limited

Asi Select

Aspen Specialty Insurance Company

Associated Indemnity Corporation

Atlantic Specialty Insurance Company

Bankers Standard Insurance Company

Berkley National Insurance Company

Berkley Regional Insurance Company

California Automobile Insurance Company

California Capital Insurance Company

California Casualty Indemnity Exchange

Canopius Managing Agents Limited

Chubb Custom Insurance Company

Chubb Insurance Company of New Jersey

Chubb National Insurance Company

Cincinnati Insurance Company

Citation Insurance Company

Citizens Insurance Company of America

City of Santa Rosa

Civil Service Employees Insurance Company

CNA Insurance Company

Coast National Insurance Company

Commerce West Insurance Company

Company"

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Continental Casualty Company |
| Continental Insurance Company |
| County of Sonoma |
| Crestbrook Insurance Company |
| Crusader Insurance Company |
| CSAA Fire & Casualty Insurance Company |
| CSAA General Insurance Company |
| CSAA Insurance Exchange |
| CSE Safeguard Insurance Company |
| Eagle West Insurance Company |
| Employers Mutual Casualty Company |
| Encompass Insurance Company |
| Endurance American Specialty Insurance Company |
| Evanston Insurance Company |
| Everest Indemnity Insurance Company |
| Everest National Insurance Company |
| Farmers Insurance Company of Oregon |
| Farmers Insurance Company of Washington |
| Farmers Insurance Exchange |
| Federal Insurance Company |
| Federated Mutual Insurance Company |
| Fidelity & Deposit Company of Maryland |
| Fidelity and Guaranty Insurance Underwriters Inc. |
| Fire Insurance Exchange |
| Fireman's Fund Insurance Company |
| First American Property & Casualty |
| First American Specialty Insurance |
| First National Insurance Company |
| First National Insurance Company of America |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Foremost Property and Casualty Insurance Company |
| Foremost Signature Insurance Company |
| Freedom Specialty Insurance Company |
| GCube Insurance Services, Inc. |
| GCube Underwriting Limited |
| Geico General Insurance Company |
| Geico Indemnity Company |
| General Casualty Company of Wisconsin |
| General Insurance Company of America |
| General Security Indemnity Insurance Company of AZ |
| Golden Eagle Insurance Corporation |
| Government Employees Insurance Company |
| Grange Insurance Association |
| Granite State Insurance Company |
| Great American Alliance Insurance Company |
| Great American Insurance Company |
| Great American Insurance Company of New York |
| Great Northern Insurance Company |
| Hallmark Specialty Insurance Company |
| Hanover American Insurance Company |
| Hartford Accident & Indemnity Company |
| Hartford Casualty Insurance Company |
| Hartford Fire Insurance Company |
| Hartford Underwriters Insurance Company |
| HDI Global SE |
| Homesite Insurance Company of California |
| IDS Property Casualty |
| IDS Property Casualty Insurance Company |
| Illinois Union Insurance Company |

