WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF TYSON SMITH IN SUPPORT OF MOTION TO FILE REDACTED DOCUMENTS IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY PRICEWATERHOUSECOOPERS LLP AS MANAGEMENT, TAX, AND ADVISORY CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO PETITION DATE**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1. I, Tyson Smith, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

2. I am Senior Counsel in the Law Department at Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corporation, the "**Debtors**"). I joined the Law Department in 2018 and have been licensed to practice in the State of California since 2003. Prior to joining the Utility, I was a partner at Winston & Strawn LLP from 2011 to 2018 and associate from 2005 to 2011. From 2003 to 2005, I was an attorney in the Office of the General Counsel, U.S. Nuclear Regulatory Commission. I hold a Bachelor's degree from Vanderbilt University in civil and environmental engineering, a Master's degree from Stanford University in civil and environmental engineering, and a juris doctorate from Lewis and Clark Law School.

3. I am knowledgeable and familiar with the Debtors' day-to-day operations and, specifically, the Debtors' professional engagements with PricewaterhouseCoopers LLP ("**PwC**"). I am authorized to submit this Declaration on behalf of the Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' other employees or the Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

4. This Declaration is submitted in support of the *Motion to File Redacted Documents in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers LLP as Management, Tax, and Advisory Consultants to the Debtors Nunc Pro Tunc to Petition Date* (the "**Motion to Redact**") filed concurrently herewith, which seeks authority to redact certain confidential information subject to attorney–client privilege and the attorney work product doctrine that is the subject of the *Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Pricewaterhousecoopers LLP as Management, Tax, and Advisory Consultants to the*

*Debtors Nunc Pro Tunc to Petition Date* (the "**PwC Retention Application**"), filed concurrently herewith.[1]

PwC performed a number of engagements for the Debtors prior to the Petition Date and PwC has developed valuable institutional knowledge about the Debtors' businesses, operations, accounting systems, and other material information. PwC is party to a number of contracts with the Debtors; however the Debtors are only seeking to redact information from nine of such contracts. Redacted copies of the MSA Contracts and Engagement Letters are annexed to the Bowman Declaration.

In addition to the relevant terms governing PwC's work and other critical services that have been, and will continue to be, performed by PwC for the benefit of the Debtors (which are described in detail in the PwC Retention Application), certain MSA Contracts and Engagement Letters describe work to be performed at the direction of counsel and information subject to the attorney–client privilege and the attorney work product doctrine. The Debtors have narrowly tailored their request to redact by limiting the redactions to information subject to the attorney–client privilege and the attorney work product doctrine, rather than all commercially sensitive information. Therefore, the Debtors seek to file certain MSA Contracts and Engagement Letters with the limited redactions described above.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the PwC Retention Application.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct.

Dated: May 1, 2019

Respectfully submitted,

By: /s/ Tyson R. Smith
Tyson Smith