WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL H. TORKIN IN SUPPORT OF THE MOTION PURSUANT TO 11 U.S.C. § 363 AUTHORIZING DEBTORS TO PAY THE FEES AND EXPENSES OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL TO THE INDEPENDENT DIRECTORS OF PG&E CORP. (AS MODIFIED AS DESCRIBED HEREIN)[1]**<br><br>Date:    May 9, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court,<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br>Objection Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time) |

---

[1] As described herein, Simpson Thacher & Bartlett LLP is seeking authorization pursuant to 11 U.S.C. § 327(e) for the Board Representation (as defined below) and pursuant to 11 U.S.C. § 363 for the Independent Director Representation (as defined below).

I, Michael H. Torkin, being duly sworn, declare the following under penalty of perjury:

I am a partner in the law firm of Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or the "**Firm**"), with an office at 425 Lexington Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York, and there are no disciplinary proceedings pending against me.

This Supplemental Declaration is made in support of the above-captioned debtors' (the "**Debtors**") *Motion Pursuant to 11 U.S.C. §363 Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* on the terms and conditions described in the Motion (as such terms and conditions are modified as described herein, the "**Motion**")[2]. The Motion seeks authorization to pay the reasonable fees and expenses of Simpson Thacher as counsel to (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and as counsel to the members of the Board from time to time in their capacities as members of the Board, under section 327(e) of the Bankruptcy Code (the "**Board Representation**") and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**") (the "**Independent Director Representation**") under section 363 of the Bankruptcy Code. This Declaration addresses the disclosures required by the 2013 U.S. Trustee Large Case Fee Guidelines and supplements the Torkin Declaration in light of the U.S. Trustee's request that Simpson Thacher be retained as counsel to the Board under 11 U.S.C. § 327(e). Except as otherwise noted, I have personal knowledge of the matters set forth herein, and the statements made herein are based on the conflicts search conducted to date and described herein and are made to the best of my knowledge, information and belief.

The services to be performed in connection with the Board Representation include (i) matters related to corporate governance, and (ii) other related matters.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The services to be performed in connection with the Independent Director Retention include (i) representation in ongoing litigation and regulatory inquiries, including matters involving the California Public Utilities Commission, (ii) fact-gathering, and (iii) related matters.

To the extent that any information disclosed herein requires amendment or modification upon Simpson Thacher's receipt of additional information or as additional information on parties in interest becomes available, I or one of my partners will use reasonable efforts to file a supplemental declaration with the Court.

Simpson Thacher has not agreed to any variations from, or alternatives to, its standard billing arrangements for the Board Representation or the Independent Director Representation. Simpson Thacher's rate structure is appropriate and is the same as: (a) the rates that Simpson Thacher charges for other non-bankruptcy representations; and/or (b) the rates of other comparably skilled professionals.

Simpson Thacher's professionals involved in these engagements do not vary their rates based on the geographic location of the Debtors' Chapter 11 Cases. Simpson Thacher's hourly rates in representing the Board and the Independent Directors are consistent with its rates for other comparable clients, regardless of the location of the Chapter 11 Cases.

Simpson Thacher has been representing certain of the Independent Directors since December 2017.[3] The billing rates and material financial terms of the prepetition engagement are the same as those described in the Motion and will be subject to customary annual rate increases as of January 1. Simpson Thacher's representation of the Board began in April 2019. The billing rates and material financial terms for the post-petition services to the Board are the same as those described in the Motion, subject to customary annual rate increases as of January 1.

The services to the Board will be provided on the basis of specific assignments. Accordingly, there is not a budget established at this point, but Simpson Thacher will be charging its customary hourly rates. If the Board asks Simpson Thacher to perform any other transactionally-based assignments related to a plan of reorganization, Simpson Thacher and the Board will develop a budget

---

[3] Simpson Thacher is holding a balance of $556,633.58 on a retainer paid in December 2018 with respect to the representation of the Independent Directors.

at the appropriate time. In addition, if the Debtors ask Simpson Thacher to provide a monthly forecast for services to be provided to the Board, Simpson Thacher will do so. Simpson Thacher has provided the Debtors with a monthly forecast through the end of 2019 for services to be provided to the Independent Directors. In accordance with the U.S. Trustee Guidelines, any budget or forecast that is provided may be amended as necessary to reflect changed or unanticipated developments.

The U.S. Trustee has requested that the retention of Simpson Thacher for the Board Representation be approved under 11 U.S.C. § 327(e), and in light of that request, the proposed order has been modified in the manner attached hereto as Exhibit A, with a redline against the original form of proposed order attached hereto as Exhibit B. Exhibit A also reflects comments from counsel for the Official Committee of Unsecured Creditors. Subject to the disclosures in the Torkin Declaration as supplemented herein, I believe that Simpson Thacher does not represent or hold any interest adverse to the Debtors or their estates with respect to Simpson Thacher's representation of the Independent Directors and Simpson Thacher's representation of the Board. I also believe that Simpson Thacher's representation of the Independent Directors does not cause Simpson Thacher to represent or hold any interest adverse to the Board. If any conflict should arise with respect to a particular matter, the Board can utilize one of the Debtors' other counsel.

Weil Gotshal & Manges circulated a revised version of the Retention Checklist on April 16, 2019. Based on the revised version, Simpson Thacher provides the following additions to the Schedules to the Torkin Declaration:

(i) **Schedule 2 (a) [Current Clients in the Chapter 11 Cases]:** The newly-constituted Board.

(ii) **Schedule 2(b) [Interested Parties as Described in the Torkin Declaration]:** Accenture, McKinsey, Willis Towers Watson US LLC, Western Asset Management Company, Assurant Entities, BrightView Enterprise Solutions, LLC, BrightView Landscape Services, Inc., Centerbridge Partners, L.P., Clearway Energy, Inc., XL Insurance America, Inc.

(iii) **Schedule 2(b) [Interested Parties For Whom Additional Information Is Needed]:** Michael Graham, Robert E. (Amerman), Director of Industrial.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of Simpson Thacher's retention are discovered or arise, Simpson Thacher will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 1, 2019

_____
Michael H. Torkin
Simpson Thacher & Bartlett LLP