Stephan Brown, SBN 300563
Daniel Griffin, SBN 311236
The Bankruptcy Group, P.C.
3300 Douglas Blvd., Ste. 100
Roseville, CA 95661
Phone: 800-920-5351
Fax: 916-242-8588
Email: daniel@thebklawoffice.com

Attorneys for Creditor
Road Safety, Inc.,
a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                     Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

///

///

1

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that The Bankruptcy Group, P.C. and attorneys Stephan Brown and Daniel Griffin ("The Bankruptcy Group"), hereby withdraw the Notice of Appearance filed in the above-captioned case, docket number 676.

**PLEASE TAKE FURTHER NOTICE** that The Bankruptcy Group additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

DATE: May 2, 2019

_____
Daniel Griffin
Attorney for Creditor
Road Safety, Inc.,
a California Corporation