Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors. | Case Nos. 19-30088 DM (Lead Case)<br>                 19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives notices pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim reference in this notice.

| **TURN, The Utility Reform Network** | **VENDOR RECOVERY FUND IV, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | Amount of Claim: $983.84 |
| Binder & Malter, LLP | Scheduled: |
| Atten: Robert Harris | Proof of Claim No.: 1737 |
| 2775 Park Ave. | Date Claim Filed: 03/19/19 |
| Santa Clara, CA 95050 | |
| Phone: 408-295-1700 | Address of Transferor: |
| Email: rob@bindermalter.com | Vendor Recovery Fund IV, LLC |
| | PO BOX 669 |
| **Name & Address for all Payments:** | Smithtown, NY 11787 |
| SAME AS ABOVE | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: May 2, 2019              By: /s/ *Robert G. Harris*
                                        Robert G. Harris

                                Attorneys for The Utility Reform Network (TURN)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY                                       1

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

# Proof of 503(b)(9) Claim

Read the instructions before filling out this form. This form is for asserting claims entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) against one of the above Debtors arising on or after January 9, 2019 through and including January 28, 2019. Do not use this form to assert any other pre-petition claim(s). Assert such claims on Form 410.

**11 U.S.C. § 503(b)(9)** applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
EP Container Corp
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Contact phone: 800-211-0311
Contact email: gracie@epcontainer.com

Where should payments to the creditor be sent? (if different)

Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___ / ___ / ____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

6. **On what date (or dates) were the goods delivered? (if known)** 01/08/2019 (mm/dd/yyyy)

7. **How much is the claim?** $ 983.84

   Note: 11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Do not include in the above amount the value of goods received by the Debtor outside of that period, or the value of any other services performed. Assert such claims on Form 410.

8. **What is the description of the goods provided in the claim?**

| Part 3: | Sign Below |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Gracie Marek*
Gracie Marek (Mar 19, 2019)

**Email:** gracie@epcontainer.com

**Print the name of the person who is completing and signing this claim:**

| Name | Gracie Marek |
| | First name / Middle name / Last name |
| Title | Accounts Receivable/Customer Service Manager |
| Company | EP Container Corp |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 17115 Jersey Ave |
| | Number / Street |
| | Artesia / CA / 90701 |
| | City / State / ZIP Code |
| Contact phone | 8002110311 Email gracie@epcontainer.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
  (attach below)

☐ I do **not** have supporting documentation.

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# EP Container Corporation

17115 Jersey Ave.
Artesia, CA 90701
(562) 282-1882
http://www.epcontainer.com

# Invoice

| | |
|---|---|
| **Invoice Number:** | 0303843-IN |
| **Invoice Date:** | 1/8/2019 |
| **Order Number:** | 0154950 |
| **Order Date** | 12/18/2018 |
| **Salesperson:** | 0001 |
| **Customer Number:** | 20-PG&EDI |

Page: 1

**Sold To:**

Pacific Gas & Electric Inc
Diablo Canyon Materials
Attn: Accounts Payable
P.O. Box 7760
San Francisco, CA 94177

**Ship To:**

PG & E Diablo Canyon
Materials Facility
4340 Old Santa Fe Road
San Luis Obispo, CA 93401

**Confirm To:** Steve Reed

| Customer P.O. | Ship VIA | F.O.B. | Terms | | | |
|---|---|---|---|---|---|---|
| 3501186692 | ESTES PPD | ORIGIN | Net 30 Days | | | |
| **Item Code** | **Unit** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| DMG500FIT | | 55g Steel O/T Drum, Bolt & Rin | | | | |
| **Whse:** 010 | EACH | 10 | 10 | 0 | 75.370 | 753.70 |

**Closure instructions available online at: www.epcontainer.com**

**Title to the materials shall pass directly from the seller the buyer at the shipping point prior to shipment. Seller shall set out and deduct freight charges prior to computing sales or use tax-**

| | |
|---|---|
| Net Invoice: | 753.70 |
| Less Discount: | 0.00 |
| Freight: | 175.50 |
| Sales Tax: | 54.64 |
| **Invoice Total:** | 983.84 |

