| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT OF OPPOSITION TO MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER § 362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)(1)**<br><br>Related Dkt. No. 1535<br><br>Date: May 9, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

Pursuant to the Court's text order on April 29, 2019 (the "**April 29 Order**"), Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned chapter 11 cases, respectfully submits this statement in opposition to the City and County of San Francisco's ("**CCSF**") Motion [Dkt No. 1535]. The Utility recognizes that it is subject to a wide range of regulatory obligations and is no way attempting to shirk those responsibilities while in Chapter 11. However, the proceeding initiated by CCSF at the Federal Energy Regulatory Commission ("**FERC**") that underlies the Motion is clearly subject to the automatic stay as a prepetition action commenced by CCSF against the Utility. CCSF's prosecution of this proceeding at FERC, in furtherance of CCSF's pecuniary interests, is not exempted from the automatic stay under section 362(b)(4) of the Bankruptcy Code, and this Court should not lift the stay. The Utility opposes the Motion, and will submit a preliminary opposition prior to the May 9, 2019 preliminary hearing, pursuant to the Court's April 29 Order.

Dated: May 2, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: */s/ Peter J. Benvenutti*
      Peter J. Benvenutti

*Attorneys for the Debtors and Debtors in Possession*