Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: May 9, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>OBJECTION DEADLINE: April 24, 2019<br>DKT # 1324 |

**EX PARTE APPLICATION BY TURN TO MODIFY PAGE LIMIT FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

The Utility Reform Network ("TURN") hereby applies to this Court for an order modifying the limitation of Bankruptcy Local Rule 9013-1, expanding the 15-page limit on reply memoranda to 21 pages. TURN respectfully represents as follows in this Ex Parte Application:

1. The Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a); Memorandum of Points & Authorities [Dkt. #1324] (the "Motion") was filed and served on April 10, 2019.

2. The U.S. Trustee, Debtors and Official Committee of Unsecured Creditors each filed substantial oppositions to the Motion, raising issues that exceeded, to a degree, the scope of TURN's original filing. In crafting a response, TURN had to delve deep into aspects of regulatory law that, in order to offer a full reply, required 21 pages of text. TURN could not, despite attempting to do so, reduce the text to anything near the 15-page limit set in BLR 9013-1 for reply memoranda. TURN believes that additional 6 pages or argument and legal authority to be essential for reaching an appropriate and fully-considered result on the Motion.

WHEREFORE, the Debtor respectfully requests that the Court grant this Application and enter an order modifying Bankruptcy Local Rule 9013-1 as to the Motion and expanding the 15-page limit on reply memoranda to 21 pages for the Reply to Oppositions to Motion by Turn for Appointment of Official Committee of Ratepayer Claimants Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a)**.**

Dated: May 2, 2019   BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
      Robert G. Harris

Attorneys for TURN, the Utility Reform Network