Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>            19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date:   May 9, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>           450 Golden Gate Avenue<br>           San Francisco, California<br><br>OBJECTION DEADLINE: April 24, 2019<br>DKT #1324 |

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATRON BY TURN TO MODIFY PAGE LIMIT FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

I, Robert G. Harris, know the following matters to be true of my own, personal knowledge and, if called as a witness, I could and would testify competently thereto:

1. I am a member of the State Bar of California in good standing and am admitted to practice before this Court. I am counsel for e Utility Reform Network ("TURN").

2. On May 2, 2019, I transmitted email messages to Timothy Laffredi, Dennis Dunne, and Jane Kim, counsel for the U.S. Trustee, Official Committee of Unsecured Creditors, and Debtors herein, respectively. My message was as follows: "Dear counsel: My reply brief on the Motion to Compel Appointment of a Ratepayer Committee is oversize. Will you stipulate to my application to modify BLR 9013-1 to allow me to file a 21-page brief?" I called and left messages for Ms. Kim (in her firm's general mailbox) and Mr. Dunne.

3. Mr. Laffredi replied to me by email almost immediately stating the following: "Thanks, Mr. Harris. The UST does not have any objection to your request to file an oversized brief." I have not received responses from Mr. Dunne or Ms. Kim as yet.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 2nd day of May, 2019, at Santa Clara, California.

        /s/ *Robert G. Harris*
        Robert G. Harris