```
 1 | Heinz Binder (SBN 87908)
   | Robert G. Harris (SBN 124678)
 2 | BINDER & MALTER, LLP
   | 2775 Park Avenue
 3 | Santa Clara, CA 95050
 4 | Tel: (408) 295-1700
   | Fax: (408) 295-1531
 5 | Email: Heinz@bindermalter.com
   | Email: Rob@bindermalter.com
 6 |
 7 | Attorneys for TURN, The Utility Reform Network
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br><br>Date: May 9, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF
OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO
11 U.S.C. §§ 1102(a)(2), 105(a) (FRE 201, FRBP 9017)**

1       The Utility Reform Network ("TURN"), by and through its counsel of record, hereby requests that the Court to take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, of the following complete documents in support of the Motion by Turn for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a) and its Reply to Oppositions to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a):

1.     Order Instituting Investigation and Ordering Pacific Gas and Electric Company to Appear and Show Cause Why It Should not be Sanctioned for Violations of Article 8 and Rule 1.1 of the Rules of Practice and Procedure and Public Utilities Code Sections 1701.2 and 1701.3, a true and correct copy of which is attached hereto as Exhibit "1".

2.     I.18-12-007, Order Instituting Investigation and Order to Show Cause on the Commission's Own Motion into the Operations and Practices of Pacific Gas and Electric Company with Respect to Locate and Mark Practices and Related Matters, a true and correct copy of which is attached hereto as Exhibit "2".

Dated: May 2, 2019                                                  BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
       Robert G. Harris

Attorneys for TURN, The Utility Reform Network