Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br>**PG&E CORPORATION** <br><br>-and- <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Debtors. <br><br>☐ Affects PG&E Corporation <br><br>☐ Affects Pacific Gas and Electric Company <br><br>■ Affects both Debtors <br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br>Chapter 11 <br>(Lead Case) <br>(Jointly Administered) <br><br>**MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3001(a) FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES** <br><br>Date: June 11, 2019 <br>Time: 9:30 a.m. (Pacific Time) <br>Place: United States Bankruptcy Court <br>Courtroom 17, 16th Floor <br>San Francisco, CA 94102 <br>Objection Deadline: May 28, 2019 |

The Official Committee of Tort Claimants (the "**TCC**"), hereby submits this Motion (the "**Motion**"), pursuant to sections 105(a) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3001(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order approving the proposed model Proof of Claim Form for Fire Claims (attached hereto as **Exhibit A**) and related procedures. In support of the Motion, the TCC submits the Declaration of Karen Lockhart (the "**Lockhart Declaration**") filed contemporaneously herewith. A proposed form of order granting the relief requested herein is attached hereto as **Exhibit B** (the "**Proposed Order**").

Dated: May 3, 2019

                                                  BAKER & HOSTETLER LLP

                                                  By:   /s/ Cecily Dumas
                                                            Cecily Dumas

                                                *Attorneys for The Official Committee of Tort Claimants*