**EXHIBIT B**

**PROPOSED ORDER**

Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3001(a) APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES** |

Upon the Motion, dated May 3, 2019 (the "**Motion**"),[1] of the Official Committee of Tort Claimants (the "**TCC**"), pursuant to sections 105(a) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3001(a) of the Federal Rules of Bankruptcy Procedure

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

(the "**Bankruptcy Rules**"), for entry of an order approving the proposed model proof of claim form for Fire Claims and related procedures; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and this Court having reviewed the Motion and the Lockhart Declaration; and this Court having held a hearing on the Motion; the Court having reviewed the proposed Fire Proof of Claim Form attached to the Motion as Exhibit A and determined that it conforms substantially to the appropriate Official Form; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as provided herein.

2. The Fire Proof of Claim Form is hereby approved. Each Fire Claim filed using the Fire Proof of Claim Form shall be deemed filed against each of the Debtors.

3. To implement the use of the Fire Proof of Claim Form, the Court hereby approves the following procedures:

    (a) Prime Clerk will modify the website maintained for the Debtors' Chapter 11 Cases located at https://restructuring.primeclerk.com/pge/ so that (i) the Fire Proof of Claim Form is publicly accessible and (ii) the webpage associated with the link entitled "Submit a Claim" (the "**Electronic Filing System**") is modified so that potential Fire Claimants that choose to file a proof of claim

form before a deadline to file Fire Proofs of Claim is established are directed to, and can, complete the Fire Proof of Claim Form.

  (b) Any Fire Claimant that has already filed a proof of claim with Prime Clerk against any of the Debtors utilizing a claim form that substantially conforms to Official Form No. 410 is not required to file another proof of claim, or an amended proof of claim, using the Fire Proof of Claim Form.

  (c) Any Fire Claimant that choses to do so may file a Fire Proof of Claim using Official Form 410; *provided*, *however*, that the Electronic Filing System shall default to the Fire Proof of Claim Form for any party that identifies itself as a Fire Claimant.

4. Nothing contained in this Order or in the Motion is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors, (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (c) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

5. No bar date for filing proofs of claim has been established in the Chapter 11 Cases. Nothing contained in this Order or in the Motion is intended to be or shall be construed as establishing a bar date for filing any proofs of claim in the Chapter 11 Cases.

6. The TCC, the Debtors, and Prime Clerk are each authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

       ** END OF ORDER **