Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>   -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KAREN LOCKHART REGARDING THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3001(a) FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES**<br><br>Date: June 11, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Karen Lockhart, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am the Chair of the Official Committee of Tort Claimants (the "**TCC**"). I submit this declaration in support of the *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of An Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures* (the "**Motion**").[1]

2.  The TCC anticipates that thousands of parties are likely to file claims in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") arising from or relating to fires that the PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company ("**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), are alleged to have caused (each, a "**Fire Claimant**" and, collectively, the "**Fire Claimants**").

3.  The fires at issue include fires that occurred over a three-year period—the November 2018 Camp Fire, the October 2017 Atlas Fire, the October 2017 Adobe Fire, the October 2017 Bear Fire, the October 2017 Blue Fire, the October 2017 Cascade Fire, the October 2017 Cherokee Fire, the October 2017 Honey Fire, the October 2017 La Porte Fire, the October 2017 Lobo Fire, the October 2017 McCourtney Fire, the October 2017 Norrbom Fire, the October 2017 Nuns Fire, the October 2017 Oakmont Fire, the October 2017 Partrick Fire, the October 2017 Pocket Fire, the October 2017 Point Fire, the October 2017 Potter Fire, the October 2017 Pythian Fire, the October 2017 Redwood Fire, the October 2017 Sulphur Fire, the October 2017 Sullivan Fire, the October 2017 Tubbs Fire, the October 2017 37 Fire, the December 2016 Ghost Ship Fire, the September 2015 Butte Fire, and other fires that occurred in California prior to the Petition Date (each, a "**Fire**" and, collectively, the "**Fires**").

4.  On March 14, 2019, the Debtors filed their Schedules of Assets and Liabilities (collectively, the "**Schedules**"). *See* Dkt. Nos. 900 & 906. The Debtors scheduled each Fire Claim in an "undetermined" amount and as "disputed," "contingent," and "unliquidated." Many Fire Claimants have begun filing proofs of claim using the form provided by Prime Clerk on its website—*i.e.*, Official Form 410.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion and the Memorandum in Support thereof.

2

5. Official Form 410 is not tailored to prepetition claims against the Debtors for monetary losses, personal injuries (including death), losses or asserted damages arising out of or relating to the Fires (each, a "**Fire Claim**" and, collectively, the "**Fire Claims**"). The TCC respectfully submits that the proof of claim form for a Fire Claim should be customized to target information regarding the events giving rise to the Fire Claim, the alleged harm, and the damages sought, and should eliminate the need to provide information that may not be available at this time.

6. The TCC has prepared a model proof of claim form, attached to the Motion as **Exhibit A** (the "**Fire Proof of Claim Form**"). The Fire Proof of Claim Form is intended to simplify the process for Fire Claimants to file a proof of claim against the Debtors in respect of any prepetition Fire Claim (each, a "**Fire Proof of Claim**").

7. The TCC is not asking the Court to require Fire Claimants that have already filed a proof of claim using Official Form 410 to file a new proof of claim. The TCC is not asking the Court to establish a bar date for any party to file a proof of claim, including Fire Proofs of Claim, or to approve the form or manner of any notices to be given to known and unknown claimants, including the notice of any bar date or any notice by publication. To implement the use of the proposed Fire Proof of Claim Form, the TCC proposes procedures to provide instruction as to how to use the Fire Proof of Claim Form and to eliminate uncertainty among Fire Claimants that have already filed proofs of claim against the Debtors.

8. The TCC believes that it is both necessary and appropriate for the Court to approve a model proof of claim form for Fire Claims at this early stage in the Chapter 11 Cases so that Fire Claimants that access the website maintained by Prime Clerk for the Chapter 11 Cases can avail themselves of the simplified form. The Fire Proof of Claim Form was designed with these objectives in mind and to ease the burden imposed on Fire Claimants by not requiring Fire Claimants to provide information that is not available and, instead, focus on information that will provide all parties in interest with clear notice of the basis for and events giving rise to each Fire Claim.

3

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 24, 2019

*Karen Lockhart* (signature)
Karen Lockhart

4