

1  Heinz Binder (SBN 87908)
2  Robert G. Harris (SBN 124678)
   BINDER & MALTER, LLP
3  2775 Park Avenue
   Santa Clara, CA 95050
4  Tel: (408) 295-1700
   Fax: (408) 295-1531
5  Email: Heinz@bindermalter.com
   Email: Rob@bindermalter.com
6

7  Attorneys for TURN, The Utility Reform Network

8

**Signed and Filed: May 3, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

9              UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  In re                               Case Nos. 19-30088 DM (Lead Case)
                                                   19-30089 DM
14  PG&E CORPORATION

15                                       Chapter 11
    and                                  *Jointly Administered*
16

17  PACIFIC GAS AND ELECTRIC
    COMPANY,
18                        Debtors.

19  ─────────────────────────────        Date:   May 9, 2019
    ☐ Affects PG&E Corporation           Time:   9:30 a.m.
20                                        Place:  Courtroom 17
    ☐ Affects Pacific Gas and Electric Company     450 Golden Gate Avenue
21                                                 San Francisco, California
    ☒ Affects both Debtors
22
    * All papers shall be filed in the Lead Case
23  No. 19-30088 DM.                      OBJECTION DEADLINE: April 24, 2019

24

25     **ORDER GRANTING EX PARTE APPLICATRON BY TURN TO MODIFY PAGE LIMIT
       FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF**
26            **OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS**
              **PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**
27

28

1    The Court has considered the Ex Parte Application by TURN to Modify Page Limit for

2    Reply to Oppositions to Motion by TURN for Appointment of Official Committee of Ratepayer

3    Claimants Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) (the "Application").  For good cause shown,

4    the Application be and hereby is GRANTED.

5         IT IS THEREFORE ORDERED that

6         1.    Bankruptcy Local Rule 9013-1 be and hereby is modified such that TURN, The

7    Utility Reform Network be and hereby is authorized to file its Reply to Oppositions to Motion by

8    Turn for Appointment of Official Committee of Ratepayer Claimants Pursuant To 11 U.S.C. §§

9    1102(a)(2), 105(a) and include therein up to 21 pages of text.

10                    ***** END OF ORDER *****

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1                             COURT SERVICE LIST

2 All ECF Recipients.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2