UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA


FILED
MAY -3 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtors

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 355-2003
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

**Rader Excavating Inc.**
Name of Transferor
Phone: 530-646-9273
Last Four Digits of Acct #: N/A

**Claim No: 2864**
**Debtor: Pacific Gas and Electric Company (19-30089)**

**Date Filed: April 30, 2019**

Total Claim Amount: $429,904.49

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____ May 1, 2019
    DocuSigned by:
    EFEC0860E2674B0...
Transferee/Transferee's Agent   Mark Strefling
                                Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: Pacific Gas and Electric Company ("Debtor"); Case No. 19-30089 (DM), Jointly Administered

Claim No. 2864

**Rader Excavating Inc.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**
**Attn: Scott Specken**

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 2864 of Seller in the principal amount of $429,904.49 (the "Claim") against the Debtor in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtor's Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 1st day of May, 2019.

**Rader Excavating Inc.**

By: *[signature]*
Name: Aaron Rader
Title: V.P.

**Whitebox Multi-Strategy Partners, LP**

By: _____

Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 1st day of May, 2019.

**Rader Excavating Inc.**

By:_____
Name:
Title:

**Whitebox Multi-Strategy Partners, LP**

By: 

Name: Mark Strefling
Title: Partner & CEO

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065454 - JB

May 03, 2019
13:01:39

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $25.00 CH
Check#.: 25569737111




Total-> $25.00


FROM: DAMIEN MORRIS CLIFFORD CHANCE
```