| | |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |
| | **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Bottini & Bottini, Inc., Attn: Francis A. Bottini, Jr., Albert Y. Chang, and Yury A. Kolesnikov, 7817 Ivanhoe Avenue, Suite 102 La Jolla, CA 92037:

- Order Granting Motion to Enforce the Automatic Stay Against Rick Bowlinger and Bottini & Bottini, Inc. [Docket No. 1770]

3. On April 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**

Executed this 3rd day of May 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| DLA Piper LLP (US) | RICHARD A. CHESLEY, ESQ. | 444 West Lake Street, Suite 900 | Chicago | IL | 60606-0089 |
| Gibson, Dunn & Crutcher | SAMUEL A. NEWMAN, ESQ. | 333 South Grand Avenue | Los Angeles | CA | 90071-3197 |
| Landau Gottfried & Berger LLP | MICHAEL I. GOTTFRIED, ESQ. | 1801 Century Park East, Suite 700 | Los Angeles | CA | 90067-2309 |
| Milbank LLP | ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW Suite 1100 | Washington | DC | 20006-2236 |
| Milbank LLP | DENNIS F. DUNNE, ESQ. | 55 Hudson Yards | New York | NY | 10001-2163 |
| Weil, Gotshal & Manges LLP | Stephen Karotkin | 767 Fifth Avenue | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# **Exhibit B**

SRF 32635

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 24, 2019 was filed on April 29, 2019. The following deadlines apply:

The parties have until Monday, May 6, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, May 20, 2019.

If a request for redaction is filed, the redacted transcript is due Thursday, May 30, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, July 29, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/2/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court