Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for The Utility Reform Network - TURN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br><br>Date: May 9, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 1324 |

**CERTIFICATE OF SERVICE**

I, Natalie D. Gonzalez, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Binder & Malter, LLP, 2775 Park Ave., Santa Clara, California, 95050.

2. I certify that on May 2, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

**REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a) (FRE 201, FRBP 9017)**

**EX PARTE APPLICATION BY TURN TO MODIFY PAGE LIMIT FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATRON BY TURN TO MODIFY PAGE LIMIT FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATRON BY TURN TO MODIFY PAGE LIMIT FOR REPLY TO OPPOSITIONS TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

3. I certify that on May 2, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B**.

4. I certify that on May 2, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C**.

5. I certify that on May 2, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D**.

6. I certify that on May 2, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Email Service List attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 2nd day of May, 2019, at Santa Clara, California.

/s/ *Natalie D. Gonzalez*
Natalie D. Gonzalez