**EXHIBIT E**
Ratepayer Joinder Parties
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
| --- | --- | --- | --- |
| Attorneys for the California Large Energy Consumers Association | Buchalter | Atten: Nora Sheriff | nsheriff@buchalter.com |
| Attorney for The Public Advocates Office at the California Public Utilities Commission | The Public Advocates Office | Atten: Darwin E. Farrar | EDF@cpuc.ca.gov |
| Attorney for CALIFORNIA FARM BUREAU FEDERATION | CALIFORNIA FARM BUREAU FEDERATION | Atten: Karen Norene Mills | kmill@cfbf.com |
| Attorney for AARP | John B. Coffman, LLC | Atten: John B. Coffman | john@johncoffman.net |

Case: 19-30088    Doc# 1839-5    Filed: 05/03/19    Entered: 05/03/19 16:45:38    Page 1 of 1