Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case. No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**THIRD STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND UNITED STATES TRUSTEE EXTENDING TIME TO RESPOND TO APPLICATION TO RETAIN AND EMPLOY AXIOM ADVISORS AS GOVERNMENT AFFAIRS CONSULTANT TO THE COMMITTEE [DOCKET NO. 1524]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "<u>Stipulation</u>") is entered into by the (i) Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the jointly

administered chapter 11 cases of the above-captioned debtors in possession, on the one hand; and (ii) the Office of the United States Trustee (the "U.S. Trustee" and together with the Committee, the "Parties"), on the other hand. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On April 17, 2019, the Committee filed the *Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Axiom Advisors as Government Affairs Consultant, Effective as of March 15, 2019* [Docket No. 1524] (the "Axiom Application"), which is set for hearing before the Court at 9:30 a.m. (Pacific Time) on May 9, 2019. Any response or opposition to the Axiom Application was originally due by 4:00 p.m. (Pacific Time) on May 1, 2019.

B. On May 1, 2019, the Court entered the *Order Granting Stipulation Between Official Committee of Unsecured Creditors and United States Trustee Extending Time to Respond to Application to Retain and Employ Axiom Advisors as Government Affairs Consultant to the Committee* [Docket No. 1796], extending the time by which the U.S. Trustee may file any response or opposition to the Axiom Application to 4:00 p.m. (Pacific Time) on May 3, 2019.

C. On May 3, 2019, the Court entered the *Order Granting Second Stipulation Between Official Committee of Unsecured Creditors and United States Trustee Extending Time to Respond to Application to Retain and Employ Axiom Advisors as Government Affairs Consultant to the Committee* [Docket No. 1843], further extending the time by which the U.S. Trustee may file any response or opposition to the Axiom Application to 4:00 p.m. (Pacific Time) on May 6, 2019.

D. Counsel to the U.S. Trustee has requested, and counsel to the Committee has agreed, that the time for the U.S. Trustee to respond to the Axiom Application be further extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the U.S. Trustee to file and serve any response or opposition to the Axiom Application is extended through 4:00 p.m. (Pacific Time) on May 7, 2019.

[*Signatures on next page*]

| | |
|---|---|
| Dated: May 6, 2019 | Dated: May 6, 2019 |
| MILBANK LLP | OFFICE OF THE UNITED STATES TRUSTEE |
| /s/ *Thomas R. Kreller*<br>Thomas R. Kreller | /s/ *Marta E. Villacorta*<br>Marta E. Villacorta<br>Trial Attorney |
| *Attorneys for Official Committee of Unsecured Creditors* | *Attorney for Andrew R. Vara, Acting United States Trustee for Region 3*[1] |

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.