**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>**STIPULATION AMONG DEBTORS, CREDITORS COMMITTEE, AND MNOC AERS LLC EXTENDING TIME TO RESPOND TO MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES OF MNOC AERS LLC FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION UNDER 1 U.S.C. §§ 362(B)(6) AND 556**<br>Re: Dkt. No. 1599<br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by (a) PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), (b) the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and (c) mNoc AERS LLC ("**mNOC**"). The Debtors, the Creditors Committee, and mNoc are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On April 22, 2019, mNoc filed the *Motion and Memorandum of Points and Authorities of mNoc AERS LLC for Entry of an Order Confirming Safe Harbor Protection Under 1 U.S.C. §§ 362(b)(6) and 556* (redacted version [Dkt. No. 1599] (the "**mNoc Safe Harbor Motion**"), which is set for a hearing before the Court at 9:30 a.m. on May 21, 2019. Any response or opposition to the mNoc Safe Harbor Motion is due by 4:00 p.m. (Pacific Time) on May 7, 2019.

B. Counsel for the Debtors and the Creditors Committee have requested, and counsel for mNoc has agreed, that the time for the Debtors and the Creditors Committee to respond to the mNoc Safe Harbor Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND AMONG THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors and the Creditors Committee to file and serve any response or opposition to the mNoc Safe Harbor Motion is extended through 4:00 p.m. (Pacific Time) on May 14, 2019.

[*Signatures on next page*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| Dated: May 6, 2019 | Dated: May 6, 2019 |
| KELLER & BENVENUTTI LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ *Jane Kim* <br> Jane Kim | /s/ *Thomas C. Mitchell* <br> Thomas C. Mitchell |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for mNoc AERS LLC* |

Dated: May 6, 2019

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Attorneys for Official Committee of Unsecured Creditors*