# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPPLEMENTAL CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Supplemental Litigation Service List attached hereto as **Exhibit A**:

- Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1738]
- Declaration of John Boken in Support of Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1739]
- Notice of Hearing on Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1740]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of May 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

Exhibit A

Supplemental Litigation Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 6024388 | Best Best & Kreiger, LLP | Attn: Malathy Subramanian | 2001 N. Main Street, Suite 390 | Walnut Creek | CA | 94596 |
| 6024382 | East Bay Regional Park District | Attn: Rachel J. Sater | 2950 Peralta Oaks Court | Oakland | CA | 94605 |
| 6024357 | Shute, Mihaly & Weinberger, LLP | Attn: Tamara Galanter | 396 Hayes Street | San Francisco | CA | 94102 |