## Schedule 1

### Supplemental Disclosure List[1]

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| 21st Century Casualty Company | Interested Parties / Notice of Appearance Parties | **Current Client** |
| ACE American Insurance Company (collectively, the "Chubb Group")<br><br>Chubb Custom Insurance Company<br><br>Chubb Group:<br><br>Bankers Standard Insurance Company<br><br>Chubb Custom Insurance Company<br><br>Chubb Insurance Company of New Jersey<br><br>Chubb National Insurance Company<br><br>Federal Insurance Company<br><br>Great Northern Insurance Company<br><br>Illinois Union Insurance Company<br><br>Indemnity Insurance Company of North America<br><br>Pacific Indemnity Company;<br><br>Vigilant Insurance Company<br><br>Westchester Fire Insurance Company (Apa)<br><br>ACE American Insurance Company (Chubb)<br><br>Chubb Custom Insurance Company | 2019 Statement Parties (Member of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants<br><br>Interested Parties / Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| AIG Specialty Insurance Company<br><br>AIG Europe Limited<br><br>Certain affiliates of American International Group, Inc. ("AIG"):<br><br>AIG Europe Limited<br><br>AIG Property Casualty Company<br><br>AIG Specialty Insurance Company | 2019 Statement Parties (Member of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Current Client and Affiliates and Subsidiaries of Current Client** |

---

[1] Certain of the entities listed in **Schedule 1** also hold equity interests in the Debtors as reflected in 2019 Statements filed with the Court.

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| American Home Assurance Company<br><br>Granite State Insurance Company<br><br>The Insurance Company of the State of Pennsylvania<br><br>Lexington Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>New Hampshire Insurance Company | | |
| Angelo, Gordon & Co., L.P. | 2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Apollo Global Management LLC | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Centerbridge Partners LP | DIP Lenders<br><br>Interested Parties / Notice of Appearance Parties<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Centerview Partners LLC | Official Committee of Unsecured Creditors – Professionals and Members | **Current Client** |
| Certain Affiliates of Farmers Insurance Exchange<br><br>Farmers Insurance Company of Oregon<br><br>Farmers Insurance Company of Washington<br><br>Farmers Insurance Exchange<br><br>Farmers Specialty Insurance Company<br><br>Fire Insurance Exchange<br><br>Farmer Entities | Interested Parties / Notice of Appearance Parties<br><br>2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Current Client and Affiliates or Subsidiaries of Current Client** |
| Certain affiliates of Liberty Mutual Insurance Company (Liberty) | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders) | **Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Liberty Mutual Insurance Company<br><br>Liberty Mutual Insurance<br><br>Liberty Mutual Insurance /Ironshore | Interested Parties / Notice of Appearance Parties<br><br>Subrogation Claimants | |
| Coast National Insurance Company | Interested Parties / Notice of Appearance Parties | **Current Client** |
| Davidson Kempner Capital Management | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Deutsche Bank National Trust Company<br><br>Deutsche Bank Trust Company Americas | Interested Parties / Notice of Appearance Parties<br><br>Official Committee of Unsecured Creditors – Professionals and Members | **Current Client** |
| Deutsche Bank Securities Inc. | 2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Diameter Capital Partners LP | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Related to Current Client** |
| Dignity Health and its Affiliates<br><br>Dignity Community Care<br><br>Dignity Community Care dba French Hospital Medical Center<br><br>Dignity Community Care dba Methodist Hospital<br><br>Dignity Community Care dba Sequoia Hospital<br><br>Dignity Community Care dba Woodland Memorial Hospital,<br><br>Dignity Health, Dignity Health Connected Living<br><br>Dignity Health dba Dominican Hospital<br><br>Dignity Health dba French Hospital Medical Center<br><br>Dignity Health dba Marian Regional Medical Center | Interested Parties / Notice of Appearance Parties | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Dignity Health dba Marian Regional Medical Center - Arroyo Grande | | |
| Dignity Health dba Mercy General Hospital | | |
| Dignity Health dba Mercy Hospital (Bakersfield) | | |
| Dignity Health dba Mercy Hospital and Mercy Southwest Hospital | | |
| Dignity Health dba Mercy Hospital of Folsom | | |
| Dignity Health dba Mercy Medical Center (Merced) | | |
| Dignity Health dba Mercy Medical Center Redding | | |
| Dignity Health dba Mercy San Juan Medical Center | | |
| Dignity Health dba Mercy Southwest Hospital | | |
| Dignity Health dba Sequoia Hospital | | |
| Dignity Health dba St. Elizabeth Community Hospital | | |
| Dignity Health dba St. Mary's Medical Center | | |
| Dignity Health Medical Foundation | | |
| Dignity Health Medical Foundation dba Dignity Health Medical Group - Dominican | | |
| Dignity Health Medical Foundation dba Dignity Health Medical Group - Merced | | |
| Dignity Health Medical Foundation dba Dignity Health Medical Group - North State | | |
| Elliott Management Corporation | Interested Parties / Notice of Appearance Parties<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Affiliate or Subsidiary of Current Client** |
| Epiq Corporate Restructuring, LLC | Official Committee of Unsecured Creditors – Professionals and Members | **Current Client**<br><br>**and Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Foremost Insurance Company Grand Rapids, Michigan<br><br>Foremost Property and Casualty Insurance Company<br><br>Foremost Signature Insurance Company | Interested Parties / Notice of Appearance Parties | **Current Client** |
| Generali U.S. Branch | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Affiliate or Subsidiary of Current Client** |
| Hartford Accident & Indemnity Company and certain affiliates<br><br>Hartford Casualty Insurance Company<br><br>Hartford Fire Insurance Company<br><br>Hartford Underwriters Insurance Company<br><br>HDI Global SE<br><br>Property & Casualty Ins. Company of Hartford<br><br>Sentinel Insurance Company Ltd.<br><br>Trumbull Insurance Company<br><br>Twin City Fire Insurance Company | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Related to Current Client** |
| Honeywell | Interested Parties / Notice of Appearance Parties<br><br>Vendor | **Related to Current Client** |
| KPMG | Debtors Professionals (law firms, accountants and other professionals) | **Affiliate or Subsidiary of Current Client** |
| Lord, Abbett & Co. LLC | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Related to Current Client** |
| McKinsey & Company Inc. - U S | Debtors Professionals (law firms, accountants and other professionals) | **Affiliate or Subsidiary of Current Client** |
| Mid-Century Insurance Company | Interested Parties / Notice of Appearance Parties | **Current Client** |
| Oaktree Capital Management, L.P. | DIP Lenders | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| | 2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | |
| Pacific Investment Management Company LLC | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| ProSight Specialty Insurance | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Related to Current Client** |
| QBE Americas, Inc. | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Related to Current Client** |
| The Baupost Group, L.L.C. | 2019 Statement Parties (Members of Ad Hoc Group of Subrogation Claim Holders)<br><br>Subrogation Claimants | **Affiliate or Subsidiary of Current Client** |
| TPG Sixth Street Partners, LLC | DIP Lenders<br><br>2019 Statement Parties (Member of Ad Hoc Committee of Senior Unsecured Noteholders)<br><br>Unsecured Noteholder | **Current Client** |
| Truck Insurance Exchange | Interested Parties / Notice of Appearance Parties | **Current Client** |
| Willis Towers Watson US LLC | Debtors Professionals (law firms, accountants and other professionals) | **Affiliate or Subsidiary of Current Client** |