```
 1  SULLIVAN HILL REZ & ENGEL                              Electronically Filed: 05/06/2019
    A Professional Law Corporation
 2    James P. Hill, SBN 90478
      Christopher V. Hawkins, SBN 222961
 3  600 B Street, Suite 1700
    San Diego, California 92101
 4  Tel:   (619) 233-4100
    Email: hill@sullivanhill.com
 5         hawkins@sullivanhill.com

 6  Gerald Singleton, SBN 208783
    John C. Lemon, SBN 175847
 7  SINGLETON LAW FIRM, APC
    450 A Street, 5th Floor
 8  San Diego, CA 92101
    Tel:   (619) 771-3473
 9  Email: gerald@slffirm.com
           john@jcl-lawoffice.com
10
    Attorneys for SLF Fire Victim Claimants
11
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **NOTICE OF JOINDER BY SLF FIRE VICTIM CLAIMANTS IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a) [ECF 1324]** |
| Debtors | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Date: May 9, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>       450 Golden Gate Avenue<br>       San Francisco, California |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | OBJECTION DEADLINE: April 24, 2019 |

//

1

403871-v1

The Singleton Law Firm Fire Victim Claimants ("SLF Claimants") consist of over 4,700 individuals who suffered injuries and damages in the fires started by PG&E and who are represented by the Singleton Law Firm, APC.[1] The SLF Claimants have victims from each of the three major fires/fire complexes involved in the bankruptcy: the 2015 Butte Fire (coordinated in Sacramento Superior Court under JCCP Number 4853), the 2017 North Bay Fires (coordinated in San Francisco Superior Court under JCCP Number 4955), and the 2018 Camp Fire (which had not been coordinated or consolidated at the time PG&E filed for bankruptcy). With respect to the 2017 North Bay Fires, SLF Claimants sustained damages in each of the 18 major fires. Accordingly, the SLF Claimants comprise a more complete representative group of fire victims than any other group.

The SLF Claimants, all of whom are current or former ratepayers in addition to being fire victims, hereby join in the Motion for Appointment of Official Committee of Ratepayers Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a) [ECF No. 1324], and request that the Court order the appointment of a committee of ratepayer claimants on the grounds that (1) the current official committees do not provide adequate representation of ratepayers, and (2) ratepayer participation through an official committee is essential to the successful reorganization of the debtors herein.

If so requested by the United States Trustee or the Court, one or more of the SLF Claimants are willing to serve as a member of any official committee of ratepayer claimants.

Dated: May 6, 2019  

SULLIVAN HILL REZ & ENGEL  
A Professional Law Corporation  

By:  */s/ Christopher V. Hawkins*  
    James P. Hill  
    Christopher V. Hawkins  

Attorneys for the Singleton Law Firm Fire Victim Claimants

---

[1] While there are other firms involved in the representation of the SLF Claimants, because each fire has a different group of firms involved, this group is referred to as the "SLF Claimants" for ease of reference.