JUDITH A. DESCALSO Cal. Bar No. 103211
LAW OFFICE OF JUDITH A. DESCALSO
960 Canterbury Pl., Ste. 340
Escondido, CA 92025
Phone: (760) 745-8380
Email: jad@jdescalso.com

Attorneys for Creditor
CM DISTRIBUTORS, INC.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>NOTICE OF DEMAND FOR RECLAMATION PURSUANT TO 11 U.S.C. §546(c) BY CM DISTRIBUTORS, INC. |

     PLEASE TAKE NOTICE that CM Distributors, Inc. ("CM"), sold goods to the Debtor in the ordinary course of business and received by the Debtor during the

1

45 days prior to the commencement of the Debtor's Chapter 11 case. CM demanded that the Debtor immediately surrender the Goods to CM. Attached hereto as Exhibit "A" is a list of the goods sold and the dates they were received by the Debtor (the "Goods"). Pending the prompt return of the Goods, CM demands that the Debtor protect and segregate the Goods and refrain from selling, using or disposing of the Goods pursuant to 11 USC §361 and 363(c).

PLEASE TAKE FURTHER NOTICE that CM reserves all of its rights with respect to the Goods, including without limitation (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtor to the extent that the Goods were delivered to the Debtor on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 USC §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 USC 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtor's assumption of any executory contract between CM and the Debtor, if any, pursuant to 11 USC §365; (v) its right to seek payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, a proof of claim in the Debtor's chapter 11 case and all other claims at law or in equity; (vii) its right to setoff or recoupment; and (viii) its right to assert any other rights under applicable law.

PLEASE TAKE FURTHER NOTICE that the filing of this Notice is not intended to constitute an election of remedies or to waive any of CM's rights under the Bankruptcy Code or any applicable non-bankruptcy law. By filing the Notice of Demand for Reclamation, CM does not consent to the entry of final orders by

the bankruptcy court on non-core issues and claims and does not waive any jurisdictional defenses.

Dated: May 2, 2019            LAW OFFICE OF JUDITH A. DESCALSO

By: */s/ Judith A. Descalso*
    Judith A. Descalso
    Attorneys for CM Distributors, Inc.

EXHIBIT "A"

# CM DISTRIBUTORS, INC.

ESCONDIDO, CA 92029-1717
118 S. HALE AVENUE
ESCONDIDO, CA 92029

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/17/2018 | PG00248-1 |

| Phone # | (760) 745-1497 |
|---|---|
| Fax # | (760) 745-4177 |

**BILL TO**

Pacific Gas and Electric Company
P.O. BOX 7760
SAN FRANCISCO, CA-6 94120-7760
USA

**SHIP TO**

Pacific Gas and Electric Company
35863 Fairview Road
Hinkley, CA-70 92347
USA

| P.O. NUMBER | TERMS | VIA | CM PO # |
|---|---|---|---|
| 2501632492 | Net 30. | CH Robinson | Origin |

| CPO # | QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2 | 1 | FB_Item | CM-9D-SK1859GABPMA - VALVE, PLUG, 8IN X 6 IN, FLANGED RING JOINT, ANSI 600, 1500 PSI MOP, 1478 PSI MOP AT MAX TEMP, LOW TEMP CARBON STEEL BODY, 410SST PLUG, NICKEL BRONZE SEATS, LOW TEMP NITRILE SEALS, BARE STEAM, API 6FA, API 6D | 43,269.00 | 43,269.00 |
| | | | Sales Tax | 7.75% | 3,353.35 |

**Total** $46,622.35

PLEASE REMIT TO ABOVE ADDRESS.
THANK YOU FOR YOUR BUSINESS.

