# **Exhibit A**

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

| Pacific Gas and Electric Company | Docket Nos. | ER17-910-000 |
| | | ER17-910-001 |
| | | ER17-910-002 |
| | | |
| | | ER17-1509-000 |
| | | ER17-1509-001 |
| | | ER17-1509-002 |
| | | ER17-2181-000 |
| | | ER17-2181-001 |
| | | ER17-2181-002 |
| | | (consolidated) |
| | | |
| | | ER17-2406-000 |
| | | ER18-198-000 |
| | | ER18-768-000 |
| | | ER18-790-000 |
| | | ER18-1102-000 |
| | | ER18-1102-001 |
| | | ER18-1482-000 |
| | | ER18-1482-001 |

ORDER OF CHIEF JUDGE TERMINATING SETTLEMENT JUDGE PROCEDURES,
DESIGNATING PRESIDING ADMINISTRATIVE LAW JUDGE, AND
ESTABLISHING TRACK II PROCEDURAL TIME STANDARDS

(Issued April 19, 2019)

1.     On December 14, 2019, Pacific Gas and Electric Company (PG&E) filed a *Joint Offer of Partial Settlement* (Partial Settlement) in these proceedings, on behalf of itself and the City and County of San Francisco (San Francisco) (collectively, the Settling Parties).  On April 1, 2019, the Settling Parties filed a *Joint Motion for Leave to Clarify the Partial Settlement* (Joint Motion).[1]  In the Joint Motion, the Settling Parties clarified

---

[1] The Chief Administrative Law Judge partially granted the Joint Motion on April

the dockets in these proceedings that would be entirely resolved, partially resolved, or left unresolved by the Partial Settlement.[2]

2.        On April 16, 2019, Settlement Judge John P. Dring certified the Partial Settlement and reported that, according to the Settling Parties, approval of the Partial Settlement would entirely resolve Docket Nos. ER17-2406-000, ER18-198-000, ER18-768-000, ER18-790-000, ER18-1482-000, and ER18-1482-001.  Judge Dring also reported an impasse in Docket Nos. ER17-910-000, ER17-1509-000, and ER17-2181-000, which the Settling Parties describe as only partially resolved, and Docket No. ER18-1102-000, which the Settling Parties describe as unresolved.  Accordingly, it is ordered that settlement judge procedures in Docket Nos. ER17-910-000, ER17-910-001, ER17-1509-000, ER17-1509-001, ER17-2181-000, ER17-2181-001, ER17-2406-000, ER18-198-000, ER18-768-000, ER18-790-000, ER18-1102-000, ER18-1482-000, and ER18-1482-001 are hereby terminated.

3.        Pursuant to sections 554, 556, and 557[3] of the Administrative Procedure Act and authority duly delegated by the Chairman of the Commission,[4] the Chief Judge Administrative Law Judge hereby designates Judge Steven A. Glazer as the Presiding Judge for the purpose of conducting a hearing and issuing an initial decision.  As discussed above, the hearing will be conducted in Docket Nos. ER17-910-002, ER17-1509-002, ER17-2181-002, and ER18-1102-001.[5]

4.        Track II procedural time standards are established for this hearing, which require that the hearing be convened within 32 weeks and the initial decision issued within 47 weeks.[6]

---

10, 2019.

[2] Joint Motion at 1–3.

[3] Administrative Procedure Act, 5 U.S.C. §§ 554, 556, and 557 (2012).

[4] 18 C.F.R. § 375.304(b)(iii) (2018).

[5] Consequently, all issuances by the Presiding Judge should be captioned with these dockets only.  The Commission previously consolidated Docket Nos. ER17-1509-000 and ER17-2181-000 in *Pac. Gas and Elec. Co.*, 160 FERC ¶ 61,135 (2017), but not Docket No. ER17-910-000 or Docket No. ER18-1102-000.

[6] *Summary of Procedural Time Standards for Hearing Cases*, available at

5.      By Commission orders,[7] the Presiding Judge shall convene a prehearing conference within 15 days of the date of this designation order.

SO ORDERED.

Carmen A. Cintron
Chief Administrative Law Judge

---

https://www.ferc.gov/legal/admin-lit/time-sum.asp.

[7] All but one of Commission orders in the partially resolved and unresolved dockets require that a prehearing conference be convened within 15 days of designation. *See Pac. Gas and Elec. Co.*, 158 FERC ¶ 62,238, at 64,617 (2017) (delegated order); *Pac. Gas and Elec. Co.*, 159 FERC ¶ 62,326, at 64,758 (2017) (delegated order); *Pac. Gas and Elec. Co.*, 163 FERC ¶ 61,106, at ordering para. (E) (2018). *But see Pac. Gas and Elec. Co.*, 160 FERC ¶ 61,135, at ordering paras. (D) (2017) (ordering that the "settlement judge or presiding judge, as appropriate, in Docket No. ER17-1509-000 shall determine the procedures best suited to accommodate the consolidation ordered herein.").