# **<u>Exhibit B</u>**

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| Pacific Gas and Electric Company | Docket Nos. ER17-910-002 |
| | ER17-1509-002 |
| | ER17-2181-002 |
| | ER18-1102-001 |

ORDER OF CHIEF JUDGE EXTENDING TRACK II PROCEDURAL TIME STANDARDS

(Issued April 23, 2019)

1. On April 19, 2019, the Chief Judge set Track II procedural time standards for a hearing in the above captioned dockets, among other orders.[1] Upon designation, the Presiding Judge apprised the Chief Judge that the Track II procedural schedule may conflict with procedural time standards and related hearings in other matters before him.

2. To resolve this conflict, pursuant to sections 554, 556, and 557[2] of the Administrative Procedure Act and authority duly delegated by the Chairman of the Commission,[3] the deadlines for the start of the hearing and issuance of the initial decision

---

[1] Order of Chief Judge Terminating Settlement Judge Procedures, Designating Presiding Administrative Law Judge, and Establishing Track II Procedural Time Standards, Docket Nos. ER17-910-000, et al. (issued Apr. 19, 2019).

[2] Administrative Procedure Act, 5 U.S.C. §§ 554, 556, and 557 (2012).

[3] 18 C.F.R. § 375.304(b)(1)(v) (2018)("The Commission authorizes the Chief

are hereby extended *sua sponte* to conform with Track III procedural time standards, running as of April 19, 2019.[4]  The Presiding Judge shall adjust any other procedural dates consistent with this Order.

SO ORDERED.

                                                                Carmen A. Cintron
                                                                Chief Administrative Law Judge

---

Administrative Law Judge to…extend procedural time standards[.]").

[4] *Summary of Procedural Time Standards for Hearing Cases*, available at https://www.ferc.gov/legal/admin-lit/time-sum.asp.