# **Exhibit C**

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| Pacific Gas and Electric Company | Docket Nos. ER17-910-002 |
| | ER17-1509-002 |
| | ER17-2181-002 |
| | ER18-1102-001 |

ORDER ESTABLISHING PRELIMINARY CONFERENCE

(Issued April 25, 2019)

1.  A preliminary conference is scheduled for May 9, 2019, at 10:00 a.m. in a hearing room to be designated at the Federal Energy Regulatory Commission.[1] The purpose of the preliminary conference is to establish a procedural schedule and discuss other matters as may be necessary.

2.  Pursuant to the April 23, 2019 order of the Chief Administrative Law Judge, the proceeding is subject to the Commission's Track III procedural time standards. Accordingly, the hearing is set for February 10, 2020 and the initial decision is due July 3, 2020. Consistent with these dates, the participants should submit a joint proposed procedural schedule to the undersigned on or before May 6, 2019.

3.  At a minimum, the joint proposed procedural schedule should include dates for the following items:

    - Direct Testimony
    - Answering Testimony
    - Cross-Answering Testimony
    - Rebuttal Testimony

---

[1] According to the Chief Administrative Law Judge's April 23, 2019 Order, "[t]he Presiding Judge shall adjust any other procedural dates consistent with this Order." Moreover, the Chief Administrative Law Judge's April 19, 2019 Order does not mention any deadline for the preliminary conference, and leaves the adjustment of all other procedural dates to the undersigned's discretion. As such, the fifteen (15) day deadline to hold a preliminary conference is waived.

- Deadline for Final Discovery Requests
- Deadline for Parties to Answer All Outstanding Discovery Requests
- Joint Statement of Positions on the Issues, Joint Witness List, and Index of Exhibits
- Pre-Hearing Briefs
- Hearing
- Initial Briefs
- Reply Briefs
- Initial Decision

Steven A. Glazer
Presiding Administrative Law Judge