1  SULLIVAN HILL REZ & ENGEL
   A Professional Law Corporation
2    James P. Hill, SBN 90478
     Christopher V. Hawkins, SBN 222961
3  600 B Street, Suite 1700
   San Diego, California 92101
4  Tel:   (619) 233-4100
   Email: hill@sullivanhill.com
5          hawkins@sullivanhill.com

6  Gerald Singleton, SBN 208783
   Amanda W. LoCurto, SBN 265420
7  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
8  San Diego, CA 92101
   Tel:   (619) 771-3473
9  Email: gerald@slffirm.com
           amanda@slffirm.com
10
   Attorneys for SLF Fire Victim Claimants

**Electronically Filed: 05/07/2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **CERTIFICATE OF SERVICE** |
| Debtors | Date: N/A |
| Affects: | Time: N/A |
| ☐ PG&E Corporation | Place: United States Bankruptcy Court |
| ☐ Pacific Gas & Electric Company | Courtroom 17, 16th Floor |
| ☒ Both Debtors | San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-3008 (DM) | |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

/ / /

/ / /

403895-v1

On May 7, 2019, I served the foregoing document(s), described as:

1. **LIMITED OBJECTION BY SLF FIRE VICTIM CLAIMANTS TO DEBTORS' MOTION TO ENLARGE THE TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL OF RELATED PLEADINGS [ECF 1738];**
2. **LIMITED OBJECTION BY SLF FIRE VICTIM CLAIMANTS TO DEBTORS' MOTION FOR ENTRY OF ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [ECF 1805]; and**
3. **CERTIFICATE OF SERVICE**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On May 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com

403895-v1

2

- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com

403895-v1                                       3

| | |
|---|---|
| 1 | - Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| | - Gregg M. Galardi    gregg.galardi@ropesgray.com |
| 2 | - Richard L. Gallagher    richard.gallagher@ropesgray.com |
| 3 | - Oscar Garza    ogarza@gibsondunn.com |
| | - Duane M. Geck    dmg@severson.com |
| 4 | - Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| | - Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| 5 | - Barry S. Glaser    bglaser@swesq.com |
| 6 | - Gabriel I. Glazer    gglazer@pszjlaw.com |
| | - Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 7 | - Matthew A. Gold    courts@argopartners.net |
| | - Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 8 | - Amy L. Goldman    goldman@lbbslaw.com |
| 9 | - Eric S. Goldstein    egoldstein@goodwin.com |
| | - Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 10 | - Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | - Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 11 | - Eric R. Goodman    egoodman@bakerlaw.com |
| 12 | - Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| | - Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| 13 | - Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| | - Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 14 | - Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 15 | - Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com |
| | - Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 16 | - Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| | - Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 17 | - Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| | - Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 18 | - Robert G. Harris    rob@bindermalter.com |
| 19 | - Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | - Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 20 | - Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| | - Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 21 | - Jennifer C. Hayes    jhayes@fhlawllp.com |
| 22 | - Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| | - Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 23 | - Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | - Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| 24 | - James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| | - Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| 25 | - David Holtzman    david.holtzman@hklaw.com |
| 26 | - Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| | - Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 27 | - Shane Huang    shane.huang@usdoj.gov |
| | - Brian D. Huben    hubenb@ballardspahr.com |
| 28 | - Jonathan Hughes    , jane.rustice@aporter.com |
| | - Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |

| | |
|---|---|
| 1 | • Mark V. Isola     mvi@sbj-law.com |
| 2 | • J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
|   | • J. Eric Ivester     , Andrea.Bates@skadden.com |
| 3 | • Ivan C. Jen     ivan@icjenlaw.com |
| 4 | • Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
|   | • Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 5 | • Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com |
|   | • Robert A. Julian     rjulian@bakerlaw.com |
| 6 | • Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com |
| 7 | • Robert B. Kaplan     rbk@jmbm.com |
|   | • Eve H. Karasik     ehk@lnbyb.com |
| 8 | • William M. Kaufman     wkaufman@smwb.com |
|   | • Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com |
| 9 | • Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| 10 | • Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
|    | • Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com |
| 11 | • Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com |
|    | • Samuel M. Kidder     skidder@ktbslaw.com |
| 12 | • Marc Kieselstein     , carrie.oppenheim@kirkland.com |
|    | • Jane Kim     jkim@kellerbenvenutti.com |
| 13 | • Thomas F. Koegel     tkoegel@crowell.com |
|    | • Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 14 | • Alan W. Kornberg     , akornberg@paulweiss.com |
| 15 | • Bernard Kornberg     bjk@severson.com |
|    | • David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com |
| 16 | • Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com |
|    | • Thomas R. Kreller     tkreller@milbank.com, dmuhrez@milbank.com |
| 17 | • Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com |
|    | • Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 18 | • Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| 19 | • Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
|    | • Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 20 | • Richard A. Lapping     rich@trodellalapping.com |
|    | • Michael Lauter     mlauter@sheppardmullin.com |
| 21 | • Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com |
|    | • Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 22 | • Edward J. Leen     eleen@mkbllp.com |
|    | • Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com |
| 23 | • Bryn G. Letsch     bletsch@braytonlaw.com |
|    | • David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com |
| 24 | • Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com |
| 25 | • Marc A. Levinson     Malevinson@orrick.com, BOrozco@orrick.com |
|    | • Alexander James Demitro Lewicki     kdiemer@diemerwei.com, alewicki@diemerwei.com |
| 26 | • William S. Lisa     , jcaruso@nixonpeabody.com |
|    | • William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 27 | • Jonathan A. Loeb     jon.loeb@bingham.com |
|    | • John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 28 | • Jane Luciano     jane-luciano@comcast.net |

403895-v1

5

- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Richard A. Oshinski    Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com
- Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

- Sblend A. Sblendorio  sas@hogefenton.com
- Daren M Schlecter  daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider  bradley.schneider@mto.com
- Lisa Schweitzer  lschweitzer@cgsh.com
- David B. Shemano  dshemano@pwkllp.com
- James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman  lshulman@shbllp.com
- Andrew I. Silfen  andrew.silfen@arentfox.com
- Wayne A. Silver  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon  csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery  mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum  jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith  asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol  jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref  rsoref@polsinelli.com
- Bennett L. Spiegel  blspiegel@jonesday.com
- Michael St. James  ecf@stjames-law.com
- Howard J. Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel  clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern  dstern@ktbslaw.com
- Rebecca Suarez  rsuarez@crowell.com
- Brad T. Summers  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kesha Tanabe  kesha@tanabelaw.com
- Elizabeth Lee Thompson  ethompson@stites.com, docketclerk@stites.com
- John C. Thornton  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick  etredinnick@grmslaw.com
- Matthew Jordan Troy  matthew.troy@usdoj.gov
- Andrew Van Ornum  avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser  shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter  ecf@W2LG.com
- Phillip K. Wang  phillip.wang@rimonlaw.com
- Philip S. Warden  philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Lindsi M. Weber  lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner  gweiner@gibsondunn.com
- Joseph M. Welch  jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com

| | |
|---|---|
| 1 | - Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 2 | - David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 3 | - Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |

- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

☒    **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |

403895-v1                                              9

Case: 19-30088    Doc# 1872    Filed: 05/07/19    Entered: 05/07/19 09:40:08    Page 9 of 10

| | |
|---|---|
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>*Served via CM/ECF Only* |
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>*Request for Special Notice* |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2019, at San Diego, California.

                                           */s/ Linda Gubba-Reiner*
                                            Linda Gubba-Reiner