1  LEONIDOU & ROSIN
   Professional Corporation
2  A. Robert Rosin (SBN 115245)
3  Gregory Gerson  (SBN 318795)
   777 Cuesta Drive, Suite 200
4  Mountain View, CA  94040
   Telephone: (650) 691-2888
5  arrosin@alr-law.com
   ggerson@alr-law.com
6
7  Attorneys for Creditor
   STADTNER CO., INC.
8  dba SIERRA ELECTRIC CO.

9

10              UNITED STATES BANKRUPTCY COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  In re:                              )   Bankruptcy Case
                                        )   No. 19-30088 (DM)
15  PG&E CORPORATION,                   )
                                        )   Chapter 11
16       -and-                          )
                                        )   (Lead Case)
17  PACIFIC GAS AND ELECTRIC            )
    COMPANY,                            )   (Jointly Administered)
18                                      )
                                        )
19            Debtors.                  )
                                        )

20           STADTNER CO., INC. dba SIERRA ELECTRIC CO.'S
21  NOTICE OF PERFECTION OF LIEN – AMENDMENT OF LIEN AMOUNT
                       (11 USC §§ 546 and 362)

22  TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER

23  INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

24       You are hereby notified that Stadtner Co., Inc. dba Sierra Electric Co. (hereinafter

25  "Sierra") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b)

26  and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets,

27  of $80,749.64, for labor, equipment, material, and services provided by Sierra, generally

28  described as electrical construction, incorporated in and constituting improvements to the real

                                        1
STADTNER CO., INC. dba SIERRA ELECTRIC CO.'S NOTICE OF PERFECTION OF LIEN – AMENDMENT OF
LIEN AMOUNT
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)

Case: 19-30088    Doc# 1881    Filed: 05/07/19    Entered: 05/07/19 12:14:06    Page 1 of
                                                  7
S:\ALRDOCS\30739\1\00228922.DOCX

property commonly known as 77 Beale Street, 32nd and 34th Floors, San Francisco, California 94105. The purported owner of the property in question is Pacific Gas & Electric Co. (hereinafter, "PGE"), 77 Beale Street, San Francisco, California 94105. Sierra furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, N.V. Heathorn Co., 1177 Beecher Street, San Leandro, California 94577. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien. A true and correct copy of Sierra's mechanic's lien, recorded prior to the filing of this bankruptcy case, is attached hereto as **Exhibit A**.

This notice is provided to reflect a partial payment reducing the amount of Sierra's lien.

You are further notified that Sierra intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: May 7, 2019

LEONIDOU & ROSIN
Professional Corporation

By _____ /s/ A. Robert Rosin _____
A. Robert Rosin
Attorneys for
Stadtner Co., Inc. dba Sierra Electric Co.

2

Case: 19-30088    Doc# 1881    Filed: 05/07/19    Entered: 05/07/19 12:14:06    Page 2 of 7

EXHIBIT A

Recording requested by:

Stadtner Co., Inc. dba Sierra Electric Co.
3112 Geary Blvd.
San Francisco, CA 94118

When Recorded Mail To:

Stadtner Co., Inc. dba Sierra Electric Co. c/o
Leonidou & Rosin Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, CA 94040

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K724316-00
Check Number 1738
Friday, JAN 25, 2019 14:57:33
Ttl Pd $251.00    Rcpt # 0005944519
PF1/PF/1-4

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## MECHANIC'S LIEN

**77 Beale Street, 32nd and 34th Floors, San Francisco, California 94105**

(APN Nos. 3711 005, 3711 006, 3711 008, 3711 009, 3711 010, 3711 011,
3711 012, 3711 013, and 3711 014)

Recording requested by:

Stadtner Co., Inc. dba Sierra Electric Co.
3112 Geary Blvd.
San Francisco, CA 94118

When Recorded Mail To:

Stadtner Co., Inc. dba Sierra Electric Co. c/o
Leonidou & Rosin Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, CA 94040

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## MECHANIC'S LIEN

NOTICE IS HEREBY GIVEN that **Stadtner Co., Inc. dba Sierra Electric Co.**, 3112 Geary Blvd., San Francisco, CA 94118, as Claimant and as a subcontractor, claims a lien for labor, service, equipment and/or materials under Section 8416 et seq. of the California Civil Code, upon the real property and improvement hereinafter described, and upon every estate or interest in such structures, improvement, and property held by any person with an estate therein. The labor, services, equipment or materials were furnished for those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of San Francisco, State of California, described as follows:

**77 Beale Street, 32nd and 34th Floors, San Francisco, California 94105**

**(APN Nos. 3711 005, 3711 006, 3711 008, 3711 009, 3711 010, 3711 011, 3711 012, 3711 013, and 3711 014)**

The lien is claimed for the following labor, services, equipment or materials: electrical construction and related materials, labor, equipment, and services.

The amount due after deducting all just credits and offsets is **$141,102.78**, plus interest.

The person or company to whom the Claimant furnished the labor, services, or equipment is: **N.V. Heathorn Co., 1177 Beecher Street, San Leandro, CA 94577.**

The owner(s) or reputed owner(s) of the property and improvements is: **Pacific Gas & Electric Co., 77 Beale Street, San Francisco, California 94105.**

Dated: January 25, 2019                    STADTNER CO., INC. dba SIERRA ELECTRIC CO.

By: _____

Larry Stadtner, its Vice President

00225383.DOCX                                        Page 1

## VERIFICATION

I, the undersigned, declare:

I am an officer of Stadtner Co., Inc. dba Sierra Electric Co., the claimant named in the foregoing mechanic's lien; I am authorized to make this verification on behalf of the claimant; I have read the foregoing mechanic's lien and know the contents thereof, and the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was made on the date set forth below.

Dated: January 25, 2019

Larry Stadtner

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

Case: 19-30088     Doc# 1881     Filed: 05/07/19     Entered: 05/07/19 12:14:06     Page 6 of 7

## PROOF OF SERVICE DECLARATION

I, Cecilia Cardema, declare that I served copies of the above MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN (*check appropriate box – one box only*)

    a.   (   )    By registered mail evidenced by a certificate of mailing, postage prepaid.

    b.   ( X )    By certified mail evidenced by a certificate of mailing, postage prepaid.

    c.   (   )    By first class mail evidenced by a certificate of mailing, postage prepaid.

on January 25, 2019.

The MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN was sealed in an envelope and deposited in the mail at:

> 1250 Grant Road
> Mountain View, CA 94040

and the envelope was addressed to:

> **Pacific Gas & Electric Co.**
> **77 Beale Street,**
> **San Francisco, California 94105**
> (*Owner*)
>
> **N.V. Heathorn Co.**
> **1177 Beecher Street**
> **San Leandro, CA 94577**
> (*General Contractor*)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  January 25, 2019                                            
                                          Cecilia Cardema

**ATTACH CERTIFICATE OF MAILING, AND RECEIPTS OF REGISTERED OR CERTIFIED MAIL WHEN RETURNED, TO A COPY RETAINED FOR YOUR RECORDS.**