E. RYAN LAMB, SBN 266850
SAVAGE, LAMB & LUNDE, PC
1550 Humboldt Road, Suite 4
Chico, CA  95928
Telephone:  (530) 592-3861
Fax:  (530) 592-3865

Attorneys for Plaintiff,
MARIE VALENZA, BRANDEE GOODRICH
KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN
BARBARA MORRIS, MARY HAINES

**Attorney for Plaintiffs**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| | NOTICE OF APPEARANCE AND REQUEST OF DOCUMENTS FOR SERVICE OF DOCUMENTS |

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear as counsel in the above-captioned bankruptcy case on behalf of MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, and MARY HAINES. The undersigned requests that an entry be made on the Clerk's Matrix and all notices given or required to be given and all papers served or required to be served in this case be given to and served upon:

SAVAGE, LAMB & LUNDE, PC
1550 Humboldt Road, Suite 4
Chico, CA  95928
Telephone:  (530) 592-3861
Fax:  (530) 592-3865
Email:  erlamblaw@gmail.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019 and to receive CM/ECF notification in the case. This request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes, without limitation, schedules, statements of financial affairs, operation reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statements, any letters, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic, mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors or any proceeds thereof.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any right of MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, and MARY HAINES to (i) have final orders in core and non-core matters entered only after de novo review by a District Court judge; (ii) have final order entered by, or other exercise of the judicial power of the United States performed by an, Article III court, (iii) trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iv) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal; or (v) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (ci) any election of remedy; (vii) any rights, claims, actions, defenses, setoffs, or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoff and recoupments are expressly reserved.

DATED: May 7, 2019

                            Respectfully submitted,

                            SAVAGE, LAMB & LUNDE, PC

                            By:_____
                                Patricia A. Savage