Victor A. Vilaplana (SBN 58535)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Katherine R. Catanese (pro hac vice pending)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
T: (212) 682-7474 / F: (212) 687-2329
Email: kcatanese@foley.com

ATTORNEYS FOR CORELOGIC SOLUTIONS, LLC AND CORELOGIC SPATIAL SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **APPLICATION FOR ADMISSION OF ATTORNEY KATHERINE R. CATANESE** *PRO HAC VICE* |
| *All papers shall be filed in the Lead Case, No. 19-30088* | |

Pursuant to Rule 1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Local Rules</u>") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "<u>Local Rules</u>) Katherine R. Catanese, an active member in good standing of the bars of the states of New York and Michigan, who is therefore a member in good standing of the bars of the highest courts in those

jurisdictions, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "Court") on a *pro hac vice* basis representing Corelogic Solutions, LLC and Corelogic Spatial Solutions, LLC ( collectively "Corelogic") in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Local Rules, and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-captioned bankruptcy cases. The name, address, and telephone number of that attorney is:

Victor A. Vilaplana (SBN 58535)
**FOLEY & LARDNER LLP**
3579 Valley Center Drive
San Diego, CA  92130
Tel.:   (858) 847-6700
Fax:   (858) 792-6773
Email: vavilaplana@foley.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2019          /s/Katherine R. Catanese
                            Katherine R. Catanese

4814-8830-9140.1