# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Katherine Rose Catanese*

was admitted to the practice of law in the courts of the State of Michigan on

*November 5, 2004*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: April 22, 2019

Clerk

Case: 19-30088    Doc# 1886-1    Filed: 05/07/19    Entered: 05/07/19 13:48:33    Page 1 of 2

 RECEIVED APR 22 2019 CLERK SUPREME COURT



**MICHIGAN COURTS**
*One Court of Justice*

 COPY

# Michigan Supreme Court Clerk's Office

# Certificate of Good Standing Request Form

Fill out the information in the form *completely*. Incomplete forms will delay the processing of your request.

**Name of Record:*** Katherine Rose Catanese   **Attorney Number: P-** 67542

*\* Name of Record is (1) your name at the time of bar admission, or (2) your current legal name if you previously provided documentation of a legal name change to the Michigan Supreme Court to have the Roll of Attorneys updated.*

**Date of Admission (mm/yyyy)\*\*:** 11 / 2004   **County of Admission:** St. Clair

*\*\* If you are a newly admitted attorney, we will not be able to issue your Certificate of Good Standing until we receive your order of admission from the circuit court in which you were admitted and add you to the Roll of Attorneys.*

**Contact Phone Number:** 212.338.3496   **Email** kcatanese@foley.com

**Number of Certificates Requested:** 1 x $10 = $10.00   **Total amount due**

---

**Instructions:**

1). Include a check or money order made payable to "State of Michigan." Do not make the check or money order payable to the Michigan Supreme Court.
2). Include a self-addressed stamped envelope (the certificate cannot be sent to you without this).
3). Send this form, your check or money order, and the SASE to one of the following addresses:

**If using the U.S. Postal Service \*\*\***
Michigan Supreme Court, Clerk's Office
P.O. Box 30052
Lansing, MI 48909

**If using UPS, FedEx, or other carrier**
Michigan Supreme Court, Clerk's Office
925 W. Ottawa Street
Lansing, MI 48915

**\*\*\* Even if you select next-day delivery with the USPS, the Clerk's Office may not receive your form the next day because the delivery is to an off-site postal box. Please give yourself sufficient time for the Clerk's Office to receive, process, and mail back your certificate.**

You may also bring this form directly to the Clerk's Office on the 4th floor of the Hall of Justice at 925 W. Ottawa Street, Lansing, during normal business hours (8:30 a.m. to 5:00 p.m.). If you do not have any prior disciplinary orders, the Clerk's Office can prepare the Certificate of Good Standing while you wait.