Entered on Docket
May 07, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 7, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
■ Affects both Debtors

\* All papers shall be filed in the Lead Case. No. 19-30088 (DM)

Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER GRANTING THIRD STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND UNITED STATES TRUSTEE EXTENDING TIME TO RESPOND TO APPLICATION TO RETAIN AND EMPLOY AXIOM ADVISORS AS GOVERNMENT AFFAIRS CONSULTANT TO THE COMMITTEE**

[No Hearing Requested]

The Court having considered the *Third Stipulation Between Official Committee of*

*Unsecured Creditors and United States Trustee Extending Time to Respond to Application to Retain and Employ Axiom Advisors as Government Affairs Consultant to the Committee* (the "Stipulation"), entered into by the (i) Official Committee of Unsecured Creditors (the "Committee") appointed in the jointly administered chapter 11 cases of the above-captioned debtors in possession, on the one hand, and (ii) the Office of the United States Trustee (the "U.S. Trustee" and together with the Committee, the "Parties"), on the other hand, filed on May 6, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the U.S. Trustee to file and serve any response or opposition to the Axiom Application (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 7, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: May 6, 2019

OFFICE OF THE UNITED STATES TRUSTEE

/s/ *Marta E. Villacorta*
Marta E. Villacorta
Trial Attorney
*Attorney for Andrew R. Vara, Acting United States Trustee for Region 3*[1]

**END OF ORDER**

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.