Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Facsimile:   310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors** | |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **CERTIFICATE OF SERVICE** |

I, Tanya Kinne, do declare and state as follows:

1. I am employed in New York County in the State of New York. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

2. I certify that on May 8, 2019, I caused a true and correct copy of each of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- *Certificate of No Objection Regarding First Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through February 28, 2019*

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this eighth day of May, 2019, at New York, New York.

_____
Tanya Kinne

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue<br>New York, NY 10153-0119 | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com | First Class Mail & Email |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | 650 California Street, Suite 1900<br>San Francisco, CA 94108 | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com | First Class Mail & Email |
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 | | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | 450 Golden Gate Avenue<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>lynette.c.kelly@usdoj.gov<br>Marta.Villacorta@usdoj.gov | First Class Mail & Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards<br>New York, NY 10001-2163 | ddunne@milbank.com<br>skhalil@milbank.com | First Class Mail & Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park E, 33rd Floor<br>Los Angeles, CA 90067 | Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com | First Class Mail & Email |