

Signed and Filed: May 8, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Victor A. Vilaplana (SBN 58535)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Katherine R. Catanese (pro hac vice pending)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
T: (212) 682-7474 / F: (212) 687-2329
Email: kcatanese@foley.com

ATTORNEYS FOR CORELOGIC SOLUTIONS, LLC AND CORELOGIC SPATIAL SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Leas Case, No. 19-30088* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered<br><br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Katherine R. Catanese, whose business address and telephone number is:

Katherine R. Catanese

**FOLEY & LARDNER LLP**

90 Park Avenue

New York, NY 10016

Tel: (212) 682-7474

Fax: (212) 687-2329

Email: kcatanese@foley.com

and who is an active member in good standing of the bars of the states of New York and Michigan, having applied in the above-captioned bankruptcy cases for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Corelogic Solutions, LLC and Corelogic Spatial Solutions, LLC

IT IS HEREBY ORDERED that the application of Katherine R. Catanese is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these bankruptcy cases are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **

4826-0445-3012.1