**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 9, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: May 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MAY 9, 2019, 9:30 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

<u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*MATTERS GOING FORWARD*

<u>*Lift Stay Motions*</u>

1. **CCSF Relief from Stay**: Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) and Memorandum of Points and Authorities in Support [**Dkt. 1535**].

    Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time), per April 29, 2019, Docket Text Order.

    Responses Filed:

    A. Statement of the Official Committee of Tort Claimants Regarding Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) and Memorandum of Points and Authorities in Support [**Dkt. 1811**].

    B. Preliminary Statement of the Official Committee of Unsecured Creditors in Opposition to Lift Stay Motion Filed by the City and County of San Francisco [**Dkt. 1813**].

    C. Debtors' Statement of Opposition to Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) [**Dkt. 1814**].

    D. Response of the Federal Energy Regulatory Commission to Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) [**Dkt. 1831**].

    E. Debtors' Preliminary Response in Opposition to Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) [**Dkt. 1869**].

    Related Documents:

    F. Declaration of Barbara Hale in Support of Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) by the City and County of San Francisco [**Dkt. 1537**].

G. Declaration of Katharine M. Mapes in Support of Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply under §362(b)(4) or in the Alternative, for Relief from the Automatic Stay under §362(d)(1) by the City and County of San Francisco [**Dkt. 1538**].

H. CCSF Relief from Stay Cover Sheet [**Dkt. 1539**].

I. Docket Text Order requesting Debtors and the two Official Committees to file statements of non-opposition or opposition no later than May 2, 2019, dated April 29, 2019.

Status: A preliminary hearing on this matter is going forward on a contested basis.

2. **Gelman Relief From Stay Motion**: Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt. 1310**].

Response Deadline: April 24, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Notice of Preliminary Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1), Filed by Debtors [**Dkt. 1701**].

B. Preliminary Response in Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [**Dkt. 1822**].

Related Documents:

C. Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt 1201**].

D. Declaration of David W. Wessel in Support of Gelman's Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1311**].

E. Request for Judicial Notice in Support of Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1312**].

Status: A preliminary hearing on this matter is going forward on a contested basis.

3. **Valero Motion to Lift Stay**: Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 315**].

Response Deadline: None set.

Responses Filed:

A. Preliminary Response of Pacific Gas and Electric Company in Opposition to Valero Refining Company – California's Motion for Relief from Stay [**Dkt. 601**].

Related Documents:

B. Declaration of Richard A. Lapping and Request for Judicial Notice in Support of Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 617**].

C. Docket Text Order with tentative ruling dated February 23, 2019.

D. Stipulation for Order Approving Stipulated Protective Order and Authorizing Filing Under Seal [**Dkt. 1630**].

E. Order Approving Stipulated Protective Order and Authorizing Filing Under Seal (Valero Motion for Relief from Automatic Stay) [**Dkt. 1752**].

F. Motion to File Redacted Document and to File Documents Under Seal; Declaration of Richard A. Lapping [**Dkt. 1862**].

Status: A continued preliminary hearing on this matter is going forward on a contested basis.

*TURN Ratepayers Committee Motion*

4. **TURN Motion For Appointment of Official Ratepayers Committee**: Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a); Memorandum of Points and Authorities [**Dkt. 1324**].

Response Deadline: April 24, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Objection to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants [**Dkt. 1647**].

  a. Declaration of Bruce T. Smith in Support of Debtors' Objection to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants [**Dkt. 1648**].

B. United States Trustee's Objection to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105 [**Dkt. 1651**].

C. Objection by the Official Committee of Unsecured Creditors to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1653**].

Related Documents:

D. Declaration of Mark Toney in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1326**].

E. Declaration of Robert G. Harris in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1327**].

F. Request for Judicial Notice in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1328**].

G. Errata to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a); Memorandum of Points and Authorities [**Dkt. 1355**].

H. Joinder in Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (Filed by Federal Executive Agencies) [**Dkt. 1368**].

I. Joinder in Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (Filed by California Farm Bureau Federation) [**Dkt. 1476**].

