

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

Signed and Filed: May 8, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION AMONG DEBTORS, CREDITORS COMMITTEE, AND MNOC AERS LLC EXTENDING TIME TO RESPOND TO MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES OF MNOC AERS LLC FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION UNDER 1 U.S.C. §§ 362(B)(6) AND 556**<br>Re: Dkt. No. 1599 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Among Debtors, Creditors Committee, and mNoc AERS LLC Extending Time to Respond to Motion and Memorandum of Points and Authorities of mNoc AERS LLC for Entry of an Order Confirming Safe Harbor Protection Under 1 U.S.C. §§ 362(b)(6) and 556* ("**Stipulation**"), entered into by (a) PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), (b) the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and (c) mNoc AERS LLC ("**mNOC**"), filed on May 6, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Debtors and the Creditors Committee to file and serve any response or opposition to the mNoc Safe Harbor Motion is extended through 4:00 p.m. (Pacific Time) on May 14, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: May 6, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Thomas C. Mitchell*
Thomas C. Mitchell

*Attorneys for mNoc AERS LLC*

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Attorneys for Official Committee of Unsecured Creditors*

**END OF ORDER**