Michael Rogers, State Bar No. 122450
LAMBERT & ROGERS, APLC
359 West Madison Avenue, Suite 100
El Cajon, CA 92020
(619) 588-7600; Fax: (619) 588-7889
E-mail: mrogers@lambertrogers.com

Attorney Pro Hac Vice for Creditor
WILLIAM KREYSLER & ASSOCIATES, INC.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089)<br><br>Chapter 11<br><br>NOTICE OF CONTINUED PERFECTION OF MECHANIC'S LIEN [11 USC §546(b)(2)] |

    Creditor William Kreysler & Associates, Inc., hereby gives notice of continued perfection of its mechanic's lien under 11 U.S.C. § 546(b)(2). Creditor timely recorded its $74,280.00 mechanic's lien for labor and materials against real property owned by the debtors herein, located at 538 Eddy Street, San Francisco, CA 94109. A copy of said lien is attached hereto. Under California law, an action to enforce such a lien must be filed within 90 days of recording in order to remain valid. Creditor is prevented by the automatic stay of this proceeding from filing an action and maintaining the perfection of its mechanic's lien. Accordingly, under 11 U.S.C. § 546(b)(2), Creditor hereby maintains its perfection by this notice. The filing of this notice is not intended to be an admission

1

_____
NOTICE OF CONTINUED PERFECTION OF MECHANIC'S LIEN
Case No. 19-30088 DM
Case: 19-30088    Doc# 1924    Filed: 05/08/19    Entered: 05/08/19 14:18:06    Page 1 of 2

that the filing is required to maintain perfection.

Date: May 8, 2019

Lambert & Rogers, APLC

By: /s/ *Michael Rogers*
    Michael Rogers
Attorney Pro Hac Vice for Creditor
WILLIAM KREYSLER & ASSOCIATES, INC.