Recording Requested By
William Kreysler & Associates, Inc.

And When Recorded Mail To:
Levy | von Beck | Comstock, P.S.
ATTN: Ted M. Levy
1200 5th Avenue, Ste. 1850
Seattle, WA 98101
Tel: 206-626-5444

**CONFORMED COPY** of document recorded
**02/08/2019, 2019K729781**
on_____ with document no_____
This document has not been compared with the original
**SAN FRANCISCO ASSESSOR-RECORDER**

COPY

Space above this line reserved for recorder's use

# MECHANIC'S LIEN
## (California Civil Code §8400)

CLAIMANT, hereby claims a lien on the improved real property as follows:

538 Eddy Street; San Francisco, CA 94109 in San Francisco County; Tax Parcel Number: 0335-037

Name of Claimant: William Kreysler & Associates, Inc.
Address of Claimant: 501 Green Island Road, American Canyon, CA 94503
Telephone: (707) 552-3500
Relationship to Other Parties: William Kreysler & Associates, Inc. was a supplier to Plant Construction Co., LP

1. Claimant's demand, after deducting all just credits and offsets, is: **$74,280.00**

2. The name and address of the owner or reputed owner, if known, is:

    Pacific Gas & Electric; 1850 Gateway Blvd., 7th Floor, Concord, CA 94250;
    Pacific Gas & Electric Company; Attn: Linda Y.H. Cheng
      77 Beale Street, 24th Floor, San Francisco, CA 94105

3. The name and address of the direct contractor is:

    Plant Construction Co. LP; 300 Newhall Street, San Francisco, CA 94124

4. Claimant furnished the following kinds of labor, services, equipment or materials: FRP Rainscreen Panels materials and supplies.

5. Said labor, services, equipment or materials were performed or furnished at:

    538 Eddy Street; San Francisco, CA 94109 in San Francisco County, which is to be charged with the lien.

| | |
|---|---|
| Commonly known as: | P G & E Site Work |
| Tax Parcel Number: | 0335-037 |

6. The name of the person by whom the Claimant was employed or to whom the Claimant furnished the labor, services, equipment or materials is:

   Plant Construction Co., LP, located at 300 Newhall Street, San Francisco, CA 94124. Plant Construction Co., LP was employed as the direct contractor on the project.

7. See attached Proof of Service Affidavit showing the date, place and manner of service and facts showing that the service was made in accordance with this section for the Mechanic's Lien and Notice of Mechanic's Lien. Certified mail receipts as proof of service are also attached.

Dated: 02/04/19

William Kreysler & Associates, Inc.
(Claimant)

By: _____
Leone Bratcher, Controller

## VERIFICATION

I, Leone Bratcher, declare as follows: I am the controller for the claimant of the foregoing mechanic's lien and I am authorized to make this verification on the claimant's behalf. I have read said claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge, except for matters stated in it on my information or belief, and as to those matters I believe it to be true.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on February __4__, 2019.

at American City, California

_____
(Personal signature of person providing the verification)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT

I, __Ted Laun__, declare that on __Feb. 4__, 2019, I served upon each of the person(s) listed below a copy of the above Mechanic's Lien and Notice of Mechanic's Lien by:

[X]  First Class Certified or Registered Mail, Return Receipt Requested. By placing a true copy thereof, enclosed in sealed envelopes, addressed as set forth below, and depositing the same in the mail at Seattle, Washington, with postage pre-paid, Certified or Registered with Return Receipt requested,

As evidenced by the following:

___ Attached documentation provided by the United States Postal Service ("USPS") showing that payment was made to mail the notice using registered, or certified mail, or express mail

___ Attached documentation provided by an express service carrier showing that payment was made to send the notice using an overnight delivery service

___ Attached return receipt, delivery confirmation, signature confirmation, tracking record, or other proof of delivery or attempted delivery provided by the USPS, or a photo copy of the record of delivery and receipt maintained by the USPS, showing date of delivery and to whom delivered, or in the event of non delivery, by the returned envelope itself

OWNER:
Pacific Gas & Electric
1850 Gateway Blvd., 7th Floor
Concord, CA 94250

Pacific Gas & Electric Company
Attn: Linda Y.H. Cheng
77 Beale Street, 24th Floor
San Francisco, CA 94105

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Seattle, Washington on this __4th__ day of February 2019.

_____
(Signature)