# United States Bankruptcy Court

## For the Northern District of California

<u>In re Pg&e Corporation , Case No. 19-30088</u>

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u><br>Name of Transferee | <u>Ttg Systems Inc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known): |
| CRG Financial LLC<br>100 Union Ave<br>Cresskill, NJ 07626 | Amount of Claim: $27,720.00- Pacific Gas and Electric Company<br>Scheduled:<br>Proofs of Claim:<br>Date Claim Filed: |
| Phone: (201) 266-6988<br>Last Four Digits of Acct#:_____ | Phone:<br>Last Four Digits of Acct#:_____ |
| Name and Address where Transferee payments should be sent (if different from above);<br>SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/ Allison R. Axenrod</u>     Date: <u>05/08/2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

## For the Northern District of California

In re Pg&e Corporation , Case No. 19-30088

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/08/2019.

CRG Financial LLC  
Name of Alleged Transferee

Ttg Systems Inc  
Name of Transferor

100 Union Avenue, Cresskill, NJ 07626  
Address of Alleged Transferee

204-10464 Mayfield Rd Nw , , Edmonton , T5P 4P4  
Address of Transferor

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

# NOTICE OF TRANSFER AND WAIVER

Ttg Systems Inc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Pg&e Corporation or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $4,664.49, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Northern District of California, jointly administered as Case No. 19-30088.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 04/10/2019.

By: /s/ Laura Hare
    Signature

   Laura Hare
   Print Name/Title
   Ttg Systems Inc

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, May 02, 2019.

By: /s/ Robert Axenrod
CRG Financial LLC