# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## MARCH 1, 2019 THROUGH MARCH 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from March 1, 2019 through March 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 45.5 | $36,400 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 64.1 | $51,280 |
| Jane Kim | Partner | 2003[1] | 650 | 113.1 | $67,990 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 67.9 | $40,740 |
| Thomas B. Rupp | Associate | 2011 | 400 | 91.9 | $36,760 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 99.1 | $14,865 |
| **Total Professionals:** | | | | **481.6** | **$248,035.00** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 676 | 290.6 | $196,410 |
| Associates | 400 | 91.9 | $36,760 |
| **Blended Attorney Rate** | **610** | **382.5** | **$233,170** |
| Paraprofessionals and other non-legal staff | 150 | 99.1 | $14,865 |
| **Total Fees Incurred** | 515 | **481.6** | **$248,035.00** |