# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY KELLER & BENVENUTTI LLP MARCH 1, 2019 THROUGH MARCH 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | First Day Administration Motions | 19.8 | $10,785.00 |
| 002 | Omnibus & Miscellaneous Court Appearances | 1.7 | $1,105.00 |
| 003 | Legal Research | 0 | 0 |
| 004 | General Case Administrations | 145.9 | $44,200.00 |
| 005 | Automatic Stay Proceedings | 20.9 | $15,455.00 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 16.4 | $11,000.00 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 15.4 | $11,125.00 |
| 008 | Professional Retention and Compensation – Other Professionals | 25.2 | $15,085.00 |
| 009 | Financing and Cash Collateral | 8.4 | $5,205.00 |
| 010 | DIP Lenders – Communication and Negotiations | 0 | 0 |
| 011 | Creditors Committees – Communication & Negotiations | 0 | 0 |
| 012 | Tort Committees – Communication & Negotiation | 2.1 | $1,620.00 |
| 013 | US Trustee – Communications & Negotiation | 1.4 | $910.00 |
| 014 | Employee Matters | 19.0 | $10,635.00 |
| 015 | Supplier Issues | 22.1 | $11,655.00 |
| 016 | General Asset Analysis and Recovery | 0.3 | $120.00 |
| 017 | Sale or Use of Property - Motions | 7.6 | $4,760.00 |
| 018 | Executory Contract Issues | 6.0 | $4,315.00 |
| 019 | Tax Issues | 5.3 | $2,520.00 |
| 020 | Regulatory Issues | 0 | 0 |
| 021 | Plan – Advice, Strategy and Negotiation | 4.9 | $3,575.00 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 0 | 0 |
| 023 | Plan Confirmation | 0 | 0 |
| 024 | Plan Implementation and Transition | 0 | 0 |
| 025 | FERC Adversary Proceeding | 21.6 | $15,480.00 |
| 026 | Wildfire Litigation | 7.2 | $3,680.00 |
| 027 | Claims Review | 4.2 | $1,920.00 |
| 028 | Claim Disputes and Resolution | 0 | 0 |
| 029 | Avoidance Action Analysis | 0 | 0 |
| 030 | Non-working Travel | 17.0 | $5,525.00 |
| 031 | [*Expenses – See Expense Summary*] | 0 | 0 |
| 032 | USDC Probation Compliance and Monitoring | 68.6 | $41,300.00 |
| 033 | Equity Committee | 0 | 0 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 034 | Third Party Injunction Action (PERA) | 32.0 | $21,300.00 |
| 035 | Government Relations and Communications | 0.2 | $160.00 |
| 036 | Miscellaneous Litigation Issues and Advice | 8.4 | $4,600.00 |
| **TOTAL** | | **481.6** | **$248,035.00** |