# EXHIBIT C

# EXPENSE SUMMARY
## MARCH 1, 2019 THROUGH MARCH 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | 0 |
| Meals | 0 |
| Travel | 0 |
| Transportation | 0 |
| Duplicating | $7,968.68 |
| Transcription Services | $3,091.55 |
| Telephone Conferencing | 0 |
| Messenger | $59.00 |
| Filing Fees | 0 |
| **Total Expenses Requested:** | **$11,119.23** |