# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 1084  
Date: 05/07/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 03/01/2019 | eScribers Inv # 233776 Transcription 2.27.2019 Hearing | 1.00 | $653.40 | $653.40 |
| Expense | 03/01/2019 | eScribers Inv # 233784 Transcription 2.27.2019 Hearing | 1.00 | $514.25 | $514.25 |
| Expense | 03/07/2019 | eScribers Inv # 235330 Transcription 3.4.19 Hearing | 1.00 | $532.40 | $532.40 |
| Expense | 03/11/2019 | Clear Discovery LLC Inv #0001089 Copy and Printing services for hearings on 3/12/19 and 3/13/19 | 1.00 | $6,500.14 | $6,500.14 |
| Expense | 03/12/2019 | eScribers, Transcription, Inv # 236018 | 1.00 | $84.70 | $84.70 |
| Expense | 03/13/2019 | eScribers, Transcription, Invoice # 236277 | 1.00 | $72.60 | $72.60 |
| Expense | 03/14/2019 | eScribers, Transcription, Invoice # 236833 | 1.00 | $1,234.20 | $1,234.20 |
| Expense | 03/28/2019 | Clear Discovery Invoice 0001102, dated 03.28.2019 for printing binders for 03.26.2019 Omnibus Hearing | 1.00 | $1,154.53 | $1,154.53 |
| Expense | 03/28/2019 | Clear Discovery Invoice 0001102, dated 03.28.2019 for printing binders for 03.26.2019 Omnibus Hearing | 1.00 | $314.01 | $314.01 |
| Expense | 03/29/2019 | Pay Nationwide Legal Invoice 355664 for Court runners 3/11 and 3/15 | 1.00 | $59.00 | $59.00 |

| Time Keeper | Time | Rate | Fees and Expenses Total |
|---|---|---|---|
| | | Fees and Expenses Subtotal | $11,119.23 |
| | | Fees and Expenses Total | $11,119.23 |