B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District Of California
## San Francisco Division

In re PG&E Corporation and Pacific Gas and Electric Company (19-30088) (Jointly Administered)

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

J.H. Lane Partners Master Fund, LP.
Address: 126 East 56th Street,
16th Floor, New York, NY 10022
Attention: Haskel Ginsberg
Telephone:(212) 899-9793
Email: hginsberg@jhlanepartners.com

With a copy to:

Reed Smith, LLP
Address: 599 Lexington Avenue
New York, NY 10022
Attention: Robert Scheininger
Telephone:(212) 549 4224
Email: rscheininger@reedsmith.com

**Name of Transferor**

Bender Rosenthal, Incorporated,
Address: 2825 Watt Avenue. Suite 200
Sacramento, CA 95821
Attn: David B. Wraa, President
d.wraa@BenderRosenthal.com

With a Copy to:

Walter R. Dahl
Dahl Law
2304 "N" Street
Sacramento, CA 95816
wdahl@DahlLaw.net

**Claim # (if known): 104**
**Filed Claim Amount: $1,368,870.94**
**Date Claim Filed: February 6, 2019**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ Date: 5/8/19

Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-146685105.1

EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Bender Rosenthal, Incorporated, a California corporation ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto J.H. Lane Partners Master Fund, L.P. ("Buyer") all rights, title and interest in and to the claims of Seller referenced as Claim Number 104 (the "Claim") against PG&E Corporation and its affiliated debtors and debtors in possession (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 13th day of March, 2019.

| SELLER: | BUYER: |
|---|---|
| Bender Rosenthal, Incorporated, a California corporation | J.H. Lane Partners Master Fund, L.P. |
| Name: David B. Wraa | Name: SETH D. LAY |
| Title: President | Title: MANAGING MEMBER |