CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**FILED**

MAY 09 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - **and** - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Timothy G. Cameron, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pacific Gas and Electric Company and PG&E Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tobias S. Keller (#151445)

KELLER & BENVENUTTI LLP

650 California Street, Suite 1900

San Francisco, CA 94108

(415) 496-6723

tkeller@kellerbenvenutti.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2019

_____
Timothy G. Cameron

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# TIMOTHY GRAY CAMERON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 22, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 24, 2018**

8778

_____

Clerk of the Court

```
       UNITED STATES
     BANKRUPTCY COURT
    NORTHERN DISTRICT OF CALIFORNIA
       SAN FRANCISCO DIVISION

     #  30065479 - JB
     * * C O P Y * *
        May 09, 2019
         14:09:56

      PRO HAC VICE FEE
       19-30088-DM11
  Debtor.: PG&E CORPORATION
  Judge..: DENNIS MONTALI
  Amount.:              $310.00 CH
  Check#.: 1048


  Total-> $310.00


  FROM: KELLER & BENVENUTTI LLP
```