DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

1559314.1

1

Pacific Gas and Electric Company (collectively, the <u>"Debtors").</u>

    2.       Through April 25, 2019, the amount owing to TEICHERT is at least $828,364.70, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 25, 2019.

    3.       Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as <u>Exhibit A</u>, on or about April 29, 2019.

    4.       Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. <u>(See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould)</u>, 232 B.R. 406, 410-411 (9th Cir. 1999); <u>Village Nurseries v. Greenbaum,</u> 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

    5.       Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: May 8, 2019

                                                           DOWNEY BRAND LLP

                                                           By: /s/ Jamie P. Dreher
                                                                 JAMIE P. DREHER
                                                                    Attorney for
                                      TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

Case: 19-30088    Doc# 1953    Filed: 05/09/19    Entered: 05/09/19 16:03:26    Page 4 of 9

Copy

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME     DOWNEY BRAND LLP
MAILING    Scott McElhern
ADDRESS   621 Capitol Mall, 18th Floor
               Sacramento, CA 95814

PHONE NUMBER    (916) 444-1000

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

APR 29 2019

Sacramento County
Clerk-Recorder

**201904290681**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

     Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.      After deducting all just credits and offsets, the sum of $828,364.70, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch and 4-inch high pressure plastic gas main; gas service replacements; gas service transfers; deactivation of 3-inch high pressure steel gas main; and gas service cut-off.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.      Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/25/2019         TEICHERT PIPELINES, INC.

By: _____
      Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/25/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# EXHIBIT A

| | |
|---|---|
| 3024 39th Street, Sacramento, CA 95817 | 3975 Broadway, Sacramento, CA 95817 |
| 3034 39th Street, Sacramento, CA 95817 | 3977 Broadway, Sacramento, CA 95817 |
| 3035 39th Street, Sacramento, CA 95817 | 3989 Broadway, Sacramento, CA 95817 |
| 3045 39th Street, Sacramento, CA 95817 | 4001 Broadway, Sacramento, CA 95817 |
| 3046 39th Street, Sacramento, CA 95817 | 4006 Broadway, Sacramento, CA 95817 |
| 3100 39th Street, Sacramento, CA 95817 | 4007 Broadway, Sacramento, CA 95817 |
| 3109 39th Street, Sacramento, CA 95817 | 4030 Broadway, Sacramento, CA 95817 |
| 3110 39th Street, Sacramento, CA 95817 | 4107 Broadway, Sacramento, CA 95817 |
| 3113 39th Street, Sacramento, CA 95817 | 3006 San Jose Way, Sacramento, CA 95817 |
| 3117 39th Street, Sacramento, CA 95817 | 3012 San Jose Way, Sacramento, CA 95817 |
| 3123 39th Street, Sacramento, CA 95817 | 3024 San Jose Way, Sacramento, CA 95817 |
| 3859 7th Avenue, Sacramento, CA 95817 | 3032 San Jose Way, Sacramento, CA 95817 |
| 3867 7th Avenue, Sacramento, CA 95817 | 3035 San Jose Way, Sacramento, CA 95817 |
| 3868 7th Avenue, Sacramento, CA 95817 | 3044 San Jose Way, Sacramento, CA 95817 |
| 3873 7th Avenue, Sacramento, CA 95817 | 3050 San Jose Way, Sacramento, CA 95817 |
| 3875 7th Avenue, Sacramento, CA 95817 | 3101 San Jose Way, Sacramento, CA 95817 |
| 3876 7th Avenue, Sacramento, CA 95817 | 3108 San Jose Way, Sacramento, CA 95817 |
| 3883 7th Avenue, Sacramento, CA 95817 | 3110 San Jose Way, Sacramento, CA 95817 |
| 3889 7th Avenue, Sacramento, CA 95817 | 3122 San Jose Way, Sacramento, CA 95817 |
| 3890 7th Avenue, Sacramento, CA 95817 | 3200 San Jose Way, Sacramento, CA 95817 |
| 3894 7th Avenue, Sacramento, CA 95817 | 3207 San Jose Way, Sacramento, CA 95817 |
| 3900 7th Avenue, Sacramento, CA 95817 | 3210 San Jose Way, Sacramento, CA 95817 |
| 3201 Martin Luther King Jr. Blvd., Sacramento, CA 95817 | 3217 San Jose Way, Sacramento, CA 95817 |
| | 3220 San Jose Way, Sacramento, CA 95817 |
| | 3221 San Jose Way, Sacramento, CA 95817 |
| | 3224 San Jose Way, Sacramento, CA 95817 |
| | 3240 San Jose Way, Sacramento, CA 95817 |
| | 3241 San Jose Way, Sacramento, CA 95817 |
| | 3250 San Jose Way, Sacramento, CA 95817 |
| | 3251 San Jose Way, Sacramento, CA 95817 |
| | 3201 San Jose Way, Sacramento, CA 95817 |
| | 3231 San Jose Way, Sacramento, CA 95817 |

NOTICE OF MECHANICS LIEN CLAIM

ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 29, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

    Pacific Gas & Electric Company
    77 Beale Street, 32nd Floor
    San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 29, 2019, at Sacramento, California.

*/s/ Mary Dowd*
Mary Dowd

1510300.1