```
10
```

DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affect both Debtors | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through April 30, 2019, the amount owing to TEICHERT is at least $336,903.59, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 30, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about May 2, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: May 8, 2019

                          DOWNEY BRAND LLP

                          By: /s/ Jamie P. Dreher
                              JAMIE P. DREHER
                              Attorney for
                   TEICHERT PIPELINES, INC. AND
       A. TEICHERT & SONS, INC. D/B/A TEICHERT
                              AGGREGATES

# EXHIBIT A

| RECORDING REQUESTED BY |
| REQUESTED BY SCOTT MCELHERN |
| WHEN RECORDED MAIL TO |

| | |
|---|---|
| RECORDING REQUESTED BY<br>REQUESTED BY SCOTT MCELHERN<br>WHEN RECORDED MAIL TO | ORIGINAL<br>Accepted for Recording<br>COPY – NOT CERTIFIED<br><br>MAY 0 2 2019<br><br>Sacramento County<br>Clerk/Recorder<br><br>**201905020758** |
| NAME     DOWNEY BRAND LLP<br>MAILING  Scott McElhern<br>ADDRESS  621 Capitol Mall, 18th Floor<br>              Sacramento, CA 95814 | |
| PHONE NUMBER  (916) 444-1000 | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

    Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $336,903.59, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch high pressure plastic gas main; gas service replacements; gas service transfers; deactivation of 2-inch high pressure plastic gas main; deactivation of 1-1/4-inch plastic gas main; and deactivation of 2-inch steel gas main.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: April 30, 2019

TEICHERT PIPELINES, INC.

By: _____
    Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 30, 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# EXHIBIT A

| | |
|---|---|
| 4201 35th Street, Sacramento, CA 95820 | 3520 16th Avenue, Sacramento, CA 95820 |
| 4205 35th Street, Sacramento, CA 95820 | 3525 16th Avenue, Sacramento, CA 95820 |
| 4209 35th Street, Sacramento, CA 95820 | 3527 16th Avenue, Sacramento, CA 95820 |
| 4212 35th Street, Sacramento, CA 95820 | 3530 16th Avenue, Sacramento, CA 95820 |
| 4213 35th Street, Sacramento, CA 95820 | 3531 16th Avenue, Sacramento, CA 95820 |
| 4260 35th Street, Sacramento, CA 95820 | 3535 16th Avenue, Sacramento, CA 95820 |
| 4217 35th Street, Sacramento, CA 95820 | 3600 16th Avenue, Sacramento, CA 95820 |
| 4221 35th Street, Sacramento, CA 95820 | 3601 16th Avenue, Sacramento, CA 95820 |
| 4301 35th Street, Sacramento, CA 95820 | 3602 16th Avenue, Sacramento, CA 95820 |
| 4305 35th Street, Sacramento, CA 95820 | 3612 16th Avenue, Sacramento, CA 95820 |
| 3501 19th Avenue, Sacramento, CA 95820 | 3924 36th Street, Sacramento, CA 95820 |
| 4110 36th Street, Sacramento, CA 95820 | 3925 36th Street, Sacramento, CA 95820 |
| 4112 36th Street, Sacramento, CA 95820 | 4000 36th Street, Sacramento, CA 95820 |
| 4116 36th Street, Sacramento, CA 95820 | 4001 36th Street, Sacramento, CA 95820 |
| 4121 36th Street, Sacramento, CA 95820 | 4002 36th Street, Sacramento, CA 95820 |
| 4201 36th Street, Sacramento, CA 95820 | 4004 36th Street, Sacramento, CA 95820 |
| 4235 36th Street, Sacramento, CA 95820 | 4008 36th Street, Sacramento, CA 95820 |
| 4238 36th Street, Sacramento, CA 95820 | 4013 36th Street, Sacramento, CA 95820 |
| 4220 36th Street, Sacramento, CA 95820 | 4016 36th Street, Sacramento, CA 95820 |
| 4241 36th Street, Sacramento, CA 95820 | 4017 36th Street, Sacramento, CA 95820 |
| 4300 36th Street, Sacramento, CA 95820 | 4020 36th Street, Sacramento, CA 95820 |
| 4304 36th Street, Sacramento, CA 95820 | 4113 36th Street, Sacramento, CA 95820 |
| 4308 36th Street, Sacramento, CA 95820 | 4107 36th Street, Sacramento, CA 95820 |
| 3938 35th Street, Sacramento, CA 95820 | 4119 36th Street, Sacramento, CA 95820 |
| 3933 35th Street, Sacramento, CA 95820 | 4108 36th Street, Sacramento, CA 95820 |
| 3990 35th Street, Sacramento, CA 95820 | 3605 16th Avenue, Sacramento, CA 95820 |
| 3957 35th Street, Sacramento, CA 95820 | 3613 16th Avenue, Sacramento, CA 95820 |
| 3989 35th Street, Sacramento, CA 95820 | 3628 16th Avenue, Sacramento, CA 95820 |
| 4000 35th Street, Sacramento, CA 95820 | 3700 16th Avenue, Sacramento, CA 95820 |
| 4002 35th Street, Sacramento, CA 95820 | 3706 16th Avenue, Sacramento, CA 95820 |
| 4003 35th Street, Sacramento, CA 95820 | 3707 16th Avenue, Sacramento, CA 95820 |
| 4005 35th Street, Sacramento, CA 95820 | 3712 16th Avenue, Sacramento, CA 95820 |
| 4006 35th Street, Sacramento, CA 95820 | 3718 16th Avenue, Sacramento, CA 95820 |
| 4007 35th Street, Sacramento, CA 95820 | 3724 16th Avenue, Sacramento, CA 95820 |
| 4009 35th Street, Sacramento, CA 95820 | 3801 16th Avenue, Sacramento, CA 95820 |
| 4018 35th Street, Sacramento, CA 95820 | 3803 16th Avenue, Sacramento, CA 95820 |
| 4115 35th Street, Sacramento, CA 95820 | 3811 16th Avenue, Sacramento, CA 95820 |
| 3410 16th Avenue, Sacramento, CA 95820 | 3815 16th Avenue, Sacramento, CA 95820 |
| 3431 16th Avenue, Sacramento, CA 95820 | 3817 16th Avenue, Sacramento, CA 95820 |
| 3450 16th Avenue, Sacramento, CA 95820 | 3819 16th Avenue, Sacramento, CA 95820 |
| 3465 16th Avenue, Sacramento, CA 95820 | 3612 16th Avenue, Sacramento, CA 95820 |
| 3467 16th Avenue, Sacramento, CA 95820 | 4024 Martin Luther King Jr. Blvd., Sacramento, CA 95820 |
| 3468 16th Avenue, Sacramento, CA 95820 | |
| 3509 16th Avenue, Sacramento, CA 95820 | 3930 38th Street, Sacramento, CA 95820 |

