DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case Nos.: |
|---|---|
| PG&E CORPORATION | 19-30088 (DM) – Lead Case |
| and | 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 Case |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of San Francisco, State of California (the "Property") and owned by PG&E Corporation and/or

1559309.1

1

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through April 23, 2019, the amount owing to TEICHERT is at least $925,156.66, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 23, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of San Francisco County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about April 24, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: May 8, 2019

                    DOWNEY BRAND LLP

                    By:_____/s/ Jamie P. Dreher_____
                             JAMIE P. DREHER
                               Attorney for
                    TEICHERT PIPELINES, INC. AND
      A. TEICHERT & SONS, INC. D/B/A TEICHERT
                               AGGREGATES

1559309.1

3

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME         DOWNEY BRAND LLP
MAILING      Scott McElhern
ADDRESS     621 Capitol Mall, 18th Floor
               Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

CONFORMED COPY of document recorded
on 04/24/2019, 2019K759784
This document _____ with document no
SAN FRANCISCO ASSESSOR-RECORDER
document has not been compared with the original

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.    Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of San Francisco, State of California, and more particularly described as follows:

Gas distribution main lines and service lines for the locations listed below:

| Address | APN |
|---|---|
| 10 Restani Way San Francisco, CA 94112 | APN: 7029A-014 |
| 1004 Sanchez St. San Francisco, CA 94114 | APN: 3653-002 |
| 1101 Connecticut St. San Francisco, CA 94107 | APN: 4287-076 |
| 1140 Harrison St. San Francisco, CA 94103 | APN: 3755-023 |
| 1240 Filbert St. San Francisco, CA 94109 | APN: 0095-007 |
| 1290 28th Ave. San Francisco, CA 94122 | APN: 1723-029 |
| 1301 Turk St. San Francisco, CA 94115 | APN: 0756-018 |
| 1319 Lyon St. San Francisco, CA 94115 | APN: 1082-024 |
| 134 Milton St. San Francisco, CA 94112 | APN: 6751-006 |
| 140 Joost Ave. San Francisco, CA 94131 | APN: 6766-053 |
| 1406 Bacon St. San Francisco, CA 94134 | APN: 5992A-057 |
| 1408 Bacon St. # 1. San Francisco, CA 94134 | APN: 5992A-069 |
| 1427 22nd Ave. San Francisco, CA 94122 | APN: 1831-004 |
| 145-147 Jersey St. San Francisco, CA 94114 | APN: 6536-038 |
| 1535 40th Ave. San Francisco, CA 94122 | APN: 1886-004B |
| 1546 46th Ave. San Francisco, CA 94122 | APN: 1891-035 |
| 1608 Dolores St. San Francisco, CA 94110 | APN: 6633-003 |
| 1686 43rd Ave. San Francisco, CA 94122 | APN: 1901-026 |
| 1700 Market St. San Francisco, CA 94102 | APN: 0855-016 |
| 1701 22nd Ave. San Francisco, CA 94122 | APN: 2027-001 |
| 1709 22nd Ave. San Francisco, CA 94122 | APN: 2027-001A |
| 1722 22nd Ave. San Francisco, CA 94122 | APN: 2028-023 |
| 2 Varela Ave. San Francisco, CA 94132 | APN: 7314-001 |
| 2005 21st Ave. San Francisco, CA 94116 | APN: 2141-001A |
| 2009 21st Ave. San Francisco, CA 94116 | APN: 2141-001B |
| 2018 21st Ave. San Francisco, CA 94116 | APN: 2140-020 |
| 2022 23rd Ave. San Francisco, CA 94116 | APN: 2142-024 |
| 2034 21st Ave. San Francisco, CA 94116 | APN: 2140-016G |
| 207 Los Palmos Dr. San Francisco, CA 94127 | APN: 3027A-119 |
| 2087 23rd Ave. San Francisco, CA 94116 | APN: 2143-022 |

