# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 5/10/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |
| aty | Tobias S. Keller | tkeller@kellerbenvenutti.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Omid H. Nasab | Cravath, Swaine & Moore LLP | 825 Eighth Avenue | New York, NY 10019 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | ANDREW M. LEBLANC, ESQ. | Milbank, Tweed, Hadley & McCloy LLP | International Square Building | 1850 K Street, NW | Washington, DC 20006 |

TOTAL: 4