1  Rick Oshinski, Esq.
   California State Bar 155837
2  OSHINSKI & FORSBERG, LTD.
3  504 E. Musser Street, Suite 302
   Carson City, NV 89701
4  T 775-301-4250 | F 775-301-4251
   Rick@oshinskiforsberg.com
5  Attorney for Creditor
6  TCB INDUSTRIAL, INC.

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
                SAN FRANCISCO DIVISION
10

11 In Re
                            Case No. 19-30088-DM (Lead Case)
12 PG&E CORPORATION
                            Jointly Administered with
13 and                      Case No. 19-30089-DM

14 PACIFIC GAS AND ELECTRIC      REQUEST FOR REMOVAL
15 COMPANY,                      FROM SERVICE LIST

16              Debtors.
   Affects:
17 ☐ PG&E Corporation
18 ☐ Pacific Gas & Electric Company
   ☒ Both Debtors
19 *All papers shall be filed in the Lead Case
   Case No. 19-30088DM
20 _____

21
        **PLEASE TAKE NOTICE** that the undersigned attorney and Oshinski & Forsberg, Ltd. hereby
22
   request to be removed from Debtors' and the Clerk of Court's Service List, and further requests removal
23
   of the undersigned counsel and its address from any mailing matrix in the above-captioned case.
24
        Dated:  May 10, 2019.              OSHINSKI & FORSBERG, LTD.
25

26                                         By ___/s/ Rick Oshinski, Esq._____
                                              Rick Oshinski, Esq., CSB 155837
27                                            *Attorney for Creditor*
                                              *TCB INDUSTRIAL, INC.*
28

**CERTIFICATE OF SERVICE**

I, hereby certify that on May 10, 2019, I electronically filed the foregoing **Notice of Request for Removal from Service List** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in the case.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

/s/ Linda Gilbertson
Linda Gilbertson
