**United States Bankruptcy Court**
**Northern District of California**
----------------------------------------------------------------X
In re:
, Pacific Gas and Electric Company,                  : Chapter 11
                                                     : Case No. 19-30088, et al.
                                                     :
                                                     : Amount $3050.00
                    Debtor
----------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**
**(Reference Docket Number 1699 of 4/25/2019)**

PLEASE TAKE NOTE that the transfer of claim from:

    St Onge Company
    Winston Wise
    1400 Williams Road
    York, PA  17402

IS HEREBY WITHDRAWN BY

    Fair Harbor Capital, LLC
    1841 Broadway Suite 1007
    New York, NY 10023


DATED:  May 10, 2019               _____/s/__Fred Glass_____
                                          Fredric Glass
                                          Fair Harbor Capital, LLC
                                          (212) 967-4035