# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 5/17/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 17 |

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
THEODORE E. TSEKERIDES, ESQ.    HONG−AN TRAN, ESQ.    Weil, Gotshal & Manges LLP    201 Redwood Shores Parkway Suite 400    Redwood City, CA 94065
JANE KIM, ESQ.    Keller & Benvenutti LLP    650 California Street Suite 1900    San Francisco, CA 94108
MARTA E. VILLACORTA, ESQ.    TIMOTHY S. LAFFREDI, ESQ.    U.S. Department of Justice    450 Golden Gate Avenue    5th Floor, Suite 05−0513    San Francisco, CA 94102
SAMUEL A. NEWMAN, ESQ.    Gibson, Dunn & Crutcher LLP    333 South Grand Avenue    Los Angeles, CA 90071
CECILY A. DUMAS, ESQ.    JERRY BLOOM, ESQ.    Baker & Hostetler, LLP    11601 Wilshire Boulevard Suite 1400    Los Angeles, CA 90025
GREGORY A. BRAY, ESQ.    Milbank LLP    2029 Century Park East 33rd Floor    Los Angeles, CA 90067
EDWARD J. TREDINNICK, ESQ.    Greene Radovsky Maloney Share & Hennigh    4 Embarcadero Center    San Francisco, CA 94111
THERESA C. MUELLER, ESQ.    SUZY HONG, ESQ.    Office of the City Attorney of SF    City Hall, Room 234    1 Dr. Carlton B. Goodlett Place    San Francisco, CA 94102
SHANE HUANG, ESQ.    Federal Energy Regulatory Commission    888 First Street, NE    Washington, DC 20426
DAVID W. WESSEL, ESQ.    Law Offices of Boris E. Efron    130 Portola Road    Portola Valley, CA 94028
LEONARD K. WELSH, ESQ.    Law Offices Of Leonard K. Welsh    4550 California Avenue 2nd Floor    Bakersfield, CA 93309
MICHAEL S. ETKIN, ESQ.    Lowenstein Sandler LLP    One Lowenstein Drive    Roseland, NJ 07068
RICHARD A. LAPPING, ESQ.    Trodella & Lapping LLP    540 Pacific Avenue    San Francisco, CA 94133
ROBERT G. HARRIS, ESQ.    Binder & Malter LLP    2775 Park Avenue    Santa Clara, CA 95050
NORA E. SHERIFF, ESQ.    Buchalter    55 Second Street, Suite 1700    San Francisco, CA 94105
MARK GORTON, ESQ.    Boutin Jones, Inc.    555 Capitol Mall, Suite 1500    Sacramento, CA 95814

TOTAL: 17