WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C.
(ray.schrock@weil.com) (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Related Docket Ref: Docket No.: 1599<br><br>**STIPULATION BETWEEN THE DEBTORS AND mNOC AERS LLC TO PERMIT TERMINATION OF CAPACITY STORAGE AGREEMENT**<br><br>[No Hearing Date Requested] |

| | |
|---|---|
| 1 | Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in |
| 2 | possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and mNOC AERS |
| 3 | LLC ("**mNOC**"), by and through their respective counsel, hereby submit this stipulation (the |
| 4 | "**Stipulation**"), for an Order approving their agreement to allow for the termination of that certain |
| 5 | Behind the Retail Meter Capacity Storage Agreement, dated June 1, 2018 (as amended by letter |
| 6 | agreements dated October 11, 2018 and November 27, 2018, collectively, the "**Agreement**") |
| 7 | between mNOC, on the one hand, and the Utility, on the other hand, and to the extent applicable, |
| 8 | the modification of the automatic stay pursuant to section 362 of title 11 of the United States |
| 9 | Code (the "**Bankruptcy Code**"), and represent and agree as follows: |

**RECITALS**

A. On January 29, 2019 (the "**Petition Date**"), PG&E Corporation and the Utility (collectively, the "**Debtors**") commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. On April 22, 2019, mNOC filed a *Motion and Memorandum of Points and Authorities of mNOC AERS LLC for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556* [Dkt. No. 1599] (together with the Declaration filed in support thereof [Dkt. No. 1600], collectively, the "**Safe Harbor Motion**"), and an accompanying Motion to File Under Seal [Dkt. No. 1596], seeking an Order of the Court confirming that, inter alia, the safe harbor provisions of sections 362(b)(6) and 556 of the Bankruptcy Code apply to permit mNOC to exercise its contractual rights to terminate the Agreement without obtaining relief from the automatic stay;

C. The Utility has raised with mNOC certain informal objections to the relief requested in the Safe Harbor Motion.

D. The parties hereto desire to resolve their issues regarding the Safe Harbor Motion and the Agreement.

E. The Official Committee of Unsecured Creditors and the Official Committee of Tort Claimants have each reviewed the Stipulation and have no objection to the agreements set forth herein or to entry of an Order approving the terms of the Stipulation.

Case: 19-30088    Doc# 1975    Filed: 05/10/19    Entered: 05/10/19 13:01:58    Page 2 of 4

-2-

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:

1. This Stipulation shall have no force and effect unless and until approved by the Bankruptcy Court (the date of entry of an Order approving the Stipulation, the "**Approval Date**").

2. Upon the Approval Date, to the extent applicable and subject to the reservations set forth in this Stipulation, the parties hereto agree that the automatic stay under section 362 of the Bankruptcy Code shall be modified solely to the extent necessary to authorize (but not direct) mNOC to exercise its contractual right to terminate the Agreement in accordance with, and pursuant to, the express terms and provisions of the Agreement. The time in which mNOC must provide notice of the exercise of any contractual right under the Agreement as set forth herein shall begin to run on the Approval Date.

3. Upon the Approval Date, each of the parties hereto agrees that it shall not be entitled to assert any claim for damages against the other arising out of or relating to mNOC's exercise of its contractual rights with respect to the Agreement as set forth herein, provided however that nothing in this Stipulation shall prejudice or release any claim that mNOC may assert for the return and release of any collateral it has pledged (or will pledge at any time hereafter) with respect to the Agreement.

4. Within three (3) business days of the Approval Date, mNOC shall withdraw the Safe Harbor Motion, with prejudice.

5. This Stipulation shall be binding upon (i) any liquidating trustee, plan administrator, distribution agent, and/or any other responsible person appointed pursuant to any chapter 11 plan confirmed in the Chapter 11 Cases; (ii) any chapter 11 trustee appointed in these Chapter 11 Cases, and/or (iii) any chapter 7 trustee appointed or elected in these cases.

6. This Stipulation and the Agreement shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

7. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

8. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

DATED: May 10. 2019

ORRICK, HERRINGTON & STUCLIFFE LLP

/s/ *Thomas C. Mitchell*
Thomas C. Mitchell (CA 124438)
Debra L. Felder
*Attorneys for Party in Interest*
*mNOC AERS LLC*

DATED: May 10, 2019

WEIL, GOTSHAL & MANGES LLP

/s/ *Matthew P. Goren*
Matthew P. Goren (pro hac vice)
*Attorneys for Debtors*
*and Debtors in Possession*