WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH S. ZIMAN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**<br><br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to section 1746 of title 28 of the United States Code, I, Kenneth S. Ziman, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director in the Restructuring Group at Lazard Frères & Co. LLC ("**Lazard**"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10112. I am authorized to execute this declaration (the "**Supplemental Declaration**") on behalf of Lazard. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. On March 14, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority To Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date* [Docket No. 891] (the "**Application**"). This Supplemental Declaration is being submitted to supplement my initial declaration (the "**Initial Declaration**," and together with the Supplemental Declaration, the "**Declarations**") in support of the Application, filed on March 14, 2019 [Docket No. 892], in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

3. In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"). As set forth in the Initial Declaration, Lazard then compared the names of the Potential Parties in Interest with the names of entities that have entered into engagement agreements with Lazard in the past three years. To the extent that this inquiry revealed that any of the Potential Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) entered into any such engagement agreements with Lazard within the last three years, such parties were listed on Schedule 1 attached to the Initial Declaration.

4. The Debtors and/or their representatives have provided Lazard with an updated list of the names of Potential Parties in Interest (the "**Updated Parties in Interest**"). Lazard has compared the names of the Updated Parties in Interest list with the names of entities that have entered into engagement

agreements with Lazard in the last three years. To the extent that this inquiry has revealed that any of the Updated Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on **Schedule 2** attached hereto. To the best of my knowledge and belief, Lazard's representation of each entity listed on **Schedule 2** (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the Debtors and these Chapter 11 Cases. Other than as listed on **Schedule 2**, I am unaware of any investment banking engagements of Lazard by the Updated Parties in Interest within the last three years. Given the size and breadth of the client base of Lazard, however, it is possible that Lazard may now or in the future be retained by one or more of the Updated Parties in Interest in unrelated matters without my knowledge.

5. To the extent the Debtors discover and disclose additional Potential Parties in Interest during the course of these Chapter 11 cases, Lazard will use reasonable efforts to identify whether a material relationship exists with any such parties. To the extent that Lazard discovers or enters into any new, material relationship with Potential Parties in Interest, it will supplement the Declarations.

6. In addition to the connections listed on Schedule 1 and Schedule 2, George W. Bilicic, a Vice Chairman of Investment Banking, Global Head of Power, Energy and Infrastructure and Head of Midwest Investment Banking at Lazard, informed Lazard that he intends to retire from Lazard when he becomes eligible later this year, and that, upon his retirement, he plans to join Sempra Energy, an entity on the list of Potential Parties in Interest, as group president. Mr. Bilicic has ceased to perform work in connection with Lazard's engagement by PG&E, and Lazard has taken steps to ensure that he is not involved in the services that Lazard is providing to PG&E and that he has no access to any confidential information related to those services going forward.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 13, 2019
New York, New York

Kenneth S. Ziman
Managing Director
Lazard Frères & Co. LLC