# Schedule 2

Engagements with Updated Potential Parties in Interest

1080 Chestnut Corp.
Aera Energy LLC
Aera Energy LLC (Coalinga)
Aera Energy LLC (N. Midway Sunset)
Aera Energy LLC (Oxford)
Aera Energy LLC (S. Belridge)
Aera Energy Llc. (Coalinga)
Aera Energy Llc. (N. Midway Sunset)
Aera Energy Llc. (Oxford)
AETNA
Aetna
Aetna International
Air Products Manuf. Corp.
Allstate Insurance Company
Allstate Insurance Company"
Atlantic Plant Maintenance
Atlantica Yield
Atlantica Yield plc, Mojave Solar LLC
AV Solar Ranch 1 LLC
AV Solar Ranch 1, LLC
Avangrid Renewables, LLC
Baker Hughes Process & Pipeline Services
Baker Hughes US Land
Barclays Bank PLC
Barclays Bank PLC and
Barclays Capital Inc.
Barclays Global
Baupost GroupSSgA Funds Management (The)
Berkshire Hathaway AmGUARD Insurance Company
Berkshire Hathaway Energy Renewables
Berkshire Hathaway International Insurance Limited (PDW)
Boart Longyear M&E Drilling Services
Brookfield Renewable Energy Partners
Calpine
Calpine King City Cogen.
Calpine Corporation
Calpine Energy Services, L.P.
Calpine Energy Solutions, LLC
Calpine Geysers Co. L. P. (KW#1)
Calpine Geysers Co. L. P. (KW#2)
Calpine Geysers Co. L. P. (WFF)
CALPINE KING CITY COGEN LLC
Calpine King City Cogen LLC
Calpine LLC
Calpine Los Esteros
Calpine Monterey Cogen Inc.
Calpine Pittsburg Power Plant

Calpine Retained Assets Agreement
Cardinal Cogen
CASTLETON CANADA
CASTLETON COMM
Centerbridge Partners, L.P.
CIGNA Group Insurance
Citi
Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
Citibank, N.A.
Citibank, N.A. (Admin Agent - $3B)
CITIGROUP
Citigroup Energy Inc
Citigroup Energy Inc.
Citigroup Global Markets
Citigroup Global Markets Inc.
Cognizant Worldwide Limited
Constellation Energy Group, Inc.
Copper Mountain Solar 1, LLC
Copper Mountain Solar 2, LLC
Coral Power, LLC
Dell Financial Services L.L.C.
Dell Financial Services, L.P.
DTE Biomass Energy
DTE Energy Services
DTE Energy Services, Inc.
DTE Stockton, LLC
Dynegy Marketing and Trade, LLC
Dynegy Morro Bay, LLC
Dynegy Moss Landing LLC
Dynegy Power, LLC
Elliott Management
Elliott Management Corporation.
Elster American Meter Company, LLC
Encompass Insurance Company
Energy Systems Group LLC
Energy Systems Group, LLC
Exelon Corporation
EXELON GENERATION
Exelon Generation Company, LLC
ExGen Renewables (Exlon)
Express Scripts Holding Company
Expro Americas, LLC - Flarestack and Pipeline Services
First Reserve
Freeport McMoRan Oil & Gas LLC (Dome)
Freeport McMoRan Oil & Gas LLC (Welport)
Frontier Communications
Frontier Communications of America
FuelCell Energy
GATX/Calpine Cogen-Agnews Inc.
GE Oil & Gas - North America
GE Renewable Energy

