**TOGUT, SEGAL & SEGAL LLP**
Albert Togut (*pro hac vice pending*)
(altogut@teamtogut.com)
Kyle J. Ortiz (*pro hac vice pending*)
(kortiz@teamtogut.com)
Amy M. Oden (*pro hac vice pending*)
(aoden@teamtogut.com)
Amanda C. Glaubach (*pro hac vice pending*)
(aglaubach@teamtogut.com)
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: 212-594-5000
Fax: 212-967-4258

**SCHNADER HARRISON SEGAL & LEWIS LLP**
George H. Kalikman (SBN 147382)
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Direct (415) 364-6734
(gkalikman@schnader.com)

*Attorneys for Compass Lexecon, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Compass Lexecon, LLC ("**Compass**") in connection with the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), requests that the following names be added to any service list in these chapter 11 cases and that all notices given or required to be given in the chapter 11 cases and all papers served or required to be served in these chapter 11 cases, be given and served upon:

> **TOGUT, SEGAL & SEGAL LLP**
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Albert Togut (altogut@teamtogut.com)
> Kyle J. Ortiz (kortiz@teamtogut.com)
> Amy M. Oden (aoden@teamtogut.com)
> Amanda C. Glaubach (aglaubach@teamtogut.com)
> Telephone: (212) 594-5000
> Facsimile: (212) 967-4258
>
> **SCHNADER HARRISON SEGAL & LEWIS LLP**
> George H. Kalikman (SBN 147382)
> 650 California Street, 19th Floor
> San Francisco, CA 94108-2736
> Direct Telephone: (415) 364-6734
> (gkalikman@schnader.com)

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in these chapter 11 cases, including Compass, with respect to: (a) the Debtors; (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession,

2

custody, or control of others that the Debtors may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by Compass.

PLEASE TAKE FURTHER NOTICE that Compass does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Compass is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Compass expressly reserves.

Dated: May 13, 2019

**SCHNADER HARRISON SEGAL & LEWIS LLP**

By: */s/ George H. Kalikman*
George H. Kalikman (SBN 147382)

*and,*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
Albert Togut (altogut@teamtogut.com) *(pro hac vice pending)*
Kyle J. Ortiz (kortiz@teamtogut.com) *(pro hac vice pending)*
Amy M. Oden (aoden@teamtogut.com) *(pro hac vice pending)*
Amanda C. Glaubach (aglaubach@teamtogut.com) *(pro hac vice pending)*
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Attorneys for Compass Lexecon, LLC*

3