

**Signed and Filed: May 13, 2019**

_[signature]_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP

2 540 Pacific Avenue
San Francisco, CA 94133

3 Telephone:     (415) 399-1015
Facsimile:     (415) 651-9004

4   _Rich@TrodellaLapping.com_

5 Attorneys for Valero Refining Company-California

6

7

8

9

10

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11 In re:

12 PG&E CORPORATION,

13       -and-

14 PACIFIC GAS & ELECTRIC COMPANY,

15                           Debtors.

16 ☐ Affects PG&E Corporation
■ Affects Pacific Gas and Electric Company

17 ☐ Affects both Debtors

18 _* All papers shall be filed in the Lead Case,
No. 19-30088 (DM)._

19

Case No.: 19-30088-DM

Chapter 11

**ORDER ON MOTION TO FILE
REDACTED DOCUMENT AND TO FILE
DOCUMENTS UNDER SEAL**

Date:   May 9, 2019
Time:   9:30 a.m.
Place:  Courtroom 17
        450 Golden Gate Avenue, 16th Floor
        San Francisco, California
Judge: Hon. Dennis Montali

20

21       Upon the Motion dated May 6,  2019, Docket 1862, (the "Motion") of Creditor Valero

22 Refining Company-California ("Valero") pursuant to Bankruptcy Code § 107(b), 11 U.S.C., Federal

23 Rule of Bankruptcy Procedure 9018, the Court's _New District Wide Procedures for Electronically_

24 _Filing Sealed and Redacted_ Documents, and District Court Local Rule 79-5, made applicable by

25 Bankruptcy Local Rule 1001-2(a), for entry of an order granting the redaction and sealing of

26 documents as described in the Motion, and the Court having reviewed the Motion, the Declaration of

27 Richard A. Lapping, and after due consideration of the premises and good cause appearing therefor,

28       IT IS HEREBY ORDERED THAT:

1

_Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133_

1    1. The Motion is GRANTED.

2    2. This Court shall retain jurisdiction to hear and determine all matters arising from or

3        related to the implementation, interpretation, or enforcement of this Order.

4                                    *** END OF ORDER ***

**Trodella & Lapping LLP**
**540 Pacific Avenue**
**San Francisco, CA 94133**

2