

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Signed and Filed: May 13, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>Related Docket No. 1975<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND mNOC AERS LLC TO PERMIT TERMINATION OF CAPACITY STORAGE AGREEMENT**<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation Between the Debtors and mNOC AERS LLC to Permit Termination of Capacity Storage Agreement* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**") and mNOC AERS LLC ("**mNOC**"), filed on May 10, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The automatic stay under section 362 of the Bankruptcy Code is modified solely to the extent necessary to authorize (but not direct) mNOC to take any action permitted under the Stipulation.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: May 10, 2019          ORRICK, HERRINGTON & STUCLIFFE LLP

/s/ *Thomas C. Mitchell*
Thomas C. Mitchell (CA 124438)
Debra L. Felder

*Attorneys for Party in Interest*
*mNOC AERS LLC*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.