WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

# STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am a legal assistant employed in the State of New York. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, New York 10019.

On May 1, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By submitting an electronic version of the document(s) via file transfer protocol (FTP) to CaseHomePage, the agreed method of service in the Camp Fire Cases, Superior Court of the State of California for the County of San Francisco, JCCP No. 4995, through the upload feature at www.casehomepage.com. The omnibus service list on which the documents were served via CaseHomePage is attached hereto as Exhibit A.

Dated: May 1, 2019

Elizabeth Greene

# Exhibit A

**MASTER SERVICE LIST**
*CAMP FIRE CASES*
Superior Court of San Francisco, Dept. 206
Judicial Council Coordination Proceeding No. 4995
April 29, 2019

**DEFENSE COUNSEL (Filed Petitions/Complaints)**

| | |
|---|---|
| Evan R. Chesler<br>Kevin J. Orsini<br>Omid H. Nasab<br>Brittany L. Sukiennik<br>Caleb Robertson<br>Dean Nickles<br>Lillian Grossbard<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>echesler@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com<br>bsukiennik@cravath.com<br>cjrobertson@cravath.com<br>dnickles@cravath.com<br>lgrossbard@cravath.com<br>cbeshara@cravath.com<br>mlondon@cravath.com<br>sscanzillo@cravath.com | Attorneys for Defendants<br>Pacific Gas and Electric Company and<br>PG&E Corporation |
| Keith E. Eggleton<br>Rodney G. Strickland<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100<br><br>John P. Flynn<br>Colleen Bal<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Tel: (415) 947-2000<br>Fax: (415) 947-2099<br>keggleton@wsgr.com<br>rstrickland@wsgr.com<br>jflynn@wsgr.com<br>cbal@wsgr.com | |

**PLAINTIFF COUNSEL (Filed Petitions/Complaints)**
**Individual Plaintiff Group**

| | |
|---|---|
| Dario de Ghetaldi<br>Amanda Riddle<br>Steven Berki<br>Sumble Manzoor<br>COREY, LUZAICH de GHETALDI, et al.<br>700 El Camino Real<br>Millbrae, CA 94030<br>Tel: (650) 871-5666<br>Fax: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com<br>lf@coreylaw.com | Attorneys for Individual Plaintiffs Sherri Quammen, et al.<br><br>Case No. CGC-18-571281, et al. |
| Bill Robins III<br>Robert T. Bryson<br>Kevin M. Pollack<br>ROBINS CLOUD LLP<br>808 Wilshire Boulevard, Suite 450<br>Santa Monica, CA 90401<br>Tel: (310) 929-4200<br>robins@robinscloud.com<br>rbryson@robinscloud.com<br>kpollack@robinscloud.com<br>jecheverri@robinscloud.com | Attorneys for Individual Plaintiffs |
| Scott Summy (Pro Hac Pending)<br>John P. Fiske<br>BARON & BUDD, P.C.<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>Tel: (619) 261-4090<br>ssummy@baronbudd.com<br>jfiske@baronbudd.com<br>emcintosh@baronbudd.com<br>jhutchison@baronbudd.com<br>mgantos@baronbudd.com<br>spetersen@baronbudd.com<br>lphilpott@baronbudd.com<br><br>Ed Diab<br>Deborah S. Dixon<br>Robert J. Chambers II<br>DIXON DIAB & CHAMBERS LLP<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Tel: (619) 354-2662<br>diab@theddcfirm.com<br>ddixon@theddcfirm.com<br>rob@theddcfirm.com | Attorneys for Individual Plaintiffs |

| | |
|---|---|
| Frank M. Pitre<br>Alison E. Cordova<br>COTCHETT PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>kedwards@cpmlegal.com<br>jroeder@cpmlegal.com<br>bfairweather@cpmlegal.com<br>mkleiber@cpmlegal.com<br>tstevens@cpmlegal.com (Assistant)<br>mdominguez@cpmlegal.com (Paralegal)<br><br>Steven M. Campora<br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Tel: (916) 379-3500<br>Fax: (916) 379-3599<br>scampora@dbbwc.com<br>nwong@dbbwc.com<br>acrowl@dbbwc.com<br><br>Brian J. Panish<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90025<br>Tel: (310) 477-1700<br>Fax: (310) 477-1699<br>panish@psblaw.com<br><br>Khaldoun A. Baghdadi<br>Michael A. Kelly<br>Andrew McDevitt<br>Jasleen Singh<br>Max Schuver<br>WALKUP, MELODIA, KELLY & SCHOENBERGER<br>650 California Street<br>San Francisco, CA 94108<br>Tel: (415) 981-7210<br>Fax: (415) 391-6965<br>kbaghdadi@walkuplawoffice.com<br>mkelly@walkuplawoffice.com<br>amcdevitt@walkuplawoffice.com<br>jsingh@walkuplawoffice.com<br>mschuver@walkuplawoffice.com<br>lconnors@walkuplawoffice.com (Assistant)<br>jzumot@walkuplawoffice.com (Assistant)<br>afreeman@walkuplawoffice.com (Assistant)<br><br>*[Counsel continues on following page]* | Attorneys for Individual Plaintiffs Lila Williams, et al.<br><br>Case No. 18CV03993 |

