WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is LATHAM & WATKINS, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On April 29, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- *Attorneys for: Geisha J. Williams, Jason P. Wells, Anthony F. Earley, Jr., Julie M. Kane, Nickolas Stavropoulos, Dinyar B. Mistry, David S. Thomason, Christopher P. Johns, and Patrick M. Hogan*

    Charles E. Weir
    McDermott Will & Emery LLP
    2049 Century Park East, 38th Floor
    Los Angeles, CA 90067
    310/277-4110
    310/277-4730 (Fax)

    Steven S. Scholes
    McDermott Will & Emery LLP
    444 West Lake Street
    Chicago, IL 60606
    312/372-2000
    312/984-7700 (Fax)

- *Attorneys for: Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, Maryellen C. Herringer, Jeh C. Johnson, Barry Lawson Williams, Benito Minicucci, and Anne Shen Smith*

    James G. Kreissman
    Elizabeth H. White
    Simpson Thacher & Bartlett LLP
    2475 Hanover Street

Palo Alto, CA 94304
650/251-5000
650/251-5002 (Fax)

Paul C. Curnin
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
212/455-2000
212/455-2502 (Fax)

Dated: April 29, 2019

*[signature]*

Andrea J. Casalett