WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| \* *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Charles T. Sheldon, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is WFBM, LLP, 601 MONTGOMERY STREET, 9TH FLOOR, SAN FRANCISCO, CA 94111.

On April 29, 2019, pursuant to instructions from Weil, Gotshal & Manges LLP and Keller & Benvenutti LLP, attorneys for Debtors and Debtors in Possession, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

Douglas Sears
Matheny, Sears, Linkert, Jaime
3638 American River Dr.
Sacramento, CA 95864
Attorney for Co-Defendant: Lorelay Robles-Partida

Howard Rome Martin & Ridley, LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Attorney for Co-Defendant: City of Milpitas

Catherine A. Salah, Esq.
Gordon & Rees Scully Mansukhani
275 Battery Street
Suite 2000
San Francisco, CA 94111
Attorney for Co-Defendant: HMH Engineers

Dated: April 29, 2019                              /s/ Charles T. Sheldon
                                                   Charles T. Sheldon