WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, Gayle L. Gough, am an attorney employed in the State of California and a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is Gough & Hancock LLP, Two Embarcadero Center, Suite 640, San Francisco, CA 94111.

On the dates set forth below, at my direction and under my supervision, Gough & Hancock employee Jennifer McNeil caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings*

- *Declaration of John Boken in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings*

on each counsel of record listed below and on Exhibit A on the date, at the address, and by the method of service stated here:

| COUNSEL OF RECORD FOR PARTY SERVED | DATE & METHOD OF SERVICE |
|---|---|
| Counsel of Record as stated on **Exhibit A,** attached hereto, for Parties in the *Butte Fire Cases*, JCCP 4853 | **VIA ELECTRONIC POSTING ON CASEHOMEPAGE**<br><br>**APRIL 29, 2019** |
| Lori E. Andrus, Esq.<br>Jennie Lee Anderson, Esq.<br>Counsel of Record for Sevgi Curtis and Janos Libor<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>lori@andrusanderson.com<br>jennie@andrusanderson.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Jeffrey G. Bairey<br>Cherie J. Edson<br>Counsel of Record for Teichert Pipelines, Inc.<br>LEWIS BRISBOIS BISGAARD SMITH LLP<br>333 Bush Street, Suite 100<br>San Francisco, CA 94104<br>jeff.bairey@lewisbrisbois.com<br>cherie.edson@lewisbrisbois.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |

| | |
|---|---|
| Christopher W. Wood, Esq.<br>Larry Q. Phan, Esq.<br>Counsel of Record for Daniel Franklin<br>DREYER BABICH BUCCOLA WOOD<br>    CAMPORA LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Christopher J. Nevis, Esq.<br>Michael G. Descalso, Esq.<br>Counsel of Record for Mastec Network Solutions, Inc.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>333 Bush St, Suite 1100<br>San Francisco, CA 94104 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Raymond Ghermezian, Esq.<br>Counsel of Record for Gezell Mazidus Jones<br>RAYMOND GHERMEZIAN, APLC<br>3435 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90010 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Rachel Vida Chatman<br>Counsel of Record for City of Berkeley<br>BERKELEY CITY ATTORNEY'S OFFICE<br>2180 Milvia St., Fl. 4<br>Berkeley, CA 94704-1122 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Greg A. Coates<br>Counsel of Record for Weldon King, et al.<br>LAW OFFICE OF GREG A. COATES<br>1005 Court Street, Suite 310<br>San Luis Obispo, CA 93401 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Robert A. Morgenstern, Esq.<br>Ninos Saroukhanioff, Esq.<br>Gigi Gutierrez, Esq.<br>Counsel of Record for UPS, Inc.<br>MARANGA * MORGENSTERN, APLC<br>5850 Canoga Avenue, Suite 600<br>Woodland Hills, CA 91367 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Bradley D. Liggett<br>Ryan Harris<br>Counsel of Record for Genevieve Leroux, et al.<br>HARRIS PERSONAL INJURY LAWYERS, INC.<br>1025 Farmhouse Lane, Second Floor<br>San Luis Obispo, CA 93401 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| David M. Cumberland<br>Joshua M. George<br>Counsel of Record for City of San Luis Obispo<br>ADAMSKI MOROSKI MADDEN<br>    CUMBERLAND & GREEN LLP<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Robert Bruce Kopelson<br>Counsel of Record for Cristina Mendoza<br>LAW OFFICE OF ROBERT B. KOPELSON<br>75 East Santa Clara<br>Suite 1180<br>San Jose, CA 95113<br>kopelaw@hotmail.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |

