WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On April 30, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By **first class mail** to the counsel of record to the following individuals, at their respective notification addresses listed below:

Tyler A. Brown, Esq.
Jackson Lewis P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
*Counsel for Amer Kur Shid re Tiffany Pagtulingan vs. PG&E Company, et al.*

Alicia R. Kennon, Esq.
Margeaux M. Pelusi, Esq.
Wood, Smith, Henning & Berman LLP
1401 Willow Pass Road
Suite 700
Concord, CA 94520
*Counsel for Canus Corporation re Lawrence Lorea vs. PG&E Company, et al.*

☑ By **personal service** to the counsel of record to the following individuals, at their respective notification addresses listed below:

Bren K. Thomas, Esq.
Jessica B. Armijo, Esq.
Jackson Lewis P.C.
200 Spectrum Center Drive
Suite 500
Irvine, CA 92618
*Counsel for Debra Ruiz re Irma Torres vs. PG&E Company, et al.*
*Counsel for Steve Lal and Steve Stroup re Dwayne Little vs. PG&E Corporation, et al.*

Dated: April 30, 2019

                                                  */s/ Jessica B. Armijo*
                                                  Jessica B. Armijo