WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is LimNexus LLP, 707 Wilshire Blvd., 46th Floor, Los Angeles, CA 90017.

On May 2, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- David M. Overstreet, IV, Esq.
  **OVERSTREET & ASSOCIATES**
  Attorneys for County of Fresno
  1300 East Shaw Avenue, Suite 125
  Fresno, CA 93710

- David H. Parker, Esq.
  Richard J. Kern, Esq.
  **PARKER, KERN, NARD & WENZEL**
  Attorneys for County of Fresno
  7112 North Fresno Street, Suite 300
  Fresno, CA 93720

- J. David Petrie, Esq.
  **PETRIE LEATH LARRIVEE & O'ROURKE, LLP**
  Attorneys for Fresno County Peace Officers Association
  6051 North Fresno Street, Suite 110
  Fresno, CA 93710

- Daniel C. Cederborg, Esq.
  **OFFICE OF FRESNO COUNTY COUNSEL**
  Attorneys for Fresno Sheriff's Department
  2220 Tulare Street, 5th Floor
  Fresno, CA 93721

2

Bradley A. Post, Esq.
BORTON PETRINI, LLP
Attorneys for Sheriff's Foundation for Public Safety
201 Needham Street
Modesto, CA 95354

Dated: May 2, 2019

_____
Nicholas J. Begakis