WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is **STEPTOE & JOHNSON LLP, ONE MARKET STREET, SUITE 1800, SAN FRANCISCO, CA 94105**.

On April 29, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record and following individuals, at their respective notification addresses, listed below:

| | |
|---|---|
| Raymond Meyer, Jr., Esq.<br>Stephen C. Dreher, Esq.<br>Keith G. Bremer, Esq.<br>Bremer Whyte Brown & O'Meara LLP<br>300 Frank H. Ogawa Plaza<br>The Rotunda Building, Suite 355<br>Oakland, CA 94612<br>Phone: (510) 540-4881<br>Facsimile: (510) 540-4889<br>rmeyer@bremerwhyte.com<br>sdreher@bremerwhyte.com<br>kbremer@bremerwhyte.com | Defendants' Liaison Counsel for all related actions and Attorneys for Defendants Chor Nar Siu Ng, Individually and as Trustee of the Chor Nar Siu Ng Revocable Trust Dated September 28, 2007 and Eva Ng |
| Daniel H. Bookin, Esq.<br>Katelyn Kennedy, Esq.<br>O'Melveny & Meyers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Phone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>dbookin@omm.com<br>kkennedy@omm.com | Attorneys for Defendants Chor Nar Siu Ng, Individually and as Trustee of the Chor Nar Siu Ng Revocable Trust Dated September 28, 2007 and Eva Ng |
| Clifford E. Yin, Esq.<br>Coblentz Patch Duffy & Bass LP<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Phone: (415) 391-4800<br>Facsimile: (415) 989-1663<br>cyin@coblentzlaw.com | Attorneys for Defendant City of Oakland |

| | |
|---|---|
| Orestes Alexander Cross, Esq.<br>Valor Legal, P.C.<br>2600 Tenth Street, Ste. 435<br>Berkeley, CA 94710<br>Phone: (415) 545-8394<br>Facsimile: (415) 520-9695<br>E-mail: ocross@valorlegal.com | Attorneys for Defendant and Cross-Complainant Jonathan Hrabko |
| S. Dean Ruiz, Esq.<br>Harris, Perisho & Ruiz<br>Brookside Corporate Center<br>3439 Brookside Road, Suite 210<br>Stockton, CA 95129<br>Phone: (209) 957-4254<br>Facsimile: (209) 957-5338<br>E-mail: dean@hprlaw.net | Attorneys for Defendant Daniel Lopez |
| Jesse F. Ruiz, Esq.<br>Messner Reeves LLP<br>160 West Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>Phone: (408) 397-298-7120<br>Phone: (408) 792-5906 - direct<br>Facsimile: (408) 295-0477<br>E-mail: jruiz@messner.com | Attorneys for Defendant Russell E.L. Butler aka Black Jeans |
| Anderson Franco, Esq.<br>Gregory de la Pena, Esq.<br>De la Pena & Holiday, LLP<br>One Embarcadero Center, Suite 2860<br>San Francisco, CA 94111<br>Phone: (415) 268-8000<br>Fax: (415) 268-8180<br>AFranco@dlphlaw.com<br>GdelaPena@dlphlaw.com | Attorneys for Defendant Benjamin Cannon |
| Max Harris, # BLM855<br>Santa Rita Jail<br>5325 Broder Blvd.<br>Dublin, CA 94568 | Defendant, In Pro Per |

Dated: April 29, 2019

_____
Seth R. Sias