WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- **and** -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF ORANGE**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is One City Boulevard West, Fifth Floor, Orange, California 92868.

On April 30, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Barbara J. Parker, Esq.
  Michelle M. Meyers, Esq.
  CITY ATTORNEY
  One Frank H. Ogawa Plaza, 6th Floor
  Oakland, California 94612
  Tel.: (510) 238-3815
  Fax: (510) 238-6500
  Attorney for Defendant City of Oakland

- Jody Struck, Esq.
  HAAPALA, THOMPSON & ABERN LLP
  1939 Harrison Street, Suite 800
  Oakland, California 94612-3527
  Tel.: (510) 763-2324
  Fax: (510) 273-8534
  Attorney for Defendant City of Oakland

Dated: April 30, 2019

_____
Soniya D. Khemlani