WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

WEIL:\97014481\2\67615.0014

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the Bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and I am not a party to or interested in the entitled causes to which service is being provided hereunder. My business address is Rovens Lamb LLP, 1500 Rosecrans Avenue, Suite 418, Manhattan Beach, California 90266.

On April 29, 2019, I caused to be served the following documents:

- *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

- *Declaration of John Boken in Support of Debtors' Motion Pursuant to Fed.R.Bankr.P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings*

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed in the attached Proof of Service List, by respective case.

Dated: April 29, 2019

/s/ Steven A. Lamb
Steven A. Lamb

# PROOF OF SERVICE LIST

*Flores v. Miller's Landing Resort, et al.*
Madera County Case No. MCV072206
**By First Class US Mail and e-service pursuant to stipulation**

| | |
|---|---|
| Geoffrey S. Wells<br>Tobin M. Lanzetta<br>Christian T.F. Nickerson<br>GREENE BROILLET & WHEELER, LLP<br>100 Wilshire Boulevard, Suite 2100<br>Santa Monica, CA 90407-2131<br>FAX: (310) 576-1220<br>Email: GWells@gbw.law<br>       TLanzetta@gbw.law<br>       CNickerson@gbw.law | Attorneys for Plaintiffs and Cross-Defendant Martin Flores |
| Deborah S. Tropp<br>Kendall L. Craver<br>MCNEIL TROPP & BRAUN LLP<br>2 Park Plaza, Suite 620<br>Irvine, CA 92614<br>FAX: (949) 259-2891<br>Email: DTropp@MTBAttorneys.com<br>       KCraver@MTBAttorneys.com | Attorneys for Defendant/Cross-Complainant/Cross-Defendant Miller's Landing Resort |
| Michael J. Czeshinski<br>WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>6785 N. Willow Avenue<br>Fresno, CA 93710<br>FAX: (559) 438-2393<br>Email: mjc@wdcllp.com | Attorneys for Defendants/Cross-Complainants Phat Chau and Dee Truong |
| Joshua R. Jachimowicz<br>JACHIMOWICZ LAW GROUP<br>1530 The Alameda, Suite 115<br>San Jose, CA 95126<br>FAX: (408) 246-1051<br>Email: josh@jachlawgroup.com<br>       tanya@jachlawgroup.com | Attorneys for Cross-Defendant Iris Chi |
| Daniel S. Rodman<br>Alina Mooradian<br>SNELL & WILMER, L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, California 92626-7689<br>FAX: (714) 427-7799<br>Email: drodman@swlaw.com<br>       amooradian@swlaw.com | Attorneys for Defendant Yamaha Motor Corporation, U.S.A. |

WEIL:\97014481\2\67615.0014

*Maria Elena Gonzalez, et al. v. Pacific Gas and Electric Company*
*Consolidated with Lead Case: Maria Elena Gonzalez, et al. v. Epitacia Preciado Guerrero*
Fresno Lead Case: 17CECG02357 (consolidated 18CECG03000)

| | |
|---|---|
| Raul V. Uribe<br>Perez, Williams, Medina & Rodriguez, LLP<br>1432 Divisadero<br>Fresno, CA 93721<br>TEL: 559-445-0123<br>FAX: 559-265-4509<br>EMAIL: lawyers@pwmfresno.com | Attorneys for Plaintiffs |
| Barbara J. Rueger, Esq.<br>HOPPE LAW GROUP<br>680 W. Shaw Ave., Suite 207<br>Fresno, CA 93704<br>(559) 241-7070 Telephone<br>(559) 241-7212 Facsimile<br>barbara@hoppe-law.com<br>alexa@hoppe-law.com<br>allisa@hoppe-law.com | Attorneys for Defendant/Cross-Defendant,<br>EPITACIA PRECIADO GUERRERO |

WEIL:\97014481\2\67615.0014

*Brandon Harris, et al. v. Pacific Gas and Electric Company*
Madera County Case No. MCV 079360
**By First Class US Mail and e-service pursuant to stipulation**

| | |
|---|---|
| Warren R. Paboojian<br>Adam B. Stirrup<br>BARADAT & PABOOJIAN, INC.<br>720 West Alluvial Avenue<br>Fresno, CA 93711<br>TEL: 559-431-5366<br>FAX: 559-431-1702<br>EMAIL: wrp@bplaw-inc.com<br>abs@bplaw-inc.com | Attorneys for Plaintiffs BRANDON HARRIS, individually; SARAH HARRIS, individually; ESTATE OF LILLY HARRIS, by and through its successor of interest, BRANDON HARRIS; CLAIRE HARRIS, a minor, by and through her guardian ad litem, BRANDON HARRIS; MARK HARRIS, individually; and KIMBERLY HARRIS, individually |
| Todd B. Barsotti<br>TODD B. BARSOTTI, A PROF. LAW CORP.<br>6780 N. West Ave., Suite 102<br>Fresno, CA 93711<br>TEL: 559-226-2100<br>FAX: 559-226-7636<br>EMAIL: tbar@barsotti-law.com | Attorneys for Plaintiff JUSTIN HARRIS |
| Jack C. Nick<br>PRINDLE GOETZ BARNES<br>310 Golden Shore, Fourth Floor<br>Long Beach, CA 90802<br>TEL: 562-436-3946<br>FAX: 562-495-0564<br>EMAIL: jnick@prindlelaw.com | Attorneys for Defendant/Cross-Defendants MILLER'S LANDING RESORT, INC. and RICHARD MILLER |
| Christopher J. Beeman<br>Riana E. Daniel<br>CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY<br>5860 Owens Drive, Suite 410<br>Pleasanton, CA 94588<br>TEL: 925-734-0990<br>FAX: 925-734-0888<br>EMAIL: cbeeman@clappmoroney.com | Attorneys for Defendant/Cross-Complainant WARREN CHAPMAN |

