Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Counsel for mNOC AERS LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF mNOC AERS LLC'S MOTION FOR ORDER CONFIRMING SAFE HARBOR PROTECTION AND CHANG DECLARATION IN SUPPORT THEREOF**<br><br>**RELATED DKT. NOS. 1599 and 1600**<br><br>(as previously scheduled)<br>**DATE**: May 21, 2019<br>**TIME**: 9:30 a.m. (Pacific Time)<br>**PLACE**: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline: May 7, 2019, 4:00 pm PDT**<br>(extended to May 14, 2019 for Debtors and Unsecured Creditors' Committee) |

**PLEASE TAKE NOTICE** that mNOC AERS LLC ("mNOC") hereby withdraws its *Motion and Memorandum of Points and Authorities of mNOC AERS LLC for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556* [Dkt. No. 1599], and *Declaration of Ting Chang in Support of mNOC AERS LLC's (I) Motion for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion Under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 to File Contract and Related Filings Under Seal* [Dkt. No. 1600], with prejudice.

DATED: May 15, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Thomas C. Mitchell*
Thomas C. Mitchell (CA State Bar No. 124438)
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

and

Debra L. Felder (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

*Counsel for mNOC AERS LLC*