JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:      (213) 430-6000
Facsimile:      (213) 430-6407

PETER FRIEDMAN (*pro hac vice*
forthcoming)
pfriedman@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:      (202) 383-5300
Facsimile:      (202) 383-5414

JOHN J. RAPISARDI (*pro hac vice*
forthcoming)
jrapisardi@omm.com
NANCY A. MITCHELL (*pro hac vice*
forthcoming)
nmitchell@omm.com
MATTHEW L. HINKER (*pro hac vice*
forthcoming)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:      (212) 326-2000
Facsimile:      (213) 326-2061

*Attorneys for Governor Gavin Newsom*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>        Debtors.<br><br>---<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas & Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Governor Gavin Newsom, in his official capacity as

Governor of the State of California, but not on behalf of any agency, department, unit or entity of

the State of California (the "**Governor**"), as a party in interest in the above-captioned chapter 11

CASE NO. 19-30088 (DM)
CASE NO. 19-30089 (DM)

NOTICE OF APPEARANCE

cases (the "**Chapter 11 Cases**"), by and through his counsel, O'Melveny & Myers LLP ("**O'Melveny**"), hereby enter this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Chapter 11 Cases. The Governor requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010(b), Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Chapter 11 Cases, including in adversary proceedings, be given and served upon O'Melveny at the following addresses:

Jacob T. Beiswenger (S.B. #321012)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407
jbeiswenger@omm.com

Peter Friedman (*pro hac vice* forthcoming)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414
pfriedman@omm.com

John J. Rapisardi (*pro hac vice* forthcoming)
Nancy A. Mitchell (*pro hac vice* forthcoming)
Matthew L. Hinker (*pro hac vice* forthcoming)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone:     (212) 326-2000
Facsimile:     (213) 326-2061
jrapisardi@omm.com
nmitchell@omm.com
mhinker@omm.com

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request applies to and includes not only the notices and papers reference in the Bankruptcy Code and Bankruptcy Rules, but also include, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic

Case: 19-30088    Doc# 2007    Filed: 05/15/19    Entered: 05/15/19 13:51:46    Page 2 of 4

mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party in interest in these Chapter 11 Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by the Governor.

**PLEASE TAKE FURTHER NOTICE** that the Governor does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, proof of claim, claim or suit, submit to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Governor or the Office of the Governor; nor shall it be deemed or construed as a waiver of any right by the Governor or the State of California to (a)(i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Governor or the State of California, are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby, (vi) the requirements for service of process under Federal Rules of Bankruptcy Procedure 7004 and 9014, or (vii) the requirements for service of an objection to claim under Federal Rule of Bankruptcy Procedure 3007, all of which rights, claims, actions, defenses, setoffs, and recoupments the Governor or the State of California expressly reserve or (b) waiver of any objections or defenses that the Governor or the State of California may have to this Court's jurisdiction over the State of California or any agency, unit or entity of the State of California based upon the Eleventh Amendment to the United

1  States Constitution or related principles of sovereign immunity or otherwise, all of which objections

2  and defenses are hereby reserved.

3      Dated:  May 15, 2019                                    O'MELVENY & MYERS LLP
              Los Angeles, California
4

5                                                              By:  /s/ Jacob T. Beiswenger
                                                                    Jacob T. Beiswenger
6                                                              *Attorneys for Governor Gavin Newsom*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28