AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   mstamer@akingump.com
         idizengoff@akingump.com
         dbotter@akingump.com
         aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:   (415) 765-9500
Facsimile:   (415) 765-9501
Email:   avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**STATEMENT OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND EXCLUSIVE PERIODS [DOCKET NO. 1797]**<br><br>**Hearing**<br>Date:   May 22, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:   Courtroom 17<br>         450 Golden Gate Ave, 16th Floor<br>         San Francisco, CA 9410 |

The Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"), by its undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, hereby files this statement (the "Statement") with respect to the *Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods* [Docket. No. 1797] (the "Exclusivity Motion").[1] In support hereof, the Ad Hoc Committee respectfully represents as follows:

## STATEMENT

1. By the Exclusivity Motion, the Debtors request a six month extension of their exclusive plan filing and solicitation periods (collectively, the "Exclusive Periods") to November 29, 2019 and January 28, 2020, respectively. While the Ad Hoc Committee does not at this time object to the relief requested in the Exclusivity Motion and is hopeful that the Debtors will propose a confirmable plan of reorganization in the near future, the Ad Hoc Committee nevertheless files this Statement to register its concerns regarding the length of the extension sought and to reserve its right to seek to shorten or terminate the Debtors' Exclusive Periods at a later date, if necessary.

2. The Ad Hoc Committee is aware of the many legal and operational issues the Debtors must contend with during these chapter 11 cases. However, to date, the Debtors have not, as far as the Ad Hoc Committee is aware, engaged in any substantive plan-related discussions with any of their primary stakeholders, including the Ad Hoc Committee, which holds a majority of the Utility's approximately $20.5 billion in funded debt. The Ad Hoc Committee is concerned that the process to replace the Debtors' board of directors initiated and pursued by the Debtors' major shareholders hampered the progress of these chapter 11 cases.

3. It is the Ad Hoc Committee's firm belief that the Debtors and all key parties in interest should focus their efforts on building consensus with respect to a confirmable chapter 11 plan and exiting from bankruptcy as soon as possible. The granting of a lengthy extension should not deter parties in interest from working quickly to reach a global resolution with respect to plan issues, wildfire mitigation

---

[1] Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Exclusivity Motion.

issues and all the challenges that potential future wildfires present, and to ensure that the Debtors emerge from chapter 11 without undue delay. The Ad Hoc Committee, therefore, while not objecting to the relief requested, fully expects the Debtors and other key parties in interest to commence in the very near term good faith negotiations on a path forward. The Ad Hoc Committee, however, reserves the right to seek to shorten or terminate the Debtors' Exclusive Periods should a viable path to emergence present itself to the Ad Hoc Committee and other key parties in interest prior to the expiration of the Exclusive Periods.

**WHEREFORE**, the Ad Hoc Committee respectfully requests that this Court (i) enter an Order that is consistent with this Statement and (ii) grant such other and further relief as is just, proper and equitable.

Dated: May 15, 2019

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: *[signature]*

David H. Botter (*pro hac vice*)
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Ashley Vinson Crawford (SBN 257246)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*