1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone:  (424) 386-4000
9  Facsimile:  (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re: | Case No. 19-30088 (DM) |
|---|---|
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' CORRECTED MOTION PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND EXCLUSIVE PERIODS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re:   Docket No. 1797 |

The Official Committee of Unsecured Creditors (the "Committee") respectfully submits this limited objection (the "Limited Objection") to the *Corrected Motion of Debtors' Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods* (the "Motion") [Docket No. 1797], filed on May 1, 2019. The Committee reserves all rights to be heard before the Court in connection with the Motion.

On January 29, 2019, the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code.

On February 12, 2019, the U.S. Trustee appointed and formed the Committee. As the statutorily appointed fiduciary, the Committee is duty-bound to safeguard the interests of a broad constituency of unsecured creditors holding more than $22 billion in claims in a wide variety of capacities. These individuals and companies play a critical role in supporting PG&E's operations and their support is essential to preserving the operations of the restructured company.

Pursuant to the Motion, the Debtors seek an order extending for approximately six (6) months the periods during which they have the exclusive right to: (i) file a chapter 11 plan (the "Exclusive Filing Period"), through and including November 29, 2019, and (ii) solicit votes thereon, through and including January 28, 2020 (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods").

This is a large, complex case and some extension of exclusivity is warranted. The Committee believes, however, that a four (4) month extension: (i) of the Exclusive Filing Period, through September 29, 2019, rather than through November 29, 2019; and (ii) of the Exclusive Solicitation Period, through November 29, 2019, rather than through January 28, 2020, is more appropriate. The Court and the parties in interest should be in a position by the beginning of the fall to assess the Debtors' progress and the prospects for emergence from bankruptcy protection, such that September 29 is an appropriate checkpoint. Exclusivity is a significant right afforded by

Congress to debtors in possession, and the Court and the Debtors' creditors should be assured it is being utilized properly by the Debtors to advance a restructuring at the swiftest pace that is reasonable under the circumstances and is generally supported by creditors.

WHEREFORE, for the reasons set forth in this Limited Objection, the Committee respectfully requests that this Court enter an order: (i) denying the Motion unless the extension of the Exclusive Periods is reduced from six (6) months to four (4) months; and (ii) granting such other relief as is in the best interests of the Debtors' estates.

Dated: May 15, 2019

**MILBANK LLP**

*/s/Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*