| | |
|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>John M. Pierce (SBN 250443)<br>jpierce@piercebainbridge.com<br>Thomas D. Warren (SBN 160921)<br>twarren@piercebainbridge.com<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, California 90071<br>(213) 262-9333 | LANDAU GOTTFRIED & BERGER LLP<br>Michael I. Gottfried (SBN 146689)<br>mgottfried@lgbfirm.com<br>Roye Zur (SBN 273875)<br>rzur@lgbfirm.com<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056 |

Attorneys for Interested Parties

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**RESPONSE TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 2002 AND 6004(h) FOR AN ORDER (A) AUTHORIZING DEBTORS TO ESTABLISH AND FUND PROGRAM TO ASSIST WILDFIRE CLAIMANTS WITH ALTERNATIVE LIVING EXPENSES AND OTHER URGENT NEEDS AND (B) GRANTING RELATED RELIEF ("WILDFIRE ASSISTANCE PROGRAM MOTION")**<br><br>**Hearing Date and Time:**<br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA |

Interested Parties David Herndon, Julia Herndon, Gabriell Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control respectfully submit this response to the Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(b) For an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants With Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief (the "Motion," ECF No. 1777) brought by PG&E Corporation and Pacific Gas & Electric Company (collectively the "Debtors"), and in support thereof, represent as follows:

The Interested Parties are not opposed to the Motion generally,[1] and applaud the Debtors for seeking to assist those most in need of aid due to the 2017 and 2018 Wildfires.[2] Rather, the Interested Parties object only to the extent necessary to make clear that any distributions made to Wildfire Claimants for covered expenses cannot later be held back or set off from otherwise valid claims except to the extent that the distributions and claims actually cover the same expenses. In other words, PG&E should not be able to deduct amounts paid through the Wildfire Fund, which are intended to compensate for "Alternative Living Expenses or other urgent needs" (*id.* at 4), from amounts due for the reconstruction of housing or similar expenses stemming from the 2017 and 2018 Wildfires. Indeed, allowing PG&E to offset these "urgent needs" funds from other types of liabilities could have the perverse effect of limiting the total recovery available to the Wildfire Claimants, as the Debtors expect that the Emergency Fund might in some aspects be duplicative of funds otherwise available to claimants through the Federal Emergency Management Agency. *See id.* at 5.

---

[1] While Debtors insist that they are not admitting liability by seeking the Emergency Fund, the Motion appears, at least tacitly, to be an admission of such liability. Indeed, the Debtors' suggestion that they are not liable to the Wildfire Claimants appears inconsistent with the business judgment standard necessary for the establishment of the Emergency Fund. *See, e.g., In re W.J. Bradley Mortg. Capital, LLC*, 598 B.R. 150, 175 (Bankr. D. Del. 2019) (explaining that "[c]orporate waste exists where *the consideration received* for a transfer of corporate assets is so deficient that no reasonable person could conclude the transfer serves a corporate purpose") (emphasis added). Notwithstanding the inconsistency, the Interested Parties believe that the relief requested is appropriate, and that Debtors ultimately will be found liable for damages that are well in excess of the Emergency Fund.

[2] Capitalized terms not defined herein shall having the meaning ascribed to them in the Motion and Proposed Order.

Case: 19-30088    Doc# 2011    Filed: 05/15/19    Entered: 05/15/19 15:06:52    Page 2 of 4

Accordingly, the Interested Parties propose that the below language be added to the Debtors' Proposed Order (ECF No. 1777 Ex. A):

12. Nothing in this Order or the Motion is intended to be or shall be construed as granting the Debtors the right to offset or otherwise hold back amounts distributed through the Emergency Fund from amounts due and owing pursuant to claims stemming from the 2017 and 2018 Wildfires, except to the extent that the amounts due and owing are compensation for the same expenses claimed through the Emergency Fund.

For the reasons state above, the Interested Parties request that the Court grant Debtors' Motion subject to the addition of the above text to the Proposed Order or to entry of an Order addressing the points raised by the Interested Parties herein.

[Signatures to Follow]

Dated: May 15, 2019                    */s/ Thomas D. Warren*
      Los Angeles, CA                Thomas D. Warren

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

Deborah Renner (pro hac requested)
drenner@piercebainbridge.com
Claiborne Hane (pro hac requested)
chane@piercebainbridge.com
Michael Eggenberger (pro hac requested)
meggenberger@piercebainbridge.com
20 West 23rd Street, Fifth Floor
New York, New York 10010
(212) 484-9866

-and-

         */s/ Michael I. Gottfried*
Michael I. Gottfried

LANDAU GOTTFRIED & BERGER LLP
Michael Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
(310) 557-0050

Attorneys for Interested Parties