Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' LIMITED JOINDER, OBJECTION AND COUNTER MOTION TO DEBTORS' WILDFIRE ASSISTANCE PROGRAM MOTION (DKT. NO. 1777)**<br><br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

1. I, Steven M. Campora, am licensed to practice laws in the courts of the State of California, and am a partner of the law firm of Dreyer Babich Buccola Wood & Campora LLP ("**Dreyer Babich**"), resident in its Sacramento office. I have personal knowledge of the facts set forth in this declaration and if called to testify, could and would competently testify thereto.

2. Dreyer Babich served as counsel to several plaintiffs who sued Pacific Gas and Electric Company ("**PG&E**") for damages sustained in the wildfire in Amador County and Calaveras County in September 2015, that was determined to have been caused by PG&E's electrical equipment. I received on behalf of those plaintiffs information from PG&E regarding "PG&E's Offer of Assistance To Address Urgent Needs."

3. Attached hereto as **EXHIBIT A** and incorporated herein by reference is a letter, dated November 18, 2015, from counsel for PG&E to me and other counsel for residents impacted by the Butte Fire regarding "PG&E's Offer of Assistance to Address Urgent Needs." The letter included an attachment entitled "PG&E's Offer of Assistance to Address Urgent Needs – Description."

4. Attached hereto as **EXHIBIT B** and incorporated herein by reference is a letter, dated November 20, 2015, from FEMA to PG&E in which FEMA gave PG&E direction concerning how PG&E's victims fund intersected with FEMA benefits.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2019.

_____
Steven M. Campora