**EXHIBIT A**

# GOUGH & HANCOCK LLP

<u>Via Email</u>
November 18, 2015

| | | |
|---|---|---|
| Eric Ratinoff<br>Eric Ratinoff Law Corp.<br>401 Watt Avenue<br>Sacramento, CA 95864 | Steven Airola<br>Airola & Airola<br>550 E. St. Charles Street<br>San Andreas, CA 95249 | Robert W. Jackson<br>Jackson & Parkinson, Trial Lawyers<br>205 West Alvarado Street<br>Fallbrook, CA 92028 |
| John Airola<br>Airola Law Offices<br>2399 American River Dr., Ste. 2<br>Sacramento, CA 95825 | John Gomez<br>Gomez Trial Attorneys<br>655 West Broadway, Ste. 1700<br>San Diego, CA 92101 | Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Ave.<br>Ste. 1100<br>Dallas, Tx 75219 |
| Amanda Riddle<br>Corey, Luzaich, de Ghetaldi, Nastari & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Milbrae, CA 94030 | Michael Danko<br>Danko Meredith<br>333 Twin Dolphin Dr., Ste. 145<br>Redwood Shores, CA 94065 | Gerald Singleton<br>Singleton Law Firm APC<br>115 West Plaza Street<br>Solana Beach, CA 92075 |
| E. Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway Ste. 860<br>San Diego, CA 92101 | Geoffrey Spreter<br>Spreter Law Firm APC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | Demetrios A. Sparacino<br>Sparacino Law Corporation<br>525 "B" Street, Suite 1500<br>San Diego, CA 92101 |
| Steven Campora<br>Dreyer Babich Buccola Wood Campora LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826 | Frank Pitre<br>Cotchett, Pitre & McCarthy<br>840 Malcom Rd., Ste 200<br>Burlingame, CA 94010 | |

   **Re: PG&E's Offer of Assistance to Address Urgent Needs**

Dear Counsel:

We are writing to let you know that Pacific Gas and Electric Company (PG&E) is offering to assist eligible residents who have been displaced or otherwise impacted by the Butte Fire and are in urgent need of financial assistance to cover immediate needs, including temporary housing, vehicle rental, or replacement of household items, and do not have insurance. PG&E is making up to $50,000 available to each uninsured property owner who resided at a damaged or destroyed property at the time of the fire, and up to $10,000 for uninsured renters who occupied such a property at the time of the fire to be used for temporary housing, vehicle rental, content replacement or other immediate financial needs.

Letter to Counsel
November 18, 2015
Re: PG&E's Offer of Assistance to Address Urgent Needs
Page 2

This Friday, November 20, 2015, PG&E plans to send the attached information and application to the addresses listed as destroyed on the Cal Fire Damage Assessment Report. If you do not want PG&E to mail the information and application to any of your clients, please provide their addresses so that we may remove those addresses from the Cal Fire Damage Assessment Report address list.

Please ask any of your eligible clients who may need immediate financial assistance and do not have insurance to review and fill out the attached forms and then return them directly to Pacific Gas and Electric Company, via email lawclaims@pge.com, or fax (925) 459-7326, or mail to 1850 Gateway Blvd., 3rd Floor, Concord, CA 94520. PG&E will not use your clients' applications, or any information contained therein, in the litigation (unless the information is obtained independently in the litigation). As you will see from the attached documents, PG&E will require your client(s) to agree that any amount paid under this program will be deducted from any future recovery.

Please do not hesitate to contact us if you have any questions. We would appreciate confirmation that you have shared this information with your clients.

Very truly yours,

Kenneth R. Chiate
Quinn Emanuel Urquhart & Sullivan, LLP

Gayle L. Gough
Gough & Hancock LLP



## PG&E's Offer of Assistance To Address Urgent Needs – Description

We know the last several weeks have been very difficult for our customers after the Butte Fire. Our thoughts and best wishes continue to be with all who have been affected by this destructive event.

PG&E is cooperating with CAL FIRE and other parties in the on-going investigation of the Butte Fire and these investigations take time. We understand that this can create hardships and therefore, PG&E is offering to assist eligible residents who do not have insurance and who have been displaced or otherwise impacted by the Butte Fire and are in urgent need of financial assistance to cover immediate needs. PG&E is making up to $50,000 available to each uninsured property owner who resided at a destroyed property at the time of the fire, and up to $10,000 for uninsured renters who occupied such a property at the time of the fire, to be used for temporary housing, vehicle rental, content replacement or other immediate financial needs.

If you are uninsured, we have included a form for you to describe your immediate financial needs. After you complete the form, please sign it to confirm the accuracy of the information provided, and return the form to Pacific Gas and Electric Company, via email lawclaims@pge.com, fax (925) 459-7326, or mail 1850 Gateway Blvd., 3rd Floor, Concord, CA 94520. PG&E will review and verify the information you provide, and then notify you as soon as possible if you qualify for assistance under this program and of the amount of assistance it will provide. If PG&E determines that you are not eligible for immediate assistance under this program, your claim nevertheless will remain pending with PG&E and will be evaluated and processed as soon as possible.

Please note that PG&E is providing this assistance on the condition that you agree that any payment made at this time will be deducted from any recovery or award you may receive in any litigation arising from the Butte Fire. If you do not recover any other funds from PG&E arising from the Butte Fire, or if the amount of any recovery is less than the amount of this payment, you will not be obligated to repay any amount that exceeds your recovery.

For questions regarding this letter, please call the PG&E Butte claims helpline (209) 636-9076.

*[signature]*

Nicolaus Glero, Sr. Manager
Energy Solutions and Service

03765-00001/7392231.6



**PG&E's Offer of Assistance To Address Urgent Needs – Application Form** Please provide the information described below and send a signed copy of this form to Pacific Gas and Electric Company, via email lawclaims@pge.com, fax (925) 459-7326, or mail 1850 Gateway Blvd., 3rd Floor, Concord, CA 94520. PG&E will review your application package and then notify you if you are eligible for an immediate need payment and the amount of assistance being offered. If you wish to provide additional information or explanation, please write on the reverse of this form or attach additional pages.

| | |
|---|---|
| Date of application: | |
| Recipient name(s) (list all individuals residing at the affected property): | |
| Affected property address: | |
| Property owner and/or renters contact information:<br><br>**Phone Number:**<br><br>**Email address:** | |
| Is the affected address covered by homeowners or renters insurance?<br><br>*Please note this assistance offer is only for those who do NOT have insurance. | |
| Current mailing address: | |
| Amount requested (up to $50,000 for owners; up to $10,000 for renters): | |
| Were you an owner or renter? If a renter, please provide the property owner's name and contact information. If an owner, was the property rented, and if so, to whom? | |



| | |
|---|---|
| Was the house destroyed or rendered uninhabitable? | |
| How do you intend to use any funds that are provided?<br><br>(Please describe any other factors you would like PG&E to consider on the back of this form.) | |
| State the name of any attorney representing you related to the Butte Fire. | |

Certification of accuracy: By my signature below, I certify under penalty of perjury that the foregoing information is accurate and that I did not have property insurance covering the affected property. I further certify that I agree to use any funds provided by Pacific Gas and Electric Company ("PG&E") for the purposes described above. I further agree that any payment received from PG&E now can be deducted from any future recovery or award I receive, as described above.

Signature / Date   _____