**EXHIBIT B**

U.S. Department of Homeland Security
FEMA-4240-DR-CA
Joint Field Office
8745 Folsom Boulevard
Sacramento, CA 95826

# FEMA

November 20, 2015

Mr. Nicolaus Glero
Senior Manager, Energy Solutions & Services
Pacific Gas & Electric Company
1850 Gateway Boulevard, 3rd Floor
Concord, California 94520

RE: PG&E Offer of Assistance to Address Urgent Needs – Description

Dear Mr. Glero:

I am the Federal Disaster Recovery Manager and Federal Coordinating Officer (FCO) for FEMA in charge of FEMA disaster 4240. FEMA-DR-4240-CA is, in part, the Federal coordinated response to the Butte Fire in Calaveras County. Today, I am in possession of a copy of your referenced offer to the uninsured survivors of the Butte Fire in Calaveras County (copy attached). Your kind offer may have unintended consequences that I ask your assistance in mitigating.

As you know, FEMA is providing assistance to survivors of the Butte Fire in Calaveras County. FEMA does this under the auspices of the Robert T. Strafford Disaster Relief and Emergency Assistance Act, as amended (Stafford Act). 42 U.S.C. §§ 5121 *et seq.* The Stafford Act includes a specific provision prohibiting the duplication of benefits. Stafford Act § 312, 42 U.S.C. § 5155. Every agency in the federal government must assure that no one receives duplicate assistance for any part of a loss for which the individual or business has received financial assistance under any other program, from insurance, or from any other source. FEMA's implementing regulations provide that FEMA will not provide assistance when any other source has already provided such assistance or when such assistance is available from any other source. Stafford Act § 312, 42 U.S.C. § 5155. The duplication of benefits prohibition essentially means that FEMA must coordinate individual assistance with other entities, as well as taking other financial disaster survivor assistance into consideration. Your program as outlined in the notice I received yesterday provides such benefits.

In the worksheet attached to the notice, PG&E seeks several fields of information from potential recipients. If you asked whether the applicant had received any funds from FEMA or the Small Business Administration (SBA) and considered that in making the loan award, that could prevent any duplication of benefits. If your award was to meet any unmet needs of the uninsured survivors above and beyond what they already received from FEMA or the SBA, then FEMA would not have to undertake a recoup of those benefits.

When FEMA becomes aware that a recipient of FEMA funds received funds from another source to cover the same expenses for which the FEMA funds were awarded, FEMA is obligated to recoup the

funds it awarded from the recipient. As you can imagine, this causes great unrest and unease on the survivors. In an attempt to avoid that situation, I am asking for your support.

If PG&E limits its assistance to cover just the unmet needs from the survivors, then FEMA will not be compelled to initiate a collection action. To ensure that we have a proper accounting of support as required by the Stafford Act, I will ask that you make available to FEMA the award amounts, to whom paid and for what needs PG&E makes payments. If you cannot provide that information, I would ask that you at least give FEMA a list of recipients of your program in Calaveras County.

If you have questions or concerns, I ask that you contact Jennifer Amaral from my staff at (510-502-6995, jennifer.amaral@fema.dhs.gov. I appreciate your attention to this matter and any assistance you can provide to FEMA to help us avoid an unfortunate and unintended situation for the survivors of the Butte Fire in Calaveras County.

Sincerely,

Timothy J. Scranton
Federal Coordinating Officer/
Disaster Recovery Manager
FEMA-DR-4240-CA

Attachment: as noted above