Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **DECLARATION OF KIRK TROSTLE IN SUPPORT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' LIMITED JOINDER, OBJECTION AND COUNTER MOTION TO DEBTORS' WILDFIRE ASSISTANCE PROGRAM MOTION (DKT. NO. 1777)**<br><br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, Kirk Trostle, declare:

1. I have personal knowledge of the facts set forth in this declaration and if called to testify could and would competently testify thereto.

2. I lived in Paradise, California, for 30 years before the Camp Fire destroyed the town and neighboring communities. The fire destroyed my home and possessions as well as the homes and possessions of 25 of my family members. My daughter was almost killed by the fire; she said "Good-bye" to my wife and me on the phone.

3. Before the fire, I served in law enforcement for 27 years, including as Chief of Police for the City of Chico and as Chief of Police for the City of Oroville. Both cities are near to the now-destroyed Town of Paradise.

4. My wife and I have been displaced to Anderson, California, which is an hour and a half drive from Paradise. Nonetheless, I have visited Paradise many times since the fire and have kept in touch with many former residents in person, on the phone, and by social media.

5. There is a large number of victims of the Camp Fire who urgently need help to get on their feet. Many are in temporary housing – travel trailers, tents, couch surfing, rented rooms, relatives' homes, motels, and the like.

6. I understand the Debtors' Wildfire Assistance Program Motion seeks $105 million to help provide for the urgent needs of fire victims. It is imperative an urgent needs fund be sufficient to actually provide for the urgent needs of <u>all</u> of the thousands of fire victims who have such need. Promising but underfunding an urgent needs fund will only add injury to injury for those who already have suffered so much, been given hope of help in the form of an urgent needs fund, and then denied assistance because of underfunding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of May 15, 2019, at Anderson, California.

*/s/ Kirk Trostle*
Kirk Trostle

- 2 -

Case: 19-30088   Doc# 2016   Filed: 05/15/19   Entered: 05/15/19 15:39:36   Page 2 of 2