Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:  628.208.6434
Facsimile:   310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION** <br><br> – and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case <br> Case No.: 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF ROBERT A. JULIAN IN SUPPORT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' LIMITED JOINDER, OBJECTION AND COUNTER MOTION TO DEBTORS' WILDFIRE ASSISTANCE PROGRAM MOTION (DKT. NO. 1777)** <br><br> Date:  May 22, 2019 <br> Time:  9:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16 Floor <br> San Francisco, CA  94102 |

ROBERT A. JULIAN, under penalty of perjury, declares:

1. I am a partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants of PG&E Corporation and Pacific Gas and Electric Company (collectively the "**Debtors**") in these chapter 11 cases.

2. I submit this Declaration in support of the Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion ("**Joinder**") to the Debtors' Wildfire Assistance Program Motion (Dkt. No. 1777).

3. Unless otherwise stated in this Declaration, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

4. Attached hereto as **EXHIBIT A** is a true and correct copy of Pacific Gas & Electric Company Safety Model Assessment Proceeding Prepared Testimony, CPUC, May 1, 2015.

5. Attached hereto as **EXHIBIT B** is a true and correct copy of *California North Bay Fire Cases*, Judicial Council Coordination Proceeding No. 4955, Master Complaint – Individual Plaintiffs (Cal. Super. Ct. Mar. 12, 2018).

6. Attached hereto as **EXHIBIT C** is a true and correct copy of *US v. PG&E*, No. CR 14-0175 WHA, Order Adopting New Conditions of Probation (Dkt No. 1040) (N.D. Cal. Apr. 2, 2019).

7. Attached hereto as **EXHIBIT D** is a true and correct copy of PG&E, Form 8-K (Jan. 13, 2019).

8. Attached hereto as **EXHIBIT E** is a true and correct copy of PG&E, Form 8-K (Feb. 28, 2019).

9. Attached hereto as **EXHIBIT F** is a true and correct copy of PG&E, Form 10-Q (May 2, 2019).

10. Attached hereto as **EXHIBIT G** is a true and correct copy of the hearing transcript from May 7, 2019 in *US v. PG&E*, No. CR 14-0175 WHA (N.D. Cal.)

11. Attached hereto as composite **EXHIBIT H** are true and correct copies of signed declarations or letters of fire victims who have suffered and continue to suffer the impact of the

loss of their homes in fires in 2018, 2017 and 2015, and are submitting collectively in support of the Joinder:

a. Elizabeth "Libby" Andresen
b. Landon Andresen
c. Paul Andresen
d. Tracy Lynne Arnbrister
e. Lara Balan
f. Kevin Burnett
g. Alex Cranstoun
h. Robert DeWalt
i. Lee Ann Estep
j. Simmon Flagg
k. James Gaebe
l. Katherine Gaynor
m. William Goggia
n. Kathleen Gross
o. Jennifer Grove
p. Kenneth W. Grove, Jr.
q. Isa Jacoby
r. Michael Krzanich
s. Dawn Lazzarino
t. Janet Lucich
u. Cindy Ly
v. Rachel Marin
w. Leslie Moore
x. Richard Allen Mootz
y. Christine Mountain
z. Kevin Mulder

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| | | |
|---|---|---|
| aa. | Kenneth Nelsen |
| bb. | Nicholas D. Powell |
| cc. | Michael Pulliam |
| dd. | Dominic Romeri |
| ee. | Faith Lynn Sandoval |
| ff. | Kenneth Sevenns |
| gg. | Eric Shoemake |
| hh. | Judy Simmons |
| ii. | Michael Slightom |
| jj. | Tiffany L. Slightom |
| kk. | Betty J. Taylor |
| ll. | Cindy Tinker |
| mm. | Brenda Tucker |

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on May 15, 2019

                                              */s/ Robert A. Julian*
                                              By: Robert A. Julian

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA