# Wires Down -- Vegetation

## Injuries/Fatalities

- 3 contacts as a result of a vegetation related wire down

## Fire Ignitions

- Number of events is decreasing. Typical event involves less than 10 acres but the possibility of a catastrophic fire exists:

  ○ Southern California: 2008 Witch Creek, Guejito and Rice fires (SDG&E) and Malibu Canyon Fire (SCE)

  ○ PG&E: 2008 Whiskey Fire - 7,783 acres (Tehama county)

- The risk of catastrophic wild fire will be addressed as part the enterprise risk management assessment

- System Protection will have a separate risk assessment and will include a recommendation to review reclose relay settings in UWF/OWF/SBWF areas

## Property Damage

- 4 property damage events due to vegetation related wire down



**Vegetation-Related Ignitions -- 2001 to 2012**

Values by year: 2001: 103, 2002: 89, 2003: 73, 2004: 110, 2005: 60, 2006-2007: 67, 2008: 86, 2009: 87, 2010: 50, 2011: 63, 2012: 53

Data not collected

**OH Primary Conductor Fires by Size 2007 to 2012**

| Fire Size | Number |
|---|---|
| ≤ 10 acres | 338 |
| 10 to 100 acres | 9 |
| 100 to 1,000 acres | 3 |
| 1,000 to 10,000 acres | 1 |
| > 10,000 acres | 0 |
| **Total** | 351 |

1 acre ≈ 1 football filed

4-AtchB-11

# Wire Down -- Equipment Failure

**Primary Overhead Conductors**

- **The system average of wire down events due to equipment failure is 0.77 per 100 miles**

- East Bay, San Francisco, Peninsula, Central Coast and Sacramento have values > 150% of the system average. Except for Sacramento, all the divisions have corrosion areas.



**Wire-Down per 100 Miles of OH Conductor
(2012 - 2013 Equip Failure Related)**

system average = 0.77 per 100 Mile

| Division | Value |
|---|---|
| EAST BAY | 1.98 |
| SAN FRANCISCO | 1.76 |
| PENINSULA | 1.55 |
| CENTRAL COAST | 1.27 |
| SACRAMENTO | 1.19 |
| NORTH BAY | 1.00 |
| DE ANZA | 0.92 |
| DIABLO | 0.91 |
| LOS PADRES | 0.89 |
| FRESNO | 0.76 |
| SIERRA | 0.73 |
| MISSION | 0.73 |
| STOCKTON | 0.67 |
| SAN JOSE | 0.59 |
| KERN | 0.58 |
| HUMBOLDT | 0.54 |
| NORTH VALLEY | 0.51 |
| SONOMA | 0.49 |
| YOSEMITE | 0.49 |

- Wire size, type and location are attributes

# Equipment Related Wire Down - Attributes

## Conductor Size

- **_Small wire_** (< 1/0) wire down rate is 9% higher than the system average (0.84 vs. 0.77)

## Conductor Type

- The performance of **_copper_** conductor is significantly worse than the system value (1.15 vs. 0.77)

## Corrosion Zone

- The performance of conductors in **_corrosion_** zones is worse than non-corrosion zones
  - 6 Cu is estimated to be 2.5 times higher in corrosion zone
  - 4 ACSR is estimated to be 13 times higher in corrosion zone

- The following divisions have corrosion zones

  - Humboldt
  - Sonoma
  - North Bay
  - Mission
  - East Bay
  - Peninsula
  - Central Coast
  - Los Padres
  - San Francisco

- Six of these divisions have wire down rates greater than the system average

# Attributes That Potentially Increase the Consequences of a Wire Down Event

- Asset location is an attribute that increases the negative consequence of a wire down event
  - Wild Fire Area (Urban, Other, Santa Barbara)
  - Urban Population Areas (using GIS definition of 1,000 people/square mi)
  - Corrosion Areas
  - Major roadways and waterways

**Estimated Amounts of Small Wire Sizes by Attribute**

| Attribute | # 6 Cu | # 4 Cu | Other Small Copper Conductors | Sub Total Copper | 4 ACSR | 2 ACSR | Sub Total ACSR | Total Small Conductor |
|---|---|---|---|---|---|---|---|---|
| Wild Fire Area | 310 | 104 | 67 | 481 | 549 | 98 | 647 | 1,128 |
| Urban Population Area | 7,738 | 1,931 | 660 | 10,329 | 8,409 | 276 | 8,685 | 19,104 |
| Corrosion Area | 2,341 | 586 | 218 | 3,145 | 683 | 16 | 699 | 3,844 |

- Wire down events where conductor remains energized is another attribute that potentially increases the consequences of wire down events
  - Energized conductor data varies considerably between divisions. Improved data collection is needed
- Number of in-line connectors also influences likelihood of failure

# Current Control Mitigations -- Intact Contact



- Vegetation Management
  - Routine trimming & removal (~ 1.3 million units/year)
  - 99.5 % compliance with regulatory requirements
  - Work at historic outage locations
  - Pilot analyzing failure characteristics of otherwise healthy trees in wildfire areas

- Design, Construction and Operating Requirements
  - Clearance requirements
  - Warning signs

- Overhead Line Maintenance Program
  - Visual patrols and inspections that can potentially identify issues such as excessive sag, inadequate clearances, vegetation problems, etc.

- Public Awareness Programs
  - Wire Down awareness
  - Tree Trimmers awareness
  - Need awareness program for specific third parties such as painters, roofers, cable, crane operators

# Current Control Mitigations -- Wire Down Contact



Vegetation Management (see prior page)

Public Awareness Programs

- ○ Wire Down awareness
- ○ Tree Trimmers awareness

Design, Construction and Operating Requirements

- ○ Bulletins addressing the use of 6 Cu and automatic splices
- ○ Expanding corrosion area boundaries
- ○ Review of minimum wire sizes
- ○ Review of splices per span and application of shunt splices

OH Conductor Replacement Program

- ○ Replaced 96 miles in 2013. 2014 plan is to replace 187 circuit miles (capacity and reliability programs)

Infrared and Splice Inventory Program

- ○ Assessed 10,000 miles in 2013. 2014 plan to infrared and inventory splices on another 10,000 miles.

System Protection

- ○ 2012 review concluded that PG&E's practices reflect what is currently considered good practice in the industry

- Line Maintenance Program

  - ○ Visual patrols and inspections that can potentially identify issues such as excessive sag, inadequate clearances, vegetation problems, etc.

- 911 Response

  - ○ Processes and metrics to respond in a timely manner to emergency situations

# Current Controls Assessment - Amber

## Primary Overhead Conductors

| Control Description | Frequency/Impact | Control Type | Third-Party | Equipment Failure | Vegetation | Work Procedure Error | Animal |
|---|---|---|---|---|---|---|---|
| Public Awareness Programs (Wire Down/Tree Workers) | Frequency | Preventive (administrative) | Red | | Amber | | |
| Vegetation Management | Frequency | Preventive | | | Green | | |
| Line Maintenance Program | Frequency | Preventive | | | Red | | |
| Design, Construction and Operating Procedures | Both | Preventive (administrative) | Amber | Amber | | Amber | |
| Conductor Replacement Program | Frequency | Preventive | | Red | | | |
| Infrared Inspection /Splice Inventory | Frequency | Preventive | | Amber | | | |
| Site Investigation (wire down, vegetation, work procedure) | Frequency | Preventive | Amber | | Amber | Amber | Amber |
| System Protection (separate risk evaluation) | Impact | Detective | | | | | |
| 911 Response | Impact | Preventive | Amber | | Amber | Amber | Amber |

**Risk Drivers**

Strong Control | Adequate Control | Weak Control



# Recommendations – New Risk Mitigations

| Work Recommended | Risk Driver Affected | Addresses Impact/ Frequency | Proposed Action Owner | Timing | Comments |
|---|---|---|---|---|---|
| Expand public safety outreach program to (1) focus on specific third parties such as painters, roofers, cable, crane operators beyond veg; (2) expanded metrics and reporting to ensure efforts are effective | 3rd party | Frequency & Impact | | Complete plan by Q2 2014 | Coordinate with External Communications and Customer Care. Lower the risk of accidental contact with distribution conductors |
| Review tree trimming practices to explore opportunities to focus on historical wire down locations | Vegetation | Frequency | | Complete Evaluation and Finalize Plan by Q2 2014 | Final GRC decision will specify vegetation balancing account amount |
| Revise STAR Tool to assign additional risk to small and copper wires and locations with higher failure rates | Equipment | Frequency | | Complete by Q2 2014 | Address high consequence locations such as freeway crossing, from a impact potential, to better prioritize replacement or upgrades |
| Develop a plan, including quantities and schedules, to replace certain small wire (such as 4 Cu, 6 Cu & ACSR) in wild fire areas, urban areas and high corrosion areas. | Equipment Failure | Frequency | | Plan: Q2 2014 Implement: Q3 2014 | |

# Recommendations – New Risk Mitigations

| Work Recommended | Risk Driver Affected | Addresses Impact/ Frequency | Proposed Action Owner | Timing | Comments |
|---|---|---|---|---|---|
| Electric distribution standards to issue guidelines for threshold limit on maximum number of in-line connectors on existing lines as well as criteria/driver for terminating OH wire for replacement. | Equipment Failure | Frequency | | Complete Q1, 2014 | Guidance on the allowable number of splices in new spans already exists. |
| Revisit existing distribution protection practices and explore potential application of new technology options to reduce likelihood of a down primary wire remaining energized. Prepare a report summarizing the findings and recommendations. | Third Party | Frequency & Impact | | Complete Q2, 2014 | |

Prior to executing new recommendations, we find the current residual risk of ED OH Conductor is "amber". Upon implementation of proposed incremental controls and continuation of existing controls, we anticipate the future residual risk will continue to be "amber."

