# Exhibit I: Pacific Gas and Electric Company
# Expected Timelines of Selected Regulatory Cases



| Regulatory Case | Docket # | Key Dates |
|---|---|---|
| 2019 Gas Transmission and Storage Rate Case | A.17-11-009 | Nov 17, 2017 – Application filed<br>Jan 4, 2018 - Prehearing Conference (PHC)<br>Mar 30, 2018 - Update testimony filed to reflect 2017 Tax Act reductions in forecasted revenue requirement<br>April 24, 2018 – CPUC to issue ruling on proceeding scope and schedule<br>Jun 29, 2018 – ORA testimony<br>Jul 20, 2018 – Intervenor testimony<br>Jun-Jul 2018 – Public Participation Hearings<br>Jun-Aug 2018 – Settlement discussions<br>Aug 20, 2018 – Concurrent rebuttal testimony<br>Sep 17-Oct 12, 2018 – Evidentiary hearings<br>Nov 14, 2018 – Opening Briefs<br>Dec 14, 2018 – Reply Briefs<br>Q1 2019 – Proposed Decision per Scoping Memo |
| 2020 General Rate Case (Phase I) | A.18-11-009 | Dec 13, 2018 - Application filed<br>Q1 2019 - Scoping Memo |
| Cost of Capital 2019 | A.18-04-XXX | Q2 2019 – Application will be filed no April 20, 2019 |
| Transmission Owner Rate Case (TO18) | ER16-2320 | Jul 29, 2016 – PG&E filed TO18 rate case seeking an annual revenue requirement for 2017<br>Sep 30, 2016 – FERC accepted TO18 making rates effective Mar 1, 2017 and establishing settlement process<br>Oct 19, 2016 – FERC settlement conference<br>Oct 30, 2016 – CPUC seeks rehearing of FERC's grant of 50 bp ROE adder for CAISO participation<br>Feb 7-8, 2017 – FERC settlement conference<br>Mar 16, 2017 – Parties reached impasse in settlement discussions<br>Jan 2018 – Hearings<br>Oct 2018 – Initial decision expected<br>Oct 1, 2018 – Initial decision issued<br>Oct 31, 2018 – Brief on Exceptions (BOE) due<br>Nov 20, 2018 – The reply to BOE due<br>Q3 2019 – Final decision expected |
| Transmission Owner Rate Case (TO19) | ER17-2154 | Jul 26, 2017 – PG&E filed TO19 rate case seeking an annual revenue requirement for 2018<br>Sep 28, 2017 – FERC accepted TO19 making rates effective Mar 1, 2018, and establishing settlement process<br>Oct 2017 and May/July 2018 – FERC settlement conferences<br>Sep 21, 2018 – Offer of Settlement filed with FERC with motion for interim rates<br>Oct 9, 2018 – Chief ALJ granted motion for interim rates and authorized the implementation of the interim rates (Jul 1, 2018 for Wholesale and Jan 1, 2019 for retail) pending Commission action on settlement.<br>Dec 20, 2018 -- FERC approved the all-party settlement |
| Transmission Owner Rate Case (TO20) | ER19-13 | Oct 1, 2018 – Application for TO20 filed<br>Nov 30, 2018 -- FERC accepted TO20 filing and set interim rates effective May 1, 2019 |

Case: 19-30088    Doc# 2021-8    Filed: 05/15/19    Entered: 05/15/19 15:59:18    Page 1 of 5

# Exhibit I: Pacific Gas and Electric Company
# Expected Timelines of Selected Regulatory Cases



| Regulatory Case | Docket # | Key Dates |
|---|---|---|
| Safety Culture and Governance Order Instituting Investigation Phase 3 | I.15-08-019 | Dec 21, 2018 -- President Picker issued ruling on next phase<br>Jan 16, 2019 -- PG&E submitted its initial response<br>Feb 13, 2019 -- Opening comments submitted<br>Feb 28, 2019 -- Reply Comments due |
| Wildfire Cost Recovery Criteria OIR | R.19-01-006 | Feb 11, 2019 -- Opening Comments filed<br>Feb 20, 2019 - Prehearing Conference<br>Feb 25, 2019 -- Reply Comments filed<br>March 2019 -- Scoping Memo |
| Wildfire Mitigation Plan Order Instituting Rulemaking | R.18-10-007 | Feb 6, 2019 -- Wildfire Mitigation Plan Filed<br>Feb 13, 2019 -- Workshop<br>Feb 26-27, 2019 -- Workshops |

*Most of these regulatory cases are discussed in PG&E Corporation and Pacific Gas and Electric Company's combined Annual Report on Form 10-K for the year ended December 31, 2018.*

27

# APPENDIX 2 – OVERVIEW OF KEY REGULATORY CASES
## 2020 CPUC General Rate Case



- On December 13, 2018, PG&E filed its application for its 2020 General Rate Case requesting a ~$1.1B increase in revenue requirement over 2019 authorized.

| ($ billions) | 2020 | 2021 | 2022 |
|---|---|---|---|
| Revenue Requirement | ~$9.6 | ~$10.0 | ~$10.5 |

- We are currently awaiting a scoping memo and schedule.

- Assigned Commissioner: Picker
  Administrative Law Judge: Lirang, Lau

28

Case: 19-30088    Doc# 2021-8    Filed: 05/15/19    Entered: 05/15/19 15:59:18    Page 3 of 5

# APPENDIX 2 – OVERVIEW OF KEY REGULATORY CASES
# 2019 CPUC Gas Transmission and Storage Rate Case



- On November 17, 2017, PG&E filed its 2019 Gas Transmission and Storage rate case. PG&E subsequently revised its request to reflect impacts from the Tax Cuts and Jobs Act as well as other forecast updates to a $184M increase over the 2018 authorized revenue requirement.

| ($ billions) | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Revenue Requirement | ~$1.48 | ~$1.59 | ~$1.69 | ~$1.68 |

- In June 2018, the Office of Ratepayer Advocates, now the California Public Advocates Office, proposed a 2019 revenue requirement increase of $85M, followed by increases of $94M in 2020, $121M in 2021, and $28M in 2022. On October 1, 2018, PG&E entered into a stipulation with the Public Advocates Office that, if approved, would extend the rate case cycle through 2022.

- We are currently awaiting a proposed decision from the assigned administrative law judge.

- Assigned Commissioner: Rechtschaffen
  Administrative Law Judge: Powell

29

# APPENDIX 2 – OVERVIEW OF KEY REGULATORY CASES
## FERC Transmission Owner Rate Case



### TO18 (2017 Revenues)

- July 29, 2016 – Filed TO18 with FERC requesting $1.7 billion revenue requirement, an ROE (inclusive of 50 basis point adder) of 10.90%
- A final decision is expected in the second half of 2019

### TO19 (2018 Revenues)

- On August 24, 2018 the Parties reached a settlement-in-principle on all issues tying the TO19 settlement RRQ to the final FERC decision in TO18 by applying a settlement factor of 98.85% to the final TO18 authorized RRQ
- On December 20, 2019, the FERC issued a letter approving the settlement, but rates will be subject to refund until resolution of TO18

### TO20 (2019 Revenues)

- On October 1, 2018, PG&E filed its TO20 rate case, requesting both a conversion to formula rates, a revenue requirement of ~$1.96B and an ROE of 12.5% (inclusive of 50 basis point incentive adder)

30