# DECLARATION OF CINDY LY

I, CINDY LY, make this declaration based upon my personal knowledge. I am over the age of 18, am competent to testify and do so as follows:

At the time of the North Bay Fires I lived in Redwood Valley, CA. My primary and only residence was destroyed in the fire. I lost my home, and all of my possessions. And I had no insurance.

Immediately prior to the fire I lived was living in a four bedroom home with two full bathrooms. I had a brand new washer and a dryer in my home and even a garage. I also had a nice picnic area outside. I also had Tv center and sound system.

Since the fire, I have been living first at my friend's farm for about two weeks. After that I went and stayed at a friend's place for a couple of months. Then I moved to Blue Lakes hotel for about three months. After that I moved in part time with my mother and part time with my sister. I go back and forth between their places a couple times during the week. I have been unable to work and wish I could have my own place to stay. I was only able to grab a couple of things on my way out so I mostly left with nothing. I have had to live out of my containers due to a lack of space.

It is imperative that I receive funds immediately to obtain stable and habitable housing, buy food, clothes and other basic life necessities, and to just generally get back on my feet.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this ____ day of April, 2019 at __29th__ San Francisco, California.

CINDY LY

April 29, 2019

To Whom It May Concern:

Our family lost absolutely everything in the Camp Fire. We lost our entire home, our family photos, and cherished heirlooms. Because my parents had passed away, I was the one in my family that was holding everything for my children, my sister's children, and our future generations. It feels like we lost our family history and that our heritage is gone. This is what has happened to basically everyone in Paradise.

The day of the fire, I received a call from my son's school saying there was an emergency, so I went go get him. When we got back to the house from school, the fire was so close that there was not enough time to grab anything, even our cat.

After the fire, I had to move with our foster son away from my fiancé Nicholas, while he figured out a place for us to live. We ultimately moved to be with my family in Washington, in order to stay somewhere we could afford. We were displaced from November until January, so our family was apart over the holidays and missed Christmas together. It was a horrible time for our family, and for me.

Nick fortunately was able to secure a trailer for us to live in, but it is very small and because of my multiple sclerosis, it is very difficult for me to move around. All of this disruption and the moves made it hard for me to get my medication.

We are lucky now to be together but we feel devastated by what we lost. There are so many other families who are homeless and who are separated like ours was once. I just hope PG&E can try to see and rectify their negligence and make us, and those worse off than us, whole again.

Sincerely,



Rachel Marin
Camp Fire Survivor

April 30, 2019

I am writing this letter today about how the Camp Fire has affected and still affecting my life almost six months now since the fire. I wake up every day and cry. I am in such a bad spot because of what this fire has taken from me.

Before the fire, I was a hands on kinda Grandma of my 6 grandchildren, and they spent numerous days and nights at our Magalia home that my fiancé Kevin and I shared for many years. We loved our home and our life together. My God, I just want back what I had before this fire!

Not only did the fire take everything that I owned but trying to get back on my feet has put so much pressure on my relationships and has completely upset my life. After the fire, my Kevin and I were homeless. We ended up moving in with my daughter and her family. There were a total with us of 10 people (6 grandchildren and 4 adults) living in a 3 bedroom 2 bathroom with only one bathroom working. The stress of having to live in such overcrowded quarters put a lot of pressure on us. We are an older couple that is used to just being us two.

Kevin had been living in his car so he could have more space. Around Christmas, Kevin moved to Texas and it was very difficult for me. Being apart really hit me hard and with everything else was already affecting me, this was just too much! I feel like a complete mess. I've lost 70lbs with all of the stress. I'm hoping to be reunited with Kevin soon, but I don't know when that will be.

It's also been hard on my daughter having so many people in her house, so I have been living in the garage to give her the time with her family without me in the way. This hardship that was put on me has affected my daughter's and my relationship I think

beyond repair. I have tried to be helpful to her around the house but I feel like a burden.

The garage in which I now live in has no garage door. I put a tarp up but it is very scary knowing someone can just come in. I don't sleep much so my mental state is suffering. Back in March, I was sitting and reading around 10 p.m. and then I heard rustling of the tarp. I saw a strange man on his knees crawling into the garage, so I of course screamed! Luckily and by the grace of God he immediately vacated my garage. When that happened, I wanted to not ever have to spend another moment there, but I had nowhere else to go.

I have now tried to make a makeshift gate or door or whatever it could be called out of a baby's crib, rope, and 2 box springs tied all together to cover that open area just to feel somewhat safe. Summer is coming, and it feels like 90 degrees in the garage on hot days.

I have so much that I could say on what this fire has done to my life and my relationships with the people I love so dearly but it would end up being a very long letter so I've just written on the most recent events of my life after the fire. There are many struggles which I've been through. I hope this letter makes sense and gives somewhat of an idea of my life and what's been done to it. There are so many people like me who are in really desperate situations, who just need some help to get back on their feet.

Sincerely, Leslie Moore

*Leslie Moore*

Camp Fire Survivor
Magalia, California


The Garage I Have Been Living In


The Makeshift Door I Made to Feel Safe

| | |
|---|---|
| Dario de Ghetaldi – Bar No. 126782<br>Amanda L. Riddle – Bar No. 215221<br>Steven M. Berki – Bar No. 245426<br>Sumble Manzoor – Bar No. 301704<br>**COREY, LUZAICH,**<br>**DE GHETALDI & RIDDLE LLP**<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | |
| Michael S. Danko – Bar No. 111359<br>Kristine K. Meredith – Bar No. 158243<br>Shawn R. Miller – Bar No. 238447<br>**DANKO MEREDITH**<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Eric Gibbs - Bar No. 178658<br>Dylan Hughes - Bar No. 209113<br>**GIBBS LAW GROUP**<br>505 14th Street, Suite 11 I 0<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>ehg@classlawgroup.com<br>dsh@classlawgroup.com |

Attorneys for Individual Butte Fire, North Bay Fires,
And Camp Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>        Debtors. | Case No. 19-30088-DM<br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**DECLARATION OF RICHARD ALLEN**<br>**MOOTZ IN SUPPORT OF WILDFIRE**<br>**VICTIMS HOUSING FUND** |

I, Richard Allen Mootz, declare as follows:

1. I am a plaintiff in a lawsuit against the Debtors filed in the Superior Court of California, County of San Francisco, Case number CGC-19-572851.