2. At the time of the Camp Fire, and on November 8, 2018, I resided at my home located at 988 Elliott Road, Paradise, CA 95969. I was paying $350 per month for rent.

3. As a result of the Camp Fire on or about November 8, 2018, my rental home and all my belongings were destroyed in the fire. I sustained burns and other injuries while fleeing my home, and my dog perished in the fire.

4. At the time of the Camp Fire, I did not have a policy of insurance which covered either my home, contents, or additional living expenses.

5. I am disabled and on a fixed, limited income.

6. Following the fire, I was forced to live with various different family members and I have been unable to secure permanent housing. I do not have the funds to obtain new housing because all rental prices exceed my fixed, limited income. I do not have the funds to replace all my belongings.

7. I have not been able to secure temporary housing through FEMA, despite my continued efforts.

8. I fear I may become permanently homeless as a result of the Camp Fire.

9. I understand this Court approved the Debtors plan to pay $235,000,000 in bonuses to approximately 10,000 of its employees, while many wildfire victims, including myself, remain homeless.

I, Richard Allen Mootz, hereby declare under penalty of perjury of the laws of the State of California that I have read the foregoing Declaration and know its contents. The same is true of my own personal knowledge, except for those matters stated on information and belief which I believe to be true. If called to testify as a witness, I could do so competently.

Executed on 5-1-2019, 2019 at Roseville, California

By: _____
Richard Allen Mootz

-2-
DECLARATION OF RICHARD ALLEN MOOTZ

## DECLARATION OF CHRISTINE MOUNTAIN

I, Christine Mountain, make this declaration based upon my personal knowledge. I am over the age of 18, am competent to testify and do so as follows:

At the time of the Camp Fire I lived in Paradise, CA. My primary residence was destroyed in the fire. I lost my home, and all of my possessions. And I am underinsured and unable to rebuild.

Immediately prior to the fire I lived in a 1700 sq. ft, 3 bedroom, 2 bath residence on nearly an acre. I had electricity, water, heating, and cooking capabilities. The home was surrounded with different trees and plants grown by myself, including a small orchard with my own fruits and vegetables and grapefruit trees I grew from the seed that were just beginning to produce fruit. This was my residence for 16 years and housed many priceless family heirlooms and valuable paintings that cannot be replaced. As just a few examples, an 1800's English Armoire, my Grandmother's Victrola, my grandmother's wedding locket and engagement ring, my mother's wedding ring, jewelry, and her treasured inlaid French Provençal end tables, my father's prized accordion with inlaid mother of pearl, my Uncle's WWII casket flag, and my own wedding dress, wedding album, baby book, and my Sheriff's Office uniforms and equipment from a beloved career are all gone.

Starting November 8, 2018, I evacuated to a Home Depot parking lot in Chico, CA and other evacuees filtered in shortly after. While there I resided in my RV which had no heat, no cooking, no electricity, and no water. I was using bottled water, making basic sandwiches, and eating fast-food as a result. I had cancer only two years ago and should be eating nourishing, fresh meals, not going through drive-thrus and skipping meals. It got dark early, and having no electricity left me cold and unable to do much other than go immediately to sleep at sundown. For the first 21 days in the Home Depot parking lot, I was in the same clothes, too numb and shocked to care about fashion. I had no access to a shower; the most I could do was start the motor home to heat water in a bowl to bathe. Throughout this time my nine pets (eight cats, one dog) were also in the RV. On December 17, 2018 I left the Home Depot parking lot after a notice to vacate was given to those who sheltered themselves there.

I was then given temporary housing, first at the Ramada Hotel in Chico, CA. However, I had to frequently move back and forth from being in a hotel room to being in the hotel parking lot in my RV waiting for possible vacancies, bouncing between rooms and my RV every few days. I was then placed

in the Rodeway Inn on Park Avenue in Chico, CA. The room I stayed in was in poor condition- messy, damp, and had an air conditioner that blew out dust and residue. When my stay was up, I was again back in my RV, parked on the side of the Inn for 10 days waiting for vacancies. At this time the water pump in the RV went out, and I have been unable to fix it to the present date. My next temporary housing was at the Oxford hotel in Chico, CA starting on January 19, 2019, where I again bounced back and forth between residing in a room and staying in my RV in the hotel parking lot waiting for vacancies. The numerous complications with staff I experienced while here only added extra stress. On April 1, 2019, my insurance adjuster had me put out of the hotel.

