

Brenda Tucker