Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO BANKRUPTCY SECTIONS 105(a) AND 107(b) AND BANKRUPTCY RULE 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED DECLARATION OF BRENT C. WILLIAMS (Related to Dkt. No. 1777)**<br><br>Date:      May 22, 2019<br>Time:     9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>              Courtroom 17, 16th Floor<br>              San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**") hereby submits this motion (the "**Motion**") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* (the "**Local Procedures**") for entry of an order (i) authorizing the TCC to file under seal the unredacted Declaration ("**Unredacted Declaration**") of Brent C. Williams in support of the TCC's Limited Joinder, Objection and Counter Motion ("**Joinder**") to the Wildfire Assistance Program Motion (Dkt. No. 1777) ("**Wildfire Assistance Program Motion**") filed by PG&E Corp. and Pacific Gas and Electric Company (collectively, the "**Debtors,**"); (ii) directing that the Unredacted Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the TCC and the Debtors or further order from the Court. The TCC proposes providing the Unredacted Declaration to the Office of the United States Trustee for the Northern District of California (the "**U.S. Trustee**") on a highly confidential basis and to counsel and financial advisors to the Debtors and the Official Committee of Unsecured Creditors on a "Highly Confidential – Professionals' Eyes Only" basis.

In support of this Motion, the TCC submits the Declaration of Brendan J. Murphy (the "**Murphy Declaration**") filed contemporaneously herewith. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## MEMORANDUM AND POINTS OF AUTHORITIES

**I.       JURISDICTION**

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

## II. BACKGROUND

On May 1, 2019, the Debtors filed the Wildfire Assistance Program Motion (Dkt. No. 1777). Contemporaneously herewith, the TCC filed its Joinder to the Wildfire Assistance Program Motion. In support of the Joinder, the TCC is submitting, *inter alia*, the declaration of Brent C. Williams, which has three exhibits. The declaration is based on the Debtors' responses ("**Debtors' Responses**") to the TCC's request for information regarding the Wildfire Assistance Program Motion. Murphy Declaration at ¶ 6. The Debtors marked the Debtors' Responses as "Highly Confidential – Professionals' Eyes Only." *Id.* at ¶ 5.

## III. BASIS FOR RELIEF REQUESTED

Section 105(a) of the Bankruptcy Code allows a court to "issue any order . . . that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Section 107(b) further provides that a court may "protect any entity with respect to a trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b). To seek protection under section 107(b), a party only needs to show "that the information it [seeks] to seal [is] 'confidential' and 'commercial' in nature." *Video Software Dealers Ass'n v. Orion Pictures Corp.,* 21 F.3d 24, 27 (2d Cir. 1994).

The Bankruptcy Rules similarly authorize the Court to "make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information." Bankruptcy Rule 9018.

Finally, Local Procedures require that a request for seal is narrowly tailored to sealable materials. *New District Wide Procedures For Electronically Filing Sealed and Redacted Documents*.

The Unredacted Declaration is based on the Debtors' Responses, attached as Exhibit C to the Unredacted Declaration. Murphy Declaration at ¶ 5. The Debtors marked the Debtors' Responses as "Highly Confidential – Professionals' Eyes Only." *Id.* at ¶ 5. The TCC redacted only the information in the Unredacted Declaration and Exhibit C to the Unredacted Declaration that was based on the Debtors' Reponses. *Id.* at ¶ 6. Because the Unredacted Declaration

Case: 19-30088    Doc# 2023    Filed: 05/15/19    Entered: 05/15/19 16:14:13    Page 3 of 5

contains highly confidential information, according to the Debtors, the Unredacted Declaration falls within the scope of section 107(b), and this Court should grant the TCC's request.

**IV.  NOTICE**

Notice of this Motion will be provided to (i) the Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.); (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors; (iii) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors; (iv) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-in-possession financing facility; (v) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility; (vi) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission; (vii) the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); (viii) U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel); (ix) U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission; (x) Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors; and (xi)

those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The TCC respectfully submits that no further notice is required.

No previous request for the relief sought herein has been made by the Debtors to this or any other court

**WHEREFORE**, the TCC respectfully requests entry of an order(i) authorizing the TCC to file under seal the Unredacted Declaration; and (ii) directing that the Unredacted Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the TCC and the Debtors or further order from the Court

Dated:   May 15, 2019                    Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Robert A. Julian*
      Robert A. Julian

*Counsel for Official Committee of Tort Claimants*

- 4 -