# EXHIBIT A

Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:       310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:       310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**ORDER AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED DECLARATION OF BRENT C. WILLIAMS (Related to Dkt. No. 1777)** |

The Court, having reviewed the Motion (the "**Motion**"), filed on May 15, 2019, of the Official Committee of Tort Claimants ("**TCC**") for entry of an (i) authorizing the TCC to file

under seal the unredacted Declaration ("**Unredacted Declaration**") of Brent C. Williams in support of the TCC's Limited Joinder, Objection and Counter Motion to the Wildfire Assistance Program Motion (Dkt. No. 1777) filed by PG&E Corp. and Pacific Gas and Electric Company (collectively, the "**Debtors,**"); (ii) directing that the Unredacted Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the TCC and the Debtors or further order from the Court, and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

***END OF ORDER***