Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **DECLARATION OF BRENDAN J. MURPHY IN SUPPORT OF MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO BANKRUPTCY SECTIONS 105(a) AND 107(b) AND BANKRUPTCY RULE 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED DECLARATION OF BRENT C. WILLIAMS (Related to Dkt. No. 1777)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1. I, Brendan J. Murphy, am a Managing Director at Lincoln Partners Advisors LLC ("**Lincoln**"), which has its principal office at 500 West Madison Street, Suite 3900 Chicago, IL. I am authorized to execute this declaration on behalf of Lincoln. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. I am making this declaration in support of the Official Committee of Tort Claimants' Motion ("**Motion**") for Entry of an Order Authorizing the Filing Under Seal of the Unredacted Declaration of Brent C. Williams ("**Unredacted Declaration**"). Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

3. The TCC wishes to file the Unredacted Declaration in support of their Objection to the Debtors' Wildfire Assistance Program Motion.

4. In order to better understand how the Debtors determined the amount of the fund proposed in the Wildfire Assistance Program Motion, I provided a list of questions to the Debtors on Monday, May 6, 2019.

5. On Friday May 10, 2019 the Debtors responded to our questions, attached to the Unredacted Declaration as Exhibit C ("**Debtors' Responses**"). Those responses were marked "Highly Confidential – Professionals' Eyes Only."

6. Portions of the Unredacted Declaration are based upon the information provided in the Debtors' Responses. The portions of the Unredacted Declaration and Exhibit C to the Unredacted Declaration, which are based upon the Debtors' Responses, have been redacted in the version of the declaration filed on the docket in support of the Objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2019.

_____
Brendan J. Murphy