Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF FILING MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO BANKRUPTCY SECTIONS 105(a) AND 107(b) AND BANKRUPTCY RULE 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACED DECLARATION OF BRENT C. WILLIAMS (Related to Dkt. No. 1777)** <br><br> Date:     May 22, 2019 <br> Time:    9:30 a.m. (Pacific Time) <br> Place:   United States Bankruptcy Court <br>           Courtroom 17, 16th Floor <br>           San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on May 15, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed a motion (the "**Motion**") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* for entry of an order (i) authorizing the TCC to file under seal the unredacted Declaration ("**Unredacted Declaration**") of Brent C. Williams in support of the TCC's Limited Joinder, Objection and Counter Motion to the Wildfire Assistance Program Motion (Dkt. No. 1777) filed by PG&E Corp. and Pacific Gas and Electric Company (collectively, the "**Debtors,**"); (ii) directing that the Unredacted Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the TCC and the Debtors or further order from the Court. In support of this Motion, the TCC also filed the Declaration of Brendan J. Murphy contemporaneously therewith.

Dated: May 15, 2019

BAKER & HOSTETLER LLP

By: /s/ Robert A. Julian
Robert A. Julian

*Counsel for Official Committee of Tort Claimants*

- 1 -