EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone:  (415) 981-1400
Facsimile:  (415) 777-4961
E-mail:  etredinnick@greeneradovsky.com

Signed and Filed: May 15, 2019

_Dennis Montali_

DENNIS MONTALI
**U.S. Bankruptcy Judge**

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **ORDER MODIFYING THE AUTOMATIC STAY FOR THE CITY AND COUNTY OF SAN FRANCISCO REGARDING FERC PROCEEDINGS** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors, | DATE:    May 9, 2019<br>TIME:    9:30 a.m.<br>PLACE:   Courtroom 17<br>            450 Golden Gate Avenue<br>            16th Floor<br>            San Francisco, California<br>JUDGE:   Hon. Dennis Montali |
| ☐Affects PG&E Corporation<br>☒Affects Pacific Gas and Electric Company<br>☐Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | RELATED DOCKET NO.: 1535 |

The Motion by the City and County of San Francisco for Determination that Automatic Stay Does Not Apply Under Section 362(b)(4), or in the Alternative, for Relief From the Automatic Stay under Section 362(d)(1) (the "Motion") relating to certain proceedings between the City and County of San Francisco ("San Francisco") and Pacific Gas & Electric Company (the "Utility"), one of the debtors herein, came on for a hearing before the undersigned on May 9, 2019.  All appearances

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

1

Case: 19-30088    Doc# 2027    Filed: 05/15/19    Entered: 05/15/19 16:34:37    Page 1 of 3
548681.1

for this matter are noted on the court record.

The Motion seeks determination that the automatic stay does not apply, or in the alternative for relief from the automatic stay regarding certain disputes between San Francisco and the Utility pending at the Federal Energy Regulatory Commission ("FERC") described in the Motion as follows: 1) The City's 2014 Complaint and related consolidated disputes on service regarding the Wholesale Distribution Tariff (FERC Proceeding Nos. EL15-3, ER15-702, ER15-703, ER15-704, ER15-705, ER15-735), 2) pending disputes regarding PG&E's quarterly filings (FERC Nos. ER17-910, ER17-1509, ER17-2181 and ER18-1102), and 3) The City's January 2019 Complaint (FERC Proceeding No. EL19-38-000 (hereinafter "the San Francisco FERC Proceedings").

For the reasons set forth on the record, to any extent that the automatic stay applies to all or some part of the San Francisco FERC Proceedings, the automatic stay of Section 362 of the United States Bankruptcy Code is hereby modified, as follows:

1.  To allow San Francisco to prosecute and/or defend and FERC to continue to hear the San Francisco FERC Proceedings.

2.  To allow FERC to enter such orders that FERC finds are appropriate in the San Francisco FERC Proceedings, including, but not limited to orders determining a monetary recovery, if any, by San Francisco in the San Francisco FERC Proceedings.

3.  The automatic stay shall continue to apply to the allowance of claims, within the meaning of the Bankruptcy Code, or the enforcement of any monetary relief awarded in connection with the San Francisco FERC Proceedings.

**\*END OF ORDER\***

APPROVED AS TO FORM:

WEIL, GOTSHAL & MANGES LLP

By: /s/ Theodore Tsekerides
    Theodore Tsekerides. Esq.
Attorneys for the Debtors

U.S. DEPARTMENT OF JUSTICE

By: /s/ Shane Huang
    Shane Huang, Esq.
Attorneys for Federal Energy Regulatory
Commission

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

548681.1

MILBANK LLP

By: /s/ Gregory A Bray
    Gregory A Bray, Esq.
Attorneys for Unsecured Creditors Committee

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

548681.1