Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND EXCLUSIVITY PERIODS (DKT. NO. 1797)**<br><br>Date:     May 22, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102<br><br>Objections Due:<br>May 15, 2019 at 4:00 p.m. (Pacific Time) |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Official Committee of Tort Claimants (hereafter, the "**TCC**"), by and through its counsel of record, respectfully requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. Portions of the unofficial Transcript of Meeting of Creditors on April 29, 2019.[1] True and correct copies of the portions of the transcript are attached hereto as **Exhibit A** and incorporated herein by reference.

2. National Transportation Safety Board, Pacific Gas and Electric Company, Natural Gas Transmission Pipeline Rupture and Fire, San Bruno CA, Sept. 9, 2010, Pipeline Accident Report NTSB/PAR-11/01. A true and correct copy of the accident report is attached hereto as **Exhibit B**.

3. April 1, 2014 Indictment handed up in *United States of America v. Pacific Gas and Electric Company*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.), Dkt. No. 1. A true and correct copy of the Indictment is attached hereto as **Exhibit C**.

4. August 9, 2016 Verdict Form handed up in *United States of America v. Pacific Gas and Electric Company*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.), Dkt. No. 884. A true and correct copy of the Verdict Form is attached hereto as **Exhibit D**.

5. December 21, 2018 Assigned Commissioner's Scoping Memo and Ruling issued from the Public Utilities Commission of the State of California. A true and correct copy of the Scoping Memo and Ruling is attached hereto as **Exhibit E**.

6. Form 8-K report of PG&E Corporation and Pacific Gas and Electric Company filed with the Securities and Exchange Commission on February 28, 2019. A true and correct copy of the Form 8-K is attached hereto as **Exhibit F.**

7. Transcript of Proceedings before the Honorable William Alsup on May 7, 2019 in *United States of America v. Pacific Gas and Electric Company*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.). A true and correct copy of the transcript is attached hereto as **Exhibit G**.

---

[1] The TCC will submit the entire transcript upon request.

8. Order Adopting New Conditions of Probation, entered on May 14, 2019 in *United States of America v. Pacific Gas and Electric Company*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.), Dkt. No. 1071. A true and correct copy of the order is attached hereto as **Exhibit H**.

9. The online "Notice of Proposed Violation and Proposed Compliance Order," dated October 12, 2007, and sent to Ms. Cheryl F. Campbell in her capacity as President of WestGas Interstate, Inc. ("WestGas"), a subsidiary of Xcel Energy, Inc. ("Xcel"), by the Department of Transportation's Pipeline and Hazardous Materials Safety Administration, CPF 5-2017-1012 ("Notice"). A true and correct copy of the Notice is attached hereto as **Exhibit I.**

10. The "Final Order" pertaining to Case No. CPF 5-2017-1012 against WestGas, which was entered into on March 8, 2019 by the Department of Transportation's Pipeline and Hazardous Materials Safety Administration, Office of Pipeline Safety. A true and correct copy of the Final Order is attached hereto as **Exhibit J**.

It is appropriate for the Court to take judicial notice of the foregoing documents. A court may take judicial notice upon the request of a party. Fed. R. Evid. 201. A court may take judicial notice of a fact that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The authenticity or source of the documents the TCC requests the Court take judicial notice of cannot be reasonably questioned—Exhibit A is portions of the Debtors' sworn testimony. Exhibits C, D, G, and H are publicly available filings in *U.S. v. Pacific Gas and Electric Co.*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.). Exhibits B, E, F, I and J are also matters of public record and are not reasonably subject to dispute. The Court may also take judicial notice of specific facts within the judicially noticed document if not in dispute.

Accordingly, the TCC respectfully requests that the Court take judicial notice of the documents identified above and attached hereto as Exhibits A, B, C, D, E, F, G, H, I and J.

Dated: May 15, 2019

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Cecily A. Dumas*
Cecily A. Dumas

*Attorneys for Official Committee of Tort Claimants*