**EXHIBIT D**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-TEH<br><br>**VERDICT FORM** |

## COUNT ONE: 18 U.S.C. § 1505

Has the government proved beyond a reasonable doubt that the defendant is guilty of obstructing a National Transportation Safety Board proceeding, in violation of 18 United States Code Section 1505?

    __X__ YES, GUILTY                  ____ NO, NOT GUILTY

Signed: _/s/ Foreperson_                  Dated: 8/9/16

Foreperson

## COUNT TWO: 49 C.F.R. § 192.917(b)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(b) for Line 132 or Line 109, in violation of 49 United States Code Section 60123(a)?

__X__ YES, GUILTY          ____ NO, NOT GUILTY

Signed: _____          Dated: __8/9/16__
Foreperson

## COUNT THREE: 49 C.F.R. § 192.709(a)—Line 132

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.709(a) for Line 132, in violation of 49 United States Code Section 60123(a)?

_____ YES, GUILTY          _X_ NO, NOT GUILTY

Signed: _____          Dated: __8/9/16__
Foreperson

### COUNT FOUR: 49 C.F.R. § 192.709(a)—Line 109

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.709(a) for Line 109, in violation of 49 United States Code Section 60123(a)?

_____ YES, GUILTY           X   NO, NOT GUILTY

Signed: _____           Dated: 8/9/16
Foreperson

## COUNT FIVE: 49 C.F.R. § 192.917(a)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(a) for Line 132, Line 153, or DFM 1816-01, in violation of 49 United States Code Section 60123(a)?

    __X__ YES, GUILTY          ____ NO, NOT GUILTY

Signed: _/s/ Tom Hoffman_      Dated: 8/9/16
Foreperson

## COUNT SIX: 49 C.F.R. § 192.919

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.919 for Line 132, Line 153, or Line 109, in violation of 49 United States Code Section 60123(a)?

   ✗ YES, GUILTY            ___ NO, NOT GUILTY

Signed: /s/ Jam Hoffman          Dated: 8/9/16
Foreperson

Case: 19-30088   Doc# 2028-7   Filed: 05/15/19   Entered: 05/15/19 16:58:06   Page 8 of 14

7

## COUNT SEVEN: 49 C.F.R. § 192.917(e)(3)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(e)(3) for Line 132, Line 153, DFM 1816-01, or Line 109, in violation of 49 United States Code Section 60123(a)?

__X__ YES, GUILTY           ____ NO, NOT GUILTY

Signed: _____           Dated: __8/9/16__
Foreperson

## COUNT EIGHT: 49 C.F.R. § 192.917(e)(4)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(e)(4) for DFM 1816-01, Line 191-1, Line 109, Line 107, or Line 132, in violation of 49 United States Code Section 60123(a)?

     X  YES, GUILTY              ___ NO, NOT GUILTY

Signed: *[signature]*          Dated: 8/9/16
Foreperson

## COUNT NINE: 49 C.F.R. § 192.517(a)—Line 132

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 132, in violation of 49 United States Code Section 60123(a)?

_____ YES, GUILTY            X   NO, NOT GUILTY

Signed: /s/ Tom Hoffman                    Dated: 8/9/16
Foreperson

## COUNT TEN: 49 C.F.R. § 192.517(a)—Line 109

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 109, in violation of 49 United States Code Section 60123(a)?

\_\_\_\_ YES, GUILTY                     _X_ NO, NOT GUILTY

Signed: _[signature]_                     Dated: _8/9/16_
Foreperson

## COUNT ELEVEN: 49 C.F.R. § 192.517(a)—Line 153

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 153, in violation of 49 United States Code Section 60123(a)?

____ YES, GUILTY               X  NO, NOT GUILTY

Signed: _____/s/ Foreperson_____           Dated: __8/9/16__
Foreperson

## COUNT TWELVE: 49 C.F.R. § 192.517(a)—Line 191-1

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 191-1, in violation of 49 United States Code Section 60123(a)?

\_\_\_\_ YES, GUILTY          ✗ NO, NOT GUILTY

Signed: /s/ Foreperson          Dated: 8/9/16

Foreperson