# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jesse A. Offenhartz, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Licensee Parties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1805]
- Declaration of John Boken in Support of Motion of Debtors for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1806]
- Notice of Motions to be Heard at May 22, 2019 Omnibus Hearing [Docket No. 1807]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of May 2019, at New York, NY.

_____
Jesse A. Offenhartz

# Exhibit A

Exhibit A
Supplemental Licensee Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6028371 | CITY OF SANTA ROSA | REVENUE & COLLECTIONS | PO BOX 1673 | SANTA ROSA | CA | 95402 |
| 4922580 | IBEW HEADQUARTERS BUILDING LLC | C/O THE JOHN AKRIDGE CO | PO BOX 890236 | CHARLOTTE | NC | 28289-0236 |
| 6028373 | KERN COUNTY LAND COMPANY | 10000 Stockdale Highway | | Bakersfield | CA | 93311 |
| 6028372 | REALTY INCOME CORPORATION | PO BOX 910079 | | SAN DIEGO | CA | 92191 |