**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 107(b) AND 501 AND FED. R. BANKR. P. 3001(a) AND 9018 FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FOR SUBROGATION CLAIMS AND RELATED PROCEDURES** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

Upon the Motion, dated May [_], 2019 (the "**Motion**") of the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**") pursuant to sections 105(a), 107(b) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 3001(a) and 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order approving the proposed model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and related procedures and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion is reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and this Court having reviewed the Motion and accompanying memorandum of law; and this Court having held a hearing on the Motion; and the Court having reviewed the proposed Omnibus Insurance Subrogation Proof of Claim Form attached to the Motion as Exhibit A (the "**Subrogation Group's Form**") and determined that it conforms substantially to the appropriate Official Form; and this Court having determined that the legal and factual bases set forth in the Motion and accompanying memorandum of law establish just cause for the relief granted therein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

3. The Subrogation Group's Form is hereby approved. Each Subrogation

Claim filed using the Subrogation Group's Form shall be deemed filed against each of the Debtors.

4. To facilitate the use of the Subrogation Group's Form, the Court hereby approves the following procedure: Prime Clerk will modify the website maintained for the Debtors' chapter 11 cases located at https://restructuring.primeclerk.com/pge/ so that (i) the Subrogation Group's Form is publicly accessible, (ii) the webpage associated with the link entitled "Submit a Claim" is modified so that potential Subrogation Claimants that choose to file a proof of claim form for Subrogation Claims are directed to, and can, complete the Subrogation Group's Form, and (iii) the supporting information submitted in connection with the Subrogation Group's Form is maintained in a confidential manner.

5. The supporting information submitted in connection with the Subrogation Group's Form shall be sealed, remain confidential in these chapter 11 cases, and not become part of the public record. Copies of such information may be provided to: (a) the Court, the Debtors, and the Office of the United States Trustee; and (b) counsel for any official committees in these cases on a professional eyes' only basis.

6. Nothing contained in this Order or in the Motion is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors, (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (c) establishing a bar date for filing proofs of claim in the chapter 11 cases.

7. The use of the term "subrogation" herein is not intended to modify or limit the substantive rights of the holder of claims or the basis for any claimant's right to assert claims originating with insured tort victims.

8. The Ad Hoc Subrogation Group, the Debtors, and Prime Clerk are each authorized to take all steps necessary or appropriate to carry out this Order.

2

Case: 19-30088    Doc# 2044-3    Filed: 05/16/19    Entered: 05/16/19 12:49:07    Page 3 of 4

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **