# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Keenan K. Baldeo, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restrictions and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of May 2019, at New York, NY.

_____
Keenan K. Baldeo

## Exhibit A

# Exhibit A
Notice Parties Service List
Served via first Class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | Attn: Omid H. Nasab | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: ANDREW M. LEBLANC | International Square Building | 1850 K Street, NW | Washington | DC | 20006-2236 |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

### NOTICE OF FILING OF TRANSCRIPT
### AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 8, 2019 was filed on May 9, 2019. The following deadlines apply:

The parties have until Thursday, May 16, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 30, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, June 10, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, August 7, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/13/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court