**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re:                                                                ) Bankruptcy No.: 19-30088-DM-11
    PG&E Corporation and                          ) R.S. No.: MF-1
    Pacific Gas and Electric Company              ) Hearing Date: June 11, 2019
                                                  ) Time: 9:30 a.m.
Debtor(s)                                                             )
_____ )

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)    Date Petition Filed: <u>January 29, 2019</u>    Chapter: <u>11</u>
       Prior hearings on this obligation: <u>None</u>    Last Day to File §523/§727 Complaints: <u>Pending</u>

(B)    Description of personal property collateral (e.g. 1983 Ford Taurus):

       Secured Creditor [ ] or lessor [ ]
       Fair market value: $_____   Source of value: _____
       Contract Balance: $_____   Pre-Petition Default: $_____
       Monthly Payment: $_____          No. of months: _____
       Insurance Advance: $_____   Post-Petition Default: $_____
                                                    No. of months: _____

(C)    Description of real property collateral (e.g. Single family residence, Oakland, CA):

       Fair market value: $_____Source of value:_____ If appraisal, date: _____

       Moving Party's position (first trust deed, second, abstract, etc.):

       Approx. Bal. $_____    Pre-Petition Default: $_____
       As of (date): _____           No. of months: _____
       Mo. payment: $_____   Post-Petition Default: $_____
       Notice of Default (date): _____  No. of months: _____
       Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

       Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ | $ | $ |

Other pertinent information: <u>Relief from stay sought for cause to liquidate claims asserted in an action pending before the Superior Court of California in and for the County of Alameda styled *Wendy Nathan v. Ann D. Grcevich, Successor Trustee of the Survivor's Trust, Grcevich Trust dated June 7, 1991; Jane Inok Hong; and Pacific Gas and Electric Company.* (Case No. RG17873549). The claims are subject to permissive and mandatory abstention under 28 U.S.C. § 1334(c).</u>

Dated: May 16, 2019                                                             /s/ Matthew J. Olson
                                                                                              Matthew J. Olson,
                                                                                          Attorney for WENDY NATHAN