```
 1  MACDONALD | FERNANDEZ LLP
    RENO F.R. FERNANDEZ III (SBN 251934)
 2  MATTHEW J. OLSON (SBN 265908)
    221 Sansome Street, Third Floor
 3  San Francisco, CA 94104
    Telephone: (415) 362-0449
 4  Facsimile: (415) 394-5544

 5  Attorneys for Creditor,
    WENDY NATHAN
 6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case Nos. 19-30088-DM-11 |
| | 19-30089-DM-11 |
| PG&E CORPORATION | |
| | Chapter 11 |
| and | |
| | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtors. | |
| ☐ Affects PG&E Corporation | Date: June 11, 2019 |
| ☒ Affects Pacific Gas and Electric Co. | Time: 9:30 a.m. |
| ☐ Affects both Debtors | Place: Courtroom 17 |
| | 450 Golden Gate Ave., 16th Floor |
| * All papers shall be filed in Lead Case, No. 19-30088-DM | San Francisco, California |
| | Opposition Deadline: June 6, 2019, 4 p.m. PDT |
| | Hon. Dennis Montali |

NOTICE IS HEREBY GIVEN that a hearing on the Motion for Relief from the Automatic Stay (the "Motion") of Wendy Nathan, Creditor herein, pursuant to 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and Bankr. Local Rule 4001-1, to liquidate Creditor's claims asserted in an action pending before the Superior Court of California in and for the County of Alameda styled *Wendy Nathan v. Ann D. Grcevich, Successor Trustee of the Survivor's Trust, Grcevich Trust dated June 7, 1991; Jane Inok Hong; and Pacific Gas and Electric Company* (Case No. RG17873549) concerning certain pre-petition personal injuries suffered by the Creditor, will be held on June 11, 2019, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Dennis Montali, United States Bankruptcy Judge, at 450 Golden Gate Ave., 16th Floor, Courtroom 17, San Francisco, California. Ms. Nathan will move the Court for relief from stay for cause on the basis that the Court should abstain from resolving the underlying claims under 28 U.S.C. § 1334(c). Ms. Nathan further requests the order granting relief from stay be made effective immediately and that the fourteen (14) day waiting period of Bankruptcy Rule 4001(a)(3) be waived.

This Motion is based upon this Notice of Hearing, the Motion, the Declaration of Seth I. Rosenberg, exhibits served with the Motion, any reply, and any arguments presented to the Court at the hearing hereon. Copies of the Motion and its supporting pleadings are served herewith.

You are hereby informed that any objection by the Debtor or by the two official creditors'

committees shall be filed on or before 4:00 p.m. prevailing Pacific time five days prior to the hearing. *See Second Amended Order Implementing Certain Notice and Case Management Procedures* ¶ 27. For all other parties, no written response is required in order to oppose this motion; if you or your counsel do not appear at the hearing on this motion, the relief requested may be granted. *See id.*; *see also* L.B.R. 4001-1(f). You may be able to appear at the hearing by telephone and should consult the Court's *Procedures for Appearances by Telephone*.

If you file written opposition or response to the Motion: (i) you must file and serve it pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (as amended, the "Case Management Order") [Dkt No. 759] entered on March 6, 2019, which was amended on March 27, 2019 [Dkt. No. 1093] and on May 13, 2019 [Dkt. No. 1996]; and (ii) you must serve it upon the undersigned and on all "Standard Parties" as defined in paragraph 5 of the Case Management Order.

Copies of each pleading identified herein can be viewed or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties, or +1 (929) 333-8977 for International parties, or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: May 16, 2019              MACDONALD | FERNANDEZ LLP

By: */s/ Matthew J. Olson*
    Matthew J. Olson
    Attorneys for Creditor,
    WENDY NATHAN