UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PG&E CORPORATION<br>PACIFIC GAS AND ELECTRIC COMPANY | CASE NO: 19-30088-DM-11<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Hon. Dennis Montali<br>Hearing Location: Ctrm. 17; 450 Golden Gate Ave., 16th Floor; San Francisco, CA<br>Hearing Date: June 11, 2019<br>Hearing Time: 9:30 a.m.<br>Response Date: June 6, 2019, 4 p.m. PDT |

On 5/16/2019, I did cause a copy of the following documents, described below,

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

DECLARATION OF SETH I. ROSENBERG RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY

RELIEF FROM STAY COVER SHEET

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2019

/s/ Matthew J. Olson
Matthew J. Olson  265908
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA  94104
415 362 0449

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PG&E CORPORATION<br>PACIFIC GAS AND ELECTRIC COMPANY | CASE NO: 19-30088-DM-11<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>Judge: Hon. Dennis Montali<br>Hearing Location: Ctrm. 17; 450 Golden Gate Ave., 16th Floor; San Francisco, CA<br>Hearing Date: June 11, 2019<br>Hearing Time: 9:30 a.m.<br>Response Date: June 6, 2019, 4 p.m. PDT |

On 5/16/2019, a copy of the following documents, described below,

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

DECLARATION OF SETH I. ROSENBERG RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY

