TOGUT, SEGAL & SEGAL LLP
Albert Togut (*pro hac vice pending*)
(altogut@teamtogut.com)
Kyle J. Ortiz (*pro hac vice pending*)
(kortiz@teamtogut.com)
Amy M. Oden (*pro hac vice pending*)
(aoden@teamtogut.com)
Amanda C. Glaubach (*pro hac vice pending*)
(aglaubach@teamtogut.com)
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: 212-594-5000
Fax: 212-967-4258

SCHNADER HARRISON SEGAL & LEWIS LLP
George H. Kalikman (SBN 147382)
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Direct (415) 364-6734
gkalikman@schnader.com

*Attorneys for Compass Lexecon, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (AMY M. ODEN)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

FILED
MAY 16 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Amy M. Oden, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Compass Lexecon, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

George Kalikman (SBN 147382)
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
(415) 364-6734
gkalikman@schnader.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2019

_____
Amy M. Oden

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# AMY MICHELLE ODEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 9, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 14, 2019**

5770

*Susanna Rojas*
Clerk of the Court

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065500 - DC

May 16, 2019
13:40:00

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 4066           $310.00 CH

Total-> $310.00

FROM: SCHNADER, HARRISON, SEGAL &