

Signed and Filed: May 16, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

TOGUT, SEGAL & SEGAL LLP
Albert Togut (*pro hac vice pending*)
(altogut@teamtogut.com)
Kyle J. Ortiz (*pro hac vice pending*)
(kortiz@teamtogut.com)
Amy M. Oden (*pro hac vice pending*)
(aoden@teamtogut.com)
Amanda C. Glaubach (*pro hac vice pending*)
(aglaubach@teamtogut.com)
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: 212-594-5000
Fax: 212-967-4258

SCHNADER HARRISON SEGAL & LEWIS LLP
George H. Kalikman (SBN 147382)
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Direct (415) 364-6734
gkalikman@schnader.com

*Attorneys for Compass Lexecon, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (AMANDA C. GLAUBACH)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

| | |
|---|---|
| 1 | Amanda C. Glaubach, whose business address and telephone number is |
| 2 | Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 |
| 3 | Tel: (212) 594-5000, Fax: (212) 967-4258 and who is an active member in good standing of the bar |
| 4 | of New York having applied in the above-entitled action for admission to practice in the Northern |
| 5 | District of California on a *pro hac vice* basis, representing Compass Lexecon, LLC. |
| 6 | |
| 7 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 8 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 9 | *hac vice*. Service of papers upon and communication with co-counsel designated in the |
| 10 | application will constitute notice to the represented party. All future filings in this action are |
| 11 | subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the |
| 12 | United States Bankruptcy Court for the Northern District of California. |
| 13 | ** End of Order ** |