

Signed and Filed: May 16, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

TOGUT, SEGAL & SEGAL LLP
Albert Togut (*pro hac vice pending*)
(altogut@teamtogut.com)
Kyle J. Ortiz (*pro hac vice pending*)
(kortiz@teamtogut.com)
Amy M. Oden (*pro hac vice pending*)
(aoden@teamtogut.com)
Amanda C. Glaubach (*pro hac vice pending*)
(aglaubach@teamtogut.com)
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: 212-594-5000
Fax: 212-967-4258

SCHNADER HARRISON SEGAL & LEWIS LLP
George H. Kalikman (SBN 147382)
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Direct (415) 364-6734
gkalikman@schnader.com

*Attorneys for Compass Lexecon, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (AMY M. ODEN)** |

Amy M. Oden, whose business address and telephone number is Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 Tel: (212) 594-5000, Fax: (212) 967-4258 and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Compass Lexecon, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

\*\* End of Order \*\*