1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
        jminias@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| **-and-** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Nicola Rowbottom, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on May 16, 2019, I caused a true and correct copy of each of the following documents to be served via email on the Standard Party Email Service List attached hereto as **Exhibit A**:

   a. **NOTICE OF HEARING ON MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS PURSUANT TO 11 U.S.C. §§ 105(a), 107(b) AND 501 AND FED. R. BANKR. P. 3001(a) AND 9018 FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FOR SUBROGATION CLAIMS AND RELATED PROCEDURES**

   b. **MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS PURSUANT TO 11 U.S.C. §§ 105(a), 107(b) AND 501 AND FED. R. BANKR. P. 3001(a) AND 9018 FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FOR SUBROGATION CLAIMS AND RELATED PROCEDURES**

   c. **MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS PURSUANT TO 11 U.S.§§ 105(a), 107(b) AND 501 AND FED. R. BANKR. P. 3001(a) AND 9018 FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FOR SUBROGATION CLAIMS AND RELATED PROCEDURES**

   d. **PARTIAL OBJECTION OF AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 502(b)(9) AND 105(a), FED. R. BANKR. P. 2002, 3003(c)(3), 5005, AND 9007, AND L.B.R. 3003-1 FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER INFORMATION TO ALL CREDITORS AND POTENTIAL CREDITORS**

3. I certify that on May 16, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party First

Class Mail Service List attached hereto as **Exhibit B**.

4. I certify that on May 16, 2019, I caused a true and correct copy of each of the above documents to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit C.**

5. I certify that on May 16, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Core/2002 Hardcopy First Class Service List attached hereto as **Exhibit D.**

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on May 16, 2019,

_____/s/ Nicola Rowbottom_____
Nicola Rowbottom