**Exhibit B**

-7-

Case: 19-30088 Doc# 2063-2 Filed: 05/17/19 Entered: 05/17/19 10:00:17 Page 1 of 3

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 48.90 | $31,146.50 |
| 002 | Asset Sales/363 Sales | 2.70 | $2,648.00 |
| 003 | Automatic Stay | 28.00 | $16,658.00 |
| 004 | Bankruptcy Litigation | 63.60 | $49,757.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 210.10 | $156,136.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 34.60 | $10,650.50 |
| 007 | CCA and other Aggregator Issues | 4.30 | $3,161.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1.20 | $1,029.00 |
| 009 | Committee Meetings and Preparation | 397.80 | $340,488.00 |
| 010 | Corporate Governance and Board Issues | 208.60 | $161,992.00 |
| 011 | Customer, Supplier and Vendor Issues | 5.10 | $4,266.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 97.10 | $81,051.50 |
| 014 | Employee Issues | 445.40 | $346,044.50 |
| 015 | Equity Committee | 3.00 | $3,006.50 |
| 017 | Executory Contracts/Lease Issues | 0.30 | $285.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 76.90 | $53,213.00 |
| 019 | Hearings and Court Matters | 18.60 | $15,370.00 |
| 020 | Legislative Issues/Inverse Reform | 22.70 | $14,593.00 |
| 021 | Non-Bankruptcy Litigation | 10.40 | $8,280.00 |
| 022 | Non-Working Travel | 110.90 | $44,515.50[†] |
| 023 | FERC Adversary Proceeding | 14.20 | $12,951.50 |
| 024 | District Court Litigation | 2.30 | $1,235.00 |
| 025 | Regulatory Issues including CPUC and FERC | 91.50 | $79,568.00 |
| 026 | Retention Applications | 84.90 | $54,481.50 |
| 027 | Fee Application: Baker | 6.00 | $4,733.00 |
| 029 | Schedules/Statement of Financial Affairs | 57.10 | $43,328.50 |
| 030 | Tax Issues | 5.80 | $4,244.00 |
| 031 | U.S. Trustee issues/meetings/communications/monthly operating | 6.80 | $6,346.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 0.40 | $372.00 |

---

[†] Travel time was charged at 50% of normal hourly rates during the Fee Period.

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 033 | Utility Issues/Adequate Assurance/Insurance | 3.20 | $2,598.00 |
| 034 | Withdraw Reference | 5.60 | $4,472.00 |
| 035 | Real Estate and Real Property Issues | 1.90 | $1,495.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0.50 | $300.00 |
| 037 | Investigations | 5.70 | $4,383.00 |
| 038 | Financial Advisors | 248.50 | $209,381.50 |
| 039 | Other Contested Matters | 86.30 | $63,704.00 |
| 040 | Operations | 46.60 | $36,233.50 |
| 042 | Subrogation | 53.00 | $30,275.00 |
| 043 | Securities | 15.90 | $10,186.50 |
| **TOTAL** | | **2,526.40** | **$1,914,580.50** |