**Exhibit C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Airfare | $18,424.91 |
| Business Meals | $4,187.32 |
| Computerized Research | $6,689.12 |
| Delivery Services | $264.91 |
| Ground Transportation (Local) | $36.16 |
| Ground Transportation (Out of Town) | $9,443.31 |
| Lodging | $18,132.05 |
| Miscellaneous (Meeting Room Rental) | $1,531.20 |
| Outside Duplicating | $250.00 |
| Postage | $216.45 |
| Teleconference Charges (Court Call) | $385.00 |
| Transcripts | $2,459.75 |
| Wi-Fi Charges (Audio/Visual Equipment Rental) | $1,686.65 |
| **Total Expenses Requested:** | **$63,706.83** |