**EXHIBIT E**

**Expenses and Other Charges**

| | |
|---|---:|
| **Business Meals, etc. (E111)** | **4,187.32** |
| **Postage (E108)** | **216.45** |
| **Transcripts (E116)** | **2,459.75** |
| **Teleconference Charges (E105)** | **385.00** |
| **Automated Research (E106)** | **6,689.12** |
| **Lodging (E110)** | **18,132.05** |
| **Ground Transportation Out of Town (E110)** | **9,443.31** |
| **Airfare/Trainfare (E110)** | **18,424.91** |
| **Delivery Services (E107)** | **264.91** |
| **Ground Transportation Local (E109)** | **36.16** |
| **Miscellaneous (E124)** | **1,531.20** |
| **Outside Duplicating & Binding (E102)** | **250.00** |
| **Wi-Fi/Telephone Charges (E105)** | **1,686.65** |

**Total Expenses and other charges**   $   **63,706.83**

## Expenses and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 03/02/19 | Lodging (E110) Lodging for multiple individuals; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case for Laruen Attard, Steve Dettelbach, Cecily Dumas, Joseph Esmont, Eric Goodman, Robert Julian, Tanya Kinne, Jorian Rose, Robert Weible, Catherine Woltering; Mar 02, 2019 | 4,224.66 |
| 03/03/19 | Lodging (E110) Lodging; Cecily Dumas; Karen Lockhart travel expense; Mar 03, 2019 | 258.29 |
| 03/06/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in Los Angeles (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); Mar 06, 2019 | 905.02 |
| 03/07/19 | Lodging (E110) Lodging (E110) Jerry Bloom Meeting in San Francisco - Committee Members 03/04/2019 - 03/07/2019 - Hotel Hyatt Regency 3/5/2019; Inv. JERRY-030719 | 584.69 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2063-5   Filed: 05/17/19   Entered: 05/17/19 10:00:17   Page 2 of 17

| Date | Description | Amount |
|---|---|---|
| 03/11/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (3/11/19 to 3/15/19); Mar 11, 2019 | 2,090.00 |
| 03/13/19 | Lodging (E110) Lodging; Cecily Dumas; Karen Lockhart hotel for court hearing; Mar 13, 2019 | 395.79 |
| 03/14/19 | Lodging (E110) Lodging; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E. 3/11/19-3/13/19 | 1,567.50 |
| 03/15/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in Los Angeles (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 15, 2019 | 1,245.26 |
| 03/15/19 | Lodging (E110) Lodging; Robert Julian; Attend PG&E Meeting in Los Angeles 3/14/2019; Mar 15, 2019 | 475.00 |
| 03/18/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (3/18/19 to 3/21/19); Mar 18, 2019 | 2,093.34 |
| 03/21/19 | Lodging (E110) Lodging; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E 3 Nights Dates 3/17/19 - 3/20/2019, 3/14/19 - 3/29/19.; Mar 21, 2019; | 500.00 |
| 03/29/19 | Lodging (E110) Lodging; Joseph Esmont; 3/27/2019 Lodging arrival and 3/29/2019 departure during 3/27/2019 3/28/2019 and 3/29/2019 preparation for participation in 3/30/2019 Committee meeting in Chico, CA and 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009]; Mar 29, 2019 | 754.64 |
| 03/29/19 | Lodging; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; Lodging 4 Nights 3/25/19 - 3/28/19; Mar 29, 2019 | 500.00 |
| 03/31/19 | Lodging (E110) Lodging; Hotel charges for Robert Julian at the Courtyard Marriott 03/30/2019-03/31/19; Mar 31, 2019 | 195.22 |
| 03/31/19 | Lodging; Joseph Esmont; 3/29/2019 San Francisco, lodging arrival and 3/31/2019 departure during 3/29/2019 preparation for and participation in 3/30/2019 Committee meeting in Chico, CA and 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009]; Mar 31, 2019 | 390.44 |
| 03/31/19 | Lodging (E110) Lodging; Hotel stay for Catherine Woltering at Courtyard by Marriott 03/29/2019-03/31/2019; Mar 31, 2019 | 390.44 |
| 03/31/19 | Lodging (E110) Lodging; Joe Esmont Hotel Stay at Courtyard Marriott 03/29/2019-03/31/2019 - 2019 Committee Meeting; Mar 31, 2019 | 390.44 |
| 03/31/19 | Lodging (E110) Lodging; Hotel Stay for Brendan Way Courtyard Marriott Chico 03/30/2019-03/31/19 - 2019 Committee Meeting; Mar 31, 2019 | 390.44 |
| 03/31/19 | Lodging (E110) Lodging; Tom Jeremiasson Hotel Stay at Courtyard Marriott on 03/29/2019-03/31/2019 - 2019 Committee Meeting; Mar | 390.44 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-3    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 3 of 17

