CHOATE, HALL & STEWART LLP
Douglas R. Gooding, Esq. (pro hac vice pending)
*dgooding@choate.com*
Jonathan D. Marshall. Esq. (pro hac vice pending)
*jmarshall@choate.com*
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

COZEN O'CONNOR
Mark E. Felger, Esq. (pro hac vice pending)
*mfelger@cozen.com*
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (302) 295-2013

COZEN O'CONNOR
Fulton Smith, III, Esq. (Admitted USDC for the Northern District)
*fsmith@cozen.com*
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 644-0914
Facsimile: (415) 644-0978

*Attorneys for Liberty Mutual Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS & ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that creditor Liberty Mutual Insurance Company, and its related entities, (collectively, "*Liberty*"), by and through its counsel, Choate, Hall & Stewart LLP and Cozen O'Connor, hereby files this *Notice of Appearance and Request for Notice and Service of Papers* pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that Liberty hereby requests that counsel listed below be added to the official mailing matrix, CM/ECF, and service lists for these cases; and that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be given and served upon:

| | |
|---|---|
| **COZEN O'CONNOR**<br>Mark E. Felger, Esq.<br>1201 North Market Street.<br>Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 295-2087<br>Fax: (302) 295-2013<br>Email: mfelger@cozen.com | **CHOATE, HALL & STEWART LLP**<br>Douglas R. Gooding, Esq.<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-5277<br>Fax: (617) 502-5277<br>Email: dgooding@choate.com |
| **COZEN O'CONNOR**<br>Fulton Smith, III, Esq.<br>101 Montgomery Street, Suite 1400<br>San Francisco, CA 94101<br>Tel: (415) 644-0914<br>Fax: (415) 644-0978<br>Email: fsmith@cozen.com | **CHOATE, HALL & STEWART LLP**<br>Jonathan D. Marshall, Esq.<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-4799<br>Fax: (617) 502-4799<br>Email: jmarshall@choate.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, orders, demands (formal or informal) written or oral and whether conveyed by mail, telephone, courier service, hand delivery, facsimile transmission, electronic mail, telex or otherwise filed in these proceedings or any related adversary proceedings and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Liberty does not, by filing this *Notice of Appearance and Request for Notice and Service of Papers*, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this *Notice of Appearance and Request for Notice and Service of Papers* constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled, which it expressly reserves.

Dated: May 17, 2019

Respectfully submitted,

**COZEN O'CONNOR**

/s/ Fulton M. Smith III

Fulton M. Smith III, Esq. (Admitted USDC for the Northern District)
101 Montgomery Street, Suite 1400
Telephone: (415) 593-9624
Facsimile: (415) 692-3797

– and –

Mark E. Felger, Esq. (pro hac vice pending)
1201 North Market Street
Suite 1001
Wilmington, DE 198911
Telephone: (302) 295-2087

– and –

**CHOATE, HALL & STEWART LLP**
Douglas R. Gooding, Esq.
Jonathan D. Marshall, Esq.
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000