# Exhibit A

# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information Recorded | No. | Amount | Parital release information Recorded | No. | Amount | Against | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2–8 | 21-18-334 | Sacramento | 2/19/2019 | 201902191133 | $15,570.50 | 5/9/2019 | 20190509O477 | $623.12 | Pac. Gas & Elec. Co. | $14,947.38 |
| 2 | 9–15 | 21-18-349 | Marin | 2/19/2019 | 2019-0004667 | $102,140.92 | 5/9/2019 | 2019-0015642 | $5,765.24 | Pac. Gas & Elec. Co. | $96,375.68 |
| 3 | 16–19 | 21-18-326 | San Francisco | 2/20/2019 | 2019K732526 | $63,807.62 | | | | Pac. Gas & Elec. Co. | $63,807.62 |
| 4 | 20–26 | 21-18-362 | San Benito | 2/20/2019 | 2019-0001167 | $12,767.51 | 5/9/2019 | 2019-0003841 | $735.11 | Pac. Gas & Elec. Co. | $12,032.40 |
| 5 | 27–33 | 21-18-346 | Solano | 2/21/2019 | 201900009351 | $73,886.59 | 5/9/2019 | 201900028139 | $684.43 | Pac. Gas & Elec. Co. | $73,202.16 |
| 6 | 34–40 | 21-18-348 | Solano | 2/21/2019 | 201900009350 | $41,648.57 | 5/9/2019 | 201900028140 | $3,637.37 | Pac. Gas & Elec. Co. | $38,011.20 |
| 7 | 41–47 | 21-18-374 | Solano | 2/21/2019 | 201900009348 | $44,184.62 | 5/9/2019 | 201900028143 | $3,863.83 | Pac. Gas & Elec. Co. | $40,320.79 |
| 8 | 48–51 | 21-16-918 | Placer | 2/22/2019 | 2019-0010758-00 | $96,738.28 | | | | Pac. Gas & Elec. Co. | $96,738.28 |
| 9 | 52–56 | 21-17-428, 21-17-439 | Monterey | 2/22/2019 | 2019007155 | $10,266.00 | | | | Pac. Gas & Elec. Co. | $10,266.00 |
| 10 | 57–64 | 21-17-439 | Monterey | 2/22/2019 | 2019007164 | $89,099.60 | 5/9/2019 | 2019018486 | $182.85 | Pac. Gas & Elec. Co. | $88,916.75 |
| 11 | 65–68 | 21-18-306 | Contra Costa | 2/22/2019 | 20190024048 | $14,608.14 | | | | Pac. Gas & Elec. Co. | $14,608.14 |
| 12 | 69–72 | 21-18-321 | Contra Costa | 2/22/2019 | 20190024049 | $3,224.26 | | | | Pac. Gas & Elec. Co. | $3,224.26 |
| 13 | 73–79 | 21-18-361 | Mendocino | 2/22/2019 | 2019-02033 | $81,346.89 | 5/9/2019 | 2019-04964 | $4,815.20 | Pac. Gas & Elec. Co. | $76,531.69 |
| 14 | 80–84 | 21-18-389 | Monterey | 2/22/2019 | 2019006994 | $295,327.77 | | | | Pac. Gas & Elec. Co. | $295,327.77 |
| 15 | 85–89 | 21-16-411 | San Mateo | 2/25/2019 | 2019-012666 | $7,738.42 | | | | Pac. Gas & Elec. Co. | $7,738.42 |
| 16 | 90–93 | 21-17-405 | Mendocino | 2/25/2019 | 2019-02137 | $2,183.60 | | | | Pac. Gas & Elec. Co. | $2,183.60 |
| 17 | 94–100 | 21-18-323 | San Joaquin | 2/25/2019 | 2019-019321 | $20,717.69 | 5/9/2019 | 2019-047290 | $1,453.42 | Pac. Gas & Elec. Co. | $19,264.27 |
| 18 | 101–107 | 21-18-340 | San Joaquin | 2/25/2019 | 2019-019320 | $86,988.10 | 5/9/2019 | 2019-047291 | $5,633.41 | Pac. Gas & Elec. Co. | $81,354.69 |
| 19 | 108–114 | 21-18-354, 21-18-342 | San Joaquin | 2/25/2019 | 2019-019329 | $66,058.97 | 5/9/2019 | 2019-047292 | $5,383.96 | Pac. Gas & Elec. Co. | $60,675.01 |
| 20 | 115–121 | 21-18-360 | San Joaquin | 2/25/2019 | 2019-019314 | $66,263.68 | 5/9/2019 | 2019-047293 | $4,188.77 | Pac. Gas & Elec. Co. | $62,074.91 |
| 21 | 122–128 | 21-18-373 | San Joaquin | 2/25/2019 | 2019-019311 | $70,260.39 | 5/9/2019 | 2019-047294 | $3,400.40 | Pac. Gas & Elec. Co. | $66,859.99 |
| 22 | 129–132 | 21-17-424 | San Joaquin | 2/26/2019 | 2019-019637 | $2,449.32 | | | | Pac. Gas & Elec. Co. | $2,449.32 |
| 23 | 133–139 | 21-17-365 | San Francisco | 2/27/2019 | 2019K737450 | $56,188.94 | 5/9/2019 | 2019K764902 | $997.29 | Pac. Gas & Elec. Co. | $55,191.65 |
| 24 | 140–146 | 21-18-350 | Solano | 2/27/2019 | 201900010664 | $57,588.14 | 5/9/2019 | 201900028141 | $5,091.35 | Pac. Gas & Elec. Co. | $52,496.79 |
| 25 | 147–153 | 21-18-356 | Solano | 2/27/2019 | 201900010663 | $12,364.39 | 5/9/2019 | 201900028142 | $1,318.60 | Pac. Gas & Elec. Co. | $11,045.79 |
| 26 | 154–160 | 21-18-384 | Humboldt | 2/27/2019 | 2019-003659 | $108,308.43 | 5/9/2019 | 2019-008059 | $9,775.30 | Pac. Gas & Elec. Co. | $98,533.13 |
| 27 | 161–166 | 21-17-424 | Merced | 2/28/2019 | 2019005838 | $5,633.32 | 5/10/2019 | 2019013490 | $2,082.37 | Pac. Gas & Elec. Co. | $3,550.95 |
| | | | | | | | | | | Total: | $1,447,728.64 |