| 1 | Robert A. Julian (SBN 99469)
| 2 | Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
| 3 | San Francisco, CA 94111
Telephone:    628.208.6434
| 4 | Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
| 5 | Email: cdumas@bakerlaw.com

| 6 | Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
| 7 | BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
| 8 | Los Angeles, CA 90025-0509
Telephone:    310.442.8875
| 9 | Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
| 10 | Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF WITHDRAWAL OF THE STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING THE DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(A) AND FED. R. BANKR. P. 2014 (a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY COMPASS LEXECON, LLC AS ECONOMIC CONSULTANTS TO THE DEBTORS NUNC PRO TUNC TO PETITION DATE (Docket No. 1860)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:    May 22, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on May 6, 2018, the Official Committee of Tort Claimants (hereafter, the "**TCC**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), by and through its undersigned counsel, filed its statement (Docket No. 1860) ("**Statement**") in response to the *Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date* (Docket No. 1756) as supplemented by the *Supplement to Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors Nunc Pro Tunc to Petition Date* (Docket No. 1842);

**PLEASE TAKE FURTHER NOTICE** that the TCC and Debtors have agreed to withdraw the TCC's Statement on the basis that the Debtors will share data accumulated by Compass Lexecon, LLC with the TCC as soon as possible and on the same terms that Debtors agreed to share the same data with the Official Committee of Unsecured Creditors; and

**PLEASE TAKE FURTHER NOTICE** that the TCC hereby withdraws its Statement.

Dated: May 17, 2019

        BAKER & HOSTETLER LLP

        By:   */s/ Cecily A. Dumas*
              Cecily A. Dumas

        *Counsel for The Official Committee of Tort Claimants*