**EXHIBIT 1**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119

# Retentions of Compass and FTI by Different Parties in the Same Case[1]

| No. | Case | Compass Retention | FTI Retention | Nature of Potentially Adverse Representation | Objections to Compass or FTI Retentions |
|---|---|---|---|---|---|
| 1 | Lehman Brothers Holdings Inc., et al. 08-13555 (JMP) Bankr. S.D.N.Y. Petition Date: 9/15/08 | Expert to Debtors Post-Confirmation | Financial Advisor to Official Committee of Unsecured Creditors Interim: 11/5/08, Docket No. 1405 Final: 11/21/08, Docket No. 1655 | Compass and FTI testified on opposite sides in several litigation matters. Compass served as an expert on behalf of the Debtors and FTI served as the Financial Advisor to the Official Committee of Unsecured Creditors. | None. |
| 2 | FairPoint Communications, Inc. v. Verizon Communications, Inc. et al[2] 3:11-cv-00597-MOC-DCK (W.D.N.C.) Removal Date: 11/23/11 | Expert to Verizon Communications Inc. | Expert to Mark Holiday, the Litigation Trustee | Compass and FTI testified on opposite sides in connection with a fraudulent transfer action by the Litigation Trustee against Verizon Communications, Inc. and other defendants. Compass served as an expert on behalf of Verizon Communications, Inc. and FTI served as an expert on behalf of the Litigation Trustee. | N/A |

---

[1] This chart contains illustrative examples of retentions of both Compass and FTI providing services to potentially adverse parties within the same case.

[2] This case was originally captioned as *The FairPoint Communications, Inc. ET AL. Litigation Trust v. Verizon Communications, Inc., NYNEX Corporation, Verizon New England, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Wireless of the East LP*, pending in the General Court of Justice, Superior Court Division in the State of North Carolina, Mecklenburg County, under case number 11 CVS 19689, assigned to the North Carolina Business Court (the "Action"). The Action was removed to the United States District Court for the Western District of North Carolina.

| No. | Case | Compass Retention | FTI Retention | Nature of Potentially Adverse Representation | Objections to Compass or FTI Retentions |
|---|---|---|---|---|---|
| 3 | Millicom International Cellular Group and Sentel GSM v. Senegal<br><br>ICSID Arbitration | Expert to Millicom International Cellular S.A. and Sentel GSM S.A. | Expert to the Republic of Senegal | Millicom commenced an arbitration proceeding against Senegal alleging that Senegal expropriated a wireless telecommunication investor. Compass served as an expert on behalf of Millicom and FTI served as an expert on behalf of the Republic of Senegal. | N/A |
| 4 | Les Laboratoires Servier S.A.S. Biofarma S.A.S. and Artists et Techniques du Progres v. the Republic of Poland<br><br>UNCITRAL Arbitration | Expert to the Government of Poland | Expert to Les Laboratoires Servier S.A.S. | Les Laboratoires Servier S.A.S. commenced an arbitration proceeding against Poland alleging that Poland expropriated a pharmaceutical investment. Compass served as an expert on behalf of Poland, and FTI served as an expert on behalf of Les Laboratoires Servier S.A.S. | N/A |
| 5 | Abu Dhabi Investment Authority v. Citigroup Inc.<br><br>ICDR | Expert to Citigroup Inc. | Expert to Abu Dhabi Investment Authority ("Adia") | Adia, the Abu Dhabi investment authority, sued Citigroup, regarding whether Citigroup misled Adia in connection with Adia's investment in a convertible preferred stock. Compass provided expert testimony on behalf of Citigroup, and FTI provided expert testimony on behalf of Adia. | N/A |

| No. | Case | Compass Retention | FTI Retention | Nature of Potentially Adverse Representation | Objections to Compass or FTI Retentions |
|---|---|---|---|---|---|
| 6 | Buccaneer Energy (USA) Inc. v. Gunnison Energy Corporation, SG Interests, I, Ltd., and SG Interests VII, Ltd<br><br>1:12-cv-01618-RPM<br><br>D. Colo.<br><br>Complaint Filing Date: 6/21/12 | Expert to Gunnison Energy Corporation | Expert to SG Interest I., Ltd., SG Interests VII, Ltd. (partnerships and defendants), and affiliates | Buccaneer Energy (USA) Inc. filed an action against Gunnison Energy Corporation, and other defendants, alleging that defendants' activities in restraining the production, gathering, processing, transportation, and sale of natural gas from various Colorado counties violated various laws including the Sherman Antitrust Act, and Colorado common law. Compass and FTI both provided expert testimony on behalf of their clients on related but opposing issues. | N/A |
| 7 | In re: Lightsquared Inc., et al.<br><br>12-12080 (SCC)<br><br>Bankr. S.D.N.Y.<br><br>Petition Date: 5/14/12 | Expert to Debtors | Expert to creditor, Solus LP and Solus Alternative Asset Management LP | FTI served as an expert for Solus LP and Solus Alternative Asset Management LP, creditors of the Debtors, while Compass served as an expert on behalf of the Debtors in connection with valuation issues. | N/A |