JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Governor Gavin Newsom and the Department of Finance for the State of California*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>-and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Peter Friedman, an active member in good standing of the bars of Washington, D.C. and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing (i) Governor Gavin Newsom, in his official capacity as Governor of the State of California, but not on behalf of any agency, department, unit or entity of the State of California, and (ii) the Department of Finance for the State of California in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> JACOB T. BEISWENGER (S.B. #321012)
> O'MELVENY & MYERS LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899
> Telephone: (213) 430-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2019



Peter Friedman



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Peter M. Friedman*

was duly qualified and admitted on **November 2, 2001** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 16, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.