**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>        -and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br>        Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas & Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Peter Friedman, whose business address and telephone number are 1625 Eye Street, NW, Washington, D.C. 20006, (202) 383-5300, and who is an active member in good standing of the bars of Washington, D.C. and New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing (i) Governor Gavin Newsom, in his official capacity as Governor of the State of California, but not on behalf of any agency, department, unity or entity of the State of California, and (ii) the Department of Finance for the State of California.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in

this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

                                                HON. DENNIS MONTALI
                                                United States Bankruptcy Judge