# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors

Chapter 11
Case No. 19-30088 (DM)
Jointly Administered

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Cowen Special Investments LLC**
Name of Transferee

**Shiloh Homeowners Association**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Court Claim # (if known):
Scheduled Claim Amount: $32,000.00
Schedule Number: 3.3325

Phone: 646-616-3082

Phone: 707-285-0600

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gail Rosenblum
    Transferee/Transferee's Agent

Date: May 20, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Shiloh Homeowners Association ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cowen Special Investments LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Pacific Gas and Electric Company (the "Debtor"), the debtor in Case No. 19-30088 ("Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No.   ) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17 day of May, 2019.

SHILOH HOMEOWNERS ASSOCIATION

By: _____
Name: WILLIAM ROTHE
Title: PRESIDENT

COWEN SPECIAL INVESTMENTS LLC

By: _____
Name: Burton Welly
Title: Authorized Signatory

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

### Trade Payables

| # | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.3317 | SHAW PIPELINE SERVICES INC<br>1725 W RENO ST<br>BROKEN ARROW, OK 74012 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $27,919 |
| 3.3318 | SHAWN DUNCAN<br>59 LEONARD CT<br>DANVILLE, CA 94526 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $150 |
| 3.3319 | SHEARMAN & STERLING LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $140,365 |
| 3.3320 | SHEEDY DRAYAGE CO<br>1215 MICHIGAN ST<br>SAN FRANCISCO, CA 94107 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $408,270 |
| 3.3321 | SHELL CHEMICAL LP<br>P.O. BOX 4749<br>HOUSTON, TX 77210 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $500 |
| 3.3322 | SHELLEY BOYNTON<br>1714 14TH ST<br>EUREKA, CA 95501 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $100 |
| 3.3323 | SHEPPARD MULLIN RICHTER & HAMPTON<br>333 S HOPE ST 43RD FLR<br>LOS ANGELES, CA 90071-1448 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,258 |
| 3.3324 | SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE<br>SOMERSET, NJ 8873 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $2,199,291 |
| → 3.3325 | SHILOH HOMEOWNERS ASSOCIATION<br>1415 N MCDOWELL BLVD STE B<br>PETALUMA, CA 94954-6516 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $32,000 ← |
| 3.3326 | SHILOH WIND PROJECT 2 LLC<br>63-665 19TH AVE<br>NORTH PALM SPRINGS, CA 92258 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $476,903 |
| 3.3327 | SHIRLEY PATTERSON<br>1670 SHASTA ST<br>RICHMOND, CA 94804 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $2,116 |

Page 303 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 303 of 568
Case: 19-30088    Doc# 2087    Filed: 05/20/19    Entered: 05/20/19 13:33:13    Page 3 of 3