UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
MAY 20 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:

Pacific Gas & Electric Corp., *et al.*

Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Transferee
Phone: (612)355-2003
Last Four Digits of Acct #: N/A

Name and Address where notices and payments
to transferee should be sent:

**Whitebox Asymmetric Partners, LP**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**

**ICF Jones & Stokes Inc.**
Transferor
Phone: (703) 934-3879
Last Four Digits of Acct #: N/A

**Claim No: 2945**
Debtor: Pacific Gas and Electric Company
Date Filed: May 8, 2019

Total Amount of Claim: $2,494,636.56
**Transferred Amount of Claim:**
**$1,097,640.09**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[DocuSigned by: EFEC0660E2574B9...]_          Date:   May 16, 2019
Transferee/Transferee's Agent  Mark Strefling
                               Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:    PG&E Corporation and Pacific Gas & Electric Company (Debtors)
Case No. 19-30088(DM)

Proof of Claim No.: 2945
Debtor: Pacific Gas & Electric Company

**ICF Jones & Stokes Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**Whitebox Asymmetric Partners, LP
3033 Excelsior Blvd, Suite 300
Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtors in the amount of $1,097,640.09 ("Claim") which represents a 44% pro rata share of the aggregate claim amount of $2,494,636.56 docketed proof of claim no. 2945 in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of \_\_May 16\_\_, 2019.

**ICF Jones & Stokes Inc.**

By: _____
Name:
Title:

**Whitebox Asymmetric Partners, LP**

By: _____
  DocuSigned by:
  EFEC9680E2574B9...
Name: Mark Strefling
Title: Partner & CEO

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30065513 — JB

May 20, 2019
10:57:47

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 25569754536            $25.00 CH

Total-> $25.00

FROM: DAMIEN MORRIS CLIFFORD CHANCE