# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1738]
- Declaration of John Boken in Support of Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1739]
- Notice of Hearing on Debtors' Motion Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 1740]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of May 2019, at New York, NY.

_____
Nabeela Ahmad

# **Exhibit A**

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Client(s) with actions against one or both PG&E debtors | Andrews & Thornton | Anne Andrews, John C. Thornton, Sean Thomas Higgins | 4701 Von Karman Ave Ste 300 | Newport Beach | CA | 92660-2193 |
| Johnson, Timothy | Ruskin Hyland Doris & Tindall LLP | Jessica Riggin, Esq. | 1939 Harrison St ste 290 | Oakland | CA | 94612-4713 |