UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 20 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:

Pacific Gas & Electric Corp., *et al.*

Debtors

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**A.J. Excavation, Inc.**
Name of Transferor
Phone: (559) 433-1300
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Claim No: 2781
Debtor: Pacific Gas and Electric Company (19-30089)
Date Filed: April 25, 2019

Total Amount of Claim: $14,968.95
**Transferred Amount of Claim: $8,382.61**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    DocuSigned by:
    EFEC9660E2574B9...
Transferee/Transferee's Agent

Date: May 10, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO: Pacific Gas and Electric Company, *et al.* ("Debtor")
Case No. 19-30089

Claim No.: 2781

**A.J. EXCAVATION, INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, $8,382.61 (the "Claim") which represents a 56% pro rata share of the docketed proof of claim no. 2781 in the total amount of $14,968.95 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of May _10_, 2019.

### A.J. EXCAVATION, INC.

By: **Alisa Emmett**
Name:
Title:

Digitally signed by: Alisa Emmett
DN: CN = Alisa Emmett email = Alisa@movendirt.com C = US O = A.J. Excavation Inc. OU = President
Date: 2019.05.09 10:58:39 -06'00'

### WHITEBOX MULTI-STRATEGY PARTNERS, LP

By:_____
Name:
Title:

- 3 -

Case: 19-30088    Doc# 2100    Filed: 05/20/19    Entered: 05/20/19 15:20:46    Page 3 of 4

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of May 10, 2019.

**A.J. EXCAVATION, INC.**

By:_____
Name:
Title:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: _____
  EFEC9660E2574B9...
Name: Mark Strefling
Title: Partner & CEO

-3-