EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 USC § 1121(d) TO EXTEND EXCLUSIVITY PERIODS**<br><br>DATE: May 22, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>          450 Golden Gate Avenue, 16th Fl.<br>          San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 1797, 2017 |

      The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11

cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and,

1

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

548943.1

Case: 19-30088    Doc# 2118    Filed: 05/20/19    Entered: 05/20/19 16:13:41    Page 1 of 2

together with the Utility, the **"Debtors"**), hereby joins, as further described herein, in the Objection of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusivity Periods [Docket # 2017]. (the **"Tort Committee Objection"**).

San Francisco generally concurs with the Tort Committee Objection filed herein and believes that any extension granted by the court should be brief to move this case forward. In support hereof, San Francisco respectfully represents as follows:

## JOINDER

San Francisco's interest in the Motion is both as a creditor and on behalf of the Utility's ratepayers in San Francisco.

San Francisco joins the Tort Committee Objection and believes that an extension of six (6) months to the exclusivity periods as requested by the Debtors is excessive.

San Francisco shares concerns stated by the Tort Committee, including those about the Debtors' financial condition, reliance on changes to wildfire liability laws as a key component of reorganization, and seeming inability to affect meaningful change to its corporate culture.

San Francisco contends that, if the court is inclined to give the Debtors an extension, the time period should be for a much shorter period and be geared toward making substantial progress and a reasonable checkpoint for the Court and creditors to evaluate the Debtors progress. Other constituents have suggested extension ranging from 75 days (Governor Newsom) to four (4) months (Unsecured Creditors Committee). San Francisco thinks either would be appropriate at this early stage to keep the Debtor moving rapidly toward a workable plan for all interested parties.

## CONCLUSION

For the reasons stated herein, San Francisco joins in the Tort Committee Objection and requests that the Court to limit the extension as the Court deems appropriate.

Respectfully submitted,

Dated: May 20, 2019

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: _____/s/ Edward Tredinnick_____
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

548943.1

2