Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF FILING AMENDED REDACTED DECLARATION OF BRENT C. WILLIAMS IN SUPPORT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' LIMITED JOINDER, OBJECTION AND COUNTER MOTION TO DEBTORS' WILDFIRE ASSISTANCE PROGRAM MOTION (DKT. NO. 1777)** <br><br> Date:  May 22, 2019 <br> Time:  9:30 a.m. (Pacific Time) <br> Place:  United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on May 15, 2019, the Official Committee of Tort Claimants (hereafter, the "**TCC**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), by and through its undersigned counsel, filed a redacted Declaration of Brent C. Williams (Docket No. 2015) ("**Declaration**") in support of the TCC's Limited Joinder, Objection and Counter Motion to the Debtors' Wildfire Assistance Program Motion (Dkt. No. 1777) ("**Motion**"), including a redacted version of Exhibit C, which was the Debtors' responses to the TCC's questions about the Motion;

**PLEASE TAKE FURTHER NOTICE** that the Debtors have agreed to remove the designation of "Highly Confidential – Professionals' Eyes Only" from certain of the Debtors' responses on Exhibit C; and

**PLEASE TAKE FURTHER NOTICE** that the TCC hereby files the amended redacted version of the Declaration and Exhibit C reflecting the Debtors' changes to the confidential designations.

Dated: May 20, 2019

BAKER & HOSTETLER LLP

By: /s/ Robert A. Julian
Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*