UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PACIFIC GAS & ELECTRIC CORP., et al.

            *Debtors.*

Chapter 11
**Pacific Gas and Electric Company
Case No. 19-30088**

**Jointly Administered**

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**
**(Reference Docket No. 1671 of 04/25/19)**

**PLEASE TAKE NOTE that the transfer of claim from:**

35th District Agricultural Assn
900 Martin Luther King Jr Way
Merced, CA 95341-6053

IS HEREBY WITHDRAWN BY

Vendor Recovery Fund IV, LLC
PO Box 669
Smithtown, NY 11787

DATED: May 14, 2019

Edwin K. Camson
Vendor Recovery Fund IV, LLC
(631)-791-5015