**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 22, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: May 22, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MAY 22, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTERS GOING FORWARD*

1. **Compass Lexecon Retention Application**: Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1756**].

    Response Deadline: May 6, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A. Statement of the Official Committee of Unsecured Creditors Regarding Compass Lexecon Retention Application [**Dkt. 1856**].

    B. United States Trustee's Objection to Application of the Debtors to Employ Compass Lexecon, LLC [**Dkt. 1858**].

    C. Statement of the Official Committee of Tort Claimants Regarding the Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1860**].

    D. Notice of Withdrawal of the Statement of the Official Committee of Tort Claimants Regarding the Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2075**].

    E. Withdrawal of United States Trustee's Objection to Application of the Debtors to Employ Compass Lexecon, LLC [**Dkt. 2086**].

    Related Documents:

    F. Declaration of Adel Turki in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1757**].

    G. Declaration of Paul Zumbro in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1758**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | H. | *Ex Parte* Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1759**]. |
| | I. | Declaration of Jane Kim in Support of *Ex Parte* Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1760**]. |
| | J. | Order Granting *Ex Parte* Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Application of Debtors Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1769**]. |
| | K. | Supplement to Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1842**]. |
| | L. | Supplemental Declaration of Adel Turki in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1844**]. |
| | M. | Statement of Compass Lexecon, LLC in Support of Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2074**]. |
| | N. | Second Supplemental Declaration of Adel Turki in Support of Debtors' Application Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Compass Lexecon, LLC as Economic Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2076**]. |

Status: This matter has been resolved and is going forward on an uncontested basis.

2. **FTI Retention Application**: Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting Inc. as Financial Advisor *Nunc Pro Tunc* February 12, 2019 [**Dkt. 1212**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m.

Responses Filed:

A. United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors to Employ FTI Consulting, Inc. [**Dkt. 1505**].

B. Statement of Debtors with Respect to Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor *Nunc Pro Tunc* to February 12, 2019 [**Dkt. 1560**].

C. Withdrawal of United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors to Employee FTI Consulting, Inc. [**Dkt 2085**].

Related Documents:

D. Statement of the Official Committee of Unsecured Creditors in Support of Its Application for Authority to Retain and Employ FTI Consulting, Inc. as Financial Advisor Effective as of February 15, 2019 [**Dkt. 1568**].

E. Reply in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor *Nunc Pro Tunc* to February 12, 2019 [**Dkt. 1571**].

F. Court Order Regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

G. Supplemental Memorandum in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting Inc. as Financial Advisor *Nunc Pro Tunc* February 12, 2019 [**Dkt. 2077**].

Status: This matter has been resolved and is going forward on an uncontested basis.

3. **PwC Retention Application**: Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1791**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

A. Declaration of Daniel Bowman in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1792**].

B. Motion to File Redacted Documents in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1793**].

C. Declaration of Tyson Smith in Support of Motion to File Redacted Documents in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1794**].

D. Order Granting Motion to File Redacted Documents in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 1919**].

Status: This matter is going forward on an uncontested basis.

4. **Lazard Frères Retention Application**: Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 891**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Kenneth S. Ziman in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 892**].

B. Supplemental Declaration of Kenneth S. Ziman in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 1987**].

C. Notice of Filing of Revised Proposed Order and Supplemental Declaration of Kenneth S. Ziman in Support of Lazard Frères & Co. LLC Retention Application [**Dkt. 1994**].

Status: This matter is going forward on an uncontested basis on the revised proposed order filed by the Debtors.

5. **United States Trustee's Motion to Appoint Fee Examiner**: Motion of the United States Trustee for Order Appointing Fee Examiner and Establishing Procedures for Consideration of Requested Compensation and Reimbursement of Expenses [**Dkt. 1370**].

Response Deadline: May 8, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents: No related documents were filed.

Status: This matter is going forward on an uncontested basis.

*CONTESTED MATTERS GOING FORWARD*

6. **Exclusivity Motion**: Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 1797**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection of Governor Gavin Newsom to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 2006**].

