EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>          Debtors,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | Case Nos.: 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:    May 22, 2019<br>TIME:    9:30 am<br>PLACE:   Courtroom 17<br>           450 Golden Gate Avenue, 16th Fl.<br>           San Francisco, California<br>JUDGE:  Hon. Dennis Montali |

RELATED DOCKET NOS: 1797, 2017

///

///

///

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814

Case: 19-30088   Doc# 2170   Filed: 05/21/19   Entered: 05/21/19 13:23:26   Page 1 of 2

///

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111-4106.

1.    I certify that on May 20, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

**2.    JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 USC § 1121(d) TO EXTEND EXCLUSIVITY PERIODS**

3.    a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

**4.**    I certify that on May 20, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

5.    I certify that on May 20, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 20th day of May, 2019 at San Francisco, California.

_____
/s/ Violet Rajkumar
Violet Rajkumar

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111