# SCHEDULE 1

**PG&E Corporation and Pacific Gas and Electric Company**
**Potential Parties in Interest**

Debtors
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Affiliates and Subsidiaries
Bank Accounts
Bankruptcy Judges & Staff Northern District of California
Current Officers and Directors
Term and Revolving Loan Lenders and Administrative Agents
Contract Counterparties (includes, PPAs, patents and IP)
Debtors Professionals (law firms, accountants and other professionals)
Former Officers and Directors (since 2008)
Affiliations of Former Officers
Affiliations of Former Directors
Insurance/Insurance Provider/Surety Bonds
Surety Bonds
Landlords and parties to leases
Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
Litigation Counterparties/Litigation Pending Lawsuits – including threatened litigation
Litigation Parties (in adversary 19-03003)
Ad Hoc Committee of Unsecured Tort Claimant Creditors
Non-Debtors Professionals
Ordinary Course Professionals
Letters of Credit
Regulatory and Government (Federal, State and Local)
DIP Lenders
Significant Competitors
Significant Shareholders (more than 5% of equity)
Significant holder of voting securities
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Top Unsecured Creditors
Unsecured Notes
UCC Lien Holders
Unions
Office of the United States Trustee for Region 17
Utility Providers
Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)
Interested Parties / Notice of Appearance Parties