**PG&E Corporation and Pacific Gas and Electric Company
KPMG Relationships**

<u>Debtors</u>
PG&E Corporation
Pacific Gas and Electric Company

<u>Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)</u>
None

<u>Affiliates and Subsidiaries</u>
  Alaska Gas Exploration Associates
  Eureka Energy Company
  Fuelco LLC
  Midway Power, LLC
  Morro Bay Mutual Water Company
  Moss Landing Mutual Water Company
  Natural Gas Corporation of California
  Pacific Energy Fuels Company
  Pacific Gas and Electric Company
  PCG Capital, Inc. (Formerly PG&E Ventures, Inc.)
  PG&E Corporation Support Services II, Inc.
  PG&E Corporation Support Services, Inc.
  PG&E National Energy Group, LLC
  Standard Pacific Gas Line Incorporated

<u>Bank Accounts</u>
  Bank of America
  Bank of America Merrill Lynch
  Bank of Marin
  Bank of New York Mellon
  Barclays Capital Inc.
  BNP Paribas
  Citibank, N.A.
  Citigroup Global Markets
  Deutsche Bank Trust Company Americas
  Fidelity Management Trust Company
  Goldman, Sachs & Co.
  JP Morgan Chase Bank, N.A.
  Merrill Lynch
  Mitsubishi UFJ Securities USA, INC.
  Morgan Stanley / ISG Operations

RBC Capital Markets
Royal Bank of Canada
Royal Bank of Scotland
U.S. Bank N.A. Global Corporate Trust Services
U.S. Bank, N.A.
Union Bank of California
Wachovia Corporate Services, Inc.
Wells Fargo Bank, N.A.
Wells Fargo Securities, LLC

Bankruptcy Judges & Staff Northern District of California
N/A

Current Officers and Directors
Cairns, Stephen James
Chew, Lewis
Christopher, Melvin J.
Foster, Christopher
Fowler, Fred
Hogan, Patrick
Johnson, Aaron J
Kelly, Richard
Kenney, Robert S.
King, Mary
Lewis, Michael
Martin, Jamie Lynn
Minicucci, Benito
Mullins, Eric
Parra, Rosendo
Rambo, Barbara
Simon, John R
Singh, Sumeet
Smith, Anne Shen
Stephens, Keith Fisher
Thomason, David
Wells, Jason P
Williams, Andrew K

Term and Revolving Loan Lenders and Administrative Agents
Bank of America, N.A. (Admin Agent - $300M)
Barclays Bank PLC
BNP Paribas

Canadian Imperial Bank of Commerce, New York Branch
Citibank, N.A. (Admin Agent - $3B)
Goldman Sachs Bank USA
JPMorgan Chase Bank, N.A.
Mizuho Bank, Ltd. (TL)
Morgan Stanley Bank, N.A.
Morgan Stanley Senior Funding, Inc.
MUFG Union Bank, N.A.
Royal Bank of Canada
Sumitomo Mitsui Banking Corporation
TD Bank, N.A.
The Bank of New York Mellon
The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL)
US Bank, National Association
Wells Fargo Bank, National Association

Contract Counterparties (includes, PPAs, patents and IP)
83WI 8ME LLC
87RL 8ME LLC
Acciona Energy N.A./ Pacific Renewables
Aera Energy LLC
Aera Energy LLC (Coalinga)
Aera Energy LLC (N. Midway Sunset)
Aera Energy LLC (Oxford)
Aera Energy LLC (S. Belridge)
AES Distributed Energy
Agua Caliente Solar, LLC
Air Products Manuf. Corp.
Alamo Solar, LLC
Alaun Group
Algonquin Power Co.
Algonquin Power Sanger LLC
Algonquin SKIC Solar 20 Solar, LLC
AltaGas Ripon Energy Inc.
AltaGas San Joaquin Energy Inc.
Altamont Power LLC (3-4 )
Altamont Power LLC (4-4)
Altamont Power LLC (6-4)
Altamont Power LLC (Partners 1)
Altamont Power LLC (Partners 2)
Amerex Brokers LLC

Ampco/national 1
Anadarko
Anahau Energy
Anahau Energy, LLC
Apache Corp.
APS - Pinnacle West Capital Corp - (Trading Entity)
Arizona Public Service
Arlington Wind Power Project, LLC
Aspiration Solar G LLC
Atlantic Coast
Atlantica Yield
Atlantica Yield
Ausra Ca II, LLC
AV Solar Ranch One, LLC
Avangrid Renewables, LLC
Avenal Park LLC
Avista Energy, Inc.
Avista Utilities
Badger Creek Limited
Bank of Montreal
Barclays Bank PLC
Bayshore Solar A, LLC
Bayshore Solar B, LLC
Bayshore Solar C, LLC
Bear Creek Solar, LLC
Berkshire Hathaway Energy Renewables
Berry Creek
Berry Petroleum Company
BGC Environmental Brokerage Services, L.P.
Bluesource
BNP Paribas Securities Corp.
BNP Paribas US
Bonneville Power Administration
Bottle Rock Power, LLC
BP Energy Company
BP Products North America Inc.
Brookfield Renewable Energy Partners
Buena Vista Energy, LLC
Burney Forest Products
Burney Forest Products, a Joint Venture
BVP Property, LLC

CA Flats Solar 150, LLC
Calaveras County Water District
California Dept. of Water Resources
California Power Holdings, LLC
Calpeak Power - Panoche LLC
Calpeak Power - Vaca Dixon LLC
CalPeak Power, LLC
Calpine
Calpine  King City Cogen.
Calpine Energy Services, L.P.
Calpine Energy Solutions, LLC
Calpine Geysers Co. L. P. (KW#1)
Calpine Geysers Co. L. P. (KW#2)
Calpine Geysers Co. L. P. (WFF)
Calpine LLC
Calpine Monterey Cogen Inc.
Calpine Pittsburg Power Plant
Calpine Retained Assets Agreement
CalRenew -1 LLC
CAN NAT RES
Canadian Imperial Bank of Commerce
Capital Dynamics, Inc.
Capital Power Corporation
Capital Power L.P.
Cardinal Cogen
Cargill Inc.
Cargill Ltd.
Cargill Power Markets, LLC
Casas Del Sol Inc.
Cascade Energy Storage, LLC
Castleton Canada
Castleton Comm
Centaurus Renewable Energy LLC
Central Valley Gas Stor.
Chevron (McKittrick)
Chevron (North Midway)
Chevron Natural
Chevron Products Company
Chevron Richmond Refinery
Chevron USA (Coalinga)
Chevron USA (Concord)

Chevron USA (Cymric)
Chevron USA (Eastridge)
Chevron USA (Taft/Cadet)
Chevron USA, Inc.
Chevron USA, Inc. (SE Kern River)
CID Solar, LLC
CIMA Energy, Ltd.
Citigroup
Citigroup Energy Inc.
City County of San Francisco
City of Fairfield
City of Milpitas
City of Roseville
City of San Jose (San Jose Clean Energy)
City of San Luis Obispo
City of Santa Clara (SVP Muni)
City of Santa Clara dba Silicon Valley Power
City of Santa Cruz Water Department
City of Seattle
City of Vallejo
City of Vernon
Clearway Energy
ClimeCo Corporation
Coalinga Cogeneration Company
Cochrane
Cogeneration Capital Association
Cogeneration Capital Association (Altamont Power)
Cogentrix
Collins Pine Company
Columbia Solar Energy, LLC
Commerce Energy Inc.
Con Edison Development
Concord Energy
Conoco Canada
Conoco Phillips Company
Conocophillips Co.
Constellation Energy Group, Inc.
Convergent Energy and Power LLC
Copper Mountain Solar 1, LLC
Copper Mountain Solar 2, LLC
Coral Power, LLC

Coram California Development, L.P.
County of Santa Cruz ( Water St. Jail)
Covanta Power Pacific
Covanta Power Pacific, Inc.
CP Energy Marketing (US) Inc.
CRA International Inc
CRA International Inc.
CRC Marketing, Inc.
Credit Suisse Energy LLC
Crockett Cogeneration, LP
Cuyama Solar, LLC.
CVI CleanCapital LLC
Cypress Energy Partners
DB Energy Trading
DE Shaw
Delta Diablo Sanitation District
Desert Sunlight 300, LLC
Desri Portal Ridge Development, LLC
Devlar
DG Fairhaven Power, LLC
Diablo Energy Storage, LLC
Diablo Winds, LLC
Direct Energy
Direct Energy Business Marketing, LLC
Dominion Solar Holdings, Inc.
DTE Biomass Energy
DTE Energy Services, Inc.
DTE Stockton, LLC
Duke Energy Marketing America LLC
Dynegy Marketing and Trade, LLC
Dynegy Morro Bay, LLC
Dynegy Moss Landing LLC
Dynegy Power, LLC
Eagle Creek Renewable Energy LLC
EBMUD
Eco Services Operations Corp
Eco-Energy, LLC
EDF Renewable Energy
EDF Renewable Windfarm V, Inc.
EDF Trading
EDF Trading North America, LLC

EEN LP and Enbridge LP
El Dorado Hydro, LLC
El Dorado Irrigation District
El Paso Natural Gas Company
Element Markets Renewable Energy, LLC
Elk Hills Power LLC
Emmerson Investments, Inc.
Encana Mkt US
Enel Green Power North America, Inc.
Energy 21
Energy America LLC
Energy America, LLC
Energy Capital Partners
Enfinity CAFIT 1 jacobscorner LLC
Enstor Energy
Enterprise
EOG Resources
Equus Energy
Equus Energy LLC
ETC Marketing, Ltd.
Eureka Energy Company
Eurus Energy America Corp
Exelon Generation
Exelon Generation Company, LLC
ExGen Renewables (Exlon)
Finavera Renewables
First Reserve
First Solar
Foothill Farmington Solar Project, LLC
Forebay Wind, LLC
Forefront Power, LLC
Fortis Energy Marketing (fka Cinergy)
Fortistar LLC
FPL Energy Montezuma Wind, LLC
Freepoint Comm
Freeport McMoRan Oil & Gas LLC (Dome)
Freeport McMoRan Oil & Gas LLC (Welport)
Fresh Air Energy 1, LLC
Fresh Air Energy IV, LLC
Fresno Cogeneration Partners, L.P.
Frito Lay Cogen

Frito-Lay, Inc.

FTP Power LLC

FuelCell Energy

Fuelco LLC

Gas Recovery Systems, Inc

Gas Transmission Northwest, LLC

GASNA 16P, LLC

GASNA 27P, LLC ("Peabody BRJ Option 1")

GASNA 30P, LLC ("Camden FiT 1")

GASNA 36P LLC

GASNA 60P, LLC

GASNA 6P, LLC

GATX/Calpine Cogen-Agnews Inc.

Genesis Solar, LLC

GenOn Delta, LLC

GenOn Energy Management LLC

GenOn Energy, Inc.

Geothermal Energy Partners 1

Geothermal Energy Partners 2

Geysers Power Company, LLC

GFI Brokers LLC

GFI Securities LLC

GHI Energy

Gill Ranch Storage, LLC

Gilroy Energy Center, LLC, Creed Energy Center, LLC and Goosehaven Energy Center, LLC

GIP III Zephyr Acquisition Partners, L.P.

Global Ampersand, LLC

Google Inc.

Graphic Packaging International Inc.

Great Valley Solar 4, LLC

Green Ridge Power LLC

GreenVolts, Inc.

Guzman Energy, LLC

GWF

GWF Energy LLC

GWF Power Systems Inc. #1

GWF Power Systems Inc. #2

GWF Power Systems Inc. #3

GWF Power Systems Inc. #4

GWF Power Systems Inc. #5

Halkirk 1 Wind Project LP

Hanford L.P.
Harbert Management Corp
Hatchet Ridge Wind, LLC
Hecate Energy Molino LLC
Henrietta D Energy Storage LLC
High Plains Ranch II, LLC
Hilcorp San Juan, L.P.
HL Power Company
Humboldt Redwood Company LLC
Hydro Partners
Hydrocarbon
HZIU Kompogas-SLO Inc.
Iberdrola Renewables LLC
Iberdrola Renewables, Inc.
Icap
Icap Capital Markets (Canada) Inc.
ICAP Energy LLC
ICE
ICE NGX Canada Inc.
Iceland America Energy, LLC
Idemitsu Apollo Corporation
Ignite Solar, LLC
IHI Power Services Corp.
Institute for Energy Independence (IEI)
Integrys
Intercontinental Exchange, Inc.
INTL FCSTONE FINANCIAL
Invenergy Wind Development LLC
IPC (USA), INC.
IPC (USA), INC.
Iron Mountain Mines
J. Aron & Company LLC
J. Aron and Company LLC
J.P. Morgan Ventures
J.R. Wood
Jackson Valley Energy Partners (ione)
James B. Peter
James C. Ross
James Crane Hydro
Java Solar, LLC
Joe Richardson

Jonah Energy LLC
Jonah Energy LLC
JP Morgan Chase Bank, N.A.
JP Morgan Securities LLC
JP Morgan Ventures Energy Corporation
JR Simplot
JRW Associates, LP / Ridgewood
KDW Solar 1, LLC
KDW Solar 2, LLC
Ken Link
Kern River
Kern River Cogen Company
Kern River Gas Transmission Company
Kinergy Marketing LLC
Kings River Conservation District
Kingston Energy Storage, LLC
Klondike Wind Power III LLC
Koch Energy Svc
Koch Supply & Trading, LP
Kompogas SLO LLC
La Paloma Generating Company
LADWP TSA
Landmark
Lehman Brothers Commodity Services
Live Oak Limited
Lodi Gas Storage LLC
Longroad Energy Services, LLC
Los Angeles Dept. of Water and Power
Los Esteros Critical Energy Facility LLC
Los Esteros Critical Energy Facility, LLC
Los Medanos Energy Center
Macquarie Can
Macquarie Energy LLC
Macquarie Futures
Macquarie Futures LLC
Macquerie Energy LLC
Magnus Energy
Malacha Hydro L.P
Mammoth One LLC
Mammoth Three LLC
Maricopa West Solar PV 2, LLC

