**Exhibit 1-C**

**Risk Assessment Services**

 Contract Work Authorization

# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C4236 CW2235749 **is issued under and pursuant to the Blanket Agreement or Master Service Agreement No.** 4400011340 **dated** January 19, 2017 **(the "MSA") between the below-named Contractor ("Contractor"),** a Delaware Limited Liability corporation, **and Pacific Gas and Electric Company ("PG&E"),** a California corporation **with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.**

| **Contractor's Legal Name:** | KPMG LLP | **Total Number of Pages:** 5 |
|---|---|---|
| **Contractor's Address:** | PO Box 120001<br>DALLAS, TX 75312 | |

| **Project Name:** | THIRD PARTY RISK ASSESSMENT PROGRAM LOANED STAFF |
|---|---|
| **Job Location:** | Various PG&E Locations |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

All project related program information, tasks and deliverables are described in Attachment 1, Statement of Work.

**ATTACHMENTS: Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1: Scope of Work (Page 3-5)

| **CWA TERM:** | This CWA is effective upon signature by both parties and expires on June 30, 2018. Time is of the essence. |
|---|---|
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of June 30, 2018. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** $156,000.00 USD

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: KPMG LLP** | |
|---|---|---|---|
| Signature | *Nathan Floyd*<br>DocuSigned by:<br>C49FCCF25ADF479... | Signature | *Michael Gomez*<br>DocuSigned by:<br>6982A1552B97492... |
| Name | Nathan Floyd | Name | Michael Gomez |
| Title | Sourcing Supervisor | Title | Principal |
| Date | 1/2/2018 | Date | 1/2/2018 |

62-4229 CWA (9/26/11)  Sourcing



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Elizabeth Haworth-Davis | **Contractor Represent** | Geno Armstrong |
| **Phone** | 913.269.9030 | **Phone** | 415-963-7301 |
| **Email** | E2HA@PGE.com | **Email** | garmstrong@kpmg.com |
| **Accounting Reference** | | | |
| **PG&E Work Supervisor:** | | **Phone:** | |

| **INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:** (See note below if using PG&E's electronic invoicing system) | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
|---|---|---|
| | **Send COPY of Invoice to:** | |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. ***Note**: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |



**Attachment 1: Scope of Work**

**1. DESCRIPTION OF SERVICES**

The services to be performed by KPMG LLP (referred to as the "Contractor" henceforth) as **Third Party Risk Assessment Program Loaned Staff** for Pacific Gas & Electric Co. (referred to as "PG&E" henceforth) will cover the following objectives in support of PG&E's Cybersecurity organization (Third Party Security and Risk Management)

- **Assist PG&E with management** of active, and upcoming third party risk projects across PG&E lines of businesses ("LOBs")
- **Coordinate project delivery activities** with PG&E stakeholders for achieving various project objectives
- **Monitor project progress and report** changes, issues, risks to PG&E Program Leads.
- Perform or assist in performing the following activities, as applicable, at the direction of the PG&E Third Party Security and Risk Manager, with the following functions:
  Vendor security and risk assessment - Vendor risk management framework improvement

**2. SCOPE**

This CWA covers the current understanding of the Contractor's assistance; however, the Contractor will work diligently with PG&E if changes are required to be documented in a change order or memo of understanding, as agreed between the parties.

**3. APPROACH**

KPMG will provide PG&E with 1 personnel who will assist in supporting PG&E personnel with respect to their security initiatives ("project"). Our assistance will be under the direction and supervision of Durand Hugues and or his designees, who will be responsible for communicating the tasks and requirements of the project to personnel we supply and for reviewing their work. KPMG will not be considered the preparer/developer of PG&E's security initiative project outputs or artifacts and will not sign or use the KPMG name on any deliverable (s).

In connection with this engagement, KPMG will not assist our personnel by:

- providing any management oversight of our personnel in connection with the project;
- participating in the determination of the scope and objectives of the project;
- assisting in the development of the project plan;
- providing any manager or partner review of the work or deliverable(s); or
- Providing any comments or input on the work or deliverable(s) from this engagement during meetings with management.

During this engagement our personnel will work at your direction but will not be expected to:

- function as an employee or make business decisions for PG&E,
- prepare or approve journal entries,
- prepare financial statements,
- perform management functions, including final review or approval of project artifacts such as policy, strategy, roadmap or framework
- approve journal entries,
- supervise other employees, or
- Make employment decisions such as hiring or terminating employees.

