**Exhibit 1-D**

**Risk Assessment Services**



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 3 to Contract Work Authorization No. C4236 (CW2235749) dated January 2, 2018 **issued under and pursuant to the Blanket Agreement or Master Service Agreement No.** C73-V5 (4400011340) **dated** January 17, 2017 **(the "MSA") between the below-named Contractor ("Contractor"), a Delaware Limited Liability corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | KPMG LLP – a Delaware Limited Liability Partnership | **This Change Order consists of** 3 **pages.** |
| **Contractor's Address:** | PO Box 120001 <br> Dallas TX 75312 | |

**Project Name**: Third Party Risk Assessment Program Loaned Staff

**Job Location**: San Francisco, CA

<u>CHANGES</u>:  **The Parties hereby modify the Contract Work Authorization referenced above as follows:**

- The Parties specifically agree that this CWA shall be deemed to have been in effect continuously and without interruption since the original effective date of January 2, 2018.
- The Parties agree to extend the CWA termination date to March 29, 2019.
- Total CWA value shall increase by $144,000 from $234,000, the original CWA value, to $378,000 the new CWA value.
- All other terms and conditions remain unchanged.

**ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.**
Attachment No. 1 – SOW, (1 page)

| **PRICING CHANGES**: | Previous Total CWA Value: | $234,000.00 |
|---|---|---|
| | Addition or Deduction: | $144,000.00 |
| | Revised Total CWA Value: | $378,000.00 |

**All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: KPMG LLP | |
|---|---|---|---|
| Signature | *Herbert Sien* <br> DocuSigned by: <br> BD1558365F264F0... | Signature | *Michael Gomez* <br> DocuSigned by: <br> 6982A1552B97492... |
| Name | Herbert Sien | Name | Michael Gomez |
| Title | Supervisor, Sourcing Operations | Title | Principal |
| Date | 10/10/2018 | Date | 10/10/2018 |



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Emeline Samonte | **Contractor Representative** | Michael Gomez |
| **Phone** | 707/980-2259 | **Phone** | 202-999-9383 |
| **Email:** | Eag2@pge.com | **Email:** | Michaelgomez@kpmg.com |
| **Accounting Reference** | PR172896-V2 - C4236 CW22354749 | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☒ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☒ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor | Manager |
| | ☒ Invoice Approver | Supervisor |
| | V.P. | Sourcing/ Purchasing |
| | Director | Law |



# Amendment 1 to CWA No. CW2235749
# Third Party Risk Assessment Loan Staff

### 1. DESCRIPTION OF SERVICES
No changes to this section.

### 2. SCOPE
No changes to this section

### 3. APPROACH

No changed to this section.

### 4. SCHEDULE
The section is amended to add 960 hours and extend the period of services through 03/29/2019

### 5. RESOURCES
The section is amended to replace Harold Metzger with Jason Miller

### 6. ENGAGEMENT FEES
This section is amended as follows:

Fees are amended to $378,000

Duration is amended to March. 29th, 2019 or a total of 63 weeks

### 7. ASSUMPTIONS

No changes to this section

### 8. OTHER MATTERS
No changed to this section.

All other sections of the CWA remain unchanged.

3