

Signed and Filed: May 21, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  TOGUT, SEGAL & SEGAL LLP
   Albert Togut (*pro hac vice pending*)
2  (altogut@teamtogut.com)
   Kyle J. Ortiz (*pro hac vice pending*)
3  (kortiz@teamtogut.com)
   Amy M. Oden (*pro hac vice pending*)
4  (aoden@teamtogut.com)
   Amanda C. Glaubach (*pro hac vice pending*)
5  (aglaubach@teamtogut.com)
   One Penn Plaza, Suite 3335
6  New York, NY 10119
   Tel: 212-594-5000
7  Fax: 212-967-4258

8  SCHNADER HARRISON SEGAL & LEWIS LLP
   George H. Kalikman (SBN 147382)
9  650 California Street, 19th Floor
   San Francisco, CA 94108-2736
10 Direct (415) 364-6734
   gkalikman@schnader.com
11

12 *Attorneys for Compass Lexecon, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ALBERT TOGUT)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

|   |   |
|---|---|
| 1 | Albert Togut, whose business address and telephone number is |
| 2 | Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 |
| 3 | Tel: (212) 594-5000, Fax: (212) 967-4258 and who is an active member in good standing of the bar |
| 4 | of New York having applied in the above-entitled action for admission to practice in the Northern |
| 5 | District of California on a *pro hac vice* basis, representing Compass Lexecon, LLC. |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 8 | *hac vice*. Service of papers upon and communication with co-counsel designated in the |
| 9 | application will constitute notice to the represented party. All future filings in this action are |
| 10 | subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the |
| 11 | United States Bankruptcy Court for the Northern District of California. |

** End of Order **