Jonathan Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 251-5000
Facsimile:    (650) 252-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502

*Counsel for the Board of PG&E Corporation and
Pacific Gas and Electric Company and Certain
Current and Former Independent Directors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

PLEASE TAKE NOTICE THAT Simpson Thacher & Bartlett LLP ("**Simpson Thacher**") hereby appears in the above-captioned chapter 11 cases as attorneys for (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and for the members of the Board from time

to time in their capacities as members of the Board, and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**").

Pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Simpson Thacher requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon Simpson Thacher at the office, address and telephone number set forth below, and that Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Jonathan Sanders
> SIMPSON THACHER & BARTLETT LLP
> 2475 Hanover Street
> Palo Alto, CA 94304
> Telephone: (650) 251-5000
> Facsimile: (650) 252-5002
> Email: jsanders@stblaw.com
>
> Michael H. Torkin, Esq.
> Nicholas Goldin, Esq.
> Kathrine A. McLendon, Esq.
> Jamie J. Fell, Esq.
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017
> Telephone: (212) 455-2000
> Facsimile: (212) 455-2502
>
> Email: michael.torkin@stblaw.com
> Email: ngoldin@stblaw.com
> Email: kmclendon@stblaw.com
> Email: jamie.fell@stblaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests,

2

disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Request for Service of Papers (this "**Notice**"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed a waiver of any of the Board's or the Independent Directors' rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Northern District of California (the "**District Court**"); (ii) to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) to object to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: May 22, 2019

Respectfully submitted,

*/s/ Jonathan Sanders*
Jonathan Sanders (No. #228785)
Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell

SIMPSON THACHER & BARTLETT LLP

*Counsel for the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors*

3