UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation and
Pacific Gas and Electric Company

Debtor(s)

Bankruptcy No.: 19-30088(DM)
R.S. No.: DWW-001
Hearing Date:
Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: __01/29/2019__    Chapter: __11__
    Prior hearings on this obligation: __None__    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:     $_____          Source of value: _____
   Contract Balance:      $_____          Pre-Petition Default:   $_____
   Monthly Payment:       $_____             No. of months: _____
   Insurance Advance:     $_____          Post-Petition Default:  $_____
                                              No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____        Source of value: _____        If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.        $_____        Pre-Petition Default:   $_____
   As of (date): _____                  No. of months: _____
   Mo. payment:        $_____        Post-Petition Default:  $_____
   Notice of Default (date): _____      No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Creditors Barbara Zelmer and Robert Zelmer bring their motion for relief from the automatic stay and abstention to allow the appeal of their stipulated judgment to proceed and allow them to collect from insurance proceeds covering their claim.

Dated: 04/26/2019

_____
Signature
Manuel Corrales, Jr., Esq.
Print or Type Name

Attorney for __Barbara Zelmer and Robert Zelmer__