Manuel Corrales, Jr. SBN 117647
ATTORNEY AT LAW
17140 Bernardo Center Drive, Suite 358
San Diego, CA 92128
Tel: (858) 521-0634/Fax: (858) 521-0633
Email: mannycorrales@yahoo.com

Attorney for Creditors BARBARA JEAN ZELMER
and ROBERT THOMAS ZELMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re<br><br>**PG&E CORPORATION**<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>           Debtors.<br><br>○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Corporation<br>⊗ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON BARBARA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553**<br><br>(11 U.S.C. §§ 362(d), 553(a), 562)<br><br>Date: June 25, 2019<br>Time: 9:30 a.m. (PT)<br>Ctrm: Hon. Dennis Montali<br>      450 Golden Gate Avenue<br>      16th Floor, Courtroom 17<br>      San Francisco, CA 94102 |

   **PLEASE TAKE NOTICE** that Creditors BARBARA ZELMER and ROBERT ZELMER ("Zelmers") have filed a motion for relief form automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) to allow Debtor Pacific Gas and Electric Corporation and the Zelmers to complete an appeal of a stipulated judgment for purposes of effectuating a settlement reached by the parties (hereinafter "Motion").

NOTICE OF HEARING ON BARBARA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553     1

Case: 19-30088    Doc# 2185    Filed: 05/22/19    Entered: 05/22/19 11:41:16    Page 1 of 3

**PLEASE TAKE NOTICE** that the Motion is based on the Memorandum of Points and Authorities filed concurrently, the Declaration of Manuel Corrales, Jr., and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE NOTICE** that the Motion is set for hearing on June 25, 2019 at 9:30 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE NOTICE** that any responses or objections to the Motion shall be in writing and conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of California, shall be filed with the Bankruptcy Court in accordance with the customary practices of the Bankruptcy Court, and shall be served on:

(a) Chambers of the Honorable Judge Denis Montali;
(b) The Standard Parties as required by the Order Implementing Certain Notice and Procedures and Case Management Procedures;
(c) Counsel for the Zelmers, Manuel Corrales, Jr, 17140 Bernardo Center Drive, Suite 358, San Diego, CA 92128; Martin Buchanan, Esq., Law Office of Martin N. Buchanan, APC, 655 West Broadway, Suite 1700, San Diego, CA 92101
(d) All other parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, to

NOTICE OF HEARING ON BARBARA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553

2

Case: 19-30088    Doc# 2185    Filed: 05/22/19    Entered: 05/22/19 11:41:16    Page 2 of 3

be filed or received no later than fourteen (14) days after services of the Motion at 4:00 p.m. (PST).

**PLEASE TAKE NOTICE** that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to appear may result in the Court granting the relief requested by this Motion without further hearing, including the lifting of the automatic stay for the Zelmers to effectuate a setoff against its prepetition claims against the Debtor.

DATED: May 3, 2019

*s/ Manuel Corrales, Jr.*
Manuel Corrales, Jr., Esq.
Attorney for Creditors
BARBARA ZELMER and ROBERT ZELMER

NOTICE OF HEARING ON BARBARA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553    3

Case: 19-30088    Doc# 2185    Filed: 05/22/19    Entered: 05/22/19 11:41:16    Page 3 of 3