Manuel Corrales, Jr. SBN 117647
ATTORNEY AT LAW
17140 Bernardo Center Drive, Suite 358
San Diego, CA 92128
Tel: (858) 521-0634/Fax: (858) 521-0633
Email: mannycorrales@yahoo.com

Attorney for Creditors BARBARA JEAN ZELMER
and ROBERT THOMAS ZELMER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>**PG&E CORPORATION**<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　Debtors.<br><br>○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Corporation<br>⊗ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**BARBARA ZELMER AND ROBERT ZELMER'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: Hon. Dennis Montali<br>　　　450 Golden Gate Avenue<br>　　　16th Floor, Courtroom 17<br>　　　San Francisco, CA 94102 |

TO THE UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) and ALL INTERESTED PARTIES:

　　**PLEASE TAKE NOTICE** that Attorney Manuel Corrales, Jr., Esq., submits this Request for Special Notice and Service of Copies for Creditors BARBARA ZELMER and ROBERT ZELMER, and hereby request special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-reference bankruptcy, including all pleadings or notices under Federal Rules of

Bankruptcy Procedure, Rule 2002, the commencement of adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices are required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    Attorney MANUEL CORRALES, JR., Esq. submits this Request for Notice and Service of Copies as attorney for BARBARA ZELMER and ROBERT ZELMER.

    Attorney MANUEL CORRALES, JR., Esq. requests that for all notices purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Manuel Corrales, Jr., Esq.
> Attorney at Law
> 17140 Bernardo Center Drive, Suite 358
> San Diego, CA 92128

DATED: May 3, 2019

*s/ Manuel Corrales, Jr.*
Manuel Corrales, Jr., Esq.
Attorney for Creditors
BARBARA ZELMER and ROBERT ZELMER

BARBARA ZELMER AND ROBERT ZELMER'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES    2