Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES [DOCKET NO. 1824]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "Stipulation") is entered into by the (i) Official Committee of Unsecured Creditors (the "UCC") appointed in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession, on the one hand; and (ii) Official Committee of Tort Claimants appointed in the Chapter 11 Cases (the "TCC" and together with the UCC, the "Parties"), on the other hand. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On May 3, 2019, the TCC filed the *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures* [Docket No. 1824] (the "Motion"), which is set for hearing before the Court at 9:30 a.m. (Pacific Time) on June 11, 2019. Any response or opposition to the Motion is due by 4:00 p.m. (Pacific Time) on May 28, 2019.

B. Counsel to the UCC has requested, and counsel to the TCC has agreed, that the time for the UCC to respond to the Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the UCC to file and serve any response or opposition to the Motion is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

[*Signatures on next page*]

| | |
|---|---|
| Dated: May 22, 2019 | Dated: May 22, 2019 |
| MILBANK LLP | BAKER & HOSTETLER LLP |
| /s/ *Thomas R. Kreller* <br> Thomas R. Kreller | /s/ *Eric R. Goodman* <br> Eric R. Goodman |
| *Attorneys for Official Committee of Unsecured Creditors* | *Attorneys for Official Committee of Tort Claimants* |