Ovsanna Takvoryan, SBN 217435
Kristine Takvoryan, SBN 242445
CKR Law, LLP
1800 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 400-1110
Facsimile: (310) 400-0202
Email: otakvoryan@ckrlaw.com

Attorneys for Creditor Solon

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**SOLON'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**<br>Date: N/A<br>Time: N/A<br>Ctrm: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102 |

TO THE UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) and ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Attorney Kristine Takvoryan, submits this Request for Special Notice and Service of Copies for Creditor SOLON, and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of

1

the above-referenced bankruptcy court.

Attorney KRISTINE TAKVORYAN submits this Request for Notice and Service of Copies as attorney for SOLON.

Attorney KRISTINE TAKVORYAN requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Kristine Takvoryan
CKR Law, LLP
1800 Century Park East, 14th Floor
Los Angeles, CA 90067
ktakvoryan@ckrlaw.com

Respectfully submitted,

DATED: May 22, 2019

Kristine Takvoryan
CKR Law
Attorney for Creditor
SOLON