# Schedule 1

**Retention Checklist**

| | |
|---|---|
| 1 | • Debtors |
| 2 | • Affiliates and Subsidiaries |
| 3 | • Bank Accounts |
| 4 | • Bankruptcy Judges & Staff Northern District of California |
| 5 | • Current Officers and Directors |
| 6 | • Term and Revolving Loan Lenders and Administrative Agents |
| 7 | • Contract Counterparties (includes PPAs, patents and IP) |
| 8 | • Debtors' Professionals (law firms, accountants and other professionals) |
| 9 | • Former Officers and Directors (since 2008) |
| 10 | • Affiliations of Former Officers |
| 11 | • Affiliations of Former Directors |
| 12 | • Insurance/Insurance Provider/Surety Bonds |
| 13 | • Surety Bonds |
| 14 | • Landlords and parties to leases |
| 15 | • Lenders (Prepetition and Proposed Post-petition to the extent not already listed) |
| 16 | • LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS – |
| 17 | includes threatened litigation |
| 18 | • Litigation Parties (in adversary proceeding 19-03003) |
| 19 | • Ad Hoc Committee of Unsecured Tort Claimant Creditors |
| 20 | • Non-Debtors Professionals |
| 21 | • Ordinary Course Professionals |
| 22 | • Letters of Credit |
| 23 | • Regulatory and Government (Federal, State and Local) |
| 24 | • DIP Lenders |
| 25 | • Significant Competitors |
| 26 | • Significant Shareholders (more than 5% of equity) |
| 27 | • Significant holder of voting securities |
| 28 | • Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, |

sales)
- Top Unsecured Creditors
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)
- Interested Parties / Notice of Appearance Parties