**Schedule 2**

**Disclosure Schedule**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| ABM INDUSTRIES INCORPORATED | AFFILIATIONS OF FORMER DIRECTORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ACCENTURE | DEBTORS' PROFESSIONALS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ACCENTURE JAPAN LTD. | DEBTORS' PROFESSIONALS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ACCENTURE SOLUTIONS SDN BHD | DEBTORS' PROFESSIONALS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| AIG ASIA PACIFIC INSURANCE PTE LTD | LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| AIG GENERAL INSURANCE | LITIGATION COUNTERPARTIES / LITIGATION PENDING | MORRISON & FOERSTER CURRENTLY REPRESENTS |

5

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| COMPANY LTD | LAWSUITS | THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| AKIN GUMP STRAUSS HAUER & FELD LLP | AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS | MORRISON & FOERSTER WAS PREVIOUSLY ENGAGED BY THIS ENTITY TO PROVIDE A CLIENT OF THIS ENTITY WITH LEGAL ADVICE IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BAILARD INC | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BANK OF AMERICA | BANK ACCOUNTS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BANK OF AMERICA MERRILL LYNCH | BANK ACCOUNTS TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD | BANK ACCOUNTS TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL |

6

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | MATTERS |
| BANK OF AMERICA N.A. | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES<br><br>LENDERS<br><br>DIP LENDERS<br><br>UNSECURED NOTES<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BANK OF MONTREAL | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BANK OF NEW YORK | BANK ACCOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>TOP UNSECURED CREDITORS<br><br>UNSECURED NOTES<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BARCLAYS BANK PLC | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>LENDERS<br><br>DIP LENDERS<br><br>UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BARCLAYS CAPITAL INC. | BANK ACCOUNTS<br><br>UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL |

7

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | MATTERS |
| BARCLAYS GLOBAL | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BATSON | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BLACKROCK INC | SIGNIFICANT SHAREHOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| BROOKFIELD RENEWABLE ENERGY PARTNERS | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CALPINE | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CALPINE CORPORATION | LITIGATION PARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

8

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CALPINE LLC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CAPE ENVIRONMENTAL MANAGEMENT INCORPORATED | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CAPITAL DYNAMICS, INC. | CONTRACT COUNTERPARTIES<br><br>LITIGATION PARTIES<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CARGILL INC. | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CARTER VALIDUS OPERATING | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

9

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | MATTERS |
| CHEVRON USA, INC. | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CHRYSLER | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CIGNA GROUP INSURANCE | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITI | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITIBANK, N.A. | BANK ACCOUNTS INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES TOP UNSECURED CREDITORS UNSECURED NOTES TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITIGROUP | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITIGROUP ENERGY INC. | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITIGROUP GLOBAL MARKETS | LENDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CITY AND COUNTY OF SAN FRANCISCO | CONTRACT COUNTERPARTIES<br><br>LANDLORDS AND PARTIES TO LEASES<br><br>TAXING AUTHORITIES<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| COMMONWEALTH CLUB OF SAN FRANCISCO | AFFILIATIONS OF FORMER OFFICERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CON EDISON DEVELOPMENT | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CONSOLIDATED EDISON | LITIGATION PARTIES | MORRISON & FOERSTER HAS IN THE PAST |

11

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| DEVELOPMENT, INC. | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CRABTREE, DARWIN | LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CREDIT SUISSE ENERGY LLC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| CSAA INSURANCE EXCHANGE | LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| DE SHAW | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| DEUTSCHE BANK | TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

12

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| DPR CONSTRUCTION, INC. | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| EATON CORPORATION | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ECO-ENERGY, LLC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| EDF RENEWABLE ENERGY | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| EEN LP AND ENBRIDGE LP | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

13

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| EXELON CORPORATION | LITIGATION PARTIES<br><br>TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| FIRST RESERVE | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| FIRST SOLAR, INC. | LITIGATION PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| FLUOR CORPORATION | VENDORS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| G4 SECURE SOLUTIONS (USA) INC. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS COMMITTEE<br><br>VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

