# Schedule 1

# Potential Parties in Interest

Potential parties-in-interest or their affiliates for whom Deloitte & Touche LLP and/or its affiliates has provided or is currently providing services in matters unrelated to the chapter 11 cases, except as set forth in the declaration to which this is attached, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| Pacific Gas and Electric Company |
| PG&E Corporation |
| Alaska Gas Exploration Associates |
| Eureka Energy Company |
| Fuelco LLC |
| Midway Power, LLC |
| Morro Bay Mutual Water Company |
| Moss Landing Mutual Water Company |
| Natural Gas Corporation of California |
| Pacific Energy Capital IV, LLC |
| Pacific Energy Fuels Company |
| PCG Capital, Inc. |
| PG&E Corporation Support Services II, Inc. |
| PG&E Corporation Support Services, Inc. |
| PG&E National Energy Group, LLC |
| Standard Pacific Gas Line Incorporated |
| STARS Alliance LLC |
| Allen, Barry S. |
| Austin, Karen A. |
| Bedwell, Edward T. |
| Butler, Jeffrey D. |
| Earley, Anthony F., Jr. |
| Frizzell, Roger C. |
| Hapner, DeAnn |
| Harris, Richard R. |
| Hogan, Patrick |
| Howard, Robert T. |
| Johns, Christopher P. |
| Johnson, Jeh C. |
| Johnson, M. Kirk |
| Johnson, Mark S. |
| King, Mary |

| |
|---|
| Lewis, Michael |
| Malnight, Steven |
| Miller, Forrest |
| Minicucci, Benito |
| Morrow, William T. |
| Mullins, Eric |
| Peters, Kenneth J. |
| Rich, Brian F. |
| Simon, John R |
| Singh, Sumeet |
| Soto, Jesus, Jr. |
| Williams, Andrew K |
| ABB Inc. |
| ACE American Insurance Company (Starr Tech) |
| Ace Insurance Company |
| Aclara Technologies LLC |
| Aecom Technical Services Inc. |
| AEGIS Consortium |
| AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited) |
| AETNA |
| AlixPartners, LLP |
| Allianz Global Corporate & Specialty SE (PDW) |
| Allianz Global Risks |
| Allianz Global Risks US Insurance Company |
| Allied World Assurance Company Ltd. (AWAC) |
| Alpha |
| American Alternative Insurance Company (Munich Re U.S.) |
| American International Reinsurance Company Ltd. |
| American Water Services |
| Amerigas Propane |
| Aptim Environmental & Infrastructure |
| Argo |
| Argo Re Ltd. |
| Aspen Insurance Company |
| AXIS Specialty Limited (PDW) |
| AXIS Surplus Insurance Company |
| Badger Daylighting Corp |
| Bank of America Merrill Lynch |
| Bank of America, N.A. |
| Bank of New York Mellon |
| Bank of New York Trust Company, N.A. |
| Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL), The |

| |
|---|
| Barclays Bank PLC |
| Barclays Capital Inc. |
| Barclays Global |
| BBH Financial Services |
| Berkley Insurance Company |
| Berkshire Hathaway International Insurance Limited (PDW) |
| Black & Veatch Construction, Inc. |
| BlackRock, Inc. |
| BNP Paribas |
| BP Energy Co. |
| Business Jet |
| California Air Resources Board |
| California Board of Equalization |
| California Department of Finance |
| California Department of Fish and WildLife |
| California Department of Forestry and Fire Protection |
| California Department of Tax and Fee Administration |
| California Department of the Treasury |
| California Dept. of Water Resources |
| California Energy Resources Conservation and Development Commission |
| California Franchise Tax Board |
| California Independent System Operator (CAISO) |
| California Infrastructure and Economic Development Bank |
| California Pollution Control Financing Authority |
| California Public Utilities Commission |
| California State Water Resources Control Board |
| California Water Board |
| California Water Service |
| California Water Service Bakersfield |
| Calpine King City Cogen LLC |
| Calpine Los Esteros |
| Canadian Imperial Bank of Commerce |
| Canadian Imperial Bank of Commerce, New York Branch |
| Canadian Imperial Bank of Commerce, NY Agency |
| Canon Solutions America, Inc. |
| Cardno, Inc. |
| Carter Validus Operating |
| Ch2m Hill Engineers Inc. |
| Chevron Power Holding Inc. |
| Chubb Bermuda Insurance Ltd. |
| CIGNA Group Insurance |
| Citibank, N.A. |

