Gary M. Kaplan (State Bar No. 155530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 18th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Party in Interest
TTR SUBSTATIONS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case Nos.  19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | * | Chapter 11 |
| -and- | * | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | * | |
| *Debtors.* | * | |
| ☐ Affects PG&E Corporation | * | |
| ☐ Affects Pacific Gas and Electric Company | * | |
| ☒ Affects both Debtors | * | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TTR SUBSTATIONS, INC.**

TTR Substations, Inc. ("TTR") is a subcontractor under Master Service Agreement No. 4400007190 (the "MSA") and related Contract Work Authorizations ("CWAs," and collectively with the MSA, the "Contract") with debtor Pacific Gas and Electric Company ("PG&E" or "Debtor"), pursuant to which TTR agreed to provide labor, equipment, services and/or materials to PG&E (collectively, the "Work"), as specified therein, including substation construction, at certain real property locations owned by PG&E, as specified therein (collectively, the "Properties").

Prior to and after the filing of the Debtor's bankruptcy case on January 29, 2019, TTR has provided Work pursuant to the Contract at PG&E's Properties, as listed on Exhibit 1 attached hereto, and has duly provided preliminary notices with respect thereto pursuant to California Civil Code Sections 8100 *et seq.* (true and correct copies attached hereto as Exhibit 2). The amounts currently owed to TTR for the Work are set forth on Exhibit 1 (not including interest and other charges), with additional amounts continuing to accrue.

The Work under the Contract constitutes "works of improvement" as defined in California Civil Code Section 8050(a). Pursuant to California Civil Code Section 8414, a subcontractor may not enforce a lien unless the subcontractor records a claim of lien after the subcontractor finishes work, and before ninety (90) days after the completion of the work of improvement. California Civil Code Section 8460(a) provides that an action to enforce a lien must be filed within 90 days after recordation of the claim of lien, and if such action is not commenced within that time, then the claim of lien expires and is unenforceable.

Bankruptcy Code Section 546(b) (11 U.S.C. § 546(b)) provides that when applicable law requires commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the action was not filed prior to the bankruptcy petition date, then the claimant must instead give notice within the time fixed by law for filing the action.[1] *See*

---

[1] Section 546(b) provides as follows:
"(1) The rights and powers of a trustee under sections 544, 545, and 549 of [the Bankruptcy Code] are subject to any generally applicable law that—
(A) permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection; or
(B) provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that acquires rights in such property before the date on which action is taken to effect such maintenance or continuation.
(2) If— (A) a law described in paragraph (1) requires seizure of such property or commencement of an action to accomplish such perfection, or maintenance or continuation of perfection of an interest in property; and
(B) such property has not been seized or such an action has not been commenced before the date of the filing of the petition;
such interest in such property shall be perfected, or perfection of such interest shall be maintained or continued, by giving notice within the time fixed by such law for such seizure or such commencement."

*Village Nurseries v. Gould (In re Baldwin Builders)*, 232 B.R. 406, 410–15 (B.A.P. 9th Cir. 1999); *Village Nurseries v. Greenbaum*, 101 Cal.App.4th 26 (2002).

Bankruptcy Code Section 362(b)(3) further provides that the filing of a bankruptcy petition "does not operate as a stay . . . under subsection (a) of this section, of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to perfection under Section 546(b) of [the Bankruptcy Code] . . . ."

Pursuant to Bankruptcy Code Section 546(b), TTR hereby gives notice to preserve, perfect, maintain, and continue the perfection of its liens in lieu of the recording of claims of lien and/or the commencement of actions to enforce such liens pursuant to California Civil Code Sections 8414 and 8460(a). This notice constitutes the legal equivalent of having filed liens and commenced actions to foreclose such liens. TTR's liens extend to the proceeds, products, rents, and profits of the subject Properties. TTR reserves the right to record claims of lien in the Office of the County Recorder for the Counties in the State of California where the Properties are located, as permitted by Bankruptcy Code Section 362(b)(3).

Dated: May 22, 2019

FARELLA BRAUN + MARTEL LLP

By: /s/ Gary Kaplan
Gary M. Kaplan

Attorneys for Party in Interest
TTR Substations, Inc.

