# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Timothy R. Quinn, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On April 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3.      On May 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4.      On May 2, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5.     On May 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6.     On May 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7.     On May 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

8.     On May 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

9.     On May 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

10.     On May 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

11.     On May 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1      12.      On May 17, 2019, at my direction and under my supervision, employees of Prime

2    Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First

3    Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List

4    attached hereto as **Exhibit A**.

5      13.      I declare under penalty of perjury under the laws of the United States of America, that

6    the foregoing is true and correct and that if called upon as a witness, I could and would competently

7    testify thereto.

9    Executed this 20th day of May 2019, at New York, NY.

Timothy R. Quinn

3

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 964 | Eapdis LLC<br>PO Box 58<br>New Port, VA 24128 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 965 | Guidepost Solutions LLC<br>415 Madison Ave 11th Fl.<br>New York, NY 10017 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 966 | Adonai Perazim Inc<br>1643 S Main St.<br>Milpitas, CA 95035 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 967 | Frank Dial Logging<br>15991 Indian Flat Rd<br>Nevada City, CA 95959 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 969 | Natural Resources Mgmt Corp<br>1434 Third St.<br>Eureka, CA 95501 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 970 | Arro Mark Co LLC<br>158 W. Forest Ave<br>Englewood, NJ 07631 | CRG Financial LLC<br>Attn: Robert M. Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 1008 | Burning Issues & Solutions<br>5a Foster St.<br>Anglesea, 3230<br>Australia | CRG Financial LLC<br>Attn: Robert M. Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |
| 1017 | Keysight Technologies Inc<br>32837 Collections Ctr Dr.<br>Chicago, IL 60693<br><br>Keysight Technologies Inc<br>1400 Fountain Grove Pkwy<br>Santa Rosa, CA 95403-1738 | CRG Financial LLC<br>Attn: Robert M. Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 2, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 5 of 40

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1032 | Engineering Planning and Management, Inc. Attn: Vanessa Boucher 959 Concord Street Suite 310 Framingham, MA 01701 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike, Suite 302 Woodbury, NY 11797 | May 1, 2019 |
| 1033 | Martina Lawlor 809 Auzerais Ave San Jose, CA 95126 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike, Suite 302 Woodbury, NY 11797 | May 6, 2019 |
| 1034 | Gendell/WN Stockton LLC Attn: Daniel Wander / Member 3201 Old Glenview, Suite 300 Wilmette, IL 60091 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | May 6, 2019 |
| 1038 | Pilko Inc 700 Louisiana St Ste 4500 Houston, TX 77002 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | May 6, 2019 |
| 1047 | Maria Garibay 3461 Davis St Oakland, CA 94601 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | May 6, 2019 |
| 1072 | Arun Yellamraju 902 Cera Dr San Jose, CA 95129 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | May 6, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1073 | Ogletree, Deakins, Nash, Smoak Patewood IV 50 International Drive, Ste 300 Greenville, SC 29615 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | April 30, 2019 |
| 1095 | IMI Control Components, Inc. 22591 Avenida Empresa Rancho Santa Margarita, CA 92688 | Cedar Glade LP Attn: Kesha Tanabe 660 Madison Avenue, Suite 1700 New York, NY 10065 | April 30, 2019 |
| 1102 | Belzona California Inc. 2201 E Winston Rd, Ste. F Anaheim, CA 92806 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 6, 2019 |
| 1103 | Certex USA Inc. 1721 W Culver St. Phoenix, AZ 85007 | VonWin Capital Management L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 6, 2019 |
| 1123 | Laboratory Corporation of America P.O. Box 12190 Burlington, NC 27216-2190 | Tannor Partners Credit Fund, LP Attn: Robert Tannor 555 Theodore Fremd Avenue, SuiteC209 Rye, NY 10580 | May 1, 2019 |
| 1124 | Laboratory Corporation of America P.O. Box 12190 Burlington, NC 27216-2190 | Tannor Partners Credit Fund, LP Attn: Robert Tannor 555 Theodore Fremd Avenue, SuiteC209 Rye, NY 10580 | May 6, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1125 | J Harris Industrial Water<br>3151 Sturgis Rd<br>Oxnard, CA 93030 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 6, 2019 |
| 1127 | J.W. Wood Company d/b/a J W Woods<br>3676 Old Hwy 44 Dr<br>Redding, CA 96003 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 6, 2019 |
| 1138 | Anamet Inc<br>26102 Eden Landing Rd #3<br>Hayward, CA 94545 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 6, 2019 |
| 1155 | Lynn Berardo<br>46 Glen Lake Drive<br>Pacific Grove, CA 93950 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 6, 2019 |
| 1156 | Kenneth Kahn<br>75 Spring Ln<br>Belvedere Tiburon, CA 94920 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 6, 2019 |
| 1157 | Richmond Sanitary Service<br>3260 Blume Dr<br>Richmond, CA 94806 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 6, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1158 | Carl Mitchell<br>4060 Walker Ave<br>Santa Rosa, CA 95407 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 6, 2019 |
| 1159 | Della Gutierrez<br>5862 Marshall Street<br>Oakland, CA 94608 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 6, 2019 |
| 1178 | Maxim Crane Works, L.P.<br>Attu: Ryan R. Gutwald, VP of Admin<br>1225 Washington Pike<br>Bridgeville PA 15017 | Jefferies Leveraged Credit Products, LLC<br>c/o Jefferies LLC<br>Attn: Erin Grambling<br>520 Madison Avenue, Third Floor<br>New York, NY 10022 | May 1, 2019 |
| 1179 | Framatome Inc<br>Attn: General Counsel<br>3315 Old Forest Rd<br>Lynchburg, VA 24506-0935 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C-209<br>Rye, Ny 10580 | May 6, 2019 |
| 1185 | Evolved Energy Research<br>118 Athol Ave #301<br>Oakland, CA 94606 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 6, 2019 |
| 1195<br>1196 | City of Merced<br>678 West 18th St<br>Merced, CA 95340 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 6, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1197 | James R Kelly<br>2608 9th Street<br>Berkley, CA 94710-2550 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 7, 2019 |
| 1198 | Socialchorus Inc<br>123 Mission St 25th Fl<br>San Francisco, CA 94150 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 7, 2019 |
| 1199 | WSO2 Inc<br>787 Castro St<br>Mountain View, CA 94041 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 7, 2019 |
| 1231 | Rolando Rosales<br>2343 Brittan Ave<br>San Carlos, CA 94070 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 7, 2019 |
| 1240 | Reliability Optimization Inc<br>325 Park Dr<br>Aptos, CA 95003 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas,<br>28th Floor<br>New York, NY 10019 | May 7, 2019 |
| 1242 | Hani Kassem<br>1400 W. Grand Ave., Ste. D<br>Grover Beach, CA 93433 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 7, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 10 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 1245 | Advanced Lighting Services Inc<br>6681 Sierra Ln Ste A<br>Dublin, CA 94568 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | May 7, 2019 |
| 1246 | Gary G Kaufman<br>1561 Oxford Court<br>Gallatin, TN 37066 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | May 7, 2019 |
| 1247 | American Efficiency Services LLC<br>15925 North Ave<br>Woodbine, MD 21797 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, Ct 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | May 7, 2019 |
| 1249 | Louis Giglio<br>6577 Autumn Wind Circle<br>Clarksville, MD 21029 | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 1, 2019 |
| 1250 | Double C Ltd<br>P.O. Box 2511<br>Houston, TX 77252-2511 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 7, 2019 |
| 1262 | Energy Technologies LLC<br>2223 Southwest Blvd<br>Wichita, KS 67213 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 7, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 11 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1263 | Reliability Optimization Inc. 325 Park Dr Aptos, CA 95003 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | May 1, 2019 |
| 1264 | Fuel Cell Energy Inc 3 Great Pasture Rd Danbury, CT 06813 | ASM SPV, L.P. Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | May 7, 2019 |
| 1265 1266 | 3B Enterprises LLC 11171 Sun Center Dr Ste 200B Rancho Cordova, CA 95670 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 7, 2019 |
| 1267 | Road Safety, Inc. 4335 Pacific St Ste A Rocklin, CA 95677 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 7, 2019 |
| 1268 | Road Safety, Inc. 4335 Pacific St Ste A Rocklin, CA 95677 | Whitebox Asymmetric Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 7, 2019 |
| 1270 | Professional Telecommunications 6111 Southfront Rd Ste B Livermore, CA 94551 | Whitebox Asymmetric Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 7, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1271 | Professional Telecommunications 6111 Southfront Rd Ste B Livermore, CA 94551 | Whitebox Asymmetric Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 7, 2019 |
| 1291 | ArchieMD Inc. 6420 Congress Ave Ste 2050 Boca Raton, FL 33487 | High Five Capital LLC c/o Thomas Braziel 228 Park Ave S #63787 New York, NY 10003-1502

High Five Capital LLC Attn: General Counsel 15 E 67th Street, 6th Floor New York, NY 10065 | May 1, 2019 |
| 1292 | APS Environmental Inc. APS Environmental Services Inc. 6643 32nd St., Suite 101 North Highlands, CA 95660 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave, Suite 425 Greenwich, CT 06830 | May 7, 2019 |
| 1293 | American Metals Corporation Attn: Diana Berger Unit 91, PO Box 4900 Portland, OR 97208

American Metals Corporation Attn: Diana Berger 1499 Parkway Avenue West Sacramento, CA 95691 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830

Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 | May 1, 2019 |
| 1307 | Avtech Construction Inc. 1393 Shore Road Hollister, CA 95023 | Hain Capital Investors Master Fund, Ltd Attn: Cheryl Eckstein 301 Route 17, 7th Floor Rutherford, NJ 07070 | May 1, 2019 |

Case: 19-30088   Doc# 2201   Filed: 05/23/19   Entered: 05/23/19 10:34:37   Page 13 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1315 | Dr. Alfred J. Hendron Jr. 4 College Park Ct Savoy, IL 61874 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 7, 2019 |
| 1316 | JZ Contracting Inc. d/b/a Jordan M Zizza P.O. Box 6245 Eureka, CA 95502 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 7, 2019 |
| 1318 | Mapleservice Inc Attn: General Counsel 317 Cedar St. Eureka, CA 95501 | CRG Financial LLC Attn: Allison R. Axenrod 100 Union Ave Cresskill, NJ 07626 | May 7, 2019 |
| 1334 | Anvil International LP Attn: Eric Brown 160 Frenchtown Road North Kingstown, RI 02852  Anvil International LP 23522 Network Place Chicago, IL 60673-1235 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 | May 1, 2019 |
| 1336 | United States Fire Insurance Company Attn: P. Ann Perkins 305 Madison Avenue Morristown, NJ 07960 | Centerbridge Special Credit Partners III, LP Attn: Closing Team 375 Park Ave New York, NY 10152 | May 1, 2019 |
| 1344 | Orange Avenue Disposal Co., Inc. Attn: General Counsel P.O. Box 446 Fresno, CA 93709 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 7, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 14 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1338 1339 | United States Fire Insurance Company Attn: P. Ann Perkins 305 Madison Avenue Morristown, NJ 07960 | CCP Credit Acquisition Holdings, L.L.C. Attn: Closing Team 375 Park Ave New York, NY 10152 | May 1, 2019 |
| 1346 | Sedaa Corporation Attn: General Counsel 1232 Monticello Road Lafayette, CA 94549 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 7, 2019 |
| 1347 | Brim Equipment Leasing DBA Brim Aviation Attn: Julie Brim PO Box 3009 Ashland, OR 97520  Brim Equipment Leasing DBA Brim Aviation c/o Wexford Capital LP Attn: Legal 411 West Putnam Avenue Greenwich, CT 06830 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830  Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 | May 1, 2019 |
| 1348 | Nusura Inc Attn: Emily Norcross 4101 E. Louisiana Ave., Ste #400 Denver, CO 80246  Nusura Inc Attn: Emily Norcross P.O. Box 2856 Littleton, CO 80161-2856 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | May 7, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1354 | Atlas Field Services, LLC<br>Attn: Craig Taylor<br>3900 Essex. Lane, Suite 775<br>Houston, TX 77027 | Jefferies Leveraged Credit Products, LLC<br>c/o Jefferies LLC<br>Attn: Erin Grambling<br>520 Madison Avenue, Third Floor<br>New York, NY 10022 | May 1, 2019 |
| 1357 | Coates Field Service Inc.<br>Attn: General Counsel<br>4800 North Santa Fe<br>Oklahoma City, OK 73118 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 7, 2019 |
| 1358 | Coates Field Services, Inc.<br>PO Box 25277<br>Oklahoma City, OK 73125<br><br>Coates Field Services, Inc.<br>Attn: James Mark Self, Chief Financial Officer / Treasurer<br>4800 N. Santa Fe Ave.<br>Oklahoma City, OK 73125 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 1, 2019 |
| 1363 | Turner & Townsend AMCL Inc<br>Attn: General Counsel<br>11 E 26th St, 5th Floor<br>New York, NY 10010 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | May 7, 2019 |
| 1431<br>1432 | Bodington & Company<br>50 California St #630<br>San Francisco, CA 94111 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 1, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1464 | Burroughs Inc<br>41100 Plymouth Rd<br>Plymouth, MI 48170 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 8, 2019 |
| 1465 | Granite Solid Waste<br>P.O. Box 268<br>Prather, CA 93651 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 8, 2019 |
| 1471 | Pure Filter Solutions<br>2961 Pauls Way NW<br>Marietta, GA 30062 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 8, 2019 |
| 1493 | Nor Cal FSI<br>4073 Dale Rd Unit B<br>Modesto, CA 56356 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 8, 2019 |
| 1494 | Isabel Rodriguez<br>3224 Rocky Mountain Drive<br>San Jose, CA 95127 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 1, 2019 |
| 1495 | Philip Egan<br>2625 Aztec Drive<br>Chico, CA 95928 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 8, 2019 |
| 1498 | Potrero Hill Dogpatch Merchants<br>1459 18th Street, Box 105<br>San Francisco, CA 94107 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 1, 2019 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1499<br>1500 | Roderick Sloan<br>1209 Sanchez Avenue<br>Burlingame, CA 94010 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 8, 2019 |
| 1506 | I C System Inc<br>P.O. Box 64808<br>Saint Paul, MN 55164 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 8, 2019 |
| 1507 | California Waste Recovery Systems<br>Attn: General Counsel<br>175 Enterprise Court, Suite A<br>Galt, CA 95632 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 8, 2019 |
| 1510 | Delta Tech Service Inc<br>Attn: Curtis Johnson<br>397 W Channel Rd<br>Benecia, CA 94510 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |
| 1512 | Ixrf Systems Inc<br>Attn: Christina Roman<br>10421 Old Manchaca Rd, Suite 620<br>Austin, TX 78748 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |
| 1516 | Wells Technology Inc<br>Attn: Collin Lynn<br>4885 Windsor Ct Nw<br>Bemidji, MN 56601 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |
| 1519 | Nuclear Measurements Corp<br>Attn: Donald L. Demoss<br>2600 N Arlington Ave<br>Indianapolis, IN 46218 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1521 | St Onge Company<br>Attn: Winston H. Wise<br>1400 Williams Rd<br>York, PA 17402 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |
| 1533 | Exyion<br>Attn: Alasdair McLay<br>4790 Irvine Blvd, Ste 105 327<br>Irvine, CA 92620 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | May 8, 2019 |
| 1534 | The Training Associates Corporation<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Paul W. Carey, Esq.<br>100 Front Street<br>Worcester, MA 01608<br><br>The Training Associates Corporation<br>Attn: Justin D. Barrett, Director of Contracts & Compliance<br>287 Turnpike Road, Suite 300<br>Westborough, MA 01581 | Cedar Glade LP<br>Attn: Kesha L. Tanabe<br>660 Madison Avenue, Suite 1700<br>New York, NY 10065 | May 1, 2019 |
| 1545 | KC Partners Corp<br>Attn: Christopher Fasse<br>630 S Frontage Rd<br>Nipomo, CA 93444 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | May 8, 2019 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1548 | 3B Enterprises, LLC<br>PO Box 1177<br>Elverta, CA 95626-1177 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 8, 2019 |
| 1549<br>1550 | 3B Enterprises, LLC<br>PO Box 1177<br>Elverta, CA 95626-1177 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 1, 2019 |
| 1552 | 3B Enterprises, LLC<br>PO Box 1177<br>Elverta, CA 95626-1177 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 1, 2019 |
| 1556 | Ga-ma & Associates Inc<br>404 Cypress Rd<br>Ocala, FL 34472 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 8, 2019 |
| 1566 | Family Tree Service, Inc.<br>41701 Highway 101<br>Laytonville, CA 95454 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | May 9, 2019 |
| 1572 | Glen R Palmer<br>1906 Lake Peninsula Dr<br>Hixson, TN 37343 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>271 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 9, 2019 |
| 1576 | American Wire & Specialty Company<br>5046 Commercial Cir Ste A<br>Concord, CA 94520 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 9, 2019 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)                    Page 16 of 36

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 20 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1577 | Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Kahn & Goldberg LLP<br>Eric Goldberg, Esq.<br>555 Fifth Avenue, 14th Fl<br>New York, NY 10017<br><br>Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Attn: Marc Wolin<br>160 Water Street, 16th Floor<br>New York, NY 10038 | CCP Credit Acquisition Holdings, L.L.C.<br>Attn: Closing Team<br>375 Park Ave, 11th Floor<br>New York, NY 10152 | May 1, 2019 |
| 1578 1579 | Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Kahn & Goldberg LLP<br>Eric Goldberg, Esq.<br>555 Fifth Avenue, 14th Fl<br>New York, NY 10017<br><br>Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Attn: Marc Wolin<br>160 Water Street, 16th Floor<br>New York, NY 10038 | Centerbridge Special Credit Partners, III, L.P.<br>Attn: Closing Team<br>375 Park Ave, 11th Floor<br>New York, NY 10152 | May 1, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1580 | Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Kahn & Goldberg LLP<br>Eric Goldberg, Esq.<br>555 Fifth Avenue, 14th Fl<br>New York, NY 10017<br><br>Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company<br>Attn: Marc Wolin<br>160 Water Street, 16th Floor<br>New York, NY 10038 | CCP Credit Acquisition Holdings, L.L.C.<br>Attn: Closing Team<br>375 Park Ave, 11th Floor<br>New York, NY 10152 | May 1, 2019 |
| 1581 | Rapid Value Solutions Inc<br>7901 Stoneridge Dr Ste 225<br>Pleasanton, CA 94588 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 9, 2019 |
| 1584 | Anton Paar USA<br>Attn: General Counsel<br>10215 Timber Ridge Drive<br>Ashland, VA 23005 | Argo Partners<br>Attn: General Counsel<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 1, 2019 |
| 1594 | Asphalt Technology Inc<br>4075 Celeste Ave<br>Clovis, CA 93619 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 9, 2019 |
| 1604 | Rapid Value Solutions Inc.<br>Attn: General Counsel<br>7901 Stoneridge Drive, Suite 201<br>Pleasanton, CA 94588 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | May 1, 2019 |

Case: 19-30088   Doc# 2201   Filed: 05/23/19   Entered: 05/23/19 10:34:37   Page 22 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1606 | Michelle McKeown<br>617 Valle Vista Ave<br>Oakland, CA 94610 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 9, 2019 |
| 1612 | 3D – Forensic<br>One Market St Ste 3600<br>San Francisco, CA 94105 | Corre Horizon Fund, LP<br>Attn: Claim Processing<br>(Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | May 9, 2019 |
| 1613 | 3D – Forensic<br>One Market St Ste 3600<br>San Francisco, CA 94105 | Corre Opportunities II Master<br>Fund, LP<br>Attn: Claims Processing<br>(Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | May 9, 2019 |
| 1614 | 3D – Forensic<br>One Market St Ste 3600<br>San Francisco, CA 94105 | Corre Opportunities Qualified<br>Master Fund, LP<br>Attn: Claims Processing<br>(Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | May 9, 2019 |
| 1620 | Berry Petroleum Company LLC<br>5201 Truxtun Ave<br>Bakersfield, CA 93309 | Corre Horizon Fund, LP<br>Attn: Claims Processing<br>(Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | May 9, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 23 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1621 | Berry Petroleum Company LLC 5201 Truxtun Ave Bakersfield, CA 93309 | Corre Opportunities II Master Fund, LP Attn: Claims Processing (Bankruptcy) 12 East 49th Street, Suite 4003 New York, NY 10017 | May 9, 2019 |
| 1622 | Berry Petroleum Company LLC 5201 Truxtun Ave Bakersfield, CA 93309 | Corre Opportunities Qualified Master Fund, LP Attn: Claims Processing (Bankruptcy) 12 East 49th Street, Suite 4003 New York, NY 10017 | May 9, 2019 |
| 1639 | Law Offices of Martha J. Simon 28 Battery St, Suite 888 San Francisco, CA 94111 | Cohanzick Management LLC 507 Capital LLC C/o Thomas Braziel 228 Park Ave S #63787 New York, NY 10003-1502 | May 1, 2019 |
| 1652 | Bartholomew Associates Inc 1033 Columbia Pl Davis, CA 95616 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | May 9, 2019 |
| 1665 | Alpha Fire Sprinkler Corp 650 Sweeney Ln San Luis Obispo, CA 93401 | Vendor Recovery Fund IV, LLC Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | May 9, 2019 |
| 1666 | Consensus Building Institute Inc 100 Cambridge Park Dr Ste 302 Cambridge, MA 02140 | Vendor Recovery Fund IV, LLC Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | May 9, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1667 | Contract Callers Inc<br>Attn: General Counsel<br>501 Greene St, Suite 302<br>Augusta, GA 30901-4415 | Vendor Recovery Fund IV, LLC<br>Attn: General Counsel<br>PO Box 669<br>Smithtown, NY 11787 | May 1, 2019 |
| 1668 | R & S Erection Inc<br>Attn: General Counsel<br>PO Box 601<br>Wallace, CA 95254-0601 | Vendor Recovery Fund IV, LLC<br>Attn: General Counsel<br>PO Box 669<br>Smithtown, NY 11787 | May 1, 2019 |
| 1669 | Keith Robert Parker<br>740 Sutro Ave<br>Navato, CA 94947-1971 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 9, 2019 |
| 1670 | Gabrielle Papineau<br>26800 Highway 9<br>Boulder Creek, CA 95006-8575 | Vendor Recovery Fund IV, LLC<br>Attention: General Counsel<br>PO Box 669<br>Smithtown, NY 11787 | May 1, 2019 |
| 1671 | 35th District Agricultural Assn<br>900 Martin Luther King Jr Way<br>Merced, CA 95341-6053 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 9, 2019 |
| 1672 | Avo Multiamp Corp<br>4271 Bronze Way<br>Dallas, TX 75237-1019 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 9, 2019 |
| 1673 | Barry C Westreich<br>12109 Red Admiral Way<br>Germantown, MD 20876 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 9, 2019 |
| 1674 | Gladys Lowenstein<br>16760 Loma St.<br>Los Gatos, CA 95032 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 9, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1675 | Ep Container Corp<br>Attn: General Counsel<br>17115 Jersey Ave<br>Artesia, CA 90701-2636 | Vendor Recovery Fund IV, LLC<br>Attention: General Counsel<br>PO Box 669<br>Smithtown, NY 11787 | May 1, 2019 |
| 1695<br>1696 | Sumitomo Mitsui Banking Corporation<br>Attn: Mr. George Neuman<br>277 Park Avenue, 6th Floor<br>New York, NY 10172 | Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Attn: Ryan Weddle / Ante Jakic<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | May 1, 2019 |
| 1698 | Connection Technology<br>7939 Rae Blvd<br>Victor, NY 14564-8931 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 9, 2019 |
| 1704 | C & D Technologies Inc.<br>1400 Union Meeting Road<br>Blue Bell, PA 19422 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023<br><br>Fair Harbor Capital, LLC<br>Attn: Frederic Glass<br>1841 Broadway, 10th Floor<br>New York, NY 10023 | May 1, 2019 |
| 1761 | Richard B Moore<br>135 Willow Dr<br>Danville, CA 94526 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 13, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1763 | KV Structures, Inc.<br>Attn: Robert McCollum<br>P.O. Box 400<br>Cedar Ridge, CA 95924<br><br>KV Structures, Inc.<br>Attn: Robert McCollum, Vice President<br>13515 Pleasant Lane<br>Grass Valley, CA 95945 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | May 13, 2019 |
| 1772 | Group Delphi<br>950 W Tower Ave<br>Alameda, CA 94501 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 13, 2019 |
| 1774 | Gunn Management Co Pty Ltd<br>3/25 Lear Jet Dr<br>Caboolture, QLD Australia 04510 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 13, 2019 |
| 1775 | High Five Capital LLC<br>c/o Thomas Braziel<br>228 Park Ave S #63787<br>New York, NY 10003-1502<br><br>High Five Capital LLC<br>Attn: General Counsel<br>15 E 67th Street, 6th Floor<br>New York, NY 10065 | CHYF, Ltd<br>507 Capital LLC<br>c/o Thomas Braziel<br>228 Park Ave S #63787<br>New York, NY 10003-1502<br><br>CHYF, Ltd<br>c/o David Sherman<br>427 Bedford Rd #230<br>Pleasantville, NY 105700 | May 13, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1778 | Coachsource, LLC<br>673 Dakota Trail<br>Franklin Lakes, NJ 07417<br><br>Coachsource, LLC<br>Attn: Kathleen Marie Diekmann<br>961 Oak Creek Ct.<br>Hollister, CA 95023 | Bradford Capital Holdings, LP<br>c/o Bradford Capital<br>Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | May 13, 2019 |
| 1779 | CR Grantom PE and Associates<br>LLC<br>22503 W Shorewood Loop<br>Huffman, TX 77336 | Bradford Capital Holdings, LP<br>c/o Bradford Capital<br>Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | May 13, 2019 |
| 1780 | Pinnacle Investigations Corp<br>920 N Argonne Rd Ste 200<br>Spokane Valley, WA 99212-2796 | Bradford Capital Holdings, LP<br>c/o Bradford Capital<br>Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | May 13, 2019 |
| 1781 | Air, Weather & Sea Conditions,<br>Inc.<br>Attn: General Counsel<br>PO Box 512<br>Pacific Palisades, CA 90272 | Bradford Capital Holdings, LP<br>c/o Bradford Capital<br>Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clinton, NJ 07012 | May 15, 2019 |
| 1809 | Neale & Sons Inc<br>Attn: Austin Neale<br>1229 South Lacey St<br>Spokane, WA 99202 | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | May 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1810 | Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787 | TURN, The Utility Reform Network<br>Binder & Malter, LLP<br>Attn: Robert Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | May 15, 2019 |
| 1823 | Josephine Lucero<br>406 Court Street<br>Stockton, CA 95205 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023<br><br>Fair Harbor Capital, LLC<br>Attn: Frederic Glass<br>1841 Broadway, 10th Floor<br>New York, NY 10023 | May 15, 2019 |
| 1832 | Rader Excavating Inc<br>9689 Swede Creek Road<br>Palo Cedro, CA 96073 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 15, 2019 |
| 1834 | Tait Environmental Services, Inc<br>701 N Parkcenter Dr<br>Santa Ana, CA 92705 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416 | May 15, 2019 |
| 1835 | Tait Environmental Services, Inc<br>701 N Parkcenter Dr<br>Santa Ana, CA 92705 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416 | May 15, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 29 of 40

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1836 | R.E.Y. Engineers, Inc<br>905 Sutter St., Suite 200<br>Folsom, CA 95630<br><br>R.E.Y. Engineers, Inc<br>Trainer Fairbrook<br>Attn: Jennifer L. Pruski,<br>Attorney<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | May 15, 2019 |
| 1850 | C2 Technologies Inc<br>1921 Gallows Rd Ste 1000<br>Vienna, VA 22182 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas,<br>28th Floor<br>New York, NY 10019 | May 15, 2019 |
| 1852 | Pacific Overhead Door Service<br>aka Kevin Moore<br>PO Box 5212<br>Santa Maria, CA 93456 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1865 | Universal North America Insurance Company Attn: Richard Urra 101 Paramount Drive, Suite 220 Sarasota, FL 34232  Universal North America Insurance Company Orrick, Herrington & Sutcliffe LLP Attn: Evan C. Hollander, Partner 51 West 52nd Street New York, NY 10019-6142 | MCHA Holdings, LLC c/o Orrick, Herrington & Sutcliffe LLP Attn: Evan C. Hollander 51 West 52nd Street New York, NY 10019-6142 | May 15, 2019 |
| 1867 | Barrier1 Systems Inc 8015 Thorndike Rd Greensboro, NC 27409 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | May 15, 2019 |
| 1868 | E-N-G Mobile Systems Inc 2245 Via De Mercados Concord, CA 94520 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | May 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1873 | EigenPatterns Inc.<br>Attn: Krishna Karambakkam<br>1527 Ilikai Avenue<br>San Jose, CA 95118<br><br>EigenPatterns Inc.<br>Ellenoff Grossman & Schole LLP<br>Attn: Howard J. Berman, Esp.<br>1345 Avenue of the Americas,<br>11th Floor<br>New York, NY 10105 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | May 15, 2019 |
| 1874 | Resource Management<br>Services, Inc.<br>10440 Pioneer Blvd #2<br>Santa Fe Springs, CA 90670 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | May 15, 2019 |
| 1875 | Diversified Adjustment Service<br>Inc.<br>Attn: Peter M. Jirik, General<br>Counsel<br>600 Coon Rapids Blvd<br>Coon Rapids, MN 55433 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | May 15, 2019 |
| 1876 | Diversified Adjustment Service<br>Inc.<br>Attn: Peter M. Jirik, General<br>Counsel<br>600 Coon Rapids Blvd<br>Coon Rapids, MN 55433 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | May 15, 2019 |
| 1877 | Diversified Adjustment Service<br>Inc.<br>Attn: Peter M. Jirik, General<br>Counsel<br>600 Coon Rapids Blvd<br>Coon Rapids, MN 55433 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | May 15, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1879 1880 | Baxter Mobile Home Transport, Inc. 2820 Olympus Ct Modesto, CA 95356 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | May 15, 2019 |
| 1882 | Universal North America Insurance Company Attn: Miguel Barrales 101 Paramount Drive, Ste 220 Sarasota, FL 34232 | MCHA Holdings, LLC c/o Orrick, Herrington & Sutcliffe LLP Attn: Evan C. Hollander 51 West 52nd Street New York, NY 10019-6142 | May 15, 2019 |
| 1883 | Lance G Renshaw Inc 2201 Harbor St, Ste C Pittsburg, CA 94565 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | May 15, 2019 |
| 1887 | Universal North America Insurance Company Attn: Miguel Barrales 101 Paramount Drive, Ste 220 Sarasota, FL 34232 | CCP Credit Acquisition Holdings, LLC Attn: Closing Team 375 Park Ave, 11th Floor New York, NY 10152 | May 15, 2019 |
| 1888 | Universal North America Insurance Company Attn: Miguel Barrales 101 Paramount Drive, Ste 220 Sarasota, FL 34232 | Centerbridge Special Credit Partners III, LP Attn: Closing Team 375 Park Ave, 11th Floor New York, NY 10152 | May 15, 2019 |
| 1889 1890 | NCRM, Inc P.O. Box 435 Calpella, CA 95418 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste. 300 Minneapolis, MN 55416 | May 15, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1891 | Universal North America Insurance Company Attn: Miguel Barrales 101 Paramount Drive, Ste 220 Sarasota, FL 34232 | CCP Credit Acquisition Holdings, LLC Attn: Closing Team 375 Park Ave, 11th Floor New York, NY 10152 | May 15, 2019 |
| 1892 | Complete Discovery Source Inc. 250 Park Avenue, Floor 18 New York, NY 10177 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Suite 300 Minneapolis, MN 55416 | May 15, 2019 |
| 1893 | Steven C. Seegert dba: Seegert Construction 3098 Industrial Blvd West Sacramento, CA 95691 | Whitebox Asymmetric Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Suite 300 Minneapolis, MN 55416 | May 15, 2019 |
| 1894 | Universal North America Insurance Company Attn: Miguel Barrales 101 Paramount Drive, Ste 220 Sarasota, FL 34232 <br><br> Universal North America Insurance Company Orrick, Herrington & Sutcliffe LLP Attn: Evan C. Hollander 51 West 52nd Street New York, NY 10019-6142 | Centerbridge Special Credit Partners III, L.P. Attn: Closing Team 375 Park Ave, 11th Floor New York, NY 10152 | May 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1895 | Steven C. Seegert dba Seegert Construction<br>3098 Industrial Blvd<br>West Sacramento, CA 95691 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 15, 2019 |
| 1896 | Analycorp, Inc.<br>3507 Ross Road<br>Palo Alto, CA 94303 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | May 15, 2019 |
| 1897 | Lonestar West Services LLC<br>Michael R. McDonald, Esq<br>P.O. Box 9149<br>42 Longwater Drive<br>Norwell, MA 02061-9149<br><br>Lonestar West Services LLC<br>1225 Grace Ave<br>Sacramento, CA 95838 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | May 15, 2019 |
| 1903 | Chris Muelrath D&M Construction<br>85 Ely Road<br>Petaluma, CA 94954 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 15, 2019 |
| 1904 | NI Satellite Inc.<br>4950 W Prospect Rd<br>Fort Lauderdale, FL 33309 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 15, 2019 |
| 1905 | Michael & Tiffani Minafo<br>566 Casanova Ave<br>Monterey, CA 93940 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 15, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1906 | Deposums Co<br>2210 Crawford Ave Ste A<br>Altadena, CA 91001 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 15, 2019 |
| 1907 | Conde Group Inc<br>4141 Jutland Dr Ste 130<br>San Diego, CA 92117 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 15, 2019 |
| 1922<br>1923 | Jim Brisco Enterprises, Inc.<br>221 Airpark Road Suite A<br>Atwater, CA 95301 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas,<br>28th Floor<br>New York, NY 10019 | May 15, 2019 |
| 1925 | TTG Systems Inc<br>204-10464 Mayfield Rd NW<br>Edmonton, AB T5P 4P4 Canada | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 15, 2019 |
| 1927 | Central Sierra Pest Control Inc<br>PO Box 4087<br>Oakhurst, CA 93644<br><br>Central Sierra Pest Control Inc<br>Attn: Karen Lee Neville,<br>CEO/Secretary<br>PO Box 4087<br>Oakhurst, CA 93644 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 16, 2019 |

Case: 19-30088    Doc# 2201    Filed: 05/23/19    Entered: 05/23/19 10:34:37    Page 36 of 40

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|------------|-----------------|
| 1928 | Central Sierra Pest Control Inc<br>PO Box 4087<br>Oakhurst, CA 93644<br><br>Central Sierra Pest Control Inc<br>Attn: Karen Lee Neville, CEO/Secretary<br>PO Box 4087<br>Oakhurst, CA 93644 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 16, 2019 |
| 1936 | Veritext LLC<br>611 Anton Blvd. Suite 500<br>Costa Mesa, CA 92626 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 16, 2019 |
| 1937 | Veritext Corp<br>70 Wilshire Blvd Ste 350<br>Los Angeles, CA 90017 | Cherokee Debt Acquisition LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 16, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1938 | Way-Mar Construction Company, Inc. PO Box 12645 Fresno, CA 93778<br><br>Way-Mar Construction Company, Inc. Coleman & Horowitt, LLP Attn: Michael P. Dowling, Esq. 499 W. Shaw Avenue, Suite 116 Fresno, CA 93704 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | May 17, 2019 |
| 1940 | Southern Disaster Recovery, LLC Attn: Jordan McClaran 109 White Oak Rd Greenville, SC 29609 | J.H. Lane Partners Master Fund, L.P. Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor New York, NY 10022<br><br>J.H. Lane Partners Master Fund, L.P. Attn: Robert Scheininger Reed Smith, LLP 599 Lexington Avenue New York, NY 10022 | May 17, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1942 | Bender Rosenthal, Incorporated. 2825 Watt Ave. Suite 200 Sacramento, CA 95821<br><br>Bender Rosenthal, Incorporated Dahl Law Attn: Walter R. Dahl 2304 "N" Street Sacramento, CA 95816 | J.H. Lane Partners Master Fund, L.P. Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor New York, NY 10022<br><br>J.H. Lane Partners Master Fund, L.P. Attn: Robert Scheininger 599 Lexington Avenue New York, NY 10022 | May 17, 2019 |
| 1946 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | Cedar Glade LP Attn: Kesha L. Tanabe 660 Madison Ave., 17th Fl New York, NY 10065 | May 17, 2019 |
| 1965 | Way-Mar Construction Company, Inc. PO Box 12645 Fresno, CA 93778<br><br>Way-Mar Construction Company, Inc. Coleman & Horowitt, LLP Attn: Michael P. Dowling, Esq. 499 W. Shaw Avenue, Suite 116 Fresno, CA 93704 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | May 17, 2019 |
| 1967 | Mid Century Insurance Company 80 El Camino Real Berkeley, CA 94705 | Argo Partners Attn: Matthew V. Binstock 12 West 37th Street, 9th Floor New York, NY 10018 | May 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 1969 | Hose & Fittings, Etc.<br>1811 Enterprise Blvd.<br>W. Sacramento, CA 95691 | Bradford Capital Holdings, LP<br>c/o Bradford Capital<br>Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | May 17, 2019 |
| 1970 | Genics, Inc<br>561 Acheson Rd 53016 Hwy 60<br>Acheson, AB T7X 5A7 Canada | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management,<br>LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | May 17, 2019 |
| 1981 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | Cedar Glade LP<br>Attn: Kesha Tanabe<br>660 Madison Ave., 17th Fl<br>New York, NY 10065 | May 17, 2019 |