

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY, | No. 19-30088 (DM) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 355-2003
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Whitebox Multi-Strategy Partners, LP
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416

**Corrosion Service Company Limited**
Name of Transferor
Phone: (416) 630-2600
Last Four Digits of Acct #: N/A

Claim No: N/A (Schedule #: 1032857 & 3.1061)
Debtor: Pacific Gas and Electric Copmany (19-30089)

Total Claim Amount: $217,081.00

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ DocuSigned: EFEC9680E2574B9_ Date: May 21, 2019
Transferee/Transferee's Agent
Mark Strefling, CEO

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571**

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1032857 & 3.1061)

**CORROSION SERVICE** ("Seller"), for good and valuable Consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**
3033 Excelsior Blvd., Ste. 300
Minneapolis, MN 55416
Attn: Keith Fischer

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $217,081.00 ("Claim") against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 16, 2019.

| CORROSION SERVICE | WHITEBOX MULTI-STRATEGY PARTNERS, LP |
|---|---|
| By: _____ | By: _____ 5/20/2019 | 14:50 PDT |
| Name: Chris Hawrelak | Name: Mark Strefling |
| Title: VP Finance | Title: CEO |

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30065531 - MT

May 23, 2019
10:55:32

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $25.00 CH
Check#.: 25569707466

Total-> $25.00

FROM: DAMIEN MORRIS