ORIGINAL


1 **COZEN O'CONNOR**
Fulton M. Smith (SBN 121071)
2 Email: *fsmith@cozen.com*
101 Montgomery Street, Suite 1400
3 San Francisco, California 94104
Tel: 415.644.0914
4 Fax: 415.644.0978

5 **CHOATE, HALL & STEWART LLP**
Douglas R. Gooding (*Pro Hac Vice* Pending)
6 Email: *dgooding@choate.com*
Two International Place
7 Boston, MA 02110
Tel: 617.248.5000
8 Fax: 617.248.4000

9 Attorneys for
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS & ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF DOUGLAS R. GOODING *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Case No. 19-30088 (DM)
APPLICATION FOR ADMISSION OF DOUGLAS R. GOODING

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3 Douglas R. Gooding, an active member in good standing of the bar of the State of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Liberty Mutual Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

**COZEN O'CONNOR**
Fulton M. Smith, III (SBN 121071)
*fsmith@cozen.com*
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
(415) 593-9624

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2019

By: _____
Douglas R. Gooding

UNITED STATES DISTRICT COURT

District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court, certify that* **Douglas R. Gooding**, *Bar* **558976**, *was duly admitted to practice in this Court on* **April 24, 1992**, *and is in good standing as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **May 02, 2019**



__Robert M. Farrell__
**CLERK**

**DEPUTY CLERK**

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065534 - MT

May 23, 2019
13:06:06

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $310.00 CH
Check#.: 423219


Total-> $310.00


FROM: CHOATE HALL & STEWART LLP
```