| | |
|---|---|
| 1 | Dennis F. Dunne (admitted *pro hac vice*) |
| | Samuel A. Khalil (admitted *pro hac vice*) |
| 2 | MILBANK LLP |
| | 55 Hudson Yards |
| 3 | New York, New York 10001-2163 |
| | Telephone: (212) 530-5000 |
| 4 | Facsimile: (212) 530-5219 |
| 5 | and |
| 6 | Gregory A. Bray (SBN 115367) |
| | Thomas R. Kreller (SBN 161922) |
| 7 | MILBANK LLP |
| | 2029 Century Park East, 33rd Floor |
| 8 | Los Angeles, CA 90067 |
| | Telephone: (424) 386-4000 |
| 9 | Facsimile: (213) 629-5063 |
| 10 | *Counsel for the Official Committee of Unsecured Creditors* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **SUPPLEMENTAL DECLARATION OF SAMUEL E. STAR IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103 AND FED. R. BANKR. P. 2014(A) FOR AUTHORIZATION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISOR NUNC PRO TUNC TO FEBRUARY 12, 2019** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the lead case, No. 19-30088(DM)* | Date: May 22, 2019 |
| | Time: 9:30 a.m. |
| | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |
| | Re: Docket No. 1212 |

1        I, Samuel E. Star, pursuant to 28 U.S.C.§ 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare that the following is true and correct:

       1.     I am a Senior Managing Director of FTI Consulting, Inc. (together with its wholly owned subsidiaries, contractors and employees, "**FTI**"), an independent global business advisory firm. I am duly authorized to make this declaration on behalf of FTI. Unless otherwise stated in this declaration, I generally have personal knowledge of the matters set forth herein. If called as a witness, I would testify thereto.

       2.     This declaration is being submitted at the request of the Court during the May 22, 2019 continued hearing to consider approval of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to February 12, 2019* [Docket No 1212] (the "**Application**").

       3.     FTI hereby acknowledges the arguments made by counsel to FTI and the Committee in connection with seeking approval of the Application, including written arguments included in pleadings filed by such counsel in support of the Application[1] and oral arguments advanced during the April 24, 2019 initial hearing to consider the Application. FTI further agrees to act consistently with the statements made by such counsel in connection with seeking approval of the Application.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2019
       San Francisco, CA                                Respectfully submitted,

                                                                         By: */s/ Samuel E. Star*
                                                                       Samuel E. Star
                                                                       Senior Managing Director

---

[1] Specifically, the (a) *Statement of the Official Committee of Unsecured Creditors in Support of its Application for Authority to Retain and Employ FTI Consulting, Inc. as Financial Advisor Effective as of February 15, 2019* [Docket No. 1568]; (b) *Reply in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to February 12, 2019* [Docket No. 1571]; and (c) *Supplemental Memorandum in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to February 12, 2019* [Docket No. 2077].