# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 5/24/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Dennis F. Dunne | ddunne@milbank.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Peter Friedman | pfriedman@omm.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza, Suite 3335 | New York, NY 10119 |
| aty | Gregory A. Bray | Milbank LLP | 2029 Century Park East, 33rd Fl. | Los Angeles, CA 90067 |
| aty | Kevin Bostel | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

SCOTT H. MCNUTT, ESQ.     324 Warren Road     San Mateo, CA 94402
ABID QURESHI, ESQ.     Akin Gump Strauss Hauer & Feld LLP     One Bryant Park     Bank of America Tower     New York, NY 10036
BRUCE S. BENNETT, ESQ.     Jones Day     555 South Flower Street, 15th Fl.     Los Angeles, CA 90071
CECILY A. DUMAS, ESQ.     ROBERT A. JULIAN, ESQ.     Baker & Hostetler LLP     11601 Wilshire Boulevard, #1400     Los Angeles, CA 90025
GERALD SINGLETON, ESQ.     Singleton Law Firm, APC     115 West Plaza Street     Solana Beach, CA 92075
MARTA E. VILLACORTA, ESQ.     U.S. Department of Justice     450 Golden Gate Avenue, #05−0153     San Francisco, CA 94102
HANNAH M. MCCOLLUM, ESQ.     U.S. Department of Justice     844 King Street     Suite 2207, Lockbox 35     Wilmington, DE 19801
MATTHEW J. TROY, ESQ.     U.S. Department of Justice     P.O. Box 875     Washington, DC 2004

TOTAL: 13