# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Keenan K. Baldeo, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23st day of May 2019, at New York, NY.

Keenan K. Baldeo

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Baker & Hostetler, LLP | ATTN: CECILY A. DUMAS, JERRY BLOOM | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025-0509 |
| Binder & Malter LLP | ATTN: ROBERT G. HARRIS | 2775 Park Avenue | | Santa Clara | CA | 95050-6004 |
| Boutin Jones, Inc. | ATTN: MARK GORTON | 555 Capitol Mall | Suite 1500 | Sacramento | CA | 95814-4603 |
| Buchalter | ATTN: NORA E. SHERIFF | 55 Second Street | Suite 1700 | San Francisco | CA | 94105-3493 |
| Federal Energy Regulatory Commission | ATTN: SHANE HUANG | 888 First Street, NE | | Washington | DC | 20426-0002 |
| Gibson, Dunn & Crutcher LLP | ATTN: SAMUEL A. NEWMAN | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |
| Greene Radovsky Maloney Share & Hennigh | ATTN: EDWARD J. TREDINNICK | 4 Embarcadero Center | | San Francisco | CA | 94111-4101 |
| Keller & Benvenutti LLP | ATTN: JANE KIM | 650 California Street Suite 1900 | | San Francisco | CA | 94108-2736 |
| Law Offices of Boris E. Efron | ATTN: DAVID W. WESSEL | 130 Portola Road | | Portola Valley | CA | 94028-7844 |
| Law Offices Of Leonard K. Welsh | ATTN: LEONARD K. WELSH | 4550 California Avenue 2nd Floor | | Bakersfield | CA | 93309-7012 |
| Lowenstein Sandler LLP | ATTN: MICHAEL S. ETKIN | One Lowenstein Drive | | Roseland | NJ | 07068-1791 |
| Milbank LLP | ATTN: GREGORY A. BRAY | 2029 Century Park East 33rd Floor | | Los Angeles | CA | 90067-2901 |
| Office of the City Attorney of SF | ATTN: SUZY HONGTHERESA C. MUELLER | City Hall, Room 234 | 1 Dr. Carlton B. Goodlett Place | San Francisco | CA | 94102-4605 |
| Trodella & Lapping LLP | ATTN: RICHARD A. LAPPING | 540 Pacific Avenue | | San Francisco | CA | 94133-4608 |
| U.S. Department of Justice | ATTN: MARTA E. VILLACORTA, TIMOTHY S. LAFFREDI | 450 Golden Gate Avenue | 5th Floor, Suite 05-0513 | San Francisco | CA | 94102-3431 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | ATTN: THEODORE E. TSEKERIDES, HONG-AN TRAN | 201 Redwood Shores Parkway | Suite 400 | Redwood City | CA | 94065-1191 |

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 9, 2019 was filed on May 10, 2019. The following deadlines apply:

The parties have until Friday, May 17, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, May 31, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, June 10, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, August 8, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/20/19          For the Court:

                                             Edward J. Emmons
                                             Clerk of Court
                                             United States Bankruptcy Court