# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE THAT Epiq Corporate Restructuring, LLC ("Epiq), as Information Agent for the Official Committee of Unsecured Creditors (the "UCC") and the Official Committee of Tort Claimants (the "TCC") requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided as follows:

Epiq Corporate Restructuring, LLC
Attn: PG&E UCC and PG&E TCC
777 Third Avenue, 12th Floor
New York, NY 10017
Telephone: 646-282-2500
Email: sgarabato@epiqglobal.com

Dated: May 23, 2019                    EPIQ CORPORATE RESTRUCTURING, LLC

_____
Sidney Garabato
Consultant