Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Signed and Filed: May 23, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **ORDER GRANTING STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES** <br><br> [No Hearing Requested] |

4852-7676-0215

The Court having considered the *Stipulation Between Official Committee of Unsecured Creditors and Official Committee of Tort Claimants Extending Time to Respond to Motion of the Official Committee of Tort Claimants for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures* (the "Stipulation"), entered into by the (i) Official Committee of Unsecured Creditors (the "UCC") appointed in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession, on the one hand; and (ii) Official Committee of Tort Claimants appointed in the Chapter 11 Cases (the "TCC" and together with the UCC, the "Parties"), on the other hand, filed on May 22, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the UCC to file and serve any response or opposition to the Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: May 22, 2019

BAKER & HOSTETLER LLP

/s/ *Eric R. Goodman*
Eric R. Goodman

*Attorneys for Official Committee of Tort Claimants*

**END OF ORDER**