

Signed and Filed: May 23, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS & ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | ORDER GRANTING APPLICATION FOR ADMISSION OF DOUGLAS R. GOODING *PRO HAC VICE* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Douglas R. Gooding, whose business address and telephone number are:

CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5277

and who is an active member in good standing of the bar of Massachusetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Liberty Mutual Insurance Company,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

Case No. 19-30088 (DM)
ORDER GRANTING APPLICATION FOR ADMISSION OF DOUGLAS R. GOODING *PRO HAC VICE*