Steve Christopher
PO Box 281
Altaville, CA 95221
209-910-6982
Email: sc2104271@gmail.com

Individual 2015 Butte Fire Victim Creditor in Pro Per


FILED
MAY 24 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>___ Affects PG&E Corporation<br>___ Affects Pacific Gas and Electric Company<br>_X_ Affects both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>Jointly Administered<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE<br>AND SERVICE OF<br>DOCUMENTS |

<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF DOCUMENTS</u>

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE'S OFFICE, OFFICIAL COMMITTEE OF UNSECURED

1

---

Notice of Appearance and Request For Notice and Service of Documents

Case: 19-30088    Doc# 2225    Filed: 05/24/19    Entered: 05/24/19 15:20:21    Page 1 of 3

CREDITORS, ALL DEBTORS, ALL INTERESTED PARTIES, and to their respective attorneys of record herein:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. s 1109(b) and the Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010(b), the undersigned Steve Christopher, hereby appears, as creditor and individual victim of the 2015 Butte Fire cases, in pro per.

Pursuant to Rules 2002, 3017(2), 9007, and 9010(b), of the Federal Rules of Civil Procedure, and 11 U.S.C. ss 102(1), 342, and 1109(b), the undersigned requests that all notices, applications, schedules, papers, motions, orders, pleadings, documents given or required to be given and, all notices, applications, schedules, papers, motions, orders, pleadings, documents, served or required to be served in connection with the above-captioned proceedings be given and served upon the following designated name, and addresses:

Steve Christopher
PO Box 281
Altaville, CA 95221
209-910-6982
Email: sc2104271@gmail.com

Individual 2015 Butte Fire Cases Victim Creditor in Pro Per

PLEASE TAKE FURTHER NOTICE The undersigned does not submit, by filing this Notice of Appearance and Request for Notice and Service of Documents nor any subsequent appearance, if any, pleadings, claim(s), or suit(s), neither constitutes as a waiver, consent, nor submission to the jurisdiction of the Bankruptcy Court or intends that this Notice of Appearance and Request for Notice and Service of Documents constitutes any waiver, express or implied, of or any of their rights, claims, actions, setoffs, recoupments, and defenses they are or maybe entitled, in law or equity, all of which rights, claims, actions, setoffs, recoupments, and defenses are hereby expressly reserved, by the undersigned.

PLEASE TAKE FURTHER NOTICE the undersigned does not waive at anytime: (1) the undersigned's right of having final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District

Court judge, (2) the undersigned's right of trial by jury in any proceeding so triable in this case or any case, controversy, action, or proceeding related to the case, any case or proceeding, (3) the undersigned's right of having the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or, (4) any other rights, claims, actions, controversies, defenses, or recoupments, the undersigned has or may have, in law or equity.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that they be added to the official mailing matrix, CM/ECF Notice of Electronic Filing (NEF), and service lists in any of the Above-referenced bankruptcy proceedings or cases using the above-referenced designated name and address.

Dated: April 4, 2019  By: *Steve Christopher* (signature)
Steve Christopher
Individual 2015 Butte Fire Cases Victim Creditor in Pro Per

3