# Exhibit A

# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no. | County | Lien information | | | Partial release information | | | Against | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–9 | 21-18-347 | San Mateo | 3/1/2019 | 2019-014384 | $33,261.69 | 5/22/2019 | 2019-038550 | $1,273.62 | Pac. Gas & Elec. Co. | $31,988.07 |
| 2 | 10–17 | 21-18-351 | San Mateo | 3/1/2019 | 2019-014387 | $24,429.62 | 5/22/2019 | 2019-038551 | $808.82 | Pac. Gas & Elec. Co. | $23,620.80 |
| 3 | 18–24 | 21-18-378 | Monterey | 3/4/2019 | 2019008496 | $659,509.25 | 5/22/2019 | 2019020564 | $74,781.59 | Pac. Gas & Elec. Co. | $584,727.66 |
| 4 | 25–31 | 21-18-368 | San Francisco | 3/6/2019 | 2019K739834 | $32,313.72 | 5/22/2019 | 2019K769926 | $100.00 | Pac. Gas & Elec. Co. | $32,213.72 |
| 5 | 32–38 | 21-17-422 | Alameda | 3/7/2019 | 2019042224 | $13,314.68 | 5/22/2019 | 2019096321 | $942.71 | Pac. Gas & Elec. Co. | $12,371.97 |
| 6 | 39–42 | 21-17-428 | Santa Clara | 3/6/2019 | 24129633 | $195,725.12 | | | | Pac. Gas & Elec. Co. | $195,725.12 |
| 7 | 43–51 | 21-18-359 | Merced | 3/19/2019 | 2019007752 | $62,491.39 | 5/22/2019 | 2019014680 | $2,490.92 | Pac. Gas & Elec. Co. | $60,000.47 |
| 8* | 52–58 | 21-18-391 | Santa Clara | 3/27/2019 | 24143478 | $24,894.75 | 5/22/2019 | 24185762 | $3,376.98 | Pac. Gas & Elec. Co. | $21,517.77 |
| | | | | | | | | | | Total: | $962,165.58 |

* This lien amends and resates a lien recorded in Santa Clara County on 2/26/2019 as document number 24129909.