against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **2/25/2019**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

Case: 19-30088    Doc# 2232-3    Filed: 05/28/19    Entered: 05/28/19 08:29:01    Page 1
of 25

Exhibit B page 26 of 58

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/25/2019, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 2/25/2019, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

    Pacific Gas and Electric Company
    77 Beale Street
    San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 2/25/2019, at El Dorado Hills, CA.

_____

Mai Nguyen-Phillips

Exhibit B page 28 of 58
Case: 19-30088    Doc# 2232-3    Filed: 05/28/19    Entered: 05/28/19 08:29:01    Page 3 of 25

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

CONFORMED COPY of document recorded

05/22/2019, 2019K769926

SAN FRANCISCO ASSESSOR-RECORDER

## PARTIAL RELEASE OF MECHANIC'S LIEN

### APN: 3711-012 & 3711-014A

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of San Francisco, California, on March 6, 2019, as document number 2019K739834.

This release is only to the extent of the principal sum of $100.00 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: _____5/21_____, 2019          Roebbelen Contracting, Inc.

By_____
   Bruce Stimson
   Its Chief Financial Officer

## [ACKNOWLEDGMENT ON FOLLOWING PAGE]

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Sacramento)

On _May 21,2019_ before me, _Shelby Renee Smith, notary Public_
(insert name and title of officer)
personally appeared _Brice Edward Chmen_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHELBY RENEE SMITH
Notary Public – California
Sacramento County
Commission # 2200739
My Comm. Expires Jun 9, 2021

Signature _Shelby Renee Smith_

(Seal)



2019042224    03/07/2019 03:15 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
  RECORDING FEE:    115.00

4  PGS

*...pared to be recorded*
*...pared with Original*

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Alameda County, California, including improvements located thereon, described as: **PG&E PG&E Livermore SC Office & Restroom Trailers (Job Number 21-17-422 PO#2700044573) located at 3797 First Street, Livermore, CA 94551, APN: 99-56-3-2**.

After deducting all credits and offsets, the sum of **$13,314.68** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for installation of office and restroom in trailer.

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

Exhibit B page 32 of 58
Case: 19-30088   Doc# 2232-3   Filed: 05/28/19   Entered: 05/28/19 08:29:01   Page 7 of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/4/2019**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

Case: 19-30088   Doc# 2232-3   Filed: 05/28/19   Entered: 05/28/19 08:29:01   Page 8
of 25

Exhibit B page 33 of 58

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/4/2019, at El Dorado Hills, California.

_____
Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/4/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/4/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 35 of 58
Case: 19-30088   Doc# 2232-3   Filed: 05/28/19   Entered: 05/28/19 08:29:01   Page 10 of 25

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833



2019096321          05/22/2019 03:59 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
     RECORDING FEE:          105.00

3     PGS

## PARTIAL RELEASE OF MECHANIC'S LIEN

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Alameda, California, on March 7, 2019, as document number 2019042224.

This release is only to the extent of the principal sum of $942.71 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: ___5/21___, 2019      Roebbelen Contracting, Inc.

By_____

Bruce Stimson
Its Chief Financial Officer

## [ACKNOWLEDGMENT ON FOLLOWING PAGE]

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of Sacramento)

On _MAY 21, 2019_ before me, _Shelby Renee Smith, notary Public_
(insert name and title of officer)
personally appeared _Bryce Edward Samson_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHELBY RENEE SMITH
Notary Public – California
Sacramento County
Commission # 2200739
My Comm. Expires Jun 9, 2021

Signature _Shelby Renee Smith_          (Seal)

# 24129633

Regina Alcomendras
Santa Clara County — Clerk-Recorder

03/06/2019 03:28 PM

Titles: 1    Pages: 4
Fees: $113.00
Taxes: $0
Total: $113.00

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Santa Clara County, California, including improvements located thereon, described as: **PG&E Service Center Refresh Program - Area 3 - Cupertino Service Center (Job Number 21-17-428 PO#2700031690) located at 10900 North Blaney Ave., Cupertino, CA**.

After deducting all credits and offsets, the sum of **$195,725.12** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and services for the upgrades at service center sites.

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **2/20/2019**

ROEBBELEN CONTRACTING, INC.

By_____
      Bruce Stimson
Its Chief Financial Officer

Page **2** of **4**
Exhibit B page 40 of 58
Case: 19-30088   Doc# 2232-3   Filed: 05/28/19   Entered: 05/28/19 08:29:01   Page 15
of 25

# VERIFICATION

I, Bruce Stimson, state:

    I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 2/20/2019, at El Dorado Hills, California.

_____

Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 2/20/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 2/20/2019, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips

Exhibit B page 42 of 58
Case: 19-30088    Doc# 2232-3    Filed: 05/28/19    Entered: 05/28/19 08:29:01    Page 17 of 25

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Merced County, California, including improvements located thereon, described as: **PG&E Wilson Trailer Removal (Job Number 21-18-359 PO#2700162568) located at 117 N. Tower Rd., Merced, CA 95341, APN: 117-24-1-1**.

After deducting all credits and offsets, the sum of **$62491.39** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the upgrade and/or removal of trailers from service center sites

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/13/2019**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/13/2019, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/13/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/13/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 46 of 58
Case: 19-30088    Doc# 2232-3    Filed: 05/28/19    Entered: 05/28/19 08:29:01    Page 21 of 25

**RECEIVED BY:**

MAR 2 1 2019

**ROEBBELEN**
MERCED COUNTY RECORDER
BARBARA J LEVEY
CLERK RECORDER'S OFFICE
2222 M STREET
MERCED, CA, 95340
(209) 385-7627
------------------------------------------------

Public

Receipt #   F2019008178

Cashier   re05

Register   28000-REMAIL-W7

Date / Time   3/19/19 10:47 am
------------------------------------------------

| Description | Fee |
|---|---|
| MECHS LIEN | |
| Document 2019007752 | $101.00 |
| Time Recorded:  10:47 am | |
|    Recording Fee: | $26.00 |
|    Housing Fee: | $75.00 |

------------------------------------------------
| Total Amount Due | $101.00 |

------------------------------------------------
| Total Paid | |
| Check | $101.00 |
|   # 985 | |

| Amount Due | 0.00 |

THANK YOU
PLEASE KEEP FOR REFERENCE

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

Recorded in Official Records,
MERCED COUNTY
Doc#:    2019014680
05/22/2019    01:08 PM

## PARTIAL RELEASE OF MECHANIC'S LIEN

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Merced, California, on March 19, 2019, as document number 2019007752.

This release is only to the extent of the principal sum of $2,490.92 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: _5 ) ㅈ \ 19_ , 2019          Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

## [ACKNOWLEDGMENT ON FOLLOWING PAGE]

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of Sacramento)

On _May 21, 2019_ before me, _Shelby Renee Smith, notary public_
(insert name and title of officer)

personally appeared _Bruce Edward Simon_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHELBY RENEE SMITH
Notary Public – California
Sacramento County
Commission # 2200739
My Comm. Expires Jun 9, 2021

Signature _Shelby Renee Smith_

(Seal)