**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION EXTENDING TIME FOR COMMUNITY CHOICE AGGREGATORS TO RESPOND TO BAR DATE MOTION**<br>Re: Dkt. No. 1784<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and G. Larry Engel, Esq. ("**Engel**"), for this purpose only for the benefit of or on behalf of (1) Sonoma Clean Power Authority ("**SCPA**"), (2) Clean Power SF (a division of the City and County of San Francisco), City of San Jose, East Bay Community Energy Authority, Marin Clean Energy, Monterey Bay Community Power, Peninsula Clean Energy, Pioneer Community Energy, Redwood Coast Energy Authority, Silicon Valley Clean Energy Authority, Valley Clean Energy Alliance, the Northern California Power Agency, the Transmission Agency of Northern California (the "**Additional CCA Parties**"), and (3) the SCPA and other CCA program operating agencies or member agencies who elect to file joinders with or in addition to Additional CCA Parties named in **Exhibit A** hereto (collectively, the "**Participating Governmental Units**"), on the other hand. The Debtors and Engel are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On May 1, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors* [Dkt. No. 1784] (the "**Bar Date Motion**"), which is set for a hearing before the Court at 9:30 a.m. on June 11, 2019. Any response or opposition to the Bar Date Motion is due by 4:00 p.m. (Pacific Time) on May 28, 2019.

B. SCPA has prepared objections to the Bar Date Motion in which some or all of the Additional CCA Parties may join or support by signing or filing separate responses of moderate or less length, and Participating Governmental Units may join by signing or filing separate 1-2 page joinder responses supporting the SCPA objections or such related Additional CCA Parties' filings. Engel, on behalf of or for the benefit of SCPA, the Additional CCA Parties, and other

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Participating Governmental Units, has requested, and counsel for the Debtors has agreed, that the time for the SCPA to file any objections to the Bar Date Motion and the time for the Additional CCA Parties and the other Participating Governmental Units to file any such described joinders or supporting responses to the any objection filed by SCPA (or their Additional CCA Parties' supporting filings) be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for (i) SCPA to file and serve any response or opposition to the Bar Date Motion, and (2) the Additional CCA Parties and other Participating Governmental Units to file such joinders and responses in support of, or to sign on to, any response or opposition to the Bar Date Motion filed by SCPA is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

| | |
|---|---|
| Dated: May 28, 2019 | Dated: May 28, 2019 |
| KELLER & BENVENUTTI LLP | G. LARRY ENGEL, ESQ. |
| /s/ *Jane Kim* | /s/ *G. Larry Engel* |
| Jane Kim | G. Larry Engel |
| *Attorneys for Debtors and Debtors in Possession* | *Counsel for Sonoma Clean Power Authority* |