**EXHIBIT A**

1. **Clean Power SF (a division of the City and County of San Francisco)**

2. **City of San Jose**

3. **East Bay Community Energy Authority**
County of Alameda
Albany
Berkeley
Dublin
Emeryville
Fremont
Hayward
Livermore
Oakland
Piedmont
San Leandro
Union City

4. **Marin Clean Energy**
County of Marin
County of Napa
County of Contra Costa
Benicia
Concord
Danville
El Cerrito
Lafayette
Martinez
Moraga
Oakley
Pinole
Pittsburg
Richmond
San Pablo
San Ramon
Walnut Creek

5. **Monterey Bay Community Power**
County of Santa Cruz
City of Santa Cruz
City of Watsonville
City of Capitola
City of Scotts Valley
County of Monterey
City of Salinas
City of Monterey

City of Pacific Grove
City of Carmel
City of Seaside
City of Marina
Sand City
Soledad
Greenfield
Gonzalez
County of San Benito
City of Hollister
City of San Juan Bautista

### 6. Peninsula Clean Energy
County of San Mateo
Atherton
Belmont
Brisbane
Burlingame
Colma
Daly City
East Palo Alto
Foster City
Half Moon Bay
Hillsborough
Menlo Park
Millbrae
Pacifica
Portola Valley
Redwood City
San Bruno
San Carlos
San Mateo
South San Francisco
Woodside

### 7. Pioneer Community Energy
County of Placer
Auburn
Colfax
Loomis
Lincoln
Rocklin

### 8. Redwood Coast Energy Authority
County of Humboldt
Arcata

Blue Lake
Eureka
Ferndale
Fortuna
Rio Dell
Trinidad
Humboldt Bay Municipal Water District

**9. Silicon Valley Clean Energy Authority**
Campbell
Cupertino
Gilroy
Los Altos
Los Altos Hills
Los Gatos
Milpitas
Monte Sereno
Morgan Hill
Mountain View
Saratoga
Sunnyvale
County of Santa Clara

**10. Sonoma Clean Power Authority**
Cloverdale
Cotati
Fort Bragg
Petaluma
Point Arena
Rohnert Park
Santa Rosa
Sebastopol
Sonoma
County of Sonoma
County of Mendocino
Willits
Windsor

**11. Valley Clean Energy Alliance**
Davis
Woodland
County of Yolo