PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

Attorneys for Interested Parties

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA 90067. On May 28, 2019, I served the document listed below:

**OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 502(b)(9) AND 105(a), FED. R. BANKR. P. 2002, 3003(c)(3), 5005, AND 9007, AND L.B.R. 3003-1 FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER INFORMATION TO ALL CREDITORS AND POTENTIAL CREDITORS (THE "BAR DATE MOTION")**

in the following manners:

☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**See Attached List for All Service Recipients**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

**See Attached List for All Service Recipients**

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on May 28, 2019.

By: /s/ *Sarah Richmond*
     Sarah Richmond

**ATTACHED SERVICE LIST**

VIA ECF NOTICE LIST

- **Annadel A. Almendras**    annadel.almendras@doj.ca.gov
- **Monique D. Almy**    malmy@crowell.com
- **Dana M. Andreoli**    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard**    lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**    Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**    jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**    jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**    pbenvenutti@kellerbenvenutti.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**    heinz@bindermalter.com
- **Frank Bloksberg**    frank@bloksberglaw.com, frank@joinaikido.com
- **Neil Jon Bloomfield**    njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Erin N. Brady**    enbrady@jonesday.com
- **Ronald K. Brown**    rkbgwhw@aol.com, lesleysich1@aol.com
- **W. Steven Bryant**    , molly.batiste-debose@lockelord.com
- **Peter C. Califano**    pcalifano@cwclaw.com
- **Steven M. Campora**    scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**    leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Katherine Rose Catanese**    kcatanese@foley.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**    aclough@loeb.com
- **John B. Coffman**    john@johncoffman.net
- **Kevin G. Collins**    kevin.collins@btlaw.com
- **Donald H. Cram**    dhc@severson.com
- **Ashley Vinson Crawford**    avcrawford@akingump.com, tsouthwell@akingump.com
- **John Cumming**    jcumming@dir.ca.gov
- **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Jonathan S. Dabbieri**    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**    jdoran@hinckleyallen.com
- **Jamie P. Dreher**    jdreher@downeybrand.com
- **Cecily A. Dumas**    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

| | |
|---|---|
| 1 | • **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com |
|   | • **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com |
| 2 | • **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
|   | • **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com |
| 3 | • **Joseph A. Eisenberg**  JAE1900@yahoo.com |
|   | • **Sally J. Elkington**  sally@elkshep.com, ecf@elkshep.com |
| 4 | • **David Emerzian**  david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com |
|   | • **G. Larry Engel**  larry@engeladvice.com |
| 5 | • **Krista M. Enns**  kenns@beneschlaw.com |
|   | • **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com. |
| 6 | • **Richard W. Esterkin**  richard.esterkin@morganlewis.com |
|   | • **Michael S. Etkin**  metkin@lowenstein.com |
| 7 | • **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com |
|   | • **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net |
| 8 | • **Matthew A. Feldman**  mfeldman@willkie.com |
|   | • **James J. Ficenec**  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| 9 | • **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
|   | • **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com |
| 10 | • **Stephen D. Finestone**  sfinestone@fhlawllp.com |
|   | • **Daniel I. Forman**  dforman@willkie.com |
| 11 | • **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com |
|   | • **Jonathan Forstot**  , john.murphy@troutman.com |
| 12 | • **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
|   | • **Carolyn Frederick**  cfrederick@prklaw.com |
| 13 | • **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com |
|   | • **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| 14 | • **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law |
|   | • **Gregg M. Galardi**  gregg.galardi@ropesgray.com |
| 15 | • **Richard L. Gallagher**  richard.gallagher@ropesgray.com |
|   | • **Oscar Garza**  ogarza@gibsondunn.com |
| 16 | • **Duane M. Geck**  dmg@severson.com |
|   | • **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 17 | • **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com |
|   | • **Barry S. Glaser**  bglaser@swesq.com |
| 18 | • **Gabriel I. Glazer**  gglazer@pszjlaw.com |
|   | • **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 19 | • **Matthew A. Gold**  courts@argopartners.net |
|   | • **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 20 | • **Amy L. Goldman**  goldman@lbbslaw.com |
|   | • **Eric S. Goldstein**  egoldstein@goodwin.com |
| 21 | • **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
|   | • **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com |
| 22 | • **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com |
|   | • **Eric R. Goodman**  egoodman@bakerlaw.com |
| 23 | • **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com |
|   | • **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com |
| 24 | • **Michael I. Gottfried**  mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
|   | • **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 25 | • **Eric A. Grasberger**  eric.grasberger@stoel.com, docketclerk@stoel.com |
|   | • **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 26 | • **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
|   | • **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com |
| 27 | • **Cameron Gulden**  cameron.m.gulden@usdoj.gov |
|   | • **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com |
| 28 | • **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com |

3

- **Robert G. Harris**     rob@bindermalter.com
- **Christopher H. Hart**     chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Alaina R. Heine**     alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**     , jozette.chong@kirkland.com
- **Sean T. Higgins**     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Terry L. Higham**     t.higham@bkolaw.com, achavez@bkolaw.com
- **James P. Hill**     hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**     hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Alexandra S. Horwitz**     allie.horwitz@dinsmore.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**     shane.huang@usdoj.gov
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Jonathan Hughes**     , jane.rustice@aporter.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Monique Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**     rjulian@bakerlaw.com
- **George H. Kalikman**     gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com
- **Bernard Kornberg**     bjk@severson.com
- **David I. Kornbluh**     dik@millermorton.com, mhr@millermorton.com
- **Jeffrey C. Krause**     jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller**     tkreller@milbank.com, dmuhrez@milbank.com
- **Lindsey E. Kress**     lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**     hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Boris Kukso**     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Timothy S. Laffredi**     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**     rich@trodellalapping.com
- **Michael Lauter**     mlauter@sheppardmullin.com
- **Francis J. Lawall**     lawallf@pepperlaw.com, henrys@pepperlaw.com

4

- **Scott Lee** scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen** eleen@mkbllp.com
- **Matthew A. Lesnick** matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch** bletsch@braytonlaw.com
- **David B. Levant** david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin** alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Marc A. Levinson** Malevinson@orrick.com, BOrozco@orrick.com
- **Alexander James Demitro Lewicki** kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa** , jcaruso@nixonpeabody.com
- **William S. Lisa** wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb** jon.loeb@bingham.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano** jane-luciano@comcast.net
- **Kerri Lyman** klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy** macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald** iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy** tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta** adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter** michael@bindermalter.com
- **Craig Margulies** cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr** gemarr59@hotmail.com
- **David P. Matthews** jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy** patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen** bmccallen@willkie.com
- **Thomas E. McCurnin** tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald** hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald** , john.murphy@troutman.com
- **C. Luckey McDowell** luckey.mcdowell@bakerbotts.com
- **Thomas Melone** Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo** peter@pmrklaw.com
- **Frank A. Merola** lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger** belvederelegalecf@gmail.com
- **Randy Michelson** randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias** jminias@willkie.com
- **M. David Minnick** dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell** tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe** john.moe@dentons.com, glenda.spratt@dentons.com
- **Kevin Montee** kmontee@monteeassociates.com
- **David W. Moon** lacalendar@stroock.com, mmagzamen@stroock.com
- **Erika L. Morabito** emorabito@foley.com, hsiagiandraughn@foley.com
- **Courtney L. Morgan** morgan.courtney@pbgc.gov
- **Joshua D. Morse** Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes** tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz** pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers** myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias** anahmias@mbnlawyers.com
- **David L. Neale** dln@lnbrb.com
- **David L. Neale** dln@lnbyb.com
- **David Neier** dneier@winston.com
- **Brittany J. Nelson** bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins** hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo** ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas** mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Gregory C. Nuti** gnuti@nutihart.com, nwhite@nutihart.com

5

- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Steven M. Olson**  smo@smolsonlaw.com
- **Aram Ordubegian**  Ordubegian.Aram@ArentFox.com
- **Shai Oved**  ssoesq@aol.com, Ovedlaw@hotmail.com
- **Gabriel Ozel**  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla**  Margarita.Padilla@doj.ca.gov
- **Amy S. Park**  amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**  donna@parkinsonphinney.com
- **Peter S. Partee**  , candonian@huntonak.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Charles Scott Penner**  penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Danielle A. Pham**  danielle.pham@usdoj.gov
- **Thomas R. Phinney**  tom@parkinsonphinney.com
- **R. Alexander Pilmer**  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**  epino@epinolaw.com, staff@epinolaw.com
- **Gregory Plaskett**  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**  mplevin@crowell.com
- **Mark D. Poniatowski**  ponlaw@ponlaw.com
- **William L. Porter**  bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**  cprince@lesnickprince.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Amy C. Quartarolo**  amy.quartarolo@lw.com
- **Lary Alan Rappaport**  lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**  smeyer@farmerandready.com
- **Caroline A. Reckler**  caroline.reckler@lw.com
- **Steven J. Reisman**  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**  jreisner@irell.com
- **Jack A. Reitman**  , srichmond@lgbfirm.com
- **Emily P. Rich**  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**  robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**  mrogers@lambertrogers.com, jan@lambertrogers.com
- **Jorian L. Rose**  jrose@bakerlaw.com
- **Allan Robert Rosin**  arrosin@alr-law.com
- **Jay M. Ross**  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Nathan Q. Rugg**  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**  trupp@kellerbenvenutti.com
- **Eric E. Sagerman**  esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- **Nanette D. Sanders**  nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**  Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**  psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**  sas@hogefenton.com
- **Daren M Schlecter**  daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**  bradley.schneider@mto.com
- **Lisa Schweitzer**  lschweitzer@cgsh.com

6

Case: 19-30088    Doc# 2240-1    Filed: 05/28/19    Entered: 05/28/19 14:50:55    Page 7 of 9

- **David B. Shemano**  dshemano@pwkllp.com
- **James A. Shepherd**  jim@elkshep.com, ecf@elkshep.com
- **Leonard M. Shulman**  lshulman@shbllp.com
- **Andrew I. Silfen**  andrew.silfen@arentfox.com
- **Wayne A. Silver**  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**  csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Michael K. Slattery**  mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**  jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**  asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**  jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**  rsoref@polsinelli.com
- **Bennett L. Spiegel**  blspiegel@jonesday.com
- **Michael St. James**  ecf@stjames-law.com
- **Howard J. Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**  etredinnick@grmslaw.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Genevieve G. Weiner**  gweiner@gibsondunn.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Drew M. Widders**  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**  kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**  david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**  dwolfe@asmcapital.com
- **Catherine E. Woltering**  cwoltering@bakerlaw.com
- **Andrea Wong**  wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**  christopher.wong@arentfox.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Tacie H. Yoon**  tyoon@crowell.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com

7

- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com

## ATTACHED SERVICE LIST

VIA US MAIL

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew Goren<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |

8