Signed and Filed: May 28, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 11 |
| PG&E CORPORATION, | ) Bankruptcy Case |
| and | ) No. 19-30088-DM (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) Bankruptcy Case ) No. 19-30089-DM |
| Debtors. | ) (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Co.<br>☐ Affects both Debtors<br><br>* All papers shall be filed in Lead Case, No. 19-30088-DM. | ) ) ) ) ) ) |

### ORDER DENYING MOTION TO APPOINT A RATEPAYERS' COMMITTEE

For the reasons set forth in this court's memorandum decision filed contemporaneously herewith, the motion filed by The Utility Reform Network for appointment of an official committee of ratepayer claimants (dkt. No. 1324) is DENIED.

**\*\*\* END OF ORDER \*\*\***

-1-