SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
       hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Fax:    (619) 255-1515
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed: 5/28/19**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **CERTIFICATE OF SERVICE** |
| Debtors | Date: May 22, 2019 |
| Affects: | Time: 9:30 a.m. |
| ☐ PG&E Corporation | Place: United States Bankruptcy Court |
| ☐ Pacific Gas & Electric Company | Courtroom 17, 16th Floor |
| ☒ Both Debtors | San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-3008 (DM) | |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

/ / /

404063-v1

1

On May 28, 2019, I served the foregoing document(s), described as:

**1. OBJECTIONS BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS TO: (1) THE PROOF-OF-CLAIM FORMS PROPOSED BY PG&E AND THE TORT CLAIMANTS COMMITTEE (INCLUDING A PROPOSED ALTERNATIVE FORM); AND (2) THE WILDFIRE-CLAIM CUT-OFF DATE PROPOSED BY PG&E**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On May 28, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com

404063-v1

2

- Manuel Corrales     mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram     dhc@severson.com
- Ashley Vinson Crawford     avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming     jcumming@dir.ca.gov
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri     dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Cecily A. Dumas     cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- David Emerzian     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman     mfeldman@willkie.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com

404063-v1     3

| | |
|---|---|
| 1 | - Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| | - Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| 2 | - Gregg M. Galardi    gregg.galardi@ropesgray.com |
| 3 | - Richard L. Gallagher    richard.gallagher@ropesgray.com |
| | - Oscar Garza    ogarza@gibsondunn.com |
| 4 | - Duane M. Geck    dmg@severson.com |
| | - Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 5 | - Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| 6 | - Barry S. Glaser    bglaser@swesq.com |
| | - Paul R. Glassman    glassmanp@gtlaw.com |
| 7 | - Gabriel I. Glazer    gglazer@pszjlaw.com |
| | - Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 8 | - Matthew A. Gold    courts@argopartners.net |
| | - Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 9 | - Amy L. Goldman    goldman@lbbslaw.com |
| 10 | - Eric S. Goldstein    egoldstein@goodwin.com |
| | - Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 11 | - Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | - Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 12 | - Eric R. Goodman    egoodman@bakerlaw.com |
| 13 | - Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| | - Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| 14 | - Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| | - Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 15 | - Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| 16 | - Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | - Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 17 | - Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| | - Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 18 | - Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 19 | - Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| | - Robert G. Harris    rob@bindermalter.com |
| 20 | - Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | - Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 21 | - Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 22 | - Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | - Jennifer C. Hayes    jhayes@fhlawllp.com |
| 23 | - Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| | - Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 24 | - Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | - Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| 25 | - James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 26 | - Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| | - David Holtzman    david.holtzman@hklaw.com |
| 27 | - Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| | - Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 28 | - Shane Huang    shane.huang@usdoj.gov |
| | - Brian D. Huben    hubenb@ballardspahr.com |

- Jonathan Hughes , jane.rustice@aporter.com
- Michael A. Isaacs   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola   mvi@sbj-law.com
- J. Eric Ivester   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester , Andrea.Bates@skadden.com
- Ivan C. Jen   ivan@icjenlaw.com
- Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston   jjohnston@jonesday.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian   rjulian@bakerlaw.com
- George H. Kalikman   gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan   gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan   rbk@jmbm.com
- Eve H. Karasik   ehk@lnbyb.com
- William M. Kaufman   wkaufman@smwb.com
- Jane G. Kearl   jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy   gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil   skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kellerbenvenutti.com
- Bradley C. Knapp , Yamille.Harrison@lockelord.com
- Thomas F. Koegel   tkoegel@crowell.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg , akornberg@paulweiss.com
- Bernard Kornberg   bjk@severson.com
- David I. Kornbluh   dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause   jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter   mlauter@sheppardmullin.com
- Francis J. Lawall   lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen   eleen@mkbllp.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch   bletsch@braytonlaw.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com, vcorbin@wcghlaw.com

404063-v1

5

| | |
|---|---|
| 1 | - Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com |
| 2 | - Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com |
|   | - William S. Lisa    , jcaruso@nixonpeabody.com |
| 3 | - William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 4 | - Jonathan A. Loeb    jon.loeb@bingham.com |
|   | - John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 5 | - Jane Luciano    jane-luciano@comcast.net |
|   | - Kerri Lyman    klyman@irell.com, lgauthier@irell.com |
| 6 | - John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 7 | - Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
|   | - Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 8 | - Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
|   | - Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 9 | - Michael W. Malter    michael@bindermalter.com |
|   | - Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| 10 | - Geoffrey E. Marr    gemarr59@hotmail.com |
| 11 | - David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 12 | - Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
|    | - Benjamin P. McCallen    bmccallen@willkie.com |
| 13 | - Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com |
|    | - Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| 14 | - Hugh M. McDonald    , john.murphy@troutman.com |
| 15 | - C. Luckey McDowell    luckey.mcdowell@bakerbotts.com |
|    | - Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| 16 | - Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
|    | - Peter Meringolo    peter@pmrklaw.com |
| 17 | - Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| 18 | - Joshua M. Mester    jmester@jonesday.com |
|    | - Matthew D. Metzger    belvederelegalecf@gmail.com |
| 19 | - Randy Michelson    randy.michelson@michelsonlawgroup.com |
|    | - Joseph G. Minias    jminias@willkie.com |
| 20 | - M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| 21 | - Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 22 | - John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
|    | - Kevin Montee    kmontee@monteeassociates.com |
| 23 | - David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
|    | - Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
| 24 | - Courtney L. Morgan    morgan.courtney@pbgc.gov |
|    | - Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| 25 | - Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com |
| 26 | - Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
|    | - Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com |
| 27 | - Alan I. Nahmias    anahmias@mbnlawyers.com |
|    | - David L. Neale    dln@lnbrb.com |
| 28 | - David L. Neale    dln@lnbyb.com |

404063-v1

6

| | |
|---|---|
| 1 | - David Neier    dneier@winston.com |
| 2 | - Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| | - Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com |
| 3 | - Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| | - Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com |
| 4 | - Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| | - Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 5 | - Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| 6 | - Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| | - Matthew Jon Olson    matt@macfern.com, ecf@macfern.com |
| 7 | - Steven M. Olson    smo@smolsonlaw.com |
| | - Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| 8 | - Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com |
| | - Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com |
| 9 | - Margarita Padilla    Margarita.Padilla@doj.ca.gov |
| 10 | - Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com |
| | - Donna Taylor Parkinson    donna@parkinsonphinney.com |
| 11 | - Peter S. Partee    , candonian@huntonak.com |
| | - Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 12 | - Kenneth Pasquale    , mlaskowski@stroock.com |
| | - Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com |
| 13 | - Valerie Bantner Peo    vbantnerpeo@buchalter.com |
| 14 | - Danielle A. Pham    danielle.pham@usdoj.gov |
| | - Thomas R. Phinney    tom@parkinsonphinney.com |
| 15 | - R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| | - M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 16 | - Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com |
| 17 | - Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| 18 | - Mark D. Plevin    mplevin@crowell.com |
| | - Mark D. Poniatowski    ponlaw@ponlaw.com |
| 19 | - William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com |
| | - Christopher E. Prince    cprince@lesnickprince.com |
| 20 | - Douglas B. Provencher    dbp@provlaw.com |
| 21 | - Amy C. Quartarolo    amy.quartarolo@lw.com |
| | - Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| 22 | - Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| | - Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| 23 | - Paul F. Ready    smeyer@farmerandready.com |
| | - Caroline A. Reckler    caroline.reckler@lw.com |
| 24 | - Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 25 | - Jeffrey M. Reisner    jreisner@irell.com |
| | - Jack A. Reitman    , srichmond@lgbfirm.com |
| 26 | - Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| | - Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 27 | - Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov |
| | - Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 28 | - Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com |

- Jorian L. Rose   jrose@bakerlaw.com
- Allan Robert Rosin   arrosin@alr-law.com
- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kellerbenvenutti.com
- Eric E. Sagerman   esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders   jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref   rsoref@polsinelli.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- Kesha Tanabe   kesha@tanabelaw.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick   etredinnick@grmslaw.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com

404063-v1

8

- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

Debtors
c/o PG&E Corporation and
Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street,
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.
767 Fifth Avenue
New York, New York 10153

Keller & Benvenutti LLP
Attn: Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108
*Served via CM/ECF Only*

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

404063-v1

9

| | | |
|---|---|---|
| 1 | Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>*Served via CM/ECF Only* | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102<br>U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>*Served via CM/ECF Only* |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA  92660<br>*Request for Special Notice* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

404063-v1

10

| | | |
|---|---|---|
| Peter Friedman | | Matthew L. Hinker |
| O'MELVENY & MYERS LLP | | Nancy A. Mitchell |
| 1625 Eye Street, NW | | Matthew L. Hinker |
| Washington, DC 20006 | | O'MELVENY & MYERS LLP |
| | | 7 Times Square |
| | | New York, New York 10036 |

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Kyle J. Ortiz
Amy M. Oden
Amanda C. Glaubach
One Penn Plaza, Suite 3335
New York, NY 10119

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2019, at San Diego, California.

*/s/ Linda Gubba-Reiner*
Linda Gubba-Reiner

404063-v1

11