

Signed and Filed: May 28, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO BAR DATE MOTION AND MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL PROOF OF CLAIM FORM FOR FIRE CLAIMS AND RELATED PROCEDURES**<br><br>Re: Dkt. Nos. 1784, 1824<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and Official Committee of Tort Claimants Extending Time to Respond Bar Date Motion and Motion of the Official Committee of Tort Claimants for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"), on the other hand, filed on May 28, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the TCC to file and serve any response or opposition to the Bar Date Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

2. The time for the Debtors file and serve any response or opposition to the TCC Claim Form Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: May 28, 2019

BAKER & HOSTETLER LLP

/s/ *Eric R. Goodman*
Eric R. Goodman

*Attorneys for Official Committee of Tort Claimants*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119