CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF WITHDRAWAL OF THE DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY COMPASS LEXECON, LLC AS ECONOMIC CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO PETITION DATE** <br><br> Re: Dkt. No. 1756 |

1   **PLEASE TAKE NOTICE** that PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their application (the "**Application**") on April 29, 2019 for authority to retain and employ Compass Lexecon, LLC ("**Compass**") pursuant to section 327(a) of title 11 of the United States Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, as economic consultants for the Debtors effective as of the Petition Date; filed a Supplement to the Application on May 3, 2019; and filed their Supplemental Statement regarding their Application (together with the Application and the Supplement to the Application, the "**Final Supplemented Application**") on May 17, 2019.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Court's statements at the May 22, 2019 Omnibus Hearing concerning the Debtors' Final Supplemented Application, the Debtors hereby withdraw their Final Supplemented Application.

Dated: May 28, 2019

**CRAVATH, SWAINE & MOORE LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ Jane Kim
      Jane Kim

*Attorneys for Debtors
and Debtors in Possession*