PAUL R GLASSMAN (State Bar No. 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard, 4th Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 288-5537
E-mail: pglassman@sycr.com

Attorneys for South San Joaquin Irrigation District

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,** *et al.*<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>       **Debtors**.<br><br>☒ Affects All Debtors<br>☐ Affects PG&E Corporation, et al.<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM)<br><br>Jointly Administered With:<br>Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**<br><br>[No hearing required.] |

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of South San Joaquin Irrigation District ("SSJID") and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010 and 11 U.S.C. § 1109(b), requests that copies of all notices given or required to be given and all papers served or required to be served in the above-captioned bankruptcy case, including any matter for which notice is limited by order of this Court, be transmitted to and served upon the following:

> Paul R. Glassman, Esq.
> STRADLING YOCCA CARLSON & RAUTH, P.C.
> 100 Wilshire Boulevard, 4th Floor
> Santa Monica, CA 90401
> Telephone: (424) 214-7021
> Facsimile: (424) 284-5537
> Email: pglassman@sycr.com

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, including disclosure statements or plans, whether formal or informal, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy cases and any and all proceedings therein and related thereto.

**PLEASE TAKE FURTHER NOTICE** that SSJID intends that neither this Notice of Appearance and Request for Service of Papers nor any other appearance, claim, or suit shall waive its right: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in the chapter 11 cases, any controversy, or proceeding relating to the chapter 11 cases, or in any other case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (5) to assert any objection to the jurisdiction of the Bankruptcy Court; or (6) any other rights, claims, actions, setoffs, or recoupments to which it

is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 28, 2019

Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: */s/ Paul R. Glassman*
    Paul R. Glassman

Attorneys for South San Joaquin Irrigation District

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 100 Wilshire Blvd., 4th Floor, Santa Monica, CA 90401.

A true and correct copy of the foregoing document NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 28, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
Nicolas De Lancie    ndelancie@jmbm.com
Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
John P. Dillman    houston_bankruptcy@publicans.com
Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jennifer V. Doran    jdoran@hinckleyallen.com
Jamie P. Dreher    jdreher@downeybrand.com
Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
Joseph A. Eisenberg    JAE1900@yahoo.com
Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
G. Larry Engel    larry@engeladvice.com
Krista M. Enns    kenns@beneschlaw.com
Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Michael S. Etkin    metkin@lowenstein.com
Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
Matthew A. Feldman    mfeldman@willkie.com
Mark E. Felger    mfelger@cozen.com
James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
Stephen D. Finestone    sfinestone@fhlawllp.com
Daniel I. Forman    dforman@willkie.com
Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
Jonathan Forstot    , john.murphy@troutman.com
Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
Carolyn Frederick    cfrederick@prklaw.com
Peter Friedman    pfriedman@omm.com
Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
Gregg M. Galardi    gregg.galardi@ropesgray.com
Richard L. Gallagher    richard.gallagher@ropesgray.com
Oscar Garza    ogarza@gibsondunn.com
Duane M. Geck    dmg@severson.com
Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
Barry S. Glaser    bglaser@swesq.com
Paul R. Glassman    glassmanp@gtlaw.com
Gabriel I. Glazer    gglazer@pszjlaw.com
Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Matthew A. Gold    courts@argopartners.net
Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Amy L. Goldman    goldman@lbbslaw.com
Eric S. Goldstein    egoldstein@goodwin.com
Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin     mgoodin@clausen.com, mgenova@clausen.com
Eric R. Goodman     egoodman@bakerlaw.com
Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
Michael I. Gottfried     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com
Eric A. Grasberger     eric.grasberger@stoel.com, docketclerk@stoel.com
Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
Cameron Gulden     cameron.m.gulden@usdoj.gov
Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
Robert G. Harris     rob@bindermalter.com
Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
Jennifer C. Hayes     jhayes@fhlawllp.com
Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Terry L. Higham     t.higham@bkolaw.com, achavez@bkolaw.com
James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
Michael R. Hogue     hoguem@gtlaw.com, frazierl@gtlaw.com
David Holtzman     david.holtzman@hklaw.com
Alexandra S. Horwitz     allie.horwitz@dinsmore.com
Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
Shane Huang     shane.huang@usdoj.gov
Brian D. Huben     hubenb@ballardspahr.com
Jonathan Hughes     , jane.rustice@aporter.com
Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Mark V. Isola     mvi@sbj-law.com
J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester     , Andrea.Bates@skadden.com
Ivan C. Jen     ivan@icjenlaw.com
Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
James O. Johnston     jjohnston@jonesday.com
Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
Robert A. Julian     rjulian@bakerlaw.com
George H. Kalikman     gkalikman@schnader.com, sdavenport@schnader.com
Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
Robert B. Kaplan     rbk@jmbm.com
Eve H. Karasik     ehk@lnbyb.com
William M. Kaufman     wkaufman@smwb.com
Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com
Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
Samuel M. Kidder     skidder@ktbslaw.com
Marc Kieselstein     , carrie.oppenheim@kirkland.com
Jane Kim     jkim@kellerbenvenutti.com
Bradley C. Knapp     , Yamille.Harrison@lockelord.com

Thomas F. Koegel     tkoegel@crowell.com
Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Alan W. Kornberg     , akornberg@paulweiss.com
Bernard Kornberg     bjk@severson.com
David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com
Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
Thomas R. Kreller     tkreller@milbank.com, dmuhrez@milbank.com
Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Richard A. Lapping     rich@trodellalapping.com
Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
Michael Lauter     mlauter@sheppardmullin.com
Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Edward J. Leen     eleen@mkbllp.com
Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
Bryn G. Letsch     bletsch@braytonlaw.com
David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
Marc A. Levinson     Malevinson@orrick.com, BOrozco@orrick.com
Alexander James Demitro Lewicki     kdiemer@diemerwei.com, alewicki@diemerwei.com
William S. Lisa     , jcaruso@nixonpeabody.com
William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
Jonathan A. Loeb     jon.loeb@bingham.com
John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Jane Luciano     jane-luciano@comcast.net
Kerri Lyman     klyman@irell.com, lgauthier@irell.com
John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
Iain A. Macdonald     iain@macfern.com, ecf@macfern.com
Tracy L. Mainguy     tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Samuel R. Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Adam Malatesta     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
Michael W. Malter     michael@bindermalter.com
Craig Margulies     cmargulies@margulies-law.com, lsalazar@margulies-law.com
Geoffrey E. Marr     gemarr59@hotmail.com
David P. Matthews     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
Patrick C. Maxcy     patrick.maxcy@snrdenton.com
Benjamin P. McCallen     bmccallen@willkie.com
Thomas E. McCurnin     tmccurnin@bkolaw.com, kescano@bkolaw.com
Hugh M. McDonald     hugh.mcdonald@troutman.com, john.murphy@troutman.com
Hugh M. McDonald     , john.murphy@troutman.com
C. Luckey McDowell     luckey.mcdowell@bakerbotts.com
Scott H. McNutt     SMcNutt@ml-sf.com, csnell@ml-sf.com
Thomas Melone     Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Peter Meringolo     peter@pmrklaw.com
Frank A. Merola     lacalendar@stroock.com, mmagzamen@stroock.com
Joshua M. Mester     jmester@jonesday.com
Matthew D. Metzger     belvederelegalecf@gmail.com
Randy Michelson     randy.michelson@michelsonlawgroup.com
Joseph G. Minias     jminias@willkie.com
M. David Minnick     dminnick@pillsburylaw.com, docket@pillsburylaw.com
Thomas C. Mitchell     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
John A. Moe     john.moe@dentons.com, glenda.spratt@dentons.com

Kevin Montee    kmontee@monteeassociates.com
David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
Courtney L. Morgan    morgan.courtney@pbgc.gov
Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
Alan I. Nahmias    anahmias@mbnlawyers.com
David L. Neale    dln@lnbrb.com
David L. Neale    dln@lnbyb.com
David Neier    dneier@winston.com
Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
Steven M. Olson    smo@smolsonlaw.com
Aram Ordubegian    Ordubegian.Aram@ArentFox.com
Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
Margarita Padilla    Margarita.Padilla@doj.ca.gov
Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
Donna Taylor Parkinson    donna@parkinsonphinney.com
Peter S. Partee    , candonian@huntonak.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Kenneth Pasquale    , mlaskowski@stroock.com
Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Danielle A. Pham    danielle.pham@usdoj.gov
Thomas R. Phinney    tom@parkinsonphinney.com
R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
Mark D. Plevin    mplevin@crowell.com
Mark D. Poniatowski    ponlaw@ponlaw.com
William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
Christopher E. Prince    cprince@lesnickprince.com
Douglas B. Provencher    dbp@provlaw.com
Amy C. Quartarolo    amy.quartarolo@lw.com
Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
Paul F. Ready    smeyer@farmerandready.com
Caroline A. Reckler    caroline.reckler@lw.com
Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
Jeffrey M. Reisner    jreisner@irell.com
Jack A. Reitman    , srichmond@lgbfirm.com
Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov

Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
Jorian L. Rose    jrose@bakerlaw.com
Allan Robert Rosin    arrosin@alr-law.com
Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
Gregory A. Rougeau    grougeau@brlawsf.com
Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Thomas B. Rupp    trupp@kellerbenvenutti.com
Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
Jonathan C. Sanders    jsanders@stblaw.com, lsoboleva@stblaw.com
Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
Sblend A. Sblendorio    sas@hogefenton.com
Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
Bradley R. Schneider    bradley.schneider@mto.com
Lisa Schweitzer    lschweitzer@cgsh.com
David B. Shemano    dshemano@pwkllp.com
James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
Leonard M. Shulman    lshulman@shbllp.com
Andrew I. Silfen    andrew.silfen@arentfox.com
Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
Randye B. Soref    rsoref@polsinelli.com
Bennett L. Spiegel    blspiegel@jonesday.com
Michael St. James    ecf@stjames-law.com
Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
David M. Stern    dstern@ktbslaw.com
Rebecca Suarez    rsuarez@crowell.com
Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
Kesha Tanabe    kesha@tanabelaw.com
Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
Edward Tredinnick    etredinnick@grmslaw.com
Matthew Jordan Troy    matthew.troy@usdoj.gov
Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
Marta Villacorta    marta.villacorta@usdoj.gov
John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Riley C. Walter    ecf@W2LG.com
Phillip K. Wang    phillip.wang@rimonlaw.com
Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com

Genevieve G. Weiner     gweiner@gibsondunn.com
Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com
Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com
Ryan A. Witthans     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
Risa Lynn Wolf-Smith     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Douglas Wolfe     dwolfe@asmcapital.com
Catherine E. Woltering     cwoltering@bakerlaw.com
Andrea Wong     wong.andrea@pbgc.gov, efile@pbgc.gov
Christopher Kwan Shek Wong     christopher.wong@arentfox.com
Kirsten A. Worley     kw@wlawcorp.com, admin@wlawcorp.com
Andrew Yaphe     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
Tacie H. Yoon     tyoon@crowell.com
Bennett G. Young     byoung@jmbm.com, jb8@jmbm.com
Brittany Zummer     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Dario de Ghetaldi     deg@coreylaw.com, lf@coreylaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On May 28, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 28, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2019 | Christine Pesis | /s/ Christine Pesis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |