JOSEPH M. SWEENEY, ESQ. (78363)
WILLIAM M. KAUFMAN, ESQ. (242196)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Creditor,
DALEO, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>   Debtors. | Bankruptcy Case Nos. 19-30088 (DM) (Lead Case)<br>                 19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE PURSUANT TO 11 U.S.C. Section 546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** |

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric
   Company
☐ Affects both Debtors

*All papers shall be filed in the Lead Case,
No. 19-30088 (DM)

      PLEASE TAKE NOTICE that Daleo, Inc. ("DALEO" or "Creditor") furnished gas main replacement work, trenching boring, tie-in, gas meter relocations and related construction work at the underground gas pipelines that run along or under certain streets and addresses in various California counties. Pacific Gas & Electric Company ("PG&E") hired DALEO to perform this work under a certain pre-petition Master Services Agreement, Blanket Purchase Order, purchase order no. 2700055265 dated January 22, 2018, and several Work Order Authorizations dated June 4, 2018, July 16, 2018, August 6, 2018, September 3, 2018, and October 1, 2018, potential change orders, change

---

NOTICE OF PERFECTION OF MECHANICS LIEN (DALEO, INC.)    1

orders, and invoices (collectively the "Contract"). Prior to the filing of the Debtors' bankruptcy case, DALEO provided labor, equipment, services, and materials to PG&E under the Contract along PG&E's pipelines in the following California counties: Santa Clara, Alameda, and San Mateo (the "Properties"). The Work under the Contract is a "work of improvement" as defined under California Civ. Code § 8050(a).

Under California Civ. Code § 8414,

A claimant other than a direct contractor may not enforce a lien unless the claimant records a claim of lien within the following time frames:

(a)     After the claimant ceases to provide work.

(b)     Before the earlier of the following time frames:

(1) Ninety days after completion of the work of improvement.

(2) Thirty days after the owner records a notice of completion or cessation.

Likewise, California Civ. Code § 8460(a) provides that,

(a)     The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable.

Pursuant to 11 U.S.C. § 546(b), DALEO hereby gives notice in lieu of the commencement of any such action to perfect, maintain, or continue DALEO's liens. Accordingly, DALEO requests adequate protection of its liens.

A true and correct copy of DALEO's lien recorded in Santa Clara County Document No. 24168184 on April 30, 2019 (Underground pipe between Lincoln St. and Lewis St. in Santa Clara, California) is attached hereto as **Exhibit A**.

A true and correct copy of DALEO's lien recorded in Santa Clara County Document No. 24168185 on April 30, 2019 (Underground pipe between E. Saint James St. and Basch Avenue and Beverly Blvd., in San Jose, California) is attached hereto as **Exhibit B**.

A true and correct copy of DALEO's lien recorded in Alameda County Document No. 2019083800 on May 7, 2019 (Underground pipe between Hearst Avenue between 6th and 8th St. in Berkeley, California) is attached hereto as **Exhibit C**.

Case: 19-30088     Doc# 2262     Filed: 05/29/19     Entered: 05/29/19 10:34:05     Page 2 of 36

1    A true and correct copy of DALEO's lien recorded in Alameda County Document No.

2    2019083801 on May 7, 2019 (Underground pipe between Valley View Rd., Pinehaven Road and

3    Beauforest Drive, in Oakland, California) is attached hereto as **Exhibit D**.

4        A true and correct copy of DALEO's lien recorded in San Mateo County Document No. 2019-

5    033241 on May 6, 2019 (Underground pipe between Brittan Avenue and Leslie Drive in San Carlos,

6    California) is attached hereto as **Exhibit E**.

7        DALEO asserts secured interests in the Properties to the fullest extent allowed by applicable

8    law, including interest. Further, DALEO reserves the right to supplement and/or amend this Notice,

9    and reserves any and all other rights under applicable law.

10   Dated:  May 29, 2019        **SWEENEY, MASON, WILSON & BOSOMWORTH**
                                  By: /s/ _William M. Kaufman_
11                                JOSEPH M. SWEENEY, ESQ.
                                  WILLIAM M. KAUFMAN, ESQ.
12                                Attorneys for DALEO, INC.

13                               **CERTIFICATE OF SERVICE**
14       I hereby certify that on May 29, 2019, a copy of the foregoing Notice of Perfection of
     Mechanics Lien Pursuant to Section 546(b) was filed electronically with the Clerk of Court using the
15   CM/ECF system. Notice of this filing will be sent to all counsel and/or parties by operation of the
     court's electronic filing system.
16

17                               _/s/ Carol L. Mueller_

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF PERFECTION OF MECHANICS LIEN (DALEO, INC.)        3

# EXHIBIT A

Recording Requested By:

**DALEO, INC.**

When Recorded Return to:

Joseph M. Sweeney, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave., Ste. 104C
Los Gatos, CA 95032-7637

**24168184**

Regina Alcomendras
Santa Clara County - Clerk-Recorder
04/30/2019 02:28 PM

# CONFORMED COPY

Copy of document recorded.
Has not been compared with original.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

1.　**DALEO, INC.** ("Claimant"), claims a Mechanics Lien for the labor, services, equipment, and/or materials under California Civil Code Section 8416, et seq., **upon the systems, structures, improvements, and/or premises of owner as described below**; and upon every estate or interest of owner or any party associated therewith. The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of **Santa Clara**, State of California, said land described as follows: **Underground gas pipeline that runs along or under the following streets or addresses: Between Lincoln Street and Lewis Street in Santa Clara, California, PM No. 31208427 and as further described in Exhibit A attached and incorporated herein.**

2.　After deducting all just credits and offsets, the principal sum of **$91,928.23**, together with interest at the rate of ten percent (10%) per annum from the date payment became due, is due Claimant for the following labor, materials, services and/or equipment: **Trenching, boring, tie-in, gas meter relocations and related construction work as further described in Exhibit A attached and incorporated herein.**

3.　Claimant furnished the labor or services or equipment or materials, at the request of or under contract with: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

4.　The name and address of the owner(s) or reputed owner(s) of the real property is/are: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

5.　Claimant's address is: **Daleo, Inc., 550 East Luchessa Avenue, Gilroy, CA 95020.**

Dated: April 2?, 2019

**DALEO, INC.**

By: _____
**DAVID LEVISAY, RMO/CEO/PRESIDENT**

**VERIFICATION**

　　I, **DAVID LEVISAY**, am the **RMO/CEO/PRESIDENT** of Claimant on the foregoing claim of Mechanics Lien. I am authorized to make this verification for and on its behalf. I have read the foregoing claim of Mechanics Lien and know the contents of the claim of Mechanics Lien to be true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 2?, 2019

_____
**DAVID LEVISAY**

**NOTICE OF MECHANICS LIEN AND PROOF OF SERVICE AFFIDAVIT
FOLLOW ON NEXT PAGE**

1

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recordation of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date that mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required stop in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### PROOF OF SERVICE AFFIDAVIT
*California Civil Code Section 8416 (a)(7), (c)(1)*

On April _30_, 2019, I, Carol L. Mueller, served a copy of this MECHANICS LIEN and NOTICE OF MECHANICS LIEN by U.S. Certified Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) of the property:

Reputed Owner(s):

**Pacific Gas & Electric Company**
**77 Beale Street, 32nd Floor**
**San Francisco, CA 94105**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April _30_, 2019

_____
Carol L. Mueller

2

**EXHIBIT A**



Lincoln St → Lewis St.



## PGD806-17 - Hearst Ave & 7th St-berkeley

Order #: 31286053    PO# 2700055265

| | |
|---|---|
| PGD806-17 | $484.08 |
| PGD806-18 | $247.97 |
| TOTAL | $732.05 |

## PGD8.07 - Valley View & Pinehaven - Oakland

Order #: 31242328

| | | |
|---|---|---|
| PCO.0004 | | $18,375.00 |
| RFI.0006 | Replace/Repair stairway @6323 Valley View Rd | $11,500.00 |
| TOTAL | | $29,875.00 |

## PGD8.08 - Lincoln & Lewis - Santa Clara

Order #: 31208427    PO# 2700055265

| | |
|---|---|
| PGD8.08-34 | $10,294.08 |
| PGD8.08-35 | $22,118.66 |
| PGD808-27 | $2,168.56 |
| PGD808-28 | $407.50 |
| PGD808-30 | $676.20 |
| PGD808-31 | $47,391.99 |
| PGD808-32 | $315.57 |
| PGD808-33 | $8,555.67 |
| TOTAL | $91,928.23 |

## PGD8.10 - Britton & Leslie - San Carlos

Order #: 31319353    PO# 2700055265

| | |
|---|---|
| PGD8.10-18 | $299,250.00 |
| PGD8.10-20 | $23,955.75 |
| PGD8.10-21 | $4,667.25 |
| PGD810-17 | $13,841.63 |
| PGD810-19 | $19,170.44 |
| TOTAL | $360,885.07 |

## PGD8.11 - E Saint James & Basch - San Jose

Order #: 31284241    PO# 2700055265

| | |
|---|---|
| PGD8.11-13 | $48,392.83 |
| PGD8.11-14 | $28,904.40 |
| PGD8.11-15 | $8,624.18 |
| PGD8.11-16 | $10,896.37 |
| PGD8.11-17 | $12,991.13 |
| PGD8.11-18 | $6,756.79 |
| PGD8.11-19 | $15,372.25 |
| PGD811-20 | $1,093.85 |
| PGD811-11 | $54,056.22 |
| TOTAL | $187,088.02 |

| | |
|---|---|
| Total all projects | $670,508.37 |

Work Authorization

## ⑂ Work Authorization

### Record Information

| | |
|---|---|
| Project Number: DI-00786 | Work Type: Distribution Main Replacement |
| Project Name: DI-00786 OCW LINCOLN ST.& LEWIS ST. SANTA CLARA | Record Last Update Date: 05/21/2018 08:29 AM (UTC-8) |
| Record No.: WA-00001 | Status: Closed |
| Region: Ctr Cst | Order Number: 31208427 |
| NTE (Hours): 0.0 | Service Contractor: |
| NTE (Dollars): 513,579.18 | Specialty Contractor: |
| BPO/CWA Number: 2700055265 | Contractor: Daleo |
| Reporting Date: 06/04/2018 | |

### Description

Description: This Work Authorization provides the Contractor with the direction to perform work in accordance with the above mentioned Blanket Purchase Order (BPO). The BPO has been executed within the terms and conditions of the Master Services Agreement (MSA). Contractor is authorized to perform services only as described in the attached approved Scope of Work.

Contractor shall not commence construction nor mobilize equipment and personnel to the Jobsite until authorized to do so in a Notice to Proceed (NTP) issued by PG&E. The NTP will contain all Permits, the Environmental Release to Construct (ERTC), and other requirements for the Work. A Site-Specific Safety Plan shall be submitted prior to NTP. An approved Site-Specific Safety Plan is a pre-requisite for NTP Issuance. Contractor may mobilize to the Jobsite after receiving the NTP. Prior to start of construction PG&E will conduct a jobsite pre-construction kick-off meeting as well as attend and participate in the Contractor's Tailboard and Job Safety Analysis (JSA) meeting.

By acknowledging this notice you agree to the information contained within this notice and agree to perform services in accordance with the BPO and approved Scope of Work.

Additional
Instructions:
Contractor
Comments:
Service Contractor
Comments:
Specialty Contractor
Comments:

**Attachments (4)**   **Linked Records (0)**   **Linked Mail (0)**

Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 11 of 36

**EXHIBIT B**

Recording Requested By:

**DALEO, INC.**

When Recorded Return to:

Joseph M. Sweeney, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave., Ste. 104C
Los Gatos, CA 95032-7637

**24168185**

Regina Alcomendras
Santa Clara County - Clerk-Recorder
04/30/2019 02:28 PM

# CONFORMED COPY

Copy of document recorded.
Has not been compared with original.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

1.    **DALEO, INC.** ("Claimant"), claims a Mechanics Lien for the labor, services, equipment, and/or materials under California Civil Code Section 8416, et seq., **upon the systems, structures, improvements, and/or premises of owner as described below**; and upon every estate or interest of owner or any party associated therewith. The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of **Santa Clara**, State of California, said land described as follows: **Underground gas pipeline that runs along or under the following streets or addresses: E. Saint James Street and Basch Avenue and Beverly Blvd. in San Jose, CA 95116, PM No. 31284241 and as further described in Exhibit A attached and incorporated herein.**

2.    After deducting all just credits and offsets, the principal sum of **$187,088.02**, together with interest at the rate of ten percent (10%) per annum from the date payment became due, is due Claimant for the following labor, materials, services and/or equipment: **Trenching, boring, tie-in, gas meter relocations and related construction work as further described in Exhibit A attached and incorporated herein.**

3.    Claimant furnished the labor or services or equipment or materials, at the request of or under contract with: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

4.    The name and address of the owner(s) or reputed owner(s) of the real property is/are: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

5.    Claimant's address is: **Daleo, Inc., 550 East Luchessa Avenue, Gilroy, CA 95020.**

Dated: April 25, 2019

**DALEO, INC.**

By:_____
    **DAVID LEVISAY, RMO/CEO/PRESIDENT**

**VERIFICATION**

I, **DAVID LEVISAY**, am the **RMO/CEO/PRESIDENT** of Claimant on the foregoing claim of Mechanics Lien. I am authorized to make this verification for and on its behalf. I have read the foregoing claim of Mechanics Lien and know the contents of the claim of Mechanics Lien to be true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 25, 2019

_____
**DAVID LEVISAY**

**NOTICE OF MECHANICS LIEN AND PROOF OF SERVICE AFFIDAVIT
FOLLOW ON NEXT PAGE**

1

# NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recordation of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date that mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required stop in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
*California Civil Code Section 8416 (a)(7), (c)(1)*

On April _30_, 2019, I, Carol L. Mueller, served a copy of this MECHANICS LIEN and NOTICE OF MECHANICS LIEN by U.S. Certified Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) of the property:

Reputed Owner(s):

**Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April _30_, 2019

_Carol L. Mueller_
Carol L. Mueller

2

**EXHIBIT A**



Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 16 of 36



Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 17 of 36



## PGD806-17 - Hearst Ave & 7th St-berkeley

| | | |
|---|---|---|
| Order #: 31286053 | PO# 2700055265 | |
| PGD806-17 | | $484.08 |
| PGD806-18 | | $247.97 |
| TOTAL | | $732.05 |

## PGD8.07 - Valley View & Pinehaven - Oakland

| | | |
|---|---|---|
| Order #: 31242328 | | |
| PCO.0004 | | $18,375.00 |
| RFI.0006 | Replace/Repair stairway @6323 Valley View Rd | $11,500.00 |
| TOTAL | | $29,875.00 |

## PGD8.08 - Lincoln & Lewis - Santa Clara

| | | |
|---|---|---|
| Order #: 31208427 | PO# 2700055265 | |
| PGD8.08-34 | | $10,294.08 |
| PGD8.08-35 | | $22,118.66 |
| PGD808-27 | | $2,168.56 |
| PGD808-28 | | $407.50 |
| PGD808-30 | | $676.20 |
| PGD808-31 | | $47,391.99 |
| PGD808-32 | | $315.57 |
| PGD808-33 | | $8,555.67 |
| TOTAL | | $91,928.23 |

## PGD8.10 - Brittan & Leslie - San Carlos

| | | |
|---|---|---|
| Order #: 31319353 | PO# 2700055265 | |
| PGD8.10-18 | | $299,250.00 |
| PGD8.10-20 | | $23,955.75 |
| PGD8.10-21 | | $4,667.25 |
| PGD810-17 | | $13,841.63 |
| PGD810-19 | | $19,170.44 |
| TOTAL | | $360,885.07 |

## PGD8.11 - E Saint James & Basel - San Jose

| | | |
|---|---|---|
| Order #: 31284241 | PO# 2700055265 | |
| PGD8.11-13 | | $48,392.83 |
| PGD8.11-14 | | $28,904.40 |
| PGD8.11-15 | | $8,624.18 |
| PGD8.11-16 | | $10,896.37 |
| PGD8.11-17 | | $12,991.13 |
| PGD8.11-18 | | $6,756.79 |
| PGD8.11-19 | | $15,372.25 |
| PGD811-20 | | $1,093.85 |
| PGD811-11 | | $54,056.22 |
| TOTAL | | $187,088.02 |

| | |
|---|---|
| **Total all projects** | **$670,508.37** |



# INVOICE

**PLEASE REMIT TO:**
Banc First
Box 4
Chandler, OK 74834

**PAYMENT TERMS:**
2% 15 Days

Bill To: Pacific Gas & Electric Company
6121 Bollinger Canyon Rd
San Ramon, CA 94583
Attn: GDCMInvoiceMailbox@pge.com

Job No.: PGD811
Invoice No.: PGD811-20
Invoice Date: 3.22.19
Due Date: 4.21.19

PG&E Order No.: 31284241
Project Location: E. Saint James St & Basch Ave

MSA No.: 4400011062
CWA No.: 2700055265

Billing Description: 2019 - PCO.0003 - 137 Basch Ave
Work Beginning: 11.27.18
Work Ending: 11.27.18

## PROGRESS PAYMENT NO.: 20

| | |
|---|---|
| **ORIGINAL CWA AMOUNT:** | $668,663.97 |
| **CWA CHANGE ORDER AMOUNT:** | $1,093.85 |
| **REVISED CWA AMOUNT:** | $23,222.89 |
| **TOTAL COMPLETED TO DATE:** | $611,372.85 |
| **LESS PREVIOUS BILLINGS:** | ($610,279.00) |
| **AMOUNT DUE THIS BILLING:** | $1,093.85 |
| **LESS RETENTION: 0%** | $0.00 |
| **TOTAL DUE:** | $1,093.85 |

PG&E Order No.: _____
Gad Area: _____
SAP/ARIba: 4600013363
CWA No.: 27000113363

Boise Job No.: _____
Invoice No.: _____
Progress Billing No.: _____
Invoice Gross: $33.36

**Potential Change Orders**

## 📑 PCO

### Record Information

| | |
|---|---|
| Project Name: DI-01081 OCW E SAINT JAMES ST AND BASCH AVE. SA | Record Last Update 03/21/2019 01:52 PM (UTC-8) Date: |
| Project Number: DI-01081 | Creation Date: 02/13/2019 03:23 PM (UTC-8) |
| Record No.: PCO-0003 | Creator: PGE Admin |
| Status: Authorized | Company: Daleo, Inc |

### General Information

| | |
|---|---|
| Title: 137 Basch Ave | Impact Type: Contract Change |
| Category of Change: Unforeseen Pipe/Valve Condition | Cost Type: T &amp; E |
| Requested By: Contractor | |

### Change Order Trigger

Trigger Category:
Trigger:
Trigger Definition:

### Reference Processes

| | |
|---|---|
| Reference RFI: RFI0002 | Reference FI: |
| ROM/Cost: $1,093.85 | ROM Hours: 0 |

### Cost

| | |
|---|---|
| Equipment: $0.00 | Material: $0.00 |
| Labor: $0.00 | Other: $1,093.85 |
| Sub-Total: $1,093.85 | |
| Markup Cost: $0.00 | Percent Markup: 0.0 |
| Proposed Amount: $1,093.85 | |
| Negotiated Amount: $0.00 | |

### Description

IMPORTANT: To ensure timely processing, please include ALL details such as when, where, and why.

Detailed Description: The GSR stated that the service to 137 Basch would be an insert. When Daleo cut the service loose from the main and attempted to insert it the pipe wouldn't go through the casing. This is to cover additional work for this service...

### Historical Description

This area is on the final view form to accomodate historical descriptions from 2013 PCOs.
Description:

Case: 19-30088   Doc# 2262   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 23 of 36

## Review Comments

**Contractor Comments:** Excavate at location that we could not get through on existing gas line that we are using for insert and clear casing to provide service to house.

The anticipated cost do this work will be approximately $1100.00. All back-up will be provided when invoiced.

Per GSR insert was the method to be used. Once we attempted to insert and it would not go due damage of the existing gas service we either had to change the method which Daleo would be paid for the attempt or repair existing line and carry on with the insert. It was determined that it would be more cost effective to repair existing line and insert new gas service.

**FE Comments:**

**Construction Comments:** The GSR stated that the service to 137 Basch would be an insert. When Daleo cut the service loose from the main and attempted to insert it the pipe wouldn't go through the casing. Daleo had to dig up the service in a two other locations to cut out the bad section of casing and try to insert again. This additional cost is due to the additional time it took to replace this service. TJ 2.14.19

**PM Comments:** PM 2.6.19 – I reviewed the CWA again and it looks like there is a discrepency on the QTY's for CTT vs New Installs. That's why I was questioning the method of installation for 137 Basch... Ok to process the RFI. approved...

**Contracts Comments:**

**Root Cause:**

**Supervisor / Manager Comments:**

**Additional Comments:**

## Workflow Actions

**Workflow Action Step:** Agree

**Workflow Action Date:** 02/06/2019 08:28 AM (UTC-8)

**Workflow Action Taken By:** Douglas Moses-Batson

## 🖫 Potential Changes

0 Item(s)

| No. | Sm | Short Description | Negotiated Amount | FI Number | RFI Number | WBS Code | Code Name |
|-----|-----|------------------|-------------------|-----------|------------|----------|-----------|
|     |     |                  |                   |           |            |          |           |

**Attachments (0)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088     Doc# 2262     Filed: 05/29/19     Entered: 05/29/19 10:34:05     Page 24 of 36



**Pacific Gas and Electric Company**

# Daily Statement of Labor, Material, and Equipment
Furnished by Contractor

| JOB LOCATION: | E Salet Jessen A Beach - San Jose (PCDIL11) #1758 |
| CONTRACT OR SPEC. NO: | 2700088265 |
| JOB NO: | 31204341 |
| CHANGE ORDER NO: | |
| SHEET 1 OF 1 SHEETS | |

IF SUBCONTRACT ENTER FIRM NAME HERE:

Bales Inc.

## CONTRACTOR'S LABOR

| CRAFT | | HRS. | RATE | AMOUNT | 1 | 2 | 3 | 4. | 5 | 6 | 7 | 8 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GR3 | Miguel Gonzalez | | PT | $ - | $0.00 | | | | | | | | |
| | | 2.5 | ST | $ 117.31 | $293.50 | | | | | | | | |
| WF | Rosendo Flores | | PT | $ - | $0.00 | | | | | | | | |
| | | 2.5 | ST | $ 137.91 | $294.73 | | | | | | | | |
| UW | William Garcia | | PT | $ - | $0.00 | | | | | | | | |
| | | 2.5 | ST | $ 85.90 | $214.73 | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |
| | | | PT | $ - | | | | | | | | | |
| | | | ST | $ - | | | | | | | | | |

## RENTAL EQUIPMENT

| EQUIPMENT DESCRIPTION | HRS. | RATE | AMOUNT | ITEM |
|---|---|---|---|---|
| | | $ - | | |
| | | $ - | | |
| | | $ - | | |
| | | $ - | | |
| | | $ - | | |
| **TOTAL EQUIPMENT RENTAL** | | | $ - | |

## MATERIAL

| | TOTAL | ITEM |
|---|---|---|
| **SEE ATTACHED INVOICES** | $ - | |
| **SALES TAX ON MATERIALS** | $ - | |
| **TOTAL MATERIALS** | $ - | |

## CONTRACTOR OWNED EQUIPMENT

| EQUIPMENT DESCRIPTION | HRS. | RATE | AMOUNT | ITEM |
|---|---|---|---|---|
| Track Excavator | 1 | $ 42.50 | 42.50 | |
| F550 Crew Truck | 2.5 | $ 34.75 | 86.83 | |
| Air Compressor | 2.5 | $ 24.50 | 61.25 | |
| 800 Gal Vac | 1 | $ 35.00 | 35.00 | |
| Dump (5-10 yd) | 1 | $ 64.25 | 64.25 | |
| | | $ - | | |
| | | $ - | | |
| **TOTAL OWNED EQUIPMENT** | | | 289.36 | |

Approved as a true statement of our services payroll.

| | | |
|---|---|---|
| TOTAL PREMIUM TIME | $0.00 | |
| TOTAL STRAIGHT TIME | $ 790.46 | |
| **TOTAL LABOR** | $ 790.46 | |

| PAYROLL TAXES ON TOTAL LABOR OF | $ | $ - |
| COMP INS ON TOTAL LABOR OF | $ | $ - |
| P.L. AND P.D. ON TOTAL LABOR OF | $ | $ - |
| WELFARE | | $ - |
| SUBSISTENCE | NO. OF PEOPLE - | RATE |
| MEALS | NO. OF MEALS - | RATE - |

Name of Contractor

Signature of Contractor Superintendent

Verification of hours and quantities for PG&E

Inspector or Foreman

Approved for PG&E

Inspector/Inspector, Supervisor, or Resident Engineer

TOTAL LABOR, P.R. TAXES, ETC. $ 790.46

| TOTAL MATERIAL & SALES TAX | $ - |
| TOTAL EQUIPMENT RENTAL | $ - |
| TOTAL LABOR, TAXES, INS. | $ 790.46 |
| FEE DN: | $ - |
| SUB FEE% ON $ - | $ - |
| | 303.36 |
| **GRAND TOTAL** | $ 1,093.85 |

White-PG&E Copy   Canary-Contractor Copy   Pink-PG&E Inspector Copy   Goldenrod-Contractor's File



**DAILY STATEMENT**

Sheet _____ of _____

| Date: 11/27/18 | Description of Work: 137 BASCH Ave. |
|---|---|

WENT TO INSERT, WOULD NOT GO: Dug up inv
STREET & Found BAD WELD. WENT AGAIN &
WOULD NOT GO: Dug AgAin & Found ↓

Customer: PG+E
Customer Job #: B 3128 4241
Daleo Job #: P60.811

| | Name | Labor Class Code | Subsls | Reg. Time | 1½ Time | Remarks |
|---|---|---|---|---|---|---|
| **Labor** | Miguel Gonzalez | GL3 | OPERATOR | 2½ | | |
| | Rosende Flores | WF | FOREMAN | 2½ | | |
| | William Borden | UW | LABOR | 2½ | | |
| | | | | | | |

| | Equipment No. | Description | Hrs. | |
|---|---|---|---|---|
| **Contractor's Equipment** | 88117 | 27G Backhoe | 1 | |
| | TRUCK # 216 | F-550 Comp | 2½ | |
| | TRUCK # 123 | 5mm 500 gA Vac | 1 | |
| | TRUCK # 219 | 10 yard dump. | 1 | |

| | Description | Supplier | Ticket No. | Amount |
|---|---|---|---|---|
| **Rental Equipment** | | | | |

| | Description | Supplier | Ticket No. | Amount |
|---|---|---|---|---|
| **Material & Misc. Expense** | | | | |

Remarks: 3/4 STEEL BENT IN: STREET, Fix SPEE & INSERT PIPE. BACKFILL STREET.

Customer Rep.: _____ Date: 12 - 06 - 2018

Daleo Rep.: B. Flores Date: 12 - 06 - 2018



CUSTOMER #: PG&E
DATE: 03/22/19
WEEK ENDING: 11/27/18
INVOICE #: PGD811-20
DUE DATE: 04/21/19

**BILL TO:**
PG&E
PO Box 7760
San Francisco, CA 94120-7760

**Remit To:**
BancFirst
Box 4
Chandler, Ok 74834

| PROJECT: PGD811 | PG&E Gas Distribution | | | | E Saint James & Basch-San Jose | | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
| 1053 | InsMain-2 - Install Main Trenchless, Plastic, 2", 1001-2500 | 800.0 | | 800.0 | 63.45 | | 48,480.00 |
| 1062 | InsMain-11 - Install Main Trench, Plastic, 2", 1001-2500 | 1427.0 | | 1427.0 | 132.15 | | 180,158.75 |
| 1070 | IN-TieConPl 1 - Tie-in By Contractor Plastic, 2-4" | 4.0 | | 4.0 | 4900.44 | | 19,601.76 |
| 1073 | IN-TiePGE-1 - Tie-in By PG&E Steel to Plastic, 2-4" | 1.0 | | 1.0 | 5785.00 | | 5,785.00 |
| 1077 | IN-KDPlas-1 - K&D, Plastic, 2-4" | 3.0 | | 3.0 | 1880.00 | | 5,640.00 |
| 1080 | IN-KDSt-4 - K&D, Steel, 2-4" | 2.0 | | 2.0 | 2990.00 | | 5,980.00 |
| 1094 | IN-InsServ-1 - Install Service, Plastic, 1/2" - 2", 41-80' | 30.0 | | 30.0 | 3986.50 | | 114,342.90 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM



CUSTOMER #: PG&E
DATE: 03/22/19
WEEK ENDING: 11/27/18
INVOICE #: PGD811-20
DUE DATE: 04/21/19

BILL TO:
PG&E
PO Box 7760
San Francisco, CA 94120-7760

| PROJECT: PGD811 | PG&E Gas Distribution | | | | E Saint James & Basch-San Jose | |
|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
| 1085 | IN-InsServ-3 - Install Service, Plastic, 1/2" - 2", 81-120' | 13.0 | | 13.0 | 4996.20 | | 62,101.00 |
| 1087 | IN-CTT-1 - Cut, Test and Transfer, Plastic | 15.0 | | 15.0 | 890.00 | | 13,350.00 |
| 1089 | IN-HotTnk-1 - Hot Tank | 35.0 | | 35.0 | 273.96 | | 9,588.60 |
| 1092 | IN-Post-1 - Protection Post, 2-4" | 5.0 | | 5.0 | 190.00 | | 950.00 |
| 1095 | IN-Saw-2 - Saw Cut - Hard Surface, <4.1 - 8" Depth | 3375.0 | | 3375.0 | 3.15 | | 10,631.25 |
| 1096 | IN-Saw-3 - Saw Cut - Hard Surface, <8.1 - 12" Depth | 100.0 | | 100.0 | 4.35 | | 435.00 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM



CUSTOMER #: PG&E
DATE: 03/22/19
WEEK ENDING: 11/27/18
INVOICE #: PGD811-20
DUE DATE: 04/21/19

BILL TO:
PG&E
PO Box 7760
San Francisco, CA 94120-7760

**PROJECT: PGD811**    PG&E Gas Distribution          E Saint James & Basch-San Jose

| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
|------|-------------|-----------|---------------------|---------------------|-----------|----------------------|----------------------|
| 1101 | IN-AddSrcl-6 - Additional Service Length Adder | 54.0 | | 54.0 | 32.20 | | 1,741.50 |
| 2001 | Pass Through - Traffic Control (Almendariz #: ) | 109364.2 | | 109364.2 | 1.00 | | 109,364.22 |
| 2004 | PCO.0001 - Overtime Requested by PG&E | 1.0 | | 1.0 | 1.00 | | 6,756.79 |
| 2005 | PCO.0002 - New Risers | 1.0 | | 1.0 | 1.00 | | 15,372.25 |
| 2006 | PCO.0003 - 137 Basch Ave Unforseen Pipe/Valve Condition | | 1.00 | 1.0 | 1093.85 | 1,093.85 | 1,093.85 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM



CUSTOMER #: PG&E
DATE: 03/22/19
WEEK ENDING: 11/27/18
INVOICE #: PGD811-20
DUE DATE: 04/21/19

**BILL TO:**
PG&E
PO Box 7760
San Francisco, CA 94120-7760

**Remit To:**
BancFirst
Box 4
Chandler, Ok 74834

| PROJECT: PGD811 | PG&E Gas Distribution | | | | | E Saint James & Basch-San Jose | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |

PROJECT: DI-01081 OCW - E SAINT JAMES &
BASCH AVE - SAN JOSE

PO #: 2700055265
PM #: 31284241

| | |
|---|---|
| 1093.85 | 611372.87 |

550 E. Luchessa Avenue  /  Gilroy, CA 95020  /  P  408.846.9621  /  F  408.846.9611  /  DALEOINC.COM

| Dump Job Number | Description | PO | Billed to Date | Paid to date 1-34-19 | Balance due as of 1.16.19 | Waiting on Past through approval | Waiting on NER approval (TCO) | Completion |
|---|---|---|---|---|---|---|---|---|
| PGD805 | R3 G ALDYL CALANDRIA AVE OMK GROUP 1486 | 2700055265 | $ 267,321.47 | $ 267,321.47 | $ - | | | 100 |
| PGD806 | SF G 50A EB HEARST AVE & 7TH ST BERKELEY | 2700055265 | $ 238,177.92 | $ 237,445.87 | $ 732.05 | | | 100 |
| PGD808 | OCW LINCOLN ST.& LEWIS ST. SANTA CLARA | 2700055265 | $ 592,964.92 | $ 500,695.81 | $ 92,269.11 | | | 100 |
| PGD807 | "R3" VALLEY VIEW AND PINEHAVEN OAKLAND | 2700055265 | $ 1,097,459.50 | $ 1,097,459.50 | $ - | | | 100 |
| PGD810 | OCW BRITTAN AVE AND LESLIE DR SAN CARL | 2700055265 | $ 1,152,061.02 | $ 794,134.20 | $ 357,926.82 | $ 4,667.25 | $ - | 100 |
| PGD811 | OCW E SAINT JAMES ST AND BASCH AVE. SA | 2700055265 | $ 575,138.85 | $ 423,245.06 | $ 151,913.79 | $ 12,991.13 | $ 23,253.64 | |
| TOTAL | | | $ 3,923,143.68 | $ 3,320,301.91 | $ 602,841.77 | $ 17,658.38 | $ 23,253.64 | |

Work Authorization

## Work Authorization

### Record Information

| | |
|---|---|
| Project Number: DI-01081 | Work Type: Distribution Main Replacement |
| Project Name: DI-01081 OCW E SAINT JAMES ST AND BASCH AVE. SA | Record Last Update Date: 09/18/2018 04:05 PM (UTC-8) |
| Record No.: WA-00001 | Status: Closed |
| Region: Ctr Cst | Order Number: 31284241 |
| NTE (Hours): 0.0 | Service Contractor: |
| NTE (Dollars): 668,663.97 | Specialty Contractor: |
| BPO/CWA Number: 2700055285 | Contractor: Daleo |
| Reporting Date: 10/01/2018 | |

### Description

Description: This Work Authorization provides the Contractor with the direction to perform work in accordance with the above mentioned Blanket Purchase Order (BPO). The BPO has been executed within the terms and conditions of the Master Services Agreement (MSA). Contractor is authorized to perform services only as described in the attached approved Scope of Work.

Contractor shall not commence construction nor mobilize equipment and personnel to the Jobsite until authorized to do so in a Notice to Proceed (NTP) issued by PG&E. The NTP will contain all Permits, the Environmental Release to Construct (ERTC), and other requirements for the Work. A Site-Specific Safety Plan shall be submitted prior to NTP. An approved Site-Specific Safety Plan is a pre-requisite for NTP issuance. Contractor may mobilize to the Jobsite after receiving the NTP. Prior to start of construction PG&E will conduct a jobsite pre-construction kick-off meeting as well as attend and participate in the Contractor's Tailboard and Job Safety Analysis (JSA) meeting.

By acknowledging this notice you agree to the information contained within this notice and agree to perform services in accordance with the BPO and approved Scope of Work.

Additional PM - Within current funding. Approved
Instructions: cefri approved 9/10

Contractor Comments:

Service Contractor Comments:

Specialty Contractor Comments:

| Attachments (4) | Linked Records (0) | Linked Mail (0) |
|---|---|---|

Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 32 of 36

**Request for Information**

## 📁 RFI

| | |
|---|---|
| Project Number: DI-D1081 | Status: CM_Review |
| Project Name: DI-D1081 OCW E SAINT JAMES ST AND BASCH AVE. SA | Creator: Joseph Franke |
| Record No.: RFI0002 | Creator Company: DLO |
| Location: | Creation Date: 01/14/2019 11:46 AM (UTC-8) |
| CM: | Due Date: 01/14/2019 |
| PM: Moses-Batson, D | Amount: $0.00 |
| Lead Inspector: | Title: 137 Basch Ave |

| | |
|---|---|
| Cost Impact?: Yes | ROM/Cost: $1,093.85 |
| | ROM Hours: 0 |
| Schedule Impact?: No | Schedule Impact (days): 0 |

### Description

Current Condition: Dalco tried to insert as requested on GSR to place a new service to 137 Basch Ave but existing casing has a bad spot and could not get through.

Proposed Solution: Excavate at location that we could not get through on existing gas line that we are using for insert and clear casing to provide service to house.

Anticipated Cost Impact The anticipated cost do this work will be approximately $1100.00. All back-up Description: will be provided when invoiced.

Anticipated Schedule Impact Description:

### Revisions

| |
|---|
| Additional Information Requested: |
| Revisions to Original RFI: |

### Response

| |
|---|
| CM Review Comments: |
| Response: |
| Engineering Input: |

## 🖼 Cost Impact

0 Item(s)

| No. | WBS Code | Code Name | Short Description | Amount |
|---|---|---|---|---|
| | | | | |

Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 33 of 36

Total Amount $0.00

## 📖 PCO's

0 Item(s)

| Project Name | Record No. | Title | Status | Category of Change | Trigger Category | Trigger | Change Category | Company |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Attachments (0)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088    Doc# 2262    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 34 of 36

Case: 19-30088   Doc# 2262   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 35 of 36



# Pacific Gas and Electric Company

## Daily Statement of Labor, Material, and Equipment

Furnished by Contractor

| | | |
|---|---|---|
| JOB LOCATION: | E Saint James & Beach – San Jose (PG&E 11) #1756 | DATE  11.27.18 |
| CONTRACT OR SPEC. NO: | 2700005265 | |
| JOB NO: | 31293241 | IF SUBCONTRACT ENTER FIRM NAME HERE: |
| CHANGE ORDER NO: | | Daigo Inc. |
| SHEET   1   OF   1   SHEETS | | |

**CONTRACTOR'S LABOR**

| C&FT | | HRS. | RATE | AMOUNT |
|---|---|---|---|---|
| GR3 | Miguel Gonzalez | 2.5 ST | $ 112.38 | $280.88 |
| WF | Rosendo Flores | 2.5 ST | $ 113.38 | $214.72 |
| LW | William Garcia | 2.5 ST | $ 85.88 | $214.73 |

Description of work - Item No.

**RENTAL EQUIPMENT**

| EQUIPMENT DESCRIPTION | HRS. | RATE | AMOUNT | ITEM |
|---|---|---|---|---|

**TOTAL EQUIPMENT RENTAL**  $  –

**MATERIAL**

| | TOTAL | ITEM |
|---|---|---|
| SEE ATTACHED INVOICES | | |
| SALES TAX ON MATERIALS | | |
| TOTAL MATERIALS | | |

**CONTRACTOR OWNED EQUIPMENT**

| EQUIPMENT DESCRIPTION | HRS. | RATE | AMOUNT | ITEM |
|---|---|---|---|---|
| Tract Excavator | 1 | $ 42.00 | 42.00 | |
| F550 Crew Truck | 2.5 | $ 34.75 | 86.88 | |
| Air Compressor | 2.5 | $ 24.50 | 61.25 | |
| 100 Gal Vac | 1 | $ 59.00 | 59.00 | |
| Dump (8-10 yd) | 1 | $ 64.35 | 64.35 | |

**TOTAL OWNED EQUIPMENT**  $  309.35

| | NO. OF PEOPLE | RATE | | | | |
|---|---|---|---|---|---|---|
| TOTAL STRAIGHT TIME | ST | $ | | | | |
| TOTAL PREMIUM TIME | ST | $ | | | | |
| TOTAL LABOR | | | $ 710.45 | | | |
| PAYROLL TAXES ON TOTAL LABOR OF | $ | $ | | | | |
| CHIP AIR, ON TOTAL LABOR OF | $ | $ | | | | |
| P.I. AND P.D. ON TOTAL LABOR OF | $ | $ | | | | |
| WELFARE | (RATE) | | | | | |
| SUBSISTENCE | | | | | | |
| MEALS | NO. OF MEALS | (RATE) | | | | |
| TOTAL LABOR, P/R TAXES, ETC. | $ | 710.45 | | | | |

| TOTAL MATERIAL & SALES TAX | | $ | – |
|---|---|---|---|
| TOTAL EQUIPMENT RENTAL | | $ | – |
| TOTAL LABOR, TAXES, INS. | | $ | 710.45 |
| FEE | ON | $ | – |
| SUB FEE | 0% | ON | $ | – |

**GRAND TOTAL**  $  1,002.85 **303.36**  781.48

Approved as a true estimate of our revised payrolls

Appraised for PG&E

Approved as a true estimate of our revised payrolls

Name of Contractor

Signature of Contractor's Superintendent

Verification of hours and Quantities for PG&E

Inspector or Foreman

Superintendent, Supervisor, or Resident Engineer

Goldenrod–Contractor's File

White–PG&E Copy   Canary–Contractor Copy   Pink–PG&E Inspector Copy



**DAILY STATEMENT**

1756

Sheet _____ of _____

| Date: 11/27/18 | Description of Work: 137 BASCH AVE. |
|---|---|
| Customer: PG+E | WENT TO INSERT, WOULD NOT GO: DUG UP SW |
| Customer Job #: B 31284241 | STREET + found BAD WELD WENT AGAIN + |
| Daleo Job #: PGO.811 | WOULD NOT GO: DUG AGAIN + FOUND ↓ |

| Name | Labor Class Code | Subsis | Reg. Time | 1½ Time | Remarks |
|---|---|---|---|---|---|
| Miguel Gonzalez | GL3 | OPERATOR | | 2½ | |
| Rosende Flores | WF Foreman | | 2½ | | |
| William Garcia | UW Labor | | 2½ | | |

**Labor**

**Contractor's Equipment**

| Equipment No. | Description | Hrs. |
|---|---|---|
| 8#112 | 27G BREAKATOR | 1 |
| TRUCK # 216 | F-350 Comp. | 2½ |
| TRUCK # 163 | Small 500 gal. VAC | |
| TRUCK # 219 | 10 yard dump. | 1 |

**Rental Equipment**

| Description | Supplier | Ticket No. | Amount |
|---|---|---|---|
| | | | |

**Material & Misc. Expense**

| Description | Supplier | Ticket No. | Amount |
|---|---|---|---|
| | | | |

Remarks:
3/4 STEEL BEAT IN STREET. Fix Steel & INSERT PIPE. BACKFILL STREET.

| Customer Rep.: | Date: 12 - 06 - 2018 |
|---|---|
| Daleo Rep.: P 97.. | Date: 12 - 06 - 2018 |