**EXHIBIT C**

Recording Requested By:

**DALEO, INC.**

When Recorded Return to:

Joseph M. Sweeney, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave., Ste. 104C
Los Gatos, CA 95032-7637



2019083800    05/07/2019 12:14 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    117.00



7   PGS

A19

COPY of document to be recorded
Has not been compared with Original

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

1.   **DALEO, INC.** ("Claimant"), claims a Mechanics Lien for the labor, services, equipment, and/or materials under California Civil Code Section 8416, et seq., **upon the systems, structures, improvements, and/or premises of owner as described below**; and upon every estate or interest of owner or any party associated therewith. The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of **Alameda**, State of California, said land described as follows: **Underground gas pipeline that runs along or under the following streets or addresses: Hearst Avenue between 6th Street and 8th Street in Berkeley, CA, PM No. 31286053 and as further described in Exhibit A attached and incorporated herein.**

2.   After deducting all just credits and offsets, the principal sum of **$732.05**, together with interest at the rate of ten percent (10%) per annum from the date payment became due, is due Claimant for the following labor, materials, services and/or equipment: **Trenching, boring, tie-in, gas meter relocations and related construction work as further described in Exhibit A attached and incorporated herein.**

3.   Claimant furnished the labor or services or equipment or materials, at the request of or under contract with: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

4.   The name and address of the owner(s) or reputed owner(s) of the real property is/are: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

5.   Claimant's address is: Daleo, Inc., 550 East Luchessa Avenue, Gilroy, CA 95020.

Dated: April 25, 2019

                        DALEO, INC.

                        By: _____
                        DAVID LEVISAY, RMO/CEO/PRESIDENT

                        **VERIFICATION**

I, **DAVID LEVISAY**, am the RMO/CEO/PRESIDENT of Claimant on the foregoing claim of Mechanics Lien. I am authorized to make this verification for and on its behalf. I have read the foregoing claim of Mechanics Lien and know the contents of the claim of Mechanics Lien to be true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 25, 2019

                        _____
                        DAVID LEVISAY

**NOTICE OF MECHANICS LIEN AND PROOF OF SERVICE AFFIDAVIT
FOLLOW ON NEXT PAGE**

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recordation of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date that mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required stop in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
*California Civil Code Section 8416 (a)(7), (c)(1)*

On April _30_, 2019, I, Carol L. Mueller, served a copy of this MECHANICS LIEN and NOTICE OF MECHANICS LIEN by U.S. Certified Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) of the property:

Reputed Owner(s):

**Pacific Gas & Electric Company**
**77 Beale Street, 32nd Floor**
**San Francisco, CA 94105**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April _30_, 2019

Carol L. Mueller

2

Original, full sized map can be located at:
Daleo, Inc., 550 E. Luchessa Ave, Gilroy, CA 95020





## PGD806-17 - Hearst Ave & 7th St-berkeley

| Order #: 31286053 | PO# 2700055265 | |
|---|---|---|
| PGD806-17 | | $484.08 |
| PGD806-18 | | $247.97 |
| TOTAL | | $732.05 |

## PGD8.07 - Valley View & Pinehaven - Oakland

| Order #: 31242328 | | |
|---|---|---|
| PCO.0004 | | $18,375.00 |
| RFI.0006 | Replace/Repair stairway @6323 Valley View Rd | $11,500.00 |
| TOTAL | | $29,875.00 |

## PGD8.08 - Lincoln & Lewis - Santa Clara

| Order #: 31208427 | PO# 2700055265 | |
|---|---|---|
| PGD8.08-34 | | $10,294.08 |
| PGD8.08-35 | | $22,118.66 |
| PGD808-27 | | $2,168.56 |
| PGD808-28 | | $407.50 |
| PGD808-30 | | $676.20 |
| PGD808-31 | | $47,391.99 |
| PGD808-32 | | $315.57 |
| PGD808-33 | | $8,555.67 |
| TOTAL | | $91,928.23 |

## PGD8.10 - Britton & Leslie - San Carlos

| Order #: 31319353 | PO# 2700055265 | |
|---|---|---|
| PGD8.10-18 | | $299,250.00 |
| PGD8.10-20 | | $23,955.75 |
| PGD8.10-21 | | $4,667.25 |
| PGD810-17 | | $13,841.63 |
| PGD810-19 | | $19,170.44 |
| TOTAL | | $360,885.07 |

## PGD8.11 - E Saint James & Busch - San Jose

| Order #: 31284241 | PO# 2700055265 | |
|---|---|---|
| PGD8.11-13 | | $48,392.83 |
| PGD8.11-14 | | $28,904.40 |
| PGD8.11-15 | | $8,624.18 |
| PGD8.11-16 | | $10,896.37 |
| PGD8.11-17 | | $12,991.13 |
| PGD8.11-18 | | $6,756.79 |
| PGD8.11-19 | | $15,372.25 |
| PGD811-20 | | $1,093.85 |
| PGD811-11 | | $54,056.22 |
| TOTAL | | $187,088.02 |

| Total all projects | | $670,508.37 |
|---|---|---|

Work Authorization

## Work Authorization

Record Information -

| | |
|---|---|
| Project Number: DI-00673 | Work Type: Distribution Main Replacement |
| Project Name: DI-00673 SF G 60A EB HEARST AVE & 7TH ST BERKELEY | Record Last Update Date: 08/29/2018 07:31 AM (UTC-8) |
| Record No.: WA-00001 | Status: Closed |
| Region: Bay | Order Number: 31286053 |
| NTE (Hours): 0.0 | Service Contractor: |
| NTE (Dollars): 302,955.99 | Specialty Contractor: |
| BPO/CWA Number: 2700055265 | Contractor: Daleo |
| Reporting Date: 07/16/2018 | |

Description

Description: This Work Authorization provides the Contractor with the direction to perform work in accordance with the above mentioned Blanket Purchase Order (BPO). The BPO has been executed within the terms and conditions of the Master Services Agreement (MSA). Contractor is authorized to perform services only as described in the attached approved Scope of Work.

Contractor shall not commence construction nor mobilize equipment and personnel to the Jobsite until authorized to do so in a Notice to Proceed (NTP) issued by PG&E. The NTP will contain all Permits, the Environmental Release to Construct (ERTC), and other requirements for the Work. A Site-Specific Safety Plan shall be submitted prior to NTP. An approved Site-Specific Safety Plan is a pre-requisite for NTP issuance. Contractor may mobilize to the Jobsite after receiving the NTP. Prior to start of construction PG&E will conduct a jobsite pre-construction kick-off meeting as well as attend and participate in the Contractor's Tailboard and Job Safety Analysis (JSA) meeting.

By acknowledging this notice you agree to the information contained within this notice and agree to perform services in accordance with the BPO and approved Scope of Work.

Additional Approved, EXRQ 6-12-18
Instructions: CEFH 6.20 approved

Contractor
Comments:
Service Contractor
Comments:
Specialty Contractor
Comments:

**Attachments (4)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 7 of 44

# EXHIBIT D

Recording Requested By:

**DALEO, INC.**

When Recorded Return to:

Joseph M. Sweeney, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave., Ste. 104C
Los Gatos, CA 95032-7637



2019083801    05/07/2019 12:14 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    174.00



26    PGS

AM

COPY of document to be recorded
Has not been compared with Original

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

1. **DALEO, INC.** ("Claimant"), claims a Mechanics Lien for the labor, services, equipment, and/or materials under California Civil Code Section 8416, et seq., **upon the systems, structures, improvements, and/or premises of owner as described below**; and upon every estate or interest of owner or any party associated therewith. The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of **Alameda**, State of California, said land described as follows: **Underground gas pipeline that runs along or under the following streets or addresses: Valley View Road between Pinehaven Road and Beauforest Drive in Oakland, California, PM No. 31242328 and as further described in Exhibit A attached and incorporated herein.**

2. After deducting all just credits and offsets, the principal sum of **$29,875.00,** together with interest at the rate of ten percent (10%) per annum from the date payment became due, is due Claimant for the following labor, materials, services and/or equipment: **Trenching, boring, tie-in, gas meter relocations and related construction work as further described in Exhibit A attached and incorporated herein.**

3. Claimant furnished the labor or services or equipment or materials, at the request of or under contract with: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

4. The name and address of the owner(s) or reputed owner(s) of the real property is/are: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

5. Claimant's address is: **Daleo, Inc., 550 East Luchessa Avenue, Gilroy, CA 95020.**

Dated: April 25, 2019

**DALEO, INC.**

By: _____
**DAVID LEVISAY, RMO/CEO/PRESIDENT**

**VERIFICATION**

I, **DAVID LEVISAY,** am the **RMO/CEO/PRESIDENT** of Claimant on the foregoing claim of Mechanics Lien. I am authorized to make this verification for and on its behalf. I have read the foregoing claim of Mechanics Lien and know the contents of the claim of Mechanics Lien to be true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 25, 2019

**DAVID LEVISAY**

**NOTICE OF MECHANICS LIEN AND PROOF OF SERVICE AFFIDAVIT
FOLLOW ON NEXT PAGE**

1

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recordation of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date that mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required stop in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### PROOF OF SERVICE AFFIDAVIT
*California Civil Code Section 8416 (a)(7), (c)(1)*

On April _30_, 2019, I, Carol L. Mueller, served a copy of this MECHANICS LIEN and NOTICE OF MECHANICS LIEN by U.S. Certified Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) of the property:

Reputed Owner(s):

**Pacific Gas & Electric Company**
**77 Beale Street, 32nd Floor**
**San Francisco, CA 94105**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April _30_, 2019

_____
Carol L. Mueller

2

**EXHIBIT A**

Original, full sized map can be located at:
Daleo, Inc.; 550 E. Luchessa Ave, Gilroy, CA 95020







Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 14 of 44

## PGD806-17 - Hearst Ave & 7th St-berkeley

Order #: 31286053    PO# 2700055265

| | |
|---|---:|
| PGD806-17 | $484.08 |
| PGD806-18 | $247.97 |
| TOTAL | **$732.05** |

## PGD8.07 - Valley View & Pinehaven - Oakland

Order #: 31242328

| | |
|---|---:|
| PCO.0004 | $18,375.00 |
| RFI.0006    Replace/Repair stairway @6323 Valley View Rd | $11,500.00 |
| TOTAL | **$29,875.00** |

## PGD8.08 - Lincoln & Lewis - Santa Clara

Order #: 31208427    PO# 2700055265

| | |
|---|---:|
| PGD8.08-34 | $10,294.08 |
| PGD8.08-35 | $22,118.66 |
| PGD808-27 | $2,168.56 |
| PGD808-28 | $407.50 |
| PGD808-30 | $676.20 |
| PGD808-31 | $47,391.99 |
| PGD808-32 | $315.57 |
| PGD808-33 | $8,555.67 |
| TOTAL | **$91,928.23** |

## PGD8.10 - Britton & Leslie - San Carlos

Order #: 31319353    PO# 2700055265

| | |
|---|---:|
| PGD8.10-18 | $299,250.00 |
| PGD8.10-20 | $23,955.75 |
| PGD8.10-21 | $4,667.25 |
| PGD810-17 | $13,841.63 |
| PGD810-19 | $19,170.44 |
| TOTAL | **$360,885.07** |

## PGD8.11 - E Saint James & Bosch - San Jose

Order #: 31284241    PO# 2700055265

| | |
|---|---:|
| PGD8.11-13 | $48,392.83 |
| PGD8.11-14 | $28,904.40 |
| PGD8.11-15 | $8,624.18 |
| PGD8.11-16 | $10,896.37 |
| PGD8.11-17 | $12,991.13 |
| PGD8.11-18 | $6,756.79 |
| PGD8.11-19 | $15,372.25 |
| PGD811-20 | $1,093.85 |
| PGD811-11 | $54,056.22 |
| TOTAL | **$187,088.02** |

| | |
|---|---:|
| **Total all projects** | **$670,508.37** |

Work Authorization

## 🖳 Work Authorization

### Record Information

| | |
|---|---|
| Project Number: DI-01045 | Work Type: Distribution Main Replacement |
| Project Name: DI-01045 R3... **VALLEY VIEW AND PINEHAVEN OAKLAND** | Record Last Update Date: 07/12/2018 12:19 PM (UTC-8) |
| Record No.: WA-00001 | Status: Closed |
| Region: Bay | Order Number: 31242328 |
| NTE (Hours): 0.0 | Service Contractor: |
| NTE (Dollars): 1,203,324.0 | Specialty Contractor: |
| BPO/CWA Number: 2700065265 | Contractor: Daleo |
| Reporting Date: 08/06/2018 | |

### Description

Description: This Work Authorization provides the Contractor with the direction to perform work in accordance with the above mentioned Blanket Purchase Order (BPO). The BPO has been executed within the terms and conditions of the Master Services Agreement (MSA). Contractor is authorized to perform services only as described in the attached approved Scope of Work.

Contractor shall not commence construction nor mobilize equipment and personnel to the Jobsite until authorized to do so in a Notice to Proceed (NTP) issued by PG&E. The NTP will contain all Permits, the Environmental Release to Construct (ERTC), and other requirements for the Work. A Site-Specific Safety Plan shall be submitted prior to NTP. An approved Site-Specific Safety Plan is a pre-requisite for NTP issuance. Contractor may mobilize to the Jobsite after receiving the NTP. Prior to start of construction PG&E will conduct a jobsite pre-construction kick-off meeting as well as attend and participate in the Contractor's Tailboard and Job Safety Analysis (JSA) meeting.

By acknowledging this notice you agree to the information contained within this notice and agree to perform services in accordance with the BPO and approved Scope of Work.

Additional 6.20 csth approved

Instructions:

Contractor Comments:

Service Contractor Comments:

Specialty Contractor Comments:

**Attachments (4)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 16 of 44



# INVOICE

**PLEASE REMIT TO:**
Banc First
Box 4
Chandler, OK 74834

**PAYMENT TERMS:**
2% 15 Days

**Bill To:** Pacific Gas & Electric Company
6121 Bollinger Canyon Rd
San Ramon, CA 94583
**Attn:** GDCMInvoiceMailbox@pge.com

Job No.: PGD807
Invoice No.: PGD807-29
Invoice Date: 2.26.19
Due Date: 3.28.19

---

**PG&E Order No.:** 31242328
**Project Location:** Valley View Rd & Pinehaven - Oakland

MSA No.: 4400011062
CWA No.: 2700055265

**Billing Description** 2019 - PCO.0004 - Stair Replacement
**Work Beginning:** 1.3.19
**Work Ending:** 1.3.19

**PROGRESS PAYMENT NO.: #29**

| | |
|---|---|
| ORIGINAL CWA AMOUNT: | $1,203,324.00 |
| CWA CHANGE ORDER AMOUNT: | $19,000.00 |
| REVISED CWA AMOUNT: | $1,229,340.00 |
| TOTAL COMPLETED TO DATE: | $1,115,834.49 |
| LESS PREVIOUS BILLINGS: | ($1,097,459.49) |
| AMOUNT DUE THIS BILLING: | $18,375.00 |
| LESS RETENTION: 0% | $0.00 |
| TOTAL DUE: | $18,375.00 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM

PG&E Order No.: 312423-01 ... New Rd Oakland
Bid Area: ...
MSA No.: ...
CRM No.: ...

Contractor Job No.:
Invoice No.:
Progress Billing No.:
Invoice Date:

---

## Potential Change Orders

### 🏢 PCO

**Record Information**

Project Name: DI-01045 R3 VALLEY VIEW AND PINEHAVEN OAKLAND

Project Number: DI-01045

Record No.: PCO-0004

Status: Authorized

Record Last Update 02/19/2019 02:28 PM (UTC-8) Date:

Creation Date: 11/27/2018 08:37 PM (UTC-8)

Creator: PGE Admin

Company: Daleo, Inc

**General Information**

Title: Stair Replacement @ 6323 Valley View Rd

Category of Change: Other

Requested By: Contractor

Impact Type: Contract Change

Cost Type: T &amp; E

**Change Order Trigger**

Trigger Category:

Trigger:

Trigger Definition:

**Reference Processes**

Reference RFI: RFI0001

ROM/Cost: $19,000.00

Reference FI:

ROM Hours: 0

**Cost**

Equipment: $0.00

Labor: $0.00

Sub-Total: $19,000.00

Markup Cost: $0.00

Proposed Amount: $19,000.00

Negotiated Amount: $0.00

Material: $0.00

Other: $19,000.00

Percent Markup: 0.0

**Description**

IMPORTANT: To ensure timely processing, please include ALL details such as when, where, and why.

Detailed Description: More detail, including photos required. JMEF 12/20/18

**Historical Description**

This area is on the final view form to accomodate historical descriptions from 2013 PCOs.

Description:

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 19 of 44

## Review Comments

**Contractor Comments:** Gas meter was relocated per PG&E to new location. The footing of the house extends out approx. 3'. To achieve placement of new gas service the wooden stairs need to be removed. All work was completed with direction by PG&E personnel. The FE, inspector and contractor looked at location and that was the solution agreed to. I am not aware of the building codes at the time the home was built. The stairway was not over the meet so I do not think it would be considered a overbuild. Pic have been sent Jim.

**FE Comments:**

**Construction Comments:** Agree . R.K. 12/19/18

No attachment for Jim's request. R.K. 2/13/19

**PM Comments:** I need more information that justifies these costs to hit the job. What could we have done better than remove the stairway to achieve our objective? What were the alternatives? Why wasn't a field meet called to discuss alternatives? Was there any property owner culpability in the construction of the stairway that made it an illegal, non-permitted structure? Was the stairway considered an overbuild of the meter? JMEf 12/20/18

**Contracts Comments:**

**Root Cause:**

**Supervisor / Manager Comments:**

**Additional Comments:**

## Workflow Actions

| | |
|---|---|
| **Workflow Action Step:** Agree | **Workflow Action Date:** 11/27/2018 12:13 PM (UTC-8) |

**Workflow Action Taken By:** XXRex King

## 📑 Potential Changes

0 Item(s)

| No. | Sm | Short Description | Negotiated Amount | FI Number | RFI Number | WBS Code | Code Name |
|-----|----|----|----|----|----|----|----|
| | | | | | | | |

**Attachments (0)**     **Linked Records (0)**     **Linked Mail (0)**

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 20 of 44

PODG.07
D412

**Bjork Construction Co., Inc.**
4420 Enterprise Street
Fremont CA 94538
(510) 656-4688

License 535921

# Contract Invoice

Invoice#: 1372-1

Date: 02/20/2019

**Billed To:** Daleo Inc.
550 E. Luchessa Ave.
Gilroy, CA 95020

**Project:** PG&E Stair Replacement
6323 Valley View Drive
Oakland CA

| Due Date: 03/12/2019 | Terms: 20DY | Order# |
|---|---|---|

| Description | Amount |
|---|---|
| Progress Billing #1 | 17,500 00 |
|    6323 Valley View Rd | |
|    Design and Permit for new wood stair per section previously removed by others | |
|    Installation of new wood sleepers and steps per structural plans | |

**Notes:**

*A service charge of 0.00 % per annum will be charged on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment!*

| Non-Taxable Amount: | 17,500.00 |
|---|---|
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| **Amount Due** | **17,500.00** |

Permits for which no major inspection has been approved within 180 days shall expire by limitation. No refund shall be given more than 180 days after expiration or final.

**CITY OF OAKLAND**

250 FRANK H. OGAWA PLAZA · 2ND FLOOR · OAKLAND, CA 94612

Planning and Building Department
inmaoakland.net.com

PH: 510-xxx-xxxx
FAX: 510-xxx-xxxx
TDD: 510-xxx-xxxx

# APPLICANT COPY

Filed Date: 2/15/2019

| | | | |
|---|---|---|---|
| Permit No: | RBC 1900210 | Residential Combo | Schedule Inspection by calling: 510 238 3444 |
| Job Site: | 6123 VALLEY VIEW RD | | |
| Parcel No: | 048-5342901900 | | |
| District: | | | |
| Project Description: | Replace and reshim concrete stairs at right side of SFD | | |
| Related Permits: | Dbacked ID | | |

| | Name | Address | Address | Phone | License # |
|---|---|---|---|---|---|
| Owner | LAI YONY C | PO BOX 29618 OAKLAND, CA | | | |
| Contractors | KUHN CONSTRUCTION COMPANY INC | 1620 TELEGRAPH AVENUE STE 300C OAKLAND, CA | (510) 634-4885 | xxxxxx |
| Construction Employees | Yondo Ting | 4420 Enterprise Drive Fremont, CA | | $200004000 |

**PERMIT DETAILS**
General Information

Building/Residential/Mechanical/Combo

Building Occ of Classif
Set of Plans &
Slopes and Retaining

Primary
Heating Classification
Energy Classification TEM/CE

Building Independence

Floor Plan Ratio Building
Design Bd building 3 and 3 areas
Type: VB Construction Construction; No Fire Rating
Number of Stories: 1
No Of Bedrooms:
No Additions
Water Amsline RS:
Conditioned Floor Area (sq ft):
Draft Authorization
Job Valuer $30,000.00

**TOTAL FEES TO BE PAID: $696.78**

| | | | | | |
|---|---|---|---|---|---|
| Application Fee | $70.20 | GIEE | 30.40 | On Line | $0.00 |
| City Surr | $0.95 | General Plan Surcharge | $13.00 | Guardian Fee | $30.00 |
| Plan Check / Engineer at Counter | $132.00 | Report Management & Technology | $31.21 | Levy | $0.00 |
| GHG Sed | | Enhancement Fee | | | |

Auto Checked By _____ Held _____ Permit Issued By __IB__ Date 1-15-19

Printed by 2.20.19 Rikona _____



CUSTOMER #: PG&E
DATE: 02/26/19
WEEK ENDING: 01/03/19
INVOICE #: PGD807-29
DUE DATE: 03/28/19

**BILL TO:**
PG&E
PO Box 7760
San Francisco, CA 94120-7760

**Remit To:**
BancFirst
Box 4
Chandler, Ok 74834

| PROJECT: PGD807 | PG&E Gas Distribution | | | | ValleyView & Pinehaven-Oakland | | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
| 1044 | | 1702.0 | | 1702.0 | 3.15 | | 5,361.30 |
| | Saw-2 Saw Cut - Hard Surface, <4.1 -8" Depth | | | | | | |
| 1070 | | 2.0 | | 2.0 | 4900.44 | | 9,800.00 |
| | IN-TieConPl-1  Tie-in by Contractor, Plastic, 2-4" | | | | | | |
| 1073 | | 1.0 | | 1.0 | 5785.00 | | 5,785.00 |
| | IN-TiePGE-1  Tie-in by PG&E, Steel to Plastic, 2-4" | | | | | | |
| 1087 | | 3.0 | | 3.0 | 890.00 | | 2,670.00 |
| | IN-CTT-1  Cut, Test, and Transfer, Plastic | | | | | | |
| 1089 | | 18.0 | | 18.0 | 273.96 | | 4,950.00 |
| | IN-HotTnk-1  Hot Tank | | | | | | |
| 1201 | | 2055.0 | | 2055.0 | 166.60 | | 342,363.00 |
| | Trench/Bore 2" Plastic | | | | | | |
| 1204 | | 1.0 | | 1.0 | 2990.00 | | 2,990.00 |
| | K&D Steel 2-4" | | | | | | |
| 1205 | | 32.0 | | 32.0 | 16622.00 | | 531,904.00 |
| | Install Services | | | | | | |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P  408.846.9621 / F  408.846.9611 / DALEOINC.COM



CUSTOMER #: PG&E
DATE: 02/26/19
WEEK ENDING: 01/03/19
INVOICE #: PGD807-29
DUE DATE: 03/28/19

**BILL TO:**
PG&E
PO Box 7760
San Francisco, CA 94120-7760

| PROJECT: PGD807 | PG&E Gas Distribution | | | | ValleyView & Pinehaven-Oakland | | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
| 1206 | Curb Valve Plastic | 2.0 | | 2.0 | 306.00 | | 612.00 |
| 1207 | Cut/Test/Transfer | 2.0 | | 2.0 | 890.00 | | 1,780.00 |
| 1209 | Hot Tank | 12.0 | | 12.0 | 275.00 | | 3,300.00 |
| 1210 | Saw Cut Hard Surface | 3023.0 | | 3023.0 | 3.15 | | 9,522.45 |
| 2001 | Pass Through - Traffic Control (Almendariz Inv #: 1B1072-10) | 133084.5 | | 133084.5 | 1.00 | | 150,096.20 |
| 2002 | Pass Through - Shoring (Trench Plate #: ) | 732.0 | | 732.0 | 1.00 | | 732.05 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM



**DALEO**

CUSTOMER #: PG&E
DATE: 02/26/19
WEEK ENDING: 01/03/19
INVOICE #: PGD807-29
DUE DATE: 03/28/19

BILL TO:
PG&E
PO Box 7760
San Francisco, CA 94120-7760

| | | | | | | ValleyView & Pinehaven-Oakland | |
|---|---|---|---|---|---|---|---|
| **PROJECT: PGD807** | **PG&E Gas Distribution** | | | | | | |
| **CODE** | **DESCRIPTION** | **PRIOR JTD** | **QUANTITY THIS PERIOD** | **QUANTITY JOB TO DATE** | **UNIT PRICE** | **THIS PERIOD EXTENSION** | **JOB TO DATE EXTENSION** |
| 2004 | PCO.0001 - Additional Trench 2" Plastic | 9996.0 | | 9996.0 | 1.00 | | 9,996.00 |
| 2005 | PCO.0002 - Meter Protection Posts | 760.0 | | 760.0 | 1.00 | | 760.00 |
| 2006 | PCO.0003 - Relocate Gas Meters | 11077.5 | | 11077.5 | 1.00 | | 11,077.50 |
| 2007 | PCO.0004 - Stair Replacement | | 1.00 | 1.0 | 18375.00 | 18,375.00 | 18,375.00 |
| 2008 | PCO.0005 - K&D Plastic (2) 4" | 3760.0 | | 3760.0 | 1.00 | | 3,760.00 |

PROJECT: DI-010475 R3 VALLEY VIEW
& PINEHAVEN - OAKLAND

PO #: 2700055265
PM #: 31242328

550 E. Luchessa Avenue / Gilroy, CA 95020 / P. 408.846.9621 / F 408.846.9511 / DALEOINC.COM



DALEO

CUSTOMER #: PG&E
DATE: 02/26/19
WEEK ENDING: 01/03/19
INVOICE #: PGD807-29
DUE DATE: 03/28/19

**BILL TO:**
PG&E
PO Box 7760
San Francisco, CA 94120-7760

**Remit To:**
BancFirst
Box 4
Chandler, Ok 74834

| PROJECT: PGD807 | PG&E Gas Distribution | | | | | ValleyView & Pinehaven-Oakland | |

| CODE | DESCRIPTION | PRIOR JTD | QUANTITY THIS PERIOD | QUANTITY JOB TO DATE | UNIT PRICE | THIS PERIOD EXTENSION | JOB TO DATE EXTENSION |
|------|-------------|-----------|---------------------|---------------------|------------|----------------------|----------------------|
| | | | | | | 18375.00 | 1115834.50 |

550 E. Luchessa Avenue / Gilroy, CA 95020 / P 408.846.9621 / F 408.846.9611 / DALEOINC.COM

## Potential Change Orders

### PCO

#### Record Information

Project Name: DI-01045 R3 VALLEY VIEW AND PINEHAVEN OAKLAND

Record Last Update 12/19/2018 11:35 AM (UTC-8) Date:

Project Number: DI-01045

Creation Date: 11/27/2018 08:37 PM (UTC-8)

Record No.: PCO-0004

Creator: PGE Admin

Status: CM_Review

#### General Information

Title: Stair Replacement @ 6323 Valley View Rd

Impact Type:

Category of Change:

Cost Type:

Requested By:

#### Reference Processes

Reference RFI: RFI0001

Reference FI:

ROM/Cost: $19,000.00

ROM Hours: 0

#### Cost

Equipment: $0.00

Material: $0.00

Labor: $0.00

Other: $19,000.00

Sub-Total: $19,000.00

Markup Cost: $0.00

Percent Markup: 0.0

Proposed Amount: $19,000.00

Total Hours: 0

#### Description

IMPORTANT: To ensure timely processing, please include ALL details such as when, where, and why.

Detailed Description:

#### Review Comments

Contractor Comments: Gas meter was relocated per PG&E to new location. The footing of the house extends out approx. 3'. To achieve placement of new gas service the wooden stairs need to be removed.

Construction Comments:

PM Comments:

Contracts Comments:

Supervisor / Manager Comments:

Case: 19-30088 Doc# 2262-1 Filed: 05/29/19 Entered: 05/29/19 10:34:05 Page 27 of 44

**Workflow Actions**

| Workflow Action Step: Agree | Workflow Action Date: 11/27/2018 12:13 PM (UTC-8) |
|---|---|
| Workflow Action Taken By: Rex King | |

## ▣ Potential Changes

0 Item(s)

| No. | Sm | Short Description | Negotiated Amount | FI Number | RFI Number | WBS Code | Code Name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Attachments (0)**       **Linked Records (0)**              **Linked Mail (0)**

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 28 of 44

RFI 0001

---

## Potential Change Orders

### 📖 PCO

#### Record Information

| | |
|---|---|
| Project Name: DI-01045 R3 VALLEY VIEW AND PINEHAVEN OAKLAND | Record Last Update 11/27/2018 08:37 PM (UTC-8) Date: |
| Project Number: DI-01045 | Creation Date: 11/27/2018 08:37 PM (UTC-8) |
| Record No.: PCO-0004 | Creator: PGE Admin |
| Status: Contractor_Review | |

#### General Information

| | |
|---|---|
| Title: Stair Replacement @ 6323 Valley View Rd | Impact Type: |
| Category of Change: | Cost Type: |
| Requested By: | |

#### Reference Processes

| | |
|---|---|
| Reference RFI: RFI0001 | Reference FI: 0 |
| ROM/Cost: $19,000.00 | ROM Hours: 0 |

#### Cost

Please remember to attach a detailed cost breakdown/justification to this Unifier record to support your pricing.

| | |
|---|---|
| Equipment: $0.00 | Material: $0.00 |
| Labor: $0.00 | Other: $0.00 |
| Sub-Total: $0.00 | |
| Markup Cost: $0.00 | Percent Markup: 0.0 |
| Proposed Amount: $0.00 | Total Hours: 0 |
| Negotiated Amount: $0.00 | |

#### Description

IMPORTANT: To ensure timely processing, please include ALL details such as when, where, and why.
Detailed Description:

#### Review Comments

Contractor Comments:
Construction Comments:
PM Comments:

---

### 📖 Potential Changes

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 29 of 44

0 Item(s)

| No. | Short Description | Negotiated Amount | FI Number | RFI Number | WBS Code | Code Name |
|-----|------------------|-------------------|-----------|-----------|----------|-----------|
|     |                  |                   |           |           |          |           |

**Attachments (0)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 30 of 44

**Request for Information**

## RFI

| | |
|---|---|
| Project Number: DI-01045 | Status: Contractor_Revision |
| Project Name: DI-01045 R3 VALLEY VIEW AND PINEHAVEN OAKLAND | Creator: Joseph Franke |
| Record No.: RFI0006 | Creator Company: DLO |
| Location: | Creation Date: 12/18/2018 02:41 PM (UTC-8) |
| CM: | Due Date: 12/19/2018 |
| PM: Evans, J | Amount: $0.00 |
| Lead Inspector: | Title: Stair Replacement Additional Requirements |

| | |
|---|---|
| Cost Impact?: Yes | ROM/Cost: $11,500.00 |
| | ROM Hours: 0 |
| Schedule Impact?: No | Schedule Impact (days): 0 |

### Description

Current Condition: The City of Oakland would not approve plans for the replace/repair of stairway @ 6323 Valley View Rd to obtain a permit as drawn and quoted.

Proposed Solution: Re-draw plans for stairway to 6323 Valley View Rd and included all revisions the City of Oakland is requesting.

Anticipated Cost Impact The City of Oakland is requiring in addition to what was originally quoted to Description: add a retaining wall at the top of the stairs as well as the bottom of the last step, 4 - 8" Lolly footings and remove gate to meet code and submit for approval to obtain permit. The additional cost for the retaining walls and footings are approximately $11,500.00. If any additional plan revisions are made by the City, those costs are not included.

Anticipated Schedule Impact Description:

### Revisions

Additional Information Requested: Was the stairway considered an overbuild structure of where the meter was located? Please send plans, photos (before & after stairway removal). I need justification for the stairway removal and whether the original stairway was built to code.

Revisions to Original RFI:

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 31 of 44

Response

CM Review Comments: This is additional cost added to the stairs from the original cost estimate .
Agree to the RFI. R.K. 12/19/18

Response: The costs for this stairway is now $30,500. Is there a good reason why the job
should absorb these costs and not the contractor? Did anyone on the crew
consider the downstream affect of removing the stairway vs. working around
it? Why wasn't a field meeting called to discuss the situation before removing
the stairs?

Engineering Input:

## 🖳 Task Details

From:                                          Task Due Date:    Not Applicable    📋 Task Notes (0)
To:        Joseph Franke                       Task Status:      View Only
Cc:
Sent For:  Contractor Revision

### Workflow Progress

| Step Name | Assignee | Company | Status | Action | Completion Date |
|---|---|---|---|---|---|
| Creation | Joseph Franke | DLO | Completed | Submit | 12/19/2018 02:41 PM |
| CM Initial Review | Rex King | PGE | Closed | Send to PM | 12/19/2018 06:55 PM |
| PM Review | Jim Evans | PGE | Completed | CM Clarification | 12/20/2018 03:14 PM |
| CM Initial Review | Rex King | PGE | Completed | Contractor Clarification | 12/20/2018 03:45 PM |
| Contractor Revision | Joseph Franke | DLO | Not Started | | |

Attachments (0)          Linked Records (0)          Linked Mail (0)

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 32 of 44

**Request for Information**

## ᴵᴰ RFI

| | |
|---|---|
| Project Number: DI-01045 | Status: CM_Review |
| Project Name: DI-01045 R3 VALLEY | Creator: Joseph Franke |
| VIEW AND PINEHAVEN | |
| OAKLAND | |
| Record No.: RFI0006 | Creator Company: DLO |
| Location: | Creation Date: 12/19/2018 02:41 PM |
| | (UTC-8) |
| CM: | Due Date: 12/19/2018 |
| PM: Evans, J | Amount: $0.00 |
| Lead Inspector: | Title: Stair Replacement |
| | Additional Requirements |

| | |
|---|---|
| Cost Impact?: Yes | ROM/Cost: $11,500.00 |
| | ROM Hours: 0 |
| Schedule Impact?: No | Schedule Impact (days): 0 |

### Description

Current Condition: The City of Oakland would not approve plans for the replace/repair of stairway @ 6323 Valley View Rd to obtain a permit as drawn and quoted.

Proposed Solution: Re-draw plans for stairway to 6323 Valley View Rd and included all revisions the City of Oakland is requesting.

Anticipated Cost Impact The City of Oakland is requiring in addition to what was originally quoted to Description: add a retaining wall at the top of the stairs as well as the bottom of the last step, 4 - 8" Lolly footings and remove gate to meet code and submit for approval to obtain permit. The additional cost for the retaining walls and footings are approximately $11,500.00. If any additional plan revisions are made by the City, those costs are not included.

Anticipated Schedule Impact
Description:

### Revisions

Additional Information Requested:
Revisions to Original RFI:

### Response

CM Review Comments:
Response:
Engineering Input:

Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 33 of 44

## 🖼 Cost Impact

0 Item(s)

| No. | WBS Code | Code Name | Short Description | Amount |
|-----|----------|-----------|-------------------|--------|
|     |          |           |                   |        |

Total Amount $0.00

## 🖼 PCO's

0 Item(s)

| Project Name | Record No. | Title | Status | Category of Change | Trigger Category | Trigger | Change Category | Company |
|--------------|-----------|-------|--------|--------------------|------------------|---------|-----------------|---------|
|              |           |       |        |                    |                  |         |                 |         |

**Attachments (0)**        **Linked Records (0)**        **Linked Mail (0)**

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 34 of 44

**EXHIBIT E**

Recording Requested By:

**DALEO, INC.**

When Recorded Return to:

Joseph M. Sweeney, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave., Ste. 104C
Los Gatos, CA 95032-7637

**2019-033241 CONF**

8:21 am 05/06/19 MLL Fee: 123.00
Count of pages 9
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*\$ R 0 0 0 2 6 9 5 8 5 2 \$ *

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

1.   **DALEO, INC.** ("Claimant"), claims a Mechanics Lien for the labor, services, equipment, and/or materials under California Civil Code Section 8416, et seq., **upon the systems, structures, improvements, and/or premises of owner as described below**; and upon every estate or interest of owner or any party associated therewith. The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of **San Mateo**, State of California, said land described as follows: **Underground gas pipeline that runs along or under the following streets or addresses: Between Brittan Avenue and Leslie Drive in San Carlos, California, PM No. 31319353 and as further described in Exhibit A attached and incorporated herein.**

2.   After deducting all just credits and offsets, the principal sum of **$360,885.07**, together with interest at the rate of ten percent (10%) per annum from the date payment became due, is due Claimant for the following labor, materials, services and/or equipment: **Gas Main Replacement work, trenching, boring, tie-in, gas meter relocations and related construction work as further described in Exhibit A attached and incorporated herein.**

3.   Claimant furnished the labor or services or equipment or materials, at the request of or under contract with: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

4.   The name and address of the owner(s) or reputed owner(s) of the real property is/are: **Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94015.**

5.   Claimant's address is: **Daleo, Inc., 550 East Luchessa Avenue, Gilroy, CA 95020.**

Dated: April 25, 2019

**DALEO, INC.**

By:

**DAVID LEVISAY, RMO/CEO/PRESIDENT**

**VERIFICATION**

I, **DAVID LEVISAY**, am the **RMO/CEO/PRESIDENT** of Claimant on the foregoing claim of Mechanics Lien. I am authorized to make this verification for and on its behalf. I have read the foregoing claim of Mechanics Lien and know the contents of the claim of Mechanics Lien to be true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 25, 2019

**DAVID LEVISAY**

**NOTICE OF MECHANICS LIEN AND PROOF OF SERVICE AFFIDAVIT
FOLLOW ON NEXT PAGE**

1

# NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recordation of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date that mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required stop in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
*California Civil Code Section 8416 (a)(7), (c)(1)*

On April _30_, 2019, I, Carol L. Mueller, served a copy of this MECHANICS LIEN and NOTICE OF MECHANICS LIEN by U.S. Certified Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner(s) or reputed owner(s) of the property:

Reputed Owner(s):

**Pacific Gas & Electric Company**
**77 Beale Street, 32nd Floor**
**San Francisco, CA 94105**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April _30_, 2019

_____
Carol L. Mueller

2

# EXHIBIT A



# GAS MAIN REPLACEMENT

BRITTAN AVE AND LESLIE DR

SAN CARLOS, CA

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 39 of 44



Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 40 of 44



BRITTAN AVE (MWC 148)
GAS MAIN REPLACEMENT
BRITTAN AVE AND LESLIE DR
SAN CARLOS, CA

REVISIONS

PG&E GDED ESTIMATING
2180 HARRISON ST
SAN FRANCISCO, CA

PACIFIC GAS AND ELECTRIC COMPANY



BRITTAN AVE (MWC 14D)
GAS MAIN REPLACEMENT
BRITTAN AVE AND LESLIE DR
SAN CARLOS, CA

REVISIONS

PG&E GSR&D ESTIMATING
2180 HARRISON ST
SAN FRANCISCO, CA

PACIFIC GAS AND ELECTRIC COMPANY

Case: 19-30088    Doc# 2262-1    Filed: 05/29/19    Entered: 05/29/19 10:34:05    Page 42 of 44

**PGD806-17 - Hearst Ave & 7th St berkeley**

| Order #: 31286053 | PO# 2700055265 | |
|---|---|---|
| PGD806-17 | | $484.08 |
| PGD806-18 | | $247.97 |
| **TOTAL** | | **$732.05** |

**PGD8.07 - Valley View & Pinehaven, Oakland**

| Order #: 31242328 | | |
|---|---|---|
| PCO.0004 | | $18,375.00 |
| RFI.0006 | Replace/Repair stairway @6323 Valley View Rd | $11,500.00 |
| **TOTAL** | | **$29,875.00** |

| Order #: 31208427 | PO# 2700055265 | |
|---|---|---|
| PGD8.08-34 | | $10,294.08 |
| PGD8.08-35 | | $22,118.66 |
| PGD808-27 | | $2,168.56 |
| PGD808-28 | | $407.50 |
| PGD808-30 | | $676.20 |
| PGD808-31 | | $47,391.99 |
| PGD808-32 | | $315.57 |
| PGD808-33 | | $8,555.67 |
| **TOTAL** | | **$91,928.23** |

| Order #: 31319353 | PO# 2700055265 | |
|---|---|---|
| PGD8.10-18 | | $299,250.00 |
| PGD8.10-20 | | $23,955.75 |
| PGD8.10-21 | | $4,667.25 |
| PGD810-17 | | $13,841.63 |
| PGD810-19 | | $19,170.44 |
| **TOTAL** | | **$360,885.07** |

| Order #: 31284241 | PO# 2700055265 | |
|---|---|---|
| PGD8.11-13 | | $48,392.83 |
| PGD8.11-14 | | $28,904.40 |
| PGD8.11-15 | | $8,624.18 |
| PGD8.11-16 | | $10,896.37 |
| PGD8.11-17 | | $12,991.13 |
| PGD8.11-18 | | $6,756.79 |
| PGD8.11-19 | | $15,372.25 |
| PGD811-20 | | $1,093.85 |
| PGD811-11 | | $54,056.22 |
| **TOTAL** | | **$187,088.02** |

| Total all projects | | **$670,508.37** |
|---|---|---|

Work Authorization

## ▣ Work Authorization

### Record Information

| | |
|---|---|
| Project Number: DI-01074 | Work Type: Distribution Main Replacement |
| Project Name: DI-01074 OCW BRITTAN AVE AND LESLIE DR SAN CARL | Record Last Update Date: 08/17/2018 04:02 PM (UTC-8) |
| Record No.: WA-00001 | Status: Closed |
| Region: Ctr Cst | Order Number: 31319353 |
| NTE (Hours): 0.0 | Service Contractor: |
| NTE (Dollars): 929,266.15 | Specialty Contractor: |
| BPO/CWA Number: 2700055265 | Contractor: Daleo |
| Reporting Date: 09/03/2018 | |

### Description

Description: This Work Authorization provides the Contractor with the direction to perform work in accordance with the above mentioned Blanket Purchase Order (BPO). The BPO has been executed within the terms and conditions of the Master Services Agreement (MSA). Contractor is authorized to perform services only as described in the attached approved Scope of Work.

Contractor shall not commence construction nor mobilize equipment and personnel to the Jobsite until authorized to do so in a Notice to Proceed (NTP) issued by PG&E. The NTP will contain all Permits, the Environmental Release to Construct (ERTC), and other requirements for the Work. A Site-Specific Safety Plan shall be submitted prior to NTP. An approved Site-Specific Safety Plan is a pre-requisite for NTP issuance. Contractor may mobilize to the Jobsite after receiving the NTP. Prior to start of construction PG&E will conduct a jobsite pre-construction kick-off meeting as well as attend and participate in the Contractor's Tailboard and Job Safety Analysis (JSA) meeting.

By acknowledging this notice you agree to the information contained within this notice and agree to perform services in accordance with the BPO and approved Scope of Work.

Additional cefh approved
Instructions:
Contractor
Comments:
Service Contractor
Comments:
Specialty Contractor
Comments:

**Attachments (4)**          **Linked Records (0)**          **Linked Mail (0)**

Case: 19-30088   Doc# 2262-1   Filed: 05/29/19   Entered: 05/29/19 10:34:05   Page 44 of 44