Kirsten A. Worley, Bar No. 222513
kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA 92101
Telephone:   619-550-1004
Facsimile:   619-550-1051

Attorneys for Ballard Marine Construction, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>   Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**WITHDRAWAL OF PROOF OF CLAIM BY BALLARD MARINE CONSTRUCTION, INC. (CLAIM NO. 34)** |

Pursuant to Fed. Rule Bankr. Proc. 3006, Ballard Marine Construction, Inc. ("Ballard") hereby respectfully withdraws its proof of claim (Claim No. 34, in the amount of $247,158.82) in full.

Dated: May 29, 2019                           Worley Law, P.C.


                                              By:   /s/ Kirsten A. Worley
                                                  Kirsten A. Worley
                                                  Attorneys for
                                                  Ballard Marine Construction, Inc.

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Worley Law, P.C., 4256 Sierra Vista, San Diego, California 92103.

A true and correct copy of the foregoing document entitled **WITHDRAWAL OF PROOF OF CLAIM BY BALLARD MARINE CONSTRUCTION, INC. (CLAIM NO. 34)** will be served or was served in the manner stated below:

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Pursuant Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/29/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| Lynette C. Kelly<br>lynette.c.kelly@usdoj.gov,<br>ustpregion17.oa.ecf@usdoj.gov | Attorneys For Debtor<br>pbenvenutti@kellerbenvenutti.com<br>tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
|---|---|

## II. SERVED BY U.S. MAIL:

On 5/29/2019, I served the following person(s) and/or entity(ies) at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows:

| Attorney for Debtor<br>Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(213) 310-0800 | Attorney for Debtor<br>Robert P. Goe<br>Goe & Forsythe, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92613<br>(949) 798-2460 |
|---|---|
| Attorney for Debtor<br>David Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019<br>212-474-1000 | United States Trustee<br>Office of the U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>(415)705-3333 |

| | |
|---|---|
| PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 | Official Committee Of Unsecured Creditors<br>Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386-4000 |

Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2019, at San Diego, California.

_____
Jordan Malavar