THE LAW OFFICES OF SHAI OVED
Shai Oved, Esq. CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email - ssoesq@aol.com
(818) 992-6588; Fax (818) 992-6511

Attorneys for Interested Party Henry Rick Schuller

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>PG&E, CORPORATION,<br><br>            Debtor.<br>_____ | CASE NO. 3:19-bk-30088 (DM)<br>**Chapter 11**<br><br>**WITHDRAWL OF REQUEST FOR SPECIAL NOTICE**<br><br><u>NO HEARING REQUIRED</u><br>Date:<br>Time:<br>Place: |

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT AND ALL OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that interested party, Henry Rick Schuller, through its counsel hereby Wihdraws his former request for special notice.

                              The Law Offices of Shai Oved
                              7445 Topanga Cyn Blvd, Suite 220
                              Canoga Park, CA 91303

                              The Law Offices of Shai Oved
Dated: May 29, 2019
                              /s/ Shai Oved_____
                              By: Shai Oved, Attorneys for Henry Rick Schuller

# **PROOF OF SERVICE**

( )  **BY U.S. MAIL AT <u>WOODLAND HILLS</u>, CALIFORNIA**

( )  **BY HAND DELIVERY** (IN COURT IF PRESENT OTHERWISE BY MAIL)

( )  **BY FAX**

(xx)  **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL**

I am a resident of Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 7445 Topanga Cyn Blvd, Suite 220, Canoga Park, California 91303. On May 29, 2019, I served a true and correct copy of **WITHDRAWL OF REQUEST FOR SPECIAL NOTICE** on the <u>Parties-in-Interest</u> in this action, in the manner referenced above and addressed or telecopied as follows: None.

    The following will be served by ECMCF:

See below list.

Executed on May 29, 2019, at Woodland Hills, California.

                                                               /s/ Shai Oved
                                                               _____
                                                               Shai Oved

- Annadel A. Almendras     annadel.almendras@doj.ca.gov
- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard     lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- Frank Bloksberg     frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com

| | |
|---|---|
| 1 | • Jason Blumberg   jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV |
| | • Erin N. Brady   enbrady@jonesday.com |
| 2 | • Ronald K. Brown   rkbgwhw@aol.com, lesleysich1@aol.com |
| | • W. Steven Bryant   , molly.batiste-debose@lockelord.com |
| 3 | • Peter C. Califano   pcalifano@cwclaw.com |
| | • Steven M. Campora   scampora@dbbwc.com, nlechuga@dbbwc.com |
| 4 | • Leah E. Capritta   leah.capritta@hklaw.com, lori.labash@hklaw.com |
| | • Katherine Rose Catanese   kcatanese@foley.com |
| 5 | • Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| | • Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| 6 | • Shawn M. Christianson   schristianson@buchalter.com |
| | • Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| 7 | |
| | • Alicia Clough   aclough@loeb.com |
| 8 | • John B. Coffman   john@johncoffman.net |
| | • Kevin G. Collins   kevin.collins@btlaw.com |
| 9 | • Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| | • Donald H. Cram   dhc@severson.com |
| 10 | • Ashley Vinson Crawford   avcrawford@akingump.com, tsouthwell@akingump.com |
| | • John Cumming   jcumming@dir.ca.gov |
| 11 | • J. Russell Cunningham   rcunningham@dnlc.net, emehr@dnlc.net |
| | • Keith J. Cunningham   , rkelley@pierceatwood.com |
| 12 | • Keith J. Cunningham   kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
| | • James D. Curran   jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 13 | • Tambra Curtis   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
| | • Jonathan S. Dabbieri   dabbieri@sullivanhill.com, bkstaff@sullivanhill.com |
| 14 | • Nicolas De Lancie   ndelancie@jmbm.com |
| | • Judith A. Descalso   jad@jdescalso.com, jad_9193@ecf.courtdrive.com |
| 15 | • Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com |
| | • Kathryn S. Diemer   kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com |
| 16 | • John P. Dillman   houston_bankruptcy@publicans.com |
| | • Jonathan R. Doolittle   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com |
| 17 | • Jennifer V. Doran   jdoran@hinckleyallen.com |
| | • Jamie P. Dreher   jdreher@downeybrand.com |
| 18 | • Cecily A. Dumas   cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com |
| | • Dennis F. Dunne   cprice@milbank.com, jbrewster@milbank.com |
| 19 | • Dennis F. Dunne   ddunne@milbank.com, jbrewster@milbank.com |
| | • Huonganh Annie Duong   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 20 | |
| | • Kevin M. Eckhardt   keckhardt@hunton.com, candonian@huntonak.com |
| 21 | • Joseph A. Eisenberg   JAE1900@yahoo.com |
| | • Sally J. Elkington   sally@elkshep.com, ecf@elkshep.com |
| 22 | • David Emerzian   david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com |
| 23 | • G. Larry Engel   larry@engeladvice.com |
| | • Krista M. Enns   kenns@beneschlaw.com |
| 24 | • Michael P. Esser   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com. |
| | • Richard W. Esterkin   richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 25 | • Michael S. Etkin   metkin@lowenstein.com |
| | • Jacob M. Faircloth   jacob.faircloth@smolsonlaw.com |
| 26 | • Joseph Kyle Feist   jfeistesq@gmail.com, info@norcallawgroup.net |
| | • Matthew A. Feldman   mfeldman@willkie.com |
| 27 | • Mark E. Felger   mfelger@cozen.com |
| | • James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| 28 | • John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com |

| | |
|---|---|
| • | Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com |
| • | Stephen D. Finestone    sfinestone@fhlawllp.com |
| • | Daniel I. Forman    dforman@willkie.com |
| • | Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com |
| • | Jonathan Forstot    , john.murphy@troutman.com |
| • | Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| • | Carolyn Frederick    cfrederick@prklaw.com |
| • | Peter Friedman    pfriedman@omm.com |
| • | Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com |
| • | Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| • | Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| • | Gregg M. Galardi    gregg.galardi@ropesgray.com |
| • | Richard L. Gallagher    richard.gallagher@ropesgray.com |
| • | Oscar Garza    ogarza@gibsondunn.com |
| • | Duane M. Geck    dmg@severson.com |
| • | Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| • | Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| • | Barry S. Glaser    bglaser@swesq.com |
| • | Paul R. Glassman    glassmanp@gtlaw.com |
| • | Gabriel I. Glazer    gglazer@pszjlaw.com |
| • | Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| • | Matthew A. Gold    courts@argopartners.net |
| • | Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| • | Amy L. Goldman    goldman@lbbslaw.com |
| • | Eric S. Goldstein    egoldstein@goodwin.com |
| • | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| • | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| • | Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| • | Eric R. Goodman    egoodman@bakerlaw.com |
| • | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| • | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| • | Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| • | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| • | Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| • | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| • | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| • | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| • | Cameron Gulden    cameron.m.gulden@usdoj.gov |
| • | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| • | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| • | Robert G. Harris    rob@bindermalter.com |
| • | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| • | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| • | Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| • | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| • | Jennifer C. Hayes    jhayes@fhlawllp.com |
| • | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| • | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| • | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| • | Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| • | James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| • | Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| • | David Holtzman    david.holtzman@hklaw.com |
| • | Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| • | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |

- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola     mvi@sbj-law.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Ivan C. Jen     ivan@icjenlaw.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston     jjohnston@jonesday.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian     rjulian@bakerlaw.com
- George H. Kalikman     gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan     rbk@jmbm.com
- Eve H. Karasik     ehk@lnbyb.com
- William M. Kaufman     wkaufman@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kellerbenvenutti.com
- Bradley C. Knapp     , Yamille.Harrison@lockelord.com
- Thomas F. Koegel     tkoegel@crowell.com
- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bjk@severson.com
- David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller     tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter     mlauter@sheppardmullin.com
- Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen     eleen@mkbllp.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch     bletsch@braytonlaw.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson     Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki     kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa     , jcaruso@nixonpeabody.com
- William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb     jon.loeb@bingham.com

- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com

- Shai Oved  ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla  Margarita.Padilla@doj.ca.gov
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  , candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Charles Scott Penner  penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Danielle A. Pham  danielle.pham@usdoj.gov
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino  epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin  mplevin@crowell.com
- Mark D. Poniatowski  ponlaw@ponlaw.com
- William L. Porter  bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince  cprince@lesnickprince.com
- Douglas B. Provencher  dbp@provlaw.com
- Amy C. Quartarolo  amy.quartarolo@lw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready  smeyer@farmerandready.com
- Caroline A. Reckler  caroline.reckler@lw.com
- Steven J. Reisman  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner  jreisner@irell.com
- Jack A. Reitman  , srichmond@lgbfirm.com
- Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson  robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers  mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose  jrose@bakerlaw.com
- Allan Robert Rosin  arrosin@alr-law.com
- Jay M. Ross  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau  grougeau@brlawsf.com
- Nathan Q. Rugg  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp  trupp@kellerbenvenutti.com
- Eric E. Sagerman  esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders  jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders  nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas  Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage  psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio  sas@hogefenton.com
- Daren M Schlecter  daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider  bradley.schneider@mto.com
- Lisa Schweitzer  lschweitzer@cgsh.com
- David B. Shemano  dshemano@pwkllp.com
- James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman  lshulman@shbllp.com

- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com