**Entered on Docket**
**May 29, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 28, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>               **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND AD HOC GROUP OF SUBROGATION CLAIM HOLDERS EXTENDING TIME TO RESPOND TO DEBTORS' BAR DATE MOTION AND MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR ENTRY OF AN ORDER APPROVING PROPOSED MODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FOR SUBROGATION CLAIMS AND RELATED PROCEDURES**<br><br>Re: Dkt. Nos. 1784, 2044<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and Ad Hoc Group of Subrogation Claim Holders Extending Time to Respond Bar Date Motion and Motion of the Ad Hoc Group of Subrogation Claim Holders for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"), on the other hand, filed on May 28, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Ad Hoc Subrogation Group to file and serve any response or opposition to the Bar Date Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

2. The time for the Debtors file and serve any response or opposition to the Subrogation Claim Form Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: May 28, 2019

DIEMER & WEI LLP

/s/ *Alexander Lewicki*
Alexander Lewicki

*Attorneys for Ad Hoc Group of Subrogation Claim Holders*

**END OF ORDER**