BRAD BRIAN (SBN 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (SBN 96667)
thomas.walper@mto.com
HENRY WEISSMANN (SBN132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (SBN 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-3702

*Special Counsel to the Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, Munger, Tolles & Olson LLP has changed its address to the following:

350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071

All other contact information remains the same. All notices and documents regarding this action should be sent to the above address.

DATED: May 28, 2019  By: /s/ Bradley Schneider
                          Bradley R. Schneider

Special counsel to the Debtors PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-1560.

On May 29, 2019, I served a true copy of the following document described as **NOTICE OF CHANGE OF ADDRESS** on the interested party in this action.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2019, at Los Angeles, California.

*/s/ Vickie Leyson*
Vickie Leyson