| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Jointly Administered)<br><br>**Objection Deadline June 19, 2019 @ 4:00 p.m. (ET)** |

# MONTHLY STAFFING AND COMPENSATION REPORT OF AP SERVICES, LLC FOR THE PERIOD FROM MARCH 1, 2019 THROUGH MARCH 31, 2019

In accordance with the *Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) Authorizing the Debtors to Employ and Retain AP Services, LLC to provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer and additional personnel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 1299], AP Services, LLC ("APS") hereby submits its Monthly Staffing and Compensation Report for the period of March 1, 2019 through March 31, 2019 (the "Compensation Period").

1

During the Compensation Period, APS incurred $3,929,388.50 in fees and $388,670.53 in expenses for a total amount of $4,318,059.03, as reflected in the attached exhibits.

Dated: May 28, 2019

AP SERVICES, LLC
865 S Figueroa Street, Suite 2310
Los Angeles, CA 90017

By: John Boken
Managing Director

2

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of AP Services, LLC for the Period from March 1, 2019 through March 31, 2019

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professionals and Description of Responsibilities of Professionals**

**Exhibit C - Summary of Expenses**

# Exhibit A

AP SERVICES, LLC

Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.

For the Period March 1, 2019 through March 31, 2019

| | | |
|---|---:|---:|
| Professional Fees | $ | 4,589,539.00 |
| Less 100% Travel Fees* | | (660,150.50) |
| **Total Current Fees** | | **3,929,388.50** |
| Expenses | | 388,670.53 |
| **Total Invoice** | $ | **4,318,059.03** |

*AP Services, LLC ("APS") has engaged in discussions with the United States Trustee with regard to a reasonable amount of compensation for non-working travel. Pending the resolution of such discussions, APS has not included any non-working travel charges in this Monthly Staffing and Compensation Report. APS is, therefore, submitting this Monthly Staffing and Compensation Report at this time, without prejudice to seeking compensation for such non-working travel in a subsequent filing.

# **Exhibit B**

AP SERVICES, LLC
Summary of Fees and Hours by Professionals and
Description of Responsibilities of Professionals – Pacific Gas and Electric Company, et al.
For the Period March 1, 2019 through March 31, 2019

**3/1/2019 - 3/31/2019**

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| James A Mesterharm | Managing Director | Develop and implement financial restructuring strategies; serve as lead AP Services resource on bankruptcy and restructuring issues; serve as key interface with creditor constituencies and other principal parties in interest; assist counsel in preparing and providing support for case motions, including testimony in bankruptcy court; provide transactional guidance, direction, and oversight; direct AP Services team and management on restructuring workstreams; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 117.6 | $ 134,064.00 |
| John Boken | Managing Director | Develop and implement financial and operational restructuring strategies; serve as lead AP Services resource and interface with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; provide operational guidance, direction, and oversight; oversee AP Services team and management in financing, liquidity management, operational improvement, diligence support, contract assessment, and other key restructuring workstreams; oversee development of business plan and long-term forecast; coordinate with counsel on support for case motions, including testimony in bankruptcy court; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 274.0 | 312,360.00 |
| Giacomo Cantu | Managing Director | Advise of various matters in connection with the cost reduction workstream | $1,140 | 6.8 | 7,752.00 |
| David R Hindman | Managing Director | Develop and implement operational restructuring and cost reduction strategies; serve as lead AP Services resource on energy procurement, contract portfolio, and counterparty management issues; lead AP Services team and management in identification and implementation of cost efficiency opportunities across all business units and support functions; assist in interface, communications, and diligence support with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; assist in development of business plan and long-term forecast, assumptions, and support | $1,015 | 156.0 | 158,340.00 |
| Robb C McWilliams | Managing Director | Direct engagement activities and priorities of working teams across multiple work streams and advise on various matters/issues related to segregation of the prepetition and post petition liabilities, Monthly Operating Reports, Schedules of Assets and Liabilities, Reclamation claims, 503(b)(9) claims. | $1,015 | 132.0 | 133,980.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Eva Anderson | Director | Manage and facilitate development of responses to all diligence requests submitted by the Official Committee advisors and ad hoc creditor advisors. Support development of presentation materials for extensive on-site creditor advisor management meetings. Support Company's real estate team on bankruptcy-related owned and leased property issues. | $945 | 314.2 | 296,919.00 |
| John Kaplan | Director | Support and oversee cost reduction workstream with specific focus on the development of a portfolio of initiatives that will meet cost reduction targets. | $945 | 217.9 | 205,915.50 |
| Phillip R Croom | Director | Support cost reduction workstream with specific focus on external spend related to MRO, aviation, fleet and freight. Analyze spend data, interview leaders and key stakeholders to develop hypotheses on cost reduction opportunities. Validate (or disprove) hypotheses to develop high confidence cost reduction opportunities in the areas listed above. | $945 | 217.7 | 205,726.50 |
| Steven A Aschkenase | Director | Develop modified people governance process to enable ongoing day to day operation while retaining visibility to cost impact. Define organization hygiene improvement opportunities. Assess prior affordability initiatives to identify those with greatest potential on a go-forward basis. | $945 | 217.6 | 205,632.00 |
| Subhash B Gullapalli | Director | Support cost reduction workstream with specific focus on executing cost reduction initiatives in the areas of IT (software, hardware, services), professional services, business and management consulting, staff augmentation and marketing & communications. | $945 | 225.8 | 213,381.00 |
| Ken Chan | Director | Support cost reduction workstream activities. Lead overall vegetation management cost reduction (wildfire, wood removal, technology productivity improvement, contract negotiation, supply strategy). Co-lead fleet management cost reduction (outsourcing, specs rationalization, process improvement, demand management). Assist electrical operations contracting and process improvement. | $945 | 141.6 | 133,812.00 |
| Bradley Hunter | Director | Lead liquidity and cash management workstreams. Manage development and maintenance of cash forecast and actual tracking models. Coordinate production of periodic cash forecast reports for internal and external reporting. Participate in regular meetings with management to review cash flow trends and liquidity status. | $895 | 152.8 | 136,756.00 |
| Erik Bell | Director | Support the operation of the Spend Governance Committee. Participate in cost reduction efforts around the Gas Operations and Power Generation groups including the identification and evaluation of specific opportunities to reduce or defer expenditures in an effort to lower customer energy rates. | $895 | 194.7 | 174,256.50 |
| John C Labella | Director | Lead and manage team of PG&E, AP Services and temporary staffing in the review all invoices using the 3-way match process for a determination if services or goods provided were in the pre or post-petition period. Design and implement semi-automated invoice review processes and other processes to expedite reviews as necessary. Provide support to PG&E accounting group in identifying and aggregating financial data for preparation of the Monthly Operating reports for January and February. | $895 | 189.4 | 169,513.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Denise Lorenzo | Director | Design and manage process for submitting, approving and processing prepetition payments authorized under various first day motions (Supplier Management Committee). Design and manage process for reporting of executed prepetition payments and maintaining controls to ensure compliance with granted first day authority. Design and manage process for vetting and approving Operational Integrity Supplier designations. | $830 | 231.4 | 192,062.00 |
| Michelle R Repko | Director | Develop and implement accounts payable segregation controls for liabilities managed and paid through certain channels. Advise company on matters related to authorized prepetition payments under various first day motion authority and support prepetition payment reporting and compliance requirements. Lead cross-functional effort with AP Services and company team members in collecting and developing content to be reported in the Schedules of Assets and Liabilities. | $830 | 193.5 | 160,605.00 |
| Brent Robison | Director | Develop process for managing and resolving reclamation demands by working with company personnel to reconcile demands in advance of filing reclamation report with the court. Work with company personnel to track information received on mechanic's liens and assist with resolving issues related to liens. | $775 | 187.6 | 145,390.00 |
| Eric J Powell | Director | Lead Construction Services and Engineering cost savings assessment which includes external sourcing labor and non-labor work and internal work and resource optimization; coordinate interaction and work across the electric and gas lines of businesses | $775 | 185.0 | 143,375.00 |
| Elizabeth Kardos | Director | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports | $685 | 10.5 | 7,192.50 |
| Jarod E Clarrey | Senior Vice President | Liaison with Accounting and Legal departments to collect and interpret information in support of development of Schedules of Assets and Liabilities reports. Interfaced with all PG&E lines of business to identify and collect information related to executory contracts, supporting both the Schedules of Assets and Liabilities and the contract assessment process. Coordinated with PG&E personnel to collect and review information in support of Statements of Financial Affairs. | $615 | 199.6 | 122,754.00 |
| Jeff Ivester | Senior Vice President | Support spend governance workstream with development of committee presentations and execution of dashboard reporting. Identify and tracked cost reduction opportunities through weekly meetings with the Customer Care line of business. | $615 | 174.3 | 107,194.50 |
| Jennifer A McConnell | Senior Vice President | Support diligence response workstream with development of response materials to diligence requests, coordination with company, counsel and other constituents, tracking of response status, and reporting/presentations related thereto. | $615 | 259.3 | 159,469.50 |
| Christopher S Atkins | Vice President | Support cost reduction workstream with analysis of third party spend data and focus on understanding of spend data cube. Formalize cost reduction hypotheses related to IT software and hardware, marketing, contingent labor and staff augmentation and prepare for preliminary interviews with relevant PG&E leadership. | $600 | 226.1 | 135,660.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Wally Li | Vice President | Support and maintain the claims and contracts website including user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $600 | 38.7 | 23,220.00 |
| Chris J Dunbar | Independent Contractor | Support cash forecasting workstream by (1) developing a collections model and (2) engineering a process for incorporating energy procurement spend. Develop strategy around energy procurement cost reduction potential. | $585 | 81.2 | 47,502.00 |
| David M Purcell | Vice President | Support liquidity and cash management workstreams. Build and maintain cash forecast, track and analyze actual results, and develop cash forecast reports for internal and external parties. | $565 | 158.8 | 89,722.00 |
| Nitesh Neelanshu | Vice President | Support cost reduction workstream with specific focus on analytics and documentation support related to construction and engineering services spend optimization. Support PMO, steering committee and additional cost reduction efforts as necessary. | $565 | 201.2 | 113,678.00 |
| Peter C Hill | Vice President | Support cost reductions workstream with specific focus on development of labor model and analysis of PG&E internal labor spend for each line of business. | $565 | 205.9 | 116,333.50 |
| Stephane E De Yuyst | Vice President | Support cost reduction workstream activities. Analyze financial performance and compare them to reference performance metrics. | $565 | 4.3 | 2,429.50 |
| Spencer Dorsey | Vice President | Support liquidity, cash management and vendor management workstreams. Prepare daily cash report to monitor post-petition liquidity for PGE Treasury department/CRO/Deputy CRO. Build and maintain disbursements database to support payment tracking initiatives related to prepetition vs. post petition payments and payments permissible under first day motion authority. | $480 | 157.6 | 75,648.00 |
| Carlos G Blanco | Vice President | Support cost reduction workstream activities. Analyze financial performance and compare them to reference performance metrics. | $565 | 4.3 | 2,429.50 |
| Bruce Smathers | Vice President | Support cost reduction workstream with development of a rate based 3 statement business to be used to analyze proposed scenarios on cost reduction initiatives. Analyze spend and budget related to the cost reduction initiatives. | $440 | 201 | 88,440.00 |
| Michael D Truman | Vice President | Support cost reduction workstream | $285 | 0.5 | 142.50 |
| Cindy Wan | Vice President | Support and maintain the claims and contracts website which include: user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $285 | 5.3 | 1,510.50 |
| Lisa Marie Bonito | Associate | Assist with the preparation of monthly staffing and compensation reports | $430 | 24.5 | 10,535.00 |
| Brian Beilinson | Consultant | Support compliance with accounts payable segregation requirements by (1) designing a process and methodology for designating invoices and prepetition or post-petition and (2) training and managing a team of 43 billing analysts tasked with reviewing and classifying all 3-way match PO invoices as pre-petition or post-petition. | $425 | 235.6 | 100,130.00 |

| Name | Title | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Zachary A Pollack | Consultant | Support compliance with accounts payable segregation requirements with development of SQLite database to analyze daily open invoices. Utilize daily SAP reports and the open invoices database to distribute daily invoice assignments queue to the invoice review team as well as report on payment blocks and their dispositions. | $425 | 204 | 86,700.00 |
| Zachary E Courie | Consultant | Support supplier management committee process with the design and implementation of payment request forms, management of committee meeting agendas, and creation of payments report. Advise company on proper adherence to supplier management committee guidelines/requirements, designation of prepetition invoices and analysis required to support evaluation of potential operational integrity suppliers. | $425 | 177.9 | 75,607.50 |
| Katharine G Glasscock | Consultant | Support efforts to collect and analyze required content for Schedules of Assets and Liabilities and manage database containing all content to be reported in the Schedules. Facilitate initial reconciliation of all reclamation and 503(b)(9) demands. | $385 | 242.6 | 93,401.00 |
| **Total Professional Hours and Fees** | | | | **6,168.8** | **4,589,539.00** |
| Less 100% Travel Fees | | | | | (660,150.50) |
| **Total Professional Fees** | | | | | **$ 3,929,388.50** |

# Exhibit C

AP SERVICES, LLC
Sumary of Expenses - Pacific Gas and Electric Company, et al.
For the Period March 1, 2019 - March 31, 2019

| EXPENSE CATEGORY | 3/1/2019 - 3/31/2019 AMOUNT |
|---|---:|
| Airfare Change Fees | $ 2,020.60 |
| Airfare | 80,754.93 |
| Airfare Service Charge | 3,498.35 |
| Cab Fare/Ground Transportation | 28,570.52 |
| Research | 14.60 |
| Lodging | 246,666.52 |
| Meals | 20,312.91 |
| Meals - Engagement Team | 2,240.07 |
| Mileage | 5.22 |
| Other | 1,190.57 |
| Parking & Tolls | 1,638.23 |
| Postage/Messenger/Courier | 20.01 |
| Public Transportation | 67.50 |
| Rental Car | 1,670.50 |
| **TOTAL EXPENSES** | **$ 388,670.53** |