UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Wells Fargo Bank. c/o Telstra. Attn: Lisa Larpenteur (MMLID: 4931937), GPO Box 9901, Perth, CT, 06830:

- Final Order (I) Authorizing the Debtors to (A) Maintain Insurance Policies, Workers' Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Relief from the Automatic Stay with Respect to Workers' Compensation Claims [Docket No. 695]
- Final Order Authorizing Debtors To (A) Honor Prepetition Obligations to Natural Gas and Electricity Exchange Operators, (B) Grant Administrative Expense Claims and Authorize Posting of Collateral to Exchange Operators, Trading Counterparties, and Future Commission Merchants, (C) Modify the Automatic Stay, and (D) Grant Related Relief [Docket No. 696]

- Final Order (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Shippers, Warehousemen, and Other Lien Claimants, and (II) Granting Administrative Expense Priority Status for Claims Arising from Goods Delivered to the Debtors Postpetition [Docket No. 697]
- Final Order Authorizing Debtors to Pay Prepetition Taxes and Assessments and Granting Related Relief [Docket No. 698]
- Final Order Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Withholding Obligations and Other Compensation and Benefits; (II) Maintain Employee Wage and Benefits Programs; and (III) Pay Related Administrative Obligations [Docket No. 705]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 31st day of March 2019, at New York, NY.

_____
Nabeela Ahmad