

Signed and Filed: May 29, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR COMMUNITY CHOICE AGGREGATORS TO RESPOND TO BAR DATE MOTION**<br><br>Re: Dkt. No. 1784<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Extending Time for Community Choice Aggregators to Respond Bar Date Motion* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and G. Larry Engel, Esq., for this purpose only for the benefit of or on behalf of (1) Sonoma Clean Power Authority ("**SCPA**"), (2) Clean Power SF (a division of the City and County of San Francisco), City of San Jose, East Bay Community Energy Authority, Marin Clean Energy, Monterey Bay Community Power, Peninsula Clean Energy, Pioneer Community Energy, Redwood Coast Energy Authority, Silicon Valley Clean Energy Authority, Valley Clean Energy Alliance, the Northern California Power Agency, the Transmission Agency of Northern California (the "**Additional CCA Parties**"), and (3) the SCPA and other CCA program operating agencies or member agencies who elect to file joinders with or in addition to Additional CCA Parties named in **Exhibit A** to the Stipulation (collectively, the "**Participating Governmental Units**"), on the other hand, filed on May 28, 2019; and, pursuant to such Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for (i) SCPA to file and serve any response or opposition to the Bar Date Motion (as defined in the Stipulation), and (2) the Additional CCA Parties and other Participating Governmental Units to file such joinders and responses in support of, or to sign on to, any response or opposition to the Bar Date Motion filed by SCPA is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

////
////
////
////
////
////
////

APPROVED AS TO FORM AND CONTENT:

Dated: May 28, 2019

G. LARRY ENGEL, ESQ.

/s/ *G. Larry Engel*
G. Larry Engel

*Counsel for Sonoma Clean Power Authority*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119