**Entered on Docket**
**May 30, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: May 29, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND TURNER CONSTRUCTION COMPANY EXTENDING TIME TO RESPOND TO BAR DATE MOTION**<br><br>Re: Dkt. No. 1784<br><br>[No Hearing Requested] |

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY  10153-0119*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1   The Court having considered the *Stipulation Between Debtors and Official Committee of*

2   *Unsecured Creditors Extending Time to Respond Bar Date Motion* ("**Stipulation**"), entered into

3   by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in

4   possession (collectively, the "**Debtors**"), on the one hand, and Turner Construction Company

5   ("**Turner**"), on the other hand, filed on May 28, 2019; and, pursuant to such stipulation and

6   agreement of the Parties, and good cause appearing,

7

8           IT IS HEREBY ORDERED:

9                   1.      The time for Turner to file and serve any response or opposition to the Bar

10  Date Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May

11  31, 2019.

12

13  APPROVED AS TO FORM AND CONTENT:

14

15  Dated:  May 28, 2019

16  SEYFARTH SHAW LLP

17  /s/ *M. Ryan Pinkston*
    _____
18  M. Ryan Pinkston

19  *Attorneys for Turner Construction Company*

20

21                          **END OF ORDER**

22

23

24

25

26

27

28