

1  **WEIL, GOTSHAL & MANGES LLP**
2  Stephen Karotkin (*pro hac vice*)
   (stephen.karotkin@weil.com)

Signed and Filed: May 29, 2019

3  Ray C. Schrock, P.C. (*pro hac vice*)
   (ray.schrock@weil.com)
4  Jessica Liou (*pro hac vice*)
   (jessica.liou@weil.com)
   _____
5  Matthew Goren (*pro hac vice*)
   (matthew.goren@weil.com)
   **DENNIS MONTALI**
   **U.S. Bankruptcy Judge**
6  New York, NY 10153-0119
   Tel:   (212) 310-8000
7  Fax:   (212) 310-8007

8  **KELLER & BENVENUTTI LLP**
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel:   (415) 496-6723
12 Fax:   (415) 636-9251

13 *Attorneys for Debtors and Debtors in Possession*

14                    **UNITED STATES BANKRUPTCY COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                             **SAN FRANCISCO DIVISION**

17 In re:                                          Bankruptcy Case No. 19-30088 (DM)
                                                   Chapter 11
18 **PG&E CORPORATION**,                           (Lead Case)
                                                   (Jointly Administered)
19      - and -

20 **PACIFIC GAS AND ELECTRIC              **ORDER GRANTING STIPULATION
   COMPANY**,                              BETWEEN DEBTORS AND
21                                          CALIFORNIA STATE AGENCIES
                  **Debtors**.              EXTENDING TIME TO RESPOND TO
22                                          BAR DATE MOTION**
   ☐ Affects PG&E Corporation
23 ☐ Affects Pacific Gas and Electric Company  Re: Dkt. No. 1784
   ☒ Affects both Debtors
24                                              [No Hearing Requested]
   * *All papers shall be filed in the lead case,
25 No. 19-30088 (DM)*

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and California State Agencies Extending Time to Respond Bar Date Motion* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, and California Department of Fish and Wildlife (collectively, the "**California State Agencies**"), on the other hand, filed on May 29, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the California State Agencies to file and serve any response or opposition to the Bar Date Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on May 31, 2019.

[Signature on next page]

APPROVED AS TO FORM AND CONTENT:


Dated: May 29, 2019

XAVIER BECERRA
*Attorney General of California*
DANETTE VALDEZ
*Supervising Deputy Attorney General*

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP


/s/ *Paul J. Pascuzzi*
Paul J. Pascuzzi

*Attorneys for California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, and California Department of Fish and Wildlife*

**END OF ORDER**