

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtors

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 355-2003
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

**Surf To Snow Environmental Resource Management**
Name of Transferor
Phone: (925) 362-3041
Last Four Digits of Acct #: N/A

**Claim No: 3054**
Debtor: PG&E Corporation (19-30088)

Date Filed: 5/21/2019

**Total Claim Amount: $716,958.91**
General Unsecured Amount: $388,509.44
503(b)(9) Admin. Priority Amount: $328,449.47

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Chris Hardy* (DocuSigned, 47FAC7475FB0420)
Transferee/Transferee's Agent
Chris Hardy, CCO

Date: May 23, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors"); Case No. 19-30088 (DM), Jointly Administered

**Claim No.  3054**
Debtor: PG&E Corporation (19-30088)

**Surf To Snow Environmental Resource Management**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**
**Attn: Scott Specken**

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 3054 of Seller in the principal amount of **$716,958.91** (the "Claim") which includes $388,509.44 of general unsecured claims and $328,449.47 of 503(b)(9) administrative expense claims against Debtors in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of May 23, 2019.

SURF TO SNOW ENVIRONMENTAL RESOURCE MANAGEMENT

By: _____
Name: Brian Frantz
Title: Chief Operating Officer

Buyer:

WHITEBOX MULTI-STRATEGY PARTNERS, LP

5/23/2019 | 14:27 CDT

By: _____Chris Hardy_____
    47FAC7475FB0420...
Name: Chris Hardy
Title: CCO

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065554 - DC

May 30, 2019
13:48:48

**TRANS OF CLAIM**
**19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $25.00 CH
Check#.: 25569756180


Total-> $25.00


FROM: DAMIEN MORRIS
CLIFFORD CHANCE