# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Stephanie Jordan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of May 2019, at New York, NY.

_/s/ Stephanie Jordan_
Stephanie Jordan

SRF 33251

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Abid Qureshi | One Bryant Park | Bank of America Tower | New York | NY | 10036-6743 |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 |
| Jones Day | Attn: Bruce S. Bennett | 555 South Flower Street | 15th Floor | Los Angeles | CA | 90071-2300 |
| Milbank LLP | Attn: Gregory A. Bray | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 |
| Scott McNutt | | 324 Warren Road | | San Mateo | CA | 94402-1038 |
| Singleton Law Firm, APC | Attn: Gerald Singleton, Esq | 115 West Plaza Street | | Solana Beach | CA | 92075-1123 |
| TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| U.S. Department of Justice | Attn: Marta E. Villacorta | 450 Golden Gate Avenue, #05-0153 | | San Francisco | CA | 94102-3431 |
| U.S. Department of Justice | Attn: Hannah M. McCollum | 844 King Street | Suite 2207, Lockbox 35 | Wilmington | DE | 19801-3519 |
| U.S. Department of Justice | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Kevin Bostel, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 22, 2019 was filed on May 23, 2019. The following deadlines apply:

The parties have until Thursday, May 30, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, June 13, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, June 24, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, August 21, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/28/19          For the Court:

          Edward J. Emmons
          Clerk of Court
          United States Bankruptcy Court