
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

### AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Name and Address where notices and payments
to transferee should be sent:

**Whitebox Asymmetric Partners, LP**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416**

**STEVEN C. SEEGERT dba:**
**SEEGERT CONSTRUCTION**
Name of Transferor
Phone: (916) 599-1782
Last Four Digits of Acct #: N/A

Claim No: 2820
Debtor: Pacific Gas and Electric Company
Case No.: 19-30089
Date Filed: April 25, 2019

Total Amount of Claim: $1,095,447.83
**Transferred Amount of Claim: $481,997.05**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (DocuSigned by: EFEC0660E2574B9...)
Transferee/Transferee's Agent   Mark Strefling
                                Partner & CEO

Date: May 1, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## AMENDED EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:         United States Bankruptcy Court
                Northern District of California
                Attn: Clerk

AND TO:    Pacific Gas and Electric Company ("Debtor")
                Case No. 19-30089

**Seegert Construction** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**Whitebox Asymmetric Partners, LP**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, in the amount of $481,997.05 (the "Claim"), which represents 44% pro rata share of the total claim amount of $1,095,447.83, which docketed as Claim No. 2820 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of  May 1 , 2019.

**STEVEN C. SEEGERT dba:**
**SEEGERT CONSTRUCTION**

By: _____
Name: Steven C. Seegert
Title: Owner, Seegert Construction

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By: _____
      DocuSigned by:
      EFEC9660E2574B9...
Name: Mark Strefling
Title: Partner & CEO

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065551 - DC

May 30, 2019
13:34:35

**TRANS OF CLAIM**
**19-30088-DM13**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $25.00 CH
Check#.: 25569704125

Total-> $25.00

FROM: DAMIEN MORRIS & CLIFFORD CHANG