**Exhibit A**

# COMPENSATION BY PROFESSIONAL
## APRIL 1, 2019 THROUGH APRIL 30, 2019

The attorneys who rendered professional services in these Chapter 11 Cases from April 1, 2019 through April 30, 2019 for which Baker is seeking compensation are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY* DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Benson, Glenn S. | ENERGY | 1993 | $640.00 | 55.80 | $35,712.00 |
| Bloom, Jerry R. | ENERGY | 1980 | $1,145.00 | 147.00 | $162,303.75 |
| Campbell, Patrick T. | LIT | 2007 | $695.00 | 3.50 | $2,432.50 |
| Casey, Lee A | LIT | 1982 | $1,255.00 | 25.90 | $32,504.50 |
| DeLaquil, Mark W | LIT | 2004 | $885.00 | 8.70 | $7,699.50 |
| Dettelbach, Steven M. | LIT | 1991 | $1,015.00 | 7.40 | $7,511.00 |
| Dumas, Cecily A. | BRCR | 1984 | $950.00 | 186.60 | $173,090.00 |
| Esmont, Joseph M. | BRCR | 2008 | $600.00 | 192.40 | $107,850.00 |
| Feldman, R. Scott | IP | 1993 | $865.00 | 70.10 | $60,636.50 |
| Foley, Elizabeth | LIT | 1994 | $1,100.00 | 5.30 | $5,830.00 |
| Goodman, Eric R. | BRCR | 2003 | $800.00 | 191.90 | $142,000.00 |
| Green, Elizabeth A | BRCR | 1986 | $720.00 | 1.80 | $1,296.00 |
| Grossman, Andrew M. | LIT | 2008 | $850.00 | 15.70 | $13,345.00 |
| Julian, Robert | LIT | 1979 | $1,175.00 | 170.90 | $196,636.25 |
| Kristiansen, Eric | LIT | 2000 | $685.00 | 13.90 | $9,521.50 |
| Morris, Kimberly S. | LIT | 2004 | $895.00 | 56.60 | $46,584.75 |
| Parrish, Jimmy D. | BRCR | 2000 | $590.00 | 23.70 | $13,983.00 |
| Payne Geyer, Tiffany | BRCR | 2000 | $455.00 | 2.90 | $1,319.50 |
| Rivkin, Jr., David B. | LIT | 1985 | $1,625.00 | 20.90 | $33,962.50 |
| Rose, Jorian E. | BRCR | 1998 | $1,010.00 | 129.80 | $131,098.00 |
| Sagerman, Eric T. | BRCR | 1991 | $1,145.00 | 32.40 | $37,098.00 |
| Weible, Robert A. | CORP | 1978 | $830.00 | 76.90 | $63,827.00 |
| Woltering, Catherine E. | LIT | 2008 | $750.00 | 213.30 | $147,862.50 |
| Workman, Donald A. | BRCR | 1992 | $930.00 | 180.20 | $167,586.00 |
| **Total Partners and Counsel:** | | | | **1,833.60** | **$1,601,689.75** |

---

* BRCR – Bankruptcy, Restructuring and Creditors' Rights; ENERGY – Energy; LIT – Litigation; IP – Intellectual Property; T – Tax; CORP – Corporate

Case: 19-30088    Doc# 2295-1    Filed: 05/31/19    Entered: 05/31/19 10:14:52    Page 2 of 4

| NAME OF PROFESSIONAL ASSOCIATES: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | BRCR | 2008 | $600.00 | 66.30 | $39,780.00 |
| Baker, Amanda K. | BRCR | 2016 | $300.00 | 20.30 | $6,090.00 |
| Bent, Camille C. | BRCR | 2009 | $610.00 | 33.30 | $20,313.00 |
| Blanchard, Jason I. | BRCR | 2011 | $650.00 | 36.30 | $23,595.00 |
| Johnson, Brian V. | LIT | 2018 | $415.00 | 15.10 | $6,266.50 |
| Kates, Elyssa S. | BRCR | 2000 | $760.00 | 107.00 | $81,320.00 |
| Knudsen, Renee | LIT | 2016 | $460.00 | 21.50 | $9,890.00 |
| Raile, Richard | LIT | 2012 | $565.00 | 14.80 | $8,362.00 |
| Sabella, Michael A. | BRCR | 2009 | $610.00 | 19.60 | $11,956.00 |
| Zuberi, Madiha M. | LIT | 2009 | $605.00 | 79.90 | $43,339.50 |
| **Total Associates:** | | | | **414.10** | **$255,912.00** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bekier, James M. | Litigation Services | $495.00 | 2.50 | $1,237.50 |
| Bookout, Kimberly M. | Litigation Services | $250.00 | 8.80 | $2,200.00 |
| Jesic, Mario | Practice Management | $180.00 | 3.00 | $540.00 |
| Kinne, Tanya M. | BRCR | $365.00 | 31.50 | $11,497.50 |
| Landrio, Nikki | Litigation Services | $420.00 | 69.90 | $29,358.00 |
| Lane, Deanna L. | BRCR | $280.00 | 8.10 | $2,268.00 |
| Peterson, Peggy A | Federal Policy | $430.00 | 32.40 | $13,932.00 |
| Ravick, Jacob H. | BRCR | $250.00 | 16.50 | $4,125.00 |
| Rawles, Michael | LIT | $270.00 | 10.20 | $2,754.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **182.90** | **$67,912.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $873.52 | 1,833.60 | $1,601,689.75 |
| Associates | $618.00 | 414.10 | $255,912.00 |
| **Blended Attorney Rate** | **$826.45** | **2,247.70** | **$1,857,601.75** |
| **Paraprofessionals and other non-legal staff** | $371.31 | 182.90 | $67,912.00 |
| **Total Fees Incurred** | | 2,430.60 | $1,925,513.75 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES