**Exhibit B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY BAKER & HOSTETLER LLP
FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 2.80 | $3,141.50 |
| 003 | Automatic Stay | 8.10 | $8,316.00 |
| 004 | Bankruptcy Litigation | 205.00 | $177,730.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 216.60 | $179,948.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 84.50 | $30,696.50 |
| 007 | CCA and other Aggregator Issues | 5.90 | $4,156.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 83.60 | $53,145.50 |
| 009 | Committee Meetings and Preparation | 247.10 | $216,528.00 |
| 010 | Corporate and Board Issues | 107.60 | $86,432.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 0.70 | $651.00 |
| 014 | Employee Issues | 140.50 | $120,324.00 |
| 015 | Equity Committee | 2.30 | $1,429.00 |
| 017 | Executory Contracts/Lease Issues | 22.00 | $19,305.00 |
| 018 | General Case Strategy (includes communications with Committee) | 86.00 | $62,564.00 |
| 019 | Hearings and Court Matters | 48.40 | $41,414.50 |
| 020 | Legislative Issues/Inverse Reform | 211.10 | $186,017.50 |
| 021 | Non-Bankruptcy Litigation | 8.50 | $7,012.50 |
| 022 | Non-Working Travel | 121.90 | $49,657.25† |
| 023 | FERC Adversary Proceeding | 7.30 | $5,475.00 |
| 024 | District Court Litigation | 16.60 | $14,258.00 |
| 025 | Regulatory Issues including CPUC and FERC | 269.90 | $224,090.50 |
| 026 | Retention Applications | 108.40 | $87,370.50 |
| 027 | Fee Application: Baker | 27.20 | $20,399.50 |
| 028 | Fee Application: Other Professionals | 4.70 | $3,315.00 |
| 029 | Schedules/Statement of Financial Affairs | 11.80 | $9,500.00 |
| 031 | U.S. Trustee issues/meetings/communications/monthly operating | 10.60 | $10,095.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 23.90 | $22,661.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 7.50 | $4,985.00 |
| 035 | Real Estate and Real Property Issues | 25.30 | $23,422.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 9.90 | $6,255.00 |
| 037 | Investigations | 3.70 | $2,870.00 |

---

† Travel time was charged at 50% of normal hourly rates during the Fee period.

-9-

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 038 | Financial Advisors | 90.50 | $83,870.00 |
| 039 | Other Contested Matters | 59.90 | $48,834.00 |
| 040 | Operations | 51.30 | $41,321.50 |
| 042 | Subrogation | 99.50 | $68,321.50 |
| **TOTAL** | | **2,430.60** | **$1,925,513.75** |