**<u>Exhibit C</u>**

**EXPENSE SUMMARY**
**FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Airfare | $23,444.32 |
| Automated Research | $4,162.32 |
| Business Meals | $4,481.39 |
| Car Rental | $1,256.49 |
| Court Costs | $150.00 |
| Delivery Services | $707.09 |
| Ground Transportation (Out of Town) | $191.91 |
| Lodging | $22,433.28 |
| Mileage Reimbursement | $318.52 |
| Miscellaneous (Meeting Room Rental/Committee Transportation) | $1,811.81 |
| Other Professional Services (on-line software) | $879.37 |
| Postage | $104.10 |
| Teleconference Charges (Court Call) | $635.00 |
| Transcripts | $2,345.50 |
| **Total Expenses Requested:** | **$62,921.10** |