**EXHIBIT E**

### Expenses and Other Charges

| | |
|---|---:|
| **Automated Research (E106)** | **4,162.32** |
| **Mileage Reimbursement (E110)** | **318.52** |
| **Teleconference Charges (E105)** | **635.00** |
| **Ground Transportation Out of Town (E110)** | **191.91** |
| **Other Professional Services (E123)** | **879.37** |
| **Postage (E108)** | **104.10** |
| **Business Meals, etc. (E111)** | **4,481.39** |
| **Lodging (E110)** | **22,433.28** |
| **Airfare/Trainfare (E110)** | **23,444.32** |
| **Transcripts (E116)** | **2,345.50** |
| **Court Costs (E112)** | **150.00** |
| **Delivery Services (E107)** | **707.09** |
| **Car Rental (E110)** | **1,256.49** |
| **Miscellaneous (E124)** | **1,811.81** |
| | **$ 62,921.10** |

### Expenses and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 04/01/19 | Airfare/Trainfare (E110) Airfare; R. Feldmann; Alaska airlines flight from Orange County (SNA) to San Francisco (SFO) to BH SF office for 04-01-19 Trip to SF - PG&E Litigation Meeting.; | 333.30 |
| 04/01/19 | Airfare; R. Feldmann; United airlines flight from San Francisco (SFO) to Orange County (SNA), from BH SF office for 04-01-19 Trip to SF - PG&E Litigation Meeting.; | 305.01 |
| 04/03/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Salt Lake City, UT to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, then return to Columbus, Ohio, 3/29/19 - 4/11/19.; | 759.60 |
| 04/07/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from D.C. to Los Angeles (Travel to Los Angeles, April 7-10, 2019, for PG&E meetings and L.A. work); | 998.30 |
| 04/08/19 | Airfare; Catherine Woltering; Travel from Salt Lake City, UT to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, then return to Columbus, Ohio, 3/29/19 - 4/11/19.; | 901.00 |
| 04/09/19 | Airfare/Trainfare (E110) Airfare; Bonita Paul; Robert Julian - Traveled from SFO to LAX regarding PG&E Matter 04/14/2019 to 04/17/2019; | 426.60 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088   Doc# 2295-5   Filed: 05/31/19   Entered: 05/31/19 16:14:52   Page 2 of 12

| Date | Description | Amount |
|---|---|---|
| 04/09/19 | Travel Service Fees; Bonita Paul; Robert Julian - Traveled from SFO to LAX regarding PG&E Matter 04/14/2019 to 04/17/2019; | 25.00 |
| 04/09/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 - 4/23/19.; | 1,674.00 |
| 04/10/19 | Airfare; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 - 4/23/19.; | 290.30 |
| 04/10/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (4/8/19 to 4/11/19); | 2,093.00 |
| 04/12/19 | Airfare/Trainfare (E110) Airfare; Cecily Dumas; Air travel via Southwest Airlines from SFO-LAX-SFO re travel to Los Angeles for PG&E Meetings; | 505.96 |
| 04/12/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to Los Angeles, CA for work on PG&E bankruptcy (4/14/19 to 4/16/19); | 1,870.84 |
| 04/14/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from D.C. to Los Angeles (Travel to Los Angeles, April 14-18, 2019, to attend meetings on claims and other matters); | 676.30 |
| 04/16/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; 4/24-28/2019 United Airlines round trip fare Cleveland, OH / California and intra-California travel to work with San Francisco team 4/24-26; attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; | 2,313.84 |
| 04/18/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from Los Angeles to D.C. (Travel to Los Angeles, April 14-18, 2019, to attend meetings on claims and other matters); | 676.30 |
| 04/20/19 | Travel Change Fees; Jorian Rose; Travel change fee expense to San Francisco, CA to attend hearing on retentions and real estate matters and meeting with creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; | 200.00 |
| 04/20/19 | Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 AZ; Additional fare expense to/from San Francisco, CA to attend hearing on retentions and real estate matters and meeting with creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; | 80.00 |
| 04/21/19 | Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 TX; Flight expense to/from San Francisco, CA to attend hearing on retentions and real estate matters and meeting with creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; | 370.00 |
| 04/22/19 | Airfare/Trainfare (E110) Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 TX; Flight expense to/from San Francisco, CA to attend hearing on retentions and real estate matters and meeting with | 3,876.30 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2295-3    Filed: 05/31/19    Entered: 05/31/19 10:14:32    Page 3 of 12

| Date | Description | Amount |
|---|---|---:|
| | creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; | |
| 04/25/19 | Travel Change Fees; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 – 4/27/19.; | 146.00 |
| 04/25/19 | Travel Change Fees; Jorian Rose; Travel change expense to/from San Francisco, CA to attend hearing on retentions and real estate matters and meeting with creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; | 200.00 |
| 04/25/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (4/22/19 to 4/26/19); | 2,603.39 |
| 04/25/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 – 4/27/19.; | 1,592.00 |
| 04/26/19 | Airfare/Trainfare (E110) Airfare/Trainfare (E110) Jerry Bloom Trip to HAPA for Committee Meeting 4/26/19-4/27/19; Airfare to/from Burbank to Oakland (Ticket # 5262469286403); Inv. JERRY-04262019 | 247.98 |
| 04/26/19 | Airfare/Trainfare (E110) Jerry Bloom Trip to HAPA for Committee Meeting 4/26/19-4/27/19; Flight from San Francisco, CA to Palm Springs (eTicket Number 0162450514836); Inv. JERRY-04262019 | 279.30 |
| | **Subtotal - Airfare/Trainfare (E110)** | **23,444.32** |
| 04/10/19 | Mileage Reimbursement (E110) Mileage; Donald Workman; Mileage from Dulles Airport to home; Mileage from airport to home (Travel to Los Angeles, April 7-10, 2019, for PG&E meetings and L.A. work); 16.60 Miles @ Rate .58; Apr 10, 2019; | 9.63 |
| 04/11/19 | Mileage Reimbursement (E110) Mileage; Eric Goodman; to/from airport; travel to San Francisco, CA for work on PG&E bankruptcy (4/8/19 to 4/11/19); 53.00 Miles @ Rate .58; Apr 11, 2019; | 30.74 |
| 04/14/19 | Mileage Reimbursement (E110) Mileage; Donald Workman; Mileage from home to airport; Mileage from home to airport (Travel to Los Angeles, April 14-18, 2019, to attend meetings on claims and other matters); 16.60 Miles @ Rate .58; Apr 14, 2019; | 9.63 |
| 04/15/19 | Mileage Reimbursement (E110) Mileage; Cecily Dumas; From: 620 Belvedere St, San Francisco, CA 94117, USA To: San Francisco International Airport (SFO), San Francisco, CA 94128, USA To: 620 Belvedere St, San Francisco, CA 94117, USA; Round trip mileage to and from home to San Francisco International Airport re travel to Los Angeles for PG&E Meetings; 29.62 Miles @ Rate .58; Apr 15, 2019; | 17.18 |
| 04/16/19 | Mileage Reimbursement (E110) Mileage; Eric Goodman; to/from airport; travel to Los Angeles, CA for work on PG&E bankruptcy | 30.74 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2295-3   Filed: 05/31/19   Entered: 05/31/19 10:14:32   Page 4 of 12

| Date | Description | Amount |
|---|---|---|
| | (4/14/19 to 4/16/19); 53.00 Miles @ Rate .58; Apr 16, 2019; | |
| 04/18/19 | Mileage Reimbursement (E110) Mileage; Donald Workman; Mileage from airport to home; Mileage (Travel to Los Angeles, April 14-18, 2019, to attend meetings on claims and other matters); 16.60 Miles @ Rate .58; Apr 18, 2019; | 9.63 |
| 04/26/19 | Mileage Reimbursement (E110) Mileage; Cecily Dumas; From: 620 Belvedere St, San Francisco, CA 94117, USA To: 101 Gateway Rd E, Napa, CA 94558, USA To: 875 Bordeaux Way, Napa, CA 94558, USA To: 620 Belvedere St, San Francisco, CA 94117, USA; Mileage reimbursement re travel to/from Napa for 4/26/2019 Committee meetings in Napa; 92.59 Miles @ Rate .58; Apr 26, 2019; | 53.70 |
| 04/26/19 | Mileage; Cecily Dumas; From: 620 Belvedere St, San Francisco, CA 94117, USA To: 101 Gateway Rd E, Napa, CA 94558, USA To: 620 Belvedere St, San Francisco, CA 94117, USA; Mileage reimbursement re travel to/from Napa for 4/27/2019 Committee meetings in Napa; 88.15 Miles @ Rate .58; Apr 26, 2019; | 51.13 |
| 04/26/19 | Mileage Reimbursement (E110) Mileage; Eric Goodman; to/from airport; travel to San Francisco, CA for work on PG&E bankruptcy (4/22/19 to 4/26/19); 53.00 Miles @ Rate .58; Apr 26, 2019; | 30.74 |
| 04/29/19 | Mileage Reimbursement (E110) Mileage Reimbursement (E110) Jerry Bloom Mileage to/from Hearing Ventura Common Wildares; Inv. JERRY-04292019 | 75.40 |
| | **Subtotal - Mileage Reimbursement (E110)** | **318.52** |
| 04/01/19 | Lodging; Joseph Esmont; 3/31/2019 Sacramento lodging arrival and 4/1/2019 departure in preparation for and participation in 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009].; Apr 01, 2019 | 200.44 |
| 04/08/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (4/8/19 to 4/11/19); Apr 08, 2019 | 2,196.15 |
| 04/10/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in Los Angeles (Travel to Los Angeles, April 7-10, 2019, for PG&E meetings and L.A. work); Apr 10, 2019 | 734.89 |
| 04/11/19 | Lodging (E110) Lodging; Catherine Woltering; Travel from Salt Lake City, UT to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, then return to Columbus, Ohio, 3/29/19 - 4/11/19.; Apr 11, 2019 | 2,492.84 |
| 04/14/19 | Lodging (E110) Lodging; Bonita Paul; Robert Julian Hotel Stay 04/14/2019 to 04/15/2019; Apr 14, 2019 | 282.98 |
| 04/14/19 | Lodging (E110) Lodging; Cecily Dumas; Overnight lodging at Luxe Sunset Boulevard Hotel re travel to Los Angeles for PG&E Meetings; Apr 14, 2019 | 272.23 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2295-3    Filed: 05/31/19    Entered: 05/31/19 10:14:32    Page 5 of 12

| Date | Description | Amount |
|---|---|---|
| 04/14/19 | Lodging (E110) Lodging; Bonita Paul; Kimberly Morris Attend Internal Meetings at Los Angeles, BakerHostetler Office re: PG&E 04/14/2019 to 04/15/2019; Apr 14, 2019 | 282.98 |
| 04/14/19 | Lodging (E110) Lodging; Eric Goodman; travel to Los Angeles, CA for work on PG&E bankruptcy (4/14/19 to 4/16/19); Apr 14, 2019 | 826.80 |
| 04/16/19 | Lodging (E110) Lodging; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 - 4/23/19.; Apr 16, 2019 | 1,732.20 |
| 04/16/19 | Lodging (E110) Lodging; Kimberly Morris; Lodging at the Fairmont Hotel Santa Monica re travel to Los Angeles for meetings with Committee on 4/16/19 and 4/17/19; Apr 16, 2019 | 1,766.92 |
| 04/17/19 | Lodging (E110) Lodging; Robert Julian; Lodging at Fairmont Hotel in Santa Monica re meeting with DSI professionals; Apr 17, 2019 | 1,766.92 |
| 04/18/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in Los Angeles (Travel to Los Angeles, April 14-18, 2019, to attend meetings on claims and other matters); Apr 18, 2019 | 1,611.90 |
| 04/22/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (4/22/19 to 4/26/19); Apr 22, 2019 | 2,104.00 |
| 04/22/19 | Lodging; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 – 4/27/19.; Apr 22, 2019 | 1,605.68 |
| 04/23/19 | Lodging (E110) Lodging; Jorian Rose; Hotel expense during trip to San Francisco, CA to attend hearing on retentions and real estate matters and meeting with creditors counsel regarding hearing (Dates of travel are April 22, 2019 to April 28, 2019).; Apr 23, 2019 | 1,464.42 |
| 04/25/19 | Lodging; Joseph Esmont; 4/24-25/2019 San Francisco lodging at JW Marriot for purpose of working with San Francisco team 4/24-26 in San Francisco in preparation for attending Tort Claim Committee meeting on 4/26 and participating with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American, Canyon, Napa County, California [022]. [Total bill was $624.44 - $43.35 not submitted for reimbursement.]; Apr 25, 2019 | 581.09 |
| 04/26/19 | Lodging (E110) Lodging; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 – 4/27/19.; Apr 26, 2019 | 672.01 |
| 04/27/19 | Lodging; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 4/9/19 – 4/27/19.; Apr 27, 2019 | 489.50 |
| 04/27/19 | Lodging; Joseph Esmont; 4/25-27/2019 American Canyon, California lodging at Fairfield by Marriott to prepare for and attend Tort Claim Committee meeting on 4/26 and participating with the Committee on | 522.12 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2295-5   Filed: 05/31/19   Entered: 05/31/19 10:14:32   Page 6 of 12

| Date | Description | Amount |
|---|---|---|
| | 4/27 site visit in areas damaged by the Atlas Fire in American, Canyon, Napa County, California [022]. [Total bill was $534.07 - $11.95 not submitted for reimbursement.]; Apr 27, 2019 | |
| 04/28/19 | Lodging (E110) Lodging; Catherine Woltering; Hotel cancellation fee for last minute travel change, Columbus Ohio to San Francisco, CA, 4/28/19.; Apr 28, 2019 | 151.00 |
| 04/28/19 | Lodging (E110) Lodging; Joseph Esmont; 4/27-28/2019 Washington, D.C. lodging at Dulles Airport Marriott during forced layover in return travel to Cleveland, Ohio after working with San Francisco team 4/24-26 in San Francisco prior to attending Tort Claim Committee meeting on 4/26 and participating with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American, Canyon, Napa County, California [022].; Apr 28, 2019 | 179.67 |
| 04/29/19 | Lodging; Joseph Esmont; 4/28-29/2019 San Francisco lodging for client, Karen Lockhart, Chair of Tort Claim Committee for the purpose of attending Section 341 meeting of creditors in San Francisco on 4/29 [022].; Apr 29, 2019 | 496.54 |
| | **Subtotal - Lodging (E110)** | **22,433.28** |
| 04/01/19 | Car Rental (E110) Car Rental; Catherine Woltering; Travel from Chico, CA to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E.; Apr 01, 2019; | 242.24 |
| 04/01/19 | Car Rental (E110) Car Rental; Joseph Esmont; 4/1/2019 Enterprise Car rental fee for the purpose of travel on 3/29/2019 from San Francisco, CA to Chico, CA, to participate in 3/29 and 3/30/2019 Committee meeting [009] and to participate in 3/31/2019 fact finding meetings with Committee in Paradise, CA and Magalia, CA [009] to attend Committee and fact finding meetings non-working return travel from Sacramento, CA to Cleveland, OH [022] after preparing for and attending Committee Meetings in Chico, CA on 3/29/2019 and 3/30/2019 and participating in fact finding meeting in Paradise, CA and Magalia, CA on 3/31/2019 [009] and from there on 4/1/2019 to Sacramento, CA for non-working return air travel to Cleveland, OH [022].; Apr 01, 2019; | 529.47 |
| 04/26/19 | Car Rental (E110) Car Rental (E110) Jerry Bloom Trip to HAPA for Committee Meeting 4/26/19-4/27/19; Car Rental; Inv. JERRY-04262019 | 105.11 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2295-3    Filed: 05/31/19    Entered: 05/31/19 10:14:32    Page 7 of 12

| Date | Description | Amount |
|---|---|---|
| 04/27/19 | Car Rental (E110) Car Rental; Joseph Esmont; 4/25/2019 Car travel from San Francisco to American Canyon, Napa County, California to attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California; and 4/27 travel from Napa to San Francisco airport for return air travel to Cleveland, OH [22].; Apr 27, 2019; | 379.67 |
| | **Subtotal - Car Rental (E110)** | **1,256.49** |
| 03/27/19 | Business Meals, etc. (E111) 2019 Committee Meeting in Chico, CAm-Catherine Woltering, Gary Agajanian, Joe Esmont, Brendan Way & Tom Jeremiasson; Inv. 10013-03272019 | 250.00 |
| 03/30/19 | Business Meals, etc. (E111) Food for Committee Meeting March 30-31 Committee Meeting in Chino, CA; Inv. 10013-03302019 | 464.05 |
| 03/31/19 | Business Meals, etc. (E111) March 30-31 Committee Meeting in Chico, CA; Inv. 10013-03312019 | 441.00 |
| 04/15/19 | Business Meals, etc. (E111) DSI Meeting - Lunch; Inv. 10013-04152019.2 | 661.45 |
| 04/16/19 | Business Meals, etc. (E111) Breakfast for Client Meeting; Inv. 10013-04162019 | 97.40 |
| 04/16/19 | Business Meals, etc. (E111) Lunch - Client Meeting; Inv. 10013-04162019.2 | 233.33 |
| 04/26/19 | Dinner; Joseph Esmont; 4/26/2019 Hosting dinner meeting with the Official Committee of Tort Claimants, legal counsels, creditors and advisers in American Canyon, Napa County, California.; Apr 26, 2019; | 2,334.16 |
| | **Subtotal - Business Meals, etc. (E111)** | **4,481.39** |
| 04/09/19 | Court Costs (E112) Court costs; Donald Workman; Expense to participate telephonically to April 9, 2019 PG&E hearing; Apr 09, 2019; | 140.00 |
| 04/09/19 | Court Costs (E112) CLERK OF THE APPELLATE DIVISION Fee for obtaining Good Standing Certificate for Jorian Rose; Inv. 08988-04092019 | 10.00 |
| | **Subtotal - Court Costs (E112)** | **150.00** |
| 04/01/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7863 70384099 | 34.45 |
| 04/01/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy | 38.32 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2295-3   Filed: 05/31/19   Entered: 05/31/19 10:14:32   Page 8 of 12

| Date | Description | Amount |
|---|---|---|
| | 450 GOLDEN GATE AVE SAN FRANCISCO CA 7863 68852454 | |
| 04/03/19 | FedEx Catherine Woltering Baker & Hostetler LLP 1160 B ATTERY ST STE 100 SAN FRANCISCO CA 786435710618 | 60.35 |
| 04/04/19 | FedEx JoAnn Bryce Official Reporter U S District Cour t 450 GOLDEN GATE AVE FL 16 SAN FRANCISCO CA 786 455136760 | 34.45 |
| 04/04/19 | FedEx Catherine Woltering BAKER HOSTETLER 1160 BATTERY ST STE 100 SAN FRANCISCO CA 786452526886 | 106.23 |
| 04/08/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7865 19366811 | 38.32 |
| 04/08/19 | FedEx PG&E Corporation Pacific Gas and Electric Compa 77 BEALE ST SAN FRANCISCO CA 786518201815 | 23.45 |
| 04/08/19 | FedEx US Nuclear Regulatory Commissi Attn General Cou nsel US Nuclear Regulatory Commissi WASHINGTON D C 786518315089 | 18.53 |
| 04/11/19 | FedEx Catherine Woltering BakerHostetler 200 CIVIC CEN TER DR STE 1200 COLUMBUS OH 786518002882 | 72.33 |
| 04/11/19 | FedEx Catherine Woltering BakerHostetler 200 CIVIC CEN TER DR STE 1200 COLUMBUS OH 786517910352 | 65.22 |
| 04/16/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7866 81275487 | 34.52 |
| 04/22/19 | FedEx Donald Workman c o Palace Hotel 2 NEW MONTGOMERY ST SAN FRANCISCO CA 786798582338 | 81.78 |
| 04/22/19 | FedEx Donald Workman c o Palace Hotel 2 NEW MONTGOMERY ST SAN FRANCISCO CA 786799095606 | 40.38 |
| 04/23/19 | FedEx Donald Workman c o Palace Hotel 2 NEW MONTGOMERY ST SAN FRANCISCO CA 786826252157 | 24.18 |
| 04/25/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7868 70816770 | 34.58 |
| | **Subtotal - Delivery Services (E107)** | **707.09** |
| 03/25/19 | Transcripts (E116) VERITEXT LEGAL SOLUTIONS Original Transcript; Inv. OH3705129 | 1,855.90 |
| 04/03/19 | Transcripts (E116) Jo Ann Bryce 4/1/19 Hearing Transcript; Inv. CR 14-00175 WHA | 28.80 |
| 04/11/19 | Transcripts (E116) eScribers, LLC 4/9/19 Hearing Transcript; Inv. 243009 | 214.80 |
| 04/26/19 | Transcripts (E116) eScribers, LLC 4/23/2019 Hearing Transcript; Inv. 246133 | 111.60 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2295-3   Filed: 05/31/19   Entered: 05/31/19 10:14:32   Page 9 of 12

| Date | Description | Amount |
|---|---|---|
| 04/26/19 | Transcripts (E116) eScribers, LLC 4/24/2019 Hearing Transcript; Inv. 246134 | 134.40 |
| | **Subtotal - Transcripts (E116)** | **2,345.50** |
| 04/10/19 | Teleconference Charges (E105) COURTCALL, LLC U.S. Bankruptcy Court N.D. California (San Francisco); Inv. 9717515 | 140.00 |
| 04/10/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 4/9/2019; Inv. 9719853 | 140.00 |
| 04/11/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation et al v Federal Energy Regulatory Commission 4/10/2019; Inv. 9723681 | 117.50 |
| 04/18/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 4/17/2019; Inv. 9729009 | 42.50 |
| 04/18/19 | Teleconference Charges (E105) Teleconference Charges (E105) COURTCALL, LLC Ad Hoc Group of Subrogation Claim Holders v. PG&E Corporation et al 4/17/19; Inv. 9738197 | 42.50 |
| 04/25/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 4/23/2019; Inv. 9749089 | 80.00 |
| 04/26/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 4/24/2019; Inv. 9749092 | 72.50 |
| | **Subtotal - Teleconference Charges (E105)** | **635.00** |
| 04/22/19 | Other Professional Services (E123) JAMES M BEKIER Online software to better assist client needs.; Inv. 08008-04222019 | 879.37 |
| | **Subtotal - Other Professional Services (E123)** | **879.37** |
| 03/30/19 | Audio Visual Equipment - March 30-31 Committee Meeting in Chino, CA; Inv. 10013-03302019 | 26.81 |
| 03/30/19 | Meeting Room Rental - March 30-31 Committee Meeting in Chino, CA; Inv. 10013-03302019 | 350.00 |
| 04/23/19 | Miscellaneous (E124) Transportation for committee meeting; Inv. 10013-04232019.8 | 1,435.00 |
| | **Subtotal - Miscellaneous (E124)** | **1,811.81** |
| 04/01/19 | POSTAGE T. Kinne | 25.52 |
| 04/08/19 | POSTAGE T. Kinne | 17.29 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2295-5    Filed: 05/31/19    Entered: 05/31/19 10:14:52    Page 10 of 12

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | POSTAGE T. Kinne | 24.33 |
| 04/16/19 | POSTAGE T. Kinne | 21.76 |
| 04/17/19 | POSTAGE T. Kinne | 13.20 |
| 04/18/19 | POSTAGE T. Kinne | 1.50 |
| 04/26/19 | POSTAGE T. Kinne | 0.50 |
| | **Subtotal - Postage (E108)** | **104.10** |
| 04/30/19 | Westlaw Research - 04/01/19 - 04/30/19 | 3,986.32 |
| 04/30/19 | Lexis Research - 04/01/19 - 04/30/19 | 176.00 |
| | **Subtotal - Automated Research (E106)** | **4,162.32** |
| 04/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; 4/24/2019 Taxi service fare from home to Hopkins Airport for travel to California and intra-California travel to work with San Francisco team 4/24-26; attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; Apr 24, 2019; | 29.40 |
| 04/24/19 | Taxi/Car Service; Joseph Esmont; 4/24/2019 Taxi service fare from San Francisco airport to JW Marriott San Francisco for lodging to work with San Francisco team 4/24-26; attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; Apr 24, 2019; | 36.06 |
| 04/27/19 | Ground Transportation Out of Town (E110) Tolls; Joseph Esmont; 4/27/2019 Toll Charge for crossing the Bay Bridge while driving Hertz rental car after attending in-person Tort Claim Committee meeting on 4/26 in American Canyon, Napa County, California and participating with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; Apr 27, 2019; | 9.95 |
| 04/28/19 | Taxi/Car Service; Joseph Esmont; 4/28/2019 Taxi Service fare from Hopkins Airport to homre residence after travel to California and intra-California travel to work with San Francisco team 4/24-26; attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; Apr 28, 2019; | 28.40 |
| 04/28/19 | Taxi/Car Service; Joseph Esmont; 4/28/2019 Taxi service fare from Dulles Airport to Dulles Airport Marriott for lodging during forced layover in return travel from California to home residence after intra- | 13.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2295-5   Filed: 05/31/19   Entered: 05/31/19 10:14:52   Page 11 of 12

| | | |
|---|---|---|
| | California travel to work with San Francisco team 4/24-26; attend Tort Claim Committee meeting on 4/26; participate with the Committee on 4/27 site visit in areas damaged by the Atlas Fire in American Canyon, Napa County, California [022].; Apr 28, 2019; | |
| 04/29/19 | Ground Transportation Out of Town (E110) Parking; Joseph Esmont; Parking by Karen client, Karen Lockhart, Chair of Tort Claim Committee for the purpose of attending Section 341 meeting of creditors in San Francisco on 4/29 [022].; 4/28-29/2019 San Francisco lodging for client, Karen Lockhart, Chair of Tort Claim Committee for the purpose of attending Section 341 meeting of creditors in San Francisco on 4/29 [022].; Apr 29, 2019; | 75.10 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **191.91** |
| | Total | $ 62,921.10 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2295-5    Filed: 05/31/19    Entered: 05/31/19 10:14:52    Page 12 of 12