Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a), 501 AND FED. R. BANKR. P. 3001(a), 3003(c), 5005 AND 9007 FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS**<br><br>Date: June 11, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Objection Deadline: June 10, 2019 |

The Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), hereby submits this Motion (the "**Motion**"), pursuant to sections 105(a) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 3001(a), 3003(c), 5005 and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 3003-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") for entry of an order (i) approving a separate bar date for Fire Claims,[1] (ii) approving the form for notice of the bar date for Fire Claims (attached hereto as **Exhibit A**) and related procedures, and (iii) approving supplemental procedures for providing notice of important deadlines to Fire Claimants. In support of the Motion, the TCC submits the Declaration of Steven Weisbrot ("**Weisbrot Declaration**") and Declaration of Jeffrey R. Dion ("**Dion Declaration**"), filed contemporaneously herewith. A proposed form of order granting the relief requested herein is attached hereto as **Exhibit B** (the "**Proposed Order**"). A copy of the TCC's proposed model Proof of Claim Form for Fire Claims is attached hereto as **Exhibit C** (the "**Fire Proof of Claim Form**").

Dated: May 31, 2019

                    BAKER & HOSTETLER LLP

                    By:   /s/ Eric Goodman

                    *Attorneys for The Official Committee of Tort Claimants*

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Memorandum in Support of the TCC's motion to approve the TCC's model proof of claim form (Dkt. No. 1825).