BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**PROPOSED FIRE CLAIM BAR DATE NOTICE**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| **-and-** | Chapter 11 (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |

**IMPORTANT NOTICE FOR FIRE CLAIMANTS WITH CLAIMS AGAINST PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY**:

*This Notice was authorized by a Federal Court. Read it carefully. Your rights are at stake.*

**Why have I received this notice?** PG&E Corporation and Pacific Gas and Electric Company (together, the "**Debtors**") have filed chapter 11 bankruptcy cases. It is alleged that the Debtors caused certain fires prior to January 29, 2019 (the "**Petition Date**"). The fires at issue include the "2018 Camp Fire," "2017 North Bay Fires," "2016 Ghost Ship Fire," and "2015 Butte Fire" (collectively, the "**Fires**"). You have been identified as someone who may have a claim against the Debtors that arose prior to the Petition Date and that arose from, or relates to, a Fire (each a "**Fire Claim**"). This notice sets forth the deadline for asserting Fire Claims against the Debtors.

**Do I have a Fire Claim against the Debtors?** You (or, in the case of a wrongful-death claim, the estate you represent) may have Fire Claims against the Debtors, including for property damage, personal injury, wrongful death, business loss/interruption, lost wages and earning capacity, loss of community and essential services, or agricultural loss based on the Fires. *To assert a Fire Claim you must file a Fire Proof of Claim. If you fail to do so, your claim may be barred and you may receive no recovery.*

**When is the Bar Date?** The deadline for filing a Fire Proof of Claim is [**January 31, 2020**], at 9:00 p.m. (Pacific Time) (the "**Fire Claim Bar Date**"). This is the last date and time to assert claims against the Debtors for damages arising out of or relating to the Fires that occurred prior to the Petition Date. You must file a proof of claim for a Fire Claim (a "**Fire Proof of Claim**") even if you are included in a pending lawsuit or other action against the Debtors. Fire Proofs of Claim must be sent to **PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 3rd Avenue, Suite 412; Brooklyn, NY 11232**. Fire Proofs of Claim can also be filed electronically through Prime Clerk's website by using https://restructuring.primeclerk.com/pge/ under the link "Submit a Claim." Fire Proofs of Claim must be filed with original signatures. Facsimile or email filings are not valid.

**If you fail to file a Fire Proof of Claim by the Fire Claim Bar Date: (a) you may be forever barred, estopped, and enjoined from asserting a Fire Claim against the Debtors; (b) the Debtors and their property may be forever discharged from any and all indebtedness or liability with respect to such claim; and (c) you may not receive any distribution in the Debtors' bankruptcy cases on account of such claim**. Filing a proof of claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain.

**What else should I do?** The Debtors strongly recommend that you contact an attorney for legal advice concerning your Fire Claim. For more information, please visit www.pgewildfireinfo.com.