**EXHIBIT C**

**TCC TIMELINE AND DELIVERY UNITS**

## Local - San Francisco, Sacramento, Chico-Redding, and Eureka DMAs

| Media | Delivery | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
|---|---|---|---|---|---|---|---|---|
| **OOH** | | | | | | | | |
| Local Digital Units | 54 Units | | | | | | | |
| Local Static Units | 18 Units | | | | | | | |
| Flyer Distribution | 5x Days/County | | | | | | | |
| *Ad Tech Fees* | | | | | | | | |
| *Production* | | | | | | | | |
| **Digital** | | | | | | | | |
| Programmatic Display | 60,000,000 Imps | | | | | | | |
| Resident List Display | 20,000,000 Imps | | | | | | | |
| Facebook Newsfeed | 33,000,000 Imps | | | | | | | |
| OTT/Connected TV Display | 6,600,000 Imps | | | | | | | |
| *Ad Tech Fees* | | | | | | | | |
| **Print** | | | | | | | | |
| 14 Local Newspapers | 14x Full Page | | | | | | | |
| **Video** | | | | | | | | |
| Spot Market Television - :30s | 900 TRPs per Market | | | | | | | |
| OTT/Connected TV Video - :30s | 5,700,000 Imps | | | | | | | |
| **Audio** | | | | | | | | |
| Spot Market Radio - :60s | 2,100 TRPs per Market | | | | | | | |
| **Total** | | | | | | | | |

## California

| Media | Delivery | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
|---|---|---|---|---|---|---|---|---|
| **OOH** | | | | | | | | |
| Los Angeles Digital Units | 10 Units | | | | | | | |
| San Diego Digital Transit | 29 Units | | | | | | | |
| San Diego Static Units | 10 Units | | | | | | | |
| *Ad Tech Fees* | | | | | | | | |
| **Digital** | | | | | | | | |
| Insurance Company List Display | 200,000 Impressions | | | | | | | |
| Facebook Newsfeed | 28,000,000 | | | | | | | |
| **Print** | | | | | | | | |
| Los Angeles Times | 7x Full Page | | | | | | | |
| Wall Street Journal California Edition | 7x Full Page | | | | | | | |
| USA Today | 7x Full Page | | | | | | | |
| **Video** | | | | | | | | |
| Programmatic Video - :30s | 6,250,000 Imps | | | | | | | |
| **Audio** | | | | | | | | |
| Pandora Audio Everywhere - :30s | 6,700,000 Imps | | | | | | | |
| **Total** | | | | | | | | |

## Western US - California, Nevada, Oregon, and Washington

| Media | Delivery | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
|---|---|---|---|---|---|---|---|---|
| **Digital** | | | | | | | | |
| Programmatic Display | 30,000,000 Imps | | | | | | | |
| **Print** | | | | | | | | |
| People Magazine | 4x Full Page | | | | | | | |
| Sports Illustrated | 4x Full Page | | | | | | | |
| **Total** | | | | | | | | |

## National

| Media | Delivery | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
|---|---|---|---|---|---|---|---|---|
| **Digital** | | | | | | | | |
| Programmatic Display | 20,000,000 Imps | | | | | | | |
| Site Retargeting Display | 5,000,000 Imps | | | | | | | |
| Facebook Email Matching | 5,000,000 Imps | | | | | | | |
| **Total** | | | | | | | | |