# EXHIBIT E

# TARGET MEDIA OUTLETS

**List of Target Media Outlets:**

**Local/California**

| TV | |
|---|---|
| Chico-Redding | KRCR-TV 7 (ABC) |
| Chico-Redding | KHSL-TV 12 (CBS) |
| Chico-Redding | KHSL-DT2 12.2 (CW) |
| Chico-Redding | KCVU 20 (FOX) |
| Chico-Redding | KNVN 24 (NBC) |
| SF | KTVU (FOX) |
| SF | KPIX-TV (CBS) |
| SF | KGO-TV (ABC) |
| SF | KTNC-TV |
| SF | KNTV (NBC) |
| SF | KDTV-DT (Univision) |
| LA | KCBS-TV |
| LA | KCBS-TV |
| LA | KCBS-TV |
| LA | KCBS-TV |
| LA | KNBC |
| LA | KABC-TV |
| LA | KTLA  (CW) |
| LA | KMEX-DT |
| LA | KTTV |
| **RADIO** | |
| Chico-Redding | The Morning News (KPAY-AM) |
| Chico-Redding | KZFR-FM |
| Chico-Redding | KMYC-AM |
| Chico-Redding | KESR-FM |
| Chico-Redding | KVXX-FM |
| SF | KQED (NPR- 88.5FM) |
| SF | KGO (810 AM) |
| SF | KFRC-FM 106.9 FM |
| SF | KBCS 740 AM |
| Sacramento | KFBK 1530 AM |
| Sacramento | KTKZ 1380 AM |
| Sacramento | KYMX 96.1 FM |
| LA | KFI 640 AM |
| LA | KNX 1070 AM |
| LA | KPFK 90.7 FM |
| **NEWSPAPER** | |
| Chico-Redding | Record Searchlight |
| Chico-Redding | Chico Enterprise-Record |

| | |
|---|---|
| Chico-Redding | Daily News |
| Napa | Napa Valley Register |
| Oakland | Oakland Tribune |
| LA | Los Angeles Times |
| LA | Investor's Business Daily |
| SF/NorCal | San Francisco Business Times |
| | San Francisco Chronicle |
| | San Francisco Examiner |
| | San Fransisco Weekly |
| | San Francisco Daily |
| | San Francisco Herland |
| | San Francisco Call |
| | East Bay Times |
| | San Francisco Daily Journal |
| | Westside Reporter |
| Fresno | Fresno Bee |
| | The Press-Enterprise |
| **MAGAZINE** | |
| LA | Los Angeles Magazine |
| | Los Angeles Magazine |
| | Los Angeles Magazine |
| | LALA Magazine |
| | Los Angeles Business Journal |
| | Los Angeles Business Journal |
| | Daily Commerce |
| | LA Area Chamber Voice |
| | LA Area Chamber Voice |
| | Metropolitan News-Enterprise |
| | San Francisco Business Times |
| | San Francisco Business Times |
| Oakland | Independent Review |
| **DIGITAL** | |
| LA | LAObserved |
| LA | Cultural Weekly |
| Oakland | Oakland Local |
| Oakland | Oakland North |
| Oakland | Oakland Rising |

| NATIONAL OUTLETS |
| --- |
| **TV** |
| CNN |
| MSNBC |
| Fox News |
| BBC World News |
| CNBC |
| Fox Business Network |
| |
| **RADIO** |
| NPR |
| BBC World Service |
| |
| **NEWSPAPER** |
| NYT |
| Washington Post |
| Wall Street Journal |
| USA Today |
| Newsday |
| Daily News |
| Chicago Tribune |
| |
| **MAGAZINE** |
| TIME Magazine |
| The New Yorker |
| US Weekly |
| The Economist |
| The Atlantic |
| Fortune |
| **DIGITAL** |
| Business Insider |
| HuffPost |
| NowThis |
| Vice |
| Vox |