| Party | Relationship | Case Caption | Exhibit Category |
|---|---|---|---|
| Bank of America | Angeion Depositor | | Bank Accounts |
| CitiBank NA | Angeion Depositor | | Bank Accounts |
| Wells Fargo | Settlement Administrator on matter involving party | Caprarola v. Wells Fargo Bank, N.A. | Bank Accounts |
| TD Bank NA | Angeion Depositor and Settlement Administrator on matter involving party | Puglisi et al v. TD Bank; Searcy v. TD Bank, N.A. | Term and Revolving Lenders |
| Ford Motor Credit | Notice Administrator on matter involving party | In Re: Ford Tailgate Litigation | Affiliations of Former Directors |
| Aetna | Settlement Administrator on matter involving party | Beckett et.al v. Aetna Inc, Aetna Life et al | Insurance |
| Chrysler | Settlement Administrator on matter involving party | In RE: Chrysler-Dodge-Jeep Eco-diesel marketing, sales practices, and products liability litigation | Landlords |
| AIG | Angeion insurer | | Litigation Counter-parties |
| Chubb | Angeion insurer | | Litigation Counter-parties |
| Geico | Settlement Administrator on matter involving party | A & M Gerber Chiropractic LLC at al v. Geico General Insurance Company | Litigation Counter-parties |
| Hartford | Angeion Insurer and Settlement Administrator on matter involving party | Drummond v. Hartford Insurance Company | Litigation Counter-parties |
| Progressive | Settlement Administrator on matter involving party | Slade v. Progressive Security Insurance Company | Litigation Counter-parties |
| State Farm | Settlement Administrator on matter involving party | Vogt v. State Farm Life Insurance Company | Litigation Counter-parties |
| Travelers | Angeion insurer | | Litigation Counter-parties |
| DLA Piper | Settlement Administrator on several matters where they represented a party to settlement | Rodriguez v. Calvin Kline Inc. | Ad Hoc Committee |
| Latham & Watkins LLP | Settlement Administrator on several matters where they represented a party to settlement | Body Recovery Clinic LLC v. Concentra Inc. et. Al; Bishop v. Behr Process Corp; | Non-Debtors |
| McDermott, Will & Emery LLP | Settlement Administrator on matter where they represented a party to settlement | Remington Firearms Class Action Settlement | Non-Debtors |

| | | | |
|---|---|---|---|
| Cooley | Settlement Administrator on several matters where they represented a party to settlement | In re: Honest Marketing Litigation; Haghayeghi v. Guess?, Inc. Settlement | Ordinary Professionals |
| Greenberg Traurig LLP | Settlement Administrator on several matters where they represented a party to settlement | Scolaro v. RightSourcing Inc. | Ordinary Professionals |
| Jackson Lewis | Settlement Administrator on several matters where they represented a party to settlement | Santos et. Al. v. Eric Goode, Sean Macpherson and Chelsea Park LLC. | Ordinary Professionals |
| Littler Mendelson | Settlement Administrator on several matters where they represented a party to settlement | Maddy et al. v. General Electric Company, a New York corporation; | Ordinary Professionals |
| Norton Rose | Settlement Administrator on several matters where they represented a party to settlement | Koller v. Deoleo USA, Inc. | Ordinary Professionals |
| Manatt Phelps | Settlement Administrator on matter where they represented a party to settlement | THUNDER STUDIOS, INC., et al. v. BOBCO METALS, LLC | Ordinary Professionals |
| Paul Hastings | Settlement Administrator on matter where they represented a party to settlement | Fuentes, et al. v. UniRush, LLC et al. | Ordinary Professionals |
| Sidley Austin | Settlement Administrator on several matters where they represented a party to settlement | Remijas, Frank, Farnoush and Kao v. The Neiman Marcus Group, LLC. | Ordinary Professionals |
| Troutman Sanders | Settlement Administrator on several matters where they represented a party to settlement | Barron v. Snyder's-Lance Inc. | Ordinary Professionals |
| Winston & Strawn | Settlement Administrator on several matters where they represented a party to settlement | In re: LG Front-Loading Washing Machine Class Action Litigation | Ordinary Professionals |
| California Air Resources Board | Settlement Administrator on matter where party is involved | In RE: Chrysler-Dodge-Jeep Eco-diesel marketing, sales practices, and products liability litigation | Regulatory & Govt |
| EPA | Settlement Administrator on matter where party is involved | In RE: Chrysler-Dodge-Jeep Eco-diesel marketing, sales practices, and products liability litigation | Regulatory & Govt |

# SCHEDULE 1

| | | | |
|---|---|---|---|
| US Securities and Exchange Commission | Settlement Administrator on Security settlements where party is involved | China Biotics Securities Settlement; Fitbit Securities Litigation | Regulatory & Govt |
| Canon Solutions America | Settlement Administrator on matter involving party | In re Canon Ink Jet Printer Litigation | UCC Lien Holders |
| Republic Services | Settlement Administrator on matter involving party | Serrano v. Republic Services | Utility Provider |
| Verizon | Settlement Administrator on matter involving party | Kelly v. Verizon | Utility Provider |
| Aerotek | Settlement Administrator on matter involving party | Rubio-Delgado v. Aerotek, Inc. | Vendor |
| Baker Hughes | Settlement Administrator on matter involving party | Ciamillo, et al. v. Baker Hughes Incorporated | Vendor |
| Johnson Controls Inc | Settlement Administrator on matter involving party | Dickerson, et al. v. York International Corporation, et al. | Vendor |
| Scientific Drilling International, Inc | Settlement Administrator on matter involving party | Gentry & Smith v. Scientific Drilling, Int'l, Inc.; Sizemore, et. al. v. Scientific Drilling International, Inc. | Vendor |
| Sunbelt Rentals Inc. | Settlement Administrator on matter involving party | All-South Subcontractors, Inc., et al. v Sunbelt Rentals, Inc. | Vendor |
| Terminix Co Intl LP Commercial Division | Settlement Administrator on matter involving party | Tomorrow Black-Brown, et. al. v. Terminix International Company Limited Partnership | Vendor |
| United Rentals | Settlement Administrator on matter involving party | Climate Masters Heating & Cooling LLC v. United Rentals (North America) and United Rentals Inc. | Vendor |