Baker & Hostetler LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<ins>EXHIBIT D</ins>**

**VISUAL COMPARISION TCC'S AND DEBTORS'
SUPPLEMENTAL NOTICE PROGRAMS**

| | MISC | (Broadcast) | (Radio) | (Magazine) | NEWS | (Billboard) | (Programmatic) | (Facebook) |
|---|---|---|---|---|---|---|---|---|
| **ANGEION MEDIA PLAN** | - Strategic recommendation based on indepth audience and market research<br>- 7 month campaign<br>- 95% Reach<br>- 52 Frequency<br>- 318 Million impressions (Local)<br>- Expanded geographic approach (i.e. California, Western US States, National)<br>- Comprehensive media mix to reach fragmented target audience | **TRADITIONAL BROADCAST**<br>- 900 TRPs<br>- 75% Reach<br>- 10.62 Frequency<br>- 77.7 Million impressions<br>- :30 ads<br>- English & Spanish language<br>**OTT/STREAMING**<br>- 6.6 Million impressions<br>-6% Reach<br>-10 Frequency<br>- :15 ads<br>- English & Spanish language<br>-All video is in key DMAs | **TERRESTRIAL**<br>- 2100 TRPs<br>- 66% Reach<br>- 30.95 Frequency<br>- 201 Million impressions<br>- :60 ads for terrestrial<br>- English & Spanish language<br>- 6 key MSAs<br>**STREAMING**<br>- 6.7 Million impressions<br>-:30 ads for streaming<br>- English & Spanish language<br>- Streaming is state wide | - 4x insertions in People<br>- 4x insertions in Sports Illustrated<br>- Full page<br>- 8 Million impressions<br>- 36% Reach<br>- 2.26 Frequency<br>- Regionally targeted to Western states | - 7x in *Wall Street Journal, USA Today, LA Times*<br>-14x in 14 local papers<br>- Full page ads<br>- 22% Reach<br>-7 Frequency<br>- 15 Million impressions | **LOCAL**<br>- 54 Digital Billboards<br>- 18 Static Billboards<br>- Flyer Distribution<br>- 55% Reach<br>- 17 Frequency<br>-199 Million<br>**IMPRESSIONS STATEWIDE**<br>- 10 Digital Billboards in Los Angeles<br>- 29 Digital Transit Shelters in San Diego<br>-10 Static Billboards in San Diego<br>-62 Million additional impressions | **PROGRAMMATIC DISPLAY AND VIDEO**<br>*LOCAL:*<br>- Multipronged targeting approach<br>- 41% Reach<br>- 15 Frequency<br>- 60 Million impressions<br>*CALIFORNIA:*<br>- Video only<br>- Multipronged targeting approach<br>- 6.25 Million impressions<br>*WESTERN STATES:*<br>- Multipronged targeting approach<br>- 30 Million impressions<br>*NATIONAL:*<br>- Multipronged targeting approach& Site Retargeting<br>- 25 Million impressions | **SOCIAL MEDIA**<br>*LOCAL:*<br>- Multipronged targeting approach<br>- 23% Reach<br>- 1.5 Frequency<br>- 33 Million impressions<br>*CALIFORNIA:*<br>- Multipronged targeting approach<br>- 28 Million impressions<br>*NATIONAL:*<br>- Email matching<br>- 5 Million impressions |
| **PG&E'S PROPOSED MEDIA PLAN** | - Lack of target definition<br>- Unclear what the total reach and frequency of the campaign would be<br>- Subpar media weight over a 90 day period | -150 TRPs total across TV and Radio<br>-1.5x frequency<br>-English and Spanish language ads | - N/A | | - 3x in *Wall Street Journal, USA Today, LA Times*<br>-3x in 11 local papers<br>- Estimated to be fractional page ads | - N/A | Silent as to most metrics. Purported to Reach 750,000 individuals in 6 affected counties with Facebook, GDN, and News sites | |