**EXHIBIT 3**

**STRUNK DECLARATION**

Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF PHILIP R. STRUNK IN SUPPORT OF OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF THE DEBTORS FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER INFORMATION TO ALL CREDITORS AND POTENTIAL CREDITORS (DKT. NO. 1784)**<br><br>Date: June 11, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>　　　　Courtroom 17, 16th Floor<br>　　　　San Francisco, CA 94102<br>Objection Deadline: May 28, 2019 |

PHILIP R. STRUNK declares as follows under penalty of perjury:

1. I am a Partner at BrownGreer PLC ("**BrownGreer**"). I have experience as a lawyer handling class action settlements and notices; as a claims administrator designing and implementing class action settlements, notice plans, and notices to claimants and counsel; and as a project team leader working in support of courts, administrators, trustees, and special masters involved in multiple claim proceedings. I have personal knowledge of the facts stated herein except as to matters where I indicate otherwise, and as to those matters, I believe them to be true.

2. I make this declaration in support of the Objection of the Official Committee of Tort Claimants to Motion of the Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors, filed concurrently herewith.

3. BrownGreer has specialized in settlement administration since it was founded in 2002. We are experienced in the legal and administrative aspects of the design, approval, and implementation of settlement programs, as well as the operation of claims facilities to provide damages payments or other benefits for the resolution of multiple claims through class action settlement, bankruptcy reorganization, voluntary agreement, or other aggregation vehicles. As part of our work, BrownGreer regularly handles complex and confidential case-specific information in class action or mass tort contexts (for example, federal MDLs or California JCCPs). BrownGreer is often appointed by a supervising court to perform the functions described above. BrownGreer and its principals have performed crucial administration, information management, or claim evaluation roles in more than 75 major programs involving approximately 31 million class members and the disposition of over $33 billion in payments to qualifying claimants. A few examples of these engagements include:

   a. *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL Docket No. 2179 (E.D. La.), in which BrownGreer served the Claims

Administrator in processing hundreds of thousands of claims resulting in payments of more than $11.6 billion.

b. *In re A.H. Robins Company Inc., Debtor (In re Dalkon Shield Claimants Trust)*, MDL Docket No. 211 (Bankr. E.D. Va.), in which the principals of BrownGreer administered the settlement program created in the Chapter 11 bankruptcy proceeding of the A.H. Robbins Company to resolve claims arising from the use of Dalkon Shield intrauterine devices, evaluating over 300,000 claims and distributing more than $3 billion.

c. *In re Vioxx Products Liability Litigation*, MDL Docket No. 1657 (E.D. La.), a $4.85 billion voluntary settlement program to resolve approximately 60,000 claims arising from the use of prescription painkillers.

d. *In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL Docket No. 2047 (E.D. La.), a $721 million class action settlement and remediation program addressing approximately 25,000 homes containing defective drywall manufactured in China.

e. *In re National Football League Players' Concussion Injury Litigation*, MDL Docket No. 2323 (E.D. Pa), an uncapped class action settlement fund to resolve claims by retired National Football League players relating to repetitive head impacts, with payable awards of $657 million to date.

f. *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products*, MDL Docket No. 2197 (N.D. Ohio), a voluntary settlement program for claims relating to metal-on-metal hip implant devices, in which BrownGreer has reviewed over 10,000 claims and distributed over $3 billion.

4. On December 31, 2018, Judge Curtis Karnow in JCCP No. 4955, California North Bay Fire Cases, issued Case Management Order 5, entitled "Collection and Production of Case Management Order Compliance Information and Subrogation Files." That Order appointed BrownGreer to collect and organize case-specific information of common interest to plaintiffs' counsel in a central repository to facilitate and track compliance with previously established Case Management Orders in that case. The Court's appointment followed BrownGreer's efforts to confirm compliance with previous case management orders entered with the JCCP court, including

- 3 -

CMO 1, which addressed the damage claims set forth in the Notice of Adoption and Short Form Complaints, and CMO 2, which addressed witness specific information. BrownGreer worked with the individual law firms representing plaintiffs to compile compliance reports. I am informed and believe that these reports were provided to PG&E. BrownGreer's efforts on these tasks were substantial, literally hundreds of hours, and took place during the months before the entry of CMO 5 in December of 2018.

5. In collecting the plaintiff-specific data, BrownGreer consulted and collaborated with lead attorneys representing both individual plaintiffs and subrogation plaintiffs alleging Fire Claims. This data has been provided to BrownGreer on a confidential basis by attorneys engaged in the representation of claimants who allege Fire Claims. The individual law firms are able to upload information to the BrownGreer Portal via authorized usernames and secure login passwords. Some of the material uploaded to the secure BrownGreer Portal contains sensitive, private, and personal data relating to the individual Fire Claimants, including medical and insurance information. As of January 18, 2019, there were approximately 3,200 individuals or entities in the secure BrownGreer Portal, all with Fire Claims arising from the 2017 North Bay Fires. Later in January 2019, PG&E announced it was declaring bankruptcy.

6. Following PG&E's bankruptcy filing, plaintiffs' firms have continued to upload information into the secure BrownGreer Portal. This includes information about claimants whose Fire Claims arise from the 2018 Camp Fire and the 2015 Butte Fire. Since PG&E filed for bankruptcy, no attorney uploading information to the BrownGreer portal has given permission for that information or data to be provided to PG&E.

7. As of May 30, 2019, BrownGreer houses data on:
    a. 11,347 claimants whose Fire Claims arise from the 2017 North Bay Fires;
    b. 10,098 claimants whose Fire Claims arise from the 2018 Camp Fire; and
    c. 143 claimants whose claims arise from the 2015 Butte Fire.
    d. 76 claimants who allege a Fire Claim, but who have not yet identified the Fire that gave rise to their claim.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May, 2019, at Richmond, Virginia,

_____
PHILIP R. STRUNK