**EXHIBIT 4**

**CORDOVA DECLARATION**

Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
**BAKER & HOSTETLER LLP**
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
**BAKER & HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.442.8875
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF ALISON E. CORDOVA IN SUPPORT OF OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF THE DEBTORS FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER INFORMATION TO ALL CREDITORS AND POTENTIAL CREDITORS (DKT. NO. 1784)** |

I, ALISON E. CORDOVA, declare:

1. I am a partner with the Law Firm of Cotchett, Pitre & McCarthy LLP. I have been involved with litigation, on behalf of fire victims and against Pacific Gas and Electric Company, since 2015. I, along with my partner Frank M. Pitre, served as co-lead counsel for the North Bay Fires JCCP. We were also involved as co-liaison counsel for the Butte Fire JCCP and served on the Executive Committee. I am duly admitted to practice law in California.

2. In connection with my leadership responsibilities and in connection with my representation of fire victims against PG&E, I have spoken with hundreds of fire victims related to the circumstances surrounding their discovery of a fire and how they managed to escape it, along with any and all damages suffered. These conversations occur either during the intake process, during the discovery phase (as part of completing a CMO order related to liability or damages discovery), or during the mediation phase of the case. Specifically, since 2015, I have personally spoken with over 300 fire victims in these context and related to their fire evacuation story.

3. In regard to the North Bay Fires, I personally participated in the intake of over 100 fire victim clients. Based on my personal discussions with hundreds of clients and counsel for hundreds more, many of these victims either: 1) do not know which fire destroyed their residence; 2) believe a different fire than the one Cal Fire deemed responsible had destroyed their residence; and/or 3) are unclear which fire to list because their home was in an area where multiple fires converged. In my professional experience, I believe asking Fire Claimants to identify the specific fire responsible for the destruction of their home or property will result in confusion and inaccurate responses.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on May 31, 2019.

ALISON E. CORDOVA

1