**EXHIBIT 6**

**TAKATA NOTICE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
TK HOLDINGS INC., *et al.*,         :    Case No. 17-11375 (BLS)
                                    :
        Debtors.¹                   :    Jointly Administered
                                    :
                                    :    Re: Docket No. 171
------------------------------------------------------x

**NOTICE OF FILING EXHIBIT B-2 TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 502(B)(9) AND 105(A), FED. R. BANKR. P. 2002, 3003(C)(3), 5005, AND 9007, AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1 FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, AND (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT DEADLINES AND INFORMATION TO POTENTIAL PSAN INFLATOR CLAIMANTS**

PLEASE TAKE NOTICE that on July 7, 2017, TK Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***") filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines and Information to Potential PSAN Inflator Claimants* [Docket No. 171] (the "***Motion***").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PLEASE TAKE FURTHER NOTICE that the Debtors are today filing a copy of the PPIC Combined Notice,[2] a copy of which is attached hereto as **Exhibit 1**.

Dated: July 19, 2017
      Wilmington, Delaware

    */s/ Brett M. Haywood*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    Michael J. Merchant (No. 3854)
    Amanda R. Steele (No. 5530)
    Brett M. Haywood (No. 6166)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Marcia L. Goldstein
    Ronit J. Berkovich
    Matthew P. Goren
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007

    *Proposed Attorneys for the Debtors*
    *and Debtors in Possession*

---

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

**Exhibit 1**

**PPIC Combined Notice**

| | |
|---|---|
| In re: TK HOLDINGS, INC., *et al.*,    Chapter 11 Case No. 17-11375 (BLS)<br>Debtors | TK Holdings, Inc. Return Mail<br>c/o Prime Clerk<br>P.O. Box 225392<br>New York, NY 10150 |

**IMPORTANT LEGAL NOTICE FOR OWNERS OF VEHICLES WITH TAKATA AIRBAG INFLATORS**

*– This Notice was authorized by a federal court. Read it carefully.*
*Your rights are at stake. –*

**Why have I received this notice?** TK Holdings, Inc. and certain of its affiliates listed on the reverse side of this notice (collectively, the "Debtors") have filed chapter 11 bankruptcy cases. The Debtors are subsidiaries of Takata Corporation, a Japanese corporation engaged in the manufacture and sale of airbag inflators and other automotive components. Takata Corporation and its worldwide affiliates (including the Debtors) are referred to collectively as "Takata."

You have been identified as the current or former registered owner of a vehicle with one or more Takata-manufactured airbag inflators containing phase-stabilized ammonium nitrate propellant ("PSAN Inflators"), which are or may be defective and could rupture, creating a risk of personal injury or death. This notice sets forth the deadline for asserting claims against the Debtors and provides other important deadlines and information about the chapter 11 cases.

**Do I have a claim against the Debtors?** You (or, in the case of a wrongful-death claim, the estate you represent) may have claims against the Debtors, including for past or future monetary loss, personal injury, or death on account of your current or past ownership of a vehicle containing a PSAN Inflator regardless of whether such PSAN Inflator is subject to a recall or has already been repaired or you have thus far suffered no loss, injury, or death on account of your PSAN Inflator (as such claims may be deemed to have accrued before the Debtors filed for bankruptcy) *To assert a claim, you must file a proof of claim by the deadline and in accordance with the instructions on the reverse side of this notice. If you fail to do so, your claim will be barred and you will receive no recovery.*

Creditor Pin Number
123456789
Joe Q. Creditor
123 Main St
Maple Valley, WA 98038

**What else should I do?** The Debtors strongly recommend that you:
- Carefully review this notice, including the reverse side, in its entirety.
- Please visit www.AirbagRecall.com for more information about obtaining replacement airbags.
- *Register your email address at TKRestructuring.com/PPIC. You will receive no further notices in the chapter 11 cases unless you do so and may miss important information.*
- Call 844-822-9240 (U.S. toll-free) or 347-338-6504 (international), email takatainfo@primeclerk.com, or visit TKRestructuring.com/PPIC if you have further questions.
- Contact an attorney for legal advice concerning the chapter 11 cases.

**Commencement of Chapter 11 Cases**. On June 25, 2017 (the "Petition Date"), Debtors Takata Americas; TK Finance, LLC; TK China, LLC; TK Holdings Inc.; Takata Protection Systems Inc.; Interiors in Flight Inc.; TK Mexico Inc.; TK Mexico LLC; TK Holdings de Mexico S. de R.L. de C.V.; Industrias Irvin de Mexico, S.A. de C.V.; Takata de Mexico, S.A. de C.V.; and Strosshe-Mex, S. de R.L. de C.V each filed a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. *The filing of the chapter 11 cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property outside of the chapter 11 cases.*

**Restructuring Proceedings of Debtors' Japanese Affiliates.** Takata Corporation, Takata Kyushu K.K., and Takata Service Corporation (collectively, "Takata Japan") have commenced proceedings under the Civil Rehabilitation Act ("CRA") in Tokyo, Japan. Takata Japan intends to seek recognition by the Bankruptcy Court of its CRA proceedings under Chapter 15 of the Bankruptcy Code. Parties who believe they have claims against Takata Japan can obtain information about the CRA proceedings at http://restructuring.primeclerk.com/Ch15takata.

**Further Notices**. You should register your email address at TKRestructuring.com/PPIC. You will not receive notice of any further documents filed in the chapter 11 cases unless you do so. All documents filed with the Bankruptcy Court are available for inspection at the Office of the Clerk of the Court or free of charge at: TKRestructuring.com.

**Restitution Fund**: Individuals who have suffered, or will suffer, personal injury caused by the malfunction of a PSAN Inflator may be eligible for compensation from Restitution Funds established by order of the Federal Court for the E.D. of Michigan. The Court has appointed a Special Master, Prof. Eric D. Green, to administer the claimant compensation process and make recommendations regarding the distribution of funds. If you believe you may qualify for compensation from the Restitution Funds, please visit www.takataspecialmaster.com for further information and to review relevant case documents.

**Deadline for Filing Proof of Claim**. **November 27, 2017, at 5:00 p.m. (prevailing Eastern Time)** (the "PPIC Bar Date") is the last date and time to assert claims against any of the Debtors for monetary losses, personal injuries (including death), or asserted damages arising out of or relating to an airbag containing a PSAN Inflator manufactured or sold by the Debtors prior to the Petition Date (a "PPIC Claim"). You must file a proof of claim for a PPIC Claim (a "PPIC Proof of Claim") even if you are included in a class action lawsuit or other representative action filed against the Debtors. Information about how to file a PPIC Proof of Claim, including the ability to file such claim electronically, is available at TKRestructuring.com/PPIC. **If you fail to file a PPIC Proof of Claim on or before the PPIC Bar Date: (a) you will be forever barred, estopped, and enjoined from asserting a PPIC Claim against the Debtors even if your loss or injury does not occur until some point in the future; (b) the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such claim; and (c) you will not receive any distribution in these chapter 11 cases on account of such claim.** Filing a proof of claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain.

**Plan and Disclosure Statement**. The Debtors will soon file a chapter 11 plan of reorganization (the "Plan") and accompanying disclosure statement (the "Disclosure Statement"). The Plan will describe the proposed treatment of claims against, and interests in, the Debtors; the Disclosure Statement will provide information about the Plan and the Debtors. The Bankruptcy Court will hold hearings to consider, and has set deadlines to object to, the adequacy of the Disclosure Statement and confirmation of the Plan.

- *Disclosure Statement Hearing*. December 4, 2017, with objections due no later than November 27, 2017, at 4:00 p.m. (Prevailing Eastern Time);
- *Confirmation Hearing*. January 23, 2018, with objections due no later than January 16, 2018, at 4:00 p.m. (Prevailing Eastern Time).

*Carefully review the Plan and Disclosure Statement, available at: TKRestructuring.com. If you register at TKRestructuring.com, you will receive an electronic copy of the Plan and Disclosure Statement and other notices. If you fail to register, this will be the only notice you will receive. The Plan will bind all creditors and interest holders upon its confirmation. If you wish to object to the adequacy of the Disclosure Statement or confirmation of the Plan, you must properly file and serve an objection by the applicable deadline listed above.* Specific requirements for filing such objections will be described in the Disclosure Statement.

**Discharge**. Confirmation of the Plan may result in a discharge of debts of the Debtors, which may include all or a part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect against the Debtors, except as provided in the Plan.

**RELEASES. In addition to the discharge described above, the Plan will likely contain broad releases of third-party claims and related injunction provisions. If approved, these provisions could release claims you hold against certain third parties, including the original equipment manufacturer of your vehicle. The foregoing is a summary only. You should carefully review the full text of the Plan's release and related provisions and any applicable "opt out" provision at [URL].**

**SALE "FREE AND CLEAR."** The Debtors have proposed Key Safety Systems, Inc. and certain of its subsidiaries and affiliates as their "Plan Sponsor." The Plan will provide for the Plan Sponsor's acquisition of substantially all assets of the Debtors (with specified exclusions generally related to Takata's PSAN Inflator business). The Plan Sponsor will buy these acquired assets free and clear of all claims, liens, charges, encumbrances, and other interests (collectively, "Claims and Interests"), except for certain specifically assumed liabilities. The Plan Sponsor will not assume any claims of the Debtors or Takata unless it expressly agrees to do so. Without limiting the foregoing, the Plan Sponsor is not assuming any claims or liabilities related in any way to the PSAN Inflators (and the propellant), including PPIC Claims. *If you do not file an objection to the Plan with the Bankruptcy Court by the deadline above, your right to challenge the sale of the Debtors' assets "free and clear" of Claims and Interests will be forfeited. The Bankruptcy Court's approval of the sale of the Debtors' assets "free and clear" means that you will be forever barred from asserting any Claims and Interests against the Plan Sponsor and/or the Plan Sponsor's predecessors, successors, assigns, subsidiaries, affiliates, equity holders, current and former officers and directors, employees, agents, professionals, and various other related persons*. **You should carefully review the full text of this provision, at [URL].**