LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888

Attorneys for Creditor
CONTRA COSTA ELECTRIC, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**CONTRA COSTA ELECTRIC, INC.'S**
**NOTICE OF PERFECTION OF LIEN**
**(11 USC §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

    You are hereby notified that Contra Costa Electric, Inc. (hereinafter "CCE") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets, of $3,500, for labor, equipment, material, and services provided by CCE, generally described as welding work, incorporated in and constituting improvements to the real property commonly known as 13939 Washington Avenue, San Leandro, California 94577. The purported owner of the property in

1
**CONTRA COSTA ELECTRIC, INC.'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)

S:\ALRDOCS\30667\1\00229205.DOCX

question is Pacific Gas & Electric Co. (hereinafter, "PGE"), 6030 West Oaks Boulevard, Suite 300, Rocklin, California 95765. CCE furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, PG&E. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien.

You are further notified that CCE intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: May 31, 2019

LEONIDOU & ROSIN
Professional Corporation

By_____*/s/ A. Robert Rosin*_____
A. Robert Rosin
Attorneys for
Contra Costa Electric, Inc.

2
**CONTRA COSTA ELECTRIC, INC.'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)

Case: 19-30088    Doc# 2312    Filed: 05/31/19    Entered: 05/31/19 14:30:40    Page 2 of 2

S:\ALRDOCS\30667\1\00229205.DOCX