**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:    rsoref@polsinelli.com

**CLIFFORD CHANCE US LLP**
Jennifer Pastarnack (*pro hac vice pending*)
31 West 52nd Street
New York, NY 10019
Telephone: 212.878.8000
Facsimile: 212.878.8375
E-mail: *jennifer.pastarnack@cliffordchance.com*

*Attorneys for Whitebox Multi-Strategy Partners, LP
And Whitebox Asymmetric Partners, LP*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) (Lead Case)<br><br>**APPLICATION FOR ADMISSION OF JENNIFER PASTARNACK PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jennifer Pastarnack, an active member in good standing of the bar of the state of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP, in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

Randye B. Soref (SBN 99146)
Polsinelli, LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:        *rsoref@polsinelli.com*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 30, 2019

By: _____
JENNIFER PASTARNACK

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JENNIFER PASTARNACK

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 20, 2008,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 31, 2019**

6338

Clerk of the Court