LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA  94040
Telephone: (650) 691-2888

Attorneys for Creditor
CONTRA COSTA ELECTRIC, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

## CONTRA COSTA ELECTRIC, INC.'S
## NOTICE OF PERFECTION OF LIEN
### (11 USC §§ 546 and 362)

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Contra Costa Electric, Inc. (hereinafter "CCE") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets, of $280,543.01, for labor, equipment, material, and services provided by CCE, generally described as electrical construction to upgrade bus work wire and change out insulator, incorporated in and constituting improvements to the real property commonly known as: 10110 California Oak Way, Cupertino,

1

Case: 19-30088    Doc# 2319    Filed: 05/31/19    Entered: 05/31/19 14:44:13    Page 1 of 2

S:\ALRDOCS\30667\1\00229213.DOCX

California 95014. The purported owner of the property in question is Pacific Gas & Electric Co. (hereinafter, "PGE"), 6030 West Oaks Boulevard, Suite 300, Rocklin, California 95765. CCE furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, Alpha Pacific Engineering & Contracting, 10463 Grant Line Road, Suite 119, Elk Grove, CA 95624. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien.

The amount set forth in this Notice is for work performed on or before the commencement of this bankruptcy proceeding; amounts owed for post-bankruptcy work are not included. CCE reserves all of its rights and remedies as to amounts owed for post-bankruptcy work.

You are further notified that CCE intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: May 31, 2019         LEONIDOU & ROSIN
Professional Corporation


By_____ */s/ A. Robert Rosin*_____
A. Robert Rosin
Attorneys for
Contra Costa Electric, Inc.

CONTRA COSTA ELECTRIC, INC.'S NOTICE OF PERFECTION OF LIEN
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)

S:\ALRDOCS\30667\1\00229213.DOCX