EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>   Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, effectively immediately, Greene Radovsky Maloney Share & Hennigh, LLP has changed its address to the following:

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

549257.1

1

Case: 19-30088   Doc# 2320   Filed: 05/31/19   Entered: 05/31/19 15:12:09   Page 1 of 2

One Front Street,
Suite 3200
San Francisco, California 94111

All other contact information remains the same. All notices and documents regarding this action should be sent to the above address.

DATED: May 31, 2019

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: /s/ Edward Tredinnick
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco