EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
 SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case Nos.: 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

///

///

///

///

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814
549493.1

1

I, Violet Rajkumar, declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, One Front Street, Suite 3200, San Francisco, California 94111.

1. I certify that on May 31, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

2. **NOTICE OF CHANGE OF ADDRESS**

3. a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

4. I certify that on May 31, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

5. I certify that on May 31, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 31st day of May, 2019 at San Francisco, California.

                                                /s/ Violet Rajkumar
                                                Violet Rajkumar

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814
549493.1