EXHIBIT A

## Standard Parties Service List via E-Mail – Exh A

esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; ddunne@milbank.com; Gbray@milbank.com; skhalil@milbank.com; TKreller@milbank.com; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; shane.huang@usdoj.gov; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com;