DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos.: |
| PG&E CORPORATION | 19-30088 (DM) – Lead Case |
| and | 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 Case |
| Debtors. | |

**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**

| | |
|---|---|
| ☐   Affects PG&E Corporation | |
| ☐   Affects Pacific Gas and Electric Company | |
| ☒   Affect both Debtors | |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1.     TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

1561676.1

1

Case: 19-30088    Doc# 2345    Filed: 06/03/19    Entered: 06/03/19 14:31:59    Page 1 of 9

1  Pacific Gas and Electric Company (collectively, the "Debtors").

2      2.        Through May 17, 2019, the amount owing to TEICHERT is at least

3  $173,699.83, exclusive of accruing interest and other charges, with additional amounts owed

4  and accrued after May 17, 2019.

5      3.        Teichert properly perfected its mechanics lien under California Civil Code §§

6  8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records

7  of Sacramento County, State of California, as more fully described in its Mechanics Lien, a

8  true copy of which is attached hereto as Exhibit A, on or about May 21, 2019.

9      4.        Pursuant to California Civil Code § 8460, an action to enforce a lien must be

10  commenced within 90 days after recordation of the claim of lien. However, due to the

11  automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court

12  action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law

13  requires seizure of property or commencement of an action to perfect, maintain, or continue

14  the perfection of an interest in property, and the property has not been seized or an action has

15  not been commenced before the bankruptcy petition date, then the claimant shall instead give

16  notice within the time fixed by law for seizing the property or commencing an action. (See

17  11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R.

18  406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal.

19  Ct. App. 2002).)

20      5.        Accordingly, TEICHERT hereby provides notice of its rights as a perfected

21  lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing

22  and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien

23  and its rights in the Property to comply with the requirements of California state law, 11

24  U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice

25  constitutes the legal equivalent of having commenced an action to foreclose the lien in the

26  proper court. By this notice, the Debtors and other parties in interest are estopped from

27  claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced

28  pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

1561676.1

2

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

1   extent permitted by applicable law.  The interests perfected, maintained, or continued by

2   11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of

3   the Property.

4       6.      The filing of this notice shall not be construed as an admission that such filing

5   is required under the Bankruptcy Code, the California mechanics lien law, or any other

6   applicable law.  In addition, TEICHERT does not make any admission of fact or law, and

7   TEICHERT asserts that its lien is senior to and effective against entities that may have

8   acquired rights or interests in the Property previously.

9       7.      The filing of this notice shall not be deemed to be a waiver of TEICHERT's

10  right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of

11  any other rights or defenses.

12      8.      TEICHERT reserves all rights, including the right to amend or supplement

13  this notice.

14

15  DATED:  May 31, 2019                    DOWNEY BRAND LLP

16

17                                         By:_____/s/ Jamie P. Dreher_____
                                                    JAMIE P. DREHER
18                                                    Attorney for
                                           TEICHERT PIPELINES, INC. AND
19                                         A. TEICHERT & SONS, INC. D/B/A TEICHERT
                                                    AGGREGATES
20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

1561676.1

# EXHIBIT A

C0Py

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS    621 Capitol Mall, 18th Floor
               Sacramento, CA 95814

PHONE      (916) 444-1000
NUMBER

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

MAY 2 1 2019
**201905210833**
Sacramento County
Clerk-Recorder

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.     Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of Sacramento, State of California, and more particularly described as follows:

Gas pipeline DFM 0617-06 at the following locations:

MP 13.010 and MP 13.112: adjacent to APN 071-0320-056-0000 and APN 071-0790-095-0000, including southbound Blue Ravine Road in Folsom, California 95630.

MP 1.105: adjacent to APN 223-0061-008-0000 and APN 223-0061-006-0000, including southbound Greenback Lane, in Folsom, California 95630.

MP 9.119: northbound Madison Avenue and adjacent to APN 223-0253-004-0000 in Orangevale, California 95662.

MP 7.301: westbound Phoenix Avenue adjacent to APN 253-0160-064-0000 and APN 253-0160-014-0000 in Fair Oaks, California 95628.

MP 0.201: northbound Hazel Avenue adjacent to APN 235-0070-001-0000 and APN 235-0540-001-0000 in Fair Oaks, California 95628.

MP 13.891 and MP 13.899: East Bidwell Street and adjacent to APN 071-1960-001-0000, APN 072-0032-001-000, and APN 072-0980-029-0000 in Folsom, California 95630.

2.     After deducting all just credits and offsets, the sum of $173,699.83 plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  Excavate and expose pipeline; excavate bell holes; complete pipeline inspection; perform repairs and recoat as needed; complete remediation and documentation; backfill and compact excavation; install PG&E warning decals and pipeline marker decals.

3.     Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.     The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any public agency owner.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED:    5 | 7 | 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _____5|17|2019_____

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

1557688.1

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 21, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐　　Registered Mail, Return Receipt Requested;

☒　　Certified Mail, Return Receipt Requested;

☐　　Express Mail; or

☐　　Overnight delivery by an express service carrier.

The envelope was addressed as follows:

　　　Pacific Gas & Electric Company
　　　77 Beale Street, 32nd Floor
　　　San Francisco, CA　94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 21, 2019, at Sacramento, California.

_____
　　　　　　　　Mary Dowd