DOWNEY BRAND LLP

1  DOWNEY BRAND LLP
   Jamie P. Dreher (Bar No. 209380)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
3  Telephone:    (916) 444-1000
   Facsimile:    (916) 444-2100
4
   Attorneys for
5  Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
   d/b/a Teichert Aggregates
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  In re:                                    Case Nos.:

13  PG&E CORPORATION                          19-30088 (DM) – Lead Case
                                              19-30089 (DM)
14  and
                                              Chapter 11 Case
15  PACIFIC GAS AND ELECTRIC COMPANY,

16          Debtors.
                                              **NOTICE OF CONTINUED**
17  ☐      Affects PG&E Corporation           **PERFECTION OF MECHANICS**
                                              **LIEN PURSUANT TO 11 U.S.C. §**
18  ☐      Affects Pacific Gas and Electric Company   **546(b)(2)**

19  ☒      Affect both Debtors
20

21

22          TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned

23  counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C.

24  § 546(b)(2), as follows:

25          1.      TEICHERT is a corporation that has provided and delivered labor, services,

26  equipment, and/or materials for a work of improvement located in the County of Marin,

27  State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas

28

1561646.1                                   1

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

1 and Electric Company (collectively, the "Debtors").

2     2.        Through May 20, 2019, the amount owing to TEICHERT is at least

3 $130,636.00, exclusive of accruing interest and other charges, with additional amounts owed

4 and accrued after May 20, 2019.

5     3.        Teichert properly perfected its mechanics lien under California Civil Code §§

6 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records

7 of Marin County, State of California, as more fully described in its Mechanics Lien, a true

8 copy of which is attached hereto as Exhibit A, on or about May 23, 2019.

9     4.        Pursuant to California Civil Code § 8460, an action to enforce a lien must be

10 commenced within 90 days after recordation of the claim of lien.  However, due to the

11 automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court

12 action to enforce its mechanics lien.  11 U.S.C. § 546(b)(2) provides that when applicable law

13 requires seizure of property or commencement of an action to perfect, maintain, or continue

14 the perfection of an interest in property, and the property has not been seized or an action has

15 not been commenced before the bankruptcy petition date, then the claimant shall instead give

16 notice within the time fixed by law for seizing the property or commencing an action.  (See

17 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R.

18 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal.

19 Ct. App. 2002).)

20     5.        Accordingly, TEICHERT hereby provides notice of its rights as a perfected

21 lienholder in the Property pursuant to California's mechanics lien law.  TEICHERT is filing

22 and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien

23 and its rights in the Property to comply with the requirements of California state law, 11

24 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law.  This notice

25 constitutes the legal equivalent of having commenced an action to foreclose the lien in the

26 proper court.  By this notice, the Debtors and other parties in interest are estopped from

27 claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced

28 pursuant to applicable state law.  TEICHERT intends to enforce its lien rights to the fullest

DOWNEY BRAND LLP

1561646.1

2

DOWNEY BRAND LLP

1  extent permitted by applicable law. The interests perfected, maintained, or continued by

2  11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of

3  the Property.

4      6.      The filing of this notice shall not be construed as an admission that such filing

5  is required under the Bankruptcy Code, the California mechanics lien law, or any other

6  applicable law. In addition, TEICHERT does not make any admission of fact or law, and

7  TEICHERT asserts that its lien is senior to and effective against entities that may have

8  acquired rights or interests in the Property previously.

9      7.      The filing of this notice shall not be deemed to be a waiver of TEICHERT's

10  right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of

11  any other rights or defenses.

12      8.      TEICHERT reserves all rights, including the right to amend or supplement

13  this notice.

14

15  DATED: May 31, 2019                DOWNEY BRAND LLP

16

17                                     By:_____ /s/ Jamie P. Dreher_____

18                                              JAMIE P. DREHER
                                                Attorney for
19                                     TEICHERT PIPELINES, INC. AND
                                       A. TEICHERT & SONS, INC. D/B/A TEICHERT
20                                              AGGREGATES

21

22

23

24

25

26

27

28

1561646.1                                       3

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

# EXHIBIT A

COPY of Document Recorded
1:49PM 23-May-2019 2019-0017718
Has not been compared with
original
MARIN COUNTY RECORDER

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME         DOWNEY BRAND LLP
MAILING      Scott McElhern
ADDRESS      621 Capitol Mall, 18th Floor
             Sacramento, CA  95814

PHONE        (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Fairfax, County of Marin, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.      After deducting all just credits and offsets, the sum of $130,636.00, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  construction and installation of 4-inch and 2-inch high pressure plastic gas main; gas service replacements; gas service transfers; insert gas services; deactivation of 2-inch and 4-inch high pressure steel gas main; and deactivation of 2-inch and 4-inch high pressure plastic gas main

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA  94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA  94105.  Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.      Claimant's address is:  3500 American River Drive, Sacramento, CA  95864.

DATED: _May 20, 2019_               TEICHERT PIPELINES, INC.

                                    By: _____
                                        Sean Collins, Credit Manager

# VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _____May 20, 2019_____

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## EXHIBIT A

10 Sherman Avenue, Fairfax, CA 94930
88 Dominga Avenue, Fairfax, CA 94930
84 Dominga Avenue, Fairfax, CA 94930
80 Dominga Avenue, Fairfax, CA 94930
78 Dominga Avenue, Fairfax, CA 94930
74 Dominga Avenue, Fairfax, CA 94930
72 Dominga Avenue, Fairfax, CA 94930
68 Dominga Avenue, Fairfax, CA 94930
64 Dominga Avenue, Fairfax, CA 94930
62 Dominga Avenue, Fairfax, CA 94930
60 Dominga Avenue, Fairfax, CA 94930
56 Dominga Avenue, Fairfax, CA 94930
52 Dominga Avenue, Fairfax, CA 94930
53 Dominga Avenue, Fairfax, CA 94930
55 Dominga Avenue, Fairfax, CA 94930
57 Dominga Avenue, Fairfax, CA 94930
59 Dominga Avenue, Fairfax, CA 94930
61 Dominga Avenue, Fairfax, CA 94930
63 Dominga Avenue, Fairfax, CA 94930
69 Dominga Avenue, Fairfax, CA 94930
73 Dominga Avenue, Fairfax, CA 94930
77 Dominga Avenue, Fairfax, CA 94930
79 Dominga Avenue, Fairfax, CA 94930
81 Dominga Avenue, Fairfax, CA 94930
85 Dominga Avenue, Fairfax, CA 94930
89 Dominga Avenue, Fairfax, CA 94930
93 Dominga Avenue, Fairfax, CA 94930
95 Dominga Avenue, Fairfax, CA 94930
97 Dominga Avenue, Fairfax, CA 94930
99 Dominga Avenue, Fairfax, CA 94930
5 Bridge Court, Fairfax, CA 94930
7 Bridge Court, Fairfax, CA 94930
9 Bridge Court, Fairfax, CA 94930
6 Bridge Court, Fairfax, CA 94930
20 Napa Avenue, Fairfax, CA 94930
18 Napa Avenue, Fairfax, CA 94930
16 Napa Avenue, Fairfax, CA 94930
12 Napa Avenue, Fairfax, CA 94930
10 Napa Avenue, Fairfax, CA 94930
17 Napa Avenue, Fairfax, CA 94930
9 Napa Avenue, Fairfax, CA 94930
5 Napa Avenue, Fairfax, CA 94930
22 Pacheco Avenue, Fairfax, CA 94930
25 Pacheco Avenue, Fairfax, CA 94930

26 Pacheco Avenue, Fairfax, CA 94930
152 Dominga Avenue, Fairfax, CA 94930
148 Dominga Avenue, Fairfax, CA 94930
144 Dominga Avenue, Fairfax, CA 94930
142 Dominga Avenue, Fairfax, CA 94930
140 Dominga Avenue, Fairfax, CA 94930
136 Dominga Avenue, Fairfax, CA 94930
132 Dominga Avenue, Fairfax, CA 94930
128 Dominga Avenue, Fairfax, CA 94930
122 Dominga Avenue, Fairfax, CA 94930
120 Dominga Avenue, Fairfax, CA 94930
116 Dominga Avenue, Fairfax, CA 94930
110 Dominga Avenue, Fairfax, CA 94930
108 Dominga Avenue, Fairfax, CA 94930
106 Dominga Avenue, Fairfax, CA 94930
102 Dominga Avenue, Fairfax, CA 94930
103 Dominga Avenue, Fairfax, CA 94930
107 Dominga Avenue, Fairfax, CA 94930
109 Dominga Avenue, Fairfax, CA 94930
115 Dominga Avenue, Fairfax, CA 94930
123 Dominga Avenue, Fairfax, CA 94930
127 Dominga Avenue, Fairfax, CA 94930
133 Dominga Avenue, Fairfax, CA 94930
141 Dominga Avenue, Fairfax, CA 94930
143 Dominga Avenue, Fairfax, CA 94930
145 Dominga Avenue, Fairfax, CA 94930
149 Dominga Avenue, Fairfax, CA 94930
7 Court Lane, Fairfax, CA 94930
8 Court Lane, Fairfax, CA 94930
9 Court Lane, Fairfax, CA 94930
10 Court Lane, Fairfax, CA 94930
99 Wessen Lane, Fairfax, CA 94930
100 Wessen Lane, Fairfax, CA 94930

# NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 23, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;

- ☒ Certified Mail, Return Receipt Requested;

- ☐ Express Mail; or

- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 23, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1