UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation; Pacific Gas & Electric Company

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 06/26/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: N/A    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____    Source of value: _____
   Contract Balance:       $_____    Pre-Petition Default:    $_____
   Monthly Payment:        $_____        No. of months: _____
   Insurance Advance:      $_____    Post-Petition Default:   $_____
                                              No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____    Pre-Petition Default:    $_____
   As of (date): _____                  No. of months: _____
   Mo. payment:            $_____    Post-Petition Default:   $_____
   Notice of Default (date): _____       No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens:   $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____: | | | |
   | _____: | | | |
   | _____: | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

Dated: 06/03/2019

/s/ Thomas B. Rupp
Signature
Thomas B. Rupp
Print or Type Name

Attorney for Debtors and Debtors in Possession

CANB Documents Northern District of California

Case: 19-30088    Doc# 2360    Filed: 06/03/19    Entered: 06/03/19 17:40:57    Page 1 of 1