WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF THEODORE E. TSEKERIDES IN SUPPORT OF THE MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102<br>**Objection Deadline**: June 19, 2019<br>    4:00 p.m. (Pacific Time) |

Pursuant to 28 U.S.C. § 1746, I, Theodore E. Tsekerides, hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

I am a partner at Weil, Gotshal & Manges LLP, counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**") (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**").[1] I respectfully submit this Declaration in support of the *Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission*, filed on the date hereof.

As this Court is aware, on January 25 and 28, 2019, the Federal Energy Regulatory Commission ("**FERC**") entered two substantively similar orders finding that FERC had "concurrent" jurisdiction over the Utility's rejection decisions in bankruptcy pursuant to section 365 of the Bankruptcy Code. True and correct copies of these orders are attached to this Declaration. *See NextEra Energy, Inc. v. Pac. Gas & Elec. Co.*, 166 FERC ¶ 61,049 (Jan. 25, 2019) (the "**NextEra Order**") (attached as **Exhibit 1**); *Exelon Corp. v. Pac. Gas & Elec. Co.*, 166 FERC ¶ 61,053 (Jan. 28, 2019) (the "**Exelon Order**") (attached as **Exhibit 2**).

In order to preserve its rights, on February 25, 2019, during the pendency of the Debtors' Chapter 11 Cases, the Utility filed two Requests for Rehearing of the NextEra and Exelon Orders at FERC. True and correct copies of these Requests for Rehearing are attached to this Declaration. *See Request for Rehearing*, *NextEra Energy, Inc. v. Pac. Gas & Elec. Co.*, No. EL19-35-001 (FERC Feb. 25, 2019) (attached as **Exhibit 3**); *Request for Rehearing*, *Exelon Corp. v. Pac. Gas & Elec. Co.*, No. EL19-36-001 (FERC Feb. 25, 2019) (attached as **Exhibit 4**).

On March 26, 2019, FERC entered two orders finding that the Utility had timely requested rehearing. True and correct copies of these orders are attached to this Declaration. *See Order Granting Rehearing for Further Consideration*, *NextEra v. Pac. Gas & Elec. Co.*, No. EL19-35-001 (FERC Mar. 26, 2019) (attached as **Exhibit 5**); *Order Granting Rehearing for Further Consideration*, *Exelon Corp. v. Pac. Gas & Elec. Co.*, No. EL19-36-001 (FERC Mar. 26, 2019) (attached as **Exhibit 6**).

Most recently, FERC entered a single, consolidated order denying the Utility's Requests for

---

[1] Capitalized terms used in this Declaration that are not otherwise defined have the meanings given to them in the Utility's Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Rehearing. A true and correct copy of this order is attached to this Declaration. *See Order Denying Rehearing, NextEra Energy, Inc. v. Pac. Gas & Elec. Co.*, Nos. EL19-35-001, EL 19-36-001 (FERC May 1, 2019) (attached as **Exhibit 7**) (together with the other aforementioned FERC orders, the "**FERC Orders**"). Because FERC denied the Utility's Requests for Rehearing, the Utility now files this Motion as a prophylactic measure to protect its rights to appeal to conclusion the FERC Orders.

Date: June 3, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

/s     *Theodore E. Tsekerides*
            Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*