# Exhibit 5

Case: 19-30088   Doc# 2361-5   Filed: 06/03/19   Entered: 06/03/19 17:47:43   Page 1 of 2

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

NextEra Energy, Inc.                                                              Docket No. EL19-35-001
NextEra Energy Partners, L.P.

v.

Pacific Gas and Electric Company

ORDER GRANTING REHEARING FOR
FURTHER CONSIDERATION

(March 26, 2019)

Rehearing has been timely requested of the Commission's order issued on January 25, 2019, in this proceeding. *NextEra Energy, Inc. and NextEra Energy Partners, L.P. v. Pacific Gas and Electric Company,* 166 FERC ¶ 61,049 (2019). In the absence of Commission action within 30 days from the date the rehearing request was filed, the request for rehearing (and any timely requests for rehearing filed subsequently)[1] would be deemed denied. 18 C.F.R. § 385.713 (2018).

In order to afford additional time for consideration of the matters raised or to be raised, rehearing of the Commission's order is hereby granted for the limited purpose of further consideration, and timely-filed rehearing requests will not be deemed denied by operation of law. Rehearing requests of the above-cited order filed in this proceeding will be addressed in a future order. As provided in 18 C.F.R. § 385.713(d), no answers to the rehearing requests will be entertained.

Nathaniel J. Davis, Sr.,
Deputy Secretary.

---

[1] *See San Diego Gas & Electric Company v. Sellers of Energy and Ancillary Services Into Markets Operated by the California Independent System Operator and the California Power Exchange*, 95 FERC ¶ 61,173 (2001) (clarifying that a single tolling order applies to all rehearing requests that were timely filed).