**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
   jminias@willkie.com
   dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN BARBARA ZELMER AND ROBERT ZELMER AND AD HOC GROUP OF SUBROGATION CLAIM HOLDERS EXTENDING TIME TO RESPOND TO BARBRA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Dkt. No. 2183<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by Barbara Zelmer and Robert Zelmer (collectively, the "**Zelmers**"), on the one hand, and the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"), on the other hand. The Debtors and the Ad Hoc Subrogation Group are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On May 22, 2019, the Zelmers filed their motion for relief from the automatic stay [Dkt. No. 2183] (the "**Lift Stay Motion**"), which is set for a hearing before the Court at 9:30 a.m. on June 25, 2019. The notice of hearing for relief from stay [Dkt. No. 2185] (the "**Notice**") states that any response or objection is to be "filed or received no later than (14) days after services of the Motion at 4:00 p.m."

B. Paragraph 27 of the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Dkt. No. 1996] provides, "Unless otherwise ordered by the Court, the objection deadline for Debtors and the two official creditors' committees with respect to [any motion to lift the automatic stay] shall be 4:00 p.m. five (5) days prior to the scheduled hearing."

C. Counsel for the Zelmers and counsel for the Ad Hoc Subrogation Group have agreed that the time for the Ad Hoc Subrogation Group to respond to the Lift Stay Motion should be extended to match the deadline provided to the Debtors and official creditors' committees.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Ad Hoc Subrogation Group to file and serve any response or opposition to the Lift Stay Motion is extended through 4:00 p.m. (Pacific Time) on June 20, 2019.

| Dated: June 4, 2019 | Dated: June 4, 2019 |
|---|---|
| Manuel Corrales, Jr. | DIEMER & WEI LLP |
| /s/ *Manuel Corrales, Jr.* <br> Manuel Corrales, Jr. | /s/ *Kathryn S. Diemer* <br> Kathryn S. Diemer |
| *Attorneys for the Zelmers* | *Attorneys for Ad Hoc Group of Subrogation Claim Holders* |