**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>   **Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO KPMG APPLICATION AND MORRISON & FOERSTER APPLICATION**<br><br>Re: Dkt. Nos. 2171, 2193<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1     This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"), on the other. The Debtors and the TCC are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A.     On May 21, 2019, the Debtors filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors Nunc Pro Tunc to Petition Date* [Dkt. No. 2171] (the "**KPMG Application**"), which is set for a hearing before the Court at 9:30 a.m. on June 11, 2019. Any response or opposition to the KPMG Application is due by 4:00 p.m. (Pacific Time) on June 4, 2019.

B.     On May 22, 2019, the Debtors filed the *Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 For Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date* [Dkt. No. 2193] (the "**Morrison & Foerster Application**"), which is set for a hearing before the Court at 9:30 a.m. on June 12, 2019. Any response or opposition to the Morrison & Foerster Application is due by 4:00 p.m. (Pacific Time) on June 5, 2019.

C.     Counsel for the Debtors and counsel for the TCC have agreed that the time for the TCC to respond to the KPMG Application and the Morrison & Foerster Application be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

*///*

*///*

///

1. The time for the TCC to file and serve any response or opposition to the KPMG Application and the Morrison & Foerster Application is extended through 4:00 p.m. (Pacific Time) on June 7, 2019.

| Dated: June 4, 2019 | Dated: June 4, 2019 |
|---|---|
| WEIL GOTSHAL & MANGES<br>KELLER & BENVENUTTI LLP | BAKER & HOSTETLER LLP |
| */s/ Tobias S. Keller*<br>Tobias S. Keller | */s/ Jorian L. Rose*<br>Jorian L. Rose |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Official Committee of Tort Claimants* |