UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Olympus Peak Master Fund LP**
Name of Transferee
Phone: 212-373-1189
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Leah Silverman
745 Fifth Avenue
Suite 1604
New York, NY 10151

**Team Quality Services, Inc.**
Name of Transferor
Phone: 260-572-0060 ext 115
Last Four Digits of Acct #: N/A

**Claim No: 3062 (amends claim no. 2943)**
**Case No.:** Pacific Gas and Electric Company (19-30089)

**Date Filed: May 21, 2019**

Total Amount of Claim: $267,237.51
**Transferred Amount of Claim: $267,237.51**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __May 29, 2019__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court
Northern District of California
Attn: Clerk

**AND TO:** Debtor (as defined below)

Team Quality Services, Inc. ("Seller"), for value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement (the "CPA"), does hereby certify that it has unconditionally and irrevocably sold, transferred, assigned to:

Olympus Peak Master Fund LP
745 Fifth Avenue, Suite 1604
New York, NY 10151

Its successor and assigns ("Buyer"), all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with Seller's claims as defined in the CPA in the amount of $267,237.51 (the "Claim") as set forth in proof of claim number 3062 (which amends claim number 2943) filed against Pacific Gas and Elecctric Company (the "Debtor"), Case No. 19-30089, in the United States in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), Jointly Administered with PG&E Corporation, Case No. 19-30088 under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code")

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 24, 2019.

**Team Quality Services, Inc.**

By: Stacey J Cox
Title: Controller

**Olympus Peak Master Fund LP**

By: Leah Silverman
Title: Counsel