

**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: rsoref@polsinelli.com

Signed and Filed: June 4, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**CLIFFORD CHANCE US LLP**
Jennifer Pastarnack (*pro hac vice pending*)
31 West 52nd Street
New York, NY 10019
Telephone: 212.878.8000
Facsimile: 212.878.8375
E-mail: *jennifer.pastarnack@cliffordchance.com*

Attorneys for Whitebox Multi-Strategy Partners, LP
and Whitebox Asymmetric Partners, LP

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF JENNIFER PASTARNACK PRO HAC VICE** |

    Jennifer Pastarnack, whose business address and telephone number is Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019, (212) 878-8000 and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP in the above-entitled action.

1     **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**