**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
|     **-and-** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
|         **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | |

I, Nicola Rowbottom, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on June 05, 2019, I caused a true and correct copy of each of the following documents to be served via email on the Standard Party Email Service List attached hereto as **Exhibit A**:

    **a. AMENDED NOTICE OF HEARING ON MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS PURSUANT TO 11 U.S.C. §§105(a), 107(b) AND 501 AND FED R. BANKRU. P. 3001(a) AND 9018 FOR ENTRY OF AN ORDER APPROVING PROPOSEDMODEL OMNIBUS INSURANCE SUBROGATION PROOF OF CLAIM FORM FR SUBROGATION CLAIMS AND RELATED PROCEDURES**

    **b. STIPULATION BETWEEN BARBARA ZELMER AND ROBERT ZELMER AND AD HOC GROUP OF SUBROGATION CLAIM HOLDERS EXTENDING TIME TO RESPOND TO BARBARA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

3. I certify that on June 05, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4. I certify that on June 5, 2019, I caused a true and correct copy of each of the above documents to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit C.**

5. I certify that on June 05, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Core/2002 Hardcopy First Class Service List attached hereto as **Exhibit D.**

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on June 05, 2019,


           */s/ Nicola Rowbottom*
           Nicola Rowbottom