**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**STIPULATION BETWEEN DEBTORS AND CALIFORNIA STATE AGENCIES EXTENDING TIME TO RESPOND TO APPLICATION OF DELOITTE & TOUCHE LLP**

Re: Dkt. No. 2197

[No Hearing Requested]

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, High Speed Rail Authority and California Department of Fish and Wildlife (collectively, the "**California State Agencies**"), on the other hand. The Debtors and the California State Agencies are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On May 22, 2019, the Debtors filed the *Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors Nunc Pro Tunc to the Petition Date* [Dkt. No. 2197] (the "**Application**"), which is set for a hearing before the Court at 9:30 a.m. on June 12, 2019. Any response or opposition to the Application is due by 4:00 p.m. (Pacific Time) on June 5, 2019.

B. Counsel for the California State Agencies has requested, and counsel for the Debtors has agreed, that the time for the California State Agencies to respond to the Application be extended.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the California State Agencies to file and serve any response or opposition to the Application is extended through 4:00 p.m. (Pacific Time) on June 7, 2019.

[*Signatures on next page*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: June 5, 2019

KELLER & BENVENUTTI LLP

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors
and Debtors in Possession*


XAVIER BECERRA
*Attorney General of California*
DANETTE VALDEZ
*Supervising Deputy Attorney General*

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP


/s/ *Paul J. Pascuzzi*
Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

*Attorneys for California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, High Speed Rail Authority, and California Department of Fish and Wildlife*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119