UNITED STATES BANKRUPTCY COURT

Northern District of California

| In re: | PG&E Corporation; Pacific Gas & Electric Company | | Bankruptcy No.: | 19-30088 (DM) |
|---|---|---|---|---|
| | | | R.S. No.: | |
| | | | Hearing Date: | 06/26/2019 |
| Debtor(s) | | | Time: | 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 01/29/2019          Chapter: 11

Prior hearings on this obligation: N/A          Last Day to File §523/§727 Complaints: _____

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor  [   ] or lessor [   ]

Fair market value: $_____          Source of value: _____

Contract Balance: $_____          Pre-Petition Default: $_____

Monthly Payment: $_____          No. of months: _____

Insurance Advance: $_____          Post-Petition Default: $_____

No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____          Source of value: _____          If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____          Pre-Petition Default: $_____

As of (date): _____          No. of months: _____

Mo. payment: $_____          Post-Petition Default: $_____

Notice of Default (date): _____          No. of months: _____

Notice of Trustee's Sale: _____          Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) $_____ | $_____ | | $_____ |

(D)  Other pertinent information: The Motion seeks limited relief from stay with respect to a potential appeal of certain orders entered by the Federal Energy Regulatory Commission, as set forth in greater detail in the Motion.

Dated: 06/05/2019

*/s/ David M. Stern*
_____
Signature

David M. Stern
_____
Print or Type Name

Attorney for NextEra Energy