TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> * *All papers shall be filed in the Lead, Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 (Lead Case) (Jointly Administered) <br><br> **[PROPOSED] ORDER GRANTING CONSOLIDATED EDISON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO INTERVENE AND PARTICIPATE IN APPEAL OF FERC ORDERS** |

Upon the Motion, dated June 5, 2019 [Doc. No. __ ] (the "Motion"),[1] of Consolidated Edison Development, Inc. ("Con Edison"), pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion was reasonable and sufficient

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

39117793v2

under the circumstances, and it appearing that no other or further notice need be provided; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and the Dixon Declaration incorporated therein establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The Court grants Con Edison relief from the automatic stay to the extent necessary to permit Con Edison to file a motion to intervene in any appeal by a Debtor of the FERC Orders and otherwise participate in all respects in that appeal or any subsequent review or remand proceedings.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **