UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation and Pacific Gas & Electric Company

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 06/26/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019  Chapter: 11
    Prior hearings on this obligation: N/A   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:   $_____      Source of value: _____
   Contract Balance:    $_____      Pre-Petition Default:  $_____
   Monthly Payment:     $_____      No. of months: _____
   Insurance Advance:   $_____      Post-Petition Default: $_____
                                       No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.         $_____      Pre-Petition Default:  $_____
   As of (date): _____              No. of months: _____
   Mo. payment:         $_____      Post-Petition Default: $_____
   Notice of Default (date): _____  No. of months: _____
   Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Con Edison files this Motion for relief from the automatic stay to allow Con Edison to intervene in any appeal by a Debtor of the FERC Orders and otherwise participate in all respects in that appeal, or any subsequent review or remand proceedings.

Dated: 06/05/2019

/s/ Hugh M. McDonald
Signature
Hugh M. McDonald (admitted *pro hac vice*)
**Troutman Sanders LLP,** *Attorneys for Consolidated Edison Development, Inc.*