TROUTMAN SANDERS LLP
Gabriel Ozel
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: (858) 509-6000
gabriel.ozel@troutman.com

TROUTMAN SANDERS LLP
Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com
*Attorneys for Consolidated Edison
Development, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No.  19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | **NOTICE OF HEARING ON MOTION OF CONSOLIDATED EDISON FOR RELIEF FROM THE AUTOMATIC STAY TO INTERVENE AND PARTICIPATE IN APPEAL OF FERC ORDERS** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Date:  June 26, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead, Case, No. 19-30088 (DM).* | **Objection Deadline:**  June 19, 2019<br>4:00 p.m. (Pacific Time) |

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY  10022

**PLEASE TAKE NOTICE** that, on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **June 26, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Motion of Consolidated Edison For Relief From the Automatic Stay To Intervene and Participate In Appeal Of FERC Orders*, filed by Consolidated Edison Development Inc. ("**Consolidated Edison**") on June 5, 2019 [Dkt. No. _____] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Consolidated Edison at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on June 19, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

TROUTMAN SANDERS LLP
875 THIRD AVENUE
New York, NY 10022

| | |
|---|---|
| 1 | Dated: June 5, 2019 |

TROUTMAN SANDERS LLP

By: /s/ *Hugh M. McDonald*

Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

-and-

TROUTMAN SANSDERS LLP
Gabriel Ozel
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: (858) 509-6000
gabriel.ozel@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*

Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

39117254v1