MORGAN LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA 90071-3132
Tel: (213) 612-2500
Fax: (213) 612-2501

Attorneys for Exelon Corporation
and AV Solar Ranch I, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**EXELON CORPORATION AND AV SOLAR RANCH 1, LLC, JOINDER IN MOTION FOR LIMITED RELIEF FROM STAY TO PARTICIPATE IN APPELLATE PROCEEDINGS WITH RESPECT TO FERC ORDERS (DKT. NO. 2400)**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (PDT)<br>Dept.: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Deadline for Objections:** June 21, 2019<br>4:00 p.m. (PDT) |

Exelon Corporation ("**Exelon**") and AV Solar Ranch 1, LLC ("**AVSR-1**" and, together with Exelon, the "**Exelon Parties**"), hereby join in the *Motion for Limited Relief from Stay to Participate in Appellate Proceedings With Respect to FERC Orders* (Dkt. No. 2400) (the

- 1 -

"**NextEra Motion**") and request that any order modifying the automatic stay to permit Pacific Gas and Electric Company ("**PG&E**") to appeal from the FERC Orders (defined below) also provide that the automatic stay be modified as to the Exelon Parties to the extent requested in the NextEra Motion, and in support thereof, state as follows:

1. AVSR-1 is an indirect wholly owned subsidiary of Exelon.

2. On January 22, 2019, Exelon filed a petition before the Federal Energy Regulatory Commission ("**FERC**") commencing the matter of *Exelon Corp. v. Pacific Gas & Elec. Co.,* No. El19-36-001 (the "**Exelon FERC Proceeding**"). On January 28, 2019, FERC issued its *Order on Petition for Declaratory Order and Complaint* in the Exelon FERC Proceeding (the "**Exelon FERC Order**").

3. On February 25, 2019, PG&E filed a petition seeking rehearing of the Exelon FERC Order. On May 1, 2019, FERC issued its *Order Denying Rehearing* in the Exelon FERC Proceeding (the "**Order Denying Rehearing**"). In addition to denying PG&E's petition for rehearing in the Exelon FERC Proceeding, the Order Denying Rehearing denied PG&E's petition for rehearing in a FERC proceeding initiated by NextEra Energy, Inc. and NextEra Energy Partners, L.P. (the "**NextEra FERC Proceeding**").

4. On June 3, 2019, PG&E filed its *Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission* in this bankruptcy case (Dkt. No. 2359) (the "**PG&E Motion**"). The PG&E Motion seeks an order modifying the automatic stay in this case:

> To permit the Utility, should it elect to do so, to file notices of appeal to the Court of Appeals from our relating to certain orders issued by the Federal Regulatory Commission (**"FERC"**) in proceedings before FERC, all as more specifically identified and defined in the following Memorandum of Points and Authorities (the **"FERC Orders"**), and to prosecute such appeals to conclusion.

PG&E Motion at 2:9-13. As defined in the PG&E Motion, the "FERC Orders" include the Exelon FERC Order and the Order Denying Rehearing.

5. On June 5, 2029, NextEra Energy, Inc. and NextEra Energy Partners, L.P. filed the NextEra Motion, which seeks an order permitting NextEra to participate in any appeal that PG&E

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 2 -

DB1/ 104551040.1

Case: 19-30088    Doc# 2406    Filed: 06/05/19    Entered: 06/05/19 15:27:01    Page 2 of 3

may file in relation to the FERC Orders as defined in the PG&E Motion.  For the reasons set forth in the NextEra Motion, cause exists to modify the automatic stay to permit Exelon and AVSR-1 to participate in PG&E's contemplated appellate proceedings that, if filed, would seek review of orders obtained in the Exelon FERC Proceeding.  Accordingly, Exelon and AVSR-1 respectfully request that any order modifying the automatic stay as requested in the PG&E Motion and the NextEra Motion also modify the automatic stay as to Exelon and AVSR-1 to permit Exelon and AVSR-1 to participate in any appeal from the Exelon FERC Order or the Order Denying Rehearing.

Dated: June 5, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Richard W.* Esterkin
       Richard W. Esterkin

Attorney for Exelon Corporation and
AV Solar Ranch I, LLC

- 3 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 104551040.1

Case: 19-30088    Doc# 2406    Filed: 06/05/19    Entered: 06/05/19 15:27:01    Page 3 of 3