COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
   pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Creditor GOWAN
CONSTRUCTION COMPANY INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### [San Francisco Division]

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors and Debtors-in-Possession. | **WITHDRAWAL OF GOWAN'S PROOF OF 503(b)(9) CLAIM** |
| ☐ Affects all Debtors<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company | **[NO HEARING REQUIRED]** |
| *All papers shall be filed in the lead case, 19-30088 (DM)* | |

Creditor Gowan Construction Company, Inc. ("Gowan"), by and through its attorneys, Cooper, White & Cooper LLP, whose address is listed above, hereby withdraws its Proof of 503(b)(9) Claim (the "Claim"), filed in this case on April 9, 2019 as Claim No. 2138 in the amount of $104,006.48, a copy of which is attached hereto as Exhibit A.

DATED:  June 5, 2019            COOPER, WHITE & COOPER LLP

                       By:  _____/s/Peter C. Califano_____
                            Peter C. Califano, Attorneys for Creditor
                            GOWAN CONSTRUCTION COMPANY INC.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1259830.1

Case: 19-30088    Doc# 2413    Filed: 06/05/19    Entered: 06/05/19 17:19:07    Page 1 of 1