# EXHIBIT A

## TO WITHDRAWAL OF
## 503(b)(9) PROOF OF CLAIM

**In re PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,
Debtors and Debtors-in-Possession**

**Case No. 19-30088-DM/19-30089-DM**

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

# Proof of 503(b)(9) Claim

Read the instructions before filling out this form. This form is for asserting claims entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) against one of the above Debtors arising on or after January 9, 2019 through and including January 28, 2019. Do not use this form to assert any other pre-petition claim(s). Assert such claims on Form 410.

11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Gowan Construction Company Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Gowan Construction Company Inc.
c/o Peter C. Califano, Esq.
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111

Contact phone (415) 433-1900
Contact email pcalifano@cwclaw.com

Where should payments to the creditor be sent? (if different)

Carl Gowan
Chief Operations Officer
Gowan Construction Company Inc.
15 West 8th Street, Suite C
Tracy, CA 95376

Contact phone (209) 836-2482
Contact email carl@gowanconst.com

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on __/__/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. On what date (or dates) were the goods delivered? (If known)** _____(mm/dd/yyyy)

**7. How much is the claim?** $ 104,006.48

Note: 11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Do not include in the above amount the value of goods received by the Debtor outside of that period, or the value of any other services performed. Assert such claims on Form 410.

**8. What is the description of the goods provided in the claim?** See Supplement to Section 503(b)(9) Claim, attached hereto as Exhibit A.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/09/2019 (mm/dd/yyyy)

/s/Peter C. Califano
Signature

Print the name of the person who is completing and signing this claim:

**Name:** Peter C. Califano
First name / Middle name / Last name

**Title:** Attorneys for Creditor Gowan Construction Company Inc.

**Company:** Cooper, White & Cooper LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

**Address:** 201 California Street, 17th Floor
Number / Street
San Francisco, CA 94111
City / State / ZIP Code

**Contact phone:** (415) 433-1900
**Email:** pcalifano@cwclaw.com

# EXHIBIT A

## SUPPLEMENT TO SECTION 503(b)(9) PROOF OF CLAIM

*In re PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, Debtors and Debtors-in-Possession*

**Case No. 19-30088-DM/19-30089-DM**

```
 1  COOPER, WHITE & COOPER LLP
    PETER C. CALIFANO (SBN 129043)
 2    pcalifano@cwclaw.com
    201 California Street, 17th Floor
 3  San Francisco, California 94111
    Telephone:   (415) 433-1900
 4  Facsimile:   (415) 433-5530

 5  Attorneys for Creditor GOWAN
    CONSTRUCTION COMPANY INC.
 6

 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors and Debtors-in-Possession. | **SUPPLEMENT TO SECTION 503(b)(9) PROOF OF CLAIM** |
| ☐ Affects all Debtors<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company | |
| *All papers shall be filed in the lead case, 19-30088 (DM)* | |

1. Creditor Gowan Construction Company, Inc ("Gowan") submits this Supplement to Section 503(b)(9) Proof of Claim, by and through its attorneys, Peter C. Califano, Esq., Cooper, White & Cooper LLP, whose address is 201 California Street, Seventeenth Floor, San Francisco, California 94111 as follows.

2. At the time of filing of this Section 503(b)(9) Proof of Claim, Gowan has a claim in the total amount of $104,006.48 against the Debtor, Pacific Gas and Electric Company (the "Debtor"). Gowan and the Debtor are sometimes collectively referred to as the "Parties".

3. Gowan is entitled to a claim pursuant to 11 USC §503(b)(9) for the value of goods received by the Debtor within twenty (20) days of the commencement of this bankruptcy case, that were sold in the ordinary course of business of the Debtor's business, based on the following:

    a. <u>Contract #2700182735</u> For the goods received between 1/10/19 – 1/13/19, in the amount of $78,290.78, described as bullet resistant teller line, electrical and flooring; and

    b. <u>Contract #20073645</u> For the good received between 1/10/19 – 1/13/19 in the amount of $25,715.70, described as bullet resistant glass.

4. The Debtor failed to pay Gowan for the abovementioned items.

DATED: April 9, 2019        COOPER, WHITE & COOPER LLP

By:    /s/*Peter C. Califano*
Peter C. Califano
Attorneys for Creditor GOWAN
CONSTRUCTION COMPANY INC.

1252540.1

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re PG&E Corporation
Case No. 19-30088
United States Bankruptcy Court for the Northern District of California (San Francisco)

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 4/9/2019
Proof of Claim No.: 2138

For additional information, please visit
http://restructuring.primeclerk.com/pge, or
call us at 844.339.4217.

Gowan Construction Company Inc.
Cooper, White & Cooper LLP
c/o Peter C. Califano, Esq.
201 California Street, 17th Floor
San Francisco, CA 94111