# Exhibit A

| | Proceeding Number | Proceeding Parties |
|---|---|---|
| 1 | C.17-09-001 | Martinez Masonic Temple Association, Complainant vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 2 | C.18-01-008 | Jennifer Vera Gutierrez, Complainant vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 3 | C.18-02-003 | Michael Coltan, Complainant vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 4 | C.18-11-012 | Brookview MHP Investors, LLC, dba Thunderbird Mobile Home Park, Complainant, vs. Pacific Gas and Electric Company (U39E), Defendant |
| 5 | C.19-01-008 | Steven Pelly and Barbara Pelly, Complainants vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 6 | C.19-01-013 | Victor Packing Inc., Complainant vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 7 | C.19-04-012 | Nicola Diolaiti, Complainant vs. Pacific Gas and Electric Company (U39E), Defendant. |
| 8 | C.19-04-019 | David E. Cannon, Complainant vs Pacific Gas and Electric Company (U39E), Defendant . |
| 9 | C.19-04-020 | Judy Ann Ahmann and John Eugene Ahmann, Complainant(s) vs. Pacific Gas & Electric Company (U39E), Defendant. |