WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND MONTHLY FEE STATEMENT OF WEIL, GOTSHAL & MANGES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2019 THROUGH MARCH 31, 2019**<br><br>**Objection Deadline:** June 26, 2019 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Attorneys for Debtors and Debtors in Possession |
| Date of Retention: | April 9, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2019 through March 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,428,045.80 (80% of $3,035,057.25) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $109,952.64 |

Weil, Gotshal & Manges LLP ("**Weil**" or the "**Applicant**"), the attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Second Monthly Fee Statement (this "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2019 through March 31, 2019 (the "**Fee Period**") pursuant to *the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional dated February 27, 2019* [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Weil requests allowance and payment of $2,428,045.80 (80% of $3,035,057.25) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $109,952.64 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Weil during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.

Attached hereto as **Exhibit E** are the detailed expenses entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: June 5, 2019

WEIL, GOTSHAL & MANGES LLP

By: /s/ Stephen Karotkin

Stephen Karotkin (*pro hac vice*)

*Attorneys for Debtors and Debtors in Possession*

| | |
|---|---|
| 1 | **Notice Parties** |
| 2 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 3 | 77 Beale Street |
| | San Francisco, CA 94105 |
| 4 | Attn: Janet Loduca, Esq. |
| 5 | Keller & Benvenutti LLP |
| | 650 California Street, Suite 1900 |
| 6 | San Francisco, CA 94108 |
| | Attn: Tobias S. Keller, Esq., |
| 7 | Jane Kim, Esq. |
| 8 | The Office of the United States Trustee for Region 17 |
| | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 9 | San Francisco, CA 94102 |
| | Attn: James L. Snyder, Esq., |
| 10 | Timothy Laffredi, Esq. |
| 11 | Milbank LLP |
| | 55 Hudson Yards |
| 12 | New York, NY 10001-2163 |
| | Attn: Dennis F. Dunne, Esq., |
| 13 | Sam A. Khalil, Esq. |
| 14 | Milbank LLP |
| | 2029 Century Park East, 33rd Floor |
| 15 | Los Angeles, CA 90067 |
| | Attn: Paul S. Aronzon, Esq., |
| 16 | Gregory A. Bray, Esq., |
| | Thomas R. Kreller, Esq. |
| 17 | |
| | Baker & Hostetler LLP |
| 18 | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 19 | Attn: Eric Sagerman, Esq., |
| | Cecily Dumas, Esq. |