# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2019 THROUGH MARCH 31, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 277.30 | $391,600.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 39.90 | $63,840.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 54.60 | $70,240.00 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 14.70 | $23,520.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 32.90 | $52,640.00 |
| Connolly, Annemargaret | Corporate | 1988 (Massachusetts) | $1,350.00 | 6.00 | $8,100.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 32.40 | $46,170.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 35.70 | $41,055.00 |
| Slack, Richard W. | Litigation | 1997 | $1,275.00 | 87.90 | $108,247.50 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 99.40 | $111,825.00 |
| Friedmann, Jared R. | Litigation | 2004 | $1,125.00 | 5.50 | $6,187.50 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 222.20 | $224,406.25 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 26.10 | $27,405.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 230.50 | $231,555.00 |
| **Total Partners and Counsel:** | | | | **1,165.10** | **$1,406,791.25** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED[*] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 38.00 | $22,800.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 61.50 | $61,192.50 |
| Zubkis, David | BFR | 2008 | $950.00 | 17.00 | $16,150.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 156.10 | $155,319.50 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 205.70 | $197,109.50 |
| Silber, Gary | Tax | 2011 | $995.00 | 15.70 | $15,621.50 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 124.60 | $115,022.00 |
| Minga, Jay | Litigation | 2013 | $950.00 | 45.10 | $42,845.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 34.40 | $32,680.00 |
| Jones, Hannah L. | Litigation | 2014 | $920.00 | 84.00 | $77,280.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 143.80 | $99,222.00 |
| Nolan, John J. | Litigation | 2015 | $920.00 | 83.00 | $76,360.00 |
| Butler, Ashley Jane | Corporate | 2015 | $920.00 | 21.00 | $19,320.00 |
| Africk, Max M. | Litigation | 2015 (Louisiana) | $875.00 | 158.60 | $131,512.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 77.00 | $67,375.00 |
| Pitcher, Justin R. | BFR | 2016 (Utah) | $790.00 | 63.70 | $50,323.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 15.40 | $12,166.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 185.00 | $127,650.00 |
| Neuhauser, David | Corporate | 2018 | $690.00 | 11.40 | $7,866.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 181.60 | $125,304.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 197.80 | $110,768.00 |
| Evans, Steven | Litigation | * | $560.00 | 89.20 | $49,952.00 |
| **Total Associates:** | | | | **2,009.6** | **$1,613,838.50** |

---

[2] BFR – Business Finance & Restructuring

* - Not yet admitted.

The paraprofessionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Olvera, Rene A. | BFR | $420.00 | 3.50 | $1,242.50 |
| Biratu, Sirak D. | Litigation | $330.00 | 20.90 | $6,897.00 |
| Callahan, Antonio | Corporate | $300.00 | 6.00 | $1,800.00 |
| Peene, Travis J. | BFR | $240.00 | 18.70 | $4,488.00 |
| **Total Paraprofessionals:** | | | **49.10** | **$14,427.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,207.44 | 1,165.10 | $1,406,791.25 |
| Associates | $803.06 | 2,009.60 | $1,613,838.50 |
| Paraprofessionals: | $293.84 | 49.10 | $14,427.50 |
| **Blended Attorney Rate** | **$951.47** | | |
| **Total Fees Incurred** | | | **$3,035,057.25** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

---

[3] BFR – Business Finance & Restructuring