**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 3.50 | $2,415.00 |
| 002 | Asset Sales/363 Sales | 57.00 | $48,319.00 |
| 003 | Automatic Stay | 215.00 | $186,547.00 |
| 004 | Bankruptcy Litigation | 610.50 | $537,295.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 36.00 | $41,183.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 52.40 | $31,729.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1.20 | $1,290.00 |
| 009 | Communications with Client | 26.00 | $26,079.00 |
| 010 | Corporate Governance and Board Issues | 121.60 | $140,862.00 |
| 011 | Customer, Supplier and Vendor Issues | 60.60 | $59,587.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 45.70 | $46,549.00 |
| 014 | Employee Issues | 557.80 | $605,058.00 |
| 015 | Equity Committee | 0.90 | $1,440.00 |
| 017 | Executory Contracts/Lease Issues | 117.90 | $99,501.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 157.20 | $170,116.00 |
| 019 | Hearings and Court Matters | 82.30 | $80,325.50 |
| 020 | Legislative Issues/Inverse Reform | 1.50 | $1,612.50 |
| 021 | Non-Bankruptcy Litigation | 7.60 | $7,370.00 |
| 022 | Non-Working Travel | 199.40 | $127,495.75 |
| 023 | FERC Adversary Proceeding | 41.20 | $37,729.50 |
| 024 | Reclamation/503(b)(9) Claims | 32.80 | $21,593.00 |
| 025 | Regulatory Issues including CPUC and FERC | 29.10 | $33,007.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 54.30 | $33,128.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 37.70 | $23,692.50 |
| 028 | Retention/Fee Application: Other Professionals | 118.40 | $77,077.00 |
| 029 | Schedules/Statement of Financial Affairs | 32.90 | $35,567.00 |
| 030 | Tax Issues | 199.70 | $229,211.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 38.50 | $43,001.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 57.50 | $53,035.00 |
| 033 | Utility Issues/Adequate Assurance | 3.90 | $2,691.00 |
| 035 | Real Estate and Real Property Issues | 173.80 | $177,944.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 49.90 | $52,605.00 |
| **TOTAL** | | **3,223.80** | **$3,035,056.25** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119