**EXHIBIT C**

**EXPENSE SUMMARY FOR THE
PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $42,352.39 |
| Meals | $1,523.43 |
| Corporation Services | $106.94 |
| Travel | $57,282.45 |
| Transportation | $5,786.73 |
| Duplicating | $1,738.50 |
| Messenger | $877.20 |
| Telephone | $285.00 |
| **Total Expenses Requested:** | **$109,952.64** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119