Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.442.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>– and –<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>Case No.: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LARS H. FULLER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. PT<br>Place: United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br>**Objection Deadline: June 19, 2019** |

LARS H. FULLER, declares as follows under penalty of perjury:

I am an attorney at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company. I have personal knowledge of the facts stated herein and as to those matters, I believe them to be true. If called upon to testify, I could and would competently do so.

1. I make this declaration in support of the Motion for Protective Order ("**Motion**").

2. I have personal knowledge of communications with counsel for the Debtors regarding conferral over the relief sought in the Motion. The recitation in the Motion summarizing those communications is true and accurate.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the form "Stipulated Protective Order for Standard Litigation" provided by the U.S. District Court for the Northern District Court on its website (https://www.cand.uscourts.gov/model-protective-orders). Attached hereto as **Exhibit 2** is a true and correct copy of the Stipulated Protective Order Between Debtor and Official Committee of Unsecured Creditors entered on June 13, 2016 as Docket No. 202 in Case No. 16-30063 (*In re Yellow Cab Cooperative, Inc.*).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June 2019,

                                         */s/ Lars H. Fuller*
                                         By:    LARS H. FULLER