WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 (Lead Case) (Jointly Administered) <br><br> **QUARTERLY STATEMENT OF COMPLIANCE WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 327, 328, AND 330 AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS *NUNC PRO TUNC* TO THE PETITION DATE** <br><br> Related Docket No.: 707 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

I, John Boken, am a Managing Director in the Turnaround and Restructuring Group at AlixPartners, LLP, an affiliate of both AlixPartners, LLC and AP Services, LLC, which provides interim management services to PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned Chapter 11 Cases. I currently serve as the Deputy Chief Restructuring Officer for the Debtors as authorized by this Court by Order dated April 9, 2019 [Docket No. 1299].

On February 28, 2019, the United States Bankruptcy Court for the Northern District of California (the "**Court**") entered the *Order Pursuant to 11 U.S.C. §§ 105(a ), 327, 328, and 330 Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [Docket No. 707] (the "**OCP Order**").[1] Pursuant to the OCP Order, the Debtors are authorized to to (i) establish certain procedures to retain and compensate Ordinary Course Professionals, effective as of the Petition Date, without (a) the submission of separate retention applications or (b) the issuance of separate retention orders by the Court for each individual Ordinary Course Professional; and (ii) compensate and reimburse Ordinary Course Professionals without individual fee applications.

Pursuant to the OCP Order, within thirty (30) days of the end of each quarterly period, the Debtors are required to file a statement with the Court, and serve the same on the Reviewing Parties, certifying the Debtors' compliance with the terms of the OCP Order (each, a "**Quarterly Statement**").

Pursuant to this Quarterly Statement, the Debtors hereby certify compliance with the terms of the OCP Order for the period of January 29, 2019 through April 30, 2019 (the "**Reporting Period**").

Attached hereto as **Exhibit A** is a schedule setting forth the fees and expenses paid to Ordinary Course Professionals during the Reporting Period.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to those terms in the OCP Order.

Pursuant 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 5, 2019

By: /s/ *John Boken*
     John Boken

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119