**Exhibit A**

| Name of Professional | Fees and Expenses Paid | | | |
|---|---|---|---|---|
| | Jan. & Feb. 2019 | Mar. 2019 | Apr. 2019 | Total |
| Alvaradosmith, APC | | $88.50 | | $88.50 |
| Kronenberg Law, P.C. | | | $1,832.50 | $1,832.50 |
| Littler Mendelson, P.C. | | | $72.80 | $72.80 |
| Nielsen Merksamer Parrinello Gross & Leoni LLP | | $466.70 | $19,816.20 | $20,282.90 |
| PASICH LLP | | | $770.00 | $770.00 |
| Regulatory Law Chambers | | | $1,562.30 | $1,562.30 |
| Rovens Lamb LLP | | | $459.55 | $459.55 |
| Winston & Strawn LLP | | | $743.60 | $743.60 |
| **TOTAL** | **$0** | **$555.20** | **$25,256.95** | **$25,812.15** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119