Manuel Corrales, Jr. SBN 117647
ATTORNEY AT LAW
17140 Bernardo Center Drive, Suite 358
San Diego, CA 92128
Tel: (858) 521-0634/Fax: (858) 521-0633
Email: mannycorrales@yahoo.com

Attorney for Creditors BARBARA JEAN ZELMER
and ROBERT THOMAS ZELMER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>**PG&E CORPORATION**<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>      Debtors. | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**CREDITORS BARBARA ZELMER AND ROBERT ZELMER'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY, WITHOUT PREJUDICE** |
| ○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Corporation<br>⊗ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 DM | Date: N/A<br>Time: N/A<br>Ctrm: Hon. Dennis Montali<br>     450 Golden Gate Avenue<br>     16th Floor, Courtroom 17<br>     San Francisco, CA 94102 |

TO: CLERK OF THE BANKRUPTCY COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** that creditors BARBARA ZELMER and ROBERT ZELMER. Hereby withdraw their Motion for Relief from Stay and Abstention pursuant to 28 U.S.C. § 1134(c)(1), without prejudice, which was set to be heard on June 25, 2019, at 9:30 a.m., before Judge Dennis Montali in Courtroom 17, at 450 Golden

---

Gate Avenue, San Francisco, CA.  The motion should be taken <u>off calendar</u>.

DATED: June 6, 2019

*s/ Manuel Corrales, Jr.*
Manuel Corrales, Jr., Esq.
Attorney for Creditors
BARBARA ZELMER and ROBERT ZELMER

Manuel Corrales, Jr. SBN 117647
ATTORNEY AT LAW
17140 Bernardo Center Drive, Suite 358
San Diego, CA 92128
Tel: (858) 521-0634/Fax: (858) 521-0633
Email: mannycorrales@yahoo.com

Attorney for Creditors BARBARA JEAN ZELMER
and ROBERT THOMAS ZELMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re<br><br>**PG&E CORPORATION**<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　Debtors.<br><br>○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Corporation<br>⊗ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 25, 2019<br>Time: 9:30 a.m. (PT)<br>Ctrm: Hon. Dennis Montali<br>　　　450 Golden Gate Avenue<br>　　　16th Floor, Courtroom 17<br>　　　San Francisco, CA 94102 |

　　　I declare under penalty of perjury under the laws of the United States of America that the following is true ad correct:

　　　I am employed in the City of San Diego, County of San Diego, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to this action. I am an employee of Manuel Corrales, Jr., and my business address is 17140 Bernardo Center Drive, Suite 358, San Diego, California 92128.

---

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　1

I served the attached documents:

- **CREDITORS BARBARA ZELMER AND ROBERT ZELMER'S NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY, WITHOUT PREJUDICE**

by the following means:

- ☑ **BY ECF**. Based on court rules or an agreement of the parties to accept service by electronic transmission, on June 6, 2019 I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

    See **Attachment A** for list of ECF participants.

- ☑ **BY ELECTRONIC SERVICE**. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on June 6, 2019 to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Stephen Karotkin<br>stephen.karotkin@weil.com<br>Jessica Liou<br>jessica.liou@weil.com<br>Matthew Goren<br>matthew.goren@weil.com<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Proposed Counsel for Debtor, PG&E Corporation |
| Timothy S. Lafferdi<br>Office of the U.S. Trustee<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>timothy.s.laffredi@usdoj.gov | Counsel for Acting U.S. Trustee, Andrew R. Vara |
| Paul S. Aronzon<br>paronzon@milbank.com<br>Gregory A. Bray<br>gbray@milbank.com<br>Thomas R. Kreller<br>tkreller@milbank.com | Proposed Counsel for Official Committee of Unsecured Creditors |

CERTIFICATE OF SERVICE 2

| | |
|---|---|
| MILBANK LLP<br>2029 Century Park East, 33rd Flr.<br>Los Angeles, CA 90067 | |
| Dennis F. Dunne<br>ddunne@milbank.com<br>Samuel A. Khalil<br>skhalil@milbank.com<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 | Proposed Counsel for Official Committee of Unsecured Creditors |
| Maura Walsh Ochoa<br>Waylon J. Pickett<br>Todd C. Harshman<br>GROTEFELD HOFFMANN<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur, CA 94939<br>P: (415) 344-9670<br>F: (415) 989-2802<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com<br>tharshman@ghlaw-llp.com<br>lcortez@ghlaw-llp.com (Paralegal)<br>lheath@ghlaw-llp.com (Paralegal) | Attorneys for Subrogation Plaintiffs<br>State Farm General Insurance Company, et al.<br><br>Case No. 15CV41266 |
| Shawn E. Caine<br>LAW OFFICES OF SHAWN E. CAINE<br>1221 Camino Del Mar<br>Del Mar, CA 92014<br>P: (858) 350-1660<br>F: (866) 754-1398<br>scaine@cainelaw.com | Attorneys for Subrogation Plaintiffs<br>United Services Automobile Association, et al. |
| Craig S. Simon<br>BERGER KAHN, A LAW CORPORATION<br>1 Park Plaza, Suite 340<br>Irvine, CA 92614<br>P: (949) 474-1880<br>F: (949) 313-5029<br>csimon@bergerkahn.com<br>smuncey@bergerkahn.com<br><br>(Paralegal) | Attorneys for Subrogation Plaintiffs<br>Fire Insurance Exchange, et al.<br>Case No. 15CV41276 |
| Evan S. Nadel<br>MINTZ LEVIN COHN FERRIS GLOVSKY | Attorneys for Liberty Mutual Fire Insurance |

| | |
|---|---|
| AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>P: (415) 326-6000<br>F: (415) 326-6001<br>enadel@mintz.com | Company and Liberty Insurance Corporation |
| Dario de Ghetaldi<br>Amanda Riddle<br>Clare Capaccioli Velasquez<br>COREY, LUZAICH, DE GHETALDI, & RIDDLE LLP<br>700 El Camino Real<br>Millbrae, CA 94030<br>P: (650) 871-5666<br>F: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>ccv@coreylaw.com<br>dlp@coreylaw.com | Attorneys for Individual Plaintiffs |
| Mike Danko<br>Kristine Meredith<br>Shawn Miller<br>Brad Bowen<br>DANKO MEREDITH<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>P: (650) 453-3600<br>F: (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com<br>bbowen@dankolaw.com | Attorneys for Individual Plaintiffs |
| Daniel G. Whalen<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA 90067<br>P: (310) 552-3800<br>F: (310) 552-9434<br>dwhalen@elllaw.com<br>gwaters@elllaw.com<br>ajacobson@elllaw.com<br>ebell@elllaw.com<br>tgunther@elllaw.com | Attorneys for Individual Plaintiffs |

| | |
|---|---|
| John Gomez<br>Ahmed Diab<br>GOMEZ TRIAL ATTORNEYS<br>655 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>P: (619) 237-3490<br>F: (619) 237-3496<br>john@gomeztrialattorneys.com<br>adiab@gomeztrialattorneys.com<br>michelle@gomeztrialattorneys.com<br>(Paralegal) | Co-Counsel for Individual Plaintiffs<br>Richard Tyler, et al.<br>Case No. CGC-15-548319 |
| Scott Summy, Esq.<br>Britt K. Strottman, Esq.<br>John Fiske, Esq.<br>BARON & BUDD<br>603 N. Coast Highway, Suite G<br>Solana Beach, CA 92075<br>P: (858) 225-7200<br>ssummy@baronbudd.com<br>bstrottman@baronbudd.com<br>jfiske@baronbudd.com<br>jnard@baronbudd.com<br>lphilpott@baronbudd.com<br>mgantos@baronbudd.com<br>emcintosh@baronbudd.com | Attorneys for Plaintiff<br>County of Calaveras<br>Case No. CGC-18-564465 |
| Robert W. Jackson<br>Brett R. Parkinson<br>JACKSON & PARKINSON, TRIAL LAWYERS<br>205 W. Alvarado Street<br>Fallbrook, CA 92028<br>P: (760) 723-1295<br>F: (760) 723-9561<br>robert@jacksontriallawyers.com<br>brett@jacksontriallawyers.com | Attorneys for Individual Plaintiffs |
| Eric Ratinoff<br>Coell M. Simmons<br>ERIC RATINOFF LAW CORP.<br>401 Watt Avenue, Suite 1<br>Sacramento, CA 95864<br>P: (916) 970-9100<br>F: (916) 246-1696<br>eric@ericratinoff.com<br>csimmons@ericratinoff.com<br>kbenzler@ericratinoff.com | Attorneys for Individual Plaintiffs |

| | |
|---|---|
| scleckler@ericratinoff.com<br>lconley@ericratinoff.com | |
| Steven M. Campora<br>Catia G. Saraiva<br>DREYER BABICH BUCCOLA WOOD, et al.<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>P: (916) 379-3500<br>F: (916) 379-3599<br>scampora@dbbwc.com<br>csaraiva@dbbwc.com<br>nwong@dbbwc.com<br>acrowl@dbbwc.com | Attorneys for Individual Plaintiffs<br>Fred Slifkoff, et al<br>Case No. 15CV41194<br>Richard C. Bush, et al.<br>Case No. 15CV41261 |
| John V. Airola<br>AIROLA LAW OFFICES<br>333 University Avenue, #200<br>Sacramento, CA 95825<br>P: (916) 971-3314<br>F: (916) 971-3402<br>john@law4injury.com | Attorneys for Individual Plaintiffs |
| Frank M. Pitre<br>Alison E. Cordova<br>COTCHETT PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>P: (650) 697-6000<br>F: (650) 697-0577<br>fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>tstevens@cpmlegal.com<br>(Assistant)<br>mdominguez@cpmlegal.com<br>(Paralegal) | Attorneys for Individual Plaintiffs<br>Teresa L. Rush<br>Case No. 15CV41261<br>Fred Slifkoff<br>Case No. 15CV41194 |
| Ken Roye<br>Joseph Astleford<br>LAW OFFICE OF KENNETH P. ROYE<br>142 West 2nd Street, Suite B<br>Chico, CA 95928<br>P: (530) 893-2398<br>F: (530) 893-2396<br>ken@kenroyelaw.com<br>joseph@kenroyelaw.com<br>deann@kenroyelaw.com (Assistant) | Attorneys for Individual Plaintiffs<br>James and Cathy Boyle, et al.<br>Case No. CGC-17-561200 |

| | |
|---|---|
| brittany@kenroyelaw.com<br>(Assistant)<br><br>Jeffery L. Caufield<br>CAUFIELD & JAMES LLP<br>2851 Camino Del Rios S #410<br>San Diego, CA 92108<br>P: (619) 325-0441<br>F: (619) 325-0231<br>jeff@caufieldjames.com | |
| Christopher C. Sieglock<br>LAW OFFICES OF CHRISTOPHER C. SIEGLOCK, A Professional Corporation<br>1221 Camino Del Mar<br>Del Mar, CA 92014<br>P: (209) 712-8814<br>F: (866) 664-0577<br>chris@sieglocklaw.com | Attorneys for Individual Plaintiffs |
| Dave Fox<br>FOX LAW APC<br>The Plaza Building<br>225 West Plaza Street, Suite 102<br>Solana Beach, CA 92075<br>P: (858) 256-7616<br>F: (858) 256-7618<br>dave@foxlawapc.com | Attorneys for Individual Plaintiffs |
| Gerald Singleton<br>Erika L. Vasquez<br>Amanda LoCurto<br>SINGLETON LAW FIRM, APC<br>115 West Plaza Street<br>Solana Beach, CA 92075<br>P: (760) 697-1330<br>F: (760) 697-1329<br>gerald@geraldsingleton.com<br>erika@geraldsingleton.com<br>amanda@geraldsingleton.com<br>tyler@geraldsingleton.com<br>(Paralegal)<br><br>Co-Counsel<br>Demetrios A. Sparacino<br>SPARACINO LAW CORPORATION<br>525 B Street, Suite 1500 | Attorneys for Individual Plaintiffs<br>Moeller and Stewart |

| | |
|---|---|
| San Diego, CA 92101<br>P: (619) 955-5254<br>F: (619) 374-1313<br>dsparacino@sparacinolaw.com | |
| Elliot Adler<br>Brittany Zummer<br>ADLER LAW GROUP, APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101<br>P: (619) 531-8700<br>F: (619) 342-9600<br>eadler@theadlerfirm.com<br>bzummer@theadlerfirm.com<br>chunter@theadlerfirm.com<br><br>(Paralegal) | Attorneys for Individual Plaintiffs |
| Manuel Corrales, Jr.<br>MANUEL CORRALES, JR. ATTORNEY AT LAW<br>17140 Bernardo Center Drive, Suite 358<br>San Diego, CA 92128<br>P: (858) 521-0634<br>F: (858) 521-0633<br>mannycorrales@yahoo.com<br>hcskanchy@hotmail.com<br>(Paralegal)<br>cariannesteinman@outlook.com<br><br>(Assistant) | Attorneys for Individual Plaintiffs Barbara Jean Zelmer and Robert Thomas Zelmer |
| R. Wesley Beavers<br>Jeffery A. Korinko<br>John F. Rutan, Jr.<br>Michael Deal<br>LAW OFFICES ANTHONY T. SCHNEDIER<br>4685 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>P: (949) 250-5549<br>F: (855) 880-5646<br>beaverr@nationwide.com<br>korinkj@nationwide.com<br>rutanj@nationwide.com<br>dealm2@nationwide.com<br>jerryj1@nationwide.com<br><br>(Paralegal) | Attorneys for Nationwide Mutual Insurance Company, et al.<br><br>Case No. 15CV41277 |

| | |
|---|---|
| Don Dowling<br>Jessica Rowen<br>ROSS, HACKETT, DOWLING, VALENCIA & WALTI<br>600 El Camino Real<br>San Bruno, CA 94066<br>P: (650) 588-0367<br>F: (650) 588-3413<br>ddowling@rosshackett.com<br>jrowen@rosshackett.com | Attorneys for Individual Plaintiffs Sachs, Thompson<br><br>Case No. 15CV41326 |
| Gregory M. Finch<br>SIGNATURE LAW GROUP, LLP<br>3400 Bradshaw Rd.<br>Sacramento, CA 95827<br>P: (916) 857-1100<br>F: (916) 880-5255<br>gfinch@signaturelawgroup.com | Attorneys for Individual Plaintiffs Gregory M. Finch and Shirley Thomas |
| Tasha Bollinger<br>LAW OFFICE OF TASHA M. BOLLINGER<br>829 Sonoma Avenue<br>Santa Rosa, CA 95404<br>P: (707) 292-5377<br>Tashabollinger3@yahoo.com | Attorney for Individual Plaintiff Steve Christopher |
| C. Jason Smith<br>Matthew M. Breining<br>SMITH, MCDOWELL & POWELL, A.L.C.<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA 95825<br>P: (916) 569-8100<br>F: (916) 848-3777<br>cjsmith@smplawcorp.com<br>mbreining@smplawcorp.com | Attorneys for Individual Plaintiffs Ann Dillon; Southern Exposure Wellness<br><br>Case No. 17CV42087 |
| Kenneth R. Chiate<br>Jeffrey N. Boozell<br>Sean Taheri<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>P: (213) 443-3000<br>F: (213) 443-3100<br>kenchiate@quinnemanuel.com<br>jeffboozell@quinnemanuel.com | Attorneys for Defendant Pacific Gas & Electric Company |

| seantaheri@quinnemanuel.com | |
|---|---|
| Gayle L. Gough<br>Mark J. Hancock<br>Sara Duncan<br>Andrew Briggs<br>Kristie Tappan<br>GOUGH & HANCOCK LLP<br>Two Embarcadero Center, Suite 640<br>San Francisco, CA 94111<br>P: (415) 848-8900<br>F: (415) 974-6745<br>gayle.gough@ghcounsel.com<br>mark.hancock@ghcounsel.com<br>sara.duncan@ghcounsel.com<br>andrew.briggs@ghcounsel.com<br>kristie.tappan@ghcounsel.com<br>jennifer.mcneil@ghcounsel.com | Attorneys for Defendant Pacific Gas & Electric Company |
| Randy W. Gimple<br>David Bona<br>Aaron Shapiro<br>Alex Cheng<br>Sunny Shapiro<br>CARLSON, CALLADINE & PETERSON<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>P: (415) 391-3911<br>F: (415) 391-3898<br>rgimple@ccplaw.com<br>dbona@ccplaw.com<br>shahn@ccplaw.com<br>ashapiro@ccplaw.com<br>acheng@ccplaw.com<br>sshapiro@ccplaw.com<br><br>Dale Miller<br>LINDEMANN MILLER LLP<br>233 S Wacker Drive, Suite 8400<br>Chicago, IL 60606<br>P: (312) 300-4505<br>F: (312) 300-4525<br>dale@lm-law.com | Attorneys for Defendant Trees, Inc.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Monitoring Counsel Canopius Underwriting Bermuda Limited |
| Matthew T. Hawk<br>GORDON & REES LLP | Attorneys for Defendant ACRT |

| | |
|---|---|
| 275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>P: (415) 986-5900<br>F: (415) 986-8054<br>mhawk@gordonrees.com<br>lvaughn@gordonrees.com<br>jvandecarr@gordonrees.com<br>ecordero@grsm.com<br>eruiz@grsm.com<br><br>I. Hooshie Broomand, Esq.<br>NEWMAN & BROOMAND, LLP<br>2360 East Bidwell Street, Suite 100<br>Folsom, CA 95630<br>P: (916) 932-0397<br>F: (916) 932-0398<br>ihb@nbllplaw.com<br><br>Rick S. Linkert<br>Jack A. Klauschie<br>MATHENY SEARS LINKERT JAIME<br>3638 American River Drive<br>Sacramento, CA 95864<br>P: (916) 978-3434<br>F: (916) 978-3430<br>rlinkert@mathenysears.com<br>jklauschie@mathenysears.com | |
| Jeffrey P. Reusch, Esq.<br>Kelly Welchans, Esq.<br>Deputy Attorney General<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>P: (916) 210-7804<br>jeffrey.reusch@doj.ca.gov<br>kelly.welchans@doj.ca.gov | CAL FIRE |
| Christopher Tayback<br>christayback@quinnemanuel.com | |
| Martin N. Buchanan (SBN 124193)<br>Law Office of Martin N. Buchanan, APC<br>655 West Broadway, Suite 1700 | Attorney for Plaintiffs Barbara Jean Zelmer and Robert Thomas Zelmer |

| | |
|---|---|
| San Diego, CA 92101<br>Telephone (619) 238-2426<br>martin@martinbuchanan.com | |
| Judicial Council of California<br>coordination@jud.ca.gov | |

Executed on June 6, 2019 at San Diego, California.

*/s/ Heather Skanchy*
Heather Skanchy

**ATTACHMENT "A"**

Service list of ECF participants

- **Monique D. Almy** malmy@crowell.com
- **Dana M. Andreoli** dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews** aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini** rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard** lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer** hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey** Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett** keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher** rbeacher@pryorcashman.com
- **Hagop T. Bedoyan** hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens** jbehrens@milbank.com, mkoch@milbank.com
- **Peter J. Benvenutti** pbenvenutti@kellerbenvenutti.com
- **Robert Berens** rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder** heinz@bindermalter.com
- **Stephan M. Brown** eric@thebklawoffice.com, Ellen@thebklawoffice.com
- **W. Steven Bryant** molly.batiste-debose@lockelord.com
- **Peter C. Califano** pcalifano@cwclaw.com
- **Christina Lin Chen** christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson** schristianson@buchalter.com
- **Robert N.H. Christmas** rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough** aclough@loeb.com
- **Marc Cohen** mscohen@loeb.com
- **Ashley Vinson Crawford** avcrawford@akingump.com, tsouthwell@akingump.com
- **Keith J. Cunningham** rkelley@pierceatwood.com
- **Keith J. Cunningham** kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran** jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Jonathan S. Dabbieri** dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Jonathan R. Doolittle** jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com
- **Cecily A. Dumas** cdumas@bakerlaw.com
- **Dennis F. Dunne** mkoch@milbank.com, jbrewster@milbank.com
- **David V. Duperrault** dvd@svlg.com, edn@svlg.com
- **Kevin M. Eckhardt** keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg** JAE1900@yahoo.com
- **Sally J. Elldngton** sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel** larry@engeladvice.com

1

- **Krista M. Enns** kenns@beneschlaw.com
- **Michael P. Esser** michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin** richard.esterkin@morganlewis.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **James J. Ficenec** james.ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Jonathan Forstot** jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot** john.murphy@troutman.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu** jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel** lgabriel@bg.law nfields@bg.law
- **Gregg M. Galardi** gregg.galardi@ropesgray.com
- **Richard L. Gallagher** richard.gallagher@ropesgray.com
- **Janet D. Gertz** jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser** bglaser@swesq.com
- **Gabriel I. Glazer** gglazer@pszjlaw.com
- **Gabrielle Glemann** gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Eric D. Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H. Golubow** rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Mark A. Gorton** mgorton@boutinjones.com, cdorningo@boutininc.com
- **Mark A. Gorton** mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried** mgottfried@lgbfirm.com, msutton@lgbfirm.com
- **Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Daniel J. Griffin** eric@thebklawoffice.com, christina@thebklawoffice.com
- **Stuart G. Gross** sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy** eguffy@lockelord.com, autodocket@lockelord.com
- **Oren Buchanan Haker** oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen** dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris** rob@bindermalter.com
- **Christopher H. Hart** chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins** bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins** hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M. Hayden** jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes** jhayes@fhlawllp.com
- **Alaina R. Heine** alaina.heine@dechert.com, brett.stone@dechert.com

- **Stephen E. Hessler, P.C.** jozette.chong@kirkland.com
- **Sean T. Higgins** aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill** hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue** hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman** david.holtzman@hklaw.com
- **Marsha Houston** mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang** shane.huang@usdoj.gov
- **Brian D. Huben** hubenb@ballardspahr.com
- **Jonathan Hughes** jonathan.hughes@aporter.com, jane.rustice@aporter.com
- **Michael A. Isaacs** Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola** mvi@sbj-law.com
- **J. Eric Ivester** Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester** Andrea.Bates@skadden.com
- **Ivan C. Jen** ivan@icjenlaw.com
- **Chris Johnstone** chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones** GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian** rjulian@bakerlaw.com
- **Roberto J. Kampfner** rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan** rbk@jmbm.com
- **Eve H. Karasik** ehk@lnbyb.com
- **Tobias S. Keller** tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly** lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel A. Khalil** skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Marc Kieselstein** carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kellerbenvenutti.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg** akornberg@paulweiss.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com
- **Michael Thomas Krueger** michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping** rich@trodellalapping.com
- **Matthew A. Lesnick** matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch** bletsch@braytonlaw.com
- **David B. Levant** david.levant@stoel.com, rene.alvin@stoel.com

- **Andrew H. Levin** alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **William S. Lisa ,** jcaruso@nixonpeabody.com
- **William S. Lisa** wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb** jon.loeb@bingham.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano** jane-luciano@comcast.net
- **Kerri Lyman** klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy** macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com
- **Iain A. Macdonald** iain@macfern.com, ecf@macfern.com
- **Samuel R. Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta** adam.malatesta@1w.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter** michael@bindermalter.com
- **Geoffrey E. Marr** gemarr59@hotmail.com
- **David P. Matthews** jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy** patrick.maxcy@snrdenton.com
- **Hugh M. McDonald** hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald ,** john.murphy@troutman.com
- **C. Luckey McDowell** luckey.mcdowell@bakerbotts.com
- **Frank A. Merola** lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger** belvederelegalecf@gmail.com
- **M. David Minnick** dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell** tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe** john.moe@dentons.com, glenda.spratt@dentons.com
- **Kevin Montee** kmontee@monteeassociates.com
- **David W. Moon** lacalendar@stroock.com, mmagzamen@stroock.com
- **Courtney L. Morgan** morgan.courtney@pbgc.gov
- **Joshua D. Morse** Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes** tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz** pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers** myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias** anahmias@rnbnlawyers.com
- **David L. Neale** dln@lnbrb.com
- **David L. Neale** dln@lnbyb.com
- **David Neier** dneier@winston.com
- **Melissa T. Ngo** ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Gregory C. Nuti** gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient** aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee/SF** USTPRegion17.SF.ECF@usdoj.gov
- **Aram Ordubegian** Ordubegian.Aram@ArentFox.com

4

- **Shai Oved** ssoesq@aol.com, Ovedlaw@hotmail.com
- **Gabriel Ozel** Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla** Margarita.Padilla@doj.ca.gov
- **Amy S. Park** amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson** donna@parkinsonphinney.com
- **Peter S. Partee** , candonian@huntonak.com
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale** , mlaskowski@stroock.com
- **Valerie Bantner Peo** vbantnerpeo@buchalter.com
- **Danielle A. Pham** Danielle.pham@usdoj.com
- **Thomas R. Phinney** tom@parkinsonphinney.corn
- **R. Alexander Pilmer** alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino** epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Plevin** mplevin@crowell.com
- **Mark D. Poniatowski** ponlaw@ponlaw.com
- **Christopher E. Prince** cprince@lesnickprince.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **Jack A. Reitman** jareitman@lgbfirm.com, srichmond@lgbfirrn.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester** lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Eric E. Sagerman** esagerman@bakerlaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.corn
- **Sunny S. Sarkis** sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sblend A. Sblendorio** sas@hogefenton.com
- **Lisa Schweitzer** lschweitzer@cgsh.com
- **David B. Shemano** dshemano@pwkllp.com
- **James A. Shepherd** jim@elkshep.com, ecf@elkshep.com
- **Andrew I. Silfen** andrew.silfen@arentfox.com
- **Wayne A. Silver** w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon** csimon@bergerkahn.com, aketcher@bergerkahn.com

5

- **Dania Slim** dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Aaron C. Smith** asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith** adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol** jdsokol@lawssl.com, dwright@lawssl.com
- **Bennett L. Spiegel** blspiegel@jonesday.com
- **Michael St. James** ecf@stjames-law.com
- **David M. Stern** dstern@ktbslaw.com
- **Rebecca Suarez** rsuarez@crowell.com
- **Brad T. Summers** summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Elizabeth Lee Thompson** ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton** jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom** Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick** etredinnick@grms1law.com
- **Matthew Jordan Troy** matthew.troy@usdoj.gov
- **Andrew Van Ornum** avanoornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser** shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana** vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta** marta.villacorta@usdoj.gov
- **John A. Vos** InvalidEMailECfonly@gmail.com, PrivateECfNotice@gmail.com
- **Riley C. Walter** ecf@W2LG.com
- **Philip S. Warden** philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Genevieve G. Weiner** gweiner@gibsondunn.com
- **Joseph M. Welch** jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, Evette.rodriguez@nortonrosefulbright.com
- **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans** rwitthans@fhlawllp.com, rwitthans@fhlawllp.cpm
- **Risa Lynn Wolf-Smith** rwolf@hollandhart.com , lmlopezvelasquez@hollandhart.com
- **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
- **Kirsten A. Worley** kw@wlawcorp.com , admin@wlawcorp.com
- **Andrew Yaphe** andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com