

1

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 55
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

Signed and Filed: June 5, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
        jminias@willkie.com
        dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN BARBARA ZELMER AND ROBERT ZELMER AND AD HOC GROUP OF SUBROGATION CLAIM HOLDERS EXTENDING TIME TO RESPOND TO BARBRA ZELMER AND ROBERT ZELMER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Dkt. No. 2183<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Barbara Zelmer and Robert Zelmer and Ad Hoc Group of Subrogation Claim Holders Extending Time to Respond to Barbara Zelmer and Robert Zelmer's Motion for Relief from the Automatic Stay* ("**Stipulation**"), entered into by Barbara Zelmer and Robert Zelmber (collectively, the "**Zelmers**"), on the one hand, and the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"), on the other hand, filed on June 4, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Ad Hoc Subrogation Group to file and serve any response or opposition to the Lift Stay Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on June 20, 2019.

**\*\*END OF ORDER\*\***