

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

Signed and Filed: June 5, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**.

☐  Affects PG&E Corporation
☐  Affects Pacific Gas and Electric Company
☑  Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO KPMG APPLICATION AND MORRISON & FOERSTER APPLICATION**

Re: Dkt. Nos. 2171, 2193

[No Hearing Requested]

The Court having considered the *Stipulation Between Debtors and Official Committee of Tort Claimants Extending Time to Respond to KPMG Application and Morrison & Foerster Application* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"), on the other hand, filed on June __, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1.      The time for the TCC to file and serve any response or opposition to the KPMG Application and the Morrison & Foerster Application (as each term is defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on June 7, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated:  June 4, 2019

BAKER & HOSTETLER LLP

/s/ *Jorian L. Rose*
Jorian L. Rose

*Attorneys for Official Committee of Tort Claimants*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119