**Entered on Docket**
**June 06, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 5, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND CALIFORNIA STATE AGENCIES EXTENDING TIME TO RESPOND TO APPLICATION OF DELOITTE & TOUCHE LLP**<br><br>Re: Dkt. No. 1784<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and California State Agencies Extending Time to Respond to Application of Deloitte & Touche LLP* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, High Speed Rail Authority, and California Department of Fish and Wildlife (collectively, the "**California State Agencies**"), on the other hand, filed on June 5, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the California State Agencies to file and serve any response or opposition to the Application (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on June 7, 2019.

[Signature on next page]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

APPROVED AS TO FORM AND CONTENT:

Dated: June 5, 2019

XAVIER BECERRA
*Attorney General of California*
DANETTE VALDEZ
*Supervising Deputy Attorney General*

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP

/s/ *Paul J. Pascuzzi*
Paul J. Pascuzzi

*Attorneys for California Department of Toxic Substances Control, California Department of Water Resources acting by and though the California Energy Resources Scheduling Division and on behalf of the State Water Project, State Water Resources Control Board, Regional Water Quality Control Boards, State Energy Resources Conservation and Development Commission, California Department of Forestry and Fire Protection (CAL FIRE), California Coastal Commission, California Air Resources Board, Department of Parks and Recreation, San Francisco Bay Conservation and Development Commission, Department of Housing and Community Development, Central Valley Flood Protection Board, High Speed Rail Authority, and California Department of Fish and Wildlife*

**END OF ORDER**