1   Mark E. McKane, P.C. (SBN 230552)
    Michael P. Esser (SBN 268634)
2   KIRKLAND & ELLIS LLP
    555 California Street
3   San Francisco, CA 94104
    T: (415) 439-1400 / F: (415) 439-1500
4   mark.mckane@kirkland.com
    michael.esser@kirkland.com
5
    David R. Seligman, P.C. *(pro hac vice)*
6   KIRKLAND & ELLIS LLP
    300 North LaSalle
7   Chicago, IL 60654
    T: (312) 862-2000 / F: (312) 862-2200
8   dseligman@kirkland.com
9   Aparna Yenamandra *(pro hac vice)*
    KIRKLAND & ELLIS LLP
10  601 Lexington Avenue
    New York, NY 10022
11  T: (212) 446-4800 / F: (212) 446-4900
    aparna.yenamandra@kirkland.com
12
    *Counsel for Calpine Corporation, et al.*
13
                  **UNITED STATES BANKRUPTCY COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
                  **SAN FRANCISCO DIVISION**
16
17  In re:                                    Chapter 11

18  PG&E Corporation, Pacific Gas & Electric   Case No. 19-30088 (DM)
    Company,
                                              (Lead Case)
19              Debtors.                       (Jointly Administered)

20                                            **CERTIFICATE OF SERVICE**

21  ☐ Affects PG&E Corporation

22  ☐ Affects Pacific Gas and Electric Company

23  ☒ Affects both Debtors

24  *\* All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM)*
25
26
27
28

1    I, Austin Klar, declare and state as follows:

2    I am an associate at Kirkland & Ellis LLP. I am over the age of eighteen and am not a party to

3    this action.  My business address is 555 California Street, San Francisco, CA 94104.

4    I certify that on June 5, 2019, I caused true and correct copies of the *Joinder of Calpine*

5    *Corporation and its subsidiaries to Nextera Energy, Inc.'s, Motion for Limited Relief from Stay to*

6    *Participate in Appellate Proceedings with Respect to FERC Orders* [Docket No. 2411] to be

7    electronically served on all interested parties as set forth on the attached Notice of Electronic Filing.

8    I further certify that on June 6, 2019, I caused true and correct copies of the *Joinder of Calpine*

9    *Corporation and its subsidiaries to Nextera Energy, Inc.'s, Motion for Limited Relief from Stay to*

10   *Participate in Appellate Proceedings with Respect to FERC Orders* [Docket No. 2411] to be served

11   via Federal Express on the following Standard Party:

12   **The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO**

13   **Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.)**

14

15   I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.

17   Executed this 6th day of June, 2019 in San Francisco, California.

18                                         */s/ Austin L. Klar*
                                          Austin L. Klar
19

20

21

22

23

24

25

26

27

28

## Miscellaneous:

19-30088 PG&E Corporation

Type: bk                    Chapter: 11 v              Office: 3 (San Francisco)
Assets: y                   Judge: DM                  Case Flag: CLMAGT, PlnDue,
                                                       DsclsDue, JNTADMN

**U.S. Bankruptcy Court**

**Northern District of California**

Notice of Electronic Filing

The following transaction was received from Michael P. Esser entered on 6/5/2019 at 5:05 PM PDT and filed on 6/5/2019

**Case Name:**          PG&E Corporation
**Case Number:**        19-30088
**Document Number:**    2411

**Docket Text:**
Joinder *of Calpine Corporation et al* (RE: related document(s)[2400] Motion for Relief From Stay). Filed by Interested Party Calpine Corporation (Esser, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Joinder.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=6/5/2019] [FileNumber=35413855-0
] [863c843afdeb704596bf36b8a2cf1354f1f4423b74ff857f9a68b29512c5ec50924
8d45c7574933cf5072c4ee84c63cb090e81e6a4557fb7247bdf57e270d743]]

**19-30088 Notice will be electronically mailed to:**

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, pspencer@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, abalian@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Todd M. Bailey on behalf of Interested Party California Franchise Tax Board
Todd.Bailey@ftb.ca.gov

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California
jbeiswenger@omm.com, llattin@omm.com

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom
jbeiswenger@omm.com, llattin@omm.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Debtor PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Robert Berens on behalf of Creditor XL Specialty Insurance Company
rberens@smtdlaw.com, sr@smtdlaw.com

Heinz Binder on behalf of Creditor Almendariz Consulting, Inc.
heinz@bindermalter.com

Heinz Binder on behalf of Interested Party The Utility Reform Network (TURN)
heinz@bindermalter.com

Frank Bloksberg on behalf of Creditor Kevin Thompson
frank@bloksberglaw.com, frank@joinaikido.com

Frank Bloksberg on behalf of Creditor Mia Nash
frank@bloksberglaw.com, frank@joinaikido.com

Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc.
njbloomfield@njblaw.com, gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV

Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC
enbrady@jonesday.com

Erin N. Brady on behalf of Interested Party esVolta, LP
enbrady@jonesday.com

Ronald K. Brown on behalf of Interested Party Central Valley Associates, L.P.
rkbgwhw@aol.com, lesleysich1@aol.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor CRG Financial LLC
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor Gowan Construction Company Inc.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor KERMAN TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor PINNACLES TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor SIERRA TELEPHONE COMPANY, INC.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor TDS TELECOM
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor THE PONDEROSA TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor VOLCANO TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Adam Balogh
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Brian Bolton
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Heather Blowers
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lara Balas
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lisa Delaine Allain
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Sharon Britt
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Thomas Atkinson
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party United Energy Trading, LLC
leah.capritta@hklaw.com, lori.labash@hklaw.com

Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC
kcatanese@foley.com

Katherine Rose Catanese on behalf of Interested Party Corelogic Spatial Solutions, LLC
kcatanese@foley.com

Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christina Lin Chen on behalf of Creditor OneSource Supply Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
aclough@loeb.com

Alicia Clough on behalf of Interested Party Capital Power Corporation
aclough@loeb.com

John B. Coffman on behalf of Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
kevin.collins@btlaw.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Manuel Corrales, Jr. on behalf of Creditor Robert Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE

dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Liberty Specialty Markets
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Munich Re
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

Ashley Vinson Crawford on behalf of Interested Party Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

John Cumming on behalf of Interested Party California Department of Industrial Relations
jcumming@dir.ca.gov

J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Baseline P&R, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor DF Properties
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Joiner Limited Partnership
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor KV Sierra Vista, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Brian T. Howe
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr.
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Stephen J Norman
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Jonathan S. Dabbieri on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
dabbieri@sullivanhill.com, bkstaff@sullivanhill.com

Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor CM Distributors, Inc.
jad@jdescalso.com, jad_9193@ecf.courtdrive.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Jonathan R. Doolittle on behalf of Creditor BP Energy Company
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor BP Products North America Inc.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Bender Rosenthal, Incorporated
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Southern Disaster Recovery, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a
Teichert Aggregates
jdreher@downeybrand.com

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip Verwey
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso
Cogeneration Company, L.P.
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland
Biomass Power, Ltd.
keckhardt@hunton.com, candonian@huntonak.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Sally J. Elkington on behalf of Creditor W. Bradley Electric, Inc.
sally@elkshep.com, ecf@elkshep.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor Infosys Limited
kenns@beneschlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New
Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela Coker
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine McClure
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen Franklin

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara Hill
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami Coleman
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company
sfinestone@fhlawllp.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Peter Friedman on behalf of Interested Party Governor Gavin Newsom
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

Duane M. Geck on behalf of Interested Party Liberty Specialty Markets
dmg@severson.com

Duane M. Geck on behalf of Interested Party Munich Re
dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC

evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@swesq.com

Barry S. Glaser on behalf of Interested Party The County of Placer
bglaser@swesq.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
glassmanp@gtlaw.com

Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District
glassmanp@gtlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Creditor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Capital Dynamics, Inc., et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party FTP Power LLC, et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Gill Ranch Storage, LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton

mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Northern California Power Agency
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutinjones.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutininc.com, cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella's Eatery
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor David Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Estefania Miranda
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Jedidiah Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Julia Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Steven Jones
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Chico Rent-A-Fence
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Gabriella's Eatery
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff David Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Estefania Miranda
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Gabriell Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Jedidiah Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Julia Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Steven Jones
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lgottlieb@labaton.com, mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
eric.grasberger@stoel.com, docketclerk@stoel.com

Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Stuart G. Gross on behalf of Creditor San Francisco Herring Association
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Adelina Mcneive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Aida Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Cathy Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dan Clarke
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dennis Caselli
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Gurdon Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Laura Hart
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Minh Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Ramiro Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Sam Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Todd McNeive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC
eguffy@lockelord.com, autodocket@lockelord.com

Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Oren Buchanan Haker on behalf of Creditor Capital Dynamics, Inc.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power
III LLC, and Shiloh I Wind Project LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Capital Dynamics, Inc., et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Enel Green Power North America, Inc., et al. and
Enel X
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party FTP Power LLC, et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Gill Ranch Storage, LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com, mmagzamen@stroock.com

Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor ChargePoint, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor TURN-The Utility Reform Network
rob@bindermalter.com

Robert G. Harris on behalf of Interested Party The Utility Reform Network (TURN)
rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires
chart@nutihart.com, nwhite@nutihart.com

Bryan L. Hawkins on behalf of Creditor Capital Dynamics, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Capital Dynamics, Inc., et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel
X
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party FTP Power LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party FTP Power LLC, et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Gill Ranch Storage, LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Christopher V. Hawkins on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com

Christopher V. Hawkins on behalf of Creditor SLF Fire Victim Claimants
hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com

Jan M Hayden on behalf of Creditor APTIM
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Phillips & Jordan, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Snelson Companies, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor TTR Substations, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jennifer C. Hayes on behalf of Creditor Aggreko
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor MCE Corporation
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Nor-Cal Pipeline Services
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Roebbelen Contracting, Inc.
jhayes@fhlawllp.com

Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company
alaina.heine@dechert.com, brett.stone@dechert.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
jozette.chong@kirkland.com

Sean T. Higgins on behalf of Creditor Agajanian, Inc.
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Terry L. Higham on behalf of Interested Party City of Morgan Hill
t.higham@bkolaw.com, achavez@bkolaw.com

James P. Hill on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay
Fire Litigation of October 2017 and the Camp Fire Litigation
hill@sullivanhill.com, bkstaff@sullivanhill.com

Michael R. Hogue on behalf of Creditor Cardno, Inc.
hoguem@gtlaw.com, frazierl@gtlaw.com

Michael R. Hogue on behalf of Creditor Ruby Pipeline, L. L. C
hoguem@gtlaw.com, frazierl@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
david.holtzman@hklaw.com

David Holtzman on behalf of Defendant Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc.
allie.horwitz@dinsmore.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Kiefner and Associates, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Defendant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party URENCO Limited
hubenb@ballardspahr.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co.
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Mark V. Isola on behalf of Creditor VETERAN POWER, INC.
mvi@sbj-law.com

J. Eric Ivester on behalf of Interested Party First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Willow Springs Solar 3, LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Andrea.Bates@skadden.com

Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

Gregory K. Jones on behalf of Creditor Honeywell International Inc.

GJones@dykema.com, cacossano@dykema.com

Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com, mco@whitecase.com

Gary M. Kaplan on behalf of Creditor TTR Substations, Inc.
gkaplan@fbm.com, calendar@fbm.com

Robert B. Kaplan on behalf of Creditor Peter Ouborg
rbk@jmbm.com

Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc.
ehk@lnbyb.com

William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, laj@procopio.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy, Inc.
skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Debtor Pacific Gas and Electric Company
jkim@kellerbenvenutti.com

Jane Kim on behalf of Plaintiff PG&E Corporation
jkim@kellerbenvenutti.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Thomas F. Koegel on behalf of Creditor Nexant Inc.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor Vantage Wind Energy LLC
tkoegel@crowell.com

Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Alan W. Kornberg on behalf of Creditor California Public Utilites Commsion
akornberg@paulweiss.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commission
akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Munich Re
bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com, psantos@gibsondunn.com

Jeffrey C. Krause on behalf of Interested Party Topaz Solar Farms LLC
jkrause@gibsondunn.com, psantos@gibsondunn.com

Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tkreller@milbank.com, dmuhrez@milbank.com

Thomas R. Kreller on behalf of Interested Party Official Committee Of Unsecured Creditors
tkreller@milbank.com, dmuhrez@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hamanaka Painting Co., Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Precision Crane Service, Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Townsend & Schmidt Masonry
hkreuser@porterlaw.com, ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Boris Kukso on behalf of Interested Party Internal Revenue Service
boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor Valero Refining Company-California
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

Michael Lauter on behalf of Creditor Ormat Technologies Inc.
mlauter@sheppardmullin.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
lawallf@pepperlaw.com, henrys@pepperlaw.com

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party Kepco California LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Creditor Capital Dynamics, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Calpine Corporation
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Capital Dynamics, Inc., et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Enel Green Power North America, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party FTP Power LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party FTP Power LLC, et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Gill Ranch Storage, LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com, vcorbin@wcghlaw.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor Centerbridge Partners, L.P.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor Centerbridge Special Credit Partners III, L.P.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor MCHA Holdings, LLC
Malevinson@orrick.com, BOrozco@orrick.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim
Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.
jon.loeb@bingham.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jane Luciano on behalf of Creditor Jane Luciano
jane-luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Company
klyman@irell.com, lgauthier@irell.com

Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC
klyman@irell.com, lgauthier@irell.com

John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the

macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor U.S. TelePacific Corp. dba TPx Communications
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro
Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

David P. Matthews on behalf of Creditor Fire Victim Creditors
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David P. Matthews on behalf of Interested Party Terry Hodges
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company
patrick.maxcy@snrdenton.com

Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co.
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
hugh.mcdonald@troutman.com, john.murphy@troutman.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.

john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Clearway Energy Group LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party Clearway Energy, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party MC Shiloh IV Holdings LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party Marubeni Corporation
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and
Clearway Energy Group LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party NRG Energy, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc.
luckey.mcdowell@bakerbotts.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-sf.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Donna Walker
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Mark Pulido
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Joshua M. Mester on behalf of stockholders PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan Clarke

belvederelegalecf@gmail.com

Randy Michelson on behalf of Interested Party Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

Joseph G. Minias on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A
dminnick@pillsburylaw.com, docket@pillsburylaw.com

Thomas C. Mitchell on behalf of Creditor MNOC AERS LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Arlington Wind Power Project LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party EDP Renewables North America LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Rising Tree Wind Farm II LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Dentons US LLP
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Halkirk I Wind Project LP
john.moe@dentons.com, glenda.spratt@dentons.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors

Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Joshua D. Morse on behalf of Other Prof. FTI Consulting, Inc.
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Nevada Irrigation District
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Wild Goose, LLC
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com, hartt@ballardspahr.com

Michael S. Myers on behalf of Creditor Realty Income Corporation
myersms@ballardspahr.com, hartt@ballardspahr.com

Alan I. Nahmias on behalf of Creditor EN Engineering, LLC
anahmias@mbnlawyers.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

David Neier on behalf of Creditor California Efficiency + Demand Management Council
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Management - TIR, LLC
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Partners, L.P.
dneier@winston.com

David Neier on behalf of Creditor Peninsula Clean Energy Authority
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources PUC, LLC
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources, LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Howard S. Nevins on behalf of Creditor Performance Contracting, Inc.
hnevins@hsmlaw.com, lsamosa@hsmlaw.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, cherie.clark@stoel.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Calaveras County Water District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Clearlake
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Napa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Santa Rosa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Lake County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Mendocino County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Napa County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Nevada County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space
District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Town of Paradise
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Yuba County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Interested Party Public Entities Impacted by the Wildfires
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy
aobrient@mintz.com, docketing@mintz.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, ecf@macfern.com

Steven M. Olson on behalf of Creditor Aztrack Construction Corporation
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Creditor Southern Power Company
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Interested Party Southern Power Company
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control
Margarita.Padilla@doj.ca.gov

Margarita Padilla on behalf of Interested Party California Department of Water Resources
Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party Atlantica Yield plc
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Yuba County Water Agency
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Interested Party DTE Stockton, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso
Cogeneration Company, L.P.
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Potrero Hills Energy Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Sunshine Gas Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland
Biomass Power, Ltd.
candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Creditor California State Agencies
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Toxic Substances Control
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Water Resources
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Jennifer Pastarnack on behalf of Creditor Whitebox Asymmetric Partners, LP
jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com

Jennifer Pastarnack on behalf of Creditor Whitebox Multi-Strategy Partners, LP
jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com

Charles Scott Penner on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Charles Scott Penner on behalf of Defendant AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Valerie Bantner Peo on behalf of Creditor Oracle America, Inc.
vbantnerpeo@buchalter.com

Danielle A. Pham on behalf of Defendant Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Danielle A. Pham on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Thomas R. Phinney on behalf of Creditor Yuba County Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party Federal Monitor
alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases
epino@epinolaw.com, staff@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc.
GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd.
mplevin@crowell.com

Mark D. Poniatowski on behalf of Creditor Holt of California
ponlaw@ponlaw.com

William L. Porter on behalf of Creditor New West Partitions
bporter@porterlaw.com, Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Amy C. Quartarolo on behalf of Interested Party Crockett Cogeneration
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Interested Party MRP San Joaquin Energy, LLC
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Interested Party Middle River Power, LLC
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor California Efficiency + Demand Management Council
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Management - TIR, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Partners, L.P.
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Peninsula Clean Energy Authority
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources PUC, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Interested Party Macquarie Energy LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Defendant Cheryl Montellano
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Max M. Montellano
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Company
jreisner@irell.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriella's Eatery
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff David Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Estefania Miranda
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriell Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Julia Herndon
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P. Rich on behalf of Creditor SEIU United Service Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Counter-Claimant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Kiefner and Associates, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Parsons Environment & Infrastructure, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Defendant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Interested Party JAN X-Ray Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
robertson.daniel@pbgc.gov, efile@pbgc.gov

Lacey E. Rochester on behalf of Creditor APTIM
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Phillips & Jordan, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Snelson Companies, Inc.

lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor TTR Substations, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
mrogers@lambertrogers.com, jan@lambertrogers.com

Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
jrose@bakerlaw.com

Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Goodfellow Bros. California, LLC
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor McGuire and Hester
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Sanco Pipelines, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Stadtner Co., Inc. dba Sierra Electric Co.
arrosin@alr-law.com

Jay M. Ross on behalf of Interested Party The City of Oakland
jross@hopkinscarley.com, eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing
Company
grougeau@brlawsf.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Debtor PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff PG&E Corporation

trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com, pgedocket@bakerlaw.com

Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation
jsanders@stblaw.com, lsoboleva@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Board of Pacific Gas and Electric Company
jsanders@stblaw.com, lsoboleva@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Certain Current and Former Independent Directors
jsanders@stblaw.com, lsoboleva@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Lovee Sarenas on behalf of Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC

sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Barbara Morris
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Brandee Goodrich
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Kristal Davis-Bolin
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Marie Valenza
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Mary Haines
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
sas@hogefenton.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com, vickie.leyson@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
lschweitzer@cgsh.com

David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
dshemano@pwkllp.com

James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
jim@elkshep.com, ecf@elkshep.com

Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party BOKF, NA
andrew.silfen@arentfox.com

Andrew I. Silfen on behalf of Interested Party Bank of Oklahoma Financial
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party American Reliable Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Amica Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Assurant Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California Casualty Indemnity Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California FAIR Plan Association
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Church Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Crusader Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Farmers Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Gencon Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party National General Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nationwide Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nautilus Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Privilege Underwriters Reciprocal Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Sutter Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Topa Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Wawanesa General Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Zenith Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Michael K. Slattery on behalf of Creditor County of San Luis Obispo
mslattery@lkfirm.com, rramirez@lkfirm.com

Dania Slim on behalf of Creditor BANK OF AMERICA N.A
dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party FTP Power LLC, et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Global Diving & Salvage, Inc.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
asmith@lockelord.com, autodocket@lockelord.com

Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
jdsokol@lawssl.com, dwright@lawssl.com

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Asymmetric Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Multi-Strategy Partners, LP
rsoref@polsinelli.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
dstern@ktbslaw.com

David M. Stern on behalf of Interested Party NextEra Energy, Inc.
dstern@ktbslaw.com

Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
rsuarez@crowell.com

Rebecca Suarez on behalf of Intervenor Vantage Wind Energy LLC
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
summerst@lanepowell.com, docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com

Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union
1245
Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Andrew Van Ornum on behalf of Creditor Geosyntec Consultants, Inc.
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company
shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Attorney Midway Sunset Cogeneration Company
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Midway Sunset Cogeneration Company
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Philip S. Warden on behalf of Creditor Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Genevieve G. Weiner on behalf of Creditor Topaz Solar Farms LLC
gweiner@gibsondunn.com

Genevieve G. Weiner on behalf of Interested Party Topaz Solar Farms LLC
gweiner@gibsondunn.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

David Walter Wessel on behalf of Creditor Mikhail Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Eric R. Wilson on behalf of Creditor Tata Consultancy Services
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com

Kimberly S. Winick on behalf of Interested Party Kimberly Winick
kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Berry Petroleum Company, LLC
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor MRC Global (US) Inc.
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc.

rwitthans@fhlawllp.com, rwitthans@fhlawllp.com

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Risa Lynn Wolf-Smith on behalf of Interested Party Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Douglas Wolfe on behalf of Creditor ASM Capital X LLC
dwolfe@asmcapital.com

Catherine E. Woltering on behalf of Creditor Committee Official Committee of Tort Claimants
cwoltering@bakerlaw.com

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov, efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
christopher.wong@arentfox.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor GEI Consultants, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.
tyoon@crowell.com

Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.
byoung@jmbm.com, jb8@jmbm.com

Brittany Zummer on behalf of Creditor Mirna Trettevik
bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

Dario de Ghetaldi on behalf of Creditor Fire Victim Creditors
deg@coreylaw.com, lf@coreylaw.com

**19-30088 Notice will not be electronically mailed to:**

E. Elliot Adler on behalf of Creditor Mirna Trettevik
Adler Law Group, APLC

402 W. Broadway, #860
San Diego, CA 92101

Max Africk on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Max Africk on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Arocles Aguilar on behalf of Creditor California Public Utilites Commision
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Arocles Aguilar on behalf of Creditor California Public Utilities Commission
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Robert Albery
Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112

Mary E. Alexander on behalf of Interested Party Plaintiffs Executive Committee appointed by the
Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631
and related cases
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Yelena Archiyan on behalf of Creditor Transwestern Pipeline Company, LLC
Akerman LLP
2001 Ross Ave., #3600
Dallas, TX 75201

Paul S. Aronzon on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Paul S. Aronzon on behalf of Interested Party Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl

Los Angeles, CA 90067

Axiom Advisors
,

Khaldoun A. Baghdadi on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Banc of America Credit Products, Inc.
,

Mark I. Bane on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Barrie on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Bryan E. Bates on behalf of Creditor Southwire Company, LLC
Dentons US LLP
303 Peachtree St., NE, #5300
Atlanta, GA 30308

Xavier Becerra on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Xavier Becerra on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Carolynn K. Beck on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP

355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Andrew S. Behlmann on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Christopher R. Belmonte on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Steven M. Berki on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Joshua B. Bevitz on behalf of Creditor Exponent, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd. #600
Walnut Creek, CA 94596

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Philip Blanchard, Jr. on behalf of Creditor ARB, Inc.
Rutan & Tucker, LLP
611 Anton Blvd., #1400
Costa Mesa, CA 92626-1931

Todd Blischke on behalf of Creditor Ballard Marine Construction, Inc.
Williams Kastner
601 Union St., #4100
Seattle, WA 98101

Abigail D. Blodgett on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Pamela A. Bosswick on behalf of Interested Party International Business Machines Corp.
Abigail Snow
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Kevin Bostel on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Bostel on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153

David H. Botter on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Francis A. Bottini, Jr. on behalf of Interested Party Rick Bowlinger
Bottini & Bottini, Inc.
7817 Ivanhoe Ave. #102
La Jolla, CA 92037

Bradford Capital Management, LLC
1051 Bloomfield Avenue, Suite 10
Clifton, NJ 07012

Thomas J. Brandi on behalf of Creditor Debra Grassgreen
Law Offices of Thomas J. Brandi
345 Pine St. 3rd Fl
San Francisco, CA 94104

Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Gregory A. Bray on behalf of Interested Party Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Alan R. Brayton on behalf of Interested Party Everett Waining, Jr.
Law Offices of Brayton and Purcell
222 Rush Landing Rd.
Novato, CA 94945

Allan S. Brilliant on behalf of Interested Party State Farm Mutual Automobile Insurance Company
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Matthew C. Brown on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party San Diego Gas and Electric Co.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Beth M. Brownstein on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Beth M. Brownstein on behalf of Interested Party Bank of Oklahoma Financial
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Bob B. Bruner on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Bob B. Bruner on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010

Robert Bryson on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

Frank Busch on behalf of Interested Party Public Employees Retirement Association of New Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725

San Francisco, CA 94111

Michael G. Busenkell on behalf of Interested Party Itron, Inc.
Morris, Nichols, Arsht and Tunnell
1201 N Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

CHYF, Ltd
427 Bedford Rd
#230
Pleasantville, NY 10570

California Power Exchange Corporation
,

William C. Callaham on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Wilcoxen Callaham, LLP
2114 K St.
Sacramento, CA 95816

Timothy G. Cameron on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019

Kevin M. Capuzzi on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Kevin M. Capuzzi on behalf of Creditor Infosys Limited
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

James Carr on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Centerview Partners LLC
31 W. 52nd Street
22nd Floor
New York, NY 10019

Patricia I. Chen on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Louis S. Chiappetta on behalf of Interested Party Atlantica Yield plc
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, IL 60606-1720

Louis S. Chiappetta on behalf of Interested Party First Solar, Inc.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, IL 60606-1720

Louis S. Chiappetta on behalf of Interested Party Mojave Solar LLC
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, IL 60606-1720

Louis S. Chiappetta on behalf of Interested Party Willow Springs Solar 3, LLC
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, IL 60606-1720

Kevin Chiu on behalf of Interested Party Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party Marubeni Corporation

Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Steve Christopher
P.O. Box 281
Altaville, CA 95221

Patricia A. Cirucci on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

CititGroup Financial Products Inc.
1615 Brett Road
New Castle, DE 19720

Owen Clements on behalf of Creditor City and County of San Francisco
San Francisco City Attorneys Office
1390 Market Street, 7th Floor
San Francisco, CA 94102

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Cohanzick Management LLC
427 Bedford Rd
#230
Pleasantville, NY 10570

Janine Cohen on behalf of Plaintiff Chico Rent-A-Fence

Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Marc Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Marc S. Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067

Kevin M. Coles on behalf of Creditor Liberty Mutual Insurance Company
Stewart Sokol and Larkin LLC
2300 SW 1st Ave. #200
Portland, OR 97201

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Alison E. Cordova on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Corre Horizon Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities II Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities Qualified Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Leo T. Crowley on behalf of Creditor BANK OF AMERICA N.A
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Ivo G. Daniele on behalf of Creditor ERM-West, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd., #600
Walnut Creek, CA 94596

Michael S. Danko on behalf of Creditor Fire Victim Creditors
O'Reilly, Collins and Danko

2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Development Specialists, Inc.
333 South Grand Ave., Ste. 4100
Los Angeles, CA 90071

Navi Dhillon on behalf of Interested Party Clearway Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Interested Party Clearway Energy, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Interested Party MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Interested Party NRG Energy, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Interested Party TerraForm Power, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Ira S. Dizengoff on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Neal P. Donnelly on behalf of Creditor California Public Utilites Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Neal P. Donnelly on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

William J. Dorsey on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661-3693

Jeffrey A. Dubbin on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Thomas A. Dubbs on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

James M. Eaneman, Sr.
11672 East Arabian Park Dr.
Scottsdale, AZ 85259

Daniel G. Egan on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Epiq Corporate Restructuring, LLC
Attn: PG&E UCC and PG&E TCC
777 Third Ave., 12th Floor
New York, NY 10017

Sander L. Esserman on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

FTI Consulting Inc.
,

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Darwin E. Farrar on behalf of Interested Party The Public Advocates Office at the California Public

Utilities
The Public Advocates Office
455 Van Ness Ave.
San Francisco, CA 94102

Benjamin D. Feder on behalf of Creditor Kompogas SLO LLC
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Benjamin D. Feder on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Debra Felder on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Steven H. Felderstein on behalf of Interested Party California Department of Toxic Substances Control
Felderstein, Fitzgerald et al
400 Capitol Mall #1450
Sacramento, CA 95814-4434

Steven H. Felderstein on behalf of Interested Party California Department of Water Resources
Felderstein, Fitzgerald et al
400 Capitol Mall #1450
Sacramento, CA 95814-4434

Jamie J. Fell on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Maximilian A. Ferullo on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
55 West 46th St.
New York, NY 10036

Michael A. Firestein on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
29 Century Park East, #2400
Los Angeles, CA 90067

John Fiske on behalf of Interested Party Public Entities Impacted by the Wildfires
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Jeffrey S. Flashman on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Theresa A. Foudy on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022-2585

Leslie A. Freiman, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Jared R. Friedmann on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Steven Fruchter on behalf of Interested Party AT&T Corp.
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
Ballard Spahr LLP

1 East Washington St., #2300
Phoenix, AZ 85004-2555

Craig Solomon Ganz on behalf of Creditor Realty Income Corporation
Ballard Spahr LLP
1 East Washington St., #2300
Phoenix, AZ 85004-2555

Matthew G. Garofalo on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Andriana Georgallas on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andriana Georgallas on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Eric Gibbs on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Erez E. Gilad on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Amanda C. Glaubach on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Leah S. Goldberg on behalf of Interested Party East Bay Community Energy Authority
General Counsel
1111 Broadway, 3rd Flr.
Oakland, CA 94607

Leonard P. Goldberger on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.
620 Freedom Business Center, #200
King of Prussia, PA 19406

Richard A. Golden

9437 Wooded Glen Ave.
Burke, VA 22015

Stephanie L. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Nicholas Goldin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Stuart J. Goldring on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Douglas R. Gooding on behalf of Creditor Liberty Mutual Insurance Company
Choate, Hall and Stewart LLP
Two International Pl.
Boston, MA 02110

Matthew Goren on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Goren on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Debra L. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Timothy Graulich on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility

Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

William R. Greendyke on behalf of Creditor Berry Petroleum Company, LLC
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Mark S. Grotefeld on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

James W. Grudus on behalf of Interested Party AT&T Corp.
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc.
Buchalter, A Professional Corporation
18400 Von Karman Ave., #800
Irvine, CA 92612

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Christopher J. Harney on behalf of Creditor Turner Construction Company
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105

Christopher Harris on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party MRP San Joaquin Energy, LLC

Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Theodore J. Hartl on behalf of Creditor Campos EPC, LLC
Ballard Spahr LLP
1225 17th St., #2300
Denver, CO 80202

David A. Herman on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

David A. Herman on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Brian S. Hermann on behalf of Creditor California Public Utilites Commision
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Brian S. Hermann on behalf of Creditor California Public Utilities Commission
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Christopher D. Higashi on behalf of Interested Party City of Morgan Hill
Barton, Klugman & Oetting LLP
350 S Grand Ave., #2200
Los Angeles, CA 90071-3485

High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Matthew L. Hinker on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

George Hofmann on behalf of Creditor Western Electricity Coordinating Council

Cohne Kinghorn, P.C.
111 East Broadway 11th Fl.
Salt Lake City, UT 84111

Wendy Hopkins
2733 16th st.
Sacramento, CA 95818

Monique B. Howery on behalf of Creditor Lodi Gas Storage, L.L.P.
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Nevada Irrigation District
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Wild Goose, LLC
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada,

Peter A. Ivanick on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

Alan J. Jang on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654

Scott E. Jenny on behalf of Interested Party Adam J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Andrew M. Kleiber
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party John L. Hansen
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Lucille J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Mario Oliveros, Jr.
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Marisa T. Mulladi-Kleiber
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Phoebe Wong-Oliveros
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Shelby A. Jordan on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Stephen Karotkin on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Kelch on behalf of Creditor County of San Luis Obispo
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Michael A. Kelly on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Flr.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Interested Party NextEra Energy, Inc.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Marilyn S. Klinger on behalf of Creditor XL Specialty Insurance Company
SMTD Law LLP
355 S. Grand Ave., #2450
Los Angeles, CA 90071

Bernard J Kornberg on behalf of Interested Party HDI Global Specialty SE
Law Offices of Severson and Werson
1 Embarcadero Center #2600
San Francisco, CA 94111

Bernard J Kornberg on behalf of Interested Party Liberty Specialty Markets
Law Offices of Severson and Werson
1 Embarcadero Center #2600

San Francisco, CA 94111

Kevin Kramer on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Kramer on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert J. Labate on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702

Kevin J. Lamb on behalf of Creditor County of San Luis Obispo
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Donald A. Larkin on behalf of Interested Party City of Morgan Hill
City of Morgan Hill
17575 Peak Ave.
Morgan Hill, CA 96037-4128

Thomas E. Lauria on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case

Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Lazard Freres & Co.
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 48th Fl.
New York, NY 10020

Howard M. Levine on behalf of Interested Party Wilson Construction Company
Law Offices of Sussman and Shank
1000 SW Broadway #1400
Portland, OR 97205

Kim Martin Lewis on behalf of Interested Party G4S Secure Integration LLC
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Kim Martin Lewis on behalf of Interested Party G4S Secure Solutions (USA) Inc.
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Lincoln Partners Advisors LLC
500 West Madison St., Ste. 3900
Chicago, IL

Jessica Liou on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jessica Liou on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Brian Lohan on behalf of Interested Party AT&T Corp.
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Melissa Davis Lowe on behalf of Interested Party Cushman & Wakefield, Inc.
Shulman Hodges & Bastian LLP
100 Spectrum Center Dr., #600
Irvine, CA 92618

Jeffrey H. Lowenthal on behalf of Creditor Tanforan Industrial Park, LLC
Steyer, Lowenthal, Boodrookas et al
235 Pine St., 15th Fl.
San Francisco, CA 94104

Lauren Macksoud on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Lauren Macksoud on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Sumble Manzoor on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Jonathan D. Marshall on behalf of Creditor Liberty Mutual Insurance Company
Choate, Hall & Stewart LLP
Two International Pl.

Boston, MA 02110

Colleen Mast
P.O. Box 12734
Oakland, CA 94604

Eric May
Senior Deputy County Counsel
County of Yolo
625 Ct. St., #201
Woodland, CA 95695

John McCusker
Bank of America Tower
Mail code NY1-100-21-01
One Bryant Park
New York, NY 10036

John McCusker on behalf of Creditor BANK OF AMERICA N.A
Bank of America Tower
Mail code: NY1-100-21-01
One Bryant Park
New York, NY 10036

Matthew L. McGinnis on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Lorraine McGowen on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Joseph G. McGuinness on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Mark McKane on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Kathrine A. McLendon on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kristine K. Meredith on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

James Mesterharm
Alix Partners
909 3rd Ave., 30th Fl.
New York, NY 10022

Shawn R. Miller on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

Sherry J. Millman on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

John W. Mills, III on behalf of Creditor BrightView Enterprise Solutions, LLC
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor BrightView Landscape Services, Inc.
Taylor English Duma LLP
1600 Parkwood Circle, #200

Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Company
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Incorporated
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

Karen Norene Mills on behalf of Interested Party California Farm Bureau Federation
California Farm Bureau Federation
2300 River Plaza Dr.
Sacramento, CA 95833

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Mark A. Minich on behalf of Creditor Ruby Pipeline, L. L. C
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Douglas Mintz on behalf of Creditor Centerbridge Partners, L.P.
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005-1706

Mission Constructors
2235 Palou Ave.
San Francisco, CA 94124

John E. Mitchell on behalf of Creditor Transwestern Pipeline Company, LLC
Law Offices of Vinson and Elkins
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX 75201-2975

Nancy A. Mitchell on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Nancy A. Mitchell on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Sean A. Mitchell on behalf of Creditor California Public Utilites Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Sean A. Mitchell on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Stephen Moeller-Sally on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Richard J. Molin on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Stewart, Humpherys, Burchett and Molin
P.O. Box 720
Chico, CA 95927

Julia A. Mosel on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Alan Moskowitz on behalf of Interested Party Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Alan A. Moskowitz on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Brendan V. Mullan on behalf of Interested Party Renaissance Reinsurance Ltd.
Crowell & Moring LLP
Three Embarcadero Center, 26th Fl.
San Francisco, CA 94111

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
General Counsel
Sonoma Clean Power Authority

50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
Sonoma Clean Power Authority
50 Santa Rosa Ave., #5th Fl.
Santa Rosa, CA 95494

Omid H. Nasab on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Omid H. Nasab on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

John Nolan on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John Nolan on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sally Noma on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Maura Walsh Ochoa on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

Amy M. Oden on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Office of Unemployment Compensation Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Gabriel L. Olivera on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Harold A. Olsen on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Olympus Peak Master Fund LP
c/o Leah Silverman
745 5th Ave., #1604
New York, NY 10151

Kevin J. Orsini on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Kevin J. Orsini on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Antonio Ortiz on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Kyle J. Ortiz on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Samuel S. Ory on behalf of Interested Party BOKF, NA
Frederic Dorwart, Lawyers PLLC
124 E 4th St.
Tulsa, OK 74103-5010

Owen Clements, Esq
San Francisco City Attorney's Office
1390 Market St., 7th Flr.
San Francisco, CA 94102

Owl Creek Investments I, LLC
640 5th Ave.

New York, NY 10019

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Stutman, Treister and Glatt
1901 Avenue of the Stars 12th Fl.
Los Angeles, CA 90067

Teresa Paris
3132 M L King, Jr Way, #309
Berkeley, CA 94703

Andrew M. Parlen on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Dynegy Marketing and Trade, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Joshua Pearson on behalf of Interested Party EDF Renewables, Inc.
EDF Renewables, Inc.
15445 Innovation Dr.
San Diego, CA 92128

Richard C. Pedone on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
Exchange Place
53 State St.
Boston, MA 02109

Charles S. Penner on behalf of Counter-Claimant AECOM Technical Services, Inc.
Carney Badley Spellman PS

701 5th Ave., #3600
Seattle, WA 98104-5017

Charles S. Penner on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman PS
701 5th Ave., #3600
Seattle, WA 98104-5017

Mosby Perrow
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisiana. #1000
Houston, TX 77002

Mosby Perrow on behalf of Creditor Ruby Pipeline, L. L. C
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisana #1000
Houston, TX 77002

Waylon J. Pickett on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

John M. Pierce on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Oscar N. Pinkas
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Frank Pitre on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Placer County Office of the Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Dr.
Auburn, CA 95603

James Potter on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

James Potter on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Constantine D. Pourakis on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.
485 Madison Ave., 20th Fl.
New York, NY 10022

David M. Powlen on behalf of Interested Party Energy Systems Group, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

David M. Powlen on behalf of Interested Party Miller Pipeline, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

Patricia Williams Prewitt on behalf of Creditor Ruby Pipeline, L. L. C
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

PricewaterhouseCoopers LLP
,

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Primeshares
261 Fifth Ave. 22nd floor
New York, NY 10016

Amy C. Quartarolo on behalf of Interested Party Crockett Cogeneration
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party MRP San Joaquin Energy, LLC
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party Middle River Power, LLC

Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

R.E.Y Engineers Inc.
,

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051

John J. Rapisardi on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

John J. Rapisardi on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Jordana L. Renert on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Amanda L. Riddle on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Walter R. Rieman on behalf of Creditor California Public Utilites Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Walter R. Rieman on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

David Riley on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
DLA Piper LLP
2000 Ave. of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

RiverPark Strategic Income Fund
RiverPark Advisors LLC
156 W 56th Street
Suite 1704
New York, NY 10019

Christy Rivera on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Christy Rivera on behalf of Interested Party NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Road Safety, Inc.
4335 Pacific St., Ste. A
Rocklin, CA 95677

Ian E. Roberts on behalf of Interested Party Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Interested Party Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Interested Party MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Interested Party NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Interested Party TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000

Dallas, TX 75201

Matthew G. Roberts on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Matthew G. Roberts on behalf of Interested Party Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Bill Robins, III on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

Rocky Point Claims LLC
P.O. Box 165
Norwalk, CT 06853

Martha E. Romero on behalf of Creditor Jennifer Horst
Law Offices of Romero and Associates
12518 Beverly Blvd.
Whittier, CA 90601

Matthew M. Roose on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas
and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific
Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Andrew Rosenblatt on behalf of Interested Party NextEra Energy Inc., et al.

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Andrew Rosenblatt on behalf of Interested Party NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Michael A. Rosenthal on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Michael A. Rosenthal on behalf of Interested Party Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

John H. Rowland on behalf of Creditor Phillips & Jordan, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor Snelson Companies, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor TTR Substations, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Interested Party Aptim Environmental & Infrastructure, LLC
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

Marc S. Sacks on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Marc S. Sacks on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
U.S. Department of Justice
P.O. Box 875

Ben Franklin Station
Washington, DC 20044-0875

San Diego Gas and Electric Co.
,

Randy A. Sawyer, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Margaret Schierberl on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

David Schiff on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Ray C. Schrock on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ray C. Schrock on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Max A. Schuver on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Howard Seife on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Howard Seife on behalf of Interested Party NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

David R. Seligman on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Daniel S. Shamah on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Alex M. Sher on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third Ave.
New York, NY 10022

Nora Sheriff on behalf of Interested Party California Large Energy Consumers Association
Buchalter
55 Second St., #1700
San Francisco, CA 94105-3493

J. Christopher Shore on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

George W. Shuster, Jr. on behalf of Interested Party ICE NGX Canada Inc.
7 World Trade Center
New York, NY 10007

Sierra Business Council
c/o Kerri L. Timmer
P.O. Box 2428
Truckee, CA 96160

David P. Simonds on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, #600
Los Angeles, CA 90067

Robert P. Simons on behalf of Interested Party Bank of New York Mellon
Reed Smith LLP
225 5th Ave., #1200
Pittsburg, PA 15222

Richard W. Slack on behalf of Debtor PG&E Corporation
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119

Edwin E. Smith on behalf of Interested Party AV Solar Ranch 1, LLC
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Interested Party AV Solar Ranch 1, LLC
Morgan, Lewis and Bockius
One Federal Street
Boston, MA 02110-1726

Edwin E. Smith on behalf of Interested Party Exelon Corporation
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Interested Party Exelon Corporation
Morgan, Lewis and Bockius
One Federal Street

Boston, MA 02110-1726

Fulton Smith, III on behalf of Creditor Liberty Mutual Insurance Company
Cozen O'Connor
101 Montgomery St., #1400
San Francisco, CA 94101

Abigail Snow on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Southern California Gas Company
,

Mark A. Speiser on behalf of Creditor Mizuho Bank, Ltd.
Stroock, Stroock and Lavan
180 Maiden Ln.
New York, NY 10038

Michael S. Stamer on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Andrew J. Strabone on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Michael H Strub on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Joshua Y. Sturm on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Matthew G. Summers on behalf of Interested Party Louisiana Energy Services, LLC
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Matthew G. Summers on behalf of Interested Party URENCO Limited
Ballard Spahr LLP

919 N Market St., 11th Fl.
Wilmington, DE 19801

Scott Summy on behalf of Interested Party Public Entities Impacted by the Wildfires
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Ron A. Symm on behalf of Interested Party Midway Sunset Cogeneration Company
Assistant General Counsel
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

TCB Industrial, Inc.
,

Tannor Partners Credit Fund, LP
555 Theodore Fremd Ave.
Suite C-209
Rye, NY 10580

Cliff I. Taylor on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Stanley J. Terry on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Counter-Claimant AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Tim Messer Construction Inc.
,

Albert Togut on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Michael H. Torkin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Matthew Troy on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Matthew Troy on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Theodore Tsekerides on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Theodore Tsekerides on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael M. Turkel on behalf of Creditor California Public Utilites Commsion
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Danette E. Valdez on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Danette E. Valdez on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Craig Varnen on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Carol C. Villegas on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Eli J. Vonnegut on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Diane Vuocolo on behalf of Creditor Cardno, Inc.
Greenberg Traurig, LLP
1717 Arch St., #400
Philadelphia, PA 19103

James M. Wagstaffe on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Thomas D. Warren on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

Peter L. Welsh on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower

800 Boylston Street
Boston, MA 02199-3600

Nigel A. Whitehead on behalf of Defendant Cheryl Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Nigel A. Whitehead on behalf of Defendant Max M. Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Daniel E. Wilcoxen on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Law Offices of Wilcoxen and Montgomery
2114 K St.
Sacramento, CA 95816

Michael L. Wilhelm on behalf of Interested Party Aera Energy LLC
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

Michael L. Wilhelm on behalf of Interested Party Midway Sunset Cogeneration Company
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

William McCann, Esq.
,

Harris B. Winsberg on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Harris B. Winsberg on behalf of Interested Party Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Keith H. Wofford on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Peter Wolfson on behalf of Interested Party Travelers Insurance Co.
Dentons US LLP

1221 Avenue of the Americas
New York, NY 10020-1089

Jasmin Yang on behalf of Creditor RE Astoria LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St., #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Morgan, Lewis & Bockius LLP
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party RE Astoria LLC
Lewis Brisbois Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Aparna Yenamandra on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Michael A. Yuffee on behalf of Interested Party Macquarie Energy LLC
Winston and Strawn LLP
1700 K St., N.W.
Washington, DC 20006-3817

David M. Zensky on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
One Bryant Park
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and
Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas
and Electric Co.
Proskauer Rose LLP
Eleven Times Square

P.O. Box 770000
New York, NY 10036

Paul H. Zumbro on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Paul H. Zumbro on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019