1  RHONDA STEWART GOLDSTEIN #250387
   rhonda.goldstein@ucop.edu
2  University of California
   Office of the General Counsel
3  1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
4  Telephone:    510-987-9800
   Facsimile:    510-987-9757
5
   Attorneys for Creditor
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | CASE NO. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - **and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtors. | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, The Regents of the University of California requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order, and Trustee's No-Asset Reports), be given to and served upon the undersigned at the following address and telephone number:

Rhonda Stewart Goldstein
The Regents of the University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: 510-987-9800
Facsimile: 510-987-9757
Email: rhonda.goldstein@ucop.edu

Dated: June 6, 2019 By: /s/ Rhonda Goldstein
Rhonda Stewart Goldstein
Attorneys for Creditor
The Regents of the University of California

# CERTIFICATE OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in Alameda County, California, and not a party to the subject cause. My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200.

On June 6, 2019, I electronically filed the following document:

**REQUEST FOR SPECIAL NOTICE**

with the Clerk of the Court using the United States Bankruptcy Court, Northern District of California ECF system, which thereby transmitted a Notice of Electronic Filing to the following ECF registered recipients:

| *Attorneys for Debtor and Debtors in Possession:* | U.S. Trustee: |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: (212) 310-8000 | James L. Snyder<br>Timothy Laffredi<br>Office of the United States Trustee<br>450 Golden Gate Avenue, 5th Floor<br>Suite #05-0153<br>San Francisco, CA 94102 |
| Tobias S. Keller<br>Keller & Benvenutti LLP<br>650 California St., Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2019, at Oakland, California.

                                                                /s/ Lissa Ly<br>
                                                                Lissa Ly