Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' PRELIMINARY RESPONSE IN OPPOSITION TO WENDY NATHAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: June 11, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court,<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102<br><br>Re: Docket Nos. 2048, 2433 |

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors-in-possession (collectively, the "Debtors") hereby supports and joins in the Debtors' *Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay* (the "Preliminary Nathan Opposition").[1] The Committee reserves all rights to be heard before the Court in connection with the Motion, to amend, supplement, or otherwise modify this Joinder prior to or during the preliminary hearing on the Motion, and to assert such other and further objections prior to the final adjudication of the matter.

WHEREFORE, for the reasons set forth in the Preliminary Nathan Opposition, the Committee respectfully requests that the Court enter an order: (i) denying Nathan's request for relief from the automatic stay at this time; (ii) continuing the preliminary hearing on the Motion until at least September 11, 2019; and (iii) granting such other and further relief as is just and proper.

Dated: June 6, 2019

**MILBANK LLP**

*/s/ Thomas R. Kreller*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Preliminary Nathan Opposition.

4836-0159-4264