# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## APRIL 1, 2019 THROUGH APRIL 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from April 1, 2019 through April 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 52.2 | $41,760 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 96.8 | $77,440 |
| Jane Kim | Partner | 2003[1] | 650 | 135.7 | $88,205 |
| Keith A. McDaniels | Of Counsel | 1997 | 600[2] | 11.7 | $6,630 |
| Berry Spears | Of Counsel | 1982[3] | 800 | 2.5 | $2,000 |
| Thomas B. Rupp | Associate | 2011 | 400 | 91.5 | $36,600 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 124.1 | $18,615 |
| **Total Professionals:** | | | | **514.5** | **$271,250** |

[1] Member of the California Bar since 2014
[2] Non-working travel (1.3 hours) billed at $300.
[3] Member of the Texas Bar.

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 730 | 298.9 | $216,035 |
| Associates | 400 | 91.5 | $36,600 |
| **Blended Attorney Rate** | **675** | **390.4** | **$252,635** |
| Paraprofessionals and other non-legal staff | 150 | 124.1 | $18,615 |
| **Total Fees Incurred** | **600** | **514.5** | **$271,250** |