# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY KELLER & BENVENUTTI LLP
## APRIL 1, 2019 THROUGH APRIL 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | First Day Administration Motions | 0 | $0 |
| 002 | Omnibus & Miscellaneous Court Appearances | 13.7 | $9,385 |
| 003 | Legal Research | 2 | $800 |
| 004 | General Case Administration | 174.3 | $55,130 |
| 005 | Automatic Stay Proceedings | 91.7 | $66,525 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 18.6 | $12,085 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 28.3 | $14,160 |
| 008 | Professional Retention and Compensation – Other Professionals | 39.8 | $21,355 |
| 009 | Financing and Cash Collateral | 1.8 | $1,170 |
| 010 | DIP Lenders – Communication and Negotiations | 0 | $0 |
| 011 | Creditors Committees – Communication & Negotiations | 0 | $0 |
| 012 | Tort Committees – Communication & Negotiation | 1.6 | $1,160 |
| 013 | US Trustee – Communications & Negotiation | .7 | $455 |
| 014 | Employee Matters | 18.6 | $11,915 |
| 015 | Supplier Issues | 22.7 | $12,905 |
| 016 | General Asset Analysis and Recovery | .1 | $80 |
| 017 | Sale or Use of Property - Motions | 10.3 | $6,140 |
| 018 | Executory Contract Issues | 20.4 | $11,405 |
| 019 | Tax Issues | 0 | $0 |
| 020 | Regulatory Issues | 0 | $0 |
| 021 | Plan – Advice, Strategy and Negotiation | 2.7 | $2,010 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 0 | $0 |
| 023 | Plan Confirmation | 0 | $0 |
| 024 | Plan Implementation and Transition | 0 | $0 |
| 025 | FERC Adversary Proceeding | 10.9 | $8,520 |
| 026 | Wildfire Litigation | 4 | $2,560 |
| 027 | Claims Review | 1.4 | $1,120 |
| 028 | Claim Disputes and Resolution | 9 | $5,500 |
| 029 | Avoidance Action Analysis | 0 | $0 |
| 030 | Non-working Travel | 1.3 | $390 |
| 031 | [Expenses – See Expense Summary] | 0 | $0 |
| 032 | USDC Probation Compliance and Monitoring | 13.9 | $8,995 |
| 033 | Equity Committee | 0 | $0 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 034 | Third Party Injunction Action (PERA) | 13.1 | $8,785 |
| 035 | Government Relations and Communications | 0 | $0 |
| 036 | Miscellaneous Litigation Issues and Advice | 13.6 | $8,700 |
| **TOTAL** | | **514.5** | **$271,250** |