# EXHIBIT C

## EXPENSE SUMMARY
## APRIL 1, 2019 THROUGH APRIL 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $44.61 |
| Duplicating | $0 |
| Transcription Services | $1,240.25 |
| Telephone Conferencing | $0 |
| Messenger | $810.48 |
| Filing Fees | $610.00 |
| **Total Expenses Requested:** | **$2,705.34** |