# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 1151  
Date: 06/03/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
| --- | --- | --- | --- | --- | --- |
| Expense | 04/02/2019 | Pro Hac Fees for Weil Attorneys Jared Freidmann and Richard Slack. | 1.00 | $610.00 | $610.00 |
| Expense | 04/09/2019 | Uber from Court to office 4/9/2019 by T. Keller. | 1.00 | $9.77 | $9.77 |
| Expense | 04/23/2019 | Transport to Courthouse to deliver documents. | 1.00 | $23.11 | $23.11 |
| Expense | 04/26/2019 | eScribers transcript fees for 4.23.2019 and 4.24.2019 (Invoices 245933 -- $562.65 and 246097 -- $677.60). | 1.00 | $1,240.25 | $1,240.25 |
| Expense | 04/26/2019 | Nationwide Legal Invoice 356067 -- runner for court copies, boxes of materials for hearings, etc. on March 11-13, 22, 25, and 27. | 1.00 | $810.48 | $810.48 |
| Expense | 04/29/2019 | Uber from UST 341 Meeting to Office. | 1.00 | $11.73 | $11.73 |

| Time Keeper | Time | Rate | Fees and Expenses Total |
| --- | --- | --- | --- |
| | | Fees and Expenses Subtotal | $2,705.34 |
| | | Fees and Expenses Total | $2,705.34 |