# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the FERC Counterparty Supplemental Service List attached hereto as **Exhibit A**:

- Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [Docket No. 2359]
- Relief from Stay Cover Sheet [Docket No. 2360]
- Declaration of Theodore E. Tsekerides in Support of Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [Docket No. 2361]
- Notice of Hearing on Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [Docket No. 2362]

3. I have reviewed the Notice(s) of Electronic Filing for the above-listed document(s), and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of June 2019, at New York, NY.

                                                  Alain B. Francoeur

# Exhibit A

Exhibit A
FERC Counterparty Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AV Solar Ranch 1, LLC | c/o Morgan, Lewis and Bockius | Attn: Edwin E. Smith | One Federal Street | Boston | MA | 02110-1726 |
| EDF Renewables, Inc. | c/o EDF Renewables, Inc. | Attn: Joshua Pearson | 15445 Innovation Dr. | San Diego | CA | 92128 |
| Exelon Corporation | c/o Morgan, Lewis and Bockius | Attn: Edwin E. Smith | One Federal Street | Boston | MA | 02110-1726 |