**Exhibit A**

- 4 -

Case: 19-30088    Doc# 2439-1    Filed: 06/06/19    Entered: 06/06/19 15:18:41    Page 1 of 2

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM FEBRUARY 15, 2019 THROUGH APRIL 30, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---|
| Karen M. Lockhart | Chair | $1,025.63 |
| Samuel Maxwell | Member | $1,649.47 |
| Gregory Wilson | Member | $253.00 |

Case: 19-30088    Doc# 2439-1    Filed: 06/06/19    Entered: 06/06/19 15:18:41    Page 2 of 2