**Exhibit B**

- 6 -

**EXPENSE SUMMARY**
**FOR THE PERIOD FEBRUARY 15, 2019 THROUGH APRIL 30, 2019**

| EXPENSES | AMOUNTS |
|---|---:|
| Lodging | $1,342.22 |
| Meals | $178.49 |
| Mileage Reimbursement | $1,308.14 |
| Miscellaneous | $0.00 |
| Transportation/Parking/Tolls | $99.25 |
| **Total Expenses Requested:** | **$2,928.10** |

Baker & Hostetler LLP
Attorneys at Law
San Francisco, CA

Case: 19-30088    Doc# 2439-2    Filed: 06/06/19    Entered: 06/06/19 15:18:41    Page 2 of 2