**Exhibit C**

Case: 19-30088    Doc# 2439-3    Filed: 06/06/19    Entered: 06/06/19 15:18:41    Page 1 of 13

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Committee Meeting
3. Date of Committee Business: February 20, 2019
4. Location of Committee Business: San Francisco
5. Dates of Travel: February 19, 2019 – February 20, 2019

   Description of trip (start/end locations):
   Yuba City to Orinda
   Orinda to San Francisco to Orinda to Yuba City
   (Travel from/to San Francisco was via Bart)

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $ .58 per mile      $135.72
       Total miles traveled: 234
           Yuba City to Orinda
           Orinda to Yuba City

   (3) Taxi/Uber/Lyft/Public Transportation/Bart        $11

   (4) Parking/Tolls                                    $ 6

   (5) Other (describe)

   (b) Lodging:

   (1) Hotel (excluding meals)

   (c) Meals

   (1) Breakfast (no receipt)                           $ 8

   (2) Dinner    (no receipt)                           $10

**TOTAL REIMBURSEMENT SOUGHT**                          $170.72

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*(signature)*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: FA review/discussion; Mt w/Lawfirm
3. Date of Committee Business: February 27, 2019
4. Location of Committee Business: Sacramento, CA
5. Date of Travel: February 27, 2019

   Description of trip (start/end locations): Yuba City to Sacramento to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $ .58 per mile     $55.68
   Total miles traveled: 96
   Yuba City to Sacramento to Yuba City

   (3) Taxi/Uber/Lyft/Public Transportation/Bart

   (4) Parking/Tolls

   (5) Other (describe)

   (b) Lodging:

   (1) Hotel (excluding meals)

   (c) Meals

   (1) Breakfast (no receipt)

   (2) Dinner (no receipt)

**TOTAL REIMBURSEMENT SOUGHT**     $55.68

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_[signature]_
Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Committee Mtg
3. Date of Committee Business: March 1, 2019
4. Location of Committee Business: Sacramento, CA
5. Date of Travel March 1, 2019
   Description of trip (start/end locations) Yuba City to Sacramento to Yuba City

6. Reimbursable Expenses:
   (a) Transportation:
   (1) Air or Rail Fare
   (2) Personal automobile miles at $ .58 per mile          $47.56
       Total miles traveled: 82
       Yuba City to Sacramento to Yuba City
   (3) Taxi/Uber/Lyft/Public Transportation/Bart
   (4) Parking/Tolls
   (5) Other (describe)
   (b) Lodging:
   (1) Hotel (excluding meals)
   (c) Meals
   (1) Breakfast (no receipt)
   (2) Dinner   (no receipt)

**TOTAL REIMBURSEMENT SOUGHT**          $47.56

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*/s/ Karen M. Lockhart*
Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member:          Karen M. Lockhart

2. Description of Committee Business:      341 Hearing; Mt w/lawfirm

3. Date of Committee Business:          March 4, 2019

4. Location of Committee Business:       San Francisco, Ca

5. Date of Travel                           March 3, 2019 – March 4, 2019

    Description of trip (start/end locations/day)     Yuba City to San Francisco
                                                              San Francisco to Yuba City

6. Reimbursable Expenses:
    (a) Transportation:

        (1) Air or Rail Fare

        (2) Personal automobile miles at $ .58 per mile               $143.84
            Total miles traveled: 248
               Yuba City to San Francisco
               San Francisco to Yuba City

        (3) Taxi/Uber/Lyft/Public Transportation/Bart

        (4) Parking/Tolls (2 Bridges)                                          $12

        (5) Other (describe)

    (b) Lodging:

        (1) Hotel (excluding meals)

    (c) Meals

        (1) Breakfast

        (2) Dinner    March 3, 2019    $14.05                  $25.81
                        March 4, 2019    $11.76

**TOTAL REIMBURSEMENT SOUGHT**                           $181.68

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

    I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*[signature: Karen Lockhart]*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Attend Court hearing; Mt w/lawfirm
3. Date of Committee Business: March 13, 2019
4. Location of Committee Business: San Francisco, Ca
5. Date of Travel: March 12, 2019 – March 13, 2019

    Description of trip (start/end locations/day): Yuba City to San Francisco
    San Francisco to Yuba City

6. Reimbursable Expenses:
    (a) Transportation:

    (1) Air or Rail Fare

    (2) Personal automobile miles at $ .58 per mile    $143.84
        Total miles traveled: 248
            Yuba City to San Francisco
            San Francisco to Yuba City

    (3) Taxi/Uber/Lyft/Public Transportation/Bart

    (4) Parking/Tolls (2 Bridges)    $13

    (5) Other (describe)

    (b) Lodging:

    (1) Hotel (excluding meals)

    (c) Meals

    (1) Breakfast

    (2) Dinner   March 12, 2019    $11.76
                 March 13, 2019    $ 3.02

**TOTAL REIMBURSEMENT SOUGHT**    $ 171.60

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*[signature]*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member:      Karen M. Lockhart
2. Description of Committee Business:      Committee Mtg; Tour
3. Dates of Committee Business:      March 30, 2019/March 31, 2019
4. Location of Committee Business:      Chico, Ca
5. Date of Travel      March 30, 2019 – March 31, 2019

   Description of trip (start/end locations/day)      Yuba City to Chico
   Chico to Yuba City

6. Reimbursable Expenses:
   (a) Transportation:
   
   (1) Air or Rail Fare
   
   (2) Personal automobile miles at $ .58 per mile      $66.12
   Total miles traveled: 114
   Yuba City to Chico
   Chico to Yuba City
   
   (3) Taxi/Uber/Lyft/Public Transportation/Bart
   
   (4) Parking/Tolls (2 Bridges)
   
   (5) Other (describe)
   
   (b) Lodging:
   
   (1) Hotel (excluding meals)
   
   (c) Meals
   
   (1) Breakfast
   
   (2) Dinner

**TOTAL REIMBURSEMENT SOUGHT**      $66.12

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*[signature: Karen Lockhart]*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Committee Meeting
3. Date of Committee Business: 4/26/2019 and 4/27/2019
4. Location of Committee Business: Napa
5. Dates of Travel: 4/25/2019 – 4/27/2019

   Description of trip (start/end locations):
   Yuba City to Napa
   Napa Area
   Napa to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $ .58 per mile                                   $114.84

   Total miles traveled: 198 miles

   (3) Taxi/Uber/Lyft/Public Transportation/Bart

   (4) Parking/Tolls

   (5) Other (describe)

   (b) Lodging:

   (1) Hotel (excluding meals)

   (c) Meals

   (1) Breakfast

   (2) Dinner                                                                         $9.52

**TOTAL REIMBURSEMENT SOUGHT**                                                        $124.36

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*/s/ Karen M. Lockhart*
Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Continued 341 Hearing
3. Date of Committee Business: 4/29/2019
4. Location of Committee Business: San Francisco
5. Dates of Travel  4/28/2019 – 4/29/2019
   Description of trip (start/end locations)  Yuba City to San Francisco
   San Francisco to Yuba City
6. Reimbursable Expenses:
   (a) Transportation:
       (1) Air or Rail Fare
       (2) Personal automobile miles at $ .58 per mile  $152.54
           Total miles traveled: 263
           **(Extra miles due to detour around accident. Unable to capture on attached map)**
       (3) Taxi/Uber/Lyft/Public Transportation/Bart
       (4) Parking/Tolls  $12
       (5) Other (describe)
   (b) Lodging:
       (1) Hotel (excluding meals)
   (c) Meals
       (1) Breakfast (no receipt)  4/29/2019  $10
       (2) Dinner  4/28/2019  $33.38

**TOTAL REIMBURSEMENT SOUGHT**  $207.92

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*/s/ Karen M. Lockhart*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: SAMUEL MAXWELL
2. Description of Committee Business: ATTEND MEETINGS
3. Date of Committee Business: 2/14/19; 3/7/19; 4/26/19
4. Location: SAN FRANCISCO; SACRAMENTO; NAPA
5. Name of Representative Attending Meeting: SAM MAXWELL
6. Reimbursable Expenses
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $.58 per mile × 400      $232—
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls      8.35
      (5) Other (describe)
   (b) Lodging:
      (1) Hotel (excluding meals)      1342.32
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimbursable)
      (3) Dinner      67—

**TOTAL REIMBURSEMENT SOUGHT**      $1649.47

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1  Name of Committee Member: Gregory Wilson
2  Description of Committee Business: Initial Setup Meeting of Committee
3  Date of Committee Business: 2/15/2019
4  Location: US Bankruptcy Court SF
5  Name of Representative Attending Meeting: Gregory Wilson
6  Reimbursable Expenses
   (a)   Transportation:
      (1)   Air or Rail Fare
      (2)   Personal automobile miles at $ .58 per mile          $59
      (3)   Taxi/Uber/Lyft/Public Transport
      (4)   Parking/Tolls                                        $37
      (5)   Other (describe)
   (b)   Lodging:
      (1)   Hotel (excluding meals)
   (c)   Meals:
      (1)   Breakfast
      (2)   Lunch (not reimburseable)
      (3)   Dinner

**TOTAL REIMBURSEMENT SOUGHT**                                   $96

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

   I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Gregory Wilson*
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

# COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Gregory Wilson
2. Description of Committee Business: In Person Meeting of Committee
3. Date of Committee Business: 3/1/2019
4. Location: Hilton Sacramento Arden West
5. Name of Representative Attending Meeting: Gregory Wilson
6. Reimbursable Expenses

   (a) Transportation:
   - (1) Air or Rail Fare
   - (2) Personal automobile miles at $ .58 per mile — $116
   - (3) Taxi/Uber/Lyft/Public Transport
   - (4) Parking/Tolls
   - (5) Other (describe)

   (b) Lodging:
   - (1) Hotel (excluding meals)

   (c) Meals:
   - (1) Breakfast
   - (2) Lunch (not reimburseable)
   - (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — $116

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Gregory Wilson*
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Gregory Wilson
2. Description of Committee Business: In Person Meeting of Committee
3. Date of Committee Business: 4/26/2019
4. Location: Springhill Suites Napa Valley
5. Name of Representative Attending Meeting: Gregory Wilson
6. Reimbursable Expenses

   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile — $41
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls
      (5) Other (describe)
   (b) Lodging:
      (1) Hotel (excluding meals)
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimburseable)
      (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — $41

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

    I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Gregory Wilson*
(Signature of Committee Member)