MORRISON & FOERSTER LLP
Joshua Hill, Jr.
Christine Y. Wong
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Proposed Special Regulatory Counsel for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA HILL, JR. IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(E) AND FED. R. BANKR. P. 2014(A) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**<br><br>[Relates to Dkt No. 2193]<br><br>Date: June 12, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

I, Joshua Hill, Jr., pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

I am a partner in the law firm of Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**"), with offices at 425 Market Street, San Francisco, CA 94105, among other locations, and I am duly authorized to make this declaration (the "**Supplemental Declaration**") on behalf of Morrison & Foerster. I am an attorney duly admitted and in good standing to practice before the Courts of the States of California, New York, and Texas; the United States District Courts for the Eastern District of New York and the Northern District of California; and the United States Court of Appeals for the Ninth Circuit. There are no disciplinary proceedings pending against me.

I submit this Supplemental Declaration to supplement my prior declaration, *see* Docket No. 2194 (the "**Original Declaration**"), in support of the *Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date* (the "**Application**") [Docket No. 2193].[1]

### SUPPLEMENTAL DISCLOSURE

As stated in the Original Declaration, in order to ascertain Morrison & Foerster's "connections" with the Debtors, creditors, and other parties-in-interest in the Chapter 11 Cases, the Firm's New Business Department, under the supervision of Morrison & Foerster attorneys, conducted an internal search based on a list provided to Morrison & Foerster by the Debtors' lead bankruptcy counsel (collectively, the "**Interested Parties**"). Certain Interested Parties are or may be current clients of Morrison & Foerster, or may have been former clients of Morrison & Foerster within the past two years, as identified on the list attached as **Schedule 2** to the Original Declaration.

Based on the results of this search, and through direct inquiries with Morrison & Foerster attorneys as necessary, it was determined that the representation of the Interested Parties disclosed on **Schedule 2** to the Original Declaration concerned matters unrelated to the Debtors or the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Declaration or the Application, as applicable.

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1  Chapter 11 Cases (except as otherwise disclosed in the Original Declaration).

2       I hereby declare under the penalty of perjury that the foregoing is true and correct.

3

4       Executed on June 6, 2019              */s/ Joshua Hill, Jr.*
                                             Joshua Hill, Jr.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105