# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**<br><br><br>**Judge**: Hon. Dennis Montali |

A CLAIM HAS BEEN FILED IN THESE CASES or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Danu Way, L.L.C.,<br>an investment vehicle controlled by<br>The Baupost Group, L.L.C. | Barbara Zelmer and Robert Zelmer |
| Name of Transferee | Name of Transferors |

Name and Address where notices to transferee should be sent:

Jeffrey R. Katz
Ropes & Gray LLP
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951 7072

Name and Address where transferee payments should be sent (if different from above):

Attention: General Counsel
The Baupost Group, L.L.C.
10 St. James Avenue, Suite 1700
Boston, Massachusetts 02116

Court Claim # (if known): 2490

Amount of Claim: $850,000.00

Date Claim Filed: 04/19/2019

c/o Manuel Corrales, Jr.
Attorney for Transferors
17140 Bernardo Center Drive
Suite 358
San Diego, CA 92128
Phone: (858) 521-0634

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____JUNE 6, 2019_____
Transferee/Transferee's Agent
JEFFREY R. KATZ

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court")

AND TO: In re Pacific Gas & Electric Corp. (Case No. 19-30088) and Pacific Gas and Electric Company (Case No. 19-30089) (collectively, the "Debtors")

Proof of Claim Number 2490

**BARBARA JEAN ZELMER AND ROBERT THOMAS ZELMER** ("Sellers"), for true and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, do hereby certify that Sellers have assigned, conveyed, transferred and set over, to:

> DANU WAY, L.L.C.,
> **An Investment Vehicle Controlled by The Baupost Group, L.L.C.**
> Care of:
> 10 St. James Avenue, Suite 1700
> Boston, Massachusetts 02116

its successors and assigns ("Buyer"), all rights, title, and interest in Proof of Claim Number 2490 ("Claim") against the Debtors (Cases No. 19-30088 and 19-30089) in the Bankruptcy Court.

Sellers hereby waive any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waive to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Sellers acknowledge and understand, and hereby stipulate, that an order of the Bankruptcy Court may be entered without further notice to Sellers transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June _6_, 2019.

**BARBARA ZELMER**

_[signature]_ Manuel Corrales, Jr., Esq.
Attorney for Creditor Barbara Zelmer

**ROBERT ZELMER**

_[signature]_ Manuel Corrales, Jr., Esq.
Attorney for Creditor Robert Zelmer

**Acknowledged and Agreed:**
**DANU WAY, L.L.C.**

By: _____
   Name:
   Title: Authorized Representative

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court")

AND TO: In re Pacific Gas & Electric Corp. (Case No. 19-30088) and Pacific Gas and Electric Company (Case No. 19-30089) (collectively, the "Debtors")

Proof of Claim Number 2490

**BARBARA JEAN ZELMER AND ROBERT THOMAS ZELMER** ("Sellers"), for true and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, do hereby certify that Sellers have assigned, conveyed, transferred and set over, to:

> **DANU WAY, L.L.C.,**
> **An Investment Vehicle Controlled by The Baupost Group, L.L.C.**
> Care of:
> 10 St. James Avenue, Suite 1700
> Boston, Massachusetts 02116

its successors and assigns ("Buyer"), all rights, title, and interest in Proof of Claim Number 2490 ("Claim") against the Debtors (Cases No. 19-30088 and 19-30089) in the Bankruptcy Court.

Sellers hereby waive any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waive to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Sellers acknowledge and understand, and hereby stipulate, that an order of the Bankruptcy Court may be entered without further notice to Sellers transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 6, 2019.

**BARBARA ZELMER**

**ROBERT ZELMER**

Acknowledged and Agreed:
DANU WAY, L.L.C.

By: _____
Name: JEFFREY R. KATZ
Title: Authorized Representative