**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 262-9333

**Landau Gottfried & Berger LLP**
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Camp Fire Victims*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL EGGENBERGER *PRO HAC VICE*** |

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Michael Eggenberger, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Gabriella's Eatery, Chico Rent-A-Fence, Ponderosa Pest & Weed Control, and Steven Jones, victims of the 2018 Camp Fire and plaintiffs in the pending adversary proceeding known as *Herndon, et al. v. PG&E Corporation, et al.*, Adv. No. 19-03005, in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

Michael I. Gottfried
**LANDAU GOTTFRIED & BERGER LLP**
1801 Century Park East, Suite 700
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056
Email: mgottfried@lgbfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2019

By: /s/ Michael Eggenberger
Michael Eggenberger
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, NY 10172
T: (212) 484-9866
F: (646) 968-4125
E: meggenberger@piercebainbridge.com