Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:      310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:      310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ORDERS AUTHORIZING PRODUCTION OF DOCUMENTS**<br><br>Date:<br>Time:   4:00 p.m. (Pacific Time)<br>Place:   Robert Julian<br>            Baker & Hostetler LLP<br>            Levi's Place<br>            1160 Battery Street East, Ste. 100<br>            San Francisco, CA 94111 |

- 1 -

The Official Committee of Tort Claimants (the "**TCC**"), by and through its undersigned counsel, hereby submits this Ex Parte Application Pursuant to Bankruptcy Rule 2004 for Orders Authorizing Production of Documents (the "**Application**") to secure orders requiring PG&E Corp. and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**") to produce documents as set forth below.

The TCC represents the largest stakeholders in the case, the victims of the fires caused by the Debtors' equipment and electrical system practices. The Debtors' insurance coverage is a key source of payment of the fire claims.

Bankruptcy Rule 2004 permits discovery of the acts, conduct, or property of the Debtors, or to any matter which may affect the administration of the estate, including the existence and extent of sources of recovery for the fire victims. By this 2004 Application, the TCC seeks copies of any insurance policies that may provide coverage for claims arising from the fires caused by Debtors. This discovery is proper and necessary for the TCC to fulfill its obligations to investigate and evaluate the insurance policies that the Debtors may use to pay fire claims in this case.

**LIST OF DOCUMENTS REQUESTED FOR PRODUCTION**

1. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Northern California Wildfires. "Northern California Wildfires" shall have the same meaning as used by the Debtors in the Bar Date Motion [Dkt # 1784], pp. 8-9.

2. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Ghost Ship Fire. "Ghost Ship Fire" shall mean the fire that occurred on December 2, 2016, at the building known as the "Ghost Ship," located at 1315 31st Avenue in the City of Oakland, County of Alameda, State of California.

**TIME AND PLACE FOR PRODUCTION**

The requested date of the document production is fifteen (15) days from entry of an order granting the Application. Bankruptcy Rule 2004(d) provides as follows:

> (d) Time and Place of Examination of Debtor. The court may for cause shown and on terms as it may impose order the debtor to be examined under this rule at any time or place it designates, whether within or without the district wherein the case is pending.

These dates are a reasonable time after the anticipated date of entry. Service of the Application is effective via the Court's electronic notice.

**NO PRIOR REQUEST FOR RELIEF**

No previous application for the relief sought herein has been made to this Court. The TCC reserves the right to conduct further depositions and other discovery, or otherwise, as appropriate.

**CONCLUSION**

Since March 5, 2019, Counsel for the TCC has made multiple informal requests for the insurance policies described above. But to date, Debtors have provided only summaries of a subset of the relevant policies.

Accordingly, this Application is properly made on an ex parte basis under Local Rule 2004-1(a) and the TCC respectfully requests this Court immediately take notice of the Application and enter an order in substantially the form attached hereto as **Appendix A**, granting the relief requested herein, and such other and further relief as may be just.

Dated: June 7, 2019

BAKER & HOSTETLER LLP

By: /s/ Robert A. Julian
    Robert Julian

*Attorneys for The Official Committee of Tort Claimants*

# APPENDIX A

Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ORDERS AUTHORIZING PRODUCTION OF DOCUMENTS** |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Orders Authorizing Production of Documents filed on May 9, 2019, and after due deliberation and sufficient cause appearing therefor,

- 1 -

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.

2. The Debtors are directed to produce to the TCC the following documents and information, without service of a subpoena, fifteen (15) days from entry of this Order:

   a. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Northern California Wildfires. "Northern California Wildfires" shall have the same meaning as used by the Debtors in the Bar Date Motion [Dkt # 1784], pp. 8-9.

   b. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Ghost Ship Fire. "Ghost Ship Fire" shall mean the fire that occurred on December 2, 2016, at the building known as the "Ghost Ship," located at 1315 31st Avenue in the City of Oakland, County of Alameda, State of California.

**END OF ORDER**