Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

Counsel for EDF Renewables, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- **and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF EDF RENEWABLES, INC. TO NEXTERA ENERGY, INC.'S AND CONSOLIDATED EDISON DEVELOPMENT, INC.'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY TO PARTCIPATE IN APPEAL OF FERC ORDERS**<br><br>**Related Dkt Nos. 2400 and 2403**<br><br>**Date:** June 26, 2019<br>**Time:** 9:30 a.m. (PDT)<br>**Place:** United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline:** June 21, 2019<br>4:00 pm (PDT) |

Certain affiliates of EDF Renewables, Inc. ("EDF") are counterparties to FERC-jurisdictional power purchase agreements with the above-captioned Debtors and EDF is an intervenor in the (i) FERC proceeding styled *NextEra Energy, Inc., et al. v. Pacific Gas & Electric Company*, Docket No. EL19-35-000 and (ii) adversary proceeding pending in this Court styled *PG&E Corporation, et al. v. FERC, et al.*, Adv. Pro. No. 19-03003 (DM).

EDF hereby supports and joins in the *Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders*, filed by NextEra Energy, Inc. and NextEra Energy Partners, L.P. (Dkt. No. 2400) and the *Motion of Consolidated Edison for Relief from the Automatic Stay to Intervene and Participate in Appeal of FERC Orders* (Dkt. No. 2403) (collectively, the "Motions").

EDF reserves all rights to be heard before the Court in connection with the Motions.

DATED: June 7, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Thomas C. Mitchell*
Thomas C. Mitchell (CA State Bar No. 124438)
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

and

Debra L. Felder (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

*Counsel for EDF Renewables, Inc.*