1  Amy S. Park (SBN 208204)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, California 94301
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4  amy.park@skadden.com

5  J. Eric Ivester (*admitted pro hac vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Times Square
   New York, New York 10036-6522
7  Telephone: (212) 735-3000
   Facsimile:     (212) 735-2000
8  eric.ivester@skadden.com

9
   Attorneys for
10 FIRST SOLAR, INC.,
   WILLOW SPRINGS SOLAR 3 LLC,
11 AND MOJAVE SOLAR, LLC

12
                    UNITED STATES BANKRUPTCY COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
14

15 **In re:**                                    Bankruptcy Case

16                                               No. 19-30088 (DM)

17 **PG&E CORPORATION**                          Chapter 11

18     **-and-**                                 (Lead Case)

19 **PACIFIC GAS AND ELECTRIC**                  (Jointly Administered)
   **COMPANY,**
20                                               **JOINDER TO NEXTERA'S MOTION**
                        **Debtors.**             **FOR LIMITED RELIEF FROM STAY**
21                                               **TO PARTICIPATE IN APPELLATE**
                                                 **PROCEEDINGS WITH RESPECT TO**
22 ☐ Affects PG&E Corporation                    **FERC ORDERS**
   ☒ Affects Pacific Gas and Electric Company
23 ☐ Affects both Debtors                        Date:    June 26, 2019
                                                 Time:    9:30 a.m. (PST)
24                                               Place:   United Stated Bankruptcy Court
   *All papers shall be filed in the Lead Case,*          Courtroom 17, 16ᵗʰ Floor
25 *No. 19-30088 (DM).*                                   San Francisco, CA 94102

26                                               **Objection Deadline:**  June 21, 2019
                                                                         4:00 p.m. (PST)
27

28 **JOINDER OF ADDITIONAL PPA**                         **CASE NO: 19-30088 (DM)**
   **COUNTERPARTIES IN NEXTERA'S MOTION**
   **FOR LIMITED RELIEF FROM STAY TO**
   **PARTICIPATE IN APPELLATE PROCEEDINGS WITH**
   **RESPECT TO FERC ORDERS**

1     First Solar, Inc., Mojave Solar LLC, and Willow Springs Solar 3, LLC (collectively, the

2  "**Additional PPA Counterparties**") hereby join (the "**Joinder**") in the motion [ of NextEra

3  Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "**NextEra**") and the Memorandum of

4  Points and Authorities [Docket No. 2400] filed in support thereof (collectively, the "**NextEra Lift**

5  **Stay Motion**"), to lift the automatic stay (to the extent necessary) in the Bankruptcy Court for the

6  Northern District of California (the "**Bankruptcy Court**").

7     Each of the Additional PPA Counterparties have been granted leave to intervene in the

8  Adversary Proceeding[1] and for the reasons set forth in the NextEra Lift Stay Motion, the

9  Additional PPA Counterparties respectfully request that the Court enter an order (i) lifting the

10 automatic stay to the extent necessary to permit the Additional PPA Counterparties to (a) seek

11 leave from the applicable circuit court of appeals to intervene in any appeal of the FERC Orders (as

12 defined in the NextEra Lift Stay Motion); (b) to the extent permitted by the applicable circuit court

13 of appeals, participate in and prosecute to conclusion any appeal of the FERC Orders; (c) seek or

14 oppose any request for rehearing, rehearing en banc, petition for writ of certiorari; (d) participate in

15 the briefing and argument relating to any and all the foregoing; and (e) participate in any

16 proceedings on remand of the FERC Orders; (ii) lifting the automatic stay to the extent necessary

17 to generally allow all courts and administrative agencies with jurisdiction over the appeal or

18 remand to enter final orders relating thereto; and (iii) granting such other and further relief as is just

19 and proper.

20

21

22

23

24

25

---

26  [1] *See In re PG&E Corp. et al., PG&E Corp. et al. v. Fed. Energy Reg. Comm.*, Adv. No. 19-03003 (DM) (Bankr. N.D.
    Cal.), Adv. Docket Nos. 89 and 90.

27

1

28  **JOINDER OF ADDITIONAL PPA**                                    **CASE NO: 19-30088 (DM)**
    **COUNTERPARTIES IN NEXTERA'S MOTION**
    **FOR LIMITED RELIEF FROM STAY TO**
    **PARTICIPATE IN APPELLATE PROCEEDINGS WITH**
    **RESPECT TO FERC ORDERS**

# NOTICE

2   Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17

3 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel

4 to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and

5 Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California

6 Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory

7 Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States

8 Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors'

9 debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those

10 persons who have formally appeared in these chapter 11 cases and requested service pursuant to

11 Bankruptcy Rule 2002.

12   The Additional PPA Counterparties respectfully submit that no further notice is required.

13 DATED: June 7, 2019

14                                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

15

16                           By:   _/s/ Amy S. Park_____

17                                           Amy S. Park
                                             Attorneys for
18                                           FIRST SOLAR, INC.
                                     WILLOW SPRINGS SOLAR 3, LLC AND
                                             MOJAVE SOLAR LLC
19

20

21

22

23

24

25

26

27

                                              2

28 **JOINDER OF ADDITIONAL PPA**                          **CASE NO: 19-30088 (DM)**
   **COUNTERPARTIES IN NEXTERA'S MOTION**
   **FOR LIMITED RELIEF FROM STAY TO**
   **PARTICIPATE IN APPELLATE PROCEEDINGS WITH**
   **RESPECT TO FERC ORDERS**