# EXHIBIT U

**Minga, Jay**

| | |
|---|---|
| **From:** | Julian, Robert <rjulian@bakerlaw.com> |
| **Sent:** | Saturday, May 25, 2019 6:39 PM |
| **To:** | Slack, Richard |
| **Cc:** | Jones, Hannah L.; Liou, Jessica; lgrossbard@cravath.com; Singh, David; David Herman; Peter Benvenutti; Karotkin, Stephen; Monica Kozycz; Kristiansen, Eric; Jane Kim (jkim@kellerbenvenutti.com); Kramer, Kevin |
| **Subject:** | Re: Order After May 8 Discovery Hearing |

Richard,
That agreement and order are acceptable.
Thanks,

Robert Julian
Partner

Baker Hostetler
1160 Battery St.
Suite 100
San Francisco, CA
Tel: 415 806 6000

rjulian@bakerlaw.com
bakerlaw.com

On May 24, 2019, at 3:35 PM, Slack, Richard <richard.slack@weil.com> wrote:

> Bob,
>
> The Court did not address the time for production at the hearing and did not instruct the parties to include a production timeline in the Order. We therefore do not believe that the Order should have any such date because it is intended to reflect the actual rulings of the Court at the hearing.
>
> Nevertheless, the Debtors are prepared to work with you on reasonable production dates. We propose that we will make our first rolling production responsive to both the 2004 Application and the management-related requests 15 days from the date of entry of the Order. The Debtors will then produce additional responsive documents to such requests on a rolling basis, and make a reasonable, good faith effort to complete production within 30 days of the date of its first production. The time is reasonable and necessary given the volume of the requests, including, for example, that the requested board materials span 3 years, are highly sensitive and will need to be carefully reviewed for privilege, and the contractor information spans 10 years and many miles of wires.
>
> Please let us know if the TCC is signed off on the Order so we can submit to the Court or if there is anything further to discuss regarding production timeline issues.
>
> Thanks,

Richard

---

**From:** Julian, Robert <rjulian@bakerlaw.com>
**Sent:** Thursday, May 23, 2019 4:33 PM
**To:** Jones, Hannah L. <Hannah.L.Jones@weil.com>
**Cc:** Liou, Jessica <jessica.liou@weil.com>; lgrossbard@cravath.com; Singh, David <David.Singh@weil.com>; David Herman <DHerman@cravath.com>; Peter Benvenutti <pbenvenutti@kellerbenvenutti.com>; Slack, Richard <richard.slack@weil.com>; Karotkin, Stephen <stephen.karotkin@weil.com>; Monica Kozycz <mkozycz@cravath.com>; Kristiansen, Eric <EKristiansen@bakerlaw.com>
**Subject:** RE: Order After May 8 Discovery Hearing

Hannah,
The Order is fine, however we need a production date in the order. My order said 15 days from the date of the order. We suggest that date. My email on this did not go out last week, sorry. So would you please advise us tomorrow?
Thanks,
Bob

---

**From:** Jones, Hannah L. <Hannah.L.Jones@weil.com>
**Sent:** Thursday, May 16, 2019 4:01 PM
**To:** Julian, Robert <rjulian@bakerlaw.com>; Kristiansen, Eric <EKristiansen@bakerlaw.com>; Woltering, Catherine E. <cwoltering@bakerlaw.com>
**Cc:** Liou, Jessica <jessica.liou@weil.com>; lgrossbard@cravath.com; Singh, David <David.Singh@weil.com>; David Herman <DHerman@cravath.com>; Peter Benvenutti <pbenvenutti@kellerbenvenutti.com>; Slack, Richard <richard.slack@weil.com>; Karotkin, Stephen <stephen.karotkin@weil.com>; Monica Kozycz <mkozycz@cravath.com>
**Subject:** Order After May 8 Discovery Hearing

All,

Please find attached the draft proposed order in connection with the May 8 discovery conference. Please let us know if the TCC has edits or is signed off.

Best,
Hannah

<image001.jpg>

**Hannah L. Jones**
Associate

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Hannah.L.Jones@weil.com
+1 650 802 3137 Direct

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.