Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>           **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF BAKER & HOSTETLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**<br><br>[Re: Docket No. 2063]<br><br>**OBJECTION DATE**: June 7, 2019 |

## THE MONTHLY FEE STATEMENT

On May 17, 2019, Baker & Hostetler LLP ("**Baker**" or the "**Applicant**"), attorney for the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Second Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2019 through March 31, 2019 [Docket No. 2063] (the "**Second Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C.. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Second Monthly Fee Statement was served as described in the Certificate of Service of Tanya Kinne, filed on May 17, 2019 [Docket. No. 2064]. The deadline to file responses or oppositions to the Second Monthly Fee Statement was June 7, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Second Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Baker & Hostetler LLP and Counsel for the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the Second Monthly Fee Statement.

3. This declaration was executed in San Francisco, California.

Dated: June 10, 2019

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ *Cecily A. Dumas*
      Cecily A. Dumas

*Counsel for the Official
Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Second Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP<br><br>Counsel for Official Committee of Tort Claimants | Second Monthly<br><br>3/1/19 to 3/31/19<br><br>[Docket No. 2063 filed 5/17/19 | $1,914,580.50 | $63,706.83 | 6/7/2019 | $1,531,664.40 | $63,706.83 | $382,916.10 |