**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 11, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date:  June 11, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JUNE 11, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTERS GOING FORWARD*

1. **Morrison and Foerster Retention Application**: Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [**Dkt. 2193**].

    Response Deadline: June 5, 2019, at 4:00 p.m. (Pacific Time), except for the Tort Claimants Committee, for whom the deadline was extended per stipulation and order to June 7, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed: No responses were filed.

    Related Documents:

    A. Declaration of Joshua Hill, Jr. in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [**Dkt. 2194**].

    B. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [**Dkt. 2195**].

    C. Supplemental Declaration of Joshua Hill, Jr. in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date [**Dkt. 2442**].

    D. Docket Order Rescheduling Hearing on Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as of the Petition Date from June 12, 2019 to June 11, 2019 at 9:30 a.m.

    Status: This matter is going forward on an uncontested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. **KPMG Retention Application**: Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2171**].

Response Deadline: June 4, 2019, at 4:00 p.m. (Pacific Time), except for the Tort Claimants Committee, for whom the deadline was extended per stipulation and order to June 7, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection of High Speed Rail Authority and California Air Resources Board to Debtors' Application to Employ KPMG [**Dkt. 2384**].

Related Documents:

B. Declaration of Geno Armstrong in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2172**].

C. Motion to File Redacted Documents in Support of Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2173**].

D. Declaration of Tyson Smith in Support of Motion to File Redacted Documents in Support of Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2174**].

E. Order Granting Motion to File Redacted Documents in Support of Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors *Nunc Pro Tunc* to Petition Date [**Dkt. 2204**].

F. Notice of Filing of Revised Proposed Order Approving Application of Debtors Pursuant to 11 U.S.C. sections 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Support Consultants to the Debtors Nunc Pro Tunc to Petition Date [**Dkt. 2458**].

Status: The Objection filed by the High Speed Rail Authority and California Air Resource Board has been resolved and this matter is going forward on an uncontested basis.

## CONTESTED MATTER GOING FORWARD

3. **Nathan Relief from Stay Motion**: Motion for Relief from the Automatic Stay, Filed by Wendy Nathan [**Dkt. 2048**].

<u>Response Deadline</u>: June 6, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [**Dkt. 2433**].

B. Joinder of Official Committee of Unsecured Creditors to Debtors' Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [**Dkt. 2434**].

<u>Related Documents</u>:

C. Docket Text Order dated June 8, 2019, with Tentative Ruling continuing Nathan Motion for Relief from Stay to September 10, 2019.

<u>Status</u>: Counsel for Ms. Nathan has informed counsel for the two objecting parties and the courtroom deputy that this matter will be going forward on a contested basis.

## CONTINUED MATTERS

4. **MOR Deadlines and Form Modification Motion**: Application Pursuant to L.B.R. 2015-2(e) and 11 U.S.C. § 105(a) for an Order Modifying Debtors' Deadlines for Filing Monthly Operating Reports and Approving Proposed Modifications to Form of Monthly Operating Reports [**Dkt. 1788**].

<u>Response Deadline</u>: June 19, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Statement of No Objection of the Official Committee of Unsecured Creditors Regarding Certain Matters Scheduled for May 9, 2019 Hearing [**Dkt. 1908**].

B. Notice of Withdrawal of Statement of No Objection of the Official Committee of Unsecured Creditors [**Dkt. 1913**].

<u>Related Documents</u>:

C. Declaration of John Boken in Support of MOR Deadlines and Form Modification Application [**Dkt. 1789**].

<u>Status</u>: This matter has been continued to the omnibus hearing to be held on June 26, 2019, at 9:30 a.m. (Pacific Time).

5. **Bar Date Motion**: Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1784**].

Response Deadline: May 28, 2019, at 4:00 p.m. (Pacific Time), except for the Tort Claimants Committee, Unsecured Creditors Committee, the United States Trustee, California State Agencies, the Ad Hoc Group of Subrogation Claim Holders, the Community Choice Aggregators, and Turner Construction Company, for whom the response deadline was extended by stipulation and order to May 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2043**].

B. Joinder and Objection to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2238**].

C. Objection of Public Entities Impacted by the Wildfires to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors and Statement in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 2239**].

D. Interested Parties' Objection to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2240**].

E. Individual Butte Fire, North Bay Fires, and Camp Fire Victim Claimants' Objection to Debtors' "Bar Date Motion" [**Dkt 2242**].

F. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Forms Proposed by PG&E and the Tort Claimants

| | | |
|---|---|---|
| | | Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim-Cut-Off Date Proposed by PG&E [**Dkt 2248**]. |
| | G. | Joinder in (A) Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors; and (B) Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2256**]. |
| | H. | Objection of the Official Committee of Tort Claimants to Motion of the Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2306**]. |
| | I. | Limited Objection of the California State Agencies to Motion of Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2307**]. |
| | J. | United States Trustee's Objection to the Motion of the Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2316**]. |
| | K. | Sonoma Clean Power Authority's Limited Objection to Debtor's Bar Date Motion [**Dkt. 2321**]. |
| | L. | Joinder of Northern California Power Agency to Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion [**Dkt. 2324**]. |
| | M. | Joinder of City of San Jose to Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion [**Dkt. 2326**]. |
| | N. | Joinder of the County of Placer to the Sonoma Clean Power Authority's Limited Objection to Debtor's Bar Date Motion. [**Dkt. 2346**]. |
| | O. | Joinder of Cazadero Community Services District to the Sonoma Clean Power Authority's Limited Objection to Debtor's Bar Date Motion. [**Dkt. 2453**]. |

Related Documents:

P. Declaration of Kevin J. Orsini in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3),

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | | 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1785**]. |
| | Q. | Declaration of Shai Y. Waisman in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1786**]. |
| | R. | Declaration of Benjamin P. D. Schrag in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1787**]. |
| | S. | Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**]. |

Status: This matter has been continued to the omnibus hearing to be held on June 26, 2019, at 9:30 a.m. (Pacific Time).

6. **TCC Motion to Approve Wildfire Proof of Claim Form**: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2297**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

| | | |
|---|---|---|
| | A. | Objection of Public Entities Impacted by the Wildfires to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors and Statement in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 2239**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

B. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Forms Proposed by PG&E and the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim-Cut-Off Date Proposed by PG&E [**Dkt 2248**].

C. Debtors' Omnibus Objection to Motions of the Tort Claimants Committee and the Ad Hoc Subrogation Group Seeking Approval of Alternative Wildfire Proof of Claim Forms [**Dkt. 2296**].

Related Documents:

D. Memorandum of Points and Authorities in Support of Motion to Approve Wildfire Proof of Claim Form: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1825**].

E. Declaration of Karen Lockhart Regarding the Motion to Approve Wildfire Proof of Claim Form: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1826**].

F. Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1824**].

G. Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2298**].

H. Declaration of Steven Weisbrot in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2299**].

I. Declaration of Jeffrey R. Dion in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2300**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  J. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**].

  K. *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2309**].

  L. Declaration of Eric Goodman in Support of *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2310**].

  M. Docket Text Order denying Motion of the Official Committee of Tort Claimants to Shorten Time.

Status: This matter has been continued to the omnibus hearing to be held on June 26, 2019, at 9:30 a.m. (Pacific Time).

7. **Subrogation Claim Holders Motion to Approve Subrogation Proof of Claim Form**: Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2044**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

  A. Joinder in (A) Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors; and (B) Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2256**].

  B. Debtors' Omnibus Objection to Motions of the Tort Claimants Committee and the Ad Hoc Subrogation Group Seeking Approval of Alternative Wildfire Proof of Claim Forms [**Dkt. 2296**].

Related Documents:

C. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**].

Status: This matter has been continued to the omnibus hearing to be held on June 26, 2019, at 9:30 a.m. (Pacific Time).

8. **Deloitte Retention Application**: Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2197**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection of the United States Trustee to the Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2396**].

Related Documents:

B. Declaration of Timothy Gillam in Support of Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2198**].

C. Docket Text Order rescheduling Motion to Employ and Retain Deloitte & Touch LLP as Independent Auditor and Advisor to the Debtors from June 12, 2019, at 9:30 a.m. (Pacific Time) to June 11, 2019, at 9:30 a.m. (Pacific Time).

Status: This matter was moved by docket order from the June 12, 2019 omnibus hearing to the June 11, 2019 omnibus hearing. It has been continued to the omnibus hearing to be held on June 26, 2019, at 9:30 a.m. (Pacific Time) [**Dkt. 2456**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 10, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
Jane Kim

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119