

Signed and Filed: June 9, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 Fax: 212 310 8007 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | **ORDER PURSUANT TO L.B.R. 9006-1(a) SHORTENING NOTICE OF HEARING ON MOTION FOR ENTRY OF PROTECTIVE ORDER PURSUANT TO FED. R. BANKR. P. 7026 AND 9014(c) AND 11 U.S.C. § 105(a) GOVERNING DISCOVERY MATERIALS AND OTHER INFORMATION** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Related Document: Dkt. Nos. 2459, 2461 |
| ☒ Affects both Debtors | [No hearing requested] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Upon the *Ex Parte* Unopposed Application, dated June 7, 2019 (the "**Application to Shorten Notice**"),[1] of Pacific Gas and Electric Company and PG&E Corporation, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order shortening notice of hearing on the *Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information* (the **"Protective Order Motion"**), as more fully set forth in the Application to Shorten Notice; and upon consideration of the Slack Declaration submitted in support of the Protective Order Motion; and this Court having jurisdiction to consider the Application to Shorten Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Application to Shorten Notice and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, as the Application to Shorten Notice is properly made and considered on an ex parte basis, the two official Committees appointed in these cases do not oppose the relief requested, and it has been served on all parties receiving ECF notice in these case, no other or further notice need be provided; and this Court having reviewed the Application to Shorten Notice; and this Court having determined that the legal and factual bases set forth in the Application to Shorten Notice establish just cause for the relief granted herein; and it appearing that the relief requested in the Application to Shorten Notice is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interests; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application to Shorten Notice.

**IT IS HEREBY ORDERED THAT:**

1. The Application to Shorten Notice is granted as provided herein.

2. The hearing on the Protective Order Motion shall be held on **June 26, 2019, at 9:30 a.m. (Pacific Time)**.

3. Any oppositions or responses to the Protective Order Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on June 19, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996].

4. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**