McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Paul R. Gaus, #319979
    *paul.gaus@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorney for Creditor
Tim Messer Construction Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In Re**<br><br>**PG&E CORPORATION**<br><br>**and**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM BY TIM MESSER CONSTRUCTION, INC. (CLAIM NO. 2763)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Corporation<br>☐ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 DM | |

Pursuant to Fed. R. Bankr. P. 3006, Tim Messer Construction, Inc. ("Messer Construction")

hereby withdraws Claim No. 2763 in the amount of $478,300.33 ("Claim") in full. A copy of the

Claim is attached hereto as Exhibit "A".

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Dated: June 10, 2019

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Paul R. Gaus
Attorney for Creditor
Tim Messer Construction Inc.

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

19-30088 DM

Case: 19-30088    Doc# 2466    Filed: 06/10/19    Entered: 06/10/19 16:00:12    Page 2 of
28

# Exhibit A

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Tim Messer Construction Inc.**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

McCormick Barstow
c/o Paul Gaus
7647 N. Fresno Street
Fresno, CA 93720

Contact phone **(559)-433-2312**

Contact email _____

Where should payments to the creditor be sent? (if different)

Tim Messer Construction Inc.
32111 Rockhill Lane
Auberry, CA 93602

Contact phone _____

Contact email _____

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>                                                             MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Claim Number: 2763         Proof of Claim         page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

7. **How much is the claim?**    $ 478300.33 _____ . Does this amount include interest or other charges?

   ☒ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   **Construction services performed for Helm's Sewer replacement.**

9. **Is all or part of the claim secured?**

   ☐ No

   ☑ Yes.    The claim is secured by a lien on property.

   **Nature of property:**

   ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☐ Other. Describe: _____

   **Basis for perfection:**    Mechanic's lien

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                           $ Unknown

   **Amount of the claim that is secured:**          $ 478300.33

   **Amount of the claim that is unsecured:**  $ 0 (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $ _____

   **Annual Interest Rate (when case was filed)** 10 %

   ☑ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 2466    Filed: 06/10/19    Entered: 06/10/19 16:00:12    Page 5 of 28

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_____) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Paul R. Gaus*
Paul R. Gaus (Apr 24, 2019)

Email: paul.gaus@mccormickbarstow.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Paul R. Gaus | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | McCormick Barstow | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 7647 N. Fresno Street | | |
| | Number       Street | | |
| | Fresno | CA | 93720 |
| | City | State | ZIP Code |
| Contact phone | _____ | Email | _____ |

Case: 19-30088    Doc# 2466    Filed: 06/10/19    Entered: 06/10/19 16:00:12    Page 6 of 28

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[X] I have supporting documentation.
   (attach below)
               [ ] I do **not** have supporting documentation.

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

## Modified Form 410

# Instructions for Proof of Claim

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/pge.

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor'sr ight to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be securedo r unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally maybe an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

**Do not file these instructions with your form**



**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

Paul R. Gaus
paul.gaus@mccormickbarstow.com

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, California 93720
P.O. Box 28912
Fresno, CA 93729-9912
Telephone (559) 433-1300
Fax (559) 433-2300

Other offices of
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone 661-616-1594
Fax 661-616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**DENVER, CO OFFICE**
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone (720) 282-8126
Fax (720) 282-8127

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

**RENO, NV OFFICE**
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone (775) 333-0400
Fax (775) 333-0412

**SAN LUIS OBISPO, CA OFFICE**
656 Santa Rosa Street, Suite 2A
San Luis Obispo, California 93401
P.O. Box 31
San Luis Obispo, California 93406
Telephone (805) 541-2800
Fax (805) 541-2802

April 24, 2019

PG&E Corp. Claims Processing
   c/o Primeclerk LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Re:    <u>Proof of Claim - Tim Messer Construction Inc.</u>

To Whom it May Concern:

The undersigned represents Tim Messer Construction Inc., a California Corporation ("Messer Construction") in filing a claim in the chapter 11 bankruptcy of Pacific Gas & Electric Co. and PG&E Corp. in Bankruptcy Case Nos. 19-30088 (DM) and 19-30089 (DM).

PG&E hired Messer Construction for demolition and removal of the existing pipeline and pipeline improvement and for installation and construction of a new sewer collection system at the Helms Pumped Storage Facility located at 6689 McKinley Grove Rd, City of Shaver Lake, 93664 County of Fresno, State of California ("Property").

Messer Construction is still owed $478,300.33 for its work on the Property.

The supporting documents attached hereto as Exhibit "A" constitute writings evidencing Messer Construction's proof of claim pursuant to Fed. R. Bankr. P. 3001(a).

Very truly yours,

Paul R. Gaus
McCormick Barstow LLP

PRG

056717-000001 5957675.1

# Exhibit A



# Contract (Long Form)

This is a Contract between the below named Contractor ("Contractor"), a California corporation, and **Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.**

| | | | |
|---|---|---|---|
| **Contractor's Legal Name:** | Tim Messer Construction Inc | **PG&E Contract No. C10531** | |
| **Contractor's Address:** | 32111 Rockhill Lane<br>Auberry, CA 93602 | **This Contract consists of 351 pages.** | |

| | |
|---|---|
| **Project Name:** | Helms – Remove & Replace Sewer Collection System |
| **Job Location:** | Helms PSP Support Facilities |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work. This is not an exclusive Contract. This Contract does not guarantee Contractor any Work nor is there any guarantee as to any volume or duration of Work.

Contractor to complete removal and replacement work activities for the Helms Sewer Collection System. See addition requirements attached.

**ATTACHMENTS:** Each of the following documents is attached to this Contract and incorporated herein by this reference:

Attachment 1: Scope of Work, 4 Pages

Attachment 2: Consideration, 3 Pages

Attachment 3: Specific Conditions, 290 Pages

Attachment 4: General Conditions, 52 Pages

| | |
|---|---|
| **CONTRACT TERM:** | This Contract is effective upon signature by both parties and expires on March, 29, 2019. |
| **COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E. Work shall be completed by the milestone completion dates. Time is of the essence. |
| **INSURANCE:** | Contractor shall maintain insurance in accordance with Section 12 of the General Conditions. |
| **TERMS OF PAYMENT:** | In accordance with Section 22 of the General Conditions. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E Contract Change Order, fully executed by both PG&E and Contractor.

**TOTAL:**

**Time and Material NTE $318,808.00 (Three Hundred Eighteen Thousand Eight Hundred Eight and 00/100)**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: TIM MESSER CONSTRUCTION INC | |
|---|---|---|---|
| **Signature** | *Richard Cordova*<br>DocuSigned by:<br>A012C62C8FC147C... | **Signature** | *Stephan Ferguson*<br>DocuSigned by:<br>C5D25F77820A4C9... |
| **Name** | Richard Cordova | **Name** | |
| **Title** | Manager, Sourcing Portfolio | **Title** | |
| **Date** | 9/6/2018 | **Date** | 9/4/2018 |

62-4073 (12-1-08)                                   Sourcing

DocuSign Envelope ID: 852A2C64-296F-4314-A4ED-63F3E482EC45



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Holly Krieg | Contractor Representative | Stephen Ferguson |
| Phone | 916-742-9543 | Phone | 559-855-3100 |
| Email | hxkn@pge.com | Email | steve@timmessercontruction.com |
| Accounting Reference | 74012002 | | |
| PG&E Work Supervisor: | Rex Avila-r3a9@pge.com | Phone: 559-267-6847 | |
| INVOICE INSTRUCTIONS: Contractor shall send invoices for each payment when due, showing the Contract number, to: PACIFIC GAS AND ELECTRIC COMPANY | Send ORIGINAL Invoice to: | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 | |
| | Send COPY of Invoice to: | Stephanie Quick – SAQ1@pge.com Rex Avila – R3A9@pge.com | |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. *Note: Contractors using the XIGN System do not need to mail a copy of the invoice to PG&E. | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| Distribution Date | | |
| Distribution of Copies | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☑ Work Supervisor : Rex Avila-r3a9@pge.com RE: Francisco Sanchez-f1s3@pge.com Contracts: Roy Arnold-rfab@pge.com | ☐ Manager |
| | ☒ Invoice Approver : Stephanie Quick – SAQ1@pge.com | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing :Holly Krieg-hxkn@pge.com |
| | ☐ Director | ☐ Law |

62-4073 (12-1-08)　　　　　　　　Sourcing

Case: 19-30088　　Doc# 2466　　Filed: 06/10/19　　Entered: 06/10/19 16:00:12　　Page 13 of 28



# Contract Change Order

This is Change Order ("CO") No. 1 to Contract No. C10531 dated September 6, 2018 between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| Contractor's Legal Name: | Tim Messer Construction Inc | This Contract Change Order consists of 3 page(s). |
|---|---|---|
| Contractor's Address: | 32111 Rockhill Lane<br>Auberry, CA 93602 | |

| Project Name: | Helms – Remove & Replace Sewer Collection System |
|---|---|
| Job Location: | Helms PSP Support Facilities |

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

Change Order No. 1 is issued to modify the Contract as follows:

Change Order No. 1 is issued to increase the total Contract Value by $54,000.00 for associated costs of a drill rig to remove rock that was encountered while excavating the proposed trench that was beyond the scope work and of the equipment on site.

Contractor shall provide PG&E approved subcontractor invoices, if any, to verify all costs associated with this Change Order.

This Change Order No. 1 represents full and final consideration for the changes described herein, including but not limited to all adjustments to price, schedule, guaranteed dates and performance criteria for work that was not included in the original Contract scope of work. All other work descriptions of the original Contract shall remain unchanged and in effect.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

Attachment No. 1: Field Change Authorization dated October 5, 2018, 1 Page

| PRICING CHANGES: | Previous Total Contract Value: | $ 318,808.00 |
|---|---|---|
| | Addition or Deduction: | $ 54,000.00 |
| | Revised Total Contract Value: | $ 372,808.00 |

All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: TIM MESSER CONSTRUCTION INC | |
|---|---|---|---|
| Signature | *Nathan Floyd* <br> DocuSigned by: C49FCCF25ADF479... | Signature | *Stephen Ferguson* <br> DocuSigned by: C5D25F77620A4C9... |
| Name | Nathan Floyd | Name | |
| Title | Supervisor, Sourcing Operations | Title | |
| Date | 10/30/2018 | Date | 10/30/2018 |

62-4675 (12-1-08)        Sourcing



### ADMINISTRATION

| PG&E Negotiator | Holly Krieg | Contractor Representative | Stephan Ferguson |
|---|---|---|---|
| Phone | 916-742-9543 | Phone | 559-855-3100 |
| Email: | hxkn@pge.com | Email: | steve@timmesserconstruction.com |
| Accounting Reference | 74012002 | | |

### INTERNAL PG&E USE ONLY

| Distribution Date | |
|---|---|
| Distribution of Copies | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO |

| | |
|---|---|
| ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| ☒ Work Supervisor :Rex Avila-r3a9@pge.com | ☐ Manager |
| ☒ Invoice Approver :Stephanie Quick-saq1@pge.com | ☐ Supervisor |
| ☐ V.P. | ☒ Sourcing/ Purchasing :Holly Krieg-hxkn@pge.com |
| ☐ Director | ☐ Law |

62-4675 (12-1-08)                    Sourcing

**JOB TITLE:** Helm's Cottage Sewer
**FIELD AUTHORIZATION NO.:**
**CONTRACTOR:** Tim Messer Construction, Inc.
**ADDRESS:** 32111 Rockhill Ln.
**CITY/ST/ZIP:** Auberry, CA 93602
**CWA/PO #:**
**DATE ISSUED:**
**RESPOND BY:**
**DATE APPROVED:**
**DESCRIPTION OF CHANGE/ESTIMATED SCHEDULE IMPACT:**

| TYPE OF FIELD CHANGE (Check All That Apply) | |
|---|---|
| | Additional Work |
| | Disputed Work |
| | Work Reduction |
| X | Changed Condition |
| | Schedule Change |
| | Design Change |
| | Other: |

Additional funding requested would allow for the rental, and associated costs, of a drill rig and all supporting costs that may be involved. While excavating the proposed trench per planned route, rock has been encountered that will not be removed with equipment on site. This includes the rock breaker that has already been added to this project.

**RECOMMENDED ACTION AND/OR SOLUTION:**

Rental of drill rig and supporting labor/equipment & material.

## ESTIMATED COST OF CHANGE
**All changes associated with FCA for shall be tracked and attached with invoicing.**

**PRICING METHOD OF FIELD CHANGE**

| | |
|---|---|
| | Unit Cost |
| | Lump Sum |
| X | Time and Materials (NTE: **$ 54,000.00** ) |

| FUNDNG FOR CHANGE (Check All That Apply) | |
|---|---|
| | Record Only, No Additional Funding Request at this Time |
| X | Request Additional Funding* |
| | Change Will Exceed Contract Value |
| | Cost Decrease |
| | Credit Due* |
| | CCO Required |
| | Authorized For Invoicing on Current Billing Cycle |

| | | |
|---|---|---|
| LABOR: | $ | |
| MATERIAL: | $ | |
| EQUIPMENT: | $ | |
| SUB-CONTRACT: | $ | 54,000.00 |
| UNIT COST: | $ | |
| LUMP SUM: | $ | |
| OTHER: Fuel | $ | |
| | | |
| TOTAL: | $ | 54,000.00 |

*\* Attach Change Order Request*

This document shall be used to track field changes and prepare Contract Change Order (CCO) requests, and shall be attached to CCO requests prepared in conjunction with the changes described herein. Once approved and accepted, this document will allow work to proceed. Contractor may not invoice or receive payment for any work associated with this change until a Contract Change Order has been executed by both parties unless authorization for invoicing on current billing cycle is indicated above. Compensation to Contractor for above work will be as agreed upon by PG&E and Contractor, and as authorized by a CCO. PG&E reserves the right to suspend and/or cancel the above described work at any time. Should the above described work be canceled after authorized by PG&E, Contractor will be reimbursed for actual costs incurred up to the time work was canceled.

Contractor
**PREPARED by** Stephen Ferguson
_____
Print Name

*Stephen Ferguson*                    10/5/2018
Signature                              Date

PG&E Project Manager or Work Supervisor
**RECOMMENDED by** Rex Avila
_____
Print Name

_____  10/5/18
Signature                  Date

PG&E Inspector's Signature:
**ACKNOWLEDGED by**
_____
Print Name

_____
Signature                  Date

PG&E DOA Supervisor Signature:
**AUTHORIZED by**
_____
Print Name

_____
Signature                  Date



# Contract Change Order

This is Change Order ("CO") No. 2 to Contract No. C10531 dated September 6, 2018 between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| Contractor's Legal Name: | Tim Messer Construction Inc | This Contract Change Order consists of 14 page(s). |
|---|---|---|
| Contractor's Address: | 32111 Rockhill Lane<br>Auberry, CA 93602 | |

| Project Name: | Helms – Remove & Replace Sewer Collection System |
|---|---|
| Job Location: | Helms PSP Support Facilities |

**CHANGES:** The Parties hereby modify the Contract referenced above as follows:

Change Order No. 2 is issued to modify the Contract as follows:

Change Order No. 2 is issued to increase the total Contract Value by $298,265.75 for Contractor to perform the following additional Work requested and approved through Field Change Authorization's (FCA) not previously included in the original Scope of Work at the Helms-Remove & Replace Sewer Collection System project at Helms PSP Support Facilities are hereby added to this Contract as further described in *Attachment 1-Additional Summary of Work* for further details.

Contractor shall provide PG&E approved subcontractor invoices, if any, to verify all costs associated with this Change Order.

This Change Order No. 2 represents full and final consideration for the changes described herein, including but not limited to all adjustments to price, schedule, guaranteed dates and performance criteria for work that was not included in the original Contract scope of work. All other work descriptions of the original Contract shall remain unchanged and in effect.

**ATTACHMENTS:** The following are attached to this Contract Change Order and incorporated herein by this reference.

Attachment No. 1: Additional Summary of Work, 12 Pages

| PRICING CHANGES: | Previous Total Contract Value: | $ 372,808.00 |
|---|---|---|
| | Addition or Deduction: | $ 298,265.75 |
| | Revised Total Contract Value: | $ 671,073.75 |

All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: TIM MESSER CONSTRUCTION INC | |
|---|---|---|---|
| Signature | *Nathan Floyd*<br>C49FCCF25ADF479... | Signature | *Stephen Ferguson*<br>C5D25F77820A4C9... |
| Name | Nathan Floyd | Name | |
| Title | Supervisor, Sourcing Operations | Title | |
| Date | 12/26/2018 | Date | 12/26/2018 |

62-4675 (12-1-08)  Sourcing

DocuSign Envelope ID: 37374F72-060C-46EC-9642-0EBE7A727ABC



## ADMINISTRATION

| PG&E Negotiator | Holly Krieg | Contractor Representative | Stephan Ferguson |
|---|---|---|---|
| Phone | 916-742-9543 | Phone | 559-855-3100 |
| Email: | hxkn@pge.com | Email: | steve@timmesserconstruction.com |
| Accounting Reference | 74012002 | | |

## INTERNAL PG&E USE ONLY

| Distribution Date | | |
|---|---|---|
| Distribution of Copies | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor :Rex Avila-r3a9@pge.com | ☐ Manager |
| | ☒ Invoice Approver :Stephanie Quick-saq1@pge.com | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing :Holly Krieg-hxkn@pge.com |
| | ☐ Director | ☐ Law |

62-4675 (12-1-08)                    Sourcing

Case: 19-30088     Doc# 2466     Filed: 06/10/19     Entered: 06/10/19 16:00:12     Page 18
of 28

**Tim Messer Construction, Inc.**
32111 Rockhill Lane
Auberry, CA 93602

# INVOICE



Phone: (559)855-3100
Fax: (559)855-3101

**Invoice:** 1903
**Invoice Date:** 12/13/2018

| Bill To: | Project Details: |
|---|---|
| Pacific Gas & Electric<br>Accounts Payable<br>P.O. Box 7760<br>San Francisco, CA 94120-7760 | Helm's Cottages Sewer Replacemnt<br>66898 McKinley Grove Rd.<br>Shaver Lake, California 93664 |

| Payment Terms | Contract Number | Invoice Due Date |
|---|---|---|
| Discount 15 | C10531 | 1/12/2019 |

### Description

This is the **FINAL** invoice for the Helm's Sewer Replacement. Covered in this invoice is the Labor & Equipment hours, based on the LME Forms.. It also covers materials, rented equipment and subcontracted costs. Note: The subcontracted cost of the drilling with a profit of 20% **has been reduced** to 10% per discussions with Rex Avila (PG&E).Also included on this invoice **is a credit** for "Lost time/progress" due to hitting utility lines. The amount credited is based on discussions with Rex Avila (PG&E). Lastly,the fuel cost shown **reflects $3,000 less** then discusses with Rex Avila (PG&E), because of actual usage.

| Description | Quantity | UOM | Unit Price | Bill Amount |
|---|---|---|---|---|
| LME  Totals for Week 7 | 1.0000 | LS | 21,286.1500 | 21,286.15 |
| LME  Totals for Week 8 | 1.0000 | LS | 28,478.8300 | 28,478.83 |
| LME  Totals for Week 9 | 1.0000 | LS | 24,353.9900 | 24,353.99 |
| LME  Totals for Week 10 | 1.0000 | LS | 29,219.2000 | 29,219.20 |
| LME  Totals for Week 11 | 1.0000 | LS | 26,619.0400 | 26,619.04 |
| LME  Totals for Week 12 | 1.0000 | LS | 18,793.1000 | 18,793.10 |
| Drilling  Subcontracted Cost | 1.0000 | LS | 178,676.5800 | 178,676.58 |
| Profit on Drilling  Reduced to 10% | 1.0000 | LS | 17,867.6600 | 17,867.66 |
| Rented Equipment  & Material | 1.0000 | LS | 43,940.3300 | 43,940.33 |
| DEDUCTION / CREDIT  For "Lost Time/Progress"  With Hit Utilities | 1.0000 | LS | -1,980.0000 | (1,980.00) |
| LME Totals for Week 13 & 14 | 1.0000 | LS | 23,321.6900 | 23,321.69 |
| Mob & Demob | 1.0000 | LS | 15,000.0000 | 15,000.00 |
| Welder | 1.0000 | LS | 1,500.0000 | 1,500.00 |
| Mile  High Plumbing | 1.0000 | LS | 2,640.0000 | 2,640.00 |
| Trench Repave | 1.0000 | LS | 20,656.8000 | 20,656.80 |
| Ecco Closeout | 1.0000 | LS | 19,200.0000 | 19,200.00 |
| Breaker Fuel Reduced | 1.0000 | LS | 7,000.0000 | 7,000.00 |

Case: 19-30088   Doc# 2466   Filed: 06/10/19   Entered: 06/10/19 16:00:12   Page 19 of 28

**Tim Messer Construction, Inc.**
**32111 Rockhill Lane**
**Auberry, CA 93602**

# INVOICE

| Description | Quantity | UOM | Unit Price | Bill Amount |
|---|---|---|---|---|
| Final Concrete | 1.0000 | LS | 1,726.1000 | 1,726.10 |
| **Subtotal Amount** | | | | **478,299.47** |
| **Total Invoice Amount Due** | | | | **478,299.47** |

Case: 19-30088    Doc# 2466    Filed: 06/10/19    Entered: 06/10/19 16:00:12    Page 20 of 28

| | |
|---|---|
| **From:** | Quick, Stephanie |
| **To:** | steve@tmc-mli.com; Krieg, Holly |
| **Cc:** | Avila, Rex; hayley@tmc-mli.com |
| **Subject:** | RE: Taulia |
| **Date:** | Tuesday, January 8, 2019 10:13:17 AM |

The invoices have been confirmed on our end. Payment should go out shortly.

From: steve@tmc-mli.com <steve@tmc-mli.com>
Sent: Wednesday, January 02, 2019 1:05 PM
To: Quick, Stephanie <SAQ1@pge.com>; Krieg, Holly <HXKN@pge.com>
Cc: Avila, Rex <R3A9@pge.com>; hayley@tmc-mli.com
Subject: Taulia

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links
or opening attachments.*****
Holly,

I have attached some screen shots of what we are looking at from our side of Taulia. One
shows the two PO's that I was talking about. Looking in my records, I have documents for the
Helm's sewer project **_WITH BOTH_** of those PO numbers. (Not sure why we have two, but we
do.) With this being said, we billed one of them out using the remainder of the funds in it. We
then billed the rest of our invoice from the other PO number attached to the project as you
said. This left money in the second PO because more was authorized then we actually needed
to bill. (That is show in the other picture.)

I hope that makes sense. If not, feel free to give me a call once you have looked at the
attached photos. They went through on our side it appears.

Many Thanks!!

*Stephen Ferguson*

Tim Messer Construction, Inc.
http://www.timmesserconstruction.com

(559) 855-3100 (Office)
(559) 855-3101 (Fax)
(559) 301-5152 (Cell)

RECORDING REQUESTED BY
Paul R. Gaus

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME   Paul R. Gaus

STREET ADDRESS   7647 N. Fresno Street

CITY, STATE & ZIP CODE   Fresno, CA 93720

**2019-0030424**

FRESNO County Recorder
Paul Dictos, CPA
Wednesday, Mar 27, 2019 01:39:59 PM
Titles: 1    Pages: 3
Fees:        $100.00
CA SB2 Fee:    $75.00
Taxes:      $0.00
Total:      $100.00
SFW

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanic's Lien

The undersigned, _Tim Messer Construction Inc._ referred to in this claim of lien as the claimant,
(Full name of person or firm claiming mechanic's lien)

claims a mechanics' lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of _Fresno_, State of California, and described as follows:

Street Address: _Helms Pumped Storage Plant, 66898 McKinley Grove Rd. Shaver Lake, CA 93664_

Legal Description: _____

After deducting all just credits and offsets, the sum of $ _487,300.33_, together with interest thereon at the rate of _10%_ percent per annum from _01/08/2019_, is due claimant for the following labor, services, Helm's Cottages Sewer Replacement work, PG&E Contract No. C10531 and accompanying Contract Change Orders No. 1 and No. 2 executed on October 30, 2018 and equipment and/or materials: _December 26, 2018._

The name of the person or company by whom claimant was employed, or to whom claimant furnished the labor, services, equipment and/or materials is _Pacific Gas and Electric Company_

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

_Pacific Gas & Electric Company 77 Beale Street, 32nd Floor, San Francisco, CA 94105_

_Claimant's address is 32111 Rockhill Lane Auberry, CA 93602_

Name of Claimant _Tim Messer Construction Inc._

By _____
(Signature of claimant)

_Stephen Ferguson_

VERIFICATION

I, Stephen Ferguson, am the _Authorized Agent_ of, _Tim Messer Construction Inc._
(Title)              (Name of claimant)

the claimant named in the foregoing claim of mechanics' lien; I am authorized to make this verification for the claimant; I have read the foregoing claim of mechanics' lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _March 26th, 2019_, at _Fresno_, California

**Note: Proof of Service Affidavit and Notice of Mechanic's Lien Claim must be attached.**

American LegalNet, Inc.
www.FormsWorkFlow.com

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

7/1/12



American LegalNet, Inc.
www.FormsWorkFlow.com

# My Invoices

**Search My Invoices**

Invoice Number

Purchase Order

Invoice Status    All    >

**Advanced Search**

Search

**Showing 1-10 of 46 Invoices**                                                           Download List    Refresh

| Invoice # | Inv. Date | PO # | Due Date | Document Amount | Status | Payment | Actions |
|---|---|---|---|---|---|---|---|
| 1903a | Jan 2, 2019 | 2700211040 | tbd | $298,265.75 | In process | Early Payment | ⚲ |
| 1903 | Jan 2, 2019 | 2700160320 | tbd | $180,034.58 | In process | Early Payment | ⚲ |
| 1844 | Oct 31, 2018 | 2700160320 | Dec 15, 2018 | $192,773.42 | Paid | 2150239725 | ⚲ |
| 1843 | Oct 17, 2018 | 2700114127 | Dec 1, 2018 | $4,797.60 | Paid | 2150232678 | ⚲ |
| 1820 | May 30, 2018 | 2700114127 | Jul 15, 2018 | $4,836.40 | Paid | 2150130318 | ⚲ |
| 1797 | Nov 21, 2017 | 2501465714 | Jan 5, 2018 | $42,335.00 | Paid | 2150220193 | ⚲ |
| 1790 | Oct 17, 2017 | 2501598169 | Dec 1, 2017 | $2,957.95 | Paid | 2150193191 | ⚲ |
| 1728 | Jul 31, 2017 | 2501598169 | Sep 14, 2017 | $11,097.70 | Paid | 2150141598 | ⚲ |
| 113931 | Jul 20, 2017 | 2501504111 | Sep 3, 2017 | $11,912.51 | Paid | 2150132407 | ⚲ |
| 113809 | Apr 26, 2017 | 2501504111 | Jun 10, 2017 | $4,379.05 | Paid | 2150072700 | ⚲ |

1  2  3  4  5 | Next | Total items: 45



Terms and Conditions · Privacy Policy

Power by  ◇ taulia

## PROOF OF SERVICE AFFIDAVIT

### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Debra Ressler_____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Linda Y.H. Cheng_____

Title or capacity of person served (if appropriate): Agent for Service of Process of PG&E

Service address: 77 Beale Street, 24th Floor, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 26____, 2019 (date) at Fresno_____ (city), Fresno_____ (county), California.

91 7199 9991 7038 5801 8059

By: _____
(Signature of person making service)
Debra Ressler

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (If appropriate): _____

Service address: _____

Executed on _____, 20__ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

American LegalNet, Inc.
www.FormsWorkFlow.com

# Electronic Proof of Claim

Final Audit Report

2019-04-24

| | |
|---|---|
| Created: | 2019-04-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAg8t6Bw_R2NiyjkiWmMR59pYk4K8UZNq2 |

## "Electronic Proof of Claim" History

Widget created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-04-24 - 6:15:05 PM GMT

Paul R. Gaus (paul.gaus@mccormickbarstow.com) uploaded the following supporting documents:
 Attachment
2019-04-24 - 6:30:51 PM GMT

Widget filled in by Paul R. Gaus (paul.gaus@mccormickbarstow.com)
2019-04-24 - 6:30:51 PM GMT- IP address: 206.169.27.66

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; WOW64; Trident/7.0; rv:11.0) like Gecko)
2019-04-24 - 6:30:53 PM GMT- IP address: 206.169.27.66

Signed document emailed to Paul R. Gaus (paul.gaus@mccormickbarstow.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
2019-04-24 - 6:30:53 PM GMT

Prime Clerk | POWERED BY Adobe Sign

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF FRESNO

3      At the time of service, I was over 18 years of age and **not a party to this action**. I am
    employed in the County of Fresno, State of California. My business address is 7647 North Fresno
4  Street, Fresno, CA 93720.

5      On June 10, 2019, I served true copies of the following document(s) described as **NOTICE
OF WITHDRAWAL OF PROOF OF CLAIM BY TIM MESSER CONSTRUCTION, INC.**
6  **(CLAIM NO. 2763)** on the interested parties in this action as follows:

7                    **SEE ATTACHED SERVICE LIST**

8      **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s)
with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered
9  CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered
CM/ECF users will be served by mail or by other means permitted by the court rules.
10

11      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this Court
at whose direction the service was made.
12

    Executed on June 10, 2019, at Fresno, California.
13

14

15                                   Debra J. Ressler

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

19-30088 DM

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | **Attorney for Debtor**        Attorneys - US Trustee |
| 4 | Peter J. Benvenutti      OFFICE OF THE UNITED STATES TRUSTEE |

**SERVICE LIST**

**Attorney for Debtor**

Peter J. Benvenutti
Keller & Benvenutti LLP
650 California St. 19th Fl.
San Francisco, CA 94108
Email: pbenvenutti@kellerbenvenutti.com

Linda Y.H. Cheng
Agent for Service of Process of PG&E
77 Beale Street, 24th Floor
San Francisco, CA 94105

Attorneys - US Trustee

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Lynette C. Kelly
Timothy S. Laffredi
Marta Villacorta
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102
Email: lynette.c.kelly@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

19-30088 DM

Case: 19-30088    Doc# 2466    Filed: 06/10/19    Entered: 06/10/19 16:00:12    Page 28
of 28