Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
Kimberly S. Morris (SBN 249933)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: kmorris@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.442.8875
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING WILDFIRE CLAIMS**<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"). The Debtors and the TCC are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

The TCC has been informed that certain fire victims claim the Debtors and or their representatives or agents have been contacting, and will continue to contact, persons whose homes and property were burned in the 2017 and 2018 fires, and discussing with them whether they intend to rebuild their homes and property. In addition, the TCC has become aware that the Debtors have circulated questionnaires to residents of fire impacted areas. The Debtors contend that any such communications were in the ordinary course of the Debtors' business and are not intended to be used in connection with claims resolution. The TCC has not agreed with that contention. The TCC is concerned about the direct contact of victims, including represented parties, by the Debtors; and the TCC intends to object to any use of information obtained from any victims by the Debtors' lawyers and/or investigators via the use of the Debtors' information about the victims that the Debtors obtained via their relationship as the victims' utility service provider. The Debtors reserve all rights concerning any such objection to the extent the objection concerns information beyond the scope of this Stipulation and Agreement for Order. The Debtors further contend that they are not aware of any instances in which an internal or outside lawyer for PG&E, or anyone acting on their behalf, has communicated directly or indirectly with any person known to be represented by counsel concerning actual or potential claims against the company concerning a wildfire. **NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

Any information that has been or is obtained by Debtors or anyone acting on their behalf directly from any fire claimant in (i) the ordinary course of the Debtors' business, and (ii)

concerning any property that is subject to a fire claimant's claim against the Debtors will not be used, and is inadmissible by any party for any reason, including impeachment, in any litigation or bankruptcy proceeding concerning the estimation or resolution of wildfire claims.

Dated: June 6, 2019

BAKER & HOSTETLER LLP

/s/ Robert A. Julian

Robert A. Julian
*Counsel for Official Committee of Tort Claimants*

Dated: June 6, 2019

CRAVATH, SWAINE & MOORE LLP

/s/

Kevin J. Orsini
*Counsel for the Debtors and Debtors in Possession*