Gary M. Kaplan (State Bar No. 155530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Party in Interest
TTR SUBSTATIONS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case Nos. 19-30088 (DM) (Lead Case) |
| | * | |
| PG&E CORPORATION | * | Chapter 11 |
| | * | |
| -and- | * | Jointly Administered |
| | * | |
| PACIFIC GAS AND ELECTRIC COMPANY, | * | |
| | * | |
| *Debtors.* | * | |
| | * | |
| ☐ Affects PG&E Corporation | * | |
| ☐ Affects Pacific Gas and Electric Company | * | |
| ☒ Affects both Debtors | * | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | * | |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TTR SUBSTATIONS, INC.

TTR Substations, Inc. ("TTR") is a subcontractor under Master Service Agreement No. 4400007190 (the "MSA") and related Contract Work Authorizations ("CWAs," and collectively with the MSA, the "Contract") with debtor Pacific Gas and Electric Company ("PG&E" or "Debtor"), pursuant to which TTR agreed to provide labor, equipment, services and/or materials to PG&E (collectively, the "Work"), as specified therein, including substation construction, at certain real property locations owned by PG&E, as specified therein (collectively, the "Properties").

Prior to and after the filing of the Debtor's bankruptcy case on January 29, 2019, TTR has provided Work pursuant to the Contract at PG&E's Properties, as listed on Exhibit 1 attached hereto, and has duly provided preliminary notices with respect thereto pursuant to California Civil Code Sections 8100 *et seq.* (true and correct copies attached hereto as Exhibit 2). The amounts currently owed to TTR for the Work are set forth on Exhibit 1 (not including interest and other charges), with additional amounts continuing to accrue.

The Work under the Contract constitutes "works of improvement" as defined in California Civil Code Section 8050(a). Pursuant to California Civil Code Section 8414, a subcontractor may not enforce a lien unless the subcontractor records a claim of lien after the subcontractor finishes work, and before ninety (90) days after the completion of the work of improvement. California Civil Code Section 8460(a) provides that an action to enforce a lien must be filed within 90 days after recordation of the claim of lien, and if such action is not commenced within that time, then the claim of lien expires and is unenforceable.

Bankruptcy Code Section 546(b) (11 U.S.C. § 546(b)) provides that when applicable law requires commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the action was not filed prior to the bankruptcy petition date, then the claimant must instead give notice within the time fixed by law for filing the action.[1] *See*

---

[1] Section 546(b) provides as follows:

"(1) The rights and powers of a trustee under sections 544, 545, and 549 of [the Bankruptcy Code] are subject to any generally applicable law that—

(A) permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection; or

(B) provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that acquires rights in such property before the date on which action is taken to effect such maintenance or continuation.

(2) If— (A) a law described in paragraph (1) requires seizure of such property or commencement of an action to accomplish such perfection, or maintenance or continuation of perfection of an interest in property; and

(B) such property has not been seized or such an action has not been commenced before the date of the filing of the petition;

such interest in such property shall be perfected, or perfection of such interest shall be maintained or continued, by giving notice within the time fixed by such law for such seizure or such commencement."

1 *Village Nurseries v. Gould (In re Baldwin Builders)*, 232 B.R. 406, 410–15 (B.A.P. 9th Cir.

2 1999); *Village Nurseries v. Greenbaum*, 101 Cal.App.4th 26 (2002).

3       Bankruptcy Code Section 362(b)(3) further provides that the filing of a bankruptcy petition

4 "does not operate as a stay . . . under subsection (a) of this section, of any act to perfect, or to

5 maintain or continue the perfection of, an interest in property to the extent that the trustee's rights

6 and powers are subject to perfection under Section 546(b) of [the Bankruptcy Code] . . . ."

7       Pursuant to Bankruptcy Code Section 546(b), TTR hereby gives notice to preserve, perfect,

8 maintain, and continue the perfection of its liens in lieu of the recording of claims of lien and/or

9 the commencement of actions to enforce such liens pursuant to California Civil Code Sections

10 8414 and 8460(a). This notice constitutes the legal equivalent of having filed liens and

11 commenced actions to foreclose such liens. TTR's liens extend to the proceeds, products, rents,

12 and profits of the subject Properties. TTR reserves the right to record claims of lien in the Office

13 of the County Recorder for the Counties in the State of California where the Properties are located,

14 as permitted by Bankruptcy Code Section 362(b)(3).

15 Dated: June 11, 2019                     FARELLA BRAUN + MARTEL LLP

16

17 By: _____

18                              Gary M. Kaplan

19                     Attorneys for Party in Interest

20                     TTR Substations, Inc.

21

22

23

24

25

26

27

28

37170\42495042.1

# EXHIBIT 1

# Remaining Balance as of 5/31/2019

| Job Number | Location | Address | County | APN | Prime Contractor | TTRS Remaining Balance |
|---|---|---|---|---|---|---|
| 17103- 02 | Midway Sub | 2205 Wasco Way, Buttonwillow, CA 93206 | Kern | 101-010-02-00 | Semper Electric, Inc. | $ 90,555.92 |
| 17139- 01 | Table Mountain Sub | 945 Cottonwood Rd, 3 Miles E. Hwy 99, Oroville, CA 95965 | Butte | 041-230-009-000 | TRC Solutions | $ 67,995.66 |
| 17144- 01 | Cooley Landing Sub | 2000 Bay Road, East Palo Alto, CA 94303 | San Mateo | 063-12-122-0 SBE#: 135-41-027B-1 | Semper Electric, Inc. | $ 573,320.70 |
| 17206- 01 | Manteca Sub | W. North St & Elm Ave., Manteca, CA | San Joaquin | 217-100-03 | Semper Electric, Inc. | $ 53,989.42 |
| 18007- 01 | Pease Sub | Terra Buena & Pease Road, Tierra Buena, CA 95993 | San Joaquin | 017-230-007 SBE#: 135-51-005A-1 | Semper Electric, Inc. | $ 140,260.22 |
| 18014- 01 | Evolution Sub | 7205 National Drive, Livermore, CA 94550 | Alameda | 099B-8125-002-01 | Turner Construction | $ 481,921.70 |
| 18015- 02 | Table Mountain Sub | 945 Cottonwood Rd, 3 Miles E. Hwy 99, Oroville, CA 95965 | Butte | 041-230-009-000 | TRC Solutions | $ 1,868,707.95 |
| 18028- 02 | San Francisco H "Martin" Sub | 3150 Geneva Ave, Daly City, CA 94014 | San Mateo | 005-141-994 | Semper Electric, Inc. | $ 40,889.49 |
| 18079- 02 | Spence Sub | 535 Eckhart Rd, Salinas, CA 93908 | Monterey | 137-021-005 SBE#: 135-27-017-2 | Semper Electric, Inc. | $ 1,034,604.45 |
| 18083- 02 | Various Subs | Mtn View = 690 Yuba Drive, Mtn View, CA 94041 / San Jose B = 415 Coleman Avenue, San Jose, CA 95110 / Ames = Moffett Blvd North of Highway 101, Mtn View, CA 94035 / Whisman = 750 Moffett Blvd, Mtn View, CA 94043 | Santa Clara | 161-02-011  (690 Yuba Drive) 259-22-060 (Coleman) 116-12-010 (Ames) 153-19-004 (Whisman) | Semper Electric, Inc. | $ 831,902.82 |
| 18088- 02 | Weedpatch Sub | Sunset Blvd & Edison Rd., Weedpatch, CA 93307 | Kern | 189-200-05-00 | Semper Electric, Inc. | $ 584,879.31 |
| 18093- 02 | Cuyama Sub | 1 Mile s/o Cuyama & 10 miles sw/o Maricopa | Kern | 149-010-036 | Semper Electric, Inc. | $ 9,074.62 |
| 18136- 01 | San Francisco H "Martin" Sub | 3150 Geneva Ave, Daly City, CA 94014 | San Mateo | 005-141-994 | Semper Electric, Inc. | $ 340,003.27 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18137- 02 | Pike City Sub | e/o Pike City Rd & n/o Ridge Rd, Camptonville, CA 95922 | Yuba | 006-010-046-0 Land owned by US Forest Service. PG&E has a special use | Semper Electric, Inc. | $ | 66,053.95 |
| 18143- 01 | Upper Lake Sub | 8210 North State Hwy 29, Upper Lake, CA 95485 | Lake | 003-042-12 SBE#: 135-17-008A-1 | Semper Electric, Inc. | $ | 157,929.48 |
| 18151- 02 | Calistoga Sub | 2860 Lake County HWY, Calistoga, CA 94515 | Napa | 017-230-010-000 | Semper Electric, Inc. | $ | 10,809.04 |
| 18156- 01 | Kasson Sub | 28351 Kasson Rd, Tracy, CA 95304 | San Joaquin | 239-090-04 | Semper Electric, Inc. | $ | 516,775.31 |
| 18164- 02 | Green Valley Sub | Minto Rd E/O Green Valley Rd, Watsonville, CA | Santa Cruz | 051-091-03-000 | Semper Electric, Inc. | $ | 176,137.89 |
| 18173- 01 | Midway Sub | 3 Miles W of I5 on HWY 58, Buttonwillow, CA | Kern | 101-010-02-00 | Semper Electric, Inc. | $ | 80,875.87 |
| 18180- 01 | Monta Vista Sub | 10110 California Oaks Way, Cupertino, CA 95014 | Santa Clara | 342-63-001 | Semper Electric, Inc. | $ | 15,797.45 |
| 18181- 02 | Weimar Sub | Nature Way s/o Weimar Crossroad, Weimar, CA 95736 | Placer | 072-100-019-000 | Semper Electric, Inc. | $ | 82,338.67 |
| 19001- 01 | San Francisco M Sub | BLDG 20 Rousseau St. , San Francisco, CA 94105 | San Francisco | 6747-016 | Semper Electric, Inc. | $ | 152,014.15 |

# EXHIBIT 2

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Civil & Electrical Substation Construction Services Per<br>CW#: 2501606089<br>TTR Job # 17103-02<br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc.<br><br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>All work in relation to PG&E CWA # 2501606089<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>2205 Wasco Way<br>Buttonwillow, CA 93206 |

### NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: _10th_ day of _January_ , 20_19_ .

Elizabeth Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substances,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstances.com,
c=US
Date: 2019.01.10 10:07:43 -08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: _Elizabeth Rundgren_

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren _____, declare that on the 10th day of January _____, 20 19, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]  Property Owner
[ X ]  Prime Contractor
[     ]  Lender

I served the attached Preliminary Notice:

[     ]  By personally delivering the notice to the identified parties;

[ X ]  By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  10th  day of January _____, 20 19 .

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com, c=US
Date: 2019.01.10 10:06:15 -08'00'

Project Coordinator _____, Agent for CLAIMANT
Signed by:  Elizabeth Rundgren _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
17103-01 '/10

Street and Apt. No., or PO Box No.
PG&E

City, State, ZIP+4®

JAN 2019
Postmark
Here
FOWLER CA 93625

7018 1130 0000 9304 5730

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1547 02

2. Article Number (Transfer from service label)

7018 1130 0000 9304 5730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J. Frederick
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
1/14/19

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To    17103-01 4/10

Street and Apt. No., or PO Box No.    Semp

City, State, ZIP+4®

JAN 10 2019
Postmark
Here

FOWLER CA 93625

7018 1130 0000 9304 5723

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Semper Electric, Inc.
   PO Box 4636
   Paso Robles, CA 93447

   ||||| |||| ||||| |||| ||||| ||||| |||||
   9590 9402 4357 8190 1543 68

2. Article Number (Transfer from service label)

   7018 1130 0000 9304 5723

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

PASO RO    JAN 19 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ed Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:** <br> (Identify Name & Address of Party) <br><br> **PROPERTY OWNER** <br> Pacific Gas & Electric <br> 6030 West Oaks Blvd. <br> Rocklin, CA 95765 <br><br> **PRIME CONTRACTOR** <br> TRC Solutions <br> 21 Griffin Rd North <br> Windsor, CT 06095 <br><br> **CONSTRUCTION LENDER** <br> NONE <br><br><br> **NOTICE FROM ("CLAIMANT"):** <br> (Identify Name & Address & Phone) <br><br> TTR Substations, Inc. <br> 4533 E. Citron <br> Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: <br> (Identify Work/Materials Provided by Claimant) <br><br> Civil & Electrical Substation Construction Services Per <br> CWA#: 1531 <br> TTR Job # 17139-01 <br><br> These services have been contracted for by: <br> (Identify Name & Address of Party Who Hired Claimant) <br><br> TRC Solutions <br><br> An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is <br> All work in relation to PG&E CWA # 1531 <br><br> Property Address where labor, services, equipment or materials is furnished or to be furnished: <br> (Identify Name & Address of Party Who Hired Claimant) <br><br> 945 Cottonwood Rd 3 Miles E. Hwy 99 <br> Oroville, CA 95965 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___10th___ day of ___January___, 20 _19_ .

Elizabeth Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTB Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTBSubstations.com,
c=US
Date: 2019.01.10 10:35:29 -06'00'

___Project Coordinator___ , Agent for CLAIMANT

Signed by: ___Elizabeth Rundgren___

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren _____, declare that on the __10th__ day of __January_____, 20 __19__, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]    Property Owner
[ X ]    Prime Contractor
[     ]    Lender

I served the attached Preliminary Notice:

[     ]    By personally delivering the notice to the identified parties;

[ X ]    By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   __10th__ day of __January_____, 20 __19__.

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, ou=TTR Substations,
o=Project Coordinator,
email=Elizabeth.Rundgren@TTRsubstations.com, c=US
Date: 2019.01.10 10:35:52 -08'00'

__Project Coordinator__, Agent for CLAIMANT
Signed by: __Elizabeth Rundgren_____

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7018 1130 0000 9304 5624

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-8047        See Reverse for Instructions

CECILE BOLT
JAN 10 2019
Postmark
Here
FOWLER CA 93625

17739-9 4/10
TRC

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRC Companies, Inc.
21 Griffin Road North
Windsor, CT 06095

9590 9402 4357 8190 1546 72

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 5624

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                               ☐ Addressee
B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ured Mail Restricted Delivery
   er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JAN 10 2019

CECIL E BOLT

FOWLER CA 93625

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PGஇ&E

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 1130 0000 9304 5617

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4357 8190 1547 26

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 5617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *J. Frederick*        ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                   ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery               ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ ___ed Mail                        ☐ Signature Confirmation™
☐ ___ed Mail Restricted Delivery    ☐ Signature Confirmation
   ($500)                              Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO: | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: |
|---|---|
| (Identify Name & Address of Party) | (Identify Work/Materials Provided by Claimant) |
| **PROPERTY OWNER** | |
| Pacific Gas & Electric | Civil & Electrical Substation Construction Services Per CWA # 1629 |
| 6030 West Oaks Blvd. | |
| Rocklin, CA 95765 | TTR Job # 17144-01 |
| **PRIME CONTRACTOR** | These services have been contracted for by: |
| Semper Electric | (Identify Name & Address of Party Who Hired Claimant) |
| PO BOX 4636 | |
| Paso Robles, CA | Semper Electric, Inc. |
| **CONSTRUCTION LENDER** | |
| NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is |
| | All work in relation to PG&E CWA # 1629 |
| **NOTICE FROM ("CLAIMANT"):** | Property Address where labor, services, equipment or materials is furnished or to be furnished: |
| (Identify Name & Address & Phone) | (Identify Name & Address of Party Who Hired Claimant) |
| TTR Substations, Inc. | |
| 4533 E. Citron | 2000 Bay Road |
| Fresno, CA 93725 | East Palo Alto, CA 94303 |

### NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: _10th_ day of _January_ , 20_19_ .

Elizabeth Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com, c=US
Date: 2019.01.10 10:49:29 -08'00'

Project Coordinator , Agent for CLAIMANT
Signed by: _Elizabeth Rundgren_

## **PROOF OF SERVICE AFFIDAVIT**

I, Elizabeth Rundgren _____, declare that on the 10th __ day of January _____, 20 19 __, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X  ]        Property Owner
[ X  ]        Prime Contractor
[     ]        Lender

I served the attached Preliminary Notice:

[     ]        By personally delivering the notice to the identified parties;

[ X  ]        By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    10th __ day of January _____, 20 19 __.

Elizabeth Rundgren   Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substation,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstation.com, c=US
Date: 2019.01.10 10:59:38 -08'00'

Project Coordinator __, Agent for CLAIMANT
Signed by: Elizabeth Rundgren _____



7018 1130 0000 9304 5600

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JAN 1 0 2019
FOWLER CA 93625

Postage
$

Total Postage and Fees
$

Sent To    1/10  17144-a

Street and Apt. No., or PO Box No.    SEMB

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric, Inc.
PO Box 4636
Paso Robles, CA 93447

9590 9402 4357 8190 1543 82

2. Article Number (Transfer from service label)

7018 1130 0000 9304 5600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☑ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN 9 2019
93446-USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... red Mail
☐ ... red Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

... rm 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

CECIL E BOLT
Postmark Here
JAN 10 2019
FOWLER/OA 93994-0

7018 1130 0000 9304 5594

PG PE

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1576 97

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 5594

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Frederick_    ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
1/4/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...red Mail Restricted Delivery r $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Civil & Electrical Substation Construction Services Per CWA # 3691<br><br>TTR Job # 17206-01<br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc.<br><br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>All work in relation to PG&E CWA # 3691<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>W. North St & Elm Ave<br>Manteca, CA |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: __10th__ day of __January__ , 20 __19__ .

Elizabeth
Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com,
c=US
Date: 2019.01.10 11:28:24 -08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: __Elizabeth Rundgren__

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren _____, declare that on the 10th __ day of January _____, 20 19 __, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]        Property Owner
[ X ]        Prime Contractor
[     ]        Lender

I served the attached Preliminary Notice:

[     ]        By personally delivering the notice to the identified parties;

[ X ]        By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___10th__ day of January _____, 20 19 __.

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com, c=US
Date: 2019.01.10 11:28:54 -08'00'

Project Coordinator , Agent for CLAIMANT
Signed by: Elizabeth Rundgren _____



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery  $ _____          Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To       17206-01 410
                        SEMS

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

JAN 1 0 2019

FOWLER, CA 93625

7018 1130 0000 9304 5716

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Semper Electric, Inc.
   PO Box 4636
   Paso Robles, CA 93447

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 4357 8190 1544 05

2. Article Number *(Transfer from service label)*
   7018 1130 0000 9304 5716

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

   PASO ROBLES POST OFFICE   JAN 1 9 201

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☒ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JAN 10 2019

FOWLER CA 93625

Postage
$
Total Postage and Fees
$

Sent To

17206-01 4/10
PG&E

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 9304 5709

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1576 59

2. Article Number (Transfer from service label)

7018 1130 0000 9304 5709

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Frederick    ☑ Agent
                 ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   1/14/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**NOTICE TO:**
(Identify Name & Address of Party)

**PROPERTY OWNER**
Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, Ca. 95765

**PRIME CONTRACTOR**
Semper Electric, Inc.
PO Box 4636
Paso Robles, CA 93447

**CONSTRUCTION LENDER**
NONE

**NOTICE FROM ("CLAIMANT"):**
(Identify Name & Address & Phone)

TTR Substations, Inc.
4533 E. Citron
Fresno, Ca. 93725

YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:
(Identify Work/Materials Provided by Claimant)

Install foundations for 115kv BAAH

foundations for 115/60kv new Transformer Bank #5,

foundations for the replacement of Transformer Bank #2

These services have been contracted for by:
(Identify Name & Address of Party Who Hired Claimant)

Semper Electric, Inc.

An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is
$ 1,900,996.80 .

Property Address where labor, services, equipment or materials is furnished or to be furnished:
(Identify Name & Address of Party Who Hired Claimant)

Tierra Buena & Pease Road, Tierra Buena, CA 95993

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___25___ day of __January_____, 20 _18___.

Mellissa R. Paro
Digitally signed by Mellissa R. Paro
DN: cn=Mellissa R. Paro, o, ou,
email=mellissa.paro@ttsubstations.com, c=US
Date: 2018.01.25 10:01:28 -08'00'

Project Coordin⊠ , Agent for CLAIMANT
Signed by: __Mellissa R. Paro_____

**PROOF OF SERVICE AFFIDAVIT**

I, Mellissa Paro_____, declare that on the 25___ day of January_____, 20 18____, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]     Property Owner
[ X ]     Prime Contractor
[     ]     Lender

I served the attached Preliminary Notice:

[     ]     By personally delivering the notice to the identified parties;

[ X ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   25___ day of January_____, 20 18___.

Mellissa R. Paro
Digitally signed by Mellissa R. Paro
DN: cn=Mellissa R. Paro, o, ou,
email=mellissa.paro@ttrsubstations.com, c=US
Date: 2018.01.25 10:01:48 -08'00'

Project Coordinator_____, Agent for CLAIMANT
Signed by:  Mellissa R. Paro_____

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 2.75 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 50¢ |
| Total Postage and Fees | $ 6.70 |

YUBA CITY, CA 95993
Postmark Here
JAN 2 2018
USPS

Sent To: _Semper_
Street and Apt. No., or PO Box No. _18007-01_
City, State, ZIP+4® _Pease_

7017 2400 0000 3667 3765

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X C. Echeuania    ☑ Agent  ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)   C. Echeuania   C. Date of Delivery 1/29 |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes |
| SEMPER ELECTRIC, INC. P.O.BOX 4636 PASO ROBLES, CA 93447 | If YES, enter delivery address below:  ☐ No |

9590 9402 3613 7305 6899 51

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)
7017 2400 0000 3667 3765

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | 3.45 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

USBA CITY, CA 95993
JAN 2 Postmark Here
USPS

Postage
$ 50'

Total Postage and Fees
$ 6.70

Sent To PG&E

Street and Apt. No., or PO Box No.

City, State, ZIP+4® 8007-01 Pease

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 3667 3758

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, Ca. 95765

9590 9402 3613 7305 6899 68

2. Article Number (Transfer from service label)
7017 2400 0000 3667 3758

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Chl Tan     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Chalell Taylor    1-29-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



*18014-01*
*Turner*

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| **NOTICE TO:** (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER** PG&E 6030 West Oaks Blvd. Rocklin, Ca. 95765 | Substation Construction |
| **PRIME CONTRACTOR** Turner Construction 1211 H St. Sacramento, CA 95814 | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) Turner Construction PO: 4700098333 / 171231 |
| **CONSTRUCTION LENDER** NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 2,262,106.00 . |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) TTR Substations, Inc. 4533 E. Citron Fresno, CA 93725 PO: 18014-01 | Property Address where labor, services, equipment or materials is furnished or to be furnished: (Identify Name & Address of Party Who Hired Claimant) 7205 National Drive, Livermore, CA 94550 PG&E Livermore Training Facility |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: _16th_ day of _February_, 20 _18_.

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TER
Substations, Inc., ou=Project
Coordinator,
email=mellissa.zuro@tersubstations.co
m, c=US
Date: 2018.02.16 10:33:46 -08'00'

Project Coordinator, Agent for CLAIMANT
Signed by: _Mellissa Hawkins_

## PROOF OF SERVICE AFFIDAVIT

I, Mellissa Hawkins                    , declare that on the 16th day of February            , 20 18   , I served
copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X    ]     Property Owner
[ X    ]     Prime Contractor
[      ]     Lender

I served the attached Preliminary Notice:

[      ]     By personally delivering the notice to the identified parties;

[ X    ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party
at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   16th   day of February            , 20 18  .

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc., ou=Project
Coordinator,
email=mellissa.puro@ttrsubstations.c
om, c=US
Date: 2018.02.16 10:34:07 -08'00'

Project Coordinator   , Agent for CLAIMANT

Signed by:   Mellissa Hawkins

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                2/2018

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

Turner Construction
1211 H street
Sacramento CA 95814

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3485 7275 5594 75

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 2140 0000 1677 5320

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

7016 2140 0000 1677 5320

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To    Turner Const

Street and Apt. No., or PO Box No.
City, State, ZIP+4®    # 18014-01

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
PGE 18014-01

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 2140 0000 1677 5313

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, Ca. 95765

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
SCOTT KWAP

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

9590 9402 3485 7275 5594 68

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 2140 0000 1677 5313

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:** (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
| **PROPERTY OWNER** Pacific Gas & Electric 6030 West Oaks Blvd. Rocklin, Ca. 95765 | Electrical Construction |
| **PRIME CONTRACTOR** TRC Companies, Inc 21 Griffin Road North Windsor, CT 06095 | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) Fidelis Green, Inc. 1557 Starr Drive, Suite D. Yuba City Ca 95993 |
| **CONSTRUCTION LENDER** NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 3,610,453.50 . |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) TTR Substations, Inc. 4553 E. Citron Fresno, CA 93725 559-892-0100 | Property Address where labor, services, equipment or materials is furnished or to be furnished: (Identify Name & Address of Party Who Hired Claimant) Table Mountain Substation - 945 Cottonwood Road, Oroville, CA 95965 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: _7th_ day of _February_ , 20 _18_ .

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc., ou=Project Coordinator,
email=mellissa.paro@ttrsubstations.com,
c=US
Date: 2018.02.07 10:33:54 -08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: _Mellissa Hawkins_

## **PROOF OF SERVICE AFFIDAVIT**

I, Mellissa Hawkins                    , declare that on the 7th    day of February           , 20 18   , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X     ]     Property Owner
[ X     ]     Prime Contractor
[        ]     Lender

I served the attached Preliminary Notice:

[ X     ]     By personally delivering the notice to the identified parties;     Fidelis Green, Inc.

[ X     ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   7th    day of February           , 20 18   .

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc., ou=Project
Coordinator,
email=mellissa.paro@ttrsubstations.
com, c=US
Date: 2018.02.07 10:33:31 -08'00'

Project Coordinator    , Agent for CLAIMANT
Signed by:   Mellissa Hawkins

## PRELIMINARY 20-DAY NOTICE
### Proof of Personal Delivery

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA
CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY
CONTRACTOR OR SUBCONTRACTOR.

I served the attached Preliminary Notice via hand delivery to the following parties:

Fidelis Green, Inc. – Contractor

Dated: 7th Day of February 20 18

X _Jennifer Jenn_

Agent for Contractor

## Mellissa
X ## Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc., ou=Project
Coordinator,
email=mellissa.paro@ttrsubstations.
com, c=US
Date: 2018.02.07 10:37:44 -08'00'

Agent for CLAIMANT

Re: Table Mountain Cap Bank - 18015-02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | 3.45 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ 0.75 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | 6.70 |

Sent To  *TRC*

Street and Apt. No., or PO Box No.  *18015-02*

City, State, ZIP+4®

Postmark Here — YUBA CITY, CA 95993 — FEB-7 2018 — USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions.

7017 2400 0000 3667 3802

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*TRC Companies, Inc*
*21 Griffin Rd. North*
*Windsor, CT 06095*

9590 9402 3509 7275 1210 91

2. Article Number *(Transfer from service label)*

7017 2400 0000 3667 3802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Carrie Crowe*   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
*2/12/18*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 0.75 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | 50 |
| Total Postage and Fees | 6.70 |

Postmark Here
FEB -7 2018
USPS

Sent To  *PGE*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  *18015-02*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7017 2400 0000 3667 3796

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, Ca. 95765

9590 9402 3613 7305 6899 20

2. Article Number (Transfer from service label)

7017 2400 0000 3667 3796

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *GB*                    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*JASON BURKE*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, Ca. 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric, Inc.<br>PO Box 4636<br>Paso Robles, Ca. 93447<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Substation Construction<br><br>18028-02<br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc.<br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 211,001.30<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>3150 Geneva Ave. Daly City, CA 94014 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated: <u>16th</u> day of <u>March</u>, 20 <u>18</u>.

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc, ou=Project Coordinator,
email=mellissa.paro@ttrsubstations.com,
c=US
Date: 2018.03.16 08:21:26 -07'00'

<u>Project Coordin</u> , Agent for CLAIMANT
Signed by: <u>Mellissa Hawkins</u>

## PROOF OF SERVICE AFFIDAVIT

I, Mellissa Hawkins_____, declare that on the 16th__ day of March_____, 20 18__, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X____ ]     Property Owner
[ X____ ]     Prime Contractor
[_____]     Lender

I served the attached Preliminary Notice:

[_____]     By personally delivering the notice to the identified parties;

[ X____ ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   16th__ day of March_____, 20 18__ .

Mellissa
Hawkins

Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR
Substations, Inc., ou=Project
Coordinator,
email=mellissa.paro@ttrsubstations
.com, c=US
Date: 2018.03.16 08:21:50 -07'00'

Project Coordinator__ , Agent for CLAIMANT
Signed by:   Mellissa Hawkins_____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ 0.75
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ .50

Total Postage and Fees
$ 6.70

Sent To
_Semper_
Street and Apt No.,
City, State, ZIP+4® 18028-02

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 2140 0000 1677 5436

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

SEMPER ELECTRIC, INC.
P.O.BOX 4636
PASO ROBLES, CA 93447

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3485 7275 5593 38

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                     3-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
   Insured Mail                      ☐ Signature Confirmation™
   Insured Mail Restricted Delivery  ☐ Signature Confirmation
   (over $500)                          Restricted Delivery

2. Article Number (Transfer from service label)
7016 2140 0000 1677 5436

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   3.45
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage    .50¢
$
Total Postage and Fees    6.70
$
Sent To   PG&E
Street and Apt. No., or PO Box No.
City, State, ZIP+4®   18028-02

Postmark
Here

YUBA CITY, CA 95993
MAR 1 6 2018
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

E5445
1677
0000
2140
7016

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, Ca. 95765

9590 9402 3485 7275 5593 21

2. Article Number (Transfer from service label)
7016 2140 0000 1677 5443

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO:<br>(Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER**<br>Pacific Gas & Electric<br>PO Box 7760<br>San Francisco, CA 94120-7760 | SPENCE: EM REPL: MOAS31 60KV |
| **PRIME CONTRACTOR**<br>Semper Electric Inc.<br>PO Box 4636<br>Paso Robles, CA 93447 | These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric Inc.<br>PO Box 4636, Paso Robles, CA 93447 |
| **CONSTRUCTION LENDER**<br>None | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 1,289,932.49 . |
| **NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations Inc.<br>4533 E. Citron<br>Fresno, CA 93725<br>559-276-8500 | Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>PG&E Spence Substation<br>535 Eckhart Rd. Salinas, CA 93908 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___9th___ day of ___July___ , 20 _18_ .

_C. a e d ._

Camille Arnold      , Agent for CLAIMANT

Signed by: __Project Coordinator__

## **PROOF OF SERVICE AFFIDAVIT**

I, Camille Arnold _____, declare that on the 9th ___ day of July _____, 20 18 __, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]     Property Owner
[ X ]     Prime Contractor
[     ]     Lender

I served the attached Preliminary Notice:

[     ]     By personally delivering the notice to the identified parties;

[ X ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9th ___ day of July _____, 20 18 __.

_____
Camille Arnold _____, Agent for CLAIMANT
Signed by: Project Coordinator _____

18079-02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To   *PG + E*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7017 0530 0001 0450 9992

---

18079-02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To   *Semper*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7017 0530 0001 0451 0004

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO: (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER** | |
| Pacific Gas & Electric Inc. | Ames- Mountain View- Whisman Replace CB |
| PO Box 7760 | |
| San Francisco, CA 94120-7760 | |
| **PRIME CONTRACTOR** | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) |
| Semper Electric Inc. | |
| PO Box 4636 | Semper Electric Inc. |
| Paso Robles, CA 93447 | PO Box 4636, Paso Robles, CA 93447 |
| **CONSTRUCTION LENDER** | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is |
| None | $ 1,088,894.57 |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) | Property Address where labor, services, equipment or materials is furnished or to be furnished: (Identify Name & Address of Party Who Hired Claimant) |
| TTR Substations Inc. | |
| 4533 E. Citron | Ames Substation, Whisman Substation, Mountain View Substation. |
| Fresno, CA 93725 | |
| 559-276-8500 | |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___11th___ **day** of _September_____, 20 _18_ .

_____

Project Administr , Agent for CLAIMANT

Signed by: ___Nicolette Hersperger_____

## PROOF OF SERVICE AFFIDAVIT

I, Nicolette Hersperger _____, declare that on the 11th day of September _____, 20 18 , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[   X   ]   Property Owner
[   X   ]   Prime Contractor
[         ]   Lender

I served the attached Preliminary Notice:

[         ]   By personally delivering the notice to the identified parties;

[   X   ]   By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11th day of September _____, 20 18 .

Project Administrator , Agent for CLAIMANT
Signed by: Nicolette Hersperger

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$   18083-02

Sent To   SEMPER

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 0530 0001 0450 9527

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric Inc.
PO Box 4636
Paso Robles, CA 93447

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3260 7196 2005 34

2. Article Number (Transfer from service label)
7017 0530 0001 0450 9527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Auf Vanderlip        ☒ Agent
                         ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Amy Vanderlip                       9-13-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$   18083-02

Sent To    PG&E

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0530 0001 0450 9534

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PACIFIC GAS B ELECTRIC, INC
6030 WEST OAKS BLVD
ROCKLIN CA 95765

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2852 7069 3547 20

2. Article Number (Transfer from service label)
7017 0530 0001 0450 9534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _____    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Troy Tipton

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric Inc.<br>PO Box 7760<br>San Francisco, CA 94120-7760<br><br>**PRIME CONTRACTOR**<br>Semper Electric Inc.<br>PO Box 4636<br>Paso Robles, CA 93447<br><br>**CONSTRUCTION LENDER**<br>None<br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations Inc.<br>4533 E. Citron<br>Fresno, CA 93725<br>559-276-8500 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Substation Repairs<br><br>**These services have been contracted for by:**<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric Inc.<br>PO Box 4636, Paso Robles, CA 93447<br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 865,156.02 .<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Weedpatch Substation: Sunset Blvd & Edison Rd., Weedpatch, CA 93307 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated:  13th  day of  September  , 20 18 .

Nicolette Hersperger
Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=ITT8 Substations,
ou=Project Administration,
email=Nicolette.marquardt@ms.ittsolutions.com, c=US
Date: 2018.09.13 15:44:46 -07'00'

Project Administr  , Agent for CLAIMANT
Signed by:  Nicolette Hersperger

## PROOF OF SERVICE AFFIDAVIT

I, Nicolette Hersperger _____, declare that on the 13th___ day of September _____, 20 18__, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[   X   ]     Property Owner
[   X   ]     Prime Contractor
[_____]     Lender

I served the attached Preliminary Notice:

[_____]     By personally delivering the notice to the identified parties;

[   X   ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___13th___ day of September _____, 20 18__.

Nicolette Hersperger
Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=TFR Solutions, ou=Project
Administrator, email=Nicolette.mooney@tfrsolutions.com,
c=US
Date: 2018.09.13 15:45:17 -07'00'

Project Administrator , Agent for CLAIMANT
Signed by: Nicolette Hersperger _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

PASO ROBLES, CA 93447

| Certified Mail Fee | |
|---|---|
| $ $3.45 | $2.75 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

0625
02

Postmark
Here

Postage
$ $0.50

Total Postage and Fees
$ $6.70

09/13/2018

Sent To
SEMPER 18088-01 9/13/18

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 1970 0000 3582 4227

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ROCKLIN, CA 95765

OFFICIAL USE

7017 0530 0001 0452 2502

Certified Mail Fee  $3.45
$                              $2.75
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ 0.00
☐ Return Receipt (electronic)        $ 0.00
☐ Certified Mail Restricted Delivery $ 0.00
☐ Adult Signature Required           $ 0.00
☐ Adult Signature Restricted Delivery $
Postage                              $0.50
$
Total Postage and Fees               $6.70
$

0625
02

Postmark
Here

09/13/2018

Sent To  PG&E  18088-01  9/13/18
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4034 8079 1868 02

2. Article Number *(Transfer from service label)*

7017 0530 0001 0452 2502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:** (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
| **PROPERTY OWNER** Pacific Gas & Electric Inc. PO Box 7760 San Francisco, CA 94120-7760 | Substation Repairs |
| **PRIME CONTRACTOR** Semper Electric Inc. PO Box 4636 Paso Robles, CA 93447 | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) Semper Electric Inc. PO Box 4636, Paso Robles, CA 93447 |
| **CONSTRUCTION LENDER** None | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 155,128.21 . |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) TTR Substations Inc. 4533 E. Citron Fresno, CA 93725 559-276-8500 | Property Address where labor, services, equipment or materials is furnished or to be furnished: (Identify Name & Address of Party Who Hired Claimant) Cuyama Substation:1 Mile s/o Cuyama & 10 Miles sw/o Maricopa, Cuyama, CA |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Nicolette Hersperger

Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=TTI Solutions,
ou=Project Administration,
email=Nicolette.Hersperger@ttisolutions.com, c=US
Date: 2018.04.12 16:05:19 -07'00'

Dated: ___13th___ day of __September_____, 20 _18__ .

Project Administr , Agent for CLAIMANT

Signed by: ___Nicolette Hersperger_____

## PROOF OF SERVICE AFFIDAVIT

I, Nicolette Hersperger _____, declare that on the 13th day of September _____, 20 18 , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ] Property Owner
[ X ] Prime Contractor
[    ] Lender

I served the attached Preliminary Notice:

[    ] By personally delivering the notice to the identified parties;

[ X ] By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 13th day of September _____, 20 18 .

Nicolette Hersperger
Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=TR Substations, ou=Project Administrator, email=Nicolette.morewood@trsubstations.com, c=US
Date: 2018.09.12 16:04:55 -07'00'

Project Administrator , Agent for CLAIMANT
Signed by: Nicolette Hersperger _____



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

PASO ROBLES, CA 93447

| Certified Mail Fee | $3.45 | | 0625 |
| | $2.75 | | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $6.70 | | 09/13/2018 |

Sent To   SEMPER  18093-02  9/13/18
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 3582 4210



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ROCKLIN, CA 95765

| Certified Mail Fee | $3.45 | | 0625 |
| | $2.75 | | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $6.70 | | 09/13/2018 |

Sent To   PG&E  18093-02  9/13/18
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 3582 4203

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4034 8079 1867 96

2. Article Number *(Transfer from service label)*

7016 1970 0000 3582 4203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☑ Registered Mail™
☐ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery                  ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric, Inc.<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric, Inc.<br>PO Box 4636<br>Paso Robles, CA 93447<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Substation Construction<br><br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc.<br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 873,871.40 .<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>PG&E Substation San Francisco H Martin:<br>3150 Geneva Ave., Daly City, CA 94014 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___9th___ day of __October__ , 20 _18_ .

Nicolette Hersperger

Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=TFS Subsolutions, ou=Project Administrator, email=Nicolette.mesquedia@tfssolutions.com, c=US
Date: 2018.10.08 14:18:14 -07'00'

__Nicolette Hersper__ , Agent for CLAIMANT
Signed by: __Project Administrator__

## PROOF OF SERVICE AFFIDAVIT

I, Nicolette Hersperger _____, declare that on the 9th ____ day of October _____, 20 18 ____, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ] Property Owner
[ X ] Prime Contractor
[ ____ ] Lender

I served the attached Preliminary Notice:

[ ____ ] By personally delivering the notice to the identified parties;

[ X ] By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___9th___ day of October _____, 20 18 ___.

Nicolette Hersperger
Digitally signed by Nicolette Hersperger
DN: cn=Nicolette Hersperger, o=TTR Substations,
ou=Project Administrator,
email=Nicolette.mospead@ttrsubstations.com, c=US
Date: 2018.10.08 14:10:54 -07'00'

Nicolette Hersperger , Agent for CLAIMANT
Signed by: Project Administrator _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   SEMPER   18136-01   10/9/18
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7017 0530 0001 0452 0690

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   PG&E   18136-01   10/9/-18
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7017 0530 0001 0452 0683

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4034 8079 1862 15

2. Article Number *(Transfer from service label)*

7017 0530 0001 0452 0683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| **NOTICE TO:**<br>(Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765 | Civil & Electrical Substation Construction Services Per<br>CWA#: C11132<br>TTR Job # 18137-02 |
| **PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA | These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc. |
| **CONSTRUCTION LENDER**<br>NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$388,018.30 |
| **NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Pike City Sub:<br>e/o Pike City Rd & n/o Ridge Rd, Camptonville, CA 95922 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated: __11th__ day of __January__, 20 __19__.

Elizabeth
Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TFN Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TFNSubstations.com,
c=US
Date: 2019.01.11 14:57:35 -08'00'

__Project Coordinator__ , Agent for CLAIMANT

Signed by: __Elizabeth Rundgren__

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren , declare that on the 11th day of January , 20 19 , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]      Property Owner
[ X ]      Prime Contractor
[     ]      Lender

I served the attached Preliminary Notice:

[     ]      By personally delivering the notice to the identified parties;

[ X ]      By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11th day of January , 20 19 .

Elizabeth
Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com, c=US
Date: 2019.01.11 14:58:15 -08'00'

Project Coordinator , Agent for CLAIMANT
Signed by: Elizabeth Rundgren





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark Here

JAN 14 2019

CECILE BOLT
FOWLER CA 93625

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 1130 0000 9304 5839

7018 1130 0000 9304 5822

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1575 43

2. Article Number (Transfer from service label)
7018 1130 0000 9304 5822

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
1/16/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA 93447<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Control Bldg Foundation, PB & Guard Post<br><br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric<br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 131,252.00 .<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>PG&E Upper Lake Substation<br>8210 North State Hwy 29, Upper Lake, CA. 95485 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: __29th__ day of __October__ , 20 __18__ .

Laree Whisenhunt
Digitally signed by Laree Whisenhunt
DN: cn=Laree Whisenhunt, o, ou,
email=laree.whisenhunt@multisolutions.com, c=US
Date: 2018.10.29 13:59:20 -07'00'

__Project Coordinator__ , Agent for CLAIMANT

Signed by: __Laree Whisenhunt__

## PROOF OF SERVICE AFFIDAVIT

I, Laree Whisenhunt _____, declare that on the 29th day of October _____, 20 18 , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ] Property Owner
[ X ] Prime Contractor
[      ] Lender

I served the attached Preliminary Notice:

[      ] By personally delivering the notice to the identified parties;

[ X ] By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 29th day of October _____, 20 18 .

Laree Whisenhunt
Digitally signed by Laree Whisenhunt
DN: cn=Laree Whisenhunt, o, ou,
email=laree.whisenhunt@trsolutions.com, c=US
Date: 2018.10.29 13:59:01 -07'00'

Project Coordinator , Agent for CLAIMANT
Signed by: Laree Whisenhunt

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Semper    10/29    18143-01

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 0530 0001 0452 0904

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  PGE    10/29    18143-01

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 0530 0001 0452 0898

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Coks[a]Davis   ☐ Agent  ☑ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery 11-1-18 |
| 1. Article Addressed to:<br><br>Pacific Gas & Electric, Inc.<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9402 4034 8079 1865 12

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☒ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number *(Transfer from service label)*
7017 0530 0001 0452 0898

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**NOTICE TO:**
(Identify Name & Address of Party)

**PROPERTY OWNER**
Pacific Gas & Electric
6030 West Oaks Blvd.
Rocklin, CA 95765

**PRIME CONTRACTOR**
Semper Electric
PO BOX 4636
Paso Robles, CA 93447

**CONSTRUCTION LENDER**
NONE

**NOTICE FROM ("CLAIMANT"):**
(Identify Name & Address & Phone)

TTR Substations, Inc.
4533 E. Citron
Fresno, CA 93725

YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:
(Identify Work/Materials Provided by Claimant)

Install Foundation & Yard Repair

These services have been contracted for by:
(Identify Name & Address of Party Who Hired Claimant)

Semper Electric

An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is
$ 56988.00 .

Property Address where labor, services, equipment or materials is furnished or to be furnished:
(Identify Name & Address of Party Who Hired Claimant)

PG&E Calistoga Substation
2860 Lake County HWY Calistoga, CA 94515

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___5th___ day of ___November___, 20__18__.

Laree Whisenhunt    <small>Digitally signed by Laree Whisenhunt<br>DN: cn=Laree Whisenhunt, o, ou,<br>email=laree.whisenhunt@trisubstations.com,<br>c=US<br>Date 2018.11.05 15:20:05 -06'00'</small>

Project Coordinator , Agent for CLAIMANT

Signed by: ___Laree Whisenhunt___

**PROOF OF SERVICE AFFIDAVIT**

I, _Laree Whisenhunt_____, declare that on the _5th___ day of _November_____, 20_18___, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[   X   ]     Property Owner
[   X   ]     Prime Contractor
[_____]     Lender

I served the attached Preliminary Notice:

[_____]     By personally delivering the notice to the identified parties;

[   X   ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  _5th___ day of _November_____, 20_18__.

Laree Whisenhunt  Digitally signed by Laree Whisenhunt
DN: cn=Laree Whisenhunt, o, ou,
email=laree.whisenhunt@trisubstations.com, c=US
Date: 2018.11.05 15:20:19 -06'00'

_Project Coordinator___ , Agent for CLAIMANT
Signed by:  _Laree Whisenhunt_____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  _Semper_   11/5   18151-02
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0530 0001 0452 0966

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  _PGE_   11/5   18151-02
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0530 0001 0452 0980

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4034 8079 1867 34

2. Article Number *(Transfer from service label)*
7017 0530 0001 0452 0980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
_Peter Roseland_                   11/13/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO: (Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description: (Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER** | |
| Pacific Gas & Electric | Bank 1 Replacement |
| 6030 West Oaks Blvd. | |
| Rocklin, CA 95765 | |
| | |
| **PRIME CONTRACTOR** | These services have been contracted for by: (Identify Name & Address of Party Who Hired Claimant) |
| Semper Electric | |
| PO BOX 4636 | Semper Electric |
| Paso Robles, CA 93447 | |
| | |
| **CONSTRUCTION LENDER** | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is $ 628,506.91 . |
| NONE | |
| | |
| | Property Address where labor, services, equipment or materials is furnished or to be furnished: |
| **NOTICE FROM ("CLAIMANT"):** (Identify Name & Address & Phone) | (Identify Name & Address of Party Who Hired Claimant) |
| TTR Substations, Inc. | PG&E Kasson Substation: |
| 4533 E. Citron | 23851 Kasson Rd. Tracy, CA 95304 |
| Fresno, CA 93725 | |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated:  14th  day of  November      , 20 18 .

**Laree Whisenhunt** Digitally signed by Laree Whisenhunt
DN: cn=Laree Whisenhunt, o, ou,
email=laree.whisenhunt@trustdstations.com,
c=US
Date: 2018.11.14 09:05:44 -09'00'

Project Coordinator , Agent for CLAIMANT

Signed by:  Laree Whisenhunt

**PROOF OF SERVICE AFFIDAVIT**

I, Laree Whisenhunt_____, declare that on the 14th day of November_____, 20 18, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[  X  ]     Property Owner
[  X  ]     Prime Contractor
[       ]     Lender

I served the attached Preliminary Notice:

[       ]     By personally delivering the notice to the identified parties;

[  X  ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    14th    day of November_____, 20 18 .

Laree Whisenhunt   Digitally signed by Laree Whisenhunt
                                    DN: cn=Laree Whisenhunt, o, ou,
                                    email=laree.whisenhunt@trovationtitle.com, c=US
                                    Date: 2018.11.14 09:04:51 -08'00'

Project Coordinator   , Agent for CLAIMANT
Signed by:  Laree Whisenhunt_____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  *Semper*          11/14        18156-01

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 2400 0000 5728 0911

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  *PG+E*          11/14        18156-01

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 2400 0000 5728 0928

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4034 8079 1866 59

2. Article Number *(Transfer from service label)*

7017 2400 0000 5728 0928

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
*Palon Rowland*                   11/16/18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO:<br>(Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765 | Substation Construction<br><br>CWA: C12287 Job #: 18164-02 |
| **PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA 93447 | These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric |
| **CONSTRUCTION LENDER**<br>NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 278,052.00 |
| **NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Minto Rd E/O Green Valley Rd<br>Watsonville, CA |

### NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Dated: _10th_ day of _December_____, 20_18_ .

Elizabeth
Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com,
c=US
Date 2018.12.10 12:04:28 -08'00'

_Project Coordinator_ , Agent for CLAIMANT

Signed by: _Elizabeth Rundgren_____

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren _____, declare that on the 10th__ day of December_____, 20 18__, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X____ ]    Property Owner
[ X____ ]    Prime Contractor
[_____]    Lender

I served the attached Preliminary Notice:

[_____]    By personally delivering the notice to the identified parties;

[ X____ ]    By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    10th___ day of December_____, 20 18__.

Elizabeth Rundgren    Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTK Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTKsubstations.com, c=US
Date: 2018.12.10 12:05:15 -08'00'

_____
Project Coordinator___ , Agent for CLAIMANT
Signed by:    Elizabeth Rundgren_____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

~~OFFICIAL USE~~

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

Postmark
Here

12/21/2018

Sent To 18164-01 12/21 SEMP
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 3667 0122    0625 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

PASO ROBLES, CA 93444

~~OFFICIAL USE~~

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

Postmark
Here

12/21/2018

Sent To 18164-01 12/21 PG-E
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 3667 0115    0625 06

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric, Inc.
PO Box 4636
Paso Robles, CA 93447

9590 9402 4357 8190 1579 18

7017 2400 0000 3667 0122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steven Olmer_    ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**NOTICE TO:**
(Identify Name & Address of Party)

**PROPERTY OWNER**
Pacific Gas & Electric
6030 West Oaks Blvd.
Rocklin, CA 95765

**PRIME CONTRACTOR**
Semper Electric
PO BOX 4636
Paso Robles, CA 93447

**CONSTRUCTION LENDER**
NONE

**NOTICE FROM ("CLAIMANT"):**
(Identify Name & Address & Phone)

TTR Substations, Inc.
4533 E. Citron
Fresno, CA 93725

YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:
(Identify Work/Materials Provided by Claimant)

Substation Construction

CW: C12629 Job #: 18173-01

These services have been contracted for by:
(Identify Name & Address of Party Who Hired Claimant)

Semper Electric

An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is
$ 60, 309.12 .

Property Address where labor, services, equipment or materials is furnished or to be furnished:
(Identify Name & Address of Party Who Hired Claimant)

3 Miles W of I5 on HWY 58
Buttonwillow, CA 93206

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: __19th__ day of __December__ , 20 __18__ .

Elizabeth Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com,
c=US
Date: 2018.12.19 11:46:55 -08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: __Elizabeth Rundgren__

**PROOF OF SERVICE AFFIDAVIT**

I, Elizabeth Rundgren _____, declare that on the 19th day of December_____, 20 18, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]     Property Owner
[ X ]     Prime Contractor
[     ]     Lender

I served the attached Preliminary Notice:

[     ]     By personally delivering the notice to the identified parties;

[ X ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 19th day of December_____, 20 18.

Elizabeth Rundgren    Digitally signed by Elizabeth Rundgren
                       DN: cn=Elizabeth Rundgren, o=ITR Substations,
                       ou=Project Coordinator,
                       email=Elizabeth.Rundgren@ITRSubstations.com, c=US
                       Date: 2018.12.19 11:47:59 -08'00'

Project Coordinator , Agent for CLAIMANT
Signed by: Elizabeth Rundgren _____

7017 2400 0000 3667 0078

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

PASO ROBLES CA 93447

**OFFICIAL USE**

| | | 0625 |
|---|---|---|
| Certified Mail Fee $3.45 | | 06 |
| $2.75 | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.50 | | |
| $ | | 12/21/2018 |
| Total Postage and Fees $6.70 | | |
| $ | | |

Sent To 12/21 18173-01

Street and Apt. No., or PO Box No. SENP

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

7017 2400 0000 3667 0085

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

ROCKLIN CA 95739

**OFFICIAL USE**

| | | 0625 |
|---|---|---|
| Certified Mail Fee $3.45 | | 06 |
| $2.75 | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.50 | | |
| $ | | 12/21/2018 |
| Total Postage and Fees $6.70 | | |
| $ | | |

Sent To 12/21 18173-01

Street and Apt. No., or PO Box No. PGE

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X _Steven Oliver_  ☐ Agent  ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1578 71

2. Article Number (Transfer from service label)

7017 2400 0000 3667 0085

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO:<br>(Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765 | Substation Construction<br><br>18180-01 |
| **PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA 93447 | These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric |
| **CONSTRUCTION LENDER**<br>NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 48,226.00 |
| **NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Monta Vista Sub Station  Cupertino, Ca. |

## NOTICE TO PROPERTY OWNER

EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Mellissa Hawkins
Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR Substations, Inc, ou=Project Coordinator, email=mellissa.perry@ttrsubstation.com, c=US
Date: 2019.01.08 11:50:58 -08'00'

Dated: __8th__ day of __January__ , 20 _19_ .

__Project Coordinator__ , Agent for CLAIMANT

Signed by: __Mellissa Hawkins__

## PROOF OF SERVICE AFFIDAVIT

I, Mellissa Hawkins _____, declare that on the 8th___ day of January_____, 20 19__, I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ x _____ ]     Property Owner
[ x _____ ]     Prime Contractor
[ _____ ]     Lender

I served the attached Preliminary Notice:

[ _____ ]     By personally delivering the notice to the identified parties;

[ x _____ ]     By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   8th___ day of January_____, 20 19__.

**Mellissa Hawkins**
Digitally signed by Mellissa Hawkins
DN: cn=Mellissa Hawkins, o=TTR Substations, Inc., ou=Project Coordinator,
email=mellissa.pao@ttrsubstations.com, c=US
Date: 2019.01.08 17:36:12 -08'00'

Project Coordinator         , Agent for CLAIMANT
Signed by:   Mellissa Hawkins_____

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JAN 10 2019
FOWLER CA 93625

Postage
$

Total Postage and Fees
$

Sent To
1/9 18180-0

Street and Apt. No., or PO Box No.
PG&E

City, State, ZIP+4®

7017 2400 0000 5728 4070

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1577 27

2. Article Number (Transfer from service label)
7017 2400 0000 5728 4070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Frederick        ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   1/14/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

JAN 10 2019
Postmark
Here
FOWLER CA 93625

1/9 18180-0
SEMP

7017 2400 0000 5728 4087

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric Inc.
PO Box 4636
Paso Robles, CA 93447

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4357 8190 1575 12

2. Article Number *(Transfer from service label)*

7017 2400 0000 5728 4087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 19 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| NOTICE TO:<br>(Identify Name & Address of Party) | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant) |
|---|---|
| **PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765 | Substation Construction<br><br>CW#:C13000 Job#: 18181-02 |
| **PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA 93447 | These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric |
| **CONSTRUCTION LENDER**<br>NONE | An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$ 92,985.50 . |
| **NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Nature Way s/o Weimar crossroad<br>Weimar, CA 95736 |

## NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: ___9th___ day of __January__ , 20_19_ .

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator, email=elizabeth.rundgren@TTRsubstations.com, c=US
Date: 2019.01.09 09:50:16 08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: __Elizabeth Rundgren__

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren                , declare that on the  9th   day of  January          , 20 19  , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X    ]    Property Owner
[ X    ]    Prime Contractor
[         ]    Lender

I served the attached Preliminary Notice:

[         ]    By personally delivering the notice to the identified parties;

[ X    ]    By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   9th   day of  January         , 20 19 .

Elizabeth Rundgren
Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=ITR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@ITRSubstations.com, c=US
Date: 2019.01.09 09:59:52 -08'00'

Project Coordinator   , Agent for CLAIMANT
Signed by:  Elizabeth Rundgren

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JAN 10 2019
FOWLER CA 93625

Postage
$

Total Postage and Fees
$

Sent To
1/9 18/8)-02

Street and Apt. No., or PO Box No.
PG&E

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 9304 5549

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1577 03

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 5549

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   1/14/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

JAN 10 2019    Postmark Here

FOWLER CA 93625

7017 2400 0000 5728 4094

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric Inc.
PO Box 4636
Paso Robles, CA 93447

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4357 8190 1575 74

2. Article Number *(Transfer from service label)*
7017 2400 0000 5728 4094

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                        ☒ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

JAN 19 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## PRELIMINARY 20-DAY NOTICE

IN ACCORDANCE WITH SECTIONS 8200 et seq. AND 9300 et seq., CALIFORNIA CIVIL CODE, THIS IS NOT A REFLECTION OF THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

| | |
|---|---|
| **NOTICE TO:**<br>(Identify Name & Address of Party)<br><br>**PROPERTY OWNER**<br>Pacific Gas & Electric<br>6030 West Oaks Blvd.<br>Rocklin, CA 95765<br><br>**PRIME CONTRACTOR**<br>Semper Electric<br>PO BOX 4636<br>Paso Robles, CA<br><br>**CONSTRUCTION LENDER**<br>NONE<br><br><br>**NOTICE FROM ("CLAIMANT"):**<br>(Identify Name & Address & Phone)<br><br>TTR Substations, Inc.<br>4533 E. Citron<br>Fresno, CA 93725 | YOU ARE HEREBY NOTIFIED THAT the CLAIMANT, has furnished or will be furnishing labor, services, equipment, or materials, of the following general description:<br>(Identify Work/Materials Provided by Claimant)<br><br>Civil & Electrical Substation Construction Services Per<br>CWA# C13139<br>TTR Job # 19001-01<br><br>These services have been contracted for by:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>Semper Electric, Inc.<br><br>An estimate of the total price of the labor, services, equipment or material furnished or to be furnished is<br>$620,588.90<br><br>Property Address where labor, services, equipment or materials is furnished or to be furnished:<br>(Identify Name & Address of Party Who Hired Claimant)<br><br>San Francisco M Substation<br>Rousseau & Bosworth, San Francisco, CA 94131 |

**NOTICE TO PROPERTY OWNER**

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Dated: __14th__ day of __January__ , 20 _19_ .

Elizabeth
Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations,
ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com,
c=US
Date: 2019.01.14 12:17:42 -08'00'

__Project Coordinator__ , Agent for CLAIMANT
Signed by: __Elizabeth Rundgren__

## PROOF OF SERVICE AFFIDAVIT

I, Elizabeth Rundgren , declare that on the 14th day of January , 20 19 , I served copies of the attached Preliminary Notice to the following parties identified on the Notice:

[ X ]      Property Owner
[ X ]      Prime Contractor
[     ]      Lender

I served the attached Preliminary Notice:

[     ]      By personally delivering the notice to the identified parties;

[ X ]      By First Class Certified or Registered Mail service, postage prepaid, addressed to the party at the address shown on the Preliminary Notice document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 14th day of January , 20 19 .

Elizabeth Rundgren

Digitally signed by Elizabeth Rundgren
DN: cn=Elizabeth Rundgren, o=TTR Substations, ou=Project Coordinator,
email=Elizabeth.Rundgren@TTRSubstations.com, c=US
Date: 2019.01.14 12:18:15 -08'00'

Project Coordinator , Agent for CLAIMANT

Signed by: Elizabeth Rundgren



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7018 1130 0000 9304 6737

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Semper Electric, Inc.
PO Box 4636
Paso Robles, CA 93447

9590 9402 4357 8190 1549 62

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 6737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
2/4/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED

FEB 0 6 2019

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                       ☐ Signature Confirmation Restricted Delivery
  sured Mail Restricted Delivery
  er $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

FEB 01 2019

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7018 1130 0000 9304 6720

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Gas & Electric, Inc.
6030 West Oaks Blvd.
Rocklin, CA 95765

9590 9402 4357 8190 1545 80

2. Article Number *(Transfer from service label)*

7018 1130 0000 9304 6720

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED

FEB 06 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
■ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt