# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) via Email on the Master Email Service List attached hereto as **Exhibit A**; and (2) via First Class Mail on the Master Hardcopy Service List attached hereto as **Exhibit B**:

- Order Granting Stipulation Between Debtors and Official Committee of Tort Claimants Extending Time to Respond to KPMG Application and Morrison & Foerster Application [Docket No. 2428]

- Order Granting Stipulation Between Debtors and California State Agencies Extending Time to Respond to Application of Deloitte & Touche LLP [Docket No. 2429]

- Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [Docket No. 2433]

- Supplemental Declaration of Joshua Hill, Jr. in Support of Application of Debtors for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as Of the Petition Date [Docket No. 2442]

- Supplemental Declaration of David N. Levine in Support of Application for Authority to Retain and Employ Groom Law Group Chartered as Special Employee Benefits Counsel to the Debtors Effective as of the Petition Date [Docket No. 2443]

3. Additionally, On June 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be served via First Class Mail on U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, PG&E Corp. Chambers Copy, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102:

- Quarterly Statement of Compliance with Order Authorizing the Debtors to Employ Professionals Used in The Ordinary Course of Business *nunc pro tunc* to the Petition Date [Docket No. 2424]

- Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [Docket No. 2433]

- Supplemental Declaration of Joshua Hill, Jr. in Support of Application of Debtors for Authority to Retain and Employ Morrison & Foerster LLP as Special Regulatory Counsel for the Debtors Effective as Of the Petition Date [Docket No. 2442]

- Supplemental Declaration of David N. Levine in Support of Application for Authority to Retain and Employ Groom Law Group Chartered as Special Employee Benefits Counsel to the Debtors Effective as of the Petition Date [Docket No. 2443]

4. On June 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit C**:

2

- Quarterly Statement of Compliance with Order Authorizing the Debtors to Employ Professionals Used in The Ordinary Course of Business *nunc pro tunc* to the Petition Date [Docket No. 2424]

5. On June 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit D**:

- Monthly Fee Statement of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2019 through April 30, 2019 [Docket No. 2435]

6. On June 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Macdonal | Fernandez LLP, Attn: Reno F.R. Fernandez III & Matthew J. Olseon, 221 Sansome Street, Third Floor San Francisco, CA 94704:

- Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [Docket No. 2433]

7. I have reviewed the Notice(s) of Electronic Filing for the above-listed document(s), and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of June 2019, at New York, NY.

_____
Alain B. Francoeur

3

# Exhibit A

# Exhibit A
## Master Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | EAdler@TheAdlerFirm.com |
| Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | john.mitchell@akerman.com; yelena.archiyan@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; |
| ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com |

# Exhibit A
## Master Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Bank of America | Attn: John McCusker | John.mccusker@bami.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com; jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | chigashi@bkolaw.com; thigham@bkolaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com; marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | dgooding@choate.com |
| Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | jmarshall@choate.com |
| CKR Law, LLP | Attn: Kristine Takvoryan | otakvoryan@ckrlaw.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | mschierberl@cgsh.com |
| COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'Connor | Attn: Fulton Smith, III | fsmith@cozen.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | bmullan@crowell.com |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com |
| Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | sgarabato@epiqglobal.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com; dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Greenberg Traurig, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn Erin N Brady | erin.brady@hoganlovells.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com |
| HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com; astrabone@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com; snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |

# Exhibit A
## Master Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | bfeder@kelleydrye.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com; |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com; |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |
| LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com; tkelch@lkfirm.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com; andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | andrew.parlen@lw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Offices of Ronald K. Brown, Jr. | Attn: Ronald K. Brown, Jr. | Ron@rkbrownlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Amy.Goldman@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | abehlmann@lowenstein.com; golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | Craig@MarguliesFaithLaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | demerzian@mccormickbarstow.com |
| McKoool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com; ablevin@mintz.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | Joshua.Bevitz@ndlf.com |
| NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | joe@norcallawgroup.net |
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |

# Exhibit A
## Master Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | jrapisardi@omm.com;nmitchell@omm.com;dshamah@omm.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | ipachulski@pszjlaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com; sma@proskauer.com |
| Provencher & Flatt, LLP | Attn: Douglas b. Provencher | |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com |
| RIMON, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com; rbryson@robinscloud.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com; matthew.roose@ropesgray.com |

In re: PG&E Corporation, *et al.*
Case No. 19-30088

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | keith.wofford@ropesgray.com; daniel.egan@ropesgray.com |
| ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com; matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | erlamblaw@gmail.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | charney@seyfarth.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com |
| SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com; jamie.fell@stblaw.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com; patricia.cirucci@sce.com |

# Exhibit A
## Master Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Steve Christopher | | sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | pglassman@sycr.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com; taylor@sbep-law.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | Erika.Schoenberger@davey.com |
| TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com |

# Exhibit A
Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com; matthew.roberts2@troutman.com |
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org; tlong@turn.org |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com;busch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com; Mwilhelm@W2LG.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | cgray@unioncounsel.net |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com; mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |

# **Exhibit B**

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles CA 90067 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>Four Embarcadero Center<br>Suite 4000<br>San Francisco CA 94111-4106 |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | Hunton Andrews Kurth LLP | Attn: Kevin M. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms<br>7647 North Fresno Street<br>Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179 |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 |

In re: PG&E Corporation, et al.
Case No. 19-30088
Page 1 of 1

Case: 19-30088    Doc# 2483    Filed: 06/11/19    Entered: 06/11/19 16:07:16    Page 16 of 20

# **Exhibit C**

Exhibit C
Ordinary Course Professionals Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery Street | Suite 100 | San Francisco | CA | 94111 | rjulian@bakerlaw.com; cdumas@bakerlaw.com | First Class Mail and Email |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | esagerman@bakerlaw.com; lattard@bakerlaw.com | First Class Mail and Email |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Comino Real | | Menlo Park | CA | 94025 | andrew.yaphe@davispolk.com | First Class Mail and Email |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | ddunne@milbank.com; skhalil@milbank.com | First Class Mail and Email |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov | First Class Mail and Email |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com | Email |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | fmerola@stroock.com | Email |

**Exhibit D**

Exhibit D
Fee Application Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | 541 N. Fairbanks Ct. | Ste 2200 | Chicago | IL | 60611-3710 | bamexampge@gmail.com | First Class Mail and Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |