PETER R. BOUTIN, SBN No. 65261
peter.boutin@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for CITIBANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br><br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

   PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 11 cases as counsel for Citibank, N.A. ("Citibank").

   Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Citibank requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served at the office,

1

address and telephone number set forth below, and that the undersigned be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> PETER R. BOUTIN
> KEESAL, YOUNG & LOGAN
> A Professional Corporation
> 450 Pacific Avenue
> San Francisco, California 94133
> Telephone:     (415) 398-6000
> Facsimile:       (415) 981-0136
> peter.boutin@kyl.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and paper referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitioners, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Request for Service of Papers (this "Notice"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed a waiver by Citibank of any rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Northern District of California (the "District Court"); (ii) to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretional withdrawal; (iv) to object to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

DATED: June 11, 2019

/s/Peter R. Boutin
PETER R. BOUTIN
KEESAL, YOUNG & LOGAN
Attorneys for CITIBANK, N.A.