# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 6/18/2019 |
| Case: 19–30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
aty     Tobias S. Keller     tkeller@kellerbenvenutti.com

                                                                                                                                         TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
        HONG–AN N. TRAN, ESQ.     Weil, Gotshal & Manges LLP     201 Redwood Shores Parkway     Redwood Shores, CA 94065
        MATTHEW J. OLSON, ESQ.     Macdonald Fernandez LLP     221 Sansome Street     San Francisco, CA 94104
        SETH I. ROSENBERG, ESQ.     Emergent LLP     5 Third Street, #1000     San Francisco, CA 94103

                                                                                                                                        TOTAL: 3