B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Pacific Gas and Electric Company  ,   Case No.  19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverPark Strategic Income Fund | Associated Right of Way Services, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone: 917-767-4262
Last Four Digits of Acct #: _____

Court Claim # (if known): 2277
Amount of Claim: $2,709.68
Date Claim Filed: 04/12/2019

Phone: 925-691-8500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors, LLC
156 West 56th Street, Suite 1704
New York, NY 10019
Phone: 914-741-9600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Brian Stout                         Date: 06/12/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, Associated Right of Way Services, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to RiverPark Strategic Income Fund ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") against the debtor(s) in *Pacific Gas and Electric Company* (Case No. 19-30089) pending in the United States Bankruptcy Court for Northern District of California (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 10th, 2019.

**Associated Right of Way Services, Inc.**

By: *Denise Jackson* (Jun 11, 2019)
Name: Denise Jackson
Title: Vice President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Pacific Gas and Electric Company  ,     Case No.  19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverPark Strategic Income Fund | Associated Right of Way Services, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Phone:  917-767-4262
Last Four Digits of Acct #: _____

Court Claim # (if known):  2328
Amount of Claim:  $10,720.00
Date Claim Filed:  04/11/2019

Phone:  925-691-8500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors, LLC
156 West 56th Street, Suite 1704
New York, NY 10019
Phone:  914-741-9600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Brian Stout                             Date: 06/12/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, Associated Right of Way Services, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to RiverPark Strategic Income Fund ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") against the debtor(s) in *Pacific Gas and Electric Company* (Case No. 19-30089) pending in the United States Bankruptcy Court for Northern District of California (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 10th, 2019.

**Associated Right of Way Services, Inc.**

By: *Denise Jackson* (Jun 11, 2019)
Name: Denise Jackson
Title: Vice President

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Pacific Gas and Electric Company  ,  Case No.  19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverPark Strategic Income Fund | Associated Right of Way Services, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone:  917-767-4262
Last Four Digits of Acct #: _____

Court Claim # (if known):  2330
Amount of Claim:  $125,336.25
Date Claim Filed:  04/10/2019

Phone:  925-691-8500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors, LLC
156 West 56th Street, Suite 1704
New York, NY 10019
Phone:  914-741-9600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Brian Stout  Date: 06/12/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, Associated Right of Way Services, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to RiverPark Strategic Income Fund ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") against the debtor(s) in *Pacific Gas and Electric Company* (Case No. 19-30089) pending in the United States Bankruptcy Court for Northern District of California (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 10th, 2019.

**Associated Right of Way Services, Inc.**

By: *Denise Jackson* (Jun 11, 2019)
Name: Denise Jackson
Title: Vice President