

Signed and Filed: June 12, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 262-9333

**Landau Gottfried & Berger LLP**
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Camp Fire Victims*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>     Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL EGGENBERGER *PRO HAC VICE*** |

Michael Eggenberger, whose business address and telephone number is Pierce Bainbridge Beck Price & Hecht LLP, 277 Park Avenue, 45th Floor, New York, New York 10172, (212) 484-9866, and who is an active member in good standing of the bar of New York, having applied in the above entitled action for admission to practice in the Northern District of California on an *pro hac vice,* basis representing David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Gabriella's Eatery, Chico Rent-A-Fence, Ponderosa Pest & Weed Control, and Steven Jones, victims of the 2018 Camp Fire and plaintiffs in the pending adversary proceeding known as *Herndon, et al. v. PG&E Corporation, et al.*, Adv. No. 19-03005, in the above-entitled actions,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All further filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **