PETER R. BOUTIN, SBN No. 65261
peter.boutin@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for CITIBANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

      Debtors.

Bankruptcy Case

Case No. 19-30088 (DM)

Chapter 11

(Jointly Administered) (Lead Case)

**CERTIFICATE OF SERVICE**

KYL4829-2329-6921.1

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On June 12, 2019, I served the foregoing documents described as

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHMENT**

☑ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐ I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☑ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on June 12, 2019 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Lara L. Joel*
Lara L. Joel

2

Case: 19-30088    Doc# 2497    Filed: 06/12/19    Entered: 06/12/19 14:01:15    Page 2 of 4

| | |
|---|---|
| David P. Simonds<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles CA 90067<br>Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | General Counsel<br>Federal Energy Regulatory Commission<br>888 First St NE<br>Washington DC 20426 |
| Edward J. Tredinnick<br>Greene Radovsky Maloney Share & Hennigh<br>Four Embarcadero Center<br>Suite 4000<br>San Francisco CA 94111-4106<br>Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Kevin M. Eckhardt<br>Hunton Andrews Kurth LLP<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111<br>Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy<br>Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. |
| Centralized Insolvency Operation<br>Internal Revenue Service<br>2970 Market St<br>Philadelphia PA 19104-5016 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael CA 94901<br>Interested Party |
| H. Annie Duong<br>McCormick Barstow<br>7647 North Fresno Street<br>Fresno CA 93720<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms | Bankruptcy Unit<br>Office of the United States Attorney for the Northern District of California<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102<br>Office of the United States Attorney for the Northern District of California |
| Robert Kanngiesser<br>Placer County Office of the Treasurer-Tax Collector<br>2976 Richardson Drive<br>Auburn CA 95603<br>Interested Party | Owen Clements<br>San Francisco City Attorney's Office<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102<br>Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities |

| | |
|---|---|
| Attn: General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington DC 20555-0001 | Tonya W. Conley<br>Lila L. Howe<br>Union Pacific Railroad Company<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179<br>Interested Party |
| Todd W. Blischke<br>Williams Kastner<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380<br>Counsel for Ballard Marine Construction, Inc. | James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>Office of the United States Trustee<br>450 Golden Gate Ave<br>Suite 05-0153<br>San Francisco, CA 94102 |
| Eric Sagerman<br>Cecily Dumas<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | Joshua D. Morse<br>David Riley<br>DLA Piper<br>555 Mission Street<br>Suite 2400<br>San Francisco, CA 94105 |
| James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>Office of the United States Trustee<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | Janet Loduca, Esq.<br>Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Rachel Foust<br>Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York 10153-0119 | Alain Francoeur<br>Prime Clerk LLC<br>60 East 42nd Street<br>Suite 1440<br>New York, NY 10165 |