Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Fax:    (619) 255-1515
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                    Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**NOTICE OF APPEARANCE OF SINGLETON LAW FIRM AS COUNSEL FOR THE AD HOC COMMITTEE OF UNSECURED TORT CLAIMANT CREDITORS** |

Gerald Singleton of the law firm Singleton Law Firm, attorney for the Ad Hoc Committee of Unsecured Tort Claimant Creditors (the "Committee"), hereby enter his appearance on the record in the above-entitled bankruptcy proceedings pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rules 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in these cases, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest, including copies of all plans of adjustment and disclosure statements.  All notices and copies in response to the foregoing, and,

1

pursuant to Bankruptcy Rule 2002, all notices required to be mailed to the Committee pursuant to Bankruptcy Rule 2002, should be directed to:

> Gerald Singleton, SBN 208783
> John C. Lemon, SBN 175847
> SINGLETON LAW FIRM, APC
> 450 A Street, 5th Floor
> San Diego, CA 92101
> Tel: (619) 771-3473
> Fax: (619) 255-1515
> Email: gerald@slffirm.com
> john@slffirm.com
> tyler@slffirm.com
> cori@slffirm.com

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the Committee (or any member of the Committee), or (ii) constitute a waiver of any of the following rights of the Committee (or any member of the Committee):

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the party is entitled under any agreements or at law or in equity or under the United States Constitution.

//

//

//

2

Case: 19-30088    Doc# 2499    Filed: 06/12/19    Entered: 06/12/19 14:54:40    Page 2 of 3

All of the above rights are expressly reserved and preserved unto the Committee (or all members of the Committee) without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned cases and ancillary proceedings.

Respectfully submitted,

Dated: June 12, 2019                      SINGLETON LAW FIRM, APC

By:  */s/ Gerald Singleton*
  Gerald Singleton
  John C. Lemon
  Attorneys for the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants