1  MICHAEL W. MALTER, #96533
   ROBERT G. HARRIS, #124678
2  JULIE H. ROME-BANKS, #142364
   Binder & Malter, LLP
3  2775 Park Avenue
   Santa Clara, CA 95050
4  Telephone: (408)295-1700
   Facsimile: (408) 295-1531
5  Email: julie@bindermalter.com

6  Attorneys for Creditor
   Brookview MHP Investors, LLC dba
7  Thunderbird Mobile Home Park

8

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 (Lead Case) (Jointly Administered) |
| and, | Date: June 26, 2019 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Time: 9:30 a.m. |
| Debtors. | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |

**STATEMENT IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS**

Creditor Brookview MHP Investors, LLC dba Thunderbird Mobile Home Park ("Brookview") hereby advises the Court that it supports the DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS (docket #2414) (the "Motion") and related STIPULATION BETWEEN DEBTORS AND CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN

STATEMENT IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS    PAGE 1

Case: 19-30088    Doc# 2501    Filed: 06/12/19    Entered: 06/12/19 15:45:30    Page 1 of 3

COMMISSION PROCEEDINGS (docket #2416) (the "Stipulation") filed in these cases. In support thereof, Brookview advises the Court of the following:

1. Brookview is one of the parties described in the Motion and in the Stipulation that had a complaint pending against Debtor Pacific Gas and Electric Company before the California Public Utilities Commission ("CPUC") at the time these bankruptcy cases were filed. Brookview is identified as one of the "Proceeding Parties" in Exhibit "A" to the Stipulation executed by the Debtors and the CPUC. Brookview's action before the CPUC is in the early stages: just prior to the petition date an Administrative Law Judge as assigned and a briefing schedule ordered by the assigned commissioner. The Debtor as defendant then filed a notice of stay on March 4, 2019.

2. At the time the instant Motion and Stipulation were filed and served, Brookview was in the process of preparing a motion for relief from stay to be permitted to liquidate its claims against the Debtor before the CPUC, but not to enforce any resulting claim except through filing a proof of claim in the bankruptcy case. Brookview also contends that it has claims against a general contractor in connection with the same facts giving rise to Brookview's claims against the Debtor. However, Brookview cannot pursue third parties as a matter of law until Brookview has exhausted its administrative remedies against the Debtor before the CPUC.

3. By granting the Motion and approving the Stipulation between the Debtors and the CPUC, the Court will alleviate the need for creditors like Brookview to file individualized motions for relief from stay. Brookview's claims against the Debtor must eventually be liquidated before the CPUC in any event, and granting the relief requested by the Motion will facilitate that judicial exercise in a forum other than this Court.

Accordingly, Brookview supports the Motion and Stipulation and requests that they be approved.

STATEMENT IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS    PAGE 2

Case: 19-30088    Doc# 2501    Filed: 06/12/19    Entered: 06/12/19 15:45:30    Page 2 of 3

| | | |
|---|---|---|
| 1 | Dated: June 12, 2019 | BINDER & MALTER LLP |
| 2 | | |
| 3 | | By /s/ Julie H. Rome-Banks |
| | | Julie H. Rome-Banks |
| 4 | | Attorneys for Creditor |

STATEMENT IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH
CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS     PAGE 3

Case: 19-30088    Doc# 2501    Filed: 06/12/19    Entered: 06/12/19 15:45:30    Page 3 of 3