| | |
|---|---|
| 1 | MICHAEL W. MALTER, #96533<br>ROBERT G. HARRIS, #124678 |
| 2 | JULIE H. ROME-BANKS, #142364<br>Binder & Malter, LLP |
| 3 | 2775 Park Avenue<br>Santa Clara, CA 95050 |
| 4 | Telephone: (408)295-1700<br>Facsimile: (408) 295-1531 |
| 5 | Email: julie@bindermalter.com |
| 6 | Attorneys for Creditor<br>Brookview MHP Investors, LLC dba |
| 7 | Thunderbird Mobile Home Park |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and,<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

I declare that:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050. On June 12, 2019, I served the following:

**STATEMENT IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FRBP 4001(d) TO APPROVE STIPULATION WITH CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN PROCEEDINGS**

CERTIFICATE OF SERVICE                                                                                  PAGE 1

on the interested parties in said cause, by electronically through the Court's CM/ECF electronic noticing system on the following parties in this bankruptcy case:

<table>
<tr><td>

Attorneys for Debtors:
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin, Esq.
Email: stephen.karotkin@weil.com
Ray C. Schrock, PC,
Email: ray.schrock@weil.com
Theodore E. Tsekerides, Esq.
Email: theodore.tsekerides@weil.com
767 Fifth Avenue
New York, NY 10153

</td><td>

Attorneys for Debtors:
KELLER & BENVENUTTI LLP
Tobias S. Keller, Esq.
Email: tkeller@kellerbenvenutti.com
Jane Kim, Esq.
Email: jkim@kellerbenvenutti.com
650 California Street, Suite 1900
San Francisco, CA 94108

</td></tr>
</table>

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on June 12, 2019.

/s/ Trang Do
Trang Do