

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Signed and Filed: June 12, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.442.8875
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ORDERS AUTHORIZING PRODUCTION OF DOCUMENTS** |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Orders Authorizing Production of Documents filed on May 9, 2019, and after due deliberation and sufficient cause appearing therefor,

- 1 -

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.

2. The Debtors are directed to produce to the TCC the following documents and information, without service of a subpoena, fifteen (15) days from entry of this Order:

   a. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Northern California Wildfires. "Northern California Wildfires" shall have the same meaning as used by the Debtors in the Bar Date Motion [Dkt # 1784], pp. 8-9.

   b. Complete copies of all insurance policies (including any and all declarations, definitions, exhibits, endorsements, riders, exclusions and amendments) that have provided or may provide coverage for any claim against the Debtors arising from or concerning the Ghost Ship Fire. "Ghost Ship Fire" shall mean the fire that occurred on December 2, 2016, at the building known as the "Ghost Ship," located at 1315 31st Avenue in the City of Oakland, County of Alameda, State of California.

**END OF ORDER**