# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No, 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **D.G. HONEGGER CONSULTING** |
|---|---|
| Name of Transferee | Name of Transferor |

| **Address for all Communications/Notices:** | **Name and Current Address of Transferor:** |
|---|---|
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>Phone: 203-862-8211<br>Fax: 203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | D.G. HONEGGER CONSULTING<br>DOUGLAS G. HONEGGER<br>2690 SHETLAND PLACE<br>ARROYO GRANDE, CA 93420 |

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Douglas G Honegger | $55,954.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 1428 | D.G. Honegger Consulting | $55,954.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2892 | D.G. Honegger Consulting | $62,972.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2925 | D.G. Honegger Consulting | $62,970.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____     Date: June 13, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**D.G. Honegger Consulting (Douglas G. Honegger)**, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court"), Case No. 19-30089 (jointly administered under Case No. 19-30088), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on this 10 day of June, 2019.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Douglas G Honegger | $55,954.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 1428 | D.G. Honegger Consulting | $55,954.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2892 | D.G. Honegger Consulting | $62,972.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2925 | D.G. Honegger Consulting | $62,970.00 | Pacific Gas and Electric Company | 19-30089 |

D.G. HONEGGER CONSULTING
(DOUGLAS G. HONEGGER)

By: *(signature)*
Name: Doug Honegger
Title: President

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as Manager

By: *(signature)*
Name: JANICE M. STANTON
Title: MEMBER