# Exhibit A-3

**Mayer Brown LLP**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | **DECLARATION AND DISCLOSURE STATEMENT OF CHARLES F. REGAN, JR., ON BEHALF OF MAYER BROWN LLP** |

I, Charles F. Regan Jr., hereby declare as follows:

1. I am a Partner of Mayer Brown LLP, with offices located at, among other places, 71 South Wacker Drive, Chicago, Illinois 60606-4637 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide certain tax and insurance related legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Advising and representing PG&E with respect to claims for refund of Federal corporate income taxes paid in various prior years (the "Tax

Services"), and also representing PG&E in a proposed catastrophe bond transaction to provide excess loss insurance coverage for third-party liability losses arising from future wildfires. With respect to rendering Tax Services to PG&E after the Petition Date, the Firm issued the following two invoices to PG&E: Invoice #35650158 dated March 6, 2019 for $15,156 of fees for post-petition services, and Invoice #35672102 dated March 2019 for $9,130.50 of fees for post-petition services (the "Post-Petition Tax Services Invoices"). Mayer Brown received payment in full of the Post-Petition Tax Services Invoices from PG&E on May 16, 2019.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm, having obtained a conflict waiver from the Debtors, is currently representing (i) BNP Paribas Securities Corp, with respect to its roles as a Joint Lead Arranger, Joint Bookrunner and Issuing Lender in the Debtors' DIP facility; and (ii) the Canadian Imperial Bank of Commerce as an unsecured creditor in these chapter 11 cases. Except as otherwise noted herein, the Firm does not presently perform services for any such person in connection with these chapter 11 cases, but reserves the right to do so consistent with its conflict waiver from the Debtors; in the event any such additional engagements are obtained, the Firm promptly will supplement this Declaration with an appropriate disclosure concerning any such additional engagement. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm approximately $16,068.60 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on May 23, 2019, at Chicago, Illinois.

_____
Charles F. Regan, Jr., Partner, Mayer Brown LLP

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the **Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Mayer Brown, LLP

   71 South Wacker Drive

   Chicago, Illinois 60606-4637

2. Date of retention: September 2018

3. Type of services to be provided:

   Legal services involving tax and insurance matters.

4. Brief description of services to be provided:

Representation of PG&E before IRS Appeals and advice regarding resolution options if settlement from Appeals is unsatisfactory and represent PG&E and issuer with respect to document preparation and negotiation for a reinsurance transaction and catastrophe bond offering, including rendering standard legal opinions.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

   (a) Average hourly rate (if applicable): $750.00

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $100,000.00

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $16,068.60

   Date claim arose: various dates

   Nature of claim: Fees for services rendered

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None

   Name:

   Status:

   Amount of claim: $

   Date claim arose:

   Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None.

9. Name and title of individual completing this form: Charles F. Regan, Jr., Partner

Dated: May 16, 2019

Charles F. Regan, Jr.

2