# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 2227]

3.     On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Order Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 2278]

1       4.     I declare under penalty of perjury under the laws of the United States of America, that

2  the foregoing is true and correct and that if called upon as a witness, I could and would competently

3  testify thereto.

4  Executed this 13th day of June 2019, at New York, NY.

5

6                                         Nabeela Ahmad

**Exhibit A**

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 1023164 | ARBOR TREE SURGERY COMPANY | 5004 SHADOW CANYON RD | | TEMPLETON | CA | 93465-9714 |
| 4976186 | Broyles, James | 4170 Webster Ranch Rd | | Corona | CA | 92881-4760 |
| 4975505 | Hansen, Sig | 1151 Secret Lake Loop | | Lincoln | CA | 95648-8402 |
| 4975281 | Hartman | 550 W Plumb LN #8407 | | Reno | NV | 89509-3468 |
| 4975537 | Little, David | 590 E MAGNOLIA AVE | | PORTOLA | CA | 96122-6701 |
| 4974817 | Peninsula Village Homeowners Association | Doris Snow | 12402 S Carriage Hill Way | Nampa | ID | 83686-5690 |
| 4975005 | Pilegard, Cris | 1739 E Terrace Ave | | Fresno | CA | 93703-1737 |
| 4975863 | Wallace | 1515 Caughlin Creek Rd | | Reno | NV | 89519-0677 |

Case: 19-30088   Doc# 2510   Filed: 06/13/19   Entered: 06/13/19 12:24:44   Page 4 of 6

## Exhibit B

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|--------|------|----------|----------|----------|------|-------|-------------|
| 5001461 | Brown, John | Renne Sloan Holtzman Sakai LLP | Geoffrey Spellberg, Louise H. Renne | 555 Capitol Mall Ste 600 | Sacramento | CA | 95814-4581 |
| 5001464 | Gunst, Karen | Renne Sloan Holtzman Sakai LLP | Geoffrey Spellberg, Louise H. Renne | 555 Capitol Mall Ste 600 | Sacramento | CA | 95814-4581 |

Case: 19-30088    Doc# 2510    Filed: 06/13/19    Entered: 06/13/19 12:24:44    Page 6 of 6