LEONARD K. WELSH, CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for: Ruckman-Leal Creditors

FILED
JUN 13 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:

PACIFIC GAS and ELECTRIC COMPANY,

Debtor.

Case No. 19-30089
Chapter 11

In re

PG&E CORP.,

Debtor.

Case No. 19-30088
Chapter 11

Judge: Honorable Dennis Montali

### REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST

PLEASE TAKE NOTICE that the Law Offices of Leonard K. Welsh is the attorney of record for Gloria Ruckman; Robert Ruckman; Robert Ruckman, a minor by and through his Guardian Ad Litem, Robert Ruckman; Amelia Leal; and Gildardo Leal ("the Ruckman-Leal Creditors"). In the above-referenced cases.

Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and Sections 102(a), 342 and 1109(b) of the Bankruptcy Code, the Ruckman-Leal Creditors hereby request that copies of all notices, pleadings or papers given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Joseph Whittington, Esq.
Daniel Turek, Esq.
Rodriguez & Associates
2020 Eye Street
Bakersfield, CA 93301

and

```
 1  Leonard K. Welsh, Esq.
    Law Offices of Leonard K. Welsh
 2  4550 California Avenue, Second Floor
    Bakersfield, CA 93309
 3

 4
        PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, without
 5
    limitation, notice of any and all orders, notices, petitions, schedules, statements, pleadings,
 6
    applications, motions, requests or demands, whether formal or informal, written or oral,
 7
    regardless how transmitted, that affect or purport to affect in any way any rights or interests of
 8
    the Debtor or any creditors or parties in interest in this case.
 9
    Date: June 4, 2019
10
11
                                         LAW OFFICES OF LEONARD K WELSH
12

13
                                         By:     /s/     Leonard K. Welsh
14                                           LEONARD K. WELSH
                                             Attorney for Ruckman-Leal Creditors
15
```