

FILED

JUN 13 2019 mT

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

LEONARD K. WELSH, CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for: Ruckman-Leal Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re: | Case No. 19-30089 |
| --- | --- |
| PACIFIC GAS and ELECTRIC COMPANY, | Chapter 11 |
| Debtor. | |

| In re | Case No. 19-30088 |
| --- | --- |
| PG&E CORPORATION., | Chapter 11 |
| Debtor. | Judge: Honorable Dennis Montali |

### PROOF OF SERVICE BY MAIL

I, TRINETTE LIDGETT, declare:

1. I am employed in Kern, County, CA by a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 4550 California Avenue, Second Floor, Bakersfield, CA 93309.

2. I served the following document on Debtors and their attorneys of record, United States Trustee, and parties requesting special notice on June 11, 2019 by placing true copies thereof enclosed in a sealed envelope in the U.S. Mail at Bakersfield, California addressed as indicated on the attached Mailing List:

a. **REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 11, 2019

By: /s/ Trinette Lidgett
TRINETTE LIDGETT

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 19-30089<br>Northern District of California<br>San Francisco<br>Tue May 28 16:40:06 PDT 2019 | 101 Hannaford Ct<br>Folsom, CA 95630-6612 | 275 Battery Street, 29th Floor<br>SEE ATTACHMENT FOR ADDITIONAL ADDRESS<br>San Francisco, CA 94111-3305 |
| Adam Cronin<br>101 Hannaford Ct<br>Folsom, CA 95630-6612 | Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Arocles Aguilar<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102-3298 |
| Mary E. Alexander<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104-4615 | Monique D. Almy<br>Crowell and Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 | American Construction and Supply, Inc.<br>Cynthia Arana & Neil Bloomfield<br>c/o Bloomfield Law Group, Inc.<br>901 E Street, Suite 100<br>San Rafael, CA 94901-2850 |
| Arrie Elaine Ludlow through GAL Lisa Ludlow<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | Aurora Lorraine Ludlow through GAL Lisa Ludl<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | Robert Berens<br>Salamarid, Morrow,Timpane, Morrow & Dunn<br>2001 E. Campbell Ave. #203<br>Phoenix, CA 85016-5574 |
| Heinz Binder<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 |
| Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | W. Steven Bryant<br>Locke Lord LLP<br>600 Congress St., #2200<br>Austin, TX 78701-3055 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Carmen Espino<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | Cellco Partnership d/b/a Verizon<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6105 |
| Charles Maier<br>Aaron J. Mohamed, Esq.<br>Brereton Law Office, APC<br>1362 Pacific Ave., Suite 221<br>Santa Cruz, CA 95060-3932 | Christina Lin Chen<br>Morgan, Lewis and Bockius LLP<br>1 Market, Spear Street Tower<br>San Francisco, CA 94105 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 |
| Christina Espino<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | Robert N.H. Christmas<br>Nixon Peabody LLP<br>437 Madison Ave. 18th fl.<br>New York, NY 10022-7035 | City of South San Francisco<br>555 12th Street, Suite 1500<br>Oakland, CA 94607-4095 |
| Alicia Clough<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067-4120 | Marc S. Cohen<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067-4120 | Kevin M. Coles<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201-5047 |

Joseph Corrigan
One Federal Street
Boston, MA 02110-2012

Keith J. Cunningham
Pierce Atwood LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101-1110

Cupertino Sanitary District
20863 Stevens Creek Boulevard, Suite 100
Cupertino, CA 95014-2110

James D. Curran
Law Offices of Wolkin and Curran LLP
555 Montgomery St. #1100
San Francisco, CA 94111-2544

DANIEL FESKE
246 SPRUCE ST
ROOM 312A
gridley, CA 95948-2216

Dell Marketing, L.P.
c/o Streusand Landon Ozburn & Lemmon
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Donald Savard
617 Brian Street
Santa Maria, CA 93454-3313

Neal P. Donnelly
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6031

Jonathan R. Doolittle
Reed Smith LLP
101 2nd St. #1800
San Francisco, CA 94105-3659

EULER HERMES N.A as Agent for GLOBAL DIVING
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

Emily Reese Lee through GAL, Lisa Christine
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

G. Larry Engel
Engel Advice LLC
12116 Horseshoe Ln.
Nevada City, CA 95959-3570

Maximilian A. Ferullo
Nixon Peabody LLP
55 West 46th St.
New York, NY 10036-4277

John D. Fiero
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4554

Stephen D. Finestone
Finestone Hayes LLP
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1233

Andriana Georgallas
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Gabriel I. Glazer
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111-4554

GoProcure, Inc.
c/o Law Offices of Charles L. Hastings
4568 featehr River Dr., Suite A
Stockton, CA 95219-6508

Richard H. Golubow
Winthrop Couchot Golubow Hollander, LLP
1301 Dove St. #500
Newport Beach, CA 92660-2467

Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Mark A. Gorton
Boutin Jones Inc.
555 Capitol Mall #1500
Sacramento, CA 95814-4603

Mark A. Gorton
McDonough, Holland and Allen
500 Capitol Mall 18th Fl
Sacramento, CA 95814

Grace Espino
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

Debra L. Grassgreen
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111-4554

William R. Greendyke
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Mirco J. Haag
Buchalter, A Professional Corporation
18400 Von Karman Ave., #800
Irvine, CA 92612-0514

Christopher J. Harney
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105-2992

Robert G. Harris
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Jennifer C. Hayes
Finestone Hayes LLP
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1233

| | | |
|---|---|---|
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10011-5134 | Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606-7506 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J. Eric Ivester<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Jadon Coulier through GAL Talien Coulier<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 |
| Jeanette Smylie, on behalf of herself<br>Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>San Francisco, CA 94104-1250 | Jeremias Espino<br>Law Offices of Ara Jabagchourian<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | Jielle Coulier through GAL Taline Coulier<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 |
| John Barry Ludlow<br>Ara Jabagchourian<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 | John Glaser and Lynn Scuri<br>FANT LAW OFFICE<br>P.O. Box 695<br>Kentfield, CA 94914-0695 | John H. Kenney<br>48 Robert Rd<br>Orinda, CA 94563-3216 |
| KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Tele<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Robert B. Kaplan<br>Jeffer, Mangels, Butler and Marmaro<br>2 Embarcadero Center 5th Fl.<br>San Francisco, CA 94111-3813 | Karen Roberds Anita Freeman<br>Jeremiah Hallisey, Hallisey and Johnson<br>465 California St., Ste. 405<br>San Franisco, CA 94104-1836 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108-2736 | Lynette C. Kelly<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 |
| Samuel M. Kidder<br>Klee, Tuchin, Bogdanoff and Stern LLP<br>1999 Ave. of the Stars, 39th Fl.<br>Los Angeles, CA 90067-6049 | Jane Kim<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108-2736 | Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Flr.<br>Los Angeles, CA 90067-6049 |
| Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071-9500 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130-6032 | Thomas F. Koegel<br>Crowell and Moring LLP<br>3 Embarcadero Center 26th Fl.<br>San Francisco, CA 94111-4069 |
| Alan W. Kornberg<br>Law Offices of Alan W. Kornberg<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Kylie Clarinda Strawn, through GAL Lisa Ludl<br>Law Offices of Ara Jabagchourian, P.C.<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402-2515 |
| LORE OLDS, dba SKY VINEY ARDS SKYLA OLDS et<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3305 | Richard A. Lapping<br>Trodella & Lapping LLP<br>540 Pacific Ave.<br>San Francisco, CA 94133-4608 | Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 |

Andrew H. Levin  
Mintz Levin Cohn Ferris Glovsky & Popeo  
2029 Century Park East, #3100  
Los Angeles, CA 90067-3044

Linda Wright  
1310 Winchester Way  
Auburn, California 95602-8849

Jessica Liou  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153-0119

William S. Lisa  
Nixon Peabody LLP  
One Embarcadero Center, 32nd Fl.  
San Francisco, CA 94111-3602

Lisa Christine Ludlow  
Law Offices of Ara Jabagchourian, P.C.  
1650 S. Amphlett Blvd., Suite 216  
San Mateo, CA 94402-2515

John William Lucas  
Pachulski Stang Ziehl and Jones LLP  
150 California Street, 15th Floor  
San Francisco, CA 94111-4554

Kerri Lyman  
Irell and Manella LLP  
840 Newport Center Dr. #400  
Newport Beach, CA 92660-6396

MARCEL ORBEA  
401 Braemar Ct  
Roseville, CA 95661-5164

John H. MacConaghy  
MacConaghy and Barnier  
645 1st St. W #D  
Sonoma, CA 95476-7044

Iain A. Macdonald  
Macdonald Fernandez LLP  
221 Sansome St. Third Floor  
San Francisco, CA 94104-2331

Mark Elward  
Aaron J. Mohamed, Esq.  
Brereton Law Office, APC  
1362 Pacific Ave., Suite 221  
Santa Cruz, CA 95060-3932

Mark H. Strassberg  
Ridless Law Office  
500 Washington Street, Suite 700  
San Francisco, CA 94111-2939

Michael Rudis  
Law Offices of Ara Jabagchourian, P.C.  
1650 S. Amphlett Blvd., Suite 216  
San Mateo, CA 94402-2515

Sean A. Mitchell  
Paul, Weiss, Rifkind, Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY 10019-6031

Mitchell Snow, Inc.  
Jed W. Manwaring  
Evans Keane LLP  
P.O. Box 959  
Boise, ID 83701-0959

Erika L. Morabito  
Foley & Lardner LLP  
3000 K St., NW, #600  
Washington, DC 20007-5111

Thomas G. Mouzes  
Boutin Jones Inc.  
555 Capitol Mall, #1500  
Sacramento, CA 95814-4603

Jessica R. Mullan  
Sonoma Clean Power Authority  
50 Santa Rosa Ave., #5th Fl.  
Santa Rosa, CA 95404-4952

Omid H. Nasab  
Cravath, Swaine & Moore LLP  
85 Eighth Avenue  
New York, NY 10011-5134

David L. Neale  
Levene, Neale, Bender, Yoo and Brill  
10250 Constellation Blvd. #1700  
Los Angeles, CA 90067-6253

David Neier  
Winston and Strawn LLP  
200 Park Avenue  
New York, NY 10166-4002

Brittany J. Nelson  
Foley & Lardner LLP  
3000 K St., NW, #600  
Washington, DC 20007-5111

John Nolan  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153-0119

Nor-Cal Pipeline Services  
1875 South River Road  
West Sacramento, CA 95691-2896

Abigail O'Brient  
Mintz Levin Cohn Ferris Glovsky Popeo  
2029 Century Park E #3100  
Los Angeles, CA 90067-3044

Kevin J. Orsini  
Cravath, Swaine & Moore LLP  
85 Eighth Avenue  
New York, NY 10011-5134

Isaac M. Pachulski  
Stutman, Treister and Glatt  
1901 Avenue of the Stars 12th Fl.  
Los Angeles, CA 90067-6015

Pacific Gas and Electric Company  
77 Beale Street  
PO Box 770000  
San Francisco, CA 94177-0001

Paul J. Pascuzzi  
Felderstein, Fitzgerald et al  
400 Capitol Mall #1750  
Sacramento, CA 95814-4432

Patricia Buzotta  
Kabateck LLP  
633 W. Fifth Street, Suite 3200  
Los Angeles,, CA 90071-2083

Richard C. Pedone
Nixon Peabody LLP
Exchange Place
53 State St.
Boston, MA 02109-2820

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563

Philip Verwey dba Philip Verwey Farms
McCormick Barstow LLP
7647 N Fresno St
Fresno, CA 93720-2578

M. Ryan Pinkston
Seyfarth Shaw LLP
560 Mission St. #3100
San Francisco, CA 94105-2992

Estela O. Pino
Pino & Associates
20 Bicentennial Circle #200
Sacramento, CA 95826-2800

Mark D. Poniatowski
Poniatowski Leding Parikh PC
20980 Redwood Rd. #200
Castro Valley, CA 94546-5934

Douglas B. Provencher
Law Offices of Provencher and Flatt
823 Sonoma Ave.
Santa Rosa, CA 95404-4714

Raul Longoria
Robins Cloud LLP
808 Wilshire Boulevard, Suite 450
Santa Monica, CA 90401-1894

Richard W. Carpeneti
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250

Walter R. Rieman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6031

Rosario Lara
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

Margaret Schierberl
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Lisa Schweitzer
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

Seneca Insurance Company, Inc. Seneca Speci
Eric Goldberg, Esq.
Kahn & Goldberg LLP
555 Fifth Avenue - 14th Fl.
New York, NY 10017-9257

J. Christopher Shore
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1016

Jan D. Sokol
Stewart Sokol and Larkin LLC
2300 SW 1st Ave. #200
Portland, OR 97201-5047

David M. Stern
Klee, Tuchin, Bogdanoff and Stern
1999 Ave. of the Stars 39rd Fl.
Los Angeles, CA 90067-6049

Andrew J. Strabone
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Michael H Strub
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6396

Taline Coulier
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

Meagan S. Tom
Locke Lord LLP
44 Montgomery St. #4100
San Francisco, CA 94104-4815

Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Craig Varnen
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Victor Castaneda
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

Victor A. Vilaplana
Foley and Lardner
402 W Broadway #2100
San Diego, CA 92101-8510

Marta Villacorta
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

John A. Vos
Law Offices of John A. Vos
1430 Lincoln Ave.
San Rafael, CA 94901-2021

Riley C. Walter
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720-1572

Joseph M. Welch
Buchalter Nemer
18400 Von Karman Avenue #800
Irvine, CA 92612-0514

Michael L. Wilhelm
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720-1572

William N Steel
465 California St., Ste. 465
San Francisco, CA 94104-1804

William OBrien Fuguan OBrien Fuguan OBrien
465 California St., Ste. 465
San Francisco, CA 94104-1804

Rebecca J. Winthrop
Norton Rose Fulbright US LLP
555 S Flower St. 41st Fl.
Los Angeles, CA 90071-2300

Ryan A. Witthans
Finestone Hayes LLP
456 Montgomery St. Fl. 20
San Francisco, CA 94104-1233

Kirsten A. Worley
Worley Law Corp. PC
1572 Second Ave.
San Diego, CA 92101-3006

Paul H. Zumbro
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10011-5134

End of Label Matrix
Mailable recipients   157
Bypassed recipients     0
Total                 157