```
LEONARD K. WELSH, CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for: Michael Marroquin
```



FILED
JUN 13 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:

PACIFIC GAS and ELECTRIC COMPANY,

    Debtor.

Case No. 19-30089
Chapter 11

In re

PG&E CORPORATION.,

    Debtor.

Case No. 19-30088
Chapter 11

Judge: Honorable Dennis Montali

### REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST

PLEASE TAKE NOTICE that the Law Offices of Leonard K. Welsh is the attorney of record for Michael Marroquin ("Mr. Marroquin") in the above-referenced cases.

Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and Sections 102(a), 342 and 1109(b) of the Bankruptcy Code, Mr. Marroquin requests that copies of all notices, pleadings or papers given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

    Joseph Whittington, Esq.
    Daniel Turek, Esq.
    Rodriguez & Associates
    2020 Eye Street
    Bakersfield, CA 93301
and
    Leonard K. Welsh, Esq.
    Law Offices of Leonard K. Welsh
    4550 California Avenue, Second Floor
    Bakersfield, CA 93309

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, without limitation, notice of any and all orders, notices, petitions, schedules, statements, pleadings, applications, motions, requests or demands, whether formal or informal, written or oral, regardless how transmitted, that affect or purport to affect in any way any rights or interests of the Debtor or any creditors or parties in interest in this case.

Date: June 4, 2019

LAW OFFICES OF LEONARD K WELSH

By: /s/ Leonard K. Welsh
LEONARD K. WELSH
Attorney for Michael Marroquin