1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
5  bradley.schneider@mto.com
   **MUNGER, TOLLES & OLSON LLP**
6  350 South Grand Avenue
   Fiftieth Floor
7  Los Angeles, California 90071
   Telephone:   (213) 683-9100
8  Facsimile:    (213) 683-3702

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>           Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF HENRY WEISSMANN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS FOR THE DEBTORS THE EFFECTIVE AS OF THE PETITION DATE** |

Pursuant to 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows:

I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

I submit this declaration ("**Second Supplemental Declaration**") to supplement my initial and first supplemental declarations, filed on April 1, 2019 [Dkt. No. 1168] and April 10, 2019 [Dkt No. 1301], in support of the Application of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain MTO as their counsel for certain Specific Matters, effective as of January 29, 2019 (the "**Petition Date**"), pursuant to section 327(e) of title 11 of the United States Code (the "**Application**").[1]

Based on the search of the Client Database and reasonable inquiry, listed as **Exhibit A** to this Second Supplemental Declaration are those Interested Parties, or affiliates thereof, that are or have been MTO clients in the two years immediately preceding March 31, 2019. This includes a supplemental search of those Interested Parties identified in the Application as well as additional Interested Parties that have been identified since that Application was filed. None of the representations listed on **Exhibit A** or described herein is adverse to the interests of the Debtors or their estates with respect to the Specific Matters, and all prior and current MTO representations of the clients, former clients, or their affiliates and/or subsidiaries are or have been in matters unrelated to the Specific Matters.

As a further supplement to the information in Exhibit A, MTO has been engaged by the Office of the Attorney General of the State of California and the Department of Law of the State of New York (the "**State AGs**") in a challenge to the proposed merger between Sprint Corporation and T-Mobile US, Inc. On June 11, 2019, the State AGs filed a Complaint against Sprint Corporation, T-Mobile US, Inc., Deutsche Telekom AG, and Softbank Group Corporation in the United States District Court for the Southern District of New York, seeking to enjoin the Sprint/T-

---

[1] Capitalized terms used but not defined herein shall have the meaning given those terms in the Application.

Mobile merger. This matter (the "**Merger Litigation**") is unrelated to the Specific Matters, the Debtors, or the Chapter 11 Cases.

MTO has received informed written consent from both the Debtors and the State AGs to MTO's representation in the Merger Litigation. As part of that consent, MTO will screen attorneys and paralegals working on the Merger Litigation from work in these Chapter 11 Cases and vice versa, with one exception: there is an individual MTO attorney working on the Merger Litigation who has also worked on and will continuing working on certain matters for the Debtors related to power purchase agreements, which matters do not involve the State AGs.

With respect to MTO attorneys and paralegals engaged on the Merger Litigation (and with the one exception discussed above), and any other attorneys or paralegals screened under MTO's screening procedures (collectively, the "**Screened MTO Professionals**"), MTO's conflicts department distributes a memorandum to all MTO personnel directing that (a) the Screened MTO Professionals are absolutely barred from any involvement in the representation of the Debtors, (b) the Screened MTO Professionals are absolutely denied access to all files related to the representation of the Debtors, and (c) all MTO personnel are absolutely barred from discussing with the Screened MTO Professionals any aspect of the representation of the Debtors.

Finally, and by way of clarification, Exhibit A to my amended declaration [Dk. No. 1168] indicated that MTO current represented or has represented party-in-interest Joseph Johnson. Upon further inquiry, MTO has determined that the Joseph Johnson it represents is a different person than the Joseph Johnson who is a party-in-interest in the Chapter 11 Cases.

I believe that MTO does not represent or hold any interest adverse to the Debtors or their estates with respect to the Specific Matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 14, 2019   By:   /s/ Henry Weissmann
Henry Weissmann
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California, 90071
Telephone: (213) 683-9150
Facsimile: (213) 683-5150

# Exhibit A

| Interested Party | Status |
|---|---|
| Aera Energy LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Aera Energy LLC (Coalinga) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Aera Energy LLC (N. Midway Sunset) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Aera Energy LLC (Oxford) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Aera Energy LLC (S. Belridge) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Agua Caliente Solar, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Amerigas Propane | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T Corp. – Lease Administration | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T Corporate Real Estate | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T Mobility II LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T Network | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AT&T PCS Wireless Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Atlantica Yield | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Atlantica Yield plc, Mojave Solar LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Baker Hughes Process & Pipeline Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Baker Hughes US Land | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| **Interested Party** | **Status** |
|---|---|
| Bank of America | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Bank of America Merrill Lynch | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Bank of America, N.A. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Bank of America, N.A. (Admin Agent - $300M) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkshire Hathaway AmGUARD Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkshire Hathaway Energy Renewables | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkshire Hathaway International Insurance Limited (PDW) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BrandSafway LLC – West Coast | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Bright House Networks LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Burney Forest Products | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Corporation | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Energy Solutions, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Geysers Co. LP (KW#1) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Geysers Co. LP (KW#2) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Geysers Co. LP (WFF) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine King City Cogen LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine King City Cogen. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Calpine LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Los Esteros | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Monterey Cogen Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Pittsburg Power Plant | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Calpine Retained Assets Agreement | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Cardinal Cogen | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Central (VIA Wireless LLC) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| CH2M HILL Engineers, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Charter Communications | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ChemTreat, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citi | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citibank NA, as Administrative Agent for the Utility Revolving Credit Facility | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citibank, N.A. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citibank, NA (Admin Agent - $3B) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citigroup Energy Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citigroup Global Markets | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citizens Telecommunications | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Clearwire | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Coalinga Cogeneration Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Comcast | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Conterra Wireless Broadband LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Coral Power LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| County of San Diego | MTO does not represent the County of San Diego. MTO currently represents and/or has in the past represented the San Diego County Employees Retirement Association, which is an independent entity from the County of San Diego, in matters wholly unrelated to the Debtors' chapter 11 cases |
| Credit Suisse Energy LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| DE Shaw | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Desert Sunlight 300, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Dynegy Marketing and Trade, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Dynegy Morro Bay, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Dynegy Moss landing, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Dynegy Power, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| EnerTouch, Inc. - Energizing Indiana | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| F.D. Thomas Inc. | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Fidelity Management Trust Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Frito Lay Cogen | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Frito-Lay, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Frontier Communications | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Frontier Communications of America | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GATX/Calpine Cogen-Agnews Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GE Oil & Gas - North America | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GE Renewable Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Geico General Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Geico Indemnity Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Gelco Corporation d/b/a GE Fleet Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Gencon Entities | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| General Electric International - Power Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| General Electric International Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GenOn Delta, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GenOn Energy Management LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GenOn Energy, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Geysers Power Company, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Gilroy Energy Center, LLC, Creed Energy Center, LLC and Goosehaven Energy Center, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Goldman Sachs Bank USA | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Goldman, Sachs & Co | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Google for Invoice Issues | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Google Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Government Employees Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Hach Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| High Plains Ranch II, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Hornitos Telephone Co. | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| International Business Machines Corp. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Invenergy Wind Development LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| J. Aron and Company LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Jackson Valley Energy Partners | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Johns Manville | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Kern River | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Kern River Cogen Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Kern River Gas Transmission Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Los Esteros Critical Energy Facility LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Martinez Cogen Limited Partnership | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MCI Worldcom | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Merrill Lynch | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Merrill Lynch Commodities Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Metcalf Energy Center | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MidAmerican Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Midcoast Marketing (US) L.P. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Midset Cogen Co. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Midway Sunset Cogeneration Co. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Mirant Energy Trading, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Mitsubishi Electric Power Products, Inc. - Substation Division | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MCI Telecommunications Corp | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Mojave Solar LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley / ISG Operations | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley Bank | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley Bank /Morgan Stanley Senior Funding | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Morgan Stanley Bank, N.A. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley Capital Group Inc | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley Senior Funding, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| National Fire & Marine Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| New Cingular Wireless PCS, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Nextel Communications | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Nextel of California, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Noble Americas Energy Solutions LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NOV FluidControl, a division of National Oilwell Varco, LP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NRG Energy, Inc., Clearway Energy, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NRG Marsh Landing, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NRG Power Marketing, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NRG Solar Alpine LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NRG Solar Kansas South LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NV Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| OCCID ENER MKT | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Occidental Energy Marketing Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Occidental Energy Ventures Corp | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Occidental Power Services, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| OXY ENER CANADA | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Pacific Bell Telephone Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Pacificorp | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Petrochem Insulation Inc. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Ponderosa Telephone Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| POWEREX | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| RBC Capital Markets | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Reliant Energy Services, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Remedial Construction Services, LP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| RRI Energy Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Ruby Pipeline, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Russell City Energy Company LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Safway Services, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Salinas River Cogen Co. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Sargent Canyon Cogeneration Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SBC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SBC Services Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sedgwick | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Energy North America (US), L.P. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Energy US | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Energy CAN | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Trading (US) Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Shell Western E & P | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sierra Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Solar Turbines Incorporated | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Southwestern Bell Telephone LP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sprint and Sprint Spectrum-Nextel | MTO does not represent these entities. MTO currently represents and/or has in the past represented an affiliate of the majority shareholder of Sprint Corporation in matters wholly unrelated to the Debtors' chapter 11 cases |
| Starwood Energy Group Global LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| State of California Office of the Attorney General | See declaration for description. |
| Statewide Traffic, Safety & Signs, Inc. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Stroock & Stroock & Lawn LLP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STS HydroPower Kekawaka | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STS HydroPower Ltd. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STS Hyrdopower LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Suddenlink Communications | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sumitomo Mitsui Banking Corporation | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sunrise Power Company, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TATA America International Corp. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Tata Consultancy Services | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TDS Telecom | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Those Certain Underwriters Subscribing to Policy No. Prpnal 701248 as Subrogee of Starwood Capital Group LP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TMO CA/NV LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Topaz Solar Farms LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Trench Plate Rental Co. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Triton Construction Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| U.S. Cellular | MTO has in the past represented this entityand/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Ubiquitel, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| United States Aircraft Insurance Group (USAIG) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| US Aviation Insurance Group | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Vantage Wind Energy, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Verizon (Airtouch) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Verizon Business Network Services | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Verizon Network Operations | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Verizon Wireless | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Verizon Wirless - Network Real Estate C Vistra Energy | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Wachovia Corporate Services, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Wells Fargo Bank, NA | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Wells Fargo LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Wells Fargo Securities, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Western Asset Management Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |