

Signed and Filed: June 14, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

MACDONALD | FERNANDEZ LLP
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
WENDY NATHAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Co.<br>☐ Affects both Debtors<br><br>\*   All papers shall be filed in Lead Case, No. 19-30088-DM-11 | Case Nos.  19-30088-DM-11<br>                       19-30089-DM-11<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER ON WENDY NATHAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt No. 2048]<br><br>Date:   June 11, 2019<br>Time:   9:30 a.m.<br>Place:  Courtroom 17<br>            450 Golden Gate Ave., 16th Floor<br>            San Francisco, California<br><br>Hon. Dennis Montali |

A hearing on the motion of Wendy Nathan, Creditor herein, for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), Federal Rule of Bankruptcy Procedure 4001(a), and Bankruptcy Local Rule 4001-1 to liquidate Creditor's claims against Pacific Gas and Electric Company (the "Utility") arising from certain pre-petition personal injuries (the "Motion") was held before this Court at 9:30 a.m. on June 11, 2019.  Upon consideration of the Motion, the opposition thereto, and the arguments of counsel; for the reasons stated on the record and good cause appearing,

/ / /

**IT IS ORDERED** that:

1. Except as modified herein, this Court's June 8, 2019 Tentative Ruling is adopted. Nathan is granted limited relief from the automatic stay to participate in a one-day mediation with the presence of a representative for the Utility in an attempt to settle the dispute between Nathan and the Utility under the supervision and normal processes of the Superior Court of California for the County of Alameda (the "<u>Superior Court</u>") in case number RG17873549 (the "<u>Nathan State-Court Action</u>").  Such mediation shall not exceed one day and shall be scheduled in accordance with the Superior Court's order in the Nathan State-Court Action.  Except as expressly modified herein, the automatic stay of 11 U.S.C. § 362(a) remains in effect.

2. If the parties are unable to reach settlement at the aforesaid mediation, the Motion is continued to the Court's September 10, 2019 calendar.

3. No other or additional relief is granted at this time.

*** END OF ORDER ***

APPROVED AS TO FORM:

WEIL, GOTSHAL & MANGES LLP

KELLER & BENVENUTTI LLP

By:   /s/ Peter J. Benvenutti
     Peter J. Benvenutti
     Attorneys for Debtor in Possession,
     PACIFIC GAS AND ELECTRIC COMPANY

# COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).