# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
## Case No. 19-30088

Summary Of Hours and Discounted Fees Incurred By Professional
January 29, 2019 through March 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---:|---:|---:|---|
| Arun Mani | Principal - Advisory | 3.0 | $ 500 | $ 1,500.00 | |
| Bhaskara Rama | Senior Specialist - Advisory | 112.0 | $ 225 | $ 25,200.00 | |
| Brian Wei | Associate - Advisory | 61.0 | $ 275 | $ 16,775.00 | |
| Celeste Campbell | Manager - Bankruptcy | 9.0 | $ 163 | $ 1,462.50 | |
| Daniel Elmblad | Senior Associate - Advisory | 16.5 | $ 325 | $ 5,362.50 | |
| Grace Choi | Associate - Advisory | 8.0 | $ 275 | $ 2,200.00 | |
| Jason Miller | Senior Associate - Advisory | 332.0 | $ 150 | $ 49,800.00 | |
| Jeff Mahoney | Specialist Director - Analytics | 4.6 | $ 435 | $ 2,001.00 | |
| Jessica Nell | Senior Associate - Advisory | 4.7 | $ 325 | $ 1,527.50 | |
| Jonathan White | Managing Director- Advisory | 72.8 | $ 475 | $ 34,580.00 | |
| Juanita Garza | Associate - Bankruptcy | 30.1 | $ 138 | $ 4,138.75 | |
| Kyle McNamara | Director - Advisory | 34.6 | $ 435 | $ 15,051.00 | |
| Lucy Cai | Associate - Advisory | 80.0 | $ 275 | $ 22,000.00 | |
| Matthew Bowser | Senior Associate - Advisory | 76.6 | $ 325 | $ 24,895.00 | |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 145.8 | $ 225 | $ 32,805.00 | |
| Monica Plangman | Associate Director - Bankruptcy | 46.9 | $ 213 | $ 9,966.25 | |
| Nicole Redini | Manager - Advisory | 29.5 | $ 400 | $ 11,800.00 | |
| Paul McGregor | Manager - Advisory | 16.0 | $ 400 | $ 6,400.00 | |
| Rob Villegas | Senior Associate - Advisory | 67.8 | $ 225 | $ 15,255.00 | |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 137.0 | $ 225 | $ 30,825.00 | |
| Scott Stoddard | Director - Advisory | 26.7 | $ 435 | $ 11,614.50 | |
| Tim Littman | Senior Associate - Advisory | 78.9 | $ 325 | $ 25,642.50 | |
| Wendy Shaffer | Senior Associate - Bankruptcy | 1.6 | $ 150 | $ 240.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **1,395.1** | | **$ 351,041.50** | |
| Data Security Services - Exhibit C2 | | | | $ - | (1) |
| Legal Support Services - Recurring Fees - Exhibit C3 | | | | $ 104,768.08 | (2) |
| Enterprise Project Management Tools Implementation Services - Exhibit C5 | | | | $ 1,338,444.00 | (3)(4) |
| **Total Fees** | | | | **$ 1,794,253.58** | |
| Out of Pocket Expenses | | | | $ 15,631.45 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 1,809,885.03** | |
| less Holdback Adjustment (20%) | | | | $ (358,850.72) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 1,451,034.31** | |

**Blended Hourly Rate**  $ 251.62

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of March 31, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

[2] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of remaining deliverables related to this project was provided by the client on February 6, 2019.

[4] KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.