# EXHIBIT B

## PG&E Corporation and PG&E Company, et.al.
## Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
January 29, 2019 through March 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 512.4 | $ 181,131.50 | |
| Data Security Services | C2 | - | $ - | (1) |
| Legal Support Services | C3 | | $ 104,768.08 | |
| IT Software Services (Phase 1) | C4 | 462.6 | $ 104,085.00 | |
| Enterprise Project Management Tools Implementation Services | C5 | - | $ 1,338,444.00 | (2) (3) |
| Risk Assessment Services | C6 | 332.0 | $ 49,800.00 | |
| Retention Services | C7 | 46.9 | $ 9,966.25 | |
| Fee Application Preparation Services | C8 | 41.2 | $ 6,058.75 | |
| **Total** | | **1,395.1** | **$ 1,794,253.58** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of March 31, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

[2] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of all remaining deliverables related to this project was provided by the client on February 6, 2019.

[3] KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.