**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 6,435.14 |
| Lodging | $ | 6,045.78 |
| Meals | $ | 776.49 |
| Ground Transportation | $ | 2,374.04 |
| Miscellaneous | $ | - |
| **Total** | **$** | **15,631.45** |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Matthew Bowser | 03/20/19 | One way coach airfare from Santa Ana to Oakland, CA for PG&E meeting. Departure Date: 3/20/19. Business Purpose: Perform work for PG&E | $ 233.26 |
| Lucy Cai | 03/21/19 | Economy round trip flight from Chicago, IL (ORD) to San Francisco, CA (SFO) to client site. Dates: 3/18/19 to 3/21/19 | $ 442.17 |
| Matthew Bowser | 03/21/19 | One way coach airfare from Oakland, CA to Santa Ana, CA for PG&E meeting. Departure Date: 03/21/19 Business Purpose: Perform work for PG&E . | $ 264.58 |
| Scott Stoddard | 03/21/19 | Roundtrip coach airfare from Los Angeles, CA to San Francisco, CA for PGE meeting. Departure Date: 03/20/19 Return Date: 03/21/19 Business Purpose: Perform work for PGE. | $ 403.86 |
| Paul McGregor | 03/24/19 | Airfare change fee to accommodate earlier client meeting for travel from John Wayne Airport, Orange County (SNA) to Oakland International Airport (OAK). | $ 108.00 |
| Scott Stoddard | 03/24/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA for PGE meeting. Departure Date: 03/25/19 Return Date: 03/28/19 Business Purpose: Perform work for PGE. | $ 395.18 |
| Kyle McNamara | 03/25/19 | Coach class airfare from Phoenix, AZ, to San Francisco, CA. Departure Date: 3/25/2019 Business Purpose: to travel to perform work for PG&E. | $ 489.81 |
| Lucy Cai | 03/25/19 | Airfare Flight to client site Coach flight on 3/25/19 to travel to client site from Chicago, IL (ORD) to San Francisco, CA (SFO). | $ 314.60 |
| Matthew Bowser | 03/25/19 | One-way coach airfare from Los Angeles to San Francisco, CA for PG&E meeting. Departure Date: 03/25/19 Business Purpose: Perform work for PG&E. | $ 168.47 |
| Paul McGregor | 03/25/19 | Airfare for roundtrip coach travel from John Wayne Airport, Orange County (SNA) to Oakland International Airport (OAK) returning from Oakland International Airport (OAK) to Los Angeles International Airport (LAX) to attend PG&E meeting on 03/25/19. | $ 299.07 |
| Daniel Elmblad | 03/26/19 | Roundtrip coach airfare from Hobby Airport in Houston, TX to Oakland, CA for PGE meeting. Departure Date: 03/25/19 Return Date: 03/26/19 Business Purpose: Perform work for PGE | $ 464.27 |
| Jeff Mahoney | 03/26/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA for PGE meeting. Departure Date: 03/25/19 Return Date: 03/26/19 Business Purpose: Perform work for PGE | $ 876.60 |
| Jessica Nell | 03/26/19 | Roundtrip coach class airfare from Denver, Colorado to San Francisco, CA, leaving and returning on 03/26/2019. Airfare travel to perform work and meet with PG&E analytics team. | $ 418.12 |
| Kyle McNamara | 03/28/19 | One-way coach flight from San Francisco, CA to Phoenix, AZ on 3/28/19 for travel home after working at client site. Booked separate return flight to accommodate status meeting with S. Singh (PG&E) on 3/27/19. | $ 299.80 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Lucy Cai | 03/28/19 | Airfare flight returning from client site Coach flight on 3/28 to travel from San Francisco, CA (SFO) to Chicago, IL (ORD) home from client site. | $ | 469.30 |
| Matthew Bowser | 03/28/19 | One way coach airfare from Oakland, CA to Los Angeles for PG&E meeting. Departure date: 03/28/19 Business Purpose: Perform work for PG&E. | $ | 226.30 |
| Nicole Redini | 03/28/19 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA for PGE meeting. Departure Date: 03/25/19 Return Date: 03/28/19 Business Purpose: Perform work for PGE | $ | 561.75 |
| | | **Air Fare Subtotal** | **$** | **6,435.14** |
| Lucy Cai | 03/19/19 | Lodging for 1 night (03/18/19 - 03/19/19) while traveling to perform work for PG&E. | $ | 248.92 |
| Lucy Cai | 03/20/19 | Lodging for 1 night (03/19/19 - 03/20/19) while traveling to perform work for PG&E. | $ | 248.92 |
| Lucy Cai | 03/21/19 | Lodging for 1 night (03/20/19 - 03/21/19) while traveling to perform work for PG&E. | $ | 248.92 |
| Matthew Bowser | 03/21/19 | Lodging for 1 night (03/20/19 - 03-21-19) while traveling to perform work for PG&E. | $ | 266.34 |
| Scott Stoddard | 03/21/19 | Lodging for 1 night (03/20/19 - 03/21/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Jeff Mahoney | 03/26/19 | Lodging in San Francisco, CA 1 night (03/25/19 - 3-26-19) to attend PGE meeting. | $ | 300.00 |
| Kyle McNamara | 03/26/19 | Lodging for 1 night (03/25/19 - 03/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 03/26/19 | Lodging for 1 night (03/25/19 - 03/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matthew Bowser | 03/26/19 | Lodging for 1 night (03/25/19 - 03-26-19) while traveling to perform work for PG&E. | $ | 300.00 |
| Nicole Redini | 03/26/19 | Lodging while traveling in San Francisco, CA for 1 night (03/25/19 - 03/26/19). | $ | 300.00 |
| Scott Stoddard | 03/26/19 | Lodging for 1 night (03/25/19 - 03/26/19) while traveling to perform work for PG&E. | $ | 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kyle McNamara | 03/27/19 | Lodging for 1 night (03/26/19 - 03/27/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 03/27/19 | Lodging for 1 night (03/26/19 - 03/27/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matthew Bowser | 03/27/19 | Lodging for 1 night (03/26/19 - 03-27-19) while traveling to perform work for PG&E. | $ | 300.00 |
| Nicole Redini | 03/27/19 | Lodging while traveling in San Francisco, CA for 1 night (03/26/19 - 03/27/19). | $ | 300.00 |
| Scott Stoddard | 03/27/19 | Lodging for 1 night (03/26/19 - 03/27/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kyle McNamara | 03/28/19 | Lodging for 1 night (03/27/19 - 03/28/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 03/28/19 | Lodging for 1 night (03/27/19 - 03/28/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matthew Bowser | 03/28/19 | Lodging for 1 night (03/27/19 - 03-28-19) while traveling to perform work for PG&E. | $ | 266.34 |
| Nicole Redini | 03/28/19 | Lodging while traveling in San Francisco, CA for 1 night (03/27/19 - 03/28/19). | $ | 300.00 |
| Scott Stoddard | 03/28/19 | Lodging for 1 night (03/27/19 - 03/28/19) while traveling to perform work for PG&E. | $ | 300.00 |
| | | **Lodging Subtotal** | **$** | **6,045.78** |
| Lucy Cai | 03/19/19 | Out of Town dinner for self while traveling for work on PG&E | $ | 23.33 |
| Lucy Cai | 03/20/19 | Out of Town breakfast on 3/20/19 while traveling for work on PG&E | $ | 8.90 |
| Lucy Cai | 03/20/19 | Out of Town Dinner on 3/20/19 while traveling for work on PG&E | $ | 23.35 |
| Scott Stoddard | 03/20/19 | Out of town dinner with S. Stoddard and M. Bowser (both KPMG) while traveling. | $ | 100.00 |
| Lucy Cai | 03/21/19 | Out of Town Breakfast on 3/21/19 while traveling at client site. | $ | 8.90 |
| Scott Stoddard | 03/21/19 | Breakfast while traveling for work on PG&E. | $ | 25.20 |
| Jeff Mahoney | 03/25/19 | Out of town dinner meal incurred in San Francisco, CA. Attendee: J. Mahoney. Business purpose: Meal expense incurred while out of town conducting PGE related business. | $ | 19.03 |
| Kyle McNamara | 03/25/19 | Out of Town Dinner in San Francisco while working on PG&E engagement. | $ | 36.47 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Lucy Cai | 03/25/19 | Out of Town breakfast on 3/25/19 while traveling at client site. | $ | 4.84 |
| Paul McGregor | 03/25/19 | Out of Town Breakfast for PG&E. | $ | 11.85 |
| Scott Stoddard | 03/25/19 | Out of Town Breakfast in San Francisco, CA while traveling for work on PG&E. | $ | 7.50 |
| Scott Stoddard | 03/25/19 | Dinner while traveling with S. Stoddard and M. Bowser (both KPMG). | $ | 100.00 |
| Daniel Elmblad | 03/26/19 | Out of Town Breakfast meal expense incurred while conducting work at PG&E. | $ | 9.22 |
| Jessica Nell | 03/26/19 | Out of town breakfast.. KPMG attendee: J. Nell. | $ | 11.17 |
| Jessica Nell | 03/26/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG attendee: J. Nell. | $ | 14.13 |
| Lucy Cai | 03/26/19 | Out of Town breakfast on 3/26/19 while traveling at client site. | $ | 8.93 |
| Matthew Bowser | 03/26/19 | Out of Town Breakfast meal expense incurred while conducting work at PG&E. | $ | 1.95 |
| Nicole Redini | 03/26/19 | Out of Town Breakfast for PG&E client travel related expenses. | $ | 10.95 |
| Scott Stoddard | 03/26/19 | Out of Town Breakfast in San Francisco, CA while traveling for work on PG&E. | $ | 7.50 |
| Scott Stoddard | 03/26/19 | Dinner while traveling with S. Stoddard and M. Bowser (both KPMG). | $ | 82.80 |
| Kyle McNamara | 03/27/19 | Dinner in San Francisco, CA while working on PG&E engagement. Participant: Kyle McNamara, Scott Stoddard | $ | 100.00 |
| Lucy Cai | 03/27/19 | Out of Town breakfast on 3/27/19 while traveling at client site. | $ | 5.20 |
| Lucy Cai | 03/27/19 | Out of Town dinner on 3/27/19 while traveling at client site. | $ | 44.80 |
| Matthew Bowser | 03/27/19 | Out of Town Dinner expense incurred while conducting work at PG&E. | $ | 41.73 |
| Nicole Redini | 03/27/19 | Out of Town Breakfast for PG&E client travel related expenses. | $ | 14.98 |
| Lucy Cai | 03/28/19 | Out of Town breakfast on 3/28/19 while traveling at client site. | $ | 5.20 |
| Matthew Bowser | 03/28/19 | Out of Town Breakfast meal expense incurred while conducting work at PG&E. | $ | 6.68 |
| Matthew Bowser | 03/28/19 | Out of Town Dinner expense incurred while conducting work at PG&E. | $ | 23.60 |
| Nicole Redini | 03/28/19 | Out of Town Breakfast for PG&E client travel related expenses. | $ | 6.30 |
| Scott Stoddard | 03/28/19 | Out of Town Breakfast in San Francisco, CA while traveling for work on PG&E. | $ | 11.98 |
| | | **Meals Subtotal** | **$** | **776.49** |
| Lucy Cai | 03/18/19 | Transportation via Uber for travel from home to Chicago, IL Airport 3/18/19. | $ | 39.87 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Lucy Cai | 03/21/19 | Ground transportation via Lyft on 3/21/19 from Chicago, IL (ORD) airport to home, returning from client site. | $ 34.43 |
| Lucy Cai | 03/21/19 | Car Rental for 4 days from (3/18/19 - 3/21/19) to travel from airport to client site and hotels. (Original amount of $232.20 - 11.16 credit received) | $ 212.04 |
| Matthew Bowser | 03/21/19 | Mileage reimbursement for roundtrip travel from home in Newport Beach, CA to Santa Ana Airport (15 miles @ .58 = $8.12). | $ 8.12 |
| Matthew Bowser | 03/21/19 | Parking fee incurred at John Wayne Airport (SNA) airport for 2 days (03/20/19 - 03/21/19) while working in San Francisco on PG&E engagement. | $ 40.00 |
| Matthew Bowser | 03/21/19 | Car Rental for 2 days from (3/20/19 - 3/21/19) to travel from airport to client site and hotels. | $ 105.08 |
| Scott Stoddard | 03/21/19 | Los Angeles Airport parking fee for 2 days (03/20/19 - 03/21/19) while traveling. | $ 80.00 |
| Scott Stoddard | 03/21/19 | Hertz Car Rental for 2 days (03/20/19 - 03/21/19) while traveling. | $ 116.61 |
| Daniel Elmblad | 03/25/19 | Mileage reimbursement for roundtrip travel from home in League City, TX to Hobby Airport in Houston, TX. (19 miles @ .58 = $11.02) | $ 11.02 |
| Daniel Elmblad | 03/25/19 | Ground transportation via Uber from Oakland airport to PG&E location. | $ 44.28 |
| Jeff Mahoney | 03/25/19 | Ground transportation via Uber from dinner to hotel related to work for PGE. | $ 11.25 |
| Jeff Mahoney | 03/25/19 | Ground transportation via Uber from SFO Airport to dinner in support of work at PGE. | $ 27.01 |
| Jeff Mahoney | 03/25/19 | Mileage for travel from home in Richmond, TX to IAH airport in Houston, TX for PGE meeting. (51 miles * 58 = $29.58) | $ 29.58 |
| Kyle McNamara | 03/25/19 | Mileage reimbursement for travel to Phoenix , AZ airport from home. (31 miles @ .58 = $17.98) | $ 17.98 |
| Kyle McNamara | 03/25/19 | Ground transportation via Uber fare from SFO Airport to San Francisco for work on PG&E engagement. | $ 32.02 |
| Lucy Cai | 03/25/19 | Ground transportation via Lyft for travel from home to airport on 3/25/19 to travel to client site. | $ 33.37 |
| Nicole Redini | 03/25/19 | Ground transportation for travel from home to Chicago, IL airport - PG&E client travel related expenses. | $ 32.93 |
| Paul McGregor | 03/25/19 | Ground transportation for PG&E via BART from PG&E at 245 Market to Oakland, CA Airport. | $ 10.00 |
| Paul McGregor | 03/25/19 | Ground transportation for PG&E via Uber for travel from home to John Wayne Airport, Orange County (SNA) Airport. | $ 48.26 |
| Scott Stoddard | 03/25/19 | Ground transportation via Uber to travel from SFO airport downtown San Francisco, CA. | $ 36.08 |
| Daniel Elmblad | 03/26/19 | Ground transportation via Bart for travel from PG&E work location to airport. | $ 11.00 |
| Jeff Mahoney | 03/26/19 | Mileage reimbursement for travel from IAH airport in Houston, TX to home in Richmond, TX. (50 miles * .58 = $29.00) | $ 29.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Jeff Mahoney | 03/26/19 | Ground transportation via Uber from PGE office to SFO, CA Airport. | $ 39.45 |
| Jessica Nell | 03/26/19 | Ground transportation via Uber for travel from home to airport in Denver, CO to catch flight to San Francisco, CA. Travel to perform meet and perform work with PG&E analytics team . | $ 39.25 |
| Jessica Nell | 03/26/19 | Ground transportation via Uber for travel from San Francisco, CA airport to KPMG offices in San Francisco, CA to perform work for PG&E. | $ 39.96 |
| Jessica Nell | 03/26/19 | Ground transportation via Uber for travel from Denver, CO airport to home in Aurora, CO related to PG&E work. Travel to perform work with PG&E analytics team. | $ 37.49 |
| Lucy Cai | 03/26/19 | Ground transportation returning from dinner to hotel via Lyft on 3/26/18 while traveling at client site. | $ 7.51 |
| Matthew Bowser | 03/26/19 | Overnight Parking fee incurred in San Francisco for 1 day (03/25/19 - 03/26/19) while working in San Francisco on PG&E engagement. | $ 71.82 |
| Lucy Cai | 03/27/19 | Ground transportation via Lyft on 3/27/19 to travel from hotel to dinner location while traveling at client site. | $ 9.79 |
| Lucy Cai | 03/27/19 | Ground transportation traveling from dinner via Lyft on 3/27/19 to travel to hotel while traveling at client site. | $ 10.50 |
| Matthew Bowser | 03/27/19 | Overnight Parking fee incurred in San Francisco for 1 day (03/26/19 - 03/27/19) while working in San Francisco on PG&E engagement. | $ 71.82 |
| Scott Stoddard | 03/27/19 | Ground transportation via Uber to travel from San Francisco, CA to San Ramon, CA. | $ 54.87 |
| Kyle McNamara | 03/28/19 | Mileage reimbursement for travel to home from Phoenix , AZ airport. (32 miles @ .58 = $18.56) | $ 18.56 |
| Kyle McNamara | 03/28/19 | Ground transportation via Uber from San Francisco, CA to SFO, CA Airport while working in town for PG&E engagement. | $ 31.09 |
| Kyle McNamara | 03/28/19 | Parking fee incurred at PHX (Phoenix, AZ) airport for 4 days (3/25/19 - 03/28/19) while working in San Francisco on PG&E engagement | $ 108.00 |
| Lucy Cai | 03/28/19 | Ground transportation via Lyft from San Francisco office to SFO airport to return from client site on 3/28/19. | $ 29.24 |
| Lucy Cai | 03/28/19 | Car rental tolls from 3/25/19 to 3/28/19 while traveling to and from client site and hotel. | $ 37.80 |
| Lucy Cai | 03/28/19 | Taxi traveling home from airport via Taxi on 3/28/19 while returning from client site. | $ 43.75 |
| Matthew Bowser | 03/28/19 | Parking fee incurred for 1 day (03/28/19) while working in San Francisco on PG&E engagement. | $ 24.00 |
| Matthew Bowser | 03/28/19 | Mileage reimbursement for roundtrip travel from home in Newport Beach, CA to Los Angeles, CA airport (82 miles @ .58 = $47.56). | $ 47.56 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matthew Bowser | 03/28/19 | Parking fee incurred at Los Angeles Airport (LAX) airport for 4 days (03/25/19 - 03/28/19) while working in San Francisco on PG&E engagement. | $ 160.00 |
| Matthew Bowser | 03/28/19 | Car Rental for 4 days from (3/25/19 - 3/28/19) to travel from airport to client site and hotels. | $ 181.14 |
| Nicole Redini | 03/28/19 | Ground transportation via taxi for travel home from airport - PG&E client travel related expenses. | $ 47.44 |
| Scott Stoddard | 03/28/19 | Ground transportation via Uber to travel from hotel in San Francisco to airport. | $ 28.67 |
| Scott Stoddard | 03/28/19 | Los Angeles Airport parking fee for 4 days (03/25/19 - 03/28/19) while traveling. | $ 157.00 |
| Nicole Redini | 03/28/19 | Ground transportation via Uber for travel from client site to airport | $ 67.40 |

| | |
|---|---:|
| **Total Ground Transportation** | **$ 2,374.04** |
| **Miscellaneous Subtotal** | **$ -** |
| **Total Out of Pocket Expenses** | **$ 15,631.45** |