C. Luckey McDowell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> **and** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY**, <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br><br> **NOTICE OF APPEARANCE AND CHANGE OF COUNSEL** |

TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. (collectively, the "PPA Counterparties"), have retained Shearman & Sterling LLP as their attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in place and instead of Baker Botts L.L.P.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002, 9007 and 9010, 11 U.S.C. §§ 342, and N.D. Cal. L.R. 5-1(c)(2)(A) and (C) (as made applicable by B.L.R. 1001-2(a)), counsel respectfully requests to be added to the master matrix in these cases and that copies of all notices and pleadings in the Chapter 11 Cases, including in adversary proceedings, be given and served upon Shearman & Sterling LLP at the following addresses:

| C. Luckey McDowell (*admitted pro hac vice*) | Daniel Laguardia (CA Bar No. 314654) |
|---|---|
| SHEARMAN & STERLING LLP | SHEARMAN & STERLING LLP |
| 1100 Louisiana | 535 Mission Street |
| Suite 3300 | 25th Floor |
| Houston, Texas 77002 | San Francisco, CA 94105 |
| Tel: (713) 354-4875 | Tel: (415) 616-1114 |
| Facsimile: (713) 354-4999 | Facsmile: (415) 616-1199 |
| Email: Luckey.McDowell@Shearman.com | Email: Daniel.Laguardia@Shearman.com |

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of any of the PPA Counterparties to: (1) have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal;

(4) object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) assert any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which the PPA Counterparties may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 17, 2019                                  Respectfully submitted,

*/s/ C. Luckey McDowell*

C. Luckey McDowell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.*