SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: shm@ml-sf.com

Proposed Attorney for Fee Examiner

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>         - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF BRUCE A. MARKELL IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SCOTT H. MCNUTT AS COUNSEL TO FEE EXAMINER**<br><br>Judge:   Hon. Dennis Montali |

I, Bruce A. Markell, hereby declare as follows:

1. By order entered May 29, 2019 [Docket No. 2267] (the "Fee Examiner Order"), this court appointed me as the Fee Examiner in these jointly administered cases. In such capacity, and except as otherwise indicated herein I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

2. The Fee Examiner Order authorizes me to retain counsel to aid in the performance and discharge of my duties. Paragraph 12 of the Fee Examiner Order states that: "The Fee

Examiner may retain attorneys and other professionals, assistants, or consultants to the extent he deems it necessary to discharge his duties. The Fee Examiner's retention of professionals shall be subject to Court approval under standards equivalent to 11 U.S.C. § 327."

Fee Examiner Order, ¶ 12.

3. I have decided that I need local counsel to fully discharge my obligations under the Fee Examiner Order. To assist me, I have chosen Scott H. McNutt.

4. I have read Mr. McNutt's APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SCOTT H. MCNUTT AS COUNSEL TO FEE EXAMINER ("Application"), and his declaration in support thereof.

5. I have known Mr. McNutt for more than 30 years. I know his strengths; he knows my weaknesses. I fully support his Application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 17th day of June, 2019, at Chicago, Illinois.

                                        /s/ Bruce A. Markell
                                        Bruce A. Markell