
FILED
JUN 17 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., et al. | Case No. 19-30088 |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**DIAMETER MASTER FUND LP**
Name of Transferee
Phone: (212) 655-1400
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Diameter Capital Partners LP
24 W 40th Street, 5th Fl.
New York, NY 10018
Attn: Christopher Kenny
Phone: (212) 655-1411
Email: CKenny@Diametercap.com

With copies to:

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: David J. Karp
E-mail: David.Karp@srz.com

**COWEN SPECIAL INVESTMENTS LLC**
Name of Transferor
Phone: (661) 869-0184
Last Four Digits of Acct #: N/A

**Claim No: 2767**

Case No.: Pacific Gas and Electric Company (19-30089)

**Date Filed: 4/24/2019**

Total Amount of Claim: $1,472,745.51
**Transferred Amount of Claim: $1,472,745.51**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____6/14/19_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Cowen Special Investments LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Diameter Master Fund LP ("Assignee") 100% (or **$1,472,745.51**) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Pacific Gas and Electric Company (the "Debtor"), the debtor in Case No. 19-30088 ("Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No.3244 and No. 2767) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of June 2019.

**COWEN SPECIAL INVESTMENTS LLC**

By: _____
Name: John McDermott
Title: Authorized Signatory

**DIAMETER MASTER FUND LP**
BY: DIAMETER CAPITAL PARTNERS LP, ITS INVESTMENT MANAGER

By: _____
Name: SHAILINI RAO
Title: GC/CCO

DOC ID - 32103752.4

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065615 - JB

June 17, 2019
13:47:33

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $25.00 CH
Check#.: 115544138


Total->  $25.00


FROM: SCHULTE ROTH & ZABEL LLP
```

Case: 19-30088    Doc# 2563    Filed: 06/17/19    Entered: 06/17/19 15:00:19    Page 3 of 3