# UNITED STATES BANKRUPTCY COURT
Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **VonWin Capital Management, L.P.** | **Water Tectonics Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

261 Fifth Avenue, 22nd Floor
New York, NY 10016

Phone: **(212) 889-1601**
Last Four Digits of Acct #: N/A

Scheduled Claim #: **1033132**
Scheduled Amount: **$38,076.00**
Proof of Claim #: N/A
POC Amount: N/A
Debtor: **Pacific Gas and Electric Company**

Phone: **(425) 349-4200**
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 6/17/19
    Transferee/Transferee's Agent