SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Christopher J. Harney (SBN 322306)
charney@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for*
*Turner Construction Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

  - and -

PACIFIC GAS AND ELECTRIC COMPANY,

  Debtors.

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)

(Jointly Administered)

**TURNER CONSTRUCTION COMPANY'S NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)**

| | |
|---|---|
| 1 | Pursuant to 11 U.S.C. §§ 362(b)(3) and 546(b), Turner Construction Company ("Turner") hereby gives notice of its perfection of, maintenance and continuation of perfection of, and intention to enforce to the fullest extent permitted by applicable law, *see, e.g.*, California Civil Code § 8400 *et seq.*, Turner's duly recorded mechanic's lien for labor, equipment, material, and services provided by Turner to Pacific Gas and Electric Company, as more fully described in the attached **Exhibit A**. *See Village Nurseries v. Gould (In re Baldwin Builders)*, 232 B.R. 406 (B.A.P. 9th Cir. 1999); *Village Nurseries v. Greenbaum*, 101 Cal. App. 4th 26 (2002). This notice is in addition to, and not in lieu of, Turner's right and intention to enforce its lien to the fullest extent permitted by law. Turner reserves all rights. |

DATED: June 18, 2019                    SEYFARTH SHAW LLP

                                        By:  /s/ M. Ryan Pinkston
                                             M. Ryan Pinkston
                                             Christopher J. Harney

                                        ***Attorneys for Turner Construction Company***

56430669v.1

# EXHIBIT A

RECORDING REQUESTED BY
Randall C. Creech, Esq.
WHEN RECORDED MAIL TO

Randall C. Creech, Esq.
O'HARA CREECH LLP
255 W. Julian Street, Ste. 402
San Jose, CA 95110



Recorded In Official Records of Solano County
**Marc C. Tonnesen**
Assessor/Recorder
OHARA CREECH LLP
Doc # **201900032992**

5/29/2019
3:17:39 PM
AR51
6J

| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| Fees | | | $26.00 |
| Taxes | | | $0.00 |
| SB2 Fee | | | $75.00 |
| Other | | | $0.00 |
| Paid | | | $101.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## Amended Mechanics' Lien
### (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

This document serves to amend the Mechanics' Lien previously recorded on 3/22/2019 in Official Records of Solano County, filed as document number 201900016347.

NOTICE IS HEREBY GIVEN: That __Turner Construction Company__ as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of __Solano__ State of California, said land described as follows:

STREET ADDRESS: 4940 Allison Parkway, Vacaville, CA 95688
LEGAL DESCRIPTION: APN: 0133-330-300

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) __Building 1: Grid Support Center Expansion__

Amount due after deducting all just credits and offsets...$ __693,614.50__

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: __Pacific Gas and Electric Company__

That __Pacific Gas and Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105__

is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: 5/23/19    Name of Claimant: Turner Construction Company
                                    *(Firm Name)*
                  By: _[signature]_
                      *(Signature)*
                      Vice President, General Manager
                      *(Authorized Capacity)*

**VERIFICATION**

I, the undersigned, certify that I am the __authorized agent__ of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on 5/23/19, in the City of Sacramento, State of CA.

_[signature]_, Its Agent

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416(a)(7) and (c)

### AFFIDAVIT FOR SERVICE ON THE OWNER
California Civil Code Section 8416 (a)(7) and (c)(1)

I, Lorie Salaices (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: Pacific Gas and Electric Company

Service Address: 77 Beale Street, 32nd Floor, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

Executed on 5-28-19, at San Jose, CA.

By: Lorie Salaices

END OF DOCUMENT

RECORDING REQUESTED BY
Randall C. Creech, Esq.
　　　WHEN RECORDED MAIL TO

Randall C. Creech, Esq.
Creech, Liebow & Roth
255 West Julian Street, Suite 402
San Jose, CA 95110

Recorded In Official Records of Solano County
**Marc C. Tonnesen**
Assessor/Recorder
ATTORNEY SHOWN
Doc # **201900016347**



3/22/2019
12:16:59 PM
AR16
63

| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| Fees | | | $34.00 |
| Taxes | | | $0.00 |
| Other | | | $75.00 |
| Paid | | | $109.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## Mechanics' Lien
### (Claim of Lien)

Lien Notice Mailed
Per Govt. Cd. 27297.5

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That **Turner Construction Company** as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of **Solano** State of California, said land described as follows:

STREET ADDRESS: 4940 Allison Parkway, Vacaville, CA 95688
LEGAL DESCRIPTION: APN: 0133-330-300

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) **Building 1: Grid Support Center Expansion**

Amount due after deducting all just credits and offsets...$ **1,966,395.35**

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: **Pacific Gas and Electric Company**

That **Pacific Gas and Electric Company, 77 Beale St., 32nd Fl., San Francisco, CA 94105**

is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: **3/19/19**　　Name of Claimant: Turner Construction Company
　　　　　　　　　　　　　　　　　　　　　　　　　(Firm Name)
　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　(Signature)
　　　　　　　　　　　　　Vice President, General Manager
　　　　　　　　　　　　　　　　(Authorized Capacity)

**VERIFICATION**

I, the undersigned, certify that I am the **authorized agent** of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on **3/22/19**, in the City of **San Jose**, State of **California**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　, Its Agent

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

**AFFIDAVIT FOR SERVICE ON THE OWNER**
California Civil Code Section 8416 (a)(7) and (c)(1)

I, __Lorie Salaices__ (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: __Pacific Gas and Electric Company__
Service Address: __77 Beale Street, 32nd Floor, San Francisco, CA 94105__
Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.
Executed on __3-22-19__, at __SAN JOSE__, __CA__.

By: __Lorie Salaices__


END OF DOCUMENT