Kevin J. Lamb, SBN 125710
E-Mail: klamb@lkfirm.com
Michael K. Slattery, SBN 107303
E-Mail: mslattery@lkfirm.com
Thomas G. Kelch, SBN 100709
E-Mail: tkelch@lkfirm.com
LAMB & KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for AD HOC CALIFORNIA
PUBLIC ENTITIES COMMITTEE

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors,<br><hr>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**VERIFIED STATEMENT OF THE AD HOC CALIFORNIA PUBLIC ENTITIES COMMITTEE PURSUANT TO BANKRUPTCY RULE 2019** |

269763.1

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the Ad Hoc California Public Entities Committee (the "Ad Hoc Committee"), composed of the California counties listed in Exhibit 1, and having claims as public entities against PG&E Corporation and Pacific Gas and Electric Company (the "Debtors") more fully described in Exhibit 1, by and through its undersigned counsel, hereby submits this verified statement ("Verified Statement"), and in support thereof, states as follows:

1. In January, 2019, the California County Counsel Association, which monitors developments in the law and new cases which affect the interests of California counties, formed the Ad Hoc Committee. On March 22, 2019, the Ad Hoc Committee engaged Lamb & Kawakami LLP ("L&K") to represent it in connection with these chapter 11 cases. Individual members of the Ad Hoc Committee joined the committee and engaged L&K on various dates due, in part, to the fact that public entities require approval of boards or other governmental bodies to retain counsel.

2. As of the date of this Verified Statement, L&K represents only the Ad Hoc Committee and certain individual members of the committee. L&K does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases and does not undertake to represent the interest of, and are not fiduciaries to any other entities. Each member of the Ad Hoc Committee is aware of and has consented to the L&K group representation. Members of the AD Hoc Committee do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases, but are public entities that provide services to the public within their jurisdictions.

3. The members of the Ad Hoc Committee have claims of various types arising from their relationship with the Debtors as public entities. Pursuant to Bankruptcy Rule 2019, a list of names, addresses and the disclosable economic

interests in relation to the Debtors as of June 11, 2019, is attached as Exhibit 1. The Ad Hoc Committee members hold numerous and varied types of economic interests in relation to the Debtors including claims of the kinds more fully described in Exhibit 1.

4.     The information set forth in Exhibit 1, which has been reviewed and approved by the Ad Hoc Committee, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. L&K does not make any representation regarding the validity, amount, allowance, or priority of such economic interests and reserves all rights with respect thereto.

5.     There is no written instrument which authorizes the Ad Hoc Committee to act.  The Ad Hoc Committee has acted and will continue to act with the consent of its members.

6.     Nothing contained in the Verified Statement or Exhibit 1 should be construed as a limitation on, or waiver of, any rights of any member of the Ad Hoc Committee to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.

7.     The Ad Hoc Committee does not, by filing this Verified Statement nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Verified Statement constitute a waiver of any of its rights: (i) to have final orders in core and non-core matters entered only after de novo review by a District Judge; (ii) to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (v) to any objection to the jurisdiction of the Bankruptcy Court; or (vi) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which the County is or may be entitled, in law or in equity, all of

which rights, claims, actions, defenses, setoffs and recoupments the County expressly reserves.

8.     L&K reserves the right to amend and/or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

DATED:  June 18, 2019                    Respectfully submitted,

LAMB & KAWAKAMI LLP
MICHAEL K. SLATTERY
THOMAS G. KELCH

By:     /s/ *Michael K. Slattery*
                Michael K. Slattery
                Attorneys for the Ad Hoc California
                Public Entities Committee

269763.1

VERIFICATION

I, Rita L. Neal, declare:

1. I am the San Luis Obispo County Counsel and the Chair of the Ad Hoc California Public Entities Committee for the PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY bankruptcy cases;

2. I have read the foregoing Verified Statement of the Ad Hoc California Public Entities Committee Pursuant to Bankruptcy Rule 2019 and know the contents of the Statement;

3. The contents of the Statement are true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe them to be true.

Executed on June 17 2019, at San Luis Obispo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Rita L. Neal
Chair of the Ad Hoc California
Public Entities Committee

# Exhibit 1

Names and Addresses of Committee Members

| Member Name | Address | Disclosable Economic Interest |
|---|---|---|
| County of San Luis Obispo | 1055 Monterey Street Ste. D320 San Luis Obispo, CA 93408 | General Claims[i] |
| County of Sonoma | 575 Administration Drive Room 105-A Santa Rosa, CA 95403 | General Claims Wildfire Claims[ii] |
| County of Marin | 3501 Civic Center Drive Ste. 275 San Rafael, CA 94903 | General Claims |
| County of Calaveras | 891 Mountain Ranch Road San Andreas, CA 95249 | General Claims |
| County of Monterey | 168 West Alisal Street, 3rd fl. Salinas, CA 93901 | General Claims |
| County of San Benito | Office of the County Counsel, 481 4th St. Fl. 2 Hollister, CA 95023-3840 | General Claims |
| County of San Joaquin | 44 North San Joaquin Street Sixth Floor, Suite 679 Stockton, CA 95202 | General Claims |
| County of Tulare | 2900 W. Burrel Avenue Visalia, CA 93291 | General Claims |
| County of Fresno | 2220 Tulare St, Fifth Floor Fresno, CA 93721 | General Claims |
| County of Mariposa | 5100 Bullion Street, 2nd fl. Mariposa, CA 95338 | General Claims |
| County of Tuolumne | 2 S. Green Street Sonora, CA 95370 | General Claims |

269763.1

| Member Name | Address | Disclosable Economic Interest |
|---|---|---|
| County of Yolo | 625 Court St., Ste. 201 Woodland, CA 95695 | General Claims |
| County of Alameda | 1221 Oak Street, Suite 450 Oakland, CA 94612 | General Claims |
| County of Madera | 200 West 4th St Madera, CA 93637 | General Claims |
| County of El Dorado | 330 Fair Lane Placerville, CA 95667 | General Claims |
| County of Stanislaus | 1010 10th St., #6400 Modesto, CA 95354 | General Claims |

---

[i] The economic interests of members of the Committee include several types of existing and potential claims against PG&E described below. These claims vary from member to member of the Committee. The members will to the extent possible calculate the amounts of these claims in Proof of Claim forms filed by the claims bar date. The types of claims the members generally hold or may hold include (these claims are referred to as "General Claims"):

    a. Claims for real property taxes, franchise fees, and utility users' taxes collected by PG&E;
    b. Claims for damage to public property from PG&E's operations;
    c. Claims for failure to restore public property after excavation of public property to service PG&E's underground facilities;
    d. Claims for performance of obligations to move utility lines underground pursuant to Public Utilities Commission Rule 20 A;
    e. Claims arising from breach of contract between PG&E and a particular member;
    f. Claims for failure to perform obligations under state or federal law, including obligations to make monetary payments;
    g. Breach of obligations to provide electric power and natural gas to public facilities operated by the members;
    h. Claims for indemnity for any obligations paid by members as a result of any failure of performance, default or other harm caused by PG&E.

With respect to members where wildfires occurred, members hold or may hold claims additional to General Claims including claims of the following kinds (these claims are referred to as "Wildfire Claims"):

    a. Damage to public services and infrastructure including public buildings, revenue generating public assets and services, roads, bridges, sidewalks, culverts, drains, storm and water systems (both damage to and contamination of such systems), traffic lights, stop signs, public landscaping, art, lost capacities in reservoirs, water storage and landfills;
    b. Increased costs from workers' compensation claims and overtime, and from increased use and need for law enforcement, emergency response personnel, and other public safety services;
    c. Claims for indemnity for any payments made by members as a result of damage caused by wild fires.

[ii] See definition in Endnote i above.

269763.1