Kevin J. Lamb, SBN 125710
E-Mail: klamb@lkfirm.com
Michael K. Slattery, SBN 107303
E-Mail: mslattery@lkfirm.com
Thomas G. Kelch, SBN 100709
E-Mail: tkelch@lkfirm.com
LAMB & KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for AD HOC CALIFORNIA
PUBLIC ENTITIES COMMITTEE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>─────────────────────────<br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**CERTIFICATE OF SERVICE** |

269787.1

I, Jean Lee, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Suite 4200, Los Angeles, California 90071.

2. On June 18, 2019, I served the foregoing documents described as:

- *Verified Statement of the Ad Hoc California Public Entities Committee Pursuant to Bankruptcy Rule 2019*

☒ by placing ☐the original ☒a true and correct copy thereof, by the following means to the persons as listed below:

☒ <u>ECF SYSTEM</u>. On June 18, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons listed in <u>Exhibit A</u> are on the Electronic Mail Notice List to receive ECF transmission at the email addresses indicated.

☒ U.S. First Class Mail, postage fully prepaid on the parties in the Manual Notice List on <u>Exhibit B</u>.

Executed this 18th day of June, 2019 in Los Angeles, California.

*/s/ Jean Lee*
Jean Lee

269787.1

# Exhibit A

## Electronic Mail Notice List

- **Elliot Adler**   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**   annadel.almendras@doj.ca.gov
- **Monique D. Almy**   malmy@crowell.com
- **Dana M. Andreoli**   dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**   rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard**   lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer**   hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**   Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**   keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**   rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**   jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**   jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**   pbenvenutti@kellerbenvenutti.com
- **Robert Berens**   rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**   heinz@bindermalter.com
- **Frank Bloksberg**   frank@bloksberglaw.com, frank@joinaikido.com
- **Neil Jon Bloomfield**   njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**   jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Peter R. Boutin**   peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**   enbrady@jonesday.com
- **Ronald K. Brown**   rkbgwhw@aol.com, lesleysich1@aol.com
- **W. Steven Bryant**   , molly.batiste-debose@lockelord.com
- **Peter C. Califano**   pcalifano@cwclaw.com
- **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**   aclough@loeb.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, tsouthwell@akingump.com
- **John Cumming**   jcumming@dir.ca.gov
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   , rkelley@pierceatwood.com

- **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Jonathan S. Dabbieri**    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**    jdoran@hinckleyallen.com
- **Jamie P. Dreher**    jdreher@downeybrand.com
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Sally J. Elkington**    sally@elkshep.com, ecf@elkshep.com
- **David Emerzian**    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**    metkin@lowenstein.com
- **Jacob M. Faircloth**    jacob.faircloth@smolsonlaw.com
- **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net
- **Matthew A. Feldman**    mfeldman@willkie.com
- **Mark E. Felger**    mfelger@cozen.com
- **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Daniel I. Forman**    dforman@willkie.com
- **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**    , john.murphy@troutman.com
- **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**    cfrederick@prklaw.com

Case: 19-30088    Doc# 2578-1    Filed: 06/18/19    Entered: 06/18/19 13:57:00    Page 4 of 30

- **Peter Friedman**    pfriedman@omm.com
- **Roger F. Friedman**    rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**    gregg.galardi@ropesgray.com
- **Richard L. Gallagher**    richard.gallagher@ropesgray.com
- **Oscar Garza**    ogarza@gibsondunn.com
- **Paul R. Gaus**    paul.gaus@mccormickbarstow.com
- **Duane M. Geck**    dmg@severson.com
- **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**    jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**    bglaser@swesq.com
- **Paul R. Glassman**    glassmanp@gtlaw.com
- **Gabriel I. Glazer**    gglazer@pszjlaw.com
- **Gabrielle Glemann**    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Matthew A. Gold**    courts@argopartners.net
- **Eric D. Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**    goldman@lbbslaw.com
- **Eric S. Goldstein**    egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**    mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**    egoodman@bakerlaw.com
- **Mark A. Gorton**    mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**    cameron.m.gulden@usdoj.gov
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Terry L. Higham**    t.higham@bkolaw.com, achavez@bkolaw.com

- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**    hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**    shane.huang@usdoj.gov
- **Brian D. Huben**    hubenb@ballardspahr.com
- **Jonathan Hughes**    , jane.rustice@aporter.com
- **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**    mvi@sbj-law.com
- **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**    , Andrea.Bates@skadden.com
- **Ivan C. Jen**    ivan@icjenlaw.com
- **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**    jjohnston@jonesday.com
- **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**    rjulian@bakerlaw.com
- **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**    rbk@jmbm.com
- **Eve H. Karasik**    ehk@lnbyb.com
- **William M. Kaufman**    wkaufman@smwb.com
- **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**    skidder@ktbslaw.com
- **Marc Kieselstein**    , carrie.oppenheim@kirkland.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Thomas F. Koegel**    tkoegel@crowell.com
- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**    , akornberg@paulweiss.com
- **Bernard Kornberg**    bjk@severson.com
- **David I. Kornbluh**    dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**    lkramer@rjo.com, mriney@rjo.com
- **Jeffrey C. Krause**    jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller**    tkreller@milbank.com, dmuhrez@milbank.com
- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Boris Kukso**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Case: 19-30088    Doc# 2578-1    Filed: 06/18/19    Entered: 06/18/19 13:57:00    Page 6 of 30

- **Richard A. Lapping**    rich@trodellalapping.com
- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Marc A. Levinson**    Malevinson@orrick.com, BOrozco@orrick.com
- **Dara Levinson Silveira**    dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa**    , jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**    michael@bindermalter.com
- **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**    gemarr59@hotmail.com
- **David P. Matthews**    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**    patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**    bmccallen@willkie.com
- **Thomas E. McCurnin**    tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**    , john.murphy@troutman.com
- **C. Luckey McDowell**    luckey.mcdowell@bakerbotts.com
- **Scott H. McNutt**    SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**    peter@pmrklaw.com
- **Frank A. Merola**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Joshua M. Mester**    jmester@jonesday.com
- **Matthew D. Metzger**    belvederelegalecf@gmail.com
- **Randy Michelson**    randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**    jminias@willkie.com

- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**   ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**   kmontee@monteeassociates.com
- **David W. Moon**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Erika L. Morabito**   emorabito@foley.com, hsiagiandraughn@foley.com
- **Courtney L. Morgan**   morgan.courtney@pbgc.gov
- **Joshua D. Morse**   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**   tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**   myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**   anahmias@mbnlawyers.com
- **David L. Neale**   dln@lnbrb.com
- **David L. Neale**   dln@lnbyb.com
- **David Neier**   dneier@winston.com
- **Brittany J. Nelson**   bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins**   hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**   mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Gregory C. Nuti**   gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**   joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**   matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**   smo@smolsonlaw.com
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla**   Margarita.Padilla@doj.ca.gov
- **Amy S. Park**   amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   , candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**   , mlaskowski@stroock.com
- **Jennifer Pastarnack**   jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- **Charles Scott Penner**   penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Danielle A. Pham**   danielle.pham@usdoj.gov
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, staff@epinolaw.com

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 8 of 30

- **Gregory Plaskett**    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**    mplevin@crowell.com
- **Mark D. Poniatowski**    ponlaw@ponlaw.com
- **William L. Porter**    bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**    cprince@lesnickprince.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Amy C. Quartarolo**    amy.quartarolo@lw.com
- **Lary Alan Rappaport**    lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**    smeyer@farmerandready.com
- **Caroline A. Reckler**    caroline.reckler@lw.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**    jreisner@irell.com
- **Jack A. Reitman**    , srichmond@lgbfirm.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**    julie@bindermalter.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Allan Robert Rosin**    arrosin@alr-law.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kellerbenvenutti.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- **Jonathan C. Sanders**    jsanders@stblaw.com, lsoboleva@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com, vickie.leyson@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@elkshep.com, ecf@elkshep.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com

Case: 19-30088    Doc# 2578-1    Filed: 06/18/19    Entered: 06/18/19 13:57:00    Page 9 of 30

- **Michael K. Slattery**     mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**     jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**     asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**     rsoref@polsinelli.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **Howard J. Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**     clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**     dstern@ktbslaw.com
- **Rebecca Suarez**     rsuarez@crowell.com
- **Brad T. Summers**     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**     ktakvoryan@ckrlaw.com
- **Kesha Tanabe**     kesha@tanabelaw.com
- **Elizabeth Lee Thompson**     ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom**     Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**     etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**     matthew.troy@usdoj.gov
- **Andrew Van Ornum**     avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**     shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**     vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**     marta.villacorta@usdoj.gov
- **John A. Vos**     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**     ecf@W2LG.com
- **Phillip K. Wang**     phillip.wang@rimonlaw.com
- **Philip S. Warden**     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**     lweber@polsinelli.com, yderac@polsinelli.com
- **Genevieve G. Weiner**     gweiner@gibsondunn.com
- **Joseph M. Welch**     jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Drew M. Widders**     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**     david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**     dwolfe@asmcapital.com
- **Catherine E. Woltering**     cwoltering@bakerlaw.com

Case: 19-30088    Doc# 2578-1    Filed: 06/18/19    Entered: 06/18/19 13:57:00    Page 10 of 30

- **Andrea Wong**    wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
- **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Tacie H. Yoon**    tyoon@crowell.com
- **Bennett G. Young**    byoung@jmbm.com, jb8@jmbm.com
- **Brittany Zummer**    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**    deg@coreylaw.com, lf@coreylaw.com

# Exhibit B

## Manual Notice List

| | |
|---|---|
| **William L. Adams**<br>Merrill, Arnone & Jones, LLP<br>3554 Round Barn Blvd., #303<br>Santa Rosa, CA 95403 | **E. Elliot Adler**<br>Adler Law Group, APLC<br>402 W. Broadway, #860<br>San Diego, CA 92101 |
| **Max Africk**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Arocles Aguilar**<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 |
| **Robert Albery**<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St.<br>Englewood, CO 80112 | **Mary E. Alexander**<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104 |
| **Yelena Archiyan**<br>Akerman LLP<br>2001 Ross Ave., #3600<br>Dallas, TX 75201 | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl<br>Los Angeles, CA 90067 |
| **Khaldoun A. Baghdadi**<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | **Mark I. Bane**<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| **Michael J. Barrie**<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 | **Bryan E. Bates**<br>Dentons US LLP<br>303 Peachtree St., NE, #5300<br>Atlanta, GA 30308 |
| **Xavier Becerra**<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | **Carolynn K. Beck**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., 4400<br>Los Angeles, CA 90071 |
| **Andrew S. Behlmann**<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | **Christopher R. Belmonte**<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |

| | |
|---|---|
| **Steven M. Berki**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | **Joshua B. Bevitz**<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 |
| **Martin J. Bienenstock**<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | **Philip Blanchard**<br>Rutan & Tucker, LLP<br>611 Anton Blvd., #1400<br>Costa Mesa, CA 92626-1931 |
| **Todd Blischke**<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 | **Abigail D. Blodgett**<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| **Pamela A. Bosswick**<br>Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | **Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **David H. Botter**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | **Francis A. Bottini**<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Ave. #102<br>La Jolla, CA 92037 |
| **Bradford Capital Management, LLC**<br>1051 Bloomfield Avenue, Suite 10<br>Clifton, NJ 07012 | **Thomas J. Brandi**<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 |
| **Gregory A. Bray**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | **Alan R. Brayton**<br>Law Offices of Brayton and Purcell<br>222 Rush Landing Rd.<br>Novato, CA 94945 |
| **Allan S. Brilliant**<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | **Matthew C. Brown**<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 |

2

| | |
|---|---|
| **Beth M. Brownstein**<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | **Bob B. Bruner**<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010 |
| **Robert Bryson**<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | **Frank Busch**<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 |
| **Michael G. Busenkell**<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **CHYF, Ltd**<br>427 Bedford Rd<br>#230<br>Pleasantville, NY 10570 |
| **William C. Callaham**<br>Wilcoxen Callaham, LLP<br>2114 K St.<br>Sacramento, CA 95816 | **Timothy G. Cameron**<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 |
| **Kevin M. Capuzzi**<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 | **James Carr**<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| **Centerview Partners LLC**<br>31 W. 52nd Street<br>22nd Floor<br>New York, NY 10019 | **Patricia I. Chen**<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| **Cherokee Debt Acquisition, LLC**<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Fl.<br>New York, NY 10019 | **Donald Chewning**<br>463 Wooster Ave Apt D12<br>San Jose, CA 95116 |
| **Louis S. Chiappetta**<br>Skadden, Arps, Slate, Meagher & Flom<br>LLP<br>155 N. Wacker Dr.<br>Chicago, IL 60606-1720 | **Kevin Chiu**<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 14
of 30

| | |
|---|---|
| **Steve Christopher**<br>P.O. Box 281<br>Altaville, CA 95221 | **Patricia A. Cirucci**<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 |
| **Owen Clements**<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 | **Alicia Clough**<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 |
| **Cohanzick Management LLC**<br>427 Bedford Rd<br>#230<br>Pleasantville, NY 10570 | **Janine Cohen**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 |
| **Marc Cohen**<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 | **Kevin M. Coles**<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201 |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | **Alison E. Cordova**<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| **Corre Horizon Fund, LP**<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | **Corre Opportunities II Master Fund, LP**<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 |
| **Corre Opportunities Qualified Master Fund, LP**<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | **Joseph Corrigan**<br>One Federal Street<br>Boston, MA 02110 |
| **Cowen Special Investments LLC**<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | **Leo T. Crowley**<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036 |
| **Ivo G. Daniele**<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596 | **Michael S. Danko**<br>O'Reilly, Collins and Danko<br>2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 |

4

| | |
|---|---|
| **Development Specialists, Inc.**<br>333 South Grand Ave., Ste. 4100<br>Los Angeles, CA 90071 | **Navi Dhillon**<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 |
| **Ira S. Dizengoff**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | **Neal P. Donnelly**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| **William J. Dorsey**<br>Katten Muchin Rosenman LLP<br>525 West Monroe St.<br>Chicago, IL 60661-3693 | **Jeffrey A. Dubbin**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 |
| **Thomas A. Dubbs**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | **James M. Eaneman**<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 |
| **Daniel G. Egan**<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | **Epiq Corporate Restructuring, LLC**<br>Attn: PG&E UCC and PG&E TCC<br>777 Third Ave., 12th Floor<br>New York, NY 10017 |
| **Sander L. Esserman**<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | **Fair Harbor Capital, LLC**<br>PO Box 237037<br>New York, NY 10023 |
| **Darwin E. Farrar**<br>The Public Advocates Office<br>455 Van Ness Ave.<br>San Francisco, CA 94102 | **Benjamin D. Feder**<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| **Debra Felder**<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 | **Steven H. Felderstein**<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| **Jamie J. Fell**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 | **Maximilian A. Ferullo**<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 |

5

| | |
|---|---|
| **Michael A. Firestein**<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 | **John Fiske**<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 |
| **Jeffrey S. Flashman**<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 | **Theresa A. Foudy**<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022-2585 |
| **Leslie A. Freiman, Esq.**<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | **Jared R. Friedmann**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| **Steven Fruchter**<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | **Craig Solomon Ganz**<br>Ballard Spahr LLP<br>1 East Washington St., #2300<br>Phoenix, AZ 85004-2555 |
| **Matthew G. Garofalo**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **Andriana Georgallas**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Eric Gibbs**<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | **Erez E. Gilad**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| **Amanda C. Glaubach**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 | **Leah S. Goldberg**<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 |
| **Leonard P. Goldberger**<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, #200<br>King of Prussia, PA 19406 | **Richard A. Golden**<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 |
| **Stephanie L. Golden**<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 | **Nicholas Goldin**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |

6

| | |
|---|---|
| **Stuart J. Goldring**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | **Douglas R. Gooding**<br>Choate, Hall and Stewart LLP<br>Two International Pl.<br>Boston, MA 02110 |
| **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Debra L. Grassgreen**<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 |
| **Timothy Graulich**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **William R. Greendyke**<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 |
| **Mark S. Grotefeld**<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | **James W. Grudus**<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 |
| **Mirco J. Haag**<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 | **Hain Capital Group, LLC**<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |
| **Christopher J. Harney**<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | **Christopher Harris**<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| **Theodore J. Hartl**<br>Ballard Spahr LLP<br>1225 17th St., #2300<br>Denver, CO 80202 | **David A. Herman**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **Brian S. Hermann**<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **Christopher D. Higashi**<br>Barton, Klugman & Oetting LLP<br>350 S Grand Ave., #2200<br>Los Angeles, CA 90071-3485 |
| **High Five Capital LLC**<br>15 E 67th Street, 6th Floor<br>New York, NY 10065 | **Matthew L. Hinker**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 18 of 30

| | |
|---|---|
| **George Hofmann**<br>Cohne Kinghorn, P.C.<br>111 East Broadway 11th Fl.<br>Salt Lake City, UT 84111 | **Wendy Hopkins**<br>2733 16th st.<br>Sacramento, CA 95818 |
| **Monique B. Howery**<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 | **Dylan Hughes**<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| **International Business Machines Corp**<br>Attn: Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, QC H2X 3R7<br>Canada | **Peter A. Ivanick**<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 |
| **Alan J. Jang**<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 | **Jenner & Block LLP**<br>353 North Clark St.<br>Chicago, IL 60654 |
| **Scott E. Jenny**<br>Jenny & Jenny, LLP<br>736 Ferry St.<br>Martinez, CA 94553 | **Shelby A. Jordan**<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| **Andrew Paul Kangas**<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 | **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Thomas G. Kelch**<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 | **Michael A. Kelly**<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| **Mimi Kennedy**<br>6535 Langdon Ave.<br>Van Nuys, CA 91406 | **Kenneth N. Klee**<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 |

| | |
|---|---|
| **Marilyn S. Klinger**<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 | **Bernard J Kornberg**<br>Law Offices of Severson and Werson<br>1 Embarcadero Center #2600<br>San Francisco, CA 94111 |
| **Kevin Kramer**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Robert J. Labate**<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 |
| **Kathy Labriola**<br>1307 University Ave.<br>Berkeley, CA 94702 | **Kevin J. Lamb**<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 |
| **Donald A. Larkin**<br>City of Morgan Hill<br>17575 Peak Ave.<br>Morgan Hill, CA 96037-4128 | **Thomas E. Lauria**<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 |
| **Lazard Freres & Co.**<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 48th Fl.<br>New York, NY 10020 | **Howard M. Levine**<br>Law Offices of Sussman and Shank<br>1000 SW Broadway #1400<br>Portland, OR 97205 |
| **Kim Martin Lewis**<br>Law Offices of Dinsmore and Shohl<br>1900 Chemed Center<br>255 E 5th St.<br>Cincinnati, OH 45202 | **Lincoln Partners Advisors LLC**<br>500 West Madison St., Ste. 3900<br>Chicago, IL |
| **Jessica Liou**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Brian Lohan**<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| **Melissa Davis Lowe**<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Dr., #600<br>Irvine, CA 92618 | **Jeffrey H. Lowenthal**<br>Steyer, Lowenthal, Boodrookas et al<br>235 Pine St., 15th Fl.<br>San Francisco, CA 94104 |

| | |
|---|---|
| **Lauren Macksoud**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | **Mammoth One LLC**<br>4 Embarcadero Center<br>17 Floor<br>Attn: Michael Lauter, Esq,<br>San Francisco, CA 94111 |
| **Mammoth Three, LLC**<br>4 Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111 | **Sumble Manzoor**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| **Jonathan D. Marshall**<br>Choate, Hall & Stewart LLP<br>Two International Pl.<br>Boston, MA 02110 | **Colleen Mast**<br>P.O. Box 12734<br>Oakland, CA 94604 |
| **Eric May**<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 | **John McCusker**<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| **Matthew L. McGinnis**<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | **Lorraine McGowen**<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| **Joseph G. McGuinness**<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 | **Mark McKane**<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
| **Kathrine A. McLendon**<br>Simpson, Thacher and Bartlett<br>425 Lexington Ave.<br>New York, NY 10017 | **Kristine K. Meredith**<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| **James Mesterharm**<br>Alix Partners<br>909 3rd Ave., 30th Fl.<br>New York, NY 10022 | **Shawn R. Miller**<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 21
of 30

| | |
|---|---|
| **Sherry J. Millman**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **John W. Mills**<br>Taylor English Duma LLP<br>1600 Parkwood Circle, #200<br>Atlanta, GA 30339 |
| **Karen Norene Mills**<br>California Farm Bureau Federation<br>2300 River Plaza Dr.<br>Sacramento, CA 95833 | **Mark A. Minich**<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 |
| **Douglas Mintz**<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005-1706 | **Mission Constructors**<br>2235 Palou Ave.<br>San Francisco, CA 94124 |
| **John E. Mitchell**<br>Law Offices of Vinson and Elkins<br>3700 Trammell Crow Center<br>2001 Ross Ave.<br>Dallas, TX 75201-2975 | **Nancy A. Mitchell**<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 |
| **Sean A. Mitchell**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | **Stephen Moeller-Sally**<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| **Richard J. Molin**<br>Stewart, Humpherys, Burchett and Molin<br>P.O. Box 720<br>Chico, CA 95927 | **Dean Morehous**<br>Troutman Sanders LLP<br>580 California St., #1100<br>San Francisco, CA 94104 |
| **Julia A. Mosel**<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | **Alan Moskowitz**<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 |
| **Alan A. Moskowitz**<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | **Brendan V. Mullan**<br>Crowell & Moring LLP<br>Three Embarcadero Center, 26th Fl.<br>San Francisco, CA 94111 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 22 of 30

| | |
|---|---|
| **Jessica R. Mullan**<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 | **Omid H. Nasab**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **John Nolan**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Sally Noma**<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 |
| **Maura Walsh Ochoa**<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | **Amy M. Oden**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 |
| **Office of Unemployment Compensation Tax Services**<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas St., Room 702<br>Harrisburg, PA 17121 | **Gabriel L. Olivera**<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| **Harold A. Olsen**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **Olympus Peak Master Fund LP**<br>c/o Leah Silverman<br>745 5th Ave., #1604<br>New York, NY 10151 |
| **Kevin J. Orsini**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | **Antonio Ortiz**<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| **Kyle J. Ortiz**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 | **Samuel S. Ory**<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 |
| **Owen Clements, Esq**<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 | **Owl Creek Investments I, LLC**<br>640 5th Ave.<br>New York, NY 10019 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 23 of 30

| | |
|---|---|
| **Isaac M. Pachulski**<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | **Teresa Paris**<br>3132 M L King, Jr Way, #309<br>Berkeley, CA 94703 |
| **Andrew M. Parlen**<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 | **Joshua Pearson**<br>EDF Renewables, Inc.<br>15445 Innovation Dr.<br>San Diego, CA 92128 |
| **Richard C. Pedone**<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 | **Charles S. Penner**<br>Carney Badley Spellman PS<br>701 5th Ave., #3600<br>Seattle, WA 98104-5017 |
| **Mosby Perrow**<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisana #1000<br>Houston, TX 77002 | **Waylon J. Pickett**<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 |
| **John M. Pierce**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | **Oscar N. Pinkas**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| **Frank Pitre**<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | **Placer County Office of the Treasurer-Tax Collector**<br>Attn: Robert Kanngiesser<br>2976 Richardson Dr.<br>Auburn, CA 95603 |
| **James Potter**<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | **Constantine D. Pourakis**<br>Stevens & Lee, P.C.<br>485 Madison Ave., 20th Fl.<br>New York, NY 10022 |
| **David M. Powlen**<br>Barnes and Thornburg LLP<br>1000 N. West St., #1500<br>Wilmington, DE 19801 | **Patricia Williams Prewitt**<br>Law Offices of Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 |

| | |
|---|---|
| **Prime Clerk LLC**<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 | **Primeshares**<br>261 Fifth Ave. 22nd floor<br>New York, NY 10016 |
| **Amy C. Quartarolo**<br>Law Offices of Latham and Watkins<br>355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 | **RailPros Field Services, Inc.**<br>c/o Stuart P. Hall<br>1705 West Northwest Hwy., #150<br>Grapeview, TX 76051 |
| **John J. Rapisardi**<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | **Jordana L. Renert**<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| **Amanda L. Riddle**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | **Walter R. Rieman**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| **David Riley**<br>DLA Piper LLP<br>2000 Ave. of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | **RiverPark Strategic Income Fund**<br>RiverPark Advisors LLC<br>156 W 56th Street<br>Suite 1704<br>New York, NY 10019 |
| **Christy Rivera**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | **Road Safety, Inc.**<br>4335 Pacific St., Ste. A<br>Rocklin, CA 95677 |
| **Ian E. Roberts**<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 | **Matthew G. Roberts**<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| **Bill Robins**<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | **Rocky Point Claims LLC**<br>P.O. Box 165<br>Norwalk, CT 06853 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 25 of 30

| | |
|---|---|
| **Martha E. Romero**<br>Law Offices of Romero and Associates<br>12518 Beverly Blvd.<br>Whittier, CA 90601 | **Matthew M. Roose**<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| **Brian S. Rosen**<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | **Andrew Rosenblatt**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| **Michael A. Rosenthal**<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | **Michael A. Rosenthal**<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 |
| **John H. Rowland**<br>Baker Donelson Bearman Caldwell &<br>Berkow<br>211 Commerce St<br>Nashville, TN 37201 | **Marc S. Sacks**<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| **Randy A. Sawyer, Esq.**<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | **Margaret Schierberl**<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| **David Schiff**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **Ray C. Schrock**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Max A. Schuver**<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | **Lisa Schweitzer**<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| **Howard Seife**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | **David R. Seligman**<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 26 of 30

| | |
|---|---|
| **Daniel S. Shamah**<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | **Alex M. Sher**<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 |
| **Nora Sheriff**<br>Buchalter<br>55 Second St., #1700<br>San Francisco, CA 94105-3493 | **J. Christopher Shore**<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 |
| **George W. Shuster**<br>7 World Trade Center<br>New York, NY 10007 | **Sierra Business Council**<br>c/o Kerri L. Timmer<br>P.O. Box 2428<br>Truckee, CA 96160 |
| **David P. Simonds**<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars, #600<br>Los Angeles, CA 90067 | **Robert P. Simons**<br>Reed Smith LLP<br>225 5th Ave., #1200<br>Pittsburg, PA 15222 |
| **Richard W. Slack**<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | **Edwin E. Smith**<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 |
| **Fulton Smith**<br>Cozen O'Connor<br>101 Montgomery St., #1400<br>San Francisco, CA 94101 | **Abigail Snow**<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| **Mark A. Speiser**<br>Stroock, Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 | **Michael S. Stamer**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| **Andrew J. Strabone**<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | **Michael H Strub**<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |
| **Joshua Y. Sturm**<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | **Matthew G. Summers**<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 27 of 30

| | |
|---|---|
| **Scott Summy**<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | **Ron A. Symm**<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 |
| **Tannor Partners Credit Fund, LP**<br>555 Theodore Fremd Ave.<br>Suite C-209<br>Rye, NY 10580 | **Cliff I. Taylor**<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| **Stanley J. Terry**<br>Carney Badley Spellman<br>701 5th Ave., #3600<br>Seattle, WA 98104 | **Judy D. Thompson**<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 |
| **Albert Togut**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | **Michael H. Torkin**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| **Matthew Troy**<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | **Theodore Tsekerides**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Daniel Turek**<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 | **Michael M. Turkel**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| **Union Pacific Railroad Company**<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 | **Danette E. Valdez**<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 |
| **Craig Varnen**<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | **Vendor Recovery Fund IV, LLC**<br>PO Box 669<br>SMITHTOWN, NY 11787 |

Case: 19-30088   Doc# 2578-1   Filed: 06/18/19   Entered: 06/18/19 13:57:00   Page 28 of 30

| | |
|---|---|
| **Carol C. Villegas**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | **Eli J. Vonnegut**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| **Diane Vuocolo**<br>Greenberg Traurig, LLP<br>1717 Arch St., #400<br>Philadelphia, PA 19103 | **James M. Wagstaffe**<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 |
| **Thomas D. Warren**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | **Jason P. Wells**<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 |
| **Leonard K. Welsh**<br>Law Offices of Leonard K. Welsh<br>4550 California Ave. 2nd Fl.<br>Bakersfield, CA 93309 | **Peter L. Welsh**<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| **Nigel A. Whitehead**<br>Ernst Law Group<br>1020 Palm St.<br>San Luis Obispo, CA 93401 | **Joseph Whittington**<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 |
| **Daniel E. Wilcoxen**<br>Law Offices of Wilcoxen and Montgomery<br>2114 K St.<br>Sacramento, CA 95816 | **Michael L. Wilhelm**<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 |
| **Harris B. Winsberg**<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 | **Keith H. Wofford**<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| **Peter Wolfson**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | **Jasmin Yang**<br>Lewis Brisbois Bisgaard & Smith<br>633 West 5th St. #4000<br>Los Angeles, CA 90071 |

| | |
|---|---|
| **Aparna Yenamandra**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | **Michael A. Yuffee**<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 |
| **David M. Zensky**<br>One Bryant Park<br>New York, NY 10036 | **Maja Zerjal**<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 |
| **Paul H. Zumbro**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |