Adam Cronin, Pro Se
101 Hannaford Ct Folsom CA 95630
916-467-6040
Ajcu88@gmail.com

FILED
JUN 18 2019 MT
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHER DISTRICT OF CALIFORNIA

In Re

Pacific Gas and Electric Company ("PG&E"),

Debtor-in-Possession

) Bankruptcy Case
) No.: 19-30089-DM
) Chapter 11
) **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
) Hearing:
) Date: July 24th, 2019
) Time: 9:30 AM
) Courtroom: 17

**TO THE DEBTOR, ITS ATTORNEYS, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that on the date and time and in the courtroom stated above, located at 450 Golden Gate Avenue, 18th Fl., San Francisco, CA 94102, Movant Adam Cronin will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate to pursue litigation against PG&E for the Movant's wrongful termination which case is pending in the San Francisco Superior Court entitled *Cronin v. PG&E* San Francisco Superior Court Case No. CGC-18-567919 ("State Court Action") to judgment on the grounds set forth in the attached Motion.

Date: June 16, 2019

By Adam Cronin
Creditor and Movant