UNITED STATES BANKRUPTCY COURT
Northern District of California


FILED
JUN 18 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:

Pacific Gas and Electric Company

Debtor(s)

Bankruptcy No.: 19-30089
R.S. No.:
Hearing Date:
Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/19       Chapter: 11
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____       Source of value: _____
   Contract Balance:       $_____       Pre-Petition Default:   $_____
   Monthly Payment:        $_____                No. of months: _____
   Insurance Advance:      $_____       Post-Petition Default:  $_____
                                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____       Pre-Petition Default:   $_____
   As of (date): _____                          No. of months: _____
   Mo. payment:            $_____       Post-Petition Default:  $_____
   Notice of Default (date): _____              No. of months: _____
   Notice of Trustee's Sale: _____      Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: The Moving Party on this motion is a former employee of the debtor. The claim is currently unliquidated in a "pending" status in San Francisco Sup. Court. The Moving Party is requesting relief from stay in order to liquidate the Movant's claim in State Court.

Dated: 6-18-19

_____
Signature Adam Cronin
Print or Type Name

Attorney for _____

CANB Documents Northern District of California