Adam Cronin, Pro Se
101 Hannaford Ct Folsom CA 95630
916-467-6040
Ajcu88@gmail.com



FILED
JUN 18 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

In Re ) Bankruptcy Case
) No.: 19-30089-DM
)
) Chapter 11
Pacific Gas and Electric Company ("PG&E"), )
)
Debtor-in-Possession ) Judge: Honorable Judge Montali

**PROOF OF SERVICE BY MAIL**

I, Ivonne Sias declare,

1. I am an adult over the age of 18 and not a party to the within action. My address is 1701 Creekside Drive, Folsom California, 95630.

2. I served the following document on the Debtors and their attorneys of record, United States Trustee, and "Standard Parties" (with mailing addresses) listed in section 3 below, on June 18, 2019 by placing true copies thereof enclosed in a sealed envelope in the United States Mail located at 1015 Riley St Folsom, California, 95630:

    a. Notice of Motion for Relief From Automatic Stay
    b. Motion for Relief from Automatic Stay
    c. Points and Authorities in Support of the Motion for Relief from the Automatic Stay
    d. Declaration in Support of the Motion for Relief from the Automatic Stay

3. "Standard Parties" (with mailing addresses) listed in the "Second Amended Order Implementing Certain Notice and Case Management Procedures" include

   a. the Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000,

   b. 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.);

   c. Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors;

   d. Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors;

   e. Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-inpossession financing facility;

   f. Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility;

   g. Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission;

   h. the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); viii. U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel);

i. U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission;

j. Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee");

k. Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509 (Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.), as counsel for the Official Committee of Tort Claimants (the "Tort Claimants Committee"

I declare under penalty of perjury that the foregoing is true and correct

Date: June 18, 2019    By: _____
                          Ivonne Sias