Adam Cronin, Pro Se
101 Hannaford Ct Folsom CA 95630
916-467-6040
Ajcu88@gmail.com

**FILED**

JUN 18 2019 WT

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Bankruptcy Case No.: 19-30089-DM |
| Pacific Gas and Electric Company ("PG&E"), | Chapter 11 |
| Debtor-in-Possession | Judge: Honorable Judge Montali |

### PROOF OF SERVICE BY MAIL

I, Ivonne Sias declare,

1. I am an adult over the age of 18 and not a party to the within action. My address is 1701 Creekside Drive, Folsom California, 95630.

2. I served the following document on the Debtors and their attorneys of record, United States Trustee, and parties requesting special notice June 18, 2019 by placing true copies thereof enclosed in a sealed envelope in the United States Mail located at 1015 Riley St Folsom, California, 95630:

    a. Notice of Motion for Relief From Automatic Stay

    b. Motion for Relief from Automatic Stay

    I declare under penalty of perjury that the foregoing is true and correct

Date: June 18, 2019          By: _____
                                  Ivonne Sias

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 19-30089<br>Northern District of California<br>San Francisco<br>Mon Jun 17 20:41:16 PDT 2019 | Aera Energy LLC<br>c/o Ron A. Symm<br>Assistant General Counsel<br>10000 Ming Ave.<br>Bakersfiled, CA 93311-1301 | Cotchett, Pitre & McCarthy, LLP<br>c/o Frank M. Pitre, Alison E. Cordova<br>c/o Abigail D. Blodgett<br>San Francisco Airport Office Center<br>840 Malcolm Rd., #200<br>Burlingame, CA 94010-1413 |
| Individual Plaintiffs Executive Committee Ap<br>c/o Frank Pitre<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010-1413 | Iain A. Macdonald<br>Macdonald Fernandez LLP<br>221 Sansome Street<br>Third Floor<br>San Francisco, CA 94104-2331 | Macquarie Energy LLC<br>c/o Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-0005 |
| Midway Sunset Cogeneration Company<br>Aera Energy LLC<br>c/o Ron A. Symm<br>Assistant General Counsel<br>10000 Ming Ave.<br>Bakersfield, CA 93311-1301 | NextEra Energy Inc., et al.<br>700 Universe Boulevard<br>Juno Beach, FL 33408-2657 | Paul Weiss, Rifkind,<br>Wharton & Garrison LLP<br>Alan W. Kornberg<br>1285 Avenue of the Americas<br>New York, New York 10019-6031 |
| Paul Weiss, Rifkind,<br>Wharton & Garrison LLP<br>Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, New York 10019-6031 | Paul Weiss, Rifkind,<br>Wharton & Garrison LLP<br>Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York, New York 10019-6031 | Paul Weiss, Rifkind,<br>Wharton & Garrison LLP<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, New York 10019-6031 |
| Paul Weiss, Rifkind,<br>Wharton & Garrison LLP<br>Walter R. Rieman<br>1285 Avenue of the Americas<br>New York, New York 10019-6031 | Douglas B. Provencher<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404-4714 | Robins Cloud LLP<br>c/o Bill Robins III<br>c/o Robert Bryson<br>808 Wilshire Blvd., #450<br>Santa Monica, CA 90401-1894 |
| The Baupost Group, L.L.C.<br>c/o Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554 | John A. Vos<br>Law Offices of John A. Vos<br>1430 Lincoln Ave.<br>San Rafael, CA 94901-2021 | Walkup, Melodia, Kelly & Schoenberger<br>c/o Michael A. Kelly<br>c/o Khaldoun A. Baghdadi<br>c/o Max Schuver<br>650 California St., 26th Fl.<br>San Francisco, CA 94108-2607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atlantica Yield plc | (u)BlueMountain Capital Management, LLC | (u)California Independent System Operator |
| (u)California Power Exchange Corporation<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste 2200<br>Los Angeles | (u)California Self-Insurers' Security Fund | (u)Mojave Solar LLC |
| (u)Plaintiffs Executive Committee appointed b | (u)San Diego Gas and Electric Co. | (u)Sempra Energy |

(u)Southern California Gas Company

End of Label Matrix
Mailable recipients   17
Bypassed recipients   10
Total   27