# EXHIBIT A (info sheet)

| Subcontractor | Exhibit # | GC Contract No. | Job Description | Lien Date | Contract Value | Amount on Lien | Payments Received By 01/28 | Payments Recevied 01/29-06/04 | Outstanding Pre BK As Of 06/04 | Outstanding Post BK As Of 06/04 | Outstanding As Of 06/04 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CB2 Builders | A-1 | 17-048-260000 | 11th Floor mechanical upgrades for HVAC | 3/21/19 | $199,684.00 | $19,968.40 | $0.00 | $0.00 | $19,968.40 | $0.00 | $19,968.40 |
| CB2 Builders | A-2 | 17-049-260000 | Remove/replace feeder to new domestic water pump skid | 3/21/19 | $33,251.00 | $15,689.30 | $0.00 | $0.00 | $0.00 | $15,689.30 | $15,689.30 |
| PG&E | A-3 | 2700220223 | SF Dept of Building InspectionStreet level up to 5 outlets | 3/21/19 | $14,244.05 | $1,885.00 | $0.00 | $0.00 | $0.00 | $1,885.00 | $1,885.00 |
| CB2 Builders | A-4 | 18-033-260000 | PG&E Fairfield POD 18 electrical upgrades for Starline Busway | 3/21/19 | $137,409.00 | $31,923.51 | $0.00 | $0.00 | $17,771.56 | $13,740.90 | $31,923.51 |
| CB2 Builders | A-5 | 18-034-260000 | PG&E Rancho Cordova POD 31 electrical upgrades for Starline Busway | 3/21/19 | $159,127.06 | $36,063.76 | $0.00 | $0.00 | $20,151.05 | $15,912.71 | $36,063.76 |
| Roebbelen | A-6 | 21-16-918 | PG&E Auburn Sac Street GC Yard Consolidation Project (fka "ASC Rock Creek Yard Project").  Safe-off four buildings for demo | 3/21/19 | $10,531.00 | $5,023.00 | $0.00 | $3,969.90 | $0.00 | $1,053.10 | $1,053.10 |

# EXHIBIT A-1

Job 01-147223

Customer: CB2 Builders

Contract #17.048.260000



San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
**DOC- 2019-K745034-00**

Check Number 4532
Thursday, MAR 21, 2019 11:50:05
Ttl Pd $101.00       Rcpt # 0005969610
                              PF1/PF/1-3

**RECORDING REQUESTED BY:**

NAME  W. Bradley Electric, Inc.

**AND WHEN RECORDED MAIL TO:**

NAME  W. Bradley Electric, Inc.

STREET
ADDRESS  90 Hill Road

CITY, STATE
& ZIP CODE  Novato, CA 94945

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of San Francisco, County of San Francisco, State of California and described as follows: 77 Beale Street, 11th Floor, San Francisco, CA 94105 APN 3711 Lot 013

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED,
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 19,968.40
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

11th Floor mechanical upgrades

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is CB2 Builders

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas & Electric P. O. Box 7054 San Francisco, CA 94120
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94105

By Ralph Greenwood, CFO
(PRINT NAME)

W. Bradley   Electric, Inc.
(SIGNATURE)

## VERIFICATION

I am the  CFO at W. Bradley Electric, Inc.                     in this action.  I have read the foregoing
(SPECIFY THE PARTY SUCH AS: LIEN CLAIMANT)

claim of mechanic's lien                                      and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/20/19 _____ at 90 Hill Road, Novato, CA 94945
(DATE)                              (I.E. STREET ADDRESS, CITY, AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)

W. Bradley   Electric, INC
(CLAIMANT'S SIGNATURE)

More and DBug, LLC & www.TheContractorsGroup.com © 2011-2012 mechanics-lien-ca.doc (Rev. 8)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

# California Mechanic's Lien and Notice of Mechanic's Lien
# Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 03/20/19     at: Certified Mail with Return Receipt

(Date Notice Served)                 (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| **Owner (or Reputed)** | **Construction Lender (or Reputed), if any** |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| P. O. Box 7054 | |
| (Street) | (Street) |
| San Francisco, CA 94120 | |
| (City, State, Zip) | (City, State, Zip) |

| **Direct Contractor (or Reputed)** | **Other, if any** |
|---|---|
| CB2 Builders | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 505 Beach Street, Suite 210 | |
| (Street) | (Street) |
| San Francisco, CA 94133 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_(Signature of person who served notice)_

W/ Bradley Electric. Inc.

CFO

(Title of signer)

Ralph Greenwood

(Printed or typed name of signer)

W. Bradley Electric, Inc.

(Name of company that signer represents)

Signed at Novato, Marin County , California, on March 20 , 20 19

(City and/or County where signer is located when signing)      (Month and Date)    (Year)

Mechanic's Lien and Notice of Mechanic's Lien Proof of Service Affidavit www.TheContractorsGroup.com & Diane Dennis © 2011-2018 mechanics-lien-and-notice-proof-of-service-affidavit.doc (Rev. 5) CONSULT AN ATTORNEY TO VERIFY THIS FORM'S SUITABLENESS FOR YOUR PURPOSE

Description of the affected property exactly as it is shown on the mechanic's lien form:
77 Beale Street, 11th Floor, San Francisco, CA 94105 APN 3711 Lot 013

# NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.

The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov

Monk and DBug, LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca.doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945
Phone: (415) 898-1400
Fax: (415) 898-6533

Pacific Gas & Electric Co.
P.O. Box 7054
SAN FRANCISCO, CA 94120

02/01/2018

**RE: NOTICE TO OWNER OR PUBLIC ENTITY**

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: **PG&E 77 Beale HVAC 01-147223 project, located at 77 Beale Street, 11th Floor, SAN FRANCISCO, CA 94105** .

Such labor, services, equipment or materials were contracted for by: **Ryan Gantz, ,** , who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable. The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt. We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

```
File #: 3059  [CA] [PRIVATE] [OWNER]          | Customer: Ryan Gantz
Recording Requested by and Return to:         |  P.O. #:
W. Bradley Electric, Inc.                      | Project: PG&E 77 Beale HVAC
W. Bradley Electric, Inc.                      | Rec ID: 09BFC5A1-47C9-401E-A057-030285510290
90 Hill Road                                   |  Job #: 01-147223
Novato, CA 94945                               | Cert No.: _____
```

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 9034(b), 8102, 8106-8118, 8200 at seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
Pacific Gas & Electric Co.
P.O. Box 7054
SAN FRANCISCO, CA 94120

>> TO DIRECT OR REPUTED CONTRACTOR
CB2 Builders
505 Beach Street, Suite 210
SAN FRANCISCO, CA 94133
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>>  REPUTED LENDER, SURETY, BONDING CO.
N/A

Labor/Materials Information: Exhibit C

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
   See Exhibit C
2. The estimated amount of the work provided or
to be provided is $136,715.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
   W. Bradley Electric, Inc.
   W. Bradley Electric, Inc.
   90 Hill Road
   Novato, CA 94945
   USA
   Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
   Ryan Gantz

5. The description of the jobsite is:
   PG&E 77 Beale HVAC
   01-147223
   77 Beale Street, 11th Floor
   SAN FRANCISCO, CA 94105
   USA

   County of SAN FRANCISCO

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 02/01/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 02/01/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 02/01/2018.

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: Pacific Gas & Electric Co.
Project: PG&E 77 Beale HVAC 01-147223
Customer: Ryan Gantz
Job Number: 01-147223

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

11th floor mechanical upgrade.

# EXHIBIT A-2

Job 01-147717

Customer: CB2 Builders

Contract #17.049.260000

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
**DOC- 2019-K745035-00**
Check Number 4531
Thursday, MAR 21, 2019 11:51:37
Ttl Pd $101.00     Rcpt # 0005969612
                   PF1/PF/1-3

**RECORDING REQUESTED BY:**

NAME  W. Bradley Electric, Inc.

**AND WHEN RECORDED MAIL TO:**

NAME  W. Bradley Electric, Inc.

STREET
ADDRESS  90 Hill Road

CITY, STATE
& ZIP CODE  Novato, CA 94945

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located

in the City of San Francisco_____, County of San Francisco_____, State of California and

described as follows: 77 Beale Street, 11th Floor, San Francisco, CA 94105 APN 3711 Lot 013

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED;
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT. IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 15,689.30
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

Remove and replace feeder to new domestic water pump SKID

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the

labor, services, equipment, and/or materials is CB2 Builders

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas & Electric P. O. Box 7054 San Francisco, CA 94120
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94105

By Ralph Greenwood, CFO
(PRINT NAME)

(SIGNATURE)
W. Bradley Electric, inc.

## VERIFICATION

I am the  CFO at W. Bradley Electric, Inc.                in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS: LIEN CLAIMANT)

claim of mechanic's lien                                  and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/20/19_____ at 90 Hill Road, Novato, CA 94945
(DATE)                              (I.E. STREET ADDRESS, CITY, AND STATE WHERE YOU ARE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)
(CLAIMANT'S SIGNATURE)
W. Bradley Electric, inc.

User and Claim, LLC & www.TheConstructionNotebook © 2011-2012 Insurance-license.net (Rev. A)
COMPLETE AN ATTEMPT TO VERIFY THIS FORM & FITNESS FOR YOUR PURPOSE.

# California Mechanic's Lien and Notice of Mechanic's Lien
# Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 03/20/19      at: Certified Mail with Return Receipt

(Date Notice Served)                      (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| **Owner (or Reputed)** | **Construction Lender (or Reputed), if any** |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| P. O. Box 7054 | |
| (Street) | (Street) |
| San Francisco, CA 94120 | |
| (City, State, Zip) | (City, State, Zip) |

| **Direct Contractor (or Reputed)** | **Other, if any** |
|---|---|
| CB2 Builders | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 505 Beach Street, Suite 210 | |
| (Street) | (Street) |
| San Francisco, CA 94133 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

(Signature of person who served notice)    W. Bradley Electric. Inc.

Ralph Greenwood

(Printed or typed name of signer)

CFO

(Title of signer)

W. Bradley Electric, Inc.

(Name of company that signer represents)

Signed at Novato, Marin County      , California, on March 20 , 20 19

(City and/or County where signer is located when signing)         (Month and Date)     (Year)

Work and Dilgut in California TheClaimatoryGross.com & Diane Drews© 2011-2012 mechanics-lien-and-notice-proof-of-service-affidavit-california / Rev G
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

Description of the affected property exactly as it is shown on the mechanic's lien form:
77 Beale Street, 11th Floor, San Francisco, CA 94105 APN 3711 Lot 013

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.**

**The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov**

Monk and DBug, LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945
Phone: (415) 898-1400
Fax: (415) 898-6533

Pacific Gas & Electric Company
P.O. Box 7054
SAN FRANCISCO, CA 94120

03/13/2018

**RE: NOTICE TO OWNER OR PUBLIC ENTITY**

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: **PG&E 77 Beale Domestic Pump 01-147717 project, located at 77 Beale Street, SAN FRANCISCO, CA 94105** .

Such labor, services, equipment or materials were contracted for by: **Ryan Gantz, , ,** who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable. The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt. We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

```
File #: 3202  [CA] [PRIVATE] [OWNER]        Customer: Ryan Gantz
Recording Requested by and Return to:       P.O. #: 17.049.260000
W. Bradley Electric, Inc.                    Project: PG&E 77 Beale Domestic Pump
W. Bradley Electric, Inc.                    Rec ID: 462C34C9-B529-4884-9518-139022452954
90 Hill Road                                 Job #: 01-147717
Novato, CA 94945                             Cert No.: _____
```

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)*

\>> TO THE OWNER OR REPUTED OWNER
Pacific Gas & Electric Company
P.O. Box 7054
SAN FRANCISCO, CA 94120


\>> TO DIRECT OR REPUTED CONTRACTOR
CB2 Builders
505 Beach Street, Suite 210
SAN FRANCISCO, CA 94133
USA


\>> TO LENDER, SURETY OR BONDING CO. OR
\>> REPUTED LENDER, SURETY, BONDING CO.
N/A

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is $20,544.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    Ryan Gantz


Labor/Materials Information: Exhibit C

P.O.: 17.049.260000
5. The description of the jobsite is:
    PG&E 77 Beale Domestic Pump
    01-147717
    77 Beale Street
    SAN FRANCISCO, CA 94105
    USA

    County of SAN FRANCISCO

## NOTICE TO PROPERTY OWNER

\*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
\*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.
\*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 03/13/2018 for W. BRADLEY ELECTRIC. INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 03/13/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 03/13/2018.

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: Pacific Gas & Electric Company
Project: PG&E 77 Beale Domestic Pump 01-147717
Customer: Ryan Gantz
Job Number: 01-147717

The following is a complete list, to the best of our knowledge of all Materials or  Labor,
which by agreement, were supplied or will be supplied by: W. Bradley  Electric,  Inc.W.
Bradley Electric, Inc..

Remove and replace feeder to new domestic water pump skid.

# EXHIBIT A-3

Job 01-149366

Customer: PG&E

Contract #2700220223



San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
**DOC- 2019-K745036-00**
Check Number 4529
Thursday, MAR 21, 2019 11:52:23
Ttl Pd $101.00    Rcpt # 0005969613
                                  PF1/PF/1-3

**RECORDING REQUESTED BY:**

NAME  W. Bradley Electric, Inc.

**AND WHEN RECORDED MAIL TO:**

NAME  W. Bradley Electric, Inc.

STREET
ADDRESS  90 Hill Road

CITY, STATE
& ZIP CODE  Novato, CA 94945

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located

in the City of San Francisco _____, County of San Francisco _____, State of California and

described as follows: 2270 Folsom Street, San Francisco, CA 94110 APN 3591 Lot 001

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 1,885.00
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

Provide 120V power to (5) roll-up garage doors and install (1) 5-20R

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Pacific Gas & Electric

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas & Electric P. O. Box 7054 San Francisco, CA 94120
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94105

By Ralph Greenwod, CFO
(PRINT NAME)

w. Bradley Electric, Inc.
(SIGNATURE)

## VERIFICATION

I am the CFO at W. Bradley Electric, Inc.
(SPECIFY THE PARTY SUCH AS- LIEN CLAIMANT)
in this action. I have read the foregoing

claim of mechanic's lien
(SPECIFY PLEADING)
and it is true of my own knowledge,

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/20/19
(DATE)
at 90 Hill Road, Novato, CA 94945
(I.E. STREET ADDRESS, CITY, AND STATE WHERE QUALIFIER VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)

w. Bradley Electric, Inc.
(CLAIMANT'S SIGNATURE)

Mann and Ditug, LLC & www.TheSentinelcialGroup.com © 2011-2012 mechanics-liens-x.doc. (Rev. 6)
CONSULT AN ATTORNEY TO VERIFY THIS FORM IS FITNESS FOR YOUR PURPOSE.

# California Mechanic's Lien and Notice of Mechanic's Lien
## Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 03/20/19     at: Certified Mail with Return Receipt

(Date Notice Served)        (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| Owner (or Reputed) | Construction Lender (or Reputed), if any |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| P. O. Box 7054 | |
| (Street) | (Street) |
| San Francisco, CA 94120 | |
| (City, State, Zip) | (City, State, Zip) |

| Direct Contractor (or Reputed) | Other, if any |
|---|---|
| Pacific Gas & Electric | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| P. O. Box 7054 | |
| (Street) | (Street) |
| San Francisco, CA 94120 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

(Signature of person who served notice)    W. Bradley Electric Inc

Ralph Greenwood

(Printed or typed name of signer)

CFO

(Title of signer)

W. Bradley Electric, Inc.

(Name of company that signer represents)

Signed at Novato, Marin County , California, on March 20 , 20 19

(City and/or County where signer is located when signing)     (Month and Date)    (Year)

Monk and DiRug. LLC & www.TheContractorsGroup.com & Diane Dennis © 2011-2012 mechanics-lien-and-notice-proof-of-service-affidavit-ca-doc (Rev. 5) CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

Description of the affected property exactly as it is shown on the mechanic's lien form:
2270 Folsom Street, San Francisco, CA 94110 APN 3591 Lot 001

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.

The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov

Monk and DBug, LLC & www.TheContractorsGroup.com © 2011-2012  notice-of-mechanics-lien-ca.doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945
Phone: (415) 898-1400
Fax: (415) 898-6533

PACIFIC GAS & ELECTRIC CO.
P.O. BOX 7054
SAN FRANCISCO, CA 94120

08/23/2018

RE: NOTICE TO OWNER OR PUBLIC ENTITY

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: PGE SF GARAGE DOORS 01-149366 project, located at 2270 FOLSOM STREET, SAN FRANCISCO, CA 94110 .

Such labor, services, equipment or materials were contracted for by: MICHAEL KIRK, , , who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable.The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt.We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: _Charlene Hall_
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

```
File #: 3692  [CA] [PRIVATE] [COPY:EST]        Customer: MICHAEL KIRK
Recording Requested by and Return to:            P.O. #:
W. Bradley Electric, Inc.                       Project: PGE SF GARAGE DOORS
W. Bradley Electric, Inc.                       Rec ID: 055CB360-22FB-4BFC-99FD-137156514050
90 Hill Road                                     Job #: 01-149366
Novato, CA 94945                                Cert No.: _____
```

# CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

(THIS IS NOT A LIEN.  THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 9612)

>> TO THE OWNER OR REPUTED OWNER
PACIFIC GAS & ELECTRIC CO.
P.O. BOX 7054
SAN FRANCISCO, CA 94120

>> TO DIRECT OR REPUTED CONTRACTOR
NA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

Labor/Materials Information: Exhibit C

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
      See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $12,359.05
3. The name of the person who furnished
that labor, service, equipment or
materials is:
      W. Bradley Electric, Inc.
      W. Bradley Electric, Inc.
      90 Hill Road
      Novato, CA 94945
      USA
      Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
      MICHAEL KIRK

5. The description of the jobsite is:
      PGE SF GARAGE DOORS
      01-149366
      2270 FOLSOM STREET
      SAN FRANCISCO, CA 94110
      USA

      County of SAN FRANCISCO

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS  NOTICE
IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED,  TO  YOUR
CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY.  FORECLOSURE OF THE LIEN MAY LEAD  TO  LOSS
OF ALL OR PART OF YOUR PROPERTY.  TO PROTECT YOURSELF AGAINST THIS (1) REQUIRING YOUR
CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE
MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A  STATEMENT  OF  YOUR  LEGAL  RIGHTS.
THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON  EMPLOYED
BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10  DAYS
AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR  FIRM  THAT
HAS GIVEN YOU THIS NOTICE.  THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL.    FAILURE TO  SEND
THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN.  YOU ARE NOT REQUIRED TO SEND  THE  NOTICE
IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant.  I have read the
foregoing document and know the contents thereof; the same is true of my own knowledge.  I declare
under penalty of perjury that the foregoing is true and correct. Executed at Novato.  California  on
08/23/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: *Charlene Hall*
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served the Preliminary Notice, and any related documents,  by certified  or
registered mail, postage prepaid,  or other certified delivery, addressed to, the above named
parties, at the addresses listed above, on 08/23/2018. I declare under penalty of perjury  that the
foregoing is true and correct. Executed at Novato, California on 08/23/2018.

Prepared by: *Dalfaria*
Dalia Faria, Processor

```
File #: 3692   [CA] [PRIVATE] [OWNER]        Customer: MICHAEL KIRK
Recording Requested by and Return to:        P.O. #:
W. Bradley Electric, Inc.                     Project: PGE SF GARAGE DOORS
W. Bradley Electric, Inc.                     Rec ID: 055CB360-22FB-4BFC-99FD-137156514050
90 Hill Road                                  Job #: 01-149366
Novato, CA 94945                              Cert No.:
```

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN.  THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., §§12)*

>> TO THE OWNER OR REPUTED OWNER
PACIFIC GAS & ELECTRIC CO.
P.O. BOX 7054
SAN FRANCISCO, CA 94120


>> TO DIRECT OR REPUTED CONTRACTOR
NA




>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $12,359.05
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    MICHAEL KIRK



5. The description of the jobsite is:
    PGE SF GARAGE DOORS
    01-149366
    2270 FOLSOM STREET
    SAN FRANCISCO, CA 94110
    USA

    County of SAN FRANCISCO

Labor/Materials Information: Exhibit C

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE
IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR
CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY.  FORECLOSURE OF THE LIEN MAY LEAD TO LOSS
OF ALL OR PART OF YOUR PROPERTY.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR
CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE
MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS.
THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED
BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS
AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT
HAS GIVEN YOU THIS NOTICE.  THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL.  FAILURE TO SEND
THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN.  YOU ARE NOT REQUIRED TO SEND THE NOTICE
IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant.  I have read the
foregoing document and know the contents thereof; the same is true of my own knowledge.  I declare
under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on
08/23/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by:
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served the Preliminary Notice, and any related documents, by certified or
registered mail, postage prepaid, or other certified delivery, addressed to the above named
parties, at the addresses listed above, on 08/23/2018. I declare under penalty of perjury that the
foregoing is true and correct. Executed at Novato, California on 08/23/2018.

Prepared by:
Dalia Faria, Processor

File #: 3692 [CA] [PRIVATE] [GENERAL]
Recording Requested by and Return to:
W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945

Customer: MICHAEL KIRK
  P.O. #:
Project: PGE SF GARAGE DOORS
Rec ID: 055CB360-22FB-4BFC-99FD-137156514050
  Job #: 01-149366
Cert No.: _____

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 9200 et seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
PACIFIC GAS & ELECTRIC CO.
P.O. BOX 7054
SAN FRANCISCO, CA 94120


>> TO DIRECT OR REPUTED CONTRACTOR
NA


>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is $12,359.05
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    MICHAEL KIRK


Labor/Materials Information: Exhibit C

5. The description of the jobsite is:
    PGE SF GARAGE DOORS
    01-149366
    2270 FOLSOM STREET
    SAN FRANCISCO, CA 94110
    USA

    County of SAN FRANCISCO

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 08/23/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _____
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 08/23/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 08/23/2018.

Prepared by: _____
Dalia Faria, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PACIFIC GAS & ELECTRIC CO.
Project: PGE SF GARAGE DOORS 01-149366
Customer: MICHAEL KIRK
Job Number: 01-149366

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

PROVIDE 120V POWER TO (5) ROLL-UP GARAGE DOORS AND INSTALL (1) 5-20R.

| Generated Job Number: | 01-149366 | Division: | 01 | | | |
|---|---|---|---|---|---|---|

| Job Name: | PGE SF GARAGE DOORS | | | | Phone Number: | (650) 201-8621 |
|---|---|---|---|---|---|---|
| | 2270 FOLSOM STREET | | | | Fax Number: | |
| | SAN FRANCISCO | | CA | 94110 | | |

| Contract Number: | 2700135770 | Original Contract Amount: | 12,359.05 | |
|---|---|---|---|---|
| Project Manager: | DREUSER | * Foreman: | TBD | Est Start Date |
| Estimator: | DREUSER | Billing Clerk: | CEATON | 8/20/2018 |

| Customer Contact: | MICHAEL KIRK | Certified Payroll | ☐ |
|---|---|---|---|
| Customer PO: | 2700135770 | Work County: | SF |
| Bill Attention To: | ACCOUNTS PAYABLE | Work State Code: | CA |
| Cross Sold By: | | Pre Lein Required: | X |
| Price Type Code: | F | Bonds Required: | NO |
| Retention %: | 0 | OCIP/CCIP: | N |

Customer Code: 4635

PG&E ACCOUNTS PAYABLE - SF

P.O. BOX 7760

MAIL CODE B6AP

SAN FRANCISCO

CA                          94120-7760

New Customer Code

Pacific Gas & Electric Co.
P.O. Box 7054
San Francisco, CA. 94120

| Est Reg Hours: | 48.00 | Est Reg Cost: | 7,666.16 | Est Equipment Rental | 500.00 |
|---|---|---|---|---|---|
| Est OT Hours: | 0.00 | Est OT cost: | 0.00 | | |
| Est DT Hours: | 0.00 | Est DT Cost: | 0.00 | Est Combined Rate: | 159.71 |
| Est Material: | 1,190.42 | Est Other: | 500.00 | Est Markup %: | 11.00 |
| Est Sub: | 0.00 | Est WBE Sub: | 0.00 | Est Straight Rate: | 159.71 |
| Est PM hours: | 8.00 | Est PM cost: | 1,277.69 | | |
| Est Truck driver hours: | 0.00 | Est Truck driver cost: | 0.00 | | |

Description Of Work:

PROVIDE 120V POWER TO (5) ROLL-UP GARAGE DOORS AND INSTALL (1) 5-20R.