# EXHBIT A-5

Job 01-148985

Customer: CB2 Builders

Contract #18.034.260000

**RECORDING REQUESTED BY:**

NAME  W. Bradley Electric, Inc.

**AND WHEN RECORDED MAIL TO:**

NAME  W. Bradley Electric, Inc.

STREET
ADDRESS  90 Hill Road

CITY, STATE
& ZIP CODE  Novato, CA 94945

---

Sacramento County
Donna Allred, Clerk/Recorder

Doc # **201903210953**

3/21/2019   12:22:34 PM
JLJ
Titles  1
Pages  3

| | |
|---|---|
| Fees | $101.00 |
| Taxes | $0.00 |
| PCOR | $0.00 |
| Paid | $101.00 |

Space above this line for Recorder's use

---

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Rancho Cordova , County of Sacramento , State of California and described as follows: 3065 Gold Camp Drive, Rancho Cordova, CA 956670 APN 072-0600-049-0000

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED,
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 36,063.76
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

Electrical upgrades for star-line bus-way

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is CB2 Builders

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas & Electric 77 Beale St. San Francisco, CA 94105
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94105

By Ralph Greenwood, CFO
(PRINT NAME)

W. Bradley Electric.   (SIGNATURE)

## VERIFICATION

I am the CFO at W. Bradley Electric, Inc. in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS: LIEN CLAIMANT)

claim of mechanic's lien and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/20/19 at 90 Hill Road, Novato, CA 94945
(DATE)   (I.E. STREET ADDRESS, CITY AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)

W. Bradley Electric, Inc.   (CLAIMANT'S SIGNATURE)

Mont and CBiz, LLC & www.TheContractorsGroup.com © 2011-2012 mechanics-lien-ca.doc (Rev. 0)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

# California Mechanic's Lien and Notice of Mechanic's Lien
# Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 03/20/19     at: Certified Mail with Return Receipt

(Date Notice Served)     (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| Owner (or Reputed) | Construction Lender (or Reputed), if any |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| (Name of Person Served) | (Name of Person Served) |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 77 Beale St. | |
| (Street) | (Street) |
| San Francisco, CA 94105 | |
| (City, State, Zip) | (City, State, Zip) |

| Direct Contractor (or Reputed) | Other, if any |
|---|---|
| CB2 Builders | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| (Name of Person Served) | (Name of Person Served) |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 505 Beach Street, Suite 210 | |
| (Street) | (Street) |
| San Francisco, CA 94133 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_(signature)_    W· Bradley Electric, Inc.

Ralph Greenwood

(Signature of person who served notice)     (Printed or typed name of signer)

CFO     W. Bradley Electric, Inc.

(Title of signer)     (Name of company that signer represents)

Signed at Novato, Marin County , California, on March 20 , 20 19

(City and/or County where signer is located when signing)     (Month and Date)     (Year)

Monk and DBug LLC & www.TheContractorsGroup.com & Client Dennis © 2011-2012 mechanics-lien-and-notice-proof-of-service-affidavit-ca.doc (free: 0) CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

Description of the affected property exactly as it is shown on the mechanic's lien form:
**3065 Gold Camp Drive, Rancho Cordova, CA 956670 APN 072-0600-049-0000**

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.**

**The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov**

Monk and DBug, LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca.doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945
Phone: (415) 898-1400
Fax: (415) 898-6533

PACIFIC GAS & ELECTRIC
77 BEAL STREET
SAN FRANCISCO, CA 94105

07/12/2018

RE: NOTICE TO OWNER OR PUBLIC ENTITY

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: PG&E RANCHO CORD. POD 31 01-148985 project, located at 3065 GOLD CAMP DRIVE, PLACERVILLE, CA 956670 .

Such labor, services, equipment or materials were contracted for by: TONY CAMPAGNA, , , who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable.The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt.We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: *Charlene Hall*
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

File #: 3592 [CA] [PRIVATE] [OWNER]
Recording Requested by and Return to:
W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945

Customer: TONY CAMPAGNA
P.O. #:
Project: PG&E RANCHO CORD. POD 31
Rec ID: CC85E8C4-28E4-40BC-8AF9-220402008070
Job #: 01-148985
Cert No.: _____

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
PACIFIC GAS & ELECTRIC
77 BEAL STREET
SAN FRANCISCO, CA 94105

>> TO DIRECT OR REPUTED CONTRACTOR
CB2 BUILDERS
505 BEACH STREET, SUITE 210
SAN FRANCISCO, CA 94133
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
N/A

Labor/Materials Information: Exhibit C

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is $151,930.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties: Subcontractor
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    TONY CAMPAGNA

5. The description of the jobsite is:
    PG&E RANCHO CORD. POD 31
    01-148985
    3065 GOLD CAMP DRIVE
    PLACERVILLE, CA 95667-0
    USA

    County of EL DORADO

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.

*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.

*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 07/12/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: *Charlene Hall*
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 07/12/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 07/12/2018.

Prepared by: *Jennifer Bernstein*
Jennifer Bernstein, Professor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PACIFIC GAS & ELECTRIC
Project: PG&E RANCHO CORD. POD 31 01-148985
Customer: TONY CAMPAGNA
Job Number: 01-148985

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

ELECTRICAL UPGRADES FOR STARLINE BUSWAY.

# EXHIBIT A-6
## Job 01-149447

Customer: Roebbelen Contracting

Contract #21-16-918

**RECORDING REQUESTED BY:**

NAME  W. Bradley Electric, Inc.

**AND WHEN RECORDED MAIL TO:**

NAME  W. Bradley Electric, Inc.

STREET
ADDRESS  90 Hill Road

CITY, STATE
& ZIP CODE  Novato, CA 94945

PLACER, County Recorder
RYAN RONCO
DOC- 2019-0017725-00
4527
FRIDAY,  MAR 22, 2019 04:01 PM
MIC    $3.00 | AUT      $3.00 | SBS      $2.00
ERD    $1.00 | SB2    $75.00 | REC     $11.00
ADD    $0.00

Ttl Pd      $95.00      Rcpt # 02764249
                                  CLKBZRK9T2/GM/1-3

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Auburn                    , County of Placer                    , State of California and described as follows: 343 Sacramento St. Auburn, CA 95603 APN 004-260-003-000

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 5,023.00
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:
Investigate and safe off (4) buildings for demo

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Roebbelen Contracting Inc

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Pacific Gas & Electric 77 Beale St. San Francisco, CA 94105
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94105

By Ralph Greenwood, CFO
(PRINT NAME)
                                    (SIGNATURE)
                        W. Bradley Electric Inc.

## VERIFICATION

I am the  CFO at W. Bradley Electric, Inc.                    in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS: LIEN CLAIMANT)

claim of mechanic's lien                    and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/20/19                    at 90 Hill Road, Novato, CA 94945
(DATE)                                          (I.E. STREET ADDRESS, CITY, AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)                          (CLAIMANT'S SIGNATURE)
                        W Bradley Electric inc

Attn. and Offer, LLD & www.TheContractorsGroup.com © 2011-2012  mechanics-lien-ca.doc. (Rev. B)
CONSULT AN ATTORNEY TO VERIFY THIS FORM IS HARMLESS FOR YOUR PURPOSE.

Case: 19-30088    Doc# 2586-3    Filed: 06/18/19    Entered: 06/18/19 15:03:00    Page 9
of 21

# California Mechanic's Lien and Notice of Mechanic's Lien Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 03/20/19     at: Certified Mail with Return Receipt

   (Date Notice Served)                               (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| Owner (or Reputed) | Construction Lender (or Reputed), if any |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 343 Sacramento Street | |
| (Street) | (Street) |
| Auburn, CA 95603 | |
| (City, State, Zip) | (City, State, Zip) |

| Direct Contractor (or Reputed) | Other, if any |
|---|---|
| Roebbelen Contracting Inc | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 1241 Hawks Flight Ct. | |
| (Street) | (Street) |
| Auburn, CA 95603 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_(signature)_    W. Bradley Electric, Inc.

(Signature of person who served notice)

CFO

(Title of signer)

Ralph Greenwood

(Printed or typed name of signer)

W. Bradley Electric, Inc.

(Name of company that signer represents)

Signed at Novato, Marin County , California, on March 20 , 20 19

(City and/or County where signer is located when signing)     (Month and Date)    (Year)

Merk and Effici, LLC & www.TheConnectionCenter.com & Diane Dennis © 2011-2012 mechanics-lien-and-notice-proof-of-service-affidavit-en.doc (Rev. 1) CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

Description of the affected property exactly as it is shown on the mechanic's lien form:
343 Sacramento St. Auburn, CA 95603 APN 004-260-003-000

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county
recorder's office of the county where the property is located, your property
is subject to the filing of a legal action seeking a court-ordered foreclosure
sale of the real property on which the lien has been recorded. That legal
action must be filed with the court no later than 90 days after the date the
mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided
labor or materials for improvements to your property and may not have
been paid for these items. You are receiving this notice because it is a
required step in filing a mechanic's lien foreclosure action against your
property.

The foreclosure action will seek a sale of your property in order to pay for
unpaid labor, materials, or improvements provided to your property. This
may affect your ability to borrow against, refinance, or sell the property
until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK
WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR
FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE
CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov

*W. Bradley Electric, Inc.*
                    *W. Bradley Electric, Inc.*
                         *90 Hill Road*
                      *Novato, CA 94945*
                    *Phone: (415) 898-1400*
                     *Fax: (415) 898-6533*

PG&E AUBURN SAC STREET
343 SACRAMENTO STREET
AUBURN, CA 95603

08/27/2018

RE: NOTICE TO OWNER OR PUBLIC ENTITY

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing
labor, services, equipment or materials of the type described on the enclosed
standard form for the work of improvement known as the: PG&E AUBURN SAC STREET
01-149447 project, located at 343 SACRAMENTO STREET, AUBURN, CA 95603 .

Such labor, services, equipment or materials were contracted for by: PATRICK
MURPHY, , , who is one of the owners, general contractors or subcontractors
of this project.

We are further required by law to notify you at this time that if bills are
not paid in full for labor, services, equipment or materials furnished, or to be
furnished, the improved property may be subject to mechanic's liens or stop
notices, or a notice to withhold funds may be filed where applicable.The enclosed
notice is not intended to reflect in any way on the integrity or credit
standing of the contractors involved in this job, but is given merely to comply
with the laws of this state. However, to fully protect yourself you may consider
(1) requiring your contractor to furnish a signed release from the person or
firm giving you this notice before making payment to your contractor, or
(2) any other method or device which is appropriate under the
circumstances to guarantee payment of this debt.We appreciate the opportunity of
furnishing our services for this job and we hope it is progressing to your
satisfaction.

Should you have any questions concerning this request, please feel free to call me
personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: _Charlene Hall_
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

File #: 3708  [CA] [PRIVATE] [OWNER]
Recording Requested by and Return to:
W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945

Customer: PATRICK MURPHY
P.O. #:
Project: PG&E AUBURN SAC STREET
Rec ID: 5527D169-9AD7-43A3-A2C1-762825173614
Job #: 01-149447
Cert No.:

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)

>> TO THE OWNER OR REPUTED OWNER
PG&E AUBURN SAC STREET
343 SACRAMENTO STREET
AUBURN, CA 95603

>> TO DIRECT OR REPUTED CONTRACTOR
ROHBBELEN CONTRACTING, INC
343 SACRAMENTO STREET
AUBURN, CA 95603
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

Labor/Materials Information: Exhibit C

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $6,120.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road .
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    PATRICK MURPHY

5. The description of the jobsite is:
    PG&E AUBURN SAC STREET
    01-149447
    343 SACRAMENTO STREET
    AUBURN, CA 95603
    USA

    County of PLACER

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE
IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR
CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS
OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR
CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE
MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS,
THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED
BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS
AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT
HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND
THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE
IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the
foregoing document and know the contents thereof; the same is true of my own knowledge. I declare
under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on
08/27/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Charlene Hall_
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served the Preliminary Notice, and any related documents, by certified or
registered mail, postage prepaid, or other certified delivery, addressed to the above named
parties, at the addresses listed above, on 08/27/2018. I declare under penalty of perjury that the
foregoing is true and correct. Executed at Novato, California on 08/27/2018.

Prepared by: _Dalfaria_
Dalia Faria, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PG&E AUBURN SAC STREET
Project: PG&E AUBURN SAC STREET 01-149447
Customer: PATRICK MURPHY
Job Number: 01-149447

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

PROVIDE LABOR ONLY TO INVESTIGATE AND SAFE OFF (4) BUILDINGS FOR DEMO BY OTHERS.

File #: 3708   [CA] [PRIVATE] [GENERAL]
Recording Requested by and Return to:
W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945

Customer: PATRICK MURPHY
 P.O. #:
Project: PG&E AUBURN SAC STREET
 Rec ID: 5527D169-9AD7-43A3-A2C1-762825173614
 Job #: 01-149447
Cert No.:

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN.   THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8128, 8200 et seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
PG&E AUBURN SAC STREET
343 SACRAMENTO STREET
AUBURN, CA 95603

>> TO DIRECT OR REPUTED CONTRACTOR
ROEBBELEN CONTRACTING, INC
343 SACRAMENTO STREET
AUBURN, CA 95603
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $6,120.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    PATRICK MURPHY

Labor/Materials Information: Exhibit C

5. The description of the jobsite is:
PG&E AUBURN SAC STREET
01-149447
343 SACRAMENTO STREET
AUBURN, CA 95603
USA

County of PLACER

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE
IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR
CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY.  FORECLOSURE OF THE LIEN MAY LEAD TO LOSS
OF ALL OR PART OF YOUR PROPERTY.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR
CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE
MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS.
THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED
BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS
AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT
HAS GIVEN YOU THIS NOTICE.  THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL.   FAILURE TO SEND
THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN.  YOU ARE NOT REQUIRED TO SEND THE NOTICE
IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant.  I have read the
foregoing document and know the contents thereof; the same is true of my own knowledge.  I declare
under penalty of perjury that the foregoing is true and correct. Executed at Novato,  California on
08/27/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by:  Charlene Hall
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served the Preliminary Notice, and any related documents,  by certified or
registered mail, postage prepaid,  or other  certified  delivery, addressed  to  the above named
parties, at the addresses listed above, on 08/27/2018. I declare under penalty of perjury  that the
foregoing is true and correct. Executed at Novato, California on 08/27/2018.

Prepared by:  Dalfaria
Dalia Faria, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PG&E AUBURN SAC STREET
Project: PG&E AUBURN SAC STREET 01-149447
Customer: PATRICK MURPHY
Job Number: 01-149447

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

PROVIDE LABOR ONLY TO INVESTIGATE AND SAFE OFF (4) BUILDINGS FOR DEMO BY OTHERS.

File #: 3708   [CA] [PRIVATE] [COPY:EST]
Recording Requested by and Return to:
W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945

Customer: PATRICK MURPHY
  P.O. #:
  Project: PG&E AUBURN SAC STREET
  Rec ID: 5527D169-9AD7-43A3-A2C1-762825173614
  Job #: 01-149447
Cert No.: _____

# CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
PG&E AUBURN SAC STREET
343 SACRAMENTO STREET
AUBURN, CA 95603

>> TO DIRECT OR REPUTED CONTRACTOR
ROEBBELEN CONTRACTING, INC
343 SACRAMENTO STREET
AUBURN, CA 95603
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

Labor/Materials Information: Exhibit C

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
       See Exhibit C
2. The estimated amount of the work provided or
to be provided is $6,120.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
       W. Bradley Electric, Inc.
       W. Bradley Electric, Inc.
       90 Hill Road
       Novato, CA 94945
       USA
       Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
       PATRICK MURPHY

5. The description of the jobsite is:
       PG&E AUBURN SAC STREET
       01-149447
       343 SACRAMENTO STREET
       AUBURN, CA 95603
       USA

       County of PLACER

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 08/27/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _____
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 08/27/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 08/27/2018.

Prepared by: _____
Dalia Faria, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PG&E AUBURN SAC STREET
Project: PG&E AUBURN SAC STREET 01-149447
Customer: PATRICK MURPHY
Job Number: 01-149447

The following is a complete list, to the best of our knowledge of all Materials or  Labor, which by agreement, were supplied or will be supplied by: W. Bradley  Electric,  Inc.W. Bradley Electric, Inc..

PROVIDE LABOR ONLY TO INVESTIGATE AND SAFE OFF (4) BUILDINGS FOR DEMO BY OTHERS.

| Generated Job Number: | 01-149447 | Division: | 01 |

| Job Name: | PGE AUBURN SAC STREET | | | Phone Number: | (408) 621-6261 |
| | 343 SACRAMENTO STREET | | | Fax Number: | |

| | AUBURN | | CA | 95603 |

| Contract Number: | NEED | Original Contract Amount: | 6,120.00 | |
| Project Manager: | DREUSER | Foreman: | TBD | Est Start Date |
| Estimator: | DREUSER | Billing Clerk: | CEATON | 8/31/2018 |

| Customer Contact: | PATRICK MURPHY | Certified Payroll | ☐ |
| Customer PO: | | Work County: | PL |
| Bill Attention To: | ACCOUNTS PAYABLE | Work State Code: | CA |
| Cross Sold By: | | Pre Lein Required: | X |
| Price Type Code: | F | Bonds Required: | NO |
| Retention %: | 0 | OCIP/CCIP: | N |

Customer Code:  46079

ROEBBELEN CONTRACTING, INC.

1241 HAWKS FLIGHT COURT

EL DORADO HILLS

CA                                95762

New Customer Code

PG&E Auburn Sac Street
343 Sacramento Street
Auburn. CA. 95603

| Est Reg Hours: | 32.00 | Est Reg Cost: | 3,766.40 | Est Equipment Rental | 0.00 |
| Est OT Hours: | 0.00 | Est OT cost: | 0.00 | | |
| Est DT Hours: | 0.00 | Est DT Cost: | 0.00 | Est Combined Rate: | 117.70 |
| Est Material: | 0.00 | Est Other: | 0.00 | Est Markup %: | 21.00 |
| Est Sub: | 0.00 | Est WBE Sub: | 0.00 | Est Straight Rate: | 117.70 |
| Est PM hours: | 8.00 | Est PM cost: | 941.60 | | |
| Est Truck driver hours: | 0.00 | Est Truck driver cost: | 0.00 | | |

Description Of Work:

PROVIDE LABOR ONLY TO INVESTIGATE AND SAFE OFF (4) BUILDINGS FOR DEMO BY OTHERS.

```
File #: 3708   [CA] [PRIVATE] [COPY:EST]          Customer: PATRICK MURPHY
Recording Requested by and Return to:              P.O. #:
W. Bradley Electric, Inc.                          Project: PG&E AUBURN SAC STREET
W. Bradley Electric, Inc.                          Rec ID: 5527D169-9AD7-43A3-A2C1-762825173614
90 Hill Road                                       Job #: 01-149447
Novato, CA 94945                                   Cert No.: _____
```

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

*(THIS IS NOT A LIEN.  THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)*

>> TO THE OWNER OR REPUTED OWNER
PG&E AUBURN SAC STREET
343 SACRAMENTO STREET
AUBURN, CA 95603

>> TO DIRECT OR REPUTED CONTRACTOR
ROEBBELEN CONTRACTING, INC
1241 HAWKS FLIGHT COURT
EL DORADO HILLS, CA 95762
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>> REPUTED LENDER, SURETY, BONDING CO.
NA

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $6,120.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    PATRICK MURPHY

Labor/Materials Information: Exhibit C

5. The description of the jobsite is:
    PG&E AUBURN SAC STREET
    01-149447
    343 SACRAMENTO STREET
    AUBURN, CA 95603
    USA

    County of PLACER

### NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.*
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.*
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL.    FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.*

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 10/11/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Charlene Hall_
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

#### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 10/11/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 10/11/2018.

Prepared by: _Ashley Davis_
Ashley Davis, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PG&E AUBURN SAC STREET
Project: PG&E AUBURN SAC STREET 01-149447
Customer: PATRICK MURPHY
Job Number: 01-149447

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: W. Bradley Electric, Inc.W. Bradley Electric, Inc..

PROVIDE LABOR ONLY TO INVESTIGATE AND SAFE OFF (4) BUILDINGS FOR DEMO BY OTHERS.