# Exhibit A

AP SERVICES, LLC
Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.
For the Period April 1, 2019 through April 30, 2019

| | | |
|---|---|---:|
| Professional Fees | $ | 4,839,060.50 |
| Less 100% Travel Fees* | | (726,190.00) |
| **Total Current Fees** | | **4,112,870.50** |
| Expenses | | 363,770.79 |
| **Total Invoice** | $ | **4,476,641.29** |

*AP Services, LLC ("APS") has engaged in discussions with the United States Trustee with regard to a reasonable amount of compensation for non-working travel. Pending the resolution of such discussions, APS has not included any non-working travel charges in this Monthly Staffing and Compensation Report. APS is, therefore, submitting this Monthly Staffing and Compensation Report at this time, without prejudice to seeking compensation for such non-working travel in a subsequent filing.