# Exhibit C

AP SERVICES, LLC
Sumary of Expenses - Pacific Gas and Electric Company, et al.
For the Period April 1, 2019 - April 30, 2019

| EXPENSE CATEGORY | 4/1/2019 - 4/30/2019 AMOUNT |
|---|---:|
| Airfare | $ 96,932.46 |
| Lodging | 210,734.47 |
| Meals | 23,465.65 |
| Ground Transportation | 32,252.11 |
| Computer Supplies / Support | 64.93 |
| Other | 140.00 |
| Postage/Messenger/Courier | 57.35 |
| Phone - Internet Access | 123.82 |
| **TOTAL EXPENSES** | **$ 363,770.79** |