# EXHIBIT B

Assisting Parties and Proposed Cure Amounts

|  | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| 1. | Alameda Municipal Power | CUEA Agreement | $0.00 |
| 2. | Alectra Utilities | Master Agreement | $0.00 |
| 3. | Allegheny Energy Inc | Master Agreement | $0.00 |
| 4. | ALLETE d/b/a Minnesota Power | Master Agreement | $100,379.00 |
| 5. | Alliant Energy - Interstate Power & Light (IPL) | Master Agreement | $0.00 |
| 6. | Alliant Energy - Wisconsin Power & Light (WPL) | Master Agreement | $0.00 |
| 7. | Alpine Natural Gas Operating Company No. 1, LLC | CUEA Agreement | $0.00 |
| 8. | AltaLink Management L.P. | WR Agreement | $0.00 |
| 9. | Ameren Corporation | Master Agreement | $0.00 |
| 10. | Ameren Illinois | AGA Agreement | $0.00 |
| 11. | Ameren Missouri | AGA Agreement | $0.00 |
| 12. | American Electric Power | Master Agreement | $0.00 |
| 13. | American Gas Association | AGA Agreement | $0.00 |
| 14. | Anza Electric Cooperative, Inc. | CUEA Agreement | $0.00 |
| 15. | Arizona Public Service Company | WR Agreement | $639,829.00 |
| 16. | ATC - American Transmission Company | Master Agreement | $0.00 |
| 17. | ATCO Gas Distribution | WR Agreement | $0.00 |
| 18. | Atlanta Gas Light | AGA Agreement | $0.00 |
| 19. | Atmos Energy Corporation | AGA Agreement | $0.00 |
| 20. | Avista Corporation | AGA Agreement<br>Master Agreement<br>WR Agreement | $577,236.00 |
| 21. | Azusa Light & Water | CUEA Agreement | $0.00 |
| 22. | BC Hydro (British Columbia) | WR Agreement | $0.00 |
| 23. | Bear Valley Electric Service | CUEA Agreement | $0.00 |
| 24. | BGE, An Exelon Company | AGA Agreement | $0.00 |
| 25. | Black Hills Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 26. | Bonneville Power Administration | WR Agreement | $0.00 |
| 27. | Burbank Water and Power | CUEA Agreement | $0.00 |
| 28. | Cascade Natural Gas Corporation | AGA Agreement<br>WR Agreement | $0.00 |
| 29. | CenterPoint Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 30. | Central Hudson Gas & Electric Corporation | AGA Agreement<br>Master Agreement | $0.00 |
| 31. | Central Lincoln People's Utility District | WR Agreement | $0.00 |
| 32. | Central Maine Power Company (Iberdrola USA) | Master Agreement | $0.00 |
| 33. | Central Vermont Public Service | Master Agreement | $0.00 |
| 34. | Chelan County Public Utility District | WR Agreement | $0.00 |
| 35. | Chesapeake Utilities Corporation | AGA Agreement | $0.00 |
| 36. | Citizens Energy Group | AGA Agreement | $0.00 |
| 37. | City of Anaheim, Public Utilities Department | CUEA Agreement | $0.00 |
| 38. | City of Colton | CUEA Agreement | $0.00 |
| 39. | City of Corpus Christi | AGA Agreement | $0.00 |
| 40. | City of Healdsburg Electric Department | CUEA Agreement | $0.00 |

| | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| 41. | City of Lodi – Lodi Electric Utility | CUEA Agreement | $0.00 |
| 42. | City of Lompoc | CUEA Agreement | $0.00 |
| 43. | City of Long Beach Gas & Oil Department | CUEA Agreement WR Agreement | $0.00 |
| 44. | City of Mesa Utilities | WR Agreement | $0.00 |
| 45. | City of Moreno Valley Electric Utility | CUEA Agreement | $0.00 |
| 46. | City of Palo Alto | CUEA Agreement | $0.00 |
| 47. | City of Pasadena Water and Power | CUEA Agreement | $0.00 |
| 48. | City of Roseville – Roseville Electric | CUEA Agreement | $598,578.00 |
| 49. | City of Shasta Lake | CUEA Agreement | $0.00 |
| 50. | City of Ukiah | CUEA Agreement | $0.00 |
| 51. | City of Vernon Public Utilities | CUEA Agreement | $0.00 |
| 52. | Clark Public Utilities | WR Agreement | $0.00 |
| 53. | Cleco Corporation | Master Agreement | $0.00 |
| 54. | Colorado Springs Utilities | AGA Agreement | $0.00 |
| 55. | Columbia Gas of Kentucky | AGA Agreement | $0.00 |
| 56. | Columbia Gas of Maryland | AGA Agreement | $0.00 |
| 57. | Columbia Gas of Massachusetts | AGA Agreement | $0.00 |
| 58. | Columbia Gas of Ohio | AGA Agreement | $0.00 |
| 59. | Columbia Gas of Pennsylvania | AGA Agreement | $0.00 |
| 60. | Columbia Gas of Virginia | AGA Agreement | $0.00 |
| 61. | Connecticut Natural Gas Corporation | AGA Agreement | $0.00 |
| 62. | Consolidated Edison Company of New York, Inc. | AGA Agreement | $0.00 |
| 63. | Consolidated Edison Inc | Master Agreement | $0.00 |
| 64. | Consolidated Edison Inc (Orange & Rockland Utilities) | Master Agreement | $0.00 |
| 65. | Consumers Energy | AGA Agreement Master Agreement | $0.00 |
| 66. | Consumers Power Inc. | WR Agreement | $241,636.00 |
| 67. | CoServ Gas | AGA Agreement | $0.00 |
| 68. | Dayton Power & Light | Master Agreement | $0.00 |
| 69. | Delmarva Power, An Exelon Company | AGA Agreement | $0.00 |
| 70. | Dominion Energy | Master Agreement WR Agreement | $0.00 |
| 71. | Dominion Energy Ohio | AGA Agreement | $0.00 |
| 72. | Dominion Energy Utah | AGA Agreement | $0.00 |
| 73. | Dominion Energy West Virginia | AGA Agreement | $0.00 |
| 74. | DTE Energy | AGA Agreement Master Agreement | $0.00 |
| 75. | DTE Gas Company | AGA Agreement | $0.00 |
| 76. | Duke Energy Corp | AGA Agreement Master Agreement | $0.00 |
| 77. | Duquesne Light Holdings | Master Agreement | $0.00 |
| 78. | Easton Utilities | AGA Agreement | $0.00 |
| 79. | El Paso Electric Company | WR Agreement | $0.00 |
| 80. | Elster Instromet, Inc. | AGA Agreement | $0.00 |
| 81. | Empire District Electric Company | Master Agreement | $0.00 |
| 82. | Enbridge Gas Inc. | AGA Agreement | $0.00 |
| 83. | ENMAX Corporation | WR Agreement | $0.00 |
| 84. | ENSTAR Natural Gas Company | AGA Agreement WR Agreement | $0.00 |
| 85. | Entergy Corporation | Master Agreement | $0.00 |
| 86. | Entergy New Orleans, LLC | AGA Agreement | $0.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| 87. | Equitable Gas Co. | AGA Agreement | $0.00 |
| 88. | Eugene Water and Electric Board | WR Agreement | $848,475.00 |
| 89. | EverSource Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 90. | Exelon Corporation (Com Ed) | Master Agreement | $0.00 |
| 91. | Exelon Corporation (PECO) | Master Agreement | $0.00 |
| 92. | FirstEnergy Corporation (Ohio Edison) | Master Agreement | $106,500.00 |
| 93. | Florida Power & Light Company | FPL Agreement | $7,431,964.00[1] |
| 94. | Florida Public Utilities | AGA Agreement<br>Master Agreement | $0.00 |
| 95. | FortisAlberta | WR Agreement | $0.00 |
| 96. | FortisBC | WR Agreement | $0.00 |
| 97. | FPL Group Inc | Master Agreement | $0.00 |
| 98. | Gainesville Regional Utilities | AGA Agreement | $0.00 |
| 99. | Glendale Water and Power | CUEA Agreement | $0.00 |
| 100. | Great Plains Energy Inc (KCP&L) | Master Agreement | $0.00 |
| 101. | Green Mountain Power | Master Agreement | $0.00 |
| 102. | Greenville Utilities | AGA Agreement | $0.00 |
| 103. | Hawaii Gas | WR Agreement | $0.00 |
| 104. | Hawaiian Electric Company, Inc. | AGA Agreement<br>WR Agreement<br>Master Agreement | $1,595,683.00 |
| 105. | HearthStone Utilities, Inc. | AGA Agreement | $0.00 |
| 106. | Heath Consultants Incorporated | AGA Agreement | $0.00 |
| 107. | Honeywell Smart Energy Gas Americas | AGA Agreement | $0.00 |
| 108. | Hydro-One Inc. | Master Agreement | $1,182,861.00 |
| 109. | Idaho Power Company | WR Agreement | $0.00 |
| 110. | Imperial Irrigation District | CUEA Agreement | $1,453,570.00 |
| 111. | Indianapolis Power & Light Co | Master Agreement | $0.00 |
| 112. | InfraSource | AGA Agreement | $0.00 |
| 113. | Intermountain Gas Company | AGA Agreement<br>WR Agreement | $0.00 |
| 114. | ITC Holdings Corporation | Master Agreement | $0.00 |
| 115. | Itron, Inc. | AGA Agreement | $0.00 |
| 116. | Kansas Gas Service | AGA Agreement | $0.00 |
| 117. | Kauai Island Utility Cooperative | WR Agreement | $0.00 |
| 118. | Kentucky Utilities Company (LGE - KU Energy) | Master Agreement | $0.00 |
| 119. | KeySpan Corporation | Master Agreement | $0.00 |
| 120. | Lassen Municipal Utility District | CUEA Agreement | $0.00 |
| 121. | Lathrop Irrigation District | CUEA Agreement | $0.00 |
| 122. | LG&E-KU, PPL Companies | AGA Agreement | $0.00 |
| 123. | Liberty Utilities | AGA Agreement<br>CUEA Agreement<br>Master Agreement<br>WR Agreement | $76,045.00 |
| 124. | Los Angeles Department of Water and Power | CUEA Agreement | $0.00 |

---

[1] $27,377.31 of the Outstanding MAA Obligations owed to Florida Power & Light Company ("**FPL**") by the Utility is subject to ongoing review and reconciliation by the Utility (the "**Disputed Amounts**"). In the event the Utility determines it is not liable for part or all of the Disputed Amounts under the FPL Agreement, it will not pay such amounts to FPL.

| | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| | | WR Agreement | |
| 125. | Louisville Gas & Electric Company (LG&E) | Master Agreement | $0.00 |
| 126. | Lower Valley Energy Inc. | WR Agreement | $193,045.00 |
| 127. | Madison Gas & Electric | Master Agreement | $0.00 |
| 128. | Mears Group, Inc. | AGA Agreement | $0.00 |
| 129. | MidAmerican Energy Company | AGA Agreement<br>Master Agreement | $0.00 |
| 130. | MidWest Energy, Inc. | Master Agreement | $0.00 |
| 131. | Modesto Irrigation District | CUEA Agreement | $0.00 |
| 132. | Montana-Dakota Utilities Co. | AGA Agreement | $0.00 |
| 133. | Mt. Carmel Public Utility Co. | Master Agreement | $0.00 |
| 134. | National Fuel Gas Distribution Corporation | AGA Agreement | $0.00 |
| 135. | National Grid | AGA Agreement<br>Master Agreement | $0.00 |
| 136. | Nebraska Public Power District | Master Agreement | $0.00 |
| 137. | Nevada Power | WR Agreement | $0.00 |
| 138. | New Jersey Natural Gas Company | AGA Agreement | $0.00 |
| 139. | New Mexico Gas Company | AGA Agreement | $0.00 |
| 140. | New York State Electric & Gas Corporation | AGA Agreement | $0.00 |
| 141. | NIPSCO | AGA Agreement | $0.00 |
| 142. | Northeast Utilities (Eversource Energy) | Master Agreement | $0.00 |
| 143. | Northern California Power Agency | CUEA Agreement | $0.00 |
| 144. | Northern Indiana Public Service Company (NIPSCO) | Master Agreement | $0.00 |
| 145. | Northern Natural Gas Company | AGA Agreement | $0.00 |
| 146. | Northern Wasco PUD | WR Agreement | $0.00 |
| 147. | NorthWestern Energy | Master Agreement<br>WR Agreement | $0.00 |
| 148. | NPL Construction Co. | AGA Agreement | $0.00 |
| 149. | NSTAR | Master Agreement | $0.00 |
| 150. | NV Energy | Master Agreement<br>WR Agreement | $0.00 |
| 151. | NW Natural | AGA Agreement<br>WR Agreement | $0.00 |
| 152. | NYSEG - New York State Electric & Gas (Iberdrola USA) | Master Agreement | $0.00 |
| 153. | OGE Energy | Master Agreement | $0.00 |
| 154. | Oklahoma Natural Gas | AGA Agreement | $0.00 |
| 155. | Omaha Public Power District (OPPD) | Master Agreement | $0.00 |
| 156. | ONCOR Electric Delivery Company LLC | Master Agreement | $3,603,953.00 |
| 157. | ONE Gas, Inc. | AGA Agreement | $0.00 |
| 158. | Orange & Rockland Utilities, Inc. | AGA Agreement | $0.00 |
| 159. | Otter Tail Power Company | Master Agreement | $0.00 |
| 160. | Pacific Power, a division of PacifiCorp | CUEA Agreement<br>Master Agreement<br>WR Agreement | $0.00 |
| 161. | Paiute Pipeline Company | WR Agreement | $0.00 |
| 162. | PECO, An Exelon Company | AGA Agreement | $0.00 |
| 163. | Peoples Natural Gas | AGA Agreement | $0.00 |
| 164. | Pepco Holdings Inc | Master Agreement | $0.00 |
| 165. | Philadelphia Gas Works | AGA Agreement | $0.00 |
| 166. | Pittsburg Power Company dba Island Energy | CUEA Agreement | $0.00 |
| 167. | Plumas-Sierra Rural Electric | CUEA Agreement | $415,094.00 |
| 168. | PNM Resources Inc | Master Agreement | $0.00 |

| | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| 169. | Portland General Electric | Master Agreement<br>WR Agreement | $31,497.00 |
| 170. | PPL Corporation | Master Agreement | $0.00 |
| 171. | Progress Energy Inc. | Master Agreement | $0.00 |
| 172. | PSEG Long Island | Master Agreement | $0.00 |
| 173. | Public Service Company of New Mexico (PNM) | WR Agreement | $1,430,381.00 |
| 174. | Public Service Electric and Gas Company | AGA Agreement | $0.00 |
| 175. | Public Service Enterprise Group Inc. | Master Agreement | $0.00 |
| 176. | Public Utility District of Snohomish County | WR Agreement | $1,304,757.00 |
| 177. | Puget Sound Energy | AGA Agreement<br>Master Agreement<br>WR Agreement | $0.00 |
| 178. | Rancho Cucamonga Municipal Utility | CUEA Agreement | $0.00 |
| 179. | Redding Electric Utility | CUEA Agreement | $0.00 |
| 180. | Riverside Public Utilities | CUEA Agreement | $0.00 |
| 181. | Roanoke Gas Company | AGA Agreement | $0.00 |
| 182. | Rochester Gas and Electric Corporation (Iberdrola USA) | AGA Agreement<br>Master Agreement | $0.00 |
| 183. | Rocky Mountain Power, a division of PacifiCorp | Master Agreement<br>WR Agreement | $0.00 |
| 184. | Sacramento Municipal Utility District | CUEA Agreement<br>WR Agreement | $0.00 |
| 185. | Saint John Energy | Master Agreement | $0.00 |
| 186. | Salem Electric | WR Agreement | $0.00 |
| 187. | Salt River Project Agricultural Improvement and Power District | WR Agreement | $0.00 |
| 188. | San Diego Gas & Electric Company | AGA Agreement<br>CUEA Agreement<br>Master Agreement<br>WR Agreement | $1,797,026.00 |
| 189. | San Francisco Public Utility Commission | CUEA Agreement | $0.00 |
| 190. | Seattle City Light | WR Agreement | $500,411.00 |
| 191. | SEMCO Energy Gas Company | AGA Agreement | $0.00 |
| 192. | Sensit Technologies | AGA Agreement | $0.00 |
| 193. | Silicon Valley Power, Electric (City of Santa Clara) | CUEA Agreement | $0.00 |
| 194. | South Carolina Electric & Gas | Master Agreement | $0.00 |
| 195. | South Jersey Gas Company | AGA Agreement | $0.00 |
| 196. | Southern California Edison | CUEA Agreement<br>Master Agreement<br>WR Agreement | $2,794,242.00 |
| 197. | Southern California Gas Company | AGA Agreement<br>CUEA Agreement<br>WR Agreement | $0.00 |
| 198. | Southern Company (Alabama Power) | Master Agreement | $0.00 |
| 199. | Southern Company (Georgia Power) | Master Agreement | $44,812.00 |
| 200. | Southern Company (Gulf Power) | Master Agreement | $0.00 |
| 201. | Southern Company (Mississippi Power) | Master Agreement | $0.00 |
| 202. | Southern Company Gas | AGA Agreement | $0.00 |
| 203. | Southwest Gas Corporation | AGA Agreement<br>CUEA Agreement<br>WR Agreement | $0.00 |
| 204. | Spire Inc. | AGA Agreement | $0.00 |
| 205. | Springfield Utility Board | WR Agreement | $0.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Assisting Party | Mutual Assistance Agreement | Proposed Cure Amount |
|---|---|---|---|
| 206. | Susquehanna Technologies | AGA Agreement | $0.00 |
| 207. | Tacoma Power | WR Agreement | $0.00 |
| 208. | Tampa Electric Company (TECO Energy Inc) | Master Agreement | $0.00 |
| 209. | TECO Peoples Gas, an Emera Co. | AGA Agreement | $0.00 |
| 210. | Texas Gas Service | AGA Agreement | $0.00 |
| 211. | The Energy Cooperative | AGA Agreement | $0.00 |
| 212. | Tillamook PUD | WR Agreement | $698,507.00 |
| 213. | Trinity County Public Utilities District | TCPUD Agreement | $0.00 |
| 214. | Tri-State G&T Assoc., Inc. | WR Agreement | $777,102.00 |
| 215. | Truckee Donner Public Utility District | CUEA Agreement<br>WR Agreement | $0.00 |
| 216. | Tucson Electric Power | WR Agreement | $0.00 |
| 217. | Turlock Irrigation District | CUEA Agreement | $0.00 |
| 218. | UGI Utilities | AGA Agreement<br>Master Agreement | $0.00 |
| 219. | Underground Construction Co., Inc. | AGA Agreement | $0.00 |
| 220. | Union Gas, An Enbridge Company | AGA Agreement | $0.00 |
| 221. | UniSource Energy Services | AGA Agreement<br>WR Agreement | $0.00 |
| 222. | Unitil | AGA Agreement<br>Master Agreement | $0.00 |
| 223. | Upper Peninsula Power Company | Master Agreement | $0.00 |
| 224. | Valley Energy, Inc. | AGA Agreement | $0.00 |
| 225. | Vectren Corporation | AGA Agreement<br>Master Agreement | $0.00 |
| 226. | Vectren Energy Corporation | AGA Agreement | $0.00 |
| 227. | Vermont Gas Systems, Inc. | AGA Agreement | $0.00 |
| 228. | Washington Gas Light Company | AGA Agreement | $0.00 |
| 229. | We Energies | AGA Agreement<br>Master Agreement | $0.00 |
| 230. | WEC Energy Group | AGA Agreement | $0.00 |
| 231. | Westar Energy | Master Agreement | $0.00 |
| 232. | Western Area Power Administration | CUEA Agreement | $0.00 |
| 233. | Westfield Gas & Electric Department | AGA Agreement | $0.00 |
| 234. | Wisconsin Public Service Corporation | Master Agreement | $0.00 |
| 235. | Xcel Energy | AGA Agreement<br>Master Agreement | $0.00 |