# EXHIBIT A

**Retention Check List**

| | | |
|---|---|---|
| 1 | • | Debtors |
| 2 | • | Debtors' Trade Names and Aliases (up to 8 years) |
| 3 | • | Affiliates and Subsidiaries |
| 4 | • | Bank Accounts |
| 5 | • | Bankruptcy Judges & Staff Northern District of California |
| 6 | • | Current Officers and Directors |
| 7 | • | Term and Revolving Loan Lenders and Administrative Agents |
| 8 | • | Contract Counterparties (includes PPAs, patents and IP) |
| 9 | • | DIP Lenders |
| 10 | • | Debtors Professionals (law firms, accountants and other professionals) |
| 11 | • | Former Officers and Directors (since 2008) |
| 12 | • | Affiliations of Former Officers |
| 13 | • | Affiliations of Former Directors |
| 14 | • | Insurance/Insurance Provider/Surety Bonds |
| 15 | • | Surety Bonds |
| 16 | • | Landlords and Parties to Leases |
| 17 | • | Lenders (other lenders) |
| 18 | • | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation |
| 19 | • | Litigation Parties (in Adversary Proceeding 19-03003) |
| 20 | • | Ad Hoc Committee of Unsecured Tort Claimant Creditors |
| 21 | • | Non-Debtors Professionals |
| 22 | • | Ordinary Course Professionals |
| 23 | • | Letters of Credit |
| 24 | • | DIP Lenders |
| 25 | • | Regulatory and Government (Federal, State and Local) |
| 26 | • | Significant Competitors |
| 27 | • | Significant Shareholders (more than 5% of equity) |
| 28 | • | Significant Holders of Voting Securities |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
- Top Unsecured Creditors
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties/Notice of Appearance Parties

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119