**EXHIBIT B**[1]

---

[1] The party names reflected in the conflicts check list that was provided to this proposed special counsel Coblentz, Patch, Duffy & Bass LLP ("Coblentz") in order to prepare this Exhibit sometimes appeared to be imprecise or overbroad. By designating any person or party as a client, former client, or other designation in this Exhibit, Coblentz does not intend to create a former or current attorney-client relationship with any person or party that was not, or is not, an actual former or current client of Coblentz, and no such attorney-client relationship shall be created hereby.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| PG&E Corporation | Debtor | Current Client |
| Pacific Gas and Electric Company | Debtor | Current Client |
| PG&E Energy Services | Debtors/Affiliates/Subsidiaries | Former Client |
| PG&E Enterprises | Debtors/Affiliates/Subsidiaries | Former Client |
| PG&E Generating Company | Debtors/Affiliates/Subsidiaries | Former Client |
| PG&E Employees Association Parent Organization | Debtors/Affiliates/Subsidiaries | Former Client |
| PG&E Telecom, LLC | Debtors/Affiliates/Subsidiaries | Former Client |
| AEGIS Financial Corporation | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Allianz Global Corporate & Specialty SE (PDW) | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Arch Insurance Company (Europe) Limited | Insurance / Insurance Provider / Surety Bonds | Potentially Adverse to Current Client |
| American All Risk Insurance Services | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Great American Insurance Group | Insurance / Insurance Provider / Surety Bonds | Former Client and Potential Current Client |
| Kaiser Foundation Health Plan | Insurance / Insurance Provider / Surety Bonds | Current Client |
| Safeco Insurance Company of America | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Bank of America, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Current Client and Affiliate or Subsidiary of Current Client |
| Bank of New York Mellon | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| BNP Paribas | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Citibank, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Former Client; Affiliate or Subsidiary of Former Client |
| Fidelity Management Trust Company | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Former Client |
| Goldman, Sachs & Co. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Former Client |
| JP Morgan Chase Bank | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Former Client |
| Merrill Lynch | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Former Client; Affiliate or Subsidiary of Former Client; |
| Royal Bank of Canada | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Former Client |
| Royal Bank of Scotland | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Current Client |
| U.S. Bank, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Former Client; Affiliate or Subsidiary of Current Client |
| Union Bank of California | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Current Client; Affiliate or Subsidiary of Current Client |
| Wachovia Corporate Services, Inc. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Former Client |
| Wells Fargo Bank, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Morgan Stanley Bank, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Current Client; Former Client |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents | Affiliate or Subsidiary of Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Judge Dennis Montali | Bankruptcy Judges & Staff Northern District of California | Apparently Connected to a Former Coblentz Matter for "SJP Mediations" that was closed in 1998 |
| KPMG | Debtors Professionals (law firms, accountants and other professionals) | Former Client |
| Lazard Freres & Co. LLC | Debtors Professionals (law firms, accountants and other professionals) | Former Client |
| PriceWaterhouseCoopers | Debtors Professionals (law firms, accountants and other professionals) | Current Client |
| Weil, Gotshal & Manges LLP | Debtors Professionals (law firms, accountants and other professionals) | Former Client |
| Thomas Bottorff | Former Officers and Directors | Current Client in matter related to Debtors. The Utility is third party payor in this matter. |
| John Higgins | Former Officers and Directors | Current Client in matter related to Debtors. The Utility is third party payor in this matter. |
| John Conway | Former Officers and Directors | Former Client |
| David Coulter | Former Officers and Directors | Former Client |
| Mark S. Johnson | Former Officers and Directors | Former Client |
| ABM Industries Incorporated | Affiliations of Former Directors | Former Client; Affiliate or Subsidiary of Former Client |
| American Red Cross – Bay Area Chapter | Affiliations of Former Directors | Affiliate or Subsidiary of Former Client |
| Associated Electric & Gas Insurance Services Limited (AEGIS) | Affiliations of Former Directors | Affiliate or Subsidiary of Former Client |
| Bay Area Council | Affiliations of Former Directors | Former Client |
| California Academy of Sciences | Affiliations of Former Directors | Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Exploratorium | Affiliations of Former Directors | Current Client |
| Ford Motor Company | Affiliations of Former Directors | Former Client |
| San Francisco Ballet | Affiliations of Former Directors | Affiliate or Subsidiary of Current Client |
| San Francisco Museum of Modern Art | Affiliations of Former Directors | Current Client |
| ABB Inc. | Vendors/Suppliers | Former Client |
| Alco Iron & Metal Company | Vendors/Suppliers | Current Client |
| All-Cal Equipment Services, Inc. | Vendors/Suppliers | Former Client |
| Baker Hughes US Land | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| CTS Resources LLC | Vendors/Suppliers | Former Client |
| E E Gilbert Construction Inc. | Vendors/Suppliers | Former Client |
| Envirocal Inc. | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| General Electric International Inc. | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| George Moore Service Inc. | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| Giampolinio & Co. Inc. | Vendors/Suppliers | Former Client; Affiliate or Subsidiary of Former Client |
| ICF Consulting Group, Inc. | Vendors/Suppliers | Former Client |
| John Jackson Masonry | Vendors/Suppliers | Former Client |
| Kiewit Power | Vendors/Suppliers | Former Client |
| LCS Restoration Services, LLC | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Plant Construction Company, L.P. | Vendors/Suppliers | Former Client |
| United California Glass & Door | Vendors/Suppliers | Current Client; Affiliate or Subsidiary of Current Client |
| UTEC Constructors Corporation | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| Waste Management National Services Inc. | Vendors/Suppliers | Former Client; Affiliate or Subsidiary of Former Client |
| Western Properties Trust | Vendors/Suppliers | Former Client |
| AAA Northern California Nevada & Utah Insurance Exchange | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| AIG Property Casualty Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Andrew Smith | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Shannon Baird-Martin | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Barbara Kramer | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Berkshire Hathaway Amguard Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Chris Griffith | Litigation Counterparties/Litigation Pending Lawsuits | Former Employee (Christine Griffith) |
| Chris Smith | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Christopher David Jones | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Christopher Howard | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Cincinnati Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| CSAA Fire & Casualty Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Dave Turner | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| David Crane | Litigation Counterparties/Litigation Pending Lawsuits | Former Client; Affiliate of Former Client |
| David Robert Fisher | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Elizabeth Davis-Joyce | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Denise Quinn | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Dennis Hughes | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Donna Brown | Litigation Counterparties/Litigation Pending Lawsuits | Current Client; Affiliate of Current Client |
| Dr. Bradley Smith | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Edward Johnson | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Fidelity and Guaranty Insurance Underwriters Inc. | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Current Client |
| Fireman's Fund Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Great American Alliance Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Current Client |
| Kerry David Harris | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Housing Alternatives, Inc. | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Douglas Keith Hughes, Jr. | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| James Powell | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| James Seth Roberts | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Jeffery Smith | Litigation Counterparties/Litigation Pending Lawsuits | Former Client; Affiliate of Former Client |
| Jim Porter | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| John Foster | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| John Jenkins | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| John Williams | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client; Affiliate of Current Client |
| Johnny Smith | Litigation Counterparties/Litigation Pending Lawsuits | Former Client; Affiliate of Former Client |
| Packet David Johnson, Administrator for the Estate of Brian J. Johnson | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Karen Brown | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Karen Lee | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Katherine Joan Taylor | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Kemper Independence Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Kenneth Smith | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Lawrence Brown | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Liberty Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Current Client |
| Linda Knowles | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Mark Hansen | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Mark Williams | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Nadine Aderhold Martin, Individually and Trustee of the Martin Family Trust | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Mary Sharon Saunders | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Michelle Lee McMillan | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Metropolitan Property and Casualty Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Michael Brown | Litigation Counterparties/Litigation Pending Lawsuits | Current Client; Affiliate of Former Client |
| Michael Hill | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Michael Miller | Litigation Counterparties/Litigation Pending Lawsuits | Former Client; Affiliate of Former Client |
| Michael Moore | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Michael Ryany | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Michael Wood | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate y of Former Client |
| Michelle Rae Wilson | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Mike Kelly | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Gary Lee Miller | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| John Cody Moore | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Scott Mullen | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Nancy Owens | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| National Union Fire Insurance Company of Pittsburgh, PA | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Pacific Bell Telephone Company | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Pamela Cox | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Paul Farsai | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Robert Brown | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Robert Collier | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Robert Miller | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Robert Simmons | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Robert Taylor | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Robert Williams | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Safeco Insurance Company of Illinois | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Sarah Garcia | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Robert Scott | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Gerald (Larry) Smith | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Kimberly Ann Smith | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Scott Ryan Smith | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Sonoma County Agricultural Preservation and Open Space District | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Current Client |
| St Paul Fire and Marine | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Stephani Thompson | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Steve Matthews | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Steve Wilson | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| Steven Lee | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Susan Smith | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Thomas Bernard Oliver | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Thomas Frank | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| James A. Thompson | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Those Certain Underwriters Subscribing to Policy No. Buhv02036 as Subrogee of Paul Machle, Kathleen Jordan, James Cummings, and Julia Jordan | Litigation Counterparties/Litigation Pending Lawsuits | Former Client (James Cummings) |
| Those Certain Underwriters Subscribing to Policy No. Rpsf56389 as Subrogee of Debora Davis | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate or Subsidiary of Former Client |
| Tommy D. Barrett | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Travelers Insurance Company of America | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Michael Doug Wenger | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| Peggy Lee Wilcox | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| William (Bill) Leonard Craig | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| William Butler | Litigation Counterparties/Litigation Pending Lawsuits | Current Client; Affiliate of Current Client |
| William Flores | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Former Client |
| William Lee | Litigation Counterparties/Litigation Pending Lawsuits | One Former Client; One Current Client |
| William Martin | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| William Moore | Litigation Counterparties/Litigation Pending Lawsuits | Former Client; Affiliate of Former Client |
| Richard Allen Williams | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Hing Chung Alexander Wong | Litigation Counterparties/Litigation Pending Lawsuits | Affiliate of Current Client |
| David Young | Litigation Counterparties/Litigation Pending Lawsuits | Former Client |
| Consolidated Edison Development, Inc. | Litigation Parties (in adversary 19-030003) | Current Client |
| Mary Bauer | Litigation Parties (in adversary 19-030003) | Affiliate of Current Client |
| Michelle Aguilar | Litigation Parties (in adversary 19-030003) | Former Client |
| Tanforan Industrial Park, LLC | Litigation Parties (in adversary 19-030003) | Former Client |
| Ghost Ship Warehouse Plaintiffs | Litigation Parties (in adversary 19-030003) | Adverse to Current Client City of Oakland In Ghost Ship Litigation |
| Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Interested Parties/Notice of Appearance Parties | Former Client |
| International Business Machines Corp. | Interested Parties/Notice of Appearance Parties | Former Client |
| Open Space District | Interested Parties/Notice of Appearance Parties | Former and Current Clients Contain the "Open Space District" Name |
| Pryor Cashman LLP | Interested Parties/Notice of Appearance Parties | Current Client |
| The Baupost Group, L.L.C. | Interested Parties/Notice of Appearance Parties | Current Client; Affiliate or Subsidiary of Former Client |
| Assurant Entities | Interested Parties/Notice of Appearance Parties | Affiliate or Subsidiary of Former Client |
| Cathy Dorrance | Interested Parties/Notice of Appearance Parties | Former Client |
| Dignity Health | Interested Parties/Notice of Appearance Parties | Affiliate or Subsidiary of Former Client |
| Mark Pulido | Interested Parties/Notice of Appearance Parties | Affiliate of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| National General Entities | Interested Parties/Notice of Appearance Parties | Affiliate or Subsidiary of Former Client |
| Sutter Insurance Company | Interested Parties/Notice of Appearance Parties | Affiliate or Subsidiary of Current Client |
| Travelers Insurance | Interested Parties/Notice of Appearance Parties | Former Client |
| BOKF, NA | Interested Parties/Notice of Appearance Parties | Current Client |
| Ampco/National 1 | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Former Client |
| Apex Greenworks LLC | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Current Client |
| Berkshire Hathaway Energy Renewables | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Cargill Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| Chevron Products Company | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Chevron USA, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Coram California Development, L.P. | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Current Client |
| Fayette Manufacturing Corp. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| First Solar, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Current Client |
| Global Ampersand, LLC | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| Google Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Current Client |
| Landmark | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Affiliate or Subsidiary of Current Client |
| Lehman Brothers Commodity Services | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
| --- | --- | --- |
| Macquarie Futures, LLC | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Current Client |
| NRG Energy, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client; Affiliate of Adverse Party in Current Matter for Current Client |
| Oakland YMCA | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Affiliate of Former Client |
| Original Sixteen to One Mine, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| Pattern Energy | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Current Client |
| Real Goods Trading Corp. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| Shell Energy | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Strategic Energy LLC | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Current Client |
| Texaco Exploration & Production, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| The Regents of the University of California | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client; Affiliate of Current Client; Affiliate of Former Client |
| U.S. Windpower 14 | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| UBS AG (Switzerland) | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Current Client |
| University of California, San Francisco | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| United Airlines (Cogen) | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Former Client |
| United Energy | Contract Counterparties (includes PPAs, Patents, and IP) | Potential Affiliate or Subsidiary of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Vista Corporation | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| VPI Enterprises, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Waste Management, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Former Client |
| Wheelabrator Shasta Energy, Inc. | Contract Counterparties (includes PPAs, Patents, and IP) | Affiliate or Subsidiary of Former Client |
| Akins | Landlords and Parties to Leases | Potential Former Client |
| Gary Anderson | Landlords and Parties to Leases | Potential Affiliate or Subsidiary of Former Client |
| Anne Benson/W. Brown | Landlords and Parties to Leases | Potential Former Client |
| Maria Arias | Landlords and Parties to Leases | Allied or Affiliate of Former Client |
| AT&T Corp. – Lease Administration | Landlords and Parties to Leases | Affiliate or Subsidiary of Former Client |
| Avery | Landlords and Parties to Leases | Potential Client; Potential Former Client |
| Batson | Landlords and Parties to Leases | Potential Affiliate of Former Client |
| Frank Hoffman | Landlords and Parties to Leases | Client |
| Behring | Landlords and Parties to Leases | Potential Former Client |
| Benton | Landlords and Parties to Leases | Potential Former Client |
| Bertrand | Landlords and Parties to Leases | Potential Former Client |
| Breen | Landlords and Parties to Leases | Potential Current Client |
| David M. Brown | Landlords and Parties to Leases | Potential Affiliate of Current Client |
| John K. Brown | Landlords and Parties to Leases | Potential Former Client |
| William Burrows | Landlords and Parties to Leases | Potential Former Client |
| Carpenter | Landlords and Parties to Leases | Potential Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Chapin | Landlords and Parties to Leases | Potential Former Client |
| Donald Chase | Landlords and Parties to Leases | Former Client |
| Chrysler | Landlords and Parties to Leases | Former Client |
| Crocker | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate or Subsidiary of Current Client |
| Currier | Landlords and Parties to Leases | Potential Affiliate or Subsidiary of Current Client |
| Curry | Landlords and Parties to Leases | Potential Current Client |
| David Anderson | Landlords and Parties to Leases | Potential Former Client |
| David Williams | Landlords and Parties to Leases | Potential Former Client |
| Jeani C. Delagardelle | Landlords and Parties to Leases | Current Client |
| Cline Cellars | Landlords and Parties to Leases | Affiliate or Subsidiary of Former Client |
| Christopher Cole | Landlords and Parties to Leases | Potential Former Client |
| Dorman | Landlords and Parties to Leases | Potential Former Client |
| Dorothy Morse | Landlords and Parties to Leases | Potential Current Client |
| Doyle | Landlords and Parties to Leases | Potential Affiliate or Subsidiary of Client |
| Ewing | Landlords and Parties to Leases | Potential Current Client |
| Fall River Ranch | Landlords and Parties to Leases | Current Client |
| Ryan Farr | Landlords and Parties to Leases | Current Client |
| Farrell | Landlords and Parties to Leases | Potential Affiliate or Subsidiary of Former Client |
| Gaines | Landlords and Parties to Leases | Potential Affiliate of Former Client |
| Steven Kent | Landlords and Parties to Leases | Potential Affiliate of Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Thomas Green | Landlords and Parties to Leases | Potential Affiliate of Former Client |
| Gregory McCandless | Landlords and Parties to Leases | Current Client |
| Grosvenor Properties, Ltd. | Landlords and Parties to Leases | Current Client; Affiliate or Subsidiary of Current Client |
| Hartman | Landlords and Parties to Leases | Potential Current Client; Potential Former Client |
| Hicks | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Current Client |
| Hodges | Landlords and Parties to Leases | Potential Former Client |
| Hood | Landlords and Parties to Leases | Potential Former Client |
| Houston | Landlords and Parties to Leases | Potential Former Client |
| Howe | Landlords and Parties to Leases | Potential Affiliate of Former Client; Potential Former Client |
| Imhoff | Landlords and Parties to Leases | Potential Current Client |
| Ireland | Landlords and Parties to Leases | Potential Current Client; Potential Affiliate of Current Client |
| Jackson Street LLC | Landlords and Parties to Leases | Potential Affiliate or Subsidiary of Current Client |
| Jacuzzi | Landlords and Parties to Leases | Potential Former Client |
| Jan Jennings | Landlords and Parties to Leases | Potential Current Client |
| Sprint | Landlords and Parties to Leases | Affiliate of Former Client |
| Jim Meyer | Landlords and Parties to Leases | Potential Former Client |
| Kaiser | Landlords and Parties to Leases | Current Client; Affiliate or Subsidiary of Current Client |
| Poletti Realty | Landlords and Parties to Leases | Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Kruse | Landlords and Parties to Leases | Potential Affiliate of Current Client |
| Larry Smith | Landlords and Parties to Leases | Potential Former Client |
| Larson | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Current and Former Clients |
| Lebaron | Landlords and Parties to Leases | Potential Former Client |
| William Lee | Landlords and Parties to Leases | Potential Former Client; Potential Current Client |
| Lieberman | Landlords and Parties to Leases | Potential Current Client; Potential Former Client; Potential Affiliate of Former Client |
| Little | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Former Client |
| Luna | Landlords and Parties to Leases | Potential Former Client |
| Mark Johnson | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Former Client |
| Mark Miller | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Former Client |
| Mary Conway | Landlords and Parties to Leases | Former Client |
| MCI Telecommunications | Landlords and Parties to Leases | Former Client; Allied With or Subsidiary of Current Client |
| McKenna | Landlords and Parties to Leases | Potential Affiliate of Current Client; Potential Affiliate of Former Client |
| McNeil | Landlords and Parties to Leases | Potential Former Client |
| McNeill | Landlords and Parties to Leases | Potential Former Client |
| Mike Miller | Landlords and Parties to Leases | Potential Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Monroe | Landlords and Parties to Leases | Potential Affiliate of Current and Former Clients |
| James Moore | Landlords and Parties to Leases | Potential Former Client |
| Roberta Newman | Landlords and Parties to Leases | Potential Former Client |
| O'Neill | Landlords and Parties to Leases | Potential Client; Potential Former Client; Potential Affiliate of Former Client |
| Pabst | Landlords and Parties to Leases | Potential Former Client |
| Peters | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Current and Former Clients |
| Petersen | Landlords and Parties to Leases | Potential Client; Potential Affiliate of Client; Potential Affiliate of Former Client |
| Pollak | Landlords and Parties to Leases | Potential Client; Potential Former Client |
| Potter | Landlords and Parties to Leases | Potential Client; Potential Former Client |
| John Price | Landlords and Parties to Leases | Potential Former Client |
| Prologis LP | Landlords and Parties to Leases | Current Client |
| Promontory San Luis Obispo | Landlords and Parties to Leases | Potential Client or Client Affiliate |
| Pyle | Landlords and Parties to Leases | Potential Former Client; Potential Affiliate of Current Client |
| Quackenbush | Landlords and Parties to Leases | Potential Affiliate of Client |
| Reynolds | Landlords and Parties to Leases | Potential Current Client; Potential Former Client |
| Rice | Landlords and Parties to Leases | Potential Current Client; Potential Former Clients |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Warren Riley | Landlords and Parties to Leases | Potential Former Client |
| Robert Berry | Landlords and Parties to Leases | Potential Former Client |
| Robert Roth | Landlords and Parties to Leases | Potential Former Client |
| Leslie Rose | Landlords and Parties to Leases | Potential Current Client |
| Savage | Landlords and Parties to Leases | Potential Client Affiliate |
| Schaeffer | Landlords and Parties to Leases | Potential Current Client; Potential Former Client |
| Schultz | Landlords and Parties to Leases | Potential Current Client; Potential Former Client |
| Sears | Landlords and Parties to Leases | Potential Former Client |
| James Smith | Landlords and Parties to Leases | Potential Former Client |
| James C. Smith | Landlords and Parties to Leases | Potential Former Client |
| Springer | Landlords and Parties to Leases | Potential Current Client; Potential Former Client |
| State of California Department of Justice | Landlords and Parties to Leases | Former Client |
| State of California | Landlords and Parties to Leases | Affiliate of Former Client |
| Stephenson | Landlords and Parties to Leases | Potential Former Client |
| Stoneridge Westbridge Shopping Center LLC | Landlords and Parties to Leases | Former Client |
| Potter-Taylor & Co. | Landlords and Parties to Leases | Affiliate or Subsidiary of Former Client |
| Sunset Building Company LLC | Landlords and Parties to Leases | Affiliate or Subsidiary of Current Client |
| Thomas Sullivan | Landlords and Parties to Leases | Potential Current Client |
| Thomas Clark | Landlords and Parties to Leases | Potential Former Client |
| William E. Thompson | Landlords and Parties to Leases | Potential Former Client |
| T-Mobile | Landlords and Parties to Leases | Former Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Tom Armstrong | Landlords and Parties to Leases | Potential Affiliate of Former Client |
| Tom Goss | Landlords and Parties to Leases | Potential Former Client |
| TRC | Landlords and Parties to Leases | Potential Affiliate of Current Client |
| U.S. DOT – Federal Aviation Administration | Landlords and Parties to Leases | Affiliate of Former Client |
| Union Pacific Railroad Company | Landlords and Parties to Leases | Affiliate of Former Client |
| Vierra | Landlords and Parties to Leases | Potential Current Client |
| Wallace | Landlords and Parties to Leases | Potential Current Client; Potential Affiliate of Former and Current Clients |
| Walsh | Landlords and Parties to Leases | Potential Current Client; Potential Affiliate of Former and Current Clients |
| Wheeler | Landlords and Parties to Leases | Potential Client; Potential Former Client; Potential Affiliate of Former Client |
| Robert Whitehead | Landlords and Parties to Leases | Potential Former Client |
| YMCA of Superior | Landlords and Parties to Leases | Potential Affiliate of Former Client |
| Zimmerman | Landlords and Parties to Leases | Potential Client; Potential Former Client |
| Lincoln Partners Advisors LLC | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former and Current Client |
| Wagner Family Wines – Caymus Vineyards | Creditors/Non Debtors/Utility Providers | Current Client |
| John Ashford dba The Hawthorn Group | Creditors/Non Debtors/Utility Providers | Allied or Affiliated with Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| McDermott, Will & Emery | Creditors/Non Debtors/Utility Providers | Allied or Affiliated with Current Client |
| Morrison & Foerster | Creditors/Non Debtors/Utility Providers | Current Client |
| Ropes & Gray | Creditors/Non Debtors/Utility Providers | Current Client |
| Rothschild | Creditors/Non Debtors/Utility Providers | Potential Former Client |
| Stroock | Creditors/Non Debtors/Utility Providers | Allied or Affiliated with Current Client |
| Wilson Sonsini | Creditors/Non Debtors/Utility Providers | Current Client |
| Baker & Hostetler | Creditors/Non Debtors/Utility Providers | Former Client |
| BOKF | Creditors/Non Debtors/Utility Providers | Current Client |
| Cooley | Creditors/Non Debtors/Utility Providers | Allied or Affiliated with Former Client |
| Dodge | Creditors/Non Debtors/Utility Providers | Potential Former Client |
| Ericksen, Arbuthnot | Creditors/Non Debtors/Utility Providers | Former Client |
| Farella | Creditors/Non Debtors/Utility Providers | Former Client |
| Littler Mendelson | Creditors/Non Debtors/Utility Providers | Current Client |
| Martha J. Simon | Creditors/Non Debtors/Utility Providers | Potential Former Client |
| Moya | Creditors/Non Debtors/Utility Providers | Potential Current Client |
| Noland, Hamerly | Creditors/Non Debtors/Utility Providers | Former Client |
| Nossaman | Creditors/Non Debtors/Utility Providers | Former Client |
| Paragon | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| Paul Hastings | Creditors/Non Debtors/Utility Providers | Current Client |
| Pillsbury | Creditors/Non Debtors/Utility Providers | Former Client |
| Sedgwick | Creditors/Non Debtors/Utility Providers | Former Client |
| Winston & Strawn | Creditors/Non Debtors/Utility Providers | Former Client |
| City of Oakland | Creditors/Non Debtors/Utility Providers | Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Port of Oakland | Creditors/Non Debtors/Utility Providers | Former Client |
| Charter Communications | Creditors/Non Debtors/Utility Providers | Current Client |
| Comcast | Creditors/Non Debtors/Utility Providers | Former Client; Allied or Affiliated With Current Client |
| Cox PCS – Sprint Spectrum | Creditors/Non Debtors/Utility Providers | Current Client or Affiliate of Current Client |
| Equinix Inc. | Creditors/Non Debtors/Utility Providers | Potential Affiliate or Subsidiary of Client |
| Marin Municipal Water District | Creditors/Non Debtors/Utility Providers | Former Client |
| Mediacom Communications Corp. | Creditors/Non Debtors/Utility Providers | Current Client |
| Nextel | Creditors/Non Debtors/Utility Providers | Former Client or Former Client Affiliate |
| Recology Sunset Scavenger | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| Suddenlink Communication | Creditors/Non Debtors/Utility Providers | Current Client |
| The Promontory | Creditors/Non Debtors/Utility Providers | Potential Current Client |
| T-Mobile West | Creditors/Non Debtors/Utility Providers | Former Client |
| U.S. Cellular | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| USA Waste of California, Inc. | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| Verizon (Airtouch) | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| Waste Management of Alameda | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| Waste Management of Nevada | Creditors/Non Debtors/Utility Providers | Affiliate or Subsidiary of Former Client |
| PWC | Creditors/Non Debtors/Utility Providers | Current Client |

| Matched Entity | Relationship to Debtors Includes These Categories | Relationship to Coblentz |
|---|---|---|
| Black Rock, Inc. | Creditors/Non Debtors/Significant Shareholder | Affiliate or Subsidiary of Current Client; Former Client |