Rebecca Weissman (No. 322402)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104
Telephone: 415.262.4500
Facsimile: 415.262.4555
rebecca.weissman@dechert.com

Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: 212.698.3500
Facsimile: 415.698.3599
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
alaina.heine@dechert.com

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>x Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**Hearing Date and Time**:<br>**Hearing Location**:<br>**Judge**: Hon. Dennis Montali<br>**Related Docket No**: |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(B), Lily A. North is hereby removed as one of State Farm Mutual Automobile Insurance Company's counsel of record in the above titled action and should be removed from the Court's ECF e-mail service list.

PLEASE TAKE FURTHER NOTICE that Rebecca Weissman (State Bar No. 322402) (rebecca.weissman@dechert.com) hereby enters her appearance in the above titled action and should be added to the Court's ECF e-mail service list.

DATED: June 19, 2019

/s/ *Shmuel Vasser*
Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036

-and-

Rebecca Weissman (No. 322402)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
NOTICE OF SUBSTITUTION OF COUNSEL — 19-30088 (DM)

Case: 19-30088   Doc# 2601   Filed: 06/19/19   Entered: 06/19/19 07:57:47   Page 2 of 2

25811675