Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF REVISED FIRE PROOF OF CLAIM FORM (DKT. NO. 1824) AND PROPOSED AMENDED ORDERS ON (A) MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS (DKT. NO. 2297) AND (B) APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO RETAIN AND EMPLOY ANGEION GROUP, LLC AS FIRE CLAIM BAR DATE NOTICING AGENT EFFECTIVE AS OF MAY 22, 2019 (DKT. NO. 2303)** |

|   | Date: | June 26, 2019 |
|---|---|---|
|   | Time: | 9:30 a.m. (Pacific Time) |
|   | Place: | United States Bankruptcy Court |
|   |   | Courtroom 17, 16th Floor |
|   |   | San Francisco, CA 94102 |
|   | Objection Deadline: | June 19, 2019 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Official Committee of Tort Claimants (the "**TCC**") in the Chapter 11 Cases has filed the following pleadings:

Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures (Dkt. No. 1824) (the "**Claim Form Motion**");

Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a), 501 and Fed. R. Bankr. P. 3001(a), 3003(c), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. No. 2297) (the "**TCC Bar Date Motion**"); and

Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 (Dkt. No. 2303 (the "**Angeion Application**").

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee, certain California State Agencies, and certain plaintiffs' counsel requested changes or provided comments to the TCC regarding the proposed Fire Proof of Claim Form attached to the Claim Form Motion as Exhibit A (the "**Fire Proof of Claim Form**"), the proposed form of order attached to the TCC Bar Date Motion as Exhibit B, and the proposed form of order attached to the Angeion Application as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively, are a revised Fire Proof of Claim Form, a proposed amended order on the TCC Bar Date Motion, and a proposed amended order on the Angeion Application. These reflect a consensual resolution of the concerns raised by the U.S. Trustee. Exhibit A, Exhibit B and Exhibit C also include redlines reflecting the applicable revisions.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on June 26, 2019 at 9:30 a.m. (Pacific Time) (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At the Omnibus Hearing, the Bankruptcy Court, may, among other things, consider the entry of orders granting the Claim Form Motion, the TCC Bar Date Motion, and the Angeion Application.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PLEASE TAKE FURTHER NOTICE** that copies of the Claim Form Motion, the TCC Bar Date Motion, and the Angeion Application and their supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 19, 2019

**BAKER & HOSTETLER LLP**

By:  /s/ *Eric Goodman*
      Eric Goodman