Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>.   Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND STATEMENT REGARDING REIMBURSEMENT OF MONTHLY EXPENSES MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Re: Docket No. 1305<br><br>[No Hearing Requested] |

1. Pursuant to the *Order Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors* (the "Reimbursement Order")[1] [Docket No. 1305], the Official Committee of Unsecured Creditors (the "UCC") hereby seeks reimbursement of expenses reasonably incurred by Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (collectively, "Deutsche Bank") in the performance of

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Reimbursement Order.

Deutsche Bank's duties as a member of the UCC in accordance with the Monthly Expenses Procedures as set forth in the Reimbursement Order (the "Reimbursement Request").

2. Relevant expense details of the expenses sought to be reimbursed are attached hereto as **Exhibit A**.

3. Pursuant to the Reimbursement Order, the Committee is serving the Reimbursement Request upon the following parties:

- The Debtors c/o Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.);
- Counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. and Rachael Foust, Esq.) and Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias S. Keller, Esq. and Jane Kim, Esq.);
- Counsel for the administrative agent under the Debtors' debtor-in-possession financing facility, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.);
- The Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); and
- Counsel to the Official Committee of Tort Claimants, Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111 (Attn: Robert A. Julian, Esq. and Cecily A. Dumas, Esq.) (collectively, the "Notice Parties").

4. Pursuant to the Reimbursement Order, any objections must be filed and served on counsel to the UCC and the other Notice Parties no later than the 10th day (or the next business day if such day is not a business day) following the date the Reimbursement Request is served (the "Objection Deadline"). Upon the expiration of the Objection Deadline, the UCC shall file and serve a certificate of no objection (a "CNO") with the Court with respect to any expenses not subject to objection. Within ten (10) business days following service of a CNO, the Debtors will remit checks to each UCC member entitled to reimbursement at the address provided to it by such member.

Dated: June 19, 2019

**MILBANK LLP**

*/s/ Thomas R. Kreller*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER
*Counsel for the Official Committee of Unsecured Creditors*

**EXHIBIT A**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Unsecured Creditors

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

| | | |
|---|---|---|
| 1 Name of Committee Member: | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas | |
| 2 Description of Committee Business: | Attendance at Committee Formation Meeting | |
| 3 Date of Committee Business: | 2/10/2019 through 2/13/2019 | |
| 4 Location: | San Francisco, CA | |
| 5 Name of Representative Attending Meeting: | Brendan Meyer | |
| 6 Reimbursable Expenses | $2,420.74 | |
|   (a) Transportation: | | |
|     (1) Air or Rail Fare | | $1,423.05 |
|     (2) Personal automobile miles at $ .58 per mile | | |
|     (3) Taxi/Uber/Lyft/Public Transport | | $223.57 |
|     (4) Parking/Tolls | | |
|     (5) Other (describe) | | $9.00 (gratuities) |
|   (b) Lodging: | | |
|     (1) Hotel (excluding meals) | | $705.82 |
|   (c) Meals: | | |
|     (1) Breakfast | | $30.38 |
|     (2) Lunch | | $28.92 |
|     (3) Dinner | | |
| **TOTAL REIMBURSEMENT SOUGHT** | | $2,420.74 |

\*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)\*

  I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

              _____/s/ Brendan Meyer_____
              (Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Unsecured Creditors

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

| | | |
|---|---|---|
| 1 Name of Committee Member: | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas | |
| 2 Description of Committee Business: | Attendance at Committee Formation Meeting | |
| 3 Date of Committee Business: | 2/10/2019 through 2/13/2019 | |
| 4 Location: | San Francisco, CA | |
| 5 Name of Representative Attending Meeting: | Richard Buckwalter | |
| 6 Reimbursable Expenses | $3,825.72 | |
| (a) Transportation: | | |
| (1) Air or Rail Fare | | $2,051.38 |
| (2) Personal automobile miles at $ .58 per mile | | |
| (3) Taxi/Uber/Lyft/Public Transport | | $293.07 |
| (4) Parking/Tolls | | |
| (5) Other (describe) | | |
| (b) Lodging: | | |
| (1) Hotel (excluding meals) | | $1,377.95 |
| (c) Meals: | | |
| (1) Breakfast | | $65.76 |
| (2) Lunch | | |
| (3) Dinner | | $37.56 |
| **TOTAL REIMBURSEMENT SOUGHT** | | $3,825.72 |

\*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)\*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Unsecured Creditors

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

| | | |
|---|---|---|
| 1 Name of Committee Member: | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas | |
| 2 Description of Committee Business: | Attend In-Person Committee Meeting with Debtors' Management | |
| 3 Date of Committee Business: | 4/02/2019 through 4/04/2019 | |
| 4 Location: | San Francisco, CA | |
| 5 Name of Representative Attending Meeting: | Richard Buckwalter | |
| 6 Reimbursable Expenses | $3,087.24 | |
| (a) Transportation: | | |
| (1) Air or Rail Fare | | $2,285.64 |
| (2) Personal automobile miles at $ .58 per mile | | |
| (3) Taxi/Uber/Lyft/Public Transport | | $146.63 |
| (4) Parking/Tolls | | |
| (5) Other (describe) | | |
| (b) Lodging: | | |
| (1) Hotel (excluding meals) | | $593.88 |
| (c) Meals: | | |
| (1) Breakfast | | $39.93 |
| (2) Lunch | | |
| (3) Dinner | | $21.16 |
| **TOTAL REIMBURSEMENT SOUGHT** | | $3,087.24 |

\*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)\*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)