Form 210A (10/06)

# United States Bankruptcy Court
# Northern District of California

In re:     Pacific Gas and Electric Company,
Case No.   19-30088, ET AL Jointly administered under Case No. 19-30088

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Fair Harbor Capital, LLC**<br>As assignee of Able Fence Company, Inc. | Name of Transferor:<br>**Able Fence Company, Inc.** |
| Name and Address where notices to transferee should be sent:<br><br>**Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY 10023** | Court Claim # (if known): 3021<br>Amount of Claim: $4,164.00<br>Date Claim Filed:<br><br>Name and Address of Transferor:<br><br>ABLE FENCE COMPANY, INC.<br>PO Box 219<br>Petaluma, CA 94953 |
| Phone: ___212 967 4035___<br>Last Four Digits of Acct #: ___n/a___ | Phone:<br>Last Four Digits of Acct. #: ___n/a___ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: ___n/a___<br>Last Four Digits of Acct #: ___n/a___ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____ Date:____June 19, 2019_____
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Northern District of California

In re:       Pacific Gas and Electric Company,
Case No.   19-30088, ET AL Jointly administered under Case No. 19-30088

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 3021(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 19, 2019.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Able Fence Company, Inc.**

Name of Alleged Transferor:
**Able Fence Company, Inc.**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

Able Fence Company, Inc.
PO Box 219
Petaluma, CA 94953

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                                                                  Clerk of the Court

Able Fence Company, Inc. ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in,

to and under Seller's Claim (as defined in the Agreement) against **Pacific Gas and Electric Company, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$4,164.00**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Northern District of California, Case No 19-30088, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof**, Able Fence Company, Inc. (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**Able Fence Company, Inc. ("Seller")**

PO Box 219

Petaluma, CA 94953

Print Name: Dan Boyd   Title: President
Signature: _____ Date: 5/31/19

Phone: ___-3255

Email: _____

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**

PO Box 237037

New York, NY 10023

Signature: _____

Fred Glass   Mr. Fred Knox

Member Fair Harbor Capital, LLC