C. Luckey McDowell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC,
Clearway Energy, Inc., Clearway Energy Group LLC,
MC Shiloh IV Holdings LLC, NRG Energy, Inc.,
Solar Partners II LLC, Solar Partners VIII LLC, and
TerraForm Power, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, effective immediately, C. Luckey McDowell has changed his address to the following:

>C. Luckey McDowell
>Shearman & Sterling LLP
>1100 Louisiana
>Suite 3300
>Houston, Texas 77002
>Tel: (713) 354-4875
>Email: Luckey.McDowell@Shearman.com

All notices and documents regarding this action should be sent to the above address.

Dated: June 19, 2019

Respectfully submitted,

/s/ C. Luckey McDowell

C. Luckey McDowell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC, Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.*

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 535 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 19, 2019, I served a true copy of the following document described as NOTICE OF CHANGE OF ADDRESS by electronically filing the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2019, at San Francisco, California.

*/s/ Ron Cheatham*