

1  SCOTT H. McNUTT (CSBN 104696)
   324 Warren Road
2  San Mateo, California 94402
   Telephone: (415) 760-5601
3  Email: shm@ml-sf.com

4  Proposed Attorney for Fee Examiner

Signed and Filed: June 19, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SCOTT H. McNUTT AS COUNSEL TO FEE EXAMINER**<br><br>Judge:   Hon. Dennis Montali |

The Court, having duly considered the APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SCOTT H. MCNUTT AS COUNSEL TO THE FEE EXAMINER (the "Employment Application"), filed by Bruce A. Markell, the duly appointed Fee Examiner in the above-captioned Chapter 11 bankruptcy proceedings, and the accompanying declarations of Scott H. McNutt and Bruce A. Markell in support thereof, finding that notice of the Employment Application is adequate under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Fee Examiner is authorized to employ Scott H. McNutt (the "McNutt") as his counsel in the above-captioned matter, pursuant to Section 327 *et seq.* of the Bankruptcy Code, effective as of April 12, 2019.

2. McNutt's compensation shall be subject to approval by the Court pursuant to Bankruptcy Code §§ 330 and 331, and shall be governed by the Bankruptcy Code, this Court's ORDER PURSUANT TO 11 U.S.C. §§ 331 AND 105(A) AND FED. R. BANKR. P. 2016 FOR AUTHORITY TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [Docket No. 701]; this Court's ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR CONSIDERATION OF REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES [Docket No. 2267] (the "Fee Examiner Order"); and all protocols or procedures promulgated by the Fee Examiner any additional procedures established by this Court.

3. This order will suffice as authorization for the Fee Examiner's employment of McNutt in both jointly administered cases.

4. McNutt may maintain a single combined record of attorneys' time and costs for both bankruptcy estates.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

*All Registered ECF Participants*