U.S. DEPARTMENT OF JUSTICE
Joseph H. Hunt, Assistant Attorney General
Civil Division
Ruth A. Harvey, Director
Kirk Manhardt, Deputy Director
Matthew Troy (GA Bar No. 717258)
Marc S. Sacks (GA Bar No. 621931)
Danielle A. Pham (CA Bar No. 269915)
Shane Huang (IL Bar No. 6317316)
Trial Attorneys
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 514-7451
Email: marcus.s.sacks@usdoj.gov
       danielle.pham@usdoj.gov
       shane.huang@usdoj.gov

David L. Anderson (CA Bar No. 149604)
United States Attorney
Northern District of California

*Attorneys for the Federal Energy Regulatory Commission*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS & ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors, | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **[Relates to Dkt. 2610]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |
| | Date: June 26, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>      450 Golden Gate Avenue<br>      16th Floor<br>      San Francisco, California<br>Judge: Hon. Dennis Montali |

# CERTIFICATE OF SERVICE

I, Danielle A. Pham, declare that I am employed in the District of Columbia. I am over the age of 18 years and not a party to this action. My business address is 1100 L St NW, Washington, DC 20005.

On June 19, 2019, I filed the Response of the Federal Energy Regulatory Commission to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission, which will serve copies on all registered filers who have consented to electronic service, pursuant to Local Bankruptcy Rule 9013-3(c).

In addition, on June 19, 2019, I arranged for personal delivery of the above pleading marked "Chambers Copy" to the following address:

Honorable Dennis Montali – "Chambers Copies"
Intake Counter, 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 19, 2019 in Washington, DC.

/s/ Danielle A. Pham
Danielle A. Pham
U.S. Department of Justice
CA Bar No. 269915