**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | NOTICE OF TAKING MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY KEVIN THOMPSON AND MIA NASH OFF-CALENDAR |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas & Electric Company ■ Affects both Debtors | Date: June 26, 2019 Time: 9:30 am Place: 450 Golden Gate Avenue, 16th Floor San Francisco, California Judge: Honorable Dennis Montali |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | **Objection Deadline: Not Applicable** |

    **PLEASE TAKE NOTICE** that the hearing currently scheduled for June 26, 2019, at 9:30 a.m. at the

United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate

Avenue, 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali,

regarding Kevin Thompson and Mia Nash's motion for relief from the automatic stay is taken off-

calendar.

/ / /

DATED:   June 19, 2019                    FRANK BLOKSBERG

                                          BY:     /s/ Frank Bloksberg
                                                  Frank Bloksberg
                                                  Attorney for Kevin Thompson and Mia Nash

2