**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | PROOF OF SERVICE |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors | |
| *  *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Frank Bloksberg, am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am a member of the bar of this Court. My business address is 142 East McKnight Way, Grass Valley, CA 95949. On June 19, 2019, I served the following documents:

**NOTICE OF TAKING MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY KEVIN THOMPSON AND MIA NASH OFF CALENDAR and PROOF OF SERVICE**

**By Electronic Filing:** On Debtors and registered participants per Local Bankruptcy Rule 9013-3(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2019, at Tahoe City, California.

/s/Frank Bloksberg
Frank Bloksberg