Jeffrey C. Krause (State Bar No. 94053)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Email: jkrause@gibsondunn.com

*Attorneys for Topaz Solar Farms LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER OF TOPAZ SOLAR FARMS LLC TO NEXTERA'S MOTION FOR LIMITED RELIEF FROM STAY TO PARTICIPATE IN APPELLATE PROCEEDINGS WITH RESPECT TO FERC ORDERS**<br><br>**Hearing**:<br>Date: June 26, 2019<br>Time: 9:30 a.m. (PDT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline**: June 21, 2019<br>4:00 p.m. (PDT) |

Topaz Solar Farms LLC ("Topaz"), a party in interest in the above-captioned cases, hereby joins (the "Joinder") in the *Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders* [Docket No. 2400] (the "Motion") of NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "NextEra") (i) to permit Topaz to (a) seek leave from the applicable circuit court of appeals to intervene in any appeal of the FERC Orders (as defined in the Motion); (b) to the extent permitted by the applicable circuit court of appeals, participate in and

prosecute to conclusion any appeal of the FERC Orders; (c) seek or oppose any request for rehearing, rehearing en banc, petition for writ of certiorari; (d) participate in the briefing and argument relating to any and all the foregoing; and (e) participate in any proceedings on remand of the FERC Orders; and (ii) to generally allow all courts and administrative agencies with jurisdiction over the appeal or remand to enter final orders relating thereto.[1] The catalyst for the Motion (and this Joinder) is the Debtors' *Motion of the Utility for Limited Relief From the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission* [Docket No. 2359] (the "<u>PG&E Stay Motion</u>"), seeking relief from the stay to allow the Debtors to pursue appellate relief from the FERC Orders, without granting the other parties in interest parallel relief from the stay to respond to the Debtors' requests for such relief.

In support hereof, Topaz respectfully represents as follows:

## **JOINDER**

By its Motion, NextEra seeks narrowly-tailored relief to permit it to participate in the Debtors' anticipated appeal of the FERC Orders to the extent authorized by the applicable appellate court. For the same reasons as those set forth in the Motion, Topaz merits the same relief. As an intervenor in the FERC Proceedings, Topaz has a substantial interest in the subject matter of the FERC Proceedings and a direct stake in any appeal of the FERC Orders. It would be fundamentally unfair to allow the Debtors to appeal the FERC Orders without affording Topaz an opportunity to defend its interests in connection with any such appeal.

## **CONCLUSION**

Accordingly, Topaz respectfully requests that any order modifying the automatic stay as requested in the Motion and PG&E's Stay Motion also modify the automatic stay as to Topaz to permit Topaz to participate in any appeal from the FERC Orders.

## **NOTICE**

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002. Topaz respectfully submits that no further notice is required.

Dated: June 19, 2019

/s/ Jeffrey C. Krause
Jeffrey C. Krause
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Topaz Solar Farms LLC*

103357632.3