Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Counsel for EDF Renewables, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF EDF RENEWABLES, INC. TO NEXTERA ENERGY, INC.'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL REGULATORY COMMISSION**<br><br>**Related Dkt Nos. 2359, 2360, 2361, 2362, 2616**<br><br>**Date:** June 26, 2019<br>**Time:** 9:30 a.m. (PDT)<br>**Place:** United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline:** June 19, 2019<br>4:00 pm (PDT) |

Certain affiliates of EDF Renewables, Inc. ("EDF") are counterparties to FERC-jurisdictional power purchase agreements with the above-captioned Debtors and EDF is an intervenor in the (i) FERC proceeding styled *NextEra Energy, Inc., et al. v. Pacific Gas & Electric Company*, Docket No. EL19-35-000 and (ii) adversary proceeding pending in this Court styled *PG&E Corporation, et al. v. FERC, et al.*, Adv. Pro. No. 19-03003 (DM).

EDF hereby supports and joins in *NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Regulatory Commission* (Dkt. No. 2616) (the "Limited Opposition").

EDF reserves all rights to be heard before the Court in connection with the Limited Opposition.

DATED: June 19, 2019

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        */s/ Thomas C. Mitchell*
        Thomas C. Mitchell (CA State Bar No. 124438)
        405 Howard Street
        San Francisco, CA 94105
        Telephone: (415) 773-5732
        Facsimile: (415) 773-5759
        Email: tcmitchell@orrick.com

        and

        Debra L. Felder (admitted *pro hac vice*)
        1152 15th Street, N.W.
        Washington, DC 20005
        Telephone: (202) 339-8567
        Facsimile: (202) 339-8500
        Email: dfelder@orrick.com

        *Counsel for EDF Renewables, Inc.*