Amy S. Park (SBN 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
amy.park@skadden.com

J. Eric Ivester (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
eric.ivester@skadden.com

Attorneys for
FIRST SOLAR, INC.,
WILLOW SPRINGS SOLAR 3 LLC,
AND MOJAVE SOLAR, LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION** | (Lead Case) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **JOINDER TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTIONS FOR ENTRY OF A PROTECTIVE ORDER** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: June 26, 2019<br>Time: 9:30 a.m. (PST)<br>Place: United Stated Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Objection Deadline:** June 19, 2019<br>4:00 p.m. (PST) |

**JOINDER TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTIONS FOR ENTRY OF A PROTECTIVE ORDER**　　　　**CASE NO: 19-30088 (DM)**

Case: 19-30088    Doc# 2623    Filed: 06/19/19    Entered: 06/19/19 12:37:13    Page 1 of 3

First Solar, Inc., Willow Springs Solar 3, LLC, and Mojave Solar LLC (collectively, the "**Additional PPA Counterparties**") hereby join (this "**Joinder**") in the limited opposition of NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "**NextEra**") [Docket No. 2617] (the **NextEra Protective Order Objection**") to the (a) *Motion of the Official Committee of Tort Claimants for Entry of a Protective Order* [Docket No. 2419] (the "**TCC Motion**") and (b) *Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information* [Docket No. 2459] (the "**Debtor Motion**" and, together with the TCC Motion, the "**Motions**").[1]

For the reasons set forth in the NextEra Protective Order Objection, the Additional PPA Counterparties respectfully request that the Court deny both Motions unless the ultimate protective order includes provisions (i) permitting parties sharing a common interest to share Protected Material with each other, and (ii) substantially similar to the Judicial Intervention procedures set forth in Section 6.3 of the TCC Motion. Additionally, for the reasons set forth in the NextEra Protective Order Objection, the Additional PPA Counterparties also request that non-transcribed oral communications be excluded from the definition of "Discovery Material."

## NOTICE

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the TCC Motion or Debtor Motion, as applicable.

1 | The Additional PPA Counterparties respectfully submit that no further notice is required.

2 | DATED: June 19, 2019

3 |                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

5 |                             By: */s/ Amy S. Park*
                                   Amy S. Park
                                   Attorneys for
                                FIRST SOLAR, INC.,
                         WILLOW SPRINGS SOLAR 3, LLC,
                           AND MOJAVE SOLAR LLC

2