MORGAN, LEWIS & BOCKIUS LLP
Edwin E. Smith (*pro hac vice*)
edwin.smith@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel:    212.309.6000
Fax:    212.309.6001

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:     (213) 612-2500
Fax:     (213) 612-2501

Attorneys for Exelon Corporation
and AV Solar Ranch I, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**JOINDER OF EXELON CORPORATION AND AV SOLAR RANCH 1, LLC, IN LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION**<br><br>Date:    June 26, 2019<br>Time:    9:30 a.m. (PST)<br>Place:    United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102<br><br>**Objection Deadline**:    June 19, 2019<br>            4:00 p.m. (PST) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 1 -

Exelon Corporation ("**Exelon**") and AV Solar Ranch 1, LLC ("**AVSR-1**" and, together with Exelon, the "**Exelon Parties**"), hereby join, and incorporate herein by this reference the arguments stated in, *NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending before the Federal Energy Regulatory Commission* (Dkt. No. 2616) (the "**NextEra Stay Opposition**") and, in support thereof, state as follows:

1. Prior to the Petition Date, Exelon, on the one hand, and NextEra Energy, Inc. and NextEra Energy Partners, L.P. , on the other hand, each filed petitions before the Federal Energy Regulatory Commission ("**FERC**") commencing the matters of *Exelon Corp. v. Pacific Gas & Elec. Co*., No. El19-36-001 (the "**Exelon FERC Proceeding**") and *NextEra Energy, Inc., et al. v. Pacific Gas & Elec. Co.*, No. EL19-35-000 (the "**NextEra FERC Proceeding**").

2. On January 25, 2019, and January 28, 2019, respectively, FERC issued Orders on Petition for Declaratory Order and Complaint in the NextEra FERC Proceeding (the "**NextEra FERC Order**") and the Exelon FERC Proceeding (the "**Exelon FERC Order**").

3. On February 25, 2019, Pacific Gas and Electric Company (the "**Utility**") sought rehearing of the NextEra FERC Order and the Exelon FERC Order.  On May 1, 2019, FERC entered an Order Denying Rehearing in each of the Exelon FERC Proceeding and the NextEra FERC Proceeding.

4. On June 3, 2019, Pacific Gas and Electric Company (the "**Utility**") filed a *Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission* [Docket No. 2359] (the "**Utility Stay Motion**"), which seeks prospective stay relief to permit the Utility to appeal from the orders entered in the NextEra FERC Proceeding and the Exelon FERC Proceeding (collectively, the "**FERC Orders**"), as well as retroactive relief such that all post-petition actions and filings previously made before FERC in connection with the Exelon FERC Proceeding and the NextEra FERC Proceeding are not rendered void by the automatic stay.

5. On June 5, 2019, the Exelon Parties filed a *Joinder in Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders* (Dkt. No. 2406)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 104799914.4

(the "**Stay Relief Joinder**"), pursuant to which the Exelon Parties joined in certain arguments set forth by NextEra in their *Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders* (Dkt. No. 2400) (the "**NextEra Stay Motion**") and sought an order modifying the automatic stay to permit the Exelon Parties to participate in any appeal from the FERC Orders that the Utility may file.

6. The Utility Stay Motion currently only seeks relief from the automatic stay to permit the Utility to prosecute an appeal from the FERC Orders. For the reasons stated in the NextEra Stay Opposition, the Utility should not be permitted to prosecute an appeal from orders obtained as a result of a FERC petition filed by the Exelon Parties while, at the same time, the Exelon Parties might be precluded from participating in that appeal by the automatic stay. Accordingly, the Exelon Parties object to the Court granting the Utility's motion to modify the stay in the absence of an order modifying the automatic stay to permit the Exelon Parties to participate in any appeal from the FERC Orders, or either of them, that the Utility may file.

Dated: June 19, 2019                                         MORGAN, LEWIS & BOCKIUS LLP



By:    */s/ Richard W. Esterkin*
         Richard W. Esterkin

Attorney for Exelon Corporation and
AV Solar Ranch I, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 104799914.4