Amy S. Park (SBN 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
amy.park@skadden.com

J. Eric Ivester (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile:    (212) 735-2000
eric.ivester@skadden.com

Attorneys for
MOJAVE SOLAR, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **JOINDER TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date:  June 26, 2019<br>Time:  9:30 a.m. (PST)<br>Place:  United Stated Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>**Objection Deadline:**   June 19, 2019<br>                                        4:00 p.m. (PST) |

**JOINDER TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**    **CASE NO: 19-30088 (DM)**

Case: 19-30088    Doc# 2628    Filed: 06/19/19    Entered: 06/19/19 13:42:03    Page 1 of 3

Mojave Solar LLC ("**Mojave**") hereby joins (this "**Joinder**") in the limited opposition of NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "**NextEra**") [Docket No 2616] (the "**NextEra Stay Objection**") to the Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [[Docket No. 2359] (the "**Utility Stay Motion**").[1]

For the reasons set forth in the NextEra Stay Objection as well as NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [Docket No. 2400] (the "**NextEra Stay Motion**"),[2] Mojave respectfully requests that the Court deny the prospective relief requested in the Debtor Stay Motion unless it also enters an order granting the NextEra Stay Motion (or incorporates the relief requested therein into its order on the Utility Stay Motion).

## NOTICE

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002.

Mojave respectfully submits that no further notice is required.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Debtor Stay Motion.

[2] Mojave also joined the NextEra Stay Motion at Docket No. 2452 and hereby incorporates by reference all arguments made therein.

1

**JOINDER TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

**CASE NO: 19-30088 (DM)**

1 | DATED: June 19, 2019

2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

4 | By: /s/ Amy S. Park
5 | Amy S. Park
    Attorneys for
6 | MOJAVE SOLAR LLC

2

JOINDER TO NEXTERA ENERGY'S LIMITED
OPPOSITION TO MOTION OF THE UTILITY
FOR LIMITED RELIEF FROM THE AUTOMATIC
STAY

CASE NO: 19-30088 (DM)

Case: 19-30088    Doc# 2628    Filed: 06/19/19    Entered: 06/19/19 13:42:03    Page 3 of 3