1

2   TROUTMAN SANDERS LLP
    Gabriel Ozel
3   11682 El Camino Real, Suite 400
    San Diego, CA 92130-2092
4   Telephone: (858) 509-6000
    gabriel.ozel@troutman.com

5

6   TROUTMAN SANDERS LLP
    Hugh M. McDonald (admitted *pro hac vice*)
7   Jonathan D. Forstot (admitted *pro hac vice*)
    875 Third Avenue
8   New York, NY 10022
    Telephone: (212) 704-6000
9   Facsimile: (212) 704-6288
    hugh.mcdonald@troutman.com
10  jonathan.forstot@troutman.com
    *Attorneys for Consolidated Edison*
    *Development, Inc.*

11

12              **UNITED STATES BANKRUPTCY COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                 **SAN FRANCISCO DIVISION**

15  **In re:**                          | Bankruptcy Case No. 19-30088 (DM)

16  **PG&E CORPORATION**                 | Chapter 11 (Lead Case) (Jointly Administered)

17      **-and-**                        | **JOINDER OF CONSOLIDATED EDISON
                                         | TO NEXTERA ENERGY'S LIMITED
18  **PACIFIC GAS AND ELECTRIC**         | OPPOSITION TO (I) MOTION OF THE
    **COMPANY,**                         | OFFICIAL COMMITTEE OF TORT
19                                       | CLAIMANTS FOR ENTRY OF A
                            **Debtors.**  | PROTECTIVE ORDER; AND (II)
20                                       | DEBTORS' MOTION FOR ENTRY OF
    ☐ Affects PG&E Corporation           | PROTECTIVE ORDER PURSUANT TO
21  ☒ Affects Pacific Gas and Electric   | FED. R. BANKR. P. 7026 AND 9014(c)
       Company                           | AND 11 U.S.C. § 105(a) GOVERNING
22     Affects both Debtors              | DISCOVERY MATERIALS AND OTHER
                                         | INFORMATION
23  *\* All papers shall be filed in the*
    *Lead, Case, No. 19-30088 (DM).*     | Date: June 26, 2019
24                                       | Time: 9:30 a.m. (Pacific Time)
                                         | Place: United States Bankruptcy Court
25                                       |        Courtroom 17, 16th Floor
                                         |        San Francisco, CA 94102
26
                                         | **Objection Deadline:** June 19, 2019
27                                       |                 4:00 p.m. (Pacific Time)

28

Consolidated Edison Development Inc. ("**Consolidated Edison**") hereby joins (this **"Joinder"**) in the limited opposition of NextEra Energy, Inc. and NextEra Energy Partners, L.P. [Docket No. 2617] to the (a) *Motion of the Official Committee of Tort Claimants for Entry of a Protective Order* [Docket No. 2419] and (b) *Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information* [Docket No. 2459].

## <u>NOTICE</u>

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002.

Consolidated Edison respectfully submits that no further notice is required.

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

Dated: June 19, 2019

TROUTMAN SANDERS LLP

By: /s/ *Hugh M. McDonald*

Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

-and-

TROUTMAN SANSDERS LLP
Gabriel Ozel
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: (858) 509-6000
gabriel.ozel@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*

TROUTMAN SANDERS LLP
875 THIRD AVENUE
New York, NY 10022