| | |
|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>John M. Pierce (SBN 250443)<br>jpierce@piercebainbridge.com<br>Thomas D. Warren (SBN 160921)<br>twarren@piercebainbridge.com<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, California 90071<br>(213) 262-9333 | LANDAU GOTTFRIED & BERGER LLP<br>Michael I. Gottfried (SBN 146689)<br>mgottfried@lgbfirm.com<br>Roye Zur (SBN 273875)<br>rzur@lgbfirm.com<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056 |

Attorneys for Interested Parties

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**JOINDER TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a), 501 AND FED. R. BANKR. P. 3001(a), 3003(c), 5005 AND 9007 FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS**<br><br>**Hearing Date and Time:**<br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102 |

Interested Parties David Herndon, Julia Herndon, Gabriell Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control, victims of the 2018 Camp Fire and plaintiffs in the adversary proceeding known as *Herndon, et al. v. PG&E Corporation, et al.*, Adv. No. 19-03005, hereby join in, and incorporate by this reference, the *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a), 501 and Fed. R. Bankr. P. 3001(a), 3003(c), 5005 and 9007 for Entry of an Order (i) Establishing a Bar Date for Filing Fire Claims, (ii) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (iii) Approving the Supplemental Procedures for Notice of the Bar Date to Fire Claimants* [Docket No. 2297] (the "TCC Bar Date Motion"), as amended by *Notice of Filing of Revised Fire Proof of Claim (Dkt. No. 1824) and Proposed Amended Orders on (A) Motion of the Official Committee of Tort Claimants for Entry of an Order (i) Establishing a Bar Date for Filing Fire Claims, (ii) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (iii) Approving the Supplemental Procedures for Notice of the Bar Date to Fire Claimants* [Docket No. 2605] and exhibits thereto, filed by the Official Committee of Tort Claimants.

In further support of the TCC Bar Date Motion, the Interested Parties also expressly incorporate their *Objection to Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (i) Establishing Deadline for Filing Proofs of Claim, (ii) Establishing the Form and Manner of Notice Thereof, and (iii) Approving Procedures for Providing Notice of Bar Date and Other Information to all Creditors and Potential Creditors* [Docket No. 2240], and note that the TCC Bar Date Motion does not suffer from the infirmities identified in the Interested Parties' objection to the Debtors' bar date motion.[1]

---

[1] Contrary to the Debtors' supposition that the Interested Parties "would likely support [the Debtors'] earlier bar date," *Preliminary Statement Updating the Court with Respect to the Status of the Debtors' Bar Date Motion and Related Noticing Motions and Pleadings*, Ex. A at 4 n.4 [Docket No. 2562-1], the Interested Parties expressly support the bar date proposed in the TCC Bar Date Motion.

| | | |
|---|---|---|
| Dated: June 19, 2019 | | _/s/ Thomas D. Warren_ |
| Los Angeles, CA | | Thomas D. Warren |

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

Deborah Renner (pro hac requested)
drenner@piercebainbridge.com
Claiborne Hane (pro hac requested)
chane@piercebainbridge.com
Michael Eggenberger (pro hac)
meggenberger@piercebainbridge.com
20 West 23rd Street, Fifth Floor
New York, New York 10010
(212) 484-9866

-and-

_____ _/s/ Michael I. Gottfried_ _____
Michael I. Gottfried

LANDAU GOTTFRIED & BERGER LLP
Michael Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
(310) 557-0050

Attorneys for Interested Parties