PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

Attorneys for Interested Parties

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA 90067. On June 19, 2019, I served the document listed below:

**JOINDER TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a), 501 AND FED. R. BANKR. P. 3001(a), 3003(c), 5005 AND 9007 FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS**
in the following manners:

☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**See Attached List for All Service Recipients**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

**See Attached List for All Service Recipients**

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 19, 2019.

By: /s/ *Sarah Richmond*
      Sarah Richmond

# ATTACHED SERVICE LIST

## VIA ECF NOTICE LIST

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

2

- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**  jdoran@hinckleyallen.com
- **Jamie P. Dreher**  jdreher@downeybrand.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**  meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**  JAE1900@yahoo.com
- **Sally J. Elkington**  sally@elkshep.com, ecf@elkshep.com
- **David Emerzian**  david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**  larry@engeladvice.com
- **Krista M. Enns**  kenns@beneschlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**  metkin@lowenstein.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net
- **Matthew A. Feldman**  mfeldman@willkie.com
- **Mark E. Felger**  mfelger@cozen.com
- **James J. Ficenec**  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Daniel I. Forman**  dforman@willkie.com
- **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**  , john.murphy@troutman.com
- **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**  cfrederick@prklaw.com
- **Peter Friedman**  pfriedman@omm.com
- **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Oscar Garza**  ogarza@gibsondunn.com
- **Paul R. Gaus**  paul.gaus@mccormickbarstow.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**  bglaser@swesq.com
- **Paul R. Glassman**  glassmanp@gtlaw.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com

3

- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**  mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**  eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**  hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Alaina R. Heine**  alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **Sean T. Higgins**  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Terry L. Higham**  t.higham@bkolaw.com, achavez@bkolaw.com
- **James P. Hill**  hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**  hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Alexandra S. Horwitz**  allie.horwitz@dinsmore.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**  shane.huang@usdoj.gov
- **Brian D. Huben**  hubenb@ballardspahr.com
- **Jonathan Hughes**  , jane.rustice@aporter.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**  mvi@sbj-law.com
- **J. Eric Ivester**  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**  , Andrea.Bates@skadden.com
- **Ivan C. Jen**  ivan@icjenlaw.com
- **Monique Jewett-Brewster**  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**  jjohnston@jonesday.com
- **Chris Johnstone**  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**  GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**  rjulian@bakerlaw.com
- **George H. Kalikman**  gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**  rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**  gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**  rbk@jmbm.com
- **Eve H. Karasik**  ehk@lnbyb.com
- **William M. Kaufman**  wkaufman@smwb.com
- **Jane G. Kearl**  jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**  gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Samuel A. Khalil**  skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**  skidder@ktbslaw.com

4

- **Marc Kieselstein** , carrie.oppenheim@kirkland.com
- **Jane Kim**  jkim@kellerbenvenutti.com
- **Bradley C. Knapp**  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Thomas F. Koegel**  tkoegel@crowell.com
- **Andy S. Kong**  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg** , akornberg@paulweiss.com
- **Bernard Kornberg**  bjk@severson.com
- **David I. Kornbluh**  dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**  lkramer@rjo.com, mriney@rjo.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller**  tkreller@milbank.com, dmuhrez@milbank.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**  hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Boris Kukso**  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**  rich@trodellalapping.com
- **Omeed Latifi**  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **Michael Lauter**  mlauter@sheppardmullin.com
- **Francis J. Lawall**  lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Scott Lee**  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**  eleen@mkbllp.com
- **John Lemon**  john@jcl-lawoffice.com
- **Matthew A. Lesnick**  matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**  bletsch@braytonlaw.com
- **David B. Levant**  david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**  alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Marc A. Levinson**  Malevinson@orrick.com, BOrozco@orrick.com
- **Dara Levinson Silveira**  dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**  kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa** , jcaruso@nixonpeabody.com
- **William S. Lisa**  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**  jon.loeb@bingham.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**  jane-luciano@comcast.net
- **Kerri Lyman**  klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**  iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**  michael@bindermalter.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald** , john.murphy@troutman.com
- **C. Luckey McDowell**  luckey.mcdowell@bakerbotts.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com

6

Case: 19-30088    Doc# 2633-1    Filed: 06/19/19    Entered: 06/19/19 14:03:38    Page 7 of 10

- **Douglas B. Provencher** dbp@provlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready** smeyer@farmerandready.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner** jreisner@irell.com
- **Jack A. Reitman** , srichmond@lgbfirm.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester** lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers** mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks** julie@bindermalter.com
- **Jorian L. Rose** jrose@bakerlaw.com
- **Allan Robert Rosin** arrosin@alr-law.com
- **Jay M. Ross** jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp** trupp@kellerbenvenutti.com
- **Eric E. Sagerman** esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- **Jonathan C. Sanders** jsanders@stblaw.com, lsoboleva@stblaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas** Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis** sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage** psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio** sas@hogefenton.com
- **Daren M Schlecter** daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider** bradley.schneider@mto.com, vickie.leyson@mto.com
- **Harvey S. Schochet** Harveyschochet@dwt.com
- **Lisa Schweitzer** lschweitzer@cgsh.com
- **David B. Shemano** dshemano@pwkllp.com
- **James A. Shepherd** jim@elkshep.com, ecf@elkshep.com
- **Leonard M. Shulman** lshulman@shbllp.com
- **Andrew I. Silfen** andrew.silfen@arentfox.com
- **Wayne A. Silver** w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon** csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton** gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Michael K. Slattery** mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim** dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum** jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith** asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith** adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol** jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref** rsoref@polsinelli.com
- **Bennett L. Spiegel** blspiegel@jonesday.com
- **Michael St. James** ecf@stjames-law.com
- **Howard J. Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner** harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt** lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel** clstengel@outlook.com, stengelcheryl40@gmail.com

7

- **David M. Stern**  dstern@ktbslaw.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**  ktakvoryan@ckrlaw.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**  etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Genevieve G. Weiner**  gweiner@gibsondunn.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Drew M. Widders**  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**  kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**  david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**  dwolfe@asmcapital.com
- **Catherine E. Woltering**  cwoltering@bakerlaw.com
- **Andrea Wong**  wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**  christopher.wong@arentfox.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Tacie H. Yoon**  tyoon@crowell.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com
- **Brittany Zummer**  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**  deg@coreylaw.com, lf@coreylaw.com

## ATTACHED SERVICE LIST

<u>VIA US MAIL</u>

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue |

| | |
|---|---|
| New York, NY 10153 | New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |