1  UNITED STATES DEPARTMENT OF JUSTICE
   CIVIL DIVISION
2  JOSEPH H. HUNT
   Assistant Attorney General
3  RUTH A. HARVEY
   Director
4  KIRK MANHARDT
   Deputy Director
5  MATTHEW J. TROY (GABN 717258)
   Senior Trial Counsel
6  P.O. Box 875
   Ben Franklin Station
7  Washington, DC 20044-0875
   Telephone:  (202) 514-9038
8  E-mail:  matthew.troy@usdoj.gov

9  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
10 ROBIN M. WALL  (CABN 235690)
   Assistant United States Attorney

11
   Attorneys for the United States of America
12

                    **UNITED STATES BANKRUPTCY COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                       **SAN FRANCISCO DIVISION**
15

16 | **In re:** | ) | Bankruptcy Case |
17 | **PG&E CORPORATION** | ) | No. 19-30088 (DM) |
18 | - and - | ) | Chapter 11 |
19 | **PACIFIC GAS AND ELECTRIC COMPANY,** | ) | (Lead Case) |
20 | **Debtors.** | ) | (Jointly Administered) |

Date:    June 26, 2019
Time:    9:30 a.m.
Place:   United States Bankruptcy Court
         450 Golden Gate Avenue
☐ Affects PG&E Corporation               Courtroom 17
☐ Affects Pacific Gas and Electric Company   San Francisco, CA 94102
■ Affects both Debtors                   Judge:  Hon. Dennis Montali
                                         RE:     Docket Nos. 2459 and 2631
*All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*

**JOINDER OF UNITED STATES OF AMERICA IN OBJECTION OF THE
CALIFORNIA STATE AGENCIES TO MOTION OF DEBTORS FOR ENTRY OF
PROTECTIVE ORDER PURSUANT TO FED. R. BANKR. P. 7026 AND 9014(c) AND
11 U.S.C. § 105(a) GOVERNING DISCOVERY MATERIALS AND OTHER
INFORMATION [DOCKET NO. 2459]**

The United States of America, on behalf of various federal agencies, as both a regulator and creditor of the Debtors, hereby joins in the *Objection of the California State Agencies to Motion of Debtors for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [Docket No. 2459]* (Docket No. 2631) (the "Objection").

For the reasons set forth in the Objection, the United States objects to the proposed Protective Order being made applicable to governmental units and requests that the Court include in any such order an express exception that it does not apply to governmental units.

Date: June 19, 2019

Respectfully submitted,

/s/ Matthew J. Troy
MATTHEW J. TROY
Senior Trial Counsel
Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing JOINDER with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for United States