| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
| | CIVIL DIVISION |
| 2 | JOSEPH H. HUNT |
| | Assistant Attorney General |
| 3 | RUTH A. HARVEY |
| | Director |
| 4 | KIRK MANHARDT |
| | Deputy Director |
| 5 | MATTHEW J. TROY (GABN 717258) |
| | Senior Trial Counsel |
| 6 | P.O. Box 875 |
| | Ben Franklin Station |
| 7 | Washington, DC 20044-0875 |
| | Telephone: (202) 514-9038 |
| 8 | E-mail: matthew.troy@usdoj.gov |
| 9 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |
| 10 | ROBIN M. WALL (CABN 235690) |
| | Assistant United States Attorney |
| 11 | |
| | Attorneys for the United States of America |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) Bankruptcy Case |
| **PG&E CORPORATION** | ) No. 19-30088 (DM) |
| | ) |
| - and - | ) Chapter 11 |
| | ) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) (Lead Case) |
| | ) |
| | ) (Jointly Administered) |
| **Debtors.** | ) |
| | ) Date: June 26, 2019 |
| | ) Time: 9:30 a.m. |
| | ) Place: United States Bankruptcy Court |
| ☐ Affects PG&E Corporation | ) 450 Golden Gate Avenue |
| ☐ Affects Pacific Gas and Electric Company | ) Courtroom 17 |
| ■ Affects both Debtors | ) San Francisco, CA 94102 |
| | ) Judge: Hon. Dennis Montali |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) RE: Docket Nos. 2419 and 2634 |
| | ) |

**JOINDER OF UNITED STATES OF AMERICA IN OBJECTION OF THE CALIFORNIA STATE AGENCIES TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF A PROTECTIVE ORDER [DOCKET NO. 2419]**

The United States of America, on behalf of various federal agencies, as both a regulator and creditor of the Debtors, hereby joins in the *Objection of the California State Agencies to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [Docket No. 2419]* (Docket No. 2634) (the "Objection").

For the reasons set forth in the Objection, the United States objects to the proposed Protective Order being made applicable to governmental units and requests that the Court include in any such order an express exception that it does not apply to governmental units.

Date: June 19, 2019

Respectfully submitted,

/s/ Matthew J. Troy
MATTHEW J. TROY
Senior Trial Counsel
Attorney for United States

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing JOINDER with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for United States