C. Luckey McDowell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC,
Clearway Energy, Inc., Clearway Energy Group LLC,
MC Shiloh IV Holdings LLC, NRG Energy, Inc.,
Solar Partners II LLC, Solar Partners VIII LLC, and
TerraForm Power, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER BY CERTAIN PPA PARTIES TO NEXTERA ENERGY, INC.'S, LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION**<br><br>Date: 6/26/2019<br>Time: 9:30 a.m. PST<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Agua Caliente Solar, LLC, Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. (collectively, the "**PPA Parties**") hereby join NextEra Energy, Inc., and NextEra Energy Partners, L.P. (collectively, "**NextEra**") with respect to its *Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending before the Federal Energy Regulatory Commission* [Docket No. 2616] (the "**Limited Objection**"). In support hereof (the "**Joinder**"), the PPA Parties respectfully represent as follows:

## JOINDER

In its Objection, NextEra points out the potential for inequitable treatment were the stay to be modified to permit the Debtors, but not other parties, to participate in the FERC appellate matters. This potential exists because the form of order proposed by the Utility (i) modifies the stay only with respect to the Utility and (ii) includes additional language that could be read to preclude other parties—including the PPA Parties—from participating in the appellate process. While the PPA Parties do not believe this was the Debtors' intent, the potential for this outcome is too grave to risk silence. Accordingly, for these reasons and the reasons recited in the Limited Objection, the PPA Parties join NextEra in its Limited Objection.

## NOTICE

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States

Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the various PPA counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002. The PPA Parties respectfully submit that no further notice is required.

Dated: June 19, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ C. Luckey McDowell*

　　　　　　　　　　　　　　　　　　　　C. Luckey McDowell (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP
　　　　　　　　　　　　　　　　　　　　1100 Louisiana
　　　　　　　　　　　　　　　　　　　　Suite 3300
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　Tel: (713) 354-4875
　　　　　　　　　　　　　　　　　　　　Email: Luckey.McDowell@Shearman.com

　　　　　　　　　　　　　　　　　　　　Daniel Laguardia (CA Bar No. 314654)
　　　　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP
　　　　　　　　　　　　　　　　　　　　535 Mission Street
　　　　　　　　　　　　　　　　　　　　25th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　Tel: (415) 616-1114
　　　　　　　　　　　　　　　　　　　　Email: Daniel.Laguardia@Shearman.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Agua Caliente Solar, LLC, Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.*

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 535 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 19, 2019, I served a true copy of the following document described as *Joinder by Certain PPA Parties to NextEra Energy, Inc.'s, Objection to the Debtors' Motion for Relief from the Stay to Participate in Appellate Proceedings with Respect to FERC Orders* by electronically filing the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2019, at San Francisco, California.

*/s/ Ron Cheatham*