## Exhibit E

## Media Outlets

# EXHIBIT E
# MEDIA OUTLETS

| TELEVISION DMA | STATIONS | NETWORK |
|---|---|---|
| Chico-Redding | KCRA-TV | ABC |
| | KCVU-TV | FOX |
| | KHSL-TV | CBS |
| Eureka | KAEF-TV | ABC |
| | KIEM-TV | NBC |
| | KVIQ-TV | CBS |
| Sacramento-Stockton-Modesto | KCRA-TV | NBC |
| | KOVR-TV | CBS |
| | KXTV-TV | ABC |
| San Francisco-Oakland-San Jose | KGO-TV | ABC |
| | KPIX-TV | CBS |
| | KTVU-TV | FOX |

| LOCAL CABLE TV | NETWORK | PROGRAM TYPE |
|---|---|---|
| Chico-Redding | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | HGTV-TV | Home and Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| | USA-TV | Entertainment |
| Eureka | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | HGTV-TV | Home and Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| | USA-TV | Entertainment |
| Sacramento-Stockton-Modesto | CNN-TV | News |
| | ESPN-TV | Sports |
| | FOOD-TV | Food Entertainment |
| | FXNC-TV | News |
| | GALA-TV | Spanish |
| | HGTV-TV | Home & Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| San Francisco-Oakland-San Jose | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | GALA-TV | Spanish |
| | HGTV-TV | Home & Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |

# EXHIBIT E
# MEDIA OUTLETS

| NATIONAL CABLE TV NETWORKS | NETWORK | PROGRAM TYPE |
|---|---|---|
| | CNN | News |
| | FOX NEWS | News |
| | HISTORY | History |
| | TNT | Entertainment |

| RADIO MSA ENGLISH | STATIONS | FORMAT |
|---|---|---|
| Chico | KCEZ-FM | Contemporary Hit Radio |
| | KHSL-FM | Country |
| | KPAY-AM | News/Talk |
| | KRQR-FM | Album Oriented Rock |
| Redding | KEWB-FM | Contemporary Hit Radio |
| | KNCQ-FM | Country |
| | KQMS-AM | News/Talk |
| | KRDG-FM | Classic Hits |
| San Francisco | KCBS-AM | News |
| | KISQ-FM | Soft Adult Contemporary |
| | KOIT-FM | Adult Contemporary |
| | KSAN-FM | Classic Rock |
| Sacramento | KFBK-AM | News/Talk |
| | KNCI-FM | Country |
| | KRXQ-FM | Album Oriented Rock |
| | KSEG-FM | Classic Rock |
| Stockton | KATM-FM | Country |
| | KHKK-FM | Classic Hits |
| | KNCI-FM | Country |
| | KWIN-FM | Country Hit Radio |
| Modesto | KATM-FM | Country |
| | KHKK-FM | Classic Hits |
| | KHOP-FM | Hot Adult Contemporary |
| | KJSN-FM | Soft Adult Contemporary |

**EXHIBIT E**
**MEDIA OUTLETS**

| RADIO MSA SPANISH | STATIONS | FORMAT |
|---|---|---|
| Chico | KRCX-FM | Mexican Regional |
|  | KHHZ-FM | Mexican Regional |
| Redding | No local Spanish stations |  |
| San Francisco | KBRG-FM | Spanish Adult Hits |
|  | KSOL-FM | Mexican Regional |
| Sacramento | KXSE-FM | Mexican Regional |
|  | KRCX-FM | Mexican Regional |
| Stockton | KTSE-FM | Mexican Regional |
|  | KGRB-FM | Mexican Regional |
| Modesto | KMIX-FM | Mexican Regional |
|  | KBBU-FM | Mexican Regional |