# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Julie A. North | Litigation | 1990 | $1,500 | 14.70 | $22,050.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 18.90 | 28,350.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 18.00 | 27,000.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 76.00 | 114,000.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 72.00 | 108,000.00 |
| Erik R. Tavzel | Corporate | 1999 | 1,500 | 180.60 | 270,900.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 198.20 | 297,300.00 |
| John D. Buretta | Litigation | 1997 | 1,350 | 14.60 | 19,710.00 |
| Stephen M. Kessing | Corporate | 2006 | 1,350 | 42.90 | 57,915.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 195.80 | 264,330.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 49.30 | 54,230.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 262.20 | 288,420.00 |
| **Total Partners:** | | | | **1,143.20** | **$1,552,205.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 274.60 | $281,465.00 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 107.60 | 109,752.00 |
| David A. Herman | Litigation | 2008 | 975 | 110.20 | 107,445.00 |
| Megan Y. Lew | Litigation | 2011 | 975 | 37.70 | 36,757.50 |
| Scott Reents | Litigation | 2008 | 975 | 59.00 | 57,525.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 232.50 | 223,200.00 |
| Brittany Sukiennik | Litigation | 2012 | 960 | 237.30 | 227,808.00 |
| Arvind Ravichandran | Tax | 2013 | 940 | 6.60 | 6,204.00 |
| Paul Sandler | Corporate | 2014 | 940 | 142.40 | 133,856.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 310.00 | 275,900.00 |
| Kelsie Docherty | Litigation | 2015 | 890 | 15.30 | 13,617.00 |
| Alison Miller | Litigation | 2015 | 890 | 85.90 | 76,451.00 |
| Sanjay Murti | Corporate | 2015 | 890 | 16.10 | 14,329.00 |
| Christina Barreiro | Litigation | 2016 | 855 | 34.80 | 29,754.00 |
| Peter Fountain | Litigation | 2016 | 855 | 113.70 | 97,213.50 |
| Salah M. Hawkins | Litigation | 2016 | 855 | 155.70 | 133,123.50 |
| Matthias Thompson | Litigation | 2016 | 855 | 139.60 | 119,358.00 |
| Samantha Bui | Litigation | 2017 | 840 | 76.20 | 64,008.00 |
| Grant S. May | Litigation | 2017 | 840 | 198.30 | 166,572.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 179.50 | 150,780.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 179.60 | 150,864.00 |
| Caleb B. Rosser | Corporate | 2017 | 840 | 4.60 | 3,864.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 151.80 | 127,512.00 |
| Marco Wong | Litigation | 2017 | 840 | 246.10 | 206,724.00 |
| Jessica Choi | Litigation | 2018 | 750 | 68.30 | 51,225.00 |
| Catriela Cohen | Corporate | 2018 | 750 | 134.40 | 100,800.00 |
| Melanie Cook | Corporate | 2018 | 750 | 20.20 | 15,150.00 |
| Marie Faber | Litigation | 2014 (Admitted in Amsterdam) | 750 | 12.00 | 9,000.00 |
| Michael Fahner | Corporate | 2018 | 750 | 92.30 | 69,225.00 |
| Allison Kempf | Litigation | 2018 | 750 | 293.60 | 220,200.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 248.90 | 186,675.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jieun Lim | Corporate | 2018 | 750 | 13.50 | 10,125.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 20.30 | 15,225.00 |
| Lukas Ritzenhoff | Litigation | 2016 (Admitted in Berlin) | 750 | 32.50 | 24,375.00 |
| Jeffrey Then | Litigation | 2018 | 750 | 67.50 | 50,625.00 |
| Allison Tilden | Litigation | 2018 | 750 | 166.20 | 124,650.00 |
| Alex Weiss | Litigation | 2018 | 750 | 27.40 | 20,550.00 |
| Seann Archibald | Corporate | 2019 | 595 | 79.70 | 47,421.50 |
| Sara Bodner | Litigation | 2019 | 595 | 157.60 | 93,772.00 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 61.80 | 36,771.00 |
| Margaret Fleming | Corporate | 2019 | 595 | 26.80 | 15,946.00 |
| Courtney Gans | Litigation | 2019 | 595 | 11.00 | 6,545.00 |
| Sofia Gentel | Litigation | 2019 | 595 | 124.30 | 73,958.50 |
| Ya Huang | Corporate | 2019 | 595 | 160.30 | 95,378.50 |
| Michael Kahn | Corporate | 2019 | 595 | 15.70 | 9,341.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 196.70 | 117,036.50 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 136.10 | 80,979.50 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 18.40 | 10,948.00 |
| Lauren Phillips | Litigation | 2019 | 595 | 255.30 | 151,903.50 |
| Caleb Robertson | Litigation | 2019 | 595 | 254.50 | 151,427.50 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 151.40 | 90,083.00 |
| Ryan Sila | Litigation | 2019 | 595 | 210.10 | 125,009.50 |
| Emily Tomlinson | Corporate | * | 595 | 31.60 | 18,802.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 253.40 | 143,171.00 |
| Michael Fessler | Litigation | 2011 | 415 | 198.30 | 82,294.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 139.60 | 57,934.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 127.20 | 52,788.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 194.90 | 80,883.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 35.50 | 14,732.50 |
| Dianne Rim | Litigation | 2011 | 415 | 37.60 | 15,604.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alain Rozan | Litigation | 1985 | 415 | 160.10 | 66,441.50 |
| Peter Truong | Litigation | 2004 | 415 | 152.30 | 63,204.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 239.20 | 99,268.00 |
| **Total Associates:** | | | | **7,741.60** | **$5,513,552.50** |

\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 26.90 | $10,760.00 |
| Lee Michael Stein | Litigation Technology | 375 | 30.10 | 11,287.50 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 68.70 | 23,014.50 |
| Laura De Feo | Litigation Legal Assistant | 310 | 123.40 | 38,254.00 |
| Elizabeth Greene | Litigation Legal Assistant | 310 | 173.10 | 53,661.00 |
| Scott Levinson | Litigation Legal Assistant | 310 | 113.80 | 35,278.00 |
| Matthew London | Litigation Legal Assistant | 310 | 138.90 | 43,059.00 |
| David Sizer | Litigation Legal Assistant | 310 | 98.70 | 30,597.00 |
| Jim V. Bell | Litigation Legal Assistant | 290 | 123.60 | 35,844.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 114.20 | 33,118.00 |
| Zachary Sanders | Litigation Legal Assistant | 290 | 108.80 | 31,552.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 290 | 177.00 | 51,330.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 151.10 | 43,819.00 |
| **Total Paraprofessionals:** | | | **1,448.30** | **$441,574.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,357.77 | 1,143.20 | $1,552,205.00 |
| Associates | 712.20 | 7,741.60 | 5,513,552.50 |
| Paraprofessionals | 304.89 | 1,448.30 | 441,574.00 |
| **Blended Attorney Rate** | **$795.26** | | |
| **Total Fees Incurred** | | **10,333.10** | **$7,507,331.50** |
| **Less 50% Discount on Non-Working Travel Time** | | | ($156,657.00) |
| **Total Adjusted Fees** | | | **$7,350,674.50** |