# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 261.80 | $96,502.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 30.10 | 40,428.00 |
| AUTO | Automatic Stay | 31.60 | 25,217.00 |
| BARN | Bar Date and Claims Noticing Matter | 0.00 | 0.00 |
| CASE | General Case Strategy | 377.80 | 331,661.50 |
| CASH | Financing / Cash Collateral | 375.80 | 334,337.00 |
| COMM | Committee Matters | 17.60 | 16,235.00 |
| CRAV | Cravath Retention and Fee Application | 124.20 | 99,885.50 |
| CRED | Creditor Inquiries | 13.70 | 14,900.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 3.00 | 2,880.00 |
| ECUL | Executory Contracts and Unexpired Leases | 0.00 | 0.00 |
| FEEO | Retention and Fee Applications of Non-Cravath Professionals | 1.80 | 1,590.00 |
| GOVR | Corporate Governance and Securities Matters | 1,043.20 | 1,021,078.00 |
| HEAR | Hearings and Court Matters | 141.70 | 151,461.00 |
| INVS | Investigations | 557.10 | 367,732.00 |
| NONB | Non-Bankruptcy Litigation | 1,546.40 | 1,021,740.00 |
| OCMS | Other Contested Matters | 30.70 | 23,136.00 |
| OPRS | Business Operations Matters | 717.80 | 623,301.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 0.00 | 0.00 |
| PUBL | Public Relations Strategy | 90.80 | 105,074.00 |
| REGS | Regulatory & Legislative Matters | 3,844.40 | 2,369,497.00 |
| TRVL | Non-Working Travel Time | 406.80 | 156,657.00* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 4.60 | 5,813.00 |
| WILD | Wildfire Claims Matters | 712.20 | 541,549.00 |
| TOTAL | | 10,333.10 | $7,350,674.50 |

* - Non-Working Travel Time billed at 50% discount.