**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $12,448.43 |
| Transportation | 9,619.93 |
| Courier/Mail Services | 1,386.57 |
| Duplicating | 793.50 |
| Special Disbursements (including Experts) | 153,310.41 |
| Travel | 233,359.17* |
| **Total Expenses Requested:** | **$410,918.01** |

* - Hotel expenses have been capped for reimbursement purposes at $500.00/night.