1  MARK GORTON (SBN 099312)
   THOMAS G. MOUZES (SBN 099446)
2  **BOUTIN JONES INC.**
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   Phone: 916.321.4444
4  Fax:   916.441.7597
   Email: mgorton@boutinjones.com
5
   JANE LUCKHARDT (SBN 141919)
6  General Counsel
   **NORTHERN CALIFORNIA POWER AGENCY**
7  651 Commerce Drive
   Roseville, CA 95678-6411
8  Phone: 916.781.3636
   Email: Jane.Luckhardt@ncpa.com
9
   *Attorneys for Creditor and Party-in-Interest*
10 *NORTHERN CALIFORNIA POWER AGENCY*

11

12                  UNITED STATES BANKRUPTCY COURT

13         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14 In re                                ) Case Nos. 19-30088 DM (Lead Case)
                                        )           19-30089 DM
15 PG&E CORPORATION                     )
                                        ) Chapter 11
16 -and-                                ) Jointly Administered
                                        )
17 PACIFIC GAS AND ELECTRIC             ) **JOINDER OF NORTHERN CALIFORNIA**
   COMPANY                              ) **POWER AGENCY TO SONOMA CLEAN**
18                                      ) **POWER AUTHORITY'S LIMITED**
                                        ) **OBJECTION TO DEBTORS' PROTECTIVE**
19              Debtors.                ) **ORDER MOTION**
                                        )
20                                      ) Date:        June 26, 2019
   ☐ Affects PG&E Corporation           ) Time:        9:30 a.m.
21                                      ) Courtroom:   17
   ☐ Affects Pacific Gas and Electric Company ) Place:   450 Golden Gate Ave., 16th Floor
22                                      )              San Francisco, CA 94102
   ☑ Affects both Debtors.              ) Judge:       Hon. Dennis Montali
23                                      ) Appearance counsel: Mark Gorton
   * All papers shall be filed in the Lead Case )
24 No. 19-30088 DM                      )

25

26

27

28

1021268.1

Northern California Power Agency ("NCPA") joins the Limited Objection of Sonoma Clean Power Authority to the Debtors' Protective Order Motion[1] (the "SCP Objection").

## NCPA IS A CREDITOR

1.      NCPA is a nonprofit California joint powers agency established in 1968 to construct and operate renewable and low-emitting generating facilities and assist in meeting the wholesale energy needs of its 16 members – the Cities of Alameda, Biggs, Gridley, Healdsburg, Lodi, Lompoc, Palo Alto, Redding, Roseville, Santa Clara, Shasta Lake, and Ukiah, Plumas-Sierra Rural Electric Cooperative, Port of Oakland, San Francisco Bay Area Rapid Transit (BART), and Truckee Donner Public Utility District. Collectively these members serve nearly 700,000 electric consumers in Central and Northern California. These members represent the geographic breadth and diversity of the state of California – from the Silicon, Sonoma and Central Valleys to the Sierras, some are urban and some are rural, and the size of utilities represented by NCPA varies greatly as well. (*See* Declaration of Anthony Zimmer ISO NCPA's Statement of Support for TURN's Motion for Appointment of Official Committee of Ratepayer Claimants ("Zimmer Dec.") ¶ 5, Dkt. 1660-1.)

2.      NCPA holds contingent claims for refunds from PG&E of approximately $13.3 million as a wholesale Transmission Owner Tariff customer arising out of FERC proceedings referred to as TO18 and TO19, pending resolution by FERC. (*See* Zimmer Dec. ¶¶ 6-14, Dkt. 1660-1.) In addition, PG&E has identified NCPA as a non-debtor counterparty to twenty-one (21) executory contracts. (*See* PG&E's Schedule G, Dkts. 907 at p. 502; 907-1 at pp. 163, 164, 240, 332, 333; 907-2 at pp. 443, 444; 907-4 at p. 145.) NCPA has contingent and unliquidated claims that would arise out of the rejection of any or all of those executory contracts, if the Court allows such rejection in this allegedly solvent case. (*See* Zimmer Dec., ¶¶ 6-14, Dkt. 1660.)

## NCPA JOINS IN THE SCP OBJECTION

3.      NCPA joins the SCP Objection. Debtors' Protective Order Motion and the Proposed Protective Order, if granted, would impose inappropriate, disproportionate and unfair burdens and obligations on NCPA and similarly situated governmental units that could impair and impede the

---

[1] Unless otherwise defined, capitalized terms have the definitions ascribed to them in the Debtors' Protective Order Motion (Dkt. 2459).

1  ability to protect their rights in these chapter 11 cases and in other proceedings in nonbankruptcy

2  forums.

3      4.      NCPA further supports the suggested changes to the Proposed Protective Order in the

4  SCP Objection that, if adopted, NCPA believes may provide needed mitigation for these burdens and

5  obligations.

6                                **RESERVATION OF RIGHTS**

7      5.      Except as provided above, nothing herein nor in any other appearance, pleading,

8  claim, proof of claim, suit, motion or any other writing or conduct shall constitute a waiver by

9  NCPA of any procedural or substantive rights, remedies, claims, or defenses including, without

10  limitation: (a) the right to have all matters, except monetary "damages claims," probation violations,

11  and criminal complaints, heard and resolved by the FERC; (b) the right to have any and all final

12  orders in any and all matters entered only after *de novo* review by a United States District Court

13  Judge; (c) the right to have any matter heard and tried before an Article III court or, in the event of

14  any applicable Chapter 9 case, such other bankruptcy court; (d) the right to trial by jury in any

15  proceeding as to any and all matters so triable therein, whether or not the same be designated legal or

16  private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial

17  right is pursuant to statute or the United States Constitution, as well as the rights of State

18  governmental units as such for sovereign immunity or under applicable laws, including the Fifth and

19  Tenth Amendments; (e) the right to have the reference of this matter withdrawn by the United States

20  District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

21  (f) other rights, claims, actions, remedies, defenses, setoffs, recoupments or other matters to which

22  NCPA is entitled under any agreements or at law or in equity or under the United States

23  Constitution, including those protecting public funds or which may be enforced as police or

24  regulatory powers under Section 362(b)(4) or under 28 U.S.C. § 959; and (g) the right to be served

25  directly with pleadings commencing an adversary proceeding, contested matter or other proceeding

26  or action.

27      6.      All of the above rights, claims, defenses, and remedies are hereby expressly reserved.

28  The filing of this Statement and participating in these bankruptcy cases, or any of them, shall <u>not</u> be

1021268.1

1   deemed to constitute a concession or admission of jurisdiction in the case or cases or before this

2   court or any other court. NCPA does not consent to the bankruptcy court's jurisdiction or the

3   jurisdiction of any other court. NCPA does not consent to the entry of final judgments, orders and/or

4   decrees by the bankruptcy judge/bankruptcy court. At all times, NCPA demands a jury trial. NCPA

5   does not consent to the bankruptcy court/bankruptcy judge conducting any jury trial.

6                                  **CONCLUSION**

7        For the foregoing reasons, NCPA joins in the SCP Objection and requests that the Court to

8   sustain the objection and limit the relief provided on the Debtors' Protective Order Motion.

9   DATED: June 19, 2019.                RESPECTFULLY SUBMITTED,

10                                  BOUTIN JONES INC.

11

12                                  By:_____*/s/ Mark Gorton*_____

                                                 Mark Gorton

13                                -and-

14                                NORTHERN CALIFORNIA POWER AGENCY

15                                Jane Luckhardt, General Counsel (SBN 141919)

16                                *Attorneys for Creditor and Party-in-Interest,*

                                *NORTHERN CALIFORNIA POWER AGENCY*

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On June 19, 2019, I served the within:

**(1) JOINDER OF NORTHERN CALIFORNIA POWER AGENCY TO SONOMA CLEAN POWER AUTHORITY'S LIMITED OBJECTION TO DEBTORS' PROTECTIVE ORDER MOTION**

| X | **(by e-mail transmission)** on all parties listed on the attached **Exhibit A**, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) to the person(s) at the e-mail address(es) as set forth on the attached service list, **Exhibit A**. |

| X | **(by mail)** on all parties listed on the attached **Exhibit B** in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California. |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 19, 2019, at Sacramento, California.

_____
CARMELIA V. DOMINGO

1021291.1

Exhibit A

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer 402 West Broadway Suite 860 San Diego CA 92101 | EAdler@TheAdlerFirm.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm 10000 Ming Avenue Bakersfield CA 93311 | RASymm@aeraenergy.com | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN 2001 Ross Avenue, Suite 3600 Dallas TX 75201 | john.mitchell@akerman.com | Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds 1999 Avenue of the Stars Suite 600 Los Angeles CA 90067 | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com | Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter One Bryant Park New York NY 10036 | dsimonds@akingump.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert 1301 Avenue of the Americas 42nd Floor New York NY 10019 | andy.kong@arentfox.com | Email |
| Counsel for Genesys | Arent Fox LLP | Attn: Andy S. Kong and | Beth.Brownstein@arentfox.com; | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Telecommunications Laboratories Inc. | | Christopher K.S. Wong 555 West Fifth Street 48th Floor Los Angeles CA 90013-1065 | Jordana.Renert@arentfox.com; | |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian 555 West Fifth Street 48th Floor Los Angeles CA 90013-1065 | Aram.Ordubegian@arentfox.com | Email |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. 250 West 55th Street New York NY 10019 | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com | Email |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. One AT&T Way, Room 3A115 Bedminster NJ 07921 | Jg5786@att.com | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS 455 Golden Gate Avenue Suite 11000 San Francisco CA 94102-7004 | James.Potter@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER 1515 Clay Street, 20th Floor P.O. Box 70550 Oakland CA 94612-0550 | Danette.Valdez@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER 300 South Spring Street Suite 1702 Los Angeles CA 90013 | James.Potter@doj.ca.gov | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO 12518 Beverly Boulevard Whittier CA 90601 | marthaeromerolaw@gmail.com | Email |

1017500.2

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Claimants | | | | |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu 2001 Ross Avenue Suite 1000 Dallas TX 75201 | Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com | Email |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dillon 101 California Street Suite 3600 San Francisco CA 94111 | Navi.Dhillon@BakerBotts.com | Email |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland 211 Commerce Street Suite 800 Nashville TN 37201 | jrowland@bakerdonelson.com | Email |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers 1 East Washington Street Suite 2300 Phoenix AZ 85004-2555 | ganzc@ballardspahr.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers 919 North Market Street 11th Floor Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. 1225 17th Street Suite 2300 Denver CO 80202 | hartlt@ballardspahr.com | Email |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker Mail Code: NY1-100-21-01 One Bryant Park New York NY 10036 | John.mccusker@bami.com | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas TX 75219 | ssummy@baronbudd.com;<br>jfiske@baronbudd.com | Email |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi<br>350 South Grand Avenue, Suite 2200<br>Los Angeles CA 90071-3485 | chigashi@bkolaw.com; thigham@bkolaw.com | Email |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | kcapuzzi@beneschlaw.com;<br>mbarrie@beneschlaw.com | Email |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek CA 94596 | misola@brotherssmithlaw.com | Email |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar<br>505 Van Ness Avenue<br>San Francisco CA 94102 | arocles.aguilar@cpuc.ca.gov | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong 6001 Bollinger Canyon Road T2110<br>San Ramon CA 94583 | melaniecruz@chevron.com;<br>marmstrong@chevron.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding<br>Two International Place<br>Boston MA 02110 | dgooding@choate.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall<br>Two International Place<br>Boston MA 02110 | jmarshall@choate.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan 1800 Century Park East, 14th Floor Los Angeles CA 90067 | otakvoryan@ckrlaw.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl One Liberty Plaza New York NY 10006 | mschierberl@cgsh.com | Email |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann 111 East Broadway, 11th Floor Salt Lake City UT 84111 | ghofmann@cohnekinghorn.com | Email |
| | Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor 700 El Camino Real PO Box 669 Millbrae CA 94030-0669 | alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett San Francisco Airport Office Center 840 Malcolm Road, Suite 200 Burlingame CA 94010 | fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com | Email |
| COUNTY OF YOLO | Attn: Eric May | | eric.may@yolocounty.org | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III<br>101 Montgomery Street<br>Suite 1400<br>San Francisco CA 94101 | fsmith@cozen.com | Email |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan<br>Three Embarcadero Center, 26th Floor<br>San Francisco CA 94111 | bmullan@crowell.com | Email |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller<br>333 Twin Dolphin Drive<br>Suite 145<br>Redwood Shores CA 94065 | mdanko@dankolaw.com;<br>kmeredith@dankolaw.com;<br>smiller@dankolaw.com | Email |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com | Email |
| | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe<br>1600 El Camino Real<br>Menlo Park, CA 94025 | andrew.yaphe@davispolk.com | Email |
| Debra Grassgreen | Attn. Karl Knight | | dgrassgreen@gmail.com | Email |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq.<br>303 Peachtree St., NE, Suite 5300<br>Atlanta GA 30308 | oscar.pinkas@dentons.com | Email |

1017500.2

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | Lauren.macksoud@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | bryan.bates@dentons.com | Email |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York NY 10020 | peter.wolfson@dentons.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley 2000 Avenue of the Stars Suite 400 North Tower Los Angeles CA 90067-4704 | david.riley@dlapiper.com | Email |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg 1111 Broadway 3rd Floor Oakland CA 94607 | lgoldberg@ebce.org | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer 808 Travis Suite 700 Houston TX 77002 | Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com | Email |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC 777 Third Avenue, 12th Floor New York NY 10017 | sgarabato@epiqglobal.com | Email |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI 400 Capitol Mall Suite 1750 Sacramento CA 95814 | sfelderstein@ffwplaw.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory 124 East Fourth Street Tulsa OK 74103-5010 | sory@fdlaw.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell 1201 N. Orange St. Suite 300 Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes 505 14th Street, Suite 1110 Oakland CA 94612 | ehg@classlawgroup.com; dsh@classlawgroup.com | Email |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz 200 Park Avenue New York NY 10166-0193 | Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com | Email |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo 1717 Arch Street Suite 400 Philadelphia PA 19103 | vuocolod@gtlaw.com | Email |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett 700 Larkspur Landing Circle, Suite 280 Larkspur CA 94939 | mgrotefeld@ghlaw-llp.com; mochoa@ghlaw- llp.com; wpickett@ghlaw-llp.com | Email |
| | HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com | Email |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady 1999 Avenue of the Stars Suite 1400 Los Angeles CA 90067 | bennett.spiegel@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel 1999 Avenue of the Stars Suite 1400 Los Angeles CA 90067 | alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher 875 Third Avenue New York NY 10022 | erin.brady@hoganlovells.com | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman 50 California Street Suite 2800 San Francisco CA 94111 | robert.labate@hklaw.com | Email |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. 200 Park Avenue 53rd Floor New York NY 10166 | ppartee@huntonak.com | Email |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube 275 Viger East Montreal QC H2X 3R7 Canada | mjdube@ca.ibm.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone 1800 Avenue of the Stars Suite 900 Los Angeles CA 90067-4276 | cvarnen@irell.com; astrabone@irell.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. 840 Newport Center Drive Suite 400 Newport Beach CA 92660-6324 | mstrub@irell.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan One Federal Street Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery Associate General Counsel 9191 South Jamaica Street Englewood CO 80112 | robert.albery@jacobs.com | Email |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma 1766 Lacassie Ave., Suite 200 Walnut Creek CA 94596 | ajang@janglit.com; snoma@janglit.com | Email |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. P.O. Box 33127 Charlotte NC 28233 | jdt@jdthompsonlaw.com | Email |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan 500 N. Shoreline Suite 900 Corpus Christi TX 78401 | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com | Email |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder 101 Park Avenue New York NY 10178 | bfeder@kelleydrye.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich Two North Nevada Colorado Springs CO 80903 | Mark_Minich@kindermorgan.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow 1001 Louisiana Suite 1000 Houston TX 77002 | mosby_perrow@kindermorgan.com | Email |

1017500.2

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra<br>601 Lexington Avenue<br>New York NY 10022 | stephen.hessler@kirkland.com; | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | marc.kieselstein@kirkland.com; | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | mark.mckane@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser<br>555 California Street<br>San Francisco CA 94104 | aparna.yenamandra@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. 601<br>Lexington Avenue<br>New York NY 10022 | david.seligman@kirkland.com | Email |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles CA 90067 | kklee@ktbslaw.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin<br>140 Broadway<br>New York NY 10005 | tdubbs@labaton.com;<br>cvillegas@labaton.com;<br>jdubbin@labaton.com | Email |

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch<br>333 South Grand Avenue<br>Suite 4200<br>Los Angeles CA 90071 | klamb@lkfirm.com; tkelch@lkfirm.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022-4834 | christopher.harris@lw.com;<br>andrew.parlen@lw.com | Email |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022 | andrew.parlen@lw.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota TX 77868 | pwp@pattiprewittlaw.com | Email |
| Counsel to Central Valley Associates, L.P. | Law Offices of Ronald K. Brown, Jr. | Attn: Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach CA 92660 | Ron@rkbrownlaw.com | Email |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi<br>345 Pine Street<br>3rd Floor<br>San Francisco CA 94104 | tjb@brandilaw.com | Email |
| | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Amy.Goldman@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp<br>601 Poydras Street<br>Suite 2660<br>New Orleans LA 70130 | sbryant@lockelord.com | Email |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles CA 90067 | mscohen@loeb.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann<br>& Gabriel L. Olivera<br>One Lowenstein Drive<br>Roseland NJ 070068 | abehlmann@lowenstein.com;<br>golivera@lowenstein.com | Email |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald<br>221 Sansome Street Third Floor<br>San Francisco CA 94104-2323 | imac@macfern.com | Email |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES 16030<br>VENTURA BOULEVARD<br>SUITE 470<br>ENCINO CA 91436 | Craig@MarguliesFaithLaw.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303 San Francisco CA 94104 | malexander@maryalexander.com | Email |
| | McCormick Barstow, P.C. | Attn: David L. Emerzian, H. Annie Duong | demerzian@mccormickbarstow.com | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | Attn: James H. Smith<br>One Bryant Park, 47th Floor<br>New York NY 10036 | jsmith@mckoolsmith.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | Paronzon@milbank.com;<br>Gbray@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | ddunne@milbank.com<br>skhalil@milbank.com | Email |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin<br>2029 Century Park East Suite 3100<br>Los Angeles CA 90067 | avobrient@mintz.com; ablevin@mintz.com | Email |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz<br>1333 N. California Blvd<br>Suite 600<br>Walnut Creek CA 94596 | Joshua.Bevitz@ndlf.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO<br>55 West 46th Street<br>New York NY 10036 | mferullo@nixonpeabody.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE<br>Exchange Place<br>53 State Street<br>Boston MA 02109 | rpedone@nixonpeabody.com | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist 2611 Esplanade Chico CA 95973 | joe@norcallawgroup.net | Email |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera 1301 Avenue of the Americas New York NY 10019-6022 | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com | Email |

1017500.2

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah 7 Times Square New York NY 10036 | jrapisardi@omm.com;nmitchell@omm.com; dshamah@omm.com | Email |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept P.O. Box 944255 Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta 450 Golden Gate Ave Suite 05-0153 San Francisco CA 94102 | James.L.Snyder@usdoj.gov | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder 1152 15th Street, NW Washington DC 20005 | lmcgowen@orrick.com | Email |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz Columbia Center 1152 15th Street, N.W. Washington DC 20005-1706 | dfelder@orrick.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen 51 West 52nd Street New York NY 10019 | dmintz@orrick.com | Email |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas 150 California Street 15th Floor San Francisco CA 94111 | ipachulski@pszjlaw.com | Email |

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley<br>1540 Broadway<br>New York NY 10036 | leo.crowley@pillsburylaw.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com;<br>brosen@proskauer.com;<br>mzerjal@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | mfirestein@proskauer.com;<br>sma@proskauer.com | Email |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas B. Provencher<br>823 Sonoma Avenue<br>Santa Rosa CA 95404 | dbp@provlaw.com | Email |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | mhowery@reedsmith.com | Email |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 | rsimons@reedsmith.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt One Embarcadero Center Suite 400 San Francisco CA 94111 | lillian.stenfeldt@rimonlaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson 808 Wilshire Boulevard Site 450 Santa Monica CA 90401 | robins@robinscloud.com; rbryson@robinscloud.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan 1211 Avenue of the Americas New York NY 10036-8704 | mark.bane@ropesgray.com; matthew.roose@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane 1211 Avenue of the Americas New York NY 10036-8704 | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen Prudential Tower 800 Boylston Street Boston MA 02199-3600 | keith.wofford@ropesgray.com; daniel.egan@ropesgray.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis Prudential Tower, 800 Boylston Street Boston MA 02199-3600 | ssally@ropesgray.com; matthew.mcginnis@ropesgray.com | Email |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard 611 Anton Boulevard Suite 1400 Costa Mesa CA 92626-1931 | pblanchard@rutan.com | Email |
| | San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityattyorg | Email |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. 230 Park Avenue New York NY 10169 | cbelmonte@ssbb.com; pbosswick@ssbb.com | Email |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB 1550 Humboldt Road, Suite 4 CHICO CA 95928 | erlamblaw@gmail.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney<br>560 Mission Street<br>Suite 3100<br>San Francisco CA 94105 | charney@seyfarth.com | Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano<br>1801 Century Park East Suite 1600<br>Los Angeles CA 90067 | dshemano@shemanolaw.com | Email |
| | Shulman Hodges &Bastian LLP | Attn: Leonard N. Shulman, Melissa Davis Lowe | mlowe@shpllp.com | Email |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett<br>One North Market Street<br>Suite 200<br>San Jose CA 95113 | dvd@svlg.com | Email |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell<br>425 Lexington Avenue<br>New York NY 10017 | michael.torkin@stblaw.com;<br>ngoldin@stblaw.com;<br>kmclendon@stblaw.com;<br>jamie.fell@stblaw.com | Email |
| | Singleton Law Firm, APC | Attn: Gerald Singleton & John C. Lemon | john@slffirm.com | Email |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel<br>50 Santa Rosa Avenue<br>Fifth Floor<br>Santa Rosa CA 95494 | jmullan@sonomacleanpower.org | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci 2244 Walnut Grove Avenue 3rd Floor Rosemead CA 91770 | Julia.Mosel@sce.com; patricia.cirucci@sce.com | Email |
| | Steve Christopher | | sc2104721@gmail.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis 485 Madison Avenue 20th Floor New York NY 10022 | lpg@stevenslee.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger 620 Freedom Business Center Suite 200 King of Prussia PA 19406 | cp@stevenslee.com | Email |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. 2300 SW First Avenue, Suite 200 Portland OR 97201 | kcoles@lawssl.com | Email |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal One California Street Third Floor San Francisco CA 94111 | jlowenthal@steyerlaw.com | Email |
| | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R. GLASSMAN | pglassman@sycr.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon 2029 Century Park East Los Angeles CA 90067-3086 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola 2029 Century Park East Los Angeles CA 90067-3086 | fmerola@stroock.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo 180 Maiden Lane New York NY 10038-4982 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen 180 Maiden Lane New York NY 10038-4982 | dmoon@stroock.com | Email |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor 2323 Bryan Street Suite 2200 Dallas TX 5201-2689 | esserman@sbep-law.com; taylor@sbep-law.com | Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III 1600 Parkwood Circle Suite 200 Atlanta GA 30339 | jmills@taylorenglish.com | Email |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin 3300 Douglas Blvd. Ste. 100 Roseville CA 95661 | daniel@thebklawoffice.com | Email |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel 1500 N. Mantua Street Kent OH 44240 | Erika.Schoenberger@davey.com | Email |

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach One Penn Plaza Suite 3335 New York NY 10119 | altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com | Email |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. 600 Peachtree St. NE Suite 3000 Atlanta GA 30308 | harris.winsberg@troutman.com; matthew.roberts2@troutman.com | Email |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long 785 Market St Suite 1400 San Francisco CA 94103 | mtoney@turn.org; tlong@turn.org | Email |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe 1400 Douglas Street STOP 1580 Omaha NE 68179 | bankruptcynotices@up.com | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director San Francisco Regional Office 44 Montgomery Street, Suite 2800 San Francisco CA 94104 | secbankruptcy@sec.gov | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel 100 F St. NE MS 6041B Washington DC 20549 | sanfrancisco@sec.gov | Email |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch 100 Pine Street Suite 725 San Francisco CA 94111 | wagstaffe@wvbrlaw.com;busch@wvbrlaw.com | Email |

1017500.2

Exhibit A – Service List Email Only

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver 650 California Street 26th Floor San Francisco CA 94108 | mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm 205 E. River Park Circle Suite 410 Fresno CA 93720 | rileywalter@W2LG.com; Mwilhelm@W2LG.com | Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich 1001 Marina Village Parkway Suite 200 Alameda CA 94501-1091 | cgray@unioncounsel.net | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J. Christopher Shore 1221 Avenue of the Americas New York NY 10020-1095 | cshore@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown Southeast Financial Center 200 South Biscayne Boulevard, Suite 4900 Miami FL 33131-2352 | tlauria@whitecase.com; mbrown@whitecase.com | Email |

1017500.2

**Exhibit A – Service List Email Only**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee 1700 K Street, N.W. Washington DC 20006-3817 | myuffee@winston.com | Email |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. 11601 Wilshire Boulevard Suite 1400 Los Angeles, CA 90025-0509 | esagerman@bakerlaw.com cdumas@bakerlaw.com | Email |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas 1160 Battery Street Suite 100 San Francisco, CA 94111 | rjulian@bakerlaw.com cdumas@bakerlaw.com | Email |

# Exhibit B

| DESCRIPTION | NAME | hADDRESS |
|---|---|---|
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simmons 1999 Avenue of the Stars Suite 600 Los Angeles, CA 90067 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel 888 First St NE Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick Four Embarcadero Center Suite 4000 San Francisco CA 94111-4106 |
| Counsel for DTE Stockton, LLC, Mt. Poso Congeneration Company, LLC f/k/a Mt. Poso Congeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC Woodland Biomass Power, LLC f/k/a Woodland Biomass Power Ltd. | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Kevin S. Eckhardt 50 California Street Suite 1700 San Francisco, CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation 2970 Market St Philadelphia PA 19104-5016 |
| Interested Party John A. Vos | John A. Vos | 1430 Lincoln Avenue San Rafael, CA 94901 |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong Counsel for Philip Verwey d/b/a Philip Verwey Farms 7647 North Fresno Street Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit Federal Courthouse 450 Golden Gate Avenue San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser 2976 Richardson Drive Auburn CA 95603 |

# Exhibit B – Service List by Mail Only

| DESCRIPTION | NAME | hADDRESS |
|---|---|---|
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali<br>PG&E Corp. Chambers Copy<br>450 Golden Gate Ave, 18th Floor<br>San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd. Arlington TX 76011 |
| Counsel for the United States Department of Energy | United States Department of Justice – Civil Division | Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha, NE 68179 |
| Counsel for Ballard Marin Construction, Inc. | William Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11801 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025-0509 |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas<br>1160 Battery Street<br>Suite 100<br>San Francisco, CA 94111 |
|  | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 |

## Exhibit B – Service List by Mail Only

| DESCRIPTION | NAME | hADDRESS |
|---|---|---|
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta<br>450 Golden Gate Ave Suite 05-0153<br>San Francisco CA 94102 |