| | |
|---|---|
| 1   EDWARD J. TREDINNICK (#84033) <br>   GREENE RADOVSKY MALONEY <br> 2     SHARE & HENNIGH LLP <br>   Four Embarcadero Center, Suite 4000 <br> 3   San Francisco, California 94111-4106 <br>   Telephone: (415) 981-1400 <br> 4   Facsimile: (415) 777-4961 <br>   E-mail: etredinnick@greeneradovsky.com <br> 5 <br>   Attorneys for Creditor, <br> 6   City and County of San Francisco <br> 7   Additional parties and their counsel <br>   are identified on the following pages. | |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> -and- <br><br> PACIFIC GAS & ELECTRIC COMPANY, <br><br> Debtors, <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM <br><br> Chapter 11 <br><br> **JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO, MONTEREY BAY COMMUNITY POWER AUTHORITY AND CITY OF SAN JOSE TO LIMITED OBJECTION OF THE SONOMA CLEAN POWER AUTHORITY TO MOTION FOR PROTECTIVE ORDER OF DEBTORS** <br><br> DATE: June 26, 2019 <br> TIME: 9:30 am <br> PLACE: Courtroom 17 <br>           450 Golden Gate Avenue, 16th Fl. <br>           San Francisco, California <br> JUDGE: Hon. Dennis Montali <br><br> RELATED DOCKET NOS: 2459, 2647 |

CHARLES J. MCKEE (SBN 152458)
County Counsel
ROBERT M. SHAW (SBN 243300)
Deputy County Counsel
**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF MONTEREY**
168 W. Alisal Street, Third Floor
Salinas, CA 93901-2653
Telephone: 831.755.5045
Facsimile: 831.755.5283
Email: shawrm@co.monterey.ca.us
　　　　shawr@mbcommunitypower.org

*Attorneys for Creditor and Party-in-Interest*
*MONTEREY BAY COMMUNITY POWER AUTHORITY*

RICHARD DOYLE (SBN 88625)
City Attorney
EDMUNDO MORAN (SBN 86992)
Assistant City Attorney
LUISA F. ELKINS (SBN 286703)
Senior Deputy City Attorney
**CITY OF SAN JOSE**
**OFFICE OF THE CITY ATTORNEY**
200 East Santa Clara Street, 16th Floor
San José, CA 95113-1905
Telephone: 408.535.1900
Facsimile: 408.998.3131
Email: cao.main@sanjoseca.gov
　　　　ed.moran@sanjoseca.gov
　　　　luisa.elkins@ sanjoseca.gov

*Attorneys for Creditor and Party-in-Interest*
*CITY OF SAN JOSÉ*

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

550359.1

Case: 19-30088　Doc# 2649　Filed: 06/19/19　Entered: 06/19/19 15:32:32　Page 2 of 5

The City and County of San Francisco (**"San Francisco"**) a creditor and interested party in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and, together with the Utility, the **"Debtors"**), hereby joins, as further described herein, in Sonoma Clean Power Authority's Limited Objection to the Motion of Debtors for a Protective Order [Docket # 2647]. (the **"SCPA Objection"**). This joinder is joined by Monterey Bay Community Power Authority and the City of San José.

San Francisco generally concurs with the SCPA Objection filed herein and believes that the serious concerns raised in the SCPA Objection are valid. In addition, San Francisco supports SCPA's proposed solutions with respect to the Debtor's Proposed Protective Order.

## JOINDER

San Francisco's interest in the Protective Order is both as a creditor in its own right and on behalf of CleanPowerSF, its own community choice aggregator (**"CCA"**). San Francisco joins the SCPA and believes that the Proposed Protective Order submitted by the Debtors has the potential of creating extreme burdens and unfairness to San Francisco, CleanPowerSF, and other similarly situated governmental units.

San Francisco further supports the suggested changes proposed in the SCPA Objection, which will help avoid the unintended consequences of the Debtors' Proposed Protective Order that create both procedural and substantive issues for parties such as the CCAs and others in future proceedings in these Chapter 11 cases.

## CONCLUSION

For the reasons stated herein, San Francisco joins the SCPA Objection and requests that the Court implement the proposed changes set forth in the SCPA Objection in any protective order established for these Chapter 11 cases.

Respectfully submitted,

Dated: June 19, 2019

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: \_\_\_\_\_/s/ Edward Tredinnick_____
     Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

550359.1

Monterey Bay Community Power Authority, a California joint powers authority[1] and a "governmental unit" (as defined in Bankruptcy Code section 101), joins the joinder to Sonoma Clean Power Authority's Limited Objection to the Motion of Debtors for a Protective Order.

DATED: June 19, 2019

                                        RESPECTFULLY SUBMITTED,

                                        COUNTY OF MONTEREY
                                        Charles J. McKee, County Counsel


                                        By: __/s/ Robert M. Shaw_____
                                                 Robert M. Shaw
                                                 Deputy County Counsel

                                        Attorneys for Creditor, MONTEREY BAY
                                        COMMUNITY POWER AUTHORITY

---

[1] The governmental units that are members of Monterey Community Power Authority joint powers agreement are the cities of Santa Cruz, Watsonville, Capitola, Scotts Valley, Salinas, Monterey, Pacific Grove, Carmel, Seaside, Marina, Sand City, Soledad, Greenfield, Gonzales, Hollister, San Juan Batista, San Luis Obispo, Morro Bay, and the unincorporated areas of Monterey, Santa Cruz and San Benito Counties.

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

4

550359.1

Case: 19-30088    Doc# 2649    Filed: 06/19/19    Entered: 06/19/19 15:32:32    Page 4 of 5

*City of San José*, a California Charter City (administrator of San José Clean Energy), and a "governmental unit" (as defined in Bankruptcy Code section 101), joins the joinder to Sonoma Clean Power Authority's Limited Objection to the Motion of Debtors for a Protective Order.

DATED: June 19, 2019

Respectfully submitted,

CITY OF SAN JOSE
Richard Doyle, City Attorney

By: ___/s/ Luisa F. Elkins_____
      Luisa F. Elkins

Attorneys for Creditor and Party-in-Interest
City of San José

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111