Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

Counsel for Calpine Corporation, et al.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF CALPINE CORPORATION TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION**<br><br>Date: 6/26/2019<br>Time: 9:30 a.m. PST<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline**: June 19, 2019<br>4:00 p.m. (PST) |

| | |
|---|---|
| 1 | Calpine Corporation on behalf of itself and its subsidiaries, including Geysers Power |
| 2 | Company, LLC; Gilroy Energy Center, LLC; Los Esteros Critical Energy Facility, LLC; Russell City |
| 3 | Energy Company, LLC; Calpine King City Cogen, LLC; Calpine Energy Services L.P.; Calpine |
| 4 | Energy Solutions, LLC; and O.L.S. Energy Agnews, Inc. (collectively, "Calpine"), a party in interest |
| 5 | in the above-captioned cases, through their counsel Kirkland & Ellis LLP, hereby joins NextEra |
| 6 | Energy, Inc., and NextEra Energy Partners, L.P. (collectively, "NextEra") in its limited opposition to |
| 7 | the *Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending* |
| 8 | *Before the Federal Energy Regulatory Commission* [Docket No. 2359] (the "Utility Stay Motion"). |
| 9 | In support hereof (the "Joinder"), Calpine respectfully represents as follows: |

## JOINDER

As articulated in NextEra's limited opposition to the Utility Stay Motion—and in NextEra's *Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders* [Docket No. 2400] and the Calpine joinder thereto [Docket No. 2411]—Calpine does not oppose the relief the Utility seeks. Rather, Calpine agrees that this Court should grant the relief the Utility seeks **while also** confirming that the Utility cannot use the automatic stay to block the PPA counterparties (or FERC) from defending any appeal the Utility may take from the FERC proceedings. It is fair and sensible for such relief to be reciprocal.

## NOTICE

Notice of this Joinder will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Anthony R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel for the agent under the Debtors' debtor-in-possession financing facility; (xiii) counsel to the PPA Counterparties; and (xiv) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002.

Calpine respectfully submits that no further notice is required.

Case: 19-30088    Doc# 2653    Filed: 06/19/19    Entered: 06/19/19 15:41:46    Page 2 of 3

1   DATED: June 19, 2019            KIRKLAND & ELLIS LLP

By:  */s/ Michael P. Esser*
Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*