Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**LIMITED OBJECTION OF PUBLIC ENTITIES IMPACTED BY THE WILDFIRES TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a), 501 AND FED. R. BANKR. P. 3001(a), 3003(c), 5005 AND 9007 FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (prevailing Pacific time)<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>  San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

The Public Entities Impacted by the Wildfires (the "***Public Entities***")[1] hereby submit this limited objection to the *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a), 501 and Fed. R. Bankr. P. 3001(a), 3003(c), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants* [Docket No. 2297] (the "***TCC's Bar Date Motion***"). In support hereof, the Public Entities, by and through their undersigned counsel, respectfully represent as follows:

## BACKGROUND

On January 29, 2019, the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code.

On May 1, 2019, the Debtors file their Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [Docket No. 1784] (the "***Debtors' Bar Date Motion***"). In the Debtors' Bar Date Motion, the Debtors request that this Court enter an order, *inter alia*, (a) establishing the last day to file proofs of claim in these bankruptcy cases for Wildfire Claims as October 21, 2019[2] (the "***Debtors' Proposed Wildfire Bar Date***"), and (b) approving the Debtors' proposed proof of claim forms. The Debtors proposed a discrete proof of claim form for Wildfire Claims.

---

[1] The Public Entities consist of the following California public entities: (a) Calaveras County Water District, (b) Napa County, (c) City of Napa, (d) Mendocino County, (e) Lake County, (f) City of Clearlake, (g) Nevada County, (h) Yuba County, (i) City of Santa Rosa, (j) Sonoma County, (k) Sonoma County Agricultural Preservation and Open Space District, (l) Sonoma County Community Development Commission, (m) Sonoma County Water Agency, (n) Sonoma County Sanitation District, (o) Town of Paradise, and (p) Butte County.

[2] The Debtors' Bar Date Motion initially requested September 16, 2019 as the bar date. This requested date was updated to October 21, 2019 by the Debtors' Corrected Omnibus (I) Reply in Support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [Docket No. 2646] filed June 19, 2019.

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

On May 3, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed its *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures* (the "**Tort Committee POC Motion**"), seeking approval of its own proposed model proof of claim form for Wildfire Claims. [*See* Docket Nos. 1824 and 1825].

On May 28, 2019, the Public Entities filed their Objection of Public Entities Impacted by the Wildfires to Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors And Statement In Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [Docket No. 2239] ("**PE's Objection to Debtors' POC and Statement in Support of TCC POC**"), wherein the Public Entities objected to the Debtors' proposed proof of claim form for Wildfire Victims and supported the TCC's proposed proof of claim form for Wildfire Victims.

On May 31, 2019, the TCC filed the TCC Bar Date Motion and accompanying Memorandum of points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [Docket No. 2297], seeking, *inter alia*, an order establishing the last day to file proofs of claim for Wildfire Claims in these bankruptcy cases as January 31, 2020 (the "**TCC Proposed Wildfire Bar Date**").

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

# LIMITED OBJECTION TO TCC BAR DATE MOTION AND STATEMENT IN SUPPORT OF DEBTORS' PROPOSED WILDFIRE BAR DATE

The Public Entities continue to support an order by this Court approving the TCC's proposed model proof of claim form for Wildfire Claims as proposed in the Tort Committee POC Motion. The Public Entities file this objection solely with respect to the TCC Proposed Wildfire Bar Date of January 31, 2020, which the Public Entities assert could cause undue delay in these bankruptcy cases and could delay resolution of Wildfire Claims to the detriment of the Public Entities and the other Wildfire Claimants. The Public Entities believe that the Debtors' Proposed Wildfire Bar Date of October 21, 2019 is reasonable under the circumstances and support a October 21, 2019 bar date for Wildfire Claims or such other bar date as this Court may determine to be reasonable and encourage prompt confirmation of a plan of reorganization in these bankruptcy cases. In the event this Court enters an order approving the model proof of claim form for Wildfire Claims as proposed in the Tort Committee POC Motion—which this Court should enter—an October 21, 2019 bar date for Wildfire Claims should provide sufficient time for Wildfire Claimants to submit their claims to this Court.

## CONCLUSION

WHEREFORE, the Public Entities respectfully request that (a) their limited objection be granted, (b) the TCC Proposed Wildfire Bar Date of January 31, 2020 not be approved by this Court, (c) the Debtors' Proposed Wildfire Bar Date of October 21, 2019 be approved by this Court or this Court otherwise approve such other bar date as it may determine to be reasonable and encourage prompt confirmation of a plan of reorganization in these bankruptcy cases, and (d) the Public Entities be granted such other and further relief as the Court deems just and proper.

Dated: June 19, 2019         STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

                             By: */s/ Sander L. Esserman*
                             Sander L. Esserman
                             Attorneys for Public Entities Impacted by the Wildfires

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

Dated: June 19, 2019             BARON & BUDD, P.C.


                                 By:  /s/ Scott Summy
                                         Scott Summy
                                 Attorneys for Public Entities Impacted by the Wildfires


Dated: June 19, 2019             NUTI HART LLP


                                 By:  /s/ Kimberly S. Fineman
                                         Kimberly S. Fineman
                                 Attorneys for Public Entities Impacted by the Wildfires