Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy *(Pending Admission Pro Hac Vice)*
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 7 5219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br><br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>Date:   June 26, 2019<br>Time:  9:30 a.m. (prevailing Pacific time)<br>Place:  450 Golden Gate Avenue, Ctrm 17<br>           San Francisco, CA  94102<br>Judge: Hon. Dennis Montali |

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

1    I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

2    I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the attached document(s):

> **LIMITED OBJECTION OF PUBLIC ENTITIES IMPACTED BY THE WILDFIRES TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a), 501 AND FED. R. BANKR. P. 3001(a), 3003(c), 5005 AND 9007 FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS**

by the following means:

☑ **BY ECF.** Based on court rules or an agreement of the parties to accept service by electronic transmission, on June 19, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

See **Attachment A** for list of ECF participants

☑ BY U.S. MAIL. I enclosed a true and correct copy of said documents in a sealed envelope addressed to the persons listed below and placed it for collection and mailing with the United States Postal Service on June 19, 2019 following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**STANDARD PARTIES NOT
RECEIVING NOTICE BY ECF**

| PG&E CORPARATION AND PACIFIC GAS AND ELECTRIC COMPANY<br>Attn: Janet Loduca<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | WEIL, GOTSHAL & MANGES LLP<br>Attn: S. Karotkin, J. Liou and M Goren<br>767 Fifth Avenue,<br>New York, New York 10153 |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>Attn: Erez E. Gilad/ Matthew G. Garofalo<br>180 Maiden Lane,<br>New York, NY 10038-4982 | DAVIS POLK & WARDWELL LLP<br>Attn: Eli J. Vonnegut, David Schiff and Timothy Graulich<br>450 Lexington Avenue<br>New York, NY 10017 |

2
CERTIFICATE OF SERVICE

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Attn: B. Hermann, W. Rieman, S. Mitchell and N. Donnelly<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17<br>Attn: James L. Snyder<br>450 Golden Gate Ave., 5th Flr.<br>Ste #05-0153<br>San Francisco, CA 94102 |
| U.S. NUCLEAR REGULATORY COMMISSION<br>Attn: General Counsel<br>Washington, DC 20555-0001 | MILBANK LLP<br>Attn: Paul S. Aronzon and Gregory A. Bray<br>2029 Century Park East, 33rd Flr.<br>Los Angeles, CA 90067 |

Executed on June 19, 2019 Oakland, California.

                                                /s/Nicole C. White
                                                  Nicole C. White

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

# ATTACHMENT A

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

CERTIFICATE OF SERVICE

4

Case: 19-30088    Doc# 2655    Filed: 06/19/19    Entered: 06/19/19 15:52:20    Page 4 of 11

# Mailing Information for Case 19-30088

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Monique D. Almy**  malmy@crowell.com
- **Dana M. Andreoli**  dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard**  lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**  Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**  pbenvenutti@kellerbenvenutti.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**  heinz@bindermalter.com
- **Frank Bloksberg**  frank@bloksberglaw.com, frank@joinaikido.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  enbrady@jonesday.com
- **Ronald K. Brown**  rkbgwhw@aol.com, lesleysich1@aol.com
- **W. Steven Bryant**  , molly.batiste-debose@lockelord.com
- **Peter C. Califano**  pcalifano@cwclaw.com
- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**  leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Katherine Rose Catanese**  kcatanese@foley.com
- **Christina Lin Chen**  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**  richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**  schristianson@buchalter.com
- **Robert N.H. Christmas**  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**  aclough@loeb.com
- **John B. Coffman**  john@johncoffman.net
- **Kevin G. Collins**  kevin.collins@btlaw.com
- **Manuel Corrales**  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Donald H. Cram**  dhc@severson.com
- **Ashley Vinson Crawford**  avcrawford@akingump.com, tsouthwell@akingump.com
- **John Cumming**  jcumming@dir.ca.gov
- **J. Russell Cunningham**  rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**  , rkelley@pierceatwood.com
- **Keith J. Cunningham**  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Jonathan S. Dabbieri**  dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Nicolas De Lancie**  ndelancie@jmbm.com
- **Judith A. Descalso**  jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- **Shounak S. Dharap**  ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**  kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**  jdoran@hinckleyallen.com
- **Jamie P. Dreher**  jdreher@downeybrand.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**  meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**  JAE1900@yahoo.com
- **Sally J. Elkington**  sally@elkshep.com, ecf@elkshep.com
- **David Emerzian**  david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**  larry@engeladvice.com
- **Krista M. Enns**  kenns@beneschlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**  metkin@lowenstein.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net
- **Matthew A. Feldman**  mfeldman@willkie.com
- **Mark E. Felger**  mfelger@cozen.com
- **James J. Ficenec**  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Daniel I. Forman**  dforman@willkie.com
- **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**  , john.murphy@troutman.com
- **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**  cfrederick@prklaw.com
- **Peter Friedman**  pfriedman@omm.com
- **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Oscar Garza**  ogarza@gibsondunn.com
- **Paul R. Gaus**  paul.gaus@mccormickbarstow.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**  bglaser@swesq.com
- **Paul R. Glassman**  glassmanp@gtlaw.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutinjones.com

Case: 19-30088    Doc# 2655    Filed: 06/19/19    Entered: 06/19/19 15:52:20    Page 6 of 11

- **Mark A. Gorton**     mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**     eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**     eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**     cameron.m.gulden@usdoj.gov
- **Oren Buchanan Haker**     oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**     dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**     rob@bindermalter.com
- **Christopher H. Hart**     chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Alaina R. Heine**     alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**     , jozette.chong@kirkland.com
- **Sean T. Higgins**     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Terry L. Higham**     t.higham@bkolaw.com, achavez@bkolaw.com
- **James P. Hill**     hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**     hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Alexandra S. Horwitz**     allie.horwitz@dinsmore.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**     shane.huang@usdoj.gov
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Jonathan Hughes**     , jane.rustice@aporter.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Monique Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**     jjohnston@jonesday.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**     rjulian@bakerlaw.com
- **George H. Kalikman**     gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**     gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Bradley C. Knapp**     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com

Case: 19-30088    Doc# 2655    Filed: 06/19/19    Entered: 06/19/19 15:52:20    Page 7 of 11

- **Bernard Kornberg**  bjk@severson.com
- **David I. Kornbluh**  dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**  lkramer@rjo.com, mriney@rjo.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller**  tkreller@milbank.com, dmuhrez@milbank.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**  hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Boris Kukso**  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**  rich@trodellalapping.com
- **Omeed Latifi**  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **Michael Lauter**  mlauter@sheppardmullin.com
- **Francis J. Lawall**  lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Scott Lee**  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**  eleen@mkbllp.com
- **John Lemon**  john@jcl-lawoffice.com
- **Matthew A. Lesnick**  matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**  bletsch@braytonlaw.com
- **David B. Levant**  david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**  alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Marc A. Levinson**  Malevinson@orrick.com, BOrozco@orrick.com
- **Dara Levinson Silveira**  dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**  kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa**  , jcaruso@nixonpeabody.com
- **William S. Lisa**  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**  jon.loeb@bingham.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**  jane-luciano@comcast.net
- **Kerri Lyman**  klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**  iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**  michael@bindermalter.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  luckey.mcdowell@bakerbotts.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com

- **Aaron J. Mohamed**     ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**     kmontee@monteeassociates.com
- **David W. Moon**     lacalendar@stroock.com, mmagzamen@stroock.com
- **Erika L. Morabito**     emorabito@foley.com, hsiagiandraughn@foley.com
- **Courtney L. Morgan**     morgan.courtney@pbgc.gov
- **Joshua D. Morse**     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**     tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**     myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**     anahmias@mbnlawyers.com
- **David L. Neale**     dln@lnbrb.com
- **David L. Neale**     dln@lnbyb.com
- **David Neier**     dneier@winston.com
- **Brittany J. Nelson**     bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins**     hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo**     ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**     mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Lily A. North**     lily.north@dechert.com, brett.stone@dechert.com
- **Gregory C. Nuti**     gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**     aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**     joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**     matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**     smo@smolsonlaw.com
- **Aram Ordubegian**     Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla**     Margarita.Padilla@doj.ca.gov
- **Amy S. Park**     amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**     donna@parkinsonphinney.com
- **Peter S. Partee**     , candonian@huntonak.com
- **Paul J. Pascuzzi**     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**     , mlaskowski@stroock.com
- **Jennifer Pastarnack**     jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- **Charles Scott Penner**     penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**     vbantnerpeo@buchalter.com
- **Danielle A. Pham**     danielle.pham@usdoj.gov
- **Thomas R. Phinney**     tom@parkinsonphinney.com
- **R. Alexander Pilmer**     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**     epino@epinolaw.com, staff@epinolaw.com
- **Gregory Plaskett**     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**     mplevin@crowell.com
- **Mark D. Poniatowski**     ponlaw@ponlaw.com
- **William L. Porter**     bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**     cprince@lesnickprince.com
- **Douglas B. Provencher**     dbp@provlaw.com
- **Amy C. Quartarolo**     amy.quartarolo@lw.com
- **Lary Alan Rappaport**     lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**     smeyer@farmerandready.com
- **Caroline A. Reckler**     caroline.reckler@lw.com
- **Steven J. Reisman**     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**     jreisner@irell.com
- **Jack A. Reitman**     , srichmond@lgbfirm.com
- **Emily P. Rich**     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

- **Christopher O. Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**     robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**     mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**     julie@bindermalter.com
- **Jorian L. Rose**     jrose@bakerlaw.com
- **Allan Robert Rosin**     arrosin@alr-law.com
- **Jay M. Ross**     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**     grougeau@brlawsf.com
- **Nathan Q. Rugg**     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**     trupp@kellerbenvenutti.com
- **Eric E. Sagerman**     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- **Jonathan C. Sanders**     jsanders@stblaw.com, lsoboleva@stblaw.com
- **Nanette D. Sanders**     nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**     Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**     psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**     sas@hogefenton.com
- **Daren M Schlecter**     daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**     bradley.schneider@mto.com, vickie.leyson@mto.com
- **Harvey S. Schochet**     Harveyschochet@dwt.com
- **Lisa Schweitzer**     lschweitzer@cgsh.com
- **David B. Shemano**     dshemano@pwkllp.com
- **James A. Shepherd**     jim@elkshep.com, ecf@elkshep.com
- **Leonard M. Shulman**     lshulman@shbllp.com
- **Andrew I. Silfen**     andrew.silfen@arentfox.com
- **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**     csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**     gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Michael K. Slattery**     mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**     jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**     asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**     rsoref@polsinelli.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **Howard J. Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**     clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**     dstern@ktbslaw.com
- **Rebecca Suarez**     rsuarez@crowell.com
- **Brad T. Summers**     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**     ktakvoryan@ckrlaw.com
- **Kesha Tanabe**     kesha@tanabelaw.com
- **Elizabeth Lee Thompson**     ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom**     Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**     etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**     matthew.troy@usdoj.gov
- **Andrew Van Ornum**     avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**     shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**     vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**     marta.villacorta@usdoj.gov

Case: 19-30088    Doc# 2655    Filed: 06/19/19    Entered: 06/19/19 15:52:20    Page 10 of 11

- **John A. Vos**     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**     ecf@W2LG.com
- **Phillip K. Wang**     phillip.wang@rimonlaw.com
- **Philip S. Warden**     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**     lweber@polsinelli.com, yderac@polsinelli.com
- **Genevieve G. Weiner**     gweiner@gibsondunn.com
- **Joseph M. Welch**     jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Drew M. Widders**     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**     david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**     dwolfe@asmcapital.com
- **Catherine E. Woltering**     cwoltering@bakerlaw.com
- **Andrea Wong**     wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**     christopher.wong@arentfox.com
- **Kirsten A. Worley**     kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Tacie H. Yoon**     tyoon@crowell.com
- **Bennett G. Young**     byoung@jmbm.com, jb8@jmbm.com
- **Brittany Zummer**     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**     deg@coreylaw.com, lf@coreylaw.com