WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF RICHARD W. SLACK IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF A PROTECTIVE ORDER**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline**: June 19, 2019<br>4:00 p.m. (Pacific Time) |

I, Richard Slack, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with Weil, Gotshal & Manges LLP, counsel to Pacific Gas and Electric Company (the "**Utility**") and its parent, PG&E Corporation, both Debtors and Debtors in Possession in the above-captioned chapter 11 reorganization cases. I submit this declaration in support of the Debtors' *Objection to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order* (the "**Objection**") for entry of the amended proposed protective order annexed to the Objection as **Exhibit A** (the "**Amended Protective Order**"). The matters stated herein are based upon my personal knowledge (including from a review of our firm's relevant books and records and certain publicly filed documents in these Cases), and if called as a witness I can and would testify to them on that basis.

2. In addition to the protective orders attached to the *Declaration of Richard W. Slack in Support of Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information*, dated June 7, 2019 [Docket No. 2460], attached as **Exhibits A** through **D** are additional protective orders that require the party challenging a confidentiality designation to prosecute its own challenge, rather than burdening the designating party with filing a motion regarding such a challenge:

- Attached as **Exhibit A** is a true and correct copy of Protective Order Regarding the Disclosure and Use of Discovery Materials; *Sciacca v. Apple*, Case No. 5:18-cv-3312-LHK (Oct. 25, 2018), ECF No. 48.
- Attached as **Exhibit B** is a true and correct copy of the United States District Court for the Southern District of California's Model Protective Order, available at https://www.casd.uscourts.gov/_assets/pdf/forms/Model%20Protective%20Order.pdf.
- Attached as **Exhibit C** is a true and correct copy of the Stipulation and Model Protective Order of United States Magistrate Judge Ona T. Wan of the United States District Court for the Southern District of New York, available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1512.

- Attached as **Exhibit D** is a true and correct copy of Stipulation and Order Regarding Confidential Information, Appendix A to the Individual Practice Rules of United States Magistrate Judge Anne Y. Shields of the United States District Court for the Eastern District of New York, available at https://img.nyed.uscourts.gov/rules/AYS-MLR.pdf.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on June 19, 2019.

/s/ *Richard W. Slack*
Richard W. Slack

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119