EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
　SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO, MONTEREY BAY COMMUNITY POWER AUTHORITY AND CITY OF SAN JOSE TO LIMITED OBJECTION OF THE SONOMA CLEAN POWER AUTHORITY TO MOTION FOR PROTECTIVE ORDER OF DEBTORS**<br><br>DATE:　June 26, 2019<br>TIME:　9:30 am<br>PLACE:　Courtroom 17<br>　　　　450 Golden Gate Avenue, 16th Fl.<br>　　　　San Francisco, California<br>JUDGE:　Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 2459, 2647 |

///

///

///

///

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111-4106.

1. I certify that on June 19, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO LIMITED OBJECTION OF THE SONOMA CLEAN POWER AUTHORITY TO MOTION FOR PROTECTIVE ORDER OF DEBTORS**

2. a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

**3.** I certify that on June 19, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

4. I certify that on June 19, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 19th day of June, 2019, at San Francisco, California.

                                                  /s/ Violet Rajkumar
                                                  Violet Rajkumar

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111

48503/0814
5503819.1

Case: 19-30088    Doc# 2659    Filed: 06/19/19    Entered: 06/19/19 16:44:24    Page 2 of 2