Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:  (619) 771-3473
Fax:  (619) 255-1515
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed: 6/19/19**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>  Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

On June 19, 2019, I served the foregoing document(s), described as:

1. **Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the proof-of-claim form proposed by the Tort Claimants Committee (including a proposed alternative form); and (2) the wildfire-claim cut-off dates proposed by PG&E and the TCC**

☒  by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

1

☒ **ECF SYSTEM** On June 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com

2

- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com

3

- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin   mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried   mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy   eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden   cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker   oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen   dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris   rob@bindermalter.com
- Christopher H. Hart   chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins   bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins   hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden   jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes   jhayes@fhlawllp.com
- Alaina R. Heine   alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.   , jozette.chong@kirkland.com
- Sean T. Higgins   aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham   t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill   hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue   hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman   david.holtzman@hklaw.com
- Alexandra S. Horwitz   allie.horwitz@dinsmore.com
- Marsha Houston   mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang   shane.huang@usdoj.gov
- Brian D. Huben   hubenb@ballardspahr.com
- Jonathan Hughes   , jane.rustice@aporter.com
- Michael A. Isaacs   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola   mvi@sbj-law.com
- J. Eric Ivester   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester   , Andrea.Bates@skadden.com
- Ivan C. Jen   ivan@icjenlaw.com
- Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston   jjohnston@jonesday.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com

4

- Robert A. Julian     rjulian@bakerlaw.com
- George H. Kalikman     gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan     rbk@jmbm.com
- Eve H. Karasik     ehk@lnbyb.com
- William M. Kaufman     wkaufman@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kellerbenvenutti.com
- Bradley C. Knapp     , Yamille.Harrison@lockelord.com
- Thomas F. Koegel     tkoegel@crowell.com
- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bjk@severson.com
- David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller     tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter     mlauter@sheppardmullin.com
- Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen     eleen@mkbllp.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch     bletsch@braytonlaw.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson     Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki     kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa     , jcaruso@nixonpeabody.com
- William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb     jon.loeb@bingham.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano     jane-luciano@comcast.net
- Kerri Lyman     klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

5

- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com

6

- Steven M. Olson     smo@smolsonlaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Shai Oved     ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers     mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose     jrose@bakerlaw.com
- Allan Robert Rosin     arrosin@alr-law.com
- Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau     grougeau@brlawsf.com
- Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp     trupp@kellerbenvenutti.com
- Eric E. Sagerman     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders     jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com

7

- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

8

- Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   dwolfe@asmcapital.com
- Catherine E. Woltering   cwoltering@bakerlaw.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong   christopher.wong@arentfox.com
- Kirsten A. Worley   kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe   andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi   deg@coreylaw.com, lf@coreylaw.com

☒  **UNITED STATES MAIL, postage fully prepaid**
    (*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>*Served via CM/ECF Only* | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>*Served via CM/ECF Only* | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |

9

Case: 19-30088    Doc# 2661    Filed: 06/19/19    Entered: 06/19/19 17:43:12    Page 9 of 11

| | | |
|---|---|---|
| 1 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>***Served via CM/ECF Only*** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>***Served via CM/ECF Only*** | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>***Served via CM/ECF Only*** | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>***Request for Special Notice*** |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>***Request for Special Notice*** | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>***Request for Special Notice*** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>***Request for Special Notice*** | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>***Request for Special Notice*** |
| 18 | | |
| 19 | | |
| 20 | Peter Friedman<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006 | Matthew L. Hinker<br>Nancy A. Mitchell<br>Matthew L. Hinker<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy M. Oden<br>Amanda C. Glaubach<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2019, at San Diego, California.

                                                                */s/ Cori Herrera*
                                                                Cori Herrera