Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>THE PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914<br>_____/<br><br>In Re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640<br>_____/ | Chapter 11 Case No. 19-30088<br><br>WITHDRAWAL OF PROOF OF CLAIM |

TO THE DEBTOR, THEIR COUNSEL OF RECORD, AND THE U.S. TRUSTEE:

PLEASE TAKE NOTICE THAT Creditor Holt of California hereby withdraws Prime Clerk Claim Number 1860, which was filed in Case No. 19-30088 on March 25, 2019 in the sum of Seventy Thousand One Hundred Forty-Three and 28/100 Dollars ($70,143.28) as Claim Number 81 on the Court's docket.

DATED: June 20, 2019                    PONIATOWSKI LEDING PARIKH PC


                                        */s/ Mark D. Poniatowski*
                                        MARK D. PONIATOWSKI
                                        Attorneys for Creditor Holt of California

---