1  Mark D. Poniatowski, Esq. (#123405)
2  Kimberly F. Leding, Esq. (#233618)
   Meera T. Parikh, Esq. (#217996)
3  PONIATOWSKI LEDING PARIKH PC
   20980 Redwood Road, Suite 200
4  Castro Valley, California 94546
   Telephone: (510) 881-8700
5  Facsimile: (510) 881-8702

6  Attorneys for Creditor
   Holt of California, a California corporation
7
                    UNITED STATES BANKRUPTCY COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  In Re                              Bankruptcy Case
                                       No. 19-30088 (DM)
12  THE PG&E CORPORATION,

13  Debtor.                            Chapter 11
                                       (Lead Case) (Jointly Administered)
14  Tax I.D. No. 94-3234914
                                       CERTIFICATE OF SERVICE OF
15  _____/          WITHDRAWAL OF PROOF OF CLAIM

16  In Re

17  PACIFIC GAS AND ELECTRIC
    COMPANY,
18
    Debtor.
19
20  Tax I.D. No. 94-0742640

    _____/

21          I, Bryan Waage, certify and declare as follows:

22          I am over the age of 18 years and not a party to this action. My business address is 20980

23  Redwood Road, Suite 200, Castro Valley, California 94546, which is located in the county where

24  the service described below took place.

25          On June 20, 2019, I served copies of the document entitled:

26          1)      Withdrawal of Proof of Claim;

27  ///

28

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

Page 1

The above listed document was mailed together with a copy of this declaration on the following parties to this action addressed as follows:

Debtor
**Pacific Gas and Electric Company**
**PG&E Corporation**
77 Beale Street
PO Box 770000
San Francisco, CA 94177

Counsel for Debtor
**Stephen Karotkin**
**Jessica Liou**
**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Counsel for Debtor
**Tobias S. Keller**
**Peter J. Benvenutti**
Keller & Benvenutti LLP
650 California St, Suite 1900
San Francisco, CA 94108

Counsel for Debtor
**Timothy G. Cameron**
**David A. Herman**
**Omid H. Nasab**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Counsel for Debtor
**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071

Responsible Individual
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

U.S. Trustee
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Counsel for U.S. Trustee
**Lynette C. Kelly**
**Marta Villacorta**
Timothy S. Laffredi
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Counsel for U.S. Trustee
**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509

Counsel for U.S. Trustee
**Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814

/ / /

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM
Page 2

Case 19-30088    Doc# 2679-1    Filed 06/20/19    Entered 06/20/19 11:41:40    Page 2 of 3

| | |
|---|---|
| 1 | Counsel for Official Committee of Unsecured Creditors | Counsel for Official Committee of Unsecured Creditors |
| 2 | **Paul S. Aronzon** | **Dennis F. Dunne** |
| | **Gregory A. Bray** | **Samuel A. Khalil** |
| 3 | **Thomas R. Kreller** | MILBANK LLP |
| | MILBANK LLP | 55 Hudson Yards |
| 4 | 2029 Century Park East, 33rd Floor | New York, New York 10001 |
| 5 | Los Angeles, CA 90067 | |

Counsel for Official Committee of Unsecured Creditors
**Paul S. Aronzon**
**Gregory A. Bray**
**Thomas R. Kreller**
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Counsel for Official Committee of Unsecured Creditors
**Dennis F. Dunne**
**Samuel A. Khalil**
MILBANK LLP
55 Hudson Yards
New York, New York 10001

Counsel for Official Committee of Tort Claimants
**Lauren T. Attard**
**Robert A. Julian**
**Eric E. Sagerman**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

Counsel for Official Committee of Tort Claimants
**Cecily Ann Dumas**
Baker and Hostetler LLP
1160 Battery St. #100
San Francisco, CA 94111

Counsel for Official Committee of Tort Claimants
**Eric R. Goodman**
**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114-1214

Counsel for Official Committee of Tort Claimants
**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I placed a copy of the attached document for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid and that envelope was placed for collection and mailing on the above date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on June 20, 2019 at Castro Valley, California.

/s/ Bryan Waage
BRYAN WAAGE

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM
Page 3

Case 19-30088 Doc# 2679-1 Filed 06/20/19 Entered 06/20/19 11:41:40 Page 3 of 3