# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Gann, Andrew John [MMLID 4913055], at an address that has been redacted in the interest of privacy:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396]

3. On June 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Walker, Alexander (MMLID: 4975355), 1272 Peninsula Dr, Menlo Park, CA, 94025:

- Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 2227]

4. On June 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Leisa Askew [MMLID 6010148], at an address that has been redacted in the interest of privacy:

- Order Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 2278]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of June 2019, at New York, NY.

_____
Nabeela Ahmad