# United States Bankruptcy Court

Northern District of California

In re: PG&E CORPORATION and  
PACIFIC GAS AND ELECTRIC COMPANY,  
Debtors

Chapter 11  
Case No.: 19-30088 (DM)  
Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Sencha Funding, LLC**  
Name of Transferee

Name and Address where notices to transferee should be sent

**Sencha Funding, LLC**  
**c/o Farallon Capital Management, L.L.C.**  
**One Maritime Plaza, Suite 2100**  
**San Francisco, CA 94111**  
**Attn: Michael G. Linn**  
**Tel: 1 415 421 2132**  
**Email: mlinn@faralloncapital.com**

**Cowen Special Investments LLC**  
Name of Transferor

Court Claim #: **2300**  
Claim Amount: **$ 1,931,385.70**  
Date Claim Filed: 4/12/2019

Phone: 646-646-3032

Last Four Digits of Acct #: _____N/A_____

Last Four Digits of Acct. #: ____N/A_____

Name and Address where transferee payments should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones                Date: June 20, 2019  
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Cowen Special Investments LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Sencha Funding, LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Pacific Gas and Electric Company (the "Debtor"), the debtor in Case No. 19-30088 ("Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 2300; 2345; 2349 and 2350) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of June 2019.

**COWEN SPECIAL INVESTMENTS LLC**

By: _____

Name: John McDermott

Title: Authorized Signatory

**SENCHA FUNDING, LLC**

By: _____

Name: Michael G. Linn

Title: Managing Member