WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**NOTICE OF FILING REVISED WILDFIRE SUBROGATION CLAIMANT PROOF OF CLAIM FORM**<br><br>Re: Docket No. 2646<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that, on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, on June 19, 2019, the Debtors filed the *Debtors' Corrected Omnibus (i) Reply in Support of the Debtors' Bar Date Motion, and (ii) Objection to the TCC's Bar Date Motion* [Docket No. 2646] (the "**Reply**").[1]

**PLEASE TAKE FURTHER NOTICE** that, a revised form of Wildfire Subrogation Claimant Proof of Claim Form was attached as **Exhibit A-3** to the proposed order annexed to the Reply.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit 1** is a further revised form of Wildfire Subrogation Claimant Proof of Claim Form together with a redline comparison against the version filed with the Bar Date Motion on May 1, 2019.

Dated: June 20, 2019

                                                **WEIL, GOTSHAL & MANGES LLP**
                                                **KELLER & BENVENUTTI LLP**

                                                /s/ *Jane Kim*
                                                Jane Kim

                                                *Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Reply.