| | |
|---|---|
| THOMAS F. KOEGEL (SBN 125852)<br>tkoegel@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br><br>Attorneys for Creditors and Parties-in-Interest<br>Vantage Wind Energy LLC and KES Kingsburg, L.P. | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors.<br><br>☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br>* *All papers shall be filed in the Lead Case No. 3:19-bk-30088-DM* | Bankruptcy Case<br>Case No. No. 3:19-bk-30088-DM<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF VANTAGE WIND ENERGY LLC AND KES KINGSBURG, L.P. IN NEXTERA'S MOTION FOR LIMITED RELIEF FROM STAY TO PARTICIPATE IN APPELLATE PROCEEDINGS WITH RESPECT TO FERC ORDERS**<br><br>Date:     June 26, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>**Objection Deadline:** July 21, 2019<br>                             4:00 p.m. (Pacific Time) |

Vantage Wind Energy LLC and KES Kingsburg, L.P. ("Vantage and KES"), parties in interest in the above-captioned cases, hereby join in the *Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders* [Docket No. 2400] (the "Motion") of NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "NextEra") (i) to permit Vantage and KES to (a) should it be necessary, seek leave from the applicable circuit court of appeals to intervene in any appeal of the FERC Orders (as defined in the Motion); (b) to the extent permitted by the applicable circuit court of appeals, participate in and prosecute to conclusion any appeal of the FERC Orders; (c) seek or oppose any request for rehearing, rehearing en banc, petition for writ of certiorari; (d) participate in the briefing and argument relating to any and all the foregoing; and (e) participate in any proceedings on remand of the FERC Orders; and (ii) to generally allow all courts and administrative agencies with jurisdiction over the appeal or remand to enter final orders relating thereto.[1] The Motion and this joinder are presented necessarily due to the Debtors' *Motion of the Utility for Limited Relief From the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission* [Docket No. 2359] (the "PG&E Stay Motion"), seeking relief from the stay to allow the Debtors to pursue appellate relief from the FERC Orders, without granting the other parties in interest parallel relief from the stay to respond to the Debtors' requests for such relief.

By its Motion, NextEra seeks narrowly-tailored relief to permit it to participate in the Debtors' anticipated appeal of the FERC Orders to the extent authorized by the applicable appellate court. For the same reasons as those set forth in the Motion, Vantage and KES merit the same relief. As intervenors in the FERC Proceedings, Vantage and KES have a substantial interest in the subject matter of the FERC Proceedings and a direct stake in any appeal of the FERC Orders. It would be fundamentally unfair to allow the Debtors to appeal the FERC Orders without affording Vantage and KES an opportunity to defend their interests in connection with any such appeal.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Accordingly, Vantage and KES respectfully request that any order modifying the automatic stay as requested in the Motion and PG&E's Stay Motion also modify the automatic stay as to Vantage and KES to permit Vantage and KES to participate in any appeal from the FERC Orders.

### NOTICE

Vantage and KES respectfully submit that all required notice will be given by the Notification of Electronic Filing by ECF, as permitted by Paragraph 11 of the Second Amended Order Implementing Certain Notice and Case Management Procedures [Docket No. 1996].

Respectfully submitted,

DATED: June 20, 2019     CROWELL & MORING LLP


By: /s/
Thomas F. Koegel
Attorneys for Creditors and Parties-in-Interest
Vantage Wind Energy LLC and KES Kingsburg, L.P.