THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Creditors and Parties-in-Interest
Vantage and KES

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PG&E CORPORATION

And

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation

☒ Affects Pacific Gas and Electric Company

☐ Affects both Debtors

* *All papers shall be filed in the Lead Case No. 3:19-bk-30088-DM*

Bankruptcy Case
Case No. No. 3:19-bk-30088-DM

Chapter 11
(Lead Case)
(Jointly Administered)

**JOINDER OF VANTAGE WIND ENERGY LLC AND KES KINGSBURG, L.P., TO NEXTERA ENERGY'S LIMITED OPPOSITION TO MOTION OF THE UTILITY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO APPEAL CERTAIN MATTERS PENDING BEFORE THE FEDERAL ENERGY REGULATORY COMMISSION**

Date: June 26, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

**Objection Deadline**: July 19, 2019*
4:00 p.m. (Pacific Time)

---

*As stated by the Debtor. The basis for the asserted deadline is not clear. Paragraph 27 of the Second Amended Order Implementing Certain Notice and Case Management Procedures [Docket No. 1996].sets a deadline of five days prior to the preliminary hearing for the Debtors and the Committees to respond to motions for relief from stay. It is not apparent that timing applies to other parties. But if it does, pursuant to the counting rules of FRBP 9006(a), five days prior to the hearing would be Friday, July 21.

Case: 19-30088 Doc# 2692 Filed: 06/20/19 Entered: 06/20/19 17:01:02 Page 1 of 2

Vantage Wind Energy LLC and KES Ki Second Amended Order Implementing Certain Notice and Case Management Proedures [Docket No. 1996].ngsburg, L.P. (**"**Vantage and KES**"**) hereby join in the limited opposition of NextEra Energy, Inc. and NextEra Energy Partners, L.P. [Docket No. 2616] to the *Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission* [Docket No. 2359]. For the reasons stated by NextEra as to its own cause, Vantage and KES as intervenors in the proceedings that led to the FERC Orders should be granted reciprocal relief to that sought by PG&E so that Vantage and KES may participate in any appeals of such Orders.

**NOTICE**

Vantage and KES respectfully submit that all required notice will be given by the Notification of Electronic Filing by ECF, as permitted by Paragraph 11 of the Second Amended Order Implementing Certain Notice and Case Management Procedures [Docket No. 1996].

Respectfully submitted,

DATED: June 20, 2019

CROWELL & MORING LLP

By: */s/*

Thomas F. Koegel
Attorneys for Creditors and Parties-in-Interest
Vantage Wind Energy LLC and KES Kingsburg, L.P.

CASE NO. NO. 3:19-BK-30088-DM
Case: 19-30088 Doc# 2692 Filed: 06/20/19 Entered: 06/20/19 17:01:02 Page 2 of 2