**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors |
|---|

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 355-2003
Last Four Digits of Acct #: N/A

**J. Givoo Consultants Inc.**
Name of Transferor
Phone: (856) 935-6044
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Whitebox Multi-Strategy Partners, LP
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416**

**Claim No: 3284**
Debtor: Pacific Gas and Electric Company (19-30089)
Date Filed: June 6, 2019

**Total Admin. Priority Claim Amount: $98,517.96**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____DocuSigned by:_____    Date: June 14, 2019
Transferee/Transferee's Agent    Mark Strefling
                                 Partner & CEO

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.**

EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO:    PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors"); Case No. 19-30088 (DM), Jointly Administered

Bankruptcy Case: In re Sears Holdings Corporation, *et al.*, Case No. 18-23538 (RDD), Jointly Administered

Claim No.: 3284
Debtor: Pacific Gas and Electric Company (19-30089)

**J. GIVOO CONSULTANTS INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**
**Attn: Scott Specken**

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 3284 of Seller in the principal amount of $98,517.96 (the "Claim") against Debtors in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 14th day of June, 2019.

**J. GIVOO CONSULTANTS INC.**

By: _/s/ Joel E Givner_____
Name: Joel E Givner
Title: Corporate Secretary

**WHITEBOX MULTI-STRATEGY PARTNERS LP**

By:_____

Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 14th day of June, 2019.

**J. GIVOO CONSULTANTS INC.**

By:_____
Name:
Title:

**WHITEBOX MULTI-STRATEGY PARTNERS LP**

By:_____
  *DocuSigned by:*
  EFEC9000E257489...

Name: Mark Strefling
Title: Partner & CEO

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065635 - MT

June 20, 2019
   12:27:13

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 25569770905          $25.00 CH


Total-> $25.00

FROM: DAMIEN MORRIS
```