# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 18, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Monthly Staffing and Compensation Report of AP Services, LLC for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2587]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 21st day of June 2019, at New York, NY.
2
3 | _____
  | Alain B. Francoeur

2

# **Exhibit A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | 541 N. Fairbanks Ct. | Ste 2200 | Chicago | IL | 60611-3710 | bamexampge@gmail.com | First Class Mail and Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |