| | |
|---|---|
| GROOM LAW GROUP, CHARTERED<br>David N. Levine (*pro hac vice pending*)<br>Katherine B. Kohn (*pro hac vice pending*)<br>1701 Pennsylvania Ave., NW Suite 1200<br>Washington, D.C. 20006<br>Tel: 202 857 0620<br>Fax: 202 659 4503<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Special Counsel for Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KATHERINE B. KOHN *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Katherine B. Kohn, an active member in good standing of the bars of the State of Maryland, and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the PG&E Corporation and Pacific Gas and Electric Company, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated;

2. On I agree to abide by the Standards of Professional Conduct set forth in Civil L.R.11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2019

*/s/Katherine B. Kohn*
Katherine B. Kohn