Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**WITHDRAWAL OF LIMITED OBJECTION OF PUBLIC ENTITIES IMPACTED BY THE WILDFIRES TO TCC'S BAR DATE MOTION AND STATEMENT WITH RESPECT TO THE RESPECTIVE BAR DATES FOR WILDFIRE CLAIMS PROPOSED BY EACH OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS IN THEIR RESPECTIVE PLEADINGS TO THIS COURT**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (prevailing Pacific time)<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>        San Francisco, CA  94102<br>Judge: Hon. Dennis Montali |

The Public Entities Impacted by the Wildfires (the "***Public Entities***")[1] hereby **WITHDRAW** their *Limited Objection of Public Entities Impacted by the* Wildfire to *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a), 501 and Fed. R. Bankr. P. 3001(a), 3003(c), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants* [Docket No. 2654] (the "***PE Limited Objection to TCC's Bar Date Motion***") and provide the following statement with respect to the respective bar dates for Wildfire Claims proposed by each of the Debtors and the Official Committee of Tort Claimants (the "***TCC***") in these bankruptcy cases:

## WITHDRAWAL OF LIMITED OBJECTION AND STATEMENT
## WITH RESPECT TO PROPOSED BAR DATES

On June 19, 2019, the Public Entities filed the PE Limited Objection to TCC's Bar Date Motion wherein the Public Entities expressed their concern that the January 31, 2020 bar date proposed by the TCC could possibly delay resolution of the Public Entities' Wildfire Claims. After reviewing subsequent pleadings filed by interested parties in these bankruptcy cases, and after further consideration of, and deference to, the facts and circumstances of each of the other interested parties who will be affected by any bar date ordered by this Court, the Public Entities hereby WITHDRAW the PE Limited Objection to TCC's Bar Date Motion. The Public Entities do not oppose either the January 31, 2020 bar date proposed by the TCC or the October 21, 2019 bar date proposed by the Debtors. However, the Public Entities urge this Court to enter an order

---

[1] The Public Entities consist of the following California public entities: (a) Calaveras County Water District, (b) Napa County, (c) City of Napa, (d) Mendocino County, (e) Lake County, (f) City of Clearlake, (g) Nevada County, (h) Yuba County, (i) City of Santa Rosa, (j) Sonoma County, (k) Sonoma County Agricultural Preservation and Open Space District, (l) Sonoma County Community Development Commission, (m) Sonoma County Water Agency, (n) Sonoma County Sanitation District, (o) Town of Paradise, and (p) Butte County.

establishing a bar date that encourages prompt confirmation of a plan of reorganization in these bankruptcy cases.

Dated: June 21, 2019

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

By: */s/ Sander L. Esserman*
Sander L. Esserman
Attorneys for Public Entities Impacted by the Wildfires

Dated: June 21, 2019

BARON & BUDD, P.C.

By: */s/ Scott Summy*
Scott Summy
Attorneys for Public Entities Impacted by the Wildfires

Dated: June 21, 2019

NUTI HART LLP

By: */s/ Kimberly S. Fineman*
Kimberly S. Fineman
Attorneys for Public Entities Impacted by the Wildfires