ORIGINAL

**COZEN O'CONNOR P.C.**
Fulton M. Smith III, Esq. (SBN 121071)
fsmith@cozen.com
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 593-9624

**CHOATE, HALL & STEWART LLP**
Jonathan D. Marshall (pro hac vice pending)
jmarshall@choate.com
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Attorneys for
LIBERTY MUTUAL INSURANCE COMPANY

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

FILED
JUN 2 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>Debtor.[1] | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jonathan D. Marshall, an active member in good standing of the bar for the Commonwealth of Massachusetts and the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Liberty Mutual Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640].

2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action the name, address and telephone number of that attorney is:

**COZEN O'CONNOR P.C.**
Fulton M. Smith III, Esq. (SBN 121071)
fsmith@cozen.com
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 593-9624

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2019

Respectfully submitted,

_Jonathan D. Marshall, Esq._

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

2

UNITED STATES DISTRICT COURT

District of Massachusetts

**CERTIFICATE OF
GOOD STANDING**

*I,    Robert M. Farrell,    Clerk of this Court,*

*certify that    **Jonathan D. Marshall**,    Bar    **680723**,*

*was duly admitted to practice in this Court on*

***October 18, 2011**,  and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on  **May 29, 2019***

**Robert M. Farrell**

**CLERK**

**DEPUTY CLERK**

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____ Jonathan D. Marshall _____ , Bar # _____ JM3174 _____

was duly admitted to practice in this Court on

_____ 06/14/2011 _____ , and is in good standing as a member of the Bar of this Court.

Dated at  300 Quarropas Street
<u>White Plains, New York</u>    on  _____ May 22, 2019 _____

CLERK

_____ Ruby J. Krajick _____    by    _____
Clerk    Deputy Clerk

**UNITED STATES**
**BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065643 — JB
* * C O P Y * *
June 21, 2019
11:03:28

PRO HAC VICE FEE
19—30088—DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $310.00 CH
Check#.: 423322


Total-> $310.00


FROM: CHOATE HALL & STEWART LLP