Ronald K. Brown, Jr. (Bar No. 102012)
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 250-3322
Fax: (949) 250-3387

Attorneys for Movant,
Central Valley Associates, L.P.

**FILED**
JUN 21 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors and Debtors-in-Possession | CASE NO.: 19-30088-DM<br><br>Chapter 11<br><br>**REQUEST FOR REMOVAL OF ATTORNEY RONALD K. BROWN, JR. FROM NOTICE OF ELECTRONIC FILING** |

**TO: DEBTOR AND TO ITS COUNSEL AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the attorney for Central Valley Associates, L.P., as set forth below, wishes to be removed from the proof of service of the above-mentioned case:

    Central Valley Associates, L.P.
    c/o Ronald K. Brown, Jr.
    LAW OFFICES OF RONALD K. BROWN, JR.
    901 Dove Street, Suite 120
    Newport Beach, California 92660
    (949) 250-3322 - Telephone
    (949) 250-3387 - Facsimile
    E-mail: Ron@rkbrownlaw.com

Dated: June 19, 2019        LAW OFFICES OF RONALD K. BROWN, JR.

                                        By: /s/ Ronald K. Brown
                                            Ronald K. Brown, Jr.
                                            Attorneys for Movant

1

# PROOF OF SERVICE
### (C.C.P. § 1013a, C.R.C. 2003(3), 2008(e)(3))

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the aforesaid County, State of California, I am over the age of 18 years and not a party to the within action; my business address is 901 Dove Street, Suite, 120 Newport Beach, California 92660.

On June 19, 2019, I served the foregoing document described as:

**REQUEST FOR REMOVAL OF ATTORNEY RONALD K. BROWN, JR. FROM NOTICE OF ELECTRONIC FILING**

on the parties in this action by: [X] By placing [ ] the **original** [X] a **copy** thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[XX] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Newport Beach in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] **BY FACSIMILE TRANSMISSION**: The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a record of the transmission.

[ ] **BY PERSONAL SERVICE,** as follows: I caused a copy of such document to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

[ ] **BY OVERNIGHT DELIVERY,** as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

[ ] **STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] **FEDERAL**: I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on June 19, 2019 at Newport Beach, California.

_____
LESLEY SICH

# SERVICE LIST

PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
*Debtor*

Max Africk
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Debtor's Attorney*

Peter J. Benvenutti
Keller & Benvenutti LLP
650 California St. 19th Fl.
San Francisco, CA 94108
*Debtor's Attorney*

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
*Responsible Ind*

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
*U.S. Trustee*

Jason Blumberg
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814

Lynette C. Kelly
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102