

Signed and Filed: June 21, 2019



**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**CHOATE, HALL & STEWART LLP**
Douglas R. Gooding (pro hac vice pending)
dgooding@choate.com
Jonathan D. Marshall (pro hac vice pending)
jmarshall@choate.com
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Attorneys for*
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| Debtor.[1] | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan D. Marshall, whose business address and telephone number is

    Jonathan D. Marshall, Esq.
    **CHOATE, HALL & STEWART LLP**
    Two International Place
    Boston, Massachusetts 02110
    Telephone: (617) 248-4799
    Facsimile: (617) 248-4000
    Email: jmarshall@choate.com

and who is an active member in good standing of the bar of the Commonwealth of Massachusetts and the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Liberty Mutual Insurance Company.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640].

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

\*\*END OF ORDER\*\*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110