1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Dana M. Andreoli (State Bar No. 262068)
2  Stacey C. Quan (State Bar No. 280004)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   235 Pine Street, 15th Floor
4  San Francisco, California 94104
   Telephone:    (415) 421-3400
5  Facsimile:    (415) 421-2234
   E-mail:    jlowenthal@steyerlaw.com
6             dandreoli@steyerlaw.com
              squan@steyerlaw.com
7
   Attorneys for Creditor
8  Tanforan Industrial Park, LLC

9            UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13

14  In re:                                Bankruptcy Case
                                          No. 19 - 30088 (DM)
15  PG&E Corporation
                                          Chapter 11
16        - and –
                                          (Lead Case)
17  Pacific Gas and Electric Company,
                                          (Jointly Administered)
18              Debtors.
                                          **REQUEST FOR NOTICE – STACEY C. QUAN**
19

20  □ Affects PG& Corporation

21  □ Affects Pacific Gas and Electric
    Company
22
    x Affects both Debtors
23
    * All papers shall be filed in the Lead
24  Case, No. 19-30088 (DM).

25

26

27

28

Case: 19-30088   Doc# 2724   Filed: 06/24/19   Entered: 06/24/19 11:32:14   Page 1 of 4

1    PLEASE TAKE NOTICE, pursuant to Bankruptcy Code Section 1109(b) and Federal

2  Rules of Bankruptcy Procedure 2002 and 9010, creditor Tanforan Industrial Park, LLC, hereby

3  requests that all notices given or required to be given in this bankruptcy case, and all papers

4  served or required to be served in this case, be given and served upon the following address,

5  which address should be added to the master service list:

6           Stacey C. Quan
            STEYER LOWENTHAL BOODROOKAS
7            ALVAREZ & SMITH LLP
            235 Pine Street
8          San Francisco, California 94104
            Telephone: (415) 421-3400
9          Facsimile: (415) 421-2234
            Email: squan@steyerlaw.com
10

11    PLEASE TAKE FURTHER NOTICE THAT the foregoing request also includes, without

12  limitation, notices of application, complaint, demand, hearing, motion, orders, pleadings, petition,

13  disclosure statement, plan of reorganization, or request, whether formal or informal, written or

14  oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone,

15  facsimile, or otherwise filed with regard to the above case or any proceedings therein.

16    PLEASE TAKE FURTHER NOTICE THAT this request for notice is not intended to, nor

17  shall be deemed to waive the right to have final orders in any non-core matters entered only after

18  de novo review by a federal district judge; (ii) right to have any final order entered, or other

19  exercise of the judicial power of the United States performed by an Article III court; (iii) right to

20  trial by jury; (iv) right to have the bankruptcy reference withdrawn in any matter subject to

21  mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoff,

22  recoupments, or other matters requesting party is entitled to under any agreement in law or in

23  equity, all of which are expressly reserved.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

<hr />

1

This Request for Notice shall not be construed as authorization to serve the attorneys for creditor Tanforan Industrial Park, LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, *et. seq.*

DATED: June 20, 2019

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP


By: /s/ Stacey C. Quan
Jeffrey H. Lowenthal
Dana M. Andreoli
Stacey C. Quan
Attorneys for Creditor
Tanforan Industrial Park, LLC

REQUEST FOR NOTICE – STACEY C. QUAN                    CASE NO. 19-30088 (DM)
1717856.1 - CENTRIX.30TANFORAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE [eservice]**

I hereby certify that on May 24, 2019, I electronically filed the foregoing **REQUEST FOR NOTICE – STACEY C. QUAN** with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

_____
Alma M. Caliz