

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Pacific Gas & Electric Corp., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 19-30088 Chapter 11<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Chain Link Fence & Supply Inc.**<br>Name of Transferor<br>Phone: (925) 606-8167<br>Last Four Digits of Acct #: N/A | **Whitebox Multi-Strategy Partners, LP**<br>Name of Transferee<br>Phone: 612-253-6061<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent: | Claim No: N/A; Scheduled Amount<br>Case No.: 19-30088 |
| **Whitebox Multi-Strategy Partners, LP**<br>**3033 Excelsior Blvd, Suite 300**<br>**Minneapolis, MN 55416-4675** | Date Filed: N/A; Scheduled Amount<br><br>Total Amount of Claim: $1,283,528.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _(DocuSigned by Mark Strefling)_    Date: June 21, 2019
Transferee/Transferee's Agent    Mark Strefling
                                 Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:   PG&E Corporation and Pacific Gas and Electric Company ("Debtor")
Case No. 19-30088 (DM) (Jointly Administered)

Claim No.: N/A; Scheduled Amount

**Chain Link Fence & Supply Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as scheduled amount $1,283,538.00 (collectively the "Claim") in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of [●], 2019.

**CHAIN LINK FENCE & SUPPLY INC.**

By: *[signature]*
Name: Mario A. Facchin
Title: Secretary/Treasurer

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**

By: *[DocuSigned by: EFEC9660E2574B9]*

Name: Mark Strefling
Title: Partner & CEO

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065648 - JB

June 24, 2019
10:24:43

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $25.00 CH
Check#.: 25569785845


Total-> $25.00


FROM: DAMIEN MORRIS CLIFFORD CHANCE
```