B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,  Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____  _____
Name of Transferee  Name of Transferor

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors LLC
156 W 56th Street, Suite 1704
New York, NY 10019
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____  Date:_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

For value received, the sufficiency of which is hereby acknowledged, **GE Grid Solutions LLC** ("Seller") hereby acknowledges that it has irrevocably sold, transferred, and assigned to **RiverPark Strategic Income Fund** ("Purchaser") all of Seller's right, title, and interest in and to the Seller's "claim" or "claims (as defined in 11 U.S.C. § 101(5) against **Pacific Gas and Electric Company** ("Debtor"), as of the commencement of Debtor's bankruptcy case ("Claim") as set forth in the Agreement between Seller and Purchaser. Seller further waives any objections to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and consents to Purchaser's filing a proof of claim against Debtor in respect thereof, pursuant to Rule 3001(e)(1).

Dated: **June 21, 2019**    **GE Grid Solutions LLC**

By: *Jeffrey M Keogh*
Jeffrey M Keogh (Jun 24, 2019)
Name: Jeffrey Keogh
Title: Sr. Finance Manager