**Entered on Docket
June 24, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 24, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (PST)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**ORDER GRANTING MOTION OF PACIFIC GAS AND ELECTRIC COMPANY AND OTHERS FOR LIMITED RELIEF FROM STAY TO APPEAL CERTAIN ORDERS OF THE FEDERAL ENERGY REGULATORY COMMISSION (DKT. NO. 2359, 2400 AND 2403)**

On June 3, 2019, debtor Pacific Gas & Electric Company (the "Utility") filed a motion for relief from the automatic stay (Dkt. No. 2359)(the "Utility MRS") so that it can file and prosecute appeals of certain matters pending before the Federal Energy

Regulatory Commission ("FERC"). Specifically, the motion pertains to what the Utility has defined as the FERC Orders in the Utility MRS (at 5-4). In response, two parties to power purchase agreements ("PPAs") with Utility, NextEra Energy, Inc. ("NextEra")(Dkt. No. 2400) and Consolidated Edison Development Inc. ("Con Edison")(Dkt. No. 2403), filed motions seeking relief from the stay to participate in any such appeal filed by Utility. Other counter-parties to PPAs with Utility (collectively with NextEra and Con Edison, the "PPA Counter-Parties") filed joinders in one or both of these stay relief motions.[1] The PPA Counter-Parties also filed (or joined) limited oppositions to the Utility MRS, almost all of which contend that they should be entitled to participate in any such appeal as their respective PPAs with Utility would be at issue.[2] Finally, FERC filed

---

[1] The parties joining one or both of the motions for relief from stay filed by NextEra and Con Edison include AV Solar Ranch 1, LLC and Exelon Corporation (Dkt. No. 2406); Calpine Corporation (Dkt. No. 2411); EDF Renewables (Dkt. No. 2450); First Solar, Inc., Mojave Solar LLC, and Willow Springs Solar 3 (Dkt. Nos. 2452 and 2454); Agua Caliente Solar, LLC, MC Shiloh IV Holdings LLC, NRG Energy Inc., Clearway Energy, Inc., Clearway Energy Group LLC, Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. (Dkt. No. 2606); and KES Kingsburg, L.P. and Vantage Wind Energy LLC (Dkt. Nos. 2691 and 2692).

[2] The parties joining one or both of the oppositions filed by NextEra and Con Edison include Topaz Solar (Dkt. No. 2620); EDF Renewables (Dkt. No. 2622); First Solar, Inc., Mojave Solar LLC, and Willow Springs Solar 3, LLC (Dkt. No. 2623); AV Solar Ranch 1, LLC, and Exelon Corporation (Dkt. No. 2624); Agua Caliente Solar, LLC, MC Shiloh IV Holdings LLC, NRG Energy Inc., Clearway Energy, Inc., Clearway Energy Group LLC, Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. (Dkt. No. 2641); Solar Partners II LLC, Solar Partners VIII LLC, TerraForm Power, Inc. (Dkt. No. 2641); and KES Kingsburg, L.P., Vantage Wind Energy LLC (Dkt. Nos. 2691 and 2692).

a response indicating that it does not believe the automatic stay applies to its proceedings in any event (Dkt. No. 2610).

Upon consideration of the pleadings and documents on file, the court has determined that the automatic stay should be lifted (1) to permit Utility to prosecute appeals of various FERC orders; and (2) to permit the PPA Counter-Parties to move any appellate court for leave to intervene in such appeals, and to participate in the appeal as permitted by the appellate court. It is therefore ORDERED that

1. The motions for relief from stay referred to above filed by Utility, NextEra, and Con Edison are GRANTED to the extent provided below.

2. The automatic stay shall be lifted, to the extent it applies, without further order of this Court, to permit the Utility, FERC, the PPA Counter-Parties, the Official Committee of Unsecured Creditors of PG&E Corporation (the "Committee") and PG&E Corporation to participate in and prosecute and/or defend (as applicable) to conclusion any appellate review of the FERC Orders, including by: (a) seeking or opposing any consolidation of the appeal of the FERC Orders with the appeal of this Court's Amended Declaratory Judgment in Adv. Proc. 19-3003 (Dkt. No. 155); (b) participating in briefing or argument relating to consolidation, motions to intervene, or the merits of the appeals of any of the FERC Orders; (c) petitioning for rehearing or rehearing en banc or participating in briefing

or argument relating to any such petition; and (d) participating in briefing or argument relating to any proceedings in the U.S. Supreme Court, including filing or opposing a petition for a writ of certiorari.

3. Retroactive relief from the automatic stay, to the extent ot applies, is GRANTED to preclude any invalidation based on the automatic stay of (a) any of the FERC Orders issued by FERC after the petition date and before the date of this order and (b) the Utility's requests for rehearing.

4. The automatic stay did not and does not apply to Debtors' filing of Adv. Proc. 19-3003, nor to any subsequent orders therein, including any appeals or petitions for direct appeal, or oppositions to any of the foregoing.  This order applies regardless of any orders of the United States District Court or the United States Court of Appeal for the Ninth Circuit relating to any orders issued in that adversary proceeding.

5. The hearings now scheduled for June 26, 2019 at 9:30 a.m. on the motions for relief from stay filed by Utility, NextEra, and Con Edison and any joinders are dropped from the calendar.

*** END OF ORDER ***