Darwin E. Farrar (SBN 152735)
Chief Counsel,
**Public Advocates Office**
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov
Email: EDF@cpuc.ca.gov

And

Alisa C. Lacey (AZ 010571) (Pro Hac Vice Pending)
Robert T. Kugler (MN0194116)
Thomas J. Salerno (AZ 007492) (Pro Hac Vice Pending)
Anthony P. Cali (AZ 028261) (Pro Hac Vice Pending)
**Stinson LLP**
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: robert.kugler@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for Public Advocates Office*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>and<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ All Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* FOR ANTHONY P. CALI** |

1    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Anthony P. Cali, an active

2    member in good standing of the bar of Arizona, hereby applies for admission to practice

3    in the Northern District of California on a *pro hac vice* basis representing the Public

4    Advocates Office at the California Public Utilities Commission (**"Cal Advocates"**) in

5    the above entitled action.

6        In support of this application, I certify on oath that:

7    1.    I am an active member in good standing of a United States Court or of the

8    highest court of another State or the District of Columbia, as indicated above;

9    2.    I agree to abide by the Standards of Professional Conduct set forth in

10   Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy

11   Dispute Resolution Program of this Court; and,

12   3.    An attorney who is a member of the bar of this Court in good standing and

13   who maintains an office within the State of California has been designated as co-counsel

14   in the above-entitled action. The name, address and telephone number of that attorney is:

15            Darwin E. Farrar (SBN 152735)
16            Chief Counsel,
             Public Advocates Office
17            California Public Utilities Commission
18            505 Van Ness Avenue
             San Francisco, California 94102
19            Tel: 415-703-1599
             Email: Darwin.farrar@cpuc.ca.gov
20            Email: EDF@cpuc.ca.gov

21

22       I declare under penalty of perjury that the foregoing is true and correct.

23       Dated: June 24, 2019

24

25                       Anthony P. Cali

26

27

28

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court,
certify that Anthony P. Cali was duly admitted
to practice in this Court on April 11, 2011,
and is in good standing as a member
of the Bar of this Court.

Dated at Phoenix, Arizona, on May 31, 2019

| | |
|---|---|
| Brian D. Karth | _____ |
| CLERK | DEPUTY CLERK |