Elizabeth J. Cabraser (SBN 083151)
Robert J. Nelson (SBN 132797)
Lexi J. Hazam (SBN 224457)
Fabrice N. Vincent (SBN 160780)
Abby R. Wolf (SBN 313049)
Evan J. Ballan (SBN 318649)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 415.956.1000
Fax: 415.956.1008

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
J. Aaron Lawson (SBN 319306)
Lily Hough (SBN 315277)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>PG&E CORPORATION,<br>-and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | Case No. 19-30088<br>(Jointly Administered)<br>Chapter 11<br>**LIMITED JOINDER OF WILDFIRE CLASS CLAIMANTS TO OBJECTION OF CERTAIN INTERESTED PARTIES TO DEBTORS' BAR DATE MOTION**<br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense, individually and on behalf of all others similarly situated; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes, individually and on behalf of all others similarly situated; Jeanette Smylie, individually and on behalf of all others similarly situated; and GER Hospitality, LLC, individually and on behalf of all others similarly situated; William N. Steel, individually and on behalf of all others similarly situated; and Karen Roberds and Anita Freeman, individually and on behalf of all others similarly situated (collectively, "Wildfire Class Claimants") hereby join Argument Section III (titled "The Debtors Seek to Prematurely and Improperly Eviscerate Class Protections That Might Otherwise Protect Wildfire Claimants") of the *Objection to Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 2003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (i) Establishing Filing Deadline for Filing Proofs of Claim, (ii) Establishing the Form and Manner of Notice Thereof, and (iii) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors* (the "Objection") filed by David Herndon, Julia Herndon, Gabriell Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control (collectively, "Objectors") [Dkt. No. 2240], and state as follows.

## Limited Joinder

Wildfire Class Claimants are individuals and businesses who suffered financial and/or property damage as a result of wildfires caused by the Debtors' failing and improperly maintained electrical equipment, including the 2017 North Bay Fires and the 2018 Camp Fire. Before the Debtors filed for bankruptcy, Wildfire Class Claimants filed class action lawsuits against the Debtors in state court, seeking to recover damages on behalf of themselves and others harmed by the wildfires. When the Debtors filed bankruptcy, their state court proceedings were stayed pursuant to 11 U.S.C. § 362. In order to preserve their claims, Wildfire Class Claimants filed proofs of claim in the bankruptcy proceedings shortly after Debtors commenced their filing.

Wildfire Class Claimants are therefore "creditors" within the meaning of the Bankruptcy Code, 11 U.S.C. § 101(10), and this Court has jurisdiction over their claims. 28 U.S.C. § 1334(a).

Wildfire Class Claimants have filed a total of six proofs of claim in this proceeding on behalf of putative classes of individuals and businesses harmed by the 2017 North Bay and 2018 Camp Fires. In fact, their proofs of claim are among the first lodged in the bankruptcy case's claims register. *See* Northern District of California Claims Register, No. 19-30088 PG&E Corporation, Claim Nos. 1-1 (Kevin Burnett et al.), 2-1 (Lore Olds, d/b/a Sky Vineyards et al.), 3-1 (Jeanette Smylie), 4-2 (GER Hospitality, LLC), 6-2 (William N. Steel), 8-2 (Karen Roberds and Anita Freeman). Each proof of claim incorporated and attached a copy of the prepetition class action complaint that had been filed in state court before the automatic stay took effect.

In the Objection, Objectors express their concern that certain language contained in Debtors' Bar Date Motion and Proposed Order represent an attempt to "preempt the use of class proofs of claim" and, if included in the Court's ultimate order, risk "having the practical effect of barring class proofs of claim in this bankruptcy." Objection at 12-13. Wildfire Class Claimants believe the Court will preserve the possibility of using class proofs of claim at an appropriate time. Nevertheless, out of an abundance of caution and to avoid leaving the matter unaddressed, Wildfire Class Claimants join that portion of the Objection and respectfully request that the Court not issue an order at this time that would limit possible future use of class mechanisms.

As the Ninth Circuit has recognized, the bankruptcy code permits the use of class proofs of claim. *In re Birting Fisheries, Inc.*, 92 F.3d 939 (9th Cir. 1996). The tort claims of those impacted by the 2017 North Bay and 2018 Camp Wildfires represent a substantial component of this bankruptcy, involving as many as tens or hundreds of thousands of claimants who have collectively suffered tens of billions of dollars in damages. Reaching those claimants, enabling them to engage with the claim submission process, and ultimately resolving their claims will be a substantial undertaking, and is one that is in its relatively early stages. Today, there are pending motions to adopt a proof of claim form, set a bar date, and implement a notice plan to reach potential claimants and inform them of their rights. There is no way to know at this time how many of those affected by the wildfires will ultimately submit proofs of claim before the bar date,

or what the total value of submitted claims will be. The usefulness and appropriateness of the class proofs of claims in this case may well depend on answers to these and other questions, and the Court need not decide whether to allow class proofs of claim to proceed while all those variables remain unknown. Additionally, the question of whether to allow the use of class proofs of claim has not yet been properly presented to the Court and is not ripe for adjudication. If and when the issue arises, Wildfire Class Claimants would like the opportunity to fully brief and be heard on it.

**Conclusion**

Accordingly, Wildfire Class Claimants submit this limited joinder and respectfully request that the Court refrain from issuing a decision at this juncture that would limit the possible use of class proofs of claim at an appropriate future time in the bankruptcy proceedings.

Respectfully submitted,

Dated: June 24, 2019

By: /s/ Elizabeth J. Cabraser

Elizabeth J. Cabraser (SBN 083151)
Robert J. Nelson (SBN 132797)
Lexi J. Hazam (SBN 224457)
Fabrice N. Vincent (SBN 160780)
Abby R. Wolf (SBN 313049)
Evan J. Ballan (SBN 318649)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Counsel for Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes.*

By: /s/ Rafey S. Balabanian

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
J. Aaron Lawson (SBN 319306)
Lily Hough (SBN 315277)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.234.5342
Facsimile: 415.373.9495

*Counsel for Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, and Benjamin Greenwald d/b/a Greenwald Pest Defense.*

| | | |
|---|---|---|
| 1 | Francis O. Scarpulla (SBN 41059)<br>Patrick B. Clayton (SBN 240191) | Jeremiah F. Hallisey (SBN 40001)<br>Hallisey and Johnson, PC |
| 2 | Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor | 465 California Street, Suite 405<br>San Francisco, CA 94104-1812 |
| 3 | San Francisco, CA 94104<br>Telephone: 415.788.7210 | Telephone : (415) 433-5300 |
| 4 | Facsimile: 415.788.0706 | *Counsel for Creditors Jeanette Smylie,* |
| 5 | *Counsel for Creditors Jeanette Smylie, GER* | *GER Hospitality, LLC, William N. Steel,*<br>*Karen Roberds, and Anita Freeman.* |
| 6 | *Hospitality, LLC, William N. Steel, Karen*<br>*Roberds, and Anita Freeman.* | |
| 7 | Quentin L. Kopp (SBN_25070) | |
| 8 | 380 West Portal Ave.<br>San Francisco, CA 94127 | |
| 9 | Telephone: (415) 681-5555 | |
| 10 | *Counsel for Creditors Jeanette Smylie, GER*<br>*Hospitality, LLC, William N. Steel, Karen* | |
| 11 | *Roberds, and Anita Freeman.* | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ Elizabeth J. Cabraser