| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Michael S. Stamer (*pro hac vice*) | Ashley Vinson Crawford (SBN 257246) |
| Ira S. Dizengoff (*pro hac vice*) | 580 California Street |
| David H. Botter (*pro hac vice*) | Suite 1500 |
| Abid Qureshi (*pro hac vice*) | San Francisco, CA 94104 |
| One Bryant Park | Telephone:  (415) 765-9500 |
| New York, New York 10036 | Facsimile:  (415) 765-9501 |
| Telephone:  (212) 872-1000 | Email:  avcrawford@akingump.com |
| Facsimile:  (212) 872-1002 | |
| Email:  mstamer@akingump.com | |
|         idizengoff@akingump.com | |
|         dbotter@akingump.com | |
|         aqureshi@akingump.com | |

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|     -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| | **NOTICE OF HEARING ON MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE** |
| ☐ Affects PG&E Corporation | <u>Hearing</u> |
| ☐ Affects Pacific Gas and Electric Company | Date:   July 23, 2019 |
| ☒ Affects both Debtors | Time:   9:30 a.m. (Pacific Time) |
| | Place:  Courtroom 17 |
| | 450 Golden Gate Ave, 16th Floor |
| | San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)*. | **Objection Deadline:** July 16, 2019 |
| | 4:00 p.m. (Pacific Time) |

1. **PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court") will hold a hearing on July 23, 2019, at 9:30 a.m. (Pacific Time) (the "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

2. **PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtor' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* filed by the Ad Hoc Committee of Senior Unsecured Noteholders on June 25, 2019 [Docket. No. 2741] (the "Motion").

3. **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 16, 2019. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Docket No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

4. **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 25, 2019

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Ashley Vinson Crawford*
　　Ashley Vinson Crawford (SBN 257246)
　　Michael S. Stamer (*pro hac vice*)
　　Ira S. Dizengoff (*pro hac vice*)
　　David H. Botter (*pro hac vice*)
　　Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*