Darwin E. Farrar (SBN 152735)
Chief Counsel,
**Public Advocates Office**
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;
Email: EDF@cpuc.ca.gov

And

Alisa C. Lacey (AZ 010571) (Pro Hac Vice Pending)
Robert T. Kugler (MN0194116)
Thomas J. Salerno (AZ 007492) (Pro Hac Vice Pending)
Anthony P. Cali (AZ 028261) (Pro Hac Vice Pending)
**Stinson LLP**
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: robert.kugler@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for Public Advocates Office*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>and<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ All Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** |

1    **PLEASE TAKE NOTICE** that the Public Advocates Office at the California
2    Public Utilities Commission ("**Cal Advocates**") hereby enters its appearance by and
3    through both its Chief General Counsel, Darwin E. Farrar, and Stinson LLP, pursuant to
4    section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*
5    ("**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure
6    ("**Bankruptcy Rules**"), and hereby requests, pursuant to Bankruptcy Rules 2002 and
7    9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned
8    representatives be added to the mailing list maintained by the Clerk in the above-
9    captioned chapter 11 cases ("**Chapter 11 Cases**"), and that the Clerk and all other parties
10   in interest in the Chapter 11 Cases provide all notices and all papers served on any party,
11   filed with the Court or delivered to the Office of the United States Trustee in the Chapter
12   11 Cases, to all of the persons listed directly below:

Darwin E. Farrar (SBN 152735)
Chief Counsel,
Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;
Email: EDF@cpuc.ca.gov

And

Stinson LLP
Alisa C. Lacey (AZ 010571)
Robert T. Kugler (MN0194116)
Thomas J. Salerno (AZ 007492)
Anthony P. Cali (AZ 028261)
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: robert.kugler@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only all of the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the Chapter 11 Cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the Chapter 11 Cases and the proceedings therein, all of which shall be sent to all of the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by Cal Advocates to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Cal Advocates;

(b) a waiver of any right of Cal Advocates to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which Cal Advocates is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

(c)     a waiver of any objections or defenses that the State of California, Cal Advocates or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, Cal Advocates or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: June 25, 2019.

PUBLIC ADVOCATES OFFICE
By:
Darwin E. Farrar (SBN 152735)
Chief Counsel, Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;
EDF@cpuc.ca.gov

And

STINSON LLP
*/s/ Robert T. Kugler*
Alisa C. Lacey
Robert T. Kugler
Thomas J. Salerno
Anthony P. Cali
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: robert.kugler@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for Public Advocates Office*