Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STATUS REPORT REGARDING REVISIONS TO (A) THE FIRE PROOF OF CLAIM FORM (DKT. NOS. 1824 & 2605) AND (B) THE AMENDED ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER (I) ESTABLISHING A BAR DATE FOR FILING FIRE CLAIMS, (II) APPROVING THE FORM AND PROCEDURES FOR NOTICE OF THE BAR DATE FOR FIRE CLAIMS, AND (III) APPROVING SUPPLEMENTAL PROCEDURES FOR NOTICE OF THE BAR DATE TO FIRE CLAIMANTS (DKT. NOS. 2297 & 2605)**<br><br>Date: June 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**") hereby submits the following Status Report regarding its efforts to resolve objections to:

- Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures (Dkt. No. 1824) (the "**Claim Form Motion**"); and

- Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a), 501 and Fed. R. Bankr. P. 3001(a), 3003(c), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. No. 2297) (the "**TCC Bar Date Motion**").

The TCC has revised its proposed Fire Proof of Claim Form to address certain objections raised by the SLF Claimants (*see* Dkt. Nos. 2248 & 2658) and comments received from the United States Trustee, and to include updated address information where proofs of claim can be delivered. The proposed revisions include the following:

- Question 11, and the related Instruction therefor, gives Fire Claimants the option of providing a claim amount.

- Question 2 asks Fire Claimants to identify whether their claim has been acquired from someone else.

- Question 6 asks Fire Claimants to identify whether they know if anyone else has filed a proof of claim for them.

- The Instructions include updated address information where Fire Proof of Claim Forms can be delivered.

The revised Fire Proof of Claim Form also includes Question 3, and the related Instruction therefor, which gives Fire Claimants the option of filing a claim on behalf of a family. It is the TCC's understanding that the SLF Claimants still intend to oppose the adoption of the TCC's Fire Proof of Claim Form notwithstanding these modifications.

The TCC has also revised the proposed amended form of order for the TCC Bar Date Motion to address the objection filed by State Farm Mutual Automobile Insurance Company ("**State Farm**") (*see* Dkt. No. 2603) and further comments provided by certain California State Agencies. The proposed revisions include:

- The definition of the term "Fire Claim" is now set forth in Paragraph 2 of the Order rather than being incorporated by reference in a footnote.

- The carve-out in Paragraph 7 for claims of any State of California governmental unit contains language clarifying that it includes claims of any city, county, special district or joint authority, or other local governmental unit.

- Paragraph 16 was added to clarify that the Order does not predetermine the propriety of any subpoena to be issued on behalf of the TCC and does not affect any rights of the subpoena's target to oppose, move to quash, or object to it on any available grounds under the Federal Rules of Evidence, Federal Rules of Civil or Bankruptcy Procedure, or other applicable law.

It is the TCC's understanding that these revisions address the objection filed by State Farm and the comments received from the California State Agencies. The TCC has not been able to reach an agreement with the Debtors or the UCC regarding the bar date and related notice procedures.

Attached hereto as **Exhibit A** and **Exhibit B**, respectively, are a revised Fire Proof of Claim Form and a proposed amended order on the TCC Bar Date Motion. Exhibit A and Exhibit B also include redlines reflecting the applicable revisions made since June 19, 2019.

Dated: June 25, 2019

**BAKER & HOSTETLER LLP**

By: /s/ *Eric Goodman*
Eric Goodman