**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**,

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF AGENDA FOR JUNE 26, 2019, 9:30 A.M. OMNIBUS HEARING**

Date: June 26, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

**PROPOSED AGENDA FOR**
**JUNE 26, 2019, 9:30 A.M. (PACIFIC TIME)**
**OMNIBUS HEARING**

1. **Order and Notice Regarding June 26, 2019, 9:30 AM Hearing** [**Dkt. 2746**].

## I: MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: *Herndon et al. v. PG&E Corporation*, Adv. Pro. No. 19-03005

2. **Debtors' Motion to Dismiss**: Debtors' Motion to Dismiss Plaintiffs' First Amended Complaint, or, in the Alternative, Stay Adversary Proceeding [**Dkt. 21**].

Response Deadline: June 12, 2019.

Responses Filed:

A. Plaintiffs' Objection to Debtors' Motion to Dismiss First Amended Complaint, or, in the Alternative, Stay Adversary Proceeding [**Dkt. 25**].

B. Declaration of Michael K. Eggenberger in Support of Objection to Debtors' Motion to Dismiss First Amended Complaint, or, in the Alternative, Stay Adversary Proceeding [**Dkt. 26**].

Related Documents:

C. Debtors' Request for Judicial Notice in Support of Motion to Dismiss First Amended Complaint, or, in the Alternative, Stay Adversary Proceeding [**Dkt. 22**].

D. Reply Memorandum of Points and Authorities in Further Support of Debtors' Motion to Dismiss First Amended Complaint, or, in the Alternative, Stay Adversary Proceeding [**Dkt. 27**].

Status: This matter is going forward on a contested basis.

## II: MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)

***CONTESTED MATTERS GOING FORWARD***

***Bar Date Motions and Related Matters***

3. **Debtors' Bar Date Motion**: Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1784**].

Response Deadline: May 28, 2019, at 4:00 p.m. (Pacific Time), except for the Tort Claimants Committee, Unsecured Creditors Committee, the United States Trustee, California State Agencies, the Ad Hoc Group of Subrogation Claim Holders, the Community Choice Aggregators, and Turner Construction Company,

for whom the response deadline was extended by stipulation and order to May 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2043**].

B. State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries' Joinder and Objection to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2238**].

C. Objection of Public Entities Impacted by the Wildfires to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors and Statement in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 2239**].

D. David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control's Objection to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2240**].

E. Individual Butte Fire, North Bay Fires, and Camp Fire Victim Claimants' Objection to Debtors' "Bar Date Motion" [**Dkt 2242**].

F. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Forms Proposed by PG&E and the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim Cut-Off Date Proposed by PG&E [**Dkt 2248**].

G. The Baupost Group, L.L.C.'s Joinder in (A) Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors; and (B) Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2256**].

H. Objection of the Official Committee of Tort Claimants to Motion of the Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2306**].

I. Limited Objection of the California State Agencies to Motion of Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2307**].

J. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**].

K. United States Trustee's Objection to the Motion of the Debtors for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2316**].

L. Sonoma Clean Power Authority's Limited Objection to Debtor's Bar Date Motion [**Dkt. 2321**].

M. Joinder of Northern California Power Agency to Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion [**Dkt. 2324**].

N. Joinder of City of San Jose to Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion [**Dkt. 2326**].

O. Joinder of the County of Placer to the Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion. [**Dkt. 2346**].

P. Joinder of Cazadero Community Services District to the Sonoma Clean Power Authority's Limited Objection to Debtors' Bar Date Motion. [**Dkt. 2453**].

Q. Response of the Official Committee of Tort Claimants to the Objections of the California State Agencies and the Sonoma Clean Power Authority to the Debtors' Bar Date Motion [**Dkt. 2621**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

R. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Form Proposed by the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim Cut-Off Dates Proposed by PG&E and the TCC [**Dkt. 2658**].

S. Withdrawal of Limited Objection of Public Entities Impacted by the Wildfires to TCC's Bar Date Motion and Statement with Respect to the Respective Bar Dates for Wildfire Claims Proposed by Each of the Debtors and the Official Committee of Tort Claimants in their Respective Pleadings to the Court [**Dkt. 2706**].

Related Documents:

T. Declaration of Kevin J. Orsini in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1785**].

U. Declaration of Shai Y. Waisman in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1786**].

V. Declaration of Benjamin P. D. Schrag in Support of Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 1787**].

W. *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Memorandum of Points and Authorities in Support of the Debtors' Bar Date Motion [**Dkt. 1818**].

X. Declaration of Matthew P. Goren in Support of *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Memorandum of Points and Authorities in Support of the Debtors' Bar Date Motion [**Dkt. 1819**].

Y. Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Memorandum of Points and Authorities in Support of the Debtors' Bar Date Motion [**Dkt. 1830**].

Z. Preliminary Statement Updating the Court with Respect to the Status of the Debtors' Bar Date Motion and Related Noticing Motions and Pleadings [**Dkt. 2562**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

AA. Debtors' Corrected Omnibus (I) Reply in Support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [**Dkt. 2646 (corrects Dkt. 2636)**].

BB. *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus (I) Reply in Support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [**Dkt. 2638**].

CC. Declaration of Jeanne C. Finegan (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2642**].

DD. Supplemental Declaration of Shai Y. Waisman (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2643**].

EE. Debtors' Notice of Filing Revised Wildfire Subrogation Claimant Proof of Claim Form [**Dkt. 2688**].

FF. Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus (I) Reply in support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [**Dkt. 2718**].

Status: This matter is going forward on a contested basis.

4. **TCC's Bar Date Motion**: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2297**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. State Farm's Limited Objection to Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2603**].

B. Conditional Objection of the California State Agencies and California Department of Toxic Substances Control to Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2627**].

C. David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control's Joinder to Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2633**].

D. Debtors' Corrected Omnibus (I) Reply in Support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [**Dkt. 2646 (corrects Dkt. 2636)**].

E. *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus (I) Reply in Support of the Debtors' Bar Date Motion, and (II) Objection to the TCC's Bar Date Motion [**Dkt. 2638**].

F. Declaration of Jeanne C. Finegan (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2642**].

G. Supplemental Declaration of Shai Y. Waisman (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2643**].

H. Objection of the Official Committee of Unsecured Creditors to the Official Committee of Tort Claimant's: (I) Bar Date Motion and (II) Angeion Retention Application [**Dkt. 2650**].

I. Limited Objection of Public Utilities Impacted by the Wildfires to Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2654**].

J. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Form Proposed by the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim Cut-Off Dates Proposed by PG&E and the TCC [**Dkt. 2658**].

K. Debtors' Notice of Filing Revised Wildfire Subrogation Claimant Proof of Claim Form [**Dkt. 2688**].

L. Withdrawal of Limited Objection of Public Entities Impacted by the Wildfires to TCC's Bar Date Motion and Statement with Respect to the Respective Bar Dates for Wildfire Claims Proposed by Each of the Debtors and the Official Committee of Tort Claimants in their Respective Pleadings to the Court [**Dkt. 2706**].

M. Joinder of the Ad Hoc Committee of Senior Unsecured Noteholders to Objection of the Official Committee of Unsecured Creditors to the Official Committee of Tort Claimants' Bar Date Motion [**Dkt. 2708**].

Related Documents:

N. Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2298**].

O. Declaration of Steven Weisbrot in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2299**].

P. Declaration of Jeffrey R. Dion in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2300**].

Q. *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2309**].

R. Declaration of Eric Goodman in Support of *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3001(a), 3003(a), 5005 and 9007 for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants [**Dkt. 2310**].

S. Docket Text Order denying Motion of the Official Committee of Tort Claimants to Shorten Time.

T. Notice of Filing of Revised Fire Proof of Claim Form (Dkt. No. 1824) and Proposed Amended Orders on (A) Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Notice of the Bar Date to Fire Claimants (Dkt. No. 2297) and (B) Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 (Dkt. No. 2303) [**Dkt. 2605**].

U. Status Report Regarding Revisions to (A) the Fire Proof of Claim Form (Dkt. Nos. 1824 & 2605) and (B) the Amended Order on Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. Nos. 2297 & 2605) [**Dkt. 2747**].

Status: This matter is going forward on a contested basis.

5. **TCC's Motion to Approve Wildfire Proof of Claim Form**: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1824**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection of Public Entities Impacted by the Wildfires to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors and Statement in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 2239**].

B. David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control's Objection to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [**Dkt. 2240**].

C. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Forms Proposed by PG&E and the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim Cut-Off Date Proposed by PG&E [**Dkt 2248**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D. Debtors' Omnibus Objection to Motions of the Tort Claimants Committee and the Ad Hoc Subrogation Group Seeking Approval of Alternative Wildfire Proof of Claim Forms [**Dkt. 2296**].

E. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**].

F. Objections by the Singleton Law Firm Fire Victim Claimants to: (1) the Proof-of-Claim Form Proposed by the Tort Claimants Committee (Including a Proposed Alternative Form); and (2) the Wildfire-Claim Cut-Off Dates Proposed by PG&E and the TCC [**Dkt. 2658**].

Related Documents:

G. Memorandum of Points and Authorities in Support of Motion to Approve Wildfire Proof of Claim Form: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1825**].

H. Declaration of Karen Lockhart Regarding the Motion to Approve Wildfire Proof of Claim Form: Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 1826**].

I. Stipulation between Official Committee of Unsecured Creditors and Official Committee of Tort Claimants Extending Time to Respond to Motion of the Official Committee of Tort Claimants for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedure [**Dkt. 2190**].

J. Reply in Support of the Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Sections 105(a) and 501 and Fed. R. Bankr. P. 3001(a) for Entry of an Order Approving Proposed Model Proof of Claim Form for Fire Claims and Related Procedures [**Dkt. 2604**].

K. Notice of Filing of Revised Fire Proof of Claim Form (Dkt. No. 1824) and Proposed Amended Orders on (A) Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. No. 2297) and (B) Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 (Dkt. No. 2303) [**Dkt. 2605**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

L. Status Report Regarding Revisions to (A) the Fire Proof of Claim Form (Dkt. Nos. 1824 & 2605) and (B) the Amended Order on Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. Nos. 2297 & 2605) [**Dkt. 2747**].

Status: This matter is going forward on a contested basis.

6. **Angeion Group, LLC Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 [**Dkt. 2303**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Objection to the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 [**Dkt. 2637**].

B. Declaration of Jeanne C. Finegan (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2642**].

C. Supplemental Declaration of Shai Y. Waisman (I) in Support of the Debtors' Bar Date Motion and (II) in Response to the Tort Committee's Bar Date Motion and Related Filings [**Dkt. 2643**].

D. Objection of the Official Committee of Unsecured Creditors to the Official Committee of Tort Claimant's: (I) Bar Date Motion and (II) Angeion Retention Application [**Dkt. 2650**].

Related Documents:

E. Declaration of Steven Weisbrot in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 [**Dkt. 2304**].

F. Notice of Filing of Revised Fire Proof of Claim Form (Dkt. No. 1824) and Proposed Amended Orders on (A) Motion of the Official Committee of Tort Claimants for Entry of an Order (I) Establishing a Bar Date for Filing Fire Claims, (II) Approving the Form and Procedures for Notice of the Bar Date for Fire Claims, and (III) Approving Supplemental Procedures for Notice of the Bar Date to Fire Claimants (Dkt. No. 2297) and (B) Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Angeion Group, LLC as Fire Claim Bar Date Noticing Agent Effective as of May 22, 2019 (Dkt. No. 2303) [**Dkt. 2605**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter is going forward on a contested basis.

7. **Subrogation Claim Holders' Motion to Approve Subrogation Proof of Claim Form**: Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2044**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. The Baupost Group, L.L.C.'s Joinder in (A) Partial Objection of Ad Hoc Group of Subrogation Claim Holders to Motion of Debtors Pursuant to 11 U.S.C §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors; and (B) Motion of the Ad Hoc Group of Subrogation Claim Holders Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 501 and Fed. R. Bankr. P. 3001(a) and 9018 for Entry of an Order Approving Proposed Model Omnibus Insurance Subrogation Proof of Claim Form for Subrogation Claims and Related Procedures [**Dkt. 2256**].

B. Debtors' Omnibus Objection to Motions of the Tort Claimants Committee and the Ad Hoc Subrogation Group Seeking Approval of Alternative Wildfire Proof of Claim Forms [**Dkt. 2296**].

C. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Bar Date Motion and the Competing Proof of Claim Forms Proposed by the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 2308**].

Status: The Debtors have resolved the Subrogation Claimants Proof of Claim Motion by revising the proposed Subrogation Claimants Proof of Claim Form and proposed Bar Date Order with respect to the Debtors' Bar Date Motion.

***Motions for Protective Orders***

8. **Debtors' Motion for Protective Order**: Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2459**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2617**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

B. First Solar, Inc., Willow Springs Solar 3, LLC, and Mojave Solar LLC's Joinder to NextEra Energy's Limited Opposition to Motions for Entry of a Protective Order [**Dkt. 2623**].

C. Objection of the California State Agencies and California Department of Toxic Substances Control to Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2631**].

D. Joinder of Consolidated Edison to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2632**].

E. Joinder of United States of America in Objection of the California State Agencies to Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2639**].

F. Ad Hoc Subrogation Group's Memorandum of Points and Authorities and Limited Objection with Regard to the Entry of a Protective Order [**Dkt. 2644**].

G. Sonoma Clean Power Authority's Limited Objection to Debtor's Protective Order Motion [**Dkt. 2647**].

H. Joinder of Northern California Power Agency to Sonoma Clean Power Authority's Limited Objection to Debtor's Protective Order Motion [**Dkt. 2648**].

I. Joinder of the City and County of San Francisco, Monterey Bay Community Power Authority and City of San Jose to Limited Objection of the Sonoma Clean Power Authority's to Motion for Protective Order of Debtors [**Dkt. 2649**].

J. Joinder of Calpine Corporation to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order [**Dkt. 2651**].

K. Statement of the Official Committee of Unsecured Creditors Regarding Cross-Motions for Entry of a Protective Order by (I) Official Committee of Tort Claimants and (II) Debtors [**Dkt. 2652**].

L. Individual Fire Victim Creditors' Limited Objection to Cross-Motions for Entry of a Protective Order [**Dkt. 2690**].

Related Documents:

M. Declaration of Richard W. Slack in Support of Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2460**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

N. Debtors' *Ex Parte* Unopposed Application for Order Pursuant to L.B.R. 9006-1(a) Shortening Notice of Hearing on Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2461**].

O. Order Pursuant to L.B.R. 9006-1(a) Shortening Notice of Hearing on Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2464**].

P. Debtors' Reply in Further Support of Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2740**].

Status: This matter is going forward on a contested basis.

9. **Tort Claimant Committee's Motion for Protective Order**: Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2419**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2617**].

B. First Solar, Inc., Willow Springs Solar 3, LLC, and Mojave Solar LLC's Joinder to NextEra Energy's Limited Opposition to Motions for Entry of a Protective Order [**Dkt. 2623**].

C. Joinder of Consolidated Edison to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2632**].

D. Objection of the California State Agencies to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2634**].

E. Joinder of the United States of America in Objection of the California State Agencies to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2640**].

F. Ad Hoc Subrogation Group's Memorandum of Points and Authorities and Limited Objection with Regard to the Entry of a Protective Order [**Dkt. 2644**].

G. Joinder of Calpine Corporation to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Protective Order; and (II) Debtors' Motion for Entry of Protective Order [**Dkt. 2651**].

H. Statement of the Official Committee of Unsecured Creditors Regarding Cross-Motions for Entry of a Protective Order by (I) Official Committee of Tort Claimants and (II) Debtors [**Dkt. 2652**].

I. Debtors' Objection to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2656**].

J. Declaration of Richard W. Slack in Support of Debtors' Objection to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2657**].

K. Individual Fire Victim Creditors' Limited Objection to Cross-Motions for Entry of a Protective Order [**Dkt. 2690**].

Related Documents:

L. Declaration of Lars H. Fuller in Support of Motion for Protective Order [**Dkt. 2420**].

Status: This matter is going forward on a contested basis.

***WITHDRAWN, CONTINUED, AND OTHER MATTERS***

10. **Kevin Thompson and Mia Nash's Relief from Stay Motion**: Motion for Relief from the Automatic Stay, Kevin Thompson and Mia Nash [**Dkt. 876**].

Response Deadline: June 20, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Kevin Thompson and Request for Judicial Notice in Support of his Motion for Relief from the Automatic Stay [**Dkt. 879**].

Status: This matter has been taken off calendar [**Dkt. 2618**].

11. **Utility's Relief from Stay Motion**: Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2359**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response of the Federal Energy Regulatory Commission to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2610**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

B. NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2616**].

C. Joinder of EDF Renewables, Inc. to NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2622**].

D. Joinder of Exelon Corporation and AV Solar Ranch 1, LLC in NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2624**].

E. Consolidated Edison Development Inc.'s Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2625**].

F. Mojave Solar LLC's Joinder to NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2628**].

G. Joinder by Certain PPA Parties to NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2641**].

H. Joinder of Calpine Corporation to NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2653**].

I. Joinder of Vantage Wind Energy LLC and KES Kingsburg, L.P. to NextEra Energy's Limited Opposition to Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2692**].

Related Documents:

J. Declaration of Theodore E. Tsekerides in Support of Motion of the Utility for Limited Relief from the Automatic Stay to Appeal Certain Matters Pending Before the Federal Energy Regulatory Commission [**Dkt. 2361**].

K. Utility's Reply in Support of Motion for Limited Relief from Automatic Stay and in Response to PPA Motions Seeking Related Relief [**Dkt. 2711**].

L. Docket Text Order dated June 22, 2019, dropping matter from the June 26, 2019 omnibus hearing.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

M. Order Granting Motion of Pacific Gas and Electric Company and Others for Limited Relief from Stay to Appeal Certain Orders of the Federal Energy Regulatory Commission [**Dkt. 2731**].

Status: By Docket Text Order dated June 22, 2019, the Court has taken this matter off calendar.

12. **NextEra's Relief from Stay Motion**: NextEra Energy, Inc.'s Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2400**].

Response Deadline: June 21, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Exelon Corporation and AV Solar Ranch 1, LLC's, Joinder in Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2406**].

B. Joinder of Calpine Corporation and its Subsidiaries to NextEra Energy Inc.'s Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2411**].

C. Joinder of EDF Renewables, Inc. to NextEra Energy, Inc.'s and Consolidated Edison Development, Inc.'s Motions for Relief from the Automatic Stay to Participate in Appeal of FERC Orders [**Dkt. 2450**].

D. Joinder of First Solar, Inc., Mojave Solar LLC, and Willow Springs Solar 3, LLC to NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2452**].

E. Joinder of Diablo Winds, LLC to NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2454**].

F. Joinder by Certain PPA Parties to NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2606**].

G. Joinder of Topaz Solar Farms LLC to NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2620**].

H. Joinder of Vantage Wind Energy LLC and KES Kingsburg, L.P. in NextEra's Motion for Limited Relief from Stay to Participate in Appellate Proceedings with Respect to FERC Orders [**Dkt. 2691**].

I. Utility's Reply in Support of Motion for Limited Relief from Automatic Stay and in Response to PPA Motions Seeking Related Relief [**Dkt. 2711**].

J. Docket Text Order dated June 22, 2019, dropping matter from the June 26, 2019 omnibus hearing.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

K. Order Granting Motion of Pacific Gas and Electric Company and Others for Limited Relief from Stay to Appeal Certain Orders of the Federal Energy Regulatory Commission [**Dkt. 2731**].

Status: By Docket Text Order dated June 22, 2019, the Court has taken this matter off calendar

13. **Consolidated Edison's Relief from Stay Motion**: Motion of Consolidated Edison for Relief from Automatic Stay to Intervene and Participate in Appeal of the FERC Orders [**Dkt. 2403**].

Response Deadline: June 21, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder of EDF Renewables, Inc. to NextEra Energy, Inc.'s and Consolidated Edison Development, Inc.'s Motions for Relief from the Automatic Stay to Participate in Appeal of FERC Orders [**Dkt. 2450**].

B. Utility's Reply in Support of Motion for Limited Relief from Automatic Stay and in Response to PPA Motions Seeking Related Relief [**Dkt. 2711**].Docket Text Order dated June 22, 2019, dropping matter from the June 26, 2019 omnibus hearing.

C. Order Granting Motion of Pacific Gas and Electric Company and Others for Limited Relief from Stay to Appeal Certain Orders of the Federal Energy Regulatory Commission [**Dkt. 2731**].

Status: By Docket Text Order dated June 22, 2019, the Court has taken this matter off calendar

14. **Debtors' Motion to Approve Stipulation with California Public Utilities Commission**: Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation with California Public Utilities Commission in Respect of Certain Proceedings [**Dkt. 2414**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement in Support of Debtors' Motion Pursuant to FRBP 4001(d) to Approve Stipulation with California Public Utilities Commission in Respect of Certain Proceedings (Brookview MHP Investors, LLC dba Thunderbird Mobile Home Park) [**Dkt. 2501**].

B. Official Committee of Tort Claimants' Statement in Support of Debtors' Motion Pursuant to FRBP 4001(d) to Approve Stipulation with California Public Utilities Commission in Respect of Certain Proceedings [**Dkt. 2629**].

Related Documents:

C. Declaration of Theodore E. Tsekerides in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation with

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

California Public Utilities Commission in Respect of Certain Proceedings [**Dkt. 2415**].

D. Stipulation between Debtors and California Public Utilities Commission in Respect of Certain Commission Proceedings [**Dkt. 2416**].

Status: The Court approved the Stipulation by docket order and has taken the matter off calendar.

15. **MOR Deadlines and Form Modification Motion**: Application Pursuant to L.B.R. 2015-2(e) and 11 U.S.C. § 105(a) for an Order Modifying Debtors' Deadlines for Filing Monthly Operating Reports and Approving Proposed Modifications to Form of Monthly Operating Reports [**Dkt. 1788**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement of No Objection of the Official Committee of Unsecured Creditors Regarding Certain Matters Scheduled for May 9, 2019 Hearing [**Dkt. 1908**].

B. Notice of Withdrawal of Statement of No Objection of the Official Committee of Unsecured Creditors [**Dkt. 1913**].

Related Documents:

C. Declaration of John Boken in Support of MOR Deadlines and Form Modification Application [**Dkt. 1789**].

D. Request for Entry of Order by Default on MOR Deadlines and Form Modification Motion [**Dkt. 2678**].

Status: The Court granted the Motion by docket order and has taken the matter off calendar.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 25, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
Jane Kim
*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119