

```
 1  WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (pro hac vice)
 2  (stephen.karotkin@weil.com)
    Ray C. Schrock, P.C. (pro hac vice)
 3  (ray.schrock@weil.com)
    Jessica Liou (pro hac vice)
 4  (jessica.liou@weil.com)
    Matthew Goren (pro hac vice)
 5  (matthew.goren@weil.com)
    767 Fifth Avenue
 6  New York, NY 10153-0119
    Tel: 212 310 8000
 7  Fax: 212 310 8007

 8  KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
 9  (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251
```

Signed and Filed: June 24, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER PURSUANT TO L.B.R. 2015-2(e) AND 11 U.S.C. § 105(a) MODIFYING FILING DEADLINES FOR DEBTORS' MONTHLY OPERATING REPORTS AND APPROVING PROPOSED MODIFICATIONS TO FORM OF MONTHLY OPERATING REPORTS**<br><br>Date:    June 26, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>**Objection Deadline**: June 19, 2019<br>                                4:00 p.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having reviewed the *Application Pursuant to L.B.R. 2015-2(e) and 11 U.S.C. § 105(a) for Order Modifying Filing Deadlines for Debtors' Monthly Operating Reports and Approving Proposed Modifications to Form of Monthly Operating Reports* (the "**Application**")[1] filed on May 1, 2019, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as set forth herein.

2. The Debtors shall file Monthly Operating Reports in a form and according to a schedule for filing that is reasonably acceptable to the Debtors and the U.S. Trustee. To the extent the Debtors and the U.S. Trustee are unable to reach an agreement on the form or schedule for filing the Monthly Operating Reports, the parties shall seek a further hearing from the Court.

3. Pursuant to Rule 2015-2(e) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and Section 105(a) of the Bankruptcy Code, the provisions of Bankruptcy Local Rule 2015-2 are hereby modified with respect to the Debtors to the extent necessary to implement the terms of any agreement, pursuant to Paragraph 2 of this Order, between the Debtors and the U.S. Trustee, on the form or schedule for filing Monthly Operating Reports.

4. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

[*Signature on next page*]

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

APPROVED AS TO FORM AND CONTENT:

Dated: June 14, 2019

OFFICE OF THE UNITED STATES TRUSTEE

/s/ *Marta Villacorta*
Marta Villacorta
Trial Attorney
*Attorney for Andrew R. Vara,*
*Acting United States Trustee for Region 3*[2]

**\*\* END OF ORDER \*\***

---

[2] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.