B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Pacific Gas and Electric Company         ,        Case No.   19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverPark Strategic Income Fund | CHA Consulting, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone:  1-917-767-4262
Last Four Digits of Acct #: _____

Court Claim # (if known):   1696
Amount of Claim:   $406,157.59
Date Claim Filed:   03/19/2019

Phone:  518-453-4564
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors LLC
156 W 56th Street, Suite 1704
New York, NY 10019
Phone:  1-914-741-9600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Brian Stout                                             Date: 06/25/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

For value received, the sufficiency of which is hereby acknowledged, **GE Grid Solutions LLC** ("Seller") hereby acknowledges that it has irrevocably sold, transferred, and assigned to **RiverPark Strategic Income Fund** ("Purchaser") all of Seller's right, title, and interest in and to the Seller's "claim" or "claims (as defined in 11 U.S.C. § 101(5) against **Pacific Gas and Electric Company** ("Debtor"), as of the commencement of Debtor's bankruptcy case ("Claim") as set forth in the Agreement between Seller and Purchaser. Seller further waives any objections to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and consents to Purchaser's filing a proof of claim against Debtor in respect thereof, pursuant to Rule 3001(e)(1).

Dated: **June 21, 2019**                                    GE Grid Solutions LLC

By: *Jeffrey M Keogh* (Jun 24, 2019)
Name: Jeffrey Keogh
Title: Sr. Finance Manager