Laurie R. Hager, CA State Bar No. 212162
Howard M. Levine (Oregon State Bar No. 800730)
(Admitted *Pro Hac Vice* on 2/1/19)
SUSSMAN SHANK LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
Phone: 503.227.1111
Fax: 503.248.0130
Email: lhager@sussmanshank.com

Attorneys for Wilson Utility Construction Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>and 19-30089 (DM<br><br>Chapter 11<br><br>WILSON UTILITY CONSTRUCTION COMPANY'S REQUEST FOR NOTICE |

The undersigned, as counsel for Wilson Utility Construction Company, respectfully requests pursuant to Bankruptcy Rules 2002 and 9010(b) that all notices given or required to be given and all papers served or required to be served in this case also be given and served, whether electronically

//
//
//
//

or otherwise, on:

> Laurie R. Hager
> Howard M. Levine
> Sussman Shank LLP
> 1000 SW Broadway, Suite 1400
> Portland, OR 97205-3089
> Telephone: 503-227-1111
> Email: lhager@sussmanshank.com

PLEASE TAKE FURTHER NOTICE that neither this Request for Notice nor any later appearance, pleading, claim, or suit shall constitute a consent to the jurisdiction of this Court, waive the above-named person's right to have final orders in non-core matters entered only after *de novo* review by a district judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which the above named individual or entity is or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

DATED: June 25, 2019            SUSSMAN SHANK LLP

By:     */s/ Laurie R. Hager*
       Laurie R. Hager, CA State Bar No. 212162
       Howard M. Levine (Oregon State Bar No. 800730)
       (Admitted *Pro Hac Vice* on 2/1/19)
       Attorneys for Wilson Utility Construction Company

## CERTIFICATE OF SERVICE

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on June 25, 2019, I served **WILSON UTILITY CONSTRUCTION COMPANY'S REQUEST FOR NOTICE** on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 25, 2019.

*/s/ Janine E. Hume*
_____
Janine E. Hume, Legal Assistant

*21003-003\COS-REQUEST FOR NOTICE (03207183);1

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 FACSIMILE (503) 248-0130

Case: 19-30088    Doc# 2756    Filed: 06/25/19    Entered: 06/25/19 14:08:56    Page 3 of 3