Lillian G. Stenfeldt (Cal Bar No. 104929)
Phillip K. Wang (Cal Bar No. 186712)
RIMON, P.C.
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (415) 915-5192
Facsimile:  (415) 683-5472
Email: lillian.stenfeldt@rimonlaw.com

Attorney(s) for certain Retiree Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtor(s). | Case No. 19-30088 (DM)<br>(Lead Case)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
|---|---|

**PLEASE TAKE NOTICE** that the individuals listed on Exhibit "A" attached hereto, who consist of over 100 individual retirees of the Debtors who are beneficiaries of certain supplemental executive retirement benefits (collectively, the "Retiree Claimants") and have an in interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), by and through its counsel, RIMON, P.C., hereby enter this appearance pursuant to Federal Rules of Bankruptcy Procedure §§2002, 9007 and 9010, or pursuant to any other applicable rule or statute, and requests that the counsel listed below be added to the official mailing matrix, CM/ECF and/or any other electronic notice lists, and service lists in these Bankruptcy Cases.

1

The Retiree Claimants further request that copies of all notices and pleadings given or required to be given in these Bankruptcy Cases, including, but not limited to, all notices, orders, other pleadings or papers served in these Bankruptcy Cases, including in adversary proceedings, be given and served upon RIMON, P.C. at the following address:

> Lillian G. Stenfeldt
> **RIMON, P.C.**
> One Embarcadero Center, Suite 400
> San Francisco, CA 94111
> Telephone: (415) 915-5192
> Facsimile: (415) 683-5472
> lillian.stenfeldt@rimonlaw.com

> Phillip K. Wang
> **RIMON, P.C.**
> One Embarcadero Center, Suite 400
> San Francisco, CA 94111
> Telephone: (415) 968-2002
> phillip.wang@rimonlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in this case.

**PLEASE TAKE FURTHER NOTICE** that the Retiree Claimants do not, by filing this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Special Notice constitute a waiver of any of their rights: (i) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) to trial by jury in any

#2368689v1<5397-25453>

| | |
|---|---|
| 1 | proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have |
| 2 | the District Court withdraw the reference in any matter subject to mandatory or discretionary |
| 3 | withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which the |
| 4 | Retiree Claimants expressly reserve. |

DATED this 26th day of June, 2019

**RIMON, P.C.**

By: */s/Lillian G. Stenfeldt*
Lillian G. Stenfeldt
T. (415) 915-5192
F. (415) 683-5472
lillian.stenfeldt@rimonlaw.com

*Attorney(s) for certain Retiree Claimants*

#2368689v1<5397-25453>

**CERTIFICATE OF SERVICE**
**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

**PG&E Corporation and Pacific Gas and Electric Company**
**U.S.B.C., Northern District of California, Case No. 19-30088 (DM)**

I, Ashley Frisch, am an employee with the firm of RIMON, P.C., and hereby certify that on June 26, 2019, the Notice of Appearance and Request for Special Notice was served by electronic transmission via the Court's CM/ECF System on all counsel of record who are authorized to receive Notices. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 26, 2019

*Ashley N. Frisch*
Ashley Frisch

#2368689v1<5397-25453>

# EXHIBIT A

## LIST OF RETIREE CLAIMANTS

1. Agerter, Linda
2. Alexander, Beverly
3. Anderson, Barry David
4. Angalakutai, Mallikarjun
5. Austin, Karen
6. Baker, Chris
7. Bar-Lev, Joshua
8. Basgal, Ophelia
9. Becker, James Richard
10. Bedwell, Ed
11. Bhattacharya, Shankar (Shan)
12. Boren, Thomas Garner
13. Bottorff, Thomas Edward
14. Brennan, Jean Frances
15. Burt, Helen
16. Butler, Jeff
17. Callaway III, Lee
18. Campbell, Walter Lee
19. Carter, Glen E.
20. Clare, David
21. Clark, John
22. Clifton, George F. Jr.
23. Conway, John T.
24. Corippo, Peter
25. Crossley, Shawn
26. Cunningham, Russell H.
27. Dasso, Kevin John
28. Draeger, Anita Loree
29. Earley, Anthony F. Jr.
30. Everett, Leslie Hart
31. Fitzpatrick, Tim
32. Flynn, Roger James
33. Fong, Katheryn M.
34. Fujimoto, Warren H.
35. Garcia, Ronald Craig
36. Gibson, Daniel Eugene
37. Golden, Patrick G.
38. Golub, Howard V.
39. Hapner, DeAnn (go by Dede)
40. Harper, William H. III

41. Harris, Robert L.
42. Hartman, Sanford L.
43. Harvey, Jeanne Walker
44. Harvey, Kent Michael
45. Hayes, Kathleen
46. Hayes, William D.
47. Higa, Patricia
48. Hinds, Jacqueline Rene
49. Howard, Robert T.
50. Howe, James
51. Jackson, Russell M. (Russ)
52. Janis, Megan Smith
53. Jenkins-Stark, John
54. Jeung, Garrett (Gary)
55. Johnson, Manly Kirk
56. Johnson, Mark S.
57. Jonas, Junona A.
58. Katz, Michael
59. Keenan, John S.
60. Kennady, Donald L.
61. Keyser, John Charles
62. King, Thomas B.
63. Klimczak, Rickard L.
64. Kline, Steven L.
65. Knapp, Kevin
66. LaRue, R Jack Jr.
67. Lee, Evelyn Ching
68. Lipscomb, Robert Cyrus
69. Lipson, Merek Evan
70. Livingston, Randal S
71. Long, Thomas C.
72. Macias, Edward (Jim) James
73. Martinez, Placido J.
74. Mayekawa, Douglas W.
75. Meko, Michael D.
76. Moller, David W.
77. Morrow, William Thomas
78. Oatley, David Herbert
79. Peters , Roger James
80. Pope, James Henry
81. Pruett, Greg S.
82. Randolph, James Kay
83. Rayburn, Stephen

84. Regan, Frank
85. Risser, Roland Jonathan
86. Rueger, Gregory Michael
87. Salas, Edward A.
88. Shiffer, Esther
89. Shiffer, Margaret
90. Skinner, Stanley T.
91. Smith, Gordon Ray
92. Stanley, Brent
93. Stavropoulos, Nickolas
94. Steel, Brian
95. Togneri, Gabe
96. Torres, Albert Frank
97. Townsend, Martha J.
98. Wallace, William Henry
99. Whelan, Steven
100. Williams, Joseph T.
101. Willrich, Mason
102. Womack, Lawrence
103. Worthington, Bruce Robert
104. Yura, Jane K.