B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Pacific Gas and Electric Company        ,           Case No.  19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RiverPark Strategic Income Fund | CHA Consulting, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone:  1-917-767-4262
Last Four Digits of Acct #: _____

Court Claim # (if known):  1696
Amount of Claim:  $406,157.59
Date Claim Filed:  03/19/2019

Phone:  518-453-4564
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors LLC
156 W 56th Street, Suite 1704
New York, NY 10019
Phone:  1-914-741-9600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Brian Stout                              Date: 06/25/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **CHA Consulting, Inc.** and **Novara GeoSolutions, LLC** (collectively "Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **RiverPark Strategic Income Fund** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No. 1696** (the "Proof of Claim") filed against **PG&E Corporation** (the "Debtor") in the amount of **$406,157.59** in *In re PG&E Corporation* **(Case No. 19-bk-30088)** pending in the United States Bankruptcy Court for the District of **Northern District of California** (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on **June 24, 2019**.

CHA Consulting, Inc.
By: _____
Name: Michael A. Platt
Title: Executive Vice President & General Counsel

Novara GeoSolutions, LLC
By: _____
Name: Michael A. Platt
Title: Secretary & General Counsel