**Entered on Docket**
**June 26, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Darwin E. Farrar (SBN 152735)
   Chief Counsel,
2  **Public Advocates Office**
   California Public Utilities Commission
3  505 Van Ness Avenue
   San Francisco, California 94102
4  Tel: 415-703-1599
   Email: darwin.farrar@cpuc.ca.gov
5  Email: EDF@cpuc.ca.gov

6  And

7  Alisa C. Lacey (AZ 010571) (Pro Hac Vice Pending)
8  Robert T. Kugler (MN0194116)
   Thomas J. Salerno (AZ 007492) (Pro Hac Vice Pending)
9  Anthony P. Cali (AZ 028261) (Pro Hac Vice Pending)
   **Stinson LLP**
10 1850 N. Central Ave., #2100
   Phoenix, AZ 85004
11 Tel: 602-279-1600
   Fax: 602-240-6925
12 Email: alisa.lacey@stinson.com
13 Email: robert.kugler@stinson.com
   Email: thomas.salerno@stinson.com
14 Email: anthony.cali@stinson.com

15 *Attorneys for Public Advocates Office*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E Corporation | Chapter 11 |
| and | (Lead Case) |
| Pacific Gas and Electric Company, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ All Debtors | **ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC* VICE FOR ANTHONY P. CALI** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

Anthony P. Cali, whose business address and telephone number is:

Stinson LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: anthony.cali@stinson.com

and who is an active member in good standing of the bar of Arizona, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis in order to represent the Public Advocates Office at the California Public Utilities Commission.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California and by the procedural orders entered in the above captioned case.

**END OF ORDER**