**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Timothy R. Quinn, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On May 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as __**Exhibit A**__.

3.     On May 20, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as __**Exhibit A**__.

4.     On June 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as __**Exhibit A**__.

1

5.     On June 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6.     On June 18, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 24th day of June 2019, at New York, NY.

Timothy R. Quinn

2

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1983 | Campos EPC, LLC<br>Ballard Spahr LLP<br>Attn: Theodore J. Hartl<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br><br>Campos EPC, LLC<br>Attn: Robert Cohen, Director of Operations<br>1401 Blake Street<br>Denver, CO 80202 | Citigroup Financial Products Inc.<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc.<br>Attn: Brian S. Broyles<br>Corporate Actions<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | May 17, 2019 |
| 1984 | Tennyson Electric Inc<br>7275 National Dr, A2<br>Livermore, CA 94550 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 17, 2019 |
| 1985 | Tennyson Electric Inc<br>7275 National Dr, A2<br>Livermore, CA 94550 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 17, 2019 |
| 1986 | Tennyson Electric, Inc<br>7275 National Dr., A2<br>Livermore, CA 94550 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | May 17, 2019 |

Case: 19-30088    Doc# 2767    Filed: 06/26/19    Entered: 06/26/19 13:03:12    Page 4 of 25

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1991 | Farwest Corrosion Control Company<br>12029 Regentview Avenue<br>Downey, CA 90241-5517 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | May 17, 2019 |
| 1993 | Farwest Corrosion Control Company<br>12029 Regentview Avenue<br>Downey, CA 90241-5517 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | May 17, 2019 |
| 1995 | Arun Yellamraju<br>902 Cera Dr<br>San Jose, CA 95129 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 17, 2019 |
| 1997 | Yokogawa Corporation of America<br>2 Dart Rd<br>Newnan, GA 30265 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | May 17, 2019 |
| 2003 | Linda Melton<br>717 Lobelia Ct<br>Sonoma, CA 95476 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 17, 2019 |
| 2005 | Optiv Security Inc<br>Attn: Bill Croutch<br>1125 17th St Ste 1700<br>Denver, CO 80202<br><br>Optiv Security Inc<br>Attn: Bill Croutch<br>6130 Sprint Parkway, Suite 400<br>Overland Park, KS 66211-1155 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | May 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2010 | Golder Associates Inc.<br>Attn: Susan N. Davis<br>5170 Peachtree Road, Bldg 100, Suite 300<br>Atlanta, GA 30341<br><br>Golder Associates Inc.<br>3730 Chamblee Tucker Rd<br>Atlanta, GA 03041 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 17, 2019 |
| 2012 | Andrea Adair<br>660 Haymarket Rd<br>West Jefferson, OH 43162 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | May 17, 2019 |
| 2037<br>2038 | Frase Enterprises, Inc dba Kortick Manufacturing<br>Brunetti Rougeau LLP<br>c/o Gregory A. Rougeau<br>235 Montgomery St., Suite 1000<br>San Francisco, CA 94104<br><br>Frase Enterprises, Inc dba Kortick Manufacturing<br>Attn: Gavin Frase, President<br>2261 Carion Court<br>Puutsburg, CA 94565 | SPCP Group LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group LLC<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280<br><br>SPCP Group LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036 | May 17, 2019 |
| 2060 | Gillian Clements<br>1528 36th Avenue<br>San Francisco, CA 94122 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 20, 2019 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)          Page 3 of 22

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2061 | Teodoro Ruiz<br>1515 Lowell Street<br>Seaside, CA 93955 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 20, 2019 |
| 2062 | Dan Levinson<br>1084 Birch Avenue<br>Mckinleyville, CA 95519 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | May 20, 2019 |
| 2065 | W K McLellan Co<br>254 Sears Point Rd<br>Petaluma, CA 94954 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 20, 2019 |
| 2066 | W.K. McClellan<br>245 Sears Point Road<br>Petaluma, CA 94954<br><br>W.K. McClellan<br>Provencher & Flatt, LLP<br>Attn: Douglas B. Provencher, Attorney<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 20, 2019 |
| 2084 | Golder Associates, Inc.<br>Attn: Susan N. Davis<br>5170 Peachtree Rd.<br>Bldg. 100, Suite 300<br>Atlanta, GA 30341 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | June 12, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2087 | Shiloh Homeowners Association<br>1415 N McDowell Blvd Ste B<br>Petaluma, CA 94954-6516 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | June 12, 2019 |
| 2089<br>2090 | ICF Resources, LLC<br>9300 Lee Hwy<br>Fairfax, VA 22031<br><br>ICF Resources, LLC<br>Squire Patton Boggs (US) LLP<br>Attn: Peter R. Morrison<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | June 12, 2019 |
| 2091<br>2093 | ICF Jones & Stokes, Inc.<br>Attn: James Daniel<br>9300 Lee Highway<br>Fairfax, VA 22031<br><br>ICF Jones & Stokes, Inc.<br>Squire Patton Boggs (US) LLP<br>Attn: Peter R. Morrison<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | Whitebox Asymmetric Partners,<br>LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | June 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2096<br>2098<br>2100<br>2102<br>2104<br>2106<br>2107<br>2109<br>2111<br>2113<br>2115<br>2123<br>2125<br>2127<br>2129 | A.J. Excavation, Inc.<br>McCormick Barstow LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste. 300<br>Minneapolis, MN 55416 | June 12, 2019 |
| 2131<br>2133<br>2136<br>2137<br>2140<br>2145<br>2147<br>2149<br>2151<br>2153<br>2156<br>2157<br>2159<br>2161<br>2164<br>2166 | A.J. Excavation, Inc.<br>McCormick Barstow LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste. 300<br>Minneapolis, MN 55416 | June 12, 2019 |

Case: 19-30088    Doc# 2767    Filed: 06/26/19    Entered: 06/26/19 13:03:12    Page 9 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2095<br>2097<br>2099<br>2101<br>2103<br>2105<br>2108<br>2110<br>2112<br>2114<br>2116<br>2124<br>2126<br>2128 | A.J. Excavation, Inc.<br>McCormick Barstow LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste. 300<br>Minneapolis, MN 55416 | June 12, 2019 |
| 2130<br>2132<br>2134<br>2135<br>2138<br>2142<br>2146<br>2148<br>2150<br>2152<br>2154<br>2155<br>2158<br>2160<br>2163<br>2165<br>2167 | A.J. Excavation, Inc.<br>McCormick Barstow LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste. 300<br>Minneapolis, MN 55416 | June 12, 2019 |

Case: 19-30088   Doc# 2767   Filed: 06/26/19   Entered: 06/26/19 13:03:12   Page 10 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2139 | Engineering Planning and Management, Inc. Attn: Vanessa Boucher 959 Concord Street Suite 310 Framingham, MA 01701 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | June 12, 2019 |
| 2141 | Farragut Holdings, LLC 2782 Diamond St. San Francisco, CA 94131 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | June 12, 2019 |
| 2143 | Hugo Izaguirre 14090 N Alpine Road Lodi, CA 95240 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | June 12, 2019 |
| 2144 | Parsons 2121 North California Blvd. Suite #412 Walnut Creek, CA 94596 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 | June 12, 2019 |
| 2168 | Asgard Holdings LLC dba Nardello & Co, LLC Michael J. Ramos, Esp. 565 Fifth Ave Ste 2200 New York, NY 10017 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830<br><br>Contrarian Funds, LLC Attn: 39246 500 Ross St 154-0455 Pittsburgh, PA 15262 | June 12, 2019 |

Case: 19-30088    Doc# 2767    Filed: 06/26/19    Entered: 06/26/19 13:03:12    Page 11 of 25

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2187 | West Monroe Partners LLC 222 W Adams St 11th Fl Chicago, IL 60606 | VonWin Capital Management, L.P. Attn: General Cousel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 12, 2019 |
| 2188 | GlobalSource, Inc. 2835 N. Mayfair Rd Milwaukee, WI 53222 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 12, 2019 |
| 2202 | Corrosion Service Company Limited 9-280 Hillmount Rd Markham, ON L6C 3A1 Canada | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 12, 2019 |
| 2203 | Corrosion Service Company Limited 9-280 Hillmount Rd Markham ON L6C 3A1 Canada | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 12, 2019 |
| 2206 | A-C Electric Company P.O. Box 81977 Bakersfield, CA 93380-1977 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | June 12, 2019 |
| 2207 | Broadnet Teleservices LLC 1805 Shea Center Dr Ste 160 Highlands Ranch, CO 80129 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | June 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|------------|-----------------|
| 2236 | R2Integrated<br>400 E Pratt St 11th Fl<br>Baltimore, MD 21202 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 12, 2019 |
| 2254 | Cal Engineering Solutions, Inc.<br>4637 Chabot Drive, Suite 102<br>Pleasanton, CA 94588 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | June 12, 2019 |
| 2258 | Gulf Interstate Field Services, Inc.<br>c/o Sheppard Mullin Richter & Hampton LLP<br>Attn: Ori Katz, Esp.<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>Gulf Interstate Field Services, Inc.<br>Attn: Rick Barnard, President & CEO<br>16010 Barkers Point Lane<br>Suite 600<br>Houston, TX 77079 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | June 12, 2019 |
| 2265 | Julie Baumann<br>845 Knoll Dr<br>San Carlos, CA 94070<br><br>Julie Baumann<br>1440 Chapin Ave<br>Burlingame, CA 94010 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | June 17, 2019 |

Case: 19-30088   Doc# 2767   Filed: 06/26/19   Entered: 06/26/19 13:03:12   Page 13 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2266 | MET ONE INSTRUMENTS INC 1600 WASHINGTON BLVD GRANTS PASS, OR 97526 | ASM CAPITAL X LLC ATTN: ADAM S. MOSKOWITZ 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | June 17, 2019 |
| 2271 | Power Systems Professionals Inc. 1079 Sunrise Ave Ste B #222 Roseville, CA 95661 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 17, 2019 |
| 2274 | Anderson Burton Construction Inc. 121 Nevada St. Arroyo Grande, CA 93420 | Cedar Glade LP Attn: Kesha L. Tanabe, Esq. 660 Madison Ave., 17th Floor New York, NY 10065 | June 17, 2019 |
| 2282 | Evari GIS Consulting Inc. 3060 University Ave San Diego, CA 92104 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 17, 2019 |
| 2283 2284 2286 2287 | Surf to Snow Environmental Resource Management, Inc. Macdonald Fernandez LLP Iain A. Macdonald 221 Sansome Street, Third Flr San Francisco, CA 94104  Surf to Snow Environmental Resource Management, Inc. Brian Frantz, COO 696 San Ramon Valley Blvd, #368 Danville, CA 94526 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2288 | Steven C. Seegert dba Seegert Construction<br>3098 Industrial Blvd<br>West Sacramento, CA 95691 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 17, 2019 |
| 2290 | Steven C. Seegert dba Seegert Construction<br>3098 Industrial Blvd<br>West Sacramento, CA 95691 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416 | June 17, 2019 |
| 2291 | Henkels & McCoy, Inc.<br>Attn: Caroline Henrich, Esq.<br>985 Jolly Road<br>P.O. Box 950<br>Blue Bell, PA 19422 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 17, 2019 |
| 2293 | Advanced Concepts Inc<br>20235 N Cave Creek Rd<br>Ste 104-626<br>Phoenix, AZ 85024 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | June 17, 2019 |
| 2294 | Burke Williams & Sorenson LLP<br>444 S Flower St, Ste 2400<br>Los Angeles, CA 90071-2953 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | June 17, 2019 |
| 2311 | North Shore Agency LLC<br>270 Spagnoli Rd, Ste 110<br>Melville, NY 11747 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | June 17, 2019 |
| 2328 | Sentinel Peak Resources California LLC<br>Attn: Scott Jackson, Controller<br>6501 E Belleview Ave, Suite 400<br>Englewood, CO 80111 | Whitebox Multi-Strategy Partners, LP<br>Attn: Keith Fischer<br>3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN 55416 | June 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2333<br>2334<br>2335<br>2336<br>2337<br>2338 | LAV Consulting & Engineering, Inc.<br>12418 Rosedale Hwy., Ste A<br>Bakersfield, CA 93312 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | June 17, 2019 |
| 2363 | Specialized Transport, Inc<br>9325 Viking Pl<br>Roseville, CA 95747 | RiverPark Strategic Income Fund<br>Attn: Brian Stout<br>507 Capital LLC<br>15 E 67th Street, 6th Floor<br>New York, NY 10065<br><br>RiverPark Strategic Income Fund<br>RiverPark Advisors LLC<br>Attnn: Brian Stout<br>156 W 56th Street, Suite 1704<br>New York, NY 10019 | June 17, 2019 |
| 2374 | Capitol Barricade Inc.<br>6001 Elvas Ave<br>Sacramento, CA 95819 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | June 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2380 | Alvah Contractors, Inc. c/o Reinhart Boerner Van Deuren S.C. Attn: Peter C. Blain, Esq. 1000 North Water Street, Suite 1700 Milwaukee, WI 53202 | Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue Suite 1604 New York, NY 10151 | June 17, 2019 |
| 2381 2382 | Team Quality Services, Inc. 4482 CR 19 Suite B Auburn, IN 46706 | Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue Suite 1604 New York, NY 10151 | June 17, 2019 |
| 2386 | Arbuckle Mountain Hydro LLC PO Box 1235 Roseville, CA 95678 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 17, 2019 |
| 2387 | Lorin Bentley 53 Corte Morada Kentfield, CA 94904 | Vendor Recovery Fund IV, LLC Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | June 17, 2019 |
| 2388 | V Lopez Jr and Sons Gen Engineering 200 E Fesler St Ste 101 Santa Maria, CA 93454-4467 | Vendor Recovery Fund IV, LLC Engineering Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | June 17, 2019 |
| 2391 | Bright N Clean Laundromat 218 Wellington Ave Daly City, CA 94014 Bright N Clean Laundromat 2900 Taraval St San Francisco, CA 94116 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 17, 2019 |

Case: 19-30088   Doc# 2767   Filed: 06/26/19   Entered: 06/26/19 13:03:12   Page 17 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 2398 2399 | Picarro, Inc. 3105 Patrick Henry Drive Santa Clara, CA 95054 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 17, 2019 |
| 2431 | Bridge Energy Group, Inc. Attn: Tom Leone 95 Wells Avenue, Suite 150 Newton, MA 02459 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | June 17, 2019 |
| 2436 | PA Consulting Group Inc 55 Cambridge Pkwy, Ste 900 Cambridge, MA 02142 | Argo Partners Attn: Matthew V. Binstock, CFA 12 West 37th Street, 9th Floor New York, NY 10018 | June 17, 2019 |
| 2444 | Robert Wayne Edwards PO Box 669 Soddy Daisy, TN 37384 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of the Americas, 28th Floor New York, NY 10019 | June 17, 2019 |

Case: 19-30088   Doc# 2767   Filed: 06/26/19   Entered: 06/26/19 13:03:12   Page 18 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2445 | Barbara and Robert Zelmer c/o Manuel Corrales, Jr. 17140 Bernardo Center Drive Suite 358 San Diego, CA 92128 | Danu Way LLC, An investment vehicle controlled by The Baupost Group, LLC c/o Ropes & Gray LLP Attn: Jeffrey R. Katz 800 Boylston Street Boston, MA 02199-3600 Danu Way LLC, An investment vehicle controlled by The Baupost Group, LLC Attn: General Counsel 10 St. James Avenue, Suite 1700 Boston, MA 02116 | June 17, 2019 |
| 2476 | R2i Holdings, LLC 333 W San Carlos Street, Suite 600 San Jose, CA 95110 R2i Holdings, LLC 300 Orchard City Dr., Suite 131 Campbell, CA 95008 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | June 18, 2019 |
| 2477 | T Scott Dunn Construction Inc PO Box 276 Phoenix, OR 97535 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | June 18, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 2478 | T Scott Dunn Construction Inc., dba Heli-Dunn<br>PO Box 276<br>Phoenix, OR 97535 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | June 18, 2019 |
| 2479 | Air Products and Chemicals Inc.<br>Attn: Steve Parks<br>7201 Hamilton Blvd<br>Allentown, PA 18195 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | June 18, 2019 |
| 2481<br>2482 | Mammoth One LLC<br>Sheppard Mullin Richter & Hampton LLP<br>Attn: Michael Lauter, Esq.<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | J.H. Lane Partners Master Fund, LP<br>Attn: Haskel Ginsberg<br>126 East 56th Street, 16th Floor<br>New York, NY 10022<br><br>J.H. Lane Partners Master Fund, LP<br>Reed Smith, LLP<br>Attn: Robert Scheininger<br>599 Lexington Avenue<br>New York, NY 10022 | June 18, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2484 2486 | Mammoth Three LLC Sheppard Mullin Richter & Hampton LLP Attn: Michael Lauter, Esq. 4 Embarcadero Center, 17th Floor San Francisco, CA 94111 | J.H. Lane Partners Master Fund, LP Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor New York, NY 10022<br><br>J.H. Lane Partners Master Fund, LP Reed Smith, LLP Attn: Robert Scheininger 599 Lexington Avenue New York, NY 10022 | June 18, 2019 |
| 2488 2489 | Cardno, Inc. Attn: Beth Cody, Business Operations Manager 2999 Oak Road, Suite 710 Walnut Creek, CA 94597<br><br>Cardno, Inc. PO Box 123422 Dallas, TX 75312-3422 | Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue Suite 1604 New York, NY 10151 | June 18, 2019 |
| 2492 | Kathy Feldman 315 Grove Drive Portola Valley, CA 94028 | Argo Partners Attn: Matthew V. Binstock, CFA 12 West 37th Street, 9th Floor New York, NY 10018 | June 18, 2019 |
| 2493 | Southwest Strategies, LLC Attn: Ashley Ziegaus 401 B Street, Suite 150 San Diego, CA 92101 | VonWin Capital Management, L.P. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | June 18, 2019 |

Case: 19-30088    Doc# 2767    Filed: 06/26/19    Entered: 06/26/19 13:03:12    Page 21 of 25

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2494 | Associated Right of Way Services, Inc 2300 Contra Cost Blvd., Suite 525 Pleasant Hill, CA 94523 | RiverPark Strategic Income Fund c/o 507 Capital LLC Attn: Brian Stout 15 E 67th St, 6th Floor New York, NY 10065 <br><br> RiverPark Advisors, LLC Attn: Brian Stout 156 West 56th St, Suite 1704 New York, NY 10019 | June 18, 2019 |
| 2496 | CM Distributors, Inc. Law Office of Judith A. Descalso 960 Canterbury Pl., Ste 340 Escondido, CA 92025 | Fair Harbor Capital, LLC As Assignee of CM Distributors, Inc. Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | June 18, 2019 |
| 2505 | Baskin Engineering Inc. Attn: Kyle Baskin 5274 Wikiup Ct Santa Rosa, CA 95403 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | June 18, 2019 |
| 2506 | Safe Software Inc. 7445 132 St., Suite #2017 Surrey, BC Canada V3W 1J8 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | June 18, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2507 | Railpros Field Services Inc. 1705 W Northwest Hwy Ste 150 Grapevine, TX 76051 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | June 18, 2019 |
| 2508 | D.G. Honegger Consulting Attn: Douglas G. Honegger 2690 Shetland Place Arroyo Grande, CA 93420 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830  Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 | June 18, 2019 |
| 2511 2512 | Bigge Crane and Rigging Co. Attn: Randall Lyle Smith, Director of Contracts 10700 Bigge Avenue San Leandro, CA 94577-1032  Bigge Crane and Rigging Co. c/o Schulte Roth & Zabel LLP Attn: David J. Karp 919 Third Avenue New York, NY 10022 | Cowen Special Investments LLC Attn: Gail Rosenblum 599 Lexington Avenue, 21st Floor New York, NY 10022 | June 18, 2019 |

Case: 19-30088    Doc# 2767    Filed: 06/26/19    Entered: 06/26/19 13:03:12    Page 23 of 25

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2513 | Henkels & McCoy, Inc.<br>Caroline Henrich, Esq.<br>985 Jolly Road, P.O. Box 950<br>Blue Bell, PA 19422<br><br>Henkels & McCoy, Inc.<br>H&M Shared Services, Inc.<br>Ray Carlisi, Corporate Credit Manager<br>985 Jolly Road, P.O. Box 950<br>Blue Bell, PA 19422 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 18, 2019 |
| 2514 | Traffic Management, Inc.<br>c/o Levene, Neale, Bender, Yoo & Brill LLP<br>Attn: Eve H. Karasik, Esq.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br><br>Traffic Management, Inc.<br>c/o Accounts Payable<br>2435 Lemon Avenue<br>Signal Hill, CA 90755 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 18, 2019 |
| 2549<br>2550 | Bauer's Intelligent Transportation, Inc.<br>Pier 50<br>San Francisco, CA 94158 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 18, 2019 |
| 2551 | Tait Environmental Services, Inc.<br>701 N Parkcenter Drive<br>Santa Ana, CA 92705 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 18, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 2552 | Tait Environmental Services, Inc. 701 N Parkcenter Drive Santa Ana, CA 92705 | Whitebox Asymmetric Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 18, 2019 |
| 2553 | Wright Tree Service of The West Inc. 5930 Grand Ave West Des Moines, IA 50266 | Whitebox Multi-Strategy Partners LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 18, 2019 |
| 2554 | CN Utility Consulting Inc. PO Box 818 Des Moines, IA 50304 | Whitebox Multi-Strategy Partners LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | June 18, 2019 |