# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 29, 2019 THROUGH APRIL 30, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth M. Jacobs | Chief Executive Office | n/a | 12.0 | n/a |
| David Kurtz | Vice Chairman | n/a | 30.0 | n/a |
| Mary Ann Deignan | Managing Director | n/a | 5.0 | n/a |
| Tomer Perry | Managing Director | n/a | 2.0 | n/a |
| Ken Ziman | Managing Director | n/a | 391.8 | n/a |
| Christopher Couvelier | Director | n/a | 5.5 | n/a |
| Gregory Hort | Director | n/a | 90.3 | n/a |
| Christian Tempke | Director | n/a | 376.3 | n/a |
| Charles H. Kim | Vice President | n/a | 3.0 | n/a |
| Komu Kumar | Vice President | n/a | 96.7 | n/a |
| Eli Silverman | Vice President | n/a | 683.5 | n/a |
| Andrew Wood | Vice President | n/a | 3.0 | n/a |
| Garrett Deutsch | Associate | n/a | 8.0 | n/a |
| Daniel Katz | Associate | n/a | 290.0 | n/a |
| Alexander Lotz | Associate | n/a | 6.5 | n/a |
| Nathan Mooney | Associate | n/a | 536.0 | n/a |
| Matt Strain | Associate | n/a | 144.0 | n/a |
| Liam Fine | Analyst | n/a | 269.5 | n/a |
| Kevin Hatch | Analyst | n/a | 677.0 | n/a |
| Michael Hinz | Analyst | n/a | 6.0 | n/a |
| Dan Liotta | Analyst | n/a | 76.0 | n/a |
| Maxwell Lubkeman | Analyst | n/a | 8.0 | n/a |

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Caroline Sambuco | Analyst | n/a | 12.5 | n/a |
| Katherine Tobeason | Analyst | n/a | 8.0 | n/a |
| Bryant Wang | Analyst | n/a | 302.5 | n/a |
| | TOTALS | n/a | 4,042.9 | $600,000.00 |