# EXHIBIT B

## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD JANUARY 29, 2019 THROUGH APRIL 30, 2019

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 1,062.5 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 404.8 | n/a |
| Preparation and/or review of Court Filings | 28.7 | n/a |
| Court Testimony/Deposition and Preparation | 181.9 | n/a |
| Valuation Analysis | 278.5 | n/a |
| Capital Structure Review and Analysis | 449.8 | n/a |
| Merger & Acquisition Activity | 1.0 | n/a |
| Financing including DIP and Exit Financing | 221.8 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 1,394.3 | n/a |
| Fee Application, Engagement | 17.8 | n/a |
| Employee Retention Program | 2.0 | n/a |
| **TOTAL** | **4,042.9** | **$600,000.00** |