# EXHIBIT C

## EXPENSE SUMMARY
### FOR THE PERIOD JANUARY 29, 2019 THROUGH APRIL 30, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $6,027.63 |
| Employee Meals | | 457.50 |
| Legal Expenses | | 635.67 |
| Legal Fees | | 130,514.00 |
| Meals – Meetings/Travel | | 2,938.72 |
| Travel | | 53,223.36 |
| **Total Expenses** | | **$193,796.88** |