# Exhibit A

# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Partial release information | | | Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–5 | 21-18-009 | Alameda | 4/5/2019 | 2019061453 | $13,365.35 | | | | Pac. Gas & Elec. Co. | $13,365.35 |
| 2 | 6–9 | 21-18-100 | Santa Clara | 4/15/2019 | 24155545 | $1,085.85 | | | | Pac. Gas & Elec. Co. | $1,085.85 |
| 3 | 10–15 | 21-18-377 | San Joaquin | 4/15/2019 | 2019-036858 | $59,343.80 | 6/14/2019 | 2019-062687 | $54,659.50 | Pac. Gas & Elec. Co. | $4,684.30 |
| | | | | | | | | | | Total: | $19,135.50 |

Case: 19-30088    Doc# 2770-1    Filed: 06/26/19    Entered: 06/26/19 21:59:03    Page 2 of 2