**EXHIBIT A**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
April 1, 2019 through April 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Aldryn Estacio | Manager - Advisory | 57.5 | $ 400 | $ 23,000.00 |
| Allison Smith | Senior Associate - Advisory | 6.5 | $ 325 | $ 2,112.50 |
| Arun Mani | Principal - Advisory | 16.0 | $ 500 | $ 8,000.00 |
| Brian Wei | Associate - Advisory | 201.5 | $ 275 | $ 55,412.50 |
| Celeste Campbell | Manager - Bankruptcy | 32.0 | $ 163 | $ 5,200.00 |
| Cole Gallagher | Senior Associate - Advisory | 18.9 | $ 325 | $ 6,142.50 |
| Cy Whitten | Senior Associate - Advisory | 179.9 | $ 325 | $ 58,467.50 |
| Daniel Elmblad | Senior Associate - Advisory | 119.0 | $ 325 | $ 38,675.00 |
| David Ross | Manager - Advisory | 50.2 | $ 400 | $ 20,080.00 |
| Dennis Cha | Associate - Advisory | 126.5 | $ 275 | $ 34,787.50 |
| Dennis Latto | Manager - Advisory | 4.0 | $ 400 | $ 1,600.00 |
| Grace Choi | Associate - Advisory | 1.5 | $ 275 | $ 412.50 |
| Jack Liacos | Associate - Advisory | 20.0 | $ 275 | $ 5,500.00 |
| Jason Weng | Senior Associate - Advisory | 170.5 | $ 325 | $ 55,412.50 |
| Jeff Mahoney | Specialist Director - Analytics | 3.1 | $ 435 | $ 1,348.50 |
| Jessica Nell | Senior Associate - Advisory | 8.1 | $ 325 | $ 2,632.50 |
| Joel Sotikon | Associate - Advisory | 16.0 | $ 275 | $ 4,400.00 |
| Jonathan White | Managing Director- Advisory | 123.4 | $ 475 | $ 58,615.00 |
| Juan Gonzalez III | Partner - Advisory | 6.0 | $ 500 | $ 3,000.00 |
| Juanita Garza | Associate - Bankruptcy | 55.3 | $ 138 | $ 7,603.75 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 26.2 | $ 325 | $ 8,515.00 |
| Kirk-Patrick Caron | Manager - Advisory | 95.2 | $ 400 | $ 38,080.00 |
| Kyle McNamara | Director - Advisory | 109.8 | $ 435 | $ 47,763.00 |
| Lucy Cai | Associate - Advisory | 137.0 | $ 275 | $ 37,675.00 |
| Marcus Xu | Senior Associate - Advisory | 48.0 | $ 325 | $ 15,600.00 |
| Mark Ehrhardt | Director - Advisory | 41.0 | $ 435 | $ 17,835.00 |
| Matt Broida | Director - Advisory | 100.0 | $ 435 | $ 43,500.00 |
| Matthew Bowser | Senior Associate - Advisory | 165.6 | $ 325 | $ 53,820.00 |
| Monica Plangman | Associate Director - Bankruptcy | 5.5 | $ 213 | $ 1,168.75 |
| Nicole Redini | Manager - Advisory | 169.5 | $ 400 | $ 67,800.00 |
| Paul McGregor | Manager - Advisory | 63.0 | $ 400 | $ 25,200.00 |
| Reid Tucker | Principal - Advisory | 4.8 | $ 500 | $ 2,400.00 |
| Scott Stoddard | Director - Advisory | 34.3 | $ 435 | $ 14,920.50 |
| Shiva Reddy R | Senior Associate-KGS | 44.0 | $ 220 | $ 9,680.00 |
| Tim Littman | Senior Associate - Advisory | 78.0 | $ 325 | $ 25,350.00 |

Case: 19-30088     Doc# 2772-1     Filed: 06/27/19     Entered: 06/27/19 11:49:48     Page 1 of 2

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
April 1, 2019 through April 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Tom Schenk | Director - Advisory | 19.6 | $ | 435 | $ | 8,526.00 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 4.0 | $ | 150 | $ | 600.00 |
| | | | | | | |
| **Subtotal Hours and Fees at Discounted Rates** | | **2,361.4** | | | **$** | **810,835.50** |
| Data Security Services - Exhibit C2 | | | | | $ | -  (1) |
| Legal Support Services - Exhibit C3 | | | | | $ | 49,976.82  (2) |
| **Subtotal Fees** | | | | | **$** | **860,812.32** |
| Less Voluntary Reduction (see Exhibit C1) | | | | | $ | (1,885.00) |
| **Total Fees Requested** | | | | | **$** | **858,927.32** |
| Out of Pocket Expenses | | | | | $ | 48,547.95 |
| **Total Fees and Out of Pocket Expenses** | | | | | **$** | **907,475.27** |
| less Holdback Adjustment (20%) | | | | | $ | (171,785.46) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$** | **735,689.81** |

**Blended Rate (excludes Fixed Fee Hours)**                                      **$ 363.74**

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of April 30, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

(2) These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and are further detailed on Exhibit C3.