**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
April 1, 2019 through April 30, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 2,264.4 | $ 794,291.00 | |
| Data Security Services | C2 | - | $ - | (1) |
| Legal Support Services | C3 | | $ 49,976.82 | (2) |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 5.6 | $ 1,185.00 | |
| Fee Application Preparation Services | C8 | 91.4 | $ 13,474.50 | |
| **Total** | | **2,361.4** | **$ 858,927.32** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of April 30, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.