**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
April 1, 2019 through April 30, 2019

| **Category**         |    | **Amount**   |
|----------------------|----|--------------|
| Airfare              | $  | 15,982.84    |
| Lodging              | $  | 20,977.52    |
| Meals                | $  | 2,998.89     |
| Ground Transportation| $  | 8,588.70     |
| Miscellaneous        | $  | -            |
| **Total**            | $  | **48,547.95**|

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---|
| Nicole Redini | 04/01/19 | One-way coach airfare from Chicago, IL to San Francisco, CA for PGE meeting. Departure Date: 04/01/19 Business Purpose: Perform work for PGE | $ 515.52 |
| Matthew Bowser | 04/04/19 | Roundtrip coach airfare from Santa Ana, CA to Oakland, CA for PG&E meeting. Departure Date: 04/01/19 Return Date: 04/04/19 Business Purpose: Perform work for PG&E. | $ 529.16 |
| Lucy Cai | 04/04/19 | Roundtrip coach airfare from 4/1/19 to 4/4/19 to travel from Chicago, IL (ORD) to San Francisco, CA (SFO) to client site. | $ 541.10 |
| Kyle McNamara | 04/04/19 | Roundtrip coach flight from Phoenix, AZ to Salt Lake City to San Francisco, CA on 04/03/19 returning on 04/04/19 from San Francisco to Los Angeles to Phoenix, AZ after working at client site. | $ 579.60 |
| Daniel Elmblad | 04/04/19 | Airfare roundtrip coach from Houston, TX to San Francisco, CA to work at PG&E work location. Dates: 4/3/19 - 4/4/19 | $ 691.44 |
| Matt Broida | 04/04/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA for PGE meeting. Departure Date: 04/01/19 Return Date: 04/4/19 Business Purpose: Perform work for PGE. | $ 876.60 |
| Arun Mani | 04/05/19 | Roundtrip coach from Houston, TX to San Francisco, CA. Departure: 04/01/19 Return: 04/05/19 | $ 660.42 |
| Scott Stoddard | 04/08/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA for PG&E meeting. Departure Date: 04/08/19 Business Purpose: Perform work for PG&E. | $ 160.09 |
| Scott Stoddard | 04/08/19 | One-way coach airfare from San Francisco, CA to Los Angeles, CA for PG&E meeting. Departure Date: 04/08/19 Business Purpose: Perform work for PG&E. | $ 197.59 |
| Matthew Bowser | 04/08/19 | One-way coach airfare from Santa Ana, CA. to Oakland, CA. Departure Date: 04/08/19 Business Purpose: Perform work for PG&E. | $ 233.26 |
| Daniel Elmblad | 04/09/19 | One-way coach flight from Houston, TX to Oakland, CA on 4/09/19 for travel to client site. Second leg and return trip not charged thru. | $ 418.58 |
| Scott Stoddard | 04/11/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA for PG&E meeting. Departure Date: 04/11/19 Business Purpose: Perform work for PG&E. | $ 201.93 |
| Nicole Redini | 04/11/19 | One-way coach airfare from San Francisco, CA to Chicago, IL. Departure Date: 04/11/19 Business Purpose: Perform work for PGE | $ 306.83 |
| Scott Stoddard | 04/11/19 | One-way coach airfare from Oakland, CA to Los Angeles, CA to for PG&E meeting. Departure Date: 04/11/19 Business Purpose: Perform work for PG&E. | $ 362.02 |
| Lucy Cai | 04/11/19 | Roundtrip economy airfare from Chicago, IL (ORD) to San Francisco, CA (SFO) on 4/8 to 4/11 to travel to client site | $ 550.99 |
| Matt Broida | 04/11/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA for PGE meeting. Departure Date: 04/08/19 Return Date: 04/11/19 Business Purpose: Perform work for PGE. | $ 817.40 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Dennis Cha | 04/12/19 | Coach class airfare from San Jose, CA to Los Angeles, CA Departure Date: 4/12/19 | $ 151.58 |
| Matthew Bowser | 04/12/19 | One-way coach airfare from Oakland, CA to Santa Ana, CA. Departure Date: 04/12/19 Business Purpose: Perform work for PG&E. | $ 233.26 |
| Kyle McNamara | 04/14/19 | Coach airfare from Phoenix, AZ, to San Francisco, CA, for PG&E engagement. Departure date 4/14/19. | $ 335.05 |
| Scott Stoddard | 04/15/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA for PG&E meeting. Departure Date: 04/15/19 Business Purpose: Perform work for PG&E. | $ 201.93 |
| Dennis Cha | 04/15/19 | Coach class airfare from Los Angeles, CA to San Francisco, CA. Departure Date: 4/15/19 | $ 272.30 |
| Matt Broida | 04/15/19 | Airfare for travel from Houston, TX to San Francisco, CA. Date: 04/15/19 | $ 379.10 |
| Daniel Elmblad | 04/15/19 | One-way coach flight from Houston, TX to Oakland, CA on 4/15/19 for travel to client site. Second leg and return trip not charged thru. | $ 418.58 |
| Scott Stoddard | 04/16/19 | One-way coach airfare from Oakland, CA to Los Angeles, CA to for PG&E meeting. Departure Date: 04/16/19 Business Purpose: Perform work for PG&E. | $ 201.93 |
| Mark Ehrhardt | 04/16/19 | Roundtrip coach airfare from Portland, OR to San Francisco, CA. Dates: 04-15-19 - 04-16-19 | $ 322.83 |
| Lucy Cai | 04/16/19 | One-way economy airfare on 4/16 to travel from Chicago, Il (ORD) to San Francisco, CA (SFO). | $ 314.60 |
| Matthew Bowser | 04/17/19 | One-way coach airfare from Santa Ana, CA. to Oakland, CA. Departure Date: 04/17/19 Business Purpose: Perform work for PG&E. | $ 233.26 |
| Kyle McNamara | 04/17/19 | Coach airfare from San Francisco, CA to Phoenix, AZ. Date: 04/17/19 for P&E engagement. | $ 420.81 |
| Lucy Cai | 04/18/19 | Roundtrip economy airfare to client site from Chicago, IL (ORD) to San Francisco, CA (SFO) - flight in cancelled - total amount after refund as shown - Date: 04/18/19 | $ 134.60 |
| Kirk-Patrick Caron | 04/18/19 | Roundtrip coach airfare from Boston, MA to San Francisco, CA. Dates: 04/14/19 04/18/19 | $ 640.49 |
| Nicole Redini | 04/18/19 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA for PGE meeting. Departure Date: 04/15/19 Return Date: 04/18/19 Business Purpose: Perform work for PGE | $ 834.98 |
| Matthew Bowser | 04/19/19 | One-way coach airfare from San Jose, CA to Santa Ana, CA. Departure Date: 04/19/19 Business Purpose: Perform work for PG&E. | $ 195.85 |
| Matthew Bowser | 04/22/19 | One-way coach airfare from Santa Ana, CA. to Oakland, CA. Departure Date: 04/22/19 Business Purpose: Perform work for PG&E. | $ 233.26 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Scott Stoddard | 04/24/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA for PG&E meeting. Departure Date: 04/24/19 Business Purpose: Perform work for PG&E. | $ 201.93 |
| David Ross | 04/25/19 | Airfare from Los Angeles, CA to San Francisco, CA and from Oakland to Los Angeles for PG&E Work. Departure Date: 04/22/19 Arrival Date: 04/25/19. | $ 319.32 |
| Kyle McNamara | 04/25/19 | Coach airfare from Seattle to San Francisco (4/23) and San Francisco to Phoenix (4/25) to work on PG&E engagement. | $ 506.96 |
| Kirk-Patrick Caron | 04/25/19 | Roundtrip coach airfare from Boston, MA to San Francisco, CA. Dates: 04/21/19 04/25/19 | $ 538.85 |
| Nicole Redini | 04/25/19 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA for PGE meeting. Departure Date: 04/22/19 Return Date: 04/25/19 Business Purpose: Perform work for PGE | $ 849.41 |
| Dennis Cha | 04/26/19 | Coach class airfare from San Jose, CA to Los Angeles, CA. Departure Date: 4/26/19 | $ 168.69 |
| Kyle McNamara | 04/30/19 | One-way coach flight from Phoenix, AZ to Los Angeles to San Francisco, CA. Date: 04/30/19 | $ 230.74 |
| | | **Air Fare Subtotal** | **$ 15,982.84** |
| Matthew Bowser | 04/02/19 | Lodging for out-of-town work at PG&E for 1 night (4/1/19 - 4/2/19). | $ 294.68 |
| Matt Broida | 04/02/19 | Lodging for 1 night (04/01/19 - 04/02/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/02/19 | Lodging while traveling in San Francisco, CA for 1 night (04/01/19 - 04/02/19). | $ 300.00 |
| Lucy Cai | 04/02/19 | Lodging for 1 night (04/01/19 - 04/02/19) while traveling to perform work for PG&E. | $ 300.00 |
| Matthew Bowser | 04/03/19 | Lodging for out-of-town work at PG&E for 1 night (4/2/19 - 4/3/19). | $ 294.68 |
| Matt Broida | 04/03/19 | Lodging for 1 night (04/02/19 - 04/03/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/03/19 | Lodging while traveling in San Francisco, CA for 1 night (04/02/19 - 04/03/19). | $ 300.00 |
| Lucy Cai | 04/03/19 | Lodging for 1 night (04/02/19 - 04/03/19) while traveling to perform work for PG&E. | $ 300.00 |
| Matthew Bowser | 04/04/19 | Lodging for out-of-town work at PG&E for 1 night (4/3/19 - 4/4/19). | $ 294.70 |
| Daniel Elmblad | 04/04/19 | Lodging for out-of-town work at PG&E for 1 night (4/3/19 - 4/4/19). | $ 295.79 |
| Kyle McNamara | 04/04/19 | Lodging for 1 night (04/03/19 - 04/04/19) while traveling to perform work for PG&E. | $ 300.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matt Broida | 04/04/19 | Lodging for 1 night (04/03/19 - 04/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/04/19 | Lodging while traveling in San Francisco, CA for 1 night (04/03/19 - 04/04/19). | $ 300.00 |
| Lucy Cai | 04/04/19 | Lodging for 1 night (04/03/19 - 04/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/05/19 | Lodging while traveling in San Francisco, CA for 1 night (04/04/19 - 04/05/19). | $ 196.79 |
| Nicole Redini | 04/06/19 | Lodging while traveling in San Francisco, CA for 1 night (04/05/19 - 04/06/19). Weekend stay as opposed to incurring cost of flight home. | $ 185.15 |
| Nicole Redini | 04/07/19 | Lodging while traveling in San Francisco, CA for 1 night (04/06/19 - 04/07/19). Weekend stay as opposed to incurring cost of flight home. | $ 173.50 |
| Nicole Redini | 04/08/19 | Lodging while traveling in San Francisco, CA for 1 night (04/07/19 - 04/08/19). | $ 173.50 |
| Matt Broida | 04/09/19 | Lodging for 1 night (04/08/19 - 04/09/19) while traveling to perform work for PG&E. | $ 182.25 |
| Matthew Bowser | 04/09/19 | Lodging for out-of-town work at PG&E for 1 night (4/8/19 - 4/9/19). | $ 213.94 |
| Lucy Cai | 04/09/19 | Lodging for 1 night (04/08/19 - 04/09/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/09/19 | Lodging while traveling for 1 night (04/08/19 - 04/09/19). | $ 300.00 |
| Matthew Bowser | 04/10/19 | Lodging for out-of-town work at PG&E for 1 night (4/9/19 - 4/10/19). | $ 213.94 |
| Matt Broida | 04/10/19 | Lodging for 1 night (04/09/19 - 04/10/19) while traveling to perform work for PG&E. | $ 287.34 |
| Nicole Redini | 04/10/19 | Lodging while traveling for 1 night (04/09/19 - 04/10/19). | $ 300.00 |
| Lucy Cai | 04/10/19 | Lodging for 1 night (04/09/19 - 04/10/19) while traveling to perform work for PG&E. | $ 300.00 |
| Matthew Bowser | 04/11/19 | Lodging for out-of-town work at PG&E for 1 night (4/10/19 - 4/11/19). | $ 213.94 |
| Matt Broida | 04/11/19 | Lodging for 1 night (04/10/19 - 04/11/19) while traveling to perform work for PG&E. | $ 287.34 |
| Lucy Cai | 04/11/19 | Lodging for 1 night (04/10/19 - 04/11/19) while traveling to perform work for PG&E. | $ 300.00 |
| Nicole Redini | 04/11/19 | Lodging while traveling for 1 night (04/10/19 - 04/11/19). | $ 300.00 |
| Dennis Cha | 04/11/19 | Lodging for 2 nights (04/09/19 - 04/11/19) while traveling to perform work for PG&E. | $ 600.00 |
| Matthew Bowser | 04/12/19 | Lodging for out-of-town work at PG&E for 1 night (4/11/19 - 4/12/19). | $ 229.87 |
| Kyle McNamara | 04/15/19 | Lodging for 1 night (04/14/19 - 04/15/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kirk-Patrick Caron | 04/15/19 | Lodging for out-of-town work at PG&E for 1 night (4/14/19 - 4/15/19). | $ 300.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Nicole Redini | 04/16/19 | Lodging while traveling for 1 night (04/15/19 - 04/16/19). | $ | 261.16 |
| Scott Stoddard | 04/16/19 | Lodging while traveling for PG&E Task 2 Engagement for 1 night (4/15/19 - 04/16/19). | $ | 266.34 |
| Kyle McNamara | 04/16/19 | Lodging for 1 night (04/15/19 - 04/16/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 04/16/19 | Lodging for out-of-town work at PG&E for 1 night (4/15/19 - 4/16/19). | $ | 300.00 |
| Mark Ehrhardt | 04/16/19 | Lodging while traveling in San Francisco, CA for 1 night (04/15/19 - 04/16/19). | $ | 300.00 |
| Daniel Elmblad | 04/16/19 | Lodging for out-of-town work at PG&E for 1 night (4/15/19 - 4/16/19). | $ | 300.00 |
| Matt Broida | 04/16/19 | Lodging for 1 night (04/15/19 - 04/16/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kyle McNamara | 04/17/19 | Lodging for 1 night (04/16/19 - 04/17/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 04/17/19 | Lodging for out-of-town work at PG&E for 1 night (4/16/19 - 4/17/19). | $ | 300.00 |
| Nicole Redini | 04/17/19 | Lodging while traveling for 1 night (04/16/19 - 04/17/19). | $ | 300.00 |
| Lucy Cai | 04/17/19 | Lodging for 1 night (04/16/19 - 04/17/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matt Broida | 04/17/19 | Lodging for 1 night (04/16/19 - 04/17/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matthew Bowser | 04/18/19 | Lodging for out-of-town work at PG&E for 1 night (4/17/19 - 4/18/19). | $ | 213.94 |
| Kirk-Patrick Caron | 04/18/19 | Lodging for out-of-town work at PG&E for 1 night (4/17/19 - 4/18/19). | $ | 300.00 |
| Nicole Redini | 04/18/19 | Lodging while traveling for 1 night (04/17/19 - 04/18/19). | $ | 300.00 |
| Lucy Cai | 04/18/19 | Lodging for 1 night (04/17/19 - 04/18/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matt Broida | 04/18/19 | Lodging for 1 night (04/17/19 - 04/18/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Dennis Cha | 04/18/19 | Lodging for 3 nights (04/15/19 - 04/18/19) while traveling to perform work for PG&E. | $ | 900.00 |
| Matthew Bowser | 04/19/19 | Lodging for out-of-town work at PG&E for 1 night (4/18/19 - 4/19/19). | $ | 213.94 |
| Kirk-Patrick Caron | 04/22/19 | Lodging for out-of-town work at PG&E for 1 night (4/21/19 - 4/22/19). | $ | 218.56 |
| Kirk-Patrick Caron | 04/23/19 | Lodging for out-of-town work at PG&E for 1 night (4/22/19 - 4/23/19). | $ | 219.18 |
| Daniel Elmblad | 04/23/19 | Lodging for out-of-town work at PG&E for 1 night (4/22/19 - 4/23/19). | $ | 222.28 |
| Nicole Redini | 04/23/19 | Lodging while traveling for 1 night (04/22/19 - 04/23/19). | $ | 222.28 |
| Nicole Redini | 04/24/19 | Lodging while traveling for 1 night (04/23/19 - 04/24/19). | $ | 222.28 |
| Kyle McNamara | 04/24/19 | Lodging for 1 night (04/23/19 - 04/24/19) while traveling to perform work for PG&E. | $ | 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Nicole Redini | 04/25/19 | Lodging while traveling for 1 night (04/24/19 - 04/25/19). | $ | 222.28 |
| Kyle McNamara | 04/25/19 | Lodging for 1 night (04/24/19 - 04/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 04/25/19 | Lodging for out-of-town work at PG&E for 1 night (4/24/19 - 4/25/19). | $ | 300.00 |
| Scott Stoddard | 04/25/19 | Lodging while traveling for PG&E Task 2 Engagement for 1 night (4/24/19 - 04/25/19). | $ | 312.07 |
| David Ross | 04/25/19 | Lodging while traveling for 3 nights (04-22-19 to 04-25-19). | $ | 900.00 |
| Dennis Cha | 04/26/19 | Lodging for 4 nights (04/22/19 - 04/26/19) while traveling to perform work for PG&E. | $ | 855.76 |
| Lucy Cai | 04/30/19 | Lodging for 1 night (04/29/19 - 04/30/19) while traveling to perform work for PG&E. | $ | 223.70 |
| David Ross | 04/30/19 | Lodging while traveling for 1 night (04-29-19 to 04-30-19). | $ | 266.34 |
| Joel Sotikon | 04/30/19 | Lodging for out-of-town work at PG&E for 1 night (4/29/19 - 4/30/19). | $ | 300.00 |
| Nicole Redini | 04/30/19 | Lodging while traveling for 1 night (04/29/19 - 04/30/19). | $ | 300.00 |
| | | **Lodging Subtotal** | **$** | **20,977.52** |
| | | | | |
| Jonathan White | 03/29/19 | Out of town dinner for L. Cai (KPMG) while traveling | $ | 40.00 |
| Matt Broida | 04/01/19 | Out of town Dinner while traveling in San Francisco, CA for PG&E. | $ | 9.56 |
| Nicole Redini | 04/01/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 9.77 |
| Matthew Bowser | 04/01/19 | Out of town Breakfast meal expense incurred while conducting work at PG&E. | $ | 16.40 |
| Matthew Bowser | 04/01/19 | Out of town Dinner meal expense incurred while conducting work at PG&E. | $ | 20.00 |
| Nicole Redini | 04/02/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 6.70 |
| Matthew Bowser | 04/02/19 | Out of town Breakfast meal expense incurred while conducting work at PG&E. | $ | 10.25 |
| Nicole Redini | 04/02/19 | Out of town Dinner for PG&E client travel related expenses. | $ | 12.97 |
| Lucy Cai | 04/02/19 | Out of town breakfast on 4/2/19 while traveling at client site. | $ | 15.00 |
| Lucy Cai | 04/02/19 | Out of town dinner on 4/2/19 while traveling at client site. | $ | 24.35 |
| Arun Mani | 04/02/19 | Out of town Dinner for PG&E client travel related expenses. | $ | 25.00 |
| Daniel Elmblad | 04/03/19 | Out of town Breakfast while working for PG&E on 4/3/19. | $ | 6.38 |
| Lucy Cai | 04/03/19 | Out of town breakfast at client site on 4/3/19 while traveling at client site. | $ | 10.00 |
| Daniel Elmblad | 04/03/19 | Out of town Dinner while working at PG&E on 4/3/19. | $ | 12.91 |
| Lucy Cai | 04/03/19 | Out of town Dinner on 4/3/19 at client site while working at client site. | $ | 27.74 |
| Matthew Bowser | 04/03/19 | Out of town breakfast - self only Client travel for meeting with PG&E. | $ | 40.00 |
| Kyle McNamara | 04/03/19 | Dinner in San Francisco while working on PG&E engagement. | $ | 40.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Matt Broida | 04/03/19 | Out of town Dinner while traveling in San Francisco, CA for PG&E. | $ | 40.00 |
| Nicole Redini | 04/03/19 | PG&E Dinner for N. Redini (KPMG) in San Francisco for client travel. | $ | 40.00 |
| Nicole Redini | 04/04/19 | Out of town breakfast for PG&E client travel related expenses. | $ | 5.30 |
| Matthew Bowser | 04/04/19 | Out of town dinner - self only Client travel for meeting with PG&E. | $ | 6.41 |
| Lucy Cai | 04/04/19 | Out of town Breakfast at client site on 4/4/19 while traveling at client site. | $ | 10.00 |
| Matt Broida | 04/04/19 | Out of town Dinner while traveling in San Francisco, CA. | $ | 13.05 |
| Kyle McNamara | 04/04/19 | Dinner at LAX Airport while traveling home from PG&E engagement. | $ | 22.44 |
| Matthew Bowser | 04/04/19 | Out of town breakfast - self only Client travel for meeting with PG&E. | $ | 28.22 |
| Nicole Redini | 04/05/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 8.59 |
| Nicole Redini | 04/05/19 | Out of town dinner travel expenses for PG&E. | $ | 21.97 |
| Nicole Redini | 04/08/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 2.65 |
| Lucy Cai | 04/08/19 | Out of town Breakfast on 4/8 while traveling at client site. | $ | 10.20 |
| Scott Stoddard | 04/08/19 | Out of town breakfast in Oakland, CA while traveling for work on PG&E. | $ | 12.20 |
| Matt Broida | 04/08/19 | Out of town Dinner while traveling. | $ | 14.44 |
| Matthew Bowser | 04/08/19 | Out of town breakfast - self only Client travel for meeting with PG&E. | $ | 16.40 |
| Nicole Redini | 04/08/19 | Out of town Dinner for PG&E client travel related expenses. | $ | 18.81 |
| Lucy Cai | 04/08/19 | Out of town Dinner on 4/8 for myself while traveling at client site. | $ | 19.25 |
| Matthew Bowser | 04/08/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ | 31.00 |
| Dennis Cha | 04/09/19 | Out of town breakfast. | $ | 3.25 |
| Lucy Cai | 04/09/19 | Out of town Breakfast on 4/9 while traveling at client site. | $ | 4.99 |
| Daniel Elmblad | 04/09/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 6.50 |
| Dennis Cha | 04/09/19 | Out of town dinner while traveling. | $ | 9.47 |
| Nicole Redini | 04/09/19 | Out of town breakfast for PG&E client travel related expenses. | $ | 12.54 |
| Matthew Bowser | 04/09/19 | Out of town breakfast - self only Client travel for meeting with PG&E. | $ | 16.65 |
| Nicole Redini | 04/09/19 | Out of town dinner - self only Client travel expenses for PG&E. | $ | 27.73 |
| Matthew Bowser | 04/09/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ | 27.74 |
| Scott Stoddard | 04/09/19 | Out of town dinner in Oakland, CA while traveling for work on PG&E. | $ | 35.68 |
| Matt Broida | 04/09/19 | Out of town Dinner while traveling. | $ | 40.00 |
| Lucy Cai | 04/10/19 | Out of town Breakfast on 4/10 while traveling at client site. | $ | 2.54 |
| Nicole Redini | 04/10/19 | Out of town Breakfast for PG&E client travel related expenses. | $ | 5.13 |
| Matt Broida | 04/10/19 | Out of town Breakfast while traveling. | $ | 8.78 |
| Matthew Bowser | 04/10/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ | 13.95 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matthew Bowser | 04/10/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ 35.00 |
| Lucy Cai | 04/10/19 | Out of town Dinner on 4/10 while traveling at client site. | $ 40.00 |
| Lucy Cai | 04/11/19 | Out of town Breakfast on 4/11 while traveling at client site. | $ 4.99 |
| Nicole Redini | 04/11/19 | Out of town breakfast - self only client travel expenses. | $ 8.03 |
| Scott Stoddard | 04/11/19 | Out of town breakfast - self only PG&E Task 2 Travel | $ 8.95 |
| Matt Broida | 04/11/19 | Out of town Dinner at San Francisco, CA (SFO) airport. | $ 15.30 |
| Matthew Bowser | 04/11/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 16.10 |
| Dennis Cha | 04/11/19 | Out of town Dinner. | $ 39.00 |
| Matthew Bowser | 04/12/19 | Out of town breakfast - self only Client travel for meeting with PG&E. | $ 15.44 |
| Matthew Bowser | 04/12/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ 34.56 |
| Kyle McNamara | 04/15/19 | Breakfast in San Francisco while working on PG&E engagement. | $ 5.70 |
| Daniel Elmblad | 04/15/19 | Breakfast while conducting work PG&E. | $ 6.50 |
| Kirk-Patrick Caron | 04/15/19 | Out of town breakfast - self only On-site client work | $ 7.41 |
| Scott Stoddard | 04/15/19 | Out of town breakfast - self only Travel for PG&E Task 2 Engagement | $ 9.45 |
| Mark Ehrhardt | 04/15/19 | Out of town Breakfast for PG&E client travel related expenses. | $ 11.50 |
| Daniel Elmblad | 04/15/19 | Dinner while working at PG&E location. | $ 14.72 |
| Nicole Redini | 04/15/19 | Out of town Meals - self only client travel expenses - breakfast | $ 22.58 |
| Arun Mani | 04/15/19 | Out of town Dinner while traveling. | $ 25.00 |
| Nicole Redini | 04/15/19 | Out of town dinner - self only Client travel expenses for PG&E. | $ 27.42 |
| Kyle McNamara | 04/15/19 | Dinner in San Francisco while working on PG&E engagement. | $ 36.51 |
| Scott Stoddard | 04/15/19 | Out of town dinner - self only PG&E Task 2 Travel | $ 37.40 |
| Mark Ehrhardt | 04/15/19 | Out of town Dinner for PG&E client travel related expenses. | $ 38.50 |
| Matt Broida | 04/15/19 | Out of town dinner - self only PG&E Stay | $ 40.00 |
| Matt Broida | 04/16/19 | Out of town Breakfast. | $ 5.00 |
| Nicole Redini | 04/16/19 | Out of town breakfast. | $ 6.13 |
| Kirk-Patrick Caron | 04/16/19 | Out of town breakfast - self only On-site client work. | $ 6.70 |
| Dennis Cha | 04/16/19 | Out of town breakfast while traveling. | $ 10.00 |
| Mark Ehrhardt | 04/16/19 | Out of town Breakfast for PG&E client travel related expenses. | $ 12.54 |
| Daniel Elmblad | 04/16/19 | Breakfast while working at PG&E location. | $ 12.70 |
| Lucy Cai | 04/16/19 | Out of town breakfast on 4/16 while traveling to client site. | $ 16.44 |
| Scott Stoddard | 04/16/19 | Out of town breakfast - self only Travel for PG&E Task 2 Engagement | $ 22.06 |
| Matt Broida | 04/16/19 | Out of town Dinner. | $ 37.36 |
| Kyle McNamara | 04/16/19 | Breakfast in San Francisco, CA while working on PG&E engagement. | $ 40.00 |
| Kyle McNamara | 04/16/19 | Out of town dinner while working on PG&E engagement. Attendees: K. McNamara, L. Cai, N. Redini, D. Cha, J. White, K. Caron | $ 117.43 |
| Nicole Redini | 04/17/19 | Out of town breakfast. | $ 3.70 |
| Dennis Cha | 04/17/19 | Out of town breakfast while traveling. | $ 6.27 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kirk-Patrick Caron | 04/17/19 | Out of town Breakfast - self only On-site client work. | $ 6.70 |
| Lucy Cai | 04/17/19 | Out of town breakfast at client site on 4/17 while traveling. | $ 8.24 |
| Matthew Bowser | 04/17/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 18.08 |
| Nicole Redini | 04/17/19 | Out of town dinner - self only Client travel expenses for PG&E. | $ 26.42 |
| Kyle McNamara | 04/17/19 | Breakfast in San Francisco, CA while working on PG&E engagement. | $ 30.38 |
| Lucy Cai | 04/17/19 | Out of town dinner at client site on 4/17 while traveling. | $ 40.00 |
| Matt Broida | 04/17/19 | Out of town dinner while traveling. | $ 40.00 |
| Nicole Redini | 04/18/19 | Out of town breakfast- self only client travel expenses | $ 5.78 |
| Kirk-Patrick Caron | 04/18/19 | Out of town Breakfast - self only On-site client work. | $ 6.70 |
| Lucy Cai | 04/18/19 | Out of town breakfast at client site on 4/18 while traveling. | $ 9.24 |
| Matthew Bowser | 04/18/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 10.20 |
| Matt Broida | 04/18/19 | Out of town breakfast. | $ 11.60 |
| Dennis Cha | 04/18/19 | Out of town breakfast while traveling. | $ 13.00 |
| Nicole Redini | 04/18/19 | Out of town Meals - self only client travel expenses- dinner | $ 23.27 |
| Matthew Bowser | 04/18/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ 28.00 |
| Kirk-Patrick Caron | 04/18/19 | Out of town Dinner - self only On-site client work | $ 40.00 |
| Matthew Bowser | 04/19/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 8.14 |
| Kirk-Patrick Caron | 04/21/19 | Out of town dinner - self only On-site client work. | $ 40.00 |
| Kirk-Patrick Caron | 04/22/19 | Out of town breakfast - self only On-site client work. | $ 3.25 |
| Nicole Redini | 04/22/19 | Out of town breakfast - self only client travel expenses | $ 4.88 |
| Daniel Elmblad | 04/22/19 | Out of town Breakfast while traveling to conduct work PG&E. | $ 6.50 |
| David Ross | 04/22/19 | Out of town dinner on 4/22/19. | $ 15.33 |
| Daniel Elmblad | 04/22/19 | Out of town dinner while conducting work at PG&E location. | $ 32.15 |
| Kirk-Patrick Caron | 04/22/19 | Out of town dinner - self only On-site client work. | $ 38.80 |
| Matthew Bowser | 04/22/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 40.00 |
| Nicole Redini | 04/23/19 | Out of town breakfast - self only client travel expenses. | $ 5.14 |
| Kirk-Patrick Caron | 04/23/19 | Out of town breakfast - self only On-site client work | $ 6.70 |
| Dennis Cha | 04/23/19 | Out of town breakfast while traveling. | $ 11.00 |
| David Ross | 04/23/19 | Out of town breakfast on 4/23/19 while traveling, | $ 19.41 |
| Matthew Bowser | 04/23/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ 20.30 |
| Kyle McNamara | 04/23/19 | Dinner in San Francisco while working on PG&E engagement. | $ 26.43 |
| Matthew Bowser | 04/23/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ 29.70 |
| David Ross | 04/23/19 | Out of town dinner on 4/23/19 while traveling. | $ 30.31 |
| Dennis Cha | 04/23/19 | Out of town dinner while traveling. | $ 39.00 |
| Nicole Redini | 04/24/19 | Out of town breakfast - self only client travel expenses. | $ 7.10 |
| Kyle McNamara | 04/24/19 | Breakfast in San Francisco while working on PG&E engagement. | $ 9.43 |
| Scott Stoddard | 04/24/19 | Out of town breakfast - self only PG&E task 2 | $ 9.45 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 04/24/19 | Out of town breakfast while traveling. | $ | 14.26 |
| David Ross | 04/24/19 | Out of town breakfast on 4/24/19 while traveling. | $ | 16.45 |
| Matthew Bowser | 04/24/19 | Out of town Breakfast - self only Client travel for meeting with PG&E. | $ | 23.47 |
| Matthew Bowser | 04/24/19 | Out of town Dinner - self only Client travel for meeting with PG&E. | $ | 26.53 |
| Dennis Cha | 04/25/19 | Out of town dinner while traveling. | $ | 2.71 |
| Nicole Redini | 04/25/19 | Out of town breakfast - self only PG&E travel related expenses. | $ | 6.14 |
| Kirk-Patrick Caron | 04/25/19 | Out of town breakfast - self only On-site client work | $ | 7.95 |
| Kyle McNamara | 04/25/19 | Dinner while traveling home after working in San Francisco on PG&E engagement. | $ | 8.24 |
| Kyle McNamara | 04/25/19 | Breakfast in San Francisco while working on PG&E engagement | $ | 8.65 |
| Scott Stoddard | 04/25/19 | Out of town breakfast - self only PG&E Task 2 MPA Travel | $ | 12.60 |
| Dennis Cha | 04/25/19 | Out of town breakfast while traveling. | $ | 13.69 |
| David Ross | 04/25/19 | Out of town breakfast on 4/25/19 while traveling. | $ | 15.16 |
| Kirk-Patrick Caron | 04/25/19 | Out of town dinner - self only On-site client work. | $ | 17.84 |
| Nicole Redini | 04/25/19 | Out of town dinner - self only PG&E travel related expenses. | $ | 31.73 |
| Dennis Cha | 04/26/19 | Out of town breakfast while traveling. | $ | 14.88 |
| Dennis Cha | 04/26/19 | Out of town dinner while traveling. | $ | 24.84 |
| Dennis Cha | 04/29/19 | Out of town breakfast while traveling. | $ | 3.25 |
| Nicole Redini | 04/29/19 | Out of town breakfast while traveling. | $ | 4.88 |
| Lucy Cai | 04/29/19 | Out of town breakfast on 4/29 while traveling at client site. | $ | 9.42 |
| Matt Broida | 04/29/19 | Out of town Breakfast while traveling. | $ | 11.89 |
| David Ross | 04/29/19 | Out of town Dinner on 4/29/19. | $ | 17.00 |
| Matt Broida | 04/29/19 | Dinner while traveling on 4/29 with M. Broida, N. Redini, L. Cai (all KPMG). | $ | 114.00 |
| Lucy Cai | 04/30/19 | Out of town breakfast on 4/30 at client site while traveling. | $ | 4.99 |
| Nicole Redini | 04/30/19 | Out of town breakfast while traveling. | $ | 5.82 |
| Daniel Elmblad | 04/30/19 | Out of town breakfast while traveling to conduct work at PG&E location | $ | 7.57 |
| Joel Sotikon | 04/30/19 | Out of Town dinner to perform work Pacific Gas & Energy (PG&E) | $ | 35.00 |
| Jonathan White | 04/30/19 | Dinner while traveling for D. Emblad, L. Cai, M. Broida, N. Redini (all KPMG). | $ | 160.00 |
| | | **Meals Subtotal** | **$** | **2,998.89** |
| Matthew Bowser | 04/01/19 | Mileage reimbursement for travel from home on Seashore Drive, CA to Santa Ana Airport (15 miles @ .58 = $8.12). | $ | 8.12 |
| Nicole Redini | 04/01/19 | Ground transportation via UBER for travel to airport from home. | $ | 28.49 |
| Matt Broida | 04/01/19 | Ground transportation via LYFT for travel from San Francisco, CA airport to hotel. | $ | 33.20 |
| Matt Broida | 04/01/19 | Ground transportation via LYFT for travel to from home to Houston airport (IAH). | $ | 33.32 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Lucy Cai | 04/01/19 | Ground transportation via Lyft from home to airport on 4/1/19 to travel to client site. | $ | 41.76 |
| Lucy Cai | 04/01/19 | Ground transportation via Lyft from airport to client site from San Francisco Airport (SFO) to client site in San Ramon, CA (L. Cai and N. Redini - both KPMG). | $ | 59.80 |
| Matthew Bowser | 04/02/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/1/19 - 4/2/19). | $ | 30.00 |
| Arun Mani | 04/02/19 | Ground transportation via Uber for travel from San Francisco, CA (SFO) Airport to PG&E site. | $ | 34.17 |
| Daniel Elmblad | 04/03/19 | Ground transportation for travel via Uber from work location for PG&E to hotel 4/3/19. | $ | 10.34 |
| Daniel Elmblad | 04/03/19 | Mileage reimbursement for travel from home in League City, TX to Hobby Airport in Houston, TX. (19 miles @ .58 = $11.02) | $ | 11.02 |
| Kyle McNamara | 04/03/19 | Mileage reimbursement for travel to Phoenix, AZ airport from home. (31 miles @ .58 = $17.98) | $ | 17.98 |
| Matthew Bowser | 04/03/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/2/19 - 4/3/19). | $ | 30.00 |
| Daniel Elmblad | 04/03/19 | Ground transportation for travel via Uber from Oakland, CA (OAK) airport to PG&E work location at San Ramon on 4/3/19. | $ | 33.69 |
| Kyle McNamara | 04/03/19 | Ground transportation from SFO Airport to San Francisco, CA to work on PG&E engagement. | $ | 35.82 |
| Matthew Bowser | 04/03/19 | Parking for meeting with PG&E. | $ | 38.00 |
| Arun Mani | 04/03/19 | Ground transportation via Uber for travel from PG&E to San Francisco, CA (SFO) Airport. | $ | 42.03 |
| Matthew Bowser | 04/04/19 | Mileage reimbursement for travel from Santa Ana Airport to home on Seashore Dr, CA (15 miles @ .58 = $8.12). | $ | 8.12 |
| Daniel Elmblad | 04/04/19 | Mileage reimbursement for travel from Hobby airport in Houston, TX to home in League City, TX. (18 miles @ .58 = $10.44) | $ | 10.44 |
| Kyle McNamara | 04/04/19 | Mileage reimbursement for travel to home from Phoenix, AZ airport. (32 miles @ .58 = $18.56) | $ | 18.56 |
| Daniel Elmblad | 04/04/19 | Ground transportation via Uber for travel from hotel to PG&E work location 4/4/19. | $ | 20.49 |
| Daniel Elmblad | 04/04/19 | Parking for personal vehicle at airport while working at PG&E for 2 days (4/3/19 - 04/4/19). | $ | 25.60 |
| Matthew Bowser | 04/04/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/3/19 - 4/4/19). | $ | 30.00 |
| Daniel Elmblad | 04/04/19 | Ground transportation for travel from PG&E work location to Oakland, CA (OAK) airport 4/4/19. | $ | 40.53 |
| Lucy Cai | 04/04/19 | Ground transportation via Taxi while traveling from airport to home when returning from client site on 4/4/19. | $ | 53.70 |
| Kyle McNamara | 04/04/19 | Parking at Phoenix Airport for 2 days for PG&E engagement (April 3-4). | $ | 54.00 |
| Kyle McNamara | 04/04/19 | Ground transportation from San Francisco to San Ramon Valley Conference Center for PG&E Engagement. | $ | 59.05 |

EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kyle McNamara | 04/04/19 | Ground transportation from San Ramon Valley Conference Center to San Francisco, CA (SFO) Airport for PG&E engagement. | $ 66.52 |
| Lucy Cai | 04/04/19 | Parking at hotel for 3 nights (4/1/19 - 4/4/19) | $ 72.00 |
| Matthew Bowser | 04/04/19 | Airport parking while traveling for 4 days (04/01/19 - 04/04/19). | $ 80.00 |
| Matthew Bowser | 04/04/19 | Car Rental for 4 days (04/01/19 - 04/04/19) - Client Travel for Meeting at PG&E. | $ 187.89 |
| Lucy Cai | 04/04/19 | Car Rental for 4 days (4/1 to 4/4) traveling to and from client site. T. Littman (KPMG) booked the car, and I returned the car. | $ 230.42 |
| Matt Broida | 04/05/19 | Ground transportation via LYFT for travel from Houston, Texas IAH airport to home - Friday 12:AM | $ 49.34 |
| Scott Stoddard | 04/08/19 | Parking while traveling in San Francisco, CA. | $ 6.00 |
| Lucy Cai | 04/08/19 | Ground transportation via Uber for travel on 4/8 from home to airport. | $ 31.01 |
| Nicole Redini | 04/08/19 | Ground transportation via UBER for travel from San Francisco to San Ramon client site. | $ 40.42 |
| Scott Stoddard | 04/08/19 | Car Rental for 1 day (04/08/19) while traveling. | $ 60.78 |
| Matt Broida | 04/08/19 | Ground transportation via LYFT from San Francisco, CA (SFO) airport to hotel. | $ 71.86 |
| Daniel Elmblad | 04/09/19 | Parking fee at Houston, TX (HOU) airport for 1 day on (04-09-19) while working at client location | $ 7.68 |
| Daniel Elmblad | 04/09/19 | Mileage reimbursement for travel from home in League City, TX to Hobby Airport in Houston, TX. (19 miles @ .58 = $11.02) | $ 11.02 |
| Matthew Bowser | 04/09/19 | Parking in Walnut Creek at BART station in Walnut Creek for meeting with PG&E. BART quicker and avoided parking charge in City for rental car. | $ 15.00 |
| Dennis Cha | 04/09/19 | Ground transportation for travel from downtown to hotel in San Ramon via BART | $ 20.00 |
| Matthew Bowser | 04/09/19 | Ground transportation via Bart for Meeting with PG&E from Walnut Creek into San Francisco. | $ 20.00 |
| Dennis Cha | 04/09/19 | Ground transportation for travel from home to Los Angeles airport via LYFT. | $ 24.30 |
| Daniel Elmblad | 04/09/19 | Ground transportation via Uber for travel from Oakland, CA (OAK) airport to PG&E work location. | $ 26.04 |
| Daniel Elmblad | 04/09/19 | Ground transportation via Uber for travel from PG&E work location to Oakland, CA (OAK) airport. | $ 29.31 |
| Dennis Cha | 04/09/19 | Ground transportation for travel via LYFT to KPMG office from San Francisco, CA airport. | $ 29.65 |
| Matthew Bowser | 04/09/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/8/19 - 4/9/19). | $ 30.00 |
| Lucy Cai | 04/09/19 | Parking at hotel at client site for 1 night (04/08/19 - 04/09/19). | $ 30.00 |
| Scott Stoddard | 04/09/19 | Los Angeles Airport parking fee for 2 days (04/08/19 - 04/09/19) while traveling. | $ 40.00 |
| Matt Broida | 04/10/19 | Ground transportation via LYFT for travel to BART station 4/10/19. | $ 8.13 |
| Matt Broida | 04/10/19 | Ground transportation via LYFT for travel from car pool to hotel. | $ 8.16 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---|
| Matt Broida | 04/10/19 | Ground transportation via LYFT for travel to coworkers hotel to share car to San Ramon PG&E office. | $ 9.24 |
| Matt Broida | 04/10/19 | Ground transportation via BART for travel to San Francisco from Walnut Creek. | $ 20.00 |
| Matthew Bowser | 04/10/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/9/19 - 4/10/19). | $ 30.00 |
| Lucy Cai | 04/10/19 | Parking at hotel at client site for 1 night (04/09/19 - 04/10/19). | $ 30.00 |
| Matt Broida | 04/11/19 | Ground transportation via LYFT for travel to meet PG&E San Ramon car pool 4/11/19. | $ 8.14 |
| Matt Broida | 04/11/19 | Ground transportation via LYFT for travel to PG&E San Ramon Office 4/11/19. | $ 8.60 |
| Matt Broida | 04/11/19 | Reimbursable mileage for travel to home from Houston, Texas (IAH) Airport. (22 miles @ .58 = $12.76) | $ 12.76 |
| Lucy Cai | 04/11/19 | Parking at Hotel for 1 night (04/10/19 - 04/11/19) while traveling to perform work for PG&E. | $ 30.00 |
| Scott Stoddard | 04/11/19 | Los Angeles Airport parking fee for 1 day (04/11/19) while traveling. | $ 40.00 |
| Nicole Redini | 04/11/19 | Ground transportation via Taxi for travel from airport to home. | $ 49.05 |
| Lucy Cai | 04/11/19 | Ground transportation via Taxi on 4/11 to return from airport to home while returning from client site. | $ 49.25 |
| Lucy Cai | 04/11/19 | Tolls for rental car for 4 day (4/8 to 4/11) while traveling to and from client site and hotel. | $ 51.06 |
| Scott Stoddard | 04/11/19 | Car Rental for 1 day on 04/11/19 - PG&E Task 2 Travel | $ 57.84 |
| Matt Broida | 04/11/19 | Parking at Houston, TX (IAH)Airport while traveling for 4 days (04/08/19 - 04/11/19). | $ 96.00 |
| Lucy Cai | 04/11/19 | Car rental for 4 days (4/8 to 4/11) in San Francisco to travel to client site with coworkers. | $ 212.75 |
| Matthew Bowser | 04/12/19 | Mileage reimbursement for travel from Santa Ana Airport to home in Newport Beach, CA to (15 miles @ .58 = $8.12). | $ 8.12 |
| Matthew Bowser | 04/12/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/11/19 - 4/12/19). | $ 12.00 |
| Dennis Cha | 04/12/19 | Ground transportation for travel from lodging in Santa Clara to San Jose Airport (SJC) via LYFT. | $ 21.83 |
| Matthew Bowser | 04/12/19 | Ground transportation for travel to meeting with PG&E. | $ 22.80 |
| Dennis Cha | 04/12/19 | Ground transportation for travel from Los Angeles Airport to home via LYFT. | $ 24.82 |
| Dennis Cha | 04/12/19 | Ground transportation for travel via LYFT for travel from PG&E in San Ramon, CA to Santa Clara, CA | $ 40.62 |
| Matthew Bowser | 04/12/19 | Airport parking while traveling for 4 days (04/08/19 - 04/12/19). | $ 100.00 |
| Matthew Bowser | 04/12/19 | Car Rental for Travel for PG&E for 4 days (04/08/19 - 04/12/19) | $ 260.40 |
| Kyle McNamara | 04/14/19 | Mileage reimbursement for travel to Phoenix, AZ airport from home. (31 miles @ .58 = $17.98) | $ 17.98 |
| Kirk-Patrick Caron | 04/14/19 | Bus fare from my home to the Boston airport. | $ 30.00 |
| Daniel Elmblad | 04/15/19 | Ground transportation via Uber for travel from original hotel location to new hotel as original was remodeling. | $ 7.42 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---|
| Dennis Cha | 04/15/19 | Ground transportation for travel from lodging to KPMG office via LYFT. | $ 8.30 |
| Daniel Elmblad | 04/15/19 | Mileage reimbursement for travel from home in League City, TX to Hobby Airport in Houston, TX. (19 miles @ .58 = $11.02) | $ 11.02 |
| Daniel Elmblad | 04/15/19 | Ground transportation via Uber for travel from PG&E work location to original hotel location | $ 13.96 |
| Kyle McNamara | 04/15/19 | Ground transportation for travel from SFO airport to San Francisco for PG&E engagement. | $ 30.50 |
| Daniel Elmblad | 04/15/19 | Ground transportation via Uber for travel from Oakland, CA (OAK) airport to PG&E work location. | $ 30.78 |
| Nicole Redini | 04/15/19 | Ground transportation via UBER for travel from home too airport. | $ 31.05 |
| Matt Broida | 04/15/19 | Ground transportation via LYFT for Ride from home to Houston, TX (IAH) airport for PG&E | $ 35.40 |
| Matt Broida | 04/15/19 | Ground transportation via LYFT for travel from San Francisco, CA (SFO) airport to client site. | $ 35.84 |
| Dennis Cha | 04/15/19 | Ground transportation for travel from KPMG office to Los Angeles Airport via LYFT. | $ 41.17 |
| Kirk-Patrick Caron | 04/15/19 | Ground transportation via Squ SQ Taxi for travel from San Francisco Airport (SFO) to hotel in San Francisco. | $ 55.00 |
| Mark Ehrhardt | 04/15/19 | Ground transportation for travel via Uber for travel from home to Portland, OR (PDX) airport. | $ 58.49 |
| Mark Ehrhardt | 04/15/19 | Ground transportation for travel via Uber for travel from San Francisco, CA (SFO) airport to Hotel. | $ 75.29 |
| Daniel Elmblad | 04/16/19 | Ground transportation via Uber for travel from one PG&E work location to another location. | $ 7.20 |
| Scott Stoddard | 04/16/19 | Tolls for Car Rental for 2 days (04/15/19 - 04/16/19) for PG&E Task 2 Engagement. | $ 10.95 |
| Daniel Elmblad | 04/16/19 | Parking at airport while working at PG&E for 2 days (04/15/19 - 04/16/19). | $ 20.48 |
| Daniel Elmblad | 04/16/19 | Ground transportation via Uber for travel to PG&E from hotel to work location in the morning. | $ 21.93 |
| Matt Broida | 04/16/19 | Ground transportation via BART from parking to Walnut Creek so as not to incur additional parking expenses. | $ 23.00 |
| Nicole Redini | 04/16/19 | Parking at Hotel while traveling for 1 night (04/15/19 - 04/16/19). | $ 30.00 |
| Lucy Cai | 04/16/19 | Ground transportation via Lyft for travel from home to airport on 4/16 while traveling to client site. | $ 34.74 |
| Daniel Elmblad | 04/16/19 | Ground transportation via Uber for travel from PG&E work location to Oakland, CA (OAK) airport. | $ 35.92 |
| Matt Broida | 04/16/19 | Ground transportation via LYFT for Ride from hotel to San Ramon office. | $ 48.22 |
| Kirk-Patrick Caron | 04/16/19 | Ground transportation via Lyft for travel back from San Ramon Valley Conference Center to Hotel in San Francisco. | $ 50.37 |
| Kyle McNamara | 04/16/19 | Ground transportation from San Francisco, CA to San Ramon Valley Conference Center for PG&E engagement. | $ 57.78 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matt Broida | 04/16/19 | Ground transportation via LYFT for travel from San Ramon to San Francisco hotel. | $ 59.19 |
| Lucy Cai | 04/16/19 | Ground transportation via LYFT for travel from airport to client site on 4/17. | $ 60.44 |
| Mark Ehrhardt | 04/16/19 | Ground transportation for travel via Uber for travel from Portland airport to home. | $ 64.27 |
| Arun Mani | 04/16/19 | Ground transportation via Uber for travel from San Jose, CA to Market Street (PG&E) in San Francisco, CA. | $ 65.45 |
| Arun Mani | 04/16/19 | Ground transportation via Uber from PG&E Offices in San Francisco, CA to San Francisco, CA (SFO) Airport. | $ 65.75 |
| Mark Ehrhardt | 04/16/19 | Ground transportation for travel via Uber for travel from client site to San Francisco Airport. | $ 69.05 |
| Scott Stoddard | 04/16/19 | Los Angeles Airport parking fee for 2 days (04/15/19 - 04/16/19) while traveling - PG&E Task 2 Travel. | $ 80.00 |
| Scott Stoddard | 04/16/19 | Car Rental for 2 days (04/15/19 - 04/16/19) for PG&E Task 2 Engagement. | $ 111.17 |
| Matthew Bowser | 04/17/19 | Mileage reimbursement for travel from home in Newport Beach, CA to Santa Ana Airport (15 miles @ .58 = $8.12). | $ 8.12 |
| Matthew Bowser | 04/17/19 | Tolls for Car Rental - Travel for PG&E for 4 days (04/08/19 - 04/12/19) | $ 8.95 |
| Nicole Redini | 04/17/19 | Parking at Hotel while traveling for 1 night (04/16/19 - 04/17/19). | $ 30.00 |
| Kyle McNamara | 04/17/19 | Ground transportation from San Francisco, CA to San Francisco, CA (SFO) airport while working on PG&E engagement. | $ 36.76 |
| Kirk-Patrick Caron | 04/18/19 | Ground transportation via Lyft for travel to hotel from dinner site. | $ 13.24 |
| Kirk-Patrick Caron | 04/18/19 | Ground transportation via Lyft for travel from hotel to dinner. | $ 15.65 |
| Kyle McNamara | 04/18/19 | Mileage reimbursement for travel to home from Phoenix, AZ airport. (32 miles @ .58 = $18.56) | $ 18.56 |
| Nicole Redini | 04/18/19 | Ground transportation via LYFT for travel from client site to hotel as KPMG team utilized rental car to return earlier to the hotel | $ 19.21 |
| Dennis Cha | 04/18/19 | Fuel for car rental for 4 days (04/15/19 - 04/18/19) while traveling to perform work for PG&E. | $ 23.82 |
| Nicole Redini | 04/18/19 | Parking at Hotel while traveling for 1 night (04/17/19 - 04/18/19). | $ 30.00 |
| Matthew Bowser | 04/18/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/17/19 - 4/18/19). | $ 30.00 |
| Matt Broida | 04/18/19 | Ground transportation via LYFT from PG&E site to San Francisco Airport (SFO). | $ 33.56 |
| Lucy Cai | 04/18/19 | Ground transportation via Lyft on 4/18 for travel from airport to home. | $ 34.76 |
| Dennis Cha | 04/18/19 | Parking at hotel for 3 nights (4/15/19 - 4/18/19). | $ 36.00 |
| Kyle McNamara | 04/18/19 | Parking at Phoenix airport from 4/14-4/18 (4 days) while working on PG&E engagement - 12:25 a.m. | $ 99.00 |
| Dennis Cha | 04/18/19 | Car Rental for 4 days (04/15/19 - 04/18/19) while traveling to perform work for PG&E. | $ 135.71 |
| Nicole Redini | 04/18/19 | Car Rental while traveling for 4 days (04/15/19 - 04/18/19) | $ 351.43 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matthew Bowser | 04/19/19 | Tolls for car rental - Car Rental for 4 days (04/17/19 - 04/19/19) - Client Travel for Meeting at PG&E. | $ 9.95 |
| Kirk-Patrick Caron | 04/19/19 | Fuel for car rental for on-site client work. | $ 16.69 |
| Matthew Bowser | 04/19/19 | Parking Client travel for meeting with PG&E in San Francisco, CA. | $ 24.00 |
| Kirk-Patrick Caron | 04/19/19 | Ground transportation via Lyft from the KPMG San Francisco office to the San Francisco Airport (SFO). | $ 28.42 |
| Matthew Bowser | 04/19/19 | Parking at Hotel for out-of-town work at PG&E for 1 night (4/18/19 - 4/19/19). | $ 30.00 |
| Lucy Cai | 04/19/19 | Tolls for car rental for 4 days at client site - receipt attached | $ 49.68 |
| Kirk-Patrick Caron | 04/19/19 | Car Rental for on-site client work - return was significantly delayed so unable to catch last bus of the night - rented car to get home. | $ 58.48 |
| Matthew Bowser | 04/19/19 | Airport parking while traveling for 3 days (04/17/19 - 04/19/19). | $ 60.00 |
| Matthew Bowser | 04/19/19 | Car Rental for 4 days (04/17/19 - 04/19/19) - Client Travel for Meeting at PG&E. | $ 233.96 |
| Kirk-Patrick Caron | 04/21/19 | One way Bus fare from my home to the Boston airport. | $ 30.00 |
| Kirk-Patrick Caron | 04/21/19 | Ground transportation via Square for travel from San Francisco Airport (SFO) to hotel in San Francisco. | $ 58.20 |
| Matthew Bowser | 04/22/19 | Parking Client travel for meeting with PG&E. | $ 3.50 |
| Daniel Elmblad | 04/22/19 | Mileage reimbursement for travel from home in League City, TX to Hobby Airport in Houston, TX. (19 miles @ .58 = $11.02) | $ 11.02 |
| David Ross | 04/22/19 | Ground transportation via Lyft for travel from home to Los Angeles Airport. | $ 11.84 |
| Dennis Cha | 04/22/19 | Ground transportation via LYFT for travel from BART station to Oakland car rental location. | $ 11.93 |
| Dennis Cha | 04/22/19 | Ground transportation via Lyft for travel from home to Los Angeles Airport. | $ 31.11 |
| Daniel Elmblad | 04/22/19 | Ground transportation via Uber for travel from Oakland, CA (OAK) airport to PG&E work location. | $ 35.59 |
| Kirk-Patrick Caron | 04/22/19 | Ground transportation via Lyft from San Ramon Valley Conference Center to hotel in San Francisco. | $ 50.65 |
| Kirk-Patrick Caron | 04/22/19 | Ground transportation via Lyft from KPMG office in San Francisco to San Ramon Valley Conference Center. | $ 65.45 |
| Nicole Redini | 04/22/19 | Ground transportation via LYFT for travel to Chicago, Il airport from home. | $ 70.14 |
| Daniel Elmblad | 04/23/19 | Ground transportation via Uber for travel from PG&E work location to hotel. | $ 17.87 |
| Kyle McNamara | 04/23/19 | Mileage reimbursement for travel to Phoenix, AZ airport from home. (31 miles @ .58 = $17.98) | $ 17.98 |
| Daniel Elmblad | 04/23/19 | Parking at airport while conducting work at PG&E for 2 days (04/22/19 to 04/23/19) | $ 20.48 |
| Daniel Elmblad | 04/23/19 | Ground transportation via Uber for travel from hotel to PG&E work location. | $ 21.69 |
| Nicole Redini | 04/23/19 | Parking at Hotel while traveling for 1 night (04/22/19 - 04/23/19). | $ 25.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Daniel Elmblad | 04/23/19 | Ground transportation via Uber for travel from PG&E work location to Oakland, CA (OAK) airport. | $ | 35.32 |
| Kyle McNamara | 04/23/19 | Ground transportation from San Jose Airport (SJC) to San Francisco, CA, for PG&E engagement | $ | 49.00 |
| Scott Stoddard | 04/24/19 | Reimbursable mileage for travel to Los Angeles Airport (12 miles @.58 = $6.96) | $ | 6.96 |
| Nicole Redini | 04/24/19 | Parking at Hotel while traveling for 1 night (04/23/19 - 04/24/19). | $ | 25.00 |
| David Ross | 04/24/19 | Parking in San Francisco for Quality Assurance Meeting at PG&E. | $ | 36.00 |
| Kyle McNamara | 04/24/19 | Ground transportation from San Ramon, CA, to San Francisco, CA, for PG&E engagement. | $ | 44.90 |
| David Ross | 04/25/19 | Toll for bridge driving into San Francisco for meetings on PG&E. | $ | 7.00 |
| David Ross | 04/25/19 | Fuel for Rental Car for 4 days (4/22/19 - 4/25/19). | $ | 15.00 |
| Kyle McNamara | 04/25/19 | Mileage reimbursement for travel to home from Phoenix, AZ airport. (32 miles @ .58 = $18.56) | $ | 18.56 |
| Nicole Redini | 04/25/19 | Parking at Hotel while traveling for 1 night (04/24/19 - 04/25/19). | $ | 25.00 |
| Nicole Redini | 04/25/19 | Tolls for Car Rental while traveling for 4 days (04-22-19 - 04-25-19). | $ | 33.77 |
| Scott Stoddard | 04/25/19 | Parking for PG&E Task 2 MPA Travel. | $ | 35.00 |
| Kyle McNamara | 04/25/19 | Ground transportation via Uber from San Francisco to Oakland Airport while working on PG&E engagement. | $ | 38.15 |
| Kirk-Patrick Caron | 04/25/19 | Ground transportation via Lyft from KPMG Office in San Francisco to San Francisco Airport (SFO). | $ | 47.97 |
| Nicole Redini | 04/25/19 | Ground transportation via Taxi for travel from Chicago airport to home. | $ | 48.00 |
| Scott Stoddard | 04/25/19 | Car Rental for 2 days (04/24 - 04/25) - PG&E Task 2 MPA. | $ | 75.71 |
| Scott Stoddard | 04/25/19 | Los Angeles Airport parking fee for 2 days (04/24/19 - 04/25/19) while traveling - PG&E Task 2 Travel. | $ | 80.00 |
| Kyle McNamara | 04/25/19 | Parking for 4 days (April 22-25) at Phoenix Airport while working on PG&E engagement. | $ | 108.00 |
| David Ross | 04/25/19 | Rental Car for 4 days (4/22/19 - 4/25/19) for travel to / from airport and daily drive from hotel to PG&E | $ | 136.88 |
| Nicole Redini | 04/25/19 | Car Rental while traveling for 4 days (04-22-19 - 04-25-19). | $ | 224.54 |
| David Ross | 04/26/19 | Ground transportation via Taxi for travel from Los Angeles Airport to home. | $ | 26.00 |
| Dennis Cha | 04/26/19 | Ground transportation via LYFT for travel from Los Angeles airport to home. | $ | 29.94 |
| Dennis Cha | 04/26/19 | Ground transportation via LYFT for travel from downtown San Francisco, CA to hotel in San Ramon, CA. | $ | 39.76 |
| Dennis Cha | 04/26/19 | Parking at Hotel for 3 nights (04/22, 4/23/4/25) while traveling to perform work for PG&E. | $ | 90.00 |
| Dennis Cha | 04/26/19 | Difference after use of PREPAID VOUCHER for Car Rental for 5 days (04/22/19 - 04/26/19) while traveling to perform work for PG&E. | $ | 99.45 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
April 1, 2019 through April 30, 2019
*(includes expenses not previously billed*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Dennis Cha | 04/26/19 | PREPAID VOUCHER for Car Rental for 5 days (04/22/19 - 04/26/19) while traveling to perform work for PG&E. | $ | 200.82 |
| David Ross | 04/29/19 | Ground transportation - Lyft from Home to Airport for D. Ross Lyft from Home to Airport for D. Ross | $ | 11.77 |
| Joel Sotikon | 04/29/19 | Ground transportation via LYFT for travel San Ramon site to San Francisco. | $ | 23.80 |
| Lucy Cai | 04/29/19 | Ground transportation via Uber for travel from home to airport on 4/29. | $ | 36.53 |
| Joel Sotikon | 04/29/19 | Ground transportation via LYFT for travel from PGE San Ramon site to hotel. | $ | 56.35 |
| Nicole Redini | 04/29/19 | Ground transportation via Uber for travel to airport from home. | $ | 60.50 |
| Joel Sotikon | 04/29/19 | Ground transportation via LYFT for travel from San Francisco Airport to PG&E San Ramon site. | $ | 69.57 |
| Matt Broida | 04/29/19 | Ground transportation via LYFT for travel from San Francisco Airport (SFO) to PG&E San Ramon Office. | $ | 73.64 |
| Daniel Elmblad | 04/30/19 | Mileage reimbursement for travel from home in League City, TX to Hobby Airport in Houston, TX. (18 miles @ .58 = $10.44) | $ | 10.44 |
| Kyle McNamara | 04/30/19 | Mileage reimbursement for travel to Phoenix, AZ airport from home. (31 miles @ .58 = $17.98) | $ | 17.98 |
| Lucy Cai | 04/30/19 | Parking at Hotel for 1 night (04/29/19 - 04/30/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 04/30/19 | Ground transportation via LYFT for travel to hotel 4/30 from San Ramon office. | $ | 47.43 |
| Joel Sotikon | 04/30/19 | Ground transportation via LYFT for travel from hotel to PG&E San Ramon site. | $ | 58.41 |
| | | **Total Ground Transportation** | **$** | **8,588.70** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **48,547.95** |