

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__LARS H FULLER__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __23rd__ day of __October__ A. D. __1995__ and that at the date hereof the said __LARS H FULLER__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __29th__ day of __March__ A. D. __2019__

*Cheryl Stevens*
_____ Clerk

By _____
Deputy Clerk

Case: 19-30088   Doc# 2776-1   Filed: 06/27/19   Entered: 06/27/19 13:36:43   Page 1 of 1