# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Adversary Proceeding No. 19-03003 (DM) |
| **PG&E CORPORATION,** | **Chapter 11 Case No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |
| **PG&E CORPORATION; PACIFIC GAS** | |
| **AND ELECTRIC COMPANY,** | |
| Plaintiffs, | |
| v. | |
| **FEDERAL ENERGY REGULATORY** | |
| **COMMISSION,** | |
| Defendant. | |

I, Asir U. Ashraf, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Memorandum Regarding Certification for Direct Appeal to Court of Appeals [Docket No. 156]

- Certificate for Direct Appeal to Court of Appeals [Docket No. 158]
- Notice of Appeal and Statement of Election [Docket No. 161]
- Notice of Appeal and Statement of Election [Docket No. 168]
- Notice of Appeal and Statement of Election [Docket No. 173]
- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 176]
- Notice of Appeal and Statement of Election [Docket No. 181]
- Notice of Appeal and Statement of Election [Docket No. 182]
- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 184]
- Defendant Federal Energy Regulatory Commission's Notice of Appeal and Statement of Election [Docket No. 193]
- Notice of Appeal and Statement of Election [Docket No. 203]

3.      On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 187 Notice Parties Service List attached hereto as **Exhibit B**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 161]

4.      On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 189 Notice Parties Service List attached hereto as **Exhibit C**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 168]

5. On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 191 Notice Parties Service List attached hereto as **Exhibit D**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 173]

6. On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 194 Notice Parties Service List attached hereto as **Exhibit E**:

- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 176]

7. On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 197 Notice Parties Service List attached hereto as **Exhibit F**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 181]

8. On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 199 Notice Parties Service List attached hereto as **Exhibit G**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 182]

9.      On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 201 Notice Parties Service List attached hereto as **Exhibit H**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Amended Declaratory Judgement [Docket No. 155]
- Memorandum Regarding Certification for Direct Appeal to Court of Appeals [Docket No. 156]
- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 184]

10.     On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 204 Notice Parties Service List attached hereto as **Exhibit I**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Memorandum Regarding Certification for Direct Appeal to Court of Appeals [Docket No. 156]
- Certificate for Direct Appeal to Court of Appeals [Docket No. 158]
- Defendant Federal Energy Regulatory Commission's Notice of Appeal and Statement of Election [Docket No. 193]

11.     On June 24, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the DN 206 Notice Parties Service List attached hereto as **Exhibit J**:

- Memorandum Decision on Action for Declaratory and Injunctive Relief [Docket No. 153]
- Declaratory Judgement [Docket No. 154]
- Amended Declaratory Judgement [Docket No. 155]
- Notice of Appeal and Statement of Election [Docket No. 203]

**Exhibit A**

## Exhibit A

Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Consolidated Edison Development, Inc. | c/o TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 |
| Consolidated Edison Development, Inc. | c/o Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 |
| Crockett Cogeneration, Middle River Por, LLC, and MRP San Joaquin Energy, LLC | c/o Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 |
| Crockett Cogeneration, Middle River Por, LLC, and MRP San Joaquin Energy, LLC | c/o Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 |
| First Solar Inc. and Willow Spring Solar3, LLC and Mojave Solar LLC | c/o SKADDEN, ARPS, SLATE HER & FLOM LLP | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 |
| First Solar Inc. and Willow Spring Solar3, LLC and Mojave Solar LLC | c/o SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Four Time Square | | New York | NY | 10036-6522 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., | #05-0153 | | San Francisco | CA | 94102 |
| Southern Power Company | c/o TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | Bank of America Plaza | 600 Peachtree St. NE, Suite 3000 | Atlanta | GA | 30308-2216 |
| Southern Power Company | c/o TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 |
| Vantage Wind and KES Kingsburg, L.P. | c/o CROWELL & MORING LLP | Attn: Thomas F. Koegel, Rebecca M. Suarez | 3 Embarcadero Center, 26th Fl | | San Francisco | CA | 94111 |

**Exhibit B**

## Exhibit B

DN 187 Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Erin E. Murphy | 1301 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | Attn: Joshua Pearson | 11445 Innovation Dr | | | San Diego | CA | 92128 |
| Enel Green Power, Northern America, Inc., FTP Power LLC, and Capital Dynamics, Inc. | c/o STOEL RIVES LLP | Attn: David B. Levant Gabrielle Glemann | 600 University Stre 3600 | | Seattle | WA | 98101 |
| Excel Solar Ranch 1, LLC | c/o MORGAN, LEWIS & BOCKIUS LLP | Attn: Richard W. Esterkin | 300 South Grand Avenue | Floor 22 | Los Angeles | CA | 90071-3132 |
| Excel Solar Ranch 1, LLC | c/o MORGAN, LEWIS & BOCKIUS LLP | Attn: Edwin E. Smith | One Federal Street | | Boston | MA | 02110-1726 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc and Next Era Energyy Partners, L.P | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| NextEra Energy, Inc and Next Era Energyy Partners, L.P | c/o NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 |
| PG&E Corporation and Pacific Gas and Electric | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Topaz Solar Farms LLC | c/o GIBSON, DUNN & CRU LLP | Attn: Jeffrey C. Krause Michael A. Rosenthal Alan Moskowitz | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit C**

## Exhibit C

DN 189 Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc | c/o Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission St.m 25th Fl | | San Francisco | CA | 94105 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | Attn: Joshua Pearson | 11445 Innovation Dr | | | San Diego | CA | 92128 |
| Enel Green Power, Northern America, Inc., FTP Power LLC, and Capital Dynamics, Inc. | c/o STOEL RIVES LLP | Attn: David B. Levant Gabrielle Glemann | 600 University Stre 3600 | | Seattle | WA | 98101 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Topaz Solar Farms LLC | c/o GIBSON, DUNN & CRU LLP | Attn: Jeffrey C. Krause Michael A. Rosenthal Alan Moskowitz | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit D**

Exhibit D

DN 191 Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | Attn: Joshua Pearson | 15445 Innovation Dr. | | | San Diego | CA | 92128 |
| Enel Green Power, Northern America, Inc., FTP Power LLC, and Capital Dynamics, Inc. | c/o STOEL RIVES LLP | Attn: David B. Levant Gabrielle Glemann | 600 University Stre 3600 | | Seattle | WA | 98101 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory | c/o U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit E**

Exhibit E

DN 194 Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | 405 Howard St. | | San Francisco | CA | 94105 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Debra L. Felder | 1152 15th ST., NW | | Washington | DC | 20005 |
| Enel Green Power, Northern America, Inc., FTP Power LLC, and Capital Dynamics, Inc. | c/o STOEL RIVES LLP | Attn: David B. Levant Gabrielle Glemann | The Embarcadero Center, #1120 | | San Francisco | CA | 94111 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Shane Huang, Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Peter J. Benvenutti, Thomas B. Rupp, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit F**

Exhibit F
DN 197 Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 |
| Enel Green Power Northern America Inc, FTP Power LLC, and Capital Dynamics, Inc. | c/o Stoel Rives LLP | Attn: David N. Levant, Seth D. Hilton | The Embarcadero Center, #1120 | | San Francisco | CA | 94111 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Danielle A. Pham, Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit G**

Exhibit G
DN 199 Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 |
| Enel Green Power Northern America Inc, FTP Power LLC, and Capital Dynamics, Inc. | c/o Stoel Rives LLP | Attn: David B. Levant, Seth D. Hilton | The Embarcadero Center, #1120 | | San Francisco | CA | 94111 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit H**

Exhibit H

DN 201 Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 |
| EDF Renewables, Inc. | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 |
| Enel Green Power Northern America Inc, FTP Power LLC, and Capital Dynamics, Inc. | c/o Stoel Rives LLP | Attn: Seth D. Hilton, David B. Levant | The Embarcadero Center, #1120 | | San Francisco | CA | 94111 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |

**Exhibit I**

Exhibit I

DN 204 Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | Attn: Joshua Pearson | 15445 Innovation Dr. | | | San Diego | CA | 92128 |
| Enel Green Power Northern America Inc, FTP Power LLC, and Capital Dynamics, Inc. | c/o Stoel Rives LLP | Attn: Gabrielle Glemann, David B. Levant | 600 University Street, Suite 3600 | | Seattle | WA | 98101 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| Official Committee of Unsecured Creditors | c/o Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Official Committee of Unsecured Creditors | c/o Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

**Exhibit J**

Exhibit J

DN 206 Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 |
| Calpine Corporation | c/o Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | Suite 3300 | Houston | TX | 77002 |
| Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holding, LLC, NRG Energy, Inc., and TerraForm Power, Inc. | c/o Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 |
| Diablo Winds, LLC | c/o HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 |
| EDF Renewables, Inc. | Attn: Joshua Pearson | 15445 Innovation Dr. | | | San Diego | CA | 92128 |
| Enel Green Power Northern America Inc, FTP Power LLC, and Capital Dynamics, Inc. | c/o Stoel Rives LLP | Attn: Gabrielle Glemann, David B. Levant | 600 University Street, Suite 3600 | | Seattle | WA | 98101 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith | One Federal St. | | Boston | MA | 02110-1726 |
| Exelon Corporation and AV Solar Ranch 1, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Richard W. Esterkin | 300 South Grand Ave., Fl 22 | | Los Angeles | CA | 90071-3132 |
| Federal Energy Regulatory Commission | c/o U.S. Department of Justice | Attn: Danielle A. Pham, Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 |
| NextEra Energy, Inc. and NextEra Energy Partners, L.P. | c/o Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| PG&E Corporation and Pacific Gas and Electric Company | c/o Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Topaz Solar Farms LLC | c/o Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Michael A. Rosenthal | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 |

Case: 19-30088 Doc# 2780 Filed: 06/27/19 Entered: 06/27/19 17:12:35 Page 24 of 24