# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 7/1/2019
Case: 19−30088     Form ID: TRANSC     Total: 18

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
MATTHEW GOREN, ESQ.     RICHARD W. SLACK, ESQ.     THEODORE TSEKERIDES, ESQ.     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
TOBIAS S. KELLER     Keller & Benvenutti LLP     650 California Street, #1900     San Francisco, CA 94108
ANDREW M. LEBLANC, ESQ.     GREGORY BRAY, ESQ.     Millbank LLP     2029 Century Park East, 33rd Fl.     Los Angeles, CA 90067
ALAN W. KORNBERG     SEAN MITCHELL     Paul, Weiss, Rifkind, Wharton & Garrison     1285 Avenue of the Americas     New York, NY 10019
ALLAN S. BRILLIANT     Dechert LLP     1095 Avenue of the Americas     New York, NY 10036
DAVID H. BOTTER     MICHAEL STAMER     Akin Gump Strauss Hauer & Feld LLP     One Bryany Park     New York, NY 10036
FRANK DAVID BLOKSBERG     142 E McKnight Way     Grass Valley, CA 95949
SAMUEL MORGAN KIDDER     Klee Tuchin Bogdanoff & Stern LLP     1999 Avenue Of The Stars, Fl 39     Los Angeles, CA 90067
GABRIEL OZEL     Troutman Sanders LLP     11682 El Camino Real, #400     San Diego, CA 92130
ALEXANDER JAMES DEMITRO LEWICKI     Diemer & Wei, LLP     100 W San Fernando Street, #555     San Jose, CA 95113
MICHAEL P. ESSER     Kirkland & Ellis LLP     555 California Street     San Francisco, CA 94104
PAUL JOSEPH PASCUZZI     Felderstein et al. LLP     400 Capitol Mall, #1750     Sacramento, CA 95814
JOHN CARL LEMON     Law Offices of John C Lemon APC     1350 Columbia Street, Unit 600     San Diego, CA 92101
LARS TERENCE FULLER     The Fuller Law Firm     60 North Keeble Avenue     San Jose, CA 95126
ERIC EVAN SAGERMAN     16060 Ventura Blvd     Suite 110−125     Encino, CA 91436
Jeanne Finegan     President and Chief Media Officer     of HF Media, LLC
Shai Waisman     Chief Executive Office of Prime Clerk

TOTAL: 18