Is this transcript for an appeal?
If yes, an Expedited transcript
is required. ☐ Yes ☑ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** | **Chapter** | **Case Number:**

In re PG&E Corporation and Pacific Gas and Electric Company | 11 | 19-30088

**Adversary Proceeding Name:**

_____

**vs.**

_____ **Plaintiff(s),**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

_____

_____ **Defendant(s).**

**Date of Hearing:** 6/26/2019 | **Time of Hearing:** 9:30 am
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali | **Hearing Location:** San Francisco Courtroom 17

**Transcriber:** e-Scribers | **Alternate Transcriber:** Josephine McCall Court Transcribing

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☑ Daily (24 Hours)
- ☑ Entire Hearing
- ☐ Testimony of Witness
- ☐ Ruling/Opinion Portion Only
- ☐ Other/Special Instructions: _____ Name of Witness

**Name of Person(s) Ordering Transcript:**

Dennis Dunne

**Contact Person:**

David McCracken, Case Mgr.

**Phone Number:**

212-530-5438

**Mailing Address (include law firm name, if any):**

Dennis F. Dunne (admitted pro hac vice)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163

**Email Address:**

dmccracken@milbank.com

## THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ | Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ | Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want
is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording.
To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019