B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,  Case No. _____

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____  _____
      Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee should be sent:
507 Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
RiverPark Advisors LLC
156 W 56th Street, Suite 1704
New York, NY 10019
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____   Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, Corrpro Companies, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to RiverPark Strategic Income Fund ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") against the debtor(s) in *In re: Pacific Gas and Electric Company* (Case No. 19-30089) pending in the United States Bankruptcy Court for Northern District of California (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 28, 2019.

**Corrpro Companies, Inc.**

By: *(signature)*
David P. Morris
Executive Vice President