Jonathan Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 252-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No.19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CONSOLIDATED FIRST MONTHLY FEE STATEMENT OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH APRIL 30, 2019**<br><br>**Objection Deadline:** July 19, 2019 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| To: | The Notice Parties |
|---|---|
| Name of Applicant: | Simpson Thacher & Bartlett LLP |
| Authorized to Provide Professional Services to: | Counsel for Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors |
| Date of Retention: | May 10, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | January 29, 2019 through April 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,931,632.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $16,579.35 |

Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or the "**Applicant**"), counsel for (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and for the members of the Board from time to time in their capacities as members of the Board, and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**"), hereby submits its Consolidated First Monthly Fee Statement (this "**Consolidated Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 29, 2019 through April 30, 2019 (the "**Consolidated Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Consolidated Monthly Fee Statement, Simpson Thacher requests allowance and payment of $1,545,305.60 (80% of $1,931,632.00) as compensation for professional services rendered to the Board and the Independent Directors during the Consolidated Fee Period and allowance and payment of $16,579.35 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by Simpson Thacher during the Consolidated Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Board and/or Independent Directors in connection with these Chapter 11 Cases during the Consolidated Fee Period covered by this Consolidated Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Consolidated Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Consolidated Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Consolidated Fee Period. Attached hereto as **Exhibit E** are the detailed expenses entries for the Consolidated Fee Period.

In accordance with the Interim Compensation Procedures Order, responses and objections to this Consolidated Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date of the Consolidated Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Consolidated Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to any objection.

3

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Dated: June 28, 2019

Respectfully submitted,

/s/ Jonathan C. Sanders
Jonathan C. Sanders
Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell

SIMPSON THACHER & BARTLETT LLP

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

4

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119
Attn: Stephen Karotkin, Esq.,
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.,
Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.,
Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.,
Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.,
Gregory A. Bray, Esq.,
Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq.,
Cecily Dumas, Esq.

Bruce A. Markell
541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710
bamexampge@gmail.com
pge@legaldecoder.com
traceyrgallegos@gmail.com

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017