Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit A**

**COMPENSATION BY PROFESSIONAL
JANUARY 29, 2019 THROUGH APRIL 30, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases during the Consolidated Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | 1,640.00 | 116.30 | $190,732.00 |
| Frahn, Harrison J. | Litigation | 1997 | 1,535.00 | 0.50 | $767.50 |
| Goldin, Nicholas | Litigation | 2000 | 1,480.00 | 139.50 | $206,460.00 |
| Grogan, Gregory T. | ECEB | 2001 | 1,535.00 | 5.90 | $9,056.50 |
| Kelley, Karen H. | Corporate | 2003 | 1,425.00 | 2.50 | $3,562.50 |
| Ponce, Mario A. | Corporate | 1989 | 1,640.00 | 95.90 | $157,276.00 |
| Purushotham, Ravi | Corporate | 2010 | 1,325.00 | 77.80 | $103,085.00 |
| Torkin, Michael H. | Corporate | 1999 | 1,535.00 | 43.00 | $66,005.00 |
| Alcabes, Elisa | Litigation | 1989 | 1,220.00 | 40.60 | $49,532.00 |
| McLendon, Kathrine | Corporate | 1985 | 1,220.00 | 74.60 | $91,012.00 |
| Brunner, Janice G. | Corporate | 2001 | 1,190.00 | 4.00 | $4,760.00 |
| **Total Partners and Counsel:** | | | | **600.60** | **$882,248.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | 700.00 | 31.10 | $21,770.00 |
| Duran, Raul G. | Litigation | 2018 | 590.00 | 39.50 | $23,305.00 |
| Fell, Jamie | Corporate | 2015 | 995.00 | 4.80 | $4,776.00 |
| Hinckson, Shanice D. | Litigation | 2019 | 590.00 | 13.40 | $7,906.00 |
| Isaacman, Jennifer | Litigation | Not admitted | 590.00 | 198.90 | $117,351.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | 590.00 | 173.60 | $102,424.00 |
| Levine, Jeff P. | Corporate | 2016 | 915.00 | 104.40 | $95,526.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | 1,095.00 | 216.40 | $236,958.00 |
| Sussman, Rebecca A. | Litigation | 2017 | 840.00 | 266.50 | $223,860.00 |
| Sussman, Rebecca A. | Litigation | 2017 | 420.00 | 3.00 | $1,260.00 |
| Vallejo, Melissa A. | Litigation | Not admitted | 590.00 | 278.10 | $164,079.00 |
| Yeagley, Alexander | Corporate | 2018 | 700.00 | 40.90 | $28,630.00 |
| **Total Associates:** | | | | **1,370.60** | **$1,027,845.00** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal - Litigation | 455.00 | 8.40 | $3,822.00 |
| Laspisa, Rosemarie | Paralegal - Litigation | 400.00 | 27.50 | $11,000.00 |
| O'Connor, Elizabeth | Paralegal - Litigation | 265.00 | 10.60 | $2,809.00 |
| Fuller, Devin | Resource Center | 265.00 | 0.20 | $53.00 |
| Gedrich, Evan | Resource Center | 265.00 | 1.50 | $397.50 |
| Jacovatos, Nicholas | Resource Center | 265.00 | 1.00 | $265.00 |
| Azoulai, Moshe | Knowledge Management | 455.00 | 1.20 | $546.00 |
| Kovoor, Thomas G. | Knowledge Management | 420.00 | 6.30 | $2,646.00 |
| **Total Paraprofessionals:** | | | **56.70** | **$21,538.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 1,468.95 | 600.60 | $882,248.50 |
| Associates | 749.92 | 1,370.60 | $1,027,845.00 |
| Paraprofessionals | 379.87 | 56.70 | $21,538.50 |
| Blended Attorney Rate | 969.00 | | |
| **Total Fees Incurred** | | **2,027.90** | **$1,931,632.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017