Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

<u>**Exhibit C**</u>

**EXPENSE SUMMARY FOR THE PERIOD
<u>JANUARY 29, 2019 THROUGH APRIL 30,, 2019</u>**

| <u>Expenses</u> | <u>Amounts</u> |
|---|---|
| **Research** | **$6908.51** |
|     Online Research | $6144.01 |
|     Document Retrieval | $764.50 |
| **Meals** | **$2096.01** |
|     Overtime | $1994.89 |
|     Travel | $101.12 |
| **Travel** | **$4,461.41** |
|     Airfare | $2823.11 |
|     Hotel | $1387.64 |
|     Out-of-Town Travel | $250.66 |
| **Transportation** | **$1013.43** |
|     Local | $254.23 |
|     Overtime Carfare | $759.20 |
| **Duplicating** | **$719.19** |
|     Binding | $16.42 |
|     Print & Scan | $702.77 |
| **Courier and Postage** | **$949.34** |
| **Conferencing/Communication** | **$431.46** |
|     Telephone | $42.82 |
|     Conferencing Services | $131.14 |
|     Court Call | $257.50 |
| **Total Expenses Requested:** | **$16,579.35** |