WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE AND DECLARATION OF COUNSEL** |

**NEW YORK STATE, COUNTY OF NEW YORK**

    At the time of service, I was over 18 years of age and **not a party to this action**. I am an attorney at the law firm of Weil, Gotshal & Manges LLP in the County of New York, New York State. My business address is 767 Fifth Avenue, New York, New York 10153.

    On June 27, 2019 at 11:11 a.m. (Pacific Time), I served a redline comparison of the proposed Order (the "**Bar Date Order**") granting the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 for Order (i) Establishing Deadline for Filing Proofs of Claim, (ii) Establishing the Form and Manner of Notice Thereof, and (iii) Approving Procedures for Providing Notice of Bar Date and Other Information to all Creditors and Potential Creditors* [Dkt. No. 1784] (the "**Bar Date Motion**") against the version of the Bar Date Order attached to the *Debtors' Corrected Omnibus (i) Reply in Support of the Debtors' Bar Date Motion, and (ii) Objection to the TCC's Bar Date Motion* [Docket No. 2646] on the parties that objected to the Bar Date Motion as follows:

    **BY E-MAIL** on:

| **Counsel for the Official Committee of Tort Claimants:**<br>Robert Julian (rjulian@bakerlaw.com)<br>Cecily Duma (cdumas@bakerlaw.com)<br>Eric Sagerman (esagerman@bakerlaw.com)<br>Lauren Attard (lattard@bakerlaw.com)<br>Eric Goodman (egoodman@bakerlaw.com) | **Counsel for the Official Committee of Unsecured Creditors:**<br>Gregory Bray (gbray@milbank.com)<br>Tom Kreller (tkreller@milbank.com)<br>Andrew LeBlanc (aleblanc@milbank.com) |
|---|---|
| **United States Trustee for Region 3:**<br>Tim Laffredi (timothy.s.laffredi@usdoj.gov)<br>Marta Villacorta (marta.villacorta@usdoj.gov) | **Counsel for California Department of Toxic Substances Control, et al.:**<br>Paul Pascuzzi (ppascuzzi@ffwplaw.com)<br>Steven Felderstein (sfelderstein@ffwplaw.com) |
| **Counsel for the Ad Hoc Group of Subrogation Claim Holders:**<br>Kathryn Diemer (kdiemer@diemerwei.com)<br>Matthew Feldman (mfeldman@willkie.com)<br>Joseph Minias (jminias@willkie.com)<br>Daniel Forman (dforman@willkie.com) | **Counsel for Sonoma Clean Power Authority:**<br>Larry Engel (larry@engeladvice.com)<br>Mark Gorton (mgorton@boutinjones.com)<br>Jessica Mullan (jmullan@sonomacleanpower.org) |

| Counsel for the Singleton Law Firm Fire Victim Claimants: <br> Gerald Singleton (gerald@slffirm.com) <br> John Lemon (john@slffirm.com) | Counsel for Individual Butte Fire, North Bay Fires, and Camp Fire Victim Claimants: <br> Dario de Ghetaldi (deg@coreylaw.com) <br> Amanda L. Riddle (alr@coreylaw.com) <br> Steven Berki (smb@coreylaw.com) <br> Sumble Manzoor (sm@coreylaw.com) <br> Michael Danko (mdanko@dankolaw.com) <br> Kristine Meredith (kmeredith@dankolaw.com) <br> Shawn Miller (smiller@dankolaw.com) <br> Eric Gibbs (ehg@classlawgroup.com) <br> Dylan Hughes (dsh@classlawgroup.com) |
|---|---|
| Counsel for State Farm Mutual Automobile Insurance Company: <br> Lily North (lily.north@dechert.com) <br> Allan Brilliant (allan.brilliant@dechert.com) <br> Shmuel Vasser (shmuel.vasser@dechert.com) <br> Alaina Heine (Alaina.heine@dechert.com) | Counsel for Certain Paradise Businesses and Residents: <br> John Pierce (jpierce@piercebainbridge.com) <br> Thomas Warren (twarren@piercebainbridge.com) <br> Michael Gottfried (mgottfried@lgbfirm.com) |
| Counsel for the Public Advocates Office: <br> Alisa Lacey (alisa.lacey@stinson.com) | |

The Debtors solicited comments from the above parties on the proposed Bar Date Order and requested responses by June 28, 2019 at 11:00 a.m. (Pacific Time). The proposed Bar Date Order submitted for entry reflects comments the Debtors received from the United States Trustee, Counsel for the Official Committee of Tort Claimants, Counsel for the Official Committee of Unsecured Creditors, Counsel for State Farm Mutual Automobile Insurance Company, Counsel for the Ad Hoc Group of Subrogation Claim Holders, Counsel for the Public Advocates Office, and Counsel for California Department of Toxic Substances Control, and other state agencies. Counsel for Certain Paradise Businesses and Residents requested the addition of language that was not discussed at the hearing held on the Bar Date Motion on June 26, 2019 and which the Debtors have not included.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2019

/s/ *Rachael Foust*
Rachael Foust