# Exhibit A

| Seq # | Claimant | Debtor | Date Received | Demand Amount | Proposed Amount of Asserted Reclamation Claim - Valid | Proposed Amount of Asserted Reclamation Claim – Invalid | Explanation of Proposed Treatment |
|---|---|---|---|---|---|---|---|
| 1 | A & J Electric Cable Corporation | Pacific Gas and Electric Company | 2/5/2019 | $315,884.80 | $289,139.41 | $26,745.39 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 2 | Aclara Meters, LLC | Pacific Gas and Electric Company | 2/18/2019 | $1,784,234.93 | $1,305,268.84 | $478,966.09 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |
| 3 | Aclara Technology, LLC | Pacific Gas and Electric Company | 2/18/2019 | $130,015.20 | $119,280.00 | $10,735.20 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 4 | Analysis and Measurement Services Corporation | Pacific Gas and Electric Company | 2/13/2019 | $475,000.00 | $475,000.00 | $0.00 | Debtors agree with asserted demand amount. |
| 5 | Cenveo Worldwide Limited | Pacific Gas and Electric Company | 2/20/2019 | $280,779.20 | $0.00 | $280,779.20 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; and (iv) amounts that do not match the Debtors' books and records. |
| 6 | CM Distributors, Inc. | Pacific Gas and Electric Company | 5/7/2019 | $164,920.41 | $0.00 | $164,920.41 | Proposed invalid reclamation amount represent amounts not timely filed. |
| 7 | Cooper Industries Inc. | Pacific Gas and Electric Company | 2/15/2019 | $19,449.00 | $7,705.00 | $11,744.00 | Proposed invalid reclamation amount represent amounts invoiced for goods consumed or not identifiable. |
| 8 | Cooper Power Systems LLC | Pacific Gas and Electric Company | 2/15/2019 | $204,372.68 | $96,012.72 | $108,359.96 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |
| 9 | DMT Solutions Global Corporation d/b/a Bluecrest | Pacific Gas and Electric Company | 2/18/2019 | $892,175.35 | $0.00 | $892,175.35 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods consumed or not identifiable; (iii) amounts paid/satisfied/withdrawn; and (iv) amounts that do not match the Debtors' books and records. |
| 10 | Donaldson Co., Inc. | Pacific Gas and Electric Company | 2/5/2019 | $340,235.48 | $0.00 | $340,235.48 | Proposed invalid reclamation amount represent amounts invoiced for amounts paid/satisfied/withdrawn. |
| 11 | Graybar Electric Company, Inc. | Pacific Gas and Electric Company | 1/24/2019 | $242,914.31 | $0.00 | $242,914.31 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods consumed or not identifiable; (iii) amounts paid/satisfied/withdrawn; and (iv) amounts that do not match the Debtors' books and records. |
| 12 | Klute Inc. | Pacific Gas and Electric Company | 2/20/2019 | $147,546.55 | $146,086.87 | $1,459.68 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |
| 13 | McFarland Cascade Holding, Inc. | Pacific Gas and Electric Company | 2/1/2019 | $1,271,819.27 | $0.00 | $1,271,819.27 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods consumed or not identifiable; and (iii) amounts paid/satisfied/withdrawn. |
| 14 | Mitsubishi Electric US, Inc. | Pacific Gas and Electric Company | 1/31/2019 | $77,561.69 | $71,833.00 | $5,728.69 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 15 | MRC Global (US) Inc. | Pacific Gas and Electric Company | 1/29/2019 | $1,557,807.51 | $833,574.95 | $724,232.56 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; (iv) amounts paid/satisfied/withdrawn; and (v) amounts that do not match the Debtors' books and records. |
| 16 | MRO Integrated Solutions, LLC | Pacific Gas and Electric Company | 1/29/2019 | $23,916,568.05 | $0.00 | $23,916,568.05 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; (iv) amounts paid/satisfied/withdrawn; (v) amounts that do not match the Debtors' books and records; and (vi) amounts that did not include sufficient documentation. |
| 17 | OneSource Supply Solutions, LLC | Pacific Gas and Electric Company | 1/29/2019 | $6,968,481.79 | $0.00 | $6,968,481.79 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; and (iii) goods consumed or not identifiable. |
| 18 | Pivot Interiors, Inc. | Pacific Gas and Electric Company | 2/15/2019 | $600,104.29 | $4,127.50 | $595,976.79 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; (iv) amounts paid/satisfied/withdrawn; and (v) amounts that did not include sufficient documentation. |
| 19 | Praxair, Inc. | Pacific Gas and Electric Company | 2/14/2019 | $59,254.80 | $0.00 | $59,254.80 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; (iv) amounts paid/satisfied/withdrawn; and (v) amounts that do not match the Debtors' books and records. |
| 20 | Sabre Industries, Inc. | Pacific Gas and Electric Company | 2/15/2019 | $371,556.80 | $0.00 | $371,556.80 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |
| 21 | Schlumberger Technology Corporation | Pacific Gas and Electric Company | 2/18/2019 | $235,529.69 | $0.00 | $235,529.69 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |
| 22 | Southwire Company | Pacific Gas and Electric Company | 2/15/2019 | $1,298,939.87 | $0.00 | $1,298,939.87 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods consumed or not identifiable; (iii) amounts paid/satisfied/withdrawn. |
| 23 | SPX Transformer Solutions, Inc. | Pacific Gas and Electric Company | 2/15/2019 | $1,482,540.08 | $1,249,512.00 | $233,028.08 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 24 | The Okonite Company | Pacific Gas and Electric Company | 2/15/2019 | $1,563,468.49 | $0.00 | $1,563,468.49 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; (ii) goods received outside of period; (iii) goods consumed or not identifiable; and (iv) amounts paid/satisfied/withdrawn. |
| 25 | Thermo Eberline LLC | Pacific Gas and Electric Company | 2/15/2019 | $127,274.55 | $123,120.00 | $4,154.55 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 26 | Thermo Environmental Instruments LLC | Pacific Gas and Electric Company | 2/19/2019 | $638.62 | $566.00 | $72.62 | Proposed invalid reclamation amount represent amounts invoiced for non-goods. |
| 27 | Thermo Gamma-Metrics LLC | Pacific Gas and Electric Company | 2/15/2019 | $8,971.75 | $8,971.75 | $0.00 | Debtors agree with asserted demand amount. |
| 28 | World Wide Technology, Inc. | Pacific Gas and Electric Company | 2/18/2019 | $1,743,727.81 | $156,299.77 | $1,587,428.04 | Proposed invalid reclamation amount represent amounts invoiced for (i) non-goods; and (ii) goods consumed or not identifiable. |