UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on United Pentecostal Church of Pittsburg Inc., (MMLID: 4931299), PO Box 1800, Pittsburg, CA, 94565:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396]

3. On June 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Sanchez, Teresa Alvarez, Dow Patten, (MMLID: 6007898), 888 S. Figueroa Street, Suite 2030, Los Angeles, CA, 90017:

- Order Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 2278]

*[Remainder of page intentionally left blank]*

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of July 2019, at New York, NY.

_____
Nabeela Ahmad

Case: 19-30088   Doc# 2796   Filed: 07/01/19   Entered: 07/01/19 09:25:12   Page 2 of 2

SRF 33905