B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SPCP Group LLC | The Original Mowbray's Tree Service, Inc. |
| Name of Transferee | Name of Transferor |

Court Claim # (if known): $6,075,100.00 general unsecured claim set forth as item 3.3648 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Amount of Claim Transferred: USD $6,075,100.00

Name and Address where notices to transferee should be sent:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

Name and Address where transferee payments
should be sent (if different from above):
SPCP Group, LLC
Mail Code: 11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 6/28/19
SPCP Group LLC
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT 1
SCHEDULE E/F APPLICABLE PAGE

OHSUSA:752495281.3

Case: 19-30088    Doc# 2797    Filed: 07/01/19    Entered: 07/01/19 09:40:19    Page 2 of 8

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | **Trade Payables** | | | | | | | |
| 3.3643 | THE GASSER FOUNDATION<br>433 SOSCOL AVE #A120<br>NAPA, CA 94559 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $75,463 |
| 3.3644 | THE LS STARRETT CO<br>24500 DETROIT RD<br>CLEVELAND, OH 44145 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $111 |
| 3.3645 | THE METROPOLITAN WATER DISTRICT<br>700 N ALAMEDA ST<br>LOS ANGELES, CA 90012-3352 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,136 |
| 3.3646 | THE MONO NATION<br>58288 ROAD 225<br>NORTH FORK, CA 93643 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,640 |
| 3.3647 | THE OKONITE COMPANY INC<br>2440 CAMINO RAMON STE 315<br>SAN RAMON, CA 94583 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,043,351 |
| 3.3648 | THE ORIGINAL MOWBRAY'S TREE SERVICE<br>171 S WATERMAN AVE<br>SAN BERNARDINO, CA 92408 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,075,100 |
| 3.3649 | THE REGENTS OF THE UNIVERSITY<br>2195 HEARST AVE RM 130 MC1103<br>BERKELEY, CA 94720 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $35,000 |
| 3.3650 | THE REGENTS OF THE UNIVERSITY OF CA<br>1 CYCLOTRON RD MS 90-1070<br>BERKELEY, CA 94720 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $7,760 |
| 3.3651 | THE SARDINE FACTORY, INC.<br>555 ABREGO STREET<br>MONTEREY, CA 93940 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $111 |
| 3.3652 | THE SCOZZARI COMPANY<br>3198 WILLOW AVE STE 106<br>CLOVIS, CA 93612 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,000 |

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court")
Attn: Clerk

AND TO: Pacific Gas and Electric Company (the "Debtor")
Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case")

> re: $6,075,100.00 general unsecured claim of The Original Mowbray's Tree Service, Inc. set forth as item 3.3648 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

The Original Mowbray's Tree Service, Inc. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC

**Documentation to be sent to**
SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

OHSUSA:752495281.3

and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to that certain $6,075,100.00 general unsecured claim of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.3648 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 28, 2019.

THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.

By: /s/ Romaine Jordan

Name Romaine Jordan
Title CEO

SPCP GROUP, LLC

By: _____

Name
Title

OHSUSA:752495281.3

and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to that certain $6,075,100.00 general unsecured claim of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.3648 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 28, 2019.

THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.

By:_____

Name
Title

SPCP GROUP, LLC

By:_____

Name    Jennifer Poccia
Title    Authorized Signatory

OHSUSA:752495281.3

# EXHIBIT 1
# SCHEDULE E/F APPLICABLE PAGE

OHSUSA:752495281.3

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|

#### Trade Payables

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.3643 | THE GASSER FOUNDATION<br>433 SOSCOL AVE #A120<br>NAPA, CA 94559 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $75,463 |
| 3.3644 | THE LS STARRETT CO<br>24500 DETROIT RD<br>CLEVELAND, OH 44145 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $111 |
| 3.3645 | THE METROPOLITAN WATER DISTRICT<br>700 N ALAMEDA ST<br>LOS ANGELES, CA 90012-3352 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,136 |
| 3.3646 | THE MONO NATION<br>58288 ROAD 225<br>NORTH FORK, CA 93643 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,640 |
| 3.3647 | THE OKONITE COMPANY INC<br>2440 CAMINO RAMON STE 315<br>SAN RAMON, CA 94583 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,043,351 |
| 3.3648 | THE ORIGINAL MOWBRAY'S TREE SERVICE<br>171 S WATERMAN AVE<br>SAN BERNARDINO, CA 92408 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,075,100 |
| 3.3649 | THE REGENTS OF THE UNIVERSITY<br>2195 HEARST AVE RM 130<br>MC1103<br>BERKELEY, CA 94720 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $35,000 |
| 3.3650 | THE REGENTS OF THE UNIVERSITY OF CA<br>1 CYCLOTRON RD MS 90-1070<br>BERKELEY, CA 94720 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $7,760 |
| 3.3651 | THE SARDINE FACTORY, INC.<br>555 ABREGO STREET<br>MONTEREY, CA 93940 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $111 |
| 3.3652 | THE SCOZZARI COMPANY<br>3198 WILLOW AVE STE 106<br>CLOVIS, CA 93612 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,000 |