**Exhibit A**

# COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH MAY 31, 2019

The attorneys who rendered professional services in these Chapter 11 Cases from May 1, 2019 through May 31, 2019 for which Baker is seeking compensation are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY* DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Benson, Glenn S. | ENERGY | 1993 | $640.00 | 101.00 | $64,640.00 |
| Bloom, Jerry R. | ENERGY | 1980 | $1,145.00 | 116.70 | $133,621.50 |
| Brennan, Terry M | LIT | 1995 | $600.00 | 3.30 | $1,980.00 |
| Campbell, Patrick T. | LIT | 2007 | $695.00 | 10.60 | $7,367.00 |
| Casey, Lee A | LIT | 1982 | $1,255.00 | 18.70 | $23,468.50 |
| DeLaquil, Mark W | LIT | 2004 | $885.00 | 4.90 | $4,336.50 |
| Dettelbach, Steven M. | LIT | 1991 | $1,015.00 | 12.30 | $12,484.50 |
| Dumas, Cecily A. | BRCR | 1984 | $950.00 | 197.90 | $188,005.00 |
| Esmont, Joseph M. | BRCR | 2008 | $600.00 | 92.50 | $54,540.00 |
| Feldman, R. Scott | IP | 1993 | $865.00 | 36.10 | $31,226.50 |
| Fuller, Lars H. | BRCR | 1995 | $545.00 | 75.10 | $38,749.50 |
| Goodman, Eric R. | BRCR | 2003 | $800.00 | 228.40 | $179,520.00 |
| Green, Elizabeth A | BRCR | 1986 | $720.00 | 78.30 | $54,216.00 |
| Grossman, Andrew M. | LIT | 2008 | $850.00 | 17.40 | $14,790.00 |
| Julian, Robert | LIT | 1979 | $1,175.00 | 166.40 | $193,992.50 |
| Kristiansen, Eric | LIT | 2000 | $685.00 | 91.40 | $62,609.00 |
| McLellan, Melinda L. | PDP | 2005 | $765.00 | 11.70 | $8,950.50 |
| Morris, Kimberly S. | LIT | 2004 | $895.00 | 207.50 | $183,072.25 |
| Parrish, Jimmy D. | BRCR | 2000 | $590.00 | 32.10 | $18,939.00 |
| Payne Geyer, Tiffany | BRCR | 2000 | $455.00 | 37.80 | $17,199.00 |
| Rivkin, Jr., David B. | LIT | 1985 | $1,625.00 | 21.30 | $34,612.50 |
| Rose, Jorian E. | BRCR | 1998 | $1,010.00 | 155.50 | $155,742.00 |
| Sagerman, Eric T. | BRCR | 1991 | $1,145.00 | 46.00 | $52,670.00 |
| Townsend, Wendy C | BRCR | 2000 | $470.00 | 9.70 | $4,559.00 |
| Turner, Christa C | LIT | 1996 | $575.00 | 7.40 | $4,255.00 |
| Weible, Robert A. | CORP | 1978 | $830.00 | 71.50 | $59,345.00 |

---

* BRCR – Bankruptcy, Restructuring and Creditors' Rights; CORP – Corporate Governance; ENERGY – Energy; LIT – Litigation; IP – Intellectual Property; PDP – Privacy and Data Protection; T – Tax;

-5-

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY* DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Woltering, Catherine E. | LIT | 2008 | $750.00 | 214.00 | $156,450.00 |
| Workman, Donald A. | BRCR | 1992 | $930.00 | 179.30 | $166,749.00 |
| **Total Partners and Counsel:** | | | | **2,244.80** | **$1,928,089.75** |

| NAME OF PROFESSIONAL ASSOCIATES: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | BRCR | 2008 | $600.00 | 121.50 | $67,920.00 |
| Baker, Amanda K. | BRCR | 2016 | $300.00 | 20.30 | $6,090.00 |
| Bent, Camille C. | BRCR | 2009 | $610.00 | 16.40 | $10,004.00 |
| Blanchard, Jason I. | BRCR | 2011 | $650.00 | 111.00 | $72,150.00 |
| Bloom, Taylor A | PDP | 2013 | $475.00 | 24.90 | $11,827.50 |
| Brown, Arielle L. | PDP | 2014 | $360.00 | 39.90 | $14,364.00 |
| Coleman, Tera N. | LIT | 2013 | $330.00 | 29.50 | $9,735.00 |
| Donaho, Thomas A. | LIT | 2011 | $530.00 | 29.00 | $15,370.00 |
| Forhan, Elliot P. | CORP | 2013 | $340.00 | 63.40 | $21,556.00 |
| Johnson, Brian V. | LIT | 2018 | $415.00 | 13.40 | $5,561.00 |
| Kates, Elyssa S. | BRCR | 2000 | $760.00 | 170.70 | $121,486.00 |
| Kavouras, Daniel M. | LIT | 2012 | $365.00 | 19.30 | $5,767.00 |
| Knudsen, Renee | LIT | 2016 | $460.00 | 6.10 | $2,806.00 |
| Layden, Andrew V. | BRCR | 2010 | $550.00 | 4.80 | $2,640.00 |
| Raile, Richard | LIT | 2012 | $565.00 | 4.30 | $2,429.50 |
| Rice, David W. | LIT | 2010 | $610.00 | 105.80 | $64,538.00 |
| Sproull, Kelsey M. | LIT | 2011 | $515.00 | 13.80 | $7,107.00 |
| Zuberi, Madiha M. | LIT | 2009 | $605.00 | 39.20 | $23,716.00 |
| **Total Associates:** | | | | **833.30** | **$465,067.00** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bookout, Kimberly M. | Litigation Services | $250.00 | 5.00 | $1,250.00 |
| Kinne, Tanya M. | CORP | $365.00 | 49.80 | $16,899.50 |
| Landrio, Nikki | Litigation Services | $420.00 | 82.70 | $34,734.00 |
| Lane, Deanna L. | BRCR | $280.00 | 20.60 | $5,768.00 |
| Peterson, Peggy A | Federal Policy | $430.00 | 75.00 | $32,250.00 |
| Ravick, Jacob H. | BRCR | $250.00 | 20.50 | $5,125.00 |
| Rawles, Michael | LIT | $270.00 | 10.20 | $2,754.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **263.80** | **$98,780.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $858.91 | 2,244.80 | $1,928,089.75 |
| Associates | 558.10 | 833.30 | 465,067.00 |
| **Blended Attorney Rate** | **$777.48** | **3,078.10** | **$2,393,156.75** |
| Paraprofessionals and other non-legal staff | 374.45 | 263.80 | 98,780.50 |
| **Total Fees Incurred** | **$745.66** | **3,341.90** | **$2,491,937.25** |