**Exhibit B**

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 3.20 | $2,552.00 |
| 002 | Asset Sales/363 Sales | 3.50 | $3,325.00 |
| 003 | Automatic Stay | 44.10 | $42,235.00 |
| 004 | Bankruptcy Litigation | 198.20 | $145,069.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 777.50 | $611,392.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 90.50 | $38,029.50 |
| 007 | CCA and other Aggregator Issues | 0.60 | $570.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 62.40 | $52,505.50 |
| 009 | Committee Meetings and Preparation | 281.90 | $234,476.00 |
| 010 | Corporate and Board Issues | 75.40 | $65,391.00 |
| 011 | Customer, Supplier and Vendor Issues | 3.30 | $3,778.50 |
| 016 | Exclusivity | 92.80 | $75,825.00 |
| 018 | General Case Strategy (includes communications with Committee) | 93.40 | $73,876.00 |
| 019 | Hearings and Court Matters | 129.30 | $100,509.00 |
| 020 | Legislative Issues/Inverse Reform | 139.20 | $140,068.00 |
| 021 | Non-Bankruptcy Litigation | 3.80 | $2,507.00 |
| 022 | Non-Working Travel | 99.40 | $33,811.75† |
| 023 | FERC Adversary Proceeding | 0.30 | $279.00 |
| 024 | District Court Litigation | 159.00 | $94,379.00 |
| 025 | Regulatory Issues including CPUC and FERC | 336.80 | $215,987.00 |
| 026 | Retention Applications | 19.80 | $16,324.00 |
| 027 | Fee Application: Baker | 75.50 | $48,091.00 |
| 028 | Fee Application: Other Professionals | 3.50 | $1,914.50 |
| 029 | Schedules/Statement of Financial Affairs | 11.30 | $7,094.00 |
| 031 | U.S. Trustee issues/meetings/communications/monthly operating | 2.50 | $2,250.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 24.10 | $24,386.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 0.50 | $465.00 |
| 034 | Withdraw Reference | 2.10 | $1,512.00 |
| 035 | Real Estate and Real Property Issues | 0.30 | $285.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 14.60 | $9,532.00 |
| 037 | Investigations | 1.90 | $1,732.00 |

---

† Travel time was charged at 50% of normal hourly rates during the Fee Period.

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 038 | Financial Advisors | 189.30 | $156,651.50 |
| 039 | Other Contested Matters | 8.70 | $7,024.00 |
| 042 | Subrogation | 208.90 | 122,352.00 |
| 044 | Wildfire Assistance Fund | 184.30 | $155,758.50 |
| **TOTAL** | | **3,341.90** | **$2,491,937.25** |