**Exhibit C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

| EXPENSES | AMOUNTS |
|---|---:|
| Airfare | $27,540.00 |
| Automated Research | $6,942.48 |
| Business Meals | $5,256.04 |
| Delivery Services | $229.35 |
| Ground Transportation (Local) | $3,892.28 |
| Ground Transportation (Out of Town) | $1,995.87 |
| Lodging | $17,698.50 |
| Meals While Traveling | $883.96 |
| Miscellaneous (Meeting Room Rental) | $1,950.00 |
| On-line Research | $30.50 |
| Other Professional Services | $689.70 |
| Outside Duplicating & Binding Services | $877.95 |
| Postage | $650.34 |
| Teleconference Charges (Court Call) | $577.50 |
| Transcripts | $790.26 |
| **Total Expenses Requested:** | **$70,017.53** |

Case: 19-30088    Doc# 2798-3    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 2 of 2