**Exhibit E**

### Expenses

| | |
|---|---:|
| Postage (E108) | 650.34 |
| Automated Research (E106) | 6,942.48 |
| Outside Duplicating & Binding (E102) | 877.95 |
| Ground Transportation Local (E109) | 3,892.28 |
| Other Professional Services (E123) | 689.70 |
| Airfare/Trainfare (E110) | 27,540.00 |
| Transcripts (E116) | 790.26 |
| Teleconference Charges (E105) | 577.50 |
| Meals while Traveling (E110) | 883.96 |
| Ground Transportation Out of Town (E110) | 1,995.87 |
| Delivery Services (E107) | 229.35 |
| Lodging (E110) | 17,698.50 |
| Business Meals, etc. (E111) | 5,256.04 |
| Miscellaneous (E124) | 1,950.00 |
| Online Research (E106) | 30.50 |
| **Total Expenses** | **$ 70,017.53** |

### Expenses and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 04/22/19 | Meals while Traveling (E110) Breakfast; Donald Workman; Breakfast (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 22, 2019; | 20.50 |
| 04/22/19 | Meals while Traveling (E110) Dinner; Donald Workman; Dinner at hotel in San Francisco (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 22, 2019; | 39.82 |
| 04/24/19 | Meals while Traveling (E110) Breakfast; Donald Workman; Breakfast at hotel in San Francisco (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 24, 2019; | 20.00 |
| 04/26/19 | Meals while Traveling (E110) Dinner; Donald Workman; Dinner in San Francisco (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 26, 2019; | 50.00 |
| 05/08/19 | Meals while Traveling (E110) Dinner; Jorian Rose; TROPISUENO SAN FRANCISCO CA; Dinner meal expense during trip to San Francisco, CA to prepare for hearing on issue relating to regulatory issues and prepare for Committee meeting on May 9, 2019 including update on hearings and status of matters (Dates of travel are May 8-10, 2019).; May 08, 2019; | 26.55 |
| 05/14/19 | Meals while Traveling (E110) Dinner; Donald Workman; Dinner at hotel in San Francisco (Travel to San Francisco, May 14-16, 2019, to | 49.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2798-3   Filed: 07/01/19   Entered: 07/01/19 10:07:47   Page 2 of 14

| Date | Description | Amount |
|---|---|---|
| | attend meetings on case); May 14, 2019; | |
| 05/14/19 | Meals while Traveling (E110) Dinner; Elizabeth Green; Travel to and from San Francisco, CA to Attend Meetings Regarding Tort Committee May 14, 2019 to May 16, 2019 - Dinner; May 14, 2019; | 47.74 |
| 05/15/19 | Meals while Traveling (E110) Breakfast; Elizabeth Green; Travel to and from San Francisco, CA to Attend Meetings Regarding Tort Committee May 14, 2019 to May 16, 2019 - Breakfast; May 15, 2019; | 20.00 |
| 05/19/19 | Dinner; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 19, 2019; | 54.87 |
| 05/20/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19); May 20, 2019; | 50.00 |
| 05/21/19 | Dinner; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 21, 2019; | 50.00 |
| 05/21/19 | Meals while Traveling (E110) Breakfast; Lauren Attard; Meetings on claims.; May 21, 2019; | 5.46 |
| 05/21/19 | Meals while Traveling (E110) Dinner; Lauren Attard; Meetings on claims.; May 21, 2019; | 50.00 |
| 05/21/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19) (Mr. Goodman's share of dinner with team); May 21, 2019; | 50.00 |
| 05/22/19 | Meals while Traveling (E110) Dinner; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 22, 2019; | 50.00 |
| 05/22/19 | Dinner; Susan Edelman; Dinner S Edelman; Merchant: SP America / iron horse /PG&E travel / San Francisco and Sacramento – Sacramento on 5/23/19. Official Committee of Tort Claimants | 32.07 |
| 05/22/19 | Meals while Traveling (E110) Dinner; Joseph Esmont; 5/22/2019 Dinner while traveling from Washington, D.C. to Cleveland, OH after attending case management on May 21 and 22, 2019 in Washington, D.C.; May 22, 2019; | 52.83 |
| 05/22/19 | Meals while Traveling (E110) Breakfast; Elyssa Kates; PG&E Hearing, CA, May 21-23, 2019; May 22, 2019; | 52.01 |
| 05/23/19 | Dinner; Tanya Kinne; Attend 5/22/19 hearing and 5/23/19 client meeting (San Francisco, CA); May 23, 2019; | 50.00 |
| 05/29/19 | Meals while Traveling (E110) Dinner; Lauren Attard; Meetings on claims.; May 29, 2019; | 33.64 |
| 05/29/19 | Meals while Traveling (E110) Breakfast; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; | 9.93 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 3 of 14

| Date | Description | Amount |
|---|---|---|
| | May 29, 2019; | |
| 05/30/19 | Dinner; Lauren Attard; Meetings on claims.; May 30, 2019; | 14.10 |
| 05/30/19 | Meals while Traveling (E110) Breakfast; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 30, 2019; | 7.54 |
| 05/30/19 | Meals while Traveling (E110) Dinner; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 30, 2019; | 28.00 |
| 05/31/19 | Dinner; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 31, 2019; | 19.90 |
| | **Subtotal - Meals while Traveling (E110)** | **883.96** |
| 04/24/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in San Francisco (Travel to San Francisco, April 22-27, 2019, to attend hearings, meeting and Committee meeting); Apr 24, 2019 | 2,850.00 |
| 05/01/19 | Lodging (E110) MICHELLE P ESSO Guest room charges for Napa committee meeting, April 26-27, 2019.; Inv. 08997-04262019 | 2,009.02 |
| 05/08/19 | Lodging (E110) Lodging; Jorian Rose; Hotel expense during trip San Francisco, CA, May 08/09, 2019 | 1,140.00 |
| 05/14/19 | Lodging (E110) Lodging; Elizabeth Green; May 14/15, 2019 | 1,140.00 |
| 05/16/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in San Francisco May 14/15, 2019 | 1,140.00 |
| 05/19/19 | Lodging (E110) Lodging; Catherine Woltering; Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 19, 2019 | 2,280.00 |
| 05/20/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19); May 20, 2019 | 1,710.00 |
| 05/22/19 | Lodging (E110) Lodging; Susan Edelman; hotel to attend meeting on claims 5/22/2019 | 434.65 |
| 05/22/19 | Lodging (E110) Lodging; Joseph Esmont; 5/21-22/2019 Lodging in Washington, D.C. in order to attend meetings with Mr. Workman and Ms. Green regarding case management on May 21 and 22, 2019 in Washington, D.C. May 22, 2019 | 470.15 |
| 05/22/19 | Lodging (E110) Lodging; Lauren Attard; Meetings on claims.; May 22, 2019 | 570.00 |
| 05/22/19 | Lodging (E110) Lodging; Joseph Esmont; 5/21-22/2019 Lodging in San Francisco for our client Karen Lockhart, Chair of the Official Committee of Tort Claimants, to enable her attend a 5/21/2019 Committee meeting in San Francisco [009] and a 5/22/2019 court hearing in San Francisco [019].; May 22, 2019 | 570.00 |
| 05/22/19 | Lodging (E110) Lodging; Elyssa Kates; PG&E Hearing, CA, May 21- | 813.84 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2798-5   Filed: 07/01/19   Entered: 07/01/19 10:07:47   Page 4 of 14

| Date | Description | Amount |
|---|---|---|
| | 23, 2019; May 22, 2019 | |
| 05/24/19 | Lodging (E110) Lodging; Tanya Kinne; Attend 5/22/19 hearing and 5/23/19 client meeting (San Francisco, CA); May 24, 2019 | 426.94 |
| 05/30/19 | Lodging; Lauren Attard; Meetings on claims.; May 30, 2019 | 570.00 |
| 05/31/19 | Lodging (E110) Lodging; Lauren Attard; Meetings on claims.; May 31, 2019 | 570.00 |
| 05/31/19 | Lodging (E110) Lodging; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 31, 2019 | 1,003.90 |
| | **Subtotal - Lodging (E110)** | **17,698.50** |
| 04/23/19 | Business Meals, etc. (E111) Dinner; Donald Workman, Catherine Woltering, Joeseph Esmont, Jorian Rose & Eric Goodman; Dinner in San Francisco (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 23, 2019; | 250.00 |
| 04/25/19 | Business Meals, etc. (E111) Dinner; Donald Workman, Catherine Woltering, Joeseph Esmont, Jorian Rose & Eric Goodman; Dinner meeting (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 25, 2019; | 250.00 |
| 05/01/19 | Business Meals, etc. (E111) Business Meals, etc. (E111) MICHELLE P ESSO Food and beverage costs for Napa committee meeting, April 26-27, 2019.; Inv. 08997-04262019 | 3,690.77 |
| 05/15/19 | Business Meals, etc. (E111) Dinner; Donald Workman, Catherine Woltering, Joeseph Esmont, Jorian Rose & Eric Goodman; Dinner in San Francisco (Travel to San Francisco, May 14-16, 2019, to attend meetings on case); May 15, 2019; | 250.00 |
| 05/22/19 | Business Meals, etc. (E111) Specialty's Catering for hearing on the emergency fund on 5/23/19; Inv. 21683850 | 815.27 |
| | **Subtotal - Business Meals, etc. (E111)** | **5,256.04** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2798-5   Filed: 07/01/19   Entered: 07/01/19 10:07:47   Page 5 of 14

| Date | Description | Amount |
|---|---|---|
| 05/01/19 | Miscellaneous (E124) Meeting room rental fee and audio-visual equipment rental fee for Napa committee meeting, April 26, 2019.; Inv. 08997-04262019 | 1,200.00 |
| 05/21/19 | Miscellaneous (E124) Hilton Sacramento Arden West Down payment for meeting space for meeting of official committee of Tort Claimants // had a meeting to discuss certain matters raised by members of the committee. Also transported victims to attend the hearing on the emergency fund. Transported from Sacramento to San Francisco Bankruptcy Court on 5/23/19. Hilton Sacramento Arden West. Meeting later canceled but charged room fee due to late notice.; Inv. 1035360 A | 750.00 |
| | **Subtotal - Miscellaneous (E124)** | **1,950.00** |
| 04/22/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from D.C. to San Francisco (connecting through Boston) (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); | 1,796.00 |
| 04/27/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from San Francisco to D.C. (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); | 908.30 |
| 05/08/19 | Airfare/Trainfare (E110) Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 TX; Flight expense to/from San Francisco, CA to prepare for hearing on issue relating to regulatory issues and prepare for Committee meeting on May 9, 2019 including update on hearings and status of matters (Dates of travel are May 8-10, 2019).; | 3,721.60 |
| 05/09/19 | Airfare/Trainfare (E110) Airfare; Kimberly Morris traveled from SFO to LAX 04/14/2019 to 04/17/2018 - to attend Internal Meeting on PG&E; | 816.60 |
| 05/09/19 | Airfare/Trainfare (E110) Airfare; Elizabeth Green; Fly to San Francisco, CA to Attend PG&E Team Meeting May 14, 2019 to May 15, 2019 - Airfare; | 615.30 |
| 05/13/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19); | 3,118.17 |
| 05/14/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from Orlando to San Francisco (Travel to San Francisco, May 14-16, 2019, to attend meetings on case); | 599.50 |
| 05/14/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; | 2,538.00 |
| 05/15/19 | Airfare/Trainfare (E110) Airfare; Susan Edelman; Airfare; S Edelman; Merchant: Delta; PG&E travel / San Francisco and Sacramento – Sacramento on 5/23/19. | 604.01 |
| 05/15/19 | Airfare; Susan Edelman; Airfare; S Edelman; Merchant: United; | 542.84 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 6 of 14

| Date | Description | Amount |
|---|---|---:|
| | PG&E travel / San Francisco and Sacramento. | |
| 05/16/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from San Francisco to D.C. (changed flights due to canceled and rescheduled meeting) (Travel to San Francisco, May 14-16, 2019, to attend meetings on case); | 2,757.30 |
| 05/17/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; To attend meeting with Mr. Workman and Ms. Green regarding case management on May 21 and 22, 2019 in Washington, D.C.; | 1,301.64 |
| 05/17/19 | Travel Change Fees; Susan Edelman; Travel change fee; S Edelman; Merchant: Delta; PG&E travel / San Francisco and Sacramento – Sacramento on 5/23/19. | 325.99 |
| 05/20/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; 6/4/19 to 6/6/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims. | 366.60 |
| 05/20/19 | Airfare/Trainfare (E110) Airfare; Elyssa Kates; PG&E Hearing, CA, May 21-23, 2019; | 1,442.59 |
| 05/21/19 | Airfare/Trainfare (E110) Airfare; Tanya Kinne; Attend 5/22/19 hearing and 5/23/19 client meeting (San Francisco, CA); | 567.50 |
| 05/21/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; Meetings on claims.; | 366.60 |
| 05/22/19 | Airfare; Elyssa Kates; PG&E Hearing, CA, May 21-23, 2019; | 135.01 |
| 05/24/19 | Airfare; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; | 2,033.24 |
| 05/24/19 | Airfare/Trainfare (E110) Airfare; Elizabeth Green; Travel to San Francisco to Attend Meeting June 9, 2019 to June 10, 2019 - Airfare; | 1,015.30 |
| 05/24/19 | Airfare; Elizabeth Green; Travel to San Francisco to Attend Meetings July 2, 2019 to July 3, 2019 - Airfare; | 1,015.30 |
| 05/28/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; Meetings on claims.; | 288.60 |
| 05/31/19 | Airfare/Trainfare (E110) Airfare; Susan Edelman; PG&E Tort's Claim Committee Site inspection of the Ghost Ship on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting | 664.01 |
| | **Subtotal - Airfare/Trainfare (E110)** | **27,540.00** |
| 04/22/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Uber car from home to airport (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 22, 2019; | 63.86 |
| 04/25/19 | Taxi/Car Service; Donald Workman; Uber car to hotel (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 25, 2019; | 22.66 |
| 04/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald | 27.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2798-5   Filed: 07/01/19   Entered: 07/01/19 10:07:47   Page 7 of 14

| Date | Description | Amount |
|---|---|---|
| | Workman; Taxi from Hotel to Office (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 25, 2019; | |
| 04/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi from Hotel to airport (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 27, 2019; | 60.00 |
| 04/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi from airport to home (Travel to San Francisco, April 22-26, 2019, to attend hearings, meeting and Committee meeting); Apr 27, 2019; | 60.00 |
| 04/30/19 | Ground Transportation Out of Town (E110) Parking; Cecily Dumas; Parking at Levi Plaza Parking garage re attend court hearing; Apr 30, 2019; | 25.00 |
| 05/08/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to prepare for hearing on issue relating to regulatory issues and prepare for Committee meeting on May 9, 2019 including update on hearings and status of matters (Dates of travel are May 8-10, 2019).; May 08, 2019; | 63.72 |
| 05/10/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to prepare for hearing on issue relating to regulatory issues and prepare for Committee meeting on May 9, 2019 including update on hearings and status of matters (Dates of travel are May 8-10, 2019).; May 10, 2019; | 33.25 |
| 05/10/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to prepare for hearing on issue relating to regulatory issues and prepare for Committee meeting on May 9, 2019 including update on hearings and status of matters (Dates of travel are May 8-10, 2019).; May 10, 2019; | 60.00 |
| 05/14/19 | Taxi/Car Service; Elizabeth Green; Travel to and from San Francisco, CA to Attend Meetings Regarding Tort Committee May 14, 2019 to May 16, 2019 - Taxi from Airport to Hotel; May 14, 2019; | 57.84 |
| 05/15/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Uber car in San Francisco (Travel to San Francisco, May 14-16, 2019, to attend meetings on case); May 15, 2019; | 22.77 |
| 05/15/19 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) XYZ TWO WAY RADIO SERVICE, INC. XYZ ROSE Travel to Airport 5/8/2019 8:15:00 AM" 9050814024; Inv. 1682834 | 60.00 |
| 05/16/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi to San Francisco Airport (Travel to San Francisco, May 14-16, 2019, to attend meetings on case); May 16, 2019; | 50.00 |
| 05/16/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Travel to and from San Francisco, CA to Attend | 60.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 2798-5   Filed: 07/01/19   Entered: 07/01/19 10:07:47   Page 8 of 14

| Date | Description | Amount |
|---|---|---|
| | Meetings Regarding Tort Committee May 14, 2019 to May 16, 2019 - Driver from Airport to Home; May 16, 2019; | |
| 05/19/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 19, 2019; | 35.38 |
| 05/20/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19) (airport to hotel); May 20, 2019; | 33.02 |
| 05/21/19 | Parking; Cecily Dumas; Parking at Levi Plaza Parking garage re lunch meeting with F. Scarpulla, counsel for commitee member GER Hospitality, LLC re case; May 21, 2019; | 25.00 |
| 05/21/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Tanya Kinne; Attend 5/22/19 hearing and 5/23/19 client meeting (San Francisco, CA); May 21, 2019; | 58.15 |
| 05/21/19 | Taxi/Car Service; Joseph Esmont; 5/21/2019-9:02 PM Lft travel to hotel after meeting at BakerHostetler offices with Mr. Workman and Ms. Green regarding case management and dinner afterward.; May 21, 2019; | 14.17 |
| 05/21/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Travel to Washington D.C. to meet with Don Workman and Joseph Esmont to Discuss PG&E Case May 21, 2019 - Driver to and From Airport; May 21, 2019; | 60.00 |
| 05/21/19 | Taxi/Car Service; Joseph Esmont; 5/21/2019-5:21 PM Lft travel from hotel to BakerHostetler office to attend meeting with Mr. Workman and Ms. Green regarding case management.; May 21, 2019; | 12.05 |
| 05/21/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; 5/21/2019-3:24 PM Lft travel from Arlington Airport to hotel for lodging in order to attend meetings with Mr. Workman and Ms. Green regarding case management on May 21 and 22, 2019 in Washington, D.C.; May 21, 2019; | 24.47 |
| 05/21/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Meetings on claims.; May 21, 2019; | 35.12 |
| 05/22/19 | Parking; Cecily Dumas; Parking at Levi Plaza Parking garage re attend court hearing; May 22, 2019; | 25.00 |
| 05/22/19 | Taxi/Car Service; Joseph Esmont; 5/22/2019-7:00 PM Uber to Arlington Airport for return travel to Cleveland, OH after attending meetings with Mr. Workman and Ms. Green regarding case management on May 21 and 22, 2019 in Washington, D.C.; May 22, 2019; | 18.19 |
| 05/22/19 | Taxi/Car Service; Elizabeth Green; Travel to Washington D.C. to meet with Don Workman and Joseph Esmont to Discuss PG&E Case May 21, 2019 - Car from Airport to Meeting with Don Workman and | 60.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 9 of 14

| Date | Description | Amount |
|---|---|---|
| | Joseph Esmont; May 22, 2019; | |
| 05/22/19 | Taxi/Car Service; Joseph Esmont; 5/22/2019-8:39 AM Uber from hotel to BakerHostetler office to attend meeting with Mr. Workman and Ms. Green regarding case management.; May 22, 2019; | 13.07 |
| 05/22/19 | Parking; Joseph Esmont; 5/21-22/2019 Car park at Cleveland Hopkins Airport while traveling to/from Cleveland, OH/Washington, D.C. to attend meetings with Mr. Workman and Ms. Green regarding case management on May 21 and 22, 2019 in Washington, D.C.; May 22, 2019; | 55.00 |
| 05/22/19 | Taxi/Car Service; Lauren Attard; Meetings on claims.; May 22, 2019; | 15.54 |
| 05/22/19 | Ground Transportation Out of Town (E110) Parking; Lauren Attard; Meetings on claims.; May 22, 2019; | 52.69 |
| 05/22/19 | Ground Transportation Out of Town (E110) Parking; Joseph Esmont; Parking fee in San Francisco 5/21-22/2019 for our client, Karen Lockhart, Chair, Official Committee of Tort Claimants.; 5/21-22/2019 | 74.10 |
| 05/22/19 | Taxi/Car Service; Lauren Attard; Meetings on claims.; May 22, 2019; | 48.25 |
| 05/23/19 | Ground Transportation Out of Town (E110) Parking; Catherine Woltering; Travel from Columbus, OH to San Francisco, CA for litigation and depositions for Official Committee of Tort Claimants of PG&E, 5/19/19 – 5/23/19.; May 23, 2019; | 100.00 |
| 05/23/19 | Parking; Cecily Dumas; Parking at 3 Embarcadero re Committee Meeting; May 23, 2019; | 24.00 |
| 05/23/19 | Taxi/Car Service; Tanya Kinne; Attend 5/22/19 hearing and 5/23/19 client meeting (San Francisco, CA); May 23, 2019; | 21.15 |
| 05/23/19 | Ground Transportation Out of Town (E110) Parking; Susan Edelman; Parking; S Edelman; San Francisco and Sacramento – Sacramento on 5/23/19. | 32.00 |
| 05/23/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19) (hotel to airport); May 23, 2019; | 43.01 |
| 05/23/19 | Parking; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (5/20/19 to 5/23/19) (airport parking); May 23, 2019; | 80.00 |
| 05/29/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 29, 2019; | 37.23 |
| 05/29/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 29, 2019; | 11.35 |
| 05/29/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 29, 2019; | 34.03 |
| 05/29/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 29, 2019; | 68.69 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 10 of 14

| Date | Description | Amount |
|---|---|---:|
| 05/29/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 29, 2019; | 10.91 |
| 05/30/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 30, 2019; | 19.60 |
| 05/30/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 30, 2019; | 8.32 |
| 05/31/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 31, 2019; | 7.85 |
| 05/31/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 31, 2019; | 34.24 |
| 05/31/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; Meetings on claims.; May 31, 2019; | 38.73 |
| 05/31/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; May 31, 2019; | 39.46 |
| 05/31/19 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) Concord Limousine 1, LLC. Concord LANDRIO Overtime Car Service 05/28/2019 09:04 PM" 9052807260; Inv. 134065 | 60.00 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **1,995.87** |
| 05/07/19 | Ground Transportation Local (E109) Taxi/Car Service - Local; Jorian Rose; Review and revise summaries of matters on for hearing and Committee response for Committee.; May 07, 2019; | 60.00 |
| 05/08/19 | Ground Transportation Local (E109) LAZ PARKING Parking Validation 4/15/2019; Inv. 9567902 | 90.00 |
| 05/13/19 | Ground Transportation Local (E109) Taxi/Car Service - Local; Jorian Rose; Taxi expense from reviewing and revising research memorandum on estimation of tort claims.; May 13, 2019; | 60.00 |
| 05/15/19 | Ground Transportation Local (E109) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE 5/3/2019 8:40:00 PM" W9050306286; Inv. 1682834 | 36.16 |
| 05/21/19 | Ground Transportation Local (E109) Neumann Enterprises Transportation for official committee of Tort Claimants // had a meeting to discuss certain matters raised by members of the committee. Also transported victims to attend the hearing on the emergency fund. Transported from Sacramento to San Francisco Bankruptcy Court on 5/23/19.; Inv. 76635 | 1,397.40 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 11 of 14

| Date | Description | Amount |
|---|---|---:|
| 05/21/19 | Ground Transportation Local (E109) Neumann Enterprises Transportation for official committee of Tort Claimants // had a meeting to discuss certain matters raised by members of the committee. Also transported victims to attend the hearing on the emergency fund. Transported from Sacramento to San Francisco Bankruptcy Court on 5/23/19.; Inv. 76632 | 1,455.63 |
| 05/22/19 | Ground Transportation Local (E109) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 5/15/2019 10:00:00 PM" 5; Inv. 1683576 | 36.16 |
| 05/30/19 | Ground Transportation Local (E109) Neumann Enterprises Transportation for official committee of Tort Claimants // had a meeting to discuss certain matters raised by members of the committee. Also transported victims to attend the hearing on the emergency fund. Transported from Sacramento to San Francisco Bankruptcy Court on 5/23/19.; Inv. 76634 | 756.93 |
| | **Subtotal - Ground Transportation Local (E109)** | **3,892.28** |
| 05/06/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7870 77034033 | 34.65 |
| 05/08/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7871 32105060 | 34.65 |
| 05/09/19 | FedEx Robert Julian Baker & Hostetler LLP 1160 BATTERY ST STE 100 SAN FRANCISCO CA 787159327880 | 36.03 |
| 05/10/19 | FedEx Kimberly Morris Baker Hostetler 52 ALMADEN CT SA N FRANCISCO CA 787183075189 | 32.20 |
| 05/16/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7872 91640078 | 34.58 |
| 05/20/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7873 47483060 | 34.58 |
| 05/29/19 | FedEx C MEHRTENS BAKER HOSTETLER 1050 CONN AVE NW WAS HINGTON DC 813936002467 | 22.66 |
| | **Subtotal - Delivery Services (E107)** | **229.35** |
| 05/01/19 | Transcripts (E116) eScribers, LLC 4/29/2019 Transcript; Inv. 247276 | 228.00 |
| 05/07/19 | Transcripts (E116) Debra Pas CRR 5/7/19 Hearing Transcript; Inv. 201900275 | 33.06 |
| 05/09/19 | Transcripts (E116) eScribers, LLC 5/8/19 Hearing Transcript; Inv. 249185 | 135.60 |
| 05/10/19 | Transcripts (E116) eScribers, LLC 5/9/19 Hearing Transcript; Inv. 249262 | 213.60 |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 12 of 14

| Date | Description | Amount |
|---|---|---:|
| 05/23/19 | Transcripts (E116) eScribers, LLC 5/22/19 Hearing Transcript; Inv. 252315 | 180.00 |
| | **Subtotal - Transcripts (E116)** | **790.26** |
| 05/09/19 | Teleconference Charges (E105) Court costs; Donald Workman; Fee to telephonically attend May 9, 2019 PG&E hearing via CourtCall; May 09, 2019; | 117.50 |
| 05/10/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 5/9/2019; Inv. 9785079 | 65.00 |
| 05/10/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 5/9/19; Inv. 9755884 | 117.50 |
| 05/22/19 | Teleconference Charges (E105) Court costs; Donald Workman; Court Call cost to attend 5/22/19 PG&E hearing via telephone; May 22, 2019; | 87.50 |
| 05/23/19 | Teleconference Charges (E105) Payne Geyer, Tiffany Court Call May 22, 2019; Inv. 07994-05232019 | 95.00 |
| 05/23/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation 5/22/2019; Inv. 9807395 | 95.00 |
| | **Subtotal - Teleconference Charges (E105)** | **577.50** |
| 05/23/19 | Outside Duplicating & Binding (E102) Powerhouse Copy LLC Essential documents binders for team members, as requested by T. Donaho; Inv. 3676 | 877.95 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **877.95** |
| 05/17/19 | Other Professional Services (E123) JAMES M BEKIER Web.com/Network Solutions Online Services; Inv. netwo-5172019 | 114.95 |
| 05/17/19 | Other Professional Services (E123) JAMES M BEKIER Web.com/Network Solutions Online Services; Inv. netwo-5172019-a | 344.85 |
| 05/24/19 | Other Professional Services (E123) JAMES M BEKIER Domain name agreements; Inv. 08008-netwo-52419 | 229.90 |
| | **Subtotal - Other Professional Services (E123)** | **689.70** |

**Baker&Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 13 of 14

| Date | Description | Amount |
|---|---|---|
| 05/01/19 | Online Research (E106) COURTHOUSE NEWS SERVICE Document downloads, April 2019: CA Document Download copy of document number CGC-18-563922, Court: San Francisco County Superior Court (Michelle Dewey for R. Knudsen); Inv. 653026 | 30.50 |
| | **Subtotal - Online Research (E106)** | **30.50** |
| 05/31/19 | POSTAGE 05/01/2019 - 5/31/2019 | 650.34 |
| | **Subtotal - Postage (E108)** | **650.34** |
| 05/31/19 | Westlaw Research - 05/01/2019 - 05/31/19 | 6,942.48 |
| | **Subtotal - Automated Research (E106)** | **6,942.48** |
| | **Total** | **$ 70,004.73** |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 2798-5    Filed: 07/01/19    Entered: 07/01/19 10:07:47    Page 14 of 14