DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re: | Case Nos.: |
|---|---|
| PG&E CORPORATION<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | 19-30088 (DM) – Lead Case<br>19-30089 (DM)<br>Chapter 11 Case |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the <u>"Property"</u>) and owned by PG&E Corporation and/or

1564709.1

1

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through June 26, 2019, the amount owing to TEICHERT is at least $143,293.60, exclusive of accruing interest and other charges, with additional amounts owed and accrued after June 26, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about June 27, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: June 28, 2019

DOWNEY BRAND LLP


By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS    621 Capitol Mall, 18th Floor
               Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JUN 27 2019

Sacramento County
Clerk-Recorder

201906270692

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1.     Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

     Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.     After deducting all just credits and offsets, the sum of $143,293.60, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch high pressure plastic gas main; gas service replacements; gas service transfers; and deactivation of 4-inch low pressure steel gas main.

3.     Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.     The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.     Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: June 26, 2019        TEICHERT PIPELINES, INC.

By: _____
     Sean Collins, Credit Manager

# VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 26, 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# EXHIBIT A

| | |
|---|---|
| 1207 Marian Way, Sacramento, CA 95818 | 3070 Land Park Drive, Sacramento, CA 95818 |
| 1215 Marian Way, Sacramento, CA 95818 | 1249 Weller Way, Sacramento, CA 95818 |
| 1221 Marian Way, Sacramento, CA 95818 | 1261 Weller Way, Sacramento, CA 95818 |
| 1231 Marian Way, Sacramento, CA 95818 | 1275 Weller Way, Sacramento, CA 95818 |
| 1243 Marian Way, Sacramento, CA 95818 | 1301 Weller Way, Sacramento, CA 95818 |
| 1251 Marian Way, Sacramento, CA 95818 | 1321 Weller Way, Sacramento, CA 95818 |
| 1271 Marian Way, Sacramento, CA 95818 | 1333 Weller Way, Sacramento, CA 95818 |
| 1285 Marian Way, Sacramento, CA 95818 | 1357 Weller Way, Sacramento, CA 95818 |
| 1301 Marian Way, Sacramento, CA 95818 | 1367 Weller Way, Sacramento, CA 95818 |
| 1206 Marian Way, Sacramento, CA 95818 | 1208 Weller Way, Sacramento, CA 95818 |
| 1216 Marian Way, Sacramento, CA 95818 | 1214 Weller Way, Sacramento, CA 95818 |
| 1220 Marian Way, Sacramento, CA 95818 | 1220 Weller Way, Sacramento, CA 95818 |
| 1228 Marian Way, Sacramento, CA 95818 | 1228 Weller Way, Sacramento, CA 95818 |
| 1242 Marian Way, Sacramento, CA 95818 | 1238 Weller Way, Sacramento, CA 95818 |
| 1250 Marian Way, Sacramento, CA 95818 | 1252 Weller Way, Sacramento, CA 95818 |
| 1272 Marian Way, Sacramento, CA 95818 | 1260 Weller Way, Sacramento, CA 95818 |
| 1288 Marian Way, Sacramento, CA 95818 | 1270 Weller Way, Sacramento, CA 95818 |
| 1300 Marian Way, Sacramento, CA 95818 | 1300 Weller Way, Sacramento, CA 95818 |
| 1203 Weller Way, Sacramento, CA 95818 | 1320 Weller Way, Sacramento, CA 95818 |
| 1215 Weller Way, Sacramento, CA 95818 | 1334 Weller Way, Sacramento, CA 95818 |
| 1221 Weller Way, Sacramento, CA 95818 | 1358 Weller Way, Sacramento, CA 95818 |
| 1229 Weller Way, Sacramento, CA 95818 | 1207 Perkins Way, Sacramento, CA 95818 |
| 1239 Weller Way, Sacramento, CA 95818 | 1215 Perkins Way, Sacramento, CA 95818 |
| 1315 Marian Way, Sacramento, CA 95818 | 1221 Perkins Way, Sacramento, CA 95818 |
| 1327 Marian Way, Sacramento, CA 95818 | 1225 Perkins Way, Sacramento, CA 95818 |
| 1341 Marian Way, Sacramento, CA 95818 | 1235 Perkins Way, Sacramento, CA 95818 |
| 1361 Marian Way, Sacramento, CA 95818 | 1241 Perkins Way, Sacramento, CA 95818 |
| 1381 Marian Way, Sacramento, CA 95818 | 1249 Perkins Way, Sacramento, CA 95818 |
| 1401 Marian Way, Sacramento, CA 95818 | 1259 Perkins Way, Sacramento, CA 95818 |
| 1411 Marian Way, Sacramento, CA 95818 | 1271 Perkins Way, Sacramento, CA 95818 |
| 1421 Marian Way, Sacramento, CA 95818 | 1206 Perkins Way, Sacramento, CA 95818 |
| 1431 Marian Way, Sacramento, CA 95818 | 1214 Perkins Way, Sacramento, CA 95818 |
| 1437 Marian Way, Sacramento, CA 95818 | 1220 Perkins Way, Sacramento, CA 95818 |
| 3068 Land Park Drive, Sacramento, CA 95818 | 1228 Perkins Way, Sacramento, CA 95818 |
| 1326 Marian Way, Sacramento, CA 95818 | 1236 Perkins Way, Sacramento, CA 95818 |
| 1340 Marian Way, Sacramento, CA 95818 | 1242 Perkins Way, Sacramento, CA 95818 |
| 1354 Marian Way, Sacramento, CA 95818 | 1250 Perkins Way, Sacramento, CA 95818 |
| 1370 Marian Way, Sacramento, CA 95818 | 1260 Perkins Way, Sacramento, CA 95818 |
| 1382 Marian Way, Sacramento, CA 95818 | 1300 Perkins Way, Sacramento, CA 95818 |
| 1400 Marian Way, Sacramento, CA 95818 | 1383 Weller Way, Sacramento, CA 95818 |
| 1414 Marian Way, Sacramento, CA 95818 | 1405 Weller Way, Sacramento, CA 95818 |
| 1420 Marian Way, Sacramento, CA 95818 | 1413 Weller Way, Sacramento, CA 95818 |
| 1430 Marian Way, Sacramento, CA 95818 | 1421 Weller Way, Sacramento, CA 95818 |
| 1436 Marian Way, Sacramento, CA 95818 | 1429 Weller Way, Sacramento, CA 95818 |

| | |
|---|---|
| 1435 Weller Way, Sacramento, CA 95818 | 1407 Perkins Way, Sacramento, CA 95819 |
| 3088 Land Park Drive, Sacramento, CA 95818 | 1423 Perkins Way, Sacramento, CA 95819 |
| 1370 Weller Way, Sacramento, CA 95818 | 1433 Perkins Way, Sacramento, CA 95819 |
| 1380 Weller Way, Sacramento, CA 95818 | 1310 Perkins Way, Sacramento, CA 95819 |
| 1400 Weller Way, Sacramento, CA 95818 | 1330 Perkins Way, Sacramento, CA 95819 |
| 1406 Weller Way, Sacramento, CA 95818 | 1340 Perkins Way, Sacramento, CA 95819 |
| 1418 Weller Way, Sacramento, CA 95818 | 1350 Perkins Way, Sacramento, CA 95819 |
| 1422 Weller Way, Sacramento, CA 95818 | 1360 Perkins Way, Sacramento, CA 95819 |
| 1430 Weller Way, Sacramento, CA 95818 | 1400 Perkins Way, Sacramento, CA 95819 |
| 3100 Land Park Drive, Sacramento, CA 95818 | 1410 Perkins Way, Sacramento, CA 95819 |
| 1311 Perkins Way, Sacramento, CA 95819 | 1414 Perkins Way, Sacramento, CA 95819 |
| 1331 Perkins Way, Sacramento, CA 95819 | 1424 Perkins Way, Sacramento, CA 95819 |
| 1341 Perkins Way, Sacramento, CA 95819 | 1438 Perkins Way, Sacramento, CA 95819 |
| 1355 Perkins Way, Sacramento, CA 95819 | 1448 Perkins Way, Sacramento, CA 95819 |
| 1361 Perkins Way, Sacramento, CA 95819 | 3138 Land Park Drive, Sacramento, CA 95818 |
| 1401 Perkins Way, Sacramento, CA 95819 | |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Sandy Russell declare:

On June 27, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

> Pacific Gas & Electric Company
> 77 Beale Street, 32nd Floor
> San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on June 27, 2019, at Sacramento, California.

*/s/ Sandy Russell*
Sandy Russell