**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit A**
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Claims Services* | | *Retention Exhibit #: 01-B* |
| Claims Coding | 38.90 | $6,833.00 |
| *Subtotal - Claims Services* | *38.90* | *$6,833.00* |
| *North Bay & Camp Fire Services* | | *Retention Exhibit #: 01-C; 01-D* |
| North Bay & Camp Fire Services | 4,736.60 | $1,408,250.00 |
| *Subtotal - North Bay & Camp Fire Services* | *4,736.60* | *$1,408,250.00* |
| *IT Implementation Services* | | *Retention Exhibit #: 01-G* |
| IT Implementation Services | 895.00 | $200,000.00 |
| *Subtotal - IT Implementation Services* | *895.00* | *$200,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **5,670.50** | **$1,615,083.00** |
| **Hourly Services** | | |
| *E-Discovery Services* | | *Retention Exhibit #: 01-K* |
| Project Management | 42.80 | $16,530.70 |
| Forensic Collections | 273.60 | $63,494.20 |
| *Subtotal - E-Discovery Services* | *316.40* | *$80,024.90* |
| *Strategic Analysis Services* | | *Retention Exhibit #: 03* |
| Project Management Office | 556.20 | $282,314.00 |
| Human Resources Services | 93.30 | $54,013.20 |
| Accounting & Reporting Services | 1,753.40 | $938,446.30 |
| Tax Services | 44.10 | $26,070.90 |
| Operations Model Services | 652.00 | $254,935.00 |
| Travel Time - Nonworking (@ 50%) | 26.00 | $13,180.40 |
| *Subtotal - Strategic Analysis Services* | *3,125.00* | *$1,568,959.80* |
| *Bankruptcy Accounting Advisory Services* | | *Retention Exhibit #: 04* |
| Accounting Services | 71.60 | $58,557.10 |
| *Subtotal - Bankruptcy Accounting Advisory Services* | *71.60* | *$58,557.10* |
| **Subtotal - Hours and Compensation - Hourly Services** | **3,513.00** | **$1,707,541.80** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: Case* |
| Employment Applications and Other Court Filings | 84.60 | $46,876.50 |

Case: 19-30088   Doc# 2802-1   Filed: 07/01/19   Entered: 07/01/19 13:40:27   Page 1 of 2

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| Relationship Check and Disinterestedness | 24.90 | $6,441.00 |
| Monthly, Interim and Final Fee Applications | 10.00 | $5,500.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *119.50* | *$58,817.50* |
| **Subtotal - Hours and Compensation - Case Administration** | **119.50** | **$58,817.50** |
| **Total - Hours and Compensation Sought for Reimbursement** | **9,303.00** | **$3,381,442.30** |