PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit B
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Summary of Hours and Fees by Project and Professional
For the Period January 29, 2019 through February 28, 2019

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***Claims Services*** | | ***Retention Exhibit #: 01-B*** | |
| Charles R Hacker | Partner | 1.70 | |
| Emily Flinn Kent | Partner | 1.50 | |
| William M Colton | Manager | 13.30 | |
| Ilyssa Morgan Zibelli | Senior Associate | 22.40 | |
| ***Subtotal - Claims Services*** | | ***38.90*** | ***$6,833.00*** |
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: 01-C; 01-D*** | |
| Todd Jirovec | Partner | 85.00 | |
| Amol Deshpande | Director | 131.50 | |
| Billy R Raley | Director | 111.50 | |
| Cynthia Lee Lorie | Director | 29.10 | |
| Hugh Trung Le | Director | 230.00 | |
| Dhruv Samir Shah | Manager | 189.00 | |
| Dhwani Thapar | Manager | 133.00 | |
| Divya Balu Pazhayannur | Manager | 184.00 | |
| Kristin A Cheek | Manager | 179.90 | |
| Paul Conboy | Manager | 173.80 | |
| Riley Adler | Manager | 15.00 | |
| Rodrigo de la Cruz Manzanilla Tort | Manager | 40.00 | |
| Shan Haque | Manager | 230.00 | |
| Aakash Gawande | Senior Associate | 184.00 | |
| AnnMarie Hassan | Senior Associate | 156.50 | |
| Chiara Nicole Nosse | Senior Associate | 231.00 | |
| Emma Rae You | Senior Associate | 189.50 | |
| Ilyssa Morgan Zibelli | Senior Associate | 193.20 | |
| Joseph Michalek | Senior Associate | 17.00 | |
| Juliana Renne | Senior Associate | 190.50 | |
| Rachel M Ehsan | Senior Associate | 197.50 | |
| Radost Ivanova Ivanova | Senior Associate | 2.60 | |
| Tara Soni | Senior Associate | 15.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Yurika Kristy Yoneda | Senior Associate | 179.50 | |
| Amee Rajen Patel | Associate | 186.00 | |
| Congrui Lin | Associate | 153.00 | |
| Gowtham Talluru | Associate | 200.00 | |
| Jessica Burton | Associate | 237.50 | |
| Mitchell Emerson Mendoza | Associate | 60.00 | |
| Ryan D McLean | Associate | 175.00 | |
| Sayli Khadilkar | Associate | 207.00 | |
| Thomas Alexander Beauchemin | Associate | 230.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***4,736.60*** | ***$1,408,250.00*** |
| ***IT Implementation Services*** | | | ***Retention Exhibit #: 01-G*** |
| Ryan McGinn | Director | 15.00 | |
| Nitin Gharat | Senior Manager | 23.00 | |
| Siddharth Arora | Manager | 279.00 | |
| Rupali Sharma | Senior Associate | 217.00 | |
| Harshit Pandey | Associate | 177.00 | |
| Shantanu Jagannath Mahajan | Associate | 184.00 | |
| ***Subtotal - IT Implementation Services*** | | ***895.00*** | ***$200,000.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **5,670.50** | **$1,615,083.00** |