**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| ***E-Discovery Services*** | | | | ***Retention Exhibit #: 01-K*** |
| Sarah Nolton | Partner | $499 | 0.80 | $399.20 |
| Amol Deshpande | Director | $404 | 32.50 | $13,130.00 |
| Jeb R Williams | Manager | $329 | 7.50 | $2,467.50 |
| AnnMarie Hassan | Senior Associate | $267 | 5.00 | $1,335.00 |
| Joseph Michalek | Senior Associate | $267 | 170.00 | $45,390.00 |
| Congrui Lin | Associate | $172 | 45.50 | $7,826.00 |
| MaKenzie Renee Muller | Associate | $172 | 38.50 | $6,622.00 |
| Melanie Erin Tsoi | Associate | $172 | 16.60 | $2,855.20 |
| ***Subtotal - E-Discovery Services*** | | | ***316.40*** | ***$80,024.90*** |
| ***Strategic Analysis Services*** | | | | ***Retention Exhibit #: 03*** |
| Meredith Marie Strong | Partner | $909 | 33.50 | $30,451.50 |
| Michael Giampa | Partner | $909 | 9.50 | $8,635.50 |
| Michael P Niland | Partner | $909 | 5.00 | $4,545.00 |
| Terry Bart Stratton | Partner | $909 | 16.00 | $14,544.00 |
| Marcus S Simms | Partner | $780 | 78.70 | $61,386.00 |
| Chike Azinge | Director | $776 | 156.00 | $121,056.00 |
| Michael John Dixon | Director | $776 | 151.00 | $117,176.00 |
| Takashi B Ueki | Director | $776 | 36.00 | $27,936.00 |
| Leah Kondo Von Pervieux | Director | $707 | 1.50 | $1,060.50 |
| Trevor Perea | Director | $707 | 4.00 | $2,828.00 |
| Darren T Frost | Director | $650 | 128.00 | $83,200.00 |
| Mallikarjun Venkata Satya Angalakudati | Director | $650 | 27.00 | $17,550.00 |
| Brian M Choi | Manager | $650 | 122.30 | $79,495.00 |
| Johnnie Mata | Manager | $650 | 195.50 | $127,075.00 |
| Kuma Nathalie Sordzi | Manager | $650 | 41.90 | $27,235.00 |
| Quan Tran | Manager | $650 | 185.00 | $120,250.00 |

Case: 19-30088     Doc# 2802-4     Filed: 07/01/19     Entered: 07/01/19 13:40:27     Page 1 of 3

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Chun-Ming Huang | Manager | $445 | 168.00 | $74,760.00 |
| Riley Adler | Manager | $445 | 205.00 | $91,225.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 32.00 | $14,848.00 |
| John Zachary Pedrick | Senior Associate | $422 | 159.90 | $67,477.80 |
| Dinishi Abayarathna | Senior Associate | $348 | 205.00 | $71,340.00 |
| Tara Soni | Senior Associate | $348 | 215.00 | $74,820.00 |
| Terra A Robnett | Senior Associate | $348 | 198.10 | $68,938.80 |
| Yun Zhi Lu | Associate | $433 | 41.90 | $18,142.70 |
| Ellenor Kathleen Harkin | Associate | $380 | 194.40 | $73,872.00 |
| Lindsay Slocum | Associate | $380 | 183.40 | $69,692.00 |
| Christina Patricia Faidas | Associate | $300 | 178.50 | $53,550.00 |
| Jesse Hellman | Associate | $300 | 36.40 | $10,920.00 |
| Kunal Shankar | Associate | $300 | 16.50 | $4,950.00 |
| Robert Knight | Associate | $300 | 18.00 | $5,400.00 |
| Swarnali Banerjee | Associate | $300 | 82.00 | $24,600.00 |
| *Subtotal - Strategic Analysis Services* | | | *3,125.00* | *$1,568,959.80* |
| | | | | |
| *Bankruptcy Accounting Advisory Services* | | | *Retention Exhibit #: 04* | |
| Morris N Jones | Partner | $957 | 6.00 | $5,742.00 |
| Rajeeb Das | Senior Managing Director | $898 | 4.50 | $4,041.00 |
| Aaron T Pocklington | Director | $807 | 39.30 | $31,715.10 |
| Michael John Dixon | Director | $807 | 16.00 | $12,912.00 |
| Stephen Todd Hammond | Director | $715 | 5.80 | $4,147.00 |
| *Subtotal - Bankruptcy Accounting Advisory Services* | | | *71.60* | *$58,557.10* |
| **Subtotal - Hourly Services** | | | **3,513.00** | **$1,707,541.80** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: Case* | |
| Stephen Todd Hammond | Director | $715 | 2.10 | $1,501.50 |
| Andrea Clark Smith | Director | $550 | 92.50 | $50,875.00 |
| Chad William Brown | Senior Associate | $290 | 12.90 | $3,741.00 |

Case: 19-30088    Doc# 2802-4    Filed: 07/01/19    Entered: 07/01/19 13:40:27    Page 2 of 3

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period January 29, 2019 through February 28, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Nanette J Kortuem | Associate | $225 | 12.00 | $2,700.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *119.50* | *$58,817.50* |
| **Subtotal - Case Administration** | | | **119.50** | **$58,817.50** |
| **Total - Hourly Services and Case Administration** | | | **3,632.50** | **$1,766,359.30** |

Case: 19-30088    Doc# 2802-4    Filed: 07/01/19    Entered: 07/01/19 13:40:27    Page 3
of 3