**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period January 29, 2019 through February 28, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: 01-C; 01-D* |
|    Airfare | $32,015.61 |
|    Lodging | $95,451.63 |
|    Meals | $14,704.19 |
|    Parking | $100.00 |
|    Public/Ground Transportation | $17,037.73 |
|    Sundry - Other | $250.00 |
|    Expense Reduction | ($18,734.16) |
| *Subtotal - Expenditures Sought for North Bay & Camp Fire Services* | *$140,825.00* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$140,825.00** |
| **Hourly Services** | |
| *E-Discovery Services* | *Retention Exhibit #: 01-K* |
|    Lodging | $534.41 |
|    Meals | $236.67 |
|    Public/Ground Transportation | $198.80 |
|    Rental Car | $789.78 |
| *Subtotal - Expenditures Sought for E-Discovery Services* | *$1,759.66* |
| *Strategic Analysis Services* | *Retention Exhibit #: 03* |
|    Airfare | $25,678.33 |
|    Lodging | $86,656.81 |
|    Meals | $13,835.74 |
|    Parking | $577.46 |
|    Public/Ground Transportation | $13,415.33 |
| *Subtotal - Expenditures Sought for Strategic Analysis Services* | *$140,163.67* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$141,923.33** |
| **Total - Expenditures Sought for Reimbursement** | **$282,748.33** |