**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: 01-C; 01-D* | |
|    North Bay & Camp Fire Services | 4,488.60 | $1,408,250.00 |
| *Subtotal - North Bay & Camp Fire Services* | *4,488.60* | *$1,408,250.00* |
| *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* | |
|    Internal Audit Assessment Services | 42.00 | $21,600.00 |
| *Subtotal - Internal Audit Assessment Services* | *42.00* | *$21,600.00* |
| *IT Implementation Services* | *Retention Exhibit #: 01-G* | |
|    IT Implementation Services | 887.00 | $127,000.00 |
| *Subtotal - IT Implementation Services* | *887.00* | *$127,000.00* |
| *Compliance Services* | *Retention Exhibit #: 01-H* | |
|    Compliance Services | 1,202.10 | $560,500.00 |
| *Subtotal - Compliance Services* | *1,202.10* | *$560,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **6,619.70** | **$2,117,350.00** |
| **Hourly Services** | | |
| *E-Discovery Services* | *Retention Exhibit #: 01-K* | |
|    Project Management | 38.80 | $12,278.70 |
|    Forensic Collections | 290.70 | $62,920.40 |
| *Subtotal - E-Discovery Services* | *329.50* | *$75,199.10* |
| *Strategic Analysis Services* | *Retention Exhibit #: 03* | |
|    Project Management Office | 395.90 | $201,580.70 |
|    Accounting & Reporting Services | 2,218.10 | $1,088,688.00 |
|    Tax Services | 5.70 | $5,181.30 |
|    Travel Time - Nonworking (@ 50%) | 24.10 | $9,017.30 |
| *Subtotal - Strategic Analysis Services* | *2,643.80* | *$1,304,467.30* |
| *Bankruptcy Accounting Advisory Services* | *Retention Exhibit #: 04* | |
|    Accounting Services | 49.90 | $40,424.30 |
| *Subtotal - Bankruptcy Accounting Advisory Services* | *49.90* | *$40,424.30* |
| **Subtotal - Hours and Compensation - Hourly Services** | **3,023.20** | **$1,420,090.70** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: Case* | |
| Employment Applications and Other Court Filings | 2.20 | $1,276.00 |
| Relationship Check and Disinterestedness | 6.80 | $1,842.00 |
| Monthly, Interim and Final Fee Applications | 25.40 | $9,914.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *34.40* | *$13,032.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **34.40** | **$13,032.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **9,677.30** | **$3,550,472.70** |