**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | *Retention Exhibit #: 01-C; 01-D* | |
| Todd Jirovec | Partner | 40.00 | |
| Amol Deshpande | Director | 117.50 | |
| Billy R Raley | Director | 151.50 | |
| Cynthia Lee Lorie | Director | 76.70 | |
| Hugh Trung Le | Director | 210.00 | |
| Anirudh Bhuchar | Manager | 21.00 | |
| Bradley Lowry Franchini | Manager | 36.00 | |
| Dhruv Samir Shah | Manager | 49.00 | |
| Dhwani Thapar | Manager | 8.00 | |
| Divya Balu Pazhayannur | Manager | 128.00 | |
| Kristin A Cheek | Manager | 158.10 | |
| Paul Conboy | Manager | 132.90 | |
| Riley Adler | Manager | 91.00 | |
| Rodrigo de la Cruz Manzanilla Tort | Manager | 180.00 | |
| Shan Haque | Manager | 160.00 | |
| Aakash Gawande | Senior Associate | 157.00 | |
| AnnMarie Hassan | Senior Associate | 175.00 | |
| Chiara Nicole Nosse | Senior Associate | 198.00 | |
| Emma Rae You | Senior Associate | 14.00 | |
| Ilyssa Morgan Zibelli | Senior Associate | 163.00 | |
| Joseph Michalek | Senior Associate | 1.00 | |
| Juliana Renne | Senior Associate | 91.00 | |
| Rachel M Ehsan | Senior Associate | 217.00 | |
| Tara Soni | Senior Associate | 190.00 | |
| Yurika Kristy Yoneda | Senior Associate | 209.00 | |
| Amee Rajen Patel | Associate | 194.50 | |
| Congrui Lin | Associate | 229.00 | |
| Daniel Ricardo Chomat | Associate | 81.40 | |
| Gowtham Talluru | Associate | 171.00 | |
| Jessica Burton | Associate | 216.50 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Mitchell Emerson Mendoza | Associate | 210.00 | |
| Ryan D McLean | Associate | 3.50 | |
| Sayli Khadilkar | Associate | 198.00 | |
| Thomas Alexander Beauchemin | Associate | 210.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | **4,488.60** | **$1,408,250.00** |
| ***Internal Audit Assessment Services*** | | | ***Retention Exhibit #: 01-F*** |
| Amanda Cicely Herron | Partner | 10.00 | |
| Andrew J Dahle | Partner | 4.00 | |
| Zachary Alfred Pucheu | Director | 10.00 | |
| Christine Lui | Manager | 18.00 | |
| ***Subtotal - Internal Audit Assessment Services*** | | **42.00** | **$21,600.00** |
| ***IT Implementation Services*** | | | ***Retention Exhibit #: 01-G*** |
| Ryan McGinn | Director | 25.00 | |
| Nitin Gharat | Senior Manager | 21.00 | |
| Siddharth Arora | Manager | 279.00 | |
| Rupali Sharma | Senior Associate | 242.00 | |
| Harshit Pandey | Associate | 160.00 | |
| Shantanu Jagannath Mahajan | Associate | 160.00 | |
| ***Subtotal - IT Implementation Services*** | | **887.00** | **$127,000.00** |
| ***Compliance Services*** | | | ***Retention Exhibit #: 01-H*** |
| Kristin D Rivera | Partner | 5.20 | |
| Tania Fabiani | Partner | 20.00 | |
| Meera Banerjee | Director | 145.00 | |
| Keith J Lucken | Manager | 56.50 | |
| Sumana Lahiry | Manager | 161.50 | |
| Yuliya Foerster | Manager | 126.60 | |
| Praveen Kumar | Senior Associate | 70.50 | |
| Cara Angela Rosengard | Associate | 285.40 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Kailey Sanchez | Associate | 241.20 | |
| Subhankara Dash | Associate | 37.00 | |
| Wei Ping Wen | Associate | 48.90 | |
| Mary Jo Nietupski | Administrative | 4.30 | |
| *Subtotal - Compliance Services* | | *1,202.10* | *$560,500.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **6,619.70** | **$2,117,350.00** |