**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *E-Discovery Services* | | | | *Retention Exhibit #: 01-K* |
| Sarah Nolton | Partner | $499 | 0.30 | $149.70 |
| Amol Deshpande | Director | $404 | 13.50 | $5,454.00 |
| AnnMarie Hassan | Senior Associate | $267 | 3.00 | $801.00 |
| Joseph Michalek | Senior Associate | $267 | 158.00 | $42,186.00 |
| MaKenzie Renee Muller | Associate | $172 | 106.50 | $18,318.00 |
| Melanie Erin Tsoi | Associate | $172 | 48.20 | $8,290.40 |
| *Subtotal - E-Discovery Services* | | | *329.50* | *$75,199.10* |
| *Strategic Analysis Services* | | | | *Retention Exhibit #: 03* |
| Meredith Marie Strong | Partner | $909 | 46.00 | $41,814.00 |
| Michael P Niland | Partner | $909 | 3.00 | $2,727.00 |
| Terry Bart Stratton | Partner | $909 | 5.70 | $5,181.30 |
| Marcus S Simms | Partner | $780 | 65.00 | $50,700.00 |
| Chike Azinge | Director | $776 | 161.00 | $124,936.00 |
| Michael John Dixon | Director | $776 | 117.50 | $91,180.00 |
| Darren T Frost | Director | $650 | 69.00 | $44,850.00 |
| Brian M Choi | Manager | $650 | 137.20 | $89,180.00 |
| Johnnie Mata | Manager | $650 | 208.00 | $135,200.00 |
| Quan Tran | Manager | $650 | 226.00 | $146,900.00 |
| Chun-Ming Huang | Manager | $445 | 160.00 | $71,200.00 |
| John Zachary Pedrick | Senior Associate | $422 | 199.50 | $84,189.00 |
| Terra A Robnett | Senior Associate | $348 | 126.00 | $43,848.00 |
| Ellenor Kathleen Harkin | Associate | $380 | 248.60 | $94,468.00 |
| Lindsay Slocum | Associate | $380 | 208.80 | $79,344.00 |
| Alexander Shartzer | Associate | $300 | 172.70 | $51,810.00 |
| Christina Patricia Faidas | Associate | $300 | 234.30 | $70,290.00 |
| Jesse Hellman | Associate | $300 | 185.00 | $55,500.00 |
| Kunal Shankar | Associate | $300 | 3.50 | $1,050.00 |

Case: 19-30088    Doc# 2803-4    Filed: 07/01/19    Entered: 07/01/19 13:49:35    Page 1 of 2

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period March 1, 2019 through March 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Swarnali Banerjee | Associate | $300 | 67.00 | $20,100.00 |
| *Subtotal - Strategic Analysis Services* | | | *2,643.80* | *$1,304,467.30* |
| *Bankruptcy Accounting Advisory Services* | | | *Retention Exhibit #: 04* | |
| Sean P Riley | Partner | $839 | 2.00 | $1,678.00 |
| Rajeeb Das | Senior Managing Director | $898 | 1.00 | $898.00 |
| Aaron T Pocklington | Director | $807 | 13.90 | $11,217.30 |
| Michael John Dixon | Director | $807 | 33.00 | $26,631.00 |
| *Subtotal - Bankruptcy Accounting Advisory Services* | | | *49.90* | *$40,424.30* |
| **Subtotal - Hourly Services** | | | **3,023.20** | **$1,420,090.70** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: Case* | |
| Stephen Todd Hammond | Director | $715 | 0.40 | $286.00 |
| Andrea Clark Smith | Director | $550 | 11.60 | $6,380.00 |
| Chad William Brown | Senior Associate | $290 | 20.40 | $5,916.00 |
| Nanette J Kortuem | Associate | $225 | 2.00 | $450.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *34.40* | *$13,032.00* |
| **Subtotal - Case Administration** | | | **34.40** | **$13,032.00** |
| **Total - Hourly Services and Case Administration** | | | **3,057.60** | **$1,433,122.70** |

Case: 19-30088    Doc# 2803-4    Filed: 07/01/19    Entered: 07/01/19 13:49:35    Page 2
of 2