**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2019 through March 31, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
|    *North Bay & Camp Fire Services* | *Retention Exhibit #: 01-C; 01-D* |
|       Airfare | $28,048.89 |
|       Lodging | $92,577.43 |
|       Meals | $14,180.93 |
|       Parking | $1,010.80 |
|       Public/Ground Transportation | $17,491.28 |
|       Rental Car | $1,782.25 |
|       Sundry - Other | $231.91 |
|       Expense Reduction | ($14,498.49) |
|    *Subtotal - Expenditures Sought for North Bay & Camp Fire Services* | ***$140,825.00*** |
|    *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* |
|       Airfare | $972.76 |
|       Lodging | $685.70 |
|       Meals | $152.65 |
|       Public/Ground Transportation | $345.37 |
|    *Subtotal - Expenditures Sought for Internal Audit Assessment Services* | ***$2,156.48*** |
|    *Compliance Services* | *Retention Exhibit #: 01-H* |
|       Airfare | $1,171.53 |
|       Meals | $66.36 |
|       Public/Ground Transportation | $1,212.86 |
|    *Subtotal - Expenditures Sought for Compliance Services* | ***$2,450.75*** |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$145,432.23** |
| **Hourly Services** | |
|    *E-Discovery Services* | *Retention Exhibit #: 01-K* |
|       Airfare | $719.81 |
|       Lodging | $867.24 |
|       Meals | $448.90 |
|       Parking | $116.80 |
|       Public/Ground Transportation | $279.15 |
|       Rental Car | $1,585.63 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2019 through March 31, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| Server Supplies | $560.86 |
| ***Subtotal - Expenditures Sought for E-Discovery Services*** | ***$4,578.39*** |
| ***Strategic Analysis Services*** | ***Retention Exhibit #: 03*** |
| Airfare | $32,228.61 |
| Lodging | $60,884.52 |
| Meals | $11,204.50 |
| Mileage Allowance | $354.96 |
| Parking | $685.90 |
| Public/Ground Transportation | $9,760.05 |
| ***Subtotal - Expenditures Sought for Strategic Analysis Services*** | ***$115,118.54*** |
| ***Bankruptcy Accounting Advisory Services*** | ***Retention Exhibit #: 04*** |
| Airfare | $266.00 |
| Meals | $42.11 |
| Public/Ground Transportation | $42.87 |
| ***Subtotal - Expenditures Sought for Bankruptcy Accounting Advisory Services*** | ***$350.98*** |
| **Subtotal - Expenditures Sought for Hourly Services** | **$120,047.91** |
| **Total - Expenditures Sought for Reimbursement** | **$265,480.14** |