**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit A
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Claims Services* | | *Retention Exhibit #: 01-B* |
| Claims Coding | 69.30 | $6,833.00 |
| *Subtotal - Claims Services* | *69.30* | *$6,833.00* |
| *Internal Audit Assessment Services* | | *Retention Exhibit #: 01-F* |
| Internal Audit Assessment Services | 15.00 | $21,600.00 |
| *Subtotal - Internal Audit Assessment Services* | *15.00* | *$21,600.00* |
| *Compliance Services* | | *Retention Exhibit #: 01-H* |
| Compliance Services | 141.60 | $0.00 |
| *Subtotal - Compliance Services* | *141.60* | *$0.00* |
| *Controls Testing Services* | | *Retention Exhibit #: 01-I* |
| Controls Testing Services | 879.00 | $136,250.00 |
| *Subtotal - Controls Testing Services* | *879.00* | *$136,250.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **1,104.90** | **$164,683.00** |
| **Hourly Services** | | |
| *E-Discovery Services* | | *Retention Exhibit #: 01-K* |
| Project Management | 70.80 | $24,871.20 |
| Forensic Collections | 302.40 | $61,227.80 |
| *Subtotal - E-Discovery Services* | *373.20* | *$86,099.00* |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L* |
| Rate Case Support Services | 102.20 | $40,684.00 |
| *Subtotal - Rate Case Support Services* | *102.20* | *$40,684.00* |
| *Strategic Analysis Services* | | *Retention Exhibit #: 03* |
| Project Management Office | 127.50 | $68,639.00 |
| Accounting & Reporting Services | 1,787.20 | $906,701.50 |
| Tax Services | 32.10 | $19,935.80 |
| Travel Time - Nonworking (@ 50%) | 3.00 | $1,335.00 |
| *Subtotal - Strategic Analysis Services* | *1,949.80* | *$996,611.30* |
| **Subtotal - Hours and Compensation - Hourly Services** | **2,425.20** | **$1,123,394.30** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: Case* | |
| Employment Applications and Other Court Filings | 7.40 | $4,070.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *7.40* | *$4,070.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **7.40** | **$4,070.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **3,537.50** | **$1,292,147.30** |