**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Claims Services*** | | | ***Retention Exhibit #: 01-B*** |
| Emily Flinn Kent | Partner | 3.50 | |
| Kristin A Cheek | Manager | 3.00 | |
| William M Colton | Manager | 38.10 | |
| Ilyssa Morgan Zibelli | Senior Associate | 19.00 | |
| Matthew Earl | Senior Associate | 5.70 | |
| ***Subtotal - Claims Services*** | | ***69.30*** | ***$6,833.00*** |
| | | | |
| ***Internal Audit Assessment Services*** | | | ***Retention Exhibit #: 01-F*** |
| Zachary Alfred Pucheu | Director | 10.00 | |
| Christine Lui | Manager | 5.00 | |
| ***Subtotal - Internal Audit Assessment Services*** | | ***15.00*** | ***$21,600.00*** |
| | | | |
| ***Compliance Services*** | | | ***Retention Exhibit #: 01-H*** |
| Kristin D Rivera | Partner | 1.30 | |
| Tania Fabiani | Partner | 4.00 | |
| Meera Banerjee | Director | 21.50 | |
| Keith J Lucken | Manager | 15.20 | |
| Sumana Lahiry | Manager | 16.50 | |
| Yuliya Foerster | Manager | 6.50 | |
| Praveen Kumar | Senior Associate | 2.00 | |
| Cara Angela Rosengard | Associate | 44.00 | |
| Kailey Sanchez | Associate | 28.80 | |
| Wei Ping Wen | Associate | 1.80 | |
| ***Subtotal - Compliance Services*** | | ***141.60*** | ***$0.00*** |
| | | | |
| ***Controls Testing Services*** | | | ***Retention Exhibit #: 01-I*** |
| Lorraine C Wilson | Senior Managing Director | 8.00 | |
| Sarah Thompson Best | Director | 16.00 | |
| Steven Manocchio | Director | 40.00 | |

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Christine Lui | Manager | 212.00 | |
| Andrew Joseph Rivera | Senior Associate | 9.00 | |
| Brian Wan | Associate | 192.50 | |
| Melvin Wong | Associate | 162.50 | |
| Niki Keramat | Associate | 239.00 | |
| *Subtotal - Controls Testing Services* | | *879.00* | *$136,250.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **1,104.90** | **$164,683.00** |

Case: 19-30088    Doc# 2805-2    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 2
of 2