**PG&E Corporation, et al. (Case No. 19-30088 (DM))**

**Exhibit C**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| *Claims Services* | | | | *Retention Exhibit # 01-B* |
| 3/1/2019 | William M Colton | Manager | 0419F0001: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.50 |
| 3/1/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0002: Legacy Data - Template Support (e.g., development of template, training temp). | 0.80 |
| 3/4/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0003: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 0.30 |
| 3/4/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0004: Legacy Data - Template Support (e.g., development of template, training temp). | 1.40 |
| 3/4/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0005: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.40 |
| 3/4/2019 | William M Colton | Manager | 0419F0006: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.40 |
| 3/5/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0007: Legacy Data - Template Support (e.g., development of template, training temp). | 0.60 |
| 3/5/2019 | William M Colton | Manager | 0419F0008: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.10 |
| 3/5/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0009: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.20 |
| 3/6/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0010: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.50 |
| 3/6/2019 | William M Colton | Manager | 0419F0011: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.90 |
| 3/7/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0012: Status updates with Client. | 0.60 |
| 3/7/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0013: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.70 |
| 3/7/2019 | William M Colton | Manager | 0419F0014: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.10 |
| 3/19/2019 | William M Colton | Manager | 0419F0015: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 1.50 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 1
of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 3/19/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0016: Status updates with Client. | 1.60 |
| 3/21/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0017: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 1.10 |
| 3/22/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0018: Status updates with Client. | 1.00 |
| 3/22/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0019: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 3.20 |
| 3/26/2019 | William M Colton | Manager | 0419F0020: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 0.50 |
| 3/28/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0021: Status updates with Client. | 1.20 |
| 3/28/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0022: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 1.40 |
| 3/29/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0023: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.80 |
| 3/29/2019 | Ilyssa Morgan Zibelli | Senior Associate | 0419F0024: Project PMO Support (e.g., status updates). | 1.20 |
| 4/1/2019 | William M Colton | Manager | 0419F0025: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 0.50 |
| 4/4/2019 | William M Colton | Manager | 0419F0026: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 0.80 |
| 4/5/2019 | William M Colton | Manager | 0419F0027: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 0.50 |
| 4/6/2019 | William M Colton | Manager | 0419F0028: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 3.90 |
| 4/7/2019 | William M Colton | Manager | 0419F0029: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 4.20 |

Case: 19-30088     Doc# 2805-3     Filed: 07/01/19     Entered: 07/01/19 13:58:28     Page 2 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/8/2019 | William M Colton | Manager | 0419F0030: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 2.10 |
| 4/9/2019 | William M Colton | Manager | 0419F0031: Support PG&E Training Materials Drafting (e.g., creating materials, incorporating feedback). | 1.10 |
| 4/10/2019 | William M Colton | Manager | 0419F0032: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 1.90 |
| 4/10/2019 | Matthew Earl | Senior Associate | 0419F0033: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 2.80 |
| 4/11/2019 | William M Colton | Manager | 0419F0034: Support PG&E Training Materials Drafting (e.g., creating materials, incorporating feedback). | 1.90 |
| 4/11/2019 | Matthew Earl | Senior Associate | 0419F0035: Support PG&E Training Materials Drafting (e.g., creating materials, incorporating feedback). | 2.90 |
| 4/12/2019 | William M Colton | Manager | 0419F0036: Support PG&E Training Materials Drafting (e.g., creating materials, incorporating feedback). | 2.00 |
| 4/15/2019 | Kristin A Cheek | Manager | 0419F0037: Support Training Workshop. | 1.50 |
| 4/15/2019 | Emily Flinn Kent | Partner | 0419F0038: Supporting PG&E Future State Structure Development (e.g., creating future state, incorporating feedback). | 2.50 |
| 4/15/2019 | William M Colton | Manager | 0419F0039: Support Training Workshop. | 5.10 |
| 4/16/2019 | William M Colton | Manager | 0419F0040: Support PG&E Training Materials Drafting (e.g., creating materials, incorporating feedback). | 0.50 |
| 4/16/2019 | William M Colton | Manager | 0419F0041: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 1.50 |
| 4/17/2019 | William M Colton | Manager | 0419F0042: Project PMO Support (e.g., status updates). | 0.50 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 3 of 22

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/17/2019 | Emily Flinn Kent | Partner | 0419F0043: Project PMO Support (e.g., status updates). | 1.00 |
| 4/17/2019 | Kristin A Cheek | Manager | 0419F0044: Support Training Workshop. | 1.50 |
| 4/17/2019 | William M Colton | Manager | 0419F0045: Support Training Workshop. | 3.60 |
| 4/18/2019 | William M Colton | Manager | 0419F0046: Supporting PG&E Procedures Drafting (e.g., writing procedures, incorporating feedback). | 1.00 |
| ***Total - Hours - Claims Services*** | | | | ***69.30*** |

***Internal Audit Assessment Services***                                   ***Retention Exhibit # 01-F***

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/1/2019 | Christine Lui | Manager | 0419F0047: Review procedures for PBCs and documentation needed for sample selections. | 1.00 |
| 4/2/2019 | Christine Lui | Manager | 0419F0048: Revise work paper review template. | 2.00 |
| 4/3/2019 | Christine Lui | Manager | 0419F0049: Download documents embedded in files uploaded in Connect. | 2.00 |
| 4/12/2019 | Zachary Alfred Pucheu | Director | 0419F0050: Perform internal audit workpaper review. | 1.00 |
| 4/15/2019 | Zachary Alfred Pucheu | Director | 0419F0051: Perform internal audit workpaper review. | 1.00 |
| 4/18/2019 | Zachary Alfred Pucheu | Director | 0419F0052: Perform internal audit workpaper review. | 6.00 |
| 4/18/2019 | Zachary Alfred Pucheu | Director | 0419F0053: Discussion with M. White (PG&E) regarding results of the internal audit review and changes impacting internal audit. | 2.00 |
| ***Total - Hours - Internal Audit Assessment Services*** | | | | ***15.00*** |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 4
of 22

PG&E Corporation, et al. (Case No. 19-30088 (DM))

**Exhibit C**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors

Fixed Fee Services - Professional Services by Project, Professional and Date

For the Period April 1, 2019 through April 30, 2019

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| *Compliance Services* | | | | *Retention Exhibit # 01-H* |
| 4/1/2019 | Kailey Sanchez | Associate | 0419F0054: Aviation - Preparation of Draft Deliverable. | 0.50 |
| 4/1/2019 | Yuliya Foerster | Manager | 0419F0055: External Affairs - Document Review Program Element 8. | 0.70 |
| 4/1/2019 | Yuliya Foerster | Manager | 0419F0056: External Affairs - Document Review Program Element 7. | 0.70 |
| 4/1/2019 | Kailey Sanchez | Associate | 0419F0057: Gas Operations - Preparation of Draft Deliverable. | 1.00 |
| 4/1/2019 | Sumana Lahiry | Manager | 0419F0058: Finance & Risk - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/1/2019 | Meera Banerjee | Director | 0419F0059: External Affairs - Follow-up Interviews. | 1.00 |
| 4/1/2019 | Meera Banerjee | Director | 0419F0060: Regulatory Affairs - Preparation of Draft Deliverable. | 1.00 |
| 4/1/2019 | Yuliya Foerster | Manager | 0419F0061: External Affairs - Follow-up Interviews. | 1.50 |
| 4/1/2019 | Keith J Lucken | Manager | 0419F0062: Power Generation - Preparation of Draft Deliverable. | 1.60 |
| 4/1/2019 | Wei Ping Wen | Associate | 0419F0063: External Affairs - Document Review Program Element 7. | 1.80 |
| 4/1/2019 | Cara Angela Rosengard | Associate | 0419F0064: Compliance & Ethics - Preparation of Draft Deliverable. | 2.00 |
| 4/1/2019 | Keith J Lucken | Manager | 0419F0065: Compliance & Ethics - Preparation of Draft Deliverable. | 2.00 |
| 4/1/2019 | Cara Angela Rosengard | Associate | 0419F0066: Power Generation - Document Review Program Element 3. | 3.00 |
| 4/1/2019 | Cara Angela Rosengard | Associate | 0419F0067: Power Generation - Document Review Program Element 5. | 3.00 |
| 4/2/2019 | Yuliya Foerster | Manager | 0419F0068: External Affairs - Document Review Program Element 4. | 0.80 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 5 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/2/2019 | Cara Angela Rosengard | Associate | 0419F0069: Gas Operations - Debrief meeting. | 1.00 |
| 4/2/2019 | Cara Angela Rosengard | Associate | 0419F0070: Aviation - Debrief meeting. | 1.00 |
| 4/2/2019 | Kailey Sanchez | Associate | 0419F0071: Human Resources - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/2/2019 | Keith J Lucken | Manager | 0419F0072: Power Generation - Preparation of Draft Deliverable. | 1.50 |
| 4/2/2019 | Sumana Lahiry | Manager | 0419F0073: Gas Operations - Preparation of Final Client - Approved Deliverable. | 1.50 |
| 4/2/2019 | Sumana Lahiry | Manager | 0419F0074: Aviation - Preparation of Final Client - Approved Deliverable. | 1.50 |
| 4/2/2019 | Cara Angela Rosengard | Associate | 0419F0075: External Affairs - Document Review Program Element 4. | 3.00 |
| 4/3/2019 | Kailey Sanchez | Associate | 0419F0076: Gas Operations - Document Review Program Element 4. | 0.50 |
| 4/3/2019 | Kailey Sanchez | Associate | 0419F0077: Power Generation - Document Review Program Element 3. | 1.00 |
| 4/3/2019 | Kailey Sanchez | Associate | 0419F0078: Law - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/3/2019 | Kailey Sanchez | Associate | 0419F0079: Land & Environmental - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/3/2019 | Keith J Lucken | Manager | 0419F0080: Compliance & Ethics - Preparation of Draft Deliverable. | 1.00 |
| 4/3/2019 | Sumana Lahiry | Manager | 0419F0081: External Affairs - Preparation of Draft Deliverable. | 1.00 |
| 4/3/2019 | Cara Angela Rosengard | Associate | 0419F0082: Power Generation - Document Review Program Element 5. | 2.00 |

Case: 19-30088     Doc# 2805-3     Filed: 07/01/19     Entered: 07/01/19 13:58:28     Page 6 of 22

PG&E Corporation, et al. (Case No. 19-30088 (DM))

**Exhibit C**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Professional Services by Project, Professional and Date
For the Period April 1, 2019 through April 30, 2019

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/3/2019 | Cara Angela Rosengard | Associate | 0419F0083: Power Generation - Document Review Program Element 3. | 2.00 |
| 4/3/2019 | Keith J Lucken | Manager | 0419F0084: Power Generation - Debrief meeting. | 2.50 |
| 4/4/2019 | Sumana Lahiry | Manager | 0419F0085: Regulatory Affairs - Preparation of Draft Deliverable. | 0.50 |
| 4/4/2019 | Cara Angela Rosengard | Associate | 0419F0086: Gas Operations - Preparation of Draft Deliverable. | 1.00 |
| 4/4/2019 | Kailey Sanchez | Associate | 0419F0087: Compliance & Ethics - Preparation of Draft Deliverable. | 1.00 |
| 4/4/2019 | Kailey Sanchez | Associate | 0419F0088: Law - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/4/2019 | Keith J Lucken | Manager | 0419F0089: Power Generation - Preparation of Draft Deliverable. | 1.00 |
| 4/4/2019 | Cara Angela Rosengard | Associate | 0419F0090: Compliance & Ethics - Preparation of Draft Deliverable. | 2.00 |
| 4/4/2019 | Keith J Lucken | Manager | 0419F0091: Compliance & Ethics - Preparation of Draft Deliverable. | 2.00 |
| 4/4/2019 | Tania Fabiani | Partner | 0419F0092: Compliance & Ethics - Preparation of Draft Deliverable. | 2.00 |
| 4/5/2019 | Yuliya Foerster | Manager | 0419F0093: External Affairs - Document Review Program Element 8. | 0.60 |
| 4/5/2019 | Yuliya Foerster | Manager | 0419F0094: Regulatory Affairs - Document Review Program Element 8. | 0.60 |
| 4/5/2019 | Tania Fabiani | Partner | 0419F0095: Compliance & Ethics - Follow-up Interviews. | 1.00 |
| 4/8/2019 | Meera Banerjee | Director | 0419F0096: External Affairs - Document Review Program Element 4. | 0.50 |
| 4/8/2019 | Meera Banerjee | Director | 0419F0097: Power Generation - Document Review Program Element 3. | 0.50 |
| 4/8/2019 | Meera Banerjee | Director | 0419F0098: Power Generation - Document Review Program Element 5. | 0.50 |
| 4/8/2019 | Yuliya Foerster | Manager | 0419F0099: External Affairs - Document Review Program Element 7. | 0.60 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 7
of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/8/2019 | Meera Banerjee | Director | 0419F0100: External Affairs - Document Review Program Element 8. | 1.00 |
| 4/8/2019 | Cara Angela Rosengard | Associate | 0419F0101: Power Generation - Document Review Program Element 3. | 2.00 |
| 4/8/2019 | Cara Angela Rosengard | Associate | 0419F0102: Power Generation - Document Review Program Element 5. | 2.00 |
| 4/8/2019 | Cara Angela Rosengard | Associate | 0419F0103: Power Generation - Preparation of Draft Deliverable. | 4.00 |
| 4/9/2019 | Meera Banerjee | Director | 0419F0104: External Affairs - Document Review Program Element 8. | 0.50 |
| 4/9/2019 | Meera Banerjee | Director | 0419F0105: External Affairs - Document Review Program Element 7. | 1.00 |
| 4/9/2019 | Cara Angela Rosengard | Associate | 0419F0106: External Affairs - Document Review Program Element 4. | 3.00 |
| 4/10/2019 | Meera Banerjee | Director | 0419F0107: Power Generation - Preparation of Draft Deliverable. | 1.50 |
| 4/10/2019 | Cara Angela Rosengard | Associate | 0419F0108: External Affairs - Document Review Program Element 4. | 3.00 |
| 4/11/2019 | Yuliya Foerster | Manager | 0419F0109: External Affairs - Document Review Program Element 7. | 0.50 |
| 4/11/2019 | Meera Banerjee | Director | 0419F0110: External Affairs - Document Review Program Element 4. | 1.00 |
| 4/11/2019 | Meera Banerjee | Director | 0419F0111: Power Generation - C&E Draft Deliverable Review Meeting. | 1.00 |
| 4/11/2019 | Cara Angela Rosengard | Associate | 0419F0112: Power Generation - C&E Draft Deliverable Review Meeting. | 1.00 |
| 4/12/2019 | Kailey Sanchez | Associate | 0419F0113: Finance & Risk - Preparation of Final Client - Approved Deliverable. | 0.50 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 8
of 22

PG&E Corporation, et al. (Case No. 19-30088 (DM))

**Exhibit C**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors

Fixed Fee Services - Professional Services by Project, Professional and Date

For the Period April 1, 2019 through April 30, 2019

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/14/2019 | Yuliya Foerster | Manager | 0419F0114: External Affairs - Document Review Program Element 4. | 0.50 |
| 4/15/2019 | Kailey Sanchez | Associate | 0419F0115: Power Generation - Preparation of Draft Deliverable. | 1.00 |
| 4/15/2019 | Meera Banerjee | Director | 0419F0116: External Affairs - Preparation of Draft Deliverable. | 1.00 |
| 4/15/2019 | Meera Banerjee | Director | 0419F0117: Power Generation - Debrief meeting. | 1.00 |
| 4/15/2019 | Cara Angela Rosengard | Associate | 0419F0118: Power Generation - Debrief meeting. | 1.00 |
| 4/15/2019 | Kailey Sanchez | Associate | 0419F0119: Safety & Health - Preparation of Final Client - Approved Deliverable. | 1.50 |
| 4/15/2019 | Kailey Sanchez | Associate | 0419F0120: Gas Operations - Preparation of Draft Deliverable. | 1.50 |
| 4/15/2019 | Cara Angela Rosengard | Associate | 0419F0121: Power Generation - Preparation of Draft Deliverable. | 2.00 |
| 4/16/2019 | Tania Fabiani | Partner | 0419F0122: Compliance & Ethics - Preparation of Draft Deliverable. | 0.50 |
| 4/16/2019 | Praveen Kumar | Senior Associate | 0419F0123: External Affairs - Document Review Program Element 4. | 2.00 |
| 4/17/2019 | Meera Banerjee | Director | 0419F0124: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 4/17/2019 | Kailey Sanchez | Associate | 0419F0125: Compliance & Ethics - Preparation of Draft Deliverable. | 1.00 |
| 4/17/2019 | Kailey Sanchez | Associate | 0419F0126: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/17/2019 | Keith J Lucken | Manager | 0419F0127: Compliance & Ethics - Preparation of Draft Deliverable. | 1.00 |
| 4/17/2019 | Cara Angela Rosengard | Associate | 0419F0128: Compliance & Ethics - Preparation of Final Client - Approved Deliverable. | 1.00 |
| 4/18/2019 | Kristin D Rivera | Partner | 0419F0129: Law - Document Review Program Element 4. | 0.40 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 9 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/18/2019 | Kristin D Rivera | Partner | 0419F0130: Compliance & Ethics - Debrief meeting. | 0.40 |
| 4/18/2019 | Meera Banerjee | Director | 0419F0131: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/18/2019 | Kailey Sanchez | Associate | 0419F0132: Shared Compliance Model - Preparation of Draft. | 4.50 |
| 4/19/2019 | Kristin D Rivera | Partner | 0419F0133: External Affairs - Follow-up Interviews. | 0.50 |
| 4/19/2019 | Kailey Sanchez | Associate | 0419F0134: Law - Debrief meeting. | 1.00 |
| 4/19/2019 | Meera Banerjee | Director | 0419F0135: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/19/2019 | Meera Banerjee | Director | 0419F0136: Law - C&E Draft Deliverable Review Meeting. | 1.00 |
| 4/19/2019 | Kailey Sanchez | Associate | 0419F0137: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 4/22/2019 | Kailey Sanchez | Associate | 0419F0138: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 4/24/2019 | Kailey Sanchez | Associate | 0419F0139: Aviation - Preparation of Final Client - Approved Deliverable. | 0.50 |
| 4/24/2019 | Kailey Sanchez | Associate | 0419F0140: Gas Operations - Preparation of Final Client - Approved Deliverable. | 0.50 |
| 4/24/2019 | Kailey Sanchez | Associate | 0419F0141: Compliance & Ethics - Preparation of Final Client - Approved Deliverable. | 0.50 |
| 4/24/2019 | Sumana Lahiry | Manager | 0419F0142: Shared Compliance Model - C&E Meetings on Topics. | 1.00 |
| 4/24/2019 | Cara Angela Rosengard | Associate | 0419F0143: Compliance & Ethics - Preparation of Draft Deliverable. | 1.00 |
| 4/24/2019 | Sumana Lahiry | Manager | 0419F0144: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 4/25/2019 | Kailey Sanchez | Associate | 0419F0145: Compliance & Ethics - Preparation of Final Client - Approved Deliverable. | 0.50 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 10 of 22

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/25/2019 | Tania Fabiani | Partner | 0419F0146: Compliance & Ethics - Preparation of Draft Deliverable. | 0.50 |
| 4/25/2019 | Kailey Sanchez | Associate | 0419F0147: Shared Compliance Model - Preparation of Draft. | 0.60 |
| 4/25/2019 | Meera Banerjee | Director | 0419F0148: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/25/2019 | Sumana Lahiry | Manager | 0419F0149: Shared Compliance Model - C&E Meetings on Topics. | 1.00 |
| 4/25/2019 | Cara Angela Rosengard | Associate | 0419F0150: Regulatory Affairs - Preparation of Draft Deliverable. | 2.00 |
| 4/25/2019 | Sumana Lahiry | Manager | 0419F0151: Shared Compliance Model - Preparation of Draft. | 4.00 |
| 4/26/2019 | Meera Banerjee | Director | 0419F0152: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/26/2019 | Cara Angela Rosengard | Associate | 0419F0153: Regulatory Affairs - Preparation of Draft Deliverable. | 2.00 |
| 4/26/2019 | Sumana Lahiry | Manager | 0419F0154: Shared Compliance Model - Preparation of Draft. | 3.00 |
| 4/29/2019 | Meera Banerjee | Director | 0419F0155: External Affairs - Document Review Program Element 8. | 0.50 |
| 4/29/2019 | Meera Banerjee | Director | 0419F0156: External Affairs - Document Review Program Element 7. | 0.50 |
| 4/29/2019 | Meera Banerjee | Director | 0419F0157: Shared Compliance Model - C&E Meetings on Topics. | 1.00 |
| 4/29/2019 | Kailey Sanchez | Associate | 0419F0158: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 4/29/2019 | Meera Banerjee | Director | 0419F0159: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 4/30/2019 | Kailey Sanchez | Associate | 0419F0160: Shared Compliance Model - Preparation of Draft. | 0.70 |
| 4/30/2019 | Meera Banerjee | Director | 0419F0161: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 4/30/2019 | Keith J Lucken | Manager | 0419F0162: Compliance & Ethics - Preparation of Draft Deliverable. | 2.60 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 11
of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**　　　　　　　　　　　　　　　　**Exhibit C**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Fixed Fee Services - Professional Services by Project, Professional and Date**

**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| *Total - Hours - Compliance Services* | | | | *141.60* |
| *Controls Testing Services* | | | | *Retention Exhibit # 01-I* |
| 1/30/2019 | Christine Lui | Manager | 0419F0163: Gas Operations - Content Development - Outline. | 5.00 |
| 1/31/2019 | Christine Lui | Manager | 0419F0164: Gas Operations - Content Development - Outline. | 2.50 |
| 2/12/2019 | Christine Lui | Manager | 0419F0165: Gas Operations - Content Development - Outline. | 1.00 |
| 2/15/2019 | Christine Lui | Manager | 0419F0166: Gas Operations - Content Development - Outline. | 1.00 |
| 2/18/2019 | Christine Lui | Manager | 0419F0167: Compliance & Ethics - Content Development - Outline. | 5.00 |
| 2/18/2019 | Niki Keramat | Associate | 0419F0168: Compliance & Ethics - Client Meetings. | 8.00 |
| 2/19/2019 | Christine Lui | Manager | 0419F0169: Compliance & Ethics - Content Development - Outline. | 7.00 |
| 2/19/2019 | Niki Keramat | Associate | 0419F0170: Compliance & Ethics - Client Meetings. | 8.00 |
| 2/20/2019 | Christine Lui | Manager | 0419F0171: Gas Operations - Content Development - Outline. | 2.00 |
| 2/20/2019 | Niki Keramat | Associate | 0419F0172: Gas Operations - Content Development - Outline. | 8.00 |
| 2/21/2019 | Christine Lui | Manager | 0419F0173: Gas Operations - Content Development - Outline. | 5.00 |
| 2/21/2019 | Niki Keramat | Associate | 0419F0174: Gas Operations - Content Development - Outline. | 8.00 |
| 2/22/2019 | Brian Wan | Associate | 0419F0175: Gas Operations - Internal Planning Activities. | 4.00 |
| 2/22/2019 | Niki Keramat | Associate | 0419F0176: Gas Operations - Content Development - Outline. | 8.00 |
| 2/25/2019 | Christine Lui | Manager | 0419F0177: Gas Operations - Content Development - Presentation. | 1.00 |
| 2/25/2019 | Brian Wan | Associate | 0419F0178: Gas Operations - Internal Planning Activities. | 8.00 |
| 2/25/2019 | Niki Keramat | Associate | 0419F0179: Gas Operations - Content Development - Outline. | 8.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 12 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 2/26/2019 | Christine Lui | Manager | 0419F0180: Gas Operations - Content Development - Outline. | 2.00 |
| 2/26/2019 | Steven Manocchio | Director | 0419F0181: Compliance & Ethics - Client Meetings. | 6.00 |
| 2/26/2019 | Brian Wan | Associate | 0419F0182: Gas Operations - Internal Planning Activities. | 8.00 |
| 2/26/2019 | Niki Keramat | Associate | 0419F0183: Gas Operations - Content Development - Presentation. | 8.00 |
| 2/27/2019 | Christine Lui | Manager | 0419F0184: Gas Operations - Content Development - Outline. | 2.50 |
| 2/27/2019 | Steven Manocchio | Director | 0419F0185: Compliance & Ethics - Internal Planning Activities. | 3.00 |
| 2/27/2019 | Steven Manocchio | Director | 0419F0186: Compliance & Ethics - Content Development - Presentation. | 3.00 |
| 2/27/2019 | Steven Manocchio | Director | 0419F0187: Compliance & Ethics - Content Development - Outline. | 4.00 |
| 2/27/2019 | Brian Wan | Associate | 0419F0188: Gas Operations - Internal Planning Activities. | 8.00 |
| 2/27/2019 | Niki Keramat | Associate | 0419F0189: Gas Operations - Content Development - Presentation. | 8.00 |
| 2/28/2019 | Brian Wan | Associate | 0419F0190: Gas Operations - Internal Planning Activities. | 8.00 |
| 2/28/2019 | Niki Keramat | Associate | 0419F0191: Gas Operations - Content Development - Presentation. | 8.00 |
| 3/1/2019 | Christine Lui | Manager | 0419F0192: Gas Operations - Content Development - Outline. | 2.00 |
| 3/1/2019 | Niki Keramat | Associate | 0419F0193: Gas Operations - Content Development - Presentation. | 4.00 |
| 3/1/2019 | Brian Wan | Associate | 0419F0194: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/4/2019 | Christine Lui | Manager | 0419F0195: Gas Operations - Content Development - Outline. | 2.00 |
| 3/4/2019 | Brian Wan | Associate | 0419F0196: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/4/2019 | Niki Keramat | Associate | 0419F0197: Gas Operations - Content Development - Presentation. | 8.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 13
of 22

PG&E Corporation, et al. (Case No. 19-30088 (DM))

**Exhibit C**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors

Fixed Fee Services - Professional Services by Project, Professional and Date

For the Period April 1, 2019 through April 30, 2019

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 3/5/2019 | Niki Keramat | Associate | 0419F0198: Gas Operations - Content Development - Learning Activities. | 4.00 |
| 3/5/2019 | Brian Wan | Associate | 0419F0199: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/6/2019 | Christine Lui | Manager | 0419F0200: Gas Operations - Content Development - Outline. | 1.00 |
| 3/6/2019 | Niki Keramat | Associate | 0419F0201: Gas Operations - Content Development - Learning Activities. | 4.00 |
| 3/6/2019 | Brian Wan | Associate | 0419F0202: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/7/2019 | Christine Lui | Manager | 0419F0203: Gas Operations - Content Development - Outline. | 1.00 |
| 3/7/2019 | Niki Keramat | Associate | 0419F0204: Gas Operations - Content Development - Learning Activities. | 2.00 |
| 3/7/2019 | Brian Wan | Associate | 0419F0205: Gas Operations - Audit - Planning the Plan. | 4.00 |
| 3/8/2019 | Brian Wan | Associate | 0419F0206: Gas Operations - Audit - Planning the Plan. | 1.00 |
| 3/8/2019 | Steven Manocchio | Director | 0419F0207: Gas Operations - Content Development - LOB Customizations. | 8.00 |
| 3/11/2019 | Brian Wan | Associate | 0419F0208: Gas Operations - Audit - Planning the Plan. | 1.00 |
| 3/11/2019 | Christine Lui | Manager | 0419F0209: Compliance & Ethics - Client Meetings. | 1.00 |
| 3/11/2019 | Niki Keramat | Associate | 0419F0210: Gas Operations - Content Development - LOB Customizations. | 6.00 |
| 3/11/2019 | Steven Manocchio | Director | 0419F0211: Gas Operations - Content Development - Learning Activities. | 8.00 |
| 3/12/2019 | Niki Keramat | Associate | 0419F0212: Gas Operations - Content Development - LOB Customizations. | 2.00 |
| 3/12/2019 | Christine Lui | Manager | 0419F0213: Compliance & Ethics - Internal Planning Activities. | 4.00 |
| 3/12/2019 | Brian Wan | Associate | 0419F0214: Gas Operations - Audit - Planning the Plan. | 8.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 14 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 3/13/2019 | Christine Lui | Manager | 0419F0215: Compliance & Ethics - Internal Planning Activities. | 2.00 |
| 3/13/2019 | Niki Keramat | Associate | 0419F0216: Electirc Operations - Content Development - Outline. | 2.00 |
| 3/13/2019 | Brian Wan | Associate | 0419F0217: Gas Operations - Audit - Planning the Plan. | 5.00 |
| 3/14/2019 | Christine Lui | Manager | 0419F0218: Gas Operations - Content Development - Outline. | 7.00 |
| 3/14/2019 | Brian Wan | Associate | 0419F0219: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/15/2019 | Christine Lui | Manager | 0419F0220: Gas Operations - Content Development - Outline. | 2.00 |
| 3/15/2019 | Brian Wan | Associate | 0419F0221: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 3/18/2019 | Christine Lui | Manager | 0419F0222: Compliance & Ethics - Client Meetings. | 1.00 |
| 3/18/2019 | Brian Wan | Associate | 0419F0223: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 3/18/2019 | Niki Keramat | Associate | 0419F0224: Electirc Operations - Content Development - Presentation. | 8.00 |
| 3/19/2019 | Niki Keramat | Associate | 0419F0225: Electirc Operations - Content Development - Presentation. | 3.00 |
| 3/19/2019 | Brian Wan | Associate | 0419F0226: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 3/20/2019 | Christine Lui | Manager | 0419F0227: Compliance & Ethics - Content Development - Presentation. | 1.00 |
| 3/20/2019 | Brian Wan | Associate | 0419F0228: Electirc Operations - Audit - Planning the Plan. | 2.00 |
| 3/20/2019 | Niki Keramat | Associate | 0419F0229: Electirc Operations - Content Development - Presentation. | 3.00 |
| 3/21/2019 | Christine Lui | Manager | 0419F0230: Compliance & Ethics - Content Development - Learning Activities. | 2.00 |
| 3/21/2019 | Niki Keramat | Associate | 0419F0231: Electirc Operations - Content Development - Presentation. | 5.00 |
| 3/21/2019 | Brian Wan | Associate | 0419F0232: Electirc Operations - Audit - Planning the Plan. | 10.00 |

Case: 19-30088   Doc# 2805-3   Filed: 07/01/19   Entered: 07/01/19 13:58:28   Page 15 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 3/22/2019 | Christine Lui | Manager | 0419F0233: Compliance & Ethics - Internal Planning Activities. | 2.00 |
| 3/22/2019 | Niki Keramat | Associate | 0419F0234: Power Generation - Content Development - Presentation. | 5.00 |
| 3/22/2019 | Brian Wan | Associate | 0419F0235: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 3/25/2019 | Brian Wan | Associate | 0419F0236: Electirc Operations - Audit - Planning the Plan. | 3.00 |
| 3/25/2019 | Melvin Wong | Associate | 0419F0237: Electirc Operations - Content Development - Presentation. | 4.00 |
| 3/25/2019 | Niki Keramat | Associate | 0419F0238: Power Generation - Content Development - Presentation. | 5.00 |
| 3/26/2019 | Christine Lui | Manager | 0419F0239: Compliance & Ethics - Content Development - Presentation. | 3.00 |
| 3/26/2019 | Melvin Wong | Associate | 0419F0240: Electirc Operations - Content Development - Learning Activities. | 4.00 |
| 3/26/2019 | Niki Keramat | Associate | 0419F0241: Electirc Operations - Content Development - LOB Customizations. | 4.00 |
| 3/26/2019 | Brian Wan | Associate | 0419F0242: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 3/27/2019 | Melvin Wong | Associate | 0419F0243: Gas Operations - Content Development - Presentation. | 4.00 |
| 3/27/2019 | Melvin Wong | Associate | 0419F0244: Electirc Operations - Content Development - Learning Activities. | 4.00 |
| 3/27/2019 | Christine Lui | Manager | 0419F0245: Compliance & Ethics - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 3/27/2019 | Niki Keramat | Associate | 0419F0246: Electirc Operations - Content Development - LOB Customizations. | 8.00 |
| 3/27/2019 | Brian Wan | Associate | 0419F0247: Electirc Operations - Audit - Planning the Plan. | 9.50 |
| 3/28/2019 | Christine Lui | Manager | 0419F0248: Compliance & Ethics - Content Development - Outline. | 5.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 16 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 3/28/2019 | Niki Keramat | Associate | 0419F0249: Electirc Operations - Content Development - LOB Customizations. | 5.00 |
| 3/28/2019 | Brian Wan | Associate | 0419F0250: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 3/28/2019 | Melvin Wong | Associate | 0419F0251: Gas Operations - Content Development - Presentation. | 8.00 |
| 3/29/2019 | Christine Lui | Manager | 0419F0252: Compliance & Ethics - Client Meetings. | 1.00 |
| 3/29/2019 | Niki Keramat | Associate | 0419F0253: Electirc Operations - Content Development - LOB Customizations. | 4.00 |
| 3/29/2019 | Niki Keramat | Associate | 0419F0254: Electirc Operations - Content Development - LOB Customizations. | 4.00 |
| 3/29/2019 | Brian Wan | Associate | 0419F0255: Electirc Operations - Audit - Planning the Plan. | 5.00 |
| 3/29/2019 | Melvin Wong | Associate | 0419F0256: Electirc Operations - Content Development - Outline. | 8.00 |
| 4/1/2019 | Christine Lui | Manager | 0419F0257: Compliance & Ethics - Client Meetings. | 4.00 |
| 4/1/2019 | Niki Keramat | Associate | 0419F0258: Power Generation - Content Development - LOB Customizations. | 6.00 |
| 4/1/2019 | Melvin Wong | Associate | 0419F0259: Power Generation - Content Development - LOB Customizations. | 8.00 |
| 4/2/2019 | Niki Keramat | Associate | 0419F0260: Power Generation - Content Development - LOB Customizations. | 5.00 |
| 4/2/2019 | Christine Lui | Manager | 0419F0261: Electirc Operations - Content Development - Presentation. | 7.00 |
| 4/2/2019 | Melvin Wong | Associate | 0419F0262: Power Generation - Content Development - LOB Customizations. | 8.00 |

Case: 19-30088   Doc# 2805-3   Filed: 07/01/19   Entered: 07/01/19 13:58:28   Page 17 of 22

PG&E Corporation, et al. (Case No. 19-30088 (DM))

Exhibit C

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/3/2019 | Niki Keramat | Associate | 0419F0263: Power Generation - Content Development - LOB Customizations. | 6.00 |
| 4/3/2019 | Christine Lui | Manager | 0419F0264: Electirc Operations - Content Development - Presentation. | 7.00 |
| 4/3/2019 | Melvin Wong | Associate | 0419F0265: Power Generation - Content Development - Learning Activities. | 8.00 |
| 4/4/2019 | Niki Keramat | Associate | 0419F0266: Power Generation - Content Development - LOB Customizations. | 6.00 |
| 4/4/2019 | Brian Wan | Associate | 0419F0267: Electirc Operations - Audit - Planning the Plan. | 8.00 |
| 4/4/2019 | Christine Lui | Manager | 0419F0268: Electirc Operations - Content Development - Presentation. | 8.00 |
| 4/4/2019 | Melvin Wong | Associate | 0419F0269: Power Generation - Content Development - Outline. | 8.00 |
| 4/5/2019 | Niki Keramat | Associate | 0419F0270: Electirc Operations - Content Development - LOB Customizations. | 3.00 |
| 4/5/2019 | Melvin Wong | Associate | 0419F0271: Electirc Operations - Content Development - Presentation. | 6.50 |
| 4/8/2019 | Sarah Thompson Best | Director | 0419F0272: Compliance & Ethics - Client Meetings. | 3.00 |
| 4/8/2019 | Niki Keramat | Associate | 0419F0273: Electirc Operations - Content Development - LOB Customizations. | 4.00 |
| 4/8/2019 | Brian Wan | Associate | 0419F0274: Electirc Operations - Audit - Planning the Plan. | 5.50 |
| 4/8/2019 | Christine Lui | Manager | 0419F0275: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 4/8/2019 | Melvin Wong | Associate | 0419F0276: Gas Operations - Audit - Planning the Plan. | 8.00 |
| 4/9/2019 | Brian Wan | Associate | 0419F0277: Electirc Operations - Audit - Planning the Plan. | 2.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit C**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Fixed Fee Services - Professional Services by Project, Professional and Date**

**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/9/2019 | Christine Lui | Manager | 0419F0278: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 7.00 |
| 4/9/2019 | Melvin Wong | Associate | 0419F0279: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 4/9/2019 | Niki Keramat | Associate | 0419F0280: Power Generation - Content Development - LOB Customizations. | 8.00 |
| 4/9/2019 | Steven Manocchio | Director | 0419F0281: Compliance & Ethics - Client Meetings. | 8.00 |
| 4/10/2019 | Niki Keramat | Associate | 0419F0282: Power Generation - Content Development - LOB Customizations. | 2.00 |
| 4/10/2019 | Brian Wan | Associate | 0419F0283: Electirc Operations - Audit - Planning the Plan. | 4.00 |
| 4/10/2019 | Christine Lui | Manager | 0419F0284: Electirc Operations - Content Development - Presentation. | 8.00 |
| 4/10/2019 | Melvin Wong | Associate | 0419F0285: Electirc Operations - Content Development - Presentation. | 8.00 |
| 4/11/2019 | Melvin Wong | Associate | 0419F0286: Electirc Operations - Content Development - Learning Activities. | 3.00 |
| 4/11/2019 | Niki Keramat | Associate | 0419F0287: Electirc Operations - Content Development - Presentation. | 4.00 |
| 4/11/2019 | Christine Lui | Manager | 0419F0288: Electirc Operations - Content Development - Presentation. | 8.00 |
| 4/12/2019 | Melvin Wong | Associate | 0419F0289: Electirc Operations - Content Development - LOB Customizations. | 5.00 |
| 4/12/2019 | Christine Lui | Manager | 0419F0290: Electirc Operations - Content Development - Presentation. | 6.00 |
| 4/15/2019 | Melvin Wong | Associate | 0419F0291: Electirc Operations - Content Development - LOB Customizations. | 7.00 |
| 4/15/2019 | Niki Keramat | Associate | 0419F0292: Electirc Operations - Content Development - Presentation. | 7.00 |

Case: 19-30088   Doc# 2805-3   Filed: 07/01/19   Entered: 07/01/19 13:58:28   Page 19 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/15/2019 | Christine Lui | Manager | 0419F0293: Electirc Operations - Content Development - Presentation. | 8.00 |
| 4/16/2019 | Christine Lui | Manager | 0419F0294: Electirc Operations - Delivery of Training. | 8.00 |
| 4/16/2019 | Lorraine C Wilson | Senior Managing Director | 0419F0295: Electirc Operations - Delivery of Training. | 8.00 |
| 4/16/2019 | Melvin Wong | Associate | 0419F0296: Electirc Operations - Delivery of Training. | 8.00 |
| 4/16/2019 | Niki Keramat | Associate | 0419F0297: Electirc Operations - Delivery of Training. | 8.00 |
| 4/16/2019 | Andrew Joseph Rivera | Senior Associate | 0419F0298: Electirc Operations - Audit - Planning the Plan. | 9.00 |
| 4/17/2019 | Sarah Thompson Best | Director | 0419F0299: Gas Operations - Internal Planning Activities. | 1.00 |
| 4/17/2019 | Niki Keramat | Associate | 0419F0300: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 4.00 |
| 4/17/2019 | Christine Lui | Manager | 0419F0301: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 4/17/2019 | Melvin Wong | Associate | 0419F0302: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 4/18/2019 | Niki Keramat | Associate | 0419F0303: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 4.00 |
| 4/18/2019 | Melvin Wong | Associate | 0419F0304: Electirc Operations - Audit - Walkthrough of Process, Risk & Controls. | 6.00 |
| 4/18/2019 | Christine Lui | Manager | 0419F0305: Gas Operations - Internal Planning Activities. | 7.00 |
| 4/19/2019 | Sarah Thompson Best | Director | 0419F0306: Gas Operations - Internal Planning Activities. | 1.00 |
| 4/19/2019 | Melvin Wong | Associate | 0419F0307: Power Generation - Content Development - Learning Activities. | 6.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 20 of 22

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/19/2019 | Christine Lui | Manager | 0419F0308: Power Generation - Content Development - LOB Customizations. | 8.00 |
| 4/22/2019 | Sarah Thompson Best | Director | 0419F0309: Power Generation - Internal Planning Activities. | 3.00 |
| 4/22/2019 | Niki Keramat | Associate | 0419F0310: Power Generation - Content Development - Presentation. | 4.00 |
| 4/22/2019 | Christine Lui | Manager | 0419F0311: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 6.00 |
| 4/22/2019 | Melvin Wong | Associate | 0419F0312: Power Generation - Content Development - LOB Customizations. | 8.00 |
| 4/23/2019 | Christine Lui | Manager | 0419F0313: Power Generation - Delivery of Training. | 8.00 |
| 4/23/2019 | Melvin Wong | Associate | 0419F0314: Power Generation - Delivery of Training. | 8.00 |
| 4/23/2019 | Sarah Thompson Best | Director | 0419F0315: Power Generation - Delivery of Training. | 8.00 |
| 4/24/2019 | Christine Lui | Manager | 0419F0316: Gas Operations - Audit - Scheduling / Evidence Requests. | 4.00 |
| 4/24/2019 | Melvin Wong | Associate | 0419F0317: Gas Operations - Audit - Evidence Follow-up. | 6.00 |
| 4/25/2019 | Melvin Wong | Associate | 0419F0318: Gas Operations - Audit - Evidence Follow-up. | 1.00 |
| 4/25/2019 | Christine Lui | Manager | 0419F0319: Gas Operations - Audit - Audit Documentation. | 8.00 |
| 4/26/2019 | Christine Lui | Manager | 0419F0320: Gas Operations - Internal Planning Activities. | 2.00 |
| 4/26/2019 | Melvin Wong | Associate | 0419F0321: Gas Operations - Audit - Evidence Follow-up. | 2.00 |
| 4/29/2019 | Niki Keramat | Associate | 0419F0322: Gas Operations - Audit - Planning the Plan. | 5.00 |
| 4/30/2019 | Christine Lui | Manager | 0419F0323: Gas Operations - Audit - Audit Documentation. | 3.00 |

Case: 19-30088    Doc# 2805-3    Filed: 07/01/19    Entered: 07/01/19 13:58:28    Page 21 of 22

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2019 through April 30, 2019**

| Date | Name | Position | Description | Hours |
|------|------|----------|-------------|-------|
| 4/30/2019 | Niki Keramat | Associate | 0419F0324: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 5.00 |
| *Total - Hours - Controls Testing Services* | | | | *879.00* |
| **Total - Hours - Fixed Fee Services** | | | | **1,104.90** |

Case: 19-30088   Doc# 2805-3   Filed: 07/01/19   Entered: 07/01/19 13:58:28   Page 22 of 22