**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---:|---:|
| **Hourly Services** | | | | |
| *E-Discovery Services* | | | *Retention Exhibit #: 01-K* | |
| Sarah Nolton | Partner | $499 | 12.80 | $6,387.20 |
| Amol Deshpande | Director | $404 | 16.00 | $6,464.00 |
| Jeb R Williams | Manager | $329 | 13.00 | $4,277.00 |
| AnnMarie Hassan | Senior Associate | $267 | 2.00 | $534.00 |
| Joseph Michalek | Senior Associate | $267 | 124.00 | $33,108.00 |
| Congrui Lin | Associate | $172 | 8.00 | $1,376.00 |
| MaKenzie Renee Muller | Associate | $172 | 122.00 | $20,984.00 |
| Melanie Erin Tsoi | Associate | $172 | 75.40 | $12,968.80 |
| **Subtotal - E-Discovery Services** | | | **373.20** | **$86,099.00** |
| *Rate Case Support Services* | | | *Retention Exhibit #: 01-L* | |
| Reza Jenab | Partner | $500 | 3.00 | $1,500.00 |
| Cynthia Lee Lorie | Director | $395 | 99.20 | $39,184.00 |
| **Subtotal - Rate Case Support Services** | | | **102.20** | **$40,684.00** |
| *Strategic Analysis Services* | | | *Retention Exhibit #: 03* | |
| Meredith Marie Strong | Partner | $909 | 38.50 | $34,996.50 |
| Michael P Niland | Partner | $909 | 3.00 | $2,727.00 |
| Terry Bart Stratton | Partner | $909 | 9.80 | $8,908.20 |
| Marcus S Simms | Partner | $780 | 27.50 | $21,450.00 |
| Andrew L Cummings | Director | $776 | 5.00 | $3,880.00 |
| Chike Azinge | Director | $776 | 166.00 | $128,816.00 |
| Michael John Dixon | Director | $776 | 98.50 | $76,436.00 |
| Walter Andrew Okpych | Director | $776 | 4.00 | $3,104.00 |
| Leah Kondo Von Pervieux | Director | $707 | 2.80 | $1,979.60 |
| Darren T Frost | Director | $650 | 24.00 | $15,600.00 |
| Brian M Choi | Manager | $650 | 79.50 | $51,675.00 |
| Johnnie Mata | Manager | $650 | 180.50 | $117,325.00 |
| Quan Tran | Manager | $650 | 192.00 | $124,800.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period April 1, 2019 through April 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Chun-Ming Huang | Manager | $445 | 56.00 | $24,920.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 19.50 | $9,048.00 |
| John Zachary Pedrick | Senior Associate | $422 | 185.00 | $78,070.00 |
| Terra A Robnett | Senior Associate | $348 | 23.00 | $8,004.00 |
| Ellenor Kathleen Harkin | Associate | $380 | 214.10 | $81,358.00 |
| Lindsay Slocum | Associate | $380 | 214.80 | $81,624.00 |
| Alexander Shartzer | Associate | $300 | 117.00 | $35,100.00 |
| Christina Patricia Faidas | Associate | $300 | 173.00 | $51,900.00 |
| Jesse Hellman | Associate | $300 | 116.30 | $34,890.00 |
| *Subtotal - Strategic Analysis Services* | | | *1,949.80* | *$996,611.30* |
| **Subtotal - Hourly Services** | | | **2,425.20** | **$1,123,394.30** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: Case* | |
| Andrea Clark Smith | Director | $550 | 7.40 | $4,070.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *7.40* | *$4,070.00* |
| **Subtotal - Case Administration** | | | **7.40** | **$4,070.00** |
| **Total - Hourly Services and Case Administration** | | | **2,432.60** | **$1,127,464.30** |