**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period April 1, 2019 through April 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *Claims Services* | *Retention Exhibit #: 01-B* |
|     Airfare | $1,492.57 |
|     Lodging | $750.00 |
|     Meals | $71.51 |
|     Public/Ground Transportation | $202.34 |
| *Subtotal - Expenditures Sought for Claims Services* | *$2,516.42* |
| *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* |
|     Airfare | $517.55 |
|     Lodging | $397.52 |
|     Meals | $24.92 |
|     Parking | $48.00 |
|     Public/Ground Transportation | $51.90 |
| *Subtotal - Expenditures Sought for Internal Audit Assessment Services* | *$1,039.89* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$3,556.31** |
| **Hourly Services** | |
| *E-Discovery Services* | *Retention Exhibit #: 01-K* |
|     Lodging | $209.33 |
|     Meals | $187.81 |
|     Mileage Allowance | $243.02 |
|     Parking | $50.00 |
|     Public/Ground Transportation | $172.17 |
|     Rental Car | $564.74 |
|     Server Supplies | $2,496.45 |
| *Subtotal - Expenditures Sought for E-Discovery Services* | *$3,923.52* |
| *Strategic Analysis Services* | *Retention Exhibit #: 03* |
|     Airfare | $11,571.31 |
|     Lodging | $26,338.05 |
|     Meals | $4,839.69 |
|     Mileage Allowance | $216.34 |
|     Parking | $463.06 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period April 1, 2019 through April 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| Public/Ground Transportation | $3,158.94 |
| *Subtotal - Expenditures Sought for Strategic Analysis Services* | *$46,587.39* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$50,510.91** |
| **Total - Expenditures Sought for Reimbursement** | **$54,067.22** |