**Exhibit B-2**
**Fire Claim Bar Date Notice**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF DEADLINE FOR FILING FIRE RELATED PROOF OF CLAIM FORMS** |

# IMPORTANT LEGAL NOTICE

### TO ALL PARTIES WITH CLAIMS ARISING OUT OF THE NORTHERN CALIFORNIA FIRES

**OCTOBER 21, 2019, AT 5:00 P.M. (PREAVILING PACIFIC TIME) IS THE LAST DATE TO FILE FIRE PROOF OF CLAIM FORMS**

On January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") each filed a petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Court**"). The Bankruptcy Court has entered an order (the "**Bar Date Order**") establishing **October 21, 2019** at **5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each person or entity to file a proof of claim (each a "**Proof of Claim**") with respect to a prepetition claim against the Debtors, including, without limitation, any claims resulting from or in any way relating to the fires that occurred in Northern California prior to the Petition Date (January 29, 2019) (the "**Northern California Fires**[1]"). The Northern California Fires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee,

---

[1] Pursuant to the Bar Date Order and all matters related to it (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the Northern California Fires (including any claim held by a Wildfire Subrogation Claimant) is referred to in this notice as a "**Fire Claim**"; (b) any person or entity, including any governmental unit (as defined in section 101(27) of the Bankruptcy Code, holding a Fire Claim (other than a Wildfire Subrogation Claimant) is referred to in this notice as a "**Fire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Fire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to in this notice as a "**Wildfire Subrogation Claimant**".

Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.

### WHO MUST SUBMIT A FIRE PROOF OF CLAIM FORM

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss resulting from or in any way relating to the Northern California Fires, you or your authorized agent or attorney **MUST** file a Proof of Claim for your Fire Claim prior to the Bar Date in accordance with the instructions in this notice. The Debtors have enclosed a customized Proof of Claim form for your Fire Claim depending on whether you are a Fire Claimant (a "**Fire Claimant Proof of Claim Form**") or a Wildfire Subrogation Claimant (a "**Wildfire Subrogation Claimant Proof of Claim Form**" and, together with the Fire Claimant Proof of Claim Form, the "**Fire Proof of Claim Forms**"). You **DO NOT** need to file a Fire Proof of Claim if you already filed a Proof of Claim in the Chapter 11 Cases that includes substantially all of the information requested in the applicable Fire Proof of Claim Form. All timely filed Fire Proof of Claim Forms shall be deemed filed against each of the Debtors.

**YOU OR YOUR AUTHORIZED AGENT OR ATTORNEY MUST FILE A FIRE PROOF OF CLAIM FORM ON ACCOUNT OF YOUR FIRE CLAIM EVEN IF YOU MAY BE INCLUDED IN, OR REPRESENTED BY, A PURPORTED CLASS ACTION, CLASS SUIT, CLASS PROOF OF CLAIM, OR SIMILAR REPRESENTATIVE ACTION FILED AGAINST THE DEBTORS WITH RESPECT TO YOUR FIRE CLAIM.**

### PROCEDURES FOR FILING A FIRE PROOF OF CLAIM FORM

**ALL FIRE PROOF OF CLAIM FORMS MUST BE FILED SO AS TO BE <u>ACTUALLY RECEIVED</u> ON OR BEFORE OCTOBER 21, 2019 AT 5:00 P.M. (PREVAILING PACIFIC TIME) AS FOLLOWS:**

| If electronically: | If by first class mail: |
|---|---|
| Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at www.pgewildfireinfo.com (the "**Case Website**") using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**"). | PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4850<br>New York, NY 10163-4850 |
| **If by overnight courier:** | **If by hand delivery:** |
| PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 | PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232<br>-or-<br>At one of the Debtors' Claim Service Centers located at the following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):<br>(i) 350 Salem Street, Chico, CA 95928;<br>(ii) 231 "D" Street, Marysville, CA 95901;<br>(iii) 1567 Huntoon Street, Oroville, CA 95965;<br>(iv) 3600 Meadow View Road, Redding, CA 96002;<br>(v) 111 Stony Circle, Santa Rosa, CA 95401;<br>(vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559.<br>**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.** |

Any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim Form as set forth in the Bar Date Order, shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim Form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of the Court.

Fire Proof of Claim Forms will be deemed timely filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. If you submit a Fire Proof of Claim Form via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Fire Proof of Claim Form. Fire Proof of Claim Forms may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System). Additional Proof of Claim Forms and instructions may be obtained from Prime Clerk at the Case Website.

All Fire Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). **You may but are not required to attach supporting documentation to your Fire Proof of Claim Form. Please be advised, if supporting documentation is attached by any claimant to a Fire Proof of Claim Form, such supporting documentation will be publicly available as a part of such claimant's Fire Proof of Claim Form**; *provided* that, pursuant to the agreement between the Debtors and the Wildfire Subrogation Claimants, Attachment 1 to the Wildfire Subrogation Claimant Proof of Claim Form and any other individual claim information subsequently submitted by any Wildfire Subrogation Claimant to Prime Clerk will remain confidential and will not be made available to the general public, and copies of such subsequent information will only be provided on a confidential and professionals' eyes only basis to the Debtors, the Committees, the U.S. Trustee, and any additional parties the Court directs but only after each such party agrees to keep the subsequent information confidential, subject to the right of the party submitting such information to be heard with respect to such disclosure.

Your Fire Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (only the year), the name of a minor (include only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

**CONSEQUENCES OF FAILING TO FILE A
FIRE PROOF OF CLAIM FORM BY THE BAR DATE**

**THE DEADLINE FOR FILING FIRE CLAIMS IS OCTOBER 21, 2019 AT 5:00 P.M. (PREVAILING PACIFIC TIME). ANY PERSON OR ENTITY WHO HAS A FIRE CLAIM AND DOES NOT FILE A FIRE PROOF OF CLAIM FORM BY THAT DATE AND TIME MAY NOT BE TREATED AS A CREDITOR FOR VOTING OR DISTRIBUTION PURPOSES UNDER ANY PLAN OF REORGANIZATION AND SUCH CLAIM MAY BE SUBJECT TO DISCHARGE. FAILURE TO FILE A FIRE PROOF OF CLAIM FORM BY OCTOBER 21, 2019 AT 5:00 P.M. (PREVAILING PACIFIC TIME) MAY PREVENT SUCH PERSON OR ENTITY FROM VOTING ON ANY PLAN OF REORGANIZATION IN THESE CASES. FURTHER, IF SUCH FIRE CLAIM IS DISCHARGED, THE FIRE CLAIMANT OR WILDFIRE SUBROGATION CLAIMANT WILL BE FOREVER BARRED AND PREVENTED FROM ASSERTING THE FIRE CLAIM AGAINST THE DEBTORS OR**

**THEIR PROPERTY, AND MAY NOT RECEIVE ANY PAYMENT OR DISTRIBUTION IN CONNECTION WITH SUCH FIRE CLAIM.**

**ADDITIONAL INFORMATION ON THE CHAPTER 11 CASES**

Copies of all of the documents filed in the Chapter 11 Cases can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Bankruptcy Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from Prime Clerk at the Case Website. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; at +1 (347) 226-7122 for International parties or by e-mail at: pgewildfireinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice. A holder of a potential Fire Claim against the Debtors should consult an attorney with respect to any legal advice it believes it may need.**

Dated: \_\_\_\_, 2019