

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Signed and Filed: July 1, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Timothy G. Cameron (*pro hac vice*)
(tcameron@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    **Debtors.**<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GOVERNING DISCOVERY BY AND AMONG DEBTORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OFFICIAL COMMITTEE OF TORT CLAIMANTS**<br><br>**Re: Dkt. Nos. 2419, 2459, 2652** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information*, dated June 7, 2019 [Docket No. 2459] (the "**Debtors' Motion**"), filed by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"); the *Motion of the Official Committee of Tort Claimants for Entry of a Protective Order*, dated June 5, 2019 [Docket No. 2419] (the "**Tort Committee Motion**") filed by the Official Committee of Tort Claimants (the "**Tort Committee**"); and the *Statement of the Official Committee of Unsecured Creditors Regarding Cross-Motions for Entry of a Protective Order by (I) Official Committee of Tort Claimants and (II) Debtors*, filed June 19, 2019 [Docket No. 2652] by the Official Committee of Unsecured Creditors (the "**Creditors Committee**"); and

The Court having held a hearing on June 26, 2019, at which the Debtors, the Tort Committee, and the Creditors Committee represented that they had reached agreement among themselves as to a form of protective order to govern the exchange of information in these Chapter 11 Cases (as attached hereto as **Exhibit A**, the "**Proposed Protective Order**"); and

The Court having set a hearing for July 9, 2019, at 9:30 a.m. to consider the Debtors' Motion and the Tort Committee Motion to have the Proposed Protective Order apply to the exchange of information among all parties in these Chapter 11 Cases; and

The Court having instructed the Debtors, the Tort Committee, and the Creditors Committee to submit the agreed-upon Proposed Protective Order to be made applicable to the exchange of information in these Chapter 11 Cases; and

The Debtors having uploaded this Order with the Proposed Protective Order attached hereto as **Exhibit A**, and the Tort Committee and the Creditors Committee having approved this Order and the Proposed Protective Order as to form and content by their signature below; and

Good cause appearing,

IT IS HEREBY ORDERED:

1. The Proposed Protective Order annexed hereto as **Exhibit A** hereby governs the production, review, disclosure, and handling of any information exchanged by and among the Tort Committee, the Creditors Committee, and the Debtors in these Chapter 11 Cases.

APPROVED AS TO FORM AND CONTENT:

Dated: June 28, 2019

**BAKER & HOSTETLER LLP**

/s/ *Lars Fuller*
Lars Fuller
*Counsel for The Official Committee of Tort Claimants*


**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**
**CRAVATH, SWAINE & MOORE LLP**

/s/ *Richard W. Slack*
Richard W. Slack
*Counsel for Debtors and Debtors in Possession*


**MILBANK LLP**

/s/ *Samir L. Vora*
Samir L. Vora
*Counsel for The Official Committee of Unsecured Creditors*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119