Entered on Docket
July 01, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 1, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

GROOM LAW GROUP, CHARTERED
David N. Levine (pro hac vice pending)
Katherine B. Kohn (pro hac vice pending)
1701 Pennsylvania Ave., NW Suite 1200
Washington, D.C. 20006
Tel: 202 857 0620
Fax: 202 659 4503

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Special Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E Corporation and Pacific Gas and Electric Company,** Debtor(s).

Case No. **19-30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Katherine B. Kohn**, whose business address and telephone number is **Groom Law Group, Chartered, 1701 Pennsylvania Ave., N.W. Washington, D.C. 20006 (202) 861-2607**

and who is an active member in good standing of the bar of **the State of Maryland and the District of Columbia** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **the PG&E Corporation and Pacific Gas and Electric Company.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**