1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone: (424) 386-4000
9  Facsimile: (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF THE DEBTORS' MUTUAL ASSISTANCE MOTION**<br><br>Date: July 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 2588 |

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of PG&E Corp. and Pacific Gas and Electric Company (collectively, the "Debtors") hereby submits this Statement in Support of the Debtors' *Omnibus Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Mutual Assistance Agreements* (the "Mutual Assistance Motion") [Docket No. 2588].[1]

## STATEMENT

1. The Creditors' Committee believes that the prospect of a successful reorganization in these cases rests firmly on the Debtors' ability to demonstrate that they can provide power to their customers in a safe, reliable, responsible and sustainable manner. The Creditors' Committee has been, and will continue to be, focused on making sure the Debtors are giving those issues the highest priority.

2. The Mutual Assistance Motion recognizes that the Debtors' efforts in this regard will depend not only on their own safety and mitigation practices, programs and policies, but also on their ability to obtain assistance from outside sources when necessary. Pursuant to the Mutual Assistance Motion, the Debtors seek to secure the continued cooperation and assistance from neighboring utilities (members of the so-called "mutual assistance network") as and when needed to help them promptly respond to future emergency situations.

3. The Creditors' Committee believes that obtaining this cooperation and assistance through the Debtors' ongoing participation in the mutual assistance network is an important component of the Debtors' overall safety program and therefore supports approval of the Mutual Assistance Motion.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Mutual Assistance Motion.

2
Case: 19-30088    Doc# 2819    Filed: 07/02/19    Entered: 07/02/19 11:37:48    Page 2 of 3

Dated: July 2, 2019

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*