Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF SAMUEL E. STAR IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 12, 2019**<br><br>Re: Dkt. No. 2252 |

I, Samuel E. Star, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare that the following is true and correct:

I am a Senior Managing Director of FTI Consulting, Inc. (together with its wholly owned subsidiaries, contractors and employees, "**FTI**"), an independent global business advisory firm and I am duly authorized to make this supplemental declaration (the "**Supplemental Declaration**") on behalf of FTI.

On April 3, 2019, the Official Committee of Unsecured Creditors (the "**Committee**") in these chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") submitted the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors* Nunc Pro Tunc *to February 12, 2019* [Dkt. No. 1212] (the "**Application**").[1] Attached to the Application as Exhibit B was the *Declaration of Samuel E. Star in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor* Nunc Pro Tunc *to February 12, 2019* (the "**Star Declaration**"). The Star Declaration was submitted in support of the Application to, among other things, provide disclosures pursuant to title 11 of the United States Code §§ 101 et seq. (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "**Local Rules**").

I am submitting this Supplemental Declaration in connection with FTI's retention to, among other things, provide additional disclosures pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Except as otherwise set forth herein, the Star Declaration is expressly incorporated

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

Case: 19-30088    Doc# 2820    Filed: 07/02/19    Entered: 07/02/19 11:49:13    Page 2 of 6

herein. Unless otherwise stated in this Supplemental Declaration, I generally have personal knowledge of the matters set forth herein and, if called as a witness, I would competently testify thereto.[2]

**SUPPLEMENTAL DECLARATION**

1. Subsequent to the filing of the Star Declaration, FTI received an expanded list of parties in interest from the Debtors. Attached hereto as **Schedule A** is a list of any relationship between FTI and any additional actual or potential parties-in-interest (collectively, the "**Potential Parties-in-Interest**") that have been subsequently identified by the Debtors in the Chapter 11 Cases. FTI compared the names of each of these additional Potential Parties-in-Interest to the names contained in a database maintained by FTI of current and former clients and other relationships.

2. Based on all of the foregoing, to the best of my knowledge and except as otherwise noted, FTI does not represent any entity having an adverse interest in connection with these cases, and therefore believes it continues to be eligible to represent the Committee. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. To the extent FTI discovers any new material relevant facts bearing on the matters described herein during the period of FTI's employment, FTI will amend and supplement the information contained in this Supplemental Declaration to disclose any additional facts and will promptly file a further supplemental declaration pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 2, 2019
      New York, NY                        Respectfully submitted,

                                            By: /s/ Samuel E. Star
                                            Samuel E. Star
                                            Senior Managing Director

---

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at FTI and are based on information provided by them.

# Schedule A

**(Relationships With Potential Parties in Interest**

**Supplemental Declaration**)

| Entity with which FTI has a connection | Nature of connection |
|---|---|
| Accenture | Accenture is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin, Gump, Strauss Hauer & Feld | Akin, Gump, Strauss Hauer & Feld is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin, Gump, Strauss Hauer & Feld | Akin, Gump, Strauss Hauer & Feld is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ARB | ARB is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baker & Hostetler | Baker & Hostetler is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Granite Construction Incorporated | Granite Construction Incorporated is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Itron | Itron is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| KPMG | KPMG is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McKinsey | McKinsey is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Milbank, Tweed, Hadley & McCloy | Milbank, Tweed, Hadley & McCloy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra Energy | NextEra Energy is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sodexo | Sodexo is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm Mutual Automobile Insurance Company | State Farm Mutual Automobile Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TALX | TALX is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Travelers Insurance | Travelers Insurance is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Entity with which FTI has a connection | Nature of connection |
|---|---|
| Willis Towers Watson US | Willis Towers Watson US is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willkie Farr & Gallagher | Willkie Farr & Gallagher is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wilson Sonsini | Wilson Sonsini is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |