# EXHIBIT 8

Case: 19-30088    Doc# 2823-9    Filed: 07/02/19    Entered: 07/02/19 12:56:04    Page 1 of 3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 6, 2018 | **Time:** 43 minutes 2:16 p.m. to 2:59 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 14-cv-04393-WHO | **Case Name:** San Francisco Herring Association v. Pacific Gas and Electric Company | |

**Attorney for Plaintiff:** Stuart G. Gross
**Attorneys for Defendant:** Scott D. Mroz and Sandi L. Nichols

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Counsel appear for case management conference. The Court queries counsel as to dispositive legal issues which defendants would like to address. Counsel heard on their opinions regarding the potentially dispositive issues and the coordination of the litigation of those issues and the discovery schedule.

The Court queries counsel on appropriate litigation structure, specifically whether the claims of Mr. Clarke concerning the Cannery should be consolidated at some point. Counsel agree that there are no damages available to Mr. Clarke; the remedies will be in the form of injunctive relief and penalties and will be for determination by the Court rather than a jury.

The defense asks to file more than one motion for summary judgment, which is granted. The initial defense motion for summary judgment will be filed by November 20, 2018. Plaintiff is directed to respond within three (3) weeks. Any reply is due a week later. If plaintiff believes that discovery is necessary to respond to the motion--and the parties are not in agreement as to that issue--a joint letter should be filed within five (5) days of the filing of the motion that identifies the specific discovery necessary. **Hearing on the motion is set for January 9, 2019 at 2:00 p.m.**

**Further Case Management Conference set for May 7, 2019 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **May 15, 2019** |
| **Expert disclosure:** | **May 15, 2019** |
| **Expert rebuttal:** | **June 7, 2019** |
| **Expert discovery cutoff:** | **July 1, 2019** |

**Dispositive Motions heard by:**     **August 28, 2019**
**Pretrial Conference:**     **October 21, 2019 at 2:00 p.m.**
**Trial:**     **November 12, 2019 at 8:30 a.m. by Jury**