MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:　(415) 513-5980
Facsimile:　(415) 513-5985

STUART G. GROSS (SBN 251019)
sgross@grosskleinlaw.com
TIM KLINE (SBN 319227)
tk@grosskleinlaw.com
GROSS & KLEIN LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

Attorneys for Creditor,
Dan Clarke

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** <br><br> **PG&E CORPORATION** <br><br> - **and** - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐　Affects PG&E Corporation <br> ☐　Affects Pacific Gas and Electric Company <br> ☑　Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case <br> Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** <br><br> **Date:** July 23, 2019 <br> **Time:** 9:30 a.m. <br> **Ctrm:** Hon. Dennis Montali <br> 　　　　450 Golden Gate Avenue <br> 　　　　16th Floor, Courtroom No. 17 <br> 　　　　San Francisco, CA 94102 |

Movant Dan Clarke, hereby requests that the Court take Judicial Notice, pursuant to Federal Rule of Evidence 201(b) of the following documents included in Exhibits A – C included in the supporting declaration of Matthew D. Metzger.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of ". . . a fact that is not subject to reasonable dispute because it . . . (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Exhibits A – C meet said criteria and are identified as follows:

1. **Exhibit A:** a true and correct copy of the Revised Cal. P.U.C. Sheet No. 43284-E, entitled "Electric Preliminary Statement Part S Hazardous Substance Mechanism", issued by Robert S. Kenney, PG&E Vice President, Regulatory Affairs, Sheets 1-5 ("Revised Cal. P.U.C. Sheet No. 43284-E"), submitted October 31, 2018 and effective November 30, 2018.

2. **Exhibit B:** a true and correct copy of the Declaration of Robert C. Doss in Support of Motion for Authorization to Continue Its Hazardous Substance Cleanup, which PG&E filed June 6, 2001, *In re Pacific Gas and Electric Company,* a California corporation, United States Bankruptcy Court, Northern District of California, Case No. 01 30923 DM, Dkt No. 802.

3. **Exhibit C:** a true and correct copy of the material portion (page 36) of PG&E's Form 10-K for the fiscal year ended December 31, 2016.

Dated: July 2, 2019

BELVEDERE LEGAL, PC

By: _____/s/ *Matthew D. Metzger*_____
Matthew D. Metzger
Attorneys for Creditor,
Dan Clarke