UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: **PG&E Corporation and Pacific Gas and Electric Company**

Debtor(s)

Bankruptcy No.: 19-3088 (DM)
R.S. No.: BLV-001
Hearing Date: 07/09/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____    Source of value: _____
Contract Balance: $ 1    Pre-Petition Default: $_____
Monthly Payment: $_____    No. of months: _____
Insurance Advance: $_____    Post-Petition Default: $_____
    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____    Pre-Petition Default: $_____
As of (date): _____    No. of months: _____
Mo. payment: $_____    Post-Petition Default: $_____
Notice of Default (date): _____    No. of months: _____
Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:
    Movant seeks leave to return to District Court to obtain injunctive relief re ongoing MGP waste contaimination.

Dated: 07/02/2019

/s/ Matthew D. Metzger
Signature
Matthew D. Metzger
Print or Type Name

Attorney for Dan Clarke