MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:   (415) 513-5980
Facsimile:   (415) 513-5985

STUART G. GROSS (SBN 251019)
sgross@grosskleinlaw.com
TIM KLINE (SBN 319227)
tk@grosskleinlaw.com
GROSS & KLEIN LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

Attorneys for Creditor,
Dan Clarke

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re** | Bankruptcy Case |
| **PG&E CORPORATION** | Case No. 19-30088 (DM) |
| - **and** - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Date:** July 23, 2019<br>**Time:** 9:30 a.m.<br>**Ctrm:** Hon. Dennis Montali<br>       450 Golden Gate Avenue<br>       16th Floor, Courtroom No. 17<br>       San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on **July 23, 2019** at **9:30 a.m.**, at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Ave., 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali, Dan Clarke, Creditor herein ("Clarke"), will bring on for hearing his motion for relief from the automatic stay under 11 U.S.C. § 362(d)(1) (the "Motion"). Clarke brings this Motion to continue with certain pending proceedings before the United States District Court as raised pre-petition in the matter, *San Francisco Herring Association and Dan Clarke vs. Pacific Gas and Electric Company; PG&E Corporation*, United States District Court, Northern District of California Case No. 14-cv-04393 WHO (JCS) (the "District Court Case"), in order to liquidate Clarke's claims and enforce injunctive relief related to ongoing waste contamination caused by manufactured gas plants ("MGPs") in the city and county of San Francisco that the Debtor owns and operates. Mr. Clarke further requests the order granting relief from stay be made effective immediately and that the fourteen (14) day waiting period of Bankruptcy Rule 4001(a)(3) be waived.

The Motion is based upon this Notice of Hearing, the Motion, the Declaration of Stuart G. Gross, the Request for Judicial Notice, the Declaration of Matthew D. Metzger, the exhibits served with the Motion, any reply, and on such other and further evidence and matters that the Court may consider at the hearing on the Motion, as well as the March 13, 2019 Final Order Pursuant to 11 U.S.C. §§ 105(a) 363(b), AND 507(a) (7) AND FED. R. BANKR. P. 6003 AND 6004 (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor Any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (Dkt. No. 843).

**PLEASE TAKE FURTHER NOTICE** that you are hereby informed that any objection by the Debtor or by the two official creditors' committees shall be filed **on or before 4:00 p.m. prevailing Pacific standard time five days prior to the hearing** and served upon the undersigned and on all "Standard Parties" as defined in paragraph 5 of the Case Management

2

Order. You may be able to appear at the hearing by telephone and should consult the Court's Procedures for Appearances by Telephone.

**PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to so appear may result in the Court granting the relief requested without further hearing, including determining that cause exists under § 362(d)(1) to grant Clarke relief from the automatic stay to liquidate Clarke's claims as raised pre-petition in the District Court Case and to enforce related injunctive relief after the District Court defines and enters a final ruling on liability.**

Dated: July 2, 2019

BELVEDERE LEGAL, PC
By: _____/s/ *Matthew D. Metzger*_____
Matthew D. Metzger
Attorneys for Creditor Dan Clarke