Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF GREGORY A. BRAY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE FILING OF AN OBJECTION UNDER SEAL**<br><br>[No Hearing Requested] |

I, Gregory A. Bray, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney admitted to practice in the State of California and I am a partner in the Financial Restructuring Group of the firm Milbank LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this declaration on behalf of Milbank in support of the *Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal*, filed concurrently herewith (the "Motion to Redact"). The facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or information provided to me by other advisors to the Creditors' Committee, including other attorneys at Milbank. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. As stated, this declaration is submitted in support of the Motion to Redact, which seeks authority to file under seal portions of the Creditors' Committee's objection (the "Objection") to the Debtors' *Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance* (the "D&O Motion") [Docket No. 2471], which objection is filed contemporaneously herewith.

4. In particular, the Creditors' Committee received materials from the Debtors as part of Creditors' Committee's diligence of the D&O Motion, which materials the Debtors designated as "confidential" or "highly confidential" pursuant to the *Order Governing Discovery by and*

*Among Debtors, Official Committee of Unsecured Creditors, and Official Committee of Tort Claimants* entered by the Court on July 1, 2019 ("Protective Order") [Docket No. 2807]. The Protective Order governs the production, review, disclosure, and handling of any information exchanged by and among the Official Committee of Tort Claimants (the "TCC"), the Creditors' Committee, and the Debtors in these chapter 11 cases.

5. The Creditors' Committee notified the Debtors that the Objection would reference certain of the materials that the Debtors had designated as "confidential" and/or "highly confidential" under the Protective Order (the "Designated Materials") and asked whether the Debtors would require that the Creditors' Committee file the Designated Materials under seal. Counsel for the Debtors answered in the affirmative, thereby necessitating the filing of the Motion to Redact and this Declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 2, 2019, Los Angeles, CA

*/s/ Gregory A. Bray*
Gregory A. Bray