Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE FILING OF AN OBJECTION UNDER SEAL**<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that on July 2, 2019, the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed a motion (the "Motion") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure for entry of an order authorizing the Creditors' Committee to file under seal its unredacted objection to the Debtors' *Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance* [Docket No. 2471]. In support of the Motion, the Creditors' Committee also filed the Declaration of Gregory A. Bray contemporaneously therewith.

Dated: July 2, 2019

        **MILBANK LLP**

        */s/ Gregory A. Bray*
        GREGORY A. BRAY

        *Counsel for the Official Committee of Unsecured Creditors*