**Entered on Docket**
**July 02, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 2, 2019

_(signature)_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br> (Jointly Administered) |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>■   Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case.*<br>*No. 19-30088 (DM)* | **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br><br>[No Hearing Requested] |

        The Court having considered the *Motion of the Official Committee of Unsecured Creditors*

*for an Order Authorizing the Filing of an Objection Under Seal* (the "Motion"), filed by the

4847-5509-9803

Official Committee of Unsecured Creditors (the "<u>Creditors Committee</u>") appointed in the jointly administered chapter 11 cases (the "<u>Chapter 11 Cases</u>") of the above-captioned debtors in possession, filed on July 2, 2019,

IT IS HEREBY ORDERED:

1.     The Motion is GRANTED.

2.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

***END OF ORDER***