ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 641-1888

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**JOINDER IN THE OBJECTION BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO APPLICATION PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR ORDER AUTHORIZING THE DEBTORS TO RETAIN COBLENTZ PATCH DUFFY & BASS LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**<br><br>DATE: July 9, 2019<br>TIME: 9:30 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 2595, 2834 |

The Plaintiffs' Executive Committee (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), appointed by the Superior Court of the State of California, in and for the County of Alameda, Case No. RG16843631 and related cases, party in interest in the above-referenced Chapter 11 case, by and through its attorneys of record, has filed an Objection to Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order

Authorizing the Debtors to Retain Coblentz Patch Duffy & Bass Llp as Special Counsel *Nunc Pro Tunc* to the Petition Date (hereinafter referred to as the "Plaintiff's Executive Committee's Objection") (Docket No. 2837).

In addition the Plaintiff's Executive Committee does hereby joins in, and supports the Objection filed by the Official Committee of Tort Claimants to Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Retain Coblentz Patch Duffy & Bass Llp as Special Counsel *Nunc Pro Tunc* to the Petition Date (hereinafter referred to as the "TCC's Objection") (Docket No. 2834). The Ghost Ship Warehouse Plaintiffs' Executive Committee reserves the right to join in any supplemental objection(s) filed by the Official Committee of Tort Claimants.

For the reasons set forth within the Plaintiff's Executive Committee's Objection and the TCC's Objection, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully requests that the Coblentz Employment Application, be denied in its entirety or that the Court adopt the protective conditions as detailed within the TCC's Objection.

Dated: July 2, 2019

Respectfully submitted,

PINO & ASSOCIATES

By: _____
Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee