Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>**Debtors**<br><br>☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS**<br><br>Date: July 23, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16 Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: July 18, 2019 at 4:00 p.m. |

| | |
|---|---|
| 1 | The Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above-captioned |
| 2 | chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric |
| 3 | Company (collectively, the "**Debtors**" or "**PG&E**"), hereby submits this Motion (the "**Motion**"), |
| 4 | pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), |
| 5 | sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of |
| 6 | Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 4004-1 of the Bankruptcy Local |
| 7 | Rules for the United States District Court for the Northern District of California (the |
| 8 | "**Bankruptcy Local Rules**") for entry of an order terminating the automatic stay to permit the |
| 9 | individuals listed on **Exhibit A** hereto to proceed to a jury trial on their personal injury and |
| 10 | related property damage claims against the Debtors arising from the 2017 Tubbs Fire as set forth |
| 11 | in the Complaints against the Debtors (attached as **Exhibits B and C** hereto), as may be |
| 12 | amended, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order |
| 13 | the Tubbs Fire Claims to trial with preference pursuant to Code of Civil Procedure section 36. |
| 14 | Should the Debtors, in response to this Motion, request the Court to permit any additional |
| 15 | litigation to go forward in the California Superior Court, the TCC requests the Court to terminate |
| 16 | the automatic stay with respect to the additional litigation. In support of the Motion, the TCC |
| 17 | submits a Memorandum of Points and Authorities, the declaration of Steven M. Campora |
| 18 | ("**Campora Decl.**"), the declaration of Robert A. Julian ("**Julian Decl.**"), the declaration of |
| 19 | Michael A. Kelly ("**Kelly Decl.**") and the declaration of Brent C. Williams ("**Williams Decl.**"), |
| 20 | filed contemporaneously herewith. A proposed form of order granting the relief requested herein |
| 21 | is attached hereto as **Exhibit D**. |
| 22 | |
| 23 | Dated: July 2, 2019                                              BAKER & HOSTETLER LLP |
| 24 |                                                                                    By:  /s/ *Robert A. Julian* |
| 25 |                                                                                              Robert A. Julian |
| 26 |                                                                                    *Counsel for The Official Committee of Tort Claimants* |
| 27 | |
| 28 | |