# EXHIBIT A

### Barbara Thompson (97 years old)

Ms. Thompson qualifies for preference under CCP 36(a) based on her age alone. She lost two residences on a 102 acre parcel in Calistoga, which she owned since 1958. The structures and vegetation, including centuries-old oak and redwood trees, were completely destroyed by the Tubbs Fire.

### John Caslin (94 years old)

Mr. Caslin qualifies for preference under CCP 36(a) based on his age alone. He also suffers from cancer and has a heart disorder. He lost two properties which were completely destroyed by the Tubbs Fire, including his primary residence, from which he evacuated on the night of the fire in fear of his life.

### Elizabeth Fourkas (89 years old)

Ms. Fourkas qualifies for preference under CCP 36(a) based on her age alone. She also suffers from multiple age-related diseases. She resided at her home on a 207.5 acre parcel for nearly fifty years before the Tubbs Fire destroyed six structures and hundreds of mature trees. She was forced to flee enduring a harrowing evacuation that lasted nearly three hours due to major escape routes being blocked by the fire.

### Phyllis Lowe (89 years old)

Ms. Lowe qualifies for preference under CCP 36(a) based on her age alone. She also suffers from cancer. Her primary residence was completely destroyed by the Tubbs Fire. She evacuated in fear for her life the night the fire began.

### Raymond Breitenstein (89 years old)

Mr. Breitenstein qualifies for preference under CCP 36(a) based on his age alone. He also suffers from cancer. He owns an approximately 30 acre parcel in Calistoga, which his father purchased in the 1930s. The property was home to several structures including Mr. Breitenstein's primary residence and a unit where his son lived. Everything was destroyed by the fire. Mr. Breitenstein and his son evacuated in fear for their lives.

### Don Louis Kamprath (87 years old)

Mr. Kamprath qualifies for preference under CCP 36(a) based on his age alone. He also has cancer and other age related diseases. He and his wife Ruth own a 2.5 acre parcel with centuries old oak and manzanita trees and three structures, including a custom designed main residence and unit which they rented, all of which were completely destroyed by the Tubbs Fire. The night of the fire, they evacuated barely in time to survive, leaving their home with nothing but Ruth's purse and their pet cat.

### Raleigh Fohrman (79 years old)

Mr. Fohrman qualifies for preference under CCP 36(a) based on his age and health. He suffers from cancer and insulin-dependent diabetes. His 100 acre parcel in Santa Rosa was home to two generations of his family before it was destroyed by the Tubbs Fire. In addition to two family homes being lost, the property had hundreds of mature trees, thousands of feet of fencing, and 200 olive trees from which the family made award-winning olive oil. The Fohrman family fled their parcel the night of the Tubbs Fire as flames were taking it over.

### William Edelen (73 years old)

Mr. Edelen qualifies for preference under CCP 36(a) based on his health, as he has stage four cancer. Prior to the Tubbs Fire, Mr. Edelen lived with his wife Roxanne at their 3,200 square foot custom designed home in Santa Rosa. The fire destroyed everything.