**EXHIBIT A**

CALIFORNIA DEPARTMENT OF INSURANCE
NORTH BAY INSURED LOSSES FROM THE OCTOBER 2017 WILDFIRES

| County | Total Number of Claims | Number of Claims Resulting in Total Loss | Direct Incurred Losses | Amount Paid to Date |
|---|---:|---:|---:|---:|
| **RESIDENTIAL PERSONAL PROPERTY** | | | | |
| ALAMEDA | 10 | 2 | $ 7,658,327 | $ 5,240,438 |
| LAKE | 258 | 97 | $ 49,071,981 | $ 24,231,818 |
| MENDOCINO | 551 | 197 | $ 143,767,801 | $ 77,400,240 |
| NAPA | 2,510 | 465 | $ 1,153,516,466 | $ 615,074,544 |
| SOLANO | 193 | 5 | $ 33,557,421 | $ 11,286,705 |
| SONOMA | 14,942 | 4,832 | $ 7,002,896,691 | $ 3,671,099,107 |
| **SUBTOTAL** | **18,465** | **5,598** | **$ 8,390,468,687** | **$ 4,404,332,852** |
| **COMMERCIAL PROPERTY** | | | | |
| ALAMEDA | 14 | 3 | $ 8,399,634 | $ 4,621,752 |
| LAKE | 5 | - | $ 196,604 | $ 26,957 |
| MENDOCINO | 62 | 5 | $ 20,263,508 | $ 6,883,747 |
| NAPA | 749 | 67 | $ 227,567,099 | $ 60,192,921 |
| SOLANO | 23 | 1 | $ 697,322 | $ 320,213 |
| SONOMA | 1,733 | 165 | $ 717,057,197 | $ 223,983,989 |
| **SUBTOTAL** | **2,586** | **241** | **$ 974,181,363** | **$ 296,029,580** |
| **PERSONAL AND COMMERCIAL AUTO** | | | | |
| ALAMEDA | 2 | | $ 67,100 | $ 62,977 |
| LAKE | 30 | | $ 292,689 | $ 229,123 |
| MENDOCINO | 178 | | $ 2,209,358 | $ 1,672,158 |
| NAPA | 621 | | $ 10,032,988 | $ 7,912,097 |
| SOLANO | 125 | | $ 1,371,966 | $ 334,086 |
| SONOMA | 4,052 | | $ 66,867,522 | $ 59,545,851 |
| **SUBTOTAL** | **5,008** | | **$ 80,841,623** | **$ 69,756,292** |
| **OTHER LINES** | | | | |
| ALAMEDA | 6 | | $ 1,850 | $ 350 |
| LAKE | 22 | | $ 128,209 | $ 124,742 |
| MENDOCINO | 42 | | $ 12,572,027 | $ 8,613,044 |
| NAPA | 196 | | $ 42,062,854 | $ 20,349,436 |
| SOLANO | 7 | | $ 139,657 | $ 139,657 |
| SONOMA | 559 | | $ 52,651,630 | $ 32,106,593 |
| **SUBTOTAL** | **832** | | **$ 107,556,227** | **$ 61,333,822** |
| **GRAND TOTAL** | **26,892** | | **$ 9,553,047,901** | **$ 4,831,452,546** |

**Residential Property:**
-Homeowners
-Condominium Unit Owners
-Mobile Home
-Tenants/Renters
-Dwelling Fire and Allied Lines
-Lender/Force-Placed and Real Estate Owned (REO)

**Commercial Residential:**
-Apartment and Condominium Buildings
-Condominium Association
-Homeowners Association
**Commercial Non-Residential:**
-Commercial Multi-Peril
-Fire and Allied Lines
-All other Comm. property policies not specified above

**All other Commercial**
Non-residential exposures
(Ocean Marine, Inland Marine, Aircraft,
Boiler and Machinery, etc.)

Release Date: January 31, 2018