1
2
3
4
5
6
7
8
9
10 **EXHIBIT B**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CALIFORNIA DEPARTMENT OF INSURANCE
INSURED LOSSES FROM THE 2018 CALIFORNIA WILDFIRES

| County | GRAND TOTAL | | | RESIDENTIAL PERSONAL PROPERTY | | | COMMERCIAL PROPERTY | | | ALL OTHER LINES AND AUTO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number of Claims | Number of Claims Resulting in Total Loss | Direct Incurred Losses | Total Number of Claims | Number of Claims Resulting in Total Loss | Direct Incurred Losses | Total Number of Claims | Number of Claims Resulting in Total Loss | Direct Incurred Losses | Total Number of Claims | Direct Incurred Losses |
| **July 2018 Wildfires** | | | | | | | | | | | |
| **SUBTOTAL** | **10,322** | **1,026** | **$ 980,758,847** | **8,888** | **1,015** | **$ 910,201,852** | **488** | **11** | **$ 45,070,545** | **946** | **$ 25,486,450** |
| SHASTA | 6,690 | 928 | $ 892,553,941 | 5,798 | 920 | $ 850,497,135 | 232 | 8 | $ 23,045,598 | 660 | $ 19,011,208 |
| TRINITY | 156 | 5 | $ 789,872 | 151 | 5 | $ 666,638 | 3 | - | $ 108,283 | 2 | $ 14,951 |
| OTHER | 730 | 14 | $ 8,910,683 | 629 | 13 | $ 3,865,926 | 33 | 1 | $ 3,865,085 | 68 | $ 1,179,671 |
| COLUSA | 17 | 2 | $ 707,700 | 6 | 2 | $ 104,227 | 2 | - | $ 493,679 | 9 | $ 109,794 |
| LAKE | 1,813 | 62 | $ 58,181,423 | 1,557 | 62 | $ 45,011,003 | 160 | - | $ 9,551,643 | 96 | $ 3,618,777 |
| MENDOCINO | 61 | 8 | $ 5,546,984 | 27 | 6 | $ 2,388,282 | 18 | 2 | $ 2,735,036 | 16 | $ 423,666 |
| OTHER | 855 | 7 | $ 14,068,245 | 720 | 7 | $ 7,668,639 | 40 | - | $ 5,271,222 | 95 | $ 1,128,384 |
| **November 2018 Wildfires** | | | | | | | | | | | |
| **SUBTOTAL** | **48,001** | **13,449** | **$ 12,043,834,734** | **33,992** | **12,962** | **$ 10,500,979,373** | **2,707** | **487** | **$ 1,317,134,956** | **11,302** | **$ 225,720,405** |
| BUTTE | 28,118 | 12,047 | $ 8,473,363,059 | 18,533 | 11,646 | $ 7,439,591,231 | 1,322 | 401 | $ 903,772,159 | 8,263 | $ 129,999,668 |
| OTHER | 2,157 | 49 | $ 168,737,571 | 566 | 47 | $ 34,791,060 | 108 | 2 | $ 110,425,705 | 1,483 | $ 23,520,806 |
| LOS ANGELES | 12,025 | 1,193 | $ 2,932,132,215 | 10,024 | 1,125 | $ 2,659,114,911 | 913 | 68 | $ 236,192,833 | 1,088 | $ 36,824,472 |
| VENTURA | 4,551 | 148 | $ 387,897,062 | 4,091 | 135 | $ 344,779,079 | 290 | 13 | $ 37,852,729 | 170 | $ 5,265,255 |
| OTHER | 1,150 | 12 | $ 81,704,826 | 778 | 9 | $ 22,703,092 | 74 | 3 | $ 28,891,530 | 298 | $ 30,110,204 |
| **GRAND TOTAL** | **58,323** | **14,475** | **$ 13,024,593,581** | **42,880** | **13,977** | **$ 11,411,181,225** | **3,195** | **498** | **$ 1,362,205,501** | **12,248** | **$ 251,206,855** |

**RESIDENTIAL PERSONAL PROPERTY**
-Homeowners; Condominium Unit Owners; Mobile Home; Tenants/Renters; Dwelling Fire and
Allied Lines; and Lender/Force-Placed and Real Estate Owned (REO)

**OTHER LINES - All other Commercial**
-Non-residential exposures (Ocean Marine, Inland Marine, Aircraft, Boiler and Machinery, etc.)

**COMMERCIAL PROPERTY**
**Commercial Residential:**
-Apartment and Condominium Buildings; Condominium Association; and Homeowners Association

**Commercial Non-Residential:**
-Commercial Multi-Peril; Fire and Allied Lines; and All other Commercial Property policies not specified above