**EXHIBIT F**

# U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 7,422 | 6,734 | 7,644 | 8,556 | 8,653 | 8,798 | | |
| | | Terminations | 7,672 | 7,119 | 6,825 | 6,932 | 7,767 | 8,159 | | |
| | | Pending | 6,696 | 6,330 | 7,114 | 8,711 | 9,564 | 10,156 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 18.5 | 30.7 | 15.1 | 2.8 | 1.7 | | 57 | 7 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 32.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 530 | 481 | 546 | 611 | 618 | 628 | 19 | 5 |
| | | Civil | 441 | 402 | 461 | 538 | 537 | 534 | 14 | 4 |
| | | Criminal Felony | 56 | 47 | 44 | 36 | 38 | 47 | 86 | 13 |
| | | Supervised Release Hearings | 33 | 32 | 40 | 37 | 43 | 48 | 28 | 8 |
| | Pending Cases [2] | | 478 | 452 | 508 | 622 | 683 | 725 | 16 | 4 |
| | Weighted Filings [2] | | 524 | 491 | 500 | 526 | 586 | 606 | 16 | 4 |
| | Terminations | | 548 | 509 | 488 | 495 | 555 | 583 | 24 | 6 |
| | Trials Completed | | 10 | 12 | 11 | 11 | 9 | 10 | 77 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.8 | 13.1 | 13.0 | 16.0 | 21.1 | 15.2 | 87 | 13 |
| | | Civil [2] | 8.1 | 7.9 | 7.3 | 7.4 | 7.2 | 7.9 | 28 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 34.2 | 30.5 | 23.9 | 31.6 | 27.1 | 28.4 | 30 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 392 / 7.1 | 428 / 8.3 | 499 / 8.5 | 467 / 6.2 | 446 / 5.2 | 1,031 / 11.5 | 69 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.6 | 1.4 | 1.4 | 1.3 | | |
| | **Jurors** | Avg. Present for Jury Selection | 61.6 | 60.7 | 60.6 | 71.9 | 62.9 | 72.0 | | |
| | | Percent Not Selected or Challenged | 39.0 | 46.1 | 41.5 | 44.0 | 36.0 | 41.8 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,472 | 274 | 821 | 1,363 | 12 | 237 | 461 | 560 | 408 | 737 | 1,610 | 28 | 961 |
| Criminal [1] | 654 | 23 | 168 | 40 | 162 | 112 | 36 | 35 | 3 | 17 | 17 | 13 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."