Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |

| | |
|---|---|
| ☐ Affects PG& E Corporation | **DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS** |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date: July 23, 2019 |
| | Time: 9:30 a.m. (Pacific Time) |
| | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Steven M. Campora, declare the following under penalty of perjury pursuant to 28 USC section 1746:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the State Bar of California and a partner with the law firm of Dreyer Babich Buccola Wood Campora LLP ("**Law Firm**").

3. In September 2015, a wildfire ignited and spread in Amador and Calaveras Counties in Northern California that CalFire reported destroyed 549 homes, and other outbuildings and commercial properties (the "**2015 Butte Fire**").

4. Hundreds of individuals sued Pacific Gas & Electric Company ("**PG&E**") in the Superior Court of California for the Counties of Calaveras and San Francisco, for damages and losses they suffered as a result of the loss of their residences, property, and personal injuries they alleged were caused by PG&E's contribution to the ignition of 2015 Butte Fire ("**2015 Butte Fire Litigation**"). Those cases became the Butte Fire JCCP venued in Sacramento, California.

5. My firm and I, together with three other firms, represented approximately 1200 individuals in the 2015 Butte Fire Litigation. I am a Liaison Counsel in the JCCP action and I led most of the discovery on behalf of the individual Plaintiffs.

6. Every one of our clients alleged substantial damage claims against PG&E with respect to the property damage, economic losses, loss of use and enjoyment, and/or emotional distress damages suffered as a result of PG&E's actions or inactions that contributed to the 2015 Butte Fire.

7. The Law Firm and I did not represent any clients with claims against PG&E for only smoke damage.

8. PG&E litigated my clients' claims in the Butte Fire Litigation through discovery of the documents that supported their claims and written discovery. I am also aware that PG&E deposed numerous individual plaintiffs as their cases neared trial.

9. As part of my representation, I was involved in opposing writs filed by PG&E with the Third District Court of Appeal and requests for relief in the California Supreme Court.

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      10.    I requested a trial by jury for some of our clients' claims against PG&E in the 2015

2    Butte Fire Litigation.  However, the claims of my clients were ultimately settled short of trial.

3      11.    Some of my clients' cases were settled on the eve of trial.

4      12.    PG&E never actually tried any of my clients' cases and I am unaware of PG&E

5    taking any case, arising from the Butte Fire, to trial.

6      13.    The 2015 Butte Fire Litigation and settlement process had been ongoing for

7    approximately three years at the time PG&E filed for bankruptcy protection.  There are some Butte

8    Fire victims whose cases have not been resolved.

9      I declare under penalty of perjury that the foregoing is true and correct.

10    Executed on June 24th , 2019 at Sacramento, California.

13

                  Steven M. Campora
14                 Dreyer Babich Buccola Wood & Campora LLP
                  20 Bicentennial Circle
15                 Sacramento, CA 95826
                  Tel: (916) 379-3500
16                 Fax: (916)379-3599
                  Email: scampora@dbbwc.com

- 3 -