Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:      628.208.6434
Facsimile:      310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:      310.820.8800
Facsimile:      310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **DECLARATION OF MICHAEL A. KELLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:    July 23, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

I, Michael A. Kelly, declare the following under penalty of perjury pursuant to 28 U.S.C. section 1746:

1. I submit this Declaration in support of the Motion of the Official Committee of Tort Claimants for Relief from Stay to Permit State Court Jury Trial of a 2017 Tubbs Wildfire Claims ("**Motion**"). I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the State Bar of California and a partner in the law firm of Walkup, Melodia, Kelly & Schoenberger.

3. After the 2017 North Bay fires occurred, individual victims filed personal injury, wrongful death, and property damage civil actions for damages suffered in or by reason of the fires against Pacific Gas & Electric Company ("**PG&E**") in Sonoma and Napa Counties. The litigation was eventually coordinated in a Judicial Council Coordination Proceeding entitled California North Bay Fire Cases, JCCP No. 4995, in the Superior Court of California for the County of San Francisco.

4. The judge assigned to the California North Bay Fire Cases, Judge Curtis Karnow, entered Case Management Order No.1, dated March 6, 2018, attached hereto as **Exhibit A**, which appointed me and Frank Pitre as two of the three co-lead counsel in the litigation and an Executive Committee leadership team of lawyers representing the individual plaintiffs.

5. Co-lead counsel Frank Pitre and I, in consultation with the leadership team, have identified the individual plaintiffs identified on Exhibit A to the Motion as plaintiffs whose personal injury and related property damage claims are entitled to preference for early trial settings pursuant to Code of Civil Procedure ("**CCP**") section 36 within 120 days of the order determining the cases are entitled to preference; the claims can be ready for trial within the 120 day preference period; and have agreed to request the Court in the North Bay Fire Cases, JCCP No. 4995, to set one or more of these plaintiffs' personal injury and property damage cases for an immediate trial pursuant to CCP section 36, subject to the Bankruptcy Court terminating the automatic stay and abstaining over the adjudication of such claims in favor of jury trials of the claims in the California Superior Court.

6. The individual Plaintiffs identified on Exhibit A to the Motion have all agreed to try their claims now pursuant to CCP section 36. These Plaintiffs qualify for a preferential trial setting by reason of age or infirmity thereby permitting the court to set a trial within 120 days of the preference order as stated in section 36. The Master Complaint that sets forth the individual Plaintiffs' claims in the North Bay Fire Cases, JCCP 4995, is attached as Exhibit B to the Motion. Four of the eight individual Plaintiffs' short form complaints adopting the Master Complaint are attached collectively as Exhibit C to the Motion; and, the remaining four individual Plaintiffs assert personal injury and related property damage claims against PG&E that are within the Master Complaint and that can be adopted in a short form complaint fired by those two additional individual Plaintiffs upon the Bankruptcy Court granting relief from stay to do so.

7. The Plaintiffs identified in Exhibit A to the Motion have not filed claims in the bankruptcy case. They are California residents, they have been California residents, and will continue to be California residents. PG&E is also a California resident.

8. Attached hereto as **Exhibit B** is a true and correct copy of the Superior Court's Case Management Order No. 4 in the North Bay Fire Cases, JCCP 4955.

*[remainder of page intentionally left blank]*

3

9. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the hearing in North Bay Fire Cases, JCCP No. 4995. Page 16 of the transcript records PG&E counsel Kevin Orsini's explanation that the Tubbs Fire claims were "two-thirds of the potential liabilities, that one has the highest probability of getting all the others tied up in a global resolution. . . . we set the Tubbs trial first for precisely that reason." Pages 42 and 43 of the transcript record PG&E's counsel's explanation that "from PG&E's perspective, facing the specter of all these many cases with all of these different fires, we can't figure out how to resolve these until we have some visibility into what the resolution is going to be of the Tubbs case."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2019.

_____
Michael A. Kelly
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Tel: (415) 981-7210
Fax: (415) 391-6965
Email: mkelly@walkuplawoffice.com