BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **RELIEF FROM STAY COVER SHEET**<br>Date: July 23, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16 Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: July 18, 2019 at 4:00 p.m |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: January 29, 2019  Chapter: 11
   Prior hearings on this obligation: No. Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $               Source of value: _
   Contract Balance: $                Pre-Petition Default: $
   Monthly Payment: $                 No. of months:
   Insurance Advance: $               Post-Petition Default: $
                                      No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $   Source of value:   If appraisal, date:   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____      Pre-Petition Default: $
   As of (date):               No. of months
   Mo. payment: $              Post-Petition Default: $
   Notice of Default (date):   No. of months:
   Notice of Trustee's Sale:_  Advances Senior Liens: $
   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   Position                    Amount         Mo. Payment        Defaults

| | | | |
|---|---|---|---|
| 1st Trust Deed: | $ | $ | $ |
| 2nd Trust Deed: | $ | $ | $ |

Other pertinent information: The Motion requests that the Court terminate the automatic stay to permit a state court jury trial on 2017 Tubbs wildfire personal injury claims.

Dated: July 2, 2019

                                                      BAKER & HOSTETLER LLP

                                                      By:   /s/ *Robert A. Julian*
                                                                           Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*