**APPENDIX A**

Appendix A



Looking down Kerry Lane in Coffey Park, nothing is left standing after the Tubbs fire tore through the neighborhood on Oct. 9, 2017. (https://www.sonomamag.com/coffey-park-elegy-santa-rosa-writer-recalls-spirit-lost-neighborhood/)