**APPENDIX B**



Fire damage is seen from the air in the Coffey Park neighborhood of Santa Rosa, California on http://www.scpr.org/news/2017/10/14/76679/coffey-park-in-santa-rosa-is-ground-zero-for-calif/

Case 19-30088    Doc# 2815-2    Filed: 07/03/19    Entered: 07/03/19 09:20:34    Page 2 of 2