Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SECOND STATEMENT REGARDING REIMBURSEMENT OF MONTHLY EXPENSES OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br>Re:  Docket No. 2608<br><br>**Objection Deadline**: July 1, 2019<br>                            4:00 p.m. (Pacific Time) |

On June 19, 2019, Milbank LLP ("Milbank"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"), filed the *Second Statement Regarding Reimbursement of Monthly Expenses of Members of the Official Committee of Unsecured Creditors* (the "Second Monthly Expense Statement") [Docket No. 2608] on behalf of the Committee, pursuant to the *Order*

*Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors* (the "Reimbursement Order") [Docket No. 1305].

The deadline to file responses or oppositions to the Second Monthly Expense Statement was July 1, 2019, and no oppositions or responses have been filed with the Court or received by Milbank. Pursuant to the Reimbursement Order, the Debtors are directed to pay the Committee Member(s) entitled to reimbursement one hundred percent (100%) of the expenses requested in the Second Monthly Expense Statement within ten (10) business days following service of this certificate of no objection without the need for a further order of the Court. A summary of the expenses sought by the Committee Member(s) is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner at the law firm of Milbank LLP, counsel to the Committee.
2. I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Milbank has not received any response or opposition to the Monthly Expense Statement.
3. This declaration was executed in Los Angeles, California.

**MILBANK LLP**

By: */s/ Thomas R. Kreller*
     Thomas R. Kreller

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Monthly Expense Statement – Committee Member Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Expenses Requested | Objection Deadline | Amount of Expenses Authorized to be Paid Pursuant to Reimbursement Order (100%) |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | 02/10/19 - 02/13/19; 04/02/19 – 04/04/19<br><br>06/19/19<br><br>[Docket No. 2608] | $9,333.70 | 07/01/19 | $9,333.70 |

## **NOTICE PARTIES**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
     Rachel Foust, Esq.
767 Fifth Avenue
New York, NY 10153-0119

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
     Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq.
     Erez E. Gilad, Esq.
     Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982
Attn: Frank A. Merola, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
     Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Baker & Hostetler LLP
Attn: Robert A. Julian, Esq.
     Cecily A. Dumas, Esq.
1160 Battery Street, Suite 100
San Francisco, CA 94111