**Exhibit A**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Ace American Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $12,000,000.00 | |
| AIG Europe Limited | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $112,404.50 | |
| Allianz Global Corporate & Specialty | 1 Progress Point Parkway, Ste. 200<br>O'Fallon, MO 63368 | $98,459,917.87 | $5,390,500.00 in Senior Notes[2] |
| Allied World Assurance Company | 199 Water Street 24th Flr.<br>New York, NY 10038 | $10,966,215.44 | |
| Allstate Insurance Company and certain affiliates | 2775 Sanders Road, Suite A2E<br>Northbrook, IL 60062 | $767,827,493.00 | $37,285,000.00 in Senior Notes<br>$3,670,307.98 in other claims |
| Alternative Insurance Corporation | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $235,035.80 | |

[1] Amounts listed herein are on account of claims paid to underlying insured parties affected by various California wildfires. Every member of the Ad Hoc Subrogation Group holds additional claims against the Debtors based on undisclosed internal reserves and future unknown amounts that have neither been paid or reserved for.

[2] "Senior Notes" shall have the meaning ascribed to it in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Dkt. No. 263].

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| American General Insurance Company DBA ANPAC General Insurance Company | 1949 E. Sunshine<br>Springfield, MO 65899 | $4,488,843.76 | |
| American Guarantee and Liability Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | TBD[3] | |
| Certain affiliates of American International Group, Inc. ("AIG")[4] | 175 Water Street<br>New York, NY 10038 | $333,299,328.37 | |
| American Modern Insurance Group | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $198,558.45 | |
| American National Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $15,680.88 | |
| Amica Mutual Insurance Company | 100 Amica Way<br>Lincoln, RI 02865 | $35,014,454.00 | |
| AmTrust North America | P.O. Box 650872<br>Dallas, TX 75265 | $10,074,129.00 | |

[3] Where a party's only wildfire related subrogation claims is listed as "TBD", such party's claims are based on undisclosed internal reserve amounts.

[4] Members of the Ad Hoc Subrogation Group include: AIG Europe Limited; AIG Property Casualty Company; AIG Specialty Insurance Company; American Home Assurance Company; Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire Insurance Company.



Case: 19-30088 Doc# 2862-1 Filed: 07/03/19 Entered: 07/03/19 17:27:20 Page 2 of 16

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| AmTrust Syndicate 1206 | 1 Great Tower Street<br>London EC3R 5AA | TBD | |
| Arch Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $11,240.45 | |
| American Reliable Insurance Company | P.O. Box 6099<br>Scottsdale, AZ 85261 | $96,794,363.29 | |
| Armed Forces Insurance Exchange | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $7,208,701.33 | |
| ArgoGlobal London | c/o Peninsula Insurance Bureau<br>2832 Lent Road<br>Apopka, FL 32712 | $2,216,346.42 | |
| ASI Select Insurance Corp. | 1 ASI Way N<br>St. Petersburg, FL 33702 | $14,167,681.01 | |
| Aspen Insurance | 155 Federal Street, Suite 602<br>Boston, MA 02110 | $6,769,491.09 | |
| Aspen Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $1,601,164.38 | |

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| "Assurant" Group of Carriers[5] | 260 Interstate North Circle SE<br>Atlanta, GA 30339 | $29,443,581.68 | |
| Attestor Capital LLP | 7 Seymour Street, Fourth Floor<br>London, XO W1H 7JW | $655,313,342.00[6] | 7,518,514 shares of PG&E Corporation Common Stock<br>$218,377,000.00 in Senior Notes<br>$10,000,000.00 in Revolving Credit Facility principal[7] |
| The Baupost Group, L.L.C.[8] | 10 St. James Avenue<br>Suite 1700<br>Boston, Massachusetts 02116 | $3,387,748,268.90[9] | 24,500,000 shares of PG&E Corporation Common Stock<br>$850,000.00 in other unsecured wildfire-related claims |
| Berkley National Insurance Company | 222 South 9th Street,<br>Suite 2700<br>Minneapolis, MN 55402 | $4,876,779.57 | |
| Berkley Regional Insurance Company | 222 South 9th Street,<br>Suite 2700<br>Minneapolis, MN 55402 | $98,440.35 | |

5 Members of the Ad Hoc Subrogation Group include: American Bankers Insurance Company; American Bankers Insurance Company of Florida; American Security Insurance Company; Standard Guaranty Insurance Company; Voyager Indemnity Insurance Company.

6 Includes indirect exposure to subrogation claims, which provide economic interest to the subrogation claims arising from payments made (or to be made) by insurers to underlying insured parties affected by various California wildfires.

7 "Revolving Credit Facility" shall have the meaning ascribed to it in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Dkt. No. 263].

8 Disclosed information reflects funds and investment vehicles controlled by The Baupost Group, L.L.C.

9 The amounts reflected herein are based on information received from the insurers who were the original holders of these claims and who have made or will make payments to their respective insured policyholders that give rise to, or are otherwise related to, these claims. The Baupost Group L.L.C. has not independently verified such information which remains subject to change based on information subsequently received. The Baupost Group L.L.C. expressly reserves the right to amend or modify the information set forth in this Bankruptcy Rule 2019 Statement, whether based on information that is subsequently received, or for any other reason.

**Exhibit A**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Berkshire Hathaway Guard Ins. | P.O. Box 1368<br>Wilkes Barre, PA 18703 | $5,298,837.50 | |
| Berkshire Hathaway Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $722,900.00 | |
| Brit Global Specialty | The Leadenhall Building<br>122 Leadenhall Street<br>London<br>EC3V 4AB | $23,820,342.45 | |
| California Casualty Indemnity Exchange | 1875 S. Grant Street, Ste. 800<br>P.O. Box M<br>San Mateo, CA 94402 | $43,856,179.39 | |
| California Fair Plan Association | 3425 Wilshire Boulevard, Suite 1200<br>Los Angeles CA 90010 | $52,854,129.09 | |
| California Insurance Guarantee Association | 101 North Brand Boulevard, 6th Floor<br>Glendale, CA 91203<br><br>P.O. Box 29066<br>Glendale, CA 91209 | $69,984,665.00 | |
| California Mutual Insurance Company | 650 San Benito Street<br>Ste. 250<br>Hollister, CA 95023 | $242,500.00 | |

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Century National | P.O. Box 628<br>Cypress, CA 90630 | $100,000.00 | |
| Certain Underwriters at Lloyds, London | | TBD | |
| Chubb Custom Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $5,931,468.33 | |
| Chubb Group[10] | 436 Walnut Street, 4th Floor<br>Philadelphia, PA 19106 | $28,828,529.59 | $1,025,000.00 in Senior Notes<br>Insurance policies: unliquidated and contingent[11] |
| Church Mutual Insurance | PO Box 342<br>Merrill, WI 54452 | $18,440,546.12 | |
| CNA Insurance Company | 801 West Warrenville Road, Ste 700<br>Lisle, IL 60532 | $28,087,621.32 | |
| Continental Casualty Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | TBD | |

[10] Members of the Ad Hoc Subrogation Group include: Bankers Standard Insurance Company; Chubb Custom Insurance Company; Chubb Insurance Company of New Jersey; Chubb National Insurance Company; Federal Insurance Company; Great Northern Insurance Company; Illinois Union Insurance Company; Indemnity Insurance Company of North America; Pacific Indemnity Company; Vigilant Insurance Company; Westchester Fire Insurance Company (Apa); and ACE American Insurance Company (collectively, the "**Chubb Group**").

[11] Certain Chubb entities are party to various insurance policies and agreements with PG&E and its affiliates.



Case: 19-30088 Doc# 2862-1 Filed: 07/03/19 Entered: 07/03/19 17:27:20 Page 6 of 16

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Crestmont Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy,<br>Suite 600<br>Southfield, MI 48034 | $1,000,000.00 | |
| Crusader Insurance Company | 26050 Mureau Road<br>Calabasas, CA 91302-3171 | $423,717.00 | |
| The Dentists Insurance Company | | TBD | |
| Employers Mutual Casualty Company | 717 Mulberry<br>Des Moines, IA 50306<br><br>P.O. Box 712<br>Des Moines, IA 50306 | $308,468.00 | |
| Endurance American Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy,<br>Suite 600<br>Southfield, MI 48034 | TBD | |
| Endurance Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy,<br>Suite 600<br>Southfield, MI 48034 | $16,860.68 | |
| Essentia Ins. Co. | 141 Rivers Edge Dr.<br>Ste 200<br>Traverse City, MI 49684 | TBD | |

# Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Everest Indemnity Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $363,185.10 | |
| Everest National Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $3,000,000.00 | |
| Certain affiliates of Farmers Insurance Exchange | 6301 Owensmouth<br>Woodland Hills, CA 91367 | $2,322,288,538.89 | |
| Federated Insurance | P.O. Box 486<br>Owatonna, MN 55060 | $1,758,448.24 | |
| First Specialty Insurance Corporation | 1200 Main Street<br>Kansas City, MO 64105 | TBD | |
| GCube Insurance Services, Inc. | 100 Bayview Circle, Ste. 505<br>Newport Beach, CA 92660 | TBD | |
| General Security Indemnity Company of Arizona | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $6,849,746.71 | |
| Generali U.S. Branch | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $22,480.90 | |

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Grange Insurance Association | 200 Cedar St. Seattle, WA 98121 | $32,399,064.52 | |
| Great American Insurance Company and certain affiliates[12] | Great American Insurance Group P.O. Box 5425 Cincinnati, OH 45201-5425 | $81,098,617.90 | |
| Government Employees Insurance Company and certain affiliates | 5260 Western Avenue Chevy Chase, MD 20815 | $11,276,719.68 | |
| GuideOne Insurance | PO Box 14543 Des Moines, IA 50306-3543 | TBD | |
| The Hanover Insurance Group | 440 Lincoln Street Worcester, MA 01653 | $19,196,114.00 | |
| Hartford Accident & Indemnity Company and certain affiliates[13] | 1 Hartford Plaza, Hartford, CT 06155 | $274,155,903.43 | $4,549,000.00 in Senior Notes |
| HDI Global SE | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $12,000,000.00 | |

12 Members of the Ad Hoc Subrogation Group include: Great American Spirit Insurance Company; Great American Assurance Company; Great American Alliance Insurance Company; Great American Insurance Company; Great American Insurance Company of New York; and Great American E&S Insurance Company.

13 Members of the Ad Hoc Subrogation Group include: Hartford Casualty Insurance Company; Hartford Fire Insurance Company; Hartford Underwriters Insurance Company; Property & Casualty Ins. Company of Hartford; Sentinel Insurance Company Ltd.; Trumbull Insurance Company; and Twin City Fire Insurance Company.

**Exhibit A**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| International Insurance Company of Hannover SE | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $44,961.80 | |
| Ironshore Insurance Ltd. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $713,186.34 | |
| Ironshore Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $22,480.90 | |
| KBIC Insurance Company | 55 Challenger Road, Suite 302 Ridgefield Park, NJ 07660 | $1,304,991.34 | |
| Kemper Auto \| Alliance United | 8260 LBJ Freeway, Suite 400 Dallas, Texas 75243 | $26,348,619.34 | |
| Landmark American Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $213,186.34 | |
| Certain Affiliates of Liberty Mutual Insurance Company ("Liberty") | 175 Berkeley Street Boston, MA 02117 | $678,063,568.00 | $122,860,717.00 in surety bonds, unliquidated and contingent[14] Insurance policies: unliquidated and contingent[15] |

[14] Liberty continues to write new bonds in the ordinary course of business post-petition.
[15] Liberty is party to various surety bonds, insurance policies and related agreements with PG&E and its affiliates.

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies[16] | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $21,325,851.00 | |
| Certain Underwriters at Lloyd's London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates | 301 Route 17 North, Suite 401 Rutherford, NJ 07070 | $7,456,230.85 | |
| Lloyds of London Novae 2007 Syndicate | 777 Main St. Fort Worth, TX 76102 | $903,745.13 | |
| Mapfre USA | 11 Gore Road Webster, MA 01570 | $8,747,210.34 | 4,000 shares of PG&E Corporation Common Stock |
| Markel Service, Incorporated[17] | 4521 Highwoods Parkway Glen Allen, VA 23060 | $26,706,285.00 | |
| Maxum Indemnity Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $106,593.17 | |

[16] Members of the Ad Hoc Subrogation Group include underwriters to policy numbers: 10492-04, 10942-01, 16463W18, B0507L16360-521, B1230AP56189A17, B1230AP01428A18-16247, B128415509W18, B1353DG1700356000, B57635DAA, H3X000266, H3X000540, H3X000606, H3X000642, H3X000697, H3X000826, H3X000910, LSI100402-05, LSI100966-04, LSI103618-01, N17NA10020, P17A1770A001, PG1700158, PIV105114, PIV105143, PIV105626, PIV105719, PIV106514, PIV106864, PIV110301, PIV119634, PLNMBLV00001318, PN1600673AGA, PN1700079, PN1700089, PN1700157, PN1700364, PRPNA1701511, PSLPL106107, PTNAM1701507, PTNAM1701688, PTNAM1802877, PTNAM1802878, PTNAM1802879, PTNAM1802896, W1D52B160101, and W1DC80180201.

[17] On behalf of its affiliated insurers, Evanston Insurance Company, Markel American Insurance Company, and Markel Insurance Company.



Case: 19-30088 Doc# 2862-1 Filed: 07/03/19 Entered: 07/03/19 17:27:20 Page 11 of 16

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Maxum Specialty Insurance Group | 3655 North Point Parkway Suite 600 Alpharetta, GA 30005 | $167,036.14 | |
| Mercury Insurance and certain affiliates | 555 W. Imperial Highway Brea, CA 92821 | $63,489,833.00 | |
| Metropolitan Direct Property & Casualty | 500 MetLife Way Freeport, IL 61032 | $6,812,891.97 | |
| National Fire & Marine Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |
| Nationwide Mutual Insurance Company and certain affiliates | One Nationwide Plaza, Columbus, Ohio 43215 | $844,157,320.89 | |
| Nautilus Insurance Company | 600 Las Colinas Blvd., Ste. 1400 Irving, TX 75039 | $20,896.00 | |
| Nonprofits Insurance Alliance | P.O. Box 8507 Santa Cruz, CA 95061-8507 | $4,258,177.00 | |
| OneBeacon / Atlantic Specialty Ins. Co. | 188 Inverness Dr. West, Ste. 600 Englewood, CO 80112 | $384,885.46 | |
| Pacific Specialty Insurance Co. | 2200 Geng Road Palo Alto, CA 94303 | $45,259,283.34 | |



Case: 19-30088 Doc# 2862-1 Filed: 07/03/19 Entered: 07/03/19 17:27:20 Page 12 of 16

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Pharmacists Mutual Insurance Company | P.O. Box 360, Algona, Iowa 50511 | $652,000.00 | |
| Philadelphia Indemnity Insurance Company | One Bala Plaza, Suite 100 Bala Cynwyd, PA 19004 | $22,785,967.27 | |
| The Princeton Excess and Surplus Lines Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $290,848.35 | |
| The Progressive Corporation | 6300 Wilson Mills Road Mayfield Village, OH 44143 | $11,852,398.08 | 63,500 shares of PG&E Corporation Common Stock |
| PURE Insurance | 44 S. Broadway, Suite 301 White Plains, NY 10601 | $10,545,017.55 | |
| QBE Americas, Inc. | One QBE Way Sun Prairie, WI 53596 | $80,403,727.00 | |
| Rite Aid Corporation and Thrifty Payless, Inc. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $2,750,000.00 | |
| RSUI Group, Inc. | 945 East Paces Ferry Road, Suite 1800 Atlanta, GA 30326 | $48,354.38 | |
| RSUI Indemnity Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Selective Insurance Company of America; Mesa Underwriters Specialty Insurance Company | 40 Wantage Ave.<br>Branchville, NJ 07826 | $1,188,619.06 | |
| Sentry Select Insurance Company | P.O. Box #8043<br>Stevens Point, WI 54481 | TBD | |
| Star Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $15,419.67 | |
| Starr Surplus Lines Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $745,392.18 | |
| Starr Technical Risks | 5151 San Felipe Suite #200<br>Houston, TX 77056 | $241,771.89 | |
| Stillwater Insurance Group | 12500 I St., Ste. 100<br>Omaha, NE 68137 | $8,964,358.14 | |
| Sutter Insurance Company | 1301 Redwood Way, Suite 200<br>Petaluma, CA 94954 | $838,200.00 | |
| Tokio Marine American Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $14,224.00 | |

## Exhibit A

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| TOPA Insurance Co. | 24025 Park Sorrento, Suite 300<br>Calabasas, CA 91302 | $631,000.00 | |
| TPG Sixth Street Partners, LLC[18] | 3100 McKinney Ave.,<br>Suite 1030<br>Dallas, TX 75201 | $391,381,542.00[19] | 1,000,000 shares of PG&E Corporation Common Stock<br>$335,521,000.00 in Senior Notes<br>$9,884,084.00 in Revolving Credit Facility principal |
| The Travelers Indemnity Company and certain of its property casualty insurance affiliates[20] | 1 Tower Square, 0000-08MS<br>Hartford, CT 06183 | $664,857,946.00 | $40,000,000.00 in Senior Notes |
| TWE Insurance Company Pte. Ltd. | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy,<br>Suite 600<br>Southfield, MI 48034 | $3,641,450.00 | |
| United Fire & Casualty Financial Pacific | PO Box 73909<br>Cedar Rapids, IA 52407 | $4,526,457.00 | |

[18] Disclosed information reflects funds and investment vehicles controlled by affiliates of TPG Sixth Street Partners, LLC.

[19] The amounts reflected herein are based on information received from the insurers who hold legal title to and issued the policies relating to these claims, and who have made or will make payments to their respective insured policyholders that give rise to, or are otherwise related to, these claims. TPG Sixth Street Partners, LLC has not independently verified such information which remains subject to change based on information subsequently received. TPG Sixth Street Partners, LLC expressly reserves the right to amend or modify the information set forth in this Bankruptcy Rule 2019 Statement, whether based on information that is subsequently received, or for any other reason.

[20] Members of the Ad Hoc Subrogation Group include: Travelers Casualty Insurance Company of America; Travelers Indemnity Company of Connecticut; Travelers Property Casualty Company of America; The Travelers Indemnity Company of America; St Paul Fire and Marine, The Travelers Indemnity Company; Travelers Commercial Insurance Company; The Standard Fire Insurance Company; The Travelers Home and Marine Insurance Company; Travelers Property Casualty Insurance Company; Fidelity and Guaranty Insurance Underwriters Inc.; The Northfield Insurance Company; Northland Insurance; Constitution State Services, LLC.

**Exhibit A**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain affiliates of United Services Automobile Association[21] | 9800 Fredericksburg<br>San Antonio, TX 78288 | $532,829,646.00 | $20,000,000.00 in Senior Notes<br>$38,000 in other claims |
| United Specialty Insurance Company | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $1,518,656.34 | |
| United States Liability Insurance Company | 1190 Devon Park Drive<br>Wayne, PA 19087 | $401,790.00 | |
| Tudor Insurance Company and certain affiliates[22] | 300 Kimball Drive, Suite 500<br>Parsippany NJ 07054 | $3,913,658.23 | |
| Wawanesa General Insurance Co. | 9050 Friars Rd.<br>San Diego, CA 92108 | $1,926,522.57 | |
| XL America Insurance, Inc. | c/o Denenberg Tuffley, PLLC<br>28411 Northwestern Hwy, Suite 600<br>Southfield, MI 48034 | $13,084,303.38 | |
| Zenith Insurance Company | P.O. Box 619083<br>Roseville, CA 95661-9083 | $3,987,318.25 | |
| Zurich American Insurance Company | 1299 Zurich Way<br>Schaumburg, IL 60196 | $43,971,489.13 | |

[21] Members of the Ad Hoc Subrogation Group include: United Services Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; Garrison Property and Casualty Company, and affiliates companies.

[22] Members of the Ad Hoc Subrogation Group include: Western World Insurance Company.



Case: 19-30088 Doc# 2862-1 Filed: 07/03/19 Entered: 07/03/19 17:27:20 Page 16 of 16