**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
 jminias@willkie.com
 bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br> Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br> Courtroom 17, 16th Floor<br> San Francisco, CA 94102<br><br>Objection Deadline: July 19, 2019 at 4:00 p.m. |

30145921.10

PLEASE TAKE NOTICE that on July 24, 2019, at 9:30 AM or as soon thereafter as the matter may be heard, in Courtroom 17, at 450 Golden Gate Avenue, San Francisco, CA 94102, of the United States District Court, Northern District of California, Bankruptcy Court, the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**") will move for relief from the automatic stay under Bankruptcy Code section 362(d) in order to pursue claims of the Ad Hoc Subrogation Group's members against PG&E Corporation and Pacific Gas and Electric Company (hereinafter "**PG&E**" or the "**Debtors**") regarding the issue of the Debtors' liability for the Tubbs Fire in the California Superior Court, where the claims are currently pending in a Coordination Proceeding, Case No. 4955.

This Motion is made pursuant to Bankruptcy Code section 362(d) on the grounds that efficient administration of the estate and concerns of judicial economy weigh in favor of lifting the automatic stay and allowing the San Francisco County Superior Court to hear the Ad Hoc Subrogation Group's claims.

This Motion has been noticed and scheduled pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 (ECF No. 1996) ("**Case Management Order**"). This Motion is based upon the Motion, the Memorandum of Points and Authorities in Support of the Ad Hoc Group of Subrogation Claim Holders' Motion for Relief from the Automatic Stay and points and authorities therein, the Declaration of Benjamin P. McCallen and supporting exhibits, the Notice of Hearing, and such other and further evidence and matters that this Court may consider.

30145921.10

Dated: July 3, 2019

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
jminias@willkie.com
bmccallen@willkie.com

*Counsel to Ad Hoc Group of Subrogation Claim Holders*