In re: PG&E CORPORATION
-and-
PACIFIC GAS AND ELECTRIC COMPANY,
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 07/24/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019        Chapter: 11
    Prior hearings on this obligation: No        Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____      Source of value: _____
   Contract Balance:       $_____      Pre-Petition Default:   $_____
   Monthly Payment:        $_____      No. of months: _____
   Insurance Advance:      $_____      Post-Petition Default:  $_____
                                            No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____      Source of value: _____      If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____      Pre-Petition Default:   $_____
   As of (date): _____                 No. of months: _____
   Mo. payment:            $_____      Post-Petition Default:  $_____
   Notice of Default (date): _____     No. of months: _____
   Notice of Trustee's Sale: _____     Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: This Motion requests relief from the automatic stay to pursue claims of the Ad Hoc Subrogation Group's members regarding the issue of the Debtors' liability for the Tubbs Fire in the California Superior Court.

Dated: 07/03/2019

_____
Signature
Benjamin P. McCallen (pro hac vice)
Print or Type Name

Attorney for Ad Hoc Subrogation Group