**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF BENJAMIN P. MCCALLEN IN SUPPORT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:     July 24, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>Objection Deadline: July 19, 2019 at 4:00 p.m. |

I, Benjamin P. McCallen, declare as follows:

1. I am a member of the Firm of Willkie Farr & Gallagher LLP. I am counsel to certain members of the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"). I submit this Declaration in Support of the Ad Hoc Subrogation Group's Motion to Lift the Automatic Stay.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Case Management Conference Statement, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. Oct. 22, 2018).

3. Attached hereto as Exhibit 2 is a true and correct copy of the California Dep't of Forestry & Fire Protection, Sonoma-Lake Napa Unit, Investigation Report: Tubbs Incident (Jan. 20, 2019) (the "Cal Fire Report"), as well as Attachment J to the Cal Fire Report.

4. Attached hereto as Exhibit 3 is the Master Complaint for the Individual Plaintiffs, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. Mar. 12, 2018).

5. Attached hereto as Exhibit 4 is the Master Complaint for the Subrogation Plaintiffs, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. Mar. 12, 2018).

6. Attached hereto as Exhibit 5 is a true and correct copy of Nicholas J. Nauslar, John T. Abatzoglou, & Patrick T. Marsh, *The 2017 North Bay and Southern California Fires: A Case Study*, FIRE 2018 (Jun. 9, 2018).

7. Attached hereto as Exhibit 6 is a true and correct copy of PG&E's Response to the CPUC's Safety and Enforcement Division's 10/14/17 Questions (Oct. 17, 2017).

8. Attached hereto as Exhibit 7 is a true and correct copy of the CPUC's decision in *Application of San Diego Gas & Elec. Co. for Review of its Proactive De-Energization Measures*

- 1 -

| | |
|---|---|
| 1 | *and Approval of Proposed Tariff Revisions (U902E)*, Application 08-12-021, CAL. PUB. UTILITIES |
| 2 | COMM'N (Issued Sept. 18, 2009). |

     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that I would be competent to testify thereto if called upon to do so.

Executed on the 3d day of July, 2019 at New York, New York.

                                            /s/ *Benjamin P. McCallen*
                                              Benjamin P. McCallen