# Exhibit 2






**CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION**
**SONOMA-LAKE NAPA UNIT**
1199 Big Tree Road
St. Helena, CA 94574

# INVESTIGATION REPORT

| | |
|---|---|
| **CASE NUMBER:** | 17CALNU010045 |
| **CASE NAME:** | Tubbs |
| **DATE:** | October 8, 2017 |
| **INCIDENT TYPE:** | Wildland Fire |
| **INCIDENT INVESTIGATOR(s):** | John MARTINEZ, Battalion Chief – CZU |
| | Vince BERGLAND, Battalion Chief, CSR |
| | Matt FRANKLIN, Fire Captain, BDU |
| | Mark FRITS, Battalion Chief - TGU |
| | Scott LOHSE, Fire Captain – TGU |
| | Greg ROATH, Fire Captain – SKU |
| | Mike THOMPSON, Battalion Chief - CNR |

1   **1 - VIOLATION(S):**

2   None

3

**2 - SUMMARY:**

On the evening of Sunday, October 8, 2017 a red flag warning was in effect throughout the North Bay including Napa County. Temperatures that evening were in the 60's to lower 70's, with humidity in the 10-18% range. Wind models later prepared by CAL FIRE Northern Operations Predictive Services estimated ridgetop winds could have reached 55 to 90 mph. At approximately 9:41 P.M. Michelle HICKMAN (M. HICKMAN), a resident of Calistoga, CA reported a fire occurring in the area of Hwy 128 and Tubbs Road. The fire was named the Tubbs Fire and eventually burned 36,807 acres in both Napa and Sonoma Counties and destroyed 5636 structures including 4651 residential structures, 94 commercial properties and 891 outbuildings. The fire damaged an additional 230 residential structures, 22 commercial structures and 65 outbuildings. The Tubbs Fire included 22 civilian fatalities.

On October 9, 2017, I arrived at approximately 2:30 P.M. in Napa County to assist with the origin and cause investigation of the Tubbs Fire. On October 11, 2017 I was assigned as the lead investigator to conduct an origin and cause investigation for the Tubbs Fire. During the course of my investigation I located a General Origin Area (GOA) and subsequently a Specific Origin Area (SOA) on a privately-owned parcel off of Bennett Lane in Calistoga, CA. After a thorough, systematic investigation, taking into account witness statements, opinions of experts, physical evidence, collected electronic data, and fire direction indicators, the SOA of the Tubbs fire is near the primary residential structure and immediate area surrounding the structure at 1128 Bennett Lane. During my investigation, I eliminated all other causes for the Tubbs Fire, with the exception of an electrical caused fire originating from an unknown event affecting privately owned conductor or equipment.

LE80 (Rev. 7/2011)          3          Officer Initials _MM_

1    **3 - SUBJECT(S):**

2    None

3

Case: 19-30088    Doc# 2864-2    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 5 of 43

1   **4 - VICTIMS:**

2

3   The Tubbs Fire included 22 civilian fatalities, listed below (by age and location of death):

4



5   •

6   •

7   •

8   •

9   •

10   •

11   •

12   •

13   •

14   •

15   •

16   •

17   •

18   •

19   •

20   •

21   •

22   •

23   •

24   •

25   •

26   •

27

28

29

30

LE80 (Rev. 7/2011)          5          Officer Initials 

**WITNESSES:**

W1

Michelle HICKMAN (M. HICKMAN)

DOB:

M. HICKMAN was the first reporting party to the Tubbs Fire. She can testify to what she saw from her residence the night of the fire on October 8, 2017.

W2

Ron RISI (R. RISI)

DOB:

R. RISI can testify his power went off sometime after 9:00 P.M. on October 8, 2017. He also received a call from S. THOMPSON at an unknown time after 9:00 P.M. telling him there was a fire on the hillside and to get out. R. RISI can testify when he left his residence, he noticed the fire was to the south on the west side of Bennett Lane.

W3

Shawn THOMPSON (S. THOMPSON)

DOB:

S. THOMPSON can testify that he was awoken by his wife on October 8, 2017, telling him there was a fire. He can also testify he observed flames in the backyard coming down the hill towards him and after he evacuated the house and parked on Hwy 128, he

LE80 (Rev. 7/2011)                                   6                              Officer Initials

1    noticed fire above his house coming down from where the ZINK'S house was.

2

3    W4

4    Linda THOMPSON (L. THOMPSON)

5

6

7    DOB:

8    L. THOMPSON can testify she was in her house on the evening of October 8, 2017

9    when she heard smoke alarms began to ring and she could smell smoke. When leaving

10   the house there were embers flying and she couldn't tell where they were coming from.

11   She called 911 at 9:52 P.M. as she and S. THOMPSON drove down the driveway.

12

13   W5

14   Roger LUTZ III (R. LUTZ)

15   Napa County Fire

16   1199 Big Tree Road

17   St. Helena, CA 94574

18   DOB:

19

20   R. LUTZ can testify on October 8, 2017 he was on E-221 on Division Z, and responded

21   to 1200 Bennett Lane, where he observed fire backing down slope towards the

22   residence.

23

24   W6

25   Jason TAMAGNI

26   Calistoga Fire Dept.

27   1113 Washington Street

28   Calistoga, CA 94515

29

30   TAMAGNI was one of the first fire resources on scene on October 8, 2017. He can

31   testify to fire behavior in the area of Hwy 128 and Bennett Lane.
     LE80 (Rev. 7/2011)                          7                          Officer Initials

1

2    W7

3    Jaime OROZCO

4    Calistoga Fire Department

5    1113 Washington Street

6    Calistoga, CA 94515

7    707-942-2840

8    OROZCO can testify he was on E-419 the night of October 8, 2017. He observed the

9    fire on both sides of Hwy 128, from a wind driven fire from Bennett Lane.

10

11    W8

12    Mark RHODES

13    Electrical Engineer

14    3460 Zion Canyon Ct.

15    Pleasanton, CA 94588

16

17    RHODES can testify to the electrical systems near the water pump and private pole 1.

18

19    W9

20    Luis Alberto VARGAS-RIVERA (VARGAS)

21

22

23    DOB:

24

25    On October 8, 2017, at approximately 10:05 P.M. VARGAS observed a fire on the hill

26    above 3452 Hwy 128. He can testify the fire had not yet burned onto the Wheeler

27    Farm, where he works.

28

29    W10

30    Dave KAROLY

31    CAL FIRE LIDAR

LE80 (Rev. 7/2011)                    8                    Officer Initials _MM_

1    1300 U. Street

2    Sacramento, CA 94244

3    916-324-1644

4    Assisted in documenting the scene using LIDAR.

5

6    W11

7    Dan GREGORY

8    CAL FIRE LIDAR

9    1300 U. Street

10   Sacramento, CA 94244

11   916-323-1044

12   Assisted in documenting the scene using LIDAR.

13

14   W12

15   Susan SWENSON (S. SWENSON)

16

17

18

19   DOB:

20

21   S. SWENSON can testify she had not been on the property since September 3, 2017

22   and is unaware of any problems associated with the property. She can testify Mike

23   ANDREWS is on the property at least once per week to make sure everything is

24   working properly and maintained.

25

26   W13

27   Mike ANDREWS

28   Caretaker for 1128 Bennett Lane, hired by property owner.

29

30

31

LE80 (Rev. 7/2011)                         9                    Officer Initials

1 ANDREWS is the caretaker for the 1128 Bennett Lane property, hired by the ZINK

2 family. ANDREWS can testify to the maintenance and condition of the property, prior to

3 the Tubbs Fire.

4

5 W14

6 Gino DEGRAFFERIED

7 CAL FIRE Battalion Chief

8 DEGRAFFERIED was the first CAL FIRE Battalion Chief at scene and can testify to his

9 observations when he arrived on scene approximately 20 minutes after the initial

10 dispatch, including an estimation of wind conditions and size of the fire.

11

12 W15

13 Jim NOLT

14 Electrical Engineer

15 107 Blue Canyon Way

16 Folsom, CA 95630

17 

18 NOLT can testify to his observations and analysis of the electrical systems identified

19 during the Tubbs Fire Investigation, as outlined in his report.

20

21 W16

22 Amy HUNTER

23 Officer, Napa Police Department

24 1539 1st Street

25 Napa, CA 94559

26 707-257-9223

27 HUNTER can testify to information she received regarding a subject seen on Silverado

28 Trail Road the day of the fire, miles from the GOA.

29

30 W17

31 Dale HOSKINS
 LE80 (Rev. 7/2011)     10     Officer Initials 

1   Police Officer, Calistoga Police Department

2   1234 Washington Street

3   Calistoga, CA 94515

4   707-942-2810

5   HOSKINS was the first public officer at scene, prior to firefighters, where he took a

6   photograph of the fire. He can testify to his observations.

7

8   W18

9   Lucinda "Cindy" Ann YANT (L. YANT)

10

11

12

13

14   DOB:

15   L. YANT can testify she was home on the night of October 8, 2017 and observed a fire

16   coming towards her residence. L. YANT provided photographs showing her

17   observations.

18

19   W19

20   Nicholaus LUTZ (N. LUTZ)

21   Deer Park Volunteer Fire Department

22   19710 Mountain Meadows North

23   Hidden Valley Lake, CA 95467

24   DOB:

25

26   N LUTZ can testify to the where the fire was when he arrived on scene assigned to

27   Engine 21, with the Deer Park Volunteer Fire Department. He can also testify to the

28   fact the fire was backing northeast along Bennett Lane, and had not reached the 1200

29   Bennett Lane residence until late that evening and into the early morning hours of

30   October 9, 2017.

31

LE80 (Rev. 7/2011)                                    11                          Officer Initials

1   W20

2   Anne MISSEN

3

4

5

6   MISSEN can testify she saw the fire burn slowly from the south to the north, near the

7   area of       Bennett Lane, as viewed from her residence. MISSEN describes the fire

8   as fighting against the wind and slowly moving from left (south) to right (north)

9   throughout the night and the next day.

10

11  W21

12  Rob EBLING

13  Calistoga Fire Department

14  1113 Washington Street

15  Calistoga, CA 94515

16  707-337-2882

17  EBLING responded to the incident on the initial dispatch. He can testify the fire was

18  backing northeast on the hillside above Bennett Lane and when he arrived on scene it

19  had backed as far as the PG&E pole 1 on Bennett Lane.

20

21  W22

22  Mark OLACHEA

23

24

25

26  OLACHEA took photographs in the area of Tubbs and Bennett Lane, on October 9,

27  2017.

28

29  W23

30  Ken MILLER, CFI

31  Senior Fire Investigator
    LE80 (Rev. 7/2011)                          12                    Officer Initials 

1    Fire Investigation Unit

2    Liberty Mutual Insurance

3    175 Berkeley Street

4    Boston, MA 02116

5    Cell:

6    MILLER took photographs of tripped fuses on Bennett Lane and provided photographs

7    to the investigation team.

8

9    W24

10   Stephanie LONGTON

11   Bennett Lane Winery

12   405 Parkview Drive

13   Healdsburg, CA 95448

14

15   LONGTON provided video footage from a camera on the winery property showing first

16   sign of fire on hillside at approximately 9:36 P.M. on October 8, 2107.

17

18   W25

19   Whitney RAMPP

20

21

22

23   DOB:

24   RAMPP can testify she heard a transformer blow sometime before 10:00 P.M. A short

25   time later she saw a fire on the hill in the area of Bennett Lane.

26

27   W26

28   Jan RISI (J. RISI)

29

30

31

LE80 (Rev. 7/2011)                              13                    Officer Initials

1   J. RISI was with her husband, R. RISI, when they left their residence after being told by

2   S. THOMPSON there was a fire off Bennett Lane. J. RISI can testify to her

3   observations when she left her residence.

4

5   W27

6   Peggy OKELLY

7

8

9



10  DOB:

11  OKELLY can testify that on October 8, 2017 she saw the fire backing towards her

12  residence sometime after 10:00 P.M.

13

14  W28

15  Theresa JACKSON

16

17

18  DOB:

19

20  JACKSON can testify she was at 3468 Hwy 128 on October 8, 2017, and at

21  approximately 9:55 P.M., she walked to the south side of the residence and saw the hill

22  on fire above the pig farm at 3452 Hwy 128            residence).

23

24  W29

25  Larry ANDERSON

26

27



28  DOB:

29

30  ANDERSON can testify he observed fire on the hillside west of Bennett Lane, south of

31  1177 Bennett Lane, sometime after 10:05 P.M. on night of October 8.

LE80 (Rev. 7/2011)                                        14                          Officer Initials

1

2    W30

3    Anthony Morgan PERLISS

4    

5

6    DOB

7

8    PERLISS can testify that between 9:00 P.M. and 10:00 P.M., on October 8, 2017, he

9    was at home and noticed the lights flicker 2 to 3 times. At approximately 10:10 P.M.

10   PERLISS went outside and while in the driveway looking south, he observed a glow

11   toward the pergola, south of the residence. Shortly after, he observed fire south of a

12   pergola below his house, burning low to the ground with little to no flames. He notified

13   his girlfriend about the fire at 10:37 P.M.

14

15   W31

16   Dan HICKMAN (D. HICKMAN)

17

18

19   DOB

20

21   D. HICKMAN can testify he was home on the evening of October 8, 2017. While

22   outside around 9:30 P.M., he heard a pop or explosion and was aware of a light above

23   him to the north. He estimated the light occurred between 9:27 and 9:28 P.M. He didn't

24   look north to see what it was.

25

26   W32

27   Cigi Glynn RICH

28   

29

30

31   DOB:

LE80 (Rev. 7/2011)                              15                    Officer Initials

1    RICH can testify she first saw a fire on October 8, 2017 at approximately 9:45 P.M.,

2    across the valley from where she lived. RICH also took pictures of what she could see

3    from the deck of her residence.

4

5    W33

6    Jordan JEFFERIES (J. JEFFERIES)

7

8

9    J. JEFFERIES lives with RICH, can testify he first saw a fire on October 8, 2017 at

10   approximately 9:45 P.M., across the valley from where he lives.

11

12   W34

13   Eric JEFFERIES (E. JEFFERIES)

14   Father of J. JEFFERIES

15

16

17   DOB:

18

19   E. JEFFERIES can testify he was at ▌ Bennett Lane, and in bed on the evening of

20   October 8, 2017, when he noticed light coming through his window at 9:44 P.M. He got

21   out of bed and observed the fire.

22

23   W35

24   Charles Milton DARRALL (C. DARRALL)

25

26

27

28   DOB:

29   C. DARRALL can testify he heard a boom at approximately 10:15 P.M. and saw a glow

30   in the area of Bennett Lane.

31

LE80 (Rev. 7/2011)                          16                     Officer Initials _JM_

1    W36

2    Shannon Lynn DARRALL (S. DARRALL)

3

4

5

6    DOB:

7    S. DARRALL can testify she heard a boom at approximately 10:15 P.M. and saw a glow

8    in the area of Bennett Lane.

9

10   W37

11   Charlie BROWN JR.

12

13

14   DOB

15

16   BROWN JR can testify the electrical wiring leading from the house at 1200 Bennett

17   Lane to the viewing platform on the property was not active and has not been in use for

18   years.

19

20   W38

21   Katie SERENI

22

23

24   DOB:

25   SERENI can testify she observed a limb catch fire on powerlines adjacent to her

26   residence at      Lerner Drive prior to the Tubbs fire.  The limb was extinguished and

27   there was no fire spread.

28

29   W39

30   Robert TRUMBALL

31   PG&E
     LE80 (Rev. 7/2011)                              17                    Officer Initials _JM_

1    77 Beale Street

2    P.O. Box 415-973-1000

3    San Francisco, CA 94177

4    TRUMBALL assisted in the removal of smart meters on Bennett Lane.

5

6    W40

7    Daniel DAVIS

8    PG&E

9    77 Beale Street

10   P.O. Box 415-973-1000

11   San Francisco, CA 94177

12   DAVIS assisted in the removal of smart meters on Bennett Lane.

13

14   W41

15   Lee Palmer

16   Deputy Director, Safety and Enforcement Division

17   California Public Utilities Commission

18   505 Van Ness Avenue

19   San Francisco, CA 94102

20   415-703-2369

21   PALMER was present at 1128 Bennett Lane on October 23, 2017 and observed the

22   collection of PG&E equipment by CAL FIRE investigators.

23

24   W42

25   Raymond Cho

26   Utilities Engineer, Electric Safety Reliability Branch

27   505 Van Ness Avenue

28   San Francisco, CA 94102

29   415-703-2236

30   CHO was present at 1128 Bennett Lane on October 23, 2017 and observed the

31   collection of PG&E equipment by CAL FIRE investigators.

LE80 (Rev. 7/2011)          18          Officer Initials _____

1

2    W43

3    James P FRANTZ

4    Frantz Law Group

5    3558 Round Barn Blvd, Suite 215

6    Santa Rosa, CA 95403

7    707-239-6316

8    FRANTZ can testify to two separate accounts of alternative origin areas for the Tubbs

9    Fire, determined by outside investigators.

10

11   Attachment E, Vicinity Map, identifies the location of witnesses and their proximity to

12   1128 Bennett Lane.

13

14   **INVESTIGATORS:**

15

16   John MARTINEZ (MARTINEZ)

17   CAL FIRE, Battalion Chief

18   6059 Hwy 9

19   Felton, CA 95018

20   831-254-1720

21

22   Mark FRITS

23   CAL FIRE, Battalion Chief

24   604 Antelope Blvd.

25   Red Bluff, CA 96080

26   530-528-5199

27

28   Mike THOMPSON (M. THOMPSON)

29   CAL FIRE, Battalion Chief

30   6105 Airport Road

31   Redding, CA 96002

LE80 (Rev. 7/2011)                        19                    Officer Initials _____

1    530-226-3477

2

3    Scott LOHSE

4    CAL FIRE, Fire Captain

5    604 Antelope Blvd.

6    Red Bluff, CA 96080

7    530-528-5199

8

9    Vince BERGLAND

10    CAL FIRE, Battalion Chief

11    1234 E. Shaw

12    Fresno, CA 93710

13    559-243-4115

14

15    Greg ROATH

16    CAL FIRE, Fire Captain

17    1809 Fairlane Road

18    Yreka, CA 96097

19    530-842-3516

20

21    Matt FRANKLIN

22    CAL FIRE, Fire Captain

23    3800 N. Sierra Way

24    San Bernardino, CA 92405

25    909-881-6922

26

27    Jeremy MONROE

28    CAL FIRE, Deputy Chief

29    Sacramento Headquarters

30    State Threat Assessment Center (STAC)

31    916-636-2920

LE80 (Rev. 7/2011)                    20                    Officer Initials _JM_

1

2   Darren STEWART

3   CAL FIRE, Fire Captain

4   875 Cypress Avenue

5   Redding, CA 96001

6   530-225-2421

7

8   Kyle STEIS

9   CAL FIRE, Fire Captain

10   2210 West College Avenue

11   Santa Rosa, CA 95401

12   707-576-2341

13

14   Brandon BERTOLINO

15   CAL FIRE, Fire Captain

16   2210 West College Avenue

17   Santa Rosa, CA 95401

18   707-339-6618

19

20

LE80 (Rev. 7/2011)          21          Officer Initials

1  **5 - EVIDENCE:**

2

3  A series of photographs were taken and are included in the attachments section D.

4  Original photographs are stored as evidence on various media (DVD/SD card/thumb

5  drive).

6

7  A series of photographs were collected from witnesses and are contained as

8  attachments (see attachment D).

9

10  A series of video clips from fixed cameras and cellular phone was provided to and

11  collected by investigators.  Video clips have been placed on a thumb and stored as

12  evidence.

13

14  Physical items of evidence were collected from the scene by Investigators.  Refer to

15  evidence log for a list of items collected (see attachment F).

16

Case: 19-30088    Doc# 2864-2    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 23 of 43

1  **6 – CONDITION(S):**

2  **Weather:**

3  Weather was not recorded by on scene resources the night of October 8, due to all

4  responding resources commitment to the ongoing and developing fire emergency. For

5  this reason weather conditions were extracted from two CAL FIRE weather stations in

6  the area. Below are summaries of the Atlas Peak Remote Automated Weather Station

7  (RAWS) and the Santa Rosa RAWS for October 8, 2017. The Atlas Peak weather

8  station is at an elevation of 1934 feet and approximately 21 miles southeast from the

9  Tubbs Fire origin. The Santa Rosa weather station is at an elevation of 576 feet and

10  approximately 10 miles southwest from the Tubbs Fire origin. On October 8, 2017 at

11  9:00 P.M. the temperature at the Atlas Peak RAWS was 62 degrees, winds were out of

12  the north/northeast at 13 mph with gusts to 30 mph. On October 8, 2017 at 9:00 P.M.

13  the temperature at the Santa Rosa RAWS was 62 degrees, winds were out of the

14  northeast at 15 mph with gusts to 41 mph.

15

Case: 19-30088   Doc# 2864-2   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 24 of 43

## Atlas Peak California

Daily Summary for
**8-Oct-17**

| Hour of Day Ending at L.S.T. | Total Solar Rad. ° ly. | Wind Ave. mph | Wind V. Dir. Deg | Wind Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:00 AM | 0 | 4 | 32 | 10 | 63 | 60 | 6.3 | 43 | 40 | 50 | 0 |
| 2:00 AM | 0 | 5 | 26 | 8 | 63 | 60 | 6.8 | 45 | 41 | 51 | 0 |
| 3:00 AM | 0 | 6 | 34 | 12 | 62 | 59 | 7 | 43 | 39 | 49 | 0 |
| 4:00 AM | 0 | 4 | 68 | 13 | 61 | 58 | 7.1 | 39 | 36 | 48 | 0 |
| 5:00 AM | 0 | 5 | 48 | 16 | 61 | 58 | 7.1 | 36 | 34 | 47 | 0 |
| 6:00 AM | 0.3 | 6 | 49 | 13 | 62 | 58 | 7.3 | 35 | 34 | 47 | 0 |
| 7:00 AM | 9.4 | 5 | 4 | 12 | 65 | 62 | 7.2 | 29 | 32 | 48 | 0 |
| 8:00 AM | 26.8 | 8 | 359 | 14 | 65 | 68 | 7.2 | 29 | 32 | 48 | 0 |
| 9:00 AM | 43.3 | 7 | 18 | 20 | 69 | 74 | 6.4 | 23 | 30 | 49 | 0 |
| 10:00 AM | 56.9 | 10 | 12 | 21 | 71 | 77 | 6 | 21 | 29 | 49 | 0 |
| 11:00 AM | 65.3 | 9 | 28 | 21 | 74 | 84 | 5.3 | 14 | 22 | 49 | 0 |
| 12:00 PM | 68.5 | 10 | 20 | 23 | 74 | 84 | 4.7 | 13 | 20 | 48 | 0 |
| 1:00 PM | 66.5 | 10 | 31 | 19 | 74 | 84 | 4.2 | 13 | 20 | 48 | 0 |
| 2:00 PM | 58.8 | 10 | 30 | 21 | 74 | 83 | 3.9 | 14 | 22 | 49 | 0 |
| 3:00 PM | 46.2 | 8 | 11 | 20 | 73 | 81 | 3.6 | 14 | 21 | 48 | 0 |
| 4:00 PM | 30.3 | 5 | 5 | 18 | 71 | 76 | 3.5 | 15 | 21 | 47 | 0 |
| 5:00 PM | 12.3 | 8 | 344 | 16 | 67 | 67 | 3.5 | 16 | 19 | 45 | 0 |
| 6:00 PM | 0.4 | 9 | 0 | 19 | 64 | 62 | 3.7 | 16 | 17 | 43 | 0 |
| 7:00 PM | 0 | 13 | 1 | 26 | 65 | 62 | 3.7 | 16 | 18 | 44 | 0 |
| 8:00 PM | 0 | 11 | 29 | 32 | 64 | 62 | 3.7 | 15 | 15 | 43 | 0 |
| 9:00 PM | 0 | 13 | 21 | 30 | 62 | 60 | 3.7 | 17 | 17 | 42 | 0 |
| 10:00 PM | 0 | 13 | 14 | 28 | 62 | 59 | 3.9 | 16 | 15 | 42 | 0 |
| 11:00 PM | 0 | 17 | 7 | 31 | 61 | 59 | 3.9 | 15 | 13 | 41 | 0 |
| 12:00 AM | 0 | 14 | 18 | 32 | 60 | 58 | 3.9 | 16 | 14 | 41 | 0 |

1

2

Case: 19-30088   Doc# 2864-2   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 25 of 43

## Santa Rosa California

Daily Summary for

### 8-Oct-17

| Hour of Day Ending at L.S.T. | Total Solar Rad. ° ly. | Wind Ave. mph | Wind V. Dir. Deg | Wind Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:00 AM | 0 | 3 | 12 | 10 | 58 | 55 | 6.7 | 64 | 46 | 51 | 0 |
| 2:00 AM | 0 | 5 | 355 | 13 | 57 | 54 | 7.1 | 62 | 44 | 50 | 0 |
| 3:00 AM | 0 | 4 | 12 | 14 | 56 | 54 | 7.4 | 61 | 43 | 48 | 0 |
| 4:00 AM | 0 | 2 | 39 | 11 | 55 | 53 | 7.8 | 61 | 42 | 48 | 0 |
| 5:00 AM | 0 | 6 | 4 | 14 | 56 | 53 | 8.1 | 58 | 41 | 48 | 0 |
| 6:00 AM | 0.2 | 5 | 358 | 10 | 55 | 52 | 8.4 | 59 | 41 | 47 | 0 |
| 7:00 AM | 7.2 | 2 | 303 | 11 | 59 | 60 | 8.5 | 52 | 41 | 49 | 0 |
| 8:00 AM | 21.5 | 2 | 236 | 8 | 64 | 70 | 8.9 | 47 | 43 | 52 | 0 |
| 9:00 AM | 34.1 | 3 | 286 | 9 | 69 | 79 | 8.7 | 36 | 41 | 53 | 0 |
| 10:00 AM | 47.7 | 4 | 256 | 7 | 73 | 85 | 8 | 31 | 41 | 54 | 0 |
| 11:00 AM | 55.9 | 4 | 233 | 9 | 77 | 89 | 7.3 | 27 | 40 | 56 | 0 |
| 12:00 PM | 59.3 | 14 | 68 | 24 | 82 | 88 | 7.2 | 9 | 18 | 51 | 0 |
| 1:00 PM | 56 | 8 | 65 | 19 | 84 | 94 | 6 | 6 | 10 | 51 | 0 |
| 2:00 PM | 51 | 8 | 52 | 22 | 84 | 86 | 5.9 | 4 | 1 | 49 | 0 |
| 3:00 PM | 30.3 | 7 | 47 | 16 | 83 | 85 | 5.4 | 5 | 5 | 50 | 0 |
| 4:00 PM | 25.1 | 11 | 62 | 24 | 79 | 81 | 4.9 | 9 | 15 | 49 | 0 |
| 5:00 PM | 9.4 | 10 | 55 | 27 | 75 | 73 | 4.7 | 12 | 19 | 48 | 0 |
| 6:00 PM | 0.3 | 6 | 55 | 23 | 72 | 69 | 4.6 | 13 | 18 | 47 | 0 |
| 7:00 PM | 0 | 5 | 37 | 21 | 72 | 68 | 4.6 | 14 | 20 | 47 | 0 |
| 8:00 PM | 0 | 11 | 48 | 30 | 72 | 69 | 4.6 | 12 | 17 | 47 | 0 |
| 9:00 PM | 0 | 15 | 52 | 41 | 71 | 69 | 4.6 | 11 | 14 | 46 | 0 |
| 10:00 PM | 0 | 14 | 41 | 40 | 71 | 69 | 4.5 | 11 | 14 | 46 | 0 |
| 11:00 PM | 0 | 24 | 58 | 51 | 70 | 69 | 4.5 | 11 | 13 | 45 | 0 |
| 12:00 AM | 0 | 24 | 59 | 53 | 70 | 69 | 4.4 | 11 | 13 | 45 | 0 |

1
2
3
4
5
6
7
8
9
10
11

Case: 19-30088    Doc# 2864-2    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 26 of 43

1    **7 – EQUIPMENT:**

2

3    Pacific Gas & Electric (PG&E) and privately owned electrical equipment was collected

4    as evidence.  Refer to evidence log (see attachment F) for a list of items collected.

5

Case: 19-30088    Doc# 2864-2    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 27 of 43

**8 - PROPERTY:**

The Tubbs Fire originated on the following property:

APN:            017-120-005-000

Address:        1128 Bennett Lane, Calistoga, CA 94515

Owner:          █████████████████

Mailing Address: ████████████████████████████████

The 1128 Bennett Lane property is an approximately 10.5-acre parcel situated in Napa County, approximately three miles north of Calistoga. Bennett Lane can be accessed from both Hwy 128 and Tubbs Lane. The entrance to the property is from a paved driveway off Bennett Lane identified by an address marker labeled "1128." The surrounding area is rural residential setting and homes on larger parcels surrounded by mixed oak and conifer woodlands and vineyards. The 1128 Bennett property is largely undeveloped except for the upper slopes where the residence and associated outbuildings were located. The driveway continues up a south facing slope through oak woodlands, until it reaches a large one-half acre clearing below and east of the primary residence. Within the clearing, there are scattered conifers and oaks and little to no ground vegetation. Also within the clearing are both PG&E and privately owned utility poles.

The driveway continues past the cleared area and leads to the upper elevation of the property (approximately 550-feet elevation) where the residence and associated structures sit on top of a hill. The primary residence is located at the end of the driveway. Northwest of the residence is a wine cellar with an attached bedroom. Immediately west of the wine cellar is a swimming pool with an attached open construction pool patio. West of the residence is an open carport and garage. According to accessor parcel data, the residence was built in 1946. The electrical distribution associated with the property includes PG&E service from Bennett Lane uphill to the residence, by service drop to a weather head on the roof. From there, exterior conduit connects to the meter. From the meter, conduit carries conductor to a

LE80 (Rev. 7/2011)                    27                    Officer Initials ⟨M⟩

1 privately-owned power pole (private pole 3).  From private pole 3, conductor extends

2 north west towards the wine cellar and pool patio.  Additionally, from private pole 3,

3 conductor extends southeast towards private pole 2, then to private pole 1 where the

4 water tanks and pump station are located.  From private pole 1, conductor extends

5 downhill where it ties into a well next to Bennett Lane.  The graphic below includes a

6 general representation of the developed property at 1128 Bennett Lane with a general

7 schematic of the electrical system.



8
9
10
11

1

2

3   The graphic below includes a general representation of the private electrical system at

4   1128 Bennett Lane prepared by ROATH.



5

6

7

Case: 19-30088    Doc# 2864-2    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 30 of 43

1  **9 - NARRATIVE:**

2  On the evening of Sunday, October 8, 2017, a red flag warning was in effect throughout

3  the North Bay including Napa County. Temperatures that evening were in the 60's to

4  lower 70's, with humidity in the 10-18% range. Wind models prepared by CAL FIRE

5  Northern Operations predictive services later estimated ridgetop winds could have

6  reached 55 to 90 mph (see attachment A). At approximately 9:41 P.M., M. HICKMAN, a

7  resident of Calistoga, CA reported a fire occurring in the area of Hwy 128 and Tubbs

8  Road (see attachment B). The fire was named the Tubbs Fire and eventually burned

9  36,807 acres in both Napa and Sonoma Counties and destroyed 5636 structures

10  including 4651 residential structures, 94 commercial properties and 891 outbuildings.

11  The fire damaged an additional 230 residential structures, 22 commercial structures and

12  65 outbuildings (see attachment C). The Tubbs Fire included 22 civilian fatalities.

13

14  **Monday October 9, 2017**

15

16  On Monday, October 9, 2017 at approximately 1:00 A.M., CAL FIRE Battalion Chief

17  Mark FRITS responded from Red Bluff to the Tubbs Fire to conduct an origin and cause

18  investigation. Due to the high number of fires in Sonoma and Napa Counties, there

19  were no local Investigators available to respond to the Tubbs Fire on the evening of

20  October 8, 2017. FRITS arrived in the area of Bennett Lane and Hwy 128 at

21  approximately 9:20 A.M., when he began walking and observing fire pattern indicators

22  along Bennett Lane. Sometime after 9:20 A.M., FRITS was contacted by Ron RISI (R.

23  RISI) who lives at ▓▓▓▓▓▓▓▓▓. The following is a summary of his conversation

24  with R. RISI (see attachment G, FRITS):

25

26  R. RISI was contacted by his neighbor Shawn THOMPSON (S. THOMPSON) sometime

27  after 9:00 P.M., who told him there was a fire and to get out of the house. R. RISI

28  exited his property and turned north on Bennett Lane. R. RISI noticed the fire was to

29  the south of his residence on the west side of Bennett Lane. He could not confirm how

30  far down on Bennett Lane or how close to his residence the fire was.

31

LE80 (Rev. 7/2011)                    30                    Officer Initials _M_

1    While on Bennett Lane north of the 1128 Bennett Lane driveway, FRITS observed what

2    he thought to be a Pacific Gas & Electric (PG&E) pole next to a fence with PG&E

3    conductor running uphill.  He also observed an oak tree with a junction box with

4    conductor running uphill.  Not knowing an origin area yet and with limited witnesses, he

5    chose to flag off an area approximately 15-feet by 15-feet surrounding the pole and

6    fence line to maintain the scene integrity should it prove to be of significance

7    (Photograph P-JM-MF-25).  FRITS observed backing indicators showing the fire was

8    spread downhill on the west side of Bennett Lane in the area of the 1128 Bennett Lane

9    driveway.  When FRITS came to the 1200 Bennett Lane, he made his way up the

10   driveway where he observed fire pattern indicators including angle of char on stumps of

11   trees indicating the fire was backing against the wind towards the residence.  Between

12   the 1128 and 1200 Bennett Lane driveways FRITS observed fire patterns indicating the

13   fire backed into the wind from the southeast of the cleared area near the driveway of

14   1128 Bennett Lane.  FRITS observed advancing fire pattern indicators to the southwest

15   of the 1128 Bennett Lane driveway.  While on Bennett Lane, FRITS was contacted by

16   S. THOMPSON who lives at ▇▇▇▇▇▇▇▇▇.  S. THOMPSON told FRITS the

17   following in summary (see attachment G, FRITS):

18

19   S. THOMPSON was sleeping at his residence at approximately 9:45 P.M., when he was

20   woken up by his smoke alarms going off.  He observed the fire burning toward the back

21   of his house from the northeast.

22

23   The 1128 Bennett Lane property is the next adjoining property to the northeast from the

24   S. THOMPSON property.  A fire spreading towards the S. THOMPSON residence from

25   his description would likely have come from or passed through the 1128 Bennett Lane

26   property.  The graphic below, prepared by MARTINEZ, is a representation, based on

27   the witness statement, showing where the witness was and what direction he was

28   looking.

LE80 (Rev. 7/2011)                              31                      Officer Initials ⁄M



1

2    FRITS then spoke with Roger LUTZ (R. LUTZ) who works for the Deer Park Volunteer

3    Fire Department at Station 21. R. LUTZ told FRITS the following in summary (see

4    attachment G, FRITS):

5

6    R. LUTZ arrived on scene on Engine 221 and began cooling down power poles on the

7    west side of Bennett Lane working towards the north. He worked to the driveway of

8    1200 Bennett Lane and the fire had not yet spread north to the driveway. When he

9    accessed the residence at 1200 Bennett Lane, the fire was backing downhill from the

10   southeast toward the rear of the residence. The fire was also backing to the northeast

11   on the northwest side of the driveway. Once the fire became established in the draw

12   below the residence he left the scene. R. LUTZ was provided a LE-78 witness

13   statement which he completed on October 9, 2017 (see attachment H).

14

15   The 1128 Bennett Lane property is the first adjoining property to the south of 1200

LE80 (Rev. 7/2011)           32           Officer Initials

1   Bennett Lane. A fire spreading northeast towards 1200 Bennett Lane would likely have
2   come from or passed through the 1128 Bennett Lane property.
3
4   While at the intersection of Bennett Lane and Hwy 128, FRITS spoke with Calistoga
5   Fire Department Fire Captain Jason TAMAGNI, assigned to Engine 419, who told him
6   the following (see attachment G, FRITS):
7
8   TAMAGNI told FRITS when he arrived at scene on October 8, 2017, that the fire was
9   spreading from the north of Bennett Lane to the south of Hwy 128 at a rapid rate of
10  spread. TAMAGNI completed a LE-78 witness statement on October 9, 2017. Also
11  present with TAMAGNI on the engine was Jaime OROZCO who also provided a LE-78
12  witness statement (see attachment H).
13
14  FRITS continued observing fire pattern indicators on the north side of 1110 Bennett
15  Lane. There, he observed fire patterns, indicating the fire advanced toward the south
16  and rear of the residence. FRITS continued observing advancing fire pattern indicators
17  leading him to the partially fire damaged carport on the 1128 Bennett Lane property.
18
19  On October 9, 2017, at approximately 11:00 A.M., I was dispatched to the Sonoma
20  Lake Napa Unit (LNU) to assist the Unit in a manner which was not yet determined
21  when I responded.
22
23  On October 9, 2017 at approximately 2:30 P.M., I arrived in Napa County and
24  responded to the Tubbs Fire where I contacted FRITS, who was continuing his
25  investigation and had yet to determine a General Origin Area (GOA) for the fire. FRITS
26  briefed me verbally on the witness statements provided by R. RISI, S. THOMPSON, R.
27  LUTZ, and TAMAGNI, which placed the fire origin north of 1110 Bennett Lane and
28  southwest of 1177 Bennett Lane. Based on the initial witness statements, FRITS
29  hypothesized the fire may have originated from the 1128 Bennett Lane property.
30  I walked the fire edge with him and discussed the reasons for his determination. I
31  observed fire pattern indicators such as angle of char, curling, and white ash

LE80 (Rev. 7/2011)                    33                    Officer Initials ᒍᗰ

1   accumulation on the protected side (due to high winds), indicating the fire generally
2   backed down slope, against the wind towards the west side of Bennett Lane, in a
3   northeast direction.  I also observed advancing fire pattern indicators south of the
4   residence, above 1110 Bennett Lane.  Angle of char and needle freeze could be
5   observed in the canopies of pine trees and on lower ground vegetation. These
6   observations are consistent with S. THOMPSONS statement describing the fire
7   advancing from the 1128 Bennett Lane towards his residence at ███ Bennett Lane.  It
8   was still very early in the investigation and FRITS and I were still becoming familiar with
9   the overall area based on limited witness statements and had not taken any
10  photographs or placed any colored pin flags identifying fire pattern indicators observed.
11
12  After considering FRITS' initial observations, early witness statements and my own
13  observations, I concurred the GOA was likely located on or adjacent to the property
14  identified as 1128 Bennett Lane.  FRITS flagged the entrance to the driveway of 1128
15  Bennett Lane.  FRITS included 1110 Bennett Lane because of its proximity to 1128
16  Bennett Lane.  Both driveways were secured with yellow flagging labeled "DO NOT
17  ENTER".
18
19  FRITS and I designated an approximate one-half acre dirt field adjacent to the 1128
20  Bennett Lane pump station, as a parking and meeting location.  The field was void of
21  ground vegetation and parking vehicles in it would not impact the investigation.  There
22  was no private security available to keep people off the property, so FRITS remained at
23  1128 Bennett Lane overnight.  Starting on October 10, 2017 and throughout the entirety
24  of the investigation, Brothers In Arms Security maintained scene security, and were
25  instructed to not allow anyone access, from the time the investigation team left in the
26  evening until they returned the next morning, each day until investigators released the
27  scene at approximately 5:00 PM on October 25, 2017.  Each and every morning, it was
28  confirmed with the security guard that no persons had entered the property between the
29  time the investigation team left and returned.
30
31                          **Tuesday October 10, 2017**

Case: 19-30088   Doc# 2864-2   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 35 of 43

1

2    On Tuesday, October 10, 2017, I returned to 1128 Bennett Lane, arriving at

3    approximately 8:00 A.M. I met with FRITS and we began placing fire pattern indicator

4    flags. Colored pin flags were placed at the observed fire pattern indicators, including

5    red for advancing fire, blue for backing and yellow for lateral spread. Photographs

6    referenced in this section were not taken until later, however, they have been used to

7    reference our observations. FRITS and I entered the burned area on the hillside on the

8    northside of Bennett Lane and walked parallel to the road. I observed fire pattern

9    indicators showing fire backing downhill towards Bennett Lane in a northeast trending

10    direction. This was evident from cupping (see attachment D, MARTINEZ photograph: P-

11    JM-108), ash accumulation on leeward side (see attachment D, MARTINEZ

12    photograph: P-JM-112), leaf curling and staining on rocks (see attachment D,

13    MARTINEZ photograph: P-JM-107). Also observed was needle freeze angled towards

14    the southwest indicating strong winds out of the northeast. These fire pattern indicators

15    were consistent along the bottom of the hillside as well as continuing uphill towards the

16    1128 Bennett Lane residence. We walked back and forth along the hillside while

17    working uphill in a serpentine pattern, observing fire pattern indicators until we arrived at

18    a developed area containing a water pump station, near where we had parked. The

19    developed area was along the right side of the 1128 Bennett Lane driveway,

20    approximately two-thirds up towards the residence. Within the developed area next to

21    the driveway I observed (2) water tanks and water pump system (pump station). One

22    was a newer looking water tank and pump and one was as an older looking cement

23    tank. In addition, I observed a 4-inch by 4-inch wooden post approximately 6-feet in

24    height with (2) grey metal electrical boxes attached to it, one approximately 6-inches by

25    8-inches, and the other approximately 12-inches by 18-inches. Approximately 30-feet

26    away there was a utility pole (private pole 1), which didn't appear to be a PG&E pole

27    due to its appearance. The conductor associated with the pole did not appear

28    professionally installed (see attachment D, MARTINEZ photograph: P-JM-35). The pole

29    did not appear to be related to the PG&E pole 3 observed in the cleared area to the

30    west where our vehicles were parked. The conductor from private pole 1 continued

31    downhill towards Bennett Lane and uphill towards the 1128 Bennett Lane residence,

Case: 19-30088   Doc# 2864-2   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 36 of 43

1    The conductor which extends downhill towards Bennett Lane connects to a switch box

2    on an oak tree where it appeared to provide power to an old well.  This area was

3    flagged off earlier by FRITS on October 9 prior to identifying fire burn patterns in the

4    area.

5

6    There were various lengths of conductor and structural wiring associated with the

7    wooden post and private pole 1, much of it under tension from a tree which had fallen in

8    the immediate area.  Fire behavior in this area appeared to be low intensity (see

9    attachment D, MARTINEZ photograph: P-JM-42), with the exception being the wooden

10   post and private pole 1.  The lower half of the wooden post was partially burned,

11   however the section of post near the electrical boxes was heavily charred (see

12   attachment D, MARTINEZ photograph: P-JM-19).  An oak tree had fallen on the post

13   breaking it just below the electrical box.  Closer examination of the tree indicated it had

14   fallen after the fire, due to the absence of any fire damage to the tree, specifically

15   undamaged foliage in contact with the ground (see attachment D, MARTINEZ

16   photograph: P-JM-MF-64).  The wooden post and electrical boxes were discussed as

17   potential competent ignition sources, and were candidates to be reviewed by an

18   electrical engineer.  Observations by an electrical engineer will be discussed later.

19

20   We walked south from the clearing where we parked, along the edge of the property

21   where it broke in slope and noted advancing fire pattern indicators such as angle of char

22   and needle freeze on pine trees, below the carport and to the area immediately to the

23   east, indicating fire progression from the north, in line with the winds the night of the fire

24   (see attachment D, MARTINEZ photograph: P-JM-127).  This is consistent with S.

25   THOMPSONS witness statement.  We then walked the area north of the 1128 Bennett

26   Lane residence, in a serpentine pattern towards the 1200 Bennett Lane property and

27   observed fire pattern indicators on vegetation and rocks including angle of char, white

28   ash, and staining.  These indicators showed the fire both backed and laterally moved

29   northwest behind the residence towards the wine cellar and pool area before backing

30   towards 1200 Bennett Lane.

31

1    FRITS and I considered the general fire pattern indicators in the area, and requested an

2    electrical engineer to review the electrical system at the water tanks and pump station.

3

4    FRITS and I considered this area as a possible GOA, however the surrounding property

5    had not yet been reviewed in detail.  In order to maintain the integrity of the scene we

6    flagged off an area with yellow "do not enter" flagging approximately 50-feet by 50-feet

7    to include the pump station and private pole 1.  At approximately 2:20 P.M., I

8    photographed both the perimeter and interior of the flagged area (see attachment D,

9    MARTINEZ photographs: P-JM-1 thru P- JM-25).

10

11   I began photographing the surrounding area, including Bennett Lane between Hwy 128

12   and the 1128 Bennett Lane property. (see attachment D, MARTINEZ photographs: P-

13   JM-MF-01 thru P-JM-MF-79).

14

15   At approximately 3:30 P.M. electrical engineer Marc RHODES arrived at 1128 Bennett

16   Lane.  We were interested in having him do an initial examination of the area associated

17   with the pump station.  RHODES said he didn't see anything that stood out to him, and

18   thought the electrical boxes were closed tight enough where, even if there was a

19   problem inside, it wouldn't have been hot enough to ignite the wooden post.  RHODES

20   also inspected private pole 1 and the associated electrical conductor.  RHODES

21   observed what he thought was evidence of arcing on a conductor near the top of the

22   pole on a section of conductor continuing downhill to Bennett Lane.  Utilizing both

23   binoculars and a camera, we agreed there appeared to be a small piece of shiny

24   material on a section of conductor from the pole that continued downhill towards

25   Bennett Lane.  I took photographs in an attempt to observe the material from the ground

26   (see attachment D, MARTINEZ photographs: P-JM-26 thru P-JM-35).

27

28   After inspecting private pole 1, we followed the conductor extending downhill to a

29   switchbox on a large oak tree next to Bennett Lane and near a roadside PG&E pole

30   (PG&E pole 1).  I observed the switchbox on the oak tree to be in the "off" position.

31   RHODES inspected the box and confirmed it was in the off position (see attachment D,

LE80 (Rev. 7/2011)                         37                         Officer Initials _JM_

1  MARTINEZ photograph: P-JM-cellular-05).  The inside of the box was severely

2  damaged from fire.  RHODES left the scene at approximately 6:15 P.M. RHODES

3  became unavailable and did not return to the scene or prepare a report.

4

5  **Wednesday, October 11, 2017**

6

7  On Wednesday, October 11, 2017, I returned to the 1128 Bennett Lane at

8  approximately 8:00 A.M.  Prior to my arriving at scene, FRITS drove to Wheeler Farms

9  at 1240 Bennett Lane and spoke with Luis VARGAS.  The following is a summary of the

10  conversation:

11

12  VARGAS lives on the Wheeler Farms property at ███ Bennett Lane.  On the evening

13  of October 8, 2017 at an unknown time, VARGAS went outside his house and noticed

14  fire to the south of Bennett Lane.  The fire had not yet burned onto the Wheeler Farm.

15  The wind was erratic and very gusty.  VARGAS said the fire burned to the north on the

16  east side of the property and then wrapped around the property to the west.

17

18  After meeting with VARGAS, FRITS returned to 1128 Bennett Lane and telephoned M.

19  HICKMAN who told FRITS the following in summary (see attachment G, FRITS):

20

21  On the evening of October 8, 2017, M. HICKMAN was at her residence at ███

22  ███ when her daughter told her she saw a bright light and then an orange glow through

23  the window.  M. HICKMAN looked out her bathroom window and she could see the fire

24  through the trees to the north of her residence.

25

26  At approximately 1:30 P.M., FRITS was released from the Tubbs Fire due to a

27  previously planned commitment.  I was assigned the role of lead investigator for the

28  Tubbs Fire.

29

30  CAL FIRE Battalion Chief Mike THOMPSON (M. THOMPSON) arrived at scene and

31  assisted me with continuing the origin and cause investigation.  I briefed M.

LE80 (Rev. 7/2011)                    38                    Officer Initials _JM_

1  THOMPSON on the progress to date.  We walked downhill in a serpentine pattern
2  between the pump station and Bennett Lane, observing fire pattern indicators.  M.
3  THOMPSON inspected the switchbox on the oak tree and determined it was no longer
4  in service, and may have been related to an older system.  After walking the powerlines
5  on the property, we determined the power supply for the newer pump station came
6  directly from the residence.  The pump switch adjacent to the water tanks was in the
7  "on" position.  Mike ANDREWS, the maintenance person for the property, later
8  confirmed the pump was always turned "on" and was operational.
9
10  At approximately 2:40 P.M. I took photographs of private pole 1 and the surrounding
11  area (see attachment D, MARTINEZ photographs: P-JM-36 thru P-JM-46).
12
13  We then continued identifying fire pattern indicators such as staining (see attachment D,
14  MARTINEZ photographs: P-JM-68 and P-JM-69) and protection (see attachment D,
15  MARTINEZ photographs: P-JM-70) within the flagged water tank/pump station area,
16  immediately north of the electrical boxes.  We continued identifying fire pattern
17  indicators working our way from the edge of the flagged area in towards private pole 1
18  and the electrical boxes.  Backing indicators such as cupping were observed adjacent to
19  the cement water tank (see attachment D, MARTINEZ photograph: P-JM-73).
20  Advancing indicators such as staining was observed south of the electrical boxes (see
21  attachment D, MARTINEZ photographs: P-JM-74 and P-JM-75). We noted the top of
22  private pole 1 had more fire damage than the lower portion (see attachment D,
23  MARTINEZ photographs: P-JM-35 thru P-JM-40).  The high level of damage to private
24  pole 1 appeared out of place considering the low intensity burn to ground fuels in the
25  immediate area.
26
27  Fire pattern indicators were limited in the area, due to the approximate one-half acre
28  cleared area northwest of the pump station (see attachment D, MARTINEZ
29  photographs: P-JM-MF-43 thru P-JM-MF 44).  Lack of fire pattern indicators in the
30  immediate area made it difficult to determine with complete certainty whether this was
31  the GOA.  However, considering RHODES opinion of having observed possible arcing

LE80 (Rev. 7/2011)                    39                    Officer Initials JM

1    on conductor associated with private pole 1, I had to include this area as a potential

2    GOA.  Based on this, we discussed the need to have a second electrical engineer re-

3    examine both the electrical boxes and the conductor associated with private pole 1.  I

4    requested through CAL FIRE Assistant Chief Shawn ZIMMERMAKER, a truck with a

5    boom so I could closely observe the conductor on private pole 1.  I was advised a boom

6    truck would be available the next day.

7

8                      **Thursday, October 12, 2017**

9

10   On Thursday, October 12, 2017, I returned to 1128 Bennett Lane at approximately 8:00

11   A.M. and continued working in the flagged area at the pump station.  I photographed the

12   areas immediately surrounding the electrical boxes and private pole 1 (see attachment

13   D, MARTINEZ photographs P- JM-47 thru P-JM-79).  CAL FIRE Fire Captain Scott

14   LOHSE arrived at the incident at 9:15 A.M. to assist with the investigation.  He was

15   briefed on the investigation and then walked the property to become familiar with it and

16   to make independent observations.

17

18   At approximately 10:30 A.M. a Britton Tree Services, Inc truck with boom and crew

19   arrived on scene.  Their truck was equipped with a bucket extension allowing me to

20   observe private pole 1.  When they arrived on scene I briefed them on their assignment.

21   I assigned them to assist in the removal of the tree which had fallen on the electrical

22   boxes in the pump station area.

23

24   Using the tree service boom and bucket, I was lifted to private pole 1 and was able to

25   examine and photograph from a closer vantage point, (see attachment D, MARTINEZ

26   photographs P-JM-80 thru P-JM-88).  I did not observe any obvious evidence of arcing

27   on any of the wiring associated with the pole.  The "shiny" material identified earlier by

28   RHODES as possible evidence of arcing, appeared to be melted and discolored yellow

29   jacketed conductor, having the appearance of being shiny.  It would later be collected

30   as evidence (evidence items E-35, E-36, and E-37).

31

Case: 19-30088   Doc# 2864-2   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 41 of 43

1  At approximately 1:00 P.M. I photographed and took waypoints of colored fire pattern

2  indicator pin flags placed by myself and FRITS (see attachment D, MARTINEZ

3  photographs P-JM-91 thru P-JM-114, referenced earlier in report).

4

5  At approximately 5:00 P.M., I carefully searched the area immediately below the

6  electrical box and post.  As I searched the approximate 2-foot area surrounding the 4-

7  inch by 4-inch post using a magnet, I located a small piece of golden colored metal.  It

8  did not appear to be melted.  The metal piece, or wire fragment was found

9  approximately 8 inches from the post, to the north.  I photographed and collected the

10  item as evidence (Evidence item "A").  Later, to be consistent with our overall evidence

11  collection standards, it was renamed Evidence Item 38 (see attachment D, MARTINEZ

12  photographs P-JM-116 and P-JM-117).

13

14                          **Friday, October 13, 2017**

15

16  On Friday October 13, 2017, I returned to 1128 Bennett Lane at approximately 7:45

17  A.M. and met with LOHSE.  I tasked LOHSE with contacting and interviewing potential

18  witnesses to the incident.  At approximately 9:15 A.M. I met with the CAL FIRE Light

19  Detection and Ranging (LIDAR) team Survey Party Chief David KAROLY. I briefed

20  KAROLY and his team on their assignment.  I asked them to document our current

21  scene, to include the flagged area, the associated PG&E and private utility poles and

22  the southern aspect of the residence on the property.  I asked them to capture as much

23  of the north facing hill-side between the pump station and Bennett Lane, which would

24  include the electrical system from the residence to Bennett Lane.

25

26  At 10:06 A.M., LOHSE contacted YANT by phone.  YANT provided photographs via text

27  message of when she received a report of the fire (see attachment D, LOHSE

28  Photographs P-SL-332 thru P-SL-334).

29

30  At 10:23 A.M., LOHSE interviewed Susan SWENSON (S. SWENSON) via cellular

31  phone. S. SWENSON is the daughter of Anne ZINK, the owner of the 1128 Bennett

LE80 (Rev. 7/2011)                    41                    Officer Initials ___

1    Lane property. ZINK lives in Palm Springs and                                    S
2    SWENSON told LOHSE the following in summary (see attachment G, LOHSE):
3
4    S. SWENSON had not been on the property since September 3, 2017 and is unaware
5    of any problems associated with the property. ANDREWS is on the property at least
6    once per week to make sure everything is working properly and maintained. Duke
7    SWENSON (D. SWENSON) is the son of ZINK and also has access to the property. D.
8    SWENSON lives in Cupertino, CA and hasn't been to the property in one year.
9
10   At 12:49 P.M., LOHSE spoke with ANDREWS, who is the primary care taker for the
11   1128 Bennett Lane property and has been for 27 years. Some of his duties include
12   maintaining defensible space and the buildings on the property. He usually checks the
13   property once per week. ANDREWS entered the property the day after the fire, on
14   October 9, 2017 and took photographs using his cellular phone which he later provided
15   to LOHSE (see attachment D, LOHSE photographs: P-SL-319 thru P-SL-331).
16   ANDREWS noticed the 4-inch x 4-inch post associated with the pump electrical box, still
17   in a standing position when he was there on October 9. ANDREWS noted there were a
18   number of trees which had fallen after the fire had passed (see attachment G, LOHSE).
19   This was consistent with observations made at scene by investigators noting numerous
20   fallen trees with no burn damage to the tree surface in contact with the ground
21
22   While the LIDAR team did their work, LOHSE and I drove to the Lucinda YANT
23   residence at                        . LOHSE had received digital photograph's taken by YANT
24   on October 8, 2017, taken at 9:51 P.M. (see attachment D, LOHSE photographs: P-SL-
25   332 through 334), showing the fire advancing from the northeast towards her residence.
26   LOHSE and I compared the photograph's taken at night with daytime conditions and
27   confirmed the photograph was taken from her porch and fire appeared to be advancing
28   from the northeast towards her residence (see attachment D, Witness photographs:
29   Photo Comparison 2 and 3). We observed fire pattern indicators such as needle freeze
30   and angle of char showing fire advancing from the slope below the 1128 Bennett Lane
31   property towards the YANT residence (see attachment D, MARTINEZ photographs: P-

LE80 (Rev. 7/2011)                                42                        Officer Initials ᴍ