1    JM-122 JM thru P-JM-127).

2

3    ZIMMERMAKER arrived at scene at approximately 1:00 P.M. to check on our needs

4    and the progress of the investigation. I requested an electrical engineer to re-examine

5    the pump station and private pole 1 as a potential ignition source.

6

7    ZIMMERMAKER advised me about Napa Police Department Officer Amy HUNTER,

8    who may have had information on a suspicious person reported to be in the area the

9    day of the fire. I would contact her the following day. LIDAR completed their scanning

10   at approximately 6:00 P.M. and we all left the scene.

11

12   At 10:30 P.M. LOHSE interviewed CAL FIRE Battalion Chief Gino DEGRAFFERIED via

13   cellular phone. DEGRAFFERIED was the CAL FIRE Battalion Chief on scene of the

14   Tubbs Fire. He estimated he arrived at Bennett Lane and Hwy 128 approximately 20

15   minutes after the initial dispatch (approximately 10:00 P.M.). DEGRAFFERIED

16   estimated the winds to be approximately 40 miles per hour with gusts at approximately

17   50 miles per hour. He estimated the fire was approximately 100-feet wide upon his

18   arrival and was backing to the north. He was positive it started east of Hwy 128

19   because it could not have backed against the wind to the west and across Hwy 128. He

20   provided a google image with a drawing showing his estimation of the fire size when he

21   arrived (see attachment D, LOHSE photographs: P-SL-343).

22

23                              **Saturday, October 14, 2017**

24

25   On Saturday, October 14, 2017, I returned to 1128 Bennett Lane at approximately 7:45

26   A.M. I was advised by ZIMMERMAKER that electrical engineer Jim NOLT and a truck

27   with a boom would be arriving at 1128 Bennett Lane later in the morning to re-examine

28   the electrical boxes near the pump station and the conductor associated with private

29   pole 1.

30

31   LOHSE met with Calistoga Fire Department Fire Captain Jason TAMAGNI at 10:00

LE80 (Rev. 7/2011)                          43                    Officer Initials

1    A.M.  TAMAGNI told LOHSE the following in summary (see attachment G, LOHSE):

2

3    TAMAGNI and Engineer Jaime OROZCO were the first fire agency personnel to arrive

4    on scene on Engine 419, after the arrival of Calistoga Police Department Officer

5    HOSKINS.  HOSKINS arrived at approximately 9:48 P.M.  HOSKINS told TAMAGNI the

6    fire was approximately 3 acres in size with a rapid rate of spread.  From Hwy 128 and

7    Bennett Lane, the fire did not appear to be on the east side of Bennett Lane.  The fire

8    was moving rapidly to the southwest.  LOHSE explained to TAMAGNI what

9    DEGRAFFERIED had told him about the fire being 100-feet wide.  TAMAGNI

10   commented on DEGRAFFERIED's statement, stating the fire was further up the hill at

11   Hwy 128 and Bennett Lane and appeared to be coming down and sideways along the

12   hill from the northeast to the southwest.  The structure at 1110 Bennett was surrounded

13   by fire when he arrived.  The northeast side of the fire had not yet reached the driveway

14   to 1128 Bennett Lane.  The northeast side of the fire was burning slowly against the

15   wind, perpendicular to Bennett Lane.

16

17   A boom truck arrived at approximately 10:30 A.M. and was put on standby.  NOLT

18   arrived at approximately 11:30 A.M.  I briefed NOLT on the investigation and

19   accompanied him while he inspected the site.  NOLT conducted an assessment of the

20   electrical system on the property, including the residence and all utility poles on the

21   property. NOLT's initial impression of the residential structure and associated electrical

22   components was there was little he could comment on due to the high degree of

23   damage from the fire.  NOLT noted the presence of melted aluminum and copper

24   suggesting temperatures in excess of 1900 degrees Fahrenheit. NOLT did not observe

25   any obvious problems with any of the public utility lines which were not consumed by

26   the fire.  There were signs of melted conductor observed near the backside of the

27   primary residence, however, there was no evidence of arcing observed.

28

29   NOLT inspected the electrical boxes at pump station and private pole 1.  NOLT

30   inspected both the interior and exterior of the electrical box and did not observe any

31   evidence of electrical failure.  Upon seeing the interior of the electrical box, he stated it

LE80 (Rev. 7/2011)                              44                    Officer Initials _JM_

1   was "baked", explaining the interior damage to the box appeared to be the result of
2   external heat from the vegetation fire.  Additionally, he did not observe signs of arcing
3   on the conductors associated with private pole 1.  NOLT left the scene at approximately
4   1:00 P.M.  In a report provided by NOLT, he describes the electrical hardware in this
5   area, including the electrical boxes and associated conductor, as showing secondary
6   damage from fire and/or heat, but not from electrical activity such as arcing (see
7   attachment Q).

8

9   After speaking with NOLT, and determining there was no evidence supporting an
10  electrical ignition source at the pump station or private pole 1, I continued with
11  expanding the scope of the investigation to include the entire property.  Additional
12  investigators were requested to assist with the origin and cause investigation.
13  ZIMMERMAKER advised additional investigators would respond to assist as they
14  became available.

15

16  At 2:10 P.M., I spoke with HUNTER with the Napa Police Department.  She had
17  information about an individual named Tyler FUNES, who was picked up hitchhiking the
18  day of the fire.  He was picked up near Silverado Trail and Middletown Road around
19  7:00 P.M.  According to HUNTER, he is known to start campfires.  He told the persons
20  who picked him up he had been hiking at Mt. Saint Helena State Park during the day.
21  The location and time FUNES was picked up is inconsistent with the start time of the
22  fire.  There were no indicators of a camp fire in the GOA, therefore FUNES was
23  eliminated as a person of interest in the TUBBS Fire.

24

25  At 5:45 P.M., I contacted Dale HOSKINS with the Calistoga Police Department, who
26  was the initial first responder to arrive at the scene of the fire.  HOSKINS told me the
27  following in summary:

28

29  HOSKINS was dispatched to a report of a fire on Lerner Drive in Calistoga, and arrived
30  at Lerner Drive to find the fire extinguished.  Already in the area, he heard the dispatch
31  for a report of a fire on Hwy 128 cross of Tubbs Lane.  Lerner Drive is approximately 2.5

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 3 of 43

1    miles from 1128 Bennett Lane.  HOSKINS responded to the area and could see a large

2    glow.  He updated the location of the fire to Hwy 128 and Bennett Lane, arriving there at

3    9:48 P.M.  Upon arrival, HOSKINS immediately took a photograph using his cellular

4    phone from Hwy 128 and Bennett Lane looking towards the hillside below the 1110

5    Bennett Lane residence (see attachment D, HOSKINS photograph, and photograph: P-

6    JM-cellular-04 and, Comparison Photo 1).  The image shows fire on both sides of Hwy

7    128 as well as fire appearing to be backing in a line towards the northeast below the

8    1110 Bennett Lane residence.  The fire had not crossed to the south side of Bennett

9    Lane, nor had it backed to the driveway to 1128 Bennett Lane.  HOSKINS stated he

10   would provide a Calistoga Police Department report of his actions the night of October

11   8, 2017 (see attachment I).

12

13                         **Sunday, October 15, 2017**

14

15   On Sunday, October 15, 2017, I returned to 1128 Bennett Lane at 7:30 A.M.  CAL FIRE

16   Battalion Chief Vince BERGLAND, CAL FIRE Fire Captain Matt FRANKLIN and M.

17   THOMPSON arrived at 1128 Bennett Lane at approximately 8:00 A.M. to assist with the

18   investigation.  BERGLAND and FRANKLIN were briefed on the investigation and then

19   together we walked the property to familiarize them with area.

20

21   At approximately 9:00 A.M., I spoke with Roger LUTZ (R. LUTZ) who works for Deer

22   Park Volunteer Fire Department via cellular phone.  On October 18, 2017, I met with R.

23   LUTZ at Bennett Lane and Hwy 128.  R. LUTZ told me the following in summary (see

24   attachment G, MARTINEZ):

25

26   R. LUTZ was assigned to E221 on the night of October 8, 2017.  R. LUTZ estimated he

27   arrived at scene of the Tubbs Fire on October 8, 2017 between 10:00 and 10:05 P.M.

28   He was advised by the Incident Commander (IC), Greg BERTELLI, to perform structure

29   protection at Bennett Lane.  R. LUTZ drove from Hwy 128 northeast on Bennett Lane

30   towards 1200 Bennett Lane. The fire was backing south above Bennett Lane towards

31   1200 Bennett Lane, and was approximately halfway between 1128 and 1200 Bennett

LE80 (Rev. 7/2011)                    46                    Officer Initials ⟋Ⰼ

1   Lane properties.  R. LUTZ walked up the driveway of 1200 Bennett Lane and observed

2   a "straight line" of fire above and around the geographic "bowl" surrounding the

3   residence, which was unburned.  R. LUTZ described the fire as being above (south) the

4   structure and slowly backing towards it.

5

6   At 10:40 A.M., LOHSE and I drove to Healdsburg, CA to take a helicopter flight to

7   observe the scene from above.  We arrived at Healdsburg Municipal Airport and met

8   with pilot Ryan COREY, who flew us through the Tubbs Fire to the vicinity of Hwy 128

9   and Bennett Lane.  From the air, I observed what appeared to be a large "V" pattern

10  indicator in the vegetation downhill and south of the 1128 residence (see photographs

11  P-JM-cellular-13 thru 16).  LOHSE took photographs during the flight (see attachment

12  D, LOHSE photographs P-SL-051 thru P-SL-294).  We completed the flight at

13  approximately 1:00 P.M.

14

15  At approximately 12:00 P.M., while on Bennett Lane, BERGLAND contacted James

16  Harrison YANT (J. YANT) who lives at ▮▮▮▮▮▮▮▮  BERGLAND followed J. YANT to

17  his residence and spoke with him about the night of the fire.  The following is a

18  summary of the conversation (See attachment G, BERGLAND):

19

20  J. YANT was in Sacramento when the fire started.  His wife, Lucinda YANT (L. YANT),

21  was home alone on October 8, 2017.  Their son, James Carson YANT (JC. YANT) who

22  lives on Mt. St. Helena, heard on a scanner of a fire located at Tubbs Rd and Hwy 128.

23  JC. YANT sent a text to L. YANT, notifying her of the fire.  L. YANT got out of bed and

24  walked out the back porch, facing northeast, and noticed fire burning in a south

25  direction.  She took three photographs with her cellular phone  at approximately 9:51

26  P.M. (see photographs P-JM-cellular-01 thru P-JM-cellular-03), which she provided to

27  investigators.  When she returned into the house she saw through a large window, fire

28  on the other side of the gravel road to the southwest also burning in a south direction.

LE80 (Rev. 7/2011)                                47                        Officer Initials _____

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 5
of 43



Subject Property
Bennett Lane
Hwy 128
Location Marker

NORTH

1128 Bennett Lane

Arrows indicate general direction L. YANT was looking at approximately 9:51 P.M.

Bennett Lane

1
2   North of the YANT residence, BERGLAND observed a power pole and transformer with
3   damage.  He secured the area with barrier tape and stood by.  The pole was
4   immediately behind the residence of ████████  BERGLAND then accompanied M.
5   THOMPSON to meet with witness Cigi RICH who lives ████████, who had
6   taken photographs of the Tubbs Fire at approximately 9:46 P.M. from her deck (see
7   attachment D, RICH photographs P-CG-001 & 002).  The photographs ruled out the
8   power pole BERGLAND had observed at ████ Hwy 128, as an ignition source due to no
9   fire observed near the area of the power pole.
10
11                       **Monday, October 16, 2017**
12
13  On Monday, October 16, 2017, I returned to 1128 Bennett Lane at 8:00 A.M.  LOHSE,
14  FRANKLIN, and BERGLAND began observing and placing fire pattern indicator colored
15  pin flags on the slopes below the 1128 residence and facilities.  I walked between the

LE80 (Rev. 7/2011)                    48                    Officer Initials 

1    Investigators and assisted.  M. THOMPSON arrived a short time later and assisted the

2    investigation team.  Colored pin flags were placed at the observed fire pattern

3    indicators, including red for advancing fire, blue for backing and yellow for lateral

4    spread.

5

6    I walked between the 1128 Bennett Lane driveway and the hillside, in a serpentine

7    pattern above the 1110 Bennett Lane residence between LOHSE and BERGLAND.

8    While walking the area I observed fire pattern indicators such as angle of char, wind

9    driven foliage freeze (see attachment D, ROATH, photographs: IMG-0099 thru IMG-

10   0101), staining (see attachment D, ROATH, photographs: IMG-0053 thru IMG-0060)

11   and white ash deposits.  These macro scale indicators showed fire progressing

12   southwest and downhill towards YANT and THOMPSON properties.  Observations

13   made on October 13, 2017 showed an advancing fire vector progressing southwest

14   from the developed area of 1128 Bennett Lane.  Fire pattern indicators including needle

15   freeze and angle of char were observed (see attachment D, MARTINEZ photographs:

16   P-JM-122 JM thru P-JM-127).  Based on fire pattern indicators, it shows the that once

17   the fire advanced to the top of the bowl above the YANT residence, it backed northerly

18   towards the PERLISS and OKELLY residence, and spread laterally northwesterly

19   towards the JACKSON property and Hwy 128.

20

21   I walked in a serpentine pattern between the THOMPSON property east to the 1128

22   Bennett Lane property on the lower slopes above Bennett Lane.  I observed fire

23   patterns indicators such as cupping (see attachment D, ROATH, photograph: IMG-0061

24   thru IMG-0063) and staining on rocks (see attachment D, ROATH, photographs: IMG-

25   0064 thru IMG-0069), curling and angle of char (see attachment D, ROATH,

26   photographs: IMG-0046 thru IMG-0048), indicating the fire progressed laterally to the

27   southeast until it came into alignment with the wind where the fire began backing

28   towards the northeast into the wind.  A photograph taken by HOSKINS at Hwy 128 and

29   Bennett Lane, illustrates this fire progression, showing the fire transition from a lateral

30   vector to a backing (see attachment D, LOHSE, photograph: P-SL-295) Backing

31   indicators continue to be observed on the west slopes above Bennett Lane, consistent

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 7 of 43

1    with observations made by myself and FRITS on October 9 and 10, 2017.

2

3    I returned to the top of the hill at 1128 Bennett Lane, then walked in a serpentine

4    pattern, the area between the developed structures at 1128 Bennett Lane, and the

5    PERLISS and OKELLY properties.  As noted earlier, when the fire reached the top of

6    the bowl above the YANT residence, it backed northerly towards the PERLISS and

7    OKELLY residence at ███████████.  Fire pattern indicators such as staining,

8    cupping and ash deposits on the leeward side were observed on the hillside leading

9    towards the PERLISS and OKELLY residences (see attachment D, MARTINEZ

10   photographs: P-JM-MF-55 and JM-MF-56 and ROATH photographs: IMG-0082 thru

11   IMG-0084).  I believe once the fire reached the northeast side of ███ Bennett Lane, it

12   came into alignment with the wind, and spread to the southwest, making some

13   advancing runs on the hillside southwest of 1177 Bennett Lane (see attachment D,

14   LOHSE photograph: P-SL-21 thru P-SL-24).  Fire pattern indicators such as staining

15   (see attachment D, ROATH, photographs: IMG-0091 and IMG-0092) and cupping were

16   observed immediately to the north of the residence.  There were both lateral and

17   backing fire vectors in alignment with the residence.  I believe this indicates the fire

18   backed behind (north) the 1128 Bennett Lane residence and towards the pool house

19   structure, where a backing vector continued downhill towards the 1200 Bennett Lane

20   residence as described above.  I walked counter clockwise, from the slopes below the

21   pool house area on the developed area until I came back to the northside of the

22   residence.  As I walked I examined the investigation team findings, and determined the

23   GOA was likely to include the primary residence at 1128 Bennett Lane and the area

24   adjacent to it.

25

26   At approximately 2:00 P.M., ANDREWS was asked to come to the 1128 Bennett Lane

27   property and was interviewed again by LOHSE.  ANDREWS walked with myself and

28   LOHSE through the property and based on his descriptions, LOHSE prepared sketches

29   of the structures on the property (see attachment E).  The following is a summary of the

30   interview (see attachment G, LOHSE):

31

LE80 (Rev. 7/2011)                          50                    Officer Initials _M_

1  During the interview, ANDREWS was asked about a large hole near the northeast
2  corner of the primary residence.  ANDREWS stated it was the location of a telephone
3  pole, present before the fire (referred to as private pole 3 in this report).  When asked
4  about its condition, ANDREWS stated it was "just about to be replaced because it had
5  been wood-peckered so damn bad, but it was here and it was holding". The pole was
6  supposed to be replaced in the spring.  ANDREWS did not know when the pole was
7  installed, and said it was there when the property was purchased in 1973.  When asked
8  why it was being replaced he said, "well, because we were afraid of it falling over".
9  ANDREWS stated everything on the property was electrically powered, and there was
10  no gas on the property.  Every electrical box on the house was in use and the power
11  was always on.  Trees on the property were pruned approximately two and a half year
12  ago.  When asked if there were any problems with trees knocking down electrical lines,
13  ANDREWS said they've never taken out lines but did make them sag.
14
15  I obtained a digital record showing CAL FIRE performed a defensible space inspection
16  approximately on July 25, 2015, which identified (2) violations including; A. Remove all
17  branches within 10 feet of any stovepipe or chimney outlet, and H., Live flammable
18  ground cover less than 18 inches in height may remain, but overhanging and adjacent
19  trees must be pruned to a height of 6 to 15 feet.  A planned re-inspection date of
20  September 10, 2015 was identified in the digital record, however it is unclear if it
21  occurred and if so, the results were not included (see attachment K).  I requested
22  additional defensible space inspection records from LNU CAL FIRE Battalion Chief Joe
23  BALDWIN and CAL FIRE Deputy Chief Steven HAWKS.  No additional records were
24  found.
25
26  ANDREWS provided a series of photographs of the property from 2013, 2016 and the
27  morning of October 9, 2017 prior to arrival of FRITS (see attachment D, LOHSE
28  photographs P-SL-307 thru P-SL-331).
29
30  FRANKLIN interviewed Nicholaus LUTZ (N. LUTZ), with Deer Park Volunteer Fire
31  Department. The following is a summary of the interview (see attachment G,

LE80 (Rev. 7/2011)                            51                         Officer Initials 𝓜

1   FRANKLIN):

2

3   N. LUTZ responded to the Tubbs Fire on Engine 21 at approximately 11:15 P.M.,

4   arriving at Bennett Lane and Hwy 128 at approximately 11:30 P.M.  The fire was

5   backing to the north along Bennett Lane.  The fire had not yet reached 1200 Bennett

6   Lane.  At 12:00 A.M. fire was surrounding the house at 1200 Bennett Lane and began

7   "sweeping" to the north toward the driveway.

8

9                          **Tuesday, October 17, 2017**

10

11  On Tuesday October 17, 2017 at approximately 8:00 A.M. I arrived 1128 Bennett Lane

12  with LOHSE, FRANKLIN, ROATH and BERGLAND.  Investigators continued making

13  burn pattern indicator observations and placing colored pin flags.  I walked clockwise

14  and counter clockwise around the residence to confirm fire pattern indicators.  I

15  examined the advancing fire vector southeast of the residence and observed fire pattern

16  indicators including angle of char and staining.  These observations indicated an initial

17  advancing run in line with the primary residence at 1128 Bennett Lane (see attachment

18  D, ROATH, photographs: IMG_0070 thru IMG_0081).  I continued walking clockwise

19  around the residence. I confirmed the advancing vector transition to a lateral vector on

20  the west side of the residence.  As I continued towards the north and east side of the

21  residence, I observed fire pattern indicators such as cupping, staining and angle of char

22  (see attachment D, ROATH, photographs: IMG-0105 thru IMG-0107).  These fire

23  patterns indicate fire backing to the northwest, towards 1200 Bennett Lane.  In the

24  context of fire behavior, transitions lines, and witness statements, I determined the GOA

25  to include the general area of the primary structure at 1128 Bennett Lane and the

26  immediate area surrounding it, including the area to the northeast, between PG&E pole

27  3 and the residence (see attachment E, Fire Vector Map). The GOA was approximately

28  200-feet east to west by 100-feet north to south (see attachment E, General Origin Area

29  & Specific Origin Area Map).

30

31  The GOA is described as a mostly grassy, with some associated brush, sloping slightly

LE80 (Rev. 7/2011)                          52                          Officer Initials _____

1   uphill as it approaches the southern corner of the residence. Within the GOA, I
2   observed the remains of what appeared to be a PG&E service drop for the residence
3   coming from PG&E pole 3, and a section of what appeared to be privately owned
4   conductor also associated with the residence. The privately-owned conductor extended
5   downhill to private pole 1 and westerly towards the pool area. The severed ends of
6   conductor were found on opposing sides of where private pole 3 was before consumed
7   by fire, as described by ANDREWS. Also observed were numerous puddles of melted
8   metal, including what appeared to include both aluminum and copper. This was later
9   confirmed by NOLT who commented the temperatures from the fire were high enough
10  to melt both aluminum and copper (see attachment Q, photograph: 14).

11

12  Working inward from the GOA, BERGLAND placed fire pattern indicator flags on the
13  north and east sides of the 1128 Bennett Lane residence (see attachment D,
14  MARTINEZ photographs: P-JM-149 thru P-JM-152). BERGLAND observed both micro
15  and macro fire pattern indicators including, but not limited to charring on small woody
16  materials, rock sooting and staining, and protection (see attachment D, MARTINEZ
17  photograph: P-JM-229). BERGLAND observed advancing fire southwest toward the
18  structure, lateral spread to the east and southeast as well as northwest. Backing fire
19  was observed to the northeast. As BERGLAND worked inward, he began observing
20  what appeared to be numerous small pieces of conductor scattered in an area
21  approximately 20-feet by 30-feet (see attachment D, MARTINEZ photographs: P-JM-
22  198 thru P-JM-200). This area was considered a possible Specific Origin Area (SOA)
23  because of the presence of downed conductor and fire pattern indicators showing fire
24  advancing towards the primary structure. Outside of identifying items of interest such
25  as the observed pieces of conductor, care was taken to avoid disturbing the possible
26  SOA so it could be gridded out at a later time. Items of interest were identified with
27  white and hi-vis green pin flags.

28

29  I observed a high degree of damage to both the PG&E and privately owned conductors,
30  specifically on sections which would have been suspended over and immediately
31  adjacent to the residence and private pole 3 (see attachment D, MARTINEZ

LE80 (Rev. 7/2011)                    53                    Officer Initials

1    photographs: P-JM-201, 202, 348, and 360, evidence items E-2 and E-32, and report
2    authored by BELLINO).  The condition of the conductor as found in the possible SOA
3    exhibited (2) extreme conditions including severely damaged by fire, and relatively
4    undamaged.  The section of conductor relatively undamaged by fire, but within the burn
5    area, seemed reasonable considering the light ground fuels (see attachment D,
6    MARTINEZ photograph: P-JM-195).  The heavily damaged conductor, lying within the
7    same fuel type seemed out of place because of the light ground fuels.  I considered the
8    possibility the insulation covered conductor was ignited while suspended, later melted
9    and fell to the area between the residence and PG&E pole 3 (see attachment D,
10   ROATH, photographs: IMG_124 thru IMG_128).  This would result in the light fuels
11   becoming ignited with the successive fire progression occurring as observed.  This
12   scenario provides taking into consideration the origin being associated with the structure
13   itself or immediately adjacent to it, causing the structure to become ignited causing
14   subsequent heat and fire damage to the conductor while it was still suspended.  I
15   identified the grassy area containing the damaged conductor and the structure as the
16   SOA (see attachment E, General Origin Area & Specific Origin Area Map).
17
18   Investigators and I searched through debris in the northeast corner of the burned
19   structure to find remnants of the weather head and conductor (see attachment D,
20   MARTINEZ photographs: P-JM-158 thru P-JM-172). The weather head and associated
21   conductor was found and later collected (see attachment D, MARTINEZ photographs:
22   P-JM-306 and 342, and attachment Q, photograph: 14).  Also, observed in the debris
23   was a section of wood with a rounded edge appearing to be the remnant of a power
24   pole.  This item was later collected as evidence (see attachment D, MARTINEZ
25   photographs: P-JM-307, evidence item E-11).
26
27   At approximately 9:30 A.M. LOHSE met with Anne MISSEN at her residence located at
28   ████████████████.  The following is a summary of their conversation (see attachment
29   G, LOHSE):
30
31   MISSEN was home the night of October 8, 2017.  Looking west of from her property,

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 12
of 43

1    she could see the hill side in front of ████████████ (home of RISI).  At

2    approximately 10:00 P.M. MISSEN observed a red glow. She then observed a fire

3    slowly progress from left (south) to right (north) throughout the night and the next day.

4    The fire was fighting against the wind to move towards her residence.

5

6    At 10:00 A.M., ROATH met with witness Mark OLACHEA, who lives at ████████

7    South, in Calistoga, CA.  On Sunday, October 8, 2017, OLACHEA was at home and

8    observed the glow of the fire at approximately 10:00 P.M., He exited his residence and

9    parked his vehicle at a dirt turnout on Bennett Lane near Tubbs Lane.  At approximately

10   1:00 A.M., OLOCHEA took photographs which he provided to ROATH.  ROATH

11   provided OLOCHEA a LE 78 witness statement which he completed (see attachment G,

12   ROATH, and attachment H).

13

14   At approximately 12:30 P.M., I took photographs of the GOA and SOA, and the exterior

15   and interior of the northeast corner of 1128 Bennett Lane property (see attachment D,

16   MARTINEZ photographs (P- JM-140 thru P-JM-172).

17

18   At 2:55 P.M. I was forwarded an email prepared by Fire Investigator Ken MILLER (see

19   attachment J, MILLER).  The email was originally provided to NOLT and described

20   dropped circuit breakers observed by MILLER on Bennett Lane the morning of the

21   October 10, 2017 (see attachment D, Witness MILLER photographs: DSC_0094 thru

22   DSC_0097).  Using the photographs, I was able to determine the pole and the circuit

23   breakers were no longer in the open position and appeared to have been reset (see

24   attachment D, MARTINEZ photograph: P-JM-359).  This pole is identified in this

25   investigation as PG&E pole 2, and referenced as the pole with "fuse 773".

26

27   At approximately 4:00 P.M., LOHSE met with Calistoga Fire Department Engineer Rob

28   EBLING. The following is a summary of their conversation (see attachment G, LOHSE).

29

30   EBLING was on duty and assigned on Engine 19 the night of October 8, 2017.  EBLING

31   responded to the initial dispatch arriving just behind Engine 419. EBLING drove down

LE80 (Rev. 7/2011)                    55                    Officer Initials _JM_

1   Bennett Lane to protect structures. The fire was just northeast of the address to 1128
2   Bennett Lane. The fire was backing into the wind to the northeast. EBLING estimated
3   the furthest east the fire had moved was between the first and second power pole east
4   of the driveway to 1128 Bennett Lane (the first and second power poles east of the
5   driveway to 1128 Bennett Lane are PG&E poles 1 and 2). The fire was at an angle
6   indicating the fire was further northeast up the hill than it was along Bennett Lane. He
7   did not see any fire northeast of the area he had stopped.
8
9                          **Wednesday, October 18, 2017**
10
11  On Wednesday, October 18, 2017 at approximately 8:00 A.M., I arrived at 1128 Bennett
12  Lane with LOHSE, FRANKLIN, ROATH, and BERGLAND. ROATH and I were
13  checking the surrounding area looking for additional witnesses. At approximately 8:15
14  A.M. I entered the Bennett Lane Winery, located at 3340 Hwy 128. While on the
15  property, I observed a security camera facing generally towards Bennett Lane. ROATH
16  contacted workers at the facility and was told he should contact Stephanie LONGTON,
17  who was currently off site. ROATH returned to the winery at approximately 9:00 A.M.
18  and contacted LONGTON who had access to the video footage. ROATH asked to
19  review video footage from the camera between 9:30 P.M. and 10:00 P.M. ROATH
20  observed fire in the upper right hand corner of the video footage at approximately 9:36
21  P.M. ROATH obtained a copy of the video footage which was collected as evidence.
22
23  At 8:27 A.M., LOHSE interviewed Shawn and Linda THOMPSON (S. THOMPSON and
24  L. THOMPSON) via cellular phone. The following is a summary of the interview (see
25  attachment G, LOHSE):
26
27  S. THOMPSON lives at ▮▮▮▮▮▮ in Calistoga, CA. S. THOMPSON and L.
28  THOMPSON were having dinner with Jan RISI (J. RISI) and R. RISI at ▮▮▮▮▮▮
29  Lane the night of October 8, 2017. They both left and drove home, south on Bennett
30  Lane at approximately 9:00 P.M. S. THOMPSON was awoken sometime after 9:00 P.M.
31  by his wife, telling him the smoke detectors were going off. As he got out of bed, he

LE80 (Rev. 7/2011)                    56                    Officer Initials _JM_

1    saw flames in the backyard coming down the hill at them.  He thought fire was close

2    enough to spray it with a garden hose.  S. THOMPSON was looking uphill, the wind

3    blowing into his face, and there were embers flying in the wind.  The fire was just north

4    of his residence along a fence line containing metal posts and mesh fence.  According

5    to L. THOMPSON, the house never lost power while they were there.  S. THOMPSON

6    used the electric garage door opener to get their car.  L. THOMPSON called 911 at 9:52

7    P.M.  S. THOMPSON noticed fire coming down from where the 1128 Bennett Lane

8    residence was.  He did not see much fire east of his house, but the fire moved

9    backwards that way, and then much later burned the area east of the 1128 Bennett

10   Lane driveway.

11

12   At approximately 9:15 A.M. I drove into the driveway of ▉▉▉▉▉▉▉ and met with

13   resident Whitney RAMPP.  RAMPP told me the following in summary (see attachment

14   G, MARTINEZ):

15

16   On the evening of Sunday, October 8, 2017, RAMPP was at home.  Sometime before

17   10:00 P.M. she heard what she thought was a transformer blow.  Three to four minutes

18   later she heard a fire engine go by and stop somewhere up by Bennett Lane.  RAMPP

19   showed me where the fire was and pointed to the hill I knew to be associated with the

20   1128 Bennett Lane property.

21

22   At 11:43 A.M., LOHSE and I spoke face to face with R. RISI and J. RISI at their

23   residence at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.  The following is a summary of their

24   conversation (see attachment G, LOHSE):

25

26   The THOMPSON'S left their residence at approximately 8:45 P.M.  The power went out

27   a little after 9:00 P.M.  R. RISI went to bed a short time later and at an unknown time,

28   received a phone call from S. THOMPSON (the time stamp from the S. THOMPSON

29   phone was 9:45 P.M.).  S. THOMPSON told R. RISI there a was fire on the hillside and

30   to get out.  He stepped out of his door and saw a glow to the southwest.  There was no

31   fire directly in front of him facing west or to the north and northeast of his location.  The

LE80 (Rev. 7/2011)                          57                    Officer Initials _JM_

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 15
of 43

1   glow looked like it was coming from the THOMPSON'S property and somewhere in

2   between the THOMPSON'S and his neighboring property to the south or southwest. R.

3   RISI returned to his property at 12:00 A.M. and observed fire starting to go up the

4   driveway of 1200 Bennett Lane. He estimated the winds at the property prior to the fire

5   to be approximately 70 to 80 miles per hour.

6

7   At 12:45 P.M., I spoke with Peggy OKELLY over the phone and she provided a timeline

8   of the evening of the fire. On October 19, 2017, she emailed me a timeline of the

9   events the night of the fire (see attachment J, OKELLY). The following is a summary of

10  the conversation with her timeline incorporated:

11

12  OKELLY was home at                              on the evening of October 8, 2017. At

13  approximately 9:28 P.M., the power went off. Sometime after 9:43 P.M. she looked out

14  her window and saw fire coming towards her house. She said it was backing down from

15  "above." I asked where "above" was and she said it was from where her power comes

16  from. I confirmed with her she was referring to the 1128 Bennett Lane Property. The

17  fire had not wrapped around the west or east side of her residence when she left at

18  approximately 10:15 P.M.

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 16 of 43



1

2

3    At 2:24 P.M., BERGLAND spoke with Theresa JACKSON who was staying at ███ Hwy

4    128, in Calistoga, CA.  JACKSON told BERGLAND the following in summary (see

5    attachment G, BERGLAND):

6

7    JACKSON explained the winds were really out of control, knocking over table umbrellas

8    and shaking the tiles on the roof.  The lights flickered approximately five to ten times

9    between 9:00 P.M. and 9:55 P.M.  At 9:55 P.M., she received a phone call from her

10    husband, notifying her there was a fire behind the hill of the house she was in.

11    JACKSON went outside, looked west and didn't see anything. Then, she walked to the

12    south side of the residence and saw the hill on fire above the pig farm at ███

13    (YANT residence).  JACKSON told BERGLAND, "the fire was spotty and there were

14    long lines of fire between the pig farm and the top of the hill."  There was fire on the pig

15    farm side (east side) of the access driveway but no fire on the uphill side (west side).

LE80 (Rev. 7/2011)          59          Officer Initials

1   JACKSON provided photos, taken at 10:06 P.M. from the easement road (see

2   attachment D, JACKSON, photographs: P-TJ-001 and P-TJ-002) that connects to

3   Bennett Lane. JACKSON did not lose power prior to leaving. She did not see fire in the

4   area of the PERLISS house located at ████████ while exiting.

5

6   At approximately 5:00 P.M. BERGLAND and ROATH returned to Bennett Lane Winery

7   and began to identify the video camera line of sight. BERGLAND and ROATH

8   estimated where the right extent of the video footage extended to on the ground. The

9   approximate right extent (northernmost) of the camera appeared to be in line with 1133

10   Bennett Lane.

11

12   **Thursday, October 19, 2017**

13

14   On Thursday, October 19, 2017, I returned to 1128 Bennett Lane at approximately

15   10:00 A.M. with LOHSE, BERGLAND, ROATH, and FRANKLIN. At approximately

16   10:30 A.M., BERGLAND and ROATH returned to Bennett Lane Winery and continued

17   with identifying line of sight for the fixed camera found on Bennett Lane Winery

18   Property. ROATH and BERGLAND used orange traffic cones to delineate where the

19   northern extent of the screen would be (see Attachment D, BERGLAND photographs:

20   P-VB-001 thru 003). After their assessment, they determined the camera angle did not

21   cover the 1128 Bennett Lane residence, but covered the lower hillside to the south.

22

23   At approximately 11:00 A.M., NOLT returned to 1128 Bennett Lane to continue his

24   assessment of the scene. He also utilized the availability of a boom truck to observe

25   the equipment on PG&E pole 3, private pole 1 and PG&E pole 2. NOLT advised me he

26   didn't identify any obvious problems with any equipment. NOLT commented it would

27   nearly be impossible to identify evidence of an electrical caused fire in the structure due

28   to the fire damage and evidence of high heat from the fire.

29

30   At approximately 12:00 P.M., I photographed the interior of the residence at 1128

31   Bennett Lane (see attachment D, MARTINEZ photographs P-JM-173 thru P-JM-190),

LE80 (Rev. 7/2011)       60       Officer Initials

1

2  ROATH photographed fire pattern indicator flags placed by investigation team members

3  (see attachment D, ROATH photographs 0037 thru 0112) on October 16 and 17, 2017.

4

5  I assisted LOHSE preparing a scene diagram (see attachment E).

6

7  At approximately 2:00 P.M., LOHSE met with M. HICKMAN and D. HICKMAN.  The

8  following is a summary of their conversation, including information gathered during

9  subsequent telephone conversations (see attachment G, LOHSE):

10

11  The HICKMANS were home the night of the fire.  A tree had fallen earlier in the

12  evening, blocking their driveway.  D. HICKMAN walked down to check if the road was

13  clear and texted M. HICKMAN the road was clear at 9:38 P.M.  After she received the

14  text, her daughter Victoria knocked on the kitchen door and told her, "Mom, there is a

15  big orange glow".  M. HICKMAN looked out a window which faces north, and said it

16  looked like the wall of trees were on fire.  She called 911 at 9:41 P.M.  Victoria later told

17  M. HICKMAN she was looking out the window and saw a flash of light, then saw an

18  orange glow, then went and told her mother.  M. HICKMAN said the lights dimmed prior

19  to her daughter notifying her.  D. HICKMAN said he heard a pop or explosion and was

20  aware of a light above him to the north.  He estimated the light occurred between 9:27

21  and 9:28 P.M.  He didn't look north to see what it was.  LOHSE obtained a series of

22  photographs taken by M. HICKMAN after she evacuated (see attachment D, LOHSE

23  photographs P-SL-296 thru P-SL-306).

24

25  At 3:05 P.M., BERGLAND contacted witness Cigi RICH, who lives at ▮▮▮▮▮▮▮

26  Lane.  The following is a summary of their conversation (see attachment G,

27  BERGLAND):

28

29  RICH was home on the evening of Sunday, October 8, 2017, along with fiancé Jordan

30  JEFFERIES (J. JEFFERIES) and his father Eric JEFFERIES (E. JEFFERIES).  The

31  power went out at approximately 9:00 P.M.  At approximately 9:45 P.M. RICH and J.

LE80 (Rev. 7/2011)                               61                        Officer Initials ⟋M

1   JEFFERIES went outside and observed the fire on the hill across the valley from them.

2   RICH took two photos from her cell phone while J. JEFFERIES called 911. The photos

3   were time stamped 9:46 P.M. and 9:49 P.M. (see attachment D, RICH photographs: P-

4   CR-001 and P-CR-002).  When they left the area on an easement road connecting to

5   Bennett Lane, RICH didn't observe any fire on the left or right side of them. BERGLAND

6   took a series of "day" photographs to compare to the RICH photographs (see

7   Attachment D, BERGLAND photographs: P-VB-004 thru P-VB-0017).

8

9   The 1128 Bennett Lane property is approximately .7 miles southeast of the RICH

10   property.  The first visible hills to the southeast of the RICH property include the area of

11   1128 Bennett Lane.

12



13

14

15   Approximately 4:30 P.M., LOHSE and I placed alphabetized placards at items of

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 20 of 43

1    interest the investigation team had identified.  Placards labeled "A" through "Y" were

2    placed next to items of interest and were then photographed (see attachment D,

3    MARTINEZ photographs: P- JM-195 thru P- JM-243).  The alphabetized placards would

4    later be replaced as we decided to use numerical identifiers for items collected as

5    evidence.

6

7    At approximately 5:50 P.M. BERGLAND contacted Charles DARRALL (C. DARRALL)

8    and Shannon DARRALL (S. DARRALL) at                      .  The following is a summary

9    of their conversation (see attachment G, BERGLAND):

10

11   The DARRALLS were home on Sunday, October 8, 2017.  At approximately 10:15 P.M.,

12   they saw a flash through their window and heard two loud booms.  Both agreed the

13   sound came from the Bennett Lane direction.  From an upstairs location of their house,

14   they could see a glow through the window.

15

16                              **Friday, October 20, 2017**

17

18   On October 20, 2017, I returned to 1128 Bennett Lane at approximately 10:00 A.M. with

19   LOHSE, BERGLAND, ROATH, AND FRANKLIN.

20

21   LOHSE and I placed evidence placards in the area of the 1128 Bennett Lane structure.

22   At approximately 12:00 P.M. I met with KAROLY and the CAL FIRE LIDAR team.  I

23   briefed KAROLY on what I wanted documented, then left the area so they could work

24   undisturbed.  It was estimated it would take the rest of the day and the following day to

25   complete the assignment of scanning the developed property at 1128 Bennett Lane.

26

27   At approximately 12:00 P.M., BERGLAND contacted Luis VARGAS at

28   Lane.  The following is a summary of the conversation (see attachment G,

29   BERGLAND):

30

31   VARGAS told BERGLAND power at his residence turned off a little before 9:00 P.M.  At

LE80 (Rev. 7/2011)                    63                    Officer Initials _JM_

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 21
of 43

1  approximately 10:05 P.M., he went outside and noticed a fire on the hill above the pig

2  farm (YANT residence). He departed his residence at approximately 12:00 A.M. and

3  saw the fire on the hill to his right while exiting on the road that ties into Bennett Lane.

4  He did not notice fire on his left side (north) while exiting. The hillside above the YANT

5  residence at ███████████ includes both the 1110 and 1128 Bennett Lane properties.



6

7

8  At approximately 1:00 P.M., BERGLAND contacted Larry ANDERSON at ███████████

9  Lane. The following is a summary of the conversation (see attachment G,

10 BERGLAND):

11

12 On the night of October 8, 2017 ANDERSON was at home at ███████████. At

13 approximately 10:05 P.M. E. JEFFERIES was at the door and told him there was fire on

14 the hill behind his house. He evacuated his house and drove the easement road to

15 Bennett Lane and turned right, driving past 1177 Bennett Lane. He stopped at a gravel

LE80 (Rev. 7/2011)                    64                    Officer Initials _M_

1  road with a metal gate and observed a fire ahead of him.  He describes the fire as, "a
2  line of fire from the road edge toward the top of the hill".  He returned home where he
3  took some photographs (see attachment D, ANDERSON photographs: P-LA-001 thru
4  P-LA-005).  Later, after he left his house, he took additional photographs and a video
5  (see attachment D, ANDERSON photographs: P-LA-006 thru P-LA-020).
6
7  At approximately 4:20 P.M., BERGLAND contacted Anthony PERLISS at ███████████
8  Lane.  The following is a summary of the conversation (see attachment G,
9  BERGLAND):
10
11  Between 9:00 P.M. and 10:00 P.M., on October 8, 2017, PERLISS was at home and
12  noticed the lights flicker 2 to 3 times.  At approximately 10:10 P.M. PERLISS went
13  outside and while in the driveway looking south, he observed a glow toward the pergola,
14  south of the main residence.  He walked to the south to inspect the glow.  Halfway to
15  the pergola, he noticed the fire.  He described the fire to be like lava, low to the ground,
16  with little to no flames.  He did not smell any smoke.  He went down to the pergola and
17  the fire had not gone past it towards the main house.  PERLISS said everything he
18  could see towards Hwy 128 appeared to have burned.  He texted his girlfriend at 10:37
19  P.M. and told her the situation.  He and his girlfriend exited through an easement road
20  towards Hwy 128 and there was fire on both sides of the easement road.
21
22  At approximately 4:45 P.M., I walked to 1200 Bennett Lane and photographed the
23  residence and associated property.  While inspecting the service drop from the 1128
24  Bennett Lane property to the 1200 Bennett Lane property, a conductor was observed
25  running through a tree uphill from the residence.  While on the property I observed and
26  photographed remnants of Romex and extension cords running uphill on a dirt trail from
27  the 1200 Bennett Lane residence to a wooden viewing platform, destroyed during the
28  fire (see attachment D, MARTINEZ photographs P-JM-279 thru P-JM-288).  It was later
29  determined after talking to OKELLY and BROWN JR., the viewing platform did not have
30  electrical power running to it for a number of years.  Additionally, I did not observe any
31  evidence of the romex or extension cord connecting to any power source on the

LE80 (Rev. 7/2011)                            65                        Officer Initials _M_

1  residence.  I excluded it as a possible ignition source.

2

3  **Saturday, October 21, 2017**

4

5  On Saturday, October 21, 2017, Investigators stayed off site to avoid disturbing the

6  LIDAR team.

7

8  At 11:20 A.M. LOHSE spoke with the owner of ▮▮▮▮▮▮▮▮▮▮, Charlie BROWN JR.

9  via cellular phone.  The following is a summary of their conversation (see attachment G,

10  LOHSE):

11

12  BROWN JR. was asked about Romex and electrical wiring leading from the southeast

13  corner of the main structure and going uphill to a small structure.  He stated a contractor

14  built a viewing platform and installed the wiring to be used for it. It has not been used for

15  years.

16

17  I was informed by KAROLY at approximately 7:00 P.M. the LIDAR team had completed

18  their assignment, and would not be on site the following day.

19

20  **Sunday, October 22, 2017**

21

22  On Sunday October 22, 2017, at approximately 8:30 A.M., I traveled to 69 Lerner Drive,

23  in Calistoga to follow up on a report of a wildland fire, described in a Calistoga Police

24  Department report provided to CAL FIRE (see attachment I).  HOSKINS responded to

25  ▮▮▮▮▮ Drive On October 8, 2017 prior to the Tubbs Fire dispatch, and upon arrival

26  found the fire already out. ▮▮▮▮▮ Drive is approximately 5 miles southeast of the

27  SOA.  I arrived at ▮▮▮▮ and met with Katie SERENI who told me the following:

28

29  While at home on Sunday, October 8, 2017, she observed what looked like fire on one

30  of the overhead power lines.  She then saw a branch on fire approximately 30 to 40-feet

31  away on the ground.  The branch self-extinguished and was put into the bucket of a

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 24
of 43

1    backhoe and left there. There was no additional fire in the area. She was unsure what

2    time the event occurred, but thought it was around 10:15 P.M. I photographed the

3    remains of a charred tree limb found on the ground and in the bucket, as well as the

4    span overhead. There was no visible damage to the overhead conductor. (see

5    attachment D, MARTINEZ photographs P-JM-289 thru P-JM-293).

6

7    After meeting with SERENI, I drove to 1128 Bennett Lane arriving at approximately

8    10:00 A.M., where I met with Robert TRUMBALL and Daniel DAVIS of PG&E. The

9    purpose of our meeting was to collect Smart Meters as evidence from properties

10   surrounding the 1128 Bennett Lane property. TRUMBALL and DAVIS assisted me with

11   the collection of Smart Meter's from 1200 Bennett Lane (evidence item 20), 1177

12   Bennett Lane (evidence item 21) and 1110 Bennett Lane (evidence item 22)

13   (photographs P-JM-294 thru P-JM-299).

14

15   I was advised by ZIMMERMAKER, that two additional CAL FIRE Investigators would be

16   performing a peer review of the origin and cause investigation. This was done to test

17   the determination made by the investigation team. Physical identifiers such as colored

18   flags and evidentiary placards would have to be removed as to not influence the

19   investigators in their review.

20

21   At approximately 1:00 P.M., LOHSE and I determined items to be collected as evidence

22   and placed numbered placards 1 through 12 next to the identified items. Items were

23   then photographed so they could be identified later when collected, following the second

24   opinion field review.

25

26                          **Monday, October 23, 2017**

27

28   On October 23, 2017, at approximately 10:00 A.M. I met with CAL FIRE Deputy Chief

29   Jeremy MONROE and Fire Captain Darren STEWART at 1128 Bennett Lane in

30   Calistoga. Prior to their arrival, myself and LOHSE, BERGLAND, and ROATH pulled all

31   fire pattern indicator pin flags and placards from the subject property. White pin flags

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 25
of 43

1    were maintained within the SOA to assist investigators to identify the location of

2    evidence.  Prior to MONROE and STEWART beginning their investigation, the

3    investigation team provided a briefing which included witness statements and

4    photographs.  The team also oriented MONROE and STEWART to the surrounding

5    properties.  No information was provided regarding evidence, any working hypothesis,

6    or any formulated opinions.  Once the briefing was complete, MONROE and STEWART

7    were left to begin their investigation.

8

9    At approximately 11:00 A.M., I met with representatives from the State of California

10   Public Utilities Commission (CPUC) including Deputy Director Lee PALMER, Deputy

11   Executive Director Maryam EBKA, Utilities Engineer Raymond CHO, and Utilities

12   Engineer Wilson TSAI. I briefed CPUC representatives on the electrical systems I had

13   identified on the property and informed them of what PG&E equipment I had collected

14   and what I intended to collect.  CPUC members inspected the area and took some

15   photographs of the electrical systems.  I confirmed with CPUC members the

16   responsibility of PG&E versus the landowner with regards to the service drop.  It was

17   my understanding through the course of the meeting that PG&E has responsibility from

18   the service drop to the weather head.  I was told Raymond CHO would be my contact

19   regarding this case.  CPUC staff left the scene at approximately 12:20 P.M.

20

21                          **Tuesday, October 24, 2017**

22

23   On TUESDAY, October 24, 2017 at approximately 12:30 P.M., STEWART and

24   MONROE arrived on scene and continued their peer review examination of the initial

25   GOA determination.  At approximately 6:45 P.M. they completed their examination of

26   the scene and returned to their hotel.  I was contacted by STEWART and MONROE by

27   telephone, and advised they had determined the area exterior and to the rear of the

28   residence to be the GOA.  Once they were satisfied with a GOA, they did not continue

29   further to determine an SOA, to avoid any disturbance to the scene.  They advised me

30   they would be preparing and submitting a supplemental report of their findings.

31

LE80 (Rev. 7/2011)                         68                    Officer Initials ⟋M⟍

1                     **Wednesday, October 25, 2017**

2

3   On Wednesday, October 25, 2017 I arrived on scene at approximately 8:30 A.M. and

4   briefed the team on collecting evidence.  LOHSE, ROATH, CAL FIRE Captain Brandon

5   BERTOLINO, and CAL FIRE Captain Kyle STEIS assisted.

6

7   At approximately 9:00 A.M. LOHSE and I began photographing and collecting items of

8   evidence beginning with evidence item 19 and working backwards until evidence item

9   E-2 was collected (see attachment D, MARTINEZ photographs P-JM-314 thru P-JM-

10  349).  A non-sequential order of collection was done to allow Investigator's to perform a

11  grid search within the SOA.

12

13  ROATH, BERTOLINO, and STEIS performed a grid search, photographed and

14  collected a series of wire fragments in the SOA adjacent to the house (Evidence Item E-

15  1 with categorized subsets based on the grid section (see attachment D and O)

16

17  At approximately 12:00 P.M., LOHSE and I continued collecting and photographing

18  evidence items 23 through 26 (see attachment D, MARTINEZ photographs: P-JM-350

19  thru P-JM-357). Evidence items E-20 through E-22 were collected on October 22,

20  2017).

21

22  At approximately 1:00 P.M., I met with CAL FIRE Forester II Charlie MARTIN at the

23  origin site.  MARTIN was requested to evaluate the general condition of the trees on the

24  property, specifically those adjacent to the 1128 Bennett Lane residence.

25

26  The CPUC and PG&E were expected to arrive on scene at approximately 1:00 P.M. to

27  observe and assist with the collection of evidence identified as PG&E property.

28  Representatives of the CPUC arrived on scene at approximately 1:00 P.M. and PG&E

29  arrived shortly after.  I met with PG&E representative Maria DELUCA and I advised her

30  what items I would be collecting.  I observed while PG&E staff removed the identified

31  property and turned it over to me (see attachment D, MARTINEZ photographs:  P-JM-

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 27 of 43

1  358 thru P-JM-361). In all, we collected in total (7) fuse assemblies from PG&E poles 1
2  thru 3, and (1) PG&E line drop from PG&E pole 3 to the 1128 Bennett Lane residence
3  (evidence items E-27 through E-34).
4
5  All evidence collection was completed at approximately 4:00 P.M. and was handed over
6  to STEIS, who took custody of, and transported it to the Sonoma Lake Napa Unit (LNU)
7  Headquarters at 2210 West College Ave in Santa Rosa, CA, where it was placed in the
8  evidence locker.
9
10  In January 2018, I received a report from MARTIN on his evaluation of trees
11  surrounding the burned structure at 1128 Bennett Lane, and the overall stand of trees
12  in, and around, the developed portion of the property. MARTIN provided photographs
13  with graphics as well as a diagram (see attachment M). The following is a summary of
14  his findings:
15
16  The primary species in and surrounding the developed property of 1128 Bennett Lane
17  include coast live oak, Douglas-fir, coast redwood, foothill pine, along with various shrub
18  species. MARTIN did not observe significant defects on the main trunks or branches of
19  trees surrounding the developed portion of the property. Trees near the structure
20  showed signs of pruning on the lower branches. Trees #1 and #2, which are located
21  immediately adjacent to the structure on the northeast side had signs of heart rot in the
22  main trunk and lateral branches, and showed signs of poor pruning cuts. Tree #1
23  showed hollow and burned out broken branches and burned out pruning wounds. Other
24  than heart rot in both trees, there were no signs of insect or pathogen pests that would
25  significantly impact individual trees on the property. Based on the number of cavities
26  observed on trees #1 and #2, MARTIN concluded there was a significant amount of
27  heart rot in the main scaffold branches and lateral branches. By decaying the central
28  wood of a trunk or branch, heart rot fungi can significantly weaken the structure of a
29  tree.
30
31  I did not observe any charred remains of branches observed within the SOA.

LE80 (Rev. 7/2011)          70          Officer Initials

1

2  On Thursday, January 25, 2018 at approximately 1:00 P.M., I received a supplemental

3  investigation report prepared by STEWART and MONROE. In summary, STEWART

4  and MONROE determined the area exterior to the rear of the residence to be the GOA.

5  They were unable to determine an SOA due to lack of micro scale indicators available

6  to examine (see attachment N).

7

8  On January 26, 2018 at approximately 3:00 P.M., I spoke with trial lawyer James

9  FRANTZ with Frantz Law Group, out of Santa Rosa, CA. FRANTZ told me he was in

10  possession of information regarding the location and cause of the Tubbs Fire and he

11  was willing to share the information with me. The information would be available the

12  following day in Santa Rosa. I arranged for BERTOLINO to meet with FRANTZ and

13  receive the information.

14

15  On Saturday, January 27, 2018 BERTOLINO, met with FRANTZ at the Hyatt Regency

16  Hotel in Santa Rosa and was provided a thumb drive containing a Power Point

17  presentation (see attachment J, FRANTZ). BERTOLINO mailed me the thumb drive

18  with the presentation. In summary, the material provided suggests the Tubbs Fire

19  originated near 1318 Bennett Lane, a location approximately 2200-feet northeast of the

20  SOA. The determination of the GOA and overall fire progression, including witness

21  statements, indicate this location was not consumed by fire until well after the fire was

22  reported and established. The 1318 Bennett Lane location was eliminated as a fire

23  origin.

24

25  On March 8, 2017, at approximately 10:50 A.M., I met NOLT in Santa Rosa at the CAL

26  FIRE LNU Headquarters to review physical evidence. We examined the conductor

27  associated with private pole 1. All sections of conductor had heat and fire damage

28  consistent with an external source such as a burning pole. This was evident by the

29  observation of damage to the underside of the conductor jacket and tape. Also, there

30  was no indication of arcing found on any of the conductor associated with private pole 1.

31

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 29 of 43

1   Following the review of the private electrical system, NOLT looked at the fuse

2   assemblies collected from PG&E. The fuses found in PG&E pole 2 (pole 773) were 25

3   Amp fuses. We examined the fuse assemblies from PG&E poles 1 and 3 and observed

4   no obvious signs of damage. During the review, NOLT was unable to open and identify

5   the fuse type in PG&E poles 1 and 3.

6

7   After NOLT finished his examination, I left Santa Rosa and drove to Anamet, INC in

8   Hayward, CA, where I met with Testing Manager M. Dilip BHANDARKAR and James

9   BELLINO. I transferred custody of the evidence items I determined to have tested

10  (evidence items E-1, E-2, E-5, E-25 and E-32) to BELLINO at 4:10 P.M (see attachment

11  F).

12

13  PG&E has provided numerous data files to ZIMMERMAKER, who transferred then to

14  me. Any data not referenced in this report has been retained on a storage device kept

15  in the evidence locker in LNU.

16

17  On June 27, 2018, at approximately 9:00 A.M. I met with NOLT and BERTOLINO at

18  PG&E Technology Center at 3400 Crow Canyon Road San Ramon, CA. BERTOLINO

19  brought Smart Meters from 1200, 1110, and 1177 Bennett Lane (evidence items E-20,

20  E-21, and E-22). At approximately 11:00 A.M. Smart Meter Data was extracted by Itron,

21  Inc technicians. The raw data was handed over to CAL FIRE on a thumb drive and

22  collected as evidence. The Evidence items were returned to BERTOLINO, who

23  transported them back to the LNU Evidence locker at 2210, West College Avenue,

24  Santa Rosa, CA (see attachment F).

25

26  On September 17, 2018, I was contacted by Regina Bagdasarian (BAGDASARIAN), a

27  Lawyer with the FRANTZ LAW GROUP. BAGDASARIAN informed me their

28  investigator, Michael Schulz, had compiled some definitive information on the origin of

29  the Tubbs Fire that he wanted to share it with me. I contacted BALDWIN who informed

30  me BERTOLINO would pick up the information from SCHULZ in Santa Rosa later in the

31  month (see attachment J, FRANTZ).

LE80 (Rev. 7/2011)              72            Officer Initials

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 30 of 43

1

2  On September 19, 2018, I received a draft report authored by BELLINO, on the

3  metallurgical evaluation of the five samples exposed to the fire at 1128 Bennett Lane.

4  The samples submitted for analysis included evidence items E-1, E-2, E-5, E-25, and E-

5  32. In summary, the report reached the following conclusion: (see attachment P):

6

7  "No evidence that the system was energized at the time conductors were severed was

8  observed in the samples submitted. If the conductors were charged when they were

9  severed and fell to the ground, the physical evidence of that condition, namely electric

10  arcing, was destroyed by extensive fire exposure and melting."

11

12  On September 24, 2018, I spoke with Fire Investigator Mike COLE, who told me he was

13  an investigator for insurance companies. He had obtained cell phone video footage

14  from an unknown witness. COLE told me the video had been analyzed and it was

15  determined the fire had originated from the top of the hill near the ZINC house on the

16  1128 Bennett Lane property. I requested a copy of the video.

17

18  On September 28, 2018, BERTOLINO received a thumb drive containing a Power Point

19  presentation identified by BAGDASARIAN, named "Tubbs Fire, Investigative Update,

20  September 27, 2018" (see attachment J, FRANTZ). BERTOLINO mailed me the thumb

21  drive with the presentation. In summary, the material provided suggests the Tubbs Fire

22  originated on the hillside along Bennett Lane, on the 1128 Bennett Lane property, in the

23  vicinity of the satellite dish or PG&E conductor running parallel to Bennett Lane. Upon

24  review, CAL FIRE Investigators determined this area was not within the GOA, utilizing

25  macro indicators observed at the scene.

26

27  On October 12, 2018 I was emailed a copy of video footage from COLE which was put

28  onto a thumb drive and stored as evidence. In the email, COLE explained the

29  dashboard time in the vehicle is 9:58 P.M., but the record time was 9:45 P.M., as

30  determined by the metadata (not provided). COLE claims the video was recorded along

31  Hwy 128 just north of Tubbs Lane (see attachment J, COLE).

LE80 (Rev. 7/2011)                    73                    Officer Initials

1

2

3    On November 15, 2018, I received a copy of a letter to CAL FIRE counsel Bruce

4    CRANE from PG&E Counsel Elizabeth COLLIER (see attachment R). In summary, the

5    letter clarifies Fuse 773 (PG&E pole 2) operated on October 8, 2017 at 9:20 PM, de-

6    energizing residences downstream, including 1128, 1200, and 1177 Bennett Lane.

7

8    On December 11, 2018, I received a final report authored by BELLINO on the

9    metallurgical evaluation of the five samples exposed to the fire at 1128 Bennett Lane.

10   The samples submitted for analysis included evidence items E-1, E-2, E-5, E-25, and E-

11   32. In summary, the report reached the following conclusion: (see attachment P):

12

13   "No evidence that the system was energized at the time conductors were severed was

14   observed in the samples submitted. If the conductors were charged when they were

15   severed and fell to the ground, the physical evidence of that condition, namely electric

16   arcing, was destroyed by extensive fire exposure and melting."

17

18   On December 26, 2018, I received a final report from NOLT on his observations on the

19   ignition source of the Tubbs Fire. In his Abstract, NOLT writes; "The source of ignition

20   for the wild land fire in the subject area was electrically undetermined because of the

21   severe damage to the electrical equip in and around 1128 Bennett Ln. Further, while

22   PG&E automatic equipment (smart meters, SCADA, reclosers, etc.) responded to and

23   documented some of the fire progression events, the combination of physical evidence,

24   data, witness statements, videos, etc. do not confirm that PG&E equipment was the

25   source of ignition". NOLT further discusses that if an electrical fault within the wiring at

26   1128 Bennett Lane was responsible for the 2-25A fuses blowing on pole 773 (PG&E

27   pole 2), then the 2-3A fuses on PG&E pole 3 would have also been blown and they

28   were not. NOLT also states; "It is therefore more likely the 2-25A fuses blowing is the

29   result of some other source of load increase like; occupant demand, occupant fire

30   suppression, or some other undetermined phenomenon".

31

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 32 of 43

1   Under point 5 of his report, NOLT discusses the lack of physical evidence near the
2   residence, normally used to evaluate, was not present because it was all consumed by
3   fire.  He goes on further to stating; "Any subsequent fire induced melting of a conductor
4   can destroy the fine melt details of an arced conductor.  This fire induced conductor
5   melting destroys the evidence of any possible arcing ignition".  No such evidence was
6   found by NOLT.
7
8   **Opinions and Conclusion:**
9
10  Based on my training, education and experience, investigation team input, witness
11  statements, expert evaluations, and evidence collected, I have formed opinions on the
12  origin and cause of the Tubbs Fire.
13
14  A PG&E service drop, privately owned conductor and equipment, and several aluminum
15  conductor fragments were recovered.  Fire pattern indicators showed fire spread
16  towards the structure, indicating an ignition in the light fuels between the structure and
17  PG&E pole 3.  However, there is no evidence showing the conductors were "charged"
18  when they were severed and fell to the ground, as described by BELLINO.  The
19  condition of the conductors suggests they were suspended while exposed to sustained
20  heat and flames from heavy fuels such as burning vegetation or a structure.  This is
21  further corroborated by the light flashy fuels present where the conductors came to rest,
22  which would not provide the sustained heat and flame needed to damage the
23  conductor, further suggesting the fire damage occurred while suspended.
24
25  The fire pattern indicators observed in the light ground fuels immediately east of the
26  structure are likely a secondary ignition from the already burning, "uncharged" PG&E
27  service drop and private conductor after they fell to the ground.  The aluminum
28  conductor fragments are likely a result of the conductor fracturing from heat.
29
30  PG&E hardware was collected as evidence from PG&E pole 3 and was found to be
31  undamaged and in good repair.  Fuses collected from PG&E pole 3 were rated 3-AMP,

LE80 (Rev. 7/2011)                              75                        Officer Initials

1   found in good condition, and showed no evidence of operating.  If an event would have

2   occurred, such as a tree or limb falling on PG&E equipment between PG&E pole 3 and

3   the roof top weather head, causing damage, this in theory would result in the 3-AMP

4   fuses on the PG&E transformer operating, protecting the PG&E equipment between the

5   weather head and Bennett Lane.  The fact that the PG&E 3-AMP fuses did not operate

6   in addition to the metallurgist finding no evidence of conductivity on these conductors at

7   the time of their break, provides no evidence supporting the PG&E conductor and/or

8   equipment between PG&E pole 3 and the weather head as causes of the fire.

9   Therefore, it is unlikely PG&E equipment is responsible for causing the Tubbs Fire.

10

11  Fuse 773 is located on Bennett Lane, just east of the 1128 Bennett Lane driveway.

12  This fuse was reported as operating (opening the circuit) at approximately 9:20 P.M., on

13  October 8, 2017.  The fire was initially reported at approximately 9:41 P.M.  The PG&E

14  pole 3 contains 3-AMP fuses with the objective of protecting the main PG&E distribution

15  lines from an event at the 1128 Bennett Lane residence.  In theory, if an event

16  happened at the 1128 Bennett Lane residence between PG&E pole 3 and the

17  residence, the 3-AMP fuses would operate and not the 25 AMP fuses at Fuse 773.  The

18  fact that Fuse 773 operated, but the 3-AMP fuses did not, provides further evidence an

19  event causing damage and a fault did not occur between PG&E pole 3 and the 1128

20  Bennett Lane residence while there was electricity at the 1128 Bennett Lane Property

21  (prior to 9:20 P.M.).  However, these facts stated in this paragraph do not eliminate a

22  structure fire or a fault on the private conductor line at 1128 Bennett Lane from

23  occurring prior to 9:20 P.M.  This is due to the fact if an event occurred on the private

24  conductor line and/or privately owned electrical equipment at the 1128 Bennett Lane

25  residence, this in theory would result in the electrical circuit breakers at the residence

26  operating, shutting off power to the electrical meter and disconnecting the circuit to the

27  PG&E service drop.  This in theory would not result in the PG&E pole 3, 3-AMP fuses

28  operating, and would keep them in the position they were found when collected as

29  evidence.  In summary, these facts stated above disprove the theory of the PG&E

30  conductor and equipment between PG&E pole 3 and the 1128 Bennett Lane residence

31  as a cause of the fire.  However, these facts stated above still leave the possibility of a

Case: 19-30088   Doc# 2864-3   Filed: 07/03/19   Entered: 07/03/19 18:48:47   Page 34 of 43

1  fire cause by the structure and/or private conductor lines at the 1128 Bennett Lane

2  property.

3

4  At the 1128 Bennett Lane residence, after the service drop, electrical power was

5  redistributed to the residence, associated structures, and water pump and well via

6  privately owned conductor and equipment.  According to ANDREWS, caretaker of the

7  property, there was no gas service in the residence and power was on the day of the

8  fire.  Private pole 3, which was located immediately adjacent to the residence was the

9  primary distribution pole for private conductor extending northwest towards the pool

10  area and southeast towards the water pump station.  Private pole 3 was identified to be

11  replaced in the near future by ANDREWS, because of its weakened condition.  It was

12  completely consumed by fire, with the exception of a small piece observed next to the

13  pole's burned out hole.  The privately owned electrical hardware was destroyed during

14  the fire and no evidence of an electrical event was observed.

15

16  However, the existence of private pole 3 on the north side of the residence provides

17  some theory of explanation for the lack of evidence of an electrical event found on the

18  private conductor.  Due to the light ground fuels to the north of private pole 3, it is my

19  opinion as a fire investigator, if the pole fell to the north into this vegetation, we would

20  have found the pole more in-tact, due to low fire intensity.  If the pole fell to the south,

21  this would pull the private conductor on top of the structure, which burned upwards of

22  1981 degrees Fahrenheit, based on the presence of melted copper found within the

23  structure.  This theory of the private conductor evidence being consumed by the

24  structure fire provides an explanation as to why no evidence of the private conductor

25  being energized at the time of the fire was found by the metallurgist.  The electrical

26  meter and circuit breakers associated with the structure were also destroyed by the fire.

27  If these items were preserved, it would further clarify the cause of the fire.  Gathered

28  data, evidence, fire indicators, and witness statements established within this

29  investigation, provide no evidence to disprove the structure itself or the private

30  conductor line at 1128 Bennett Lane as a cause of the fire.  If an event occurred, such

31  as a tree, limb, or pole falling, causing trauma to the privately-owned conductor,

LE80 (Rev. 7/2011)                    77                    Officer Initials _MM_

1  evidence of such an event was not observed.

2

3  In summary, after a thorough, systematic investigation, taking into account witness

4  statements, expert opinion, physical evidence, collected data, and fire indicators, the

5  origin of the Tubbs Fire is the primary residential structure and immediate area

6  surrounding the structure at 1128 Bennett Lane. During my investigation, I eliminated all

7  other causes for the Tubbs Fire, with the exception of an electrical caused fire

8  originating from an unknown event affecting privately owned conductor or equipment.

9

10

11  *I reserve the right to amend or augment my opinion if new information is provided to, or

12  discovered by me at a later date.

13

14

15                                          1-20-19

16                          Signature            Date

17

18                          John MARTINEZ, #2987

19                          Battalion Chief

20                          CAL FIRE San Mateo-Santa Cruz Unit

21

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 36 of 43

**10 - ATTACHMENTS:**

**A.** Weather conditions discussion prepared by CAL FIRE North Ops predictive services

**B.** FC-34 Interagency Report of Incident and Dispatch Action

**C.** Tubbs Damage Inspection Report (report appendix A provided on disk).

**D.** Photographs

1. MARTINEZ
2. LOHSE
3. ROATH
4. BERGLAND
5. STEIS
6. MARTIN
7. MONROE/STEWART
8. RICH
9. HOSKINS
10. ANDERSON
11. MILLER
12. WITNESS/LOHSE
13. COMPARISON
14. JACKSON

**E.** Incident sketches and diagrams

**F.** Evidence log/Chain of custody

**G.** CAL FIRE LE 71, Supplemental Reports

1. FRITS
2. MARTINEZ
3. LOHSE
4. BERGLAND
5. ROATH

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 37 of 43

      6. FRANKLIN

      7. BERTOLINO

**H.** CAL FIRE LE 78, Witness Statements

**I.** HOSKINS report – Calistoga Police Department

**J.** Additional shared information

      1. MILLER

      2. FRANTZ

      3. OKELLY

      4. COLE

**K.** LE-100 inspection report for 1128 Bennett Lane

**L.** LIDAR mapping exhibit

**M.** Forester II MARTIN supplemental report

**N.** Peer Review – MONROE and STEWART

**O.** SOA Grid Search

**P.** Metallurgist Report

**Q.** Electrical Engineer Report.

**R.** PG&E Correspondence

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 38 of 43

**Martinez, John@CALFIRE**

| | |
|---|---|
| **From:** | Mike Cole <███████████████> |
| **Sent:** | Thursday, October 11, 2018 1:07 PM |
| **To:** | Martinez, John@CALFIRE |
| **Subject:** | Re: video |

Sometimes I think the guys I am working for are slower than the State.
I'll get back to you asap.
You probably know the pge service drop went straight to the weather head on the roof, not to the burned up pole adjacent to the house (according to a pre-fire photo).\
    Mike
> On Oct 11, 2018, at 11:41 AM, Martinez, John@CALFIRE <John.Martinez@fire.ca.gov> wrote:
>
> Any status on the sharing of the video?
>
> Thanks,
>
> John Martinez
> CAL FIRE
> Battalion Chief
> Law Enforcement – Fire Prevention
> San Mateo – Santa Cruz Unit
> 6059 Hwy 9
> Felton, CA 95018
> 831-335-6720 Office
> 831-254-1720 Cell
> john.martinez@fire.ca.gov
> Arson Hotline 1-800-468-4408

| | |
|---|---|
| **From:** | Mike Cole < ▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Friday, October 12, 2018 9:12 AM |
| **To:** | Martinez, John@CALFIRE |
| **Subject:** | Fwd: Tubbs video |
| **Attachments:** | 20171008_214530_001_nogreen.mp4 |

John,

Attached below is the "Turknett" cell phone video.
You will notice that the dashboard time is 2158 hrs; however, Chris Curtis of CBC Geospatial accesssed the metadata and the
record time was 2145 hrs.
This video was recorded along Hwy 128 just north of Tubbs Lane: coordinates 38.594250 x -122.614211.

Also, regard the security video recorded from the winery, coordinates 38.600101 x -122.615087, which I believe you have in evidence- are you aware of the arc flash that lasted for approx 1/10 second?

Mike ▮▮▮▮▮▮▮▮

Begin forwarded message:

**From:** Mike Cole < ▮▮▮▮▮▮▮▮▮▮ >
**Subject: Tubbs video**
**Date:** October 12, 2018 at 8:31:17 AM PDT
**To:** Cole Mike < ▮▮▮▮▮▮▮▮▮▮ >

Case: 19-30088    Doc# 2864-3    Filed: 07/03/19    Entered: 07/03/19 18:48:47    Page 40
of 43

**From:**        Mike Cole <█████████████████>
**Sent:**        Friday, October 12, 2018 3:44 PM
**To:**          Martinez, John@CALFIRE
**Subject:**     Re: Tubbs video

John,
More information:
PGE took the blown fuses on pole 773 before CalFire started investigation. CalFire seized the replacement fuses on 773-this information from deposing a PGE troubleman.
If you remember, pole 773 is between Zink's driveway and the tap pole that goes up the hill to Zink's transformer.
The arc flash seen in the winery video was at 21:20:51 which is the same time multiple smart meters downstream from 773 went dead.
It appears the flash event is what caused 773 fuses to function.
With above information in mind, we plan on taking all of the lines from the tap pole on Bennett Lane up to transformer pole on Zink's.
Give me a call if you want clarification.
  Mike

> On Oct 12, 2018, at 1:44 PM, Martinez, John@CALFIRE <John.Martinez@fire.ca.gov> wrote:
>
> Thank you.
>
>
>
> Are you able to share any of the supporting documentation?
>
>
>
> JM
>
>
>
> From: Mike Cole [█████████████████████████]
> Sent: Friday, October 12, 2018 9:12 AM
> To: Martinez, John@CALFIRE <John.Martinez@fire.ca.gov>
> Subject: Fwd: Tubbs video
>
>
>
> John,
>
>
>
> Attached below is the "Turknett" cell phone video.
>
> You will notice that the dashboard time is 2158 hrs; however, Chris Curtis of CBC Geospatial accesssed the metadata and the
>

> record time was 2145 hrs.
>
> This video was recorded along Hwy 128 just north of Tubbs Lane: coordinates 38.594250 x -122.614211.
>
>
>
> Also, regard the security video recorded from the winery, coordinates 38.600101 x -122.615087, which I believe you have in evidence- are you aware of the arc flash that lasted for approx 1/10 second?
>
>
>
> Mike ████████████
>
>
>
>
>
> Begin forwarded message:
>
>
>
> From: Mike Cole <████████████████>
>
> Subject: Tubbs video
>
> Date: October 12, 2018 at 8:31:17 AM PDT
>
> To: Cole Mike <████████████████>
>
>
>
>
>
>
>

COLE_video_screenshot.JPG
- 2018/12/21 14:39:25

