**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
jminias@willkie.com
bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF HEARING ON THE MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM THE AUTOMATIC STAY** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Objection Deadline: July 19, 2019 at 4:00 p.m. |

**PLEASE TAKE NOTICE** that on July 24, 2019, at 9:30 a.m. (Pacific Time) at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California in Courtroom 17 before the Honorable Dennis Montali, the Ad Hoc Group of Subrogation Claim Holders ("**Ad Hoc Subrogation Group**") will bring on for a hearing its Motion for Relief from the Automatic Stay under Bankruptcy Code section 362(d) in order to pursue claims of the Ad Hoc Subrogation Group's members against PG&E Corporation and Pacific Gas and Electric Company (hereinafter "**PG&E**" or the "**Debtors**") regarding the issue of the Debtors' liability for the Tubbs Fire in the California Superior Court, where the claims are currently pending in a Coordination Proceeding, Case No. 4955 (the "**Motion**").

The Motion is based on this Notice of Hearing, the Motion, the Memorandum of Points and Authorities in Support of the Ad Hoc Group of Subrogation Claim Holders' Motion for Relief from the Automatic Stay and points and authorities therein, the Declaration of Benjamin P. McCallen and supporting exhibits, and such other and further evidence and matters that this Court may consider at the hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Ad Hoc Subrogation Group at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on July 19, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 (ECF No. 1996) ("**Case Management Order**").

**PLEASE TAKE FURTHER NOTICE** that as provided in Local Rule 4001-1(a), the Debtors are advised to appear personally or by counsel at the hearing, and that failure to do so may result in

this Court granting the relief requested without further hearing, including granting relief from the automatic stay to allow the Ad Hoc Subrogation Group to pursue claims of the Ad Hoc Subrogation Group's members against the Debtors regarding the issue of the Debtors' liability for the Tubbs Fire in the California Superior Court, where the claims are currently pending in a Coordination Proceeding, Case No. 4955.

Dated: July 3, 2019

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email:  mfeldman@willkie.com
           jminias@willkie.com
           bmccallen@willkie.com

*Counsel to the Ad Hoc Group of Subrogation Claim Holders*