

Signed and Filed: July 3, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CALIFORNIA PUBLIC UTILITIES COMMISSION IN RESPECT OF CERTAIN COMMISSION PROCEEDINGS** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon the Motion, dated June 5, 2019 [Dkt. No. 2414] (the "**Motion**"), of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105 and 362 of title 11 of the United States Code (the "**Bankruptcy Code**"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Debtors and the California Public Utilities Commission (the "**CPUC**," and together with the Debtors, the "**Parties**") having agreed to modify the Stipulation[1] as set forth in the Tort Claimants Committee's Statement in Support of Stipulation, dated June 19, 2019 [Docket No. 2629]; and this Court having determined that the legal and factual bases set forth in the Motion and the *Declaration of Theodore E. Tsekerides* establish just cause for the relief sought; and pursuant to the Court's Docket Text Order, dated June 20, 2019; and no objections to the Motion having been filed; and the Parties having submitted the Stipulation in its modified form (the "**Modified Stipulation**") as Exhibit 1 hereto, IT IS HEREBY ORDERED THAT:

1. The Modified Stipulation is approved.
2. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

/ / /

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings given to such terms in the Motion.

APPROVED AS TO FORM AND CONTENT:

<div style="margin-left: 40%;">
CALIFORNIA PUBLIC
UTILITIES COMMISSION

Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

-and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: /s/ *Alan W. Kornberg*
    Alan W. Kornberg
    Brian S. Hermann (*pro hac vice*)
    Walter Rieman, SBN 139365
    Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
      bhermann@paulweiss.com
      wrieman@paulweiss.com
      smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*
</div>

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119