# **Exhibit C**

AP SERVICES, LLC

Summary of Expenses - Pacific Gas and Electric Company,
et al. For the Period May 1, 2019 - May 31, 2019

| EXPENSE CATEGORY | 5/1/2019 - 5/31/2019 AMOUNT |
|---|---:|
| Airfare | $ 92,160.54 |
| Lodging | 183,753.05 |
| Meals | 23,918.70 |
| Ground Transportation | 32,701.61 |
| Computer Supplies / Support | 580.94 |
| **TOTAL EXPENSES** | **$ 333,114.84** |