WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007


KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York. NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF JANAIZE MARKLAND IN SUPPORT OF D&O INSURANCE MOTION**<br><br>Date:  July 9, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2      I, Janaize Markland, pursuant to section 1746 of title 28 of the United States Code, hereby

3  declare under penalty of perjury that the following is true and correct to the best of my knowledge,

4  information, and belief:

5      1.      I hold the position of Senior Director, Enterprise and Operational Risk Management

6  & Insurance at Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor-in-

7  possession (and together with PG&E Corporation, the "**Debtors**"), in the above-captioned Chapter

8  11 Cases (the "**Chapter 11 Cases**").

9      2.      Except as otherwise indicated herein, the facts set forth in this Declaration are based

10  upon my personal knowledge, my review of relevant documents, and information provided to me

11  by the Debtors' employees, insurance brokers, and legal, restructuring, and financial advisors.  If

12  called upon to testify, I would testify competently to the facts set forth in this Declaration.  I am

13  authorized to submit this Declaration on behalf of the Debtors.

14      3.      This Supplemental Declaration is submitted in further support of the *Motion*

15  *Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) Authorizing*

16  *Debtors to Purchase Directors and Officers Insurance* (the "**Motion**"),[1] and the *Debtors' Reply in*

17  *Support of the D&O Insurance Motion and Response to Objection of the Official Committee Of*

18  *Unsecured Creditors* (the "**Reply**").

19

20

21

22

23

24

25

26  [1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such
    terms in the Motion.

27

28

4. In the course of my employment by the Debtors, it is my responsibility to stay apprised of and evaluate the status of coverage of the Debtors and their directors and officers under the D&O insurance policies.

5. I obtain this knowledge through reviewing correspondence received from the Debtors' D&O insurers, and communicating with others who communicate with the Debtors' D&O insurers regarding coverage issues, including the Debtors' internal and external counsel, and their insurance broker, Marsh.

6. Attached to this Declaration as **Exhibit A** is the following correspondence sent by the Debtors' D&O primary insurers to the Debtors' legal department regarding notices of claims made, coverage, and reservations of rights in respect of derivative actions filed against the Debtors and their officers and directors arising from the 2018 wildfires:

   a. letter from Bailey Cavalieri on behalf of Associated Electric & Gas Insurance Services Limited and AEGIS Insurance Services, Inc. (collectively "**AEGIS**") to the Utility, dated January 23, 2019; and

   b. letter from Bailey Cavalieri on behalf of AEGIS to the Utility, dated May 10, 2019.

   (collectively, the "**AEGIS Letters**")

7. AEGIS is the Debtors' primary D&O insurer under the 2017 Policies and the 2018 Policies. I was provided these letters, as well as other correspondence from the Debtors' insurers, by the Debtors' legal department and reviewed each of them in the ordinary course of my employment shortly after their receipt.

8. Each of the AEGIS Letters contains a statement that AEGIS is provisionally treating certain claims noticed by the Debtors relating to the 2018 wildfires as a single claim along with claims previously noticed by the Debtors in relation to the 2017 wildfires.

9. The AEGIS Letters provided to me by the Debtors' legal department, together with discussions with Marsh and the Debtors' internal and external counsel, are the basis for the

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

statements in paragraph 10 of my Declaration dated June 10, 2019, to which I testified in my deposition with respect to the D&O insurers treating claims arising from the 2017 and 2018 wildfires as a single claim, and that one carrier had indicated an intention to do so.

*[Remainder of page intentionally left blank]*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing

2   is true and correct to the best of my knowledge, information, and belief, and that this declaration was

3   executed at San Francisco, California on July 8, 2019.

4

5

6

7

8       Janaize Markland

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28