# SCHEDULE A

Assisting Parties and Cure Amounts

| | Assisting Party | Mutual Assistance Agreement | Cure Amount |
|---|---|---|---|
| 1. | Alameda Municipal Power | CUEA Agreement | $0.00 |
| 2. | Alectra Utilities | Master Agreement | $0.00 |
| 3. | Allegheny Energy Inc | Master Agreement | $0.00 |
| 4. | ALLETE d/b/a Minnesota Power | Master Agreement | $100,379.00 |
| 5. | Alliant Energy - Interstate Power & Light (IPL) | Master Agreement | $0.00 |
| 6. | Alliant Energy - Wisconsin Power & Light (WPL) | Master Agreement | $0.00 |
| 7. | Alpine Natural Gas Operating Company No. 1, LLC | CUEA Agreement | $0.00 |
| 8. | AltaLink Management L.P. | WR Agreement | $0.00 |
| 9. | Ameren Corporation | Master Agreement | $0.00 |
| 10. | Ameren Illinois | AGA Agreement | $0.00 |
| 11. | Ameren Missouri | AGA Agreement | $0.00 |
| 12. | American Electric Power | Master Agreement | $0.00 |
| 13. | American Gas Association | AGA Agreement | $0.00 |
| 14. | Anza Electric Cooperative, Inc. | CUEA Agreement | $0.00 |
| 15. | Arizona Public Service Company | WR Agreement | $639,829.00 |
| 16. | ATC - American Transmission Company | Master Agreement | $0.00 |
| 17. | ATCO Gas Distribution | WR Agreement | $0.00 |
| 18. | Atlanta Gas Light | AGA Agreement | $0.00 |
| 19. | Atmos Energy Corporation | AGA Agreement | $0.00 |
| 20. | Avista Corporation | AGA Agreement<br>Master Agreement<br>WR Agreement | $577,236.00 |
| 21. | Azusa Light & Water | CUEA Agreement | $0.00 |
| 22. | BC Hydro (British Columbia) | WR Agreement | $0.00 |
| 23. | Bear Valley Electric Service | CUEA Agreement | $0.00 |
| 24. | BGE, An Exelon Company | AGA Agreement | $0.00 |
| 25. | Black Hills Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 26. | Bonneville Power Administration | WR Agreement | $0.00 |
| 27. | Burbank Water and Power | CUEA Agreement | $0.00 |
| 28. | Cascade Natural Gas Corporation | AGA Agreement<br>WR Agreement | $0.00 |
| 29. | CenterPoint Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 30. | Central Hudson Gas & Electric Corporation | AGA Agreement<br>Master Agreement | $0.00 |
| 31. | Central Lincoln People's Utility District | WR Agreement | $0.00 |
| 32. | Central Maine Power Company (Iberdrola USA) | Master Agreement | $0.00 |
| 33. | Central Vermont Public Service | Master Agreement | $0.00 |
| 34. | Chelan County Public Utility District | WR Agreement | $0.00 |
| 35. | Chesapeake Utilities Corporation | AGA Agreement | $0.00 |
| 36. | Citizens Energy Group | AGA Agreement | $0.00 |
| 37. | City of Anaheim, Public Utilities Department | CUEA Agreement | $0.00 |
| 38. | City of Colton | CUEA Agreement | $0.00 |
| 39. | City of Corpus Christi | AGA Agreement | $0.00 |
| 40. | City of Healdsburg Electric Department | CUEA Agreement | $0.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | **Assisting Party** | **Mutual Assistance Agreement** | **Cure Amount** |
|---|---|---|---|
| 41. | City of Lodi – Lodi Electric Utility | CUEA Agreement | $0.00 |
| 42. | City of Lompoc | CUEA Agreement | $0.00 |
| 43. | City of Long Beach Gas & Oil Department | CUEA Agreement<br>WR Agreement | $0.00 |
| 44. | City of Mesa Utilities | WR Agreement | $0.00 |
| 45. | City of Moreno Valley Electric Utility | CUEA Agreement | $0.00 |
| 46. | City of Palo Alto | CUEA Agreement | $0.00 |
| 47. | City of Pasadena Water and Power | CUEA Agreement | $0.00 |
| 48. | City of Roseville – Roseville Electric | CUEA Agreement | $598,578.00 |
| 49. | City of Shasta Lake | CUEA Agreement | $0.00 |
| 50. | City of Ukiah | CUEA Agreement | $0.00 |
| 51. | City of Vernon Public Utilities | CUEA Agreement | $0.00 |
| 52. | Clark Public Utilities | WR Agreement | $0.00 |
| 53. | Cleco Corporation | Master Agreement | $0.00 |
| 54. | Colorado Springs Utilities | AGA Agreement | $0.00 |
| 55. | Columbia Gas of Kentucky | AGA Agreement | $0.00 |
| 56. | Columbia Gas of Maryland | AGA Agreement | $0.00 |
| 57. | Columbia Gas of Massachusetts | AGA Agreement | $0.00 |
| 58. | Columbia Gas of Ohio | AGA Agreement | $0.00 |
| 59. | Columbia Gas of Pennsylvania | AGA Agreement | $0.00 |
| 60. | Columbia Gas of Virginia | AGA Agreement | $0.00 |
| 61. | Connecticut Natural Gas Corporation | AGA Agreement | $0.00 |
| 62. | Consolidated Edison Company of New York, Inc. | AGA Agreement | $0.00 |
| 63. | Consolidated Edison Inc | Master Agreement | $0.00 |
| 64. | Consolidated Edison Inc (Orange & Rockland Utilities) | Master Agreement | $0.00 |
| 65. | Consumers Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 66. | Consumers Power Inc. | WR Agreement | $241,636.00 |
| 67. | CoServ Gas | AGA Agreement | $0.00 |
| 68. | Dayton Power & Light | Master Agreement | $0.00 |
| 69. | Delmarva Power, An Exelon Company | AGA Agreement | $0.00 |
| 70. | Dominion Energy | Master Agreement<br>WR Agreement | $0.00 |
| 71. | Dominion Energy Ohio | AGA Agreement | $0.00 |
| 72. | Dominion Energy Utah | AGA Agreement | $0.00 |
| 73. | Dominion Energy West Virginia | AGA Agreement | $0.00 |
| 74. | DTE Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 75. | DTE Gas Company | AGA Agreement | $0.00 |
| 76. | Duke Energy Corp | AGA Agreement<br>Master Agreement | $0.00 |
| 77. | Duquesne Light Holdings | Master Agreement | $0.00 |
| 78. | Easton Utilities | AGA Agreement | $0.00 |
| 79. | El Paso Electric Company | WR Agreement | $0.00 |
| 80. | Elster Instromet, Inc. | AGA Agreement | $0.00 |
| 81. | Empire District Electric Company | Master Agreement | $0.00 |
| 82. | Enbridge Gas Inc. | AGA Agreement | $0.00 |
| 83. | ENMAX Corporation | WR Agreement | $0.00 |
| 84. | ENSTAR Natural Gas Company | AGA Agreement<br>WR Agreement | $0.00 |
| 85. | Entergy Corporation | Master Agreement | $0.00 |
| 86. | Entergy New Orleans, LLC | AGA Agreement | $0.00 |

| | Assisting Party | Mutual Assistance Agreement | Cure Amount |
|---|---|---|---|
| 87. | Equitable Gas Co. | AGA Agreement | $0.00 |
| 88. | Eugene Water and Electric Board | WR Agreement | $848,475.00 |
| 89. | EverSource Energy | AGA Agreement<br>Master Agreement | $0.00 |
| 90. | Exelon Corporation (Com Ed) | Master Agreement | $0.00 |
| 91. | Exelon Corporation (PECO) | Master Agreement | $0.00 |
| 92. | FirstEnergy Corporation (Ohio Edison) | Master Agreement | $106,500.00 |
| 93. | Florida Power & Light Company | FPL Agreement | $7,431,964.00[1] |
| 94. | Florida Public Utilities | AGA Agreement<br>Master Agreement | $0.00 |
| 95. | FortisAlberta | WR Agreement | $0.00 |
| 96. | FortisBC | WR Agreement | $0.00 |
| 97. | FPL Group Inc | Master Agreement | $0.00 |
| 98. | Gainesville Regional Utilities | AGA Agreement | $0.00 |
| 99. | Glendale Water and Power | CUEA Agreement | $0.00 |
| 100. | Great Plains Energy Inc (KCP&L) | Master Agreement | $0.00 |
| 101. | Green Mountain Power | Master Agreement | $0.00 |
| 102. | Greenville Utilities | AGA Agreement | $0.00 |
| 103. | Hawaii Gas | WR Agreement | $0.00 |
| 104. | Hawaiian Electric Company, Inc. | AGA Agreement<br>WR Agreement<br>Master Agreement | $1,595,683.00 |
| 105. | HearthStone Utilities, Inc. | AGA Agreement | $0.00 |
| 106. | Heath Consultants Incorporated | AGA Agreement | $0.00 |
| 107. | Honeywell Smart Energy Gas Americas | AGA Agreement | $0.00 |
| 108. | Hydro-One Inc. | Master Agreement | $1,182,861.00 |
| 109. | Idaho Power Company | WR Agreement | $0.00 |
| 110. | Imperial Irrigation District | CUEA Agreement | $1,453,570.00 |
| 111. | Indianapolis Power & Light Co | Master Agreement | $0.00 |
| 112. | InfraSource | AGA Agreement | $0.00 |
| 113. | Intermountain Gas Company | AGA Agreement<br>WR Agreement | $0.00 |
| 114. | ITC Holdings Corporation | Master Agreement | $0.00 |
| 115. | Itron, Inc. | AGA Agreement | $0.00 |
| 116. | Kansas Gas Service | AGA Agreement | $0.00 |
| 117. | Kauai Island Utility Cooperative | WR Agreement | $0.00 |
| 118. | Kentucky Utilities Company (LGE - KU Energy) | Master Agreement | $0.00 |
| 119. | KeySpan Corporation | Master Agreement | $0.00 |
| 120. | Lassen Municipal Utility District | CUEA Agreement | $0.00 |
| 121. | Lathrop Irrigation District | CUEA Agreement | $0.00 |
| 122. | LG&E-KU, PPL Companies | AGA Agreement | $0.00 |
| 123. | Liberty Utilities | AGA Agreement<br>CUEA Agreement<br>Master Agreement<br>WR Agreement | $76,045.00 |
| 124. | Los Angeles Department of Water and Power | CUEA Agreement | $0.00 |

---

[1] $27,377.31 of the Outstanding MAA Obligations owed to Florida Power & Light Company ("**FPL**") by the Utility is subject to ongoing review and reconciliation by the Utility (the "**Disputed Amounts**"). In the event the Utility determines it is not liable for part or all of the Disputed Amounts under the FPL Agreement, it will not pay such amounts to FPL.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Assisting Party | Mutual Assistance Agreement | Cure Amount |
|---|---|---|---|
| | | WR Agreement | |
| 125. | Louisville Gas & Electric Company (LG&E) | Master Agreement | $0.00 |
| 126. | Lower Valley Energy Inc. | WR Agreement | $193,045.00 |
| 127. | Madison Gas & Electric | Master Agreement | $0.00 |
| 128. | Mears Group, Inc. | AGA Agreement | $0.00 |
| 129. | MidAmerican Energy Company | AGA Agreement<br>Master Agreement | $0.00 |
| 130. | MidWest Energy, Inc. | Master Agreement | $0.00 |
| 131. | Modesto Irrigation District | CUEA Agreement | $0.00 |
| 132. | Montana-Dakota Utilities Co. | AGA Agreement | $0.00 |
| 133. | Mt. Carmel Public Utility Co. | Master Agreement | $0.00 |
| 134. | National Fuel Gas Distribution Corporation | AGA Agreement | $0.00 |
| 135. | National Grid | AGA Agreement<br>Master Agreement | $0.00 |
| 136. | Nebraska Public Power District | Master Agreement | $0.00 |
| 137. | Nevada Power | WR Agreement | $0.00 |
| 138. | New Jersey Natural Gas Company | AGA Agreement | $0.00 |
| 139. | New Mexico Gas Company | AGA Agreement | $0.00 |
| 140. | New York State Electric & Gas Corporation | AGA Agreement | $0.00 |
| 141. | NIPSCO | AGA Agreement | $0.00 |
| 142. | Northeast Utilities (Eversource Energy) | Master Agreement | $0.00 |
| 143. | Northern California Power Agency | CUEA Agreement | $0.00 |
| 144. | Northern Indiana Public Service Company (NIPSCO) | Master Agreement | $0.00 |
| 145. | Northern Natural Gas Company | AGA Agreement | $0.00 |
| 146. | Northern Wasco PUD | WR Agreement | $0.00 |
| 147. | NorthWestern Energy | Master Agreement<br>WR Agreement | $0.00 |
| 148. | NPL Construction Co. | AGA Agreement | $0.00 |
| 149. | NSTAR | Master Agreement | $0.00 |
| 150. | NV Energy | Master Agreement<br>WR Agreement | $0.00 |
| 151. | NW Natural | AGA Agreement<br>WR Agreement | $0.00 |
| 152. | NYSEG - New York State Electric & Gas (lberdrola USA) | Master Agreement | $0.00 |
| 153. | OGE Energy | Master Agreement | $0.00 |
| 154. | Oklahoma Natural Gas | AGA Agreement | $0.00 |
| 155. | Omaha Public Power District (OPPD) | Master Agreement | $0.00 |
| 156. | ONCOR Electric Delivery Company LLC | Master Agreement | $3,603,953.00 |
| 157. | ONE Gas, Inc. | AGA Agreement | $0.00 |
| 158. | Orange & Rockland Utilities, Inc. | AGA Agreement | $0.00 |
| 159. | Otter Tail Power Company | Master Agreement | $0.00 |
| 160. | Pacific Power, a division of PacifiCorp | CUEA Agreement<br>Master Agreement<br>WR Agreement | $0.00 |
| 161. | Paiute Pipeline Company | WR Agreement | $0.00 |
| 162. | PECO, An Exelon Company | AGA Agreement | $0.00 |
| 163. | Peoples Natural Gas | AGA Agreement | $0.00 |
| 164. | Pepco Holdings Inc | Master Agreement | $0.00 |
| 165. | Philadelphia Gas Works | AGA Agreement | $0.00 |
| 166. | Pittsburg Power Company dba Island Energy | CUEA Agreement | $0.00 |
| 167. | Plumas-Sierra Rural Electric | CUEA Agreement | $415,094.00 |
| 168. | PNM Resources Inc | Master Agreement | $0.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Assisting Party | Mutual Assistance Agreement | Cure Amount |
|---|---|---|---|
| 169. | Portland General Electric | Master Agreement<br>WR Agreement | $31,497.00 |
| 170. | PPL Corporation | Master Agreement | $0.00 |
| 171. | Progress Energy Inc. | Master Agreement | $0.00 |
| 172. | PSEG Long Island | Master Agreement | $0.00 |
| 173. | Public Service Company of New Mexico (PNM) | WR Agreement | $1,430,381.00 |
| 174. | Public Service Electric and Gas Company | AGA Agreement | $0.00 |
| 175. | Public Service Enterprise Group Inc. | Master Agreement | $0.00 |
| 176. | Public Utility District of Snohomish County | WR Agreement | $1,304,757.00<br>$828,306.75[2] |
| 177. | Puget Sound Energy | AGA Agreement<br>Master Agreement<br>WR Agreement | $0.00 |
| 178. | Rancho Cucamonga Municipal Utility | CUEA Agreement | $0.00 |
| 179. | Redding Electric Utility | CUEA Agreement | $0.00 |
| 180. | Riverside Public Utilities | CUEA Agreement | $0.00 |
| 181. | Roanoke Gas Company | AGA Agreement | $0.00 |
| 182. | Rochester Gas and Electric Corporation (Iberdrola USA) | AGA Agreement<br>Master Agreement | $0.00 |
| 183. | Rocky Mountain Power, a division of PacifiCorp | Master Agreement<br>WR Agreement | $0.00 |
| 184. | Sacramento Municipal Utility District | CUEA Agreement<br>WR Agreement | $0.00 |
| 185. | Saint John Energy | Master Agreement | $0.00 |
| 186. | Salem Electric | WR Agreement | $0.00 |
| 187. | Salt River Project Agricultural Improvement and Power District | WR Agreement | $0.00 |
| 188. | San Diego Gas & Electric Company | AGA Agreement<br>CUEA Agreement<br>Master Agreement<br>WR Agreement | $1,797,026.00 |
| 189. | San Francisco Public Utility Commission | CUEA Agreement | $0.00 |
| 190. | Seattle City Light | WR Agreement | $500,411.00 |
| 191. | SEMCO Energy Gas Company | AGA Agreement | $0.00 |
| 192. | Sensit Technologies | AGA Agreement | $0.00 |
| 193. | Silicon Valley Power, Electric (City of Santa Clara) | CUEA Agreement | $0.00 |
| 194. | South Carolina Electric & Gas | Master Agreement | $0.00 |
| 195. | South Jersey Gas Company | AGA Agreement | $0.00 |
| 196. | Southern California Edison | CUEA Agreement<br>Master Agreement<br>WR Agreement | $2,794,242.00 |
| 197. | Southern California Gas Company | AGA Agreement<br>CUEA Agreement<br>WR Agreement | $0.00 |
| 198. | Southern Company (Alabama Power) | Master Agreement | $0.00 |
| 199. | Southern Company (Georgia Power) | Master Agreement | $44,812.00 |
| 200. | Southern Company (Gulf Power) | Master Agreement | $0.00 |
| 201. | Southern Company (Mississippi Power) | Master Agreement | $0.00 |
| 202. | Southern Company Gas | AGA Agreement | $0.00 |
| 203. | Southwest Gas Corporation | AGA Agreement | $0.00 |

[2] This amount was updated following confirmation by the Public Utility District of Snohomish County of the Outstanding MAA Obligations owed to them.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Assisting Party | Mutual Assistance Agreement | Cure Amount |
|---|---|---|---|
| | | CUEA Agreement<br>WR Agreement | |
| 204. | Spire Inc. | AGA Agreement | $0.00 |
| 205. | Springfield Utility Board | WR Agreement | $0.00 |
| 206. | Susquehanna Technologies | AGA Agreement | $0.00 |
| 207. | Tacoma Power | WR Agreement | $0.00 |
| 208. | Tampa Electric Company (TECO Energy Inc) | Master Agreement | $0.00 |
| 209. | TECO Peoples Gas, an Emera Co. | AGA Agreement | $0.00 |
| 210. | Texas Gas Service | AGA Agreement | $0.00 |
| 211. | The Energy Cooperative | AGA Agreement | $0.00 |
| 212. | Tillamook PUD | WR Agreement | $698,507.00 |
| 213. | Trinity County Public Utilities District | TCPUD Agreement | $0.00 |
| 214. | Tri-State G&T Assoc., Inc. | WR Agreement | $777,102.00 |
| 215. | Truckee Donner Public Utility District | CUEA Agreement<br>WR Agreement | $0.00 |
| 216. | Tucson Electric Power | WR Agreement | $0.00 |
| 217. | Turlock Irrigation District | CUEA Agreement | $0.00 |
| 218. | UGI Utilities | AGA Agreement<br>Master Agreement | $0.00 |
| 219. | Underground Construction Co., Inc. | AGA Agreement | $0.00 |
| 220. | Union Gas, An Enbridge Company | AGA Agreement | $0.00 |
| 221. | UniSource Energy Services | AGA Agreement<br>WR Agreement | $0.00 |
| 222. | Unitil | AGA Agreement<br>Master Agreement | $0.00 |
| 223. | Upper Peninsula Power Company | Master Agreement | $0.00 |
| 224. | Valley Energy, Inc. | AGA Agreement | $0.00 |
| 225. | Vectren Corporation | AGA Agreement<br>Master Agreement | $0.00 |
| 226. | Vectren Energy Corporation | AGA Agreement | $0.00 |
| 227. | Vermont Gas Systems, Inc. | AGA Agreement | $0.00 |
| 228. | Washington Gas Light Company | AGA Agreement | $0.00 |
| 229. | We Energies | AGA Agreement<br>Master Agreement | $0.00 |
| 230. | WEC Energy Group | AGA Agreement | $0.00 |
| 231. | Westar Energy | Master Agreement | $0.00 |
| 232. | Western Area Power Administration | CUEA Agreement | $0.00 |
| 233. | Westfield Gas & Electric Department | AGA Agreement | $0.00 |
| 234. | Wisconsin Public Service Corporation | Master Agreement | $0.00 |
| 235. | Xcel Energy | AGA Agreement<br>Master Agreement | $0.00 |