

Signed and Filed: July 5, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING WILDFIRE CLAIMS**<br><br>**[No Hearing Requested]** |

The Court having considered the *Stipulation Between Debtors and the Official Committee of Tort Claimants Regarding Wildfire Claims* (the "**Stipulation**"), entered into by 1) PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"), (hereinafter the "**Parties**") filed on June 10, 2019 (Dkt. No. 2470); and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. Any information that has been or is obtained by Debtors or anyone acting on their behalf directly from any fire claimant in (i) the ordinary course of the Debtors' business, and (ii) concerning any property that is subject to a fire claimant's claim against the Debtors will not be used, and is inadmissible by any party for any reason, including impeachment, in any litigation or bankruptcy proceeding concerning the estimation or resolution of wildfire claims.

APPROVED AS TO FORM AND CONTENT:

Dated: June 11, 2019

BAKER & HOSTETLER LLP

*/s/ Robert A. Julian*
Robert A. Julian
*Counsel for Official Committee of Tort Claimants*

Dated: June 11, 2019

CRAVATH, SWAINE & MOORE LLP

*/s/ Kevin J. Orsini*
Kevin J. Orsini
*Counsel for the Debtors and Debtors in Possession*

** END OF ORDER **

1