**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 9, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: July 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JULY 9, 2019, 9:30 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

1. **D&O Motion**: Debtors' Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance [**Dkt. 2471**].

   <u>Response Deadline</u>: July 2, 2019, at 4:00 p.m. (Pacific Time).

   <u>Responses Filed</u>:

   A. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal [**Dkt. 2829**].

   B. Proposed Document Filed Under Seal [**Dkt. 2831**].

   C. Declaration of Gregory A. Bray in Support of Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal [**Dkt. 2833**].

   D. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance [**Dkt. 2835**].

   E. Order Granting Motion to File Documents Under Seal [**Dkt. 2840**].

   F. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of a Supplemental Objection Under Seal [**Dkt. 2875**].

   G. Proposed Document Filed Under Seal [**Dkt. 2876**].

   H. Declaration of Gregory A. Bray in Support of Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal [**Dkt. 2877**].

   I. Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance [**Dkt. 2878**].

   J. Order Granting Motion to File Documents Under Seal [**Dkt. 2887**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

K.     Declaration of Janaize Markland in Support of D&O Insurance Motion [**Dkt. 2472**].

L.     Debtors' Reply in Support of the D&O Insurance Motion and Response to Objections of the Official Committee of Unsecured Creditors [**Dkt. 2882**].

M.     Supplemental Declaration of Janaize Markland in Support of D&O Insurance Motion [**Dkt. 2883**].

N.     Declaration of Theodore E. Tsekerides in Support of D&O Insurance Motion [**Dkt. 2885**].

Status: This matter is going forward on a contested basis.

2.    **Coblentz Retention Application**: Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2595**].

Response Deadline: July 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.     Objection by the Official Committee of Tort Claimants to Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Retain Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2834**].

B.     The Ghost Ship Warehouse Plaintiffs' Executive Committee's Objection to Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2837**].

C.     The Ghost Ship Warehouse Plaintiffs' Executive Committee's Joinder in Objection by the Official Committee of Tort Claimants to Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Retain Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2841**].

Related Documents:

D.     Declaration of Gregg M. Ficks in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2596**].

E.     Declaration of Janet Loduca in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2597**].

F. Supplemental Declaration of Gregg M. Ficks in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [**Dkt. 2888**].

Status: This matter is going forward on a contested basis.

3. **Debtors' Motion for Protective Order**: Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2459**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2617**].

B. First Solar, Inc., Willow Springs Solar 3, LLC, and Mojave Solar LLC's Joinder to NextEra Energy's Limited Opposition to Motions for Entry of a Protective Order [**Dkt. 2623**].

C. Objection of the California State Agencies and California Department of Toxic Substances Control to Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2631**].

D. Joinder of Consolidated Edison to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2632**].

E. Joinder of United States of America in Objection of the California State Agencies to Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2639**].

F. Ad Hoc Subrogation Group's Memorandum of Points and Authorities and Limited Objection with Regard to the Entry of a Protective Order [**Dkt. 2644**].

G. Sonoma Clean Power Authority's Limited Objection to Debtor's Protective Order Motion [**Dkt. 2647**].

H. Joinder of Northern California Power Agency to Sonoma Clean Power Authority's Limited Objection to Debtor's Protective Order Motion [**Dkt. 2648**].

I. Joinder of the City and County of San Francisco, Monterey Bay Community Power Authority and City of San Jose to Limited Objection of

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

the Sonoma Clean Power Authority's to Motion for Protective Order of Debtors [**Dkt. 2649**].

J. Joinder of Calpine Corporation to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order [**Dkt. 2651**].

K. Statement of the Official Committee of Unsecured Creditors Regarding Cross-Motions for Entry of a Protective Order by (I) Official Committee of Tort Claimants and (II) Debtors [**Dkt. 2652**].

L. Individual Fire Victim Creditors' Limited Objection to Cross-Motions for Entry of a Protective Order [**Dkt. 2690**].

M. Limited Objection of Certain PPA Parties to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2874**].

Related Documents:

N. Declaration of Richard W. Slack in Support of Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2460**].

O. Debtors' *Ex Parte* Unopposed Application for Order Pursuant to L.B.R. 9006-1(a) Shortening Notice of Hearing on Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2461**].

P. Order Pursuant to L.B.R. 9006-1(a) Shortening Notice of Hearing on Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2464**].

Q. Debtors' Reply in Further Support of Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2740**].

R. Order Governing Discovery by and Among Debtors, Official Committee of Unsecured Creditors, and Official Committee of Tort Claimants [**Dkt. 2807**].

Status: This matter is going forward on a contested basis.

4. **Tort Claimant Committee's Motion for Protective Order**: Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2419**].

Response Deadline: June 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2617**].

B. First Solar, Inc., Willow Springs Solar 3, LLC, and Mojave Solar LLC's Joinder to NextEra Energy's Limited Opposition to Motions for Entry of a Protective Order [**Dkt. 2623**].

C. Joinder of Consolidated Edison to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2632**].

D. Objection of the California State Agencies to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2634**].

E. Joinder of the United States of America in Objection of the California State Agencies to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2640**].

F. Ad Hoc Subrogation Group's Memorandum of Points and Authorities and Limited Objection with Regard to the Entry of a Protective Order [**Dkt. 2644**].

G. Joinder of Calpine Corporation to NextEra Energy's Limited Opposition to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order [**Dkt. 2651**].

H. Statement of the Official Committee of Unsecured Creditors Regarding Cross-Motions for Entry of a Protective Order by (I) Official Committee of Tort Claimants and (II) Debtors [**Dkt. 2652**].

I. Debtors' Objection to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2656**].

J. Declaration of Richard W. Slack in Support of Debtors' Objection to Motion of the Official Committee of Tort Claimants for Entry of a Protective Order [**Dkt. 2657**].

K. Individual Fire Victim Creditors' Limited Objection to Cross-Motions for Entry of a Protective Order [**Dkt. 2690**].

L. Limited Objection of Certain PPA Parties to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; and (II) Debtors' Motion for Entry of Protective Order Pursuant to Fed. R. Bankr. P. 7026 and 9014(c) and 11 U.S.C. § 105(a) Governing Discovery Materials and Other Information [**Dkt. 2874**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

M.    Declaration of Lars H. Fuller in Support of Motion for Protective Order [**Dkt. 2420**].

N.    Order Governing Discovery by and Among Debtors, Official Committee of Unsecured Creditors, and Official Committee of Tort Claimants [**Dkt. 2807**].

Status: This matter is going forward on a contested basis.

*WITHDRAWN, CONTINUED, AND OTHER MATTERS*

5.    **Deloitte Retention Application**: Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2197**].

Response Deadline: July 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.    Limited Objection of the United States Trustee to the Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2396**].

Related Documents:

B.    Declaration of Timothy Gillam in Support of Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2198**].

Status: This matter has been continued to the July 24, 2019 omnibus hearing.

6.    **Mutual Assistance Motion**: Omnibus Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Mutual Assistance Agreements [**Dkt. 2588**].

Response Deadline: July 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A.    Declaration of Steve Coleman in Support of the Mutual Assistance Motion [**Dkt. 2589**].

B.    Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Mutual Assistance Motion [**Dkt. 2819**].

C.    Northern California Power Agency's Statement of Support for Debtors' Mutual Assistance Motion [**Dkt. 2827**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D.     Official Committee of Tort Claimants' Statement of Non-Opposition to Debtors' Mutual Assistance Motion [**Dkt. 2832**].

E.     Docket Text Order dated July 3, 2019 granting Motion and dropping matter from the July 9, 2019 omnibus hearing.

F.     Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving the Utility's Assumption of Mutual Assistance Agreements [**Dkt. 2884**].

Status: By Docket Text Order dated July 3, 2019, the Court has taken this matter off calendar.

7.     **Berman and Todderud Retention Application**: Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019 [**Dkt. 2591**].

Response Deadline: July 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A.     Declaration of Eric Todderud in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019 [**Dkt. 2592**].

B.     Declaration of Janet Loduca in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019 [**Dkt. 2593**].

C.     Docket Text Order dated July 3, 2019 granting Motion and dropping matter from the July 9, 2019 omnibus hearing.

D.     Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authorizing the Retention and Employment Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019 [**Dkt. 2860**].

Status: By Docket Text Order dated July 3, 2019, the Court has taken this matter off calendar.

    **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 8, 2019

**WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP**

By:     /s/ *Dara L. Silveira*
          Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119