# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadline Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of July 2019, at New York, NY.

*Alain B. Francoeur*

# **Exhibit A**

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: DAVID H. BOTTER & MICHAEL STAMER | One Bryant Park | New York | NY | 10036-6742 |
| Dechert LLP | Attn: ALLAN S. BRILLIANT | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Diemer & Wei, LLP | Attn: ALEXANDER JAMES DEMITRO LEWICKI | 100 W San Fernando Street, #555 | San Jose | CA | 95113-1787 |
| ERIC EVAN SAGERMAN | 16060 Ventura Blvd | Suite 110-125 | Encino | CA | 91436-2761 |
| Felderstein et al. LLP | Attn: PAUL JOSEPH PASCUZZI | 400 Capitol Mall, #1750 | Sacramento | CA | 95814-4432 |
| FRANK DAVID BLOKSBERG | 142 E McKnight Way | | Grass Valley | CA | 95949-9503 |
| Keller & Benvenutti LLP | Attn: TOBIAS S. KELLER | 650 California Street, #1900 | San Francisco | CA | 94108-2736 |
| Kirkland & Ellis LLP | Attn: MICHAEL P. ESSER | 555 California Street | San Francisco | CA | 94104-1603 |
| Klee Tuchin Bogdanoff & Stern LLP | Attn: SAMUEL MORGAN KIDDER | 1999 Avenue Of The Stars, Fl 39 | Los Angeles | CA | 90067-6049 |
| Law Offices of John C Lemon APC | Attn: JOHN CARL LEMON | 1350 Columbia Street, Unit 600 | San Diego | CA | 92101-3455 |
| Millbank LLP | Attn: ANDREW M. LEBLANC, ESQ. & GREGORY BRAY, ESQ. | 2029 Century Park East, 33rd Fl. | Los Angeles | CA | 90067-2901 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: ALAN W. KORNBERG & SEAN MITCHELL | 1285 Avenue of the Americas | New York | NY | 10019-6031 |
| The Fuller Law Firm | Attn: LARS TERENCE FULLER | 60 North Keeble Avenue | San Jose | CA | 95126-2723 |
| Troutman Sanders LLP | Attn: GABRIEL OZEL | 11682 El Camino Real, #400 | San Diego | CA | 92130-2092 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: MATTHEW GOREN, ESQ., RICHARD W. SLACK, ESQ., & THEODORE TSEKERIDES, ESQ. | 767 Fifth Avenue | New York | NY | 10153-0119 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 26, 2019 was filed on June 27, 2019. The following deadlines apply:

The parties have until Friday, July 5, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, July 18, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, July 29, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, September 25, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 7/3/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court