# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH MAY 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from May 1, 2019 through May 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 27.7 | $22,160 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 74.6 | $59,680 |
| Jane Kim | Partner | 2003[1] | 650 | 71.4 | $46,410 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 33.1 | $19,860 |
| Dara L. Silveira | Associate | 2010 | 400 | 4.5 | $1,800 |
| Thomas B. Rupp | Associate | 2011 | 400 | 74.7 | $29,880 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 104.4 | $15,660 |
| **Total Professionals:** | | | | **390.4** | **$195,450** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 716 | 206.8 | $148,110 |
| Associates | 400 | 79.2 | $31,680 |
| **Blended Attorney Rate** | **627** | **286** | **$179,790** |
| Paraprofessionals and other non-legal staff | 150 | 104.4 | $15,660 |
| **Total Fees Incurred** | | **390.4** | **$195,450** |