# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER & BENVENUTTI LLP
# <u>MAY 1, 2019 THROUGH MAY 31, 2019</u>

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | First Day Administration Motions | 0 | $0 |
| 002 | Omnibus & Miscellaneous Court Appearances | 9.2 | $6,385 |
| 003 | Legal Research | 9.4 | $3,875 |
| 004 | General Case Administration | 142.7 | $40,160 |
| 005 | Automatic Stay Proceedings | 69.7 | $46,375 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 7.4 | $5,075 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 21.4 | $12,400 |
| 008 | Professional Retention and Compensation – Other Professionals | 27.4 | $13,625 |
| 009 | Financing and Cash Collateral | .5 | $325 |
| 010 | DIP Lenders – Communication and Negotiations | 0 | $0 |
| 011 | Creditors Committees – Communication & Negotiations | 0 | $0 |
| 012 | Tort Committees – Communication & Negotiation | 12.2 | $9,460 |
| 013 | US Trustee – Communications & Negotiation | 0 | $0 |
| 014 | Employee Matters | 4.5 | $2,575 |
| 015 | Supplier Issues | 7.4 | $5,075 |
| 016 | General Asset Analysis and Recovery | .8 | $640 |
| 017 | Sale or Use of Property - Motions | .8 | $640 |
| 018 | Executory Contract Issues | 2.4 | $1,060 |
| 019 | Tax Issues | 0 | $0 |
| 020 | Regulatory Issues | 0 | $0 |
| 021 | Plan – Advice, Strategy and Negotiation | 3.6 | $2,790 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 2.3 | $1,495 |
| 023 | Plan Confirmation | 0 | $0 |
| 024 | Plan Implementation and Transition | 0 | $0 |
| 025 | FERC Adversary Proceeding | 5.4 | $4,130 |
| 026 | Wildfire Litigation | 7.7 | $4,945 |
| 027 | Claims Review | 4.3 | $2,660 |
| 028 | Claim Disputes and Resolution | .6 | $390 |
| 029 | Avoidance Action Analysis | 0 | $0 |
| 030 | Non-working Travel | 0 | $0 |
| 031 | [*Expenses – See Expense Summary*] | n/a | n/a |
| 032 | USDC Probation Compliance and Monitoring | 34.8 | $21,220 |
| 033 | Equity Committee | 0 | $0 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 034 | Third Party Injunction Action (PERA) | .2 | $160 |
| 035 | Government Relations and Communications | 0 | $0 |
| 036 | Miscellaneous Litigation Issues and Advice | 15.7 | $9,990 |
| **TOTAL** | | **390.4** | **$195,450** |