# EXHIBIT C

# EXPENSE SUMMARY
## MAY 1, 2019 THROUGH MAY 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $0 |
| Duplicating | $0 |
| Transcription Services | $4,016.10 |
| Telephone Conferencing | $0 |
| Messenger | $824.58 |
| Filing Fees | $310.00 |
| **Total Expenses Requested:** | **$5,150.68** |