# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 1192  
Date: 07/08/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $13,824.57 | + | $5,150.68 | = | **$18,975.25** |

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 05/01/2019 | E116 Trial transcripts: eScribers Invoice No. 230773 for 2/13/19 hearing (paid 3/25/19). | 1.00 | $169.40 | $169.40 |
| Expense | 05/01/2019 | E116 Trial transcripts: eScribers Invoice No. 230776 for 2/13/19 hearing (paid 3/25/19). | 1.00 | $132.00 | $132.00 |
| Expense | 05/01/2019 | E116 Trial transcripts: eScribers Invoice No. 233606 for 2/26/19 hearing (paid 4/8/19). | 1.00 | $199.65 | $199.65 |
| Expense | 05/01/2019 | E116 Trial transcripts: eScribers Invoice No 247273 for 341 hearing (paid 4/8/19). | 1.00 | $1,149.50 | $1,149.50 |
| Expense | 05/08/2019 | E116 Trial transcripts: eScribers Invoice No. 239861 for 3/27/19 hearing (paid 5/8/19). | 1.00 | $605.00 | $605.00 |
| Expense | 05/09/2019 | E112 Court fees: Pro Hac Vice fees for Timothy Cameron (Cravath). | 1.00 | $310.00 | $310.00 |
| Expense | 05/13/2019 | E107 Delivery services/messengers: Court runner and service for deliveries on April 2, 5, 8, 9, and 10 (Nationwide Invoice No. 356572). | 1.00 | $389.38 | $389.38 |
| Expense | 05/14/2019 | E116 Trial transcripts: eScribers Invoice No. 249181 for 5/8/19 hearing. | 1.00 | $683.65 | $683.65 |
| Expense | 05/14/2019 | E116 Trial transcripts: eScribers Invoice No. 249258 for 5/9/19 hearing. | 1.00 | $1,076.90 | $1,076.90 |
| Expense | 05/16/2019 | E107 Delivery services/messengers: Court runner and service for deliveries on April 19, 22, 23, 24 and 30 (Nationwide Invoice No. 356976). | 1.00 | $435.20 | $435.20 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $5,150.68 |
| | | | Fees and Expenses Total | $5,150.68 |