UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br>                                 Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jesse A. Offenhartz, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Certificate of No Objection regarding Monthly Fee Statement of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2019 through April 30, 2019 [Docket No. 2784]

- Consolidated First Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 29, 2019 through April 30, 2019 [Docket No. 2786]

3. On June 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service Notice Parties List attached hereto as **Exhibit B** and via first class mail on the Reclamation Notice Parties Service List attached hereto **Exhibit C**:

- Debtors' Notice of Proposed Treatment of Reclamation Claims [Docket No. 2789]

- Declaration of Robb C. McWilliams in Support of Debtors' Notice of Proposed Treatment of Reclamation Claims [Docket No. 2790]

4. Additionally, on June 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be delivered via first class mail on U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, PG&E Corp. Chambers Copy, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102:

- Debtors' Notice of Proposed Treatment of Reclamation Claims [Docket No. 2789]

- Declaration of Robb C. McWilliams in Support of Debtors' Notice of Proposed Treatment of Reclamation Claims [Docket No. 2790]

5. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of July 2019, at New York, NY.

*/s/ Jesse A. Offenhartz*

2

# Exhibit A

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | 541 N. Fairbanks Ct. | Ste 2200 | Chicago | IL | 60611-3710 | bamexampge@gmail.com | First Class Mail and Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren , Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |

# **Exhibit B**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery Street | Suite 100 | San Francisco | CA | 94111 | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | ddunne@milbank.com; skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | fmerola@stroock.com |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 2899    Filed: 07/09/19    Entered: 07/09/19 07:27:06    Page 6 of 8

# **Exhibit C**

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 5803195 | A & J Electric Cable Corporation | Jordan Holzer & Ortiz, P.C. | c/o Antonio Ortiz | 500 North Shoreline, Suite 900 | | Corpus Christi | TX | 78401 |
| 5803195 | A & J Electric Cable Corporation | 20770 US 281 N. #108-612 | | | | San Antonio | TX | 78258 |
| 5803209 | Aclara Meters, LLC | Attn: Robert Enyard | 77 Westport Plaza | Suite 500 | | St. Louis | MO | 63146 |
| 5803210 | Aclara Technology, LLC | Attn: Robert Enyard | 77 Westport Plaza | Suite 500 | | St. Louis | MO | 63146 |
| 5807726 | Analysis and Measurement Services Corporation | AMS Technology Center | 9119 Cross Park Drive | | | Knoxville | TN | 37923 |
| 5803214 | Cenveo Worldwide Limited | Attn: Rachel Holmes | 200 First Stamford Place | | | Stamford | CT | 06902 |
| 6117701 | CM Distributors, Inc. | Law Office of Judith A. Descalso | Attn: Judith A. Descalso | 960 Canterbury Pl., Ste. 340 | | Escondido | CA | 92025 |
| 5803202 | Cooper Industries Inc. | c/o Eaton | Attn: William T. Reiff | Mail Code 3N | 1000 Eaton Blvd., N3 | Cleveland | OH | 44122 |
| 5803203 | Cooper Power Systems LLC | c/o Eaton | Attn: William T. Reiff | Mail Code 3N | 1000 Eaton Blvd., N3 | Cleveland | OH | 44122 |
| 5803206 | DMT Solutions Global Corporation d/b/a Bluecrest | c/o Howard & Howard | Attn: James E. Morgan | 200 South Michigan Avenue | Suite 1100 | Chicago | IL | 60604-2461 |
| 5803196 | Donaldson Co., Inc. | Attn: Scott E. Woitas, CBF | P.O. Box 1299 | | | Minneapolis | MN | 55440-1299 |
| 5807724 | Graybar Electric Company, Inc. | Attn: Najam Chohan | 1370 Valley Vista Drive, Suite 100 | | | Diamond Bar | CA | 92800 |
| 5803189 | Graybar Electric Company, Inc. | Attn: T.E. Carpenter | 34 North Meramec Avenue | | | Clayton | MO | 63105-3882 |
| 5803213 | Klute Inc. | c/o Dvorak Law Group, LLC | Attn: Patrick R. Turner | 9500 West Dodge Rd | Suite 100 | Omaha | NE | 68114 |
| 5803194 | McFarland Cascade Holding, Inc. | 1640 East Marc | 1640 East Marc | | | Tacoma | WA | 98421-2939 |
| 5803193 | Mitsubishi Electric Power Products, Inc. | Helaine F. Lobman, Assistant General Counsel | 116 Village Boulevard, Suite 200 | | | Princeton | NJ | 08540 |
| 5803193 | Mitsubishi Electric Power Products, Inc. | Chris Holko, Risk & Credit Manager | 530 Keystone Drive | | | Warrendale | PA | 15086 |
| 5803192 | MRC Global (US) Inc. | Norton Rose Fulbright US LLP | Attn: Bob Bruner | 1301 McKinney, Suite 5100 | | Houston | TX | 77010 |
| 5803192 | MRC Global (US) Inc. | Attn: Emily Shields | 1301 McKinney, Suite 2300 | | | Houston | TX | 770010 |
| 5803190 | MRO Integrated Solutions, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Harold S. Horwich and Benjamin J. Cordiano | One State Street | | Hartford | CT | 06103 |
| 5803191 | OneSource Supply Solutions, LLC | c/o Morgan, Lewis & Bockius LLP | Attn: Harold S. Horwich and Benjamin J. Cordiano | One State Street | | Hartford | CT | 06103 |
| 5803205 | Pivot Interiors, Inc. | Brian Baker, Chief Financial Officer | 3355 Scott Blvd., Suite 110 | | | Santa Clara | CA | 95054 |
| 5803205 | Pivot Interiors, Inc. | Rimon, P.C. | Lillian G. Stenfeldt, Esq. | One Embarcadero Center, Suite 400 | | San Francisco | CA | 94111 |
| 5803197 | Praxair, Inc. | Attn: Catherine E. M. Kortlandt | 10 Riverview Drive | | | Danbury | CT | 06810-6268 |
| 5803211 | Sabre Industries, Inc. | c/o Blank Rome LLP | Attn: Jonathan A. Loeb | 2029 Century Park East | 6th Floor | Los Angeles | CA | 90067 |
| 5803198 | Sabre Industries, Inc. | Attn: Timothy A. Rossetti | 8653 E. Highway 67 | | | Alvarado | TX | 76009 |
| 5803207 | Schlumberger Technology Corporation | c/o Dore Law Group, P.C. | Attn: Carl Dore, Jr. | 17171 Park Row | Suite 160 | Houston | TX | 77084 |
| 5803204 | Southwire Company | c/o Dentons US LLP | Attn: Bryan E. Bates | 303 Peachtree Street, NE | Suite 5300 | Atlanta | GA | 30308-3265 |
| 5803200 | SPX Transformer Solutions, Inc. | Attn: Brian G. Mason | 400 South Prairie Avenue | | | Waukesha | WI | 53186 |
| 5807725 | The Okonite Company | Attn: David A. Mitchell | 102 Hilltop Road | | | Ramsey | NJ | 07446 |
| 5803199 | Thermo Eberline LLC | c/o Tucker Arensberg | Attn: Jordan S. Blask | 1500 One PPG Place | | Pittsburgh | PA | 15222 |
| 5803212 | Thermo Environmental Instruments LLC | c/o Tucker Arensberg | Attn: Allison L. Carr | 1500 One PPG Place | | Pittsburgh | PA | 15222 |
| 5803201 | Thermo Gamma-Metrics LLC | c/o Tucker Arensberg | Attn: Jordan S. Blask | 1500 One PPG Place | | Pittsburgh | PA | 15222 |
| 5803208 | World Wide Technology, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Brian C. Walsh | One Atlantic Center, 14th Floor | 1201 Peachtree St NW | Atlanta | GA | 30309-3471 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 2899    Filed: 07/09/19    Entered: 07/09/19 07:27:06    Page 8 of 8