

6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

## CourtCall Appearance - Service Copy

This document shall serve as notice of a CourtCall Appearance by the participant listed below in the referenced case. Others wishing to appear remotely should contact CourtCall, LLC at (888) 882-6878 or (310) 342-0888.

Michael W. Goodin
Clausen Miller, P.C.
Tel: (949) 260-3100
Fax: (949) 260-3190
Case Name: PG&E Corporation
Case Number: 19-30088
Court Name: U.S. Bankruptcy Court-N.D. California (San Francisco) (CA)
Dept/Judge: 17 / Honorable Dennis Montali (PG&E ONLY)
Proceeding: Hearing
Date/Time: Wednesday, July 24th, 2019 at 9:30 AM PT

**Note: this is not a Confirmation of your CourtCall Appearance. Each participant must make his or her own arrangements with CourtCall.**

While clients can save money and Courts can become more efficient and generate revenue, CourtCall has the most impact upon practicing attorneys as it helps to give them their lives back. Attorneys can use the time they save using CourtCall to catch-up on other pressing matters, enjoy time with family and friends or otherwise take advantage of the time no longer spent traveling to and from Court. Call us for details. There are no subscriptions or equipment to buy.

**COURTCALL VIDEO IS HERE!** CourtCall is equipping Courtrooms of interested Judges with its state-of-the-art, browser-based video conferencing platform, enabling full video participation for traditional CourtCall Appearances. Lawyers only need a computer with sufficient bandwidth and a webcam to view and/or share video in accordance with a Judge's preferences. To learn more about video options, please ask a CourtCall representative.

The foregoing information may have been obtained from court records which may not reflect recent calendar changes. If it is inaccurate because your appearance has been continued, please apply this information to the new date. If the matter is off calendar, you have no involvement in the case or you do not wish to use this service, please disregard this notice. **Do not call the Court Clerk**.

**Our representatives are available to make presentations for your firm, your clients, Bar Associations or other groups. Please call to schedule a presentation.**

## Remote Appearances. Simplified.

CourtCall Appearances are available for over 2,000 Judges nationwide, with additional Courts being added monthly. Please visit our website at www.courtcall.com for a complete list of participating Courts and Judges across the US, Canada and other jurisdictions.

Nayla' Hull ext. 709 [CS]   SERVICE COPY FOR COURTCALL® APPEARANCE Copyright © 2019 CourtCall LLC. All Rights Reserved.
Case: 19-30088   Doc# 2900   Filed: 07/09/19   Entered: 07/09/19 09:57:54   Page 1 of 2

# CERTIFICATE OF SERVICE

I, Mary Lynn Genova, hereby certify that on July 9, 2019, I caused to be served a copy of the CourtCall Appearance – Service Copy, filed herewith, to the parties listed on the Court's Electronic Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Mary Lynn Genova*
Mary Lynn Genova