Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:	628.208.6434
Facsimile:	310.820.8859
Email:	rjulian@bakerlaw.com
Email:	cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	esagerman@bakerlaw.com
Email:	lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**AMENDED MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS [Dkt. No. 2842]**<br><br>Date:	July 24, 2019<br>Time:	9:30 a.m. (Pacific Time)<br>Place:	United States Bankruptcy Court<br>	Courtroom 17, 16 Floor<br>	San Francisco, CA 94102<br><br>Objection Deadline: July 19, 2019 at 4:00 p.m. |

**Purpose of the Amendment**

In the Motion of the Official Committee of Tort Claimants (the "**TCC**") for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims ("**Motion**") [Dkt. No. 2842], the TCC moved for an order terminating the automatic stay to permit the individuals listed on Exhibit A (the "**Tubbs Preference Plaintiffs**") to proceed to a jury trial on their personal injury and related property damage claims against the Debtors (as set forth in Exhibits B and C), as may be amended. The TCC amends its Motion as set forth below, to request relief from stay with respect to five additional plaintiffs and their personal injury, wrongful death and related property damage claims against the Debtors as set forth in Amended Exhibits A, B and C hereto. Accordingly, all references in the TCC's memorandum of points and authorities to the Tubbs Preference Plaintiffs' personal injury claims, as amended [Dkt. No. 2855] shall refer to the amended Tubbs Preference Plaintiffs' personal injury and wrongful death claims.

**The Amended Motion**

The TCC, in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), hereby submits this Motion (the "**Amended Motion**"), pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") for entry of an order terminating the automatic stay to permit the individuals listed on **Amended Exhibit A** hereto to proceed to a jury trial on their personal injury, wrongful death and related property damage claims against the Debtors arising from the 2017 Tubbs Fire as set forth in the Complaints against the Debtors (attached as **Amended Exhibits B and C** hereto), as may be amended, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order the Tubbs Preference Plaintiffs' claims to trial with preference pursuant to Code of Civil Procedure section 36. Should the Debtors, in response to this Motion, request the Court to permit any additional litigation to go forward in the California Superior Court, the TCC requests the Court to terminate the automatic stay with

respect to the additional litigation.  In support of the Motion, the TCC submitted the Amended Memorandum of Points and Authorities [Dkt. No. 2855], the declaration of Steven M. Campora ("**Campora Decl.**") [Dkt. No. 2845], the declaration of Robert A. Julian ("**Julian Decl.**") [Dkt. No. 2844], the declaration of Michael A. Kelly ("**Kelly Decl.**") [Dkt. No. 2847] and the declaration of Brent C. Williams ("**Williams Decl.**") [Dkt. No. 2846].  Contemporaneously herewith, the TCC is filing an amended declaration of Michael A. Kelly.  A proposed form of order granting the relief requested herein is attached hereto as **Exhibit D**.

The Motion was noticed and scheduled pursuant to the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996].

Dated: July 9, 2019

BAKER & HOSTETLER LLP

By: /s/ *Robert A. Julian*
       Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*