**EXHIBIT A**

# EXHIBIT A

### Barbara Thompson (97 years old)

Ms. Thompson qualifies for preference under CCP 36(a) based on her age alone. She lost two residences on a 102 acre parcel in Calistoga, which she owned since 1958. The structures and vegetation, including centuries-old oak and redwood trees, were completely destroyed by the Tubbs Fire.

### John Caslin (94 years old)

Mr. Caslin qualifies for preference under CCP 36(a) based on his age alone. He also suffers from cancer and has a heart disorder. He lost two properties which were completely destroyed by the Tubbs Fire, including his primary residence, from which he evacuated on the night of the fire in fear of his life.

### Elizabeth Fourkas (89 years old)

Ms. Fourkas qualifies for preference under CCP 36(a) based on her age alone. She also suffers from multiple age-related diseases. She resided at her home on a 207.5 acre parcel for nearly fifty years before the Tubbs Fire destroyed six structures and hundreds of mature trees. She was forced to flee enduring a harrowing evacuation that lasted nearly three hours due to major escape routes being blocked by the fire.

### Phyllis Lowe (89 years old)

Ms. Lowe qualifies for preference under CCP 36(a) based on her age alone. She also suffers from cancer. Her primary residence was completely destroyed by the Tubbs Fire. She evacuated in fear for her life the night the fire began.

### Raymond Breitenstein (89 years old)

Mr. Breitenstein qualifies for preference under CCP 36(a) based on his age alone. He also suffers from cancer. He owns an approximately 30 acre parcel in Calistoga, which his father purchased in the 1930s. The property was home to several structures including Mr. Breitenstein's primary residence and a unit where his son lived. Everything was destroyed by the fire. Mr. Breitenstein and his son evacuated in fear for their lives.

### Don Louis Kamprath (87 years old)

Mr. Kamprath qualifies for preference under CCP 36(a) based on his age alone. He also has cancer and other age related diseases. He and his wife Ruth own a 2.5 acre parcel with centuries old oak and manzanita trees and three structures, including a custom designed main residence and unit which they rented, all of which were completely destroyed by the Tubbs Fire. The night of the fire, they evacuated barely in time to survive, leaving their home with nothing but Ruth's purse and their pet cat.

### Raleigh Fohrman (79 years old)

Mr. Fohrman qualifies for preference under CCP 36(a) based on his age and health. He suffers from cancer and insulin-dependent diabetes. His 100 acre parcel in Santa Rosa was home to two generations of his family before it was destroyed by the Tubbs Fire. In addition to two family homes being lost, the property had hundreds of mature trees, thousands of feet of fencing, and 200 olive trees from which the family made award-winning olive oil. The Fohrman family fled their parcel the night of the Tubbs Fire as flames were taking it over.

### William Edelen (73 years old)

Mr. Edelen qualifies for preference under CCP 36(a) based on his health, as he has stage four cancer. Prior to the Tubbs Fire, Mr. Edelen lived with his wife Roxanne at their 3,200 square foot custom designed home in Santa Rosa. The fire destroyed everything.

### Greg and Christina Wilson – (Personal Injuries)

Mr. and Mrs. Wilson (both 54 years old) resided in Santa Rosa, and owned a 2,200 square foot house on .5 acres prior to the Tubbs Fire. When the Wilsons attempted to escape the Tubbs Fire, they found themselves trapped in with only one chance at survival: treading water in the family swimming pool for approximately three hours as the fire burned them and everything around them. Both suffered severe physical injuries and were put into induced comas when they were finally saved by first responders and taken to the Intensive Care Unit at UCSF. Both spent nearly two weeks recuperating in Intensive Care. Their home and all of their possessions were completely destroyed, and they lost income. The Wilsons are currently rebuilding.

### Monte Kirven – (Wrongful Death)

Mr. Kirven was a healthy and active 81 year old man who owned a 1,600 square foot home on 3.9 acres where he resided in Santa Rosa, California before the Tubbs Fire. The house was filled with rare artifacts from around the world, as Mr. Kirven was an esteemed biologist and environmental conservationist. But the Tubbs Fire destroyed everything and took Mr. Kirven's life, leaving only his chimney and fireplace standing. Pathology and autopsy services were only able to recover some crumbling portions of charred bone fragments among the rubble for burial.

Mr. Kirven is survived by his three adult children who all were very close to him and adored him: (1) Kathleen Groppe; (2) Ken Kirven; and (3) Brian Kirven. The wrongful death action was brought by Mr. Kirven's children and his estate.

### **Carmen and Armando Berriz – (Wrongful Death, Personal Injury & Bystander)**

Mr. and Mrs. Berriz (both in their 70's) lived in Southern California, but every year traveled to Wine Country for several months of extended vacation at a rental. In 2017, while they were staying at their rental in Santa Rosa, the Tubbs Fire hit and the Berriz's were not able to escape in time. They sought refuge in the pool on the property while the fire roared around them, but Mrs. Berriz suffocated and died in her husband's arms while trapped in the pool. Mr. Berriz suffered severe catastrophic injuries and has a bystander and wrongful death claim. Mrs. Berriz was also survived by her three adult children who were very close to her: (1) Monica Ocon; (2) Carmen T. Berriz; and (3) Armando J. Berriz. The wrongful death action was brought by Mr. Berriz, their three children, and Mrs. Berriz's estate.