| | | |
|---|---|---|
| 1 | ☒ | Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns; |
| 2 | | |
| 3 | ☒ | Lost wages and/or earning capacity; |
| 4 | ☒ | Additional living expenses, and/or other related displacement expenses; |
| 5 | ☒ | Past and future medical expenses and incidental expenses; |
| 6 | ☒ | General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury; |
| 7 | | |
| 8 | ☒ | An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165; |
| 9 | | |
| 10 | ☒ | An order to abate the existing and continuing nuisances caused by the California North Bay Fires; |
| 11 | | |
| 12 | ☒ | Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346; |
| 13 | | |
| 14 | ☒ | Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733; |
| 15 | ☒ | Exemplary damages as allowed under Civil Code § 3294; |
| 16 | ☐ | Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340; |
| 17 | ☒ | Exemplary damages as allowed under Public Utilities Code § 2106; |
| 18 | ☐ | Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9; |
| 19 | | |
| 20 | ☒ | All costs of suit; |
| 21 | ☒ | Prejudgment interest; and |
| 22 | ☒ | For such other and further relief as the Court shall deem just and proper. |

**ADDITIONAL ALLEGATIONS, IF ANY**

**(Plaintiff-Specific, not Addressed by Master Complaint)**

| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DEMAND FOR JURY TRIAL

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: April 20 , 2018     **COTCHETT, PITRE & McCARHY LLP**

By _____
FRANK M. PITRE
ALISON E. CORDOVA
Attorneys for Plaintiffs

STEVEN M. CAMPORA
**DREY BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826

BRIAN J. PANISH
**PANISH SHEA & BOYLE, LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025

MICHAEL A. KELLY
**WALKUP MELODIA KELLY & SCHOENBERGER**
650 California Street
San Francisco, CA 94108

MICHAEL D. GREEN
**ABBEY, WEITZENBERG, WARREN & EMERY, PC**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401

Case: 19-30088   Doc# 2904-6   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 2 of 54

1  BRENDAN M. KUNKLE (SBN 173292)
   bkunkle@abbeylaw.com
2  MICHAEL D. GREEN (SBN 214142)
   mgreen@abbeylaw.com
3  SCOTT R. MONTGOMERY (SBN 278060)
   smontgomery@abbeylaw.com
4  **ABBEY, WEITZENBERG, WARREN & EMERY, PC**
5  100 Stony Point Rd, Suite 200
   Santa Rosa, CA 95401
6  Telephone: (707) 542-5050 Fax: (707) 542-2589

7  Attorneys for Plaintiff(s)

8

9

10

11

12

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                      COUNTY OF SAN FRANCISCO

15                                          CGC-18-566108

16  ┌─────────────────────────────────────┐   JCCP 4955
    │ COORDINATION PROCEEDING             │
17  │ Special Title (California Rule of Court 3.550) │
    │                                     │
18  │                                     │   **INDIVIDUAL PLAINTIFF'S SHORT**
    │                                     │   **FORM COMPLAINT**
19  │ CALIFORNIA NORTH BAY FIRES          │
    │                                     │
20  │ KATHY GROPPE, KEN KIRVEN, BRIAN     │   **TUBBS-AWWE-002**
21  │ KIRVEN, ESTATE OF MONTE KIRVEN,     │
    │         Plaintiff/s                 │
22  │             v.                      │
23  │ PACIFIC GAS AND ELECTRIC COMPANY,   │
    │ PG&E CORPORATION, AND DOES 1        │
24  │ THROUGH 20,                         │
25  │         Defendants.                 │
    └─────────────────────────────────────┘
26

27

28
                                                      JCCP 4955
    SHORT FORM COMPLAINT OF KATHY GROPPE, KEN KIRVEN, BRIAN KIRVEN, ESTATE OF KIRVEN

ENDORSED
FILED
San Francisco County Superior Court

APR 2 6 2018

CLERK OF THE COURT
KALENE APOLONIO
BY:_____
                        Deputy Clerk

BY FAX
ONE LEGAL LLC

1  Pursuant to Case Management Order No. 1, Plaintiff(s) hereby submit(s) this Short Form
2  Complaint ("SFC") against Defendants identified below, and hereby adopt(s) and incorporate(s)
3  by reference as set forth in Plaintiffs' most recent Master Complaint filed in this matter on March
4  12, 2018, and any and all later amendments thereto.
5      PLAINTIFF KATHY GROPPE, an individual and personal representative of the Estate of
6  Monte Kirven was damaged by the North Bay Fires as set forth below and makes the claims set
7  forth below.
8      PLAINTIFF KEN KIRVEN, an individual, was damaged by the North Bay Fires as set
9  forth below and makes the claims set forth below.
10     PLAINTIFF BRIAN KIRVEN, an individual, was damaged by the North Bay Fires as set
11 forth below and makes the claims set forth below.
12     PLAINTIFF ESTATE OF MONTE KIRVEN, was damaged by the North Bay Fires as set
13 forth below and makes the claims set forth below.
14     **WRONGFUL DEATH CLAIM:** Decedent Monte Kirven sustained fatal injuries as a
15 result of the NORTH BAY FIRES and died on October 12, 2017. The following plaintiffs are the
16 heirs of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent,
17 and bring the applicable causes of action alleged in the SFC, pursuant to section 377.60 of the
18 California Code of Civil Procedure: Kathy Groppe, Ken Kirven and Brian Kirven.
19 **PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**
20     1.    Notice of Adoption of the Master Complaint. Plaintiff(s) refer(s) to and
21 incorporate(s) herein by reference that Master Complaint filed on behalf of Individual Plaintiffs in
22 the CALIFORNIA NORTH BAY FIRE CASES, Judicial Council Coordinated Proceeding No.
23 4955, as though fully set forth herein.  Plaintiff(s) hereby adopt(s) the Master Complaint and
24 agree(s) to be bound by any rulings with respect to the pleadings.
25     2.    Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint.
26     3.    Plaintiff(s) incorporate(s) by reference each of the causes of action in the Master
27 Complaint checked below against those Defendants named in that cause of action:
28

- 1 -

| 1 | ☒ | First Cause of Action for Negligence |
| 2 | ☒ | Second Cause of Action for Wrongful Death |
| 3 | ☒ | Third Cause of Action for Survival Action |
| 4 | ☒ | Fourth Cause of Action for Inverse Condemnation |
| 5 | ☒ | Fifth Cause of Action for Public Nuisance |
| 6 | ☒ | Sixth Cause of Action for Private Nuisance |
| 7 | ☒ | Seventh Cause of Action for Premises Liability |
| 8 | ☒ | Eighth Cause of Action for Trespass |
| 9 | ☒ | Ninth Cause of Action for Private Action Under Public Utilities Code § 2106 |
| 10 | ☒ | Tenth Cause of Action for Violation of Health & Safety Code § 13007 |
| 11 | ☒ | Eleventh Cause of Action for Negligent Infliction of Emotional Distress |

4.      Plaintiff(s) respectfully reserve(s) the right to seek transfer or remand of the trial of this action to the County of Sonoma, Napa, or another appropriate venue.

### ADDRESSES OF ALL AFFECTED PROPERTIES

Plaintiff(s) allege(s) the following properties have been impacted by the CALIFORNIA NORTH BAY FIRES for which Plaintiff(s) seeks recovery:  5375 Linda Lane, Santa Rosa, California 95404, Sonoma County

### SPECIFY WHETHER PLAINTIFF(S) ARE:

| | ☒ | Insured by Farmers Insurance |
| | ☐ | Uninsured |
| | ☒ | Owner of real property |
| | ☐ | Renter of real property |
| | ☐ | Business owner |
| | ☐ | Employee |
| | ☐ | Other [Please indicate] |

### CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFF(S):

| | ☐ | Atlas Fire (Master Complaint ¶¶ 80-86) |

JCCP 4955

| | |
|---|---|
| 1 | ☐ Cascade/LaPorte Fire (Master Complaint ¶¶ 87-91) |
| 2 | ☐ Cherokee Fire (Master Complaint ¶¶ 92-93) |
| 3 | ☐ Honey Fire (Master Complaint ¶¶ 94-95) |
| 4 | ☐ Lobo Fire (Master Complaint ¶¶ 96-97) |
| 5 | ☐ Maacama or No Name Fire (Master Complaint ¶¶ 98-99) |
| 6 | ☐ McCourtney Fire (Master Complaint ¶¶ 100-101) |
| 7 | ☐ Nuns Fire (Master Complaint ¶¶ 102-109) |
| 8 | ☐ Pocket Fire (Master Complaint ¶¶ 110-111) |
| 9 | ☐ Point Fire (Master Complaint ¶¶ 112-113) |
| 10 | ☐ Redwood Valley/ Potter Fires (Master Complaint ¶¶ 114-116) |
| 11 | ☐ Sullivan Fire (Master Complaint ¶¶ 117-119) |
| 12 | ☐ Sulphur Fire (Master Complaint ¶¶ 120-122) |
| 13 | ☒ Tubbs Fire (Master Complaint ¶¶ 123-127) |
| 14 | ☐ Highway 37 Fire (Master Complaint ¶¶ 128-129) |
| 15 | ☐ Other Ignition Point [Describe in Additional Allegations Section below, p. 7] |

**PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:**

☒ Wrongful death and survival

☒ Personal injury

☒ Emotional distress (including but not limited to presence in zone of danger) and/or bystander claims)

☒ Mental anguish (including but not limited to loss of use and enjoyment of property under nuisance)

☒ Residence destroyed

☒ Residence damaged

☒ Other structures destroyed

☒ Other structures damaged

☒ Real property improvements (fences, roads, well, septic system, etc.) destroyed

- 3 -

1 ☒ Real property improvements (fences, roads, well, septic system, etc.) damaged

2 ☒ Personal property damage

3 ☒ Damage to trees

4 ☒ Diminution in value of real property

5 ☒ Damage to crops

6 ☐ Damage to business equipment

7 ☐ Damage to business goodwill or brand

8 ☐ Loss of use of business property

9 ☐ Loss of future profits

10 ☐ Loss or reduction of future insurance benefits due to lower crop yield in 2017

11 ☒ Harm to pets or livestock

12 ☐ Employment-related damages

13 ### DAMAGES ALLEGED:

14 **AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

15
16 ☒ Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property;

17
18 ☒ All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs;

19 ☒ Prejudgment interest;

20 ☒ For such other and further relief as the Court shall deem just and proper.

21 **AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all according to proof, for:**

22
23 ☒ Loss of love, society, solace, companionship, comfort, care, assistance, protection, affection, and moral support from Decedent/s;

24 ☒ Funeral and burial expenses, and related medical expenses;

25 ☒ Economic loss, including but not limited to the loss of financial support and/or the loss of household services;

26
27 ☒ Recovery of Decedent/s' damages as allowed under Code of Civil Procedure § 377.30 under the causes of action alleged in the Master Complaint for, *inter alia,*

28

- 4 -

SHORT FORM COMPLAINT OF KATHY GROPPE, KEN KIRVEN, BRIAN KIRVEN, ESTATE OF KIRVEN

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 7 of 54

inverse condemnation, negligence, nuisance, premises liability, trespass, and violations of statutes and regulations;

☒ Expenses for the identification and/or removal of Decedent/s' remains and other medical and/or emergency services;

☒ Punitive and exemplary damages as allowed under Civil Code § 3294;

☒ All costs of suit;

☒ Prejudgment interest; and

☒ For such other and further relief as the Court shall deem just and proper.

**AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and Violation of Health & Safety Code § 13007, all according to proof, for:**

☒ Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost personal and/or real property;

☒ Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns;

☒ Lost wages and/or earning capacity;

☒ Additional living expenses, and/or other related displacement expenses;

☒ Past and future medical expenses and incidental expenses;

☒ General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury;

☒ An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165;

☒ An order to abate the existing and continuing nuisances caused by the California North Bay Fires;

☒ Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346;

☒ Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733;

☒ Exemplary damages as allowed under Civil Code § 3294;

☒ Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340;

☒ Exemplary damages as allowed under Public Utilities Code § 2106;

- 5 -

Case: 19-30088   Doc# 290479   Filed: 07/30/19   Entered: 07/30/19 12:53:16   Page 8 of 54

SHORT FORM COMPLAINT OF KATHY GOTTLIEB KEN KIRVEN, BRIAN KIRVEN, ESTATE OF KIRVEN

| | |
|---|---|
| 1 | ☒ | Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9; |
| 2 | ☒ | All costs of suit; |
| 3 | ☒ | Prejudgment interest; and |
| 4 | ☒ | For such other and further relief as the Court shall deem just and proper. |

**ADDITIONAL ALLEGATIONS, IF ANY**

**(Plaintiff-Specific, not Addressed by Master Complaint)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**DEMAND FOR JURY TRIAL**

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: April 24, 2018                    ABBEY, WEITZENBERG, WARREN & EMERY PC

By _____

MICHAEL D. GREEN
BRENDAN M. KUNKLE
SCOTT R. MONTGOMERY
Attorneys for Plaintiffs

- 6 -

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 9 of 54

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** PACIFIC GAS AND ELECTRIC COMPANY,
*(AVISO AL DEMANDADO):* PG&E CORPORATION, AND DOES 1
THROUGH 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** ARMANDO A. BERRIZ, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* individual; ARMANDO J.
BERRIZ, an individual; CARMEN T. MEISSNER, an individual; MONICA
BERRIZ, an individual; and THE ESTATE OF CARMEN CALDENTEY

Additional Parties Attachment form is attached.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER:<br>*(Número del Caso)* |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Francisco<br>400 McAllister Street<br>San Francisco, California 94102 | CGC - 18 - 566428 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Rahul Ravipudi, Esq. (SBN 204519) PANISH SHEA & BOYLE LLP
11111 Santa Monica Blvd., Suite 700, LOS ANGELES, CA 90025                310-477-1700

| DATE:<br>*(Fecha)* MAY 09 2018 | Clerk, by CLERK OF THE COURT<br>*(Secretario)* KALENE APOLONIC | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| SHORT TITLE: Berriz, et al. v. Pacific Gas and Electric Company, et al. | CASE NUMBER: CGC-18-566428 |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[X] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

BERRIZ, by and through its Successor-in-Interest, ARMANDO A. BERRIZ,

Page ___1___ of ___1___

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Westlaw Doc & Form Builder™

1  **PANISH SHEA & BOYLE LLP**
   BRIAN PANISH, State Bar No. 116060
2  RAHUL RAVIPUDI, State Bar No. 204519
   LYSSA A. ROBERTS, State Bar No. 235049
3  11111 Santa Monica Boulevard, Suite 700
   Los Angeles, California 90025
4  Telephone: 310.477.1700
   Facsimile: 310.477.1699

5  **COTCHETT, PITRE & McCARTHY, LLP**
   FRANK M. PITRE, State Bar No. 100077
6  840 Malcolm Road, Suite 200
   Burlingame, California 94010
7  Telephone: 650.697.6000
   Facsimile: 650.697.0577

8  **WALKUP, MELODIA, KELLY & SCHOENBERGER**
   MICHAEL A. KELLY, State Bar No. 71460
9  KHALDOUN A. BAGHDADI, State Bar No. 190111
   650 California Street, 26th Floor
10 San Francisco, California 94108
   Telephone: 415.981.7210
11 Facsimile: 415.391.6965

12 Attorneys for Plaintiffs

13

14          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15                  **COUNTY OF SAN FRANCISCO**

16

17 COORDINATION PROCEEDING          JCCP 4955
   Special Title (California Rule of Court 3.550)
18                                   **SHORT FORM COMPLAINT**
   ARMANDO A. BERRIZ, an individual;
19 ARMANDO J. BERRIZ, an individual;    TUBBS-PSB-0001
   CARMEN T. MEISSNER, an individual;
20 MONICA BERRIZ, an individual; and THE
   ESTATE OF CARMEN CALDENTEY
21 BERRIZ, by and through its Successor-in-
   Interest, ARMANDO A. BERRIZ,
22
                Plaintiffs,
23
            v.
24
   PACIFIC GAS AND ELECTRIC
25 COMPANY, PG&E CORPORATION, AND
   DOES 1 THROUGH 20, inclusive
26
                Defendants.
27

28

ENDORSED
F I L E D
San Francisco County Superior Court

MAY 0 9 2018

CLERK OF THE COURT
BY: _____ KALENE APOLONIO
                        Deputy Clerk

CGC-18-566428

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1    Pursuant to Case Management Order No. 1 Plaintiffs hereby submit this Short Form Complaint

2  ("SFC") against Defendants identified below, and hereby adopt and incorporate by reference as set

3  forth in Plaintiffs' most recent Master Complaint filed in this matter on March 12, 2018, and any and

4  all later amendments thereto.

5    PLAINTIFF <u>ARMANDO A. BERRIZ</u>, an individual and Successor-in-Interest of THE

6  ESTATE OF CALDENTEY BERRIZ was damaged by the North Bay Fires as set forth below and

7  makes the claims set forth below.

8    PLAINTIFF <u>ARAMANDO J. BERRIZ</u>, an individual, was damaged by the North Bay Fires as

9  set forth below and makes the claims set forth below.

10    PLAINTIFF <u>CARMEN T. MEISSNER</u>, an individual, was damaged by the North Bay Fires as

11  set forth below and makes the claims set forth below.

12    PLAINTIFF <u>MONICA BERRIZ</u>, an individual, was damaged by the North Bay Fires as set

13  forth below and makes the claims set forth below.

14    PLAINTIFF <u>THE ESTATE OF CARMEN CALDENTEY BERRIZ</u>, by and through its

15  Successor-in-Interest, ARMANDO A. BERRIZ, were damaged by the North Bay Fires as set forth

16  below and make the claims set forth below.

17    **WRONGFUL DEATH CLAIM:** Decedent CARMEN CALDENTEY BERRIZ sustained

18  fatal injuries as a result of the NORTH BAY FIRES and died on October 9, 2017. The following

19  plaintiffs are the heirs of Decedent, or other persons entitled to bring an action for the wrongful death

20  of Decedent, and bring the applicable causes of action alleged in the SFC, pursuant to section 377.60

21  of the California Code of Civil Procedure: ARMANDO A. BERRIZ, husband of decedent;

22  ARMANDO J. BERRIZ, son of decedent; CARMEN T. MEISSNER, daughter of decedent;

23  MONICA BERRIZ, daughter of decedent.

24    **SURVIVOR CLAIM:** Decedent CARMEN CALDENTEY BERRIZ sustained fatal injuries

25  as a result of the NORTH BAY FIRES and died on October 9, 2017. The following Plaintiffs are the

26  successors and/or representatives in interest of Decedent, and bring the applicable causes of action

27  alleged in the SFC, pursuant to <u>Code of Civil Procedure</u> § 377.30: THE ESTATE OF CARMEN

28  CALDENTY BERRIZ, by and through its Successor-in-Interest, ARMANDO A. BERRIZ.

Case: 19-30088   Doc# 2904-6   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 13
of 54

**PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**

1.   Plaintiffs refer to and incorporate herein by reference that Master Complaint filed on behalf of Individual Plaintiffs in the CALIFORNIA NORTH BAY FIRE CASES, Judicial Council Coordinated Proceeding No. 4955, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

2.   Plaintiffs adopt each of the general allegations of the Master Complaint.

3.   Plaintiffs incorporate by reference each of the causes of action in the Master Complaint checked below against those Defendants named in that cause of action:

☒   First Cause of Action for Negligence

☒   Second Cause of Action for Wrongful Death

☒   Third Cause of Action for Survival Action

☒   Fourth Cause of Action for Inverse Condemnation

☒   Fifth Cause of Action for Public Nuisance

☒   Sixth Cause of Action for Private Nuisance

☒   Seventh Cause of Action for Premises Liability

☒   Eighth Cause of Action for Trespass

☒   Ninth Cause of Action for Private Action Under Public Utilities Code § 2106

☒   Tenth Cause of Action for Violation of Health & Safety Code § 13007

☒   Eleventh Cause of Action for Negligent Infliction of Emotional Distress

4.   Plaintiffs respectfully reserve the right to seek transfer or remain of trial of this action to the County of Sonoma, Napa, or another appropriate venue.

**ADDRESSES OF ALL AFFECTED PROPERTIES**

Plaintiffs allege the following properties have been impacted by the CALIFORNIA NORTH BAY FIRES: 5610 Crystal Court, Santa Rosa, California, 95404.

**SPECIFY WHETHER PLAINTIFFS ARE:**

☐   Insured by [Name of Insurer]

☐   Uninsured

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

Case: 19-30088   Doc# 2904-6   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 14 of 54

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1  ☐  Owner of real property

2  ☐  Renter of real property

3  ☐  Business owner

4  ☐  Employee

5  ☒  Other: Plaintiffs were renting the property for vacation. Property owner, Dan
6      Brown, has State Farm Insurance.

7

8  **CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFFS:**

9  ☐  Atlas Fire (Master Complaint ¶¶ 80-86)

10  ☐  Cascade/LaPorte Fire (Master Complaint ¶¶ 87-91)

11  ☐  Cherokee Fire (Master Complaint ¶¶ 92-93)

12  ☐  Honey Fire (Master Complaint ¶¶ 94-95)

13  ☐  Lobo Fire (Master Complaint ¶¶ 96-97)

14  ☐  Maacama or No Name Fire (Master Complaint ¶¶ 98-99)

15  ☐  McCourtney Fire (Master Complaint ¶¶ 100-101)

16  ☐  Nuns Fire (Master Complaint ¶¶ 102-109)

17  ☐  Pocket Fire (Master Complaint ¶¶ 110-111)

18  ☐  Point Fire (Master Complaint ¶¶ 112-113)

19  ☐  Redwood Valley/ Potter Fires (Master Complaint ¶¶ 114-116)

20  ☐  Sullivan Fire (Master Complaint ¶¶ 117-119)

21  ☐  Sulphur Fire (Master Complaint ¶¶ 120-122)

22  ☒  Tubbs Fire (Master Complaint ¶¶ 123-127)

23  ☐  Highway 37 Fire (Master Complaint ¶¶ 128-129)

24  ☐  Other Ignition Point [Describe in Additional Allegations Section below, p. 7]

25

26  **PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:**

27  ☒  Wrongful death and survival

28  ☒  Personal injury

4                                                    JCCP 4955
SHORT FORM COMPLAINT

☒ Emotional distress (including but not limited to presence in zone of danger) and/or bystander claims)

☒ Mental anguish (including but not limited to loss of use and enjoyment of property under nuisance)

☐ Residence destroyed

☐ Residence damaged

☐ Other structures destroyed

☐ Other structures damaged

☐ Real property improvements (fences, roads, well, septic system, etc.) destroyed

☐ Real property improvements (fences, roads, well, septic system, etc.) damaged

☒ Personal property damage

☐ Damage to trees

☐ Diminution in value of real property

☐ Damage to crops

☐ Damage to business equipment

☐ Damage to business goodwill or brand

☐ Loss of use of business property

☐ Loss of future profits

☐ Loss or reduction of future insurance benefits due to lower crop yield in 2017

☐ Harm to pets or livestock

☒ Employment-related damages

**DAMAGES ALLEGED:**

**AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

☒ Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property;

☒ All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs;

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1  ☒  Prejudgment interest;

2  ☒  For such other and further relief as the Court shall deem just and proper.

3  **AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all
4  according to proof, for:**

5  ☒  Loss of love, society, solace, companionship, comfort, care, assistance, protection,
   affection, and moral support from Decedent/s;

6  ☒  Funeral and burial expenses, and related medical expenses;

7  ☒  Economic loss, including but not limited to the loss of financial support and/or the
8     loss of household services;

9  ☒  Recovery of Decedent/s' damages as allowed under Code of Civil Procedure §
      377.30 under the causes of action alleged in the Master Complaint for, *inter alia*,
10    inverse condemnation, negligence, nuisance, premises liability, trespass, and
      violations of statutes and regulations;

11 ☒  Expenses for the identification and/or removal of Decedent/s' remains and other
12    medical and/or emergency services;

13 ☒  Punitive and exemplary damages as allowed under Civil Code § 3294;

14 ☒  All costs of suit;

15 ☒  Prejudgment interest; and

16 ☒  For such other and further relief as the Court shall deem just and proper.

17 **AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance,
   Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and
18 Violation of Health & Safety Code § 13007, all according to proof, for:**

19 ☒  Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost
      personal property and/or real property;

20 ☒  Loss of use, income, wages, earning capacity, goodwill, profits or proceeds,
      increased operating expenses, and/or all other detriment proximately caused by the
21    harm to Plaintiffs' business property or concerns;

22 ☒  Lost wages and/or earning capacity;

23 ☒  Additional living expenses, and/or other related displacement expenses;

24 ☒  Past and future medical expenses and incidental expenses;

25 ☒  General damages for fear, worry, annoyance, disturbance, inconvenience, mental
26    anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of
      property, and personal injury;

27 ☒  An order enjoining continued violation of: (a) Public Resources Code §§ 4292,
28    4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission
      General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d)

Case: 19-30088   Doc# 2904-6   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 17
of 54

Public Utilities Commission General Order 165;

☒ An order to abate the existing and continuing nuisances caused by the California North Bay Fires;

☒ Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346;

☒ Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733;

☒ Exemplary damages as allowed under Civil Code § 3294;

☒ Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340;

☒ Exemplary damages as allowed under Public Utilities Code § 2106;

☒ Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9;

☒ All costs of suit;

☒ Prejudgment interest; and

☒ For such other and further relief as the Court shall deem just and proper.

### ADDITIONAL ALLEGATIONS, IF ANY

### (Plaintiff-Specific, not Addressed by Master Complaint)

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 18 of 54

## DEMAND FOR JURY TRIAL

PLAINTIFFS hereby demand a trial by jury as to all claims in this action.

DATED: May 9, 2018

PANISH SHEA & BOYLE LLP

By: _____

Brian Panish
Rahul Ravipudi
Lyssa Roberts
Attorneys for Plaintiffs

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 19
of 54

FAXED

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1 | **PANISH SHEA & BOYLE LLP**
BRIAN PANISH, State Bar No. 116060
2 | RAHUL RAVIPUDI, State Bar No. 204519
LYSSA A. ROBERTS, State Bar No. 235049
3 | 11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
4 | Telephone: 310.477.1700
Facsimile: 310.477.1699

5 | **COTCHETT, PITRE & McCARTHY, LLP**
FRANK M. PITRE, State Bar No. 100077
6 | 840 Malcolm Road, Suite 200
Burlingame, California 94010
7 | Telephone: 650.697.6000
Facsimile: 650.697.0577

8 | **WALKUP, MELODIA, KELLY & SCHOENBERGER**
MICHAEL A. KELLY, State Bar No. 71460
9 | KHALDOUN A. BAGHDADI, State Bar No. 190111
650 California Street, 26th Floor
10 | San Francisco, California 94108
Telephone: 415.981.7210
11 | Facsimile: 415.391.6965

12 | Attorneys for Plaintiffs

ENDORSED
**F I L E D**
*San Francisco County Superior Court*

MAY 0 9 2018

CLERK OF THE COURT
BY: KALENE APOLONIO
Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

COORDINATION PROCEEDINGS
Special Title (California Rule of Court 3.550)

CALIFORNIA NORTH BAY FIRES

ARMANDO A. BERRIZ, an individual;
ARAMANDO J. BERRIZ, an individual;
CARMEN T. MEISSNER, an individual;
MONICA BERRIZ, an individual; and THE
ESTATE OF CARMEN BERRIZ, by and
through its Successor-in-Interest, ARMANDO
A. BERRIZ,

         Plaintiffs,

    v.

PACIFIC GAS AND ELECTRIC
COMPANY, PG&E CORPORATION, AND
DOES 1 THROUGH 20,

         Defendants.

JCCP4955 CGC-18-566428

**DECLARATION OF ARMANDO A.
BERRIZ AS THE SUCCESSOR IN
INTEREST TO THE ESTATE OF
CARMEN CALDENTEY BERRIZ
PURSUANT TO C.C.P. §377.32**

DECLARATION OF ARMANDO A. BERRIZ AS THE SUCCESSOR
IN INTEREST TO THE ESTATE OF CARMEN CALDENTEY BERRIZ

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

## DECLARATION OF ARMANDO A. BERRIZ

I, ARMANDO A. BERRIZ, in accordance with the provisions of Section 377.32 of the <u>Code of Civil Procedure</u>, declare and say that:

1.     Decedent CARMEN CALDENTEY BERRIZ (DOB: June 24, 1942), died on October 9, 2017, in the County of Sonoma, State of California as a result of the Santa Rosa fires.

2.     Decedent CARMEN CALDENTEY BERRIZ was my wife at the time of her death.

3.     No proceeding is now pending in California for the administration of Decedent's estate.

4.     This declarant, as the husband of the decedent, is the decedent's successor in interest as defined in <u>Code of Civil Procedure</u> §377.11, and succeeds to the Decedent's interests in all respects. No other person has a superior right to commence the action or proceeding or to be substituted for the Decedent in the pending action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 30 , 2018, at  Agoura Hills , California.

_____
ARMANDO A. BERRIZ, Declarant

2

DECLARATION OF ARMANDO A. BERRIZ AS THE SUCCESSOR
IN INTEREST TO THE ESTATE OF CARMEN CALDENTEY BERRIZ

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rahul Ravipudi, Esq.   SBN: 204519<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700, LOS ANGELES, CA 90025<br>TELEPHONE NO.:310-477-1700   FAX NO.:310-477-1699<br>ATTORNEY FOR (Name):Plaintiffs | **ENDORSED**<br>**FILED**<br>San Francisco County Superior Court<br><br>MAY 09 2018<br><br>CLERK OF THE COURT<br>KALENE APOLONIO<br>BY: _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Civic Center Courthouse

CASE NAME: Berriz, et al v. Pacific Gas and Electric Company, et al.

CASE NUMBER: CGC-18-566428

| CIVIL CASE COVER SHEET | Complex Case Designation | JUDGE: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [X] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): 1. Negligence 2.Wrongful Death 3.Survival Action 4.Inverse Condemnation 5.Public
5. This case [ ] is [X] is not a class action suit. 6. Private Nuisance 7.Premises Liability 8.Trespass 9.Private Action
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)  10. Violation of Health 11.Negligent Infliction

Date:May 9, 2018
Rahul Ravipudi, Esq.
_____ ► _____
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*

**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer*
        *or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
        *domain, landlord/tenant, or*
        *foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-*
        *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
        *harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 23
of 54

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

ARMANDO A. BERRIZ et al

PLAINTIFF (S)

VS.

PACIFIC GAS AND ELECTRIC COMPANY et al

DEFENDANT (S)

**Case Management Department 610
Case Management Order**

**NO. CGC-18-566428**

**Order Continuing Case
Management Conference**

TO: ALL COUNSEL AND SELF-REPRESENTED LITIGANTS

The Oct-10-2018 CASE MANAGEMENT CONFERENCE is canceled, and it is hereby ordered:

This case is set for a case management conference on Jan-16-2019 in Department 610 at 10:30 am for status of coordination.

NOTE: Plaintiff to comply with CRC 3.529.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than fifteen (15) days before the case management conference. However, it would facilitate the issuance of a case management order without an appearance at the case management conference if the case management statement is filed, served and lodged in Department 610 twenty-five (25) days before the case management conference.

PLAINTIFF(S) must serve a copy of this notice on all parties not listed on the attached proof of service within five (5) days of the date of this order.

DATED: SEP-24-2018

TERI L. JACKSON

JUDGE OF THE SUPERIOR COURT

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on SEP-24-2018 I served the attached Order Continuing Case Management Conference by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated : SEP-24-2018             By: DARLENE LUM

MICHAEL ALBERT KELLY (071460)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 CALIFORNIA ST., 26TH FL.
SAN FRANCISCO, CA 94108

FRANK MARIO PITRE (100077)
COTCHETT, PITRE & MCCARTHY, LLP
840 MALCOLM ROAD, STE. 200
BURLINGAME, CA 94010

BRIAN J PANISH (116060)
PANISH, SHEA & BOYLE LLP
11111 SANTA MONICA BLVD
SUITE 700
LOS ANGELES, CA 90025

BRIAN J PANISH (116060)
PANISH, SHEA & BOYLE LLP
11111 SANTA MONICA BLVD
SUITE 700
LOS ANGELES, CA 90025

CERTIFICATE OF SERVICE BY MAIL

Form 000003

Bill Robins III (SBN 296101)
Robert T. Bryson (SBN 156953)
Kevin M. Pollack (SBN 272786)
ROBINS CLOUD LLP
808 Wilshire Boulevard, Suite 450
Santa Monica, CA 90401
Tel.: (310) 929-4200 / Fax: (310) 566-5900
robins@robinscloud.com
rbryson@robinscloud.com
kpollack@robinscloud.com

Attorneys for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COORDINATION PROCEEDING | JCCP 4955 |
| Special Title (California Rule of Court 3.550) | **INDIVIDUAL PLAINTIFFS' SHORT FORM COMPLAINT** |
| CALIFORNIA NORTH BAY FIRES | |
| PHYLLIS LOWE AND LOWE FAMILY TRUST | TUBBS-ROCL-0086 |
| Plaintiff/s | |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, PG&E CORPORATION, AND DOES 1 THROUGH 20, | |
| Defendants. | |

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 26
of 54

Pursuant to Case Management Order No. 1, Plaintiff(s) hereby submit(s) this Short Form Complaint ("SFC") against Defendants identified below, and hereby adopt(s) and incorporate(s) by reference as set forth in Plaintiffs' most recent Master Complaint filed in this matter on March 12, 2018, and any and all later amendments thereto.

PLAINTIFF PHYLLIS LOWE  in her personal capacity and as trustee of the LOWE FAMILY TRUST was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF RANDY LOWE as Trustee of the LOWE FAMILY TRUST was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

**PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**

1. Notice of Adoption of the Master Complaint. Plaintiff(s) refer(s) to and incorporate(s) herein by reference that Master Complaint filed on behalf of Individual Plaintiffs in the CALIFORNIA NORTH BAY FIRE CASES, Judicial Council Coordinated Proceeding No. 4955, as though fully set forth herein.  Plaintiff(s) hereby adopt(s) the Master Complaint and agree(s) to be bound by any rulings with respect to the pleadings.

2. Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: None.

3. Plaintiff(s) incorporate(s) by reference each of the causes of action in the Master Complaint checked below against those Defendants named in that cause of action:

☒      First Cause of Action for Negligence

☐      Second Cause of Action for Wrongful Death

☐      Third Cause of Action for Survival Action

☒      Fourth Cause of Action for Inverse Condemnation

☒      Fifth Cause of Action for Public Nuisance

☒      Sixth Cause of Action for Private Nuisance

☒      Seventh Cause of Action for Premises Liability

☒      Eighth Cause of Action for Trespass

☒      Ninth Cause of Action for Private Action Under Public Utilities Code § 2106

1   ☒      Tenth Cause of Action for Violation of Health & Safety Code § 13007

2   ☒      Eleventh Cause of Action for Negligent Infliction of Emotional Distress

In addition to the defendant(s) named in the Master Complaint, Plaintiff(s) also name(s) the following individual(s) as Nominal Defendant(s): At this time, Plaintiffs reserve the right to assert additional allegations at a future date.

    4.     Plaintiff(s) respectfully reserve(s) the right to seek transfer or remand of the trial of this action to the County of Sonoma, Napa, or another appropriate venue.

### ADDRESSES OF ALL AFFECTED PROPERTIES

Plaintiff(s) allege(s) the following properties have been impacted by the CALIFORNIA NORTH BAY FIRES for which Plaintiff(s) seeks recovery: 2006 Bracken Court, Santa Rosa, CA 95403 APN 173-590-013-000.

### SPECIFY WHETHER PLAINTIFF(S) ARE:

☒      Insured by: Nationwide AMCO Insurance Co.

☐      Uninsured

☒      Owner of real property

☐      Renter of real property

☐      Business owner

☐      Employee

☐      Other

### CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFF(S):

☐      Atlas Fire (Master Complaint ¶¶ 80-86)

☐      Cascade/LaPorte Fire (Master Complaint ¶¶ 87-91)

☐      Cherokee Fire (Master Complaint ¶¶ 92-93)

☐      Honey Fire (Master Complaint ¶¶ 94-95)

☐      Lobo Fire (Master Complaint ¶¶ 96-97)

☐      Maacama or No Name Fire (Master Complaint ¶¶ 98-99)

☐      McCourtney Fire (Master Complaint ¶¶ 100-101)

Case: 19-30088   Doc# 2904-6   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 28 of 54

| | |
|---|---|
| 1 | ☐ Nuns Fire (Master Complaint ¶¶ 102-109) |
| 2 | ☐ Pocket Fire (Master Complaint ¶¶ 110-111) |
| 3 | ☐ Point Fire (Master Complaint ¶¶ 112-113) |
| 4 | ☐ Redwood Valley/ Potter Fires (Master Complaint ¶¶ 114-116) |
| 5 | ☐ Sullivan Fire (Master Complaint ¶¶ 117-119) |
| 6 | ☐ Sulphur Fire (Master Complaint ¶¶ 120-122) |
| 7 | ☒ Tubbs Fire (Master Complaint ¶¶ 123-127) |
| 8 | ☐ Highway 37 Fire (Master Complaint ¶¶ 128-129) |
| 9 | ☐ Other Ignition Point [Describe in Additional Allegations Section below, p. 7] |
| 10 | |
| 11 | **PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:** |
| 12 | ☐ Wrongful death and survival |
| 13 | ☐ Personal injury |
| 14 | ☒ Emotional distress (including but not limited to presence in zone of danger) and/or bystander claims) |
| 15 | |
| 16 | ☒ Mental anguish (including but not limited to loss of use and enjoyment of property under nuisance) |
| 17 | ☒ Residence destroyed |
| 18 | ☐ Residence damaged |
| 19 | ☒ Other structures destroyed |
| 20 | ☐ Other structures damaged |
| 21 | ☒ Real property improvements (fences, roads, well, septic system, etc.) destroyed |
| 22 | ☐ Real property improvements (fences, roads, well, septic system, etc.) damaged |
| 23 | ☒ Personal property damage |
| 24 | ☒ Damage to trees |
| 25 | ☒ Diminution in value of real property |
| 26 | ☐ Damage to crops |
| 27 | ☐ Damage to business equipment |
| 28 | ☐ Damage to business goodwill or brand |

PHYLLIS LOWE AND LOWE FAMILY TRUST SHORT FORM COMPLAINT

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 29 of 54

| | |
|---|---|
| 1 | ☐ Loss of use of business property |
| 2 | ☐ Loss of future profits |
| 3 | ☐ Loss or reduction of future insurance benefits due to lower crop yield in 2017 |
| 4 | ☐ Harm to pets or livestock |
| 5 | ☐ Employment-related damages |

6 **DAMAGES ALLEGED:**

7 **AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

8 ☒ Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property;

☒ All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs;

12 ☒ Prejudgment interest;

13 ☒ For such other and further relief as the Court shall deem just and proper.

14 **AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all according to proof, for:**

16 ☐ Loss of love, society, solace, companionship, comfort, care, assistance, protection, affection, and moral support from Decedent/s;

17 ☐ Funeral and burial expenses, and related medical expenses;

18 ☐ Economic loss, including but not limited to the loss of financial support and/or the loss of household services;

20 ☐ Recovery of Decedent/s' damages as allowed under Code of Civil Procedure § 377.30 under the causes of action alleged in the Master Complaint for, *inter alia*, inverse condemnation, negligence, nuisance, premises liability, trespass, and violations of statutes and regulations;

22 ☐ Expenses for the identification and/or removal of Decedent/s' remains and other medical and/or emergency services;

24 ☐ Punitive and exemplary damages as allowed under Civil Code § 3294;

25 ☐ All costs of suit;

26 ☐ Prejudgment interest; and

27 ☐ For such other and further relief as the Court shall deem just and proper.

28

Case: 19-30088   Doc# 2904   Filed: 07/09/19   Entered: 07/09/19 12:59:18   Page 30 of 54

**AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and Violation of Health & Safety Code § 13007, all according to proof, for:**

☒ Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost personal and/or real property;

☐ Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns;

☐ Lost wages and/or earning capacity;

☒ Additional living expenses, and/or other related displacement expenses;

☐ Past and future medical expenses and incidental expenses;

☒ General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury;

☒ An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165;

☒ An order to abate the existing and continuing nuisances caused by the California North Bay Fires;

☒ Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346;

☒ Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733;

☒ Exemplary damages as allowed under Civil Code § 3294;

☐ Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340;

☒ Exemplary damages as allowed under Public Utilities Code § 2106;

☒ Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9;

☒ All costs of suit;

☒ Prejudgment interest; and

☒ For such other and further relief as the Court shall deem just and proper.

Case: 19-30088   Doc# 7904-6   Filed: 06/09/20   Entered: 06/09/20 12:59:18   Page 31 of 54

**ADDITIONAL ALLEGATIONS, IF ANY**

**(Plaintiff-Specific, not Addressed by Master Complaint)**

At this time, Plaintiffs reserve the right to assert additional allegations at a future date.

**<u>DEMAND FOR JURY TRIAL</u>**

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: July 8, 2019

ROBINS CLOUD LLP

By _____
      Bill Robins
      Robert Bryson
      Kevin Pollack
      Attorneys for Plaintiffs

- 6 -

JCCP 4955

Case: 19-30088    Doc# 2904-6    Filed: 07/09/19    Entered: 07/09/19 12:59:18    Page 32 of 54

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ALISON E. CORDOVA (SBN 284942)
acordova@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, OA 94010
Telephone: (650) 697-6000 Facsimile: (650) 697 0577

STEVEN M. CAMPORA (SBN 110909)
scampora@dbbwlaw.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500 Facsimile: (916)379-3599

*Attorneys for Plaintiffs*

[Additional co-counsel listed on the signature page])

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COORDINATION PROCEEDING | JCCP 4955 |
| Special Title (California Rule of Court 3.550) | **San Francisco Superior Court** |
| CALIFORNIA NORTH BAY FIRES | |
| DON KAMPRATH, individually and as TRUSTEE of Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust; and RUTH KAMPRATH, individually and as TRUSTEE of Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust; and Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust | **INDIVIDUAL PLAINTIFFS' SHORT FORM COMPLAINT** <br><br> TUBBS-CPMC-0062 |
| Plaintiffs, | |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, PG&E CORPORATION, AND DOES 1 THROUGH 20, | |
| Defendants. | |

SHORT FORM COMPLAINT OF DON KAMPRATH AND RUTH KAMPRATH , ET AL.]
JCCP 4955

1    Pursuant to Case Management Order No. 1 Plaintiff(s) hereby submit this Short Form

2    Complaint ("SFC") against Defendants identified below, and hereby adopt and incorporate by

3    reference as set forth in Plaintiffs' most recent Master Complaint filed in this matter On March 12,

4    2018, and any and all later amendments thereto.

5        PLAINTIFF <u>DON KAMPRATH</u>, individually was damaged by the North Bay Fires as set

6    forth below and makes the claims set forth below.

7        PLAINTIFF <u>RUTH KAMPRATH</u>, individually was damaged by the North Bay Fires as

8    set forth below and makes the claims set forth below.

9

10   **PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**

11       1.    Plaintiff(s) refer to and incorporate herein by reference that Master Complaint filed

12   on behalf of Individual Plaintiffs in the CALIFORNIA NORTH BAY FIRE CASES, Judicial

13   Council Coordinated Proceeding No. 4955, as though fully set forth herein.  Plaintiff(s) hereby

14   adopt(s) the Master Complaint and agrees to be bound by any rulings with respect to the

15   pleadings.

16       2.    Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint except

17   for those paragraph numbers set forth here, if any: Not applicable.

18       3.    Plaintiff(s) incorporate(s) by reference each of the causes of action in the Master

19   Complaint checked below against those Defendants named in that cause of action:

20   ☒    First Cause of Action for Negligence

21   ☐    Second Cause of Action for Wrongful Death

22   ☐    Third Cause of Action for Survival Action

23   ☒    Fourth Cause of Action for Inverse Condemnation

24   ☒    Fifth Cause of Action for Public Nuisance

25   ☒    Sixth Cause of Action for Private Nuisance

26   ☒    Seventh Cause of Action for Premises Liability

27   ☒    Eighth Cause of Action for Trespass

28

SHORT FORM COMPLAINT OF DON KAMPRATH AND RUTH KAMPRATH, ET AL.,
JCCP 4955

1 ☒ Ninth Cause of Action for Private Action Under Public Utilities Code § 2106

2 ☒ Tenth Cause of Action for Violation of Health & Safety Code § 13007

3

4     4. In addition to the defendants named in the Master Complaint, Plaintiffs also name the following individuals as Nominal Defendants: Not applicable.

5     5. Plaintiffs respectfully reserve the right to seek transfer or remand of the trial of this action to the County of Sonoma, Napa, or another appropriate venue.

### ADDRESSES OF ALL AFFECTED PROPERTIES

Plaintiff(s) allege(s) the following properties have been impacted by the CALIFORNIA NORTH BAY FIRES for which Plaintiff(s) seeks recovery: 1282 Michele Way, Santa Rosa 95404.

### SPECIFY WHETHER PLAINTIFF(S) ARE:

☒ Insured by Hartford Insurance

☐ Uninsured

☒ Owner of real property

☐ Renter of real property

☐ Business owner

☐ Employee

☒ Other: [Retired]

### CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFF(S):

☐ Atlas Fire (Master Complaint ¶¶ 69-75)

☐ Cascade/LaPorte Fire (Master Complaint ¶¶ 76-80)

☐ Cherokee Fire (Master Complaint ¶¶ 81-82)

☐ Honey Fire (Master Complaint ¶¶ 83-84)

☐ Lobo Fire (Master Complaint ¶¶ 85-86)

☐ Maacama or No Name Fire (Master Complaint ¶¶ 89-90)

☐ McCourtney Fire (Master Complaint ¶¶ 89-90)

SHORT FORM COMPLAINT OF DON KAMPRATH AND RUTH KAMPRATH, ET AL.]

1 ☐ Nuns Fire (Master Complaint ¶¶ 91-98)

2 ☐ Pocket Fire (Master Complaint ¶¶ 99-100)

3 ☐ Point Fire (Master Complaint ¶¶ 101-102)

4 ☐ Redwood Valley Fire (Master Complaint ¶¶ 103-105)

5 ☐ Sulphur Fire (Master Complaint ¶¶ 106-108)

6 ☒ Tubbs Fire (Master Complaint ¶¶ 109-114)

7 ☐ 37 Fire (Master Complaint ¶¶ 115-116)

8

9 **PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:**

10 ☐ Wrongful death and survival

11 ☐ Personal injury

12 ☒ Emotional distress (resulting from presence in zone of danger)

13 ☒ Mental anguish (resulting from loss of use and enjoyment of property under nuisance)

14 ☒ Residence destroyed

15 ☒ Residence damaged

16 ☒ Other structures destroyed

17 ☒ Other structures damaged

18 ☒ Real property improvements (fences, roads, well, septic system, etc.) destroyed

19 ☒ Real property improvements (fences, roads, well, septic system, etc.) damaged

20 ☒ Personal property damage

21 ☒ Damage to trees

22 ☐ Harm to pets or livestock

23 ☐ Business-related damages

24 ☐ Employment-related damages

25

26 **DAMAGES ALLEGED:**

27

28

- 3 -

SHORT FORM COMPLAINT OF DON KAMPRATH AND RUTH KAMPRATH, ET AL.]

CCP 4955

**AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

☒    Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property;

☒    All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs;

☒    Prejudgment interest;

☒    For such other and further relief as the Court shall deem just and proper.

**AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all according to proof, for:**

☐    Loss of love, society, solace, companionship, comfort, care, assistance, protection, affection, and moral support from Decedent/s;

☐    Funeral and burial expenses, and related medical expenses;

☐    Economic loss, including but not limited to the loss of financial support and/or the loss of household services;

☐    Recovery of Decedent/s' damages as allowed under Code of Civil Procedure § 377.30 under the causes of action alleged in the Master Complaint for, *inter alia*, inverse condemnation, negligence, nuisance, premises liability, trespass, and violations of statutes and regulations;

☐    Expenses for the identification and/or removal of Decedent/s' remains and other medical and/or emergency services;

☐    Punitive and exemplary damages as allowed under Civil Code § 3294;

☐    All costs of suit;

☐    Prejudgment interest; and

☐    For such other and further relief as the Court shall deem just and proper.

**AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and Violation of Health & Safety Code § 13007, all according to proof, for:**

☒    Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost personal and/or real property;

☒    Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns;

☒    Lost wages and/or earning capacity;

CCP 4955

SHORT FORM COMPLAINT OF [JOHN KAMPRATH AND RUTH KAMPRATH, ET AL.]

| | | |
|---|---|---|
| 1 | ☒ | Additional living expenses, and/or other related displacement expenses; |
| 2 | ☐ | Past and future medical expenses and incidental expenses; |
| 3 4 | ☒ | General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury; |
| 5 6 | ☒ | An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165; |
| 7 8 | ☒ | An order to abate the existing and continuing nuisances caused by the California North Bay Fires; |
| 9 | ☒ | Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346; |
| 10 11 | ☒ | Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733; |
| 12 | ☒ | Exemplary damages as allowed under Civil Code § 3294; |
| 13 | ☐ | Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340; |
| 14 | ☒ | Exemplary damages as allowed under Public Utilities Code § 2106; |
| 15 16 | ☐ | Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9; |
| 17 | ☒ | All costs of suit; |
| 18 | ☒ | Prejudgment interest; and |
| 19 | ☒ | For such other and further relief as the Court shall deem just and proper. |

20

### ADDITIONAL ALLEGATIONS, IF ANY

**(Plaintiff-Specific, not Addressed by Master Complaint)**

_____

_____

_____

_____

_____

SHORT FORM COMPLAINT OF [DON KAMPRATH AND RUTH KAMPRATH, ET AL.]

## DEMAND FOR JURY TRIAL

PLAINTIFFS hereby demand a trial by jury as to all claims in this action.

DATED: July 8, 2019

**COTCHETT, PITRE & McCARTHY, LLP**

By _____

FRANK PITRE
ALISON CORDOVA
Attorneys for Plaintiffs

STEVEN M. CAMPORA
**DREY BABICH BUCCOLA WOOD CAMPORA,LLP**
20 Bicentennial Circle
Sacramento, CA 95826

**BRIAN J. PANISH**
**PANISH SHEA & BOYLE, LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025

**MICHAEL A. KELLY**
**WALKUP MELODIA KELLY & SCHOENBERGER**
650 California Street
San Francisco, CA 94108

**MICHAEL D. GREEN**
**ABBEY, WEITZENBERG, WARREN & EMERY, PC**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401

1  BRENDAN M. KUNKLE (SBN 173292)
   bkunkle@abbeylaw.com
2  MICHAEL D. GREEN (SBN 214142)
   mgreen@abbeylaw.com
3  SCOTT R. MONTGOMERY (SBN 278060)
   smontgomery@abbeylaw.com
4  **ABBEY, WEITZENBERG, WARREN & EMERY, PC**
5  100 Stony Point Rd, Suite 200
   Santa Rosa, CA 95401
6  Telephone: (707) 542-5050 Fax: (707) 542-2589

7  Attorneys for Plaintiff(s)

8

9

10

11

12

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                       COUNTY OF SAN FRANCISCO

15

16  COORDINATION PROCEEDING              JCCP 4955

17  Special Title (California Rule of Court 3.550)

18                                        **INDIVIDUAL PLAINTIFF'S SHORT
                                          FORM COMPLAINT**
19  CALIFORNIA NORTH BAY FIRES

20  JEREMY OLSAN, ANN DuBAY, BURTON      **TUBBS-AWWE-0087**
    FOHRMAN, RALEIGH FOHRMAN, THE
21  FOHRMAN FAMILY TRUST DATED
    FEBRUARY 3, 1976 and THE JEREMY L.
22  OLSAN AND ANN M. DuBAY TRUST DATED
    NOVEMBER 29, 2001,
23
            Plaintiff/s
24
                    v.
25  PACIFIC GAS AND ELECTRIC COMPANY,
    PG&E CORPORATION, AND DOES 1
26  THROUGH 20,

27          Defendants.

28                                                           JCCP 4955

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DuBAY, BURTON FOHRMAN, RALEIGH FOHRMAN,
THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY L. OLSAN AND ANN M.
DuBAY TRUST DATED NOVEMBER 29, 2001

Case: 19-30088    Doc# 6750-2    Filed: 04/11/20    Entered: 04/11/20 12:59:16    Page 40
of 54

Pursuant to Case Management Order No. 1, Plaintiff(s) hereby submit(s) this Short Form Complaint ("SFC") against Defendants identified below, and hereby adopt(s) and incorporate(s) by reference as set forth in Plaintiffs' most recent Master Complaint filed in this matter on March 12, 2018, and any and all later amendments thereto.

PLAINTIFF <u>JEREMY OLSAN</u> an individual was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>JEREMY OLSAN</u> as trustee of <u>THE JEREMY L. OLSAN AND ANN M. DuBAY TRUST DATED NOVEMBER 29, 2001</u> was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>ANN DuBAY</u> an individual was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>ANN DuBAY</u> as trustee of <u>THE JEREMY L. OLSAN AND ANN M. DuBAY TRUST DATED NOVEMBER 29, 2001</u> was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>BURTON FOHRMAN</u> an individual was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>BURTON FOHRMAN</u> as trustee of <u>THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976</u> was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>RALEIGH FOHRMAN</u> an individual was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

PLAINTIFF <u>RALEIGH FOHRMAN</u> as trustee of <u>THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976</u> was damaged by the North Bay Fires as set forth below and makes the claims set forth below.

**PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**

1.      Notice of Adoption of the Master Complaint. Plaintiff(s) refer(s) to and incorporate(s) herein by reference that Master Complaint filed on behalf of Individual Plaintiffs in

Case 18-10601-MFW    Doc 3137-2    Filed 01/27/20    Page 41 of 54

the CALIFORNIA NORTH BAY FIRE CASES, Judicial Council Coordinated Proceeding No. 4955, as though fully set forth herein. Plaintiff(s) hereby adopt(s) the Master Complaint and agree(s) to be bound by any rulings with respect to the pleadings.

2. Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint.

3. Plaintiff(s) incorporate(s) by reference each of the causes of action in the Master Complaint checked below against those Defendants named in that cause of action:

☒ First Cause of Action for Negligence

☐ Second Cause of Action for Wrongful Death

☐ Third Cause of Action for Survival Action

☒ Fourth Cause of Action for Inverse Condemnation

☒ Fifth Cause of Action for Public Nuisance

☒ Sixth Cause of Action for Private Nuisance

☒ Seventh Cause of Action for Premises Liability

☒ Eighth Cause of Action for Trespass

☒ Ninth Cause of Action for Private Action Under Public Utilities Code § 2106

☒ Tenth Cause of Action for Violation of Health & Safety Code § 13007

☒ Eleventh Cause of Action for Negligent Infliction of Emotional Distress

4. Plaintiff(s) respectfully reserve(s) the right to seek transfer or remand of the trial of this action to the County of Sonoma, Napa, or another appropriate venue.

## ADDRESSES OF ALL AFFECTED PROPERTIES

Plaintiff(s) allege(s) the following properties have been impacted by the CALIFORNIA NORTH BAY FIRES for which Plaintiff(s) seeks recovery: 6200 and 6210 Heights Road, Santa Rosa, California 95404, County of Sonoma, APN: 079-100-005-000.

## SPECIFY WHETHER PLAINTIFF(S) ARE:

☒ Insured by State Farm

☐ Uninsured

☒ Owner of real property

- 2 -

JCCP 4955

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DuBAY, BURTON FOHRMAN, RALEIGH FOHRMAN, THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY J. OLSAN AND ANN M. DuBAY TRUST DATED NOVEMBER 29, 2001

Case: 19-30088    Doc# 6893-1    Filed: 04/22/20    Entered: 04/22/20 12:59:18    Page 42 of 54

1   ☐     Renter of real property

2   ☐     Business owner

3   ☐     Employee

4   ☐     Other [Please indicate]

5   **CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFF(S):**

6   ☐     Atlas Fire (Master Complaint ¶¶ 80-86)

7   ☐     Cascade/LaPorte Fire (Master Complaint ¶¶ 87-91)

8   ☐     Cherokee Fire (Master Complaint ¶¶ 92-93)

9   ☐     Honey Fire (Master Complaint ¶¶ 94-95)

10   ☐     Lobo Fire (Master Complaint ¶¶ 96-97)

11   ☐     Maacama or No Name Fire (Master Complaint ¶¶ 98-99)

12   ☐     McCourtney Fire (Master Complaint ¶¶ 100-101)

13   ☐     Nuns Fire (Master Complaint ¶¶ 102-109)

14   ☐     Pocket Fire (Master Complaint ¶¶ 110-111)

15   ☐     Point Fire (Master Complaint ¶¶ 112-113)

16   ☐     Redwood Valley/ Potter Fires (Master Complaint ¶¶ 114-116)

17   ☐     Sullivan Fire (Master Complaint ¶¶ 117-119)

18   ☐     Sulphur Fire (Master Complaint ¶¶ 120-122)

19   ☒     Tubbs Fire (Master Complaint ¶¶ 123-127)

20   ☐     Highway 37 Fire (Master Complaint ¶¶ 128-129)

21   ☐     Other Ignition Point [Describe in Additional Allegations Section below, p. 7]

22

23   **PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:**

24   ☐     Wrongful death and survival

25   ☒     Personal injury

26   ☒     Emotional distress (including but not limited to presence in zone of danger) and/or bystander claims

27

28

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DuBAY, BURTON FOHRMAN, RALEIGH FOHRMAN, THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY E. OLSAN AND ANN M. DUBAY TRUST DATED NOVEMBER 29, 2001

| | | |
|---|---|---|
| 1 | ☒ | Mental anguish (including but not limited to loss of use and enjoyment of property under nuisance) |
| 2 | ☒ | Residence destroyed |
| 3 | ☒ | Residence damaged |
| 4 | ☒ | Other structures destroyed |
| 5 | ☒ | Other structures damaged |
| 6 | ☒ | Real property improvements (fences, roads, well, septic system, etc.) destroyed |
| 7 | ☒ | Real property improvements (fences, roads, well, septic system, etc.) damaged |
| 8 | ☒ | Personal property damage |
| 9 | ☒ | Damage to trees |
| 10 | ☒ | Diminution in value of real property |
| 11 | ☒ | Damage to crops |
| 12 | ☐ | Damage to business equipment |
| 13 | ☐ | Damage to business goodwill or brand |
| 14 | ☐ | Loss of use of business property |
| 15 | ☐ | Loss of future profits |
| 16 | ☐ | Loss or reduction of future insurance benefits due to lower crop yield in 2017 |
| 17 | ☐ | Harm to pets or livestock |
| 18 | ☐ | Employment-related damages |

**DAMAGES ALLEGED:**

**AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

| | | |
|---|---|---|
| | ☒ | Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property; |
| | ☒ | All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs; |
| | ☒ | Prejudgment interest; |
| | ☒ | For such other and further relief as the Court shall deem just and proper. |

- 4 -

JCCP 4955

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DUBAY, BURTON FOHRMAN, RALEIGH FOHRMAN, THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY E. OLSAN AND ANN M. DUBAY TRUST DATED NOVEMBER 29, 2001

Case 19-THEEFOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY E. OLSAN AND ANN M. of 54

**AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all according to proof, for:**

☐ Loss of love, society, solace, companionship, comfort, care, assistance, protection, affection, and moral support from Decedent/s;

☐ Funeral and burial expenses, and related medical expenses;

☐ Economic loss, including but not limited to the loss of financial support and/or the loss of household services;

☐ Recovery of Decedent/s' damages as allowed under Code of Civil Procedure § 377.30 under the causes of action alleged in the Master Complaint for, *inter alia*, inverse condemnation, negligence, nuisance, premises liability, trespass, and violations of statutes and regulations;

☐ Expenses for the identification and/or removal of Decedent/s' remains and other medical and/or emergency services;

☐ Punitive and exemplary damages as allowed under Civil Code § 3294;

☐ All costs of suit;

☐ Prejudgment interest; and

☐ For such other and further relief as the Court shall deem just and proper.

**AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and Violation of Health & Safety Code § 13007, all according to proof, for:**

☒ Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost personal and/or real property;

☐ Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns;

☒ Lost wages and/or earning capacity;

☒ Additional living expenses, and/or other related displacement expenses;

☒ Past and future medical expenses and incidental expenses;

☒ General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury;

☒ An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165;

- 5 -

JCCP 4955

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DuBAY, BURTON FOHRMAN, RALEIGH FOHRMAN, THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY L. OLSAN AND ANN M. DuBAY TRUST DATED NOVEMBER 29, 2001

Case: 19-30088    Doc# 2904-6    Filed: 07/11/19    Entered: 07/11/19 12:59:18    Page 45 of 54

1  ☒    An order to abate the existing and continuing nuisances caused by the California
           North Bay Fires;

2

3  ☒    Treble damages for wrongful injuries to timber, trees, or underwood as allowed
           under Civil Code § 3346;

4  ☒    Treble damages for injuries to trees as allowed under Code of Civil Procedure §
           733;

5  ☒    Exemplary damages as allowed under Civil Code § 3294;

6

7  ☒    Exemplary damages for wrongful injuries to animals as allowed under Civil Code §
           3340;

8  ☒    Exemplary damages as allowed under Public Utilities Code § 2106;

9  ☒    Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as
           allowed under Code of Civil Procedure § 1021.9;

10  ☒    All costs of suit;

11  ☒    Prejudgment interest; and

12  ☒    For such other and further relief as the Court shall deem just and proper.

13

14

15           **ADDITIONAL ALLEGATIONS, IF ANY**

16     **(Plaintiff-Specific, not Addressed by Master Complaint)**

SHORT FORM COMPLAINT OF JEREMY OLSAN, ANN DUBAY, BURTON FOHRMAN, RALEIGH FOHRMAN,
THE FOHRMAN FAMILY TRUST DATED FEBRUARY 3, 1976 AND THE JEREMY L. OLSAN AND ANN M.
DUBAY TRUST DATED NOVEMBER 29, 2001

Case 19-   Doc    Filed    Entered    Page 46 of 54

<u>**DEMAND FOR JURY TRIAL**</u>

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: _____July 26_____, 2018    ABBEY, WEITZENBERG, WARREN & EMERY PC

By _____
   MICHAEL D. GREEN
   BRENDAN M. KUNKLE
   SCOTT R. MONTGOMERY
   Attorneys for Plaintiffs

- 7 -

JCCP 4955

Case 19-30088 Doc 4904-6 Filed 11/27/19 Entered 11/27/19 12:59:18 Page 47 of 54

BRENDAN M. KUNKLE (SBN 173292)
bkunkle@abbeylaw.com
MICHAEL D. GREEN (SBN 214142)
mgreen@abbeylaw.com
SCOTT R. MONTGOMERY (SBN 278060)
smontgomery@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, PC**
100 Stony Point Rd, Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050 Fax: (707) 542-2589

Attorneys for Plaintiff(s)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COORDINATION PROCEEDING | JCCP 4955 |
| Special Title (California Rule of Court 3.550) | |
| | **INDIVIDUAL PLAINTIFF'S SHORT FORM COMPLAINT** |
| CALIFORNIA NORTH BAY FIRES | |
| | **TUBBS-AWWE-0035** |
| WILLIAM EDELEN, ROXANNE EDELEN and THE WILLIAM L. EDELEN AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001, | |
| Plaintiff/s | |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, PG&E CORPORATION, AND DOES 1 THROUGH 20, | |
| Defendants. | |

JCCP 4955

SHORT FORM COMPLAINT OF WILLIAM EDELEN, ROXANNE EDELEN AND THE WILLIAM L. EDELEN AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001

Case: 19-30088    Doc# ...    Filed: ...    Entered: ...    Page 48 of 54

1    Pursuant to Case Management Order No. 1, Plaintiff(s) hereby submit(s) this Short Form

2    Complaint ("SFC") against Defendants identified below, and hereby adopt(s) and incorporate(s)

3    by reference as set forth in Plaintiffs' most recent Master Complaint filed in this matter on March

4    12, 2018, and any and all later amendments thereto.

5        PLAINTIFF WILLIAM EDELEN an individual was damaged by the North Bay Fires as

6    set forth below and makes the claims set forth below.

7        PLAINTIFF WILLIAM EDELEN as trustee of THE WILLIAM L. EDELEN AND

8    ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001 was damaged by the

9    North Bay Fires as set forth below and makes the claims set forth below.

10       PLAINTIFF ROXANNE EDELEN an individual was damaged by the North Bay Fires as

11   set forth below and makes the claims set forth below.

12       PLAINTIFF ROXANNE EDELEN as trustee of THE WILLIAM L. EDELEN AND

13   ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001 was damaged by the

14   North Bay Fires as set forth below and makes the claims set forth below.

15   **PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:**

16       1.      Notice of Adoption of the Master Complaint. Plaintiff(s) refer(s) to and

17   incorporate(s) herein by reference that Master Complaint filed on behalf of Individual Plaintiffs in

18   the CALIFORNIA NORTH BAY FIRE CASES, Judicial Council Coordinated Proceeding No.

19   4955, as though fully set forth herein.  Plaintiff(s) hereby adopt(s) the Master Complaint and

20   agree(s) to be bound by any rulings with respect to the pleadings.

21       2.      Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint.

22       3.      Plaintiff(s) incorporate(s) by reference each of the causes of action in the Master

23   Complaint checked below against those Defendants named in that cause of action:

24       ☒      First Cause of Action for Negligence

25       ☐      Second Cause of Action for Wrongful Death

26       ☐      Third Cause of Action for Survival Action

27       ☒      Fourth Cause of Action for Inverse Condemnation

28

- 1 -

JCCP 4955

SHORT FORM COMPLAINT OF WILLIAM EDELEN, ROXANNE EDELEN AND THE WILLIAM L. EDELEN
AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001

Case: 19-30088    Doc# 6893-1    Filed: 04/23/19    Entered: 04/23/19    Page 49 of 54

1    ☒      Fifth Cause of Action for Public Nuisance

2    ☒      Sixth Cause of Action for Private Nuisance

3    ☒      Seventh Cause of Action for Premises Liability

4    ☒      Eighth Cause of Action for Trespass

5    ☒      Ninth Cause of Action for Private Action Under Public Utilities Code § 2106

6    ☒      Tenth Cause of Action for Violation of Health & Safety Code § 13007

7    ☒      Eleventh Cause of Action for Negligent Infliction of Emotional Distress

8     4.     Plaintiff(s) respectfully reserve(s) the right to seek transfer or remand of the trial of

9 this action to the County of Sonoma, Napa, or another appropriate venue.

10 **ADDRESSES OF ALL AFFECTED PROPERTIES**

11      Plaintiff(s) allege(s) the following properties have been impacted by the CALIFORNIA

12 NORTH BAY FIRES for which Plaintiff(s) seeks recovery:  3927 Rincon Ridge Drive, Santa

13 Rosa, California 95404, County of Sonoma, APN: 173-490-006-000.

14 **SPECIFY WHETHER PLAINTIFF(S) ARE:**

15    ☒      Insured by USAA

16    ☐      Uninsured

17    ☒      Owner of real property

18    ☐      Renter of real property

19    ☐      Business owner

20    ☐      Employee

21    ☐      Other [Please indicate]

22 **CALIFORNIA NORTH BAY FIRE THAT IMPACTED PLAINTIFF(S):**

23    ☐      Atlas Fire (Master Complaint ¶¶ 80-86)

24    ☐      Cascade/LaPorte Fire (Master Complaint ¶¶ 87-91)

25    ☐      Cherokee Fire (Master Complaint ¶¶ 92-93)

26    ☐      Honey Fire (Master Complaint ¶¶ 94-95)

27    ☐      Lobo Fire (Master Complaint ¶¶ 96-97)

28

- 2 -

SHORT FORM COMPLAINT OF WILLIAM EDELEN, ROXANNE EDELEN AND THE WILLIAM J. EDELEN AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001

| | |
|---|---|
| 1 | ☐ Maacama or No Name Fire (Master Complaint ¶¶ 98-99) |
| 2 | ☐ McCourtney Fire (Master Complaint ¶¶ 100-101) |
| 3 | ☐ Nuns Fire (Master Complaint ¶¶ 102-109) |
| 4 | ☐ Pocket Fire (Master Complaint ¶¶ 110-111) |
| 5 | ☐ Point Fire (Master Complaint ¶¶ 112-113) |
| 6 | ☐ Redwood Valley/ Potter Fires (Master Complaint ¶¶ 114-116) |
| 7 | ☐ Sullivan Fire (Master Complaint ¶¶ 117-119) |
| 8 | ☐ Sulphur Fire (Master Complaint ¶¶ 120-122) |
| 9 | ☒ Tubbs Fire (Master Complaint ¶¶ 123-127) |
| 10 | ☐ Highway 37 Fire (Master Complaint ¶¶ 128-129) |
| 11 | ☐ Other Ignition Point [Describe in Additional Allegations Section below, p. 7] |
| 12 | |
| 13 | **PLAINTIFFS SUFFERED DAMAGE IN THE FOLLOWING WAY:** |
| 14 | ☐ Wrongful death and survival |
| 15 | ☒ Personal injury |
| 16 | ☒ Emotional distress (including but not limited to presence in zone of danger) and/or bystander claims) |
| 17 / 18 | ☒ Mental anguish (including but not limited to loss of use and enjoyment of property under nuisance) |
| 19 | ☒ Residence destroyed |
| 20 | ☒ Residence damaged |
| 21 | ☒ Other structures destroyed |
| 22 | ☒ Other structures damaged |
| 23 | ☒ Real property improvements (fences, roads, well, septic system, etc.) destroyed |
| 24 | ☒ Real property improvements (fences, roads, well, septic system, etc.) damaged |
| 25 | ☒ Personal property damage |
| 26 | ☒ Damage to trees |
| 27 | ☒ Diminution in value of real property |
| 28 | |

SHORT FORM COMPLAINT OF WILLIAM EDELEN, ROXANNE EDELEN AND THE WILLIAM J. EDELEN
AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001

Case: 19-30088   Doc# 3991-6   Filed: 07/08/19   Entered: 07/08/19 17:18:48   Page 51
of 54

| | | |
|---|---|---|
| 1 | ☒ | Damage to crops |
| 2 | ☐ | Damage to business equipment |
| 3 | ☐ | Damage to business goodwill or brand |
| 4 | ☐ | Loss of use of business property |
| 5 | ☐ | Loss of future profits |
| 6 | ☐ | Loss or reduction of future insurance benefits due to lower crop yield in 2017 |
| 7 | ☐ | Harm to pets or livestock |
| 8 | ☐ | Employment-related damages |

**DAMAGES ALLEGED:**

**AS AGAINST ALL DEFENDANTS for Inverse Condemnation, all according to proof, for:**

☒ Diminution in real property and/or personal property value, cost of repairs, loss of use of the property, loss of rent, loss of profits, loss of prospective profits, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' property;

☒ All costs of suit, including reasonable attorneys' fees, appraisal fees, engineering fees, other expert fees, and related costs;

☒ Prejudgment interest;

☒ For such other and further relief as the Court shall deem just and proper.

**AS AGAINST ALL DEFENDANTS for Wrongful Death and Survival Action, all according to proof, for:**

☐ Loss of love, society, solace, companionship, comfort, care, assistance, protection, affection, and moral support from Decedent/s;

☐ Funeral and burial expenses, and related medical expenses;

☐ Economic loss, including but not limited to the loss of financial support and/or the loss of household services;

☐ Recovery of Decedent/s' damages as allowed under Code of Civil Procedure § 377.30 under the causes of action alleged in the Master Complaint for, *inter alia*, inverse condemnation, negligence, nuisance, premises liability, trespass, and violations of statutes and regulations;

☐ Expenses for the identification and/or removal of Decedent/s' remains and other medical and/or emergency services;

☐ Punitive and exemplary damages as allowed under Civil Code § 3294;

☐ All costs of suit;

- 4 -

JCCP 4955

1　☐　Prejudgment interest; and

2　☐　For such other and further relief as the Court shall deem just and proper.

3　**AS AGAINST ALL DEFENDANTS for Negligence, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Private Action Under Public Utilities Code § 2106, and Violation of Health & Safety Code § 13007, all according to proof, for:**

4

5　☒　Repair, diminution in value, and/or replacement of damaged, destroyed, and/or lost personal and/or real property;

6

7　☐　Loss of use, income, wages, earning capacity, goodwill, profits or proceeds, increased operating expenses, and/or all other detriment proximately caused by the harm to Plaintiffs' business property or concerns;

8　☐　Lost wages and/or earning capacity;

9　☒　Additional living expenses, and/or other related displacement expenses;

10　☒　Past and future medical expenses and incidental expenses;

11

12　☒　General damages for fear, worry, annoyance, disturbance, inconvenience, mental anguish, emotional distress, loss of the use, benefit, goodwill, and quiet enjoyment of property, and personal injury;

13

14　☒　An order enjoining continued violation of: (a) Public Resources Code §§ 4292, 4293, and 4295; (b) Public Utilities Code § 451; (c) Public Utilities Commission General Order 95, Rules 31.1-31.5, 35, 38, 43, 43.2, 44.1-44.4, 48-41.1; and (d) Public Utilities Commission General Order 165;

15

16　☒　An order to abate the existing and continuing nuisances caused by the California North Bay Fires;

17

18　☒　Treble damages for wrongful injuries to timber, trees, or underwood as allowed under Civil Code § 3346;

19　☒　Treble damages for injuries to trees as allowed under Code of Civil Procedure § 733;

20　☒　Exemplary damages as allowed under Civil Code § 3294;

21

22　☐　Exemplary damages for wrongful injuries to animals as allowed under Civil Code § 3340;

23　☒　Exemplary damages as allowed under Public Utilities Code § 2106;

24　☒　Attorneys' fees, expert fees, consultant fees, and litigation costs and expenses as allowed under Code of Civil Procedure § 1021.9;

25　☒　All costs of suit;

26　☒　Prejudgment interest; and

27　☒　For such other and further relief as the Court shall deem just and proper.

28

## ADDITIONAL ALLEGATIONS, IF ANY

### (Plaintiff-Specific, not Addressed by Master Complaint)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## DEMAND FOR JURY TRIAL

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: _____July 25_____, 2018      ABBEY, WEITZENBERG, WARREN & EMERY PC

By _____

MICHAEL D. GREEN
BRENDAN M. KUNKLE
SCOTT R. MONTGOMERY
Attorneys for Plaintiffs

- 6 -

JCCP 4955

SHORT FORM COMPLAINT OF WILLIAM EDELEN, ROXANNE EDELEN AND THE WILLIAM J EDELEN
AND ROXANNE G. EDELEN TRUST AGREEMENT DATED JUNE 22, 2001

Case: 19-30088   Doc# 2994-6   Filed: 07/08/19   Entered: 07/08/19 12:59:18   Page 54
of 54