| | |
|---|---|
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: 628.208.6434<br>Facsimile: 310.820.8859<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com | Michael A. Kelly (SBN 71460)<br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Telephone: 415.981.7210<br>Facsimile: 415.391.6965<br>Email: mkelly@walkuplawoffice.com |
| Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com<br>Email: lattard@bakerlaw.com | Frank M. Pitre (SBN 100077)<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>Email: fpitre@cpmlegal.com |
| *Counsel for Official Committee of Tort Claimants* | *Co-lead counsel in Judicial Council Coordination Proceeding entitled California North Bay Fire Cases, JCCP No. 4955* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**AMENDED JOINDER OF CO-LEAD COUNSEL TO THE NORTH BAY FIRE CASES, JCCP 4955, ON BEHALF OF THE TUBBS PREFERENCE PLAINTIFFS, TO AMENDED MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16 Floor<br>San Francisco, CA 94102 |

Michael A. Kelly, of Walkup, Melodia, Kelly & Schoenberger, and Frank M. Pitre of Cotchett, Pitre & McCarthy, LLP, in their capacity as co-lead counsel[1] in the Judicial Council Coordination Proceeding entitled California North Bay Fire Cases, JCCP No. 4955, pending in the Superior Court of California for the County of San Francisco, on behalf of Barbara Thompson, John Caslin, Elizabeth Fourkas, Phyllis Lowe, Raymond Breitenstein, Don Louis Kamprath, Raleigh Fohrman, William Edelen, Greg and Christina Wilson, Monte Kirven, and Carmen and Armando Berriz (together, the "**Tubbs Preference Plaintiffs**"), hereby join, as moving parties, the amended motion (the "**Motion**") of the Official Committee of Tort Claimants ("**TCC**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") pursuant to sections 362(d)(1) of title 11 of the United States Code sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of Bankruptcy Procedure and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, for entry of an order terminating the automatic stay to permit the claims of the Tubbs Preference Plaintiffs to proceed to a jury trial on their personal injury, wrongful death and related property damage claims against the Debtors arising from the 2017 Tubbs Fire in the Superior Court of California for the County of San Francisco, as set forth in their Complaints against the Debtors, as may be amended, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order the Tubbs Fire Claims to trial with preference pursuant to Code of Civil Procedure section 36.

*[remainder of page intentionally left blank]*

---

[1] The Court in JCCP 4955 appointed Mr. Kelly and Mr. Pitre co-lead counsel in Case Management Order No.1, dated March 6, 2018, attached as Exhibit A to the Amended Declaration of Michael A. Kelly, filed contemporaneously herewith.

The TCC supports this joinder to its Motion.

Dated: July 9, 2019

BAKER & HOSTETLER LLP

By: */s/ Robert A. Julian*
Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
Michael A. Kelly

*Co-lead counsel in North Bay Fire Cases, JCCP No. 4955*

COTCHETT, PITRE & MCCARTHY, LLP

By: _____
Frank M. Pitre

*Co-lead counsel in North Bay Fire Cases, JCCP No. 4955*