**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|             **Debtors.** | **(Jointly Administered)** |
| **Plaintiff(s)**<br>**David Herndon**<br>**v.**<br><br>**PG&E Corporation et al.**<br>**Defendant(s)** | **Adversary Proceeding No. 19−03005** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On July 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadline Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1

Executed this 9th day of July 2019, at New York, NY.

_____
Alain B. Francoeur

Case: 19-30088    Doc# 2913    Filed: 07/09/19    Entered: 07/09/19 16:09:11    Page 2 of 6    SRF 34133

# **Exhibit A**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|------|----------|----------|------|-------|------------|
| Landau Gottfried & Berger LLP | Attn: MICHAEL I. GOTTFRIED, ESQ. | 1801 Century Park East, #700 | Los Angeles | CA | 90067-2309 |
| MILBANK LLP | Attn: ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW, #1100 | Washington | DC | 20006-2236 |
| Weil, Gotshal & Manges LLP | Attn: THEODORE E. TSEKERIDES, ESQ. | 767 Fifth Ave. | New York | NY | 10153-0119 |

Case: 19-30088    Doc# 2913    Filed: 07/09/19    Entered: 07/09/19 16:09:11    Page 4 of 6

## **Exhibit B**

Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>PG&E Corporation<br>Debtor(s) | Case No.: 19–30088<br>Chapter: 11 |
| Plaintiff(s)<br>David Herndon | Adversary Proceeding No. 19–03005 |
| vs. | |
| PG&E Corporation et al.<br>Defendant(s) | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 26, 2019 was filed on Thursday, June 27, 2019. The following deadlines apply:

The parties have Friday, July 5, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, July 18, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, July 29, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, September 25, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 7/5/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court