C. Luckey McDowell (*admitted pro hac vice*)
Ian Roberts (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Agua Caliente Solar, LLC, Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**Affidavit of Service** |

Foteini Teloni, being duly sworn, deposes and states:

I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

On July 8, 2019, I caused to be served a true copy of the following document described as *Limited Objection of Certain PPA Parties to (I) Motion of the Official Committee of Tort Claimants for Entry of a Protective Order; And (II) Debtors' Motion For Entry of Protective Order Pursuant To Fed. R. Bankr. P. 7026 And 9014(C) and 11 U.S.C. § 105(A) Governing Discovery Materials and Other Information* [ECF No. 2874] on the parties listed on <u>Exhibit A</u> annexed hereto via First Class Mail.

Foteini Teloni

State of New York,
County of New York.

Sworn to before me
this 10TH day of July, 2019

ALFREDO C. FLORES
Notary Public, State of New York
No. 01FL4961880
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires 2/5/ 2022

**Exhibit A**

PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.


Weil, Gotshal, Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
 Jessica Liou, Esq.
 Matthew Goren, Esq.


Keller & Benvenutti LLP
650 California Street
Suite 1900
San Francisco, CA 94108
Attn: Tobias Keller, Esq.
 Jane Kim, Esq.


Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
Attn: Kristopher M. Hansen, Esq.
 Erez E. Gilad, Esq.
 Matthew G. Garofalo, Esq.


Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Attn: Frank A. Merola, Esq..


Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, New York 10017
Attn: Eli J. Vonnegut, Esq.
 David Schiff, Esq.
 Timothy Graulich, Esq.

| | |
|---|---|
| 1 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP |
| | 1285 Avenue of the Americas |
| 2 | New York, New York 10019-6064 |
| | Attn: Alan W. Kornberg, Esq. |
| 3 | Brian S. Hermann, Esq. |
| | Walter R. Rieman, Esq. |
| 4 | Sean A. Mitchell, Esq. |
| | Neal P. Donnelly, Esq. |
| 5 | |
| 6 | |
| | Office of the United States Trustee for Region 17 |
| 7 | 450 Golden Gate Avenue, 5th Floor |
| | Suite #05-0153 |
| 8 | San Francisco, CA 94102 |
| | Attn: James L. Snyder, Esq. |
| 9 | Timothy Laffredi, Esq. |
| 10 | |
| | U.S. Nuclear Regulatory Commission |
| 11 | Washington, DC 20555-0001 |
| | Attn: General Counsel |
| 12 | |
| 13 | U.S. Department of Justice |
| | 1100 L Street, NW, Room 7106 |
| 14 | Washington, DC 20005 |
| | Attn: Danielle A. Pham, Esq. |
| 15 | |
| 16 | |
| 17 | Milbank LLP |
| | 55 Hudson Yards |
| 18 | New York, New York 10001-2163 |
| | Attn: Dennis F. Dunne, Esq. |
| 19 | Sam A. Khalil, Esq. |
| 20 | |
| 21 | Milbank LLP |
| | 2029 Century Park East, 33rd Floor |
| 22 | Los Angeles, CA 90067 |
| | Attn: Paul S. Aronzon, Esq. |
| 23 | Gregory A. Bray, Esq. |
| | Thomas R. Kreller |
| 24 | |
| 25 | Baker & Hostetler LLP |
| | 11601 Wilshire Boulevard |
| 26 | Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 27 | |
| 28 | |

3

| | |
|---|---|
| 1 | Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq. |
| 2 | |
| 3 | California Public Utilities Commission<br>505 Van Ness Avenue<br>San Francisco, CA 94102 |
| 4 | Attn: Arocles Aguilar |
| 5 | |
| 6 | Federal Energy Regulatory Commission<br>888 First St NE |
| 7 | Washington, DC 20426<br>Attn: General Counsel |
| 8 | |
| 9 | Internal Revenue Service<br>2970 Market Street<br>Philadelphia, PA 19104-5016 |
| 10 | Attn: Centralized Insolvency Operation |
| 11 | |
| 12 | Office of the California Attorney General<br>Office of the United States<br>P.O. Box 944255 |
| 13 | Sacramento, CA 94244-2550<br>Attn: Bankruptcy Dept. |
| 14 | |
| 15 | Office of the United States<br>Attorney for the Northern District of California |
| 16 | Federal Courthouse<br>450 Golden Gate Avenue |
| 17 | San Francisco, CA 94102<br>Attn: Bankruptcy Unit |
| 18 | |
| 19 | U.S. Nuclear Regulatory Commission<br>U.S. NRC Region IV |
| 20 | 1600 E. Lamar Blvd.<br>Arlington, TX 76011 |
| 21 | Attn: General Counsel |
| 22 | |
| 23 | US Securities and Exchange Commission<br>San Francisco Regional Office<br>44 Montgomery Street |
| 24 | Suite 2800<br>San Francisco, CA 94104 |
| 25 | Attn: Jina Choi, Regional Director |
| 26 | |
| 27 | US Securities and Exchange Commission<br>100 F St. NE MS 6041B |
| 28 | |

4

```
 1 | Washington, DC 20549
   | Attn: Office of General Counsel
 2 |
   | Attorney General of California
 3 | 300 South Spring Street, Suite 1702
   | Los Angeles, CA 90013
 4 | Attn: Xavier Becerra, Margarita Padilla,
   |      & James Potter
 5 |
 6 |
 7 |
 8 |
 9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```