MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
Attorneys at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net

Attorneys for Ahlborn Fence & Steel, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                           Case No. 19-30088

PACIFIC GAS & ELECTRIC                          Chapter 11

      Debtor.                          NOTICE OF RIGHT TO ASSERT
_____/                 CLAIM OF MECHANICS LIEN

      Ahlborn Fence & Steel, Inc, a creditor, gives notice that:

      1. Ahlborn Fence & Steel, Inc has a right to assert a mechanic's lien under applicable California Law for labor and services provided to the debtor at 77 Beale Street, San Francisco, California.

      2. Ahlborn Fence & Steel, Inc has filed a Claim of Mechanics Lien with the San Francisco Assessor-Recorder on May 7, 2019, as document number 2019-K763890-00.

      3. Ahlborn Fence & Steel, Inc intends to assert and enforce such lien; and

      4. Ahlborn Fence & Steel, Inc is authorized to do so under 11 USC § 362(a)(4).

Dated: June 10, 2019

                                                                                          /s/ *Michael C. Fallon*
                                                                                          _____
                                                                                          Michael C. Fallon
                                                                                          Attorney for Ahlborn Fence & Steel, Inc