| | |
|---|---|
| 1 | Heinz Binder (SBN 87908)<br>Robert G. Harris (SBN 124678)<br>BINDER & MALTER, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>Tel: (408) 295-1700<br>Fax: (408) 295-1531<br>Email: Heinz@bindermalter.com<br>Email: Rob@bindermalter.com |

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>              19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date:    July 24, 2019<br>Time:   9:30 a.m.<br>Place:  Courtroom 17<br>           450 Golden Gate Avenue<br>           San Francisco, California<br><br>DKT # 2741<br><br>OBJECTION DEADLINE: July 16, 2019 |

**JOINDER BY TURN IN MOTION BY AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE EXCLUSIVE PERIODS PURSUANT TO BANKRUPTCY CODE SECTION 1121(D)(1) OF THE BANKRUPTCY CODE**

The Utility Reform Network ("TURN") hereby joins in the Motion by Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Exclusive Periods Pursuant to Bankruptcy Code Section 1121(d)(1) of the Bankruptcy Code (the "Motion") and asks that the Court immediately terminate the Debtors' exclusive right to file and seek acceptances of a plan.

TURN does not, at this time, explicitly or implicitly endorse the plan construct described by the Senior Unsecured Noteholders in the Motion. What is notable is that the Senior Unsecured Noteholders are proposing a substantial influx of new capital to address the many needs of the Debtors and creditors with a neutral impact on ratepayers going forward. By contrast, all reports are that the Debtors and stockholders would shift to others the risk and responsibility for corporate malfeasance and criminality with little or no impact on their own positions.

TURN believes that competing plans will ultimately yield the best possible result for ratepayers and creditors, supports the Motion, and respectfully requests that this Court grant it.

Dated: July 10, 2019                                    BINDER & MALTER, LLP


By: /s/ *Robert G. Harris*
     Robert G. Harris

Attorneys for TURN, the Utility Reform Network