# Notice Recipients

District/Off: 0971−3  User: dchambers  Date Created: 7/11/2019
Case: 19−30088  Form ID: TRANSC  Total: 23

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | THEODORE E. TSEKERIDES, ESQ. | RICHARD W. SLACK, ESQ. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue New York, NY 10153 |
| | TOBIAS S. KELLER, ESQ. | Keller & Benvenutti LLP | 650 California Street, #1900 | San Francisco, Ca 94108 |
| | GREGG M. FICKS, ESQ. | Coblentz Patch Duffy & Bass LLP | 1 Montgomery Street, #3000 | San Francisco, CA 94104 |
| | CAMERON M. GULDEN, ESQ. | U.S. Department of Justice | Office of the United States Trustee | 300 Booth Street, RM 3009 Reno, NV 89509 |
| | MATTHEW J. TROY, ESQ. | U.S. Department of Justice, Civil Div. | P.O. Box 875 | Ben Franklin Station Washington, DC 20044 |
| | ALAN J. STONE, ESQ. | Milbank LLP | 55 Hudson Yards | New York, NY 10001 |
| | GREGORY BRAY, ESQ. | Milbank LLP | 2029 Century Park East, 33rd Fl. | Los Angeles, CA 90067 |
| | LARS H. FULLER, ESQ. | Baker & Hostetler LLP | 1801 California Street, #4400 | Denver, CO 80202 |
| | BENJAMIN P. MCCALLEN, ESQ. | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| | NICHOLAS S. GOLDIN, ESQ. | MICHAEL H. TORKIN, ESQ. | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue New York, NY 10017 |
| | PAUL J. PASCUZZI, ESQ. | Felderstein Fitzgerald Willoughby | & Pascuzzi LLP | 400 Capitol Mall, #1750 Sacramento, CA 95814 |
| | BRIAN S. HERMANN, ESQ. | ALAN W. KORNBERG, ESQ. | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas New York, NY 10019 |
| | EDWARD J. TREDINNICK, ESQ. | Greene Radovsky Maloney Share & Hennigh | 1 Front Street, #3200 | San Francisco, CA 94111 |
| | JONATHAN D. FORSTOT, ESQ. | Troutman Sanders LLP | 875 Third Avenue | New York, NY 10022 |
| | ESTELA O. PINO, ESQ. | Pino & Associates | 20 Bicentennial Circle, #200 | Sacramento, CA 95826 |
| | SAMUEL M. KIDDER, ESQ. | DAVID M. STERN, ESQ. | Klee, Tuchin, Bogdanoff & Stern LLP | 1999 Avenue of the Stars 39th Floor Los Angeles, CA 90067 |
| | SANDER L. ESSERMAN, ESQ. | Stutzman Bromberg Esserman & Plifka, P.C | 2323 Bryan Street, Suite 2200 | Dallas, TX 75201 |
| | MARK GORTON, ESQ. | Boutin Jones Inc. | 555 Capitol Mall, Suite 1500 | Sacramento, CA 95814 |
| | PETER D. WOLFSON, ESQ. | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| | EREZ E. GILAD, ESQ. | Stroock & Stroock & Lavan LLP | 180 Maiden Lane | New York, NY 10038 |
| | FRANK A. MEROLA, ESQ. | Stroock & Stroock & Lavan LLP | 2029 Century Park East | Los Angeles, CA 90067 |
| | DARIO DE GHETALDI, ESQ. | Corey, Luzaich, de Ghetaldi & Riddle LLP | 700 El Camino Real | Millbrae, CA 94030 |

TOTAL: 23