BARTON, KLUGMAN & OETTING LLP
Terry L. Higham, APLC (SBN 150726)
Christopher D. Higashi, APC (SBN 168667)
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3485
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: t.higham@bkolaw.com
         chigashi@bkolaw.com

Attorneys for Party-in-Interest
CITY OF MORGAN HILL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>**REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys hereby request to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wish to cease receiving all notifications and/or documents filed in the above-referenced case:

> Terry L. Higham, APLC
> Christopher D. Higashi, APC
> Thomas E. McCurnin, APC
> BARTON, KLUGMAN & OETTING LLP
> 350 S Grand Avenue, Suite 2200, Los Angeles, CA 90044
> Telephone: 213) 621-4000
> Email: t.higham@bkolaw.com; chigashi@bkolaw.com; tmccurnin@bkolaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including, but not limited to (1) CM/ECF notification in the case, (2) court-designated services as set forth in Bankruptcy Rules, and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Pursuant to this request, the above-named attorneys hereby withdraw as counsel in the above-captioned bankruptcy case on behalf of interested party City of Morgan Hill.

Dated: July 11, 2019

Respectfully submitted,

BARTON, KLUGMAN & OETTING LLP

By: _____/s/_____
Terry L. Higham, APLC
Christopher D. Higashi, APC
Attorneys for Party-in-Interest
CITY OF MORGAN HILL

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

-2-

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on July 11, 2019, I electronically filed the foregoing **REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING AND ALL NOTIFICATIONS** with the Clerk of the Court by issuing the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and all parties in its system.

Dated: July 11, 2019        BARTON, KLUGMAN & OETTING LLP

By: _____/s/_____
    Terry L. Higham, APLC
    Christopher D. Higashi, APC
    Attorneys for Party-in-Interest
    CITY OF MORGAN HILL

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000