**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 2819, 2820, 2829, 2833, 2835 and 2836 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Statement of the Official Committee of Unsecured Creditors In Support of the Debtors' Mutual Assistance Motion," dated July 2, 2019 [Docket No. 2819], (the "Statement")

   b. "Supplemental Declaration of Samuel E. Star In Connection with the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 12, 2019," dated July 2, 2019 [Docket No. 2820], (the "Declaration"),

c. "Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal," dated July 2, 2019 [Docket No. 2829], (the "Redacted Motion"),

d. "Declaration of Gregory A. Bray In Support of Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal," dated July 2, 2019 [Docket No 2833], (the "Bray Declaration"),

e. "Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to 11 U.S.C 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase Directors and Officers Insurance," dated July 2, 2019 [Docket No. 2835], (the "Objection"), and

f. "Notice of Filing of Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Filing of an Objection Under Seal," dated July 2, 2019 [Docket No. 2836], (the "Objection Notice"),

by causing true and correct copies of the:

i. Statement, Declaration, Redacted Motion, Bray Declaration, Objection, and Objection Notice, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on July 2, 2019,

ii. Statement, Declaration, Redacted Motion, Bray Declaration, Objection, and Objection Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on July 2, 2019,

iii. Statement and Declaration, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on July 2, 2019, and

iv. Redacted Motion, Bray Declaration, Objection, and Objection Notice, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on July 3, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*<u>/s/ Wing Chan</u>*
Wing Chan

Sworn to before me this
3rd day of July, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR | THE NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE, 450 GOLDEN GATE AVE SAN FRANCISCO CA 94102 |
| PLACER COUNTY OFFICE OF THE TREASURER | TAX COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count 7**

**EXHIBIT B**

| DESCRIPTION | NAME | EMAIL |
| --- | --- | --- |
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bzummer@TheAdlerFirm.com olatifi@theadlerfirm.com |
| Counsel for for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bzummer@TheAdlerFirm.com olatifi@theadlerfirm.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | RASymm@aeraenergy.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | evelina.gentry@akerman.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | yelena.archiyan@akerman.com john.mitchell@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | dsimonds@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Counsel to Agajanian, Inc. | ANDREWS & THORNTON | shiggins@andrewsthornton.com jct@andrewsthornton.com aa@andrewsthornton.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | andy.kong@arentfox.com christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | brian.lohan@arnoldporter.com steven.fruchter@arnoldporter.com |
| Counsel for AT&T | AT&T | Jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Danette.Valdez@doj.ca.gov Annadel.Almendras@doj.ca.gov |

| | | |
|---|---|---|
| Counsel to California State Agencies | Attorney General of California | James.Potter@doj.ca.gov<br>Margarita.Padilla@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | marthaeromerolaw@gmail.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Luckey.Mcdowell@BakerBotts.com<br>Ian.Roberts@BakerBotts.com<br>Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | jrowland@bakerdonelson.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | hubenb@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | ganzc@ballardspahr.com<br>myersms@ballardspahr.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | summersm@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | John.mccusker@bami.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | tmccurnin@bkolaw.com<br>chigashi@bkolaw.com<br>thigham@bkolaw.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | belvederelegalecf@gmail.com |

| | | |
|---|---|---|
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kenns@beneschlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| Counsel for Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | harriet.steiner@bbklaw.com |
| Counsel for ChargePoint, Inc., Counsel to Almendariz Consulting, Inc. | BINDER & MALTER, LLP | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com |
| Counsel to Creditor American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | njbloomfield@njblaw.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | mgorton@boutinjones.com |
| Counsel to unsecured asbestos personal injury creditor Everett Freeman Waining, Jr. | BRAYTON-PURCELL LLP | bletsch@braytonlaw.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | misola@brotherssmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | arocles.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | melaniecruz@chevron.com marmstrong@chevron.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | dgooding@choate.com |

| | | |
|---|---|---|
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | jmarshall@choate.com |
| Counsel to Solon | CKR Law, LLP | otakvoryan@ckrlaw.com |
| Interested Party California Community Choice Association | Clark & Trevithick | kwinick@clarktrev.com |
| Counsel to XL Insurance America, Inc, Albertsons Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Markel Bermuda Limited, Ashford Inc., Ashford Hospitality Trust, Inc. | Clausen Miller P.C. | mgoodin@clausen.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | lschweitzer@cgsh.com mschierberl@cgsh.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP | pcalifano@cwclaw.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| Attorney for County of Sonoma | County of Sonoma | Tambra.curtis@sonoma-county.org |

| | | |
|---|---|---|
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | fsmith@cozen.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | mfelger@cozen.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | mplevin@crowell.com bmullan@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | malmy@crowell.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | tyoon@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | dgrassgreen@gmail.com |
| Counsel to Southwire Company LLC | Dentons US LLP | bryan.bates@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC, Travelers Insurance | Dentons US LLP | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | samuel.maizel@dentons.com |

| | | |
|---|---|---|
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | kdiemer@diemerwei.com |
| Counsel for the Official Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| Counsel for the Official Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | joshua.morse@dlapiper.com |
| Counsel to Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | scampora@dbbwc.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | sally@elkshep.com<br>jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | larry@engeladvice.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com |
| Counsel to The Okonite Company | Finestone Hayes LLP | sfinestone@fhlawllp.com |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | emorabito@foley.com<br>bnelson@foley.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | vavilaplana@foley.com |

| | | |
|---|---|---|
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | sory@fdlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Gweiner@gibsondunn.com Jkrause@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | vuocolod@gtlaw.com |
| Attorneys for HercRentals | GREENBERG TRAURIG, LLP | steinbergh@gtlaw.com |
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | GREENBERG TRAURIG, LLP | hoguem@gtlaw.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | etredinnick@greeneradovsky.com |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Aida and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive, Counsel for Dennis Caselli, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | GROSS & KLEIN LLP | sgross@grosskleinlaw.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Attorneys for HercRentals | HercRentals | Sharon.petrosino@hercrentals.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | erin.brady@hoganlovells.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | hampton.foushee@hoganlovells.com |

| | | |
|---|---|---|
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | bennett.spiegel@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| Counsel to Diablo Winds, LLC | HOLLAND & HART LLP | rwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company<br>Americas and Deutsche Bank National Trust<br>Company as Indenture Trustees for certain<br>bondholders | Holland & Knight LLP | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | mjb@hopkinscarley.com<br>jross@hopkinscarley.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | keckhardt@huntonak.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | ppartee@huntonak.com |
| Counsel to International Business Machines Corp | IBM Corporation | mjdube@ca.ibm.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | cvarnen@irell.com<br>astrabone@irell.com |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | jreisner@irell.com<br>klyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | mstrub@irell.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |

| | | |
|---|---|---|
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | jane-luciano@comcast.net |
| Counsel for Nationwide Entities | Jang & Associates, LLP | ajang@janglit.com<br>snoma@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | jdt@jdthompsonlaw.com |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP | rbk@jmbm.com<br>byoung@jmbm.com |
| Counsel for Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | lgabriel@bg.law |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | JAE1900@yahoo.com |
| Counsel to Citibank, N.A. | KEESAL, YOUNG & LOGAN<br>A Professional Corporation | peter.boutin@kyl.com |
| Counsel to Debtor | Keller & Benvenutti LLP | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | KDWBankruptcyDepartment@kelleydrye.com<br>bfeder@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | stephen.hessler@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |

| | | |
|---|---|---|
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | klamb@lkfirm.com<br>mslattery@lkfirm.com<br>tkelch@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | summerst@lanepowell.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | amy.quartarolo@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter | daren@schlecterlaw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | rlalawyer@yahoo.com |
| Counsel to Aztrack Construction Corporation | Law Office of Steven M. Olson | smo@smolsonlaw.com |
| Counsel for LEWIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | ws@waynesilverlaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | lwelsh@lkwelshlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | matt@lesnickprince.com<br>cprince@lesnickprince.com |

| | | |
|---|---|---|
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | DLN@LNBYB.COM |
| Counsel to Global Diving & Salvage, Inc. and Traffic Management, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | EHK@LNBYB.COM |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Lovee.Sarenas@lewisbrisbois.com<br>Amy.Goldman@lewisbrisbois.com<br>Scott.Lee@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | bknapp@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | eguffy@lockelord.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | sbryant@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | jackie.fu@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | mscohen@loeb.com<br>aclough@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>golivera@lowenstein.com |
| Interested Party | Macdonald | Fernandez LLP | imac@macfern.com |
| Counsel to BARBARA ZELMER and ROBERT ZELMER | Manuel Corrales, Jr., Esquire | mannycorrales@yahoo.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc.,<br>Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | Craig@MarguliesFaithLaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexander.com |

| | | |
|---|---|---|
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Annie.Duong@mccormickbarstow.com demerzian@mccormickbarstow.com |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Annie.Duong@mccormickbarstow.com |
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | jsmith@mckoolsmith.com |
| Counsel to Public Employees Retirement Association of New Mexico | MICHELSON LAW GROUP | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | ddunne@milbank.com skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | avobrient@mintz.com ablevin@mintz.com |
| Counsel to Creditor EN Engineering, LLC | Mirman, Bubman & Nahmias, LLP | anahmias@mbnlawyers.com |
| Counsel to NEARON SUNSET, LLC | MONTEE & ASSOCIATES | kmontee@monteeassociates.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | James.Ficenec@ndlf.com Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | wlisa@nixonpeabody.com |

| | | |
|---|---|---|
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Nuti Hart LLP | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | jbeiswenger@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | pfriedman@omm.com |
| Office of the California Attorney General | Office of the California Attorney General | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | dfelder@orrick.com |

| | | |
|---|---|---|
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | dmintz@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | lmcgowen@orrick.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | tcmitchell@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | jlucas@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | jfiero@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | tom@parkinsonphinney.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | wong.andrea@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | morgan.courtney@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | efile@pbgc.gov robertson.daniel@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | ngo.melissa@pbgc.gov efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | ADSmith@perkinscoie.com |
| Counsel for California Independent System Operator | Pierce Atwood LLP | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | dania.slim@pillsburylaw.com |

| | | |
|---|---|---|
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | leo.crowley@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | dminnick@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | philip.warden@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | epino@epinolaw.com |
| Counsel for for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PMRK LAW | peter@pmrklaw.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | lweber@polsinelli.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | rsoref@polsinelli.com |
| Claims Agent | Prime Clerk LLC | pgeteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | dbp@provlaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | rbeacher@pryorcashman.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for | Reed Smith LLP | crivas@reedsmith.com<br>mhouston@reedsmith.com |

| | | |
|---|---|---|
| Parsons Environment & Infrastructure, Inc. | | |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | mhowery@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | pmunoz@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | rsimons@reedsmith.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | lillian.stenfeldt@rimonlaw.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | phillip.wang@rimonlaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | robins@robinscloud.com rbryson@robinscloud.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | gregg.galardi@ropesgray.com keith.wofford@ropesgray.com daniel.egan@ropesgray.com |

| | | |
|---|---|---|
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | rfriedman@rutan.com<br>pblanchard@rutan.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | erlamblaw@gmail.com |
| Counsel to Compass Lexecon, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP | gkalikman@schnader.com |
| Counsel to HDI Global Specialty SE, Munich Re, and Party Liberty Specialty Markets | SEVERSON & WERSON | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Counsel for Turner Construction Company<br>Case | Seyfarth Shaw LLP | rpinkston@seyfarth.com<br>charney@seyfarth.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | lucky.mcdowell@shearman.com |

| | | |
|---|---|---|
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | dshemano@shemanolaw.com |
| Counsel to Ormat Technolgies Inc. | Sheppard, Mullin, Richter & Hampton LLP | mlauter@sheppardmullin.com |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | dvd@svlg.com<br>keb@svlg.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | jsanders@stblaw.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Counsel to SLF Fire Victim Claimants | SINGLETON LAW FIRM, APC | gerald@slffirm.com<br>john@slffirm.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | jmullan@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Ecf@stjames-law.com |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | todd.bailey@ftb.ca.gov |

| | | |
|---|---|---|
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | jcumming@dir.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | bglaser@swesq.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | sc2104271@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | cp@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | jdsokol@lawssl.com<br>kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | dandreoli@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | jlowenthal@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | squan@steyerlaw.com |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | ethompson@stites.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | gabrielle.glemann@stoel.com |

| | | |
|---|---|---|
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | sunny.sarkis@stoel.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | pglassman@sycr.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | hill@SullivanHill.com hawkins@SullivanHill.com dabbieri@SullivanHill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | jmills@taylorenglish.com |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | daniel@thebklawoffice.com |

| | | |
|---|---|---|
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Erika.Schoenberger@davey.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | rhonda.goldstein@ucop.edu |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com kortiz@teamtogut.com aoden@teamtogut.com aglaubach@teamtogut.com |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP | Rich@TrodellaLapping.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | mtoney@turn.org tlong@turn.org |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | shane.huang@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | shane.huang@usdoj.gov |
| Interested Party | Union Pacific Railroad Company | bankruptcynotices@up.com |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | matthew.troy@usdoj.gov |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | sanfrancisco@sec.gov |

| | | |
|---|---|---|
| US Securities and Exchange Commission | US Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | rileywalter@W2LG.com<br>Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | TBlischke@williamskastner.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |

| | | |
|---|---|---|
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | myuffee@winston.com |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | rgolubow@wcghlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | kw@wlawcorp.com |