|    |                                                                                                                 |                                                 |
|----|-----------------------------------------------------------------------------------------------------------------|-------------------------------------------------|
| 1  | UNITED STATES BANKRUPTCY COURT                                                                                  |                                                 |
| 2  | NORTHERN DISTRICT OF CALIFORNIA                                                                                 |                                                 |
| 3  | SAN FRANCISCO DIVISION                                                                                          |                                                 |

| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| | Ref. Docket Nos. 2857 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 3, 2019, I caused to be served the "Certificate of No Objection Regarding Second Statement Regarding Reimbursement of Monthly Expenses of Members of the Official Committee of Unsecured Creditors," dated July 3, 2019 [Docket No. 2857], by causing true and correct copies to be enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

# PG&E CORPORATION
# FEE APP NOTICE PARTIES

BAKER & HOSTETLER, LLP
PROPOSED COUNSEL FOR OFFICIAL COMMITTEE
OF TORT CLAIMANTS
ATTN: ROBERT A. JULIAN, ESQ. AND CECILY A. DUMAS, ESQ
1160 BATTERY STREET, SUITE 100
SAN FRANCISCO, CA 94111

STROOCK & STROOCK & LAVAN LLP
ATTN: FRANK A. MEROLA, ESQ
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067-3086

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: GREGORY A. BRAY, THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES CA 90067

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: JANET LODUCA, ESQ
77 BEALE STREET
P.O. BOX 77000
SAN FRANCISCO CA 94177

STROOCK & STROOCK & LAVAN LLP
ATTN: KRISTOPHER M. HANSEN, ESQ., EREZ E. GILAD, - AND MATTHEW G. GAROFALO, ESQ.
180 MAIDEN LANE
NEW YORK, NY 10038-4982

WEIL, GOTSHAL & MANGES LLP
COUNSEL TO DEBTOR
ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN
767 FIFTH AVENUE
NEW YORK NY 10153-0119

KELLER & BENVENUTTI LLP
ATTN: TOBIAS S. KELLER, ESQ. AND JANE KIM, ESQ.
650 CALIFORNIA STREET, SUITE 1900
SAN FRANCISCO, CA 94108