UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On July 2, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On July 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5. On July 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of July 2019, at New York, NY.

_____
Timothy R. Quinn

2

Case: 19-30088    Doc# 2947    Filed: 07/12/19    Entered: 07/12/19 09:17:44    Page 2 of 9

# Exhibit A

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2792 | Rocky Canyon Utility & Construction, Inc.<br>P.O. Box 928<br>Atascadero, CA 93423<br><br>Rocky Canyon Utility & Construction, Inc.<br>Attn: Lynn Ellen May, Controller<br>10415 Rocky Canyon Rd.<br>Atascadero, CA 93422 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | July 1, 2019 |
| 2793 | Nexient, LLC<br>8000 Jarvis Ave<br>Suite 200<br>Newark, CA 94560 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | July 1, 2019 |
| 2794 | Discovery Hydrovac, LLC<br>793 W 11560 S<br>Draper, UT 84020<br><br>Discovery Hydrovac, LLC<br>Attn: Brad M Orton, Controller<br>793 W 11600 S<br>Draper, UT 84020 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | July 1, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2795 | Badger Daylighting Corp.<br>Bose McKinney & Evans LLP<br>Attn: James P. Moloy<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br><br>Badger Daylighting Corp.<br>Attn: Darren Yaworsky<br>Atco II, Level 4, 919 11th Ave SW<br>Calgary, AB T2R 1P3 Canada | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | July 1, 2019 |
| 2797 | The Original Mowbray's Tree Service<br>171 S Waterman Ave<br>San Bernardino, CA 92408 | SPCP Group LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Attn: General Counsel<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | July 1, 2019 |
| 2808 | Holdrege and Kull<br>792 Searls Ave<br>Nevada City, CA 95959 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 2, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2809 | Urbin Incorporated<br>Attn: Jonathan Manzo<br>596 Dellbrook Avenue<br>San Francisco, CA 94131 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 2, 2019 |
| 2810 | UMS Group Inc.<br>Attn: Diane C. Durante<br>Morris Corporate Center 1<br>300 Interpace Pkwy, Suite C380<br>Parsippany, NJ 07054 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 2, 2019 |
| 2811 | Smiths Detection Inc<br>Attn: Tamia Johnson<br>2202 Lakeside Blvd<br>Edgewood, MD 21040 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 2, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2812 | Mistras Group<br>Attn: Yanira Meyers, Credit and Collection Representative<br>195 Clarsville Rd<br>Princeton Junction, NJ 08550 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 2, 2019 |
| 2816 | Examinetics Inc<br>10561 Barkley Pl Ste 400<br>Overland Park, KS 66212 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | July 2, 2019 |
| 2817 | VP Hauling & Demolition<br>Attn: Valcides Pereira<br>1700 Shatuck Ave. #19<br>Berkeley, CA 94709 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | July 2, 2019 |
| 2826 | Statewide Traffic Safety and Signs Inc.<br>c/o McGuireWoods LLP<br>Attn: Shawn R. Fox<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020<br><br>Statewide Traffic Safety and Signs Inc.<br>Attn: Mary Breen, CFO<br>1100 Main Street, Suite 100<br>Irvine, CA 92614 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | July 2, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2830 | Techimp US Corp.<br>3050 Royal Blvd South #170<br>Alpharetta, GA 30022 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | July 8, 2019 |
| 2854 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Sencha Funding, LLC<br>c/o Farallon Capital Management, L.L.C<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | July 8, 2019 |
| 2858 | Nathan Associates Inc.<br>1777 N. Kent Street, Suite 1400<br>Arlington, VA 22209<br><br>Nathan Associates Inc.<br>SunTrust Bank<br>8330 Boone Blvd., Suite 700<br>Vienna, VA 22182 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Bragger<br>PO Box 4353<br>Clifton, NJ 07012 | July 8, 2019 |
| 2866 | Nexient, LLC<br>8000 Jarvis Ave<br>Suite 200<br>Newark, CA 94560 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | July 9, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2867 | Unisont Engineering, Inc.<br>Attn: Milton Dong<br>333 Hegenberger Road, Suite 310<br>Oakland, CA 94621-1461 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 8, 2019 |