**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br>Re: Dkt. No. 2741<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Noteholders Committee**"), on the other. The Debtors and the Noteholders Committee are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On July 11, 2019, the Noteholders Committee filed the *Motion of Ad Hoc Committee of Senior Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* [Dkt. No. 2741] (the "**Noteholders Motion to Terminate Exclusivity**"), which is set for a hearing before the Court at 9:30 a.m. on July 24, 2019. Any response or opposition to the Noteholders Motion to Terminate Exclusivity is due by 4:00 p.m. (Pacific Time) on July 17, 2019.

B. Counsel for the Debtors has requested, and counsel for the Noteholders Committee has agreed, that the time for the Debtors to respond to the Noteholders Motion to Terminate Exclusivity be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors to file and serve any response or opposition to the Noteholders Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

[*Signatures on next page*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 12, 2019

KELLER & BENVENUTTI LLP

/s/ *Jane Kim*
Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

Dated: July 12, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119