# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2019 THROUGH APRIL 30, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 263.50 | $385,200.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 23.00 | $36,800.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 11.10 | $17,760.00 |
| Radin, Stephen A. | Litigation | 1984 | $1,450.00 | 7.30 | $10,585.00 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 14.80 | $23,680.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 13.70 | $21,920.00 |
| Pappas, Nicholas J. | Litigation | 1989 | $1,225.00 | 5.50 | $6,737.50 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 34.90 | $49,732.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 71.10 | $78,890.00 |
| Slack, Richard W. | Litigation | 1997 | $1,275.00 | 162.00 | $194,565.00 |
| Heyliger, Adelaja K. | Corporate | 1998 | $1,100.00 | 10.30 | $11,330.00 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 119.40 | $134,325.00 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 212.40 | $207,152.50 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 29.30 | $30,765.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 258.10 | $267,675.00 |
| **Total Partners and Counsel:** | | | | **1,236.40** | **$1,477,117.50** |

---

[1] BFR – Business Finance & Restructuring

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED[*] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 17.60 | $10,560.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 23.60 | $23,482.00 |
| Seales, Jannelle Marie | Corporate | 2009 | $995.00 | 14.20 | $14,129.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 172.70 | $171,836.50 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 179.60 | $178,702.00 |
| Silber, Gary | Tax | 2011 | $995.00 | 11.90 | $11,840.50 |
| Golster, Jonathan | Corporate | 2011 | $875.00 | 20.40 | $17,850.00 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 142.10 | $141,389.50 |
| Minga, Jay | Litigation | 2013 | $950.00 | 69.90 | $66,405.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 52.90 | $50,255.00 |
| Jones, Hannah L. | Litigation | 2014 | $920.00 | 102.50 | $91,770.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 207.40 | $143,106.00 |
| Nolan, John J. | Litigation | 2015 | $920.00 | 12.70 | $11,684.00 |
| Africk, Max M. | Litigation | 2015 (Louisiana) | $875.00 | 62.30 | $54,512.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 17.80 | $15,575.00 |
| Pitcher, Justin R. | BFR | 2016 (Utah) | $790.00 | 51.30 | $40,527.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 8.20 | $6,478.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 176.80 | $121,992.00 |
| Neuhauser, David | Corporate | 2018 | $690.00 | 15.20 | $10,488.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 197.30 | $131,928.00 |
| Zangrillo, Anthony | Corporate | 2018 | $690.00 | 17.00 | $11,730.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 154.10 | $86,296.00 |
| Irani, Neeckaum | Litigation | 2018 (Cal) | $560.00 | 6.40 | $3,584.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 15.10 | $8,456.00 |
| Evans, Steven | Litigation | 2019 | $560.00 | 54.40 | $30,464.00 |
| Gitlin, Adam | Litigation | * | $560.00 | 6.60 | $3,696.00 |
| **Total Associates:** | | | | **1,810.00** | **$1,458,736.00** |

---

[2] BFR – Business Finance & Restructuring

* - Not yet admitted.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS AND OTHER SUPPORT STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Martorell, Jorge | LSS | $380.00 | 6.10 | $2,318.00 |
| Biratu, Sirak D. | Litigation | $330.00 | 5.70 | $1,881.00 |
| Callahan, Antonio | Corporate | $300.00 | 7.00 | $2,100.00 |
| Peene, Travis J. | BFR | $240.00 | 46.40 | $11,136.00 |
| **Total Paraprofessionals and Other Support Staff:** | | | **65.20** | **$17,435.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,194.69 | 1,236.40 | $1,477,117.50 |
| Associates | $805.93 | 1,810.00 | $1,458,736.00 |
| Paraprofessionals and Other Support Staff: | $267.41 | 65.20 | $17,435.00 |
| **Blended Attorney Rate** | **$963.71** | | |
| **Total Fees Incurred** | | **3,111.80** | **$2,953,288.50** |

---

[3] BFR – Business Finance & Restructuring; LSS – Litigation Support Services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119