**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 15.80 | $11,423.50 |
| 003 | Automatic Stay | 298.80 | $278,284.00 |
| 004 | Bankruptcy Litigation | 352.50 | $309,797.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 162.10 | $161,250.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 40.00 | $24,197.50 |
| 008 | Chapter 1 Plan/Plan Confirmation | 49.10 | $58,536.50 |
| 009 | Communications with Client | 18.90 | $18,001.00 |
| 010 | Corporate Governance and Board Issues | 190.60 | $214,669.00 |
| 011 | Customer, Supplier and Vendor Issues | 104.90 | $99,658.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 4.80 | $4,707.50 |
| 014 | Employee Issues | 521.40 | $581,622.50 |
| 016 | Exclusivity | 33.30 | $35,731.50 |
| 017 | Executory Contracts/Lease Issues | 196.90 | $135,853.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 129.30 | $130,349.50 |
| 019 | Hearings and Court Matters | 99.40 | $103,419.00 |
| 021 | Non-Bankruptcy Litigation | 22.70 | $25,620.50 |
| 022 | Non-Working Travel | 150.10 | $94,409.00 |
| 023 | FERC Adversary Proceeding | 84.80 | $79,700.50 |
| 024 | Reclamation/503(b)(9) | 16.00 | $10,487.00 |
| 025 | Regulatory Issues including CPUC and FERC | 21.80 | $22,912.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 31.20 | $22,579.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 11.40 | $7,203.00 |
| 028 | Retention/Fee Application: Other Professionals | 120.00 | $84,665.50 |
| 029 | Schedules/Statement of Financial Affairs | 13.20 | $13,499.00 |
| 030 | Tax Issues | 51.50 | $62,279.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 20.70 | $22,877.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 70.00 | $71,267.50 |
| 033 | Utility Issues/Adequate Assurance | 13.50 | $9,120.00 |
| 035 | Real Estate and Real Property Issues | 213.20 | $209,242.50 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 53.70 | $49,925.00 |
| **TOTAL** | | **3,111.60** | **$2,953,288.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119