Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

Eric Gibbs – Bar No. 178658
Dylan Hughes – Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Attorneys for Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 (Lead Case) (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |
| □ Affects PG&E Corporation □ Affects Pacific Gas and Electric Company ■ Affects both Debtors *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

I, Laura Farcich, do declare and state as follows:

1. I am employed in San Mateo County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Corey, Luzaich, de Ghetaldi, and Riddle LLP, 700 El Camino Real, Millbrae, CA 94030.

2. I certify that on July 11, 2019, I caused a true and correct copy of each of the following documents to be electronically served on the interested parties who are receiving notices electronically through the Court's ECF e-noticing system as set forth on the Notice of Electronic Filing from the U.S. Bankruptcy Court for the Northern District of California, San Francisco Division. A copy of the Service List is attached to this Proof of Service.

- *Joinder in Motion of Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims (Dkt. No. 2929)*

- *Joinder in Motion of Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims (Dkt. No. 2930)*

- *Joinder in Motion of Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims (Dkt. No. 2942)*

- *Joinder in Motion of Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims (Dkt. No. 2943)*

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 12th day of July, 2019, at Millbrae, CA.

Laura Farcich

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, pspencer@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, abalian@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Todd M. Bailey on behalf of Interested Party California Franchise Tax Board
Todd.Bailey@ftb.ca.gov

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors

jbehrens@milbank.com, mkoch@milbank.com

James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California
jbeiswenger@omm.com, llattin@omm.com

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom
jbeiswenger@omm.com, llattin@omm.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Debtor PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Robert Berens on behalf of Creditor XL Specialty Insurance Company
rberens@smtdlaw.com, sr@smtdlaw.com

Heinz Binder on behalf of Creditor Almendariz Consulting, Inc.
heinz@bindermalter.com

Heinz Binder on behalf of Interested Party The Utility Reform Network (TURN)
heinz@bindermalter.com

Frank Bloksberg on behalf of Creditor Kevin Thompson
frank@bloksberglaw.com, frank@joinaikido.com

Frank Bloksberg on behalf of Creditor Mia Nash
frank@bloksberglaw.com, frank@joinaikido.com

Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc.
njbloomfield@njblaw.com, gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV

Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
peter.boutin@kyl.com, lara.joel@kyl.com

Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC
enbrady@jonesday.com

Erin N. Brady on behalf of Interested Party esVolta, LP
enbrady@jonesday.com

Ronald K. Brown on behalf of Interested Party Central Valley Associates, L.P.
rkbgwhw@aol.com, lesleysich1@aol.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor CRG Financial LLC
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor Gowan Construction Company Inc.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor KERMAN TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor PINNACLES TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor SIERRA TELEPHONE COMPANY, INC.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor TDS TELECOM
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor THE PONDEROSA TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor VOLCANO TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Adam Balogh
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Brian Bolton
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Heather Blowers
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lara Balas
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lisa Delaine Allain
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Sharon Britt
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Thomas Atkinson
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party United Energy Trading, LLC
leah.capritta@hklaw.com, lori.labash@hklaw.com

Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC

kcatanese@foley.com

Katherine Rose Catanese on behalf of Interested Party Corelogic Spatial Solutions, LLC
kcatanese@foley.com

Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christina Lin Chen on behalf of Creditor OneSource Supply Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
aclough@loeb.com

Alicia Clough on behalf of Interested Party Capital Power Corporation
aclough@loeb.com

John B. Coffman on behalf of Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
kevin.collins@btlaw.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Manuel Corrales, Jr. on behalf of Creditor Robert Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Liberty Specialty Markets
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Munich Re
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

Ashley Vinson Crawford on behalf of Interested Party Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, tsouthwell@akingump.com

John Cumming on behalf of Interested Party California Department of Industrial Relations
jcumming@dir.ca.gov

J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Baseline P&R, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor DF Properties
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Joiner Limited Partnership
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor KV Sierra Vista, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Brian T. Howe
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr.
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Stephen J Norman
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Jonathan S. Dabbieri on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
dabbieri@sullivanhill.com, bkstaff@sullivanhill.com

Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor CM Distributors, Inc.
jad@jdescalso.com, jad_9193@ecf.courtdrive.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Jonathan R. Doolittle on behalf of Creditor BP Energy Company
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor BP Products North America Inc.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Bender Rosenthal, Incorporated
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Southern Disaster Recovery, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates
jdreher@downeybrand.com

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip Verwey
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC

keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
keckhardt@hunton.com, candonian@huntonak.com

Michael Eggenberger on behalf of Creditor Chico Rent-A-Fence
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella's Eatery
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor David Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Jedidiah Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Julia Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Steven Jones
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Chico Rent-A-Fence
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriella's Eatery
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff David Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Estefania Miranda
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriell Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Jedidiah Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Julia Herndon
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Steven Jones
meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Sally J. Elkington on behalf of Creditor W. Bradley Electric, Inc.
sally@elkshep.com, ecf@elkshep.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor Infosys Limited
kenns@beneschlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Michael P. Esser on behalf of Intervenor Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Creditor Banc of America Credit Products, Inc.
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela Coker
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice Seals

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine McClure
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara Hill
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami Coleman
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company
sfinestone@fhlawllp.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.

john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Peter Friedman on behalf of Interested Party Governor Gavin Newsom
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

Duane M. Geck on behalf of Interested Party Liberty Specialty Markets
dmg@severson.com

Duane M. Geck on behalf of Interested Party Munich Re
dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@swesq.com

Barry S. Glaser on behalf of Interested Party The County of Placer
bglaser@swesq.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
glassmanp@gtlaw.com

Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District
glassmanp@gtlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Capital Dynamics, Inc., et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X

gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party FTP Power LLC, et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Gill Ranch Storage, LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Northern California Power Agency
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutinjones.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutininc.com, cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella's Eatery
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor David Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Estefania Miranda
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Jedidiah Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Julia Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Steven Jones
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Chico Rent-A-Fence
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Gabriella's Eatery
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff David Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Estefania Miranda
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Gabriell Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Jedidiah Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Julia Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Steven Jones

mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lgottlieb@labaton.com, mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
eric.grasberger@stoel.com, docketclerk@stoel.com

Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Stuart G. Gross on behalf of Creditor San Francisco Herring Association
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Adelina Mcneive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Aida Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Cathy Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dan Clarke
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dennis Caselli
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Gurdon Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Laura Hart
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Minh Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Ramiro Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Sam Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Todd McNeive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC
eguffy@lockelord.com, autodocket@lockelord.com

Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Capital Dynamics, Inc., et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party FTP Power LLC, et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Gill Ranch Storage, LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Intervenor Capital Dynamics, Inc.
oren.haker@stoel.com, rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com, mmagzamen@stroock.com

Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor ChargePoint, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor TURN-The Utility Reform Network
rob@bindermalter.com

Robert G. Harris on behalf of Interested Party The Utility Reform Network (TURN)

rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires
chart@nutihart.com, nwhite@nutihart.com

Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Capital Dynamics, Inc., et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party FTP Power LLC, et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Gill Ranch Storage, LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Capital Dynamics, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Enel Green Power North America, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor FTP Power LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Christopher V. Hawkins on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com

Christopher V. Hawkins on behalf of Creditor SLF Fire Victim Claimants
hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com

Jan M Hayden on behalf of Creditor APTIM
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Phillips & Jordan, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Snelson Companies, Inc.

jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor TTR Substations, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jennifer C. Hayes on behalf of Creditor Aggreko
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor MCE Corporation
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Nor-Cal Pipeline Services
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Roebbelen Contracting, Inc.
jhayes@fhlawllp.com

Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company
alaina.heine@dechert.com, brett.stone@dechert.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
jozette.chong@kirkland.com

Sean T. Higgins on behalf of Creditor Agajanian, Inc.
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Terry L. Higham on behalf of Interested Party City of Morgan Hill
t.higham@bkolaw.com, achavez@bkolaw.com

James P. Hill on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
hill@sullivanhill.com, bkstaff@sullivanhill.com

Michael R. Hogue on behalf of Creditor Cardno, Inc.
hoguem@gtlaw.com, frazierl@gtlaw.com

Michael R. Hogue on behalf of Creditor Ruby Pipeline, L. L. C
hoguem@gtlaw.com, frazierl@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
david.holtzman@hklaw.com

David Holtzman on behalf of Defendant Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc.
allie.horwitz@dinsmore.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Kiefner and Associates, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Defendant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission

shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party URENCO Limited
hubenb@ballardspahr.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co.
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Mark V. Isola on behalf of Creditor VETERAN POWER, INC.
mvi@sbj-law.com

J. Eric Ivester on behalf of Intervenor First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Mojave Solar LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Willow Springs Solar 3, LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Andrea.Bates@skadden.com

Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

Gregory K. Jones on behalf of Creditor Honeywell International Inc.
GJones@dykema.com, cacossano@dykema.com

Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com, mco@whitecase.com

Gary M. Kaplan on behalf of Creditor TTR Substations, Inc.
gkaplan@fbm.com, calendar@fbm.com

Robert B. Kaplan on behalf of Creditor Peter Ouborg
rbk@jmbm.com

Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc.
ehk@lnbyb.com

William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, angela.stevens@procopio.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy Partners, L.P.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy, Inc.
skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Debtor Pacific Gas and Electric Company
jkim@kellerbenvenutti.com

Jane Kim on behalf of Plaintiff PG&E Corporation

jkim@kellerbenvenutti.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Thomas F. Koegel on behalf of Creditor Nexant Inc.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor Vantage Wind Energy LLC
tkoegel@crowell.com

Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Alan W. Kornberg on behalf of Creditor California Public Utilites Commision
akornberg@paulweiss.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commission
akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Munich Re
bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc.
lkramer@rjo.com, mriney@rjo.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com, psantos@gibsondunn.com

Jeffrey C. Krause on behalf of Intervenor Topaz Solar Farms LLC
jkrause@gibsondunn.com, psantos@gibsondunn.com

Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tkreller@milbank.com, dmuhrez@milbank.com

Thomas R. Kreller on behalf of Interested Party Official Committee Of Unsecured Creditors
tkreller@milbank.com, dmuhrez@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hamanaka Painting Co., Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Precision Crane Service, Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Townsend & Schmidt Masonry
hkreuser@porterlaw.com, ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Boris Kukso on behalf of Interested Party Internal Revenue Service
boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor Valero Refining Company-California
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

Michael Lauter on behalf of Creditor CititGroup Financial Products Inc.
mlauter@sheppardmullin.com

Michael Lauter on behalf of Creditor Ormat Technologies Inc.
mlauter@sheppardmullin.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
lawallf@pepperlaw.com, henrys@pepperlaw.com

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party Kepco California LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

John Lemon on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
john@jcl-lawoffice.com

John Lemon on behalf of Creditor SLF Fire Victim Claimants
john@jcl-lawoffice.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Calpine Corporation
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Capital Dynamics, Inc., et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party FTP Power LLC, et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Gill Ranch Storage, LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Capital Dynamics, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Enel Green Power North America, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor FTP Power LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com, vcorbin@wcghlaw.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor Centerbridge Partners, L.P.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor Centerbridge Special Credit Partners III, L.P.
Malevinson@orrick.com, BOrozco@orrick.com

Marc A. Levinson on behalf of Creditor MCHA Holdings, LLC
Malevinson@orrick.com, BOrozco@orrick.com

Dara Levinson Silveira on behalf of Debtor PG&E Corporation
dsilveira@kellerbenvenutti.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.
jon.loeb@bingham.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jane Luciano on behalf of Creditor Jane Luciano
jane-luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Company
klyman@irell.com, lgauthier@irell.com

Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC
klyman@irell.com, lgauthier@irell.com

John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the
macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor U.S. TelePacific Corp. dba TPx Communications
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

David P. Matthews on behalf of Creditor Fire Victim Creditors
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David P. Matthews on behalf of Interested Party Terry Hodges
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company

patrick.maxcy@snrdenton.com

Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co.
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.
hugh.mcdonald@troutman.com, john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party MC Shiloh IV Holdings LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party Marubeni Corporation
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party Solar Partners II LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party Solar Partners VIII LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy Group LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Intervenor MC Shiloh IV Holdings LLC
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Intervenor NRG Energy, Inc.
luckey.mcdowell@bakerbotts.com

C. Luckey McDowell on behalf of Intervenor TerraForm Power, Inc.
luckey.mcdowell@bakerbotts.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-sf.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Donna Walker
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Mark Pulido
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Joshua M. Mester on behalf of stockholders PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan Clarke
belvederelegalecf@gmail.com

Randy Michelson on behalf of Interested Party Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

Joseph G. Minias on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A

dminnick@pillsburylaw.com, docket@pillsburylaw.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Creditor MNOC AERS LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Arlington Wind Power Project LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party EDP Renewables North America LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Rising Tree Wind Farm II LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Intervenor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Dentons US LLP
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Halkirk I Wind Project LP
john.moe@dentons.com, glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Aaron J. Mohamed on behalf of Plaintiff Mike Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Joshua D. Morse on behalf of Other Prof. FTI Consulting, Inc.
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Nevada Irrigation District
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Wild Goose, LLC
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com, hartt@ballardspahr.com

Michael S. Myers on behalf of Creditor Realty Income Corporation
myersms@ballardspahr.com, hartt@ballardspahr.com

Alan I. Nahmias on behalf of Creditor EN Engineering, LLC
anahmias@mbnlawyers.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

David Neier on behalf of Creditor California Efficiency + Demand Management Council
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Management - TIR, LLC
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Partners, L.P.
dneier@winston.com

David Neier on behalf of Creditor Peninsula Clean Energy Authority
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources PUC, LLC
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources, LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Howard S. Nevins on behalf of Creditor Performance Contracting, Inc.
hnevins@hsmlaw.com, lsamosa@hsmlaw.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, cherie.clark@stoel.com

Lily A. North on behalf of Interested Party State Farm Mutual Automobile Insurance Company
lily.north@dechert.com, brett.stone@dechert.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Calaveras County Water District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Clearlake

gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Napa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Santa Rosa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Lake County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Mendocino County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Napa County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Nevada County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Town of Paradise
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Yuba County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Interested Party Public Entities Impacted by the Wildfires
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy
aobrient@mintz.com, docketing@mintz.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, ecf@macfern.com

Steven M. Olson on behalf of Creditor Aztrack Construction Corporation
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Creditor Southern Power Company
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Intervenor Consolidated Edison Development, Inc.
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Gabriel Ozel on behalf of Intervenor Southern Power Company
Gabriel.Ozel@troutman.com, tsinger@houser-law.com

Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control
Margarita.Padilla@doj.ca.gov

Margarita Padilla on behalf of Interested Party California Department of Water Resources
Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party Atlantica Yield plc
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Yuba County Water Agency
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Interested Party DTE Stockton, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Potrero Hills Energy Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Sunshine Gas Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Creditor California State Agencies
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Toxic Substances Control
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Water Resources
ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Jennifer Pastarnack on behalf of Creditor Whitebox Asymmetric Partners, LP
jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com

Jennifer Pastarnack on behalf of Creditor Whitebox Multi-Strategy Partners, LP
jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com

Charles Scott Penner on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Charles Scott Penner on behalf of Defendant AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Valerie Bantner Peo on behalf of Creditor Oracle America, Inc.
vbantnerpeo@buchalter.com

Danielle A. Pham on behalf of Defendant Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Danielle A. Pham on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Thomas R. Phinney on behalf of Creditor Yuba County Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party Federal Monitor
alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases
epino@epinolaw.com, staff@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc.

GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd.
mplevin@crowell.com

Mark D. Poniatowski on behalf of Creditor Holt of California
ponlaw@ponlaw.com

William L. Porter on behalf of Creditor New West Partitions
bporter@porterlaw.com, Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor MRP San Joaquin Energy, LLC
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor Middle River Power, LLC
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor California Efficiency + Demand Management Council
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Management - TIR, LLC

jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Partners, L.P.
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Peninsula Clean Energy Authority
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources PUC, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Interested Party Macquarie Energy LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Defendant Cheryl Montellano
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Max M. Montellano
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Company
jreisner@irell.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriella's Eatery
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff David Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Estefania Miranda
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriell Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Julia Herndon
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P. Rich on behalf of Creditor SEIU United Service Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Counter-Claimant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Kiefner and Associates, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Parsons Environment & Infrastructure, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Defendant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Interested Party JAN X-Ray Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
robertson.daniel@pbgc.gov, efile@pbgc.gov

Lacey E. Rochester on behalf of Creditor APTIM
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Phillips & Jordan, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Snelson Companies, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor TTR Substations, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
mrogers@lambertrogers.com, jan@lambertrogers.com

Julie H. Rome-Banks on behalf of Creditor Thunderbird Mobile Home Park
julie@bindermalter.com

Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
jrose@bakerlaw.com

Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Goodfellow Bros. California, LLC
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor McGuire and Hester
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Sanco Pipelines, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Stadtner Co., Inc. dba Sierra Electric Co.
arrosin@alr-law.com

Jay M. Ross on behalf of Interested Party The City of Oakland
jross@hopkinscarley.com, eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company
grougeau@brlawsf.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular

nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Debtor PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com, pgedocket@bakerlaw.com

Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation
jsanders@stblaw.com, lsoboleva@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Board of Pacific Gas and Electric Company
jsanders@stblaw.com, lsoboleva@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Certain Current and Former Independent Directors
jsanders@stblaw.com, lsoboleva@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire
Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Lovee Sarenas on behalf of Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Barbara Morris
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Brandee Goodrich
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Kristal Davis-Bolin
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Marie Valenza
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Mary Haines
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company

sas@hogefenton.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com, vickie.leyson@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
lschweitzer@cgsh.com

David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
dshemano@pwkllp.com

James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
jim@elkshep.com, ecf@elkshep.com

Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party BOKF, NA
andrew.silfen@arentfox.com

Andrew I. Silfen on behalf of Interested Party Bank of Oklahoma Financial
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party American Reliable Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Amica Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Assurant Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California Casualty Indemnity Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California FAIR Plan Association
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Church Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Crusader Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Farmers Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Gencon Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party National General Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nationwide Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nautilus Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Privilege Underwriters Reciprocal Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Sutter Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Topa Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Wawanesa General Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Zenith Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor SLF Fire Victim Claimants
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee
mslattery@lkfirm.com, rramirez@lkfirm.com

Michael K. Slattery on behalf of Creditor County of San Luis Obispo
mslattery@lkfirm.com, rramirez@lkfirm.com

Dania Slim on behalf of Creditor BANK OF AMERICA N.A
dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party FTP Power LLC, et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Global Diving & Salvage, Inc.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
asmith@lockelord.com, autodocket@lockelord.com

Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
jdsokol@lawssl.com, dwright@lawssl.com

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Asymmetric Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Multi-Strategy Partners, LP
rsoref@polsinelli.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy Partners, L.P.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy, Inc.
dstern@ktbslaw.com

Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
rsuarez@crowell.com

Rebecca Suarez on behalf of Intervenor Vantage Wind Energy LLC
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
summerst@lanepowell.com, docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com

Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Andrew Van Ornum on behalf of Creditor Geosyntec Consultants, Inc.
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company
shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Attorney Midway Sunset Cogeneration Company

ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Midway Sunset Cogeneration Company
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Philip S. Warden on behalf of Creditor Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Genevieve G. Weiner on behalf of Creditor Topaz Solar Farms LLC
gweiner@gibsondunn.com

Genevieve G. Weiner on behalf of Intervenor Topaz Solar Farms LLC
gweiner@gibsondunn.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

David Walter Wessel on behalf of Creditor Mikhail Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Eric R. Wilson on behalf of Creditor Tata Consultancy Services
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com

Kimberly S. Winick on behalf of Interested Party Kimberly Winick
kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Berry Petroleum Company, LLC
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor MRC Global (US) Inc.
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc.
rwitthans@fhlawllp.com, rwitthans@fhlawllp.com

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Risa Lynn Wolf-Smith on behalf of Intervenor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Douglas Wolfe on behalf of Creditor ASM Capital X LLC
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Catherine E. Woltering on behalf of Creditor Committee Official Committee of Tort Claimants
cwoltering@bakerlaw.com

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov, efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
christopher.wong@arentfox.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor GEI Consultants, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.
tyoon@crowell.com

Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.
byoung@jmbm.com, jb8@jmbm.com

Brittany Zummer on behalf of Creditor Mirna Trettevik
bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

Dario de Ghetaldi on behalf of Creditor Fire Victim Creditors
deg@coreylaw.com, lf@coreylaw.com