

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

Signed and Filed: July 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and the Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of Ad Hoc Committee of Senior Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* ("**Stipulation and Agreement for Order**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Noteholders Committee**"), on the other hand, filed on July 12, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Debtors to file and serve any response or opposition to the Noteholders Motion to Terminate Exclusivity (as defined in the Stipulation and Agreement for Order) is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 12, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119