Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:    310-407-9090
Email:         kklee@ktbslaw.com
                   dstern@ktbslaw.com
                   skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc.
and NextEra Energy Partners, L.P.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN NEXTERA ENTITIES AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>Re: Dkt. No. 2741<br><br>[No Hearing Requested] |

This stipulation ("**Stipulation**") is entered into by NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "**NextEra**"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Noteholders Committee**"), on the other. NextEra and the Noteholders Committee are referred to in this Stipulation collectively as the "**Parties**."

A. On July 11, 2019, the Noteholders Committee filed the *Motion of Ad Hoc Committee of Senior Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* [Dkt. No. 2741] (the "**Motion to Terminate Exclusivity**"), which is set for a hearing before the Court at 9:30 a.m. on July 24, 2019. Any response or opposition to the Motion to Terminate Exclusivity is due by 4:00 p.m. (Pacific Time) on July 17, 2019.

B. Counsel for NextEra has requested, and counsel for the Noteholders Committee has agreed, that the time for NextEra to respond to the Motion to Terminate Exclusivity be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS, BY AND AMONG THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER THAT:**

1. The time for NextEra to file and serve any response or opposition to the Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

[*Signature page follows.*]

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

| | |
|---|---|
| DATED: July 12, 2019 | */s/ David M. Stern* |
| | Kenneth N. Klee |
| | David M. Stern |
| | Samuel M. Kidder |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, Thirty-Ninth Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 407-4000 |

-and-

Howard Seife (admitted *pro hac vice*)
Christy Rivera (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100

*Attorneys for NextEra Energy, Inc. et al. and NextEra Energy Partners, L.P.*

-and-

*/s/ Ashley Vinson Crawford*
Michael S. Stamer
Ira S. Dizengoff
David H. Botter
Abid Qureshi
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

-and-

Ashley Vinson Crawford
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*