**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
   jminias@willkie.com
   bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders, and on behalf of Joining Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>Date:   July 24, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**Joinder Motion**

**JOINDER OF AMICA MUTUAL INSURANCE COMPANY, BG RESOLUTION PARTNERS I-A, L.L.C. (AN AFFILIATE OF THE BAUPOST GROUP, L.L.C.), ENCOMPASS INSURANCE COMPANY, FIRE INSURANCE EXCHANGE, HARTFORD ACCIDENT & INDEMNITY COMPANY, LIBERTY INSURANCE CORPORATION, MERCURY INSURANCE, NATIONWIDE MUTUAL INSURANCE COMPANY, AND UNITED SERVICES AUTOMOBILE ASSOCIATION TO MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM THE AUTOMATIC STAY**

Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association (collectively, the "**Joining Subrogation Claim Holders**"), each in their individual capacities, hereby joins in the *Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay* [Docket No. 2863] (together with the accompanying memorandum of law, the "**Lift Stay Motion**"), and all of the arguments set forth therein.[1] Each of the Joining Subrogation Claim Holders is a member of the Ad Hoc Subrogation Group, and is the named insurer (or a transferee of the named insurer) of a TCC Plaintiff (as defined in the Lift Stay Motion, as set forth below):

| **TCC Plaintiff** | **Joining Subrogation Claim Holders** |
|---|---|
| John Caslin | Amica Mutual Insurance Company |
| Elizabeth Fourkas | Nationwide Mutual Insurance Company (property) <br><br> BG Resolution Partners I-A, L.L.C., an affiliate of The Baupost Group, L.L.C. (as purchaser of claims from CSAA Insurance Group) (auto) |
| Phyllis Lowe | Nationwide Mutual Insurance Company |
| Raymond Breitenstein | BG Resolution Partners I-A, L.L.C., an affiliate of The Baupost Group, L.L.C. (as purchaser of claims from CSAA Insurance Group) |

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Lift Stay Motion.

|  | Encompass Insurance Company (affiliate of Allstate) |
|---|---|
| Don Louis Kamprath | Hartford Accident & Indemnity Company |
| William Edelen | United Services Automobile Association |
| Greg and Christina Wilson | Liberty Insurance Corporation |
| Monte Kirven | Fire Insurance Exchange (property) United Services Automobile Association (auto) |
| Carmen and Armando Berriz | Mercury Insurance |

Dated: July 12, 2019

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email:  mfeldman@willkie.com
          jminias@willkie.com
          bmccallen@willkie.com

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders, and on behalf of Joining Subrogation Claim Holders*