Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc.
and NextEra Energy Partners, L.P.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067.

On July 12, 2019, I caused a true and correct copy the following document to be served, via First Class Mail, on all the "Standard Parties" pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Dkt. No. 1996], each as further set forth on the attachment hereto:

> *Stipulation Between NextEra Entities and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of The Bankruptcy Code* [Docket No. 2958]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2019 at Los Angeles, California.

                                                */s/ Sasha M. Gurvitz*
                                                Sasha M. Gurvitz

Michael Stamer, Ira Dizengoff, David Botter, Abid Qureshi
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036

Weil, Gotshal & Manges LLP
Stephen Karotkin, Jessica Liou, Matthew Goren
767 Fifth Avenue
New York, NY  10153

Stroock & Stroock & Lavan LLP
Frank A. Merola, Esq.
2029 Century Park East
Los Angeles, CA  90067-3086

Office of the United States Trustee
James L. Snyder, Timothy Laffredi
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA  94102

Milbank LLP
Paul Aronzon, Gregory Bray, Thomas Kreller
55 Hudson Yards
 New York, NY  10001-2163

Ashley Vinson Crawford
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104

Keller & Benvenutti LLP
Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA  94108

Davis Polk & Wardwell LLP
Eli Vonnegut, David Schiff, Timothy Graulich
450 Lexington Avenue
New York, NY  10017

U.S. Nuclear Regulatory Commission
General Counsel
Washington, DC  20555-0001

Milbank LLP
Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.
2029 Century Park East, 33rd Floor
 Los Angeles, CA 90067

PG&E Corporation and Pacific Gas and Electric Company
Attn:  Janet Loduca, Esq.
PO Box 770000
San Francisco, CA  94105

Stroock & Stroock & Lavan LLP
Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY  10038-4982

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Alan Kornberg, Brian Hermann., Walter Rieman,  Sean Mitchell, Neal Donnelly
1285 Avenue of the Americas
New York, NY  10019-6064

U.S. Department of Justice
Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106
Washington, DC  20005

Baker & Hostetler LLP
Eric Sagerman, Cecily Dumas
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509