Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case. No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(D)(1) OF THE BANKRUPTCY CODE [DOCKET NO. 2741]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "Stipulation") is entered into by the (i) Official Committee of Unsecured Creditors (the "UCC") appointed in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession, on the one hand; and (ii) Ad Hoc Committee of Senior Unsecured Noteholders (the "Ad Hoc Committee" and together with the UCC, the "Parties"), on the other hand. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On June 25, 2019, the Ad Hoc Committee filed the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Motion") [Docket No. 2741], which is set for hearing before the Court at 9:30 a.m. (Pacific Time) on July 24, 2019. The notice of the Motion indicated that any response or opposition to the Motion is due by 4:00 p.m. (Pacific Time) on July 16, 2019.

B. Counsel to the UCC has requested, and counsel to the Ad Hoc Committee has agreed, that the time for the UCC to respond to the Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the UCC to file and serve any response or opposition to the Motion is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

[*Signatures on next page*]

| | | |
|---|---|---|
| Dated: July 12, 2019 | | Dated: July 12, 2019 |
| MILBANK LLP | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| /s/ *Thomas R. Kreller* | | /s/ *Ashley Vinson Crawford* |
| Thomas R. Kreller | | Ashley Vinson Crawford |
| *Attorneys for Official Committee of Unsecured Creditors* | | *Ad Hoc Committee of Senior Unsecured Noteholders* |