Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
Jordana L. Renert (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:    (212) 484-3900
Facsimile:    (212) 484-3990
Email:    andrew.silfen@arentfox.com
         beth.brownstein@arentfox.com
         jordana.renert@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA  94105
Telephone:    (415) 757-5500
Facsimile:    (415) 757-5501
Email:    aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS AND BOKF, N.A. EXTENDING TIME TO RESPOND TO THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>Re: Dkt. No. 2741<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("Stipulation and Agreement for Order") is

entered into by, on the one hand, the Ad Hoc Committee of Senior Unsecured Noteholders of

Pacific Gas and Electric Company (the "Ad Hoc Committee") and, on the other hand, BOKF, NA ("BOKF"), in its capacity as successor indenture trustee (the "Unsecured Notes Trustee") under the Indentures dated as of (i) March 11, 2004 (as supplemented, amended and restated), (ii) November 29, 2017 and (iii) August 6, 2018 pursuant to which Pacific Gas and Electric Company (the "Utility" and, together with PG&E Corporation, the "Debtors") issued the senior notes (collectively, the "Senior Notes"). The Ad Hoc Committee and BOKF are referred to in this Stipulation and Agreement for Order collectively as the "Parties" and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On June 25, 2019, the Ad Hoc Committee filed the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Dkt. No. 2741] (the "Motion to Terminate Exclusivity"), which is set for a hearing before the Court at 9:30 a.m. on July 24, 2019. The *Notice of Hearing on Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Dkt. No. 2744] (the "Notice") states that any response or objection is to be filed "so as to be received by no later than 4:00 p.m. (Pacific Time) on July 16, 2019."

B. Counsel for the Ad Hoc Committee and counsel for BOKF have agreed that the time for BOKF to respond to the Motion to Terminate Exclusivity should be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for BOKF to file and serve any response or opposition to the Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

| | | |
|---|---|---|
| Dated: July 12, 2019 | | Dated: July 12, 2019 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | | ARENT FOX LLP |
| /s/ *Ashley Vinson Crawford*<br>Ashley Vinson Crawford | | /s/ *Aram Ordubegian*<br>Aram Ordubegian (SBN 185142)<br>Andrew I. Silfen (*pro hac vice*)<br>Beth M. Brownstein (*pro hac vice*)<br>Jordana L. Renert (*pro hac vice*) |
| *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders* | | *Counsel for BOKF, NA, solely in its capacity as Indenture Trustee* |

- 3 -

Case: 19-30088    Doc# 2963    Filed: 07/12/19    Entered: 07/12/19 17:41:33    Page 3 of 3