**EXHIBIT A**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>          **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES** |

The Court having considered the *Motion for an Order Directing Debtors to Supplement Schedules*, dated July 12, 2019, (the "**Motion**"),[1] filed by the Official Committee of Tort Claimants (the "**TCC**"), pursuant to section 521(a)(1)(B)(i) of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007(b)(1) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. Debtors are hereby directed to fully and completely supplement their Official Form 206A/B schedules in accordance with Bankruptcy Code § 521(a)(1)(B)(i), and Bankruptcy Rule 1007(b)(1), including, but not limited to, supplementing their real property schedule to identify addresses and property descriptions of all of the Debtors' property interests, within thirty (30) days of the date of this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.