Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF KODY KLEBER IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES**<br><br>Date:     August 13, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

KODY D. L. KLEBER, under penalty of perjury, declares:

1. I am a partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants of PG&E Corporation and Pacific Gas and Electric Company in these chapter 11 cases.

2. I submit this Declaration in support of the Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules ("**Motion**").

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. Attached hereto as **EXHIBIT A** is a true and correct copy of Instructions for Bankruptcy Forms for Non-Individuals.

5. Attached hereto as **EXHIBIT B** is a true and correct copy of Bankruptcy Form 206A/B.

6. Attached hereto as **EXHIBIT C** is a true and correct copy of Pacific Gas & Electric Company's Form 206A/B schedules filed on March 14, 2019 (Dkt. No. 904).

7. Attached hereto as **EXHIBIT D** is a true and correct copy of the transcript of the continued Meeting of Creditors pursuant to 11 U.S.C. § 341 that was conducted on April 29, 2019 by the Assistant United States Trustee for the Northern District of California, Tim Laffredi.

8. Attached hereto as **EXHIBIT E** is a true and correct copy of the Real Property Tax Assessor Record for 77 Beale St., San Francisco, CA 94105-1814.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on July 12, 2019

By: Kody D. L. Kleber