**EXHIBIT E**

# Real Property Tax Assessor Record

## Source Information

| | |
|---|---|
| **Tax Roll Certification Date:** | 08/13/2018 |
| **Owner Information Current Through:** | 05/31/2019 |
| **County Last Updated:** | 07/02/2019 |
| **Current Date:** | 07/09/2019 |
| **Source:** | TAX ASSESSOR |

## Owner Information

| | |
|---|---|
| **Owner(s):** | PAC GAS & ELECTRIC CO<br>TAX DEPARTMENT |
| **Corporate Owner:** | CORPORATE OWNER |
| **Property Address:** | 77 BEALE ST<br>SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | PO BOX 7054<br>SAN FRANCISCO, CA 94120-7054 |

## Property Information

| | |
|---|---|
| **County:** | SAN FRANCISCO |
| **Assessor's Parcel Number:** | 3711-014A |
| **Property Type:** | OFFICE BUILDING |
| **Land Use:** | OFFICE BUILDING |
| **Zoning:** | C3O |
| **Lot Size:** | 37810 |
| **Lot Acreage:** | 0.8680 |
| **Block Number:** | 3711 |
| **Lot Number:** | 14A |

## Tax Assessment Information

| | |
|---|---|
| **Estimated Tax Year:** | 2017 |
| **Valuation Method:** | ASSESSED |
| **Tax Code Area:** | 1000 |

## Building/Improvement Characteristics

| | |
|---|---|
| **Building Type:** | ROW |
| **Number of Buildings:** | 1 |
| **Year Built:** | 19250000 |
| **Total Area:** | 37810 |
| **Total Number of Rooms:** | 235 |
| **Number of Bathrooms:** | 20.00 |
| **Full Baths:** | 20 |
| **Number of Stories:** | 17.00 |
| **Construction Type:** | STEEL |

## Last Market Sale Information

| | |
|---|---|
| **Seller Name:** | PAC GAS & ELECTRIC CO |
| **Deed Type:** | GRANT DEED |
| **Type of Sale:** | RESALE |
| **Multiple Parcel Sale:** | MULTIPLE PARCEL SALE |
| **Recording Date:** | 03/23/1995 |
| **Document Number:** | F771835 |

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works. 1

**Recording Book/Page:** BOOK G0344, PAGE 621

**Previous Transaction Information**

**Number of Parcels:** D Y

**Historical Tax Assessor Information**

**Historical Tax Assessor Record: 1.**
**Estimated Tax Year:** 2016
**Assessor's Parcel Number:** 3711-014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** PO BOX 7054
 SAN FRANCISCO, CA 94120-7054

**Historical Tax Assessor Record: 2.**
**Estimated Tax Year:** 2014
**Assessor's Parcel Number:** 3711-014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** 1 MARKET SPEAR TOWER 40
 SAN FRANCISCO, CA 94105

**Historical Tax Assessor Record: 3.**
**Estimated Tax Year:** 2013
**Assessor's Parcel Number:** 3711-014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** 1 MARKET SPEAR TOWER 40
 SAN FRANCISCO, CA 94105

**Historical Tax Assessor Record: 4.**
**Estimated Tax Year:** 2013
**Assessor's Parcel Number:** 3711-014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** 1 MARKET SPEAR TOWER 40
 SAN FRANCISCO, CA 94105

**Historical Tax Assessor Record: 5.**
**Estimated Tax Year:** 2012
**Assessor's Parcel Number:** 3711-014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** 1 MARKET SPEAR TOWER 40
 SAN FRANCISCO, CA 94105

**Historical Tax Assessor Record: 6.**
**Estimated Tax Year:** 2011
**Assessor's Parcel Number:** 3711 -014A
**Owner:** PAC GAS & ELECTRIC CO, TAX DEPARTMENT
**Property Address:** 77 BEALE ST
 SAN FRANCISCO, CA 94105-1814
**Mailing Address:** 1 MARKET SPEAR TOWER 40
 SAN FRANCISCO, CA 94105

**Historical Tax Assessor Record: 7.**
**Estimated Tax Year:** 2011
**Assessor's Parcel Number:** 3711 -014A

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works.    2

| | |
|---|---|
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | PAC GAS & ELECTRIC CO, TAX DEPARTMENT |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | 1 MARKET SPEAR TOWER 40 |
| | SAN FRANCISCO, CA 94105 |

**Historical Tax Assessor Record: 8.**

| | |
|---|---|
| **Estimated Tax Year:** | 2010 |
| **Assessor's Parcel Number:** | 3711 -014A |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | PAC GAS & ELECTRIC CO, TAX DEPARTMENT |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | 1 MARKET SPEAR TOWER 40 |
| | SAN FRANCISCO, CA 94105 |

**Historical Tax Assessor Record: 9.**

| | |
|---|---|
| **Estimated Tax Year:** | 2010 |
| **Assessor's Parcel Number:** | 3711 -014A |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | PAC GAS & ELECTRIC CO, TAX DEPARTMENT |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | 1 MARKET SPEAR TOWER 40 |
| | SAN FRANCISCO, CA 94105 |

**Historical Tax Assessor Record: 10.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | PO BOX 770000 |
| | SAN FRANCISCO, CA 94177-0001 |

**Historical Tax Assessor Record: 11.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | PO BOX 770000 |
| | SAN FRANCISCO, CA 94177-0001 |

**Historical Tax Assessor Record: 12.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |
| **Mailing Address:** | PO BOX 770000 |
| | SAN FRANCISCO, CA 94177-0001 |

**Historical Tax Assessor Record: 13.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |

**Historical Tax Assessor Record: 14.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |

**Historical Tax Assessor Record: 15.**

| | |
|---|---|
| **Assessor's Parcel Number:** | 3711 -014A |
| **Owner:** | PAC GAS & ELECTRIC CO |
| **Property Address:** | 77 BEALE ST |
| | SAN FRANCISCO, CA 94105-1814 |

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works. 3

**Mailing Address:** PO BOX 770000
SAN FRANCISCO, CA 94177-0001

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER may have been located. The owner's mailing address is associated with other properties as indicated by tax assessor records. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**  © 2019 Thomson Reuters. No claim to original U.S. Government Works.