UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

             Debtors.

Chapter 11

No. 19-30088 (DM)

(Lead Case)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Olympus Peak Master Fund LP** | **Owl Creek Investments I, LLC** |
| Name of Transferee | Name of Transferor |
| Phone: 212-373-1189 | Phone: 646-825-7623 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| | |
| Name and Address where notices and payments to transferee should be sent: | Claim No: N/A (Schedule Amount) <br> Date Filed: N/A |
| | |
| **Olympus Peak Master Fund LP** <br> **745 Fifth Avenue, Suite 1604** <br> **New York, New York 10151** <br> **Attention: Leah Silverman** | Total Amount of Scheduled Claim: $956,213.00 <br> **Transferred Amount of Scheduled Claim: $956,213.00** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Leah Silverman            Date: July 15, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court
      Northern District of California
      San Francisco Division
      Attn: Clerk

AND TO:   PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
          Case No. 19-30088 (Lead Case)

Claim No.: N/A (SCHEDULE AMOUNT)

**OWL CREEK INVESTMENTS I, LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**OLYMPUS PEAK MASTER FUND LP**
745 Fifth Avenue, Suite 1604
New York, NY 10151
Attn: Leah Silverman

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the bankruptcy case; and (e) to any amounts listed on the Debtor's schedules, in the principal scheduled amount of $956,213.00 ("Claim") against the Debtor in the United States Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 11, 2019.


**OWL CREEK INVESTMENTS I, LLC**

By: _____
Name: Rubin Kyel
Title: GC

**OLYMPUS PEAK MASTER FUND LP**

By: _____
Name: Leah Silverman
Title: Counsel