Rebecca Weissman (No. 322402)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104
Telephone: 415.262.4500
Facsimile: 415.262.4555
rebecca.weissman@dechert.com

Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: 212.698.3500
Facsimile: 415.698.3599
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
alaina.heine@dechert.com

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>x Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br>**STIPULATION BETWEEN STATE FARM AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(D)(1) OF THE BANKRUPTCY CODE [DOCKET NO. 2741]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "Stipulation") is entered into by (i) State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries (collectively, "State Farm"), on the one hand; and (ii) the Ad Hoc Committee of Senior Unsecured Noteholders (the "Ad Hoc Committee" and together with State Farm, the "Parties"), on the other hand. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On June 25, 2019, the Ad Hoc Committee filed the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Motion") [Docket No. 2741], which is set for hearing before the Court at 9:30 a.m. (Pacific Time) on July 24, 2019. The notice of the Motion indicated that any response or opposition to the Motion is due by 4:00 p.m. (Pacific Time) on July 16, 2019.

B. Counsel to State Farm has requested, and counsel to the Ad Hoc Committee has agreed, that the time for State Farm to respond to the Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for State Farm to file and serve any response or opposition to the Motion is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

*[Remainder of page left intentionally blank]*

| | | |
|---|---|---|
| Dated: July 15, 2019 | | Dated: July 15, 2019 |
| DECHERT LLP | | AKIN GUMP STRAUSS HAUER & FELD LLP |

 */s/ Shmuel Vasser*
Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
Rebecca Weissman (No. 322402)

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

 */s/ Ashley Crawford*
Ashley Crawford

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders*

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
STIPULATION EXTENDING TIME     19-30088 (DM)
Case: 19-30088     Doc# 2972     Filed: 07/15/19     Entered: 07/15/19 09:25:54     Page 3 of 3