# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**  PG&E CORPORATION,  - and -  PACIFIC GAS AND ELECTRIC COMPANY,  **Debtors.**  ☐ Affects PG&E Corporation  ☐ Affects Pacific Gas and Electric Company  ☒ Affects both Debtors  *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case  No. 19-30088 (DM)  Chapter 11  (Lead Case)  (Jointly Administered)  **Objection Deadline**: August 5, 2019 at 4:00p.m. (Pacific Time)  [No Hearing Requested] |

**MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | June 11, 2019 *nunc pro tunc* to January 29, 2019[1] |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through May 31, 2019 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 976,379.33 (80% of $1,220,474.16) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $   67,969.21 |
| This is a(n): | __X__ monthly _____ interim _____ final application |

---

[1] On June 12, 2019, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a) and 328 (a) and Fed. R. Bankr. P. 2014(a) and 2016 For Authority to Retain and Employ KPMG LLP as Information Technology, Risk and Legal Support Consultants to the Debtors Nunc Pro Tunc to the Petition Date* [Dkt. No. 2503] (the "**Retention Order**").

KPMG LLP ("**KPMG**" or the "**Applicant**"), Information Technology, Risk and Legal Support Consultants for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2019 through May 31, 2019 ( the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket no. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $976,379.33 (80% of $1,220,474.16) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $67,969.21 (representing 100% of expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by category. Attached hereto as **Exhibits C1 – C8** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit D** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D1** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested

in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payments of such amount until the next hearing to consider interim or final fee applications at which time the Court will adjudicate any unresolved objections.

Dated: July 15, 2019

Respectfully submitted,

*/s/ Eugene V. Armstrong*

---

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301