# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional

May 1, 2019 through May 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Adrian Irwin | Senior Associate - Advisory | 151.8 | $ 325 | $ 49,335.00 |
| Aldryn Estacio | Manager - Advisory | 159.9 | $ 400 | $ 63,960.00 |
| Allison Smith | Senior Associate - Advisory | 3.0 | $ 325 | $ 975.00 |
| Arun Mani | Principal- Advisory | 36.1 | $ 500 | $ 18,050.00 |
| Ben Neville | Manager - Advisory | 5.0 | $ 400 | $ 2,000.00 |
| Brian Wei | Associate - Advisory | 161.0 | $ 275 | $ 44,275.00 |
| Cam Avent | Manager - Advisory | 0.7 | $ 400 | $ 280.00 |
| Carlo Toribio | Senior Associate - Advisory | 72.0 | $ 325 | $ 23,400.00 |
| Celeste Campbell | Manager - Bankruptcy | 39.6 | $ 163 | $ 6,435.00 |
| Cole Gallagher | Senior Associate - Advisory | 130.4 | $ 325 | $ 42,380.00 |
| Cy Whitten | Senior Associate - Advisory | 141.2 | $ 325 | $ 45,890.00 |
| Daniel Elmblad | Senior Associate - Advisory | 111.4 | $ 325 | $ 36,205.00 |
| Daniel Smith | Manager - Advisory | 9.1 | $ 475 | $ 4,322.50 |
| David Ross | Manager - Advisory | 173.3 | $ 400 | $ 69,320.00 |
| Dennis Cha | Associate - Advisory | 171.9 | $ 275 | $ 47,272.50 |
| Dennis Latto | Manager - Advisory | 4.0 | $ 400 | $ 1,600.00 |
| Eric Janes | Manager - Advisory | 8.9 | $ 400 | $ 3,560.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 34.0 | $ 400 | $ 13,600.00 |
| Gustavo Garcia | Associate - Advisory | 127.1 | $ 275 | $ 34,952.50 |
| Jack Liacos | Associate - Advisory | 100.7 | $ 275 | $ 27,692.50 |
| Jason Weng | Senior Associate - Advisory | 179.4 | $ 325 | $ 58,305.00 |
| Jeff Mahoney | Specialist Director - Analytics | 3.8 | $ 435 | $ 1,653.00 |
| Jessica Nell | Senior Associate - Advisory | 4.7 | $ 325 | $ 1,527.50 |
| Joel Sotikon | Associate - Advisory | 72.0 | $ 275 | $ 19,800.00 |
| Jonathan White | Managing Director- Advisory | 62.0 | $ 475 | $ 29,450.00 |
| Juan Gonzalez III | Partner - Advisory | 8.0 | $ 500 | $ 4,000.00 |
| Juanita Garza | Associate - Bankruptcy | 64.1 | $ 138 | $ 8,813.75 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 58.5 | $ 325 | $ 19,012.50 |
| Karson Ota | Associate - Advisory | 0.7 | $ 275 | $ 192.50 |
| Kirk-Patrick Caron | Manager - Advisory | 172.0 | $ 400 | $ 68,800.00 |
| Kyle McNamara | Director - Advisory | 119.0 | $ 435 | $ 51,765.00 |
| Lucy Cai | Associate - Advisory | 123.1 | $ 275 | $ 33,852.50 |
| Marcus Xu | Senior Associate - Advisory | 172.0 | $ 325 | $ 55,900.00 |
| Mark Ehrhardt | Director - Advisory | 68.7 | $ 435 | $ 29,884.50 |
| Mark Martin | Manager - Advisory | 34.5 | $ 400 | $ 13,800.00 |
| Matt Broida | Director - Advisory | 151.8 | $ 435 | $ 66,033.00 |
| Matthew Bowser | Senior Associate - Advisory | 182.5 | $ 325 | $ 59,312.50 |
| Monica Plangman | Associate Director - Bankruptcy | 9.8 | $ 213 | $ 2,082.50 |
| Nicole Redini | Manager - Advisory | 2.0 | $ 400 | $ 800.00 |
| Paul McGregor | Manager - Advisory | 15.0 | $ 400 | $ 6,000.00 |
| Penny Chan | Senior Associate - Advisory | 7.4 | $ 375 | $ 2,756.25 |
| Phillip Prombo | Manager - Advisory | 18.0 | $ 400 | $ 7,200.00 |
| Preston Devaney | Associate - Advisory | 60.6 | $ 275 | $ 16,665.00 |
| Reid Tucker | Principal - Advisory | 6.2 | $ 500 | $ 3,100.00 |
| Rita Squalli Houssaini | Manager - Advisory | 11.3 | $ 400 | $ 4,520.00 |
| Scott Stoddard | Director - Advisory | 26.5 | $ 435 | $ 11,527.50 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
May 1, 2019 through May 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Shiva Reddy R | Senior Associate - KGS | 6.0 | $ 220 | $ | 1,320.00 |
| Tia Mason | Senior Associate - Advisory | 72.0 | $ 325 | $ | 23,400.00 |
| Tim Littman | Senior Associate - Advisory | 34.0 | $ 325 | $ | 11,050.00 |
| Tom Schenk | Director - Advisory | 35.8 | $ 435 | $ | 15,573.00 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 47.8 | $ 150 | $ | 7,170.00 |
| Yiwen Fu | Manager - Advisory | 3.0 | $ 400 | $ | 1,200.00 |
| **Subtotal Hours and Fees at Discounted Rates** | | **3,473.3** | | **$** | **1,171,971.00** |
| Data Security Services - Exhibit C2 | | | | $ | - [1] |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ | 50,007.66 [2] |
| **Subtotal Fees** | | | | **$** | **1,221,978.66** |
| Less Voluntary Reduction (see Exhibit C1) | | | | $ | (1,504.50) |
| **Total Fees** | | | | **$** | **1,220,474.16** |
| Out of Pocket Expenses | | | | $ | 67,969.21 |
| **Total Fees and Out of Pocket Expenses** | | | | **$** | **1,288,443.37** |
| less Holdback Adjustment (20%) | | | | $ | (244,094.83) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$** | **1,044,348.53** |

**Blended Hourly Rate** (excludes Fixed Fee Hours)     $ 337.43

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of May 31, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

[2] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.