**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
May 1, 2019 through May 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 3,291.5 | $ 1,137,146.50 | |
| Data Security Services | C2 | | $ - | [1] |
| Legal Support Services | C3 | 16.5 | $ 57,086.41 | [2] |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 2.5 | $ 526.25 | |
| Fee Application Preparation Services | C8 | 162.8 | $ 25,715.00 | |
| **Total** | | **3,473.3** | **$ 1,220,474.16** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of May 31, 2019, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

[2] Fee amount composed of hourly fees and recurring hosting fees.