Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
Jordana L. Renert (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:    (212) 484-3990
Email:         andrew.silfen@arentfox.com
                   beth.brownstein@arentfox.com
                   jordana.renert@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA  94105
Telephone:   (415) 757-5500
Facsimile:    (415) 757-5501
Email:         aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|     - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
|                              Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

I served document(s) described as:

**STIPULATION BETWEEN AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS AND BOKF, N.A. EXTENDING TIME TO RESPOND TO THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**

on the interested parties in this action as follows:

[x] BY E-MAIL/NEF on July 12, 2019: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[x] BY MAIL on July 15, 2019: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth on the following page.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on July 15, 2019 at Los Angeles, California.

*/s/ Yvonne Li*
YVONNE LI
Declarant

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | <u>Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders</u> |
| 3 | Akin Gump Strauss Hauer & Feld LLP |
| | Attn: Michael Stamer, Ira Dizengoff, David Botter, and Abid Qureshi |
| 4 | One Bryant Park |
| | New York, NY 10036 |
| 5 | |
| | Akin Gump Strauss Hauer & Feld LLP |
| 6 | Ashley Vinson Crawford |
| | 580 California Street, Suite 1500 |
| 7 | San Francisco, CA 94104 |
| 8 | <u>Debtors</u> |
| 9 | PG&E Corporation and Pacific Gas and Electric Company |
| | Attn: Janet Loduca, Esq. |
| 10 | PO Box 770000 |
| | San Francisco, CA 94105 |
| 11 | |
| | <u>Counsel for Debtors</u> |
| 12 | |
| | Weil, Gotshal & Manges LLP |
| 13 | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq. |
| | 767 Fifth Avenue |
| 14 | New York, New York 10153 |
| 15 | Keller & Benvenutti LLP |
| | Attn: Tobias Keller, Esq. and Jane Kim, Esq. |
| 16 | 650 California Street, Suite 1900 |
| | San Francisco, CA 94108 |
| 17 | |
| | <u>Counsel for administrative agent under the Debtors' debtor-in-possession financing facility</u> |
| 18 | |
| | Stroock & Stroock & Lavan LLP |
| 19 | Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq. |
| | 180 Maiden Lane |
| 20 | New York, NY 10038-4982 |
| 21 | Stroock & Stroock & Lavan LLP |
| | Frank A. Merola, Esq |
| 22 | 2029 Century Park East, |
| | Los Angeles, CA 90067-3086 |
| 23 | |
| | <u>Counsel for collateral agent under the Debtors' debtor-in-possession financing facility</u> |
| 24 | |
| | Davis Polk & Wardwell LLP |
| 25 | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq. |
| | 450 Lexington Avenue |
| 26 | New York, NY 10017 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Counsel to the California Public Utilities Commission |
| 2 | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. |
| 3 | Mitchell, Esq., and Neal P. Donnelly, Esq. |
| | 1285 Avenue of the Americas |
| 4 | New York, NY 10019-6064 |
| 5 | United States Trustee |
| 6 | Office of the United States Trustee for Region 17 |
| | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| 7 | 450 Golden Gate Avenue, |
| | 5th Floor, Suite #05-0153 |
| 8 | San Francisco, CA 94102 |
| 9 | U.S. Nuclear Regulatory Commission |
| 10 | U.S. Nuclear Regulatory Commission |
| | Attn: General Counsel |
| 11 | Washington, DC 20555-0001 |
| 12 | Counsel for United States on behalf of the Federal Energy Regulatory Commission |
| 13 | U.S. Department of Justice |
| | Attn: Danielle A. Pham, Esq. |
| 14 | 1100 L Street, NW, Room 7106, |
| | Washington DC 20005 |
| 15 | |
| 16 | Counsel for the Official Committee of Unsecured Creditors |
| 17 | Milbank LLP |
| | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. |
| | 55 Hudson Yards |
| 18 | New York, NY 10001-2163 |
| 19 | Milbank LLP |
| | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 20 | 2029 Century Park East, 33rd Floor |
| | Los Angeles, CA 90067 |
| 21 | |
| 22 | Counsel for the Official Committee of Tort Claimants |
| 23 | Baker & Hostetler LLP |
| | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 24 | Los Angeles, CA 90025-0509 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES