B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ Northern District of California _____
District Of

In re PG&E Corporation & Pacific Gas & Electric Company      Case No. 19-30088 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rocky Point Claims LLC                          Industrial Logic
_____                    _____
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): ___103___
should be sent:                                  Amount of Claim: ___$6,500___
Rocky Point Claims LLC,                          Date Claim Filed: ~~03/26/19~~
P.O. Box 165,                                                       2/6/19
Norwalk, CT 06853
Phone: tw@rockypointclaims.com _____     Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Edward Waters _Edw Wat_____      Date: 7/15/19 _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 1CF0D121-8FC0-4C16-820D-F5816C318D0F

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, Industrial Logic ( "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Rocky Point Claims, LLC ( "Assignee") all its rights, title, interest, claims and causes of action in and to, or arising under or in connection with the claim in the amount of $ 31,460 (the "Claim"), as evidenced by proof of claim number's 103 & 1423 against **PACIFIC GAS AND ELECTRIC COMPANY** ("Debtor"), the debtor in *In re PG&E Corporation and Pacific Gas and Electric Company* Case No. 19-30088 ( the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

*[handwritten annotation in left margin: and or, PG; E Corporation]*

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 21, 2019.

Industrial Logic

DocuSigned by:

*Sandra Browne*

273D4CC835F747F...

By: Sandra Browne

Title: COO

Rocky Point Claims, LLC

*Edward Waters*

By: Edward Waters

Title: Manging Member