**Exhibit C**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy[2] | Billed in this Application |
| Partner | $1,186.00 | $1,266.00 |
| Counsel | $950.00 | $1,029.00 |
| Senior Associate (7 years or more since first admission) | $893.00 | $967.00 |
| Mid-level Associate (4-6 years since first admission) | $807.00 | $906.00 |
| Junior Associate (0-3 years since first admission) | $599.00 | $650.00 |
| Paralegal | $305.00 | $292.00 |
| Other | $310.00 | $380.00 |
| **All timekeepers aggregated** | **$807.00** | **$953.00** |

---

[2] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending June 30, 2019; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119