**Exhibit D**

| Period | Fees Budgeted Under DIP budget | Fees Sought |
|---|---|---|
| Petition Date – February 2019 | $3,500,000 | $3,133,942.50 |
| March 2019 | $3,500,000 | $3,035,057.25 |
| April 2019 | $3,500,000 | $2,953,288.50 |
| **Total:** | **$10,500,000** | **$9,122,288.25** |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119