

Signed and Filed: July 15, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Kenneth N. Klee (State Bar No. 63372)
   David M. Stern (State Bar No. 67697)
2  Samuel M. Kidder (State Bar No. 284015)
   KLEE, TUCHIN, BOGDANOFF & STERN LLP
3  1999 Avenue of the Stars, Thirty-Ninth Floor
   Los Angeles, California 90067
4  Telephone:  310-407-4000
   Facsimile:   310-407-9090
5  Email:       kklee@ktbslaw.com
                dstern@ktbslaw.com
6               skidder@ktbslaw.com

7  *Attorneys for NextEra Energy, Inc.
   and NextEra Energy Partners, L.P.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| | (Lead Case) (Jointly Administered) |
| **PG&E CORPORATION,** | |
|    -and- | **STIPULATED ORDER EXTENDING NEXTERA ENTITIES' TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
|              **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Re: Dkt. No. 2741 |
| | [No Hearing Requested] |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

The Court having considered the *Stipulation Between NextEra Entities and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "**Stipulation**");[1] having jurisdiction to consider and decide the Stipulation and to enter a final order thereon; and pursuant to the Stipulation and agreement of the Parties and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The time for NextEra to file and serve any response or opposition to the Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

2. The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

APPROVED AS TO FORM AND CONTENT:

DATED: July 12, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP
*/s    Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

***END OF ORDER***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.