Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Signed and Filed: July 15, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **ORDER GRANTING STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(D)(1) OF THE BANKRUPTCY CODE**<br><br>[No Hearing Requested] |

4816-2076-6108

1  The Court having considered the *Stipulation Between Official Committee of Unsecured Creditors and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Stipulation"), entered into by the (i) Official Committee of Unsecured Creditors (the "UCC") appointed in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession, on the one hand; and (ii) Ad Hoc Committee of Senior Unsecured Noteholders (the "Ad Hoc Committee" and together with the UCC, the "Parties"), on the other hand, filed on July 12, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the UCC to file and serve any response or opposition to the Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 12, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford

*Ad Hoc Committee of Senior Unsecured Noteholders*

**END OF ORDER**