UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**Objection Deadline**: August 5, 2019 at 4:00p.m. (Prevailing Pacific Time) |

**FIRST INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR <u>THE PERIOD FROM JANUARY 29, 2019 THROUGH MAY 31, 2019</u>**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | June 11, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement is sought: | January 29, 2019 through May 31, 2019 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 3,873,655.06 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $    132,148.61 |

This is a(n): __X__ Interim  _____ interim  _____ final application

Prior Applications Filed: None

# ATTACHMENT A TO FEE APPLICATION

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Adrian Irwin | Senior Associate - Advisory | 151.8 | $ 325 | $ 49,335.00 |
| Aldryn Estacio | Manager - Advisory | 217.4 | $ 400 | $ 86,960.00 |
| Allison Smith | Senior Associate - Advisory | 9.5 | $ 325 | $ 3,087.50 |
| Arun Mani | Principal - Advisory | 55.1 | $ 500 | $ 27,550.00 |
| Ben Neville | Manager - Advisory | 5.0 | $ 400 | $ 2,000.00 |
| Bhaskara Rama | Senior Specialist - Advisory | 112.0 | $ 225 | $ 25,200.00 |
| Brian Wei | Associate - Advisory | 423.5 | $ 275 | $ 116,462.50 |
| Cam Avent | Manager - Advisory | 0.7 | $ 400 | $ 280.00 |
| Carlo Toribio | Senior Associate - Advisory | 72.0 | $ 325 | $ 23,400.00 |
| Celeste Campbell | Manager - Bankruptcy | 80.6 | $ 163 | $ 13,097.50 |
| Cole Gallagher | Senior Associate - Advisory | 149.3 | $ 325 | $ 48,522.50 |
| Cy Whitten | Senior Associate - Advisory | 321.1 | $ 325 | $ 104,357.50 |
| Daniel Elmblad | Senior Associate - Advisory | 246.9 | $ 325 | $ 80,242.50 |
| Daniel Smith | Manager - Advisory | 9.1 | $ 475 | $ 4,322.50 |
| David Ross | Manager - Advisory | 223.5 | $ 400 | $ 89,400.00 |
| Dennis Cha | Associate - Advisory | 298.4 | $ 275 | $ 82,060.00 |
| Dennis Latto | Manager - Advisory | 8.0 | $ 400 | $ 3,200.00 |
| Eric Janes | Manager - Advisory | 8.9 | $ 400 | $ 3,560.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 34.0 | $ 400 | $ 13,600.00 |
| Grace Choi | Associate - Advisory | 9.5 | $ 275 | $ 2,612.50 |
| Gustavo Garcia | Associate - Advisory | 127.1 | $ 275 | $ 34,952.50 |
| Jack Liacos | Associate - Advisory | 120.7 | $ 275 | $ 33,192.50 |
| Jason Miller | Senior Associate - Advisory | 332.0 | $ 150 | $ 49,800.00 |
| Jason Weng | Senior Associate - Advisory | 349.9 | $ 325 | $ 113,717.50 |
| Jeff Mahoney | Specialist Director - Analytics | 11.5 | $ 435 | $ 5,002.50 |
| Jessica Nell | Senior Associate - Advisory | 17.5 | $ 325 | $ 5,687.50 |
| Joel Sotikon | Associate - Advisory | 88.0 | $ 275 | $ 24,200.00 |
| Jonathan White | Managing Director - Advisory | 258.2 | $ 475 | $ 122,645.00 |
| Juan Gonzalez III | Partner - Advisory | 14.0 | $ 500 | $ 7,000.00 |
| Juanita Garza | Associate - Bankruptcy | 149.5 | $ 138 | $ 20,556.25 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 84.7 | $ 325 | $ 27,527.50 |
| Karson Ota | Associate - Advisory | 0.7 | $ 275 | $ 192.50 |
| Kirk-Patrick Caron | Manager - Advisory | 267.2 | $ 400 | $ 106,880.00 |
| Kyle McNamara | Director - Advisory | 263.4 | $ 435 | $ 114,579.00 |
| Lucy Cai | Associate - Advisory | 340.1 | $ 275 | $ 93,527.50 |
| Marcus Xu | Senior Associate - Advisory | 220.0 | $ 325 | $ 71,500.00 |
| Mark Ehrhardt | Director - Advisory | 109.7 | $ 435 | $ 47,719.50 |
| Mark Martin | Manager - Advisory | 34.5 | $ 400 | $ 13,800.00 |
| Matt Broida | Director - Advisory | 251.8 | $ 435 | $ 109,533.00 |
| Matthew Bowser | Senior Associate - Advisory | 424.7 | $ 325 | $ 138,027.50 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 145.8 | $ 225 | $ 32,805.00 |
| Monica Plangman | Associate Director - Bankruptcy | 62.2 | $ 213 | $ 13,217.50 |
| Nicole Redini | Manager - Advisory | 201.0 | $ 400 | $ 80,400.00 |
| Paul McGregor | Manager - Advisory | 94.0 | $ 400 | $ 37,600.00 |
| Penny Chan | Senior Associate - Advisory | 7.4 | $ 375 | $ 2,756.25 |

# ATTACHMENT A TO FEE APPLICATION

# (CONTINUED)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Phillip Prombo | Manager - Advisory | 18.0 | $ 400 | $ 7,200.00 |
| Preston Devaney | Associate - Advisory | 60.6 | $ 275 | $ 16,665.00 |
| Reid Tucker | Principal - Advisory | 11.0 | $ 500 | $ 5,500.00 |
| Rita Squalli Houssaini | Manager - Advisory | 11.3 | $ 400 | $ 4,520.00 |
| Rob Villegas | Senior Associate - Advisory | 67.8 | $ 225 | $ 15,255.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 137.0 | $ 225 | $ 30,825.00 |
| Scott Stoddard | Director - Advisory | 87.5 | $ 435 | $ 38,062.50 |
| Shiva Reddy R | Senior Associate-KGS | 50.0 | $ 220 | $ 11,000.00 |
| Tia Mason | Senior Associate - Advisory | 72.0 | $ 325 | $ 23,400.00 |
| Tim Littman | Senior Associate - Advisory | 190.9 | $ 325 | $ 62,042.50 |
| Tom Schenk | Director - Advisory | 55.4 | $ 435 | $ 24,099.00 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 53.4 | $ 150 | $ 8,010.00 |
| Yiwen Fu | Manager - Advisory | 3.0 | $ 400 | $ 1,200.00 |
| **Subtotal Hours and Fees at Discounted Rates** | | **7,229.8** | | **$ 2,333,848.00** [1] |
| Data Security Services (Fixed Fee) | | | | $ - [2] |
| Legal Support Services - (non-hourly fees) | | | | $ 204,752.56 [3] |
| Enterprise Project Management Tools Implementation Services (Fixed Fee) | | | | $ 1,338,444.00 [4] [5] |
| **Subtotal Fees** | | | | **$ 3,877,044.56** |
| Less Voluntary Reduction | | | | $ (3,389.50) [6] |
| **Total Fees Requested** | | | | **$ 3,873,655.06** |
| Out of Pocket Expenses | | | | $ 132,148.61 |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 4,005,803.67** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | $ 322.81 | |

---

[1] KPMG bills for services at discounted hourly billing rates as specified in the Retention Application dated May 21, 2019. During the Compensation Period, KPMG's standard rates for hourly services rendered totaled $4,679,826.75. KPMG's services at the agreed upon discounted hourly rates result in a voluntary discount of fees in the amount of $2,345,978.75 thus benefitting the Chapter 11 estate by same amount. This does not contemplate the benefit to the estate with respect to the savings related to fixed fee services.

[2] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. During the First Interim Compensation Period, KPMG did not request any of the agreed upon fixed-fee amount for these services. KPMG did provide 1,187.4 hours of service with respect to this project during the First Interim Compensation Period as detailed on Exhibit C2 of the filed monthly fee statements.

[3] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3 of the filed monthly fee statements.

[4] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of remaining deliverables related to this project was provided by the client on February 6, 2019.

[5] KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

[6] KPMG determined to take a voluntary reduction for time spent by a manager providing information to a successor manager as detailed on Exhibit C1 of the filed 2nd and 3rd monthly fee statements.

# ATTACHMENT A TO FEE APPLICATION

# (CONTINUED)

# COMPENSATION BY PROJECT CATEGORY

| Matter Number | Project Category | Total Hours Billed | Total Discounted Fees |
|---|---|---|---|
| 1 | Asset Management Services | 6,068.3 | $ 2,112,569.00[7] |
| 2 | Data Security Services | - | $ -[8] |
| 3 | Legal Support Services | 16.5 | $ 211,831.31[9] |
| 4 | IT Software Services (Phase 1) | 462.6 | $ 104,085.00 |
| 5 | Enterprise Project Management Tools Implementation Services | - | $ 1,338,444.00[10][11] |
| 6 | Risk Assessment Services | 332.0 | $ 49,800.00 |
| 7 | Retention Services | 55.0 | $ 11,677.50 |
| 8 | Fee Application Preparation Services | 295.4 | $ 45,248.25 |
| | **Total Discounted Fees** | **7,229.8** | **$ 3,873,655.06** |

# EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $ 45,232.80 |
| Lodging | $ 55,421.66 |
| Meals | $ 7,591.33 |
| Ground Transportation | $ 23,902.81 |
| Miscellaneous | $ - |
| **Total** | **$ 132,148.60** |

---

[7] KPMG determined to take a voluntary reduction for time spent by a manager providing information to a successor manager as detailed on Exhibit C1 of the filed 2nd and 3rd monthly fee statements with respect to these services.

[8] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. During the First Interim Compensation Period, KPMG did not request any of the agreed upon fixed-fee amount for these services. KPMG did provide 1,187.4 hours of service with respect to this project during the First Interim Compensation Period as detailed on Exhibit C2 of the filed monthly fee statements.

[9] Fee amount is composed of hourly fees and recurring hosting fees.

[10] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of remaining deliverables related to this project was provided by the client on February 6, 2019.

[11] KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case <br><br> No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH MAY 31, 2019**

KPMG LLP, ("KPMG") as information technology, risk, and legal consultants to the above-captioned debtors and debtors-in-possession (the "Debtors"), files this First Interim Fee Application (the "Interim Fee Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of California (the "Local Rules"). By this Interim Fee Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from January 29, 2019 through and including May 31, 2019 (the "Compensation Period"), in the amount of $4,005,803.67 and respectfully represents:

**Background**

A. On January 29, 2019 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code. On February 12, 2019, the Acting United States Trustee for Region 3 appointed an official committee of unsecured creditors (the "Creditors' Committee").

B. By this Court's Order Authorizing the Debtors to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Consultants Nunc Pro Tunc to January 29, 2019, dated June 11, 2019 [Docket No. 2503] (the "Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Retention Order is attached hereto as Exhibit E.

**Jurisdiction**

C. This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Summary of Interim Fee Application**

D. During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Interim Fee Application, KPMG requests allowance of Interim compensation of professional fees totaling $3,873,655.06 of necessary and actual out-of-pocket expenses in the amount of $132,148.61.

**Summary of Services Rendered During the Compensation Period**

E. This Interim Fee Application is KPMG's First Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases. During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

F. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

**Asset Management Services**

- Assisted the Debtors' with development of certain aspects of its transmission, distribution and substation inspection programs.

**Data Security Services**

- Initial assistance to Debtors' team with the development of its Data Security program.

**Legal Support Services**

- Provide evidence, discovery management services and digital evidence recovery services at the request of Debtors' counsel, Latham and Clarence.

**IT Software Services (Phase I)**

- Move the policies and configurations from the DEV to TEST environments (assuming the application has a TEST environment);
- Create Deployment Guides for each application (or set of applications) detailing process of migrating policies and configurations from the lower environment(s) [DEV and/or TEST] to the upper environments [QA and/or PROD];
- Assist with troubleshooting Ping-related issues and/or integration activities; and
- Project Management Support including:
  ◦ Provide weekly Project status reports, detailing the current activities, issues, and risks identified by the KPMG team; and
  ◦ Manage KPMG team members and coordinate Project tasks between KPMG and Debtors' team members.

**Enterprise Project Management ("EPM") Tools Implementation Services**

- Design of a solution in Oracle Primavera Unifier and SAP PPM applications that will provide the following enterprise-level functions into the existing EPM Tools solution, while also supporting necessary Line of Business ("LOB") process variations:
    ◦ Integrated Change Control ("ICC") processes;
    ◦ Governance - Authorization/ReAuthorization ("Auth/ReAuth") and Phase Gate Approvals, including changes to the LOB approved design; changes included updates to account for requirements; and
    ◦ Enterprise Portfolio Planning and Management (EPPM).
- Alignment of the design to EPM Standards; and
- Enhanced business process and design updates to Debtors' Enterprise Portfolio Planning and Management ("EPPM") solution through Plan/Analyze and Design phases for - Auth/ReAuth, Phase Gate Approvals and Integrated Change Control (ICC) processes.

**Risk Assessment Services**

- Provided the Debtors with a staff member to support the Debtors' personnel with respect to their assessments for Third Party Risk Management security initiatives: track budget; create and oversee schedules; track issues and risks; report to Debtors' management as requested.

**Retention Services**

- Services included researching client bankruptcy with regards to retention; the preparation of KPMG declaration and retention order; discussions and fact finding with partners as well as the Office of General Counsel; discussions and correspondence with Debtors' counsel related to employment application.

**Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the Interim fee Applications.

G. Per the Enterprise Project Management Tools Implementation Services Agreement executed on August 6, 2018, KPMG and the Debtors agreed to a fixed fee arrangement in the amount of $2,071,852. Approximately $716,994 of the fixed fee (the "Fixed Fee") was paid

prepetition as noted in the Armstrong Declaration. KPMG is requesting the remaining amount for final services provided during the Compensation Period in the amount of $1,338,444.00[12].

**H.** Per the Data Security Services Agreement executed on March 20, 2019, KPMG and the Debtors agreed to a Fixed Fee arrangement in the amount of $2,705,013.50. Payment of the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of May 31, 2019, KPMG has provided Data Security Services, however is not requesting compensation during the Compensation Period.

**I.** During the Compensation Period, KPMG billed the Debtors for non-fixed fee time expended by professionals based on hourly rates ranging from $138 to $500 per hour. The rates reflected in this Interim Fee Application for non-fixed fee services represent approximately a 29%-78% discount from KPMG's standard rates. Of the aggregate time expended, 80.1 hours were expended by partners and principals, 1,099.7 hours were expended by managing directors, directors and associate directors, 1,499.0 hours were expended by managers, and 4,551.0 hours were expended by senior associates and associates. KPMG's blended hourly rate for non-fixed fee services provided during the Compensation Period is $322.81.

**J.** In addition to Attachment B, a summary of the hours and fees incurred by professional and category is annexed hereto as Exhibit A and Exhibit B, respectively, and described in the filed monthly fee statements annexed hereto as Exhibit D. KPMG maintains contemporaneous records of the time expended for the non-fixed fee professional services and expenses related hereto performed in connection with these chapter 11 cases.

---

[12] KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

**K.** The fees applied for herein are based on the usual and customary fees KPMG charges to advisory services clients and are commensurate with the usual and customary rates charged for services performed.

**L.** KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

**M.** The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

**N.** During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

**O.** Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

**P.** As set forth on Exhibit C, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $132,148.61. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Interim Fee Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future Interim fee Application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed on an interim basis compensation of $3,873,655.06 for services rendered during the Compensation Period (ii) allowed on an interim basis reimbursement of expenses billed during the Compensation Period of $132,148.61; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| 1 | Dated: July 15, 2019 |
| 2 | |
| 3 | Respectfully submitted, |

*[signature: Eu Armstrong]*

_____

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA  94105
415 963 7301