# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
## Case No. 19-30088

Summary Of Hours and Discounted Fees Incurred By Professional
January 29, 2019 through May 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---:|---:|---:|
| Adrian Irwin | Senior Associate - Advisory | 151.8 | $ 325 | $ 49,335.00 |
| Aldryn Estacio | Manager - Advisory | 217.4 | $ 400 | $ 86,960.00 |
| Allison Smith | Senior Associate - Advisory | 9.5 | $ 325 | $ 3,087.50 |
| Arun Mani | Principal - Advisory | 55.1 | $ 500 | $ 27,550.00 |
| Ben Neville | Manager - Advisory | 5.0 | $ 400 | $ 2,000.00 |
| Bhaskara Rama | Senior Specialist - Advisory | 112.0 | $ 225 | $ 25,200.00 |
| Brian Wei | Associate - Advisory | 423.5 | $ 275 | $ 116,462.50 |
| Cam Avent | Manager - Advisory | 0.7 | $ 400 | $ 280.00 |
| Carlo Toribio | Senior Associate - Advisory | 72.0 | $ 325 | $ 23,400.00 |
| Celeste Campbell | Manager - Bankruptcy | 80.6 | $ 163 | $ 13,097.50 |
| Cole Gallagher | Senior Associate - Advisory | 149.3 | $ 325 | $ 48,522.50 |
| Cy Whitten | Senior Associate - Advisory | 321.1 | $ 325 | $ 104,357.50 |
| Daniel Elmblad | Senior Associate - Advisory | 246.9 | $ 325 | $ 80,242.50 |
| Daniel Smith | Manager - Advisory | 9.1 | $ 475 | $ 4,322.50 |
| David Ross | Manager - Advisory | 223.5 | $ 400 | $ 89,400.00 |
| Dennis Cha | Associate - Advisory | 298.4 | $ 275 | $ 82,060.00 |
| Dennis Latto | Manager - Advisory | 8.0 | $ 400 | $ 3,200.00 |
| Eric Janes | Manager - Advisory | 8.9 | $ 400 | $ 3,560.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 34.0 | $ 400 | $ 13,600.00 |
| Grace Choi | Associate - Advisory | 9.5 | $ 275 | $ 2,612.50 |
| Gustavo Garcia | Associate - Advisory | 127.1 | $ 275 | $ 34,952.50 |
| Jack Liacos | Associate - Advisory | 120.7 | $ 275 | $ 33,192.50 |
| Jason Miller | Senior Associate - Advisory | 332.0 | $ 150 | $ 49,800.00 |
| Jason Weng | Senior Associate - Advisory | 349.9 | $ 325 | $ 113,717.50 |
| Jeff Mahoney | Specialist Director - Analytics | 11.5 | $ 435 | $ 5,002.50 |
| Jessica Nell | Senior Associate - Advisory | 17.5 | $ 325 | $ 5,687.50 |
| Joel Sotikon | Associate - Advisory | 88.0 | $ 275 | $ 24,200.00 |
| Jonathan White | Managing Director- Advisory | 258.2 | $ 475 | $ 122,645.00 |
| Juan Gonzalez III | Partner - Advisory | 14.0 | $ 500 | $ 7,000.00 |
| Juanita Garza | Associate - Bankruptcy | 149.5 | $ 138 | $ 20,556.25 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 84.7 | $ 325 | $ 27,527.50 |
| Karson Ota | Associate - Advisory | 0.7 | $ 275 | $ 192.50 |
| Kirk-Patrick Caron | Manager - Advisory | 267.2 | $ 400 | $ 106,880.00 |
| Kyle McNamara | Director - Advisory | 263.4 | $ 435 | $ 114,579.00 |
| Lucy Cai | Associate - Advisory | 340.1 | $ 275 | $ 93,527.50 |
| Marcus Xu | Senior Associate - Advisory | 220.0 | $ 325 | $ 71,500.00 |
| Mark Ehrhardt | Director - Advisory | 109.7 | $ 435 | $ 47,719.50 |
| Mark Martin | Manager - Advisory | 34.5 | $ 400 | $ 13,800.00 |
| Matt Broida | Director - Advisory | 251.8 | $ 435 | $ 109,533.00 |
| Matthew Bowser | Senior Associate - Advisory | 424.7 | $ 325 | $ 138,027.50 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 145.8 | $ 225 | $ 32,805.00 |
| Monica Plangman | Associate Director - Bankruptcy | 62.2 | $ 213 | $ 13,217.50 |
| Nicole Redini | Manager - Advisory | 201.0 | $ 400 | $ 80,400.00 |
| Paul McGregor | Manager - Advisory | 94.0 | $ 400 | $ 37,600.00 |
| Penny Chan | Senior Associate - Advisory | 7.4 | $ 375 | $ 2,756.25 |
| Phillip Prombo | Manager - Advisory | 18.0 | $ 400 | $ 7,200.00 |
| Preston Devaney | Associate - Advisory | 60.6 | $ 275 | $ 16,665.00 |
| Reid Tucker | Principal - Advisory | 11.0 | $ 500 | $ 5,500.00 |
| Rita Squalli Houssaini | Manager - Advisory | 11.3 | $ 400 | $ 4,520.00 |
| Rob Villegas | Senior Associate - Advisory | 67.8 | $ 225 | $ 15,255.00 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
January 29, 2019 through May 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 137.0 | $ 225 | $ 30,825.00 | |
| Scott Stoddard | Director - Advisory | 87.5 | $ 435 | $ 38,062.50 | |
| Shiva Reddy R | Senior Associate-KGS | 50.0 | $ 220 | $ 11,000.00 | |
| Tia Mason | Senior Associate - Advisory | 72.0 | $ 325 | $ 23,400.00 | |
| Tim Littman | Senior Associate - Advisory | 190.9 | $ 325 | $ 62,042.50 | |
| Tom Schenk | Director - Advisory | 55.4 | $ 435 | $ 24,099.00 | |
| Wendy Shaffer | Senior Associate - Bankruptcy | 53.4 | $ 150 | $ 8,010.00 | |
| Yiwen Fu | Manager - Advisory | 3.0 | $ 400 | $ 1,200.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **7,229.8** | | **$ 2,333,848.00** | (1) |
| Data Security Services (Fixed Fee) | | | | $ - | (2) |
| Legal Support Services - (non-hourly fees) | | | | $ 204,752.56 | (3) |
| Enterprise Project Management Tools Implementation Services (Fixed Fee) | | | | $ 1,338,444.00 | (4) (5) |
| **Subtotal Fees** | | | | **$ 3,877,044.56** | |
| Less Voluntary Reduction | | | | $ (3,389.50) | (6) |
| **Total Fees Requested** | | | | **$ 3,873,655.06** | |
| Out of Pocket Expenses | | | | $ 132,148.61 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 4,005,803.67** | |
| | | | | | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | | **$ 322.81** | |

(1) KPMG bills for services at discounted hourly billing rates as specified in the Retention Application dated May 21, 2019. During the Compensation Period, KPMG's standard rates for hourly services rendered totaled $4,679,826.75. KPMG's services at the agreed upon discounted hourly rates result in a voluntary discount of fees in the amount of $2,345,978.75 thus benefitting the Chapter 11 estate by same amount. This does not contemplate the benefit to the estate with respect to the savings related to fixed fee services

(2) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. During the First Interim Compensation Period, KPMG did not request any of the agreed upon fixed-fee amount for these services. KPMG did provide 1,187.4 hours of service with respect to this project during the First Interim Compensation Period as detailed on Exhibit C2 of the filed monthly fee statements.

(3) These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3 of the filed monthly fee statements.

(4) KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of remaining deliverables related to this project was provided by the client on February 6, 2019.

(5) KPMG has reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

(6) KPMG determined to take a voluntary reduction for time spent by a manager providing information to a successor manager as detailed on Exhibit C1 of the filed 2nd and 3rd monthly fee statements.