# EXHIBIT B

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
January 29, 2019 through May 31, 2019

| Project Category | Total Billed Hours | Total Fees Requested | |
|---|---:|---:|---|
| Asset Management Services | 6,068.3 | $ 2,112,569.00 | |
| Data Security Services | - | $ - | (1) |
| Legal Support Services | 16.5 | $ 211,831.31 | (2) |
| IT Software Services (Phase 1) | 462.6 | $ 104,085.00 | |
| Enterprise Project Management Tools Implementation Services | - | $ 1,338,444.00 | (3) (4) |
| Risk Assessment Services | 332.0 | $ 49,800.00 | |
| Retention Services | 55.0 | $ 11,677.50 | |
| Fee Application Preparation Services | 295.4 | $ 45,248.25 | |
| **Total** | **7,229.8** | **$ 3,873,655.06** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. During the First Interim Compensation Period, KPMG did not request any of the agreed upon fixed-fee amount for these services. KPMG did provide 1,187.4 hours of service with respect to this project during the First Interim Compensation Period as detailed on Exhibit C2 of the filed monthly fee statements.

(2) Fee amount composed of hourly fees and recurring hosting fees.

(3) KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. Formal acceptance of all remaining deliverables related to this project was provided by the client on February 6, 2019.

(4) KPMG reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.