EXHIBIT C

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
January 29, 2019 through March 31, 2019

| **Category** | | **Amount** |
|---|---|---:|
| Airfare | $ | 45,232.80 |
| Lodging | $ | 55,421.66 |
| Meals | $ | 7,591.33 |
| Ground Transportation | $ | 23,902.81 |
| Miscellaneous | $ | - |
| **Total** | **$** | **132,148.60** |