# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case <br><br> No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |

## DECLARATION PURSUANT TO RULE 2016 OF THE LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I, Eugene V. Armstrong, being duly sworn, deposes and says:

**I.** I am a Principal of KPMG LLP ("KPMG"), a professional services firm.

**II.** By Order dated June 11, 2019, KPMG was retained to provide information technology, risk, and legal consulting services to the above captioned debtors and debtors in possession (the "Debtors").

**III.** I submit this Declaration in conjunction with KPMG's First Interim Application, dated July 15, 2019 (the "Application") for compensation for services rendered and allowance of expenses for the period of January 29, 2019 through May 31, 2019.

**IV.** I am very familiar with the services rendered by KPMG to the Debtors.

**V.** I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, KPMG submits that

the Application complies with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Fee Guidelines, and further orders of the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July 2019.

Respectfully submitted,

_____

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301