

Signed and Filed: July 15, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
Jordana L. Renert (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:    (212) 484-3900
Facsimile:    (212) 484-3990
Email:        andrew.silfen@arentfox.com
              beth.brownstein@arentfox.com
              jordana.renert@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:    (415) 757-5500
Facsimile:    (415) 757-5501
Email:        aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>   - and –<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS AND BOKF, N.A. EXTENDING TIME TO RESPOND TO THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Ad Hoc Committee of Senior Unsecured Noteholders and BOKF, N.A. Extending Time to Respond to the Motion of the Ad*

*Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Stipulation and Agreement for Order") filed on July 12, 2019 and entered into by, on the one hand, the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") and, on the other hand, BOKF, NA ("BOKF"), in its capacity as successor indenture trustee (the "Unsecured Notes Trustee") under the Indentures dated as of (i) March 11, 2004 (as supplemented, amended and restated), (ii) November 29, 2017 and (iii) August 6, 2018 pursuant to which Pacific Gas and Electric Company (the "Utility" and, together with PG&E Corporation, the "Debtors") issued the senior notes (collectively, the "Senior Notes"); and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The time for BOKF to file and serve any response or opposition to the Motion to Terminate Exclusivity (as defined in the Stipulation and Agreement for Order) is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 12, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders*

**END OF ORDER**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES