# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED* <br><br> Firm or offices for preceding year, excluding bankruptcy | BILLED <br><br> In this fee application |
| Partner | $671.60 | $867.48 |
| Of Counsel | $666.58 | $1,109.04 |
| Counsel | $546.37 | $565.97 |
| Associate | $414.35 | $585.26 |
| Paralegal | $260.16 | $313.12 |
| Paraprofessional / Sr. Advisor | $418.19 | $432.89 |
| Litigation Support / IT / Information Services | none | $392.44 |
| Computer Specialist | $94.71 | $180.00 |
| Law Clerk | $270.49 | $415.00 |
| All timekeepers aggregated blended rate | $542.51 | $760.04 |

\* The hourly rates contained in this column are the current average Standard Billing Arrangement hourly rates for all non-bankruptcy professionals (organized by category of timekeeper) for Baker & Hostetler LLP's, Cleveland, Los Angeles, New York and Washington offices. Each of those four offices billed more than 10% of the hours during the application period. *See Section (C)(3)(a)(i)(b) of Appendix B- Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.*

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: 7/15/2019
Interim or Final: Interim