# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Benson, Glenn S. | Partner | Energy | 1993 | $104,768.00 | 163.70 | $640.00 | $640.00 | 0 |
| Brennan, Terry M. | Partner | Litigation | 1995 | $1,980.00 | 3.30 | $600.00 | $600.00 | 0 |
| Campbell, Patrick T. | Partner | Litigation | 2007 | $12,927.00 | 18.60 | $695.00 | $695.00 | 0 |
| Casey, Lee A. | Partner | Litigation | 1982 | $55,973.00 | 44.60 | $1,255.00 | $1,255.00 | 0 |
| DeLaquil, Mark W. | Partner | Litigation | 2004 | $12,036.00 | 13.60 | $885.00 | $885.00 | 0 |
| Dettelbach, Steven M. | Partner | Litigation | 1991 | $49,126.00 | 52.40 | $1,015.00 | $1,015.00 | 0 |
| Dumas, Cecily A. | Partner | Bankruptcy | 1984 | $688,750.00 | 743.40 | $950.00 | $950.00 | 0 |
| Feldman, R. Scott | Partner | Intellectual Property | 1993 | $103,194.50 | 119.30 | $865.00 | $865.00 | 0 |
| Goodman, Eric R. | Partner | Bankruptcy | 2003 | $562,680.00 | 737.30 | $800.00 | $800.00 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $70,200.00 | 136.80 | $720.00 | $720.00 | 0 |
| Grossman, Andrew M. | Partner | Litigation | 2008 | $28,135.00 | 33.10 | $850.00 | $850.00 | 0 |
| Harrington, John J. | Partner | Corporate | 2005 | $7,762.50 | 13.50 | $575.00 | $575.00 | 0 |
| Jehl, Laura E. | Partner | Intellectual Property | 1991 | $2,975.00 | 3.50 | $850.00 | $850.00 | 0 |
| Julian, Robert | Partner | Bankruptcy | 1979 | $678,973.75 | 598.40 | $1,175.00 | $1,175.00 | 0 |
| Kristiansen, Eric W. | Partner | Litigation | 2000 | $72,130.50 | 105.30 | $685.00 | $685.00 | 0 |
| Lehrer II, John R. | Partner | Tax | 1999 | $870.00 | 1.20 | $725.00 | $725.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| McLellan, Melinda L. | Partner | Privacy/Data Protection | 2005 | $8,950.50 | 11.70 | $765.00 | $765.00 | 0 |
| Morris, Kimberly S. | Partner | Litigation | 2004 | $229,657.00 | 264.10 | $895.00 | $895.00 | 0 |
| Murphy, Keith R. | Partner | Bankruptcy | 1996 | $15,429.00 | 13.90 | $1,110.00 | $1,110.00 | 0 |
| Paravano, Jeffrey H. | Partner | Tax | 1991 | $12,420.00 | 11.50 | $1,080.00 | $1,08.00 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $58,646.00 | 99.40 | $590.00 | $590.00 | 0 |
| Payne Geyer, Tiffany | Partner | Bankruptcy | 2000 | $59,013.50 | 135.70 | $455.00 | $455.00 | 0 |
| Resnick, Lauren J. | Partner | Litigation | 1991 | $18,778.00 | 34.90 | $1,145.00 | $1,1145.00 | 0 |
| Rivkin Jr., David B | Partner | Litigation | 1985 | $68,575.00 | 42.20 | $1,625.00 | $1,625.00 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1998 | $514,696.00 | 528.20 | $1,010.00 | $1,010.00 | 0 |
| Sagerman, Eric E. | Partner | Bankruptcy | 1991 | $226,939.00 | 198.80 | $1,145.00 | $1,145.00 | 0 |
| Turner, Christa C. | Partner | Litigation | 1996 | $4,255.00 | 7.40 | $575.00 | $575.00 | 0 |
| Weible, Robert A. | Partner | Corporate | 1978 | $188,949.50 | 232.80 | $830.00 | $830.00 | 0 |
| Woltering, Catherine E. | Partner | Litigation | 2008 | $500,662.50 | 700.90 | $750.00 | $750.00 | 0 |
| Workman, Donald A. | Partner | Bankruptcy | 1992 | $674,715.00 | 733.70 | $930.00 | $930.00 | 0 |
| Bloom, Jerry R. | Of Counsel | Energy | 1980 | $381,113.25 | 343.60 | $1,145.00 | $1,145.00 | 0 |
| Foley, Elizabeth P. | Of Counsel | Litigation | 1994 | $5,830.00 | 5.30 | $1,100.00 | $1,100.00 | 0 |
| Esmont, Joseph M. | Counsel | Bankruptcy | 2008 | $309,420.00 | 538.60 | $600.00 | $600.00 | 0 |
| Fuller, Lars H. | Counsel | Bankruptcy | 1995 | $38,749.50 | 75.10 | $545.00 | $545.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Petenko, Jaime B. | Counsel | Intellectual Property | 2009 | $1,512.50 | 2.50 | $605.00 | $605.00 | 0 |
| Townsend, Wendy C. | Counsel | Bankruptcy | 2000 | $4,559.00 | 9.70 | $470.00 | $470.00 | 0 |
| Attard, Lauren | Associate | Bankruptcy | 2008 | $201,480.00 | 351.30 | $600.00 | $600.00 | 0 |
| Baker, Amanda K. | Associate | Bankruptcy | 2016 | $38,415.00 | 128.85 | $300.00 | $300.00 | 0 |
| Bent, Camille C. | Associate | Bankruptcy | 2009 | $78.263.00 | 128.30 | $610.00 | $610.00 | 0 |
| Blanchard, Jason I. | Associate | Bankruptcy | 2011 | $143,715.00 | 221.10 | $650.00 | $650.00 | 0 |
| Bloom, Taylor A. | Associate | Privacy/Data Protection | 2013 | $11,827.50 | 24.90 | $475.00 | $475.00 | 0 |
| Brown, Arielle L. | Associate | Privacy/Data Protection | 2014 | $14,364.00 | 39.90 | $360.00 | $360.00 | 0 |
| Coleman, Tera N. | Associate | Litigation | 2013 | $9,735.00 | 29.50 | $330.00 | $330.00 | 0 |
| Donaho, Thomas A. | Associate | Litigation | 2011 | $15,370.00 | 29.00 | $530.00 | $530.00 | 0 |
| Forhan, Elliot P. | Associate | Corporate | 2013 | $21,556.00 | 63.40 | $340.00 | $340.00 | 0 |
| Goldberg, Nina K | Associate | Corporate | 2005 | $1,493.50 | 2.90 | $515.00 | $515.00 | 0 |
| Jowdy, Joshua | Associate | Litigation | 2017 | $8,932.00 | 20.30 | $440.00 | $440.00 | 0 |
| Kates, Elyssa S. | Associate | Bankruptcy | 2000 | $347,662.00 | 468.80 | $760.00 | $760.00 | 0 |
| Kavouras, Daniel M. | Associate | Litigation | 2012 | $5,767.00 | 19.30 | $365.00 | $365.00 | 0 |
| Khan, Ferve E. | Associate | Bankruptcy | 2008 | $13,296.50 | 20.30 | $655.00 | $655.00 | 0 |
| Knudsen, Renee M. | Associate | Litigation | 2016 | $12,696.00 | 27.60 | $460.00 | $460.00 | 0 |
| Layden, Andrew V. | Associate | Bankruptcy | 2010 | $13,640.00 | 26.70 | $550.00 | $550.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| McNee, Bonnie C. | Associate | Corporate | 2017 | $2,508.00 | 8.80 | $285.00 | $285.00 | 0 |
| Mowbray, Nicholas C. | Associate | Tax | 2010 | $2,835.00 | 4.50 | $630.00 | $630.00 | 0 |
| Raile, Richard B. | Associate | Litigation | 2012 | $10,791.50 | 19.10 | $565.00 | $565.00 | 0 |
| Rice, David W. | Associate | Litigation | 2010 | $64,538.00 | 105.80 | $610.00 | $610.00 | 0 |
| Sabella, Michael A. | Associate | Bankruptcy | 2009 | $37,881.00 | 62.10 | $610.00 | $610.00 | 0 |
| Sproull, Kelsey M. | Associate | Litigation | 2011 | $7,107.00 | 13.80 | $515.00 | $515.00 | 0 |
| Vonderhaar, Douglas A. | Associate | Litigation | 2011 | $4,095.00 | 11.70 | $350.00 | $350.00 | 0 |
| Ward, Erika | Associate | Corporate | 2017 | $1,282.50 | 4.50 | $285.00 | $285.00 | 0 |
| Zuberi, Madiha M. | Associate | Litigation | 2009 | $98,615.00 | 163.00 | $605.00 | $605.00 | 0 |
| Johnson, Brian V. | Law Clerk | Litigation | 2019 | $11,827.50 | 28.50 | $415.00 | $415.00 | 0 |
| Durdle, Brian P | Sr. Advisor | Gov't Policy | | $2,028.00 | 3.90 | $520.00 | $520.00 | 0 |
| Peterson, Peggy A | Sr. Advisor | Tax | | $50,482.00 | 117.40 | $430.00 | $430.00 | 0 |
| Kinne, Tanya | Paralegal | Business | | $73,365.00 | 213.80 | $365.00 | $365.00 | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $17,668.00 | 63.10 | $280.00 | $280.00 | 0 |
| Ravick, Jacob | Paralegal | Bankruptcy | | $10,400.00 | 43.90 | $250.00 | $250.00 | 0 |
| Rawles, Michael | Paralegal | Litigation | | $5,508.00 | 20.40 | $270.00 | $270.00 | 0 |
| Szalay, Sarah | Paralegal | Bankruptcy | | $270.00 | 1.20 | $225.00 | $225.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Bekier, James | Director-Litigation Services | Information Services | | $3,217.50 | 6.50 | $495.00 | $495.00 | 0 |
| Bookout, Kimberly M. | Lit. Support Coordinator | Commercial Litigation | | $7,400.00 | 29.60 | $250.00 | $250.00 | 0 |
| Landrio, Nikki M. | Sr. Complex Case Coordinator | Information Technology | | $64,092.00 | 152.60 | $420.00 | $420.00 | 0 |
| McIntosh, Casey | Lit. Support Jr. Coordinator | Information Services | | $836.00 | 3.80 | $220.00 | $220.00 | 0 |
| Jesic, Mario | Developer | Practice Applications | | $540.00 | 3.00 | $180.00 | $180.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)