# EXHIBIT D-1

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|----------------|---------------|--------------|-------------|
| 001 | Administrative Expense Claims | 40-50 | $30,400-$38,000 | 52.10 | $33,698.50 |
| 002 | Asset Sales/363 Sales | 10-20 | $7,600-$15,200 | 11.30 | $9,114.50 |
| 003 | Automatic Stay | 80-100 | $60,800-$76,000 | 80.20 | $67,209.00 |
| 004 | Bankruptcy Litigation | 400-500 | $304,000-$380,000 | 472.80 | $377,854.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 1200-1500 | $912,000-$1,140,000 | 1,210.90 | $955,338.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 200-300 | $152,000-$228,000 | 336.65 | $152,763.75 |
| 007 | CCA and other Aggregator Issues | 20-40 | $15,200-$30,400 | 10.80 | $7,887.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 100-200 | $76,000-$152,000 | 147.60 | $107,150.00 |
| 009 | Committee Meetings and Preparation | 1000-1500 | $760,000-$1,140,000 | 1,163.80 | $980,937.00 |
| 010 | Corporate and Board Issues | 400-500 | $304,000-$380,000 | 391.60 | $313,815.50 |
| 011 | Customer, Supplier and Vendor Issues | 30-50 | $22,800-$38,000 | 10.90 | $9,167.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 150-200 | $114,000-$152,000 | 181.10 | $142,704.00 |
| 014 | Employee Issues | 400-500 | $304,000-$380,000 | 586.30 | $466,826.50 |
| 015 | Equity Security Holders | 40-50 | $30,400-$38,000 | 5.30 | $4,435.50 |
| 016 | Exclusivity | 50-100 | $38,000-$76,000 | 92.80 | $75,825.00 |
| 017 | Executory Contracts/Lease Issues | 40-50 | $30,400-$38,000 | 22.30 | $19,590.00 |
| 018 | General Case Strategy (includes communications with Committee) | 500-600 | $380,000-$456,000 | 422.45 | $313,399.25 |
| 019 | Hearings and Court Matters | 100-300 | $76,000-$228,000 | 196.30 | $157,293.50 |

UST Form 11-330-D (2013)

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|----------------|---------------|--------------|-------------|
| 020 | Legislative Issues/Inverse Reform | 350-500 | $266,000-$380,000 | 373.00 | $340,678.50 |
| 021 | Non-Bankruptcy Litigation | 30-40 | $22,800-$30,400 | 22.70 | $17,799.50 |
| 022 | Non-Working Travel | 300-500 | $228,000-$380,000 | 402.40 | $175,158.50 |
| 023 | FERC Adversary Proceeding | 40-60 | $30,400-$45,600 | 21.80 | $18,705.50 |
| 024 | District Court Litigation | 100-200 | $76,000-$152,000 | 182.40 | $114,439.50 |
| 025 | Regulatory Issues including CPUC and FERC | 500-700 | $380,000-$532,000 | 717.30 | $536,538.50 |
| 026 | Retention Applications | 200-300 | $152,000-$228,000 | 293.00 | $192,145.50 |
| 027 | Fee Application: Baker | 100-150 | $76,000-$114,000 | 112.90 | $75,585.00 |
| 028 | Fee Application: Other Professionals | 40-50 | $30,400-$38,000 | 8.20 | $5,299.50 |
| 029 | Schedules/Statement of Financial Affairs | 50-100 | $38,000-$76,000 | 80.20 | $59,922.50 |
| 030 | Tax issues | 20-40 | $15,200-$30,400 | 28.40 | $25,391.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/ monthly operating | 20-40 | $15,200-$30,400 | 21.60 | $20,141.00 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 20-40 | $15,200-$30,400 | 48.40 | $47,419.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 20-40 | $15,200-$30,400 | 11.20 | $8,048.00 |
| 034 | Withdraw Reference | 20-40 | $15,200-$30,400 | 12.70 | $9,149.00 |
| 035 | Real Estate and Real Property Issues | 20-40 | $15,200-$30,400 | 27.50 | $25,202.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 20-40 | $15,200-$30,400 | 25.00 | $16,087.00 |
| 037 | Investigations | 20-40 | $15,200-$30,400 | 21.70 | 16,041.00 |

UST Form 11-330-D (2013)

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|---------------|---------------|--------------|-------------|
| 038 | Financial Advisors | 400-600 | $304,000-$456,000 | 632.90 | $542,299.00 |
| 039 | Other Contested Matters | 200-300 | $152,000-$228,000 | 253.30 | $194,760.50 |
| 040 | Operations | 100-200 | $76,000-$152,000 | 207.75 | $168,208.50 |
| 042 | Subrogation | 300-400 | $228,000-$304,000 | 361.40 | $220,948.50 |
| 043 | Securities | 20-40 | $15,200-$30,400 | 15.90 | $10,186.50 |
| 044 | Wildfire Assistance Fund | N/A | N/A | 184.30 | $155,758.50 |
|     | **TOTAL** | **7,650-11,020** | **$5,814,000-$8,375,200** | **9,461.15** | **$7,190,851.00** |

Case Name: PG&E Corporation and Pacific Gas & Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

UST Form 11-330-D (2013)