# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

*(See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| 04 | Automated Research (E106) | $18,556.80 |
| 05 | Postage (E108) | $970.89 |
| 210 | Court Costs (E112) | $150.00 |
| 250 | Transcripts (E116) | $5,741.91 |
| 260 | Business Meals (E111) | $15,526.65 |
| 270 | Miscellaneous (E124) | $5,308.01 |
| 370 | Delivery Services (E107) | $1,677.56 |
| 380 | Document Specialist (E119) | $1,122.89 |
| 450 | Online Research (E016) | $30.50 |
| 470 | Other Professional Services (E123) | $1,569.07 |
| 480 | Outside Duplicating & Binding (E102) | $1,127.95 |
| 530 | Teleconference Charges (E105) | $1,655.00 |
| 610 | Airfare/Trainfare (E110) | $91,201.20 |
| 630 | Ground Transportation Local (E109) | $4,225.77 |
| 633 | Overtime Ground Transportation Local (E109) | $96.16 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim

|  | **CATEGORY** | **AMOUNT** |
|---|---|---|
| 635 | Ground Transportation Out of Town (E110) | $12,859.90 |
| 640 | Car Rental (E110) | $1,256.49 |
| 650 | Lodging (E110) | $67,110.93 |
| 660 | Wi-Fi Telephone Charges (E105) | $1,733.64 |
| 670 | Meals While Traveling (E110) | $1,160.16 |
| 680 | Mileage Reimbursement (E110) | $349.26 |
| **TOTAL** | | **$233,430.74** |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2019
Interim or Final: Interim