| |
|---|
| Indemnity Insurance Company of North America |
| Insurance Company |
| Integon National Insurance |
| Integon National Insurance Company |
| Ironshore |
| Ironshore Indemnity Inc. |
| Ironshore Indemnity Inc. a/s/o Charles M. Schulz Museum and Jean Schulz |
| Kemper Independence Insurance Company |
| Landmark American Insurance Company |
| Lexington Insurance Company |
| Liberty Insurance Corporation |
| Liberty Mutual Fire Insurance Company |
| Liberty Mutual Insurance Company |
| MAPFRE Insurance Company |
| Massachusetts Bay Insurance Company |
| Maxum Indemnity Company |
| Mercury Casualty Company |
| Metropolitan Direct Property & Casualty Insurance Company |
| Metropolitan Property and Casualty Insurance Company |
| Mid-Century Insurance Company |
| Monterey Insurance Company |
| Morning Star Group Enterprises, LLC (As Doing Business As Hotel Leger) |
| National Casualty Company |
| National Fire Insurance of Hartford |
| National General Insurance Company |
| National Surety Corporation |
| National Union Fire Insurance Company of Pittsburgh, PA |
| Nationwide Affinity Insurance Company |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Nationwide Agribusiness Insurance Company |
| Nationwide Agribusiness Insurance-Naic |
| Nationwide General Insurance Company |
| Nationwide Indemnity Company |
| Nationwide Insurance Company of America |
| Nationwide Insurance Company of America |
| Nationwide Mutual Fire Insurance Company |
| Nationwide Mutual Insurance Company |
| Nationwide Property & Casualty Insurance Company |
| Nautilus Insurance Company |
| New Cingular Wireless PCS, LLC |
| New Hampshire Insurance Company |
| North Light Specialty Insurance Company |
| Northland Insurance |
| Ohio Security Insurance Company |
| Oregon Mutual Insurance Company |
| Pacific Bell Telephone Company |
| Pacific Property and Casualty Company |
| Pacific Specialty Insurance Company |
| Peerless Indemnity Insurance Company |
| Peerless Insurance Company |
| Permanent General Assurance Corporation |
| Philadelphia Indemnity Insurance Company |
| Praetorian Insurance Company |
| Privilege Underwriters Reciprocal Exchange |
| Progressive Casualty Insurance Company |
| Progressive Direct Insurance Company |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Progressive Express Insurance Company |
| 2 | Progressive Select Insurance Company |
| 3 | Progressive West Insurance Company |
| 4 | Property & Casualty Ins. Company Of Hartford |
| 5 | Property and Casualty Insurance Company of Hartford |
| 6 | QBE European Operations |
| 7 | QBE Insurance Corporation |
| 8 | QBE Specialty Insurance Company |
| 9 | Residence Mutual Insurance Company |
| 10 | Roy West |
| 11 | RSUI Indemnity Company |
| 12 | Safeco Insurance Company of America |
| 13 | Safeco Insurance Company Of Illinois |
| 14 | Scottsdale Indemnity Company |
| 15 | Scottsdale Insurance Company |
| 16 | Scottsdale Surplus Lines Insurance Company |
| 17 | Security National Insurance Company |
| 18 | Sentinel Insurance Company |
| 19 | Sentinel Insurance Company, LTD. |
| 20 | Sentry Insurance A Mutual Company |
| 21 | Sentry Select Insurance Company Universal North America |
| 22 | Sequoia Insurance Company |
| 23 | St Paul Fire And Marine |
| 24 | State Farm General Insurance Company |
| 25 | State Farm Mutual Automobile Insurance Company |
| 26 | State Farm Mutual Automobile Insurance Company |
| 27 | Steadfast Insurance Company |
| 28 | Stillwater Insurance Company |

| |
|---|
| Stillwater Property & Casualty Insurance Company |
| Technology Insurance Company, Inc. |
| The Dentists Insurance Company |
| The North River Insurance |
| The Ohio Casualty Insurance Company |
| The Standard Fire Insurance Company |
| The Travelers Home And Marine Insurance Company |
| The Travelers Indemnity Company |
| The Travelers Indemnity Company Of America |
| Topa Insurance Company |
| Tower Select Insurance Company |
| Travelers Casualty Insurance Company Of America |
| Travelers Commercial Insurance Company |
| Travelers Indemnity Company Of Connecticut |
| Travelers Indemnity of CT |
| Travelers Insurance Company of America |
| Travelers Property Casualty Company of America |
| Travelers Property Casualty Insurance Company |
| Truck Insurance Exchange |
| Trumbull Insurance Company |
| Tudor Insurance Company |
| Twin City Fire Insurance Company |
| United Financial Casualty Company |
| United Fire & Casualty Company |
| United National Insurance Company |
| United Services Automobile Association |
| United States Fire Insurance Company |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | USAA Casualty Insurance Company |
| 2 | USAA General Indemnity Company |
| 3 | USAA General Indemnity Company and Garrison Property |
| 4 | Victoria Insurance Company |
| 5 | Vigilant Insurance Company |
| 6 | Voyager Indemnity Insurance Company |
| 7 | Wawanesa General Insurance |
| 8 | Wawanesa General Insurance Company |
| 9 | Wesco Insurance Company |
| 10 | West American Insurance Company |
| 11 | Westchester Fire Insurance Company |
| 12 | Westchester Surplus Lines Insurance Company |
| 13 | Western Heritage Insurance Company |
| 14 | Western Mutual Insurance Company |
| 15 | Western World Insurance Company |
| 16 | Westport Insurance Corporation |
| 17 | XL Insurance America, Inc. |
| 18 | Zenith Insurance Company |
| 19 | Zurich American Insurance Company |
| 20 | Litigation Parties (in adversary 19-03003) |
| 21 | Exelon Corporation |
| 22 | AV Solar Ranch 1, LLC |
| 23 | Consolidated Edison Development, Inc. |
| 24 | FTP Power LLC |
| 25 | Enel Green Power North America |
| 26 | Capital Dynamics, Inc. |
| 27 | Calpine Corporation |
| 28 | Federal Energy Regulatory Commission |
| | NextEra Energy, Inc. |
| | First Solar, Inc. |
| | Willow Springs Solar 3, LLC |

| | |
|---|---|
| 1 | KES Kingsburg, L.P |
| 2 | Mojave Solar LLC |
| 3 | Consolidated Edison Development, Inc. |
| 4 | Ad Hoc Committee of Unsecured Tort Claimant Creditors |
| 5 | DLA Piper LLP (US) |
| 6 | Non-Debtors Professionals |
| 7 | Business Intelligence Solutions LLC (dba BI Solutions, LLC) |
| 8 | Economic Research Services, Inc. (dba ERS Group) |
| 9 | Exponent, Inc. |
| 10 | FTI |
| 11 | Iron Mountain |
| 12 | Jenner & Block LLP |
| 13 | Latham & Watkins LLP |
| 14 | Morrison & Foerster LLP |
| 15 | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 16 | Proskauer Rose LLP |
| 17 | Quanta Technology |
| 18 | Ropes & Gray LLP |
| 19 | Rothschild |
| 20 | Simpson Thacher & Bartlett |
| 21 | Stroock & Stroock & Lavan LLP |
| 22 | Veritext Corp (dba Sarnoff Court Reporters or Western Regional Headquarters) |
| 23 | Ordinary Course Professionals |
| 24 | Cooley |
| 25 | Eversheds - Sutherland |
| 26 | Farella Braun |
| 27 | Greenberg Traurig |
| 28 | Hunton Andrews Kurth |
| 29 | Jackson Lewis P.C. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| 1 | Jenner & Block LLP |
| 2 | Latham & Watkins |
| 3 | Mayer Brown LLP |
| 4 | Morrison & Foerster |
| 5 | Nixon Peabody |
| 6 | Norton Rose |
| 7 | Paragon |
| 8 | Paul Hastings |
| 9 | Pillsbury |
| 10 | PWC |
| 11 | Sedgwick |
| 12 | Sheppard Mullin |
| 13 | Sidley Austin |
| 14 | Troutman Sanders |
| 15 | Vedder Price |
| 16 | White & Case |
| 17 | Winston & Strawn |
| 18 | Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit) |
| 19 | California Department of Fish and Game |
| 20 | California Department of Fish and Wildlife |
| 21 | CAISO - California Independent System Operator (CAISO) |
| 22 | California Public Utilities Commission |
| 23 | California State Water Resources Control |
| 24 | California Department of Fish and WildLife |
| 25 | City of Oakland |
| 26 | Department of Labor |
| 27 | Port of Oakland |
| 28 | Port of San Francisco |
| | San Francisco Port Commission |
| | Regulatory and Government (Federal, State |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | and Local) |
| 2 | California Department of Forestry and Fire Protection |
| 3 | California Department of Insurance |
| 4 | California Independent System Operator (CAISO) |
| 5 | |
| 6 | California Public Utilities Commission |
| 7 | California State Water Resources Control Board |
| 8 | City of Santa Rosa |
| 9 | Environmental Protection Agency |
| 10 | European Mutual Association for Nuclear Insurance |
| 11 | Federal Energy Regulatory Commission (FERC) |
| 12 | Internal Revenue Service |
| 13 | National Transportation Safety Board (NTSB) |
| 14 | |
| 15 | Nuclear Electric Insurance Limited |
| 16 | Nuclear Regulatory Commission |
| 17 | Nuclear Regulatory Commission (NRC) |
| 18 | U.S. Department of Energy |
| 19 | U.S. Department of the Interior |
| 20 | U.S. Department of Transportation |
| 21 | U.S. Environmental Protection Agency |
| 22 | U.S. Securities and Exchange Commission |
| 23 | United States of America |
| 24 | US Nuclear Regulatory Commission |
| 25 | US Securities and Exchange Commission |
| 26 | Secured Creditors |
| 27 | Bank of America Merrill Lynch |
| 28 | Bank of America, N.A. |
| | Barclays Bank PLC |
| | Barclays Capital Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| # | |
|---|---|
| 1 | Barclays Global |
| 2 | BNP Paribas |
| 3 | California Infrastructure and Economic Development Bank |
| 4, 5 | Canadian Imperial Bank of Commerce, NY Agency |
| 6 | CastleOak |
| 7 | Citibank, N.A. |
| 8 | Citigroup Global Markets Inc. |
| 9 | Deutsche |
| 10 | Goldman Sachs Bank USA |
| 11 | J.P. Morgan Securities LLC |
| 12 | JPMorgan Chase Bank, N.A. |
| 13 | Lehman Brothers |
| 14 | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| 15 | Mizuho Bank, Ltd. |
| 16 | Mizuho Corporate Bank, Ltd. |
| 17 | Morgan Stanley Bank/ Morgan Stanley Senior Funding |
| 18 | MUFG Union Bank, N.A. |
| 19 | RBS |
| 20 | Royal Bank of Canada |
| 21 | Sumitomo Mitsui Banking Corporation |
| 22 | TD Bank, N.A. |
| 23 | The Bank of New York Mellon, N.A. |
| 24 | The Bank of New York Trust Company, N.A. |
| 25 | The Bank of Tokyo-Mitsubishi UFJ, Ltd. |
| 26 | U.S. Bank National Association |
| 27 | UBS |
| 28 | UBS Securities |
|  | Wells Fargo Bank, N.A. |
|  | Wells Fargo Bank, National Association |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Wells Fargo Securities LLC |
| 2 | Significant Competitors |
| 3 | San Diego Gas & Electric Company' |
| 4 | Southern California Edison Company |
| 5 | Significant Shareholders (more than 5% of equity) |
| 6 | BlackRock, Inc. |
| 7 | T. Rowe Price Associates, Inc. |
| 8 | The Vanguard Group, Inc. |
| 9 | Significant holder of voting securities |
| 10 | BlackRock Fund Advisors |
| 11 | Elliott Management |
| 12 | T. Rowe Price Associates, Inc. |
| 13 | The Vanguard Group, Inc. |
| 14 | Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales) |
| 15 | California Board of Equalization |
| 16 | California Department of Finance |
| 17 | California Franchise Tax Board |
| 18 | California Public Utilities Commission |
| 19 | City and County of San Francisco |
| 20 | County of San Diego |
| 21 | Internal Revenue Services (Department of the Treasury) |
| 22 | Sacramento County |
| 23 | Santa Clara County |
| 24 | Top Unsecured Creditors |
| 25 | Bank of America |
| 26 | Bank of New York Mellon |
| 27 | Black & Veatch Construction, Inc. |
| 28 | BP Energy Co. |
| | California ISO |

| | |
|---|---|
| 1 | Calpine King City Cogen LLC |
| 2 | Ch2m Hill Engineers Inc. |
| 3 | Citibank, N.A. |
| 4 | Cognizant Worldwide Limited |
| 5 | Crockett Cogeneration LP |
| 6 | DDB Worldwide Communications Group |
| 7 | Desert Sunlight Investment Holdings |
| 8 | Deutsche Bank |
| 9 | DTE Energy Services |
| 10 | Edf Trading North America LLC |
| 11 | Energy Systems Group LLC |
| 12 | Exelon Corporation |
| 13 | Genesis Solar LLC |
| 14 | Genon Marsh Landing LLC |
| 15 | Geysers Power Company LLC |
| 16 | High Plain Ranch II LLLC |
| 17 | Jonah Energy LLC |
| 18 | Macquarie Energy LLC |
| 19 | Meter Readings Holding LLC |
| 20 | Mizuho |
| 21 | Mt. Poso Cogeneration Company |
| 22 | MUFG |
| 23 | Oracle America Inc. |
| 24 | Quanta Energy Services LLC |
| 25 | Russell City Energy Company LLC |
| 26 | Siemens Industry Inc. |
| 27 | TATA America International Corp. |
| 28 | The Bank of New York Mellon |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Turner Construction Company
Ultra Petroleum Corp
Urenco Limited
Wells Fargo

| | |
|---|---|
| 1 | Westinghouse Electric Co. LLC |
| 2 | Zones Corporate Solutions |
| 3 | Unsecured Notes |
| 4 | Bank of America, N.A. |
| 5 | Bank of New York Mellon |
| 6 | Barclays Bank PLC |
| 7 | BNP Paribas |
| 8 | Canadian Imperial Bank of Commerce |
| 9 | Citibank, N.A. |
| 10 | Goldman Sachs Bank USA |
| 11 | JPMorgan Chase Bank, N.A. |
| 12 | Lehman Brothers |
| 13 | Mizuho Corporate Bank, Ltd. |
| 14 | Morgan Stanley |
| 15 | Morgan Stanley Bank |
| 16 | MUFG Union Bank, N.A. |
| 17 | Royal Bank of Canada |
| 18 | Sumitomo Mitsui Banking Corporation |
| 19 | TD Bank, N.A. |
| 20 | TD Securities |
| 21 | U.S. Bank National Association |
| 22 | UBS Investment Bank |
| 23 | US Bank |
| 24 | Wells Fargo |
| 25 | Wells Fargo Bank, N.A. |
| 26 | UCC Lien Holders |
| 27 | Canon Solutions America, Inc. |
| 28 | Dell Financial Services L.L.C. |
| | Internal Revenue Service ("IRS") |
| | Key Government Finance, Inc. |
| | MassMutual Asset Finance LLC |
| | Pitney Bowes Global Financial Services |

| | |
|---|---|
| 1 | LLC |
| 2 | RDO Equipment Co. |
| 3 | State of California |
| 4 | Sterling National Bank |
| 5 | Sunflower Bank, National Association |
| 6 | Wells Fargo Bank |
| 7 | Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 |
| 8 | Unions |
| 9 | Service Employees International |
| 10 | Utility Providers |
| 11 | American Messaging Services LLC |
| 12 | American Water Services |
| 13 | Amerigas Propane |
| 14 | AT&T |
| 15 | AT&T Corp. |
| 16 | AT&T Mobility II LLC |
| 17 | Basin Properties |
| 18 | California American Water |
| 19 | California Water Service |
| 20 | Citizens Telecommunications |
| 21 | City of Bakersfield |
| 22 | City of Concord |
| 23 | City of Lodi |
| 24 | City of Menlo Park |
| 25 | City of Merced |
| 26 | City of Mountain View |
| 27 | City of Napa |
| 28 | City of Orland |
| | City of Redding |
| | City of Roseville |
| | City of Sacramento |
| | City of San Bruno |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| City of Santa Rosa |
| Clearwire |
| Comcast |
| Crown Castle |
| Cupertino |
| Dixon |
| East Bay Municipal Utility Dist |
| Edge Wireless |
| El Dorado Irrigation Dist |
| Equinix Inc. |
| Extenet System |
| Fremont |
| Frontier Communications |
| Frontier Communications of America |
| Globalstar USA |
| Hornitos Telephone Co. |
| Integra Telecom |
| King City |
| Level 3 Communications LLC |
| Marin Municipal Water District |
| Marysville |
| Mediacom Communications Corp |
| Metro, PCS California LLC |
| Modesto Irrigation District |
| New Cingular Wireless Services |
| Nextel Communications |
| Nextel of California, Inc., a Delaware Corp. |
| Oakdale Irrigation District |
| Pacific Bell Telephone Company |
| Redding, City of |
| Republic Services |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Republic Services/Allied Waste |
| 2 | Republic Services/Allied Waste Services |
| 3 | Republic Services/Allied Waste Services |
| 4 | Republic Services/Richmond Sanitary Service (Richmond Sanitary Service) |
| 5 | Roseville, City of |
| 6 | Sacramento Municipal Utility District |
| 7 | San Jose |
| 8 | San Jose Water Co |
| 9 | San Luis Garbage (Coastal Rolloff Service) |
| 10 | San Luis Obispo, City of |
| 11 | Santa Rosa, City of |
| 12 | SBA Communications Corporation |
| 13 | Selma |
| 14 | South County Sanitary |
| 15 | Southern California Edison |
| 16 | Southern California Gas |
| 17 | Southwestern Bell Telephone LP |
| 18 | Sprint |
| 19 | Sprint Spectrum |
| 20 | Suburban Propane |
| 21 | Suddenlink Communications |
| 22 | TDS Telecom |
| 23 | TMO CA/NV LLC, formerly known as Pacific Bell Wireless LLC |
| 24 | T-Mobile USA |
| 25 | T-Mobile West |
| 26 | Total Waste Systems of Mariposa |
| 27 | Town of Paradise |
| 28 | U.S. Cellular |
| | US Cellular |
| | US Telepacific Corp. |
| | USA Waste of California |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Utility Management Services (UMS) |
| Verizon Business Network Services |
| Verizon Wireless |
| Waste Management of Alameda |
| Waste Management of Nevada |
| WaveDivision Holdings LLC |
| Willow Creek Community |
| Zayo Group Holdings Inc. |
| Suppliers |
| Aclara Technologies LLC |
| Silver Spring Networks, Inc. |
| Westinghouse |
| Vendors |
| ABB Inc. |
| Aclara Technologies LLC - California |
| Acme Security Systems |
| Action Resources, LLC |
| ADP, Inc. |
| AECOM Technical Services, Inc. |
| Aggreko North America |
| Airgas Specialty Products |
| Allied Reliability, Inc. |
| Allied Universal |
| Allstate Power Vac, Inc. |
| American Hydro Corporation |
| Aquatech International LLC |
| Arcadis U.S., Inc. |
| Archrock |
| ATC Group Services LLC |
| Atlantic Plant Maintenance |
| Atlas Copco |
| AVI-SPL, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | AZZ WSI LLC |
| 2 | Babcock & Wilcox Construction Co., Inc. |
| 3 | Badger Daylighting Corp. |
| 4 | BakerCorp |
| 5 | Basin Transportation |
| 6 | BFW Coupling Services Limited |
| 7 | Bigge Crane and Rigging Co. |
| 8 | Black & Veatch Corporation |
| 9 | BlueLine Rental, LLC |
| 10 | Braden Manufacturing |
| 11 | Brand Industrial Services, Inc. |
| 12 | Bridge Diagnostics, Inc |
| 13 | BrightView Landscape Services, Inc. |
| 14 | Cameron International Corporation |
| 15 | Campos EPC |
| 16 | Cascade Drilling, L.P. |
| 17 | Cascade Energy |
| 18 | CDK Perforating |
| 19 | Cedar Creek Corporation |
| 20 | CH2M HILL Engineers, Inc. |
| 21 | ChemTreat, Inc. |
| 22 | CIRCOR Reliability Services Company |
| 23 | Clean Energy |
| 24 | CMC Steel Fabricators, Inc |
| 25 | Commercial Systems |
| 26 | Concur |
| 27 | Corrpro Companies, Inc. |
| 28 | Cosco Fire Protection, Inc. |
| | COWI North America, Inc. |
| | Craig Communications |
| | Crane Nuclear, Inc. |
| | Crux Subsurface, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Cudd Pressure Control, Inc. |
| 2 | Cummins Pacific |
| 3 | Cypress Envirosystems, Inc. |
| 4 | Davey Tree Surgery Company |
| 5 | DPR Construction, Inc. |
| 6 | Eaton Corporation |
| 7 | Edison Power Constructors, Inc. |
| 8 | Enercon Services, Inc. |
| 9 | Energy Systems Group, LLC |
| 10 | EnergySolutions, LLC |
| 11 | EnerTouch, Inc. - Energizing Indiana |
| 12 | Entact, LLC |
| 13 | Environment One Corporation |
| 14 | Environmental Resources Management (ERM) |
| 15 | Erickson Incorporated |
| 16 | Evans Consoles Incorporated |
| 17 | Evoqua Water Technologies LLC |
| 18 | Exponent, Inc. |
| 19 | Fluor Corporation |
| 20 | Fuel Cell Energy Inc. |
| 21 | G4S Secure Integration LLC |
| 22 | G4S Secure Solutions (USA) Inc. |
| 23 | General Construction |
| 24 | General Electric International Inc. |
| 25 | General Electric International Inc. - Power Services |
| 26 | Ghilotti Bros., Inc. |
| 27 | Golder Associates Inc. |
| 28 | Granite Construction Company |
| | Greenjacket Inc |
| | GSI Environmental |
| | H & E Equipment Services, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Haas Group International |
| 2 | Hach Company |
| 3 | Haley & Aldrich Inc., its subsidiaries and affiliates |
| 4 | HMT LLC |
| 5 | Hoffman Southwest Corp. DBA Professional Pipe Services |
| 6 | Holtec International |
| 7 | Honeywell HPS |
| 8 | Hydratight Operations, Inc. |
| 9 | ICF Consulting Group, Inc. |
| 10 | Insituform Technologies, LLC |
| 11 | Integrated Power Services |
| 12 | International Line Builders, Inc. |
| 13 | Intren, LLC |
| 14 | JH Kelly LLC |
| 15 | John Crane Inc. |
| 16 | Kenny Construction Company |
| 17 | Kleinfelder, Inc. |
| 18 | Kone, Inc. |
| 19 | Konecranes, Inc. |
| 20 | KSB, Inc. |
| 21 | L.B. Foster Rail Technologies Incorporated |
| 22 | Layfield USA Corp. |
| 23 | Leidos Engineering, LLC |
| 24 | LinTec Corporation |
| 25 | Louis Berger U.S., INC |
| 26 | Lovotti Inc |
| 27 | Loy Clark Pipeline Company |
| 28 | Magnetech Industrial Services |
| | Maskell Pipe & Supply, Inc. |
| | Materials Testing Inc |
| | Maxim Crane Works, L.P. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| # | |
|---|---|
| 1 | MCE Corporation |
| 2 | Mears Group Inc. |
| 3 | MESA |
| 4 | MISTRAS Group, Inc. |
| 5 | Mitsubishi Electric Power Products, Inc. - Substation Division |
| 6 | Mitsubishi Hitachi Power Systems Americas, Inc. |
| 7 | Mott MacDonald, LLC |
| 8 | MRC Global Inc. |
| 9 | MUTI-SII, Inc. |
| 10 | Nalco Company |
| 11 | NDT Global LLC |
| 12 | Nexans High Voltage USA |
| 13 | Nexant, Inc. |
| 14 | Nitta, Inc. |
| 15 | Noresco LLC |
| 16 | North American Field Services |
| 17 | North American Substation Services, LLC |
| 18 | North Star Construction and Engineering, Inc. |
| 19 | Novinium |
| 20 | Oldcastle Precast, Inc. |
| 21 | Osmose Utilities Services Inc. |
| 22 | Otis Elevator Company |
| 23 | Oxbo, Inc. |
| 24 | P & G Power Corp. |
| 25 | Pace Analytical Services, LLC |
| 26 | Panther Technologies |
| 27 | PAR Electrical Contractors, Inc. |
| 28 | Paragon Enterprises |
|  | PARC Environmental |
|  | Parsons Environment & Infrastructure |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Group Inc. |
| 2 | PCA Services LLC |
| 3 | Performance Contracting, Inc. |
| 4 | Phoenix International Holdings, Inc. |
| 5 | Platinum Scaffolding Services Inc. |
| 6 | Potelco Inc. |
| 7 | Powell Electrical Systems, Inc. Service Division |
| 8 | Power Contracting LLC |
| 9 | Power Engineering Construction Co |
| 10 | Power Engineering Inc. |
| 11 | Praxair |
| 12 | Praxair Services, Inc. |
| 13 | Precision Drilling, Inc. |
| 14 | Proact Services Corporation |
| 15 | PROS Incorporated |
| 16 | Proteus Inc |
| 17 | PSC Industrial Outsourcing, LP |
| 18 | Pure Technologies Ltd. |
| 19 | Quality Carriers, Inc. |
| 20 | Quanta Utility Engineering Services |
| 21 | Quantum Spatial, Inc. |
| 22 | Remedial Construction Services, LP |
| 23 | Rentokil North America, Inc. |
| 24 | Road Safety Inc. |
| 25 | Roofing Constructors Inc. dba Western Roofing Service |
| 26 | Russelectric Inc |
| 27 | Safety-Kleen Systems Inc |
| 28 | Safway Services, LLC (heavy industrial industry) |
| | Schindler Elevator Corp. |
| | Scientific Drilling International, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Select Energy Service LLC |
| 2 | SF&S Inc |
| 3 | Siemens Energy, Inc., Fossil Services Power Generation |
| 4 | |
| 5 | Siemens Industry, Inc. - Building Technologies |
| 6 | Siemens Industry, Inc. Customer Services Division |
| 7 | Silicon Valley Foundation, Inc |
| 8 | Silverado Contractors |
| 9 | SimplexGrinnell |
| 10 | SMA Solar Technology America, LLC |
| 11 | Snelson Companies, Inc. |
| 12 | Solar Turbines Incorporated |
| 13 | Southern States, LLC. |
| 14 | SPX Transformer Solutions Inc. - Service Division |
| 15 | Statewide Traffic, Safety & Signs, Inc. |
| 16 | SUEZ WTS USA, Inc. |
| 17 | Sulzer Chemtech USA, Inc. |
| 18 | Summit Line Construction, Inc. |
| 19 | Sun Mountain, LLC |
| 20 | Sunbelt Rentals Inc. |
| 21 | Sunbelt Transformer |
| 22 | SuperbTech, Inc. |
| 23 | Superheat FGH Services, Inc. |
| 24 | Sylvania Lighting Services Corp. |
| 25 | TALX Corp. |
| 26 | Tait North America, Inc. |
| 27 | TDW Services, Inc. |
| 28 | Team Industrial Services, Inc. |
| | Tecta America |
| | Teledyne Monitor Labs Inc. |

| 1 | Terracon Consultants, Inc. |
| 2 | The Davey Tree Expert Company |
| 3 | ThyssenKrupp Elevator Corporation |
| 4 | Transcat, Inc. |
| 5 | TRC Companies Incorporated |
| 6 | Trench Plate Rental Co. |
| 7 | Trimark Associates, Inc. |
| 8 | Tulsa Inspection Resources, LLC. |
| 9 | Turner Construction Company |
| 10 | Tyco Integrated Security LLC |
| 11 | Underground Construction Co., Inc. |
| 12 | Underground Electric Construction Co., LLC |
| 13 | UNITED CALIFORNIA GLASS & DOOR |
| 14 | Univar USA Inc. |
| 15 | Veolia ES Industrial Services, Inc. |
| 16 | Vertiv Services |
| 17 | Voith Turbo Inc. |
| 18 | W.A. Chester LLC |
| 19 | Wartsila North America, Inc. |
| 20 | Weatherford International, LLC - USA |
| 21 | Western Properties |
| 22 | Westinghouse Electric Company, LLC |
| 23 | White Construction Co |
| 24 | Wild Well Control, Inc. |
| 25 | Willdan Energy Solutions |
| 26 | Winco, Inc. |
| 27 | WRECO |
| 28 | Zayo Group, LLC |

Interested Parties / Notice of Appearance Parties

AECOM Technical Services, Inc.

Arlington Wind Power Project LLC

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Atlantica Yield plc, Mojave Solar LLC |
| 2 | Bank of America N.A. |
| 3 | BlueMountain Capital Management, LLC |
| 4 | California Independent System Operator |
| 5 | California Public Utilities Commission |
| 6 | Calpine Corporation |
| 7 | Capital Dynamics, Inc. |
| 8 | Capital Power Corporation |
| 9 | CH2M HILL Engineers, Inc. |
| 10 | Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility |
| 11 | City and County of San Francisco |
| 12 | City of Napa |
| 13 | City of Santa Rosa |
| 14 | Clearway Energy Group LLC |
| 15 | Consolidated Edison Development, Inc. |
| 16 | County of Alameda |
| 17 | Cypress Energy Partners, L.P. |
| 18 | Dentons US LLP |
| 19 | Desert Sunlight Holdings, LLC |
| 20 | Deutsche Bank National Trust Company |
| 21 | Deutsche Bank Trust Company Americas |
| 22 | EDP Renewables North America LLC |
| 23 | Elliott Management Corporation. |
| 24 | Elster American Meter Company, LLC |
| 25 | Enel Green Power North America, Inc. |
| 26 | Enel X |
| 27 | Exponent, Inc. |
| 28 | Federal Energy Regulatory Commission |
| | FTP Power LLC, et al. |
| | Genesis Solar, LLC |
| | Genesys Telecommunications Laboratories, Inc. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| |
|---|
| Gill Ranch Storage, LLC |
| Hoffman Southwest Corp. |
| Honeywell International Inc. |
| International Business Machines Corp. |
| Iron Mountain Information Management, LLC |
| Liberty Mutual Insurance Company |
| Lodi Gas Storage, L.L.P. |
| Macquarie Energy LLC |
| Marin Clean Energy |
| MCE Corporation |
| McKinsey & Company, Inc. U.S. |
| Midway Sunset Cogeneration Company |
| Nexant Inc. |
| NextEra Energy Partners, L.P. |
| NextEra Energy, Inc. |
| NRG Energy Inc., Clearway Energy, Inc. |
| Oracle America, Inc. |
| Pension Benefit Guaranty Corporation |
| Pryor Cashman LLP |
| Puget Sound Energy, Inc. |
| Rising Tree Wind Farm II LLC |
| San Diego Gas & Electric Company |
| Sempra Energy, |
| Shiloh I Wind Project LLC |
| Sonoma County |
| Southern California Gas Company |
| Southern Power Company |
| Tata Consultancy Services |
| The Baupost Group, L.L.C. |
| Town of Paradise |
| TRC Companies, Inc. |

| |
|---|
| Tulsa Inspection Resources PUC, LLC |
| Tulsa Inspection Resources, LLC, |
| Turner Construction Company |
| Valero Refining Company-California |
| Westside Solar, LLC |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119