Case: 19-30088    Doc# 1810    Filed: 05/02/19    Entered: 05/02/19 12:15:46    Page 6 of 8

# Electronic Proof of Claim

Final Audit Report                                                2019-03-19

| | |
|---|---|
| Created: | 2019-03-19 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAlwcPEgy1iVlG-71XUac7D-AVPDIg7CD7 |

## "Electronic Proof of Claim" History

- Widget created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-03-19 - 6:00:49 PM GMT

- Gracie Marek (gracie@epcontainer.com) uploaded the following supporting documents:
  - Attachment
  2019-03-19 - 6:03:52 PM GMT

- Widget filled in by Gracie Marek (gracie@epcontainer.com)
  2019-03-19 - 6:03:52 PM GMT- IP address: 96.229.127.113

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/72.0.3626.121 Safari/537.36)
  2019-03-19 - 6:03:54 PM GMT- IP address: 96.229.127.113

- Signed document emailed to Gracie Marek (gracie@epcontainer.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-03-19 - 6:03:54 PM GMT

## ASSIGNMENT OF CLAIM

VENDOR RECOVERY FUND IV, LLC a business organized under the laws of the State of New York, having offices at PO BOX 669, Smithtown, NY 11787 ("Assignor") for good and valuable consideration in the amount of $ 3,000.00 (the "Purchase Price"), does hereby absolutely and unconditionally sell, transfer and assign unto TURN, The Utility Form Network, the Utility, with offices at 268 Bush Street, #3933 San Francisco, CA 94104, its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor (the "Claim") against Pacific Gas and Electric Company, Debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Northern District of California (the "Court"), Case No. 19-30089 ("Debtor"), in the amount of not less than $ 984.00 and all rights and benefits of Assignor relating to the Claim, including without limitation any interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, cure payments, instruments and/or other property which may be paid or issued in satisfaction of the Claim.

A Proof of Claim in the amount of $983.84 HAS BEEN DULY AND TIMELY FILED in the Proceedings. If the Proof of Claim amount differs from the Claim amount set forth above, Assignee shall nevertheless be deemed the owner of that Proof of Claim subject to the terms of this Agreement and shall be entitled to identify itself as owner of such Proof of Claim on the records of the Court.

Assignor represents and warrants that the Claim is a valid general unsecured trade claim against the Debtor. The Claim reflected in the Debtors most recent Schedules of Liabilities in the Proceedings is $ 984.00, that no payment has been received by Assignor or on behalf of Assignor, in full or partial satisfaction of the Claim; that Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part; that Assignor owns and has sole title to the Claim free and clear of any and all liens, security interests or encumbrances o any kind of nature whatsoever.

In the event all or any part of the Claim is disallowed in the Proceedings for any reason whatsoever, Assignor shall make immediate restitution and repayment of the proportional Purchase Price equal to the Purchase Price times the ratio of the amount of the disallowance divided by the Claim Amount ("Restitution Payment"), no later than ten (10) business days after receiving a written demand from Assignee notifying of such disallowance. Assignor further agrees to reimburse Assignee for all losses, costs, and expenses, included reasonable legal fees and costs, incurred by Assignee as a result of Assignee's enforcement of its rights under this paragraph. In the event the claim is objected to, Assignee agrees to immediately notify Assignor of such objection and permit Assignee to defend said objection.

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Assignment of Claim may be brought in any State or Federal Court located in the State of California.

Assignor hereby waives its right to raise any objections thereto and its right to receive notice pursuant to Rule 3001 of the Rules of Bankruptcy Procedure.

IN WITNESS WHEREOF; the undersigned Assignor has duly executed this Agreement of Claim by its authorized representative this ___ day of May 2019.

_____  Causau C DRUM CAPITAL, ca
AUTHORIZED SIGNATURE              EMAIL ADDRESS

Shaun Causan                      631-791-5015
_____   _____
PRINT NAME/TITLE                  PHONE NUMBER