# CM DISTRIBUTORS, INC.

ESCONDIDO, CA 92029-1717
118 S. HALE AVENUE
ESCONDIDO, CA 92029

| Phone # | (760) 745-1497 |
|---|---|
| Fax # | (760) 745-4177 |

**Invoice**

| DATE | INVOICE # |
|---|---|
| 12/20/2018 | PG00329-2 |

**BILL TO**
Pacific Gas and Electric Company
P.O. BOX 7760
SAN FRANCISCO, CA-6 94120-7760
USA

**SHIP TO**
Pacific Gas and Electric Company
Port of Stockton
810 Ellsberg Dr. Warehouse 810
Stockton, CA-70 95205
USA

| P.O. NUMBER | TERMS | VIA | CM PO # |
|---|---|---|---|
| 3501181695 | Net 30. | CH Robinson | Origin |

| CPO # | QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 00004 | 4 | FB_Item | M034520 - VALVE BALL 2" 300# FE X FE FLANGED ENDS 2" LEVER OPERATE PER PG&E EMS 4125 EFFECTIVE 7/3/17, (REFERENCE F-21.1 REV 7 PRIOR TO 7/3/17 FOR HISTORICAL REQ)<br>SERIAL:<br>121218642-1<br>121220880-2<br>121220880-3<br>121220880-5 | 2,411.00 | 9,644.00 |
| 00008 | 15 | FB_Item | M034522 - VALVE BALL 4" ANSI 300, FE X FE, STANDARD BORE, GEAR OPERATED SPEC API 6D PER GS&S F-21<br>SERIAL:<br>121236783-9<br>121236783-1<br>121236783-4<br>121238141-11<br>121238141-12<br>121238141-13<br>121238141-14<br>121238141-15<br>121238141-16<br>121238141-17<br>121238141-18<br>121238141-20<br>121229512-2<br>121229512-4<br>121889512-5 | 5,059.00 | 75,885.00 |
|  |  |  | Sales Tax | 9.00% | 7,697.61 |

**Total** $93,226.61

PLEASE REMIT TO ABOVE ADDRESS.
THANK YOU FOR YOUR BUSINESS.

# CM DISTRIBUTORS, INC.

ESCONDIDO, CA 92029-1717
118 S. HALE AVENUE
ESCONDIDO, CA 92029

# Invoice

| Phone # | (760) 745-1497 |
|---|---|
| Fax # | (760) 745-4177 |

| DATE | INVOICE # |
|---|---|
| 12/20/2018 | PG00312 |

**BILL TO**

Pacific Gas and Electric Company
P.O. BOX 7760
SAN FRANCISCO, CA-6 94120-7760
USA

**SHIP TO**

Pacific Gas and Electric Company
2221 South Orange Ave
Fresno, CA-70 93725
USA

| P.O. NUMBER | TERMS | VIA | CM PO # |
|---|---|---|---|
| 3501173114 | Net 30. | CH Robinson | Origin |

| CPO # | QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 00001 | 2 | FB_Item | M036174 - VALVE BALL 4" ANSI 600, WELD END .237" WT, GRADE GR B, "A" DIMENSION = 36 SPEC API 6D FOR BURIED SERVICE PER EMS 4125, FIG 5<br>SERIAL:<br>121238135-1<br>121238135-2 | 11,332.00 | 22,664.00 |
| | | | Sales Tax | 7.975% | 1,807.45 |

PLEASE REMIT TO ABOVE ADDRESS.
THANK YOU FOR YOUR BUSINESS.

**Total** $24,471.45

# CM DISTRIBUTORS, INC.

ESCONDIDO, CA 92029-1717
118 S. HALE AVENUE
ESCONDIDO, CA 92029

# Invoice

| Phone # | (760) 745-1497 |
|---|---|
| Fax # | (760) 745-4177 |

| DATE | INVOICE # |
|---|---|
| 1/9/2019 | PG00315 |

**BILL TO**

Pacific Gas and Electric Company
P.O. BOX 7760
SAN FRANCISCO, CA-6 94120-7760
USA

**SHIP TO**

Pacific Gas and Electric Company
6121 Bollinger Canyon Rd
San Ramon, CA-70 94583
USA

| P.O. NUMBER | TERMS | VIA | CM PO # |
|---|---|---|---|
| 2700147368 | Net 30. | CH Robinson | Origin |

| CPO # | QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | FB_Item | CM-OEM-DRAWING - OEM Drawing (electronic copy) 3 inch ANSI 900 RF, Reg. port TXT, Super G,G.O | 300.00 | 300.00 |
| 2 | 1 | FB_Item | CM-OEM4-DRAWING - OEM Drawing (electronic copy) 4 inch ANSI 900 RF, Reg. port TXT, Super G,G.O | 300.00 | 300.00 |

**PLEASE REMIT TO ABOVE ADDRESS.
THANK YOU FOR YOUR BUSINESS.**

**Total** $600.00

# CAMERON
A Schlumberger Company

## SHIPPING MANIFEST
CAM-2030

| DATE | DATE SHIPPED | PACKING LIST / NUEVO NO. |
|---|---|---|
| 12/25/28 | | |
| BILL OF LADING NO. | | CAMERON PURCHASE ORDER NO. |

**SOLD TO:** CAM Distributors
188 S. Hale Ave.
Escondido, CA 90 92029

**SHIP TO:** Pacific Gas & Electric
2221 South Orange Ave
Fresno, CA 90 93725

CHARGE FREIGHT TO

CUSTOMER ORDER NO.

**SHIPPED FROM:**
- ☐ 9750 BINGLE, HOUSTON, TX 77052
- ☐ 29501 KATY FWY., KATY, TX 77449
- ☐ 20110 GH CIRCLE, WALLER, TX 77484
- ☐ 8029 THOMAS ROAD, HOUSTON, TX 77041
- ☒ OTHER 1959 E. Casadan St.
- ☐ 9007 HWY. 162, BAYOU VISTA, LA 70820
- ☐ 257 HOLLOWAY BLVD., VILLE PLATTE, LA 70586
- ☐ 845 S.E. 29TH ST., OKLAHOMA CITY, OK 73129
- ☐ 7500 S.W. 29TH ST., OKLAHOMA CITY, OK 73179

Rancho Dominguez, CA 90220

| SHIP VIA | | | | |
|---|---|---|---|---|
| ☐ TRUCK | ☐ UPS | ☐ AIR | PARCEL POST | ROUTING |
| ☐ WILL CALL | ☐ COLLECT | ☐ PREPAID | | |

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | PART NO. | DATE WANTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 2 | 2 | | P60322 | | 4" 600 W&W B1 W/ Fig.5 ext. 36" |
| | | | | | | S/N: 12123813S-1, -2 |

Miguel Castillo

**REMARKS**

PACKING LIST

PREPARED BY: [signature]   DATE: 12/27/18

Case: 19-30088    Doc# 1866    Filed: 05/06/19    Entered: 05/06/19 23:35:00    Page 9 of 16

# CAMERON
*A Schlumberger Company*

## SHIPPING MANIFEST
CAM-2030

| SOLD TO | SHIP TO |
|---|---|
| Gas Distributors | Pacific Gas & Electric |
| 118 S. Tule Ave | 7221 North Orange Av |
| Escondido CA 92014 | Fresno CA 93710 |

| DATE | DATE SHIPPED | PACKING LIST / MEMO NO. |
|---|---|---|
| 2/17/15 | | 258158 |

BILL OF LADING NO.: 
CAMERON PURCHASE ORDER NO.:

CUSTOMER ORDER NO.:

**SHIPPED FROM**
- ☐ 6793 Bingle, Houston, TX 77092
- ☐ 25691 Katy Fwy, Katy, TX 77449
- ☐ 28110 GH Circle, Waller, TX 77484
- ☐ 6039 Thomas Road, Houston, TX 77041
- ☒ OTHER: 1451 E. Cottage Gr St., Bloch Dominguez CA 90126
- ☐ 3017 Hwy 182, Bayou Vista, LA 70380
- ☐ 2T Holloway Blvd, Ville Platte, LA 70586
- ☐ 8165 S.E. 29TH ST, Oklahoma City, OK 73129
- ☐ 7900 S.W. 29TH ST, Oklahoma City, OK 73179

☐ WILL CALL  ☐ COLLECT  ☐ PREPAID
CHARGE FREIGHT TO:

**SHIP VIA**: ☐ TRUCK  ☐ UPS  ☐ AIR  ☐ PARCEL POST
ROUTING:

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PART NO. | UNIT PRICE | DESCRIPTION | DATE WANTED |
|---|---|---|---|---|---|---|
| 1 | 2 | 2 | 711632 | | 4" 600 x W "B1" w/ T&G flg 2-1/2" | |
| | | | | | 2) 3123512-1-2 | |
| | | | | | X hand cutting | |

REMARKS:

PREPARED BY: _____  DATE: 2/17/15

PURCHASING COPY

# CAMERON
### A Schlumberger Company

## SHIPPING MANIFEST
CAM-0120

| | |
|---|---|
| DATE | 12/20/18 |
| DATE SHIPPED | |
| PACKING LIST / MEMO NO. | 258459 |
| CAMERON PURCHASE ORDER NO. | |

**SOLD TO**
Cm Distributors
1185 Shole Rd
Escondido, Ca

**SHIP TO**
Pacific Coast & Electric
210 Offshore Dr
Jackson Camp

**CUSTOMER ORDER NO.**

**SHIPPED FROM**
- ☐ 8730 BINGLE, HOUSTON, TX 77092
- ☐ 28501 KATY FWY, KATY, TX 77493
- ☐ 20110 GH CIRCLE, WALLER, TX 77484
- ☐ 6029 THOMAS ROAD, HOUSTON, TX 77041
- ☐ OTHER  959 E Babcock St
- ☐ 7500 S.W. 29TH ST., OKLAHOMA CITY, OK 73179
- ☐ 845 S.E. 25TH ST., OKLAHOMA CITY, OK 73129
- ☐ 257 HOLLOWAY BLVD, VILLE PLATTE, LA 70586

Rancho Dominguez Co 9002?

☐ WILL CALL  ☐ COLLECT  ☐ PREPAID  **CHARGE FREIGHT TO**

**SHIP VIA**
☐ TRUCK  ☐ UPS  ☐ AIR  ☐ PARCEL POST  **ROUTING**  **DATE WANTED**

| ITEM NO. | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | PART NO. | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 10 | 4 | | P50039 | 2" 300 FxF B1 w/lever |
| 2 | 15 | 15 | | P00039 | 3w B1 8x42 - 1312080 2.35 |
| | | | | | 4" 300 FxF B1 w/gear |
| | | | | | 3w B1 322-83-9 -4 |
| | | | | | 12/22/41-1, B1 B 12, 15 |
| | | | | | 161 B 30 |
| | | | | | 12/20512-2.45 |
| | | | | | XDse miguel |

**REMARKS**
MB Scurb
12-21-18

**PREPARED BY** Ryles S
**DATE** 12/20/18

PURCHASING COPY



Valves & Measurement

ENGINEERED VALVES
257 Holloway Blvd
Ville Platte, LA 70586

| CUSTOMER: | CM DISTRIBUTORS INC | | |
|---|---|---|---|
| END USER: | PG&E | | |
| PROJECT NAME: | N/A | | |
| PROJECT NUMBER: | N/A | | |
| PURCHASE ORDER: | PG00234 | | |
| CUSTOMER DOC. NAME: | GENERAL ARRANGEMENT DRAWING | | |
| CUSTOMER DOC. NO.: | SD-3539508-10 | | |
| CUSTOMER VDR CODE: | N/A | | |
| CUSTOMER TAG NO.: | N/A | | |
| NOTE: | | | |
| 01 | 11/7/2018 | For Approval | H. Trahan |
| **CUSTOMER REVISION NO.** | **REVISION DATE** | **ISSUE PURPOSE** | **ORIGINATIOR** |

| FOR CAMERON USE ONLY | | | |
|---|---|---|---|
| SALES ORDER NO.: | 3539508 | | |
| SUPPLIER DOC. NO.: | SD-3539508-10 | REVISION NO.: | 01 |

Schlumberger-Private

Case: 19-30088    Doc# 1866    Filed: 05/06/19    Entered: 05/06/19 23:35:00    Page 12 of 16



Valves & Measurement

ENGINEERED VALVES
257 Holloway Blvd
Ville Platte, LA 70586

| CUSTOMER: | CM DISTRIBUTORS INC |
|---|---|
| END USER: | PG&E |
| PROJECT NAME: | N/A |
| PROJECT NUMBER: | N/A |
| PURCHASE ORDER: | PG00173 |
| CUSTOMER DOC. NAME: | GENERAL ARRANGEMENT DRAWING |
| CUSTOMER DOC. NO.: | SD-3474986-10 |
| CUSTOMER VDR CODE: | N/A |
| CUSTOMER TAG NO.: | N/A |
| NOTE: | |

| 01 | 11/7/2018 | For Approval | H. Trahan |
|---|---|---|---|
| CUSTOMER REVISION NO. | REVISION DATE | ISSUE PURPOSE | ORIGINATIOR |

### FOR CAMERON USE ONLY

| SALES ORDER NO.: | 3474986 | | |
|---|---|---|---|
| SUPPLIER DOC. NO.: | SD-3474986-10 | REVISION NO.: | 01 |

Schlumberger-Private

Case: 19-30088    Doc# 1866    Filed: 05/06/19    Entered: 05/06/19 23:35:00    Page 13 of 16



STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
This form contains only the information necessary for the motor carrier to deliver, rate, and invoice the shipment described below.

**Shipper: Ship Date** 12/18/2018

Pacific Gas & Electric
257 Holloway Blvd
Ville Platte, LA 70586
Stephanie Vidrine (337) 363-9666
Reference Number: 10406133

Carrier: ABF Freight System Inc
Pro#:
Load#: 283475895
Ship ID#: 22187234

**Consignee: Due Date** 12/26/2018

PG&E
35863 FAIRVIEW RD
Hinkley, CA 92347
PRIMA SMITH (415) 973-5096
Reference Number: 2501632492

All Freight charges PPD/3rd party bill to:
CHRLTL
14800 Charlson Road
Suite 2100
Eden Prairie, MN 55347

| Type/Reference # PO: | SKU/UPC | Description | QTY/UOM | Pallets | Weight | Category/Temp | NMFC/Class |
|---|---|---|---|---|---|---|---|
| 2501632492 | | 8 INCH TEXSTEAM PLUG VALVE | 1 Pieces | 1.00 | 1050 | Dry | 50 |
| | | Dimensions: L 60.0in x W 40.0in x H 24.0in | | | | | |
| | | | 1 | 1 | 1050 | | |

**Shipper Special Instructions:**

# CONTACT: Macy Willis 337-381-0498

**Consignee Special Instructions:**

# CONTACT: Jason Nall 559-341-4930

**Comments:**
For problems on this shipment, please contact CH Robinson at 800-999-5250 - Customs Brokerage Handled By CH Robinson - Please Email PAPS Number to 606-border@chrobinson.com

The Shipper certifies that the above named materials are properly classified, described, marked, labeled and packaged, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

Shipper Signature X _____ Date: 12/17/2018 Trailer# _____
Consignee Signature X _____ Date: _____ Seal# _____
Driver Signature X _____ Date: 12-17-18 Seal# _____
Permanent post-office address of shipper.

ABF
098 288 911

ONE ENVELOPE CONTAINING MATERIAL DOCS

Page: 1 of 1

# Packing List

**3501173114**

## CM DISTRIBUTORS, INC.

CM DISTRIBUTORS, INC.
118 S. HALE AVENUE
ESCONDIDO, CA 92029-1717
(760) 745-1497 FAX (760)
ESCONDIDO, CA-70 92029
Phone: (760) 745-1497
Fax: (760) 745-4177
Email: theresa@cmdistributorsinc.com

### Ship To:

Pacific Gas and Electric Company
2221 South Orange Ave
Fresno, CA-70 93725

PO Number: 3501173114

Notes

### Bill To:

Pacific Gas and Electric Company
P.O. BOX 7760
SAN FRANCISCO, CA-6 94120-7760

| Carton Count | Reg. Ship Date | FOB Point | Shipping Terms | Ship Via | Ship Order |
|---|---|---|---|---|---|
| 1 | 10/9/18 | Origin | Prepaid & Billed | CH Robinson | PG00312 |

### Carton Information:

Weight    0 lbs

| Line # | Stock # | Material Description/Mfg | Qty Ordered | Qty Shipped | Qty Remaining to be shipped |
|---|---|---|---|---|---|
| 1 | M036174 | VALVE BALL 4" ANSI 600, WELD END .237" WT, GRADE GR B, "A" DIMENSION = 36 SPEC API 6D FOR BURIED SERVICE PER EMS 4125, FIG 5<br>121238135-1, -2 | 2ea | 2ea | 0ea |

\* Part numbers in parenthesis are CM DISTRIBUTORS, INC. numbers for the part

PRINT: _Miguel Castillo_    SIGNATURE: _____    DATE: _____

December 17, 2018 2:23:11 PM PST

Page 1 of 1

Case: 19-30088    Doc# 1866    Filed: 05/06/19    Entered: 05/06/19 23:35:00    Page 16 of 16