J. Joinder in Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (Filed by Public Advocates Office) [**Dkt. 1477**].

K. Joinder in Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (Filed by California Large Energy Consumer Association) [**Dkt. 1547**].

L. Joinder in Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (Filed by AARP) [**Dkt. 1631**].

M. Notice of Withdrawal of Joinder (Filed by United States of America on Behalf of Federal Executive Agencies) [**Dkt. 1637**].

N. Statement of City and County of San Francisco in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1650**].

O. Northern California Power Agency's Statement of Support for TURN's Motion for Appointment of Official Committee of Ratepayer Claimants; Statement of Willingness to Serve on Such Committee and Reservation of Rights [**Dkt. 1660**].

P. Reply to Oppositions to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1820**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Q. Supplemental Request for Judicial Notice in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) (FRE 201, FRBP 9017) [**Dkt. 1821**].

R. Notice of Joinder by SLF Fire Victim Claimants in Motion for Appointment of Official Committee of Ratepayers Pursuant to 11 U.S.C §§ 1102(a)(2), 105(a) [**Dkt. 1863**].

Status: This matter is going forward on a contested basis.

*Retention Applications*

5. **Centerview Retention Application**: Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker, Effective as of February 15, 2019 [**Dkt. 1213**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Tort Claimants, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker [**Dkt. 1376**].

Related Documents:

B. Statement of the Official Committee of Unsecured Creditors in Support of Its Application for Authority to Retain and Employ Centerview Partners LLC as Investment Banker Effective as of February 15, 2019 [**Dkt. 1569**].

C. Centerview Partners LLC's Ex Parte Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561**].

    a. Declaration of Karn Chopra in Support of Centerview Partners LLC's Ex Parte Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561-1**].

    b. Order Authorizing Centerview Partners LLC to File Certain Confidential Information Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561-2**].

D. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

E. Centerview Partner LLC's Reply to the United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker [**Dkt. 1603**].

Status: This matter is going forward on a contested basis.

6. **Simpson Thacher Retention Application**: Motion Pursuant to 11 U.S.C. § 363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp [**Dkt. 1182**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Reservation of Rights of the Public Employees Retirement Association of New Mexico with respect to Debtors' Motion to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors [**Dkt. 1479**].

Related Documents:

B. Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. [**Dkt. 1183**].

C. Notice of Filing of Revised Proposed Order in Support of Motion Pursuant to 11 U.S.C. § 363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp [**Dkt. 1801**].

D. Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified as Described Herein) [**Dkt. 1802**].

E. Declaration of Nora Mead Brownell in Support of the Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified as Described in the Supplemental STB Declaration of Michael H. Torkin, Dated May 1, 2019) [**Dkt. 1803**].

Status: This matter is going forward on the revised proposed order filed by the Debtors.

7. **Groom Retention Application**: Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Groom Law Group, Chartered as Special Employee Benefits Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1527**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of David N. Levine in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Groom Law Group, Chartered as Special Employee Benefits Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1528**].

B. Declaration of Janet Loduca in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Groom Law Group, Chartered as Special Employee Benefits Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1529**].

C. Amended Declaration of David N. Levine in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Groom Law Group, Chartered as Special Employee Benefits Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1799**].

D. Notice of Filing of Revised Proposed Order and Amended Declaration in Support of Groom Law Retention Application [**Dkt. 1800**].

Status: This matter is going forward on the revised proposed order filed by the Debtors.

8. **Axiom Advisors Retention Application**: Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Axiom Advisors as Government Affairs Consultant, Effective as of March 15, 2019 [**Dkt. 1524**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time), except for the U.S. Trustee, for whom the response deadline was extended by stipulation to May 7, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Cassie Gilson in Support of Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Axiom Advisors as Government Affairs Consultant, Effective as of March 15, 2019 [**Dkt. 1525**].

B. Amended Declaration of Cassie Gilson in Support of Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Axiom Advisors as Government Affairs Consultant, Effective as of March 15, 2019 [**Dkt. 1898**].

C. Notice of Filing of Revised Proposed Order and Amended Declaration in Support of Axiom Advisors Retention Application [**Dkt. 1899**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter is going forward on the revised proposed order filed by the Official Committee of Unsecured Creditors.

9. **Lincoln Partners Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Adviser Effective as of March 1, 2019. [**Dkt. 1134**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

B. Supplement to the Applications of the Official Committee of Tort Claimants to Retain and Employ Lincoln Partners Advisors LLC and Development Specialists, Inc. as Its Financial Advisors [**Dkt. 1837**].

C. Declaration of Karen M. Lockhart in Support of the Supplement to the Applications of the Official Committee of Tort Claimants to Retain and Employ Lincoln Partners Advisors LLC and Development Specialists, Inc. as Its Financial Advisors [**Dkt. 1838**].

Status: This matter is going forward on an uncontested basis.

10. **DSI Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Development Specialists, Inc. as a Financial Advisor Effective as of March 20, 2019 [**Dkt. 1461**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Supplement to the Applications of the Official Committee of Tort Claimants to Retain and Employ Lincoln Partners Advisors LLC and Development Specialists, Inc. as Its Financial Advisors [**Dkt. 1837**].

B. Declaration of Karen M. Lockhart in Support of the Supplement to the Applications of the Official Committee of Tort Claimants to Retain and Employ Lincoln Partners Advisors LLC and Development Specialists, Inc. as Its Financial Advisors [**Dkt. 1838**].

Status: This matter is going forward on an uncontested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*CONTINUED, WITHDRAWN, AND OTHER MATTERS*

11. **Verwey Motion to Lift Stay**: Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1143**].

Response Deadline: None set.

Responses Filed:

A. Preliminary Response in Opposition to Philip Verwey Farms' ("PVF") Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1817**].

Related Documents:

B. Declaration of Philip Verwey in Support of Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1145, including Exhibits A-F**].

C. Docket Text Order with tentative ruling dated April 19, 2019.

D. Reply to Preliminary Response in Opposition to Philip Verwey Farms' ("PVF") Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1878**].

Status: This matter has been taken off calendar and is being continued to a date to be determined and noticed by the movant.

12. **Compass Lexecon Retention Application**: Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1756**].

Response Deadline: May 6, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement of the Official Committee of Unsecured Creditors Regarding Compass Lexecon Retention Application [**Dkt. 1856**].

B. United States Trustee's Objection to Application of the Debtors to Employ Compass Lexecon, LLC [**Dkt. 1858**].

C. Statement of the Official Committee of Tort Claimants Regarding the Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1860**].

Related Documents:

D. Declaration of Adel Turki in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1757**].

E. Declaration of Paul Zumbro in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1758**].

F. Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1759**].

G. Declaration of Jane Kim in Support of Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1760**].

H. Order Granting Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1769**].

I. Supplement to Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1842**].

J. Supplemental Declaration of Adel Turki in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 1844**].

Status: This matter is being continued to the omnibus hearing to be held on May 22, 2019, at 9:30 a.m. (Pacific Time).

13. **FTI Retention Application**: Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting Inc. as Financial Advisor Nunc Pro Tunc February 12, 2019 [**Dkt. 1212**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Responses Filed</u>:

A. United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors to Employ FTI Consulting, Inc. [**Dkt. 1505**].

B. Statement of Debtors with Respect to Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019 [**Dkt. 1560**].

<u>Related Documents</u>:

C. Statement of the Official Committee of Unsecured Creditors in Support of Its Application for Authority to Retain and Employ FTI Consulting, Inc. as Financial Advisor Effective as of February 15, 2019 [**Dkt. 1568**].

D. Reply in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019 [**Dkt. 1571**].

E. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

<u>Status</u>: This matter is being continued to the omnibus hearing to be held on May 22, 2019, at 9:30 a.m. (Pacific Time).

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 8, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Attorneys for Debtors and Debtors in Possession*