| | |
|---|---|
| 4000 38th Street, Sacramento, CA 95820 | |
| 4020 38th Street, Sacramento, CA 95820 | |
| 4026 38th Street, Sacramento, CA 95820 | |
| 4028 38th Street, Sacramento, CA 95820 | |
| 4030 38th Street, Sacramento, CA 95820 | |
| 4036 38th Street, Sacramento, CA 95820 | |
| 3800 15th Avenue, Sacramento, CA 95820 | |
| 3832 35th Street, Sacramento, CA 95820 | |
| 3840 35th Street, Sacramento, CA 95820 | |
| 3848 35th Street, Sacramento, CA 95820 | |
| 3856 35th Street, Sacramento, CA 95820 | |
| 3914 35th Street, Sacramento, CA 95820 | |
| 3916 35th Street, Sacramento, CA 95820 | |
| 3918 35th Street, Sacramento, CA 95820 | |
| 3920 35th Street, Sacramento, CA 95820 | |
| 3922 35th Street, Sacramento, CA 95820 | |
| 3924 35th Street, Sacramento, CA 95820 | |
| 3926 35th Street, Sacramento, CA 95820 | |
| 3849 35th Street, Sacramento, CA 95820 | |
| 3857 35th Street, Sacramento, CA 95820 | |
| 3913 35th Street, Sacramento, CA 95820 | |
| 3915 35th Street, Sacramento, CA 95820 | |
| 3917 35th Street, Sacramento, CA 95820 | |
| 3919 35th Street, Sacramento, CA 95820 | |
| 3925 35th Street, Sacramento, CA 95820 | |
| 3929 35th Street, Sacramento, CA 95820 | |
| 3931 35th Street, Sacramento, CA 95820 | |
| 3900 36th Street, Sacramento, CA 95820 | |
| 3901 36th Street, Sacramento, CA 95820 | |
| 3904 36th Street, Sacramento, CA 95820 | |
| 3908 36th Street, Sacramento, CA 95820 | |
| 3909 36th Street, Sacramento, CA 95820 | |
| 3912 36th Street, Sacramento, CA 95820 | |
| 3913 36th Street, Sacramento, CA 95820 | |
| 3917 36th Street, Sacramento, CA 95820 | |
| 3920 36th Street, Sacramento, CA 95820 | |
| 3921 36th Street, Sacramento, CA 95820 | |
| 3900 38th Street, Sacramento, CA 95820 | |
| 3904 38th Street, Sacramento, CA 95820 | |
| 3908 38th Street, Sacramento, CA 95820 | |
| 3912 38th Street, Sacramento, CA 95820 | |
| 3915 38th Street, Sacramento, CA 95820 | |
| 3916 38th Street, Sacramento, CA 95820 | |
| 3919 38th Street, Sacramento, CA 95820 | |
| 3920 38th Street, Sacramento, CA 95820 | |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 2, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 2, 2019, at Sacramento, California.

*Mary Dowd*
Mary Dowd