| Address | APN |
|---|---|
| 211 Lincoln Blvd. San Francisco, CA 94129 | APN: 1300-001 |
| 212 27th Street. San Francisco, CA 94131 | APN: 6578-009 |
| 2155 Funston Ave. San Francisco, CA 94116 | APN: 2204-045 |
| 2200 Broadway St. San Francisco, CA 94115 | APN: 0564-070 |
| 2237 Union St. San Francisco, CA 94123 | APN: 0539-031 |
| 2310 31st Ave. San Francisco, CA 94116 | APN: 2359-001K |
| 2346 35th Ave. San Francisco, CA 94116 | APN: 2363-030 |
| 2351 35th Ave. San Francisco, CA 94116 | APN: 2364-052 |
| 2378 36th Ave. San Francisco, CA 94116 | APN: 2364-028 |
| 2426 42nd Ave. San Francisco, CA 94116 | APN: 2384-024A |
| 248 Curtis St. San Francisco, CA 94112 | APN: 6484-009 |
| 250 10th Ave. San Francisco, CA 94118 | APN: 1424-025A |
| 250 10th St. San Francisco, CA 94103 | APN: 3517-038 |
| 2514 23rd Ave. San Francisco, CA 94116 | APN: 2423-037 |
| 2514 29th Ave. San Francisco, CA 94116 | APN: 2429-027 |
| 2534 33rd Ave. San Francisco, CA 94116 | APN: 2433-024D |
| 2535 33rd Ave. San Francisco, CA 94116 | APN: 2434-006 |
| 2551 Mission St. San Francisco, CA 94110 | APN: 3615-023 |
| 2555 20th Ave. San Francisco, CA 94116 | APN: 2421-014 |
| 280 7th St. San Francisco, CA 94103 | APN: 3730-290 |
| 2810 Washington St. San Francisco, CA 94115 | APN: 0979-011 |
| 3 Kezar Dr. San Francisco, CA 94117 | APN: 1700-001 |
| 30 Otis St. San Francisco, CA 94103 | APN: 3505-016 |
| 3001 Taraval St. San Francisco, CA 94116 | APN: 2385-043A |
| 3040 24Th St. San Francisco, CA 94110 | APN: 3640-079 |
| 307 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001B |
| 31 Uranus Ter. San Francisco, CA 94114 | APN: 2654-031 |
| 3100 19th Ave. San Francisco, CA 94132 | APN: 7228-001 |
| 312 Anza St. San Francisco, CA 94118 | APN: 1090-010 |
| 312 Green St. San Francisco, CA 94133 | APN: 0114-016 |
| 315 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001C |
| 318 Niagara Ave. San Francisco, CA 94112 | APN: 6972-007 |
| 319 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001D |
| 324 Niagara Ave. San Francisco, CA 94112 | APN: 6972-008 |
| 325 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001E |
| 329 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001F |
| 335 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001G |
| 339 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001H |
| 345 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-001I |
| 357 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-003 |
| 363 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-004 |
| 368 Hill St. San Francisco, CA 94114 | APN: 3620-090 |
| 369 Niagara Ave. San Francisco, CA 94112 | APN: 7027A-005 |
| 40 Bernal Heights Blvd. San Francisco, CA 94110 | APN: 5640-040 |
| 409 Gough St. San Francisco, CA | APN: 0808-063 |
| 428 Yale St. San Francisco, CA 94134 | APN: 5992A-021 |
| 437 Beech Ave. San Francisco, CA 94080 | APN: 012-054-020 |
| 440 Franconia St. San Francisco, CA 94110 | APN: 5634-011 |
| 4501 Mission St. San Francisco, CA 94112 | APN: 6014-046 |
| 490 Clipper St. San Francisco, CA 94114 | APN: 6546-024 |
| 5133 Geary Blvd. San Francisco, CA | APN: 1529-047 |
| 603 Tennessee Street. San Francisco, CA 94107 | APN: 3995-015 |
| 657 Mission St. San Francisco, CA 94105 | APN: 3722-068 |
| 670 Mangels Ave. San Francisco, CA 94127 | APN: 3066-021 |
| 690 5th Ave. San Francisco, CA 94118 | APN: 1640-028 |
| 701 3rd St. San Francisco, CA 94107 | APN: 3794-006 |

| | |
|---|---|
| 750 N. Goettingen San Francisco, CA 94134 | APN: 6125-003 |
| 864 Francisco St. San Francisco, CA 94109 | APN: 0045-006 |
| 901 Tennessee St. San Francisco, CA 94107 | APN: 4108-017 |
| 907 Innes Ave. San Francisco, CA 94124 | APN: 4653-020 |
| 932 Wawona St. San Francisco, CA 94116 | APN: 2476-027 |
| 953 Treat Ave. San Francisco, CA 94110 | APN: 3639-028 |
| 975 Bryant St. San Francisco, CA 94103 | APN: 3780-044 |
| Intersection of Egbert Avenue and Phelps Street, adjacent to | |
| 1886 Egbert Avenue, San Francisco, CA | APN: 5440A-012 |
| 2719 Phelps Street, San Francisco, CA | APN: 5440A-026 |

2. After deducting all just credits and offsets, the sum of $925,156.66, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: repairing or replacing existing gas distribution main and service facilities throughout PG&E's service territory, including prospecting, trenching, shoring, excavating, and off hauling of excess material; hauling import material, backfilling, compacting, compaction testing; hauling and handling of gas pipe, fittings, and appurtenances; placing, aligning, joining, and testing of all gas pipe, fittings, and appurtenances; performing tie-ins and cut-offs to existing PG&E gas facilities; installing and testing cathodic protection facilities.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/23/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# VERIFICATION

I, Sean Collins, am the Credit Manager for Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/03/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 24, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- [ ] Registered Mail, Return Receipt Requested;
- [x] Certified Mail, Return Receipt Requested;
- [ ] Express Mail; or
- [ ] Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 24, 2019, at Sacramento, California.

_Mary Dowd_
Mary Dowd