General Electric International Inc.
General Electric International Inc. - Power Services
Geysers Power Company LLC
Geysers Power Company, LLC
Goldman Sachs
Goldman Sachs Bank USA
Goldman, Sachs & Co.
Google for Invoice Issues
Google Inc.
Google, Inc.
Honeywell HPS
Honeywell International Inc.
Iberdrola Renewables LLC
Iberdrola Renewables, Inc
IDS Property Casualty
IDS Property Casualty Insurance Company
INTEGRYS
International Business Machines Corp.
Invenergy Wind Development LLC
J. ARON & COMPANY LLC
J. Aron and Company LLC
Johnson Controls Inc. - Central Region
Johnson Controls Inc. - Systems and Services North America
Klondike Wind Power III LLC
KOCH ENERGY SVC
Level 3 Communications LLC
Life Insurance Company of North America (CIGNA)
Los Esteros Critical Energy Facility LLC
Los Esteros Critical Energy Facility, LLC
Los Medanos Energy Center
MACQUARIE  ENERGY LLC
Macquarie Can
MACQUARIE CAN
Macquarie Energy LLC
MACQUARIE FUTURES
MACQUARIE FUTURES LLC
Macquerie Energy LLC
MassMutual Asset Finance LLC
Mesquite Solar 1, LLC
Metcalf Energy Center
Miller Pipeline
Morgan Stanley
Morgan Stanley / ISG Operations
Morgan Stanley Bank
Morgan Stanley Bank, N.A.
Morgan Stanley Bank/ Morgan Stanley Senior Funding
Morgan Stanley Capital Group Inc
Morgan Stanley Capital Group Inc.
Morgan Stanley Senior Funding
Morgan Stanley Senior Funding, Inc.
National Fire & Marine Insurance Company

National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance)
National Fire and Marine Insurance Company
Network Mapping Incorporated
Nextel Communications
Nextel of California, Inc., a Delaware Corp.
NextEra
NEXTERA
NextEra Energy
NextEra Energy Inc., et al.
NextEra Energy Marketing, LLC
NextEra Energy Montezuma II Wind, LLC
Nextera Energy Montezuma Wind II, LLC
NextEra Energy Parnters, LP
NextEra Energy Partners
NextEra Energy Partners, L.P.
NextEra Energy Resources Acquisitions, LLC
NextEra Energy Resources, LLC
Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC
NextEra Energy, Inc.
Noble Americas Energy Solutions LLC
North Light Specialty Insurance Company
PACIFIC SUMMIT
Pacific Summit Energy LLC
Patriot Environmental Services, Inc.
PG&E CALIFORNIA GAS TRANSMISSION
Pitney Bowes Global Financial Services LLC
Portland General Electric
POWEREX
Pure Technologies Ltd.
Quanta Energy Services LLC
Quanta Technology
Quanta Utility Engineering Services
RBS
Royal Bank of Scotland
Royal Bank of Scotland ("RBS")
Royal Bank Of Scotland, PLC
Russell City Energy Company
Russell City Energy Company LLC
San Diego Gas & Electric Company
San Diego Gas & Electric Company'
San Diego Gas and Electric
SDG&E CO
Sears
Sempra Energy Trading Co.
Sempra Energy,
SEMPRA GAS & POWER
Sempra Gas and Power Marketing, LLC
Sempra Generation
Sempra Generation, LLC
Sempra U.S. Gas & Power
Shell Energy

SHELL ENERGY CAN
Shell Energy North America (US), L.P.
SHELL ENERGY US
Shell Trading (US) Company
Shell Western E & P
Shiloh I Wind Project LLC
Siemens Energy, Inc., Fossil Services Power Generation
Siemens Industry Inc.
Siemens Industry, Inc. - Building Technologies
Siemens Industry, Inc. Customer Services Division
SimplexGrinnell
SOCAL GAS
Sodexo, Inc.
Southern California Gas
Southern California Gas Co. & Southern Co. GA
Southern California Gas Company
Sprint
Sprint Nextel Property Services
Sprint Spectrum
Sprint Spectrum- Nextel
Stockton Cogen Co.
Suddenlink Communications
SunEdison Yieldco ACQ2, LLC
The Baupost Group, L.L.C.
TOTAL GAS
Tyco Integrated Security LLC
Weatherford International, LLC - USA
Westinghouse
Westinghouse Electric Co. LLC
Westinghouse Electric Company, LLC
WGL Energy Systems Inc.

Notes:

1. Lazard also has an engagement with a special committee of the board of directors of Western Gas Partners, LP. Western Gas Partners, LP is not on the list of Potential Parties in Interest, but "Anadarko" is on the list of Potential Parties in Interest. At the time of our engagement, Anadarko Petroleum Corporation had a controlling interest in Western Gas Partners, LP. This matter was unrelated to these chapter 11 cases.

2. A member of the board of directors of our parent company, Lazard Ltd, is also a member of the advisory board of a Potential Party in Interest under the category "Interested Parties / Notice of Appearance Parties." An affiliate of this Potential Party in Interest is also listed under the category "Significant holder of voting securities."