| | |
|---|---|
| Richard L. Harriman<br>LAW OFFICES OF RICHARD L. HARRIMAN<br>1078 Via Verona Drive<br>Chico, CA 95973<br>Tel: (530) 343-1386<br>Fax: (530) 343-1155<br>harrimanlaw1@sbcglobal.net | *[Represented parties listed on previous page]* |
| Thomas Tosdal<br>TOSDAL LAW FIRM<br>777 South Highway 101, Suite 215<br>Solana Beach, CA 92075<br>Tel: (858) 704-4709 x 1<br>Fax: (888) 740-3859<br>tom@tosdallaw.com<br>casha@tosdallaw.com<br><br>Michael S. Feinberg<br>MICHAEL S. FEINBERG, APLC<br>41911 Fifth Street, Suite 300<br>Temecula, CA 92590<br>Tel: (951) 698-9900<br>Fax: (951) 698-9909<br>feinberg@feinbergfitchlaw.com<br><br>David S. Casey, Jr.<br>Gayle M. Blatt<br>Angela Jae Chun<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>Fax: (619) 544-9232<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>ajc@cglaw.com<br>marina@cglaw.com<br>yolanda@cglaw.com<br>pcberner@gmail.com | Attorneys for Individual Plaintiffs Paul Arnold, et al.<br><br>Case No. 18CV04049, et al. |

Page 4 of 11
MASTER SERVICE LIST
Case: 19-30088    Doc# 2000-1    Filed: 05/14/19    Entered: 05/14/19 17:18:10    Page 7 of 14

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | James P. Frantz<br>FRANTZ LAW GROUP, APLC<br>402 West Broadway, Suite 860<br>San Diego, CA 92101<br>Tel: (619) 233-5945<br>Fax: (619) 525-7672<br>jpf@frantzlawgroup.com<br>rosa@frantzlawgroup.com<br>hlo@frantzlawgroup.com<br>azuniga@frantzlawgroup.com<br><br>Richard K. Bridgford<br>Michael H. Artinian<br>BRIDGFORD, GLEASON, & ARTINIAN<br>236 Broadway, Suite B<br>Chico, CA 95928<br>Tel: (530) 423-6774<br>richard.bridgford@bridgfordlaw.com<br>mike.artinian@bridgfordlaw.com<br><br>Patrick McNicholas<br>Justin J. Eballar<br>McNICHOLAS & McNICHOLAS, LLP<br>236 Broadway, Suite B<br>Chico, CA 95928<br>Tel: (530) 423-6774<br>jje@mcnicholaslaw.com<br>vit@mcnicholaslaw.com | Attorneys for Individual Plaintiffs Rebecca Bausch, et al.<br><br>Case No. 18CV03839, et al. |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | Dave Fox<br>Joanna Lee Fox<br>Courtney Vasquez<br>FOX LAW, APC<br>225 W. Plaza Street, Suite 102<br>Solana Beach, CA 92075<br>Tel: (858) 256-7616<br>Fax: (858) 256-7618<br>dave@foxlawapc.com<br>joanna@foxlawapc.com<br>courtney@foxlawapc.com<br><br>Christopher C. Sieglock<br>Rachel Sieglock<br>Kristen Reano<br>SIEGLOCK LAW, APC<br>1221 Camino Del Mar<br>Del Mar, CA 92014<br>Tel: (858) 793-0380<br>Fax: (866) 664-0577<br>chris@sieglocklaw.com<br>rachel@sieglocklaw.com<br>kristen@sieglocklaw.com | Attorneys for Individual Plaintiffs Louis Balsamo III, et al.<br><br>Case No. CGC-18-572296 |
| 27 | | |
| 28 | | |

| | |
|---|---|
| William A. Kershaw<br>Stuart C. Talley<br>Ian J. Barlow<br>KERSHAW, COOK & TALLEY PC<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Tel: (916) 779-7000<br>Fax: (916) 244-4829<br>bill@kctlegal.com<br>stuart@kctlegal.com<br>ian@kctlegal.com<br>lisa@kctlegal.com<br><br>M. Elizabeth Graham<br>Tudor Farcas<br>GRANT & EISENHOFER P.A.<br>101 California Street, Suite 2710<br>San Francisco, CA 94111<br>Tel: (415) 365-9585<br>egraham@gelaw.com<br>tfarcas@gelaw.com<br>agomez@gelaw.com<br>iwatson@gelaw.com | Attorneys for Individual Plaintiffs Arturo Cesena, et al.<br><br>Case No. 34-2018-00245299 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | Gerald Singleton<br>Erika L. Vasquez<br>Gary LoCurto<br>Trenton Lemere<br>John Lemon<br>SINGLETON LAW FIRM, APC<br>450 A Street – Fifth Floor<br>San Diego, CA 92101<br>Tel: (619) 771-3473<br>Fax: (760) 697-1329<br>gerald@slffirm.com<br>erika@slffirm.com<br>gary@slffirm.com<br>trenton@slffirm.com<br>ralph@slffirm.com<br>cori@slffirm.com (Paralegal)<br>john@jcl-lawoffice.com<br><br>Terry Singleton<br>TERRY SINGLETON, A.P.C.<br>1950 Fifth Avenue, Suite 200<br>San Diego, CA 92101<br>Tel: (619) 239-3225<br>terry@terrysingleton.com<br><br>John F. McGuire<br>J. Domenic Martini<br>THORSNES BARTOLOTTA McGUIRE LLP<br>2550 Fifth Avenue, 11th Floor<br>San Diego, CA 92103<br>Tel: (619) 236-9363<br>Fax: (619) 236-9653<br>martini@tbmlawyers.com<br>frederick@tbmlawyers.com | Attorneys for Individual Plaintiffs Doreen L. Zimmerman, et al.<br><br>Case No. 18CV04081 |

| | |
|---|---|
| Russell Reiner<br>REINER, SLAUGHTER & FRANKEL, LLP<br>2851 Park Marina Drive, Suite 200<br>Redding, CA 96001<br>Tel: (530) 241-0290<br>Fax: (530) 241-0622<br>rfrankel@reinerslaughter.com<br>lscoubes@reinerslaughter.com<br><br>Eric Ratinoff<br>ERIC RATINOFF LAW CORP.<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Tel: (916) 970-9100<br>Fax: (916) 246-1696<br>eric@ericratinoff.com<br>kbenzler@ericratinoff.com<br>scleckler@ericratinoff.com<br><br>Robert W. Jackson<br>LAW OFFICES OF ROBERT W. JACKSON, APC<br>205 West Alvarado Street<br>Fallbrook, CA 92028<br>Tel: (760) 723-1295<br>Fax: (760) 723-9561<br>robert@jacksontriallawyers.com | Attorneys for Individual Plaintiffs Enayatullah Ajmal, et al.<br><br>Case No. 18CV03794 |
| Jennifer Fiore<br>Sophia Achermann<br>FIORE ACHERMANN, A LAW CORPORATION<br>340 Pine Street, Suite 503<br>San Francisco, CA 94104<br>Tel: (415) 550-0650<br>Fax: (415) 550-0650<br>jennifer@theFAfirm.com<br>sophia@theFAfirm.com | Attorneys for Individual Plaintiffs Gary Hopper, et al.<br><br>Case No. CGC-19-573027 |
| Mark P. Robinson, Jr.<br>Shannon Lukei, Esq.<br>Lila Razmara, Esq.<br>ROBINSON CALCAGNIE, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>Fax: (949) 720-1292<br>mrobinson@robinsonfirm.com<br>banderson@robinsonfirm.com<br>slukei@robinsonfirm.com<br>Lrazmara@robinsonfirm.com<br>bzwirner@robinsonfirm.com | Attorneys for Individual Plaintiffs Charles Bayne, et al.<br><br>Case No. 19CV00311, et al. |

## Subrogation Plaintiff Group

| | |
|---|---|
| Shawn E. Caine<br>LAW OFFICES OF SHAWN E. CAINE<br>1221 Camino Del Mar<br>Del Mar, CA 92014<br>Tel: (858) 350-1660<br>Fax: (866) 754-1398<br>scaine@cainelaw.com | Attorneys for Subrogation Plaintiffs United Services Automobile Association, et al. |
| Mark Grotefeld (Liaison)<br>GROTEFELD HOFFMANN<br>Shepard Mountain Plaza<br>6034 West Courtyard Drive, Suite 200<br>Austin, TX 78730<br>Tel: (737) 226-5310<br><br>Maura Walsh Ochoa (Liaison)<br>GROTEFELD HOFFMANN<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur, CA 94939<br>Tel: (415) 344-9670<br>Fax: (415) 989-2802<br><br>Waylon J. Pickett<br>GROTEFELD HOFFMANN<br>0324 SW Abernethy Street<br>Portland, OR  97239<br>Tel: (503) 384-2772<br>mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com<br>lsmith@ghlaw-llp.com (Paralegal)<br>lheath@ghlaw-llp.com (Paralegal)<br>vwahlstrom@ghlaw-llp.com (Paralegal) | Attorneys for Subrogation Plaintiffs |
| Howard Maycon (Liaison)<br>COZEN O'CONNOR<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Tel: (213) 892-7900<br>hmaycon@cozen.com<br><br>David D. Brisco<br>Kevin Bush<br>Thomas Regan<br>COZEN O'CONNOR<br>501 West Broadway, Suite 1610<br>San Diego, CA  92101<br>Tel:  (619) 234-1700<br>Fax:  (619) 234-7831<br>dbrisco@cozen.com<br>kbush@cozen.com<br>tregan@cozen.com<br>lscott@cozen.com | Attorneys for Subrogation Plaintiffs Indemnity Insurance Company of North America |

| | | |
|---|---|---|
| Craig S. Simon<br>BERGER KAHN, A LAW CORPORATION<br>1 Park Plaza, Suite 340<br>Irvine, CA  92614<br>Tel: (949) 474-1880<br>Fax: (949) 313-5029<br>csimon@bergerkahn.com<br>smuncey@bergerkahn.com (Paralegal)<br>aketcher@bergerkahn.com | Attorneys for Subrogation Plaintiffs American Reliable Insurance Company, et al.<br><br>Case No. 34-2018-00247073 |
| Eric M. Schroeder<br>William Loscotoff<br>Amanda R. Stevens<br>SCHROEDER LOSCOTOFF LLP<br>7410 Greenhaven Drive, Suite 200<br>Sacramento, CA 95831<br>Tel: (916) 438 -8300<br>Fax: (916) 438-8306<br>emschroeder@calsubro.com<br>wloscotoff@calsubro.com<br>astevens@calsubro.com<br>jnorton@calsubro.com (Paralegal) | Attorneys for Subrogation Plaintiffs |
| Timothy E. Cary<br>Bonnie J. Bennett<br>Nathan R. Hurd<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>12060 Corona Pointe Court, Suite 306<br>Corona, CA 92879<br>Tel: (951) 387-4700<br>Fax: (951) 963-1298<br>caryt@stutmanlaw.com<br>bennettb@stutmanlaw.com<br>hurdn@stutmanlaw.com<br>guerram@stutmanlaw.com | Attorneys for Subrogation Plaintiffs GuideOne Mutual, et al.<br><br>Case No. 34-2019-00248691 |
| Alan Jang<br>Stephanie Yee<br>Sally Noma<br>JANG & ASSOCIATES, LLP<br>1766 Lacassie Avenue, Suite 200<br>Walnut Creek, CA  94596<br>Tel: (925) 937-1400<br>Fax: (925) 937-1414<br>ajang@janglit.com<br>syee@janglit.com<br>snoma@janglit.com<br>vleones@janglit.com | Attorneys for Subrogation Plaintiffs California Mutual Insurance Company<br><br>Case No. 34-2019-00248845-CU-PO-GDS |

| | |
|---|---|
| Mark C. Bauman<br>Patrick Y. Howell<br>BAUMAN LOEWE WITT & MAXWELL<br>8765 East Bell Road, Suite 210<br>Scottsdale, AZ 85260<br>Tel: (480) 502-4664<br>Fax: (480) 502-4774<br>mbauman@blwmlawfirm.com<br>phowell@blwmlawfirm.com<br>athute@blwmlawfirm.com<br>abean@blwmlawfirm.com | Attorneys for Subrogation Plaintiffs Philadelphia Indemnity Ins. Co, et al.<br><br>Case No. 34-2019-00248027 |