| | | |
|---|---|---|
| 1<br>2<br>3 | Steven Leo Derby<br>Counsel of Record for Cristina Mendoza<br>DERBY, McGUINNESS & GOLDSMITH LLP<br>200 Lakeside Drive Suite A<br>Oakland, CA 94612<br>info@dmglawfirm.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 4<br>5<br>6 | Celia Louise McGuinness<br>Counsel of Record for Cristina Mendoza<br>THE DERBY LAW FIRM P.C.<br>1255 Treat Boulevard, Suite 300<br>Walnut Creek, CA 94597<br>cmcguinness@dmglawfirm.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 7<br>8<br>9<br>10 | Matthew W Pritchard<br>Counsel of Record for City of San Jose<br>OFFICE OF THE CITY ATTORNEY<br>City of San Jose<br>200 East Santa Clara Street, 16th Floor<br>San Jose, CA 95113<br>matthew.pritchard@sanjoseca.gov | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 11<br>12<br>13<br>14<br>15 | David Michael McLaughlin<br>Spiros Elias Fousekis<br>Counsel of Record for Hudson Skyport Plaza, LLC, Hudson Skyport Plaza Land, LLC, and Hudson Pacific Properties, Inc.<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, CA 94063<br>david.mclaughlin@rmkb.com<br>spiros.fousekis@rmkb.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 16<br>17<br>18<br>19<br>20 | David A Clinton<br>Laurie C. Book<br>Counsel of Record for Speiker Properties LP, EOP Operating Limited Partnership, LP, and CA Skyport I Limited Partnership<br>CLINTON & CLINTON<br>100 Oceangate, 14th Floor<br>Long Beach, CA 90802<br>dclinton@clinton-clinton.com<br>lbook@clinton-clinton.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 21<br>22<br>23 | Jay R. Strauss<br>David C. Winton<br>Counsel of Record for Stewart Miller and Richard Roth<br>WINTON STRAUSS LAW GROUP, P.C.<br>2 Ranch Drive, Upper Suite<br>Novato, CA 94945 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 24<br>25<br>26 | T. Peter Pierce<br>Counsel of Record for City of San Rafael<br>RICHARDS WATSON & GERSHON<br>44 Montgomery Street, Suite 3800<br>San Francisco, CA 94104 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 27<br>28 | Thomas F. Bertrand<br>Counsel of Record for Marin Municipal Water District<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |

| | |
|---|---|
| James C. Mitchell, Esq.<br>Counsel of Record for Juan Perez<br>THE GILLEON LAW FIRM<br>1320 Columbia Street, Suite 200<br>San Diego, CA 92101<br>jcm@mglawyers.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| David M. Glaspy, Esq.<br>Counsel of Record for Snelson Companies, Inc.<br>GLASPY & GLASPY<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>dglaspy@glaspy.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Justin T. Campagne<br>Counsel of Record for Scott Raven and Charlyse Raven<br>CAMPAGNE & CAMPAGNE<br>A Professional Corporation<br>Airport Office Center<br>1685 N. Helm Avenue<br>Fresno, CA 93727<br>jcampagne@campagnelaw.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| David A. Harris<br>Counsel of Record for Jennifer Hodges<br>SANTANA & VIERRA<br>71 Stevenson Street, Suite 700<br>San Francisco, CA 94105<br>david.harris01@libertymutual.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Brian C. Merges<br>Counsel of Record for Hot Line Construction, Inc.<br>MOKRI VANIS & JONES LLP<br>444 S. Flower St., Ste. 750<br>Los Angeles, CA 90071<br>bmerges@mvjllp.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Kyle K. Tambornini<br>Counsel of Record for Judith E. Reel<br>EASON & TAMBORNINI<br>1234 H. Street, Suite 200<br>Sacramento, CA 95814 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Sanjay S. Schmidt<br>Counsel of Record for Swami Shraddhananda Saraswati<br>LAW OFFICE OF SANJAY S. SCHMIDT<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109<br>ss@sanjayschmidtlaw.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Steven Leo Derby<br>Counsel of Record for Swami Shraddhananda Saraswati<br>DERBY, McGUINNESS & GOLDSMITH LLP<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>info@dmglawfirm.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| Ann M. Asiano<br>Matthew Thomas Brand<br>Counsel of Record for City of Albany<br>CLARK HILL LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |

| | | |
|---|---|---|
| 1 | aasiano@clarkhill.com<br>mbrand@clarkhill.com | |
| 2 | Sara B. Allman<br>Counsel of Record for City of Albany<br>P.O. Box 1059<br>Larkspur, CA 94977<br>sara.b.allman@gmail.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 4 | Nairi Paterson<br>Counsel of Record for Frank L. Yee and May L. Yee<br>HARTSUYKER, STRATMAN & WILLIAMS-ABREGO<br>505 14th Street, Suite 400<br>Oakland, CA 94612<br>nairi.paterson@farmersinsurance.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 7 | Lori Renee Mayfield<br>Counsel of Record for Marvin Gardens Real Property Services, Inc.<br>LAW OFFICE OF SHAWN C. MOORE<br>2251 Harvard Street, Suite 100<br>Sacramento, CA 95815<br>mayfiel1@nationwide.com | **VIA ELECTRONIC MAIL**<br><br>**APRIL 30, 2019** |
| 11 | Raymond Ghermezian, Esq.<br>Counsel of Record for Audra Scott<br>RAYMOND GHERMEZIAN, APLC<br>3435 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90010 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 13 | Christopher A. Callihan, City Attorney<br>Michael D. Mutalipassi, Asst. City Attorney<br>Counsel of Record for City of Salinas<br>CITY OF SALINAS – OFFICE OF THE CITY ATTORNEY<br>200 Lincoln Avenue<br>Salinas, CA 93901 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 17 | Crisostomo G. Ibarra<br>Gener D. Benitez<br>Counsel of Record for Bill Singleton<br>IBARRA PROFESSIONAL LAW CORPORATION<br>459 Fulton Street, Suite 109<br>San Francisco, CA 94102 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 20 | Gerard J. Donnellan<br>Counsel of Record for Pacific Bell Telephone Company dba AT&T California<br>AT&T SERVICES, INC. LEGAL DEPARTMENT<br>430 Bush Street, 3rd Floor<br>San Francisco, CA 94108 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 23 | Brian L. Larsen, Esq.<br>Joseph Lee, Esq.<br>Thuy Le, Esq.<br>Counsel of Record for Kevin Thomas<br>LAW OFFICES OF BRIAN L. LARSEN<br>530 Jackson Street, 2nd Floor<br>San Francisco, CA 94133 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| 27 | Michael Welch, Esq.<br>Counsel of Record for Alfredo Aguilera<br>PHILIP M. ANDERSEN & ASSOCIATES<br>6210 Stoneridge Mall Road, Suite 550<br>Pleasanton, CA 94588 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |

| | |
|---|---|
| Steven R. Jacobsen<br>Counsel of Record for Juan Nunez aka Nunez Tattoo<br>LAW OFFICES OF STEVEN R. JACOBSEN<br>825 Washington Street, Suite 300<br>Oakland, CA 94607 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Michael C. Cohen, Esq.<br>Laura E. Seidl, Esq.<br>Counsel of Record for Gail Thurman and Johnny Thurman<br>LAW OFFICE OF MICHAEL C. COHEN<br>1814 Franklin Street, Suite 900<br>Oakland, CA 94612 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Rey S. Yang<br>Counsel of Record for Bert Zhang<br>YANG PROFESSIONAL LAW CORPORATION<br>80 S Lake Ave Ste 820<br>Pasadena, CA 91101-4965 | **VIA FIRST CLASS MAIL**<br><br>**MAY 1, 2019** |
| Thomas S. Gelini.<br>Counsel of Record for Bert Zhang and Cynthia Cheung<br>BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI, A PROFESSIONAL CORPORATION<br>1301 Marina Village Parkway, Suite 300<br>Alameda, CA 94501 | **VIA FIRST CLASS MAIL**<br><br>**MAY 1, 2019** |
| S. Sean Bral, Esq.<br>Counsel of Record for Ebony Williams<br>BRAL & ASSOCIATES<br>1875 Century Park East, Suite 1770<br>Los Angeles, CA 90067 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Dennis J. Herrera<br>Cheryl Adams<br>Timothy J. Fama<br>Counsel of Record for City of San Francisco<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Jonathan E. Sommer<br>Bryan S. Silverman<br>Counsel of Record for Veritas Group, Inc.<br>LUBIN OLSON & NIEWLADOMSKI LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | **VIA FIRST CLASS MAIL**<br><br>**APRIL 29, 2019** |
| Clayeo C. Arnold<br>Joshua H. Watson<br>Counsel of Record for Rachel Woodward and Russ Woodward<br>CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825 | **VIA FIRST CLASS MAIL**<br><br>**MAY 1, 2019** |
| Joseph J. Minoza, Esq.<br>Kara Wild, Esq.<br>Counsel of Record for High Country Forestry<br>ERICKSEN ARBUTHNOT<br>2300 Clayton Road, Suite 350<br>Concord, CA 94520 | **VIA FIRST CLASS MAIL**<br><br>**MAY 1, 2019** |

| G. Kelly Reid, Esq.<br>Counsel of Record for Mountain F. Enterprises, Inc.<br>BORTON PETRINI, LLP<br>660 Las Gallinas Avenue, Suite B<br>San Rafael, CA 94903 | VIA FIRST CLASS MAIL<br><br>MAY 1, 2019 |
|---|---|

Dated: May 3, 2019

*[signature]*
_____
Gayle L. Gough

# EXHIBIT A

# MASTER SERVICE LIST

*Butte Wildfire Litigation*

March 28, 2019

**PLAINTIFF COUNSEL**

| | |
|---|---|
| Maura Walsh Ochoa<br>Waylon J. Pickett<br>Todd C. Harshman<br>GROTEFELD HOFFMANN<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur, CA 94939<br>P: (415) 344-9670<br>F: (415) 989-2802<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com<br>tharshman@ghlaw-llp.com<br>lcortez@ghlaw-llp.com (Paralegal)<br>lheath@ghlaw-llp.com (Paralegal) | Attorneys for Subrogation Plaintiffs<br>State Farm General Insurance Company, et al.<br>Case No. 15CV41266 |
| Shawn E. Caine<br>LAW OFFICES OF SHAWN E. CAINE<br>1221 Camino Del Mar<br>Del Mar, CA 92014<br>P: (858) 350-1660<br>F: (866) 754-1398<br>scaine@cainelaw.com | Attorneys for Subrogation Plaintiffs<br>United Services Automobile Association, et al.<br>Case No. |
| Craig S. Simon<br>BERGER KAHN, A LAW CORPORATION<br>1 Park Plaza, Suite 340<br>Irvine, CA 92614<br>P: (949) 474-1880<br>F: (949) 313-5029<br>csimon@bergerkahn.com<br>smuncey@bergerkahn.com (Paralegal) | Attorneys for Subrogation Plaintiffs<br>Fire Insurance Exchange, et al.<br>Case No. 15CV41276 |
| Denise Lewis<br>CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS<br>1227 "O" Street, Suite 306<br>Sacramento, CA 95841<br>P: (916) 653-2539<br>F: (916) 653-2454<br>denise.lewis@calvet.ca.gov<br>katie.saephan@calvet.ca.gov | Attorneys for Subrogation Plaintiffs<br>California Department of Veterans Affairs (CalVet) |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Dario de Ghetaldi<br>Amanda Riddle<br>Clare Capaccioli Velasquez<br>COREY, LUZAICH, DE GHETALDI, & RIDDLE LLP<br>700 El Camino Real<br>Millbrae, CA  94030<br>P:        (650) 871-5666<br>F:        (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>ccv@coreylaw.com<br>dlp@coreylaw.com | Attorneys for Individual Plaintiffs<br><br>Case No. |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | Mike Danko<br>Kristine Meredith<br>Shawn Miller<br>Brad Bowen<br>DANKO MEREDITH<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA  94065<br>P:        (650) 453-3600<br>F:        (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com<br>bbowen@dankolaw.com, | Attorneys for Individual Plaintiffs<br><br>Case No. |
| 15<br>16<br>17<br>18<br>19<br>20 | Daniel G. Whalen<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA  90067<br>P:        (310) 552-3800<br>F:        (310) 552-9434<br>dwhalen@elllaw.com<br>gwaters@elllaw.com<br>ajacobson@elllaw.com<br>ebell@elllaw.com<br>tgunther@elllaw.com | Attorneys for Individual Plaintiffs<br><br>Case No. |
| 21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | John Gomez<br>Ahmed Diab<br>GOMEZ TRIAL ATTORNEYS<br>655 W. Broadway, Suite 1700<br>San Diego, CA  92101<br>P:       (619) 237-3490<br>F:       (619) 237-3496<br>john@gomeztrialattorneys.com<br>adiab@gomeztrialattorneys.com<br>michelle@gomeztrialattorneys.com (Paralegal) | Co-Counsel for Individual Plaintiffs<br>Richard Tyler, et al.<br>Case No. CGC-15-548319 |
| 7<br>8<br>9<br>10<br>11<br>12<br>13 | Scott Summy, Esq.<br>Britt K. Strottman, Esq.<br>John Fiske, Esq.<br>BARON & BUDD<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>P:       (858) 225-7200<br>ssammy@barronbudd.com<br>bstrottman@baronbudd.com<br>jfiske@baronbudd.com<br>jhutchison@baronbudd.com<br>lphilpott@baronbudd.com<br>mgantos@baronbudd.com | Attorneys for Plaintiff County of Calaveras<br><br>Case No. CGC-18-564465 |
| 14<br>15<br>16<br>17<br>18 | Robert W. Jackson<br>Brett R. Parkinson<br>JACKSON & PARKINSON, TRIAL LAWYERS<br>205 W. Alvarado Street<br>Fallbrook, CA  92028<br>P:       (760) 723-1295<br>F:       (760) 723-9561<br>robert@jacksontriallawyers.com<br>brett@jacksontriallawyers.com | Attorneys for Individual Plaintiffs<br><br>Case No. |
| 19<br>20<br>21<br>22<br>23<br>24<br>25 | Eric Ratinoff<br>Greg Stuck<br>ERIC RATINOFF LAW CORP.<br>401 Watt Avenue, Suite 1<br>Sacramento, CA  95864<br>P:       (916) 970-9100<br>F:       (916) 246-1696<br>eric@ericratinoff.com<br>gstuck@ericratinoff.com<br>kbenzler@ericratinoff.com<br>scleckler@ericratinoff.com<br>lconley@ericratinoff.com | Attorneys for Individual Plaintiffs<br><br>Case No. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Steven M. Campora<br>DREYER BABICH BUCCOLA WOOD, et al.<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>P: (916) 379-3500<br>F: (916) 379-3599<br>scampora@dbbwc.com<br>nwong@dbbwc.com<br>acrowl@dbbwc.com | Attorneys for Individual Plaintiffs<br>Fred Slifkoff, et al<br>Case No. 15CV41194<br><br>Richard C. Bush, et al.<br>Case No. 15CV41261 |
| 6<br>7<br>8<br>9<br>10<br>11<br>12 | Frank M. Pitre<br>Alison E. Cordova<br>COTCHETT PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>P: (650) 697-6000<br>F: (650) 697-0577<br>fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>tstevens@cpmlegal.com (Assistant)<br>mdominguez@cpmlegal.com (Paralegal) | Attorneys for Individual Plaintiffs<br>Teresa L. Rush<br>Case No. 15CV41261<br><br>Fred Slifkoff<br>Case No. 15CV41194 |
| 13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | Ken Roye<br>Joseph Astleford<br>LAW OFFICE OF KENNETH P. ROYE<br>142 West 2nd Street, Suite B<br>Chico, CA 95928<br>P: (530) 893-2398<br>F: (530) 893-2396<br>ken@kenroyelaw.com<br>joseph@kenroyelaw.com<br>deann@kenroyelaw.com (Assistant)<br>brittany@kenroyelaw.com (Assistant)<br><br>Jeffery L. Caufield<br>CAUFIELD & JAMES LLP<br>2851 Camino Del Rios S #410<br>San Diego, CA 92108<br>P: (619) 325-0441<br>F: (619) 325-0231<br>jeff@caufieldjames.com | Attorneys for Individual Plaintiffs<br><br>James and Cathy Boyle, et al.<br>Case No. CGC-17-561200 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | Gerald Singleton<br>Erika L. Vasquez<br>Amanda LoCurto<br>John Lemon<br>SINGLETON LAW FIRM, APC<br>450 A Street – Fifth Floor<br>San Diego, CA 92101<br>Tel: (619) 771-3473<br>Fax: (760) 697-1329<br>gerald@geraldsingleton.com<br>erika@geraldsingleton.com<br>amanda@geraldsingleton.com<br>tyler@geraldsingleton.com (Paralegal)<br>mara@cafirelawyers.com<br>john@jcl-lawoffice.com<br><br>Co-Counsel<br>Demetrios A. Sparacino<br>SPARACINO LAW CORPORATION<br>525 B Street, Suite 1500<br>San Diego, CA 92101<br>P:       (619) 955-5254<br>F:       (619) 374-1313<br>dsparacino@sparacinolaw.com | Attorneys for Individual Plaintiffs Moeller and Stewart<br><br>Case No. |
| 13<br>14<br>15<br>16<br>17<br>18 | Elliot Adler<br>Brittany Zummer<br>ADLER LAW GROUP, APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101<br>P:       (619) 531-8700<br>F:       (619) 342-9600<br>eadler@theadlerfirm.com<br>bzummer@theadlerfirm.com<br>chunter@theadlerfirm.com (Paralegal) | Attorneys for Individual Plaintiffs<br><br>Case No. |
| 19<br>20<br>21<br>22<br>23 | Manuel Corrales, Jr.<br>MANUEL CORRALES, JR. ATTORNEY AT LAW<br>17140 Bernardo Center Drive, Suite 358<br>San Diego, CA 92128<br>P:       (858) 521-0634<br>F:       (858) 521-0633<br>mannycorrales@yahoo.com<br>hcskanchy@hotmail.com<br>cariannesteinman@outlook.com | Attorneys for Individual Plaintiffs Barbara Jean Zelmer and Robert Thomas Zelmer |
| 24<br>25<br>26<br>27<br>28 | Michael Deal<br>LAW OFFICES ANTHONY T. SCHNEDIER<br>4685 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>P:       (949) 250-5549<br>F:       (855) 880-5646<br>dealm2@nationwide.com<br>jerryj1@nationwide.com (Paralegal) | Attorneys for Nationwide Mutual Insurance Company, et al.<br><br>Case No. 15CV41277 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Don Dowling<br>Jessica Rowen<br>ROSS, HACKETT, DOWLING, VALENCIA & WALTI<br>600 El Camino Real<br>San Bruno, CA 94066<br>P:    (650) 588-0367<br>F:    (650) 588-3413<br>ddowling@rosshackett.com<br>jrowen@rosshackett.com | Attorneys for Individual Plaintiffs Sachs, Thompson<br><br>Case No. 15CV41326 |
| 6<br>7<br>8<br>9 | Tasha Bollinger<br>LAW OFFICE OF TASHA M. BOLLINGER<br>829 Sonoma Avenue<br>Santa Rosa, CA 95404<br>P:    (707) 292-5377<br>tashabollinger3@yahoo.com | Attorney for Individual Plaintiff Steve Christopher |
| 10<br>11<br>12<br>13<br>14 | C. Jason Smith<br>Matthew M. Breining<br>SMITH, MCDOWELL & POWELL, A.L.C.<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA 95825<br>P:    (916) 569-8100<br>F:    (916) 848-3777<br>cjsmith@smplawcorp.com<br>mbreining@smplawcorp.com | Attorneys for Individual Plaintiffs Ann Dillon; Southern Exposure Wellness<br><br>Case No. 17CV42087 |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | J. Anthony Abbott<br>MAYALL HURLEY, P.C.<br>2453 Grand Canal Boulevard<br>Stockton, CA 95207<br>P:    (209) 477-3833<br>F:    (209) 473-4818<br>jabbott@mayallaw.com<br>jzeyen@mayallaw.com (Assistant)<br><br>Brian Chavez-Ochoa<br>CHAVEZ-OCHOA LAW OFFICES<br>4 Jean Street, Suite Four<br>Valley Springs, CA 95252<br>P:    (209) 772-3013<br>F:    (209) 772-3090<br>brianr@chavezochoalaw.com | Attorneys for Individual Plaintiffs Hing Chunh Alexander Wong; Sau Chun Ida Wong |

| | |
|---|---|
| DEFENSE COUNSEL | |
| Jeffrey N. Boozell<br>Sean Taheri<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>P: (213) 443-3000<br>F: (213) 443-3100<br>jeffboozell@quinnemanuel.com<br>seantaheri@quinnemanuel.com | Attorneys for Defendant<br>Pacific Gas & Electric Company |
| Gayle L. Gough<br>Mark J. Hancock<br>Sara Duncan<br>Andrew Briggs<br>Kristie Tappan<br>GOUGH & HANCOCK LLP<br>Two Embarcadero Center, Suite 640<br>San Francisco, CA  94111<br>P: (415) 848-8900<br>F: (415) 974-6745<br>gayle.gough@ghcounsel.com<br>mark.hancock@ghcounsel.com<br>sara.duncan@ghcounsel.com<br>andrew.briggs@ghcounsel.com<br>kristie.tappan@ghcounsel.com<br>jennifer.mcneil@ghcounsel.com | Attorneys for Defendant<br>Pacific Gas & Electric Company |
| Randy W. Gimple<br>David Bona<br>Aaron Shapiro<br>Alex Cheng<br>Sunny Shapiro<br>CARLSON, CALLADINE & PETERSON<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA  94111<br>P: (415) 391-3911<br>F: (415) 391-3898<br>rgimple@ccplaw.com<br>dbona@ccplaw.com<br>shahn@ccplaw.com<br>acheng@ccplaw.com<br>sshapiro@ccplaw.com<br><br>~~Dale Miller~~<br>~~LINDEMANN MILLER LLP~~<br>~~233 S Wacker Drive, Suite 8400~~<br>~~Chicago, IL 60606~~<br>~~P: (312) 300-4505~~<br>~~F: (312) 300-4525~~<br>~~dale@lm-law.com~~ | Attorneys for Defendant<br>Trees, Inc.<br><br><br><br><br><br><br><br><br><br><br><br><br>~~Monitoring Counsel~~<br>~~Canopius Underwriting Bermuda Limited~~ |

| | |
|---|---|
| Matthew T. Hawk<br>John Castro<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA  94111<br>P:	(415) 986-5900<br>F:	(415) 986-8054<br>mhawk@gordonrees.com<br>lvaughn@gordonrees.com<br>jvandecarr@gordonrees.com<br>ecordero@grsm.com<br>eruiz@grsm.com<br>jcastro@grsm.com<br><br>I. Hooshie Broomand, Esq.<br>NEWMAN & BROOMAND, LLP<br>2250 East Bidwell Street, Suite 100<br>Folsom, CA 95630<br>P:	(916) 932-0397<br>F:	(916) 932-0398<br>ihb@nbllplaw.com | Attorneys for Defendant ACRT |

| | INTERESTED PARTIES | |
|---|---|---|
| 1 | | |
| 2 | Jeffrey P. Reusch, Esq.<br>Kelly Welchans, Esq.<br>Deputy Attorney General<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>P:    (916) 210-7804<br>jeffrey.reusch@doj.ca.gov<br>kelly.welchans@doj.ca.gov | CAL FIRE |