WEIL:\97014481\2\67615.0014

*Montelongo v. Freitas Bros. Farms, LLC, et al.*
Santa Barbara County Case No. 16CV02467
**By First Class US Mail and e-service pursuant to stipulation**

| | |
|---|---|
| Andrew C. Bryman<br>Law Office of Bryman & Apelian<br>24025 Park Sorrento, Suite 220<br>Calabasas, California 91302<br>FAX: 818-225-5155<br>Email: andrewbryman@aol.com<br>         brymanassistant@yahoo.com | Attorneys for Plaintiffs, Cesar Montelongo, Sr., Leticia Pulido, Tatiana Mendoza-Oseguera, and Meleny Destiny Montelongo by and through her Guardian ad Litem, Tatiana Mendoza-Oseguera |
| Gerald L. Marcus<br>Law Offices of Gerald L. Marcus<br>24025 Park Sorrento, Suite 430<br>Calabasas, California 91302<br>FAX: 818-784-5970<br>Email: geraldmarcuslaw@aol.com<br>         m.goujon@injurynetwork.org | |
| Charles H. Horn<br>LeClairRyan, LLP<br>44 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>FAX: 415-391-8766<br>Email: Charles.horn@leclairryan.com | Attorneys for Defendants, Freitas Bros. Farms, LLC; Eric Michael Freitas; and EMF Properties, LLC |
| Paul H. Burleigh<br>LeClairRyan, LLP<br>725 S. Figueroa Street, Suite 350<br>Los Angeles, CA 90017<br>FAX: 213-624-3755<br>Email: paul.burleigh@leclairryan.com | |

WEIL:\97014481\2\67615.0014

*Chue Moua, et al. v. Pacific Gas and Electric Company*
San Joaquin Case No. STK-CV-UPT-2018-13254

| | |
|---|---|
| Matthew R. Eason<br>Kyle K. Tambornini<br>EASON & TAMBORNINI, ALC<br>1234 H Street, Suite 200<br>Sacramento, CA 95814<br>TEL: 916-438-1819<br>FAX: 916-438-1820<br>EMAIL: Matthew@capcitylaw.com | Attorneys for Plaintiffs |
| Domenic D. Spinelli<br>SPINELLI, DONALD & NOTT<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825<br>TEL: 916-448-7888<br>FAX: 916-448-6888<br>EMAIL: domenics@sdnlaw.com | Attorneys for Defendant, MANTECA UNIFIED SCHOOL DISTRICT |
| Joshua Stevens<br>HERUM CRABTREE SUNTAG<br>5757 Pacific Ave, Suite 222<br>Stockton, CA 95207<br>TEL: 209-472-7700<br>FAX:<br>EMAIL: jstevens@herumcrabtree.com | Attorneys for CITY OF STOCKTON |
| David R. Casady<br>Angela C. Allard<br>BERMAN BERMAN BERMAN SCHNEIDER & LOWARY, LLP<br>2390 Professional Drive<br>Roseville, CA 95661<br>TEL: 916-846-9391<br>FAX: 916-672-9290<br>EMAIL: drcasady@b3law.com<br>    acallard@b3law.com<br>    lcarmichael@b3law.com | Attorneys for JESSE TREJO and ELSA TREJO |
| Brandon Finn<br>COSTA LAW FIRM<br>2489 Sunrise Blvd, Suite A<br>Gold River, CA 95670<br>TEL: 916-400-2734<br>FAX: 916-400-2744<br>EMAIL: bjf@costalaw.net | Attorneys for CHU Q. YANG |

WEIL:\97014481\2\67615.0014

*Amir Shahmirza v. PG&E*
San Mateo Case No. 18CIV06064

| | |
|---|---|
| Matthew Mellen<br>Duncan McGee<br>MELLEN LAW FIRM<br>1050 Marina Village Parkway<br>Suite 102<br>Alameda, CA 94501<br>Tel: 510-263-8441<br>Fax: 510-263-8453<br>Email: email@mellenlawfirm.com | Attorneys for Plaintiff AMIR SHAHMIRZA |