4-AtchB-19

# Risk Scenarios – Current Residual Risk

**Typical** result of an asset failure:

service interruption to approximately 350 customers for approximately two hours (excluding major event days) and does not result in an electric contact or fire ignition.

**Extreme** result of an asset failure:

a conductor failure or tree contact causing:

(a) A relatively small (<1000 acres) fire in a densely populated area (e.g., Oakland Hills) resulting in significant property damage, fatalities and injuries; or

(b) A large fire in a rural area involving more than 100 square miles (approximately 64,000 acres) resulting in limited property damage but would include fatalities and injuries

These scenarios are used to score and prioritize our relative risk in the Risk Register for Electric Operations

**Risk Evaluation Tool (7x7) scoring of scenarios:**

| | | | | | Impact Level* | | | |
|---|---|---|---|---|---|---|---|---|
| Current Residual | Risk Scenario | Frequency Level* | Safety | Environmental | Compliance | Reliability | Reputational | Financial |
| | Typical | 7 | 1 | 1 | 1 | 3 | 1 | 1 |
| | Extreme | 3 | 6 | 6 | 5 | 4 | 6 | 5 |

*Definitions of ranking levels are based on the enterprise risk management 7x7 matrix v5.

GIS Overlay of:

- Corrosion Zones
- Urban population density
- UWF/ OWF/ SBWF

Would need to overlay small copper distribution conductor on this, and adjust to show HCA versus strictly "urbanized areas"



4-AtchB-21

# Conductor Age Data



**Distribution Poles and OH Primary Conductor by Year Installed**



- Conductor age data in CEDSA is inaccurate – the significant increase in conductor amounts is a result of a technology system conversion in the late 1980's where the year installed field became mandatory and 1988, 1989 and 1990 was entered for many previously-blank line section records

- Using distribution pole age we can estimate that:
  - ❏ 25% of OH conductor is over 50 years old
  - ❏ 50% of OH conductor is 40 years old
  - ❏ 75% of OH is over 27 years old

- There is no age data for splices/connectors.



# Asset Performance

- The tables below show sustained outages by:
  - Basic cause – which identifies leading risk drivers
  - Asset type – which is potentially useful in understanding performance from a conductor vs. connector/splice perspective

## Sustained Outages by Basic Cause -- 2008 to 2012 (excluding major event days)

| Basic Cause | 2008 | 2009 | 2010 | 2011 | 2012 | Total | 5 Year Avg | % of Total |
|---|---|---|---|---|---|---|---|---|
| Vegetation | 2,266 | 2,226 | 2,236 | 2,083 | 2,412 | 11,223 | 2,245 | 41% |
| Equipment Failure | 2,505 | 2,155 | 2,037 | 1,956 | 2,133 | 10,786 | 2,157 | 39% |
| Third-party | 508 | 496 | 503 | 570 | 586 | 2,663 | 533 | 10% |
| Animal | 367 | 403 | 463 | 633 | 652 | 2,518 | 504 | 9% |
| Company Initiated | 47 | 42 | 40 | 55 | 60 | 244 | 49 | 1% |
| Unknown cause | 43 | 43 | 56 | 51 | 34 | 227 | 45 | 1% |
| Total | 5,736 | 5,365 | 5,335 | 5,348 | 5,877 | 27,661 | 5,532 | 100% |

## Sustained Outages by Asset Type -- 2008 to 2012 (excluding major event days)

| OH Asset Type | 2008 | 2009 | 2010 | 2011 | 2012 | Total | 5 Year Avg | % of Total |
|---|---|---|---|---|---|---|---|---|
| Conductor, Overhead | 4,646 | 4,359 | 4,412 | 4,466 | 4,830 | 22,713 | 4,543 | 82% |
| Connector or splice | 350 | 340 | 345 | 358 | 450 | 1,843 | 369 | 7% |
| Jumper | 724 | 653 | 566 | 517 | 589 | 3,049 | 610 | 11% |
| PG's, Kearneys | 16 | 13 | 12 | 7 | 8 | 56 | 11 | 0% |
| Total | 5,736 | 5,365 | 5,335 | 5,348 | 5,877 | 27,661 | 5,532 | 100% |

The leading risk drivers are:
- Vegetation (41%)
- Equipment Failure (39%)
- Third-party (10%)
- Animal (9%)

- Personnel familiar with splice & connector performance and PG&E's data recording practices consider the splice/connector data inaccurate. Improved data in this area is necessary.

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 5**

**GAS OPERATIONS**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 5
GAS OPERATIONS

TABLE OF CONTENTS

A.  Introduction ................................................................................................ 5-1

B.  General Processes ..................................................................................... 5-1

　　1.  Organizational Structure ..................................................................... 5-1

　　2.  Enterprise and Operational Risk Management and Integrated
　　　　Planning Processes .......................................................................... 5-3

　　3.  Risk-Based Prioritization Methodologies ............................................ 5-4

　　　　a.  DIMP .......................................................................................... 5-5

　　　　　　1)  Know the PG&E System ....................................................... 5-6

　　　　　　2)  Identify Threats .................................................................... 5-7

　　　　　　3)  Evaluate and Rank Risks ..................................................... 5-8

　　　　　　4)  Implement Measures to Address Risks ................................ 5-12

　　　　　　5)  Measure Performance, Monitor Results and Evaluate
　　　　　　　　Effectiveness ....................................................................... 5-13

　　　　　　6)  Conduct Complete Program Evaluations and Make
　　　　　　　　Improvements ...................................................................... 5-13

　　　　　　7)  Report Results .................................................................... 5-13

　　　　b.  Program-Specific Prioritization Methodologies ........................... 5-13

　　4.  Gas Operations Integrated Planning Process ..................................... 5-14

　　　　a.  Session D and Risk Register ....................................................... 5-14

　　　　b.  Session 1 and Risk Informed Budget Allocation .......................... 5-16

　　　　c.  Session 2 and a Risk-Informed, Executable Work Plan .............. 5-16

C.  Areas of Focus and Improvement .............................................................. 5-17

**PACIFIC GAS AND ELECTRIC COMPANY**
**CHAPTER 5**
**GAS OPERATIONS**

A. **Introduction**

This chapter describes how Pacific Gas and Electric Company's (PG&E) Gas Operations organization is using the Enterprise and Operational Risk Management (EORM) Standard, its Integrity Management program, and other tools to manage gas system risks.

B. **General Processes**

1. **Organizational Structure**

Within Gas Operations, risk management is owned by the Risk Register, Asset Knowledge and Integrity Management, and Investment Planning departments.

- The Risk Register team is responsible for overseeing risk management activities driven by the EORM Program. This includes maintenance of Gas Operations' Risk Register and implementation of the Session D process.

- The Asset Knowledge and Integrity Management (AK&IM) Department is responsible for overseeing PG&E's Transmission Integrity Management Program (TIMP), Distribution Integrity Management Program (DIMP), and Facility Integrity Management Program (FIMP). These programs are driven by federal requirements[1] and involve risk management programs that are focused on asset-related threats and risks. The Senior Director of AK&IM is also accountable for the asset management planning processes within Gas Operations[2] and oversees the development of asset management plans for each of Gas

---

[1] TIMP is driven by Title 49 of the Code of Federal Regulations – Transportation (49 CFR) 192 Subpart O. DIMP is driven by 49 CFR 192 Subpart P. FIMP is a new concept that has been discussed as part of the Pipeline and Hazardous Materials Safety Administration's (PHMSA) proposed rulemaking related to the Integrity Verification Process.

[2] Gas Operations' asset management activities are executed in line with the PAS-55/ISO-55001 Asset Management standard.

1      Operations' asset families.  Asset families and asset management plans

2      are described in more detail below.

3 •  The Investment Planning team is responsible for overseeing Gas

4      Operations' implementation of the Risk Informed Budget Allocation

5      (RIBA) process described in Chapter 2.

6      In mid-2012, PG&E introduced a new paradigm into Gas Operations.

7 PG&E divided its assets into families and designated an individual—the

8 Asset Family Owner (AFO)—for each asset family who is accountable for

9 managing the health of those assets.

10      PG&E has identified eight asset families within Gas Operations.  These

11 are outlined in Figure 5-1 below.

**FIGURE 5-1**
**PACIFIC GAS AND ELECTRIC COMPANY**
**GAS OPERATIONS ASSET FAMILIES**



12      Risks are identified and included in the Gas Operations Risk Register

13 based on the asset family structure, and investment decisions are made

1  within and across asset families aligned with the investment planning,
2  budgeting, and rate case frameworks.

3      In addition, Gas Operations implemented a new risk and asset
4  management process and strengthened senior leadership oversight through
5  its Risk and Compliance Committee (RCC).  The RCC is chaired by the
6  Executive Vice President, who appoints representatives from Gas
7  Operations to participate on the committee.  RCC members have a broad
8  understanding of the business, its processes, and associated risks.  The
9  RCC meets monthly to review current risk-related topics and approve items
10  such as risk assessments, risk mitigation measures and changes to the Risk
11  Register.

12  **2.  Enterprise and Operational Risk Management and Integrated Planning**
13  **Processes**

14      As described in Chapter 2, PG&E's EORM Program allows PG&E to
15  manage assets and risks at both an enterprise and operational level.  The
16  enterprise risks are those that could threaten the viability of PG&E and
17  typically span multiple lines of business (LOBs).  Operational risks arise
18  from assets, people, processes and technologies within specific LOBs, such
19  as Gas Operations.  By assessing and managing risks from both points of
20  view, PG&E can better manage the interdependencies and drive for
21  consistency among LOBs.

22      Gas Operations has adopted a risk management process that provides
23  a repeatable and consistent method to identify, assess, rank and mitigate
24  risk.  This risk management process is fully integrated into PG&E's
25  Integrated Planning Process to ensure risk informs the chosen strategies,
26  which in turn drives the allocation of resources.  Gas Operations has been
27  advancing its risk management methodology over the last three years, and
28  continues to (i) increase the rigor and documentation of the risk
29  management process; (ii) use more data; (iii) expand the scope of risks
30  assessed as part of the process; and (iv) improve consistency of risk scoring
31  across Gas Operations.

32      The three phases of Gas Operations' risk management and planning
33  process—(1) Identify threats and assess risks by Asset Family; (2) Develop
34  proposed mitigation programs within Asset Families; and (3) Develop

1   executable Investment Plan—are aligned with the PG&E's Integrated

2   Planning Process.  The three phases are depicted in Figure 5-2.

**FIGURE 5-2**
**PACIFIC GAS AND ELECTRIC COMPANY**
**RISK MANAGEMENT PROCESS AND PLANNING**



3   Additional information on PG&E's Integrated Planning Process can be

4   found in Chapters 1, 2 and 3.

5   **3.  Risk-Based Prioritization Methodologies**

6   To support decision making in the Integrated Planning Process, Gas

7   Operations uses several methodologies to prioritize programs and projects.

8   Some examples of these approaches are outlined in this section.

1 **a. DIMP**

2 Federal regulations[3] require Gas Operators to develop an approach

3 to ensure the integrity of its distribution system. PG&E's overarching

4 DIMP framework is outlined in Figure 5-3 below:

**FIGURE 5-3**
**PACIFIC GAS AND ELECTRIC COMPANY**
**DIMP CONTINUOUS IMPROVEMENT CYCLE**



5 Consistent with other gas operators within California, PG&E uses a

6 leak-based risk model to assess the risk of distribution pipelines.

7 This model considers five years of historical leak data to identify

8 geographical areas with elevated risk. A negative trend of leak repairs

9 for a geographic area for each threat helps identify where additional

10 mitigation may be applied.

11 The California Public Utilities Commission (CPUC) oversees DIMP

12 and periodically performs audits in accordance with State and Federal

---

**3** 49 CFR, Part 192-Transportation of Natural and Other Gas by Pipeline: Minimum
Federal Standards, Subpart P – Gas Distribution Pipeline Integrity Management.

Guidelines.[4]  Some of the topics addressed in the audits include a review of how operators identify threats, perform risk evaluation, and identify mitigation.[5]

Each of the seven steps in PG&E's DIMP cycle is summarized below.

**1)  Know the PG&E System**

System knowledge is the core foundation of DIMP and improves the overall safety and reliability of the distribution pipeline system. At the beginning of each DIMP cycle, the DIMP Mitigation and DIMP Risk teams review the data sources.  Consideration is given to information gained from design records, operations, and maintenance as well as knowledge gained from the DIMP Steering Committee, which is comprised of members of the DIMP team and is supplemented with subject matter experts (SME) in each of the DIMP threat categories.

PG&E's DIMP Risk team uses the data, outlined in Figure 5-4, to provide a comprehensive dataset for risk evaluation.  As shown in Figure 5-4, a majority of the data used is entered into SAP.[6] This data is entered by field personnel conducting leak surveys, excavation activities, or other field activities along the pipeline. PG&E uses 20 attribute data fields for its risk analysis.

---

[4]  49 CFR 190.203 authorizes PHMSA to perform inspections.  General Order 112-E refers to CFR 190 and PHMSA relegates its authority to the CPUC to oversee operators.

[5]  PHMSA Form 24 (192.1005-192.1011) Gas Distribution System DIMP Implementation Inspection, July 7, 2014, Rev 0.

[6]  SAP is PG&E's system of record for asset registry and work management.

Case: 19-30088   Doc# 2021-2   Filed: 05/15/19   Entered: 05/15/19 15:59:18   Page 21 of 52

| Attribute | Primary Data Source | Secondary Data Source |
|---|---|---|
| Leak Number | SAP | n/a |
| Division | SAP | Pathfinder GIS |
| District | SAP | Pathfinder GIS |
| City | SAP | Pathfinder GIS |
| Line Use | SAP | Plat sheet |
| Leak grade | SAP | n/a |
| Reported Leak Cause | SAP | n/a |
| Leak Source | SAP | n/a |
| Material of Leaking Component | SAP (Pipe Data) | SAP (Inspection) |
| Pressure | SAP | SynerGEE |
| Diameter | SAP (Pipe) | SAP (Inspection) |
| Surface Over Pipe | SAP (Inspection) | SAP (Surface Over Read Location) |
| Repair Date | SAP | n/a |
| Proximity to Areas of Public Assembly | SAP | GIS Public Assembly Data |
| Employee and Other Injury | RiskMaster | SAP |
| Employee and Other Fatality | RiskMaster | SAP |
| Damage Cost | RiskMaster | SAP |
| Wall to Wall Paving | SAP | n/a |
| Injury/Fatality Metric | PHMSA | n/a |
| Injury/Fatality Ratio | PHMSA | n/a |

1    Other data fields extracted from SAP are reviewed and help in

2    determining appropriate mitigation activities.

3    **2) Identify Threats**

4    PG&E uses leak data and SME input for threat identification and

5    risk evaluation. The DIMP Risk team reviews the collected dataset

6    and assigns one of eight threat categories (identified in 49 CFR

7    Part 192, Subpart P) to each leak. The DIMP Risk team then

8    applies sub threats, which identify risk drivers and determines if

9    accelerated actions are needed to mitigate risk.

10    Additionally, PG&E monitors potential threats. These threats

11    are identified by data sources independent from leak repair

| | (Figure 5-5).  This includes reviewing internal, industry and |
| 1 | |
| 2 | government data sources to generate a potential threat list which is |
| 3 | annually reviewed and evaluated for risk.  The identified potential |
| 4 | threat list, its validity and any action required is reviewed and |
| 5 | approved by the DIMP Steering Committee. |

**FIGURE 5-5**
**PACIFIC GAS AND ELECTRIC COMPANY**
**SOURCE DATA FOR MONITORING POTENTIAL THREATS**

| Database | Monitoring Interval |
|---|---|
| PHMSA Bulletins | Annually |
| National Transportation Safety Board Accident Reports | Quarterly |
| DIMP Field Review | As Performed |
| Material Problem Reports | Quarterly |
| Gas Corrective Action Plan Reporting | Quarterly |
| Potential Threat Log | Annually |

6 **3) Evaluate and Rank Risks**

7     The risk assessment for the gas distribution system is informed

8 from its leak history.  In the assessment, each leak receives a score

9 based on its Likelihood of Failure (LoF) and Consequence of Failure

10 (CoF).  The LoF for each leak is equal to 1 since the failure has

11 already occurred.  The CoF portion of the risk model is based on the

12 following components:  Impact on Life; Consequence Potential;

13 Leak Magnitude; and Injury/Fatality statistics.  Figure 5-6 outlines

14 the variables considered in each of these components.  The

15 variables of each component are identified and the relative severity

16 of a variable's points determines the contribution to the

17 consequence of a leak.

**FIGURE 5-6**
**PACIFIC GAS AND ELECTRIC COMPANY**
**RISK EVALUATION CONSEQUENCE FACTORS AND EQUATION**

| Impact on Life | Consequence Potential | Leak Magnitude | Injury Fatality |
|---|---|---|---|
| • Near Public<br>• Injury<br>• Fatality<br>• Damage | • Wall to Wall Paving<br>• Surface<br>• Proximity | • Pipeline Pressure<br>• Pipeline Diameter<br>• Leak Grade | • Injury Fatality Metric<br>• Injury Fatality Ratio |

CoF = [(Impact on Life)+(Consequence Potential)]*[(Leak Magnitude)*(Injury Fatality)]

1  As shown in the equation below, the total consequence
2  associated with each threat is the sum of the applicable leak
3  consequence scores.

$$RT = \sum_{i=1}^{n} LoFi \; X \; COFi$$

Where:
RT = Total risk per threat
N = Number of leak events
LoFi = Likelihood of each recorded leak event (equal to 1)
CoFi = Consequence of each leak event

4  The risk scores from this equation are aggregated by
5  geographical area to develop a relative risk ranking of all threats and
6  geographical areas.
7  Following the calculation of the risk scores, the DIMP Risk team
8  analyzes risk at the appropriate level of aggregation for each threat.
9  Excavation is a threat that varies at a local level, and therefore must
10  be managed and mitigated at the local level. Because of this, PG&E
11  separates out excavation threats from this analysis, and reviews this
12  risk at the city level. Figures 5-7 and 5-8 below show the risk
13  analysis done for excavation at the city level, and the analysis done
14  for all other threats at the district (subset of a PG&E division) level.
15  Values to the right of the vertical lines represent high risk, and the
16  values within the two lines define medium risk areas.

## FIGURE 5-7
## PACIFIC GAS AND ELECTRIC COMPANY
## RISK FOR EXCAVATION – CITY LEVEL



## FIGURE 5-8
## PACIFIC GAS AND ELECTRIC COMPANY
## RISK FOR ALL CAUSES EXCEPT EXCAVATION – DISTRICT LEVEL



The DIMP Risk team uses standard deviations to define distribution bands in determining geographic areas of low, medium, or high risk for each of the two risk analyses shown in Figures 5-7 and 5-8.

System performance is identified based on a 5-year linear trend of leak repairs for the same geographic area for each threat. The leak data gathered (as summarized in Figure 5-4) is reviewed for

1      this analysis.  Good performance is indicated by a decreasing

2      5-year linear trend.  Fair performance is indicated by a flat (slope

3      equals zero) 5-year linear trend.  Poor performance is indicated by

4      an increasing 5-year linear trend.

5      The combination of risk scores and system performance,

6      outlined below, determine if a Root Cause Analysis (RCA) is

7      needed.  RCAs help determine the appropriate mitigation activities

8      for each threat.  PG&E performs RCAs in cases as shown in

9      Figure 5-9.

**FIGURE 5-9**
**PACIFIC GAS AND ELECTRIC COMPANY**
**NEED FOR ROOT CAUSE ANALYSIS DETERMINATION**

| | | Performance | | |
|---|---|---|---|---|
| | | Good | Fair | Poor |
| Risk | Low | Review Next DIMP Cycle | Review Next DIMP Cycle | Review Next DIMP Cycle |
| | Medium | Review Next DIMP Cycle | Review Next DIMP Cycle | **Perform RCA** |
| | High | Review Next DIMP Cycle | **Perform RCA** | **Perform RCA** |

10      **4)  Implement Measures to Address Risks**

11      The DIMP Mitigation team considers all current and applicable

12      mitigation measures.  During this review the DIMP Mitigation team

13      will identify new mitigation measures or changes to the program that

14      will reduce risk.[7]  If existing programs and activities do not

15      adequately address the risk, the team will work to develop a new

16      program or project to mitigate the risk.  Program specific mitigation

17      actions such as the Aldyl-A Replacement program and the Gas

18      Pipeline Replacement Program are reviewed to ensure work is

19      prioritized accordingly.  These programs and projects are included in

20      the Session 1 and Session 2 processes to be prioritized and

21      funded accordingly.

---

[7]   Order Instituting Rulemaking 15-01-008, issued March 18, 2015, provides criteria for replacement and repair based on leak grade.  The process for determining mitigation may change as additional clarity is provided through the rulemaking.

1          **5) Measure Performance, Monitor Results and Evaluate**
2               **Effectiveness**

3             In accordance with the program evaluation requirements,[8]
4          PG&E performs reviews and evaluations annually. The review
5          includes refreshing leak data to incorporate new risks into the risk
6          management process. The process described above is applied to
7          the refreshed data, and included in the risk prioritization of the gas
8          distribution system. Additionally, the DIMP Risk team evaluates
9          existing algorithms and statistical methodologies used to derive the
10          overall risk score.

11          **6) Conduct Complete Program Evaluations and Make**
12               **Improvements**

13             PG&E performs reviews and evaluations of its threat
14          identification, risk analysis, and mitigation performance on a periodic
15          basis. PG&E also participates in internal quality assurance audits
16          as well as external audits performed by regulatory agencies to
17          ensure the program is meeting legal requirements.

18          **7) Report Results**
19             PG&E communicates the status of its reviews to key internal
20          stakeholders on an annual basis. Additionally PG&E completes
21          the following PHMSA forms: PHMSA F 7100.1-1 (Annual Report
22          Form)[9] and PHMSA F 7100.1-2 (Mechanical Fitting Failure
23          Report Form).

24       **b. Program-Specific Prioritization Methodologies**
25             For most risk-based programs, it is necessary to have a prioritization
26          methodology that allows for risk ranking at the granular asset level to
27          allow for implementation of the program over multiple years while
28          maximizing risk reduction in the short term. Each program has either a

---

[8]   49 CFR, Part 192-Transportation of Natural and Other Gas by Pipeline: Minimum Federal Standards, Subpart P – Gas Distribution Pipeline Integrity Management, 192.1007(f).

[9]   PG&E provides a copy of PHMSA F 7100.1-1 to the CPUC with a report outlining the major mitigation programs and accomplishments of the program during the previous year.

relative risk calculation methodology including components related to likelihood of failure and consequence of failure, or a decision tree methodology that prioritizes projects into tranches of equivalent risk.

Below are some of the risk mitigation programs included in the Integrated Planning Process:

- Aldyl-A Replacement Program – replacement of Aldyl-A pipe based on vintage, material properties, leak history, and other factors.
- Gas Pipeline Replacement Program – replacement of cast iron and pre-1940 steel based on leak history, vintage, material properties, corrosion potential, and other factors.
- High-Pressure Regulator (HPR) Replacement Program – replacement of HPRs based on vintage, material properties, and other factors.

## 4. Gas Operations Integrated Planning Process

Gas Operations follows the PG&E Integrated Planning process for identifying risks, developing mitigation programs, and prioritizing work to address risks. The details of Gas Operations' approach to this process are outlined below.

### a. Session D and Risk Register

Each AFO with the assistance of SMEs, is responsible for identifying the risks associated with their asset family and scoring each risk based on system knowledge, available data, and SME knowledge. The categorization and evaluation of threats and risks are driven by industry-adopted integrity management principles,[10] PG&E's obligation to serve—both in terms of ensuring reliable delivery of natural gas and increasing capacity to meet demand—as well as risks posed by an inadequate response to and recovery from emergencies.

As stated above, PG&E has strengthened and advanced its risk management methodology. By implementing the process improvements noted below, PG&E has been able to effectively identify and score risks within Gas Operations:

---

[10] For transmission assets, threats follow American Society of Mechanical Engineers B31.8S. For distribution assets, threats follow 49 CFR 192 Subpart P.

- Greater Utilization and Integration of Data:  Gas Operations has increased visibility into potential risks by integrating Corrective Action Plan (CAP) and process hazard analysis data into the risk identification and scoring processes.
- Increased Rigor and Documentation:  SME input is used for identification and validation of risks.  Additionally, SME review and sign-off is required for each asset family's risk register.
- Expanded Scope of Risk Assessment:  Risks that fall outside the asset families' risk registers, such as Gas System Operations and Employee Qualification risks, are identified, scored, and calibrated against asset risks and are included in the Risk Register for Gas Operations.
- External Review:  PG&E has leveraged the use of third-party industry experts to validate Gas Operations' risk methodology and scoring.
- Calibration of Risk:  This is achieved through the consistent application and calibration of risk categories and the risk scoring across Gas Operations risks.

After identifying and scoring the risks, AFOs meet with the Gas Operations' Risk Register team to calibrate and validate ranking of each threat.  The AFOs document this ranking in a Risk Register (Attachment A), which is updated and refined as additional information is obtained and evaluated.  Gas Operations communicates its top risks (based on the Risk Register scoring) to PG&E leadership in Session D of the Integrated Planning Process.  Each risk is evaluated to determine if existing mitigations are effectively managing the risk.  During this step, the AFOs also identify any interdependencies with other LOBs to effectively manage the risk.  As described below, to the extent that additional mitigations are necessary, asset management plans and work plans are built out in order to mitigate or reduce the risks.

In addition to the Session D effort, risk is also tracked within Gas Operations during monthly RCC meetings described above.  At these meetings, AFOs highlight progress made on key risks and the status of those risks.  Furthermore, all Gas Operations risks included in the Risk

1  Register are stored in the Enterprise Compliance Tracking System for
2  further updates, review and reporting.

**b. Session 1 and Risk Informed Budget Allocation**

4  Based on the risks identified and scored during Session D, AFOs
5  then analyze and develop the proposed scope and pace of mitigation
6  programs.  Each of the mitigation programs is designed to address the
7  identified threats and risks within the asset families to reduce those
8  risks.  The AFOs submit the list of mitigation programs to the Investment
9  Planning team for further assessment and prioritization using the
10  RIBA process.

11  The RIBA risk scores are then used to develop the 5-year strategic
12  investment plan for Gas Operations, which is submitted for
13  consideration at the enterprise level as part of Session 1.  Additional
14  details about RIBA can be found in Chapter 3.

**c. Session 2 and a Risk-Informed, Executable Work Plan**

16  In Session 2, individual projects are identified within the programs
17  identified in Session 1 and the RIBA framework is applied to assist in
18  developing an executable plan and scope of work for the following year.
19  The investment plan developed in Session 2 includes refinement and
20  additional details to inform execution plans.  After the total portfolio of
21  proposed projects has been prioritized using a risk score, Investment
22  Planning applies additional factors such as constraints to the total
23  portfolio to ensure the work can be accomplished effectively.
24  Constraints include, for instance, resource constraints such as
25  availability of trained and qualified personnel, execution constraints such
26  as the time necessary to obtain required permits, and system
27  constraints such as the ability to deliver gas to customers while
28  performing the total portfolio of work.

29  Investment Planning then works with the AFOs to finalize the
30  proposed investment plan based on the risks and constraints identified.
31  This process requires discussion and rationalization among mitigation
32  programs across asset families.

## C. Areas of Focus and Improvement

Gas Operations is exploring opportunities within its risk management processes to develop a more structured optimization model that can enhance prioritization based on risk, resource, budget, and system constraints as part of the integrated planning process. Gas Operations will also continue to improve asset data quality including integration of asset health condition assessments for more informed risk assessments. Additionally, data gathered from root cause analyses, CAP, quality assurance/quality control, monitoring of compliance activities, and audit findings will help drive more informed risk processes.

In addition, in 2013, PG&E began working on the Pathfinder Program which will establish a single database for gas distribution asset information. Pathfinder will provide a "system of record" for all gas distribution asset data to facilitate risk assessments required for DIMP and will provide the foundation for a new unified Geographic Information System (GIS)/SAP model for storing gas distribution asset data. Additionally, the DIMP team will be using Riskfinder, which is a set of tools that helps automate the gathering of additional data streams. Another tool embedded in Riskfinder is the Uptime tool, which performs GIS-based risk analysis. This data will be used by the DIMP team to drive risk decisions and identify appropriate mitigations.

The DIMP team will also be expanding their review to regulator stations and meter sets. Regulator stations can potentially impact the integrity of downstream assets. This provides additional data that the DIMP Team will use to identify threats, assign a risk scoring, and develop mitigation work.

By leveraging technology and developing more consistent risk methodologies for diverse assets, programs will be prioritized based on risk across the system by making an asset-to-asset comparison rather than prioritization occurring within individual programs. This change in methodology will allow PG&E to ensure the highest risk assets, regardless of asset type, are replaced first, thus maximizing risk reduction.

PG&E plans on additional benchmarking within and outside the industry to validate and enhance its risk management framework and process. PG&E will also continue to seek external review from industry experts and academic research teams to help its risk management process validation and improvement journey.

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 5**

**ATTACHMENT A**

**GAS OPERATIONS RISK REGISTER**

| # | Risk Name | Current Residual Risk Score |
|---|---|---|
| 1 | GO – Cybersecurity | 811 |
| 2 | TRA4 – Catastrophic Pipeline Failure – Manufacturing Related Defects | 807 |
| 3 | TRA1 – Catastrophic Pipeline Failure – External Corrosion | 807 |
| 4 | TRA8 – Catastrophic Pipeline Failure – Internal Corrosion | 807 |
| 5 | TRA3 – Catastrophic Pipeline Failure – Welding/Fabrication Related – Pre-1962 Construction with Land Movement | 806 |
| 6 | STO16 – Internal Corrosion and/or Erosion – Pipeline | 804 |
| 7 | DMS45 – Incorrect Operations – Cross Bore in Urban Area | 617 |
| 8 | CP19 – Third Party/Mechanical Damage – Vandalism | 596 |
| 9 | CP22 – Weather Related/Outside Forces – Seismic (Manned) | 596 |
| 10 | DMS40 – Records Management – Distribution Mains and Services | 591 |
| 11 | TRA12 – Catastrophic Pipeline Failure – Weather Related and Outside Forces – Land Movement | 579 |
| 12 | MC32 – Weather Related/Outside Forces – Seismic | 573 |
| 13 | MC15 – Equipment Related – LoC Complex/Simple Station | 573 |
| 14 | MC1 – Incorrect Operations – LoC LP Distribution | 551 |
| 15 | CP12 – Manufacturing Defects | 551 |
| 16 | CP8 – Welding/Fabrication Related | 551 |
| 17 | STO26 – Weather and Outside Forces – Seismic | 551 |
| 18 | MC16 – Equipment Related – LoC LP Distribution | 548 |
| 19 | CP6 – Incorrect Operations | 548 |
| 20 | GSO1 – Failure to Meet Core Customer Demand for Design Standard Abnormal Peak Day (APD) | 537 |
| 21 | DMS39 – Excavation Damage, Third Party – Rupture Non At-Fault | 406 |
| 22 | TRA11 – Incorrect Operations – Over Pressurization | 348 |
| 23 | TRA9 – Stress Corrosion Cracking | 326 |
| 24 | Gas Compliance Performance Risk | 316 |
| 25 | MC14 – Welding/Fabrication – Overpressure Complex Station | 313 |
| 26 | MC10 – Incorrect Operation – Terminal/Large Complex | 313 |
| 27 | MC4 – Incorrect Operations – Complex Stations | 313 |
| 28 | MC6 – Incorrect Operations – Backbone (PLS) Stations | 313 |
| 29 | STO17 – External Corrosion – Pipeline | 313 |
| 30 | MC3 – Incorrect Operations – LoC Simple Stations | 312 |
| 31 | MC13 – Welding/Fabrication – LoC Simple Station | 312 |
| 32 | STO20 – Manufacturing – Pipeline | 312 |
| 33 | STO12 – Erosion – Meters | 311 |
| 34 | STO15 – Erosion – Valves | 311 |
| 35 | STO18 – Fatigue – All Segments | 311 |
| 36 | DMS42 – Incorrect Operations – Employee Qualifications | 311 |
| 37 | TRA16 – Equipment Related – Over-Pressure Event | 311 |
| 38 | MC18 – Equipment Related – LoC Complex/Simple Station | 311 |
| 39 | MC36 – Equipment Related – Terminal/Large Complex | 311 |
| 40 | MC19 – Equipment Related – Backbone (PLS) Stations | 311 |
| 41 | DMS8 – Incorrect Operations – Cross Bore in Suburban Area | 310 |
| 42 | CP1 – External/Internal Corrosion | 310 |
| 43 | CP2 – External Corrosion – Under Pipe Insulation | 310 |
| 44 | CP10 – Internal Corrosion and Erosion | 310 |
| 45 | CP18 – Stress Cracking Corrosion | 310 |
| 46 | DMS5 – Material or Weld – Plastic (System Safety) | 310 |

As of April 14, 2015

5-AtchA-1

# Gas Operations Risk Register (2/5)

| # | Risk Name | Current Residual Risk Score |
|---|---|---|
| 47 | TRA6 – Third Party/Mechanical Damage | 310 |
| 48 | STO3 – Construction by 1st and 2nd Party – Reservoir | 310 |
| 49 | STO30 – 1st, 2nd, 3rd Party – All Segments | 310 |
| 50 | CP5 – Manufacturing Defects – Pipe Quality | 310 |
| 51 | STO19 – Third Party Damage – Pipeline | 310 |
| 52 | DMS1 – Excavation Damage, Third Party – Rupture At-Fault Due to Mismarking by PG&E | 308 |
| 53 | CP7 – Incorrect Operations – Odorization | 308 |
| 54 | DMS14 – Natural Forces | 245 |
| 55 | CCE29 – Material | 237 |
| 56 | CCE30 – Material Traceability | 237 |
| 57 | DMS53 – Incorrect Operations (Workmanship Traceability) | 235 |
| 58 | GSO3 – Risk of Using Manual Operations | 235 |
| 59 | CP13 – Equipment Related – Electrical Systems | 235 |
| 60 | LNG18 – Third-Party Damage – CNG Trailer Transportation Incident | 235 |
| 61 | CCE31 – Other Outside Forces – Building and Meter Interaction | 235 |
| 62 | DMS15 – External Corrosion – Unprotected Steel Pipe | 234 |
| 63 | DMS23 – Material and Weld – Steel Installed Through the 1950s | 234 |
| 64 | CCE20 – Equipment – Indoor Meter Sets | 234 |
| 65 | DMS46 – Incorrect Operations – Applicant Installed Facilities | 234 |
| 66 | DMS4 – Internal Corrosion | 234 |
| 67 | DMS43 – Outside Force – Land Movement Due to Erosion or Subsidence | 234 |
| 68 | CCE7 – Equipment or Other Outside Force – End of Life Failure | 234 |
| 69 | DMS22 – Material and Weld – Composite Risers | 234 |
| 70 | CCE11 – Natural Forces (Flood) | 234 |
| 71 | LNG15 – Third-Party Damage – NGV Tank Rupture | 234 |
| 72 | DMS54 – Other Outside Forces – Inaccessible Equipment | 202 |
| 73 | CCE33 – Other Outside Force – Inaccessibility to System | 202 |
| 74 | STO21 – Construction – Pipeline | 191 |
| 75 | STO29 – Third Party Damage – All Segments | 184 |
| 76 | DMS10 – Incorrect Operations – Regulator (Low Pressure) | 184 |
| 77 | MC30 – 3rd Party/Mechanical Damage – Vandalism | 183 |
| 78 | STO23 – Weather and Outside Force – McDonald Island | 181 |
| 79 | CP21 – Weather Related/Outside Forces – Seismic (Unmanned) | 181 |
| 80 | MC33 – BTU Heating Value | 176 |
| 81 | LNG25 – Equipment – CNG Injection Equipment Ops Failure (Safety) | 175 |
| 82 | MC25 – External Corrosion | 175 |
| 83 | DMS52 – Material Traceability | 175 |
| 84 | MC30.1 – 3rd Party/Mechanical Damage – Vehicular Damage | 175 |
| 85 | DMS38 – Outside Force – Land Movement Due to Creep | 174 |
| 86 | DMS51 – Co-Location of Gas and Electric Facilities | 174 |
| 87 | MC2 – Incorrect Operations – LoC HP Distribution | 174 |
| 88 | DMS37 – Overbuilds | 174 |
| 89 | CP29 – Equipment Related – Hinkley Non-Retrofit Compressor Reciprocating Engine | 174 |
| 90 | MC7 – Incorrect Operations – LoS LP Distribution | 174 |
| 91 | MC21 – Equipment Related – LoS LP Distribution | 174 |
| 92 | CCE5 – Material or Weld – Inadequate Customer Regulator Design | 173 |
| 93 | STO13 – Incorrect Operations – Valves | 158 |

As of April 14, 2015

# Gas Operations Risk Register (3/5)

| # | Risk Name | Current Residual Risk Score |
|---|---|---|
| 94 | TRA19 – Mechanical Damage – Electric Substation Damage | 144 |
| 95 | TRA21 – Material Traceability | 144 |
| 96 | MC34 – Records Management – Inadequate Records (P50) | 143 |
| 97 | TRA26 – Equipment Related – Component Failure (Drips, Fittings) | 138 |
| 98 | STO5 – Corrosion – Well Casing | 114 |
| 99 | STO31 – Stress Corrosion Cracking – Pipeline | 108 |
| 100 | STO10 – Incorrect Operations – Wells | 107 |
| 101 | STO11 – Erosion – Wells | 107 |
| 102 | TRA14 – Mechanical Damage – First and Second Party Damage | 103 |
| 103 | STO4 – Incorrect Operations – Reservoir | 103 |
| 104 | LNG24.0 – Equipment – LNG Vaporizer Operations Failure (Safety) | 103 |
| 105 | LNG17.0 – Third-Party Damage – LNG Tanker Parked (Safety) | 102 |
| 106 | LNG16 – Third-Party Damage – LNG Tanker Transportation Incident | 102 |
| 107 | MC29 – Internal Corrosion | 98 |
| 108 | MC28 – Stress Cracking Corrosion | 98 |
| 109 | STO22 – Weather and Outside Force – LM and PC | 98 |
| 110 | MC12 – Welding/Fabrication – Overpressure Event (System Safety) | 98 |
| 111 | MC17 – Equipment Related (System Safety) | 98 |
| 112 | MC9 – Incorrect Operations (System Safety) | 98 |
| 113 | MC22 – Equipment Related – LoS HP Distribution | 98 |
| 114 | TRA23 – Third Party/Mechanical Damage – Vandalism | 97 |
| 115 | LNG26 – Third-Party Damage – ORCA Trlr Transpo Incident | 97 |

| # | Risk Name | Current Residual Risk Score |
|---|---|---|
| 116 | STO25 – Equipment – Storage Field Facilities | 95 |
| 117 | TRA22 – Incorrect Operations | 82 |
| 118 | LNG12 – Third-Party Damage – Fueling Station Drive Away | 74 |
| 119 | LNG24.1 – Equipment – LNG Vaporizer Outage (Reliability) | 72 |
| 120 | GSO9 – Scheduling Risk | 68 |
| 121 | CP15 – Records Management (P50) | 68 |
| 122 | TRA20 – Weather Related and Outside Forces – Tree Damage | 58 |
| 123 | TRA10 – Weather-Related Outside Force – Water Crossings and Exposed Pipe | 58 |
| 124 | CP24 – Hinkley Station Non-Retrofitted Compressor Outage Due to Any Cause | 53 |
| 125 | CP25 – Delevan Station Compressor Outage Due to Any Cause | 53 |
| 126 | CP32 – Santa Rosa Station Compressor Outage Due to Any Cause | 53 |
| 127 | CCE13 – Natural Forces (Seismic) | 50 |
| 128 | CCE32 – Other Outside Force – Spatial Clearance | 45 |
| 129 | CP9 – Equipment Related – Air Emission Regulation | 44 |
| 130 | STO20.1 – Manufacturing – Pipeline | 43 |
| 131 | LNG31 – Insufficient Portable Equipment | 42 |
| 132 | CCE4 – Other Outside Force – Third Party Damage – Construction and Redevelopment | 41 |
| 133 | STO27 – Incorrect Operations – Storage Field Facilities | 39 |
| 134 | TRA25 – Equipment Related – Inoperable Valves | 38 |
| 135 | DMS47 – Other Outside Forces – Tree Root Damage to Plastic Pipe | 34 |
| 136 | STO16.1 – Internal Corrosion and/or Erosion – Pipeline | 34 |
| 137 | CCE26 – Equipment Failure – Meter/Regulator | 33 |

As of April 14, 2015

# Gas Operations Risk Register (4/5)

| # | Risk Name | Current Residual Risk Score |
|---|-----------|------------------------------|
| 138 | LNG30 – Incorrect Operations – Station Documentation Safety | 32 |
| 139 | LNG32.0 – Equipment – Station Compressor and Component (Safety) | 32 |
| 140 | LNG19.0 – Third-Party Damage – CNG Tube Trailer Parked (Safety) | 32 |
| 141 | DMS50 – Military Facilities | 31 |
| 142 | LNG27 – Third-Party Damage – ORCA LNG Safety Parked | 31 |
| 143 | LNG32.1 – Eqpmt – Combined Sta Compr and Component (Reliability) | 30 |
| 144 | GSO2 – Failure to meet Non-Core CWD Design Standard | 30 |
| 145 | DMS44 – Excavation Damage – Unlocatable Stubs | 30 |
| 146 | LNG28 – LNG Commodity Shortfall | 30 |
| 147 | STO14 – Equipment – Valves | 30 |
| 148 | MC23 – Equipment Related – LoS Simple Station | 29 |
| 149 | MC26 – Manufacturing Related Defects | 28 |
| 150 | STO2 – Construction by 3rd Party – Reservoir | 28 |
| 151 | LNG29 – CNG Commodity Shortfall (Reliability) | 28 |
| 152 | STO31.1 – Stress Corrosion Cracking – Pipeline | 28 |
| 153 | CP4 – Weather Related/Outside Forces – Flooding (System Safety) | 25 |
| 154 | CCE2 – Other Outside Force – Third Party Damage – Vehicles | 25 |
| 155 | CCE6 – Material or Weld – Poor Quality Control of Regulator/Meter Set Manufacturing | 25 |
| 156 | LNG30.1 – Incorrect Station Ops | 25 |
| 157 | CP23 – Kettleman Station Compressor Outage Due to Any Cause (System Safety) | 24 |

| # | Risk Name | Current Residual Risk Score |
|---|-----------|------------------------------|
| 158 | CP26 – Tionesta Station Compressor Outage Due to Any Cause (System Safety) | 24 |
| 159 | CP27 – Burney Station Compressor Outage Due to Any Cause (System Safety) | 24 |
| 160 | CP28 – Gerber Station Compressor Outage Due to Any Cause | 24 |
| 161 | CP31 – Bethany Station Compressor Outage Due to Any Cause | 24 |
| 162 | CP33 – Topock Station Compressor Outage Due to Any Cause | 24 |
| 163 | CCE28 – Other Outside Force – Grounding | 24 |
| 164 | LNG22 – Incorrect Operations – CNG Quick Change Bottle Safety | 24 |
| 165 | GSO6 – Market Liquidity Risk | 23 |
| 166 | GSO8 – Demand Risk | 23 |
| 167 | LNG19.1 – Third-Party Damage – CNG Tube Trailer Parked (Reliability) | 23 |
| 168 | MC24 – Equipment Related – LoS Complex Station | 22 |
| 169 | MC27 – Equipment Related – Terminal/Large Complex | 22 |
| 170 | MC35 – Equipment Related – Backbone (PLS) Stations | 22 |
| 171 | STO30.1 – 1st, 2nd, 3rd Party – All Segments | 22 |
| 172 | STO24 – Weather and Outside Forces – McDonald Island | 20 |
| 173 | DMS2 – Excavation Damage Third Party, No Rupture (P50) | 19 |
| 174 | CP30 – Incorrect Operations | 18 |
| 175 | CP17 – Equipment Related – Deferred maintenance | 18 |
| 176 | DMS41 – Incorrect Operations – Fusion Joints (P50) | 18 |
| 177 | STO33 – Disposal Well – Gill Ranch | 17 |
| 178 | STO34 – Internal/External Corrosion – Disposal – Well – Gill Ranch | 17 |

As of April 14, 2015

# Gas Operations Risk Register (5/5)

| # | Risk Name | Current Residual Risk Score |
|---|-----------|------------------------------|
| 179 | STO17.1 – External Corrosion – Pipeline | 17 |
| 180 | GSO4 – Loss of Supply from Interconnected Pipelines and Third Party Storage | 14 |
| 181 | DMS12 – Material or Weld – Mechanical Fittings | 14 |
| 182 | CP23.1 – Kettleman Station Outage Due to Power Outage | 14 |
| 183 | LNG17.1 – Third-Party Damage – LNG Tanker Parked (Reliability) | 13 |
| 184 | DMS3 – External Corrosion on Steel Piping | 12 |
| 185 | DMS49 – Material or Weld – Isolation Valve Failure | 11 |
| 186 | GSO5 – Portfolio Management Risk | 11 |
| 187 | STO5.1 – Corrosion – Well Casing | 11 |
| 188 | STO1 – Third Party Damage – Reservoir | 10 |
| 189 | LNG14 – Third-Party Damage – Fuel Theft | 10 |
| 190 | DMS25 – Material and Weld – Curb Valves | 10 |
| 191 | CCE23 – Natural Forces – Settlement of Soil | 10 |
| 192 | DMS11 – Incorrect Operations – Regulator (Semi-High or High Pressure) | 10 |
| 193 | MC20 – Equipment Related – LoS Complex/Simple Station | 10 |
| 194 | CCE16 – Other Outside Force – Inoperable or Inaccessible Service Valve | 9 |
| 195 | DMS7 – Natural Forces – Cast Iron Material | 8 |
| 196 | GSO7 – Price Risk | 8 |
| 197 | DMS48 – Internal Corrosion – Mainline Drips | 7 |
| 198 | CCE21 – Other Outside Force – Fire | 7 |
| 199 | CCE1 – Incorrect Operations | 7 |
| 200 | MC8 – Incorrect Operation – Terminal/Large Complex | 6 |
| 201 | MC5 – Incorrect Operations – Backbone (PLS) Stations | 6 |
| 202 | TRA2 – External Corrosion (P50) | 6 |

| # | Risk Name | Current Residual Risk Score |
|---|-----------|------------------------------|
| 203 | TRA7 – Third Party/Mechanical Damage (P50) | 6 |
| 204 | MC11 – Incorrect Operations – LoS Complex/Simple Station | 5 |
| 205 | LNG13 – Third-Party Damage – Dispenser Vandalism | 4 |
| 206 | LNG20 – Third-Party Damage – CNG Bottle Trlr Transpo Incident | 4 |
| 207 | DMS17 – Atmospheric Corrosion | 3 |
| 208 | CCE3 – Other Outside Force – Vandalism | 3 |
| 209 | TRA15 – Internal Corrosion (P50) | 3 |
| 210 | DMS6 – Material or Weld – T-Caps | 2 |
| 211 | TRA5 – Manufacturing Related Defects (P50) | 2 |
| 212 | LNG21 – Third-Party Damage – CNG Bottle Trlr Parked Collision (Safety) | 1 |
| 213 | STO35 – Outside Forces (Geological) – Reservoir | 1 |
| 214 | GSO10 – Risk of Multiple Clearances in the Same Gas System | 0 |
| 215 | GSO11 – Inadequate Visibility into the Pressures and Flows on the Networks | 0 |
| 216 | GSO12 – Gas Control Operator Error | 0 |
| 217 | GSO13 – SCADA Outage | 0 |
| 218 | GSO14 – Physical Security – Gas Control Center Attack | 0 |
| 219 | GSO15 – GOC System Failure Effecting Field Coordination and Response | 0 |
| 220 | MC8.1 – Incorrect Operations (System Safety) | 0 |
| 221 | MC10.1 – Incorrect Operations (System Safety) | 0 |

As of April 14, 2015

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 6**

**RISK LEXICON**

# PACIFIC GAS AND ELECTRIC COMPANY
## CHAPTER 6
## RISK LEXICON

This chapter provides a Risk Lexicon (Attachment A) that was developed in collaboration with the other utilities participating in this proceeding. The Lexicon includes terms that are used in risk management activities. Pacific Gas and Electric Company (PG&E) views this Lexicon as a potentially valuable tool that can assist in facilitating the discussion of risk and risk management.

PG&E's opinion is that this Lexicon should be viewed as a living document that can be added to and modified over time. To this end, PG&E proposes that this Lexicon, and other terms as well, be made the subject of a workshop in this Safety Model Assessment Proceeding. PG&E also proposes that the Commission publish the Lexicon in a manner that provides for easy public access and use, and that it be updated periodically.

Finally, there are two caveats that PG&E wishes to identify. First, it is not always possible or practical to agree on only one definition for a term. The same term is sometimes used somewhat differently in different companies or even within the same company. Thus, it may be advisable in some circumstances to publish more than one definition for a term. Second, the Commission should not mandate the use of a particular definition or consider any penalties for the "misuse" of a term. Rather these definitions should only be viewed as a tool with educational value that over time will promote a common language about risk management.

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 6**

**ATTACHMENT A**

**RISK LEXICON**

# CHAPTER 6

## ATTACHMENT A

## RISK LEXICON

**Overview**

Based on the Refined Straw Proposal's recommendations, PG&E, SCE, and Sempra have developed a set of core key risk terms and definitions to be used "for defining, acquiring, and disseminating risked-based information,"[1] known as the Risk Lexicon. The Risk Lexicon consists of a common set of terms and definitions to allow for ease of communicating the risk-management activities described in this filing. In addition to this set of core terms, each of the utilities may have additional risk terms and definitions to describe their specific processes. As with the other tools, we expect the Risk Lexicon to evolve as the ERM programs mature.

To develop the Risk Lexicon, PG&E, SCE, and Sempra looked first to the terms and definitions in the ISO 31000 and DHS Risk Lexicon terminology documents. The defined terms were further validated amongst a broader list of external sources common in the risk community to ensure consistency. Below is the defined list of key terms developed for the Risk Lexicon.

| Terms | Definitions |
|---|---|
| **Alternatives Analysis** | Evaluation of different alternatives available to mitigate risk |
| **Control** | Currently established measure that is modifying risk |
| **Current Residual Risk** | Risk remaining after current controls |
| **Enterprise Risk Management** | Comprehensive approach to risk management that engages organizational systems and processes together to improve the quality of decision making for managing risks in order for an organization to be able to achieve its objectives |

---

**1**   Refined Straw Proposal, p. 10.

| Terms | Definitions |
|---|---|
| **Event** | Occurrence or change of a particular set of circumstances |
| **Frequency** | Number of events generally defined per unit of time |
| **Impact (or Consequence)** | Result of an event, incident, or occurrence affecting objectives |
| **Mitigation** | Measure or activity taken prior to the occurrence of an event, designed to reduce impact and/or frequency of an event |
| **Planned Residual Risk (or Forecasted Residual Risk)** | Risk remaining after implementation of proposed mitigations |
| **Risk** | Potential for an event that can impact company's ability to achieve its objectives |
| **Risk-based Decision Making** | Determination of a course of action predicated primarily on the assessment of risk and the expected impact of that course of action on that risk |
| **Risk-informed Decision Making** | Determination of a course of action predicated on the assessment of risk, the expected impact of that course of action on that risk, as well as other relevant factors |
| **Risk Assessment Process** | Overall process of risk identification, risk analysis and risk evaluation |
| **Risk Driver (or Risk Trigger)** | Factor(s) that could cause risk to occur |
| **Risk Response Plan (or Mitigation Plan)** | Collection of Mitigations |
| **Risk Score** | Numerical representation of a quantitative and/or qualitative risk evaluation methodology |
| **Risk Taxonomy** | A structure used to classify different types of risks across the company at multiple levels of aggregation |

**PACIFIC GAS AND ELECTRIC COMPANY**

**APPENDIX A**

**STATEMENTS OF QUALIFICATIONS**

## PACIFIC GAS AND ELECTRIC COMPANY
## STATEMENT OF QUALIFICATIONS OF ERIC BACK

Q 1    Please state your name and business address.

A 1    My name is Eric Back, and my business address is Pacific Gas and Electric Company, 245 Market Street, San Francisco, California.

Q 2    Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2    I am the director of the Compliance & Risk Management organization within Electric Operations.

Q 3    Please summarize your educational and professional background.

A 3    I am the director for Risk Management, Compliance, and Vegetation Management in Electric Operations. I joined PG&E in 2008 and worked in the Utility Performance Improvement group focusing on electric transmission and substation facilities and processes. Since then, I have been a substation maintenance superintendent and a director in Transmission Operations. Prior to joining PG&E, I worked in management and operations consulting. I am a registered professional engineer in the state of California. I have a bachelor of science degree in mechanical engineering from University of California, Davis, a master of science degree in mechanical engineering from Colorado State University and a master in business administration degree from the London Business School.

Q 4    What is the purpose of your testimony?

A 4    I am sponsoring Chapter 4, "Electric Operations and Nuclear Power Generation," with the exception of Sections B.2. and C.2., in PG&E's S-MAP proceeding. Sections B.2. and C.2. relate to the risk processes and programs at PG&E's nuclear facilities and are sponsored by Cary D. Harbor.

Q 5    Does this conclude your statement of qualifications?

A 5    Yes, it does.

# PACIFIC GAS AND ELECTRIC COMPANY
## STATEMENT OF QUALIFICATIONS OF CHRISTINE C. CHAPMAN

Q 1   Please state your name and business address.

A 1   My name is Christine C. Chapman, and my business address is Pacific Gas and Electric Company, 6111 Bollinger Canyon Road, San Ramon, California.

Q 2   Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2   As senior director of Asset Knowledge and Integrity Management, within Gas Operations, I am responsible for the leadership and oversight of an organization focused on assessing the integrity of the transmission, distribution, and facilities assets utilizing traceable, verifiable, and complete asset knowledge and technological tools.  I am also responsible for the development of a strategic integrity management plan for the entirety of these assets.  In addition, I oversee Gas Operations' Research and Development Program.

Q 3   Please summarize your educational and professional background.

A 3   I received a bachelor of science degree in mechanical engineering from University of California, Berkeley and a master's degree in business administration from UC Berkeley, Haas School of Business.  I am also a registered professional mechanical engineer in the state of California.

I started with PG&E in 2001 as a summer intern in the gas distribution organization and after graduating from UC Berkeley began a full-time position as a gas engineer.  Since then, I have held a variety of positions with increasing levels of responsibility in the Gas Engineering and Operations organization, mainly focused on gas distribution functions.

In 2008, I transitioned to PG&E's Human Resources Department where I held various leadership roles.  I returned to Gas Operations in January 2012 as the director of Distribution Integrity Management.  In November 2013, I transitioned to the director of Transmission Integrity Management, and in May 2014, I was promoted to the senior director of Asset Knowledge and Integrity Management.

CCC-1

1 Q 4   What is the purpose of your testimony?

2 A 4   I am sponsoring Chapter 5, "Gas Operations," in PG&E's S-MAP

3        proceeding.

4 Q 5   Does this conclude your statement of qualifications?

5 A 5   Yes, it does.

**PACIFIC GAS AND ELECTRIC COMPANY**
**STATEMENT OF QUALIFICATIONS OF CARY D. HARBOR**

Q 1    Please state your name and business address.

A 1    My name is Cary D. Harbor, and my business address is Pacific Gas and Electric Company, Diablo Canyon Power Plant.

Q 2    Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2    I am the director of Compliance, Alliance and Risk for the Diablo Canyon Power Plant; in this capacity I am responsible for company compliance and risk program oversight, matrixed organizations including business finance and supply chain, and the PG&E management council representative to the STARS LLC.

Q 3    Please summarize your educational and professional background.

A 3    I received a bachelor of science degree in nuclear engineering from University of California, Santa Barbara, California, in 1989. I joined PG&E in 1989 as a power production engineer in the Engineering Department. I have since held positions as the supervisor of Regulatory Services, operations shift foreman/manager (senior reactor operator licensed by the Nuclear Regulatory Commission), performance improvement manager, quality verification director, and the Maintenance and Construction Services director. Most recently I became the director of Compliance, Alliance and Risk in 2012.

Q 4    What is the purpose of your testimony?

A 4    I am sponsoring Sections B.2. and C.2. of Chapter 4, "Electric Operations and Nuclear Power Generation," in PG&E's S-MAP proceeding.

Q 5    Does this conclude your statement of qualifications?

A 5    Yes, it does.

## PACIFIC GAS AND ELECTRIC COMPANY
## STATEMENT OF QUALIFICATIONS OF JANAIZE MARKLAND

Q 1   Please state your name and business address.

A 1   My name is Janaize Markland, and my business address is Pacific Gas and Electric Company, 111 Stony Circle, Santa Rosa, California.

Q 2   Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2   I am the director of PG&E's Enterprise and Operational Risk and Insurance Department. My department is responsible for overseeing PG&E's Enterprise and Operational Risk Management (EORM) Program and for procuring insurance to transfer PG&E's residual financial risks that could result from catastrophic property or casualty losses.

Q 3   Please summarize your educational and professional background.

A 3   I earned a bachelor of science degree in chemistry from the University of British Columbia and a master of science degree in Environmental Management from Royal Roads University in Victoria, British Columbia.

I am a member of the Enterprise Risk Management Utilities Roundtable and serve as chair of the Edison Electric Institute Enterprise Risk Management Task Force Steering Committee.

Prior to my career in the EORM and Insurance Department, I held a variety of roles at PG&E, including manager of Compliance and Ethics and positions in the Safety and Shared Services organization, where I provided direct environmental compliance support to PG&E's operating units. Before joining PG&E, I worked at BC TEL, a telephone utility based in Burnaby, British Columbia, and its successor company, Alberta-based TELUS Corporation, where I developed an environmental program governing the newly merged companies.

Q 4   What is the purpose of your testimony?

A 4   I am sponsoring the following testimony in PG&E's S-MAP proceeding:

- Chapter 2, "Companywide Models and Approaches for Assessing Risk."
- Chapter 6, "Risk Lexicon."

Q 5   Does this conclude your statement of qualifications?

A 5   Yes, it does.

# PACIFIC GAS AND ELECTRIC COMPANY
## STATEMENT OF QUALIFICATIONS OF JAMIE L. MARTIN

Q 1   Please state your name and business address.

A 1   My name is Jamie L. Martin, and my business address is Pacific Gas and Electric Company, 77 Beale Street, San Francisco, California.

Q 2   Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2   I currently hold the position of director of Economic and Project Analysis.  In this capacity, I supervise:

- Financial analysis and economic evaluations concerning a range of investment matters.
- The Risk Informed Budget Allocation process as part of the Company's Integrated Planning Process.
- Business case guidance and reviews of major capital project proposals. I report to the Vice President, Finance, of PG&E.

Q 3   Please summarize your educational and professional background.

A 3   I graduated from the University of San Francisco, in 2004, with a bachelor of science degree in finance.  I joined PG&E in 2007 as a senior business analyst in the Finance organization, specifically in Project Finance.  I have since held a succession of positions in the finance organization.  In 2009, I was promoted to supervisor in the Gas & Electric Transmission and Distribution Business Finance organization, responsible for operational financial planning, budgeting and forecasting.  In 2010, I was promoted to manager in the Power Generation Business Finance organization, where I was responsible for managing a team that supported operational financial planning, budgeting and forecasting.  In 2012, I completed a 6-month rotation as manager of Investor Relations, where I was responsible for communication with the investment community and prepared senior leadership for quarterly earnings calls and expectations for future performance.  In late 2012, I became manager of the Financial Forecasting & Reporting team, where I was responsible for enterprise-level earnings forecasts, year-over-year and long-term budgets and forecasts, functional

Case: 19-30088   Doc# 2021-2   Filed: 05/15/19   Entered: 05/15/19 15:59:18   Page 50 of 52

| | | |
|---|---|---|
| 1 | | area income statement analysis and board of director financial materials. |
| 2 | | I assumed my current position in March 2014. |
| 3 | Q 4 | What is the purpose of your testimony? |
| 4 | A 4 | I am sponsoring Chapter 3, "Companywide Models and Approaches to Risk |
| 5 | | Informed Budget Allocation," in PG&E's S-MAP proceeding. |
| 6 | Q 5 | Does this conclude your statement of qualifications? |
| 7 | A 5 | Yes, it does. |

**PACIFIC GAS AND ELECTRIC COMPANY**
**STATEMENT OF QUALIFICATIONS OF SHELLY J. SHARP**

Q 1    Please state your name and business address.

A 1    My name is Shelly J. Sharp, and my business address is Pacific Gas and Electric Company, 77 Beale, San Francisco, California.

Q 2    Briefly describe your responsibilities at Pacific Gas and Electric Company (PG&E).

A 2    I am currently the senior director, General Rate Case and Regulatory Support. My responsibilities include overseeing the development of General Rate Cases (GRC) as well as various other applications before the California Public Utilities Commission, ensuring compliance with items from prior GRCs, and directing the efforts of PG&E's regulatory support functions.

Q 3    Please summarize your educational and professional background.

A 3    I graduated with a bachelor of science degree in business administration/finance from California State University, Sacramento, in 1984. In 1985, I graduated from Golden Gate University in San Francisco, with a master's degree in business administration/finance.

    I joined PG&E in 1985. From 1985 until 1997, I held various analyst and supervisory positions within the regulatory area including: regulatory affairs analyst, rates analyst, resource analyst, supervisor – Gas Rates, and manager – Electric Rates. In 1997, I took over as the director of the Rates Department, responsible for both gas and electric revenue allocation and rate design. In 2003, I became the director of Billing, Revenue and Records. In 2007, I became the senior director of Service and Sales in the Customer Care organization. In February 2008, I became the senior director of Customer Field Service within the Customer Care organization.

Q 4    What is the purpose of your testimony?

A 4    I am sponsoring Chapter 1, "Overview and Summary," in PG&E's S-MAP proceeding.

Q 5    Does this conclude your statement of qualifications?

A 5    Yes, it does.