Finally, after much pleading, I was able to be placed in an RV park on the side of a freeway in Oroville. My living conditions have not changed much, though I finally have an electricity plug-in and water, and the park facilities contain a shower and bathroom I can use. I have just moved to a different lot that has a small cabin by it in which I can place my pets, though my RV is still cramped.

The whole thing has been very traumatic and devastating. Everything is inconvenient now, everything is an extra expenditure, and everything is a hardship. I cannot plan my life and I have no place to come home to and relax. I am no longer the master of myself. It seems everything I do includes first talking to a manager or corporate office of a hotel, motel, or RV park. This experience is adding extra stress and problems. I can only return to my cold motor home, which, now that winter is over, is turning into a hot motor home. I am still having to resort to fast-food for meals. I feel as if on the day of the fire my life was erased. I lost all my family heirlooms going back generations, my own baby pictures, keepsakes, childhood photos, and family albums. Everything is just gone, and I am displaced.

It is imperative that I receive funds immediately to obtain stable and habitable housing, buy food, clothes and other basic life necessities, and to just generally get back on my feet.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this ___ day of April 2019 at Oroville, California.

_Christine Mountain_

Christine Mountain

## DECLARATION OF KEVIN MULDER

I, Kevin Mulder, make this declaration based upon my personal knowledge. I am over the age of 18, am competent to testify and do so as follows:

At the time of the Camp Fire I lived in Concow, California. My primary and only residence was destroyed in the fire. I and my family lost our home, and all of our possessions. And we had no insurance.

Immediately prior to the fire I lived at 4200 Wilfern Road in Concow, California with my wife Starla and our sons, Kailyb (15) and Jaymin (11). We owned a 10-acre share of a 43-acre parcel where we lived off-the-grid for ten years. We had created a modest home life surrounded by trees and mountains where we lived off the land and took care of all of our own needs. We possessed special equipment to produce our own food, cared for a robust garden, which included fruit and nut trees, used a recycled a shipping container to store our things, and maintained a water tank and gravity fed lines to supply our water. We didn't need anyone else to maintain our self-sufficient lifestyle until the Camp Fire took our home and everything we had created there.

I was on the property the morning of the fire while my wife was in Chico with our sons. At 7:20 a.m. I realized that the fire was within 100 yards of the home. I grabbed our dog and a few belongings and fled. As I pulled away, our home was already in flames. As Concow was engulfed in fire around, I had no choice but to drive through harrowing tunnels of flame to escape.

I met up with Starla and our sons later that day. Since the fire, my whole family has been living in my mother-in-law's Chico home. Having to depend on family, the government and charity to get by only adds to the stress we feel every day. We miss the independence that we enjoyed as a family.

It is imperative that we receive funds immediately to obtain stable and habitable housing, buy food, clothes and other basic life necessities, and to just generally get back on our feet.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this 29th day of April, 2019 at 330 Wall Street, Suite 20, Chico, California.

Kevin Mulder

1

## **DECLARATION OF Kenneth Nelsen**

2      I, Kenneth Nelsen, make this declaration based upon my personal knowledge. I am over the

3  age of 18, am competent to testify and do so as follows:

4      At the time of the North Bay Fires I lived in Santa Rosa, CA. My primary and only

5  residence was destroyed in the fire. I lost my home, and all of my possessions. And I had no

6  insurance.

7      Immediately prior to the fire I lived in a 60 foot mobile home in Journey's End Mobile Home

8  Park. I had extensive personal property including toiletries, clothes, shoes, furniture, memorabilia,

9  and other belongings. I lived in the comfort and privacy of my own home and space and

10  maintained my independence. I also kept select valuable art pieces, a watch, my high school ring,

11  and a collection of model airplanes and aircraft , which were all destroyed by the fires.

12      Since the fire, I was forced out of my home and had nowhere to go. I have resorted to

13  living in various motels which has been extremely expensive. I barely escaped with my car and

14  have not been able to replace all my toiletries, clothes, shoes, furniture, memorabilia and other

15  belongings. I do not have a kitchen, appliances, furniture, or a bed of my own to sleep on. Due to

16  the extreme and unexpected losses, I have been under financial pressure and burden.

17  Additionally, as a result of trying to escape the fires unscathed, I have emotionally been coping

18  with anxiety and difficulty sleeping.

19      It is imperative that I receive funds immediately to obtain stable and habitable housing, buy

20  food, clothes and other basic life necessities, and to just generally get back on my feet.

21      I declare under penalty of perjury under the laws of the State of California that the above is

22  true and correct and that if called to do so, would competently so testify. Executed on this $\underline{29}$ day

23  of April, 2019 at $\underline{10:20 \text{ AM}}$ ____ San Francisco, California.

24

25                                Kenneth Nelsen

26

27

28

April 30, 2019

To whom it may concern,

As a law enforcement officer of 18 years, many times we are tasked with placing our own lives in peril, in order to save others we do not even know. On November 8th, 2018, this was yet another one of those occasions. I humbly thank you in advance for taking the time to read of this account:

In the early morning hours of that day, a raging fire broke out in the area of Pulga, CA. While on duty, I received a call to respond to Paradise, CA, to assist both Paradise Police and the Butte County Sheriff's Dept. in evacuating the residents of the area.

As my family and I resided in Paradise, and due to the speed in which the fire was claiming acreage, I only had just enough time to call and/or text my fiancée (who suffers from multiple sclerosis) to tell her to evacuate the area with our 5 year old foster child. As I was on duty and ordered across town, I was unable to get them to safety myself. Luckily they escaped physically unharmed.

My first task during the fire was to help with evacuation of an assisted-living facility behind the Feather River Hospital complex on Pentz Road, which was completely across town from our residence. Upon my arrival, the fire was within 500 yards of attacking the facility. Day had been turned into night, as the thick black smoke was blotting out the sun. We were successful in evacuating the elderly and disabled, but the fire had reached the hospital and that facility, and due to burning clumps of debris falling from the sky and embers being dispersed by the high winds, the fire was already burning and consuming structures all around us as it continued to rapidly spread throughout the area.

Once we evacuated the facility, traffic became utterly gridlocked in all directions. I immediately took action and was able to get the gridlocked traffic flowing in the only two directions possible. No sooner had I emptied the facility, active fire was within 50 yards of my location claiming structures. After traveling no more than a mile or so, I rescued two disabled women and one of their boyfriends who were attempting to escape on foot, as their vehicle and house had already caught fire. I then attempted our escape by driving westbound on Pentz Road literally driving through active fire across the road and wind-blown sheets of burning embers. At times, my visibility was limited to ten feet in front of my vehicle and around us we saw fully-engulfed utility poles and structures.

We made our way on the last known acceptable route (Pierson Road), as all other roads were blocked. Just at the point where I felt we may successfully escape the area, my patrol vehicle was struck by a fleeing motorist traveling the opposite direction, rendering my patrol vehicle inoperable. I now had to deal with

1

the fact that not only was I trapped in a worse area that we had seemingly escaped before; I also knew I had my civilian passengers with me, two of which were disabled. Amidst the flames, embers, and smoke, I quickly acted by flagging down other civilian vehicles whom were able to drive my passengers and the driver that struck my vehicle to safety. Unfortunately, there was no additional room in those vehicles to escape myself, and I ordered them out of the area.

I then noticed there was a sheriff's patrol vehicle, behind my patrol vehicle, and a deputy who was offering assistance. Although, he and I (and the nurses who were with him) entered his vehicle, his patrol vehicle would not start. The decision was made to abandon the vehicle and to hike back the way we had come. We walked about a quarter of a mile fully exposed to the firestorm. Where, as luck would have it, I heard the sound of dozer coming towards us. This dozer was followed by a large fire engine where we were all able to pile in. It was not a moment too soon, as my body started to feel like it was quitting on me. A video taken by the bodycam of the sheriff's deputy that captured our escape made the news (https://www.latimes.com/local/lanow/la-me-ln-lawman-escapes-deadly-fire-video-20181129-story.html).

While all this was transpiring, my family and I lost absolutely everything we ever possessed, as our property was essentially incinerated. We had only been able to enjoy home ownership for 11 months, and on November 8th, everything was violently taken from us. We lost irreplaceable family heirlooms, eclectic collections, the drafts of the book I was writing, my paintings, and photos of our family. I will never be able to get any of those things back. I also lost all the inventory and tools for my side business of vintage auto restoration.

I was not a wealthy man before the fire, and certainly am not any better off since losing everything. Before the fire I was fortunate to have a home and a mortgage, which my salary could afford. Now, my family and I live in a trailer. There is no housing affordable available in the Chico area, or anywhere close to where we lived that is anything remotely similar to what we lost. The prices of everything in the surrounding are significantly higher than what I am able to afford.

Although I recognize we are some of the lucky ones and there are many who are worse off than we are, it appears we are now forced to leave the area, rather than stay in Paradise as we intended just 11 months before the fire. In all the areas within two to three hours' drive, even the house prices there (similar to what we lost) are $150,000 dollars higher than what we lost. My mortgage in Paradise was comfortable, housing elsewhere in these areas are not.

Our lives have been completely upset by the Camp Fire. We were only just getting settled into our home and the fire turned our hopes and dreams to ash. The right thing now would be for PG&E, at a minimum, to start to make

2

people whole for what they did. People need to get back into a home and to start to rebuild their lives.

Sincerely,

Nicholas D. Powell
Camp Fire Survivor
Chico, California

3

## **DECLARATION OF MICHAEL PULLIAM**

I, MICHAEL PULLIAM, declare:

1.    I make this declaration based upon my personal knowledge. I am over the age of 18 and am competent to testify to the matters stated herein.

2.    At the time of the Camp Fire I lived at 1471 Kilcrease Circle, Paradise, California. I owned my home and at the time of the fire I had no policy of homeowners insurance.

3.   My house was a two-bedroom home of approximately 1470 square feet. My entire house was destroyed in the Camp Fire and I lost my home and all of the possessions in my home. I also had a travel trailer, which was damaged in the fire.

4.   In the immediate aftermath of the fire I lived with friends in Oroville, California. I stayed with my friends for approximately five months.   After my small travel trailer was fixed, I moved into my travel trailer. I continue to reside in my travel trailer with my dog.

5.   I need funds to be able to obtain a house in which to reside.   I would use emergency funds to obtain a rental home or as a down payment on a purchase or to build a home. I would also use the funds to purchase at least some of the furnishings which I lost.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct of my own personal knowledge. Executed this 26TH day of April, 2019 at Fresno , California.

_____
MICHAEL PULLIAM

# DECLARATION OF DOMINIC ROMERI

I, Dominic Romeri, make this declaration based upon my personal knowledge. I am over the age of 18, am competent to testify and do so as follows:

At the time of the Camp Fire I lived in Paradise, CA. My primary and only residence was destroyed in the fire. I lost my home, and all of my possessions. And I had no insurance.

Immediately prior to the fire I lived in a trailer on my girlfriend's mother's property.

Since the fire, I have been living on the same property in Paradise. I stayed in order to fight the fire but was unable to same my trailer and all of my belongings. I was forced to camp in the area with my dog and sleep on the ground for over a month. I kept the generator running on the property, helped the neighbors take care of their horses and animals and have lived on the property ever since. Because the Highway patrol put up roadblocks, I would be unable to return if I left the area, so my girlfriend would bring me supplies. Eventually, my father bought me a trailer and I have been able to at least have a roof over my head.

It is imperative that I receive funds immediately to obtain stable and habitable housing, buy food, clothes and other basic life necessities, and to just generally get back on my feet.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this 25th day of April, 2019 at Paradise, California.



DOMINIC ROMERI

## DECLARATION OF FAITH LYNN SANDOVAL

I, FAITH SANDOVAL, declare:

1. I make this declaration based upon my own personal knowledge. I am over the age of 18 and am competent to testify to the matters stated herein.

2. At the time of the Camp Fire I lived at 5767 Bonnie Lane, Paradise, California. I owned my home. My home was a 2 bedroom, 2 bath home. I did not have any homeowners insurance.

3. Prior to the fire, I was the Director of Nurses at a post-acute care facility. I was also the sole caretaker for my son, who had Stage 4 esophageal cancer.

4. My house was destroyed in the Camp Fire and I lost my home and all of my possessions. I was forced to resign from my job due to the stress of losing my home and caring for my son full time.

4. Due to having no place to live, and all of my siblings losing their homes in the fire, I was forced to purchase a fifth wheel trailer to care for my son, who recently passed away. I paid for all of my son's funeral costs.

5. It is imperative that I receive the funds necessary to rebuild my home, pay for funeral expenses and to replace at least some of the furnishings and clothing, which I lost.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge. Executed on this 2̲6̲ day of April 2019 at

_Chico_, California.

_Faith Sandoval_
FAITH SANDOVAL

# DECLARATION OF KENNETH SEVENNS

I, KENNETH SEVENNS, make this declaration based on my personal knowledge. I am over the age of 18 and am competent to testify and do so as follows:

1. I was renting a home in Paradise, California at the time of the Camp Fire on November 8, 2018.

2. As a result of the Camp Fire I completely lost my home and all of my personal possessions.

3. At the time of the fire I had no insurance whatsoever to protect me against the loss of my home and possessions or additional living expenses.

4. Since the fire I have had no permanent place to live and have only been able to stay temporarily with neighbors and now have temporary housing with my niece in Orland, California.

5. It is vitally important that I receive funds in order to at least replace some of my clothing and personal property as well as find more permanent living quarters that I can afford.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently testify. Executed this 29 day of April, 2019 at Chico, California.

_Kenneth Sevenns_
KENNETH SEVENNS

## DECLARATION OF ERIC SHOEMAKE

I, Eric Shoemake, declare:

1. I make this declaration based upon my personal knowledge. I am over the age of 18 and am competent to testify with regard to the matters herein.

2. At the time of the Camp Fire I lived in Paradise, California. I rented a home at 1389 Herman Drive, Paradise, California. My house was destroyed in the fire and I lost my home and all of my possessions.

3. I had no insurance which provided coverage for the loss of my home, my possessions and my additional living expenses. In the immediate aftermath of the fire I lived in Chico, California and I slept on my cousin's couch. I stayed with my cousin until shortly after Christmas.

4. In January of 2019, I built a shack on my uncle's property. The shack has no running water, no heat, no toilet facilities, and no air conditioning. I have been living in the shack for more than three months.

5. It is imperative that I receive the funds necessary to obtain housing and to replace at least some of the furnishings and clothing which I lost.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct of my own personal knowledge. Executed on this _____ day of April, 2019 at Chico, California.

4-26-2019

_Eric Shoemake_

Eric Shoemake

DocuSign Envelope ID: A470A57C-90A2-42B4-8871-C2FC7B871B13

# DECLARATION OF JUDY SIMMONS

I, Judy Simmons, declare as follows:

1.      I am a plaintiff in a lawsuit against the Debtors filed in the Superior Court of California, County of San Francisco, Case number CGC-18-571822.

2.      At the time of the Camp Fire, and on November 8, 2018, my husband and I resided in our two-bedroom, two-bathroom, 1,700-square foot home located at 5529 Edgewood Lane, Paradise, CA 95969.  My husband and I also ran our respective businesses out of our home.  I am a mortgage broker and my husband owns a pest and termite control company.

3.      As a result of the Camp Fire on or about November 8, 2018, our home, our belongings, and the majority of our business equipment was destroyed.  We had recently remodeled our kitchen at an approximate cost of $60,000.

4.      Following the fire, my husband and I have been unable to secure permanent housing despite having a policy of insurance that covered our home, contents, and additional living expenses.  Since the time of the Camp Fire, we have lived in fifteen (15) different hotel rooms in three different cities.  Living in a small hotel room and attempting to run our respective businesses from those hotel rooms has proved to be extremely difficult, uncomfortable, and financially burdensome.  Each time we were forced to relocate to a new hotel room we were required to reconfigure our business computers and equipment.  This instability has resulted in tens of thousands of dollars of lost revenue.

5.      We have been the victims of theft and burglary while living in these various different hotel rooms.

6.      We finally secured a rental home in Paradise on approximately April 24, 2019.  Approximately two (2) weeks later we discovered there was no potable water on the property and we were forced to return to a hotel.

DECLARATION OF JUDY SIMMONS

7.     I understand this Court approved the Debtors plan to pay $235,000,000 in bonuses to approximately 10,000 of its employees, while many wildfire victims, including myself and my husband, remain homeless.

8.     Our policy of insurance for additional living expenses runs out on November 8, 2020.

I, Judy Simmons, hereby declare under penalty of perjury of the laws of the United States that I have read the foregoing Declaration and know its contents.  The same is true of my own personal knowledge, except for those matters stated on information and belief which I believe to be true.  If called to testify as a witness, I could do so competently.

Executed on ___5/10/2019___, at ___Paradise___, California

By: ___*Judy Simmons*___
                    Judy Simmons

## DECLARATION OF MICHAEL SLIGHTOM

I, MICHAEL SLIGHTOM, make this declaration based on my personal knowledge. I am over the age of 18 and am competent to testify and do so as follows:

1. At the time of the Camp Fire on November 8, 2018 I was renting a home Magalia, California.

2. Because of the Camp Fire I lost my home and all my personal possessions.

3. At the time of the fire I owned a business, Mike's Appliance. I leased a shop in Paradise, California which was totally destroyed by the Camp Fire as were all of my inventory, tools and work trucks. This has resulted in a loss of all of my income for my family. I was the sole source of income for my family.

3. At the time of the fire I did not have any insurance for myself or my family for our home, our personal and work possessions or additional living expenses.

4. Because of the fire my wife and I and our three children have had to seek temporary shelter in crowded conditions with my mother-in-law and have just recently found temporary housing in Los Molinos, California.

5. It is extremely important that we get funds as soon as possible in order to replace necessities of life such as more permanent housing and household goods and clothing.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently testify.

///

Executed this ___29___ day of April, 2019 at Chico,
California.

_Michael Slaghtom_
MICHAEL SLAGHTOM

## DECLARATION OF TIFFANY L. SLIGHTOM

I, TIFFANY L. SLIGHTOM, make this declaration based on my personal knowledge. I am over the age of 18 and am competent to testify and do so as follows:

1. At the time of the Camp Fire on November 8, 2018 I was renting a home in Magalia, California.

2. Because of the Camp Fire I lost my home and all my personal possessions.

3. At the time of the fire I did not have any insurance for myself or my family for our home, our personal possessions or additional living expenses.

4. Because of the fire my husband Michael and I and our three children have had to seek temporary shelter in crowded conditions with my mother-in-law and have just recently found temporary housing in Los Molinos, California.

5. It is extremely important that we get funds as soon as possible in order to replace necessities of life such as more permanent housing and household goods and clothing.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently testify. Executed this 29 day of April, 2019 at Chico, California.

TIFFANY L. SLIGHTOM

**DECLARATION OF BETTY J. TAYLOR**

I, BETTY J. TAYLOR, declare:

1.   I make this declaration based upon my personal knowledge. I am over the age of 18 and am competent to testify to the information stated herein.

2.   At the time of the Camp Fire my husband and I resided at 5081 Wilderness Way in Paradise, California. We had a 3 bedroom home which we owned. We did not have a policy of homeowners insurance which covered our home. My husband and I live on a fixed income received from Social Security.

3. Our house was destroyed in the Camp Fire and we lost our home and all of our possessions in the home.

4. In the immediate aftermath of the fire, we moved in with my sister-in-law and her husband. We stay either with my sister in law, in a hotel, or with my son. On January 1, 2019 we were able to move into a mobile home. We had to borrow money from our son in order to purchase the mobile home. Absent emergency funds, we have no ability to repay the loan.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this 25th day of April, 2019 at _Sacramento_ , California.

_Betty J. Taylor_
BETTY J. TAYLOR

## DECLARATION OF CINDY TINKER

I, CINDY TINKER, make this declaration based on my personal knowledge. I am over the age of 18 and am competent to testify and do so as follows:

1. On November 8, 2018 I was renting a house in Paradise, California when the "Camp Fire" came through and destroyed the home and all of my possessions.

2. At the time of the fire I did not have any insurance whatsoever to provide coverage for my home and possessions.

3. I am a disabled American and because of the fire I have had temporary housing at a number of different places including different motels, a FEMA shelter, friends' houses and the like and because of a lack of money and availability I have not been able to find any suitable relocation but still have to rely on whatever I can find.

4. It is imperative and necessary that I receive funding to so that I can replace personal possessions and find a place to live with some degree of stability.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently testify. Executed this 29 day of April, 2019 at Chico, California.

Cindy Tinker
CINDY TINKER

## DECLARATION OF BRENDA TUCKER

I, Brenda Tucker, make this declaration based upon my personal knowledge. I am over the age of 18, am competent to testify and do so as follows:

At the time of the Camp Fire I lived in Oroville, CA. My primary and only residence was destroyed in the fire. I lost my home, and all of my possessions. And I had no insurance.

Immediately prior to the fire I rented a mobile home located at 14749 Northwood Drive Magalia, CA 95954, where I lived with my son and nephew.

Immediately after evacuating with my son and nephew, I went to my niece's house in Oroville. We then went to the Grizzly evacuation center. We then went to my niece's house in Oroville, where we have stayed ever since. While our home at 14749 Northwood Drive Magalia, CA 95954 did not burn down, we have been unable to return because it has been declared a hazard zone.

It is imperative that I receive funds immediately to obtain stable and habitable housing, buy food, clothes and other basic life necessities, and to just generally get back on my feet.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that if called to do so, would competently so testify. Executed on this _____ day of April, 2019 at Oroville, California.

_____
Brenda Tucker