RELIEF FROM STAY COVER SHEET

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matthew J. Olson
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ADLER LAW GROUP APLC<br>ATTN E ELLIOT ADLER GEOFFREY E MARR<br>BRITTANY S ZUMMER<br>402 WEST BROADWAY<br>SUITE 860<br>SAN DIEGO CA 92101 | AERA ENERGY LLC<br>ATTN RON A SYMM<br>10000 MING AVENUE<br>BAKERSFIELD CA 93311 | AKERMAN LLP<br>ATTN EVELINA GENTRY<br>601 WEST FIFTH STREET SUITE 300<br>LOS ANGELES CA 90071 |
| AKERMAN LLP<br>ATTN JOHN E MITCHELL AND YELENA ARCHIYAN<br>2001 ROSS AVENUE SUITE 3600<br>DALLAS TX 75201 | AKIN GUMP STRAUSS HAUER FELD LLP<br>ATTN ASHLEY VINSON CRAWFORD<br>580 CALIFORNIA STREET<br>SUITE 1500<br>SAN FRANCISCO CA 94104 | AKIN GUMP STRAUSS HAUER FELD LLP<br>ATTN DAVID P SIMONDS<br>1999 AVENUE OF THE STARS<br>SUITE 600<br>LOS ANGELES CA 90067 |
| AKIN GUMP STRAUSS HAUER FELD LLP<br>ATTN MICHAEL S STAMER IRA S DIZENGOFF DAVID H BOTTER<br>ONE BRYANT PARK<br>NEW YORK NY 10036 | ANDREWS THORNTON<br>ATTN ANNE ANDREWS SEAN T HIGGINS AND JOHN C THORNTON<br>4701 VON KARMAN AVE<br>SUITE 300<br>NEWPORT BEACH CA 92660 | ARENT FOX LLP<br>ATTN ANDREW I SILFEN BETH M BROWNSTEIN JORDANA L RENERT<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 |
| ARENT FOX LLP<br>ATTN ANDY S KONG AND CHRISTOPHER KS WONG<br>555 WEST FIFTH STREET<br>48TH FLOOR<br>LOS ANGELES CA 90013-1065 | ARENT FOX LLP<br>ATTN ARAM ORDUBEGIAN<br>555 WEST FIFTH STREET<br>48TH FLOOR<br>LOS ANGELES CA 90013-1065 | ARNOLD PORTER KAYE SCHOLER LLP<br>ATTN BRIAN LOHAN ESQ STEVEN FRUCHTER ESQ<br>250 WEST 55TH STREET<br>NEW YORK NY 10019 |
| ATT<br>ATTN JAMES W GRUDUS ESQ<br>ONE ATT WAY ROOM 3A115<br>BEDMINSTER NJ 07921 | ATTORNEY GENERAL OF CALIFORNIA<br>ATTN XAVIER BECERRA DANETTE VALDEZ AND ANNADEL ALMENDRAS<br>455 GOLDEN GATE AVENUE<br>SUITE 11000<br>SAN FRANCISCO CA 94102-7004 | ATTORNEY GENERAL OF CALIFORNIA<br>ATTN XAVIER BECERRA MARGARITA PADILLA AND JAMES POTTER<br>1515 CLAY STREET 20TH FLOOR<br>PO BOX 70550<br>OAKLAND CA 94612-0550 |
| ATTORNEY GENERAL OF CALIFORNIA<br>ATTN XAVIER BECERRA MARGARITA PADILLA AND JAMES POTTER<br>300 SOUTH SPRING STREET<br>SUITE 1702<br>LOS ANGELES CA 90013 | BAILEY AND ROMERO LAW FIRM<br>ATTN MARTHA E ROMERO<br>12518 BEVERLY BOULEVARD<br>WHITTIER CA 90601 | BAKER HOSTETLER LLP<br>ATTN ERIC E SAGERMAN LAUREN T ATTARD<br>11601 WILSHIRE BLVD<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 |
| BAKER HOSTETLER LLP<br>ATTN ROBERT A JULIAN CECILY A DUMAS<br>1160 BATTERY STREET<br>SUITE 100<br>SAN FRANCISCO CA 94111 | BAKER BOTTS LLP<br>ATTN C LUCKEY MCDOWELL IAN E ROBERTS KEVIN CHIU<br>2001 ROSS AVENUE<br>SUITE 1000<br>DALLAS TX 75201 | BAKER BOTTS LLP<br>ATTN NAVI S DHILLON<br>101 CALIFORNIA STREET<br>SUITE 3600<br>SAN FRANCISCO CA 94111 |
| BAKER DONELSON BEARMAN CALDWELL BERKOWITZ PC<br>ATTN JOHN H ROWLAND<br>211 COMMERCE STREET<br>SUITE 800<br>NASHVILLE TN 37201 | BAKER DONELSON BEARMAN CALDWELL BERKOWITZ PC<br>ATTN LACEY E ROCHESTER JAN M HAYDEN<br>201 ST CHARLES AVENUE SUITE 3600<br>NEW ORLEANS LA 70170 | BALLARD SPAHR LLP<br>ATTN BRIAN D HUBEN<br>2029 CENTURY PARK EAST<br>SUITE 800<br>LOS ANGELES CA 90067-2909 |
| BALLARD SPAHR LLP<br>ATTN BRIAN D HUBEN ESQ<br>2029 CENTURY PARK EAST<br>SUITE 800<br>LOS ANGELES CA 90067-2909 | BALLARD SPAHR LLP<br>ATTN CRAIG SOLOMON GANZ MICHAEL S MYERS<br>1 EAST WASHINGTON STREET<br>SUITE 2300<br>PHOENIX AZ 85004-2555 | BALLARD SPAHR LLP<br>ATTN MATTHEW G SUMMERS<br>919 NORTH MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN THEODORE J HARTL ESQ<br>1225 17TH STREET<br>SUITE 2300<br>DENVER CO 80202 | BANK OF AMERICA<br>ATTN JOHN MCCUSKER<br>MAIL CODE NY1-100-21-01<br>ONE BRYANT PARK<br>NEW YORK NY 10036 | BARON BUDD PC<br>ATTN SCOTT SUMMY JOHN FISKE<br>3102 OAK LAWN AVENUE 1100<br>DALLAS TX 75219 |
| BARTON KLUGMAN OETTING LLP<br>ATTN TERRY L HIGHAM THOMAS E MCCURNIN<br>CHRISTOPHER D HIGASHI<br>350 SOUTH GRAND AVENUE SUITE 2200<br>LOS ANGELES CA 90071-3485 | BELVEDERE LEGAL PC<br>ATTN MATTHEW D METZGER<br>1777 BOREL PLACE<br>SUITE 314<br>SAN MATEO CA 94402 | BENESCH FRIEDLANDER COPLAN ARONOFF<br>LLP<br>ATTN KEVIN M CAPUZZI MICHAEL J BARRIE<br>222 DELAWARE AVENUE<br>SUITE 801<br>WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN ARONOFF<br>LLP<br>ATTN KRISTA M ENNS<br>555 CALIFORNIA STREET<br>SUITE 4925<br>SAN FRANCISCO CA 94104 | BERGER KAHN A LAW CORPORATION<br>ATTN CRAIG S SIMON<br>1 PARK PLAZA SUITE 340<br>IRVINE CA 92614 | BERGER KAHN A LAW CORPORATION<br>ATTN CRAIG S SIMON<br>1 PARK PLAZA SUITE 340<br>IRVINE CA 92614 |
| BEST BEST KRIEGER LLP<br>ATTN HARRIET STEINER<br>500 CAPITOL MALL<br>SUITE 1700<br>SACRAMENTO CA 95814 | BINDER MALTER LLP<br>ATTN MICHAEL W MALTER ROBERT G HARRIS<br>HEINZ BINDER<br>2775 PARK AVENUE<br>SANTA CLARA CA 95050 | BLOOMFIELD LAW GROUP INC PC<br>ATTN NEIL J BLOOMFIELD<br>901 E ST SUITE 100<br>SAN RAFAEL CA 94901 |
| BOUTIN JONES INC<br>ATTN MARK GORTON<br>555 CAPITAL MALL<br>SUITE 1500<br>SACRAMENTO CA 95814 | BRAYTON PURCELL LLP<br>ATTN ALAN R BRAYTON ESQ AND BRYN G<br>LETSCH ESQ<br>222 RUSH LANDING ROAD<br>PO BOX 6169<br>NOVATO CA 94948-6169 | BROTHERS SMITH LLP<br>ATTN MARK V ISOLA<br>2033 N MAIN STREET<br>SUITE 720<br>WALNUT CREEK CA 94596 |
| BRUNETTI ROUGEAU LLP<br>ATTN GREGORY A ROUGEAU<br>235 MONTGOMERY STREET<br>SUITE 410<br>SAN FRANCISCO CA 94104 | BUCHALTER A PROFESSIONAL CORPORATION<br>ATTN VALERIE BANTNER PEO SHAWN M<br>CHRISTIANSON<br>55 SECOND STREET<br>17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | CALIFORNIA PUBLIC UTILITIES COMMISSION<br>ATTN AROCLES AGUILAR<br>505 VAN NESS AVENUE<br>SAN FRANCISCO CA 94102 |
| CHEVRON PRODUCTS COMPANY A DIVISION OF<br>CHEVRON USA INC<br>ATTN MELANIE CRUZ M ARMSTRONG<br>6001 BOLLINGER CANYON ROAD<br>T2110<br>SAN RAMON CA 94583 | CLARK TREVITHICK<br>ATTN KIMBERLY S WINICK<br>800 WILSHIRE BOULEVARD<br>12TH FLOOR<br>LOS ANGELES CA 90017 | CLAUSEN MILLER PC<br>ATTN MICHAEL W GOODIN<br>17901 VON KARMAN AVENUE<br>SUITE 650<br>IRVINE CA 92614 |
| CLEARY GOTTLIEB SHEEN HAMILTON LLP<br>ATTN LISA SCHWEITZER MARGARET<br>SCHIERBERL<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | COHNE KINGHORN PC<br>ATTN GEORGE HOFMANN<br>111 EAST BROADWAY 11TH FLOOR<br>SALT LAKE CITY UT 84111 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET ROOM 702<br>HARRISBURG PA 17121 |
| COOPER WHITE COOPER LLP<br>ATTN PETER C CALIFANO<br>201 CALIFORNIA STREET 17TH FLOOR<br>SAN FRANCISCO CA 94111 | COREY LUZAICH DE GHETALDI RIDDLE LLP<br>ATTN DARIO DE GHETALDI AMANDA L RIDDLE<br>STEVEN M BERKI SUMBLE MANZOOR<br>700 EL CAMINO REAL<br>PO BOX 669<br>MILLBRAE CA 94030-0669 | COTCHETT PITRE MCCARTHY LLP<br>ATTN FRANK M PITRE ALISON E CORDOVA<br>ABIGAIL D BLODGETT<br>SAN FRANCISCO AIRPORT OFFICE CENTER<br>840 MALCOLM ROAD SUITE 200<br>BURLINGAME CA 94010 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COUNTY OF SONOMA<br>ATTN TAMBRA CURTIS<br>COUNTY ADMINISTRATION CENTER<br>575 ADMINISTRATION DRIVE ROOM 105A<br>SANTA ROSA CA 95403 | COUNTY OF YOLO<br>ATTN ERIC MAY<br>625 COURT STREET<br>ROOM 201<br>WOODLAND CA 95695 | CROWELL MORING LLP<br>ATTN MARK D PLEVIN BRENDAN V MULLAN<br>THREE EMBARCADERO CENTER 26TH FLOOR<br>SAN FRANCISCO CA 94111 |
| CROWELL MORING LLP<br>ATTN MONIQUE D ALMY<br>1001 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20004 | CROWELL MORING LLP<br>ATTN TACIE H YOON<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004 | CROWELL MORING LLP<br>ATTN THOMAS F KOEGEL<br>3 EMBARCADERO CENTER<br>26TH FLOOR<br>SAN FRANCISCO CA 94111 |
| DANKO MEREDITH<br>ATTN MICHAEL S DANKO KRISTINE K<br>MEREDITH SHAWN R MILLER<br>333 TWIN DOLPHIN DRIVE<br>SUITE 145<br>REDWOOD SHORES CA 94065 | DAVIS POLK WARDWELL LLP<br>ATTN ANDREW D YAPHE<br>1600 EL COMINO REAL<br>MENLO PARK CA 94025 | DAVIS POLK WARDWELL LLP<br>ATTN ELI J VONNEGUT DAVID SCHIFF<br>TIMOTHY GRAULICH<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| DEBRA GRASSGREEN<br>ATTN KARL KNIGHT<br>1339 PEARL STREET<br>SUITE 201<br>NAPA CA 94558 | DENTONS US LLP<br>ATTN BRYAN E BATES ESQ<br>303 PEACHTREE ST NE SUITE 5300<br>ATLANTA GA 30308 | DENTONS US LLP<br>ATTN JOHN A MOE II<br>601 S FIGUEROA STREET<br>SUITE 2500<br>LOS ANGELES CA 90017-5704 |
| DENTONS US LLP<br>ATTN LAUREN MACKSOUD<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1089 | DENTONS US LLP<br>ATTN MICHAEL A ISAACS ESQ<br>ONE MARKET PLAZA SPEAR TOWER 24TH<br>FLOOR<br>SAN FRANCISCO CA 94105 | DENTONS US LLP<br>ATTN OSCAR N PINKAS<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1089 |
| DENTONS US LLP<br>ATTN PETER D WOLFSON<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DENTONS US LLP<br>ATTN SAMUEL R MAIZEL ESQ<br>601 S FIGUEROA STREET<br>SUITE 2500<br>LOS ANGELES CA 90017-5704 | DIEMER WEI LLP<br>ATTN KATHRYN S DIEMER<br>100 WEST SAN FERNANDO STREET<br>SUITE 555<br>SAN JOSE CA 95113 |
| DLA PIPER LLP US<br>ATTN ERIC GOLDBERG DAVID RILEY<br>2000 AVENUE OF THE STARS<br>SUITE 400 NORTH TOWER<br>LOS ANGELES CA 90067-4704 | DLA PIPER LLP US<br>ATTN JOSHUA D MORSE<br>555 MISSION STREET<br>SUITE 2400<br>SAN FRANCISCO CA 94105-2933 | DREYER BABICH BUCCOLA WOOD CAMPORA LLP<br>ATTN STEVEN M CAMPORA<br>20 BICENTENNIAL CIRCLE<br>SACRAMENTO CA 95826 |
| DYKEMA GOSSETT LLP<br>ATTN GREGORY K JONES<br>333 SOUTH GRAND AVENUE SUITE 2100<br>LOS ANGELES CA 90071 | EAST BAY COMMUNITY ENERGY AUTHORITY<br>ATTN LEAH S GOLDBERG<br>1111 BROADWAY<br>3RD FLOOR<br>OAKLAND CA 94607 | EDP RENEWABLES NORTH AMERICA LLC<br>ATTN LESLIE A FREIMAN RANDY SAWYER<br>808 TRAVIS<br>SUITE 700<br>HOUSTON TX 77002 |
| ELKINGTON SHEPHERD LLP<br>ATTN SALLY J ELKINGTON JAMES A<br>SHEPHERD<br>409 - 13TH STREET<br>10TH FLOOR<br>OAKLAND CA 94612 | ENGEL LAW PC<br>ATTN G LARRY ENGEL<br>12116 HORSESHOE LANE<br>NEVADA CITY CA 94123 | FEDERAL ENERGY REGULATORY COMMISSION<br>ATTN GENERAL COUNSEL<br>888 FIRST ST NE<br>WASHINGTON DC 20426 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI LLP
ATTN STEVEN H FELDERSTEIN AND PAUL J
PASCUZZI
400 CAPITOL MALL
SUITE 1750
SACRAMENTO CA 95814

FINESTONE HAYES LLP
ATTN STEPHEN D FINESTONE
456 MONTGOMERY ST
20TH FL
SAN FRANCISCO CA 94104

FINESTONE HAYES LLP
ATTN STEPHEN D FINESTONE JENNIFER C
HAYES
456 MONTGOMERY ST
20TH FLOOR
SAN FRANCISCO CA 94104

FOLEY  LARDNER LLP
ATTN ERIKA L MORABITO BRITTANY J
NELSON
3000 K STREET NW SUITE 600
WASHINGTON DC 20007-5109

FOLEY  LARDNER LLP
ATTN VICTOR A VILAPLANA
3579 VALLEY CENTRE DRIVE SUITE 300
SAN DIEGO CA 92130

FREDERIC DORWART LAWYERS PLLC
ATTN SAMUEL S ORY
124 EAST FOURTH STREET
TULSA OK 74103-5010

GELLERT SCALI BUSENKELL  BROWN LLC
ATTN MICHAEL BUSENKELL
1201 N ORANGE ST
SUITE 300
WILMINGTON DE 19801

GIBBS LAW GROUP
ATTN ERIC GIBBS DYLAN HUGHES
505 14TH STREET SUITE 1110
OAKLAND CA 94612

GIBSON DUNN  CRUTCHER LLP
ATTN JEFFREY C KRAUSE GENEVIEVE G
WEINER
333 SOUTH GRAND AVENUE
LOS ANGELES CA 90071-3197

GIBSON DUNN  CRUTCHER LLP
ATTN MICHAEL A ROSENTHAL ALAN
MOSKOWITZ
200 PARK AVENUE
NEW YORK NY 10166-0193

GREENBERG TRAURIG LLP
ATTN DIANE VUOCOLO
1717 ARCH STREET
SUITE 400
PHILADELPHIA PA 19103

GREENBERG TRAURIG LLP
ATTN HOWARD J STEINBERG
1840 CENTURY PARK EAST
SUITE 1900
LOS ANGELES CA 90067-2121

GREENBERG TRAURIG LLP
ATTN MICHAEL HOGUE
4 EMBARCADERO CENTER
SUITE 3000
SAN FRANCISCO CA 94111

GREENE RADOVSKY MALONEY SHARE  HENNIGH
LLP
ATTN EDWARD J TREDINNICK
FOUR EMBARCADERO CENTER
SUITE 4000
SAN FRANCISCO CA 94111-4106

GROSS  KLEIN LLP
ATTN STUART G GROSS
THE EMBARCADERO
PIER 9 SUITE 100
SAN FRANCISCO CA 94111

GROTEFELD HOFFMANN
ATTN MARK S GROTEFELD MAURA WALSH
OCHOA WAYLON J PICKETT
700 LARKSPUR LANDING CIRCLE SUITE 280
LARKSPUR CA 94939

HERCRENTALS
ATTN SHARON PETROSINO ESQ
27500 RIVERVIEW CENTER BLVD
BONITA SPRINGS FL 34134

HINCKLEY ALLEN  SNYDER LLP
ATTN JENNIFER V DORAN
28 STATE STREET
BOSTON MA 02109

HOGAN LOVELLS US LLP
ATTN ERIN N BRADY
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067

HOGAN LOVELLS US LLP
ATTN M HAMPTON FOUSHEE
875 THIRD AVENUE
NEW YORK NY 10022

HOGAN LOVELLS US LLP
ATTN BENNETT L SPIEGEL
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067

HOGAN LOVELLS US LLP
ATTN PETER A IVANICK ALEX M SHER
875 THIRD AVENUE
NEW YORK NY 10022

HOLLAND  HART LLP
ATTN RISA LYNN WOLFSMITH
555 SEVENTEENTH STREET SUITE 3200
PO BOX 8749
DENVER CO 80201-8749

HOLLAND  KNIGHT LLP
ATTN ROBERT J LABATE DAVID I HOLTZMAN
50 CALIFORNIA STREET
SUITE 2800
SAN FRANCISCO CA 94111

HOPKINS  CARLEY A LAW CORPORATION
ATTN JAY M ROSS MONIQUE D
JEWETTBREWSTER
70 SOUTH FIRST STREET
SAN JOSE CA 95113

HUNTON ANDREWS KURTH LLP
ATTN KEVIN M ECKHARDT
50 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO CA 94111

HUNTON ANDREWS KURTH LLP
ATTN PETER S PARTEE SR
200 PARK AVENUE
53RD FLOOR
NEW YORK NY 10166

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| IBM CORPORATION<br>ATTN MARIEJOSE DUBE<br>275 VIGER EAST<br>CANADA<br>MONTREAL QC H2X 3R7 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104-5016 | IRELL  MANELLA LLP<br>ATTN CRAIG VARNEN ANDREW J STRABONE<br>1800 AVENUE OF THE STARS<br>SUITE 900<br>LOS ANGELES CA 90067-4276 |
| IRELL  MANELLA LLP<br>ATTN JEFFREY M REISNER KERRI A LYMAN<br>840 NEWPORT CENTER DRIVE<br>SUITE 400<br>NEWPORT BEACH CA 92660 | IRELL  MANELLA LLP<br>ATTN MICHAEL H STRUB JR<br>840 NEWPORT CENTER DRIVE<br>SUITE 400<br>NEWPORT BEACH CA 92660-6324 | IRON MOUNTAIN INFORMATION MANAGEMENT<br>LLC<br>ATTN JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON MA 02110 |
| JACOBS ENGINEERING<br>ATTN ROBERT ALBERY<br>ASSOCIATE GENERAL COUNSEL<br>9191 SOUTH JAMAICA STREET<br>ENGLEWOOD CO 80112 | JANE LUCIANO<br>9000 CROW CANYON ROAD<br>SUITE S 168<br>DANVILLE CA 94506 | JANG  ASSOCIATES LLP<br>ATTN ALAN J JANG SALLY NOMA<br>1766 LACASSIE AVE SUITE 200<br>WALNUT CREEK CA 94596 |
| JD THOMPSON LAW<br>ATTN JUDY D THOMPSON ESQ<br>PO BOX 33127<br>CHARLOTTE NC 28233 | JEFFER MANGLES BUTLER  MITCHELL LLP<br>ATTN ROBERT B KAPLAN BENNETT G YOUNG<br>TWO EMBARCADERO CENTER<br>5TH FLOOR<br>SAN FRANCISCO CA 94111 | JENKINS MULLIGAN  GABRIEL LLP<br>ATTN LARRY W GABRIEL<br>2160 OXNARD STREET<br>SUITE 500<br>WOODLAND HILLS CA 91367 |
| JOHN A VOS<br>1430 LINCOLN AVENUE<br>SAN RAFAEL CA 94901 | JORDAN HOLZER  ORTIZ PC<br>ATTN ANTONIO ORTIZ SHELBY A JORDAN<br>500 N SHORELINE<br>SUITE 900<br>CORPUS CHRISTI TX 78401 | JOSEPH A EISENBERG PC<br>2976 E STATE STREET<br>SUITE 120  NO 111<br>EAGLE ID 83616 |
| KELLER  BENVENUTTI LLP<br>ATTN TOBIAS S KELLER JANE KIM<br>650 CALIFORNIA STREET<br>SUITE 1900<br>SAN FRANCISCO CA  94108 | KELLEY DRYE  WARREN LLP<br>ATTN BENJAMIN D FEDER<br>101 PARK AVENUE<br>NEW YORK NY 10178 | KINDER MORGAN INC<br>ATTN MARK A MINICH<br>TWO NORTH NEVADA<br>COLORADO SPRINGS CO 80903 |
| KINDER MORGAN INC<br>ATTN MOSBY PERROW<br>1001 LOUISIANA<br>SUITE 1000<br>HOUSTON TX 77002 | KIRKLAND  ELLIS LLP<br>ATTN APARNA YENAMANDRA<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | KIRKLAND  ELLIS LLP<br>ATTN DAVID R SELIGMAN PC<br>300 NORTH LASALLE<br>CHICAGO IL 60654 |
| KIRKLAND  ELLIS LLP<br>ATTN MARC KIESELSTEIN PC<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | KIRKLAND  ELLIS LLP<br>ATTN MARK MCKANE PC MICHAEL P ESSER<br>555 CALIFORNIA STREET<br>SAN FRANCISCO CA 94104 | KIRKLAND  ELLIS LLP<br>ATTN R ALEXANDER PILMER<br>555 CALIFORNIA STREET<br>SAN FRANCISCO CA 94104 |
| KIRKLAND  ELLIS LLP<br>ATTN STEPHEN E HESSLER PC<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | KLEE TUCHIN BOGDANOFF  STERN LLP<br>ATTN KENNETH N KLEE DAVID M STERN<br>SAMUEL M KIDDER<br>1999 AVENUE OF THE STARS<br>THIRTY-NINTH FLOOR<br>LOS ANGELES CA 90067 | KLEIN DENATALE GOLDNER COOPER<br>ROSENLIEB  KIMBALL LLP<br>ATTN HAGOP T BEDOYAN<br>5260 N PALM AVENUE SUITE 205<br>FRESNO CA 93704 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LABATON SUCHAROW LLP<br>ATTN THOMAS A DUBBS LOUIS GOTTLIEB<br>CAROL C VILLEGAS  JEFFREY A DUBBIN<br>140 BROADWAY<br>NEW YORK NY 10005 | LAMB  KAWAKAMI LLP<br>ATTN KEVIN J LAMB MICHAEL K SLATTERY<br>THOMAS G KELCH<br>333 SOUTH GRAND AVENUE<br>SUITE 4200<br>LOS ANGELES CA 90071 | LANE POWELL PC<br>ATTN BRAD T SUMMERS<br>601 SW SECOND AVENUE<br>SUITE 2100<br>PORTLAND OR 97204 |
| LATHAM  WATKINS LLP<br>ATTN ADAM E MALATESTA<br>355 S GRAND AVENUE SUITE 100<br>LOS ANGELES CA 90071-1560 | LATHAM  WATKINS LLP<br>ATTN AMY C QUARTAROLO<br>355 SOUTH GRAND AVENUE<br>SUITE 100<br>LOS ANGELES CA 90071-1560 | LATHAM  WATKINS LLP<br>ATTN CAROLINE A RECKLER ANDREW M<br>PARLEN<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834 |
| LATHAM  WATKINS LLP<br>ATTN CHRISTOPHER HARRIS ANDREW M<br>PARLEN<br>885 THIRD AVENUE<br>NEW YORK NY 10022 | LAW OFFICE OF DAREN M SCHLECTER<br>ATTN DAREN M SCHLECTER ESQ<br>1925 CENTURY PARK EAST SUITE 830<br>LOS ANGELES CA 90067 | LAW OFFICE OF PATRICIA WILLIAMS<br>PREWITT<br>ATTN PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE CT<br>NAVASOTA TX 77868 |
| LAW OFFICE OF RICHARD L ANTOGNINI<br>ATTN RICHARD L ANTOGNINI<br>2036 NEVADA CITY HIGHWAY<br>SUITE 636<br>GRASS VALLEY CA 95945-7700 | LAW OFFICE OF STEVEN M OLSON<br>ATTN STEVEN M OLSON ESQ   JACOB M<br>FAIRCLOTH ESQ<br>100 E STREET SUITE 104<br>SANTA ROSA CA 95404 | LAW OFFICE OF WAYNE A SILVER<br>ATTN WAYNE A SILVER<br>643 BAIR ISLAND ROAD<br>SUITE 403<br>REDWOOD CITY CA 94063 |
| LAW OFFICES OF RONALD K BROWN JR<br>ATTN RONALD K BROWN JR<br>901 DOVE STREET SUITE 120<br>NEWPORT BEACH CA 92660 | LAW OFFICES OF THOMAS J BRANDI<br>ATTN THOMAS J BRANDI<br>345 PINE STREET<br>3RD FLOOR<br>SAN FRANCISCO CA 94104 | LESNICK PRINCE  PAPPAS LLP<br>ATTN MATTHEW A LESNICK CHRISTOPHER E<br>PRINCE<br>185 PIER AVENUE<br>SUITE 103<br>SANTA MONICA CA 90405 |
| LEVENE NEALE BENDER YOO  BRILL LLP<br>ATTN DAVID L NEALE<br>10250 CONSTELLATION BLVD<br>SUITE 1700<br>LOS ANGELES CA 90067 | LEVENE NEALE BENDER YOO  BRILL LLP<br>ATTN EVE H KARASIK<br>10250 CONSTELLATION BLVD SUITE 1700<br>LOS ANGELES CA 90067 | LEWIS BRISBOIS BISGAARD  SMITH LLP<br>ATTN LOVEE D SARENAS SCOTT LEE AMY L<br>GOLDMAN JASMIN YANG<br>633 WEST 5TH STREET SUITE 4000<br>LOS ANGELES CA 90071 |
| LINEBARGER GOGGAN BLAIR  SAMPSON LLP<br>ATTN JOHN D DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | LOCKE LORD LLP<br>ATTN AARON SMITH<br>111 SOUTH WACKER DRIVE SUITE 4100<br>CHICAGO IL 60606 | LOCKE LORD LLP<br>ATTN BRADLEY C KNAPP<br>601 POYDRAS STREET<br>SUITE 2660<br>NEW ORLEANS LA 70130 |
| LOCKE LORD LLP<br>ATTN ELIZABETH M GUFFY<br>JPMORGAN CHASE TOWER<br>600 TRAVIS SUITE 2800<br>HOUSTON TX 77002 | LOCKE LORD LLP<br>ATTN LINDSEY E KRESS<br>101 MONTGOMERY STREET<br>SUITE 1950<br>SAN FRANCISCO CA 94104 | LOCKE LORD LLP<br>ATTN MEAGAN S TOM<br>101 MONTGOMERY STREET<br>SUITE 1950<br>SAN FRANCISCO CA 94104 |
| LOCKE LORD LLP<br>ATTN W STEVEN BRYANT<br>600 CONGRESS STREET<br>SUITE 2200<br>AUSTIN TX 78701 | LOCKE LORD LLP<br>ATTN XIYI FU<br>101 MONTGOMERY STREET SUITE 1950<br>SAN FRANCISCO CA 94104 | LOEB  LOEB LLP<br>ATTN MARC S COHEN ALICIA CLOUGH<br>10100 SANTA MONICA BLVD<br>SUITE 2200<br>LOS ANGELES CA 90067 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LOWENSTEIN SANDLER LLP                 MACDONALD  FERNANDEZ LLP              MARGULIES FAITH LLP
ATTN MICHAEL S ETKIN ANDREW BEHLMANN    ATTN IAIN A MACDONALD                  ATTN CRAIG G MARGULIES
GABRIEL L OLIVERA                       221 SANSOME STREET                     16030  VENTURA BOULEVARD
ONE LOWENSTEIN DRIVE                    THIRD FLOOR                            SUTIE 470
ROSELAND NJ 070068                      SAN FRANCISCO CA 94104-2323            ENCINO CA 91436


MARY ALEXANDER  ASSOCIATES PC          MCCORMICK BARSTOW LLP                  MCCORMICK BARSTOW LLP
ATTN MARY E ALEXANDER                   ATTN DAVID L EMERZIAN H ANNIE DUONG    ATTN H ANNIE DUONG
44 MONTGOMERY STREET SUITE 1303         COUNSEL FOR AJ EXCAVATION INC          COUNSEL FOR PHILIP VERWEY DBA PHILIP
SAN FRANCISCO CA 94104                  7647 NORTH FRESNO STREET               VERWEY FARMS
                                        FRESNO CA 93720                        7647 NORTH FRESNO STREET
                                                                               FRESNO CA 93720


MCKOOOL SMITH PC                       MICHELSON LAW GROUP                    MILBANK LLP
ATTN JAMES H SMITH                      ATTN RANDY MICHELSON                   ATTN DENNIS F DUNNE SAMUEL A KHALIL
ONE BRYANT PARK 47TH FLOOR              220 MONTGOMERY STREET                  55 HUDSON YARDS
NEW YORK NY 10036                       SUITE 2100                             NEW YORK NY 10001-2163
                                        SAN FRANCISCO CA 94104


MILBANK LLP                            MINTZ LEVIN COHN FERRIS GLOVSKY AND    MIRMAN BUBMAN  NAHMIAS LLP
ATTN PAUL S ARONZON GREGORY A BRAY      POPEO PC                               ATTN ALAN I NAHMIAS
THOMAS R KRELLER                        ATTN ABIGAIL V OBRIENT ANDREW B LEVIN  21860 BURBANK BOULEVARD
2029 CENTURY PARK EAST 33RD FLOOR       2029 CENTURY PARK EAST                 SUITE 360
LOS ANGELES CA 90067                    SUITE 3100                             WOODLAND HILLS CA 91367
                                        LOS ANGELES CA 90067


MONTEE  ASSOCIATES                     NEWMEYER  DILLION LLP                  NIXON PEABODY LLP
ATTN KEVIN P MONTEE                     ATTN JAMES J FICENEC JOSHUA B BEVITZ   ATTN MAXIMILIAN A FERULLO
1250-I NEWELL AVE                       1333 N CALIFORNIA BLVD                 55 WEST 46TH STREET
SUITE 149                               SUITE 600                              NEW YORK NY 10036
WALNUT CREEK CA 94596                   WALNUT CREEK CA 94596


NIXON PEABODY LLP                      NIXON PEABODY LLP                      NORTHERN CALIFORNIA LAW GROUP PC
ATTN RICHARD C PEDONE                   ATTN WILLIAM S LISA                    ATTN JOSEPH FEIST
EXCHANGE PLACE                          ONE EMBARCADERO CENTER                 2611 ESPLANADE
53 STATE STREET                         32ND FLOOR                             CHICO CA 95973
BOSTON MA 02109                         SAN FRANCISCO CA 94111


NORTON ROSE FULBRIGHT US LLP           NUTI HART LLP                          OMELVENY  MYERS LLP
ATTN HOWARD SEIFE ANDREW ROSENBLATT     ATTN GREGORY C NUTI CHRISTOPHER H HART ATTN JACOB T BEISWENGER
CHRISTY RIVERA                          KIMBERLY S FINEMAN                     400 SOUTH HOPE STREET
1301 AVENUE OF THE AMERICAS             411 30TH STREET                        LOS ANGELES CA 90071-2899
NEW YORK NY 10019-6022                  SUITE 408
                                        OAKLAND CA 94609-3311


OMELVENY  MYERS LLP                    OMELVENY  MYERS LLP                    OFFICE OF THE CALIFORNIA ATTORNEY
ATTN JOHN J RAPISARDI NANCY A MITCHELL  ATTN PETER FRIEDMAN                    GENERAL
AND DANIEL S SHAMAH                     1625 EYE STREET NW                     ATTN BANKRUPTCY DEPT
7 TIMES SQUARE                          WASHINGTON DC 20006                    PO BOX 944255
NEW YORK NY 10036                                                              SACRAMENTO CA 94244-2550


OFFICE OF THE UNITED STATES ATTORNEY   OFFICE OF THE UNITED STATES TRUSTEE    ORRICK HERRINGTON  SUTCLIFFE LLP
FOR THE NORTHERN DISTRICT OF            ATTN JAMES L SNYDER ESQ  TIMOTHY       ATTN DEBRA FELDER
CALIFORNIA                              LAFREDDI ESQ MARTA E VILLACORTA        1152 15TH STREET NW
ATTN BANKRUPTCY UNIT                    450 GOLDEN GATE AVE                    WASHINGTON DC 20005
FEDERAL COURTHOUSE                      SUITE 05-0153
450 GOLDEN GATE AVENUE                  SAN FRANCISCO CA  94102
SAN FRANCISCO CA 94102
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ORRICK HERRINGTON  SUTCLIFFE LLP         ORRICK HERRINGTON  SUTCLIFFE LLP         ORRICK HERRINGTON  SUTCLIFFE LLP
ATTN DOUGLAS S MINTZ                     ATTN LORRAINE MCGOWEN                    ATTN MARC A LEVINSON
COLUMBIA CENTER                          51 WEST 52ND STREET                      400 CAPITOL MALL SUITE 3000
1152 15TH STREET NW                      NEW YORK NY 10019                        SACRAMENTO CA 95814-4497
WASHINGTON DC 20005-1706

ORRICK HERRINGTON  SUTCLIFFE LLP         PACHULSKI STANG ZIEHL  JONES LLP         PACHULSKI STANG ZIEHL  JONES LLP
ATTN THOMAS C MITCHELL                   ATTN ISAAC M PACHULSKI DEBRA I           ATTN JOHN D FIERO
THE ORRICK BUILDING                      GRASSGREEN GABRIEL I GLAZER JOHN W       150 CALIFORNIA STREET
405 HOWARD STREET                        LUCAS                                    15TH FLOOR
SAN FRANCISCO CA 94105                   150 CALIFORNIA STREET                    SAN FRANCISCO CA 94111
                                         15TH FLOOR
                                         SAN FRANCISCO CA 94111

PARKINSON PHINNEY                        PAUL WEISS RIFKIND WHARTON  GARRISON     PENSION BENEFIT GUARANTY CORPORATION
ATTN THOMAS R PHINNEY                    LLP                                      ATTN ANDREA WONG
3600 AMERICAN RIVER DRIVE                ATTN ALAN W KORNBERG BRIAN S HERMANN     OFFICE OF THE GENERAL COUNSEL
SUITE 145                                WALTER R RIEMAN SEAN A MITCHELL NEAL P   1200 K STREET NW
SACRAMENTO CA  95864                     DONNELLY                                 WASHINGTON DC 20005-4026
                                         1285 AVENUE OF THE AMERICAS
                                         NEW YORK NY  10019-6064

PENSION BENEFIT GUARANTY CORPORATION     PENSION BENEFIT GUARANTY CORPORATION     PENSION BENEFIT GUARANTY CORPORATION
ATTN COURTNEY L MORGAN                   ATTN DANIEL ROBERTSON                    ATTN MELISSA T NGO
OFFICE OF THE GENERAL COUNSEL            OFFICE OF THE GENERAL COUNSEL            OFFICE OF THE GENERAL COUNSEL
1200 K STREET NW                         1200 K STREET NW                         1200 K STREET NW
WASHINGTON DC 20005-4026                 WASHINGTON DC 20005-4026                 WASHINGTON DC 20005-4026

PERKINS COIE LLP                         PGE CORPORATION                          PIERCE ATWOOD LLP
ATTN ALAN D SMITH                        ATTN PRESIDENT OR GENERAL COUNSEL        ATTN KEITH J CUNNINGHAM
1201 THIRD AVENUE                        77 BEALE STREET                          MERRILLS WHARF
SUITE 4900                               PO BOX 77000                             254 COMMERCIAL STREET
SEATTLE WA 98101-3099                    SAN FRANCISCO CA 94177                   PORTLAND ME 04101

PILLSBURY WINTHROP SHAW PITTMAN LLP      PILLSBURY WINTHROP SHAW PITTMAN LLP      PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN DANIA SLIM                          ATTN HUGH M RAY III                      ATTN LEO T CROWLEY
324 ROYAL PALM WAY                       900 FANNIN                               1540 BROADWAY
SUITE 2200                               SUITE 2000                               NEW YORK NY 10036
PALM BEACH FL 33480                      HOUSTON TX 77010

PILLSBURY WINTHROP SHAW PITTMAN LLP      PILLSBURY WINTHROP SHAW PITTMAN LLP      PINO  ASSOCIATES
ATTN M DAVID MINNICK                     ATTN PHILIP S WARDEN                     ATTN ESTELA O PINO
FOUR EMBARCADERO CENTER                  FOUR EMBARCADERO CENTER                  20 BICENTENNIAL CIRCLE SUITE 200
22ND FLOOR                               22ND FLOOR                               SACRAMENTO CA 95826
SAN FRANCISCO CA 94126-5998              SAN FRANCISCO CA 94111-5998

PLACER COUNTY OFFICE OF THE TREASURER    PMRK LAW                                 POLSINELLI LLP
TAX COLLECTOR                            ATTN PETER P MERINGOLO                   ATTN LINDSI M WEBER
ATTN ROBERT KANNGIESSER                  201 SPEAR STREET                         ONE EAST WASHINGTON ST SUITE 1200
2976 RICHARDSON DRIVE                    SUITE 1100                               PHOENIX AZ 85004-2568
AUBURN CA 95603                          SAN FRANCISCO CA 94105

POLSINELLI LLP                           PRIME CLERK LLC                          PROCOPIO CORY HARGREAVES  SAVITCH LLP
ATTN RANDYE B SOREF                      ATTN HERB BAER                           ATTN GERALD P KENNEDY ESQ
2049 CENTURY PARK EAST SUITE 2900        830 3RD AVE FL 9                         525 B STREET SUITE 2200
LOS ANGELES CA 90067                     NEW YORK NY 10022                        SAN DIEGO CA 92101
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PROSKAUER ROSE LLP                    PROSKAUER ROSE LLP                       PROVENCHER  FLATT LLP
ATTN MARTIN J BIENENSTOCK BRIAN S     ATTN MICHAEL A FIRESTEIN LARY ALAN       ATTN DOUGLAS B PROVENCHER
ROSEN MAJA ZERJAL                     RAPPAPORT STEVE Y MA                     823 SONOMA AVENUE
ELEVEN TIMES SQUARE                   2029 CENTURY PARK EAST                   SANTA ROSA CA 95404
NEW YORK NY 10036-8299                SUITE 2400
                                      LOS ANGELES CA 90067-3010

PRYOR CASHMAN LLP                     REED SMITH LLP                           REED SMITH LLP
ATTN RONALD S BEACHER                 ATTN CHRISTOPHER O RIVAS MARSHA A        ATTN JONATHAN R DOOLITTLE
7 TIMES SQUARE                        HOUSTON                                  101 SECOND STREET
NEW YORK NY 10036                     355 SOUTH GRAND AVENUE SUITE 2900        SUITE 1800
                                      LOS ANGELES CA 90071-1514                SAN FRANCISCO CA 94105

REED SMITH LLP                        REED SMITH LLP                           REED SMITH LLP
ATTN MARSHA A HOUSTON                 ATTN MONIQUE B HOWERY                    ATTN PETER MUNOZ
355 SOUTH GRAND AVENUE SUITE 2900     10 S WACKER DRIVE                        101 SECOND STREET
LOS ANGELES CA 90071-1514             40TH FLOOR                               SUITE 1800
                                      CHICAGO IL 60606                         SAN FRANCISCO CA 94105-3659

REED SMITH LLP                        RIMON PC                                 RIMON PC
ATTN ROBERT P SIMONS                  ATTN LILLIAN G STENFELDT                 ATTN PHILLIP K WANG
225 FIFTH AVENUE                      ONE EMBARCADERO CENTER                   ONE EMBARCADERO CENTER
SUITE 1200                            SUITE 400                                SUITE 400
PITTSBURGH PA 15222                   SAN FRANCISCO CA 94111                   SAN FRANCISCO CA 94111

RINGSTAD  SANDERS LLP                 ROBINS CLOUD LLP                         ROPES  GRAY LLP
ATTN NANETTE D SANDERS                ATTN BILL ROBINS III ROBERT BRYSON       ATTN GREGG M GALARDI KEITH H WOFFORD
4343 VON KARMAN AVENUE                808 WILSHIRE BOULEVARD                   DANIEL G EGAN
SUITE 300                             SITE 450                                 1211 AVENUE OF THE AMERICAS
NEWPORT BEACH CA 92660                SANTA MONICA CA 90401                    NEW YORK NY 10036-8704

ROPES  GRAY LLP                       ROPES  GRAY LLP                          ROPES  GRAY LLP
ATTN MATTHEW M ROOSE MARK I BANE      ATTN PETER L WELSH JOSHUA Y STURM        ATTN STEPHEN MOELLERSALLY MATTHEW L
1211 AVENUE OF THE AMERICAS           PATRICIA I CHEN                          MCGINNIS
NEW YORK NY 10036-8704                PRUDENTIAL TOWER                         PRUDENTIAL TOWER 800 BOYLSTON STREET
                                      800 BOYLSTON STREET                      BOSTON MA 02199-3600
                                      BOSTON MA 02199-3600

RUTAN  TUCKER LLP                     SAN FRANCISCO CITY ATTORNEYS OFFICE      SATTERLEE STEPHENS LLP
ATTN ROGER F FRIEDMAN PHILIP J        ATTN OWEN CLEMENTS                       ATTN CHRISTOPHER R BELMONTE ESQ PAMELA
BLANCHARD                             1390 MARKET STREET                       A BOSSWICK ESQ
611 ANTON BOULEVARD                   7TH FLOOR                                230 PARK AVENUE
SUITE 1400                            SAN FRANCISCO CA 94102                   NEW YORK NY 10169
COSTA MESA CA 92626-1931

SAVAGE LAMB  LUNDE PC                 SCHNADER HARRISON SEGAL  LEWIS LLP       SEVERSON  WERSON
ATTN E RYAN LAMB                      ATTN GEORGE H KALIKMAN                   ATTN DUANE M GECK DONALD H CRAM
1550 HUMBOLDT ROAD SUITE 4            650 CALIFORNIA STREET                    BERNARD J KORNBERG
CHICO CA 95928                        19TH FLOOR                               ONE EMBARCADERO CENTER SUITE 2600
                                      SAN FRANCISCO CA 94108-2736              SAN FRANCISCO CA 94111

SEYFARTH SHAW LLP                     SHEMANOLAW                               SHEPPARD MULLIN RICHTER  HAMPTON LLP
ATTN M RYAN PINKSTON CHRISTOPHER J    ATTN DAVID B SHEMANO                     ATTN MICHAEL M LAUTER ESQ
HARNEY                                1801 CENTURY PARK EAST                   FOUR EMBARCADERO CENTER
560 MISSION STREET                    SUITE 1600                               17TH FLOOR
SUITE 3100                            LOS ANGELES CA 90067                     SAN FRANCISCO CA 94111
SAN FRANCISCO CA 94105
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SHIPMAN GOODWIN LLP<br>ATTN ERIC GOLDSTEIN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103- | SHULMAN HODGES BASTIAN LLP<br>ATTN LEONARD M SHULMAN MELISSA DAVIS LOWE<br>100 SPECTRUM CENTER DRIVE<br>SUITE 600<br>IRVINE CA 92618 | SILICON VALLEY LAW GROUP<br>ATTN DAVID V DUPERRAULT KATHRYN E BARRETT<br>ONE NORTH MARKET STREET<br>SUITE 200<br>SAN JOSE CA 95113 |
| SKADDEN ARPS SLATE MEAGHER FLOM LLP<br>ATTN AMY S PARK<br>525 UNIVERSITY AVENUE<br>PALO ALTO CA 94301 | SKADDEN ARPS SLATE MEAGHER FLOM LLP<br>ATTN J ERIC IVESTER<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 | SONOMA CLEAN POWER AUTHORITY<br>ATTN JESSICA MULLAN GENERAL COUNSEL<br>50 SANTA ROSA AVENUE<br>FIFTH FLOOR<br>SANTA ROSA CA 95494 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN JULIA A MOSEL PATRICIA A CIRUCCI<br>2244 WALNUT GROVE AVENUE<br>3RD FLOOR<br>ROSEMEAD CA 91770 | ST JAMES LAW PC<br>ATTN MICHAEL ST JAMES<br>22 BATTERY STREET<br>SUITE 888<br>SAN FRANCISCO CA 94111 | STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>ATTN TODD M BAILEY<br>MAIL STOP A-260<br>PO BOX 1720<br>RANCHO CORDOVA CA 95741-1720 |
| STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS<br>ATTN JOHN CUMMING<br>OFFICE OF THE DIRECTOR<br>445 GOLDEN GATE AVENUE SUITE 9516<br>SAN FRANCISCO CA 94102 | STECKBAUER WEINHART LLP<br>ATTN BARRY S GLASER<br>333 S HOPE STREET<br>36TH FLOOR<br>LOS ANGELES CA 90071 | STEVENS LEE PC<br>ATTN CONSTANTINE D POURAKIS<br>485 MADISON AVENUE<br>20TH FLOOR<br>NEW YORK NY 10022 |
| STEVENS LEE PC<br>ATTN LEONARD P GOLDBERGER<br>620 FREEDOM BUSINESS CENTER<br>SUITE 200<br>KING OF PRUSSIA PA 19406 | STEWART SOKOL LARKIN LLC<br>ATTN JAN D SOKOL ESQ KEVIN M COLES ESQ<br>2300 SW FIRST AVENUE SUITE 200<br>PORTLAND OR 97201 | STEYER LOWENTHAL BOODROOKAS ALVAREZ SMITH LLP<br>ATTN DANA M ANDREOLI<br>ONE CALIFORNIA STREET<br>THIRD FLOOR<br>SAN FRANCISCO CA 94111 |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ SMITH LLP<br>ATTN JEFFREY H LOWENTHAL<br>ONE CALIFORNIA STREET<br>THIRD FLOOR<br>SAN FRANCISCO CA 94111 | STITES HARBISON PLLC<br>ATTN ELIZABETH LEE THOMPSON<br>250 WEST MAIN STREET<br>SUITE 2300<br>LEXINGTON KY 40507-1758 | STOEL RIVES LLP<br>ATTN DAVID B LEVANT<br>101 S CAPITOL BOULEVARD<br>SUITE 1900<br>BOISE ID 83702 |
| STOEL RIVES LLP<br>ATTN GABRIELLE GLEMANN<br>600 UNIVERSITY STREET SUITE 3600<br>SEATTLE WA 98101 | STOEL RIVES LLP<br>ATTN OREN BUCHANAN HAKER<br>760 SW NINTH SUITE 3000<br>PORTLAND OR 97205 | STOEL RIVES LLP<br>ATTN SUNNY S SARKIS<br>SUNNY S SARKIS<br>SUITE 1600<br>SACRAMENTO CA 98514 |
| STROOCK STROOCK LAVAN LLP<br>ATTN DAVID W MOON<br>2029 CENTURY PARK EAST<br>LOS ANGELES CA 90067-3086 | STROOCK STROOCK LAVAN LLP<br>ATTN FRANK A MEROLA<br>2029 CENTURY PARK EAST<br>LOS ANGELES CA 90067-3086 | STROOCK STROOCK LAVAN LLP<br>ATTN KRISTOPHER M HANSEN EREZ E GILAD MATTHEW G GAROFALO<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 |
| STROOCK STROOCK LAVAN LLP<br>ATTN MARK A SPEISER KENNETH PASQUALE SHERRY J MILLMAN HAROLD A OLSEN<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 | STUTZMAN BROMBERG ESSERMAN PLIFKA PC<br>ATTN SANDER L ESSERMAN CLIFF I TAYLOR<br>2323 BRYAN STREET<br>SUITE 2200<br>DALLAS TX 5201-2689 | SULLIVAN HILL REZ ENGEL<br>ATTN JAMES P HILL CHRISTOPHER V HAWKINS JONATHAN S DABBIERI<br>600 B STREET SUITE 1700<br>SAN DIEGO CA 92101 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SYNERGY PROJECT MANAGEMENT INC<br>CO LAW OFFICE OF IVAN C JEN<br>1017 ANDY CIRCLE<br>SACRAMENTO CA 95838 | TAYLOR ENGLISH DUMA LLP<br>ATTN JOHN W MILLS III<br>1600 PARKWOOD CIRCLE<br>SUITE 200<br>ATLANTA GA 30339 | THE BANKRUPTCY GROUP PC<br>ATTN STEPHAN BROWN AND DANIEL GRIFFIN<br>3300 DOUGLAS BLVD<br>STE 100<br>ROSEVILLE CA 95661 |
| THE DAVEY TREE EXPERT COMPANY<br>ATTN ERIKA J SCHOENBERGER GENERAL COUNEL<br>1500 N MANTUA STREET<br>KENT OH 44240 | TOGUT SEGAL SEGAL LLP<br>ATTN ALBERT TOGUT KYLE J ORTIZ AMY M ODEN AMANDA C GLAUBACH<br>ONE PENN PLAZA<br>SUITE 3335<br>NEW YORK NY 10119 | TRODELLA LAPPING LLP<br>ATTN RICHARD A LAPPING<br>540 PACIFIC AVENUE<br>SAN FRANCISCO CA 94133 |
| TROUTMAN SANDERS LLP<br>ATTN GABRIEL OZEL<br>11682 EL CAMINO REAL SUITE 400<br>SAN DIEGO CA 92130-2092 | TROUTMAN SANDERS LLP<br>ATTN HARRIS B WINSBERG ESQ MATTHEW G ROBERTS ESQ<br>600 PEACHTREE ST NE<br>SUITE 3000<br>ATLANTA GA 30308 | TROUTMAN SANDERS LLP<br>ATTN HUGH M MCDONALD<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| TURNTHE UTILITY REFORM NETWORK<br>ATTN MARK TONEY THOMAS LONG<br>785 MARKET ST<br>SUITE 1400<br>SAN FRANCISCO CA 94103 | US BANKRUPTCY COURT NORTHERN DISTRICT OF CA<br>ATTN HONORABLE DENNIS MONTALI<br>PGE CORP CHAMBERS COPY<br>450 GOLDEN GATE AVE 18TH FLOOR<br>SAN FRANCISCO CA 94102 | US DEPARTMENT OF JUSTICE<br>ATTN DANIELLE A PHAM<br>1100 L STREET NW<br>ROOM 7106<br>WASHINGTON DC 20005 |
| US DEPARTMENT OF JUSTICE<br>ATTN DANIELLE A PHAM<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | US DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN JOSEPH H HUNT RUTH A HARVEY RUTH A HARVEY KIRK MANHARDT MATTHEW TROY MARC S SACKS DANIELLE A PHAM AND SHANE HUANG<br>1100 L STREET NW<br>ROOM 7030<br>WASHINGTON DC 20005 | US DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN JOSEPH H HUNT RUTH A HARVEY RUTH A HARVEY KIRK MANHARDT MATTHEW TROY MARC S SACKS DANIELLE A PHAM AND SHANE HUANG<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 |
| US NUCLEAR REGULATORY COMMISSION<br>ATTN GENERAL COUNSEL<br>US NRC REGION IV<br>1600 E LAMAR BLVD<br>ARLINGTON TX 76011 | US NUCLEAR REGULATORY COMMISSION<br>ATTN GENERAL COUNSEL<br>WASHINGTON DC 20555-0001 | UNION PACIFIC RAILROAD COMPANY<br>ATTN TONYA W CONLEY LILA L HOWE<br>1400 DOUGLAS STREET<br>STOP 1580<br>OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN MATTHEW J TROY<br>1100 L STREET NW<br>ROOM 10030<br>WASHINGTON DC 20530 | UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN MATTHEW J TROY<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | US SECURITIES AND EXCHANGE COMMISSION<br>ATTN JINA CHOI REGIONAL DIRECTOR<br>SAN FRANCISCO REGIONAL OFFICE<br>44 MONTGOMERY STREET SUITE 2800<br>SAN FRANCISCO CA 94104 |
| US SECURITIES AND EXCHANGE COMMISSION<br>ATTN OFFICE OF GENERAL COUNSEL<br>100 F ST NE MS 6041B<br>WASHINGTON DC 20549 | WAGSTAFFE VON LOEWENFELDT BUSCH RADWICK LLP<br>ATTN JAMES M WAGSTAFFE FRANK BUSCH<br>100 PINE STREET<br>SUITE 725<br>SAN FRANCISCO CA 94111 | WALKUP MELODIA KELLY SCHOENBERGER<br>ATTN MICHAEL A KELLY KHALDOUN A BAGHDADI MAX SCHUVER<br>650 CALIFORNIA STREET<br>26TH FLOOR<br>SAN FRANCISCO CA 94108 |
| WALTER WILHELM LAW GROUP A PROFESSIONAL CORPORATION<br>ATTN RIILEY C WALTER MICHAEL L WILHELM<br>205 E RIVER PARK CIRCLE<br>SUITE 410<br>FRESNO CA 93720 | WEIL GOTSHAL MANGES LLP<br>ATTN STEPHEN KAROTKIN JESSICA LIOU MATTHEW GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 | WEINBERG ROGER ROSENFELD<br>ATTN EMILY P RICH<br>1001 MARINA VILLAGE PARKWAY<br>SUITE 200<br>ALAMEDA CA 94501-1091 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| WHITE CASE LLP<br>ATTN JCHRISTOPHER SHORE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | WHITE CASE LLP<br>ATTN ROBERTO J KAMPFNER<br>555 SOUTH FLOWER STREET<br>SUITE 2700<br>LOS ANGELES CA 90071 | WHITE CASE LLP<br>ATTN THOMAS E LAURIA MATTHEW C BROWN<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BOULEVARD SUITE 4900<br>MIAMI FL 33131-2352 |
|---|---|---|
| WILLIAMS KASTNER<br>ATTN TODD W BLISCHKE<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE WA 98101-2380 | WILLKIE FARR GALLAGHER LLP<br>ATTN MATTHEW A FELDMAN JOSEPH G MINIAS DANIEL I FORMAN<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6099 | WILMER CUTLER PICKERING HALE DORR LLP<br>ATTN CHRIS JOHNSTONE<br>950 PAGE MILL ROAD<br>PALO ALTO CA 94304 |
| WINSTON STRAWN LLP<br>ATTN DAVID NEIER<br>200 PARK AVENUE<br>NEW YORK NY 10166-4193 | WINSTON STRAWN LLP<br>ATTN JUSTIN E RAWLINS<br>333 S GRAND AVENUE<br>38TH FLOOR<br>LOS ANGELES CA 90071-1543 | WINSTON STRAWN LLP<br>ATTN MICHAEL A YUFFEE<br>1700 K STREET NW<br>WASHINGTON DC 20006-3817 |
| WINTHROP COUCHOT GOLUBOW HOLLANDER LLP<br>ATTN RICHARD H GOLUBOW<br>1301 DOVE STREET<br>SUITE 500<br>NEWPORT BEACH CA 92660 | WOLKIN CURRAN LLP<br>ATTN JAMES D CURRAN ESQ<br>111 MAIDEN LANE 6TH FLOOR<br>SAN FRANCISCO CA 94108 | WORLEY LAW PC<br>ATTN KIRSTEN A WORLEY<br>1572 SECOND AVENUE<br>SAN DIEGO CA 92101 |