| Date | Description | Amount |
|---|---|---|
| | 31, 2019 | |
| 03/31/19 | Lodging (E110) Lodging; Gary Agajanian Hotel Stay at the Courtyard by Marriott 03/29/2019 -03/31/2019; Mar 31, 2019 | 390.44 |
| | **Subtotal - Lodging (E110)** | **18,132.05** |
| 02/15/19 | Ground Transportation Out of Town (E110) Parking; Robert Julian; Court Parking 2/15/2019; Feb 15, 2019; | 3.00 |
| 02/15/19 | Parking; Cecily Dumas; Merchant: Turk Street; Court; Feb 15, 2019; | 20.00 |
| 03/01/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to Sacramento, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Mar 01, 2019; | 42.68 |
| 03/01/19 | Ground Transportation Out of Town (E110) Parking; Parking expenses charged to rooms.; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case for Laruen Attard, James Bekier, Steve Dettelbach, Cecily Dumas, Joseph Esmont, Eric Goodman, Robert Julian, Tanya Kinne, Lauren Resnick, Jorian Rose, Robert Weible, Catherine Woltering; Mar 01, 2019; | 66.00 |
| 03/01/19 | Ground Transportation Out of Town (E110) Parking; Parking Flat Fee; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case for Laruen Attard, Steve Dettelbach, Cecily Dumas, Joseph Esmont, Eric Goodman, Robert Julian, Tanya Kinne, Lauren Resnick, Jorian Rose, Robert Weible, Catherine Woltering; Mar 01, 2019; | 125.00 |
| 03/01/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Tanya Kinne; Taxi from airport to hotel in Sacramento, California to attend Official Committee of Tort Claimant meeting.2/28/19- 3/2/19; Mar 01, 2019; | 57.45 |
| 03/01/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Steven Dettelbach; Merchant: Uber Technologies Inc; 02/28/19-03/01/19 (Sacramento) PG&E Client Development; Mar 01, 2019; | 39.08 |
| 03/01/19 | Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 3/1/2019 Taxi service fare from Sacramento, CA lodging to Sacramento, CA airport for the purpose of return Non-Working Travel [B195] to Cleveland, OH after preparing for and participating in the March 1, 2019 Creditors' Committee Meeting [B158] held in Sacramento, CA at the Hilton Arden West Hotel.; Mar 01, 2019; | 23.98 |
| 03/02/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Mar 02, 2019; | 26.29 |
| 03/02/19 | Taxi/Car Service; Jorian Rose; Taxi expense during airport from trip to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Mar 02, 2019; | 105.04 |

**Baker&Hostetler** LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 4 of 17

| Date | Description | Amount |
|---|---|---|
| 03/02/19 | Taxi/Car Service; Tanya Kinne; Taxi from airport in New York. 2/28/19- 3/2/19; Mar 02, 2019; | 38.05 |
| 03/02/19 | Taxi/Car Service; Tanya Kinne; Merchant: Squareup; Taxi from hotel to to airport in Sacramento, California for return trip to New York 2/28/19- 3/2/19; Mar 02, 2019; | 56.25 |
| 03/02/19 | Parking; Steven Dettelbach; Merchant: Cleveland Hopkins Airport; 02/28/19-03/01/19 (Sacramento) PG&E Client Development; Mar 02, 2019; | 40.00 |
| 03/02/19 | Taxi/Car Service; Eric Goodman; travel to Sacramento, CA for meeting of Tort Committee (2/28/19 to 3/2/19) (hotel to airport taxi for Mr. Goodman and Mr. Weible); Mar 02, 2019; | 50.00 |
| 03/02/19 | Parking; Eric Goodman; Merchant: Kelly's Place Inc; travel to Sacramento, CA for meeting of Tort Committee (2/28/19 to 3/2/19) (airport parking); Mar 02, 2019; | 60.00 |
| 03/02/19 | Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 3/2/2019 Taxi service fare from Cleveland, OH airport to home residence in Brecksville, OH after return Non-Working Travel [B195] from Sacramento, CA for the purpose of preparing for and participating in the March 1, 2019 Creditors' Committee Meeting [B158] held in Sacramento, CA at the Hilton Arden West Hotel.; Mar 02, 2019; | 38.93 |
| 03/04/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber car to Boston Logan Airport (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); Mar 04, 2019; | 157.31 |
| 03/04/19 | Parking; Cecily Dumas; Merchant: Colnago; Court; Mar 04, 2019; | 20.00 |
| 03/05/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi to office (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); Mar 05, 2019; | 20.00 |
| 03/06/19 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Travel to Airport 2/28/2019 12:30:00 PM" 9022719454; Inv. 1677899 | 76.08 |
| 03/06/19 | Taxi/Car Service; Donald Workman; Taxi to office (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); Mar 06, 2019; | 20.00 |
| 03/07/19 | Ground Transportation Out of Town (E110) Jerry Bloom Meeting in San Francisco - Committee Members 03/04/2019 - 03/07/2019 - Uber 3/5/2019; Inv. JERRY-030719 | 40.79 |
| 03/07/19 | Ground Transportation Out of Town (E110) Jerry Bloom Meeting San Francisco Committee Members 03/04/2019 - 03/07/2019 - Uber 3/5/2019; Inv. JERRY-030719 | 29.06 |
| 03/07/19 | Ground Transportation Out of Town (E110) Jerry Bloom Meeting in San Francisco - Committee Members 03/04/2019 - 03/07/2019 - Uber | 26.91 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 5 of 17

| Date | Description | Amount |
|---|---|---|
| | 3/4/2019; Inv. JERRY-030719 | |
| 03/07/19 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) Jerry Bloom Meeting in San Francisco - Committee Members 03/04/2019 - 03/07/2019 - Uber 3/4/2019; Inv. JERRY-030719 | 23.41 |
| 03/07/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi from IAD to home (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); Mar 07, 2019; | 60.00 |
| 03/11/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E. 3/5/19-3/14/19; Mar 11, 2019; | 39.03 |
| 03/11/19 | Ground Transportation Out of Town (E110) Parking; Cecily Dumas; Merchant: Edawiele; Sedgwick Meetng; Mar 11, 2019; | 35.00 |
| 03/13/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber car from home to airport (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 13, 2019; | 55.66 |
| 03/13/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi from LAX to hotel (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 13, 2019; | 50.00 |
| 03/13/19 | Parking; Cecily Dumas; Merchant: California Parking; PG&E Court; Mar 13, 2019; | 20.00 |
| 03/13/19 | Parking; Cecily Dumas; Karen Lockhart hotel for court hearing; Mar 13, 2019; | 45.63 |
| 03/14/19 | Taxi/Car Service; Donald Workman; Taxi to office (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 14, 2019; | 20.00 |
| 03/14/19 | Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber to hotel (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 14, 2019; | 18.72 |
| 03/14/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E. 3/5/19-3/14/19; Mar 14, 2019; | 30.48 |
| 03/14/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E. 3/5/19-3/14/19; Mar 14, 2019; | 36.11 |
| 03/14/19 | Parking; Cecily Dumas; PG&E Meeting at Walkup; Mar 14, 2019; | 18.00 |
| 03/15/19 | Taxi/Car Service; Donald Workman; Taxi to office (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); Mar 15, 2019; | 20.00 |
| 03/15/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, | 152.84 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 6 of 17

| Date | Description | Amount |
|---|---|---|
| | LLC. Concord LANDRIO Car Service 03/13/2019 09:10 PM 9031323731; Inv. 130175 | |
| 03/15/19 | Ground Transportation Out of Town (E110) Parking; Robert Julian; Traveling to Santa Monica, CA 2/28/2019 for PG&E case; Mar 15, 2019; | 72.00 |
| 03/15/19 | Parking; Eric Goodman; Merchant: Ticketnr; travel to San Francisco, CA for work on PG&E bankruptcy (3/11/19 to 3/15/19) (airport parking); Mar 15, 2019; | 100.00 |
| 03/15/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (3/11/19 to 3/15/19) (hotel to airport); Mar 15, 2019; | 32.36 |
| 03/15/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord BLANCHARD Car Service 03/07/2019 09:25 PM FJ7T791; Inv. 130175 | 165.00 |
| 03/15/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/07/2019 10:45 PM 9030716914; Inv. 130175 | 152.84 |
| 03/15/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord SABELLA Car Service 03/07/2019 11:58 PM 9030716987; Inv. 130175 | 98.26 |
| 03/15/19 | Ground Transportation Out of Town (E110) Parking; Robert Julian; Attend PG&E Meeting in Los Angeles 3/14/2019; Mar 15, 2019; | 29.70 |
| 03/17/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; Mar 17, 2019; | 37.52 |
| 03/18/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to San Francisco, CA for work on PG&E bankruptcy (3/18/19 to 3/21/19) (airport to office); Mar 18, 2019; | 34.06 |
| 03/20/19 | Ground Transportation Out of Town (E110) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 3/8/2019 8:45:00 PM" W9030804405; Inv. 1678838 | 36.16 |
| 03/20/19 | Ground Transportation Out of Town (E110) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 3/12/2019 8:50:00 PM" W9031210957; Inv. 1678838 | 36.16 |
| 03/21/19 | Parking; Eric Goodman; Merchant: Cleveland Hopkins Airport; travel to San Francisco, CA for work on PG&E bankruptcy (3/18/19 to 3/21/19) (airport parking); Mar 21, 2019; | 80.00 |
| 03/21/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to San Francisco, CA for work on PG&E bankruptcy (3/18/19 to 3/21/19) (hotel to airport); Mar 21, 2019; | 41.42 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 7 of 17

| Date | Description | Amount |
|---|---|---|
| 03/21/19 | Taxi/Car Service; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; Mar 21, 2019; | 41.46 |
| 03/22/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/14/2019 10:24 PM 9031425335; Inv. 130516 | 152.84 |
| 03/22/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/20/2019 08:02 PM 9032031403; Inv. 130516 | 152.84 |
| 03/22/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/12/2019 08:31 PM 9031222149; Inv. 130516 | 152.84 |
| 03/22/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord BENT Car Service 03/18/2019 08:21 PM FJNH823; Inv. 130516 | 43.96 |
| 03/25/19 | Taxi/Car Service; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; Mar 25, 2019; | 38.98 |
| 03/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; Mar 25, 2019; | 61.54 |
| 03/27/19 | Taxi/Car Service; Joseph Esmont; 3/27/2019 Taxi service from San Francisco Airport to lodging in San Francisco in order to prepare and participate in 3/29 and 3/30/2019 Committee meetings in Chico, CA [009] and to participate in 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009] to attend Committee and fact finding meetings non-working return travel from Sacramento, CA to Cleveland, OH [022] after preparing for and attending Committee Meetings in Chico, CA on 3/29/2019 and 3/30/2019 and participating in fact finding meeting in Paradise, CA and Magalia, CA on 3/31/2019 [009].; Mar 27, 2019; | 38.41 |
| 03/27/19 | Ground Transportation Out of Town (E110) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 3/19/2019 8:10:00 PM" W9031925538,; Inv. 1679317 | 36.16 |
| 03/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; 3/27/2019 Taxi service from Cleveland, OH residence to Cleveland Hopkins Airport for 3/27/2019 non-working air travel [022] to San Francisco, CA to Chico, CA, to prepare and participate in 3/29 and 3/30/2019 Committee meetings in Chico, CA [009] and to participate in 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009] to attend Committee and fact finding meetings non-working return travel from Sacramento, CA to Cleveland, OH [022] after preparing for and attending Committee Meetings in Chico, CA on 3/29/2019 and 3/30/2019 and participating | 43.02 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 8 of 17

| Date | Description | Amount |
|---|---|---|
| | in fact finding meeting in Paradise, CA and Magalia, CA on 3/31/2019 [009].; Mar 27, 2019; | |
| 03/29/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/28/2019 08:49 PM 9032805462; Inv. 130757 | 152.84 |
| 03/29/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/27/2019 09:31 PM 9032704060; Inv. 130757 | 152.84 |
| 03/29/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/21/2019 10:23 PM 9032133057; Inv. 130757 | 146.43 |
| 03/29/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/26/2019 09:18 PM 9032602564; Inv. 130757 | 146.43 |
| 03/29/19 | Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Car Service 03/19/2019 09:05 PM 9031930208; Inv. 130757 | 152.84 |
| 03/31/19 | Ground Transportation Out of Town (E110) Transportation for committee members, financial advisors, members attorneys, and counsel for committee 3/31/2019; Inv. 9313 Ground Transportation Out of Town (E110) Transportation for committee members, financial advisors, members attorneys, and counsel for committee 3/31/2019; Inv. 9313 Ground Transportation Out of Town (E110) Transportation for committee members, financial advisors, members attorneys, and counsel for committee 3/31/2019; Inv. 9313 Ground Transportation Out of Town (E110); Transportation for committee members, financial advisors, members attorneys, and counsel for committee 3/31/2019; Inv. 9313 Ground Transportation Out of Town (E110) Transportation for committee members, financial advisors, members attorneys, and counsel for committee 3/31/2019; Inv. 9313 | 5,175.62 |
| 03/31/19 | Ground Transportation Out of Town (E110) Parking; Catherine Woltering; Valet Fee; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 4/2/19 (#2).; Mar 31, 2019; | 25.00 |
| 03/31/19 | Taxi/Car Service; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 4/2/19 (#2).; Mar 31, 2019; | 7.00 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **9,443.31** |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*

Case: 19-30088    Doc# 2063-3    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 9 of 17

| Date | Description | Amount |
|---|---|---|
| 03/01/19 | Airfare/Trainfare (E110) Airfare/Trainfare (E110) Jerry Bloom Meeting of Torts Creditor's Committee 3/1/2019 - Flight from Sacramento to Los Angeles 3/01/2019 (Ticket #5262445425625); Inv. JERRY-030119 | 250.98 |
| 03/01/19 | Airfare/Trainfare (E110) Jerry Bloom Meeting of Torts Creditor's Committee 3/1/2019 - Flight from Los Angeles to Sacramento 3/1/2019 Ticket # 0162440992757; Inv. JERRY-030119 | 229.30 |
| 03/04/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Merchant: Avis; Air fare from Boston to Los Angeles (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); | 638.31 |
| 03/05/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (3/11/19 to 3/15/19); | 1,484.92 |
| 03/05/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E. 3/5/19-3/14/19; | 2,350.00 |
| 03/06/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Merchant: Unite Dastar Alliance Member; Air fare from LAX to D.C. (Travel to Los Angeles, March 4-7, 2019, to attend PG&E meetings); | 676.30 |
| 03/07/19 | Airfare/Trainfare (E110) Jerry Bloom Meeting in San Francisco - Committee Members 03/04/2019 - 03/07/2019 Flight from Los Angeles, CA to San Francisco, CA to Washington, CA (Ticket Number 0162441468355); Inv. JERRY-030719 | 1,021.30 |
| 03/08/19 | Airfare/Trainfare (E110) Airfare; Jason Blanchard; Merchant: Jetblue Flights; Flight expense to/from Los Angeles, CA for meeting (Dates of travel March 6-8, 2019).; | 370.00 |
| 03/13/19 | Airfare/Trainfare (E110) Airfare; Robert Julian; Merchant: Alaska Airlines; Traveled from San Francisco to LAX to attend PG& E Meeting; | 436.61 |
| 03/14/19 | Airfare; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; | 807.00 |
| 03/14/19 | Airfare; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; | 1,908.30 |
| 03/14/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel to and from San Francisco for litigation and depositions for Official Committee of Tort Claimants of PG&E, 3/14/19 - 3/29/19.; | 3,093.30 |
| 03/15/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Merchant: Merican; Air fare from Los Angeles to D.C. (Travel to Los Angeles, March 13-15, 2019, re PG&E matters); | 664.30 |
| 03/15/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (3/18/19 to 3/21/19); | 2,341.55 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2063-5   Filed: 05/17/19   Entered: 05/17/19 10:00:17   Page 10 of 17

| Date | Description | Amount |
|---|---|---|
| 03/22/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; 3/27/2019 and 4/1/2019 United Airlines round-trip non-working travel outbound from Cleveland, OH to San Francisco, CA and return Sacramento, CA to Cleveland, OH [022] for the purpose of preparing for and attending Committee Meetings in Chico, CA on 3/29/2019 and 3/30/2019 and participating in fact finding meeting in Paradise, CA and Magalia, CA on 3/31/2019 [009].; | 2,152.74 |
| | **Subtotal - Airfare/Trainfare (E110)** | **18,424.91** |
| 02/22/19 | FedEx Jo Ann Bryce INFORMATION NOT SUPPLIED 450 GOLDEN GATE AVE FL 16 SAN FRANCISCO CA 785651735238 Tr anscripts for PGE case | 17.23 |
| 03/04/19 | UPS Office of the Clerk USDC, Southern District of N ew York 500 Pearl Street New York NY 1Z486655019 8795724 | 8.06 |
| 03/08/19 | FedEx US Nuclear Regulatory Commissi Attn General Cou nsel US Nuclear Regulatory Commissi WASHINGTON D C 785924228351 | 18.45 |
| 03/08/19 | FedEx PG&E Corporation Attn Janet L Pacific Gas & Ele ctric Company 77 BEALE ST SAN FRANCISCO CA 78592 4179040 | 29.39 |
| 03/08/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 Golden Gate Avenue SAN FRANCISCO CA 7 85922124512 | 37.59 |
| 03/12/19 | FedEx Mr Tobias Keller Keller Benvenutti 650 CALIFORN IA ST STE 1900 SAN FRANCISCO CA 785993110997 | 16.93 |
| 03/12/19 | FedEx Stephen Karotkin Weil, Gotshal & Manges LLP 767 5TH AVE NEW YORK CITY NY 785993328413 | 21.61 |
| 03/13/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7860 11198379 | 29.33 |
| 03/15/19 | Delivery Services (E107) FedEx/ UPS Delivery Services; Cecily Dumas; Shipment sent to Karen Lockhart; Mar 15, 2019; | 17.42 |
| 03/18/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7860 88918000 | 34.45 |
| 03/29/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7863 32864549 | 34.45 |
| | **Subtotal - Delivery Services (E107)** | **264.91** |
| 03/06/19 | Ground Transportation Local (E109) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Overtime Car Service 2/27/2019 8:00:00 PM" W9022719303; Inv. 1677899 | 36.16 |
| | **Subtotal - Ground Transportation Local (E109)** | **36.16** |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088   Doc# 2063-5   Filed: 05/17/19   Entered: 05/17/19 10:00:17   Page 11 of 17

| Date | Description | Amount |
|---|---|---:|
| 03/15/19 | Transcripts (E116) eScribers, LLC 3/13/2019 Transcript; Inv. 236928 | 244.80 |
| 03/18/19 | Transcripts (E116) 1/31/2019 Hearing Transcript | 180.00 |
| 03/28/19 | Transcripts (E116) eScribers, LLC 3/27/2019 Transcript; Inv. 240045 | 120.00 |
| 03/29/19 | Transcripts (E116) VERITEXT LEGAL SOLUTIONS March 21, 2019 Deposition; Inv. OH3710747 | 1,914.95 |
| | **Subtotal - Transcripts (E116)** | **2,459.75** |
| 03/12/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation et al v. Federal Energy Regulatory Commission 3/11/2019; Inv. 9651273 | 35.00 |
| 03/13/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 3/12/2019; Inv. 9651285 | 35.00 |
| 03/15/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 3/13/2019; Inv. 9651289 | 132.50 |
| 03/19/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 3/13/19; Inv. 9664494 | 110.00 |
| 03/28/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 3/27/2019; Inv. 9692882 | 72.50 |
| | **Subtotal - Teleconference Charges (E105)** | **385.00** |
| 03/01/19 | Meals Other; Meals for committe members and professionals for committe meeting on Mar 01, 2019; | 2,451.91 |
| 03/01/19 | Business Meals, etc. (E111) Meals Other; Committe Meeting Snacks Mar 01, 2019; | 449.37 |
| 03/30/19 | Dinner; Joseph Esmont; 3/31/2019 Dinner for committee members, financial advisors, members attorneys, and counsel for committee Mar 30, 2019; | 1,286.04 |
| | **Subtotal - Business Meals, etc. (E111)** | **4,187.32** |
| 03/01/19 | Miscellaneous (E124) Commette Meeting Room Rental Mar 01, 2019; | 332.87 |
| 03/01/19 | Miscellaneous (E124) Committee Meeting Room Rental Mar 01, 2019; | 798.89 |
| 03/01/19 | Miscellaneous (E124) Committee Meeting Room Rental Mar 01, 2019; | 399.44 |
| | **Subtotal - Miscellaneous (E124)** | **1,531.20** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 12 of 17

| Date | Description | Amount |
|---|---|---|
| 03/01/19 | Outside Duplicating & Binding (E102) Copies; Photocopy Fee; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case for Laruen Attard, James Bekier, Steve Dettelbach, Cecily Dumas, Joseph Esmont, Eric Goodman, Robert Julian, Tanya Kinne, Lauren Resnick, Jorian Rose, Robert Weible, Catherine Woltering; Mar 01, 2019; | 250.00 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **250.00** |
| 03/01/19 | AVMS Equipment for Committe Meeting: 46 In Flat Screen Display w/Rolling Upright Stand, HD Video Distribution Package, Polycom Conference phone with/Phone Lines, Polycom Extension Microphones, Set Up Labor for 3/1/2019; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case; Mar 01, 2019; | 1,686.65 |
| | **Subtotal - Wi-Fi/Telephone Charges (E105)** | **1,686.65** |
| 03/04/19 | Westlaw Research - 03/04/19 by GOODMANERIC | 42.48 |
| 03/04/19 | Westlaw Research - 03/04/19 by PARRISHJIMMY | 27.76 |
| 03/04/19 | Westlaw Research - 03/04/19 by OZTURKFERVE | 45.76 |
| 03/05/19 | Westlaw Research - 03/05/19 by TATEAMANDA | 57.20 |
| 03/05/19 | Westlaw Research - 03/05/19 by GOODMANERIC | 53.92 |
| 03/05/19 | Westlaw Research - 03/05/19 by OZTURKFERVE | 80.08 |
| 03/05/19 | Westlaw Research - 03/05/19 by SABELLAMICHAEL | 48.96 |
| 03/05/19 | Westlaw Research - 03/05/19 by ATTARDLAUREN | 11.44 |
| 03/06/19 | Westlaw Research - 03/06/19 by TATEAMANDA | 65.36 |
| 03/06/19 | Westlaw Research - 03/06/19 by OZTURKFERVE | 228.80 |
| 03/06/19 | Westlaw Research - 03/06/19 by GOLDBERGNINA K | 63.68 |
| 03/06/19 | Westlaw Research - 03/06/19 by SABELLAMICHAEL | 68.56 |
| 03/07/19 | Westlaw Research - 03/07/19 by OZTURKFERVE | 68.64 |
| 03/07/19 | Westlaw Research - 03/07/19 by PARRISHJIMMY | 57.20 |
| 03/07/19 | Westlaw Research - 03/07/19 by GOLDBERGNINA K | 55.52 |
| 03/07/19 | Lexis Research - 03/07/19 by 'BLANCHARD JASON | 75.52 |
| 03/07/19 | Westlaw Research - 03/07/19 by LAYDENANDREW V | 34.32 |
| 03/07/19 | Westlaw Research - 03/07/19 by SABELLAMICHAEL | 60.40 |
| 03/07/19 | Westlaw Research - 03/07/19 by KATESELYSSA | 91.52 |
| 03/07/19 | Westlaw Research - 03/07/19 by GOODMANERIC | 42.48 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2063-5   Filed: 05/17/19   Entered: 05/17/19 10:00:17   Page 13 of 17

| Date | Description | Amount |
|---|---|---|
| 03/08/19 | Westlaw Research - 03/08/19 by SABELLAMICHAEL | 11.44 |
| 03/08/19 | Westlaw Research - 03/08/19 by DUMASCECILY | 102.96 |
| 03/08/19 | Westlaw Research - 03/08/19 by ATTARDLAUREN | 54.64 |
| 03/08/19 | Lexis Research - 03/08/19 by 'BLANCHARD JASON | 29.44 |
| 03/08/19 | Westlaw Research - 03/08/19 by GOODMANERIC | 34.32 |
| 03/08/19 | Westlaw Research - 03/08/19 by LAYDENANDREW V | 191.20 |
| 03/10/19 | Westlaw Research - 03/10/19 by TATEAMANDA | 11.44 |
| 03/11/19 | Lexis Research - 03/11/19 by 'PB-BOWEN LAURA | 0.16 |
| 03/11/19 | Westlaw Research - 03/11/19 by KATESELYSSA | 102.96 |
| 03/11/19 | Westlaw Research - 03/11/19 by BENTCAMILLE | 68.64 |
| 03/11/19 | Westlaw Research - 03/11/19 by LAYDENANDREW V | 91.52 |
| 03/11/19 | Lexis Research - 03/11/19 by 'BLANCHARD JASON | 6.96 |
| 03/11/19 | Westlaw Research - 03/11/19 by WOLTERINGCATHERINE | 57.20 |
| 03/11/19 | Westlaw Research - 03/11/19 by DUMASCECILY | 57.20 |
| 03/11/19 | Westlaw Research - 03/11/19 by BLANCHARDJASON | 34.32 |
| 03/12/19 | Westlaw Research - 03/12/19 by KATESELYSSA | 183.04 |
| 03/12/19 | Lexis Research - 03/12/19 by 'BLANCHARD JASON | 0.16 |
| 03/12/19 | Westlaw Research - 03/12/19 by OZTURKFERVE | 57.20 |
| 03/12/19 | Westlaw Research - 03/12/19 by ATTARDLAUREN | 22.88 |
| 03/12/19 | Westlaw Research - 03/12/19 by VONDERHAARDOUG | 48.96 |
| 03/12/19 | Westlaw Research - 03/12/19 by BENTCAMILLE | 117.36 |
| 03/12/19 | Westlaw Research - 03/12/19 by DUMASCECILY | 34.32 |
| 03/13/19 | Westlaw Research - 03/13/19 by ZUBERIMADIHA | 45.36 |
| 03/13/19 | Lexis Research - 03/13/19 by 'TATE AMANDA | 0.32 |
| 03/13/19 | Westlaw Research - 03/13/19 by BENTCAMILLE | 168.96 |
| 03/13/19 | Lexis Research - 03/13/19 by 'BLANCHARD JASON | 24.24 |
| 03/13/19 | Westlaw Research - 03/13/19 by KATESELYSSA | 245.52 |
| 03/13/19 | Westlaw Research - 03/13/19 by VONDERHAARDOUG | 35.92 |
| 03/13/19 | Westlaw Research - 03/13/19 by ZUBERIMADIHA | 12.00 |
| 03/13/19 | Westlaw Research - 03/13/19 by TATEAMANDA | 78.40 |
| 03/14/19 | Westlaw Research - 03/14/19 by KATESELYSSA | 31.04 |
| 03/14/19 | Westlaw Research - 03/14/19 by DUMASCECILY | 57.20 |
| 03/14/19 | Westlaw Research - 03/14/19 by BENTCAMILLE | 102.96 |
| 03/14/19 | Lexis Research - 03/14/19 by 'BLANCHARD JASON | 26.56 |
| 03/14/19 | Westlaw Research - 03/14/19 by ZUBERIMADIHA | 14.32 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 14 of 17

| Date | Description | Amount |
|---|---|---|
| 03/14/19 | Westlaw Research - 03/14/19 by TATEAMANDA | 138.88 |
| 03/15/19 | Westlaw Research - 03/15/19 by BLANCHARDJASON | 114.24 |
| 03/16/19 | Westlaw Research - 03/16/19 by DUMASCECILY | 42.48 |
| 03/17/19 | Westlaw Research - 03/17/19 by BENTCAMILLE | 22.88 |
| 03/17/19 | Westlaw Research - 03/17/19 by ATTARDLAUREN | 43.20 |
| 03/18/19 | Westlaw Research - 03/18/19 by KATESELYSSA | 91.52 |
| 03/18/19 | Westlaw Research - 03/18/19 by BLANCHARDJASON | 57.20 |
| 03/18/19 | Westlaw Research - 03/18/19 by BENTCAMILLE | 45.76 |
| 03/18/19 | Lexis Research - 03/18/19 by 'BLANCHARD JASON | 127.68 |
| 03/18/19 | Westlaw Research - 03/18/19 by TATEAMANDA | 39.20 |
| 03/18/19 | Westlaw Research - 03/18/19 by ATTARDLAUREN | 11.52 |
| 03/19/19 | Westlaw Research - 03/19/19 by DUMASCECILY | 62.08 |
| 03/19/19 | Westlaw Research - 03/19/19 by KATESELYSSA | 91.52 |
| 03/19/19 | Westlaw Research - 03/19/19 by TATEAMANDA | 119.28 |
| 03/19/19 | Lexis Research - 03/19/19 by 'BLANCHARD JASON | 29.92 |
| 03/19/19 | Westlaw Research - 03/19/19 by GOODMANERIC | 22.88 |
| 03/20/19 | Westlaw Research - 03/20/19 by GOODMANERIC | 11.44 |
| 03/20/19 | Lexis Research - 03/20/19 by 'TATE AMANDA | 0.16 |
| 03/20/19 | Lexis Research - 03/20/19 by 'BLANCHARD JASON | 20.88 |
| 03/20/19 | Westlaw Research - 03/20/19 by TATEAMANDA | 11.44 |
| 03/22/19 | Westlaw Research - 03/22/19 by BENTCAMILLE | 11.44 |
| 03/22/19 | Westlaw Research - 03/22/19 by ATTARDLAUREN | 20.08 |
| 03/22/19 | Westlaw Research - 03/22/19 by ZUBERIMADIHA | 291.68 |
| 03/22/19 | Westlaw Research - 03/22/19 by TATEAMANDA | 137.28 |
| 03/22/19 | Westlaw Research - 03/22/19 by BLANCHARDJASON | 117.52 |
| 03/22/19 | Westlaw Research - 03/22/19 by KATESELYSSA | 73.52 |
| 03/23/19 | Westlaw Research - 03/23/19 by BENTCAMILLE | 11.44 |
| 03/24/19 | Westlaw Research - 03/24/19 by BENTCAMILLE | 114.40 |
| 03/25/19 | Westlaw Research - 03/25/19 by GOODMANERIC | 31.04 |
| 03/25/19 | Westlaw Research - 03/25/19 by TATEAMANDA | 44.08 |
| 03/25/19 | Westlaw Research - 03/25/19 by ATTARDLAUREN | 57.20 |
| 03/25/19 | Lexis Research - 03/25/19 by 'BLANCHARD JASON | 20.72 |
| 03/25/19 | Lexis Research - 03/25/19 by 'TATE AMANDA | 0.16 |
| 03/25/19 | Westlaw Research - 03/25/19 by BENTCAMILLE | 114.40 |
| 03/25/19 | Westlaw Research - 03/25/19 by BLANCHARDJASON | 151.20 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:1    Page 15 of 17

| Date | Description | Amount |
|---|---|---:|
| 03/25/19 | Westlaw Research - 03/25/19 by KATESELYSSA | 145.12 |
| 03/25/19 | Westlaw Research - 03/25/19 by ZUBERIMADIHA | 60.40 |
| 03/26/19 | Lexis Research - 03/26/19 by 'BLANCHARD JASON | 41.76 |
| 03/26/19 | Westlaw Research - 03/26/19 by BENTCAMILLE | 45.76 |
| 03/26/19 | Westlaw Research - 03/26/19 by ATTARDLAUREN | 34.32 |
| 03/26/19 | Westlaw Research - 03/26/19 by BLANCHARDJASON | 76.72 |
| 03/27/19 | Lexis Research - 03/27/19 by 'TATE AMANDA | 0.48 |
| 03/27/19 | Westlaw Research - 03/27/19 by KATESELYSSA | 31.04 |
| 03/27/19 | Westlaw Research - 03/27/19 by BENTCAMILLE | 11.44 |
| 03/27/19 | Westlaw Research - 03/27/19 by TATEAMANDA | 42.48 |
| 03/27/19 | Lexis Research - 03/27/19 by 'BLANCHARD JASON | 7.28 |
| 03/28/19 | Westlaw Research - 03/28/19 by GOODMANERIC | 96.32 |
| 03/28/19 | Westlaw Research - 03/28/19 by ATTARDLAUREN | 11.44 |
| 03/28/19 | Lexis Research - 03/28/19 by 'TATE AMANDA | 0.32 |
| 03/28/19 | Westlaw Research - 03/28/19 by WARDERIKA | 71.52 |
| 03/28/19 | Westlaw Research - 03/28/19 by KATESELYSSA | 127.92 |
| 03/31/19 | Westlaw Research - 03/31/19 by ZUBERIMADIHA | 143.76 |
| | **Subtotal - Automated Research (E106)** | **6,689.12** |
| 03/11/19 | POSTAGE TY Kinne | 13.05 |
| 03/12/19 | POSTAGE T. Kinne | 2.30 |
| 03/15/19 | POSTAGE T. Kinne | 2.60 |
| 03/18/19 | POSTAGE T. Kinne | 52.99 |
| 03/18/19 | POSTAGE T. Kinne | 86.41 |
| 03/29/19 | POSTAGE T. Kinne | 59.10 |
| | **Subtotal - Postage (E108)** | **216.45** |
| | **Total** | **$ 63,706.83** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2063-5    Filed: 05/17/19    Entered: 05/17/19 10:00:17    Page 16 of 17

**ACCOUNT SUMMARY**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 03/27/19 | 50610885 | $ 895,604.78 | | $ 0.00 | | $ | $ 895,604.78 |
| | Total | $ 895,604.78 | | $ 0.00 | | $ | $ 895,604.78 |

| | |
|---|---|
| **Account Receivable Balance** | $ 895,604.78 |
| **This Invoice** | $ 1,978,287.33 |
| **Total Due including current invoice** | $ 2,873,892.11 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088   Doc# 2063-5   Filed: 05/17/19   Entered: 05/17/19 10:00:17   Page 17 of 17