B. Statement of the Ad Hoc Committee of Senior Unsecured Noteholders to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 2008**].

C. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Corrected Motion Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 2009**].

D. Objection of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusivity Periods [**Dkt. 2017**].

  i. The Official Committee of Tort Claimants' Request for Judicial Notice in Opposition to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1211(d) to Extend Exclusivity Periods [**Dkt. 2028**].

E. Objection by the Singleton Law Firm Fire Victim Claimants to PG&E's Exclusivity Motion [**Dkt. 2019**].

F. Response of Certain PG&E Shareholders to Objections to Debtors' Motion to Extend Exclusive Periods [**Dkt. 2082**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

G. Joinder of the City and County of San Francisco to Objection of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusivity Periods [**Dkt. 2118**].

Related Documents:

H. Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 1795**].

I. Declaration of John Boken in Support of Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 1798**].

J. Reply in Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods [**Dkt. 2121**].

Status: This matter is going forward on a contested basis.

7. **Wildfire Assistance Program Motion**: Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief [**Dkt. 1777**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time), except for the U.S. Trustee, for whom the response deadline was extended by stipulation to May 17, 2019, at 12:00 p.m. (Pacific Time).

Responses Filed:

A. Response of Various "Interested Parties" to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief [**Dkt. 2011**].

B. Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2013**].

　　i. Declaration of Steven M. Campora in Support of Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2014**].

　　ii. Declaration of Brent C. Williams in Support of Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2015**].

　　iii. Declaration of Kirk Trostle in Support of Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2016**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

    iv. Declaration of Robert A. Julian in Support of Official Committee of Tort Claimants' Limited Joinder, Objection and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2021**].

    v. Motion of Official Committee of Tort Claimants Pursuant to Bankruptcy Sections 105(a) and 107(b) and Bankruptcy Rule 9018 for Entry of an Order Authorizing the Filing Under Seal of the Unredacted Declaration of Brent C. Williams [**Dkt. 2023**].

    vi. Order Authorizing the Filing Under Seal of the Unredacted Declaration of Brent C. Williams [**Dkt. 2047**].

  C. International Brotherhood of Electrical Workers, Local Union No. 1245's Statement in Support and Further Response Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief [**Dkt. 2018**].

  D. Corrected Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief [**Dkt. 2041**].

    i. Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (A) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (B) Granting Related Relief [**Dkt. 2020**].

  E. Joinder of the Ad Hoc Committee of Senior Unsecured Noteholders to Objection of the Official Committee of Unsecured Creditors to Debtors' Wildfire Assistance Motion [**Dkt. 2058**].

  F. Response of the United States Trustee to the Wildfire Assistance Program Motion and Reservation of Rights [**Dkt. 2068**].

<u>Related Documents</u>:

  G. Debtors' Omnibus Reply in Further Support of the Wildfire Assistance Program Motion [**Dkt. 2092**].

  H. Amended Redacted Declaration of Brent C. Williams in Support of Official Committee of Tort Claimants' Limited Joinder, Objection, and Counter Motion to Debtors' Wildfire Assistance Program Motion [**Dkt. 2120**].

<u>Status</u>: This matter is going forward on a contested basis.

8. **Lease Extension Motion**: Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 365(d)(4) and B.L.R. 6006-1 Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. 1805**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection by SLF Fire Victims Claimants to Debtors' Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. 1871**].

Related Documents:

B. Declaration of John Boken in Support of Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 365(d)(4) and B.L.R. 6006-1 Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. 1806**].

Status: This matter is going forward on a contested basis.

9. **Motion to Extend Removal Notice Deadline**: Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings [**Dkt. 1738**].

Response Deadline: May 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection by SLF Fire Victims Claimants to Debtors' Motion to Enlarge the Time within which File Notices of Removal of Related Pleadings [**Dkt. 1870**].

Related Documents:

B. Declaration of John Boken in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings [**Dkt. 1739**].

Status: This matter is going forward on a contested basis.

*CONTINUED OR OTHER MATTERS*

10. **Bar Date Motion**: Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1784**].

Response Deadline: May 28, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: None at this time.

Related Documents:

A. Declaration of Kevin J. Orsini in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1785**].

B. Declaration of Shai Y. Waisman in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1786**].

C. Declaration of Benjamin P. D. Schrag in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1787**].

Status: This matter is being continued to the omnibus hearing to be held on June 11, 2019, at 9:30 a.m. (Pacific Time).

11. **MOR Deadlines and Form Modification Motion**: Application Pursuant to L.B.R. 2015-2(e) and 11 U.S.C. § 105(a) for an Order Modifying Debtors' Deadlines for Filing Monthly Operating Reports and Approving Proposed Modifications to Form of Monthly Operating Reports [**Dkt. 1788**].

Response Deadline: June 4, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: None at this time.

Related Documents:

A. Declaration of John Boken in Support of MOR Deadlines and Form Modification Application [**Dkt. 1789**].

Status: This matter is being continued to the omnibus hearing to be held on June 11, 2019, at 9:30 a.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**II:** **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *JH Kelly LLC v. AECOM Technical Services, Inc.*, Adv. Pro. No. 19-03008 (DM)

12. **JH Kelly's Motion to Remand**: JH Kelly's Motion to Remand Adversary Proceeding and Memorandum of Points and Authorities [**Dkt. 30**].

Response Deadline: May 9, 2019.

Responses Filed:

A. Debtor's Response and Partial Objection to JH Kelly's Motion to Remand Adversary Proceeding [**Dkt. 42**].

B. Defendant AECOM Technical Services, Inc.'s Opposition to Motion for Remand [**Dkt. 44**].

   i. Declaration of Steven Petto [in Support of] Defendant AECOM Technical Services, Inc.'s Opposition to Motion for Remand [**Dkt. 45**].

   ii. Declaration of Marsha A. Houston in Support of Defendant AECOM Technical Services, Inc.'s Opposition to Motion for Remand [**Dkt. 46**].

   iii. Declaration of S. Jay Terry in Support of Defendant AECOM Technical Services, Inc.'s Opposition to Motion for Remand [**Dkt. 47**].

Related Documents:

C. Declaration of Craig Yabui in Support of JH Kelly's Motion to Remand Adversary Proceeding [**Dkt. 31**].

D. Declaration of Mario R. Nicholas in Support of JH Kelly's Motion to Remand Adversary Proceeding [**Dkt. 32**].

E. JH Kelly's Reply Memorandum in Support of Its Motion to Remand State Court Litigation [**Dkt. 48**].

F. Supplemental Declaration of Craig Yabui in Support of JH Kelly's Motion to Remand Adversary Proceeding [**Dkt. 49**].

G. Stipulation Regarding Deadlines and Anticipated Motion to Remand [**Dkt. 26**].

H. Order Granting Stipulation Regarding Deadlines and Anticipated Motion to Remand [**Dkt. 27**].

I. Stipulation Regarding Deadlines and Motion to Remand [**Dkt. 36**].

J. Order Granting Stipulation Regarding Deadlines and Motion to Remand [**Dkt. 37**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

K. Stipulation Regarding AECOM Third Party Complaint Schedule [**Dkt. 38**].

L. Stipulation and Agreement for Order Regarding Scheduling as to Third Party Defendant Pacific Gas and Electric Company [**Dkt. 39**].

M. Order Regarding Scheduling as to Third Party Defendant Pacific Gas and Electric Company [**Dkt. 40**].

N. Docket Text Order with tentative ruling dated May 21, 2019.

Status: Any party objecting to the tentative ruling in the May 20, 2019 Judge Docket Order must notify the courtroom deputy and opposing counsel by 1:00 p.m. (Pacific Time) on May 21, 2019. If all parties accept the Court's tentative ruling, then the hearing on JH Kelly's Motion to Remand will go off calendar.

13. **Status Conference.**

Response Deadline: None.

Responses Filed: None at this time.

Related Documents:

A. Notice of Status Conference in a Case Removed to Bankruptcy Court [**Dkt. 12**].

Status: This matter is going forward.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 21, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Attorneys for Debtors and Debtors in Possession*