Mariposa Energy, LLC
Martinez Cogen Limited Partnership
MBF Clearing
Mega Renewables
Merced Irrigation District
Mercuria Commodities Canada
Mercuria Ener Amer Inc.
Merrill Lynch
Merrill Lynch Commodities Inc.
Mesquite Solar 1, LLC
Metcalf Energy Center
Michael W. Stephens
MidAmerican Energy
Midcoast Marketing (Us) L.P.
Midset Cogen Co.
Midway Peaking, LLC
Midway Power LLC
Midway Sunset Cogeneration Co.
Mieco
Mieco Inc.
Milpitas Unified School District
Mirant Energy Trading, LLC
Mission Solar LLC
Modesto Irrigation District
Mojave Solar LLC
Monterey County Water Res Agency
Monterey County Water Resources Agency
Monterey One Water (M1W)
Monterey Regional Water Pollution Control Agency (MRWPCA)
Morgan Stanley Capital Group Inc.
Morro Bay Mutual Water C
Moss Landing Mutual Water Company
Mt. Poso Cogeneration Company, LLC
NASDAQ OMX Commodities Clearing - Contract Merchant LLC
National Fuel
Natural Gas Corp of California
NextEra
NextEra Energy Marketing, LLC
Nextera Energy Montezuma Wind II, LLC
NextEra Energy Parnters, LP
NextEra Energy Partners

Case: 19-30088   Doc# 2172-2   Filed: 05/21/19   Entered: 05/21/19 17:15:01   Page 12 of 91

NextEra Energy Resources Acquisitions, LLC
NextEra Energy Resources, LLC
Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC
NextEra Energy, Inc.
NJR Energy Serv.
Noble Americas Corporation
Noble Americas Energy Solutions LLC
Noble Americas Gas & Power Corp.
North Sky River Energy, LLC
North Star Solar, LLC
Northern California Power Agency (NCPA)
Northwest Geothermal Company
NRG Energy
NRG Energy, Inc.
NRG Marsh Landing, LLC
NRG Power Marketing LLC
NRG Solar Alpine, LLC
NRG Solar Kansas South LLC
NV Energy
O.L.S. Energy-Agnews, Inc.
Oakland YMCA
OCCID Ener Mkt
Occidental Energy Ventures Corp.
Occidental of Elk Hills, Inc.
Occidental Power Services, Inc.
Olcese Water District
Olympus Power, LLC
One Exchange Corp
Orion Solar I, LLC
Ormat Technologies, Inc.
Oxy Ener Canada
Pacific Energy Fuels Co
Pacific Summit
Pacific Summit Energy LLC
Pacificorp
Panoche Energy Center LLC
Panoche Energy Center, LLC
Parrey, LLC
Pattern Energy
Pattern Energy
Patterson Pass Wind Farm LLC

PBF Energy Western Region LLC
PBM, LLC
Petrochina (CAN)
Petrochina (America)
Pinnacle West Capital Corp
Placer County Water Agency
Portal Ridge Solar C, LLC
Portland General Electric
Portland TSA
Powerex
Powerex Energy Corp.
Pristine Power LLC
Pristine Sun Fund 10 Fresno PGE LLC
Pristine Sun Fund 2, LLC
Pristine Sun Fund 5 LLC
Pristine Sun Fund 6 Butte PGE LLC
Pristine Sun Fund 6, LLC
Pristine Sun Fund 7 San Luis Obispo PGE LLC
Pristine Sun Fund 8 Sutter PGE LLC
Pristine Sun Fund 8, LLC
Pristine Sun, LLC
Progressive Fuels Limited
Public Service Company New Mexico
Public Service Enterprise Group (PSEG)
Public Utility District No. 1 of Klickitat County
Puget Sound Energy, Inc.
Puget TSA
Raven Solar Parent Company, LLC
RE Astoria LLC
RE Gaskell West 3 LLC
RE Gaskell West 4 LLC
RE Gaskell West 5 LLC
RE Kansas LLC
RE Kent South LLC
RE Old River One LLC
Real Goods Trading Corp.
Recurrent Energy
Recurrent Energy Development Holdings LLC
Red Bluff Union High School
Red Cedar Grp
Reliant Energy Services, Inc.

Renewable Power Strategies, LLC
Renewables Holdco I LLC
Repsol Canada Energy
Rio Bravo
Rising Tree Wind Farm II, LLC
Risk Management Inc.
Robert W. Lee
Rock Creek Hydro, LLC
Rock Creek L.P.
Roy Sharp Jr.
Royal Bank of Canada
Royal Bank of Scotland, PLC
RRI Energy Services
Ruby Pipeline
Ruby Pipeline
Ruby Pipeline, LLC
Russell City Energy Company
Sacramento Municipal Utility District
Saint Agnes Med. Ctr.
Saja Energy LLC
Salinas River Cogen Co.
Salt River Project
San Diego Gas and Electric
San Jose Water Company
San Luis Obispo Wastewater Treatment Plant
Sand Drag LLC
Sand Hill Wind, LLC
Santa Clara Valley Water Dist.
Santa Cruz County
Santa Cruz WWTP
Sargent Canyon Cogeneration Company
Seattle City Light
Sempra Energy
Sempra Energy Trading Co.
Sempra Gas & Power
Sempra Gas and Power Marketing, LLC
Sempra Generation
Sempra Generation, LLC
Sempra U.S. Gas & Power
Sequent Energy
Shadybrook

Shafter Solar, LLC
Shell Energy
Shell Energy CAN
Shell Energy North America (US), L.P.
Shell Energy US
Shell Trading (US) Company
Shell Western E & P
Shiloh III Lessee, LLC
Shiloh IV Lessee, LLC
Shiloh Wind Project 1, LLC
Shiloh Wind Project 2, LLC
Sierra Energy
Sierra Energy Storage, LLC
Sierra Green Energy LLC
Sierra Pacific Ind. (Susanville)
Sierra Pacific Industries
Sierra Power Corporation
Sky Capital America Inc.
SMUD
Snow Mountain Hydro
Snow Mountain Hydro LLC (cove)
Snow Mountain Hydro LLC (Lost Creek 1)
Snow Mountain Hydro LLC (Lost Creek 2)
Snow Mountain Hydro LLC (Ponderosa Bailey Creek)
SO CAL EDISON
SoCal GAS
Soco Group
Solar Partners II, LLC
Solar Partners VII, LLC
Solar Partners VIII, LLC
Solar Partners XII, LLC
Solar Partners XIV, LLC
Solar Partners XV, LLC
Solar Partners XXII, LLC
Solar Partners XXIII, LLC
Solaren Corporation
Southern California Edison Company
Southern Counties Oil Company (dba SC Fuels)
Southern Energy Solution Group, LLC
Southern Power
Southwest Generation

Spark Energy Gas
Spinnaker Energy
SPS Atwell Island, LLC
SRI International
Standard Pacific Gas Line Inc.
Stanford Energy Group
Stars Alliance LLC
Starwood Energy Group Global LLC
State of California - Department of Water Resources
Statkraft US LLC
Sterling Planet, Inc.
Stockton Cogen Co.
Strategic Energy LLC
STS HydroPower Kekawaka
STS HydroPower Ltd.
STS Hydropower Ltd. (Kekawaka)
STS Hydropower, LLC
STS HydroPower, Ltd.
Sun City Project LLC
Suncor Energy
SunEdison Yieldco ACQ2, LLC
Sunray Energy 2, LLC
Sunrise Power Company, LLC
Sunshine Gas Producers, LLC
Swiss America
TA - Acacia, LLC
Tenaska Gas
Tenaska Mktg
Tenaska Mktg Can
Tenaska Power Services Co.
Tenaska Power Services Company
Tesoro Refining & Marketing Company LLC
Tesoro Refining & Marketing Company, LLC
Texaco Exploration & Production, Inc. (fee A)
Texaco Exploration & Production, Inc. (fee C)
TFS Energy Futures LLC
TFS Energy Futures, LLC
TFS Energy, LLC
TGP Coyote Canyon, LLC
The Energy Authority, Inc.
The Metropolitan Water District of Southern California

The Regents of the University of California
Three Rocks Solar LLC
Tiger
TKO Power (South Bear Creek)
Topaz Solar
Topaz Solar Farms LLC
Toro Energy of California - SLO, LLC
Toronto Dominion Bank
Total Gas
Tourmaline Oil Marketing Co
TransAlta Corporation
TransAlta Energy Marketing (US) Inc.
Transcanada Foothills
TransCanada Foothills Pipe Lines
Transcanada Gas Transmission NW
Transcanada Nova
Transwestern Pipeline Company, LLC
Tres Vaqueros Wind Farms, LLC
Tulare PV II LLC
Tullet Liberty (NatSource)
Tullet Prebon Americas Corp.
Tullett Prebon Americas Corp.
Turlock Irrigation District
Twin Eagle Res Mgmt, LLC.
UBS AG (Switzerland)
UCSF
UE-00101CA, LLC.
Ultra Resources
United Airlines (Cogen)
United Energy
United Gas & Power
US Solar Holdings
Vaca Solar Millennium
Van Der Kooi Dairy Power LLC
Vantage Wind Energy LLC
Vantage Wind Energy, LLC
Vasco Winds, LLC
Vintner Solar, LLC
Visage Energy
Visage Energy Corp.
Vista Corporation

Vistra Energy
Vitol Inc.
VPI Enterprises, Inc.
Vulcan Power Company
Walden Energy
Walden Energy LLC
Waste Management, Inc.
Water Wheel Ranch
Wellhead Power, LLC
Wells Fargo LLC
West Biofuels, LLC
Western Antelope Blue Sky Ranch A, LLC
Western Antelope Dry Ranch Addition LLC
Western Area Power Administration
Western GeoPower, Inc.
WG Partners Acquisition, LLC
Wheelabrator Shasta Energy Company Inc.
Wheelabrator Technologies Inc.
Wild Goose Storage
Williams Energy Power Company
Williams Field Services
Willow Creek
Willow Springs Solar 3, LLC
Windmaster Inc.
Woodland Biomass Power, LTD
WPX Energy Mktg.
WSF PV2, LLC
X-Elio Energy, S.L.
Yolo County
Youth with a Mission/Springs of Living Waters
Yuba City Cogen Partners, L.P.
Zero Waste Energy Development Company LLC

Debtors Professionals (law firms, accountants and other professionals)
AlixPartners, LLP
Cravath, Swaine & Moore LLP
Deloitte & Touche LLP
Groom Law Group
Lazard Frères & Co. LLC
Munger, Tolles & Olson LLP
PricewaterhouseCoopers LLP

Prime Clerk
Weil, Gotshal & Manges LL
Willis Towers Watson

Former Officers and Directors (since 2008)
Andrews, David R.
Biller, Leslie S.
Conway, John T.
Coulter, David A.
Fitzpatrick, Timothy
Harper III, William H.
Harris, Richard R.
Harvey, Kent M.
Hayes, William D.
Herringer, Maryellen C.
Higgins, John C.
Howard, Robert T.
Jacobs, Donna
Jain, Charu
Johnson, M. Kirk
Johnson, Mark S.
Keenan, John S
Kimmel, Roger H.
Kiraly, Gregory K.
Kolassa, Sean P.
Morrow, William T.
Powell, G. Robert
Williams, Barry Lawson


Affiliations of Former Officers
California Minority Counsel Program (CMCP)
Meals on Wheels of San Francisco
North Bay Leadership Council
Nuclear Electric Insurance Limited (NEIL)
San Francisco Ballet Association
SF/Marin Food Bank
The Alliance to Save Energy
The Commonwealth Club

Affiliations of Former Directors
ABM Industries Incorporated

American Gas Association (AGA)
American Gas Foundation (AGF)
American Red Cross - Bay Area Chapter
Associated Electric & Gas Insurance Services Limited (AEGIS)
Association of Edison Illuminating Companies
Bay Area Council
California Academy of Sciences
Center for Energy Workforce Development
DCP Midstream Partners, LP;
Edison Electric Institute
Edison Electric Institute (EEI)
Edison Electric Institute; Electric Power Research Institute
Edison Foundation Institute for Electric Innovation (IEI)
Encana Corporation
Ford Motor Company
Institute for Nuclear Power Operations
Mills College
Nuclear Energy Institute
San Francisco Ballet
San Francisco Museum of Modern Art;
Spectra Energy Partners, LP
United Way of the Bay Area
University of Miami
Vassar College
Western Energy Institute (WEI)

Insurance/Insurance Provider/Surety Bonds
ACE American Insurance Company (Starr Tech)
Ace Insurance Company
AEGIS Consortium
AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited)
Aetna
Aetna International
Allianz Global Corporate & Specialty SE (PDW)
Allianz Global Risks
Allianz Global Risks US Insurance Company
Allied World Assurance Company Ltd
Allied World Assurance Company Ltd. (AWAC)
Alpha
American Alternative Insurance Company (Munich Re U.S.)
American International Reinsurance Company Ltd

American Nuclear Insurance (ANI)
Apollo (Lloyds Syndicate)
Arch Insurance (Bermuda)
Arch Insurance Company (Europe) Limited
Arch Reinsurance Ltd.
Argo
Argo Re Ltd
Argonaut Insurance Company
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Electric & Gas Insurance Services Limited
Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.)
AXIS Insurance Company
AXIS Specialty Limited (PDW)
AXIS Surplus Insurance Company
Beacon Health Options, Inc.
Beazley Insurance Company
Berkley Insurance Company
Berkshire Hathaway International Insurance Limited (PDW)
Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("Anthem")
Chubb Bermuda
Chubb Bermuda Insurance Ltd
CIGNA Group Insurance
Continental Casualty Company
Employers Insurance Company of Wausau
Employers Insurance Company of Wausau (Liberty Mutual)
Energy Insurance Mutual
Energy Insurance Mutual / NEIL
Energy Insurance Mutual Limited
Energy Insurance Mutual Limited (EIM)
Energy Insurance Mutual Limited (NEIL)
Energy Insurance Services, Inc. f/k/a/ Energy Insurance (Bermuda) Ltd.
Energy Insurance Services
European Mutual Association for Nuclear Insurance (EMANI)
Everest Insurance
Everest National Insurance Company
Express Scripts Holding Company
Federal Insurance Company
Fidelis Underwriting Limited
General Security Indemnity Company of Arizona
General Security Indemnity Company of Arizona (Scor Re)

Great American Insurance Company
Great Lakes Insurance SE
Great Lakes Insurance SE (Munich)
Great Lakes Reinsurance (UK) PLC (Munich Re London)
Great Lakes Reinsurance (UK) S.E.
Hamilton Re
Hamilton Re Ltd
HCC / Tokio Marine
HDI Global Insurance Company
Helvetia Assurances S A
Helvetia Schweizerische Versicherungsgesellsc haft Ag
Houston Casualty Company
InterHannover
Interstate Fire & Casualty Company
Iron- Starr Excess Agency Ltd
Ironshore Insurance Limited
Kaiser Foundation Health Plan, Inc.
Liberty Insurance Underwriters Inc.
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Limited
Liberty Mutual Management (Bermuda) Ltd (PDW)
Liberty Surplus Insurance Company
Liberty Surplus Insurance Corporation
Life Insurance Company of North America (CIGNA)
Lloyd of London Barbican Syndicate
Lloyds of London (various)
Lloyds of London Hiscox (Alpha)
Lloyds of London Munich Re
Lloyd's of London Syndicates
Magna Carta Insurance Ltd (PDW)
MAPFRE Global Risks
MS Amlin (Lloyds Synd)
Munich Re
National Fire & Marine Insurance Company
National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance)
National Fire and Marine Insurance Company
Navigators Management Company, Inc. New York
North American Specialty Insurance Company
Nuclear Electric Insurance Limited (NEIL)
Oil Casualty Insurance Limited (OCIL)

Renaissance Reinsurance (Ren Re)
RLI Insurance Company
SAFECO Insurance Company of America
Scor Channel Limited (PDW)
Starr Indemnity & Liability Company
Swiss Re International SE
Swiss Re International SE (Swiss Re)
The Marine Insurance Company Ltd. (Royal Sun Alliance - RSA)
The Ohio Casualty Insurance Company
Twin City Fire Insurance Company
U.S. Specialty Insurance Company
Underwriters at Lloyd's (AEGIS UK) Syndicate No. AES 1225
Underwriters at Lloyd's (Freberg Environmental) Syndicate No. 1458 RNR
Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services)
Underwriters at Lloyd's (Travelers) Syndicate No. TRV 5000
Underwriters at Lloyd's London (Towerstone)
United States Aircraft Insurance Group (USAIG)
Validus Reinsurance Limited
Willis Towers Watson
XL Insurance America, Inc.
XL Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Insurance Company

Surety Bonds
Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
The Ohio Casualty Insurance Company
SAFECO Insurance Company of America

Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
Bank of America, N.A.
Barclays Bank PLC
Citigroup Global Markets Inc.
JPMorgan Chase Bank, N.A.

Landlords and parties to leases
2001 Taylor Family Trust
3551 Pegasus Partners LP
7-Eleven, Inc.
851-853 Howard Street LLC

Accountant
Akins
Al Evans
Al Smith
Alan & Patti Anderson
Alan Williams
Albert Rose
Alexander McGeoch
Alexander Walker
Alpine County Sheriff's Dept.
Amanda Green
Anderson
Anderson, Barbara & J. H.
Anderson, Derek & Patricia
Anderson, Eric Ian & Edward A, Jr.
Anderson, Gary & Susan
Anderson, Paul
Andreae, Jr., et al, Sherman P
Andrew Phillips
Andrew Stewart
Angela Bacon
Ann Williams
Anthony Bruno
Arntz
Arton Investment
AT&T Corp. - Lease Administration
AT&T Corporate Real Estate
Atkins, Roy C
Attinger, Richard; Ballard, Bruce; Ballard-Kogeler, Lynne
Avery
Aviation Consultants, Inc.
Bader
Baker Trust
Banta
Bardin Bengard
Barker Family Trust
Batson
Baxter, Jean C.; Hoffman, T. J.; Hoffman, Frank; Hoffman, Laura
Beeler
Bender, Craig
Benjamin Shaw

Benjamin, Michael
Bennett, James R.;
Benton
Bertrand
Big Deal LLC
Biggs, Trustee, Richard K.
Bill Lewis
Bill Phillips (Insurance Agent)
Blake
Blankenship
Blue Sky Investment Holdings, LLC
Bonner, Kenneth L. & Gerri
Bonneville Power Administration (BPA)
Borba
Borrows
Bossio
Bozek
Brad Baker & Debra Pearson
Braun
Breen
Brian Sweeney
Britz, Inc.
Brown,David M. Sec.-Tres.
Brown, Gary & Sharon
Brown, John K.
Brownson
Bruce North
Bruce Patterson
Buckwalter
Burke, Tim
Bursey, Gary
Business Jet
C William Johnson
C. R. Gibson
California Department of Fish & Game
CalPeak Power LLC
Calpeak Powr - Vaca Dixon, LLC
CalTrans
Camacho
Campbell, John R.
Capurro

Carleton
Carpenter
Carter Validus Operating
Cartwright, Christopher; Jacuzzi, Daniel
Cattran
Chabrier
Chapin
Chapman
Charles Green
Charles Hicks
Chase, Donald & Karol, and others
Christensen Family 2005 Trust
Christopher Lee
CHRYSLER
Church of Jesus Christ, LDS (Property #513-3521)
City and County of San Francisco
City of Auburn
City of Clovis
City of Hollister
City of Mill Valley Public Works Department
City of Salinas
City of San Jose
City of San Ramon
City of San Ramon - Parks & Community Services
City of Santa Rosa
City of Soledad
City of South San Francisco
Clark, Thomas D. and Denise E.
Cole, Christopher & Rita
Collins
Collins Pines C.
Contra Costa County
Cooper, James
Corpus Christie School
Corrigan, Pat/Jill
Cowperthwaite, Peter
Craig Conway
Craig or Steven Ward
Craig Wilson
Crocker
Crockett Cogeneration, a Calif Lmt. Partnership

Crown Castle

Crown Communications Inc.

Curry

Dana Butcher, Receiver

David Anderson

David Burger

David Burke

David Campbell (Insurance Agent)

David Douglas

David Fuller

David King, Esq.

David Koch

David Little

David Myers

David Rice, et al

David Williams

Davidson Family Trust

Davies, Thomas W.

Davis et al

Davis Investment Company,

Davis, Shirley

De Groot & Son,John

Deeter

Delagardelle, Jeani C.

Dennis et al

Dennis, Bob. & Others

Derek Anderson

Dimick

Don Martin - Treasurer

Donald R Travers and Ella H

Donaldson

Dorman

Dorothy A. Ford living Trust

Dorothy Ford

Doug Davie

Doug Shaw

Doyle

Drennan

Duval

E. Lee Horton

Eagan

East Bay Municipal Utility District (Ebmud)

Edgar Meyer

Edwards, Mark

Eileen Henderson

Eimers

Elliott

Elliott Tom Allen

Ellis

Elrod, Trustees. Rick G. & Diane M.

Enloe

Eric Erickson, Director of Finance and Human Resources

Eric Thompson

Ernst

Espana

Evan Williams, Catherine Siemens

Evans Management

Everett; Andrew M., Everett, Charles A.; Thompson, John W.; Scholten, Melinday Y.

Evergreen Associates, Holiday Inn

Ewing

Fairman

Farrell

Finch

First Independent Bank of NV

Flannery, Steven P.

Floyd Powell

Fogarty, Thomas; Holcomb, Dorothy; Smart, Gail; Fogarty, Susan; Zelina, William; Courtney, Katherine

Fording

Fortier Family Trust

Foster Wheeler Martinez, Inc.

Fox, Nancy

France Mc Gowan Hogan

Frank Borgess & Others

Frank Jensen

Franz

Fred Brown

Fred Davis

French, Trustee, Patricia Mary

Fresno County Horse Park

Fryer

Gaines

Gallager

Garcia, Roberto

Garrett Family Trust; Wilsey, Kirk; and Wilsey,Pauline

Garrett, Robert and Marcia

Gary & Gretchen Jacobson

Gary and Catherine Miller

Gary Moore

Gary Peterson

Gary Waldron

Gary Walker

Gauthier, Paul A. & Stacy J., as Trustees.

Genevieve McKeon (Byrne), Trustee

Gerald Simpson

Getz

Gibson, Trustee, Alan F.

Golden Empire Council - Boy Scouts of America

Goodman

Google for Invoice Issues

Google, Inc.

Gordon Johnson

Gould, Pres. Jeff

Goulet

Green, Thomas

Greg Gaskin

Gregory McCandless

Griggs

Groppetti, Donald J. & Shelly K.

Grosvenor Properties, Ltd.

Hagan Family Trust

Hall

Hamilton, James W. & Jane E.

Hansen, Brian & Cynthia

Harsch Investment Corporation

Hartman

HD Supply

Healey, William & Mary J.

Henderson, Gary; Cosper, Teri

Hicks

Higgins, William B.

Hillcrest Properties

Hinman

Hodges
Holt, Craig & Jamie
Houston
Howe
Hunter, Robert & Diamond
Ian Donnelly
Imhoff
Imran, Travelodge general manager
Ireland
J & L Rentals, LLC
Jackson, Curtis & Kathleen B.
Jacuzzi
James
James Stephenson
Jarrett
Jeff Burris
Jeff Mattherws
Jeong
Jewett
JHK Investment
John Cowan
John Green
John Howe
John Wilson
Johns Manville
Johnson
Johnson, Ron
Jones, David A.
Jones, Dennis R.
Joseph
Joyce, Thomas & Rose Marie
Kaiser
Karen Nelson
Keith Lee
Keith Robertson
Kelley, Robert & Marilyn
Kelly, Shaun & Melissa
Ken Henry
Kennedy
Kenneth Fitzgerald
Kenneth R Hansen

Kevin Miller
Kincannon
Klein, Barbara
Kluge
KNK Investments LP
Koehnen, Michael and Lori
KRE 1330 Broadway Venture LLC
Kruse
Kutz
LACC #21
Lagier
Lamar Advertising
Larry Smith et al
Larson
Lawler, Michael B. & Pamela
Lawler, Timothy and others
Lawrence, Robert I., Jr.
Lee, William
Lee,Linda S.
Libenson, Trustee, Richard M. and Claudia C.
Little
Live Nation, c/o Matt Prieshoff
Lopez, Robert A.
Lotus Hospitality II, Inc. DBA Holiday Inn
Luna
Lynch, John H & Gay O.
M H Mills
Manning, Paul W.
Mark C Jones
Mark Johnson
Mark Miller
Mark Stewart
Mark Webber
Martin, Don & Lani
Mary Conway
Mathis
McCarthy , Kevin
McDowell
McGowan, Gail
MCI Telecommunications Corp
MCI Worldcom

McKenna

McMillan, Daniel and Mary

McNeil

McNeill

Mega Renewables

Mendo Lake Credit Union

Meyer

Michael Price

Miller, John R. dba Miller Honey Farms Inc.

Miller, Mike

Miller, Tim and Tracey

Monroe

Monson

Moore, James and Sherry

Morris, James C. & Judy

Munro, Neil and Patricia

Murphy

Nancy Fox

Neff

Nelson

Nelson, Donald & Kay

Nevada County Consolidated Fire District

Norton, David & Sandra

NTC & CO., FBO Louise Benton

Nusser

O'Connor, Daniel J. & Irene G.

O'Neill

Pabst

Pacific States Aviation, Inc.

Pass

Patricia Flores

Patricia Smith

Patterson, Robert

Pattison

Paul Goodman

Pedersen/Rogers, Raymond/Richard

Peninsula Village

Pep Boys

Pep Boys- Director of Facilities

Pep Boys- Law

Perry, Jeffrey

Perry, Jim A.
Perry, Lee
Peter Beck
Peter Knight
Peters
Petersen
Philip Price
Phillips
Pinckney
Placer County Water Agency
Plumas Bank, Inc.
Pollak
Pollard, Donald James and Pamela Diane
Pollock, James M.
Ponderosa Telephone Company
Potter
Price, John & Diane
Price, Lawrence A. & Kathleen L.
Project Chief, U.S. Geological Survey
Prologis LP
Pyle
Rasmusson
Realty Income Corporation
Regents of the University of California
Reid, Kathleen A.
Reynolds
RICE
Richard Dalton
Richard Mack
Richard Nelson
Richard Wells
Richardson, Thomas H.;
Robert Berry
Robert Carter
Robert Gallagher
Robert Klein
Robert L. Smith
Robert Roth
Robert Schneider. Asst. Mgr.
Robert Wallace
Robert Weber

Roberts
Robin Peterson
Robinson,Rob T. & Cynthia
Ron and Leslie Cox (Owners)
Ron Carpenter
Ross Lynn D Succ
Sally Moyer
San Jose Fire Department
San Lorenzo Lumber Yard
San Luis Obispo County
Sanchez / Petersen
Sanders, Stanley/Steven
Sarah Barton
Savage
SBC Services Inc.
Schaeffer
Schultz
Scott
Scott Cooper
Sea Mist Farms, LLC
Sears
Shannon, Susan K.
Shasta County
Shasta County Fire (Big Bend)
Sheppard, Kenny R. & Anne Marie
Shoreline Amphitheatre
Sierra Pacific Industries
Sierra Pacific Properties Inc.
Simpson Trust
Sinor
Smith, James and Sandra
Smith, James C.
Smyth, Donald
Solano County
Sonoma County Transit
South Shore Association
Southern California Edison Company
Southern California Gas Co. & Southern Co. GA
Spectrum Properties Inc.
Spooner
Spring

Springer

Stai

State – Dept. of Justice

State of CA - Dept. of Water Resources

State of California

State of California - CHP - Admin Services

State of California - CHP - Telecom Unit

State of California - Dept. Gen. Svc.

State of California - Dept. of Fish & Game

State of California - Dept. of Forestry & Fire Prot. (Mendocino)

State of California - Dept. of Forestry & Fire Protection

State of California - Dept. of Parks & Recreation

State of California - DGS Real Estate Services

State of California - DGS RESD  for Telecom Div.

State of California - DOT (CALTRANS)

State of California - DOT (CALTRANS) - Maint. Prog.

State of California Department

State of California Dept. of General Services for Department of Justice

State of California, Dept. of Water Resources

Stephen Fuller

Stephens, John R. and Vicki J

Steven Carter

Steven F Potter

Steven R. Walker

Stewart, Ross and Lori

Stoneridge Westbridge Shopping Center LLC (c/o Potter - Taylor & Co)

Susan Stewart

Taylor

Taylor, Gayland S. & Nancy Ann

Terrell

The Kennedy Family Trust

Thayer

Thomas & Karen Sullivan

Thomas Agnew

Thomas Clark - Supervisor

Thomas Fullerton

Thomas Green

Thomas Halpin

Thomas M. Stanton, trustee; Rodney Cook, trustee

Thomas Mason

Thompson, William E.

Tim Campbell
Timothy R Crowley
T-Mobile
Tom Armstrong
TowerCo
Travelodge
TRC
Trowbridge
Tusker Corp
U.S. Army Corp of Engineers
U.S. Bureau of Land Management (BLM Hollister
U.S. DOT - Federal Aviation Admin. (FAA Los Angeles)
U.S. Federal Bureau of Investigation (FBI San Francisco)
U.S. Forest Service (Lassen National Forest)
U.S. Forest Service, Forest Inventory & Analysis
U.S. Forest Service/Sierra NF
U.S. Geological Survey - Menlo Park
U.S. Geological Survey (Pasadena)
U.S. National Oceanic & Atmospheric Admin. (NOAA)
Uni-Kool Partners, The
Union Pacific Railroad Company
USGS Pasadena Office, GPS Network Coordinator
USRPI REIT, Inc.
Utility Tree Services, Inc.
Vail
Valero Refining Company
Van Dyke
Van Nuys
Vicent
Vierra
Vincent, Richard and Teresa
Vlahos
WACC
Wallace
Wallace, Barbara, Hicks, Jeffry C.; Hicks, Peter; Hicks, Brian; Garlland, Carol
Walsh
Walt Turner
Ward, Craig
Warren Steiner
Watson Family Trust
Welch, Steve R.

Werner, Timothy J. & Melinda C., as Trustees
West
Western Area Power Administration
Wheeler
White
White, Thomas and Jill
Whitehead, Pres. Robert
Widmayer
Wilbur H. Smith, III
Wilburn
Willam Hampton
William Donaldson
WILLIAM LEWIS
William S. Gaines and Ida Jeanne Gaines 2008 Revocable Trust
Williams Communications, Inc.
Wilson, Donald & Kvale, Gisela
Wirick
Wittner
Womack Family Trust
Wood, Mary Lee
Worrall
Wright, Robert dba Sierra Boulder
Zimmerman


Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
21 st Century Casualty Company+BB3396:B3505
AAA Northern California Nevada & Utah Insurance Exchange, as Subrogee of its
Policyholders Affected by the Butte Fire
Aaron Davis
ACE American Insurance Company
Adams, Adrienne Mary
AGCS Marine Insurance Company
AIG Europe Limited
AIG Property Casualty Company
AIX - Nova Casualty Company Program
Alex Davis
Alexander, Daniel Benjamin
Alliance Global Risks US Insurance Company
Allianz Global Risks Us Insurance Company
Allied Property & Casualty Insurance Company
Allied Property and Casualty Insurance Company, A Nationwide Company

Allied World Assurance Company

Allstate Insurance Company

Allstate Insurance Company"

Alvaro Alvarez

AMCO Insurance Company

Amco Insurance Company, A Nationwide Comp Any

American Auto & Home Insurance

American Automobile Insurance Company

American Bankers Insurance Company

American Bankers Insurance Company of Florida

American Casualty Company

American Family Home Insurance Company

American Fire and Casualty Company

American Guarantee & Liability Insurance Company

American Home Assurance Company

American Insurance Company

American Modern Home Insurance Company

American National Property and Casualty Company

American Reliable Insurance Company

American Security Insurance Company

American Strategic Insurance Company

American Zurich Insurance Company

Amica Mutual Insurance Company

Amlin Underwriting Limited

Amtrust at Lloyd's

Amtrust Syndicate 1206

Amy Richardson

Anderson, Scott Lee

Andrea M. Bruce

Andrea Smith

Andrew Cook

Andrew Smith

Andrews, Richard

Anita Anderson

Ann Martin

Anthony Kang

Anthony Medway

Arch Insurance Company

Argo International Holdings Limited

Armed Forces Insurance Company

Armed Forces Insurance Exchange

Ascot Underwriting Limited
Asi Select
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Indemnity Corporation
Atlantic Specialty Insurance Company
Bankers Standard Insurance Company
Barbara J. Wright
Barbara Murray
Barbara Robinson
Barbara West
Bell, Douglas Alexander
Benjamin Moore
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkshire Hathaway AmGUARD Insurance Company
Bill Johnson
Bonnie Davies
Brad Brown
Brad Lyon
Bradford, Robert Ryan
Bradley Keith
Brandon Hill
Brenton Williams
Brian Bell
Brian Hill
Brian Larson
Brian Taylor
Brit Syndicate 2987
Bruce Hall
Buchalter, Elinita
Cal Fire
Calaveras County Water District
California Automobile Insurance Company
California Capital Insurance Company
California Dept of Veterans Affairs
Cameron Ray
Campbell, Anna & Gagnon, George
Canopius Managing Agents Limited
Canopius Syndicate 4444
Carlson, Steven

Carol Campbell

Carol Peterson

Carolyn Hill

Casualty Insurance Company

Catherine Dornan

Century National Insurance Company

Certain Underwriters at Lloyd's London

Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO1044

Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO01163

Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI102892

Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI101819-01

Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. B0507L16360-521

Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU 00402-05

Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. B1353DG1700356000

Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU 03618-01

Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. Nl7NA10020

Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. W1D52B160101

Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673

Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PRPNA1600667

Certain Underwriters at Lloyd's of London, UK, Subscribing to Policy No. B1230AP56189A17

Certain Underwriters at Lloyds, London

Chapman, Barbara Joan

Charlene Perry

Charles Sanchez

Charles Thompson

Charles Walters

Charles Wright

Chris Martin

Chris Paul

Chris Smith

Christine Palmer

Christopher David Jones

Christopher Gavin Hinz

Christopher Howard

Christopher Nolan

Christopher Robinson

Christopher Wilson

Christopher, Steve

Chubb Custom Insurance Company

Chubb Insurance Company of New Jersey

Chubb National Insurance Company

Chun Chu

Cincinnati Insurance Company

Citation Insurance Company

Citizens Insurance Company of America

City of Santa Rosa

Civil Service Employees Insurance Company

Clark, Gregory Charles

Clark, William R.

CNA Insurance Company

Coast National Insurance Company

Colburn, Adam Gregory

Colonial County Mutual Insurance Company

Commerce West Insurance Company

Company National General Insurance Company

Company"

Constitution State Services, LLC

Continental Casualty Company

Continental Insurance Company

Cook, Joshua M.

Copeland, Robert

County of Sonoma

Cox, Haidyn Ray David (A Minor, By and Through Her Guardian Ad Litem Taylor Victoria Harris)

Cox, Tim

Craig Edwards

Craig, Amber Leann; Boitano, Amanda Lynn; Tucker, Jacqueline Leanne Craig; Rhodes, James Tyler; + minors Preslie Leann Tucker and Jordan Allen Tucker through GAL Jacqueline Leann Craig Tucker

Crestbrook Insurance Company

Croft, Robert (Joses); Croft, Robert as trustee of the Goofey Trust UTD August 2012 (Ashton)

Crusader Insurance Company

CSAA Fire & Casualty Insurance Company

CSAA General Insurance Company

CSAA Insurance Exchange

CSE Safeguard Insurance Company

Cynthia Davis

Cynthia Smith

Dale Miller

Dale Thompson
Dalton, Helen L.
Daniel Bennett
Daniel Gallagher
Daniel George
Daniel S. Robbins
Darlene Williams
Dave Turner
David Crane
David Dickinson
David Foster Clemens Jr.
David Hamilton
David Peterson
David Ricci
David Rice
David Yates
Dawn Wright
Day, Timothy
Deborah Jones
Deborah Long
Debra Lynn Roberts
Denise Nelson
Denise Quinn
Dennis Hughes
Depositors Insurance Comp Any, a Nationwide Company
Diamond States Insurance Company
Dillon, Ann
Donald Bowman
Donna Brown
Doty, Robert Lloyd
Douglas Sloan
Dr. Bradley Smith
Earl, Robert M.
Edward Antihony Wright
Edward Gibson
Edward Hartman
Edward Johnson
Edward Warren
Elaine Smith
Elizabeth Anderson
Elizabeth Long

Ellen Hamilton

Emily Clemens

Emily Reese Lee

Employers Mutual Casualty Company

Encompass Insurance Company

Endurance American Specialty Insurance Company

Eric Lindberg

Evanston Insurance Company

Everest Indemnity Insurance Company

Everest National Insurance Company

Farmers Insurance Company of Oregon

Farmers Insurance Company of Washington

Farmers Insurance Exchange

Farmers Specialty Insurance Company

Farrell, James L.

Federal Insurance Company

Federated Mutual Insurance Company

Federated Mutual Insurance Company as Subrogee of Joe's Services

Fidelity & Deposit Company of Maryland

Fidelity and Guaranty Insurance Underwriters Inc.

Fields, Bruce

Finch, Gregory M.

Fire Insurance Exchange

Fireman's Fund Insurance Company

First American Property & Casualty

First American Specialty Insurance

First National Insurance Company

First National Insurance Company of America

First Specialty Insurance Company

Fischer, Lisa Denise, as trustees of the Robert E. and Lisa D. Fischer Family Trust, dated January 8, 2018

Fischer, Robert Emile

Florists' Mutual Insurance Company

Foremost Insurance Company Grand Rapids, Michigan

Foremost Property and Casualty Insurance Company

Foremost Signature Insurance Company

Frank Bell

Franklin, John Michael

Franklin, Scott

Freedom Specialty Insurance Company

Gail Leblanc

Garcia, Kelley Laine

Garrison Property and Casualty Insurance Company

Gary Brown

Gary Lee Drummond

Gary Robertson

Gary Wells

GCube Insurance Services, Inc.

GCube Underwriting Limited

Geico General Insurance Company

Geico Indemnity Company

General Casualty Company of Wisconsin

General Insurance Company of America

General Security Indemnity Insurance Company of AZ

Gerald Smith

Glenn Carlson

Golden Eagle Insurance Corporation

Gotham Insurance Company

Government Employees Insurance Company

Granite State Insurance Company

Grant, Daisy Verna (Joses); Grant, Gary And Pamela A. Grant, As Trustees Of The Grant
2011 Family Estate Plan and The G&P Grant 2011 Family Trust (Ashton)

Grant, Dave

Grant, Gary Richard; Grant, Pamela Anne; Grant, Daisy Verna (Joses); Grant, Gary And
Pamela A. Grant, As Trustees Of The Grant 2011 Family Estate Plan and The G&P Grant
2011 Family Trust (Ashton)

Grant, Pamela Anne

Gray, Robert L.

Great American Alliance Assurance Company

Great American Alliance Insurance Company

Great American E&S Insurance Company

Great American Insurance Company

Great American Insurance Company of New York

Great Northern Insurance Company

Greg McAte Lynch

Greg Montgomery Roberts

Gregory, Robert K.

Guideone Mutual Insurance Company

Guideone Specialty Mutual Insurance Company

Hal Smith

Hallmark Specialty Insurance Company

Hammer, Nancy Kathleen, individually and as trustees of Jack and Marjory Tone Revocable
Trust Dated March 2, 2001

Hanh Nguyen

Hanover American Insurance Company

Harold Hill

Harris, Taylor Victoria

Hartford Accident & Indemnity Company

Hartford Casualty Insurance Company

Hartford Fire Insurance Company

Hartford Underwriters Insurance Company

Hathaway Holdings, LLC (as Doing Business as Joma's Artisan Ice Cream)

HDI Global SE

Helene D. Stevens

Hodson, Cecilia A., As Trustees of the Hodson TrustHodson, Cecilia A. (Individually, And As Trustees Of The Hodson Family Trust) (Joses)

Hodson, Glenn and Hodson, Cecilia A., As Trustees of the Hodson Trust

Hodson, Glenn As Trustees of the Hodson TrustHodson, Glenn (Individually, And As Trustees Of The Hodson Family Trust)

Homesite Insurance Company of California

Howard Brown

Hughes, David Bancroft

Hughes, Keith Raymond (A Minor, By and Through His Guardian Ad Litem Fatima Luceia Bonotan Pagtakhan)

IDS Property Casualty

IDS Property Casualty Insurance Company

Illinois Union Insurance Company

Insurance Company

Integon National Insurance

Integon National Insurance Company

Ironshore

Ironshore Indemnity Inc.

Ironshore Indemnity Inc. a/s/o Charles M. Schulz Museum and Jean Schulz

Irvine, James

James Cassady

James Cronin

James Hart

James Lowe

James Powell

James R. Mckay III

James Redmond

James Seth Roberts

James Shepard

James Smiley Rose

James Smith
James Wells
Janet Baker
Janette Taylor
Jarratt, Richard C.
Jarrell, Robert
Jason Mciver
Jason Wagner
Jeff Horton
Jeffrey Smith
Jeffrey Young
Jennifer Dew
Jennifer Johnson
Jennifer Nichols
Jennifer Stearns
Jennifer Stringer
Jessica Ann Williams
Jessica Harris
Jessica Thompson
Jessie Smith
Joanne Hansen
John Foster
John Jenkins
John Moran
John P. Martin III
John R. Baker
John Robert Orr
John Williams
John Yates
Johnny Smith
Johnson, Brian John (Packet is David Johnson, Administrator for the Estate of Brian J.
Johnson)
Johnson, Ken Evan
Jon Williams
Jones, Mary
Jose Antonio Hernandez
Jose Mata
Jose Torres
Joseph Johnson
Joseph Phillips
Joseph Romano

Juan Lopez

Judith A. Smith

Judith Coffey

Judith Miller

Julie Turner

Karen Brown

Karen Graham

Karen Lee

Kate McDonald

Kate Townsend

Katharine Mclaughlin

Katherine Wells

Kathleen Carter

Keith Hall

Kelly Brewer

Kelly Cody-Mooney

Kelly Jones

Kelly Perkins

Kelly, Debra

Kemper Independence Insurance Company

Ken Brow

Kenneth Smith

Kenneth Turner

Kenneth Welker

Kevin Hall

Kevin Mckay

KILN/RPS

Kim Rose

Kovach, John Alexander

Kraig Michael Kemp

Kristen Schreiber

Kurt Mayer

Landmark American Insurance Company

Landry, Kim Irene

Lanette Perry

Lara Hernandez

Larry Stewart Jr.

Laura McMaster

Laura Smith

Laurence Brown

Lawrence Brown

Lawson, Heidi L.
Lee Martin
Lee, Janet H.
Lefler, Sahara (through GAL Felicity Morton) (Coleman)
Leslie Bell
Leslie Mead
Lewis, Timothy C., Sr.
Lexington Insurance Company
Liberty Insurance Corporation
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Linda Ball
Linda Day
Linda Ida Hart
Linda Miller
Lindsay Benson
Lisa Barnes
Lisa Bennett
Lopez, Anthony Rene
Lopez, Nayella Boe (A Minor, By and Through Her Guardian Ad Litem Anthony Rene Lopez)
Loretta Martin
Lynn Wood
MAPFRE Insurance Company
Marcia Wilson
Marilyn A. Smith
Marilyn Barker
Mark Hansen
Mark Thompson
Mark Turner
Mark Williams
Mark Wilson
Marla Gibson
Marshall, Robert
Martin, George Merriell
Martin, Michael
Martin, Nadine Aderhold (Individually, And As Trustee of The Martin Family Trust, Dated 7-22-99, and As Representative Of The Estate Of Gene Douglas Martin)
Martin, Robert G (related to Dalton, Helen and Shamberger, Ryan)
Mary Ball
Mary Brown
Mary Gray

Mary K. Morrison
Mary K. Riley
Mary Turner
Mason, Ken
Massachusetts Bay Insurance Company
Mathew H. Phillips
Matthew Cookson
Matthew John Plourd
Matthews, Timothy
Maxum Indemnity Company
McKinney, Michael James (Individually, And As Agents of Flicker Oaks LLC and Flicker
Oaks LLC, A California Limited Liability Company)
McMurtry, Judy Alison
MEgan Brown
Mendocino County
Mercury Casualty Company
Metro Direct Property & Casualty Insurance Company
Metropolitan Direct Property & Casualty Insurance Company
Metropolitan Property and Casualty Insurance Company
Meyer, Frank H.
Michael Barrett
Michael Benedict
Michael Brooks
Michael Brown
Michael Erickson
Michael Garcia
Michael Graham
Michael Hill
Michael McCann
Michael McDonald
Michael Miller
Michael Moody
Michael Moore
Michael Ryan
Michael Tracy
Michael Wildman
Michael Wood
Michelle Holmes
Michelle Powers
Michelle Rae Wilson
Michelle Rose Nelson

Mid-Century Insurance Company
Mike Kelly
Mike Williams
Mildred Jane Alexander
Miller, Deborah Laurie (Individually, And As Agents Of Flicker Oaks LLC and Flicker Oaks LLC, A California Limited Liability Company)
Miller, Gary Lee
Miller, Joan Marie
Miller, Michael
Miller, Patrick
Moore, John Cody
Morgan, Lynda Kathleen (Joses)
Nancy Hansen
Napa County'
National Casualty Company
National Fire Insurance of Hartford
National General Insurance Company
National Surety Corporation
National Union Fire Insurance Company of Pittsburgh, PA
Nationwide Affinity Insurance Company
Nationwide Agribusiness Insurance Company
Nationwide Agribusiness Insurance-Naic
Nationwide General Insurance Company
Nationwide Indemnity Company
Nationwide Insurance Comp Any Of America
Nationwide Insurance Company of America
Nationwide Lloyds Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property & Casualty Insurance Comp Any
Nautilus Insurance Company
New Cingular Wireless PCS, LLC
New Hampshire Insurance Company
New York Marine & General Insurance company
Nick Battaglia
Nicolas Robinson
Noble, William
Nonprofits Insurance Alliance Of California
North Light Specialty Insurance Company
Northland Insurance
Norwood, David Betcher

Ohio Security Insurance Company

Oregon Mutual Insurance Company

Pacific Bell Telephone Company

Pacific Property and Casualty Company

Pamela Bailey

Parker, Tracey

Patricia Bradley

Patricia Bright

Patricia Gee

Patricia Smith

Patrick McCann

Paul Arnold

Pauline Pearson

Peerless Indemnity Insurance Company

Peerless Insurance Company

Permanent General Assurance Corporation

Philadelphia Indemnity Insurance Company

Prabhjot Singh, individually and dba Stop & Shop

Praetorian Insurance Company

Pratt, Andrew Macfarlane (Ashton)

Pratt, Charles Fletcher

Privilege Underwriters Reciprocal Exchange

Progressive Casualty Insurance Company

Progressive Direct Insurance Company

Progressive Express Insurance Company

Progressive Select Insurance Company

Progressive West Insurance Company

Property & Casualty Ins. Company Of Hartford

Property and Casualty Insurance Company of Hartford

QBE European Operations

QBE Insurance Corporation

QBE Specialty Insurance Company

Rachel Robinson

Rebecca Anne Parker

Regent Insurance Company

Richard Foster

Richard Turner

Richard V. Maule

Richard Whitaker

Robert Becker

Robert Bell

Robert Brown
Robert C. Bruce
Robert Carter
Robert Dayne Adams
Robert Eldridge
Robert Forbes
Robert Kirby
Robert Miller
Robert Nichols
Robert Phillips
Robert Richardson
Robert Sheridan
Robert Simmons
Robert Skelton
Robert Taylor
Robert Thompson
Robert Walsh
Robert Williams
Roberto Sanchez Quintero
Roberts, Elizabeth Anne
Robertson, James William
Robertson, Lawrence William
Robin Moore
Robinson, Benjamin
Ron Harris
Ron Vaillancourt
Ronald Parker
Ronald Perry
Rosalie Hunter
Rose, Julie
Rose, Ronald
Rosemary J. Redmond
Ross Smith
RSUI Indemnity Company
Russell Wright III
Russett, Kenneth
Ruth Yates
Ryan McCann
Safeco Insurance Company of America
Safeco Insurance Company Of Illinois
Sally Thorp

Sandra Bennett

Sandra Crabtree

Sara Moore

Sarah Collins

Sarah Evans

Schubert, Ronald Gerhart (As Representatives Of The Murray Creek Homeowners Association)

Schulz, Robert

Scott Gray

Scott Norman

Scott Petersen

Scott, Robert A.

Scottsdale Indemnity Company

Scottsdale Insurance Company

Scottsdale Surplus Lines Insurance Company

Sean Turner

Security National Insurance Company

Sentinel Insurance Company

Sentinel Insurance Company, LTD.

Sentry Insurance A Mutual Company

Sentry Select Insurance Company Universal North America

Sequoia Insurance Company

Shannon Kathleen Cowen

Sharon Brown

Sharon L. Jones

Sharon Ward

Sharon Williams

Shawn Page

Shona Smith

Singer, Daniel W. (Individually, And As Trustee of The Daniel W. Singer 2004 Separate Property Trust

Singh, Baljit (A Minor, By And Through His Guardian Ad Litem, Surjit Singh)

Singh, Charanjit

Singh, Surjit

Smith, Barbara (Bobbie)

Smith, Gerald (Larry)

Smith, Glenn Maurice

Smith, Jay R.

Smith, Kimberly Ann

Smith, Paula Ray

Smith, Scott Ryan

Sonoma County Agricultural Preservation and Open Space District

Sonoma County Community Development Commission

Sonoma Valley County Sanitation District

Sparks, Spencer

St Paul Fire And Marine

Standard Guaranty Insurance Company

Starr Surplus Lines Insurance Company

State Farm General Insurance Company

State Farm Mutual Automobile Insurance Company

State Farm Mutual Automobile Insurance Company

Steadfast Insurance Company

Stephanie Johnson

Stephen Clifford

Steve Thomson

Steve Wilson

Steven Cox

Steven Lee

Steven Moore

Stevens, Eva

Stevens, Richard Paul (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7-28-08)

Stevens, Richard Paul, Jr. (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7-28-08)

Stewart, Karen Ann

Stillwater Insurance Company

Stillwater Property & Casualty Insurance Company

Stuart Glass

Susan Miller

Susan Smith

Susan Spencer

Talley, Michael

Tamara Smith

Taylor, Charlotte Adele (A Minor, By And Through Her Guardian Ad Litem Erica Marie Bettencourt)

Technology Insurance Company, Inc.

Terri Brooks

Testa Environmental Corporation, a California corporation (Bayer)

The Brown Revocable Trust, With Donald M. Brown

The Dentists Insurance Company

The North River Insurance

The Northfield Insurance Co.

The Ohio Casualty Insurance Company

The Standard Fire Insurance Company

The Travelers Home And Marine Insurance Company

The Travelers Indemnity Company

The Travelers Indemnity Company Of America

Thom, Carol

Thomas A. McCoy

Thomas Bernard Oliver

Thomas Gardner

Thomas Morris

Thomas Taylor

Thomas Vandergrift

Thomas, Julie (through GAL Marc Thomas) (Coleman)

Thomas, Julie Ann (A Minor, By And Through Her Guardian Ad Litem, Marc Michael Thomas)

Thomas, Marc M.

Thomas, Marc Michael

Thomas, Susan K. (Rush)

Thomas, Susan Kirby

Thomas, Thomas Robert

Thompson, James A. & Joanne H.

Thompson, Joanne H.

Those Certain Underwriters Subscribing To Policy No. Amr-5293702 As Subrogee Of Thayer Lodging Group

Those Certain Underwriters Subscribing To Policy No. Buhv02036 As Subrogee Of Paul Machle, Kathleen Jordan, James Cummings, and Julia Jordan

Those Certain Underwriters Subscribing To Policy No. Hvh11201 As Subrogee Of Eugenia G And Michael R Carter

Those Certain Underwriters Subscribing To Policy No. Hvh11294 As Subrogee Of Raymond And Emily Conway

Those Certain Underwriters Subscribing To Policy No. Hvh11374 As Subrogee Of James Caldwell And Jan E. Mcfarland

Those Certain Underwriters Subscribing To Policy No. Pha034S17Aa As Subrogee Of Mark Smith

Those Certain Underwriters Subscribing To Policy No. Pj1700047Ab As Subrogee Of California Joint Powers Risk Management Authority (City Of Santa Rosa)

Those Certain Underwriters Subscribing To Policy No. Pj1700047Ac As Subrogee Of California Joint Powers Risk Management Authority (City Of Vallejo)

Those Certain Underwriters Subscribing To Policy No. Prpna1701248 As Subrogee Of Starwood Capital Group Lp

Those Certain Underwriters Subscribing To Policy No. Ptnam1701313/010 As Subrogee Of Ashford Inc.

Those Certain Underwriters Subscribing To Policy No. Vb0464554Rs As Subrogee Of Martha Simon And Joe Marino

Those Certain Underwriters Subscribing To Policy No.Prpna1701498 As Subrogee Of Atrium
  Holding Company/Sonoma Hilton
Timothy Wilkinson
Tokio Marine Kiln, London
Topa Insurance Company
Tower Select Insurance Company
Transportation Insurance Company
Travelers Casualty Insurance Company Of America
Travelers Commercial Insurance Company
Travelers Indemnity Company Of Connecticut
Travelers Indemnity of CT
Travelers Insurance Company of America
Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
Travis Martin, minor through GAL Shannon Baird-Martin
Trevor Hughes
Trumbull Insurance Company
Tudor Insurance Company
Twin City Fire Insurance Company
Tyler, Richard
U.S. Attorneys - Office San Francisco
Unigard Insurance Company
United Financial Casualty Company
United Fire & Casualty Company
United National Insurance Company
United Services Automobile Association
Untied States Fire Insurance Company
USAA Casualty Insurance Company
USAA General Indemnity Company
USAA General Indemnity Company and Garrison Property
Valley Forge Insurance Company
Vanessa Smith
Vanessa Stark
Vera Kay Pearson
Vicki Davis
Victor Pugh
Victor Rodriguez
Victoria Insurance Company
Vigilant Insurance Company
Voyager Indemnity Insurance Company
Walker, Allyson (Amerman)

Walker, James W. (Adams)
Wallace, Belinda J.
Walters, Brian
Wawanesa General Insurance
Wawanesa General Insurance Company
Wayne Brown
Wayne Smith
Webb, Charles Benjamin
Wesco Insurance Company
West American Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
Western Mutual Insurance Company
Western World Insurance Company
Westport Insurance Corporation
White, Thomas
William Blevins
William Butler
William E. Stevens
William Hopper
William Hunt
William Kirk
William Lee
William M. Morrison
William Martin
William Moore
Williams, Bonnie Sue
Williams, Dean Lee
Williams, Patricia Ann
Williams, Richard Allen
Williams, Timothy
Wilson, Jonathan
Wilson, Marianne
Wilson, Rosemary
XL Insurance America, Inc.
Yang Zhang
Yi Ya
Yong Sook Kim (Amerman)
Young, David
Young, Marilyn
Zenith Insurance Company

Zurich American Insurance Company

Litigation Parties (in adversary 19-03003)
  Exelon Corporation
  AV Solar Ranch 1, LLC
  Consolidated Edison Development, Inc.
  FTP Power LLC
  Enel Green Power North America
  Capital Dynamics, Inc.
  Calpine Corporation
  Federal Energy Regulatory Commission
  NextEra Energy, Inc.
  First Solar, Inc.
  Willow Springs Solar 3, LLC
  Vantage Wind Energy LLC
  Mojave Solar LLC
  Consolidated Edison Development, Inc.

Ad Hoc Committee of Unsecured Tort Claimant Creditors
  DLA Piper LLP (US)

Non-Debtors Professionals
  Cardno, Inc.
  Clarence Dyer & Cohen LLP
  Complete Discovery Source Inc
  Economic Research Services, Inc. (dba ERS Group)
  Exponent, Inc.
  FTI
  Iron Mountain
  J. Frank Associates, LLC (dba Joele Frank, Wilkinson Brimmer Katcher)
  John Ashford (dba The Hawthorn Group)
  Latham & Watkins LLP
  McDermott, Will & Emery LLP
  Milbak Tweed Hadley & McCloy LLP
  Morrison & Foerster LLP
  Nielsen, Merksamer, Parrinello, Gross & Leoni, LLP
  Paul, Weiss, Rifkind, Wharton & Garrison LLP
  PricewaterhouseCoopers LLP
  Proskauer Rose LLP
  Quanta Technology
  Ropes & Gray LLP

Rothschild
S2C Pacific LLC
Simpson Thacher & Bartlett
Stroock & Stroock & Lavan LLP
TeamBuilders, Inc (dba Aerial Services)
The Stanton Park Group
Veritext Corp (dba Sarnoff Court Reporters or Western Regional Headquarters)
Wilmer Hale
Wilson Sonsini Goodrich & Rosati, P.C.

Ordinary Course Professionals
Alvarado Smith
Amanda C. Lewis
Archer Norris
Boersch Shapiro
Burke, Williams & Sorenson, LLP
Clarence Dyer & Cohen
Coblentz Patch
Cooley
Cox, Castle & Nicholson
Danning, Gill, Diamond & Kollitz
Davis Polk & Wardwell LLP
Dodge
Egoscue
Egoscue Law Group
Eversheds - Sutherland
Farella Braun
Friedman & Springwater
Greenberg Traurig
Groom Law
Hanson Bridgett
Horvitz & Levy
Hunton Andrews Kurth
J. Drew Page
Jackson Lewis P.C.
Jenner & Block LLP
Kronenberg Law, P.C.
Latham & Watkins
Lee Law Offices
LimNexus LLP
Lisa Nicol

Littler Mendelson
Manatt Phelps
Mayer Brown LLP
Miller Chevalier
Morrison & Foerster
Moya
Munger Tolles
Nielsen Merksamer
Nixon Peabody
Noland, Hamerly, Etienne & Hoss
Norton Rose
Nossaman LLP
Paragon
Paul Hastings
Pillsbury
PWC
Redgrave
Redgrave
Sanchez & Amador
Sedgwick
Sheppard Mullin
Sidley Austin
Sinnott, Puebla, Campagne & Curet
Steptoe & Johnson
Troutman Sanders
Van Ness Feldman
Vedder Price
White & Case
Wilmer Hale
Winston & Strawn
Work/Environment Law Group

Letters of Credit
California Department of Fish and Game
California Department of Fish and Wildlife
CAISO - California Independent System Operator (CAISO)
California Public Utilities Commission
California State Water Resources Control
California Department of Fish and WildLife
City of Oakland
Department of Labor

Natural Gas Exchange
Port of Oakland
Port of San Francisco
San Francisco Port Commission
Shasta County
State Water Resources Control Board

Regulatory and Government (Federal, State and Local)
 Alameda County District Attorney - Nancy E. O'Malley
 Alpine County District Attorney - Michael Atwell
 Attorney General for the State of California (Xavier Becerra)
 Butte County District Attorney - Amanda Hopper
 Calaveras County District Attorney - Barbara Yook
 California Air Resources Board
 California Department of Forestry and Fire Protection
 California Department of Insurance
 California Energy Resources Conservation and Development Commission
 California Independent System Operator (CAISO)
 California Public Utilities Commission
 California State Water Resources Control Board
 California Water Board
 Central Coast Board Central Coast Regional Water Quality Control Board
 Central Coast Regional Water Quality Control Board
 City of Santa Rosa
 Colusa County District Attorney - Matthew R. Beauchamp
 Contra Costa County District Attorney - Diana Becton
 Del Norte County District Attorney - Katherine Micks
 Department of Toxic Substances Control
 El Dorado County District Attorney - Vern Pierson
 Environmental Protection Agency
 European Mutual Association for Nuclear Insurance
 Federal Energy Regulatory
 Federal Energy Regulatory Commission (FERC)
 Fresno County District Attorney - Lisa A. Smittcamp
 Glenn County District Attorney - Dwayne R. Stewart
 Humboldt County District Attorney - Maggie Fleming
 Imperial County District Attorney - Gilbert Otero
 Internal Revenue Service
 Inyo County District Attorney - Thomas L. Hardy
 Kern County District Attorney - Lisa Green
 Kings County District Attorney - Keith Fagundes

Lake County District Attorney - Don A. Anderson
Lassen County District Attorney - Stacey Montgomery
Los Angeles County District Attorney - Jackie Lacey
Madera County District Attorney - David A. Linn
Marin County District Attorney - Edward Berberian
Mariposa County District Attorney - Thomas K. Cooke
Mendocino County District Attorney - C. David Eyster
Merced County District Attorney - Larry D. Morse
Modoc County District Attorney - Jordan Funk
Mono County District Attorney - Tim Kendall
Monterey County District Attorney - Dean Flippo
Napa County District Attorney - Allison Haley
National Transportation Safety Board (NTSB)
Nevada County District Attorney - Clifford Newell
Nuclear Electric Insurance Limited
Nuclear Regulatory Commission
Nuclear Regulatory Commission (NRC)
Orange County District Attorney - Tony Rackauckas
Pipelines and Hazardous Materials Safety Administrations (part of DOT)
Placer County District Attorney - R. Scott Owens
Plumas County District Attorney - David D. Hollister
Riverside County District Attorney - Mike Hestrin
Sacramento County District Attorney -Anne Marie Schubert
San Benito County District Attorney - Candice Hooper-Mancino
San Bernardino County District Attorney - Michael A. Ramos
San Diego County District Attorney - Summer Stephan
San Francisco County District Attorney - George Gascón
San Joaquin County District Attorney - Tori Verber Salazar
San Luis Obispo County District Attorney - Dan Dow
San Mateo County District Attorney - Stephen M. Wagstaffe
Santa Barbara County District Attorney - Joyce Dudley
Santa Clara County District Attorney - Jeffrey F. Rosen
Santa Cruz County District Attorney - Jeffrey S. Rosell
Shasta County District Attorney - Stephen S. Carlton
Sierra County District Attorney - Lawrence Allen
Siskiyou County District Attorney - J. Kirk Andrus
Solano County District Attorney - Krishna A. Abrams
Sonoma County District Attorney - Jill Ravitch
Stanislaus County District Attorney - Birgit Fladager
State of California Office of Emergency Services
Tehama County District Attorney - Gregg Cohen

Trinity County District Attorney - Eric L. Heryford
Tulare County District Attorney - Tim Ward
Tuolumne County District Attorney - Laura Krieg
U.S. Department of Energy
U.S. Department of the Interior
U.S. Department of Transportation
U.S. District Attorney California, Central- Nicola T. Hanna
U.S. District Attorney California, Eastern- McGregor W. Scott
U.S. District Attorney California, Southern- Adam L. Braverman
U.S. Environmental Protection Agency
U.S. Securities and Exchange Commission
United States of America
US Nuclear Regulatory Commission
US Nuclear Regulatory Commission
US Securities and Exchange Commission
Yolo County District Attorney - Jeff Reisig
Yuba County District Attorney - Patrick McGrath

DIP Lenders
Bank of America Merrill Lynch
Bank of America, N.A.
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global
Blaylock
BNP Paribas
California Infrastructure and Economic Development Bank
California Pollution Control Financing Authority
Canadian Imperial Bank of Commerce, NY Agency
CastleOak
Citibank, N.A.
Citigroup Global Markets Inc.
Deutsche
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
Lehman Brothers
Loop
Mellon Bank Boston
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mizuho Bank, Ltd.

Mizuho Corporate Bank, Ltd.
Morgan Stanley Bank/ Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
RBS
Royal Bank of Canada
Sumitomo Mitsui Banking Corporation
TD Bank, N.A.
The Bank of New York Mellon, N.A.
The Bank of New York Trust Company, N.A.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
U.S. Bank National Association
UBS
UBS Securities
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Securities LLC
Williams Capital

Significant Competitors
San Diego Gas & Electric Company
Southern California Edison Company

Significant Shareholders (more than 5% of equity)
BlackRock, Inc.
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Significant holder of voting securities
Baupost GroupSSgA Funds Management (The)
BlackRock Fund Advisors
Blue Mountain Capital Management LLC
Elliott Management
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Alameda County Tax Collector
Alpine County Tax Collector
Butte County Tax Collector
Calaveras County Tax Collector
California Board of Equalization
California Department of Finance
California Department of Tax and Fee Administration

California Department of the Treasury
California Franchise Tax Board
California Public Utilities Commission
City and County of San Francisco
Colusa County Tax Collector
Contra Costa County Treasurer-Tax Collector
County of Nevada
County of Santa Barbara
County of San Diego
County of Santa Clara Department of Tax and Collections
Department of Tax and Collections
El Dorado County Tax Collector
Fresno County Tax Collector
Glenn County Tax Collector Department of Finance
Humboldt County Tax Collector
Internal Revenue Services (Department of the Treasury)
Kern County Tax Collector
Kings County Tax Collector
Lake County Tax Collector
Lassen County Tax Collector
Madera County Tax Collector
Marin County Tax Collector
Mariposa County Tax Collector
Mendocino County Tax Collector
Merced County Tax Collector
Modoc County Tax Collector
Monterey County Tax Collector
Napa County Tax Collector
Nevada County
Placer County Tax Collector
Plumas County Tax Collector
Sacramento County
San Benito County Treasurer-Tax Collector
San Bernardino County Tax Collector
San Joaquin County Tax Collector
San Luis Obispo County Tax Collector
San Mateo County Tax Collector
Santa Barbara County
Santa Clara County
Santa Cruz County
SDCTTC

Shasta County Tax Collector
Sierra County Tax Collector
Siskiyou County Tax Collector
Solano County Treasurer
Sonoma County Tax Collector
Stanislaus County Tax Collector
Tehama Tax Collector
Treasurer-Tax Collector
Trinity County
Trinity Tax Collector
Tulare County Treasurer-Tax Collector
Tuolumne County
Tuolumne Tax Collector
Yuba County Tax Collector

Top Unsecured Creditors

Agile Sourcing Partners Inc.
Agua Caliente Solar LLC
ARB Inc.
AV Solar Ranch 1 LLC
Bank of America
Bank of New York Mellon
Barnard Pipeline Inc.
Black & Veatch Construction, Inc.
BP Energy Co.
California Dept. of Water Resources
Calpine King City Cogen LLC
Ch2m Hill Engineers Inc.
Citibank, N.A.
Cognizant Worldwide Limited
Crockett Cogeneration LP
Cupertino Electric Inc.
DDB Worldwide Communications Group
Desert Sunlight Investment Holdings
Deutsche Bank
DTE Energy Services
Edf Trading North America LLC
Energy Systems Group LLC
ERM-West Inc.
Exelon Corporation

Genesis Solar LLC
Genon Marsh Landing LLC
Geysers Power Company LLC
High Plain Ranch II LLLC
ICE NGX Canada Inc.
Jonah Energy LLC
Louisiana Energy Services LP
Macquarie Energy LLC
McKinsey & Company Inc. - U S
Meter Readings Holding LLC
Mizuho
Mt. Poso Cogeneration Company
MUFG
Myers Power Products Inc.
Occidental Energy Marketing Inc.
Onesource Supply Solutions LLC
Oracle America Inc.
Panoche Energy Center LLC
Phillips and Jordan
Pivot Interiors Inc.
Quanta Energy Services LLC
Roebbelen Contracting Inc.
Russell City Energy Company LLC
Siemens Industry Inc.
Southwire Company
TATA America International Corp.
The Bank of New York Mellon
Topaz Solar Farms LLC
Turner Construction Company
Ultra Petroleum Corp
Urenco Limited
Wells Fargo
Westinghouse Electric Co. LLC
World Wide Technology Inc.

Unsecured Notes
Bank of America Merrill Lynch
Bank of America, N.A.
Bank of New York Mellon
Barclays Bank PLC
Barclays Capital Inc.

Barclays Global
Blaylock
BNP Paribas
California Infrastructure and Economic Development Bank
California Pollution Control Financing Authority
Canadian Imperial Bank of Commerce
Canadian Imperial Bank of Commerce, NY Agency
CastleOak
Citi
Citibank, N.A.
Citigroup Global Markets Inc.
Deutsche Bank
Goldman Sachs
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
Lehman Brothers
Loop
Mellon Bank Boston
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mizuho Bank, Ltd.
Mizuho Corporate Bank, Ltd.
Morgan Stanley
Morgan Stanley Bank/ Morgan Stanley Senior Funding
Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
Ramirez
Royal Bank of Scotland ("RBS")
Royal Bank of Canada
Royal Bank of Canada (RBC)
Sumitomo Mitsui Banking Corporation
TD Bank, N.A.
TD Securities
The Bank of New York Mellon, N.A.
The Bank of New York Trust Company, N.A.
The Bank of Tokyo-Mitsubishi UFJ, Ltd
U.S. Bank National Association
UBS Investment Bank
US Bank
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association

Wells Fargo Securities LLC
Williams Capital

UCC Lien Holders
  Altec Capital Services, LLC
  Canon Solutions America, Inc.
  Dell Financial Services L.L.C.
  Dell Financial Services, L.P.
  Employment Development Department
  Gelco Corporation d//b/a GE Fleet Services
  Great West Life and Annuity Insurance Company
  Internal Revenue Service ("IRS")
  IRS /Ohio – says termination on summary
  Key Government Finance, Inc.
  MassMutual Asset Finance LLC
  Natural Gas Exchange Inc.
  Pitney Bowes Global Financial Services LLC
  RDO Equipment Co.
  State of California
  State of California – Taxation
  Sterling National Bank
  Storage Technology Corp.
  Sunflower Bank, National Association
  U.S Bank Equipment Finance, a division of U.S. Bank National Association
  United Financial of Illinois Inc.
  United Financial of Illinois, Inc.
  Wells Fargo Bank
  Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051

Unions
International Brotherhood of Electrical Workers
International Brotherhood of Electrical Workers Local 1245
Service Employees International

Office of the United States Trustee for Region 17
N/A

Utility Providers
  Alameda County Water
  Amador Water Agency
  American Messaging Services LLC
  American Water Services

Amerigas Propane
AT&T
AT&T Corp.
AT&T Mobility II LLC
AT&T Network
AT&T PCS Wireless Services
Basin Properties
Bella Vista Water
Bright House Networks LLC
Calaveras Telephone Co
California American Water
California Water Service
California Water Service Bakersfield
Central Valley Waste
Charter Communications
Citizens Telecommunications
City of Antioch
City of Bakersfield
City of Buellton
City of Clovis
City of Concord
City of Daly City
City of Davis
City of Dinuba
City of Eureka
City of Folsom
City of Fresno
City of Gilroy
City of Hollister
City of Jackson
City of Livermore
City of Lodi
City of Los Banos
City of Manteca
City of Menlo Park
City of Merced
City of Morgan Hill
City of Mountain View
City of Napa
City of Oakdale
City of Petaluma

City of Placerville
City of Redding
City of Redwood
City of Roseville
City of Sacramento
City of San Bruno
City of San Luis Obispo
City of Santa Maria
City of Santa Rosa
City of Stockton
City of Taft
City of Tracy
City of Vacaville
City of Vallejo
City of Wasco
City of West Sacramento
City of Willits
City of Winters
City of Woodland
Clearwire
Comcast
Contra Costa Water District
County of Nevada Dept of Sanitation
County of Shasta
County of Yuba (Yuba County Community)
Cox PCS - Sprint Spectrum
Crown Castle
Cupertino
Dept of Industrial Relations (State of California)
Dixon
Edge Wireless
El Dorado Irrigation Dist
Equinix Inc.
Extenet System
Fremont
Fresno Fire Department
Frontier Communications
Frontier Communications of America
Globalstar USA
Golden State Towers
Greenwaste of Tehama

Highlands Water Company
Hornitos Telephone Co.
Integra Telecom
Kerman Telephone Co.
Kern County Waste Management
Lake County Special District
Level 3 Communications LLC
Livermore
Marin Municipal Water District
Mediacom Communications Corp
Metricom, PCS
Metro, PCS California LLC
Modesto Irrigation Dist - MID
Modesto Irrigation District
Monterey Regional Water
New Cingular Wireless Services
New Cingular Wireless Services
Nextel Communications
Nextel of California, Inc., a Delaware Corp.
Novato Disposal Service
Oakdale Irrigation District
Oakland, City of (Alarms)
Pacific Bell Telephone Company
Petaluma Refuse & Recylcing
Pinnacles Telephone CO.
Placer County Water Agency
Recology Auburn Placer
Recology Golden Gate
Recology Grover Environmental
Recology Humboldt County
Recology San Mateo County
Recology Sonoma Marin
Recology South Bay
Recology South Valley
Recology Sunset Scavenger Co
Recology Vacaville Solano
Recology Vallejo
Recology Yuba-Sutter
Recology-Butte Colusa
Redding, City of
Republic Services

Republic Services San Jose
Republic Services/Allied Waste
Republic Services/Allied Waste Services
Republic Services/Allied Waste Services
Republic Services/Richmond Sanitary Service (Richmond Sanitary Service)
Republic Services/Solano Garbage Co #846
Roseville, City of
Sacramento Municipal Utility Dist - SMUD
Sacramento Municipal Utility District
San Joaquin Co. Sheriff
San Jose
San Jose Water Co
San Luis Garbage  (Coastal Rolloff Service)
San Luis Obispo, City of
Santa Clara Valley Water Dist.
Santa Clara Valley Water District
Santa Maria, City of
Santa Rosa, City of
Satcom Global FZE
SBA Communications Corporation
Selma
SFPUC - San Fran Water Dept
Sierra Telphone CO. Inc.
South County Sanitary
South San Francisco Scavenger
Southern California Edison
Southern California Gas
Southwestern Bell Telephone LP
Sprint
Sprint Nextel Property Services
Sprint Spectrum
Sprint Spectrum- Nextel
Stockton
Stockton Scavengers
Stockton, City of
Suburban Propane
Suddenlink Communications
Surewest Directories
Taft, City of
TDS Telecom
The Promontory

TMO CA/NV LLC, formerly known as Pacific Bell Wireless LLC
T-Mobile USA
T-Mobile West
Total Waste Systems of Mariposa
Town of Paradise
Tracy, City of
Turlock Irrigation Dist – TID
U.S. Cellular
Ubiquitel, LLC
US Cellular
US Telepacific Corp.
USA Mobility Wireless Inc.
USA Waste of California
Utility Management Services (UMS)
Vacaville, City of
Vallejo Sanitation and Flood Control District (VSFCD)
Vallejo, City of
Verizon (Airtouch)
Verizon Business Network Services
Verizon Network Operations
Verizon Wireless
Verizon Wireless  - Network Real Estate C
Volcano Telephone Co.
Wasco, City of
Waste Management - Fresno
Waste Management - Ukiah
Waste Management - USA Waste of California
Waste Management of Alameda
Waste Management of Antelope Valley
Waste Management of Corning
Waste Management of Fort Bragg
Waste Management of Nevada
Waste Management of North Valley Disposal
WaveDivision Holdings LLC
West Kern Water District
West Sacramento, City of
West Valley Sanitation District/Santa Clara County
Willits, City of
Willow Creek Community
Willows
Woodland, City of

Zayo Group Holdings Inc.

Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)

**Suppliers**
Aclara Technologies LLC
Silver Spring Networks, Inc.
Westinghouse

**Vendors**
3 Phase Line Construction Inc.
A G Engineering
ABB Inc.
ABM Building Solutions, LLC
ACCO Engineered Systems Inc
Aclara Technologies LLC - California
ADP, Inc.
Advanced Environmental Group, Inc.
Advanced Geological Services, Inc.
AECOM Technical Services, Inc.
Aerotek Inc.
Ahtna Government Services Corporation
Air Systems Inc
Airgas Specialty Products
Airgas USA, LLC (NORTHERN CALI & NEVADA REGION)
ALB Incorporated
Alcal Specialty Contracting, Inc.
All Tech Welding
Alliance Roofing Company, Inc
Allied Reliability, Inc.
Allied Universal
Allstate Power Vac, Inc.
Alltech Services Inc
Alpine Power Systems, Inc.
Amec Foster Wheeler Environment & Infrastructure, Inc.
Ameresco Inc - Federal
American Air Filter Company, Inc. - Power & Industrial Division
American Governor Co.
American Hydro Corporation
Ametek Solidstate Controls

Ampirical Solutions, LLC
Anamet Inc
Applus RTD USA, Inc.
APTIM Environmental & Sustainability
Aqua Drill International
Aquatech International LLC
ARB, Inc. Oil & Gas Division
Arcadis U.S., Inc.
Archrock
Asplundh Construction LLC region 208
Associated Right of Way Services, Inc.
ATI Trucking, LLC
Atlantic Plant Maintenance
Atlas Copco
Automated Precision
AVANTech Incorporated
Aviat U.S. Inc.
AVI-SPL, Inc.
AZCO Inc
AZZ WSI LLC
Babcock & Wilcox Construction Co., Inc.
Badger Daylighting Corp.
Baker Hughes Process & Pipeline Services
Baker Hughes US Land
BakerCorp
Barnard Construction Company, Inc.
Barnard Pipeline Inc
Barnhart Crane and Rigging Co.
Barry-Wehmiller Design Group,  Inc.
Basin Valve Company
Bay City Mechanical Inc.
BC Laboratories Inc.
BFW Coupling Services Limited
Black & Veatch Corporation
Blaine Tech Services
Blair, Church and Flynn Consulting Engineers, Inc.
Blue Iron Foundations and Shoring, LLC
Blue Rock Services, Inc.
BlueLine Rental, LLC
Boart Longyear M&E Drilling Services
Bolttech-Mannings, Inc.

Brace Integrated Services Inc.
Braden Manufacturing
Brand Industrial Services, Inc.
BrightView Landscape Services, Inc.
Brock Services, LLC
Burns & McDonnell Engineering, Inc.
C.A.R.P.I. U.S.A. Inc.
C.I. Actuation (Charbonneau Industries), Inc.
Cal Engineering Solutions, Inc.
Cal Vada Surveying, Inc.
California Drywall Company
Caltrol Inc.
Caltrop Corporation
Cameron International Corporation
Cape Environmental Management Incorporated
Cardno Inc.
Cascade Drilling, L.P.
Cascade Energy
Cedar Creek Corporation
Cenergy International Services LLC
CH2M HILL Engineers, Inc.
CHA Consulting, Inc.
ChemTreat, Inc.
CIRCOR Reliability Services Company
Clean Energy
Clean Harbors Environmental Services Inc.
CMC Steel Fabricators, Inc
CMC Traffic Control Specialist, Inc.
Coast to Coast Inspection Services Inc.
Coastal Chemical Co. L.L.C.
Coastal Paving Inc.
Coates Field Service, Inc.
Commercial Systems
Concur
ConeTec Investigations Ltd.
Construction Helicopters, Inc.
Contra Costa Electric Inc.
Control Components, Inc. - CCI
Control Solutions, Inc.
Corrosion Service Company Limited
Corrpro Companies, Inc.

Cosco Fire Protection, Inc.
COWI North America, Inc.
Crane Nuclear, Inc.
Craneworks, Inc.
CROSSFIRE CONSTRUCTION COMPANY
Crown Energy Services, Inc.
Crown Services
Crux Subsurface, Inc.
Cryogenic Transportation LLC (Division of KAG)
CTI and Associates, Inc.
Cudd Pressure Control, Inc.
Cummins Pacific
Cupertino Electric, Inc.
Curtiss-Wright Flow Control Service Corporation
Cutsforth, Inc.
Cypress Envirosystems, Inc.
D K Enterprises, Inc
Daniel Garrett
Dashiell Corporation/Dacon Corporation
Davey Tree Surgery Company
DeAngelo Brothers, LLC
Delta Star Inc.
Dimitra Zalarvis-Chase Consulting
DNV GL Energy Services USA Inc.
DNV GL USA, Inc.
DoC Mapping, LLC.
Donald S. MacLean Inc.
Doug Ross, Inc.
DPR Construction, Inc.
Dresser-Rand Co/ Dresser-Rand Services/ Field Services/ Arrow Services
Dudek
Dynamic Ratings, Inc
E2 Consulting Engineers Inc
Eaton Corporation
Edison Power Constructors, Inc.
Electrosonic Inc.
Elliott Company-Technical Services
Emerald Transformer Western States
EN Engineering, L.L.C.
Enercon Services, Inc.
Energy Experts International

Energy Management Solutions
Energy Systems Group, LLC
EnergySolutions, LLC
Enovity Inc
Entact, LLC
EnviroCal Inc.
Environment One Corporation
Environmental Resources Management (ERM)
Environmental Systems Inc of Northern California
Eppler
Eric Ross
Erickson Incorporated
Ethos Energy Field Services, LLC.
ETIC
Evans Consoles Incorporated
Evoqua Water Technologies LLC
Exponent, Inc.
Expro Americas, LLC - Flarestack and Pipeline Services
Extreme Plastics Plus, LLC
F.D. Thomas, Inc
Far Western Anthropological Research Group, Inc.
Farwest Insulation Contracting
Federal Signal Corporation - Field Service Division
Ferreira Construction Co., Inc.
Fibrwrap Construction, Inc.
First Alarm Security & Patrol, Inc.
Five Points Construction Co., Inc.
Fluor Corporation
Framatome Inc.
Frank M Booth Inc
Fuel Cell Energy Inc.
Fugro USA Land, Inc.
Fugro USA Marine, Inc.
G4S Secure Integration LLC
G4S Secure Solutions (USA) Inc.
Garcia & Associates
Garratt-Callahan Company
Gas Transmission Systems, Inc.
GE Oil & Gas - North America
GE Renewable Energy
GEI Consultants, Inc.

General Construction
General Electric International Inc.
General Electric International Inc. - Power Services
GeoEngineers, Inc.
GeoStabilization International
GeoSyntec Consultants Inc
GEOVision Inc
GHD Services Inc.
Ghilotti Bros., Inc.
Golder Associates Inc.
Granite Construction Company
Great Lakes Environmental & Infrastructure
Gregg Drilling & Testing, Inc.
Gulf Interstate Engineering Company
H & E Equipment Services, Inc.
Haas Group International
Hach Company
Haley & Aldrich Inc., its subsidiaries and affiliates
Halliburton U.S. Onshore
Harder Mechanical Contractors Inc.
Hayward Baker Inc.
HCI Inc. Bakersfield Division
HDR Engineering, Inc.
Heliqwest International Inc
Henkels & McCoy, Inc.
Hensel Phelps Construction Co.
Hickman Utility Inc
Hillcrest Sheet Metal, A Division of Mesa Energy Systems Inc.
HMT LLC
Hoffman Southwest Corp.  DBA Professional Pipe Services
Holdrege & Kull Consulting Engineers & Geologist
Holt of California
Holtec International
Horizon Consulting Inc
HPS Mechanical, Inc.
Hydratight Operations, Inc.
ICF Consulting Group, Inc.
Innovative Construction Solutions
In-Place Machining Company, LLC
Insignia Environmental
Insituform Technologies, LLC

Inspection Services, Inc.
InspecTools, Inc.
Instrument & Valve Services Company
Intech Mechanical
Integra Services Technologies, Inc.
Integrated Power Services
Intelligent Technologies and Services, Inc.
Intermountain Electric Company
International Line Builders, Inc.
Intren, LLC
Inyon Corrosion Services, LLC
JANX
JCC, Inc.
JH Kelly LLC
John Crane Inc.
Johnson Controls Inc. - Central Region
Johnson Controls Inc. - Systems and Services North America
J-W Power Company
Kenny Construction Company
Kevin Moore
Keystone Aerial Surveys, Inc.
Kiefner and Associates, Inc
Kiewit Power
Kleinfelder, Inc.
Kone, Inc.
Konecranes, Inc.
KSB, Inc.
KUMA Corporation
kV Structures, Inc.
L.B. Foster Rail Technologies Incorporated
Laron Incorporated
Layfield USA Corp.
Leidos Engineering, LLC
Lewis-Goetz and Company, Inc.
LinTec Corporation
Lonestar West Services LLC
Louis Berger U.S., INC
Loy Clark Pipeline Company
Lyles Utility Construction LLC
M V Construction, Inc
Magnetech Industrial Services

Marelich Mechanical Co., Inc.
Mark Thomas & Company Inc
Mashburn Transportation Services, Inc.
Maskell Pipe & Supply, Inc.
Master-Lee Energy Services, Inc.
Materials Testing Inc
Maxim Crane Works, L.P.
MCE Corporation
McGuire and Hester
McMillen Jacobs Associates, Inc.
MDR Inc
Mead & Hunt, Inc.
Mears Group Inc.
MESA
Michels Corporation
Michels Power
Milbar Hydro-Test, Inc.
MISTRAS Group, Inc.
Mitsubishi Electric Power Products, Inc. - Substation Division
Mitsubishi Hitachi Power Systems Americas, Inc.
MK Consulting Services, Inc.
MOC Incorporated
Mollie B Stearns DBA Onsite
Montrose Air Quality Services, LLC
Mott MacDonald, LLC
MRC Global Inc.
MSF INC
MUTI-SII, Inc.
Myers Power Products, Inc.
Nalco Company
National Waste Management Louisiana, Inc.
NETCo Inc.
Network Environmental Systems, Inc.
Network Mapping Incorporated
New West Partitions
Newtron, LLC
Nexans High Voltage USA
Nexant, Inc.
Nitta, Inc.
Noresco LLC
North American Substation Services, LLC

Northwest Hydraulic Consultants Inc.
NOV FluidControl, a division of National Oilwell Varco, LP
Novinium
NRC
Ocampo-Esta Corporation
ODOR-TECH LLC
Oldcastle Precast, Inc.
OneSource Supply Solutions
Onstream Pipeline Inspection Services Inc.
Osmose Utilities Services Inc.
Otis Elevator Company
Oxbo, Inc.
Pace Analytical Services, LLC
Panther Technologies
PAR Electrical Contractors, Inc.
Paragon Enterprises
Parsons Environment & Infrastructure Group Inc.
Partition Specialties, Inc
Parus Consulting Inc
Patriot Environmental Services, Inc.
Penhall Company - Anaheim, CA
Performance Contracting, Inc.
Performance Mechanical Inc.
Peterson Power Systems, Inc.
Petrochem Insulation Inc
Phillips & Jordan, Inc.
Phoenix International Holdings, Inc.
Pivot Interiors, Inc.
Pivox Corporation
PJ Helicopters Inc
Plant Construction Company, L.P.
Platinum Scaffolding Services Inc.
Potelco Inc.
Powell Electrical Systems, Inc. Service Division
Power Contracting LLC
Power Engineering Construction Co
Power Engineering Inc.
POWER Engineers Inc.
Power One LLC
Praxair
Praxair Services, Inc.

Precision Drilling, Inc.
PRENAV, INC.
Pro Safety & Rescue, Inc.
Proact Services Corporation
ProEnergy Services LLC
Prometheus Energy Group, Inc.
PROS Incorporated
Proteus Inc
PSC Industrial Outsourcing, LP
Pure Technologies Ltd.
PureHM Inc.
Quality Carriers, Inc.
Quanta Utility Engineering Services
Quantum Spatial, Inc.
Quest Integrity USA, LLC
Quinn Group, Inc.
RailPros Field Services
RCP, Inc.
Red Mtn Resource LLC
Redwood Electric Group Inc. -Corp.
Relevant Solutions, LLC
Remedial Construction Services, LP
Rentokil North America, Inc.
Richard C Johnson
RJT, Inc
Road Safety Inc.
Roebbelen Contracting Inc
Roofing Constructors Inc. dba Western Roofing Service
Rope Partner Inc.
Rosen USA
Rosendin Electric, Inc.
S & C Electric Co - Power Systems Solutions
S and S Supplies & Solutions
S.S. Papadopulos & Associates, Inc.
Safety-Kleen Systems Inc
Safway Services, LLC (heavy industrial industry)
SAGE Engineers, Inc.
Sarens USA, Inc.
Scenic Landscape and Design
Schindler Elevator Corp.
Schlumberger US Land

Schneider Electric Systems USA, Inc
Schneider Electric USA
Schweitzer Engineering Laboratories, Inc.
Scientific Drilling International, Inc.
SD Enterprises, Inc
SD Myers, LLC
SE Pipeline Construction
SecureCom, Inc. - California Division
Select Energy Service LLC
Shaw Pipeline Services, Inc.
Siemens Energy, Inc., Fossil Services Power Generation
Siemens Industry, Inc. - Building Technologies
Siemens Industry, Inc. Customer Services Division
Sierra Electric
SimplexGrinnell
Simpson Gumpertz & Heger Inc.
Skyline Construction, Inc.
SMA Solar Technology America, LLC
SmartWatt Energy, Inc.
Snelson Companies, Inc.
Solar Turbines Incorporated
Southern States, LLC.
Southland Industries- Northern California Division
Sprig Electric
SPX Transformer Solutions Inc. - Service Division
Stantec
Stericycle Environmental Solutions, Inc
Stonhard, A division of StonCor Group, Inc
Stress Engineering Services
Stric-Lan Companies, LLC.
Structural Integrity Associates, Inc
Sturgeon Electric California, LLC
SUEZ WTS USA, Inc.
Sulzer Chemtech USA, Inc.
Summit Helicopter, Inc.
Summit Line Construction, Inc.
Sunbelt Rentals Inc.
Sunbelt Transformer
Superheat FGH Services, Inc.
Superior Electric, Inc.
Surveying and Mapping, LLC

SWCA Environmental Consultants
Sylvania Lighting Services Corp.
TALX Corp.
Team Industrial Services, Inc.
Tecta America
Teichert Pipelines, Inc.
Teledyne Monitor Labs Inc.
Telstar Inc.
Terminix Co Intl LP Commercial Division
Terra Pacific Group
TERRA Solutions & Services
Terracon Consultants, Inc.
Tetra Tech OGI DBA Tetra Tech, Inc.
The Davey Tree Expert Company
The Spear Group, Inc.
Thoma Electric
Thomas N Thomas
ThyssenKrupp Elevator Corporation
Titan Crane & Rigging, inc.
TNG Energy Services, Inc.
Towill, Inc.
Trachte, Inc
Traffic Management, Inc.
Transcat, Inc.
TRC Companies Incorporated
Trees, LLC
Trench Plate Rental Co.
Trenton Corporation
Tri Tool Inc. adba Tri Tool Power Services Inc.
Trident Environmental and Engineering, Inc.
Trimark Associates, Inc.
Triton Construction Services
Turner Construction Company
Turn-Key Constuction Services Inc.
Underground Construction Co., Inc.
Underground Electric Construction Co., LLC
Underground Systems Inc
Underwater Construction Corporation
United Rentals - Onsite
Univar USA Inc.
Universal Coatings, Inc

Universal Plant Services
US Pipeline Incorporated
Utility Tree Service LLC
Vadnais Trenchless Services, Inc.
Valley Power Systems North
Veolia ES Industrial Services, Inc.
Vertiv Services
Viking Automatic Sprinkler Co
Vogt Power International Inc.
Voith Turbo Inc.
W.A. Chester LLC
W.Bradley Electric, Inc.
Wartsila North America, Inc.
Waste Management National Services Inc.
Water Tectonics, Inc.
Wayne V. Johnson
Weatherford International, LLC - USA
Western Environmental Consultants Inc.
Western Oilfields Supply Company DBA Rain for Rent
Western Properties
Western States Fire Protection - Corporate
Westinghouse Electric Company, LLC
White Construction Co
White Pine LLC
Whiting Services
WHPacific
Wild Well Control, Inc.
Willdan Energy Solutions
Williams Scotsman, Inc. (MD)
Wilson Construction Co
Winco, Inc.
Winifred Au, Incorporated
Wipf Construction
Wood Group USA, Inc. – Upstream and Midstream Engineering
WorleyParsons Group, Inc.
X2NSAT
Zayo Group, LLC

Interested Parties / Notice of Appearance Parties
AECOM Technical Services, Inc.
Agile Sourcing Partners, Inc.

Arlington Wind Power Project LLC
Atlantica Yield plc, Mojave Solar LLC
Avangrid Renewables, LLC
Bank of America N.A.
BlueMountain Capital Management, LLC
Butte County
Calaveras County Water District
California Independent System Operator
California Public Utilities Commission
California Self-Insurers' Security Fund
Calpine Corporation
Capital Dynamics, Inc.
Capital Power Corporation
CH2M HILL Engineers, Inc.
Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
City and County of San Francisco
City of Napa
City of Santa Rosa
Clearway Energy Group LLC
Consolidated Edison Development, Inc.
County of Alameda
Creditor Jessica Mullan
Cypress Energy Partners, L.P.
Dentons US LLP
Desert Sunlight Holdings, LLC
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
Elliott Management Corporation.
Elster American Meter Company, LLC
Enel Green Power North America, Inc.
Enel X
ERM-West, Inc.
Exponent, Inc.
Federal Energy Regulatory Commission
FPL Energy Montezuma Wind, LLC
FTP Power LLC, et al.
Garcia and Associates
Genesis Solar, LLC
Genesys Telecommunications Laboratories, Inc.
Gill Ranch Storage, LLC
Halkirk I Wind Project LP

Hoffman Southwest Corp.
Honeywell International Inc.
Iain A. Macdonald
International Brotherhood of Electrical Workers Local Union 1245
International Business Machines Corp.
Iron Mountain Information Management, LLC
Kiefner and Associates, Inc.
Klondike Wind Power III LLC
Kompogas SLO LLC
Lake County
Liberty Mutual Insurance Company
Lodi Gas Storage, L.L.P.
Macquarie Energy LLC
MCE Corporation
McKinsey & Company, Inc. U.S.
Mendocino County
Michels Corporation
Midway Sunset Cogeneration Company
Napa County
Nevada County
Nexant Inc.
NextEra Energy Inc., et al.
NextEra Energy Montezuma II Wind, LLC
NextEra Energy Partners, L.P.
NextEra Energy, Inc.
North Sky River Energy, LLC
NRG Energy Inc., Clearway Energy, Inc.
OneSource Supply Solutions, LLC
Oracle America, Inc.
Oracle America, Inc.
Pension Benefit Guaranty Corporation
Pryor Cashman LLP
Puget Sound Energy, Inc.
Rising Tree Wind Farm II LLC
Ruby Pipeline, L. L. C
San Diego Gas & Electric Company
SEIU United Service Workers – West
Sempra Energy,
Shafter Solar, LLC
Shiloh I Wind Project LLC
Sonoma County

Sonoma County Agricultural Preservation
Sonoma County Agricultural Preservation and Open Space District
Sonoma County Community Development Commission
Sonoma County Treasurer & Tax Collector
Sonoma Valley County Sanitation District
Southern California Gas Company
Southern Power Company
Synergy Project Management, Inc.
Tata Consultancy Services
The Act 1 Group, Inc.
The Baupost Group, L.L.C.
Topaz Solar Farms LLC
Town of Paradise
TRC Companies, Inc.
Turner Construction Company
TURN-The Utility Reform Network
Valero Refining Company-California
Vasco Wind, LLC
W. Bradley Electric, Inc
Wild Goose, LLC
Yuba County