Case: 19-30088     Doc# 2172-5     Filed: 05/21/19     Entered: 05/21/19 17:15:01     Page 4
of 11

DocuSign Envelope ID: F679BD89-0353-45B7-B786-84E43C4D3E86



**Attachment 1: Scope of Work (*cont.*)**

**4. SCHEDULE**
We will begin work on or about Jan. 2nd after receiving a signed copy of this CWA.

The period of the services per this CWA is effective from the execution of this CWA, currently estimated to be for 1040 hours, starting from January 2nd, 2018 through June 29th 2018.

> **NOTE -** This schedule is a high-level estimate; the accuracy of this schedule is yet to be determined in close collaboration with PG&E. The Contractor will keep a regular, open, and forthright dialogue with PG&E Leads to identify and mitigate any risks to the schedule, and to keep them fully informed of progress towards this schedule. If the Contractor and PG&E agree on the need to adjust the project schedule, it will require submission and processing of a Change Order to the approved CWA.

**5. ENGAGEMENT RESOURCE**
The following KPMG professional will provide the highest quality of professional services as needed by the PG&E Cyber Program Manager for the duration of this CWA, as outlined below:
- **Harold Metzger:**
  - As the Third Party Security Assessor, Harold's responsibilities include; track budget, create and oversee schedules, track issues and risks, report to management as requested.

**6. ENGAGEMENT FEES**
- KPMG's professional fees are based upon the specified skill level of the professionals providing the services and the amount of time and materials required to complete the engagement. KPMG Engagement Resource is prepared to begin work upon receipt of a signed copy of this CWA.
- Based upon the engagement scope, assumptions, and estimated hours, KPMG anticipates the fees and expenses to **$156,000.00** which represents a discount from our standard rates – an investment KPMG will make in continuing to build on our relationship with PG&E. The foregoing fees include a significantly discounted hourly rate which shall satisfy the "Volume Rebate" and other discount provisions set forth in the MSA, and such that the fees set shall not be recalculated in the "Volume Rebate" calculation.
- Circumstances encountered during the performance of these services, such as scope changes discovered after initial planning & scoping exercise for each of the work-streams may warrant exceeding the **$156,000.00** estimate. We will not exceed this amount without PG&E's permission.
- We will calculate our professional fees for services rendered using the following hourly rates for the level of personnel as indicated below:

| Category | Number of Professionals | Hourly Rate* |
|---|---|---|
| Senior Associate | 1 | $150 |

- Based upon the level of the professionals and the estimated amount of time devoted to the engagement between Jan. 2nd and June 29th, we anticipate that our professional fees for assisting PG&E for 26 weeks to be $156,000.
- Throughout the engagement, KPMG will be responsible for the administration of this agreement and will submit progress bills monthly for fees and expenses incurred, with payment due upon receipt.
- Should PG&E require additional hours, more professionals or a change in the current anticipated staff for this engagement, fees for such additional hours or professionals will be commensurate with the experience levels requested and utilized. We will require that you sign an addendum to this CWA in the event that the duration of the engagement or the scope of services is modified.

Case: 19-30088    Doc# 2172-5    Filed: 05/21/19    Entered: 05/21/19 17:15:01    Page 5
of 11

DocuSign Envelope ID: F679BD89-0353-45B7-B786-84E43C4D3E86



**Attachment 1: Scope of Work (*cont.*)**

## 7. ASSUMPTIONS

The success of this project is highly dependent on coordination and support from PG&E. Contractor's services described in this document are per following assumptions:

- PG&E will work with KPMG to resolve any and all issues related to the project in a timely fashion
- PG&E will identify a PG&E Lead to work with KPMG, who will assist in identifying appropriate resource, help obtain relevant technical information, actively participate in key discussions around project decisions, status reporting, and project issues.
- The PG&E Lead will oversee the conduct of this service, including coordination of PG&E resources needed and review of draft deliverables. PG&E personnel assigned to the project will review draft deliverables on a timely basis.
- PG&E and KPMG, will conduct this project collaboratively, whereby PG&E will assign representatives to work with KPMG throughout the project. Should PG&E be unable to assign representatives to work with KPMG, KPMG and the PG&E Lead would agree to meet and determine the impact and the appropriate course of action, which may include, but not be limited to, the following:
  - o Modifying the level of KPMG resources (and modification of KPMG fees, in a manner consistent with this engagement letter).
  - o This scope will be agreed upon by both PG&E and KPMG, and will not change without the prior approval from both parties.
  - o PG&E management is responsible for establishing and maintaining an effective internal communication and control structure.
- PG&E will provide resources, including hardware, software, and personnel. PG&E will provide appropriate workspace for the KPMG resources on-site, including, but not limited to, telephones, workstations, printers, whiteboards, office supplies, photocopiers, internet access, and fax machines.

## 8. OTHER MATTERS

KPMG will act as an independent contractor in providing the services as set out in this CWA and does not undertake to perform obligations of PG&E, whether regulatory or contractual. In carrying out our work hereunder:

- Contractor will provide its services in accordance with the terms and conditions of this CWA and the MSA No. 4400006952.
- KPMG will not act in the capacity equivalent to a member of management or as an employee of PG&E
- KPMG will provide observations to PG&E management during this engagement. PG&E management is solely responsible for evaluating such observations and then determining what changes/improvements (if any) PG&E should implement in light of PG&E's objectives in carrying out the project to which KPMG's services relate (the "Project")
- KPMG will not form part of the PG&E's internal control structure

The responsibility for the Project rests with management of PG&E. With regard to KPMG's services, PG&E is responsible for:

- Determining the objectives, scope, and extent of KPMG's services hereunder
- Designating a management-level individual, who will have responsibility to manage and oversee, as assisted by the KPMG team, the Project progress and to address issues as they arise, and who has the skills and experience necessary to effectively perform this function, including but not limited to:
  - o Familiarity with the business functions, processes or divisions that are the subject of the Project objectives;
  - o Being in a position to evaluate the information provided to him/her by the KPMG engagement team; is responsible for, and authorized to make management decisions based on such information; and
  - o In a sufficiently senior position, or to otherwise have a reporting relationship with senior management to provide appropriate internal PG&E communications regarding project status and potential concerns.

Case: 19-30088     Doc# 2172-5     Filed: 05/21/19     Entered: 05/21/19 17:15:01     Page 6
of 11



## Certificate Of Completion

Envelope Id: F679BD89035345B7B78684E43C4D3E86
Subject: CW2235749 - CWA C4236 CW2235749 KPMG 12272017 E2HA.pdf
Source Envelope:
Document Pages: 5
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 2
Initials: 0

Status: Completed

Envelope Originator:
Elizabeth Haworth-Davis
77 Beale Street
San Francisco, CA 94105
E2HA@pge.com
IP Address: 216.109.111.59

## Record Tracking

Status: Original
      1/2/2018 7:32:11 AM

Holder: Elizabeth Haworth-Davis
      E2HA@pge.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Michael Gomez<br>michaelgomez@kpmg.com<br>Principal<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Michael Gomez<br>6982A1552B97492...<br><br>Using IP Address: 100.16.90.67 | Sent: 1/2/2018 7:32:51 AM<br>Viewed: 1/2/2018 7:33:30 AM<br>Signed: 1/2/2018 7:33:46 AM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 1/2/2018 7:33:30 AM<br>  ID: 1d1c21fa-cdf9-4f6e-ac95-c42835bded8d | | |
| Nathan Floyd<br>NAF2@pge.com<br>Supervisor-Exempt, Sourcing<br>PG&E<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Nathan Floyd<br>C49FCCF25ADF479...<br><br>Using IP Address: 131.89.210.92 | Sent: 1/2/2018 7:33:47 AM<br>Viewed: 1/2/2018 8:27:01 AM<br>Signed: 1/2/2018 8:27:25 AM |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/2/2018 7:33:47 AM |
| Certified Delivered | Security Checked | 1/2/2018 8:27:02 AM |
| Signing Complete | Security Checked | 1/2/2018 8:27:25 AM |
| Completed | Security Checked | 1/2/2018 8:27:25 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, PG&E (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact PG&E:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: pcpc@pge.com

**To advise PG&E of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at pcpc@pge.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from PG&E**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with PG&E**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify PG&E as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by PG&E during the course of my relationship with you.