14

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GEICO GENERAL INSURANCE COMPANY | LENDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GEICO INDEMNITY COMPANY | LENDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GOLDMAN SACHS | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GOLDMAN SACHS BANK USA | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GOLDMAN, SACHS & CO. | BANK ACCOUNTS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

15

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | LITIGATION COUNTERPARTIES/LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| GREAT AMERICAN INSURANCE COMPANY | INSURANCE/INSURANCE PROVIDER/SURETY BONDS

LITIGATION COUNTERPARTIES/LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| HALEY & ALDRICH INC., ITS SUBSIDIARIES AND AFFILIATES | VENDORS/SUPPLIERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| HONEYWELL INTERNATIONAL INC. | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| HYPOWER INC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ICE COM INC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| J P MORGAN SECURITIES INC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| J P MORGAN SECURITIES JAPAN COMPANY LTD | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| JAMES IRVINE FOUNDATION INC | LITIGATION COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| JOHNS MANVILLE CORP | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| JOHNSON & JOHNSON INC | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR |

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| KAISER FOUNDATION HEALTH PLAN | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| KAISER FOUNDATION HOSPITAL INC | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| KAISER PERMANENTE | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| LA MESA ENTERPRISES LLC | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| LARSON GROUP CO | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| LEHMAN | UNSECURED NOTES | MORRISON & FOERSTER |

18

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| BROTHERS JAPAN INC | | CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| LEVY, MICHAEL | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| LIBERTY MUTUAL INSURANCE CO | INSURANCE/INSURANCE PROVIDER/SURETY BONDS<br><br>SURETY BONDS<br><br>LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MCKINSEY & CO | DEBTORS' PROFESSIONALS<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES<br><br>TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MERRILL LYNCH & COMPANY INC | BANK ACCOUNTS<br><br>CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MERRILL LYNCH INTERNATIONAL & CO | BANK ACCOUNTS<br><br>CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS |

19

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MERRILL LYNCH INTERNATIONAL BANK DESIGNATED ACTIVITY CO | BANK ACCOUNTS CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MERRILL LYNCH JAPAN SECURITIES COMPANY LTD | BANK ACCOUNTS CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MERRILL LYNCH PIERCE FENNER & SMITH INC | BANK ACCOUNTS CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MILLS COLLEGE | AFFILIATIONS OF FORMER DIRECTORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MIZUHO BANK LTD | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES<br><br>TOP UNSECURED CREDITORS | SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MIZUHO CORPORATE ADVISORY COMPANY LTD | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>UNSECURED NOTES<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES<br><br>TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MIZUHO SECURITIES COMPANY LTD | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>UNSECURED NOTES<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES<br><br>TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MONSON COMMUNICATIONS LLC | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MORGAN STANLEY MUFG SECURITIES COMPANY LTD | TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MUFG BANK LTD | TOP UNSECURED CREDITORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN |

21

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|--------|----------------------------------|----------------------|
| | | AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| MUFG UNION BANK NA | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| NM ROTHSCHILD & SONS LTD | NON-DEBTORS PROFESSIONALS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| PAG INVESTMENT MANAGEMENT LTD | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| PEP BOYS MANNY MOE & JACK | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| PERMANENTE MEDICAL GROUP INC | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| REGENTS UNIVERSITY CALIF | CONTRACT COUNTERPARTIES<br><br>LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| REYNOLDS METALS CO | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| RJR TOBACCO INC | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ROTHSCHILD INC | NON-DEBTORS PROFESSIONALS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ROYAL BANK OF CANADA | BANK ACCOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR AFFILIATES AND/OR |

ny-1588541

Case: 19-30088    Doc# 2194-2    Filed: 05/22/19    Entered: 05/22/19 17:42:12    Page 20
of 28

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES | SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ROYAL BANK OF SCOTLAND PLC | BANK ACCOUNTS<br><br>CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| S C JOHNSON & SON INC | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SAFECO INSURANCE COMPANY OF AMERICA | INSURANCE/INSURANCE PROVIDER/SURETY BONDS<br><br>SURETY BONDS<br><br>LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SALINAS LINCOLN MERCURY | UTILITY PROVIDERS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SAN DIEGO GAS & ELECTRIC CO | CONTRACT COUNTERPARTIES<br><br>SIGNIFICANT COMPETITORS<br><br>INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS |

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SANTA CLARA VALLEY WATER DISTRICT | UTILITY PROVIDERS<br><br>CONTRACT COUNTERPARTIES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SANTA CLARA, COUNTY OF (CA) | TAXING AUTHORITIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SEARS HOLDINGS CORP | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SEARS HOLDINGS MANAGEMENT CORP | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SEARS ROEBUCK & CO | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SEMPRA ENERGY | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

25

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SIERRA PACIFIC INDUSTRIES | CONTRACT COUNTERPARTIES<br><br>SURETY BONDS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SOLAR TURBINES INC | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SPRINT CORP | UTILITY PROVIDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SPRINT NEXTEL | UTILITY PROVIDERS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| STATE FARM GENERAL INSURANCE | LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS |

26

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|--------|----------------------------------|----------------------|
| | | ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SUMITOMO MITSUI BANKING CORP | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| SYNERGY CAPITAL LTD | VENDORS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| T ROWE PRICE GROUP INC | SIGNIFICANT SHAREHOLDERS<br><br>SIGNIFICANT HOLDER OF VOTING SECURITIES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| TD SECURITIES INC | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| TRAVELERS INSURANCE CO | INTERESTED PARTIES / NOTICE OF APPEARANCE PARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES |

27

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| UBS SECURITIES JAPAN COMPANY LTD | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| UBS SECURITIES LLC | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| UNION PACIFIC RAILROAD CO | LANDLORDS AND PARTIES TO LEASES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| UNITED SERVICES AUTOMOBILE ASSOCIATION | LITIGATION COUNTERPARTIES / LITIGATION PENDING LAWSUITS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| UNIVERSAL PARAGON CORP | ORDINARY COURSE PROFESSIONALS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

28

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| US BANCORP | UNSECURED NOTES | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| US BANK NATIONAL ASSOCIATION | TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| VERIZON WIRELESS | UTILITY PROVIDERS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| VISTA CONSULTING GROUP | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| VISTA EQUITY PARTNERS LLC | CONTRACT COUNTERPARTIES | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | | THE SPECIAL COUNSEL MATTERS |
| WELLS FARGO & CO | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| WELLS FARGO BANK NA | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| WELLS FARGO CARD SERVICES INC | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| WELLS FARGO EQUIPMENT FINANCE INC | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |

ny-1588541
Case: 19-30088   Doc# 2194-2   Filed: 05/22/19   Entered: 05/22/19 17:42:12   Page 27
of 28

| Entity | Category/Relationship to Debtors | Relationship to Firm |
|---|---|---|
| | UCC LIEN HOLDERS | |
| WELLS FARGO FINANCIAL LEASING INC | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| WELLS FARGO HOME MORTGAGE INC | TOP UNSECURED CREDITORS<br><br>BANK ACOUNTS<br><br>TERM AND REVOLVING LOAN LENDERS AND ADMINISTRATIVE AGENTS<br><br>CONTRACT COUNTERPARTIES<br><br>UNSECURED NOTES<br><br>UCC LIEN HOLDERS | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| WILSON, JOHN O | LANDLORS AND PARTIES TO LEASES | MORRISON & FOERSTER HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |
| ZURICH NA SURETY CREDIT & POLITICAL RISK | INSURANCE/INSURANCE PROVIDER/SURETY BONDS | MORRISON & FOERSTER CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES AND/OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE SPECIAL COUNSEL MATTERS |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105