| |
|---|
| Citigroup Global Markets Inc. |
| Cravath, Swaine & Moore LLP |
| Crockett Cogeneration LP |
| Cupertino Electric Inc. |
| David Theobald |
| DDB Worldwide Communications Group |
| Dell Financial Services L.L.C. |
| Dell Financial Services, L.P. |
| Delta Star Inc. |
| Department of Labor |
| Desert Sunlight Investment Holdings |
| Deutsche |
| Deutsche Bank Trust Company Americas |
| DTE Energy Services |
| Economic Research Services, Inc. (dba ERS Group) |
| Edf Trading North America LLC |
| Employers Insurance Company of Wausau |
| Energy Insurance Mutual Limited |
| Energy Insurance Services, Inc. f/k/a/ Energy Insurance (Bermuda) Ltd. |
| Energy Systems Group LLC |
| Environmental Systems Research |
| ERM-West Inc. |
| European Mutual Association for Nuclear Insurance (EMANI) |
| Exelon Corporation |
| Exponent, Inc. |
| Federal Energy Regulatory Commission (FERC) |
| Federal Insurance Company |
| Fidelity Management Trust Company |
| Gelco Corporation d//b/a GE Fleet Services |
| General Security Indemnity Company of Arizona (Scor Re) |
| Genesis Solar LLC |
| Geysers Power Company LLC |
| Goldman Sachs Bank USA |
| Great American Insurance Company |
| Great Lakes Insurance SE |
| Great Lakes Reinsurance (UK) PLC (Munich Re London) |
| Great Lakes Reinsurance (UK) S.E. |
| Great West Life and Annuity Insurance Company |
| Greenwaste Recovery |
| Hamilton Re Ltd. |
| Harsch Investment Corporation |
| HCC / Tokio Marine |

| |
|---|
| HDI Global Insurance Company |
| ICE NGX Canada Inc. |
| InterHannover |
| Internal Revenue Service |
| International Line Builders Inc. |
| Interstate Fire & Casualty Company |
| Iron Mountain |
| Iron- Starr Excess Agency Ltd. |
| Ironshore Insurance Limited |
| Jenner & Block LLP |
| Jonah Energy LLC |
| JPMorgan Chase Bank, N.A. |
| KRE 1330 Broadway Venture LLC |
| Latham & Watkins LLP |
| Lazard Frères & Co. LLC |
| Lehman Brothers |
| Liberty Insurance Underwriters Inc. |
| Liberty Mutual Fire Insurance Company |
| Liberty Mutual Insurance Company |
| Liberty Mutual Insurance Europe Limited |
| Liberty Mutual Management (Bermuda) Ltd (PDW) |
| Liberty Surplus Insurance Company |
| Liberty Surplus Insurance Corporation |
| Louisiana Energy Services LP |
| Macquarie Energy LLC |
| Magna Carta Insurance Ltd (PDW) |
| MAPFRE Global Risks |
| Marine Insurance Company Ltd. (Royal Sun Alliance - RSA), The |
| MassMutual Asset Finance LLC |
| McDermott, Will & Emery LLP |
| McKinsey & Company Inc. - U S |
| Mellon Bank Boston |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Mizuho Bank, Ltd. |
| Mizuho Corporate Bank, Ltd. |
| Morgan Stanley Bank |
| Morrison & Foerster LLP |
| MUFG Union Bank, N.A. |
| Munger, Tolles & Olson LLP |
| Munich Re |
| National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) |
| National Fire and Marine Insurance Company |

| |
|---|
| Navigators Management Company, Inc. New York |
| North American Specialty Insurance Company |
| Nuclear Electric Insurance Limited (NEIL) |
| Occidental Energy Marketing Inc. |
| Ohio Casualty Insurance Company, The |
| Oil Casualty Insurance Limited (OCIL) |
| Oracle America Inc. |
| Osmose Utilities Services Inc. |
| PG&E Enterprises |
| PG&E Generating Company |
| PG&E Generating International Co. |
| Pgc D.B.A. PG&E Properties, Inc. |
| PGE Starpoint LLC |
| Pitney Bowes Global Financial Services LLC |
| Placer County Tax Collector |
| Placer County Water Agency |
| Port of San Francisco |
| Pricewaterhousecoopers LLP |
| Prologis LP |
| Promontory San Luis Obispo |
| Promontory, The |
| Quanta Energy Services LLC |
| Quanta Technology |
| RBS (Royal bank of Scotland) |
| Realty Income Corporation |
| Recology Auburn Placer |
| Recology Golden Gate |
| Recology Grover Environmental |
| Recology Humboldt County |
| Recology San Mateo County |
| Recology Sonoma Marin |
| Recology South Bay |
| Recology South Valley |
| Recology Sunset Scavenger Co. |
| Recology Vacaville Solano |
| Recology Vallejo |
| Recology Yuba-Sutter |
| Recology-Butte Colusa |
| Republic Services San Jose |
| Republic Services/Allied Waste Services |
| Republic Services/Richmond Sanitary Service (Richmond Sanitary Service) |
| Republic Services/Solano Garbage Co #846 |

| |
|---|
| Roland Ball Revocable Trust |
| Royal Bank of Canada |
| Russell City Energy Company LLC |
| Sacramento Municipal Utility District - SMUD |
| SAFECO Insurance Company of America |
| San Bernardino County Tax Collector |
| San Diego Gas & Electric Company |
| San Francisco Port Commission |
| San Joaquin Co. Sheriff |
| Santa Clara Valley Water District |
| Scor Channel Limited (PDW) |
| SDCTTC San Diego County Treasurer-Tax Collector) |
| SFPUC - San Fran Water Dept |
| Siemens Industry Inc. |
| Silver Spring Networks, Inc. |
| Southern California Edison Company |
| Southern California Gas |
| Southwire Company |
| Spectrum Properties Inc. |
| SSF, Menlo Park, San Carlos & San Mateo |
| Starr Indemnity & Liability Company |
| State of California |
| State of California – Taxation |
| State of California Department |
| State of California Office of Emergency Services |
| Sterling National Bank |
| Steven F. Potter |
| Sumitomo Mitsui Banking Corporation |
| Swiss Re International SE (Swiss Re) |
| T. Rowe Price Associates |
| Tata America International Corp |
| TD Bank, N.A. |
| TD Securities |
| Topaz Solar Farms LLC |
| Traffic Management Inc |
| Turner Construction Company |
| U.S Bank Equipment Finance, a division of U.S. Bank National Association |
| U.S. Attorneys - Office San Francisco |
| U.S. Bank N.A. Global Corporate Trust Services |
| U.S. Bank National Association |
| U.S. Department of Energy |
| U.S. Department of the Interior |

| |
|---|
| U.S. Environmental Protection Agency |
| U.S. Securities and Exchange Commission |
| U.S. Specialty Insurance Company |
| UBS |
| UBS Investment Bank |
| UBS Securities |
| Ultra Petroleum Corp |
| Underwriters at Lloyd's (Travelers) Syndicate No. TRV 5000 |
| Union Bank of California |
| Urenco Limited |
| US Securities and Exchange Commission |
| USRPI REIT, Inc. (US Real Property Interests) |
| Vanguard Group, The |
| Wachovia Corporate Services, Inc. |
| Waste Management - Fresno |
| Waste Management - Ukiah |
| Waste Management - USA Waste of California |
| Waste Management of Alameda |
| Waste Management of Antelope Valley |
| Waste Management of Corning |
| Waste Management of Fort Bragg |
| Waste Management of Nevada |
| Waste Management of North Valley Disposal |
| Weil, Gotshal & Manges LLP |
| Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 |
| Wells Fargo Bank, N.A. |
| Wells Fargo Securities LLC |
| West Sacramento, City of |
| West Valley Sanitation District/Santa Clara County |
| Westinghouse |
| Westinghouse Electric Co. LLC |
| Wilmer Hale |
| Wilson Sonsini Goodrich & Rosati, P.C. |
| World Wide Technology Inc. |
| XL Insurance America, Inc. |
| XL Insurance Company |
| Zones Corporate Solutions |
| Zurich American Insurance Company |
| Zurich Insurance Company |