# EXHIBIT 1

## NOTICE OF LIENS UNDER 11 U.S.C. § 546(B) BY TTR SUBSTATIONS, INC.

In Re: PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM) (Lead Case)

**EXHIBIT 1**

| Job Number | Location | Address | County | Prime Contractor | Remaining Balance |
|---|---|---|---|---|---|
| 18176-01 | Contra Costa Substation | 2111 Hillcrest Avenue, Antioch, CA 94509 | Contra Costa | Semper Electric, Inc | $4,216.79 |
| 18178-01 | Arana Substation | Bostwick Lane, West of 7th Avenue, Santa Cruz, CA 95062 | Santa Cruz | Semper Electric, Inc. | $51,271.16 |

# EXHIBIT 2

## NOTICE OF LIENS UNDER 11 U.S.C. § 546(B) BY TTR SUBSTATIONS, INC.

In Re: PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM) (Lead Case)

# PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO: (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER** <br> Pacific Gas & Electric <br> 6030 West Oaks Blvd. <br> Rocklin, CA 95765 | Substation Construction <br><br> CW#: C12837 Job #: 18176-01 |
| **PRIME CONTRACTOR** <br> Semper Electric <br> PO BOX 4636 <br> Paso Robles, CA 93447 | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) <br><br> Semper Electric |
| **CONSTRUCTION LENDER** <br> NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 82,257.24 . |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) <br><br> TTR Substations, Inc. <br> 4533 E. Citron <br> Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished or to be furnished: (Identify Name & Address of Party Who Hired Claimant) <br><br> 2111 Hillcrest Ave <br> Antioch, CA 94509 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated: 1 day of January, 20 19.

Elizabeth Rundgren
*Digitally signed by Elizabeth Rundgren*
*DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator, email=Elizabeth.Rundgren@TTRSubstations.com, c=US*
*Date: 2019.01.01 09:46:40 -08'00'*

Project Coordinator, Agent for CLAIMANT
Signed by: Elizabeth Rundgren

# PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren, declare that on the 1 day of January, 20 19, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]  Property Owner
[ X ]  Prime Contractor
[    ]  Lender

I served the attached Preliminary Notice:

[    ]  By personally delivering the notice to the identified parties;

[ X ]  By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1 day of January, 20 19.

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator, email=Elizabeth.Rundgren@TTRsubstations.com, c=US
Date: 2019.01.01 09:47:29 -08'00'

Project Coordinator, Agent for CLAIMANT
Signed by: Elizabeth Rundgren

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here
JAN 04 2019
CECIL E BOLT
FOWLER, CA 93625

Sent To: 1/2 18 ER (CA)
Street and Apt. No., or PO Box No.: PG&E
City, State, ZIP+4®

7017 2400 0000 5728 3936

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1577 72

2. Article Number (Transfer from service label)
7017 2400 0000 5728 3936

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1/7/19
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ■ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ■ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt




**1. Article Addressed to:**

Semper Electric Inc.
PO Box 4636
Paso Robles, CA 93447

9590 9402 4357 8190 1577 65

**2. Article Number** *(Transfer from service label)*

7017 2400 0000 5728 3943

# PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:** (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
| **PROPERTY OWNER** Pacific Gas & Electric 6030 West Oaks Blvd. Rocklin, CA 95765 | Civil & Electrical Substation Construction Services Per CWA C13141 TTR Job # 18178-01 |
| **PRIME CONTRACTOR** Semper Electric, Inc Po Box 4636 Paso Robles, CA 93447 | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) Semper Electric, Inc. PO Box 4636 Paso Robles, Ca 93447 |
| **CONSTRUCTION LENDER** NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $74,355.95, All work in relation to CWA C13141 |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) TTR Substations, Inc. 4533 E. Citron Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished or to be furnished: Arana Substation Bostwick Lane W/O 7th Ave Santa Cruz, CA 95062 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated: 10th day of January, 20 19.

Mellissa Hawkins
Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR Substations, Inc., ou=Project Coordinator, email=mellissa.paro@ttrsubstations.com, c=US
Date: 2019.01.10 12:08:29 -08'00'

Project Coordinator, Agent for CLAIMANT

Signed by: Mellissa Hawkins

# PROOF OF SERVICE AFFIDAVIT

I, Mellissa Hawkins_____, declare that on the __10th__ day of __January_____, 20_19___, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[__X____] Property Owner
[__X____] Prime Contractor
[_____] Lender

I served the attached Preliminary Notice:

[_____] By personally delivering the notice to the identified parties;

[__X____] By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __10th__ day of __January_____, 20_19___.

**Mellissa Hawkins**
Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR Substations, Inc., ou=Project Coordinator, email=mellissa.paro@ttrsubstations.com, c=US
Date: 2019.01.10 12:08:55 -08'00'

__Project Coordinator__, Agent for CLAIMANT
Signed by: __Mellissa Hawkins_____



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here: JAN 10 2019, FOWLER CA 93625

7018 1130 0000 9304 5808

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1575 98

2. Article Number (Transfer from service label)
7018 1130 0000 9304 5808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Frederick_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 1/14/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To: SEMP

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark Here: JAN 10 2019 FOWLER CA 93625

Article Number: 7018 1130 0000 9304 5815

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Semper Electric, Inc.
   PO Box 4636
   Paso Robles, CA 93447

9590 9402 4357 8190 1549 48

2. Article Number *(Transfer from service label)*

   7018 1130 0000 9304 5815

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

JAN 19 2019

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery ($500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt