# EXHIBIT B

# Exhibit B

## Budget and Staffing Plan

**Aggregate Budget for Matter Categories for the Period Beginning on January 29, 2019 and Ending on May 31, 2019**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| **Applicable to the Debtors** | | | |
| 020 | Legislative Issues | 505 | $428,425.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 8,270 | $5,605,275.00 |
| 022 | Non-Working Travel | 160 | $164,125.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 215 | $233,150.00 |
| 025 | Regulatory Issues | 1,880 | $1,504,875.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 245 | $218,600.00 |
| **Total** | | **11,275** | **$8,154,450.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on January 29, 2019 and Ending on May 31, 2019**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 18 | $1,173 |
| Of Counsel | 1 | $890 |
| Associate | 5 | $722 |
| Jr. Associate | 8 | $550 |
| Staff Attorney | 15 | $424 |
| eDiscovery Attorney | 1 | $575 |
| Paralegal | 8 | $357 |
| ALS | 3 | $403 |
| Case Clerks | 2 | $110 |
| **Total Attorney** | **48** | **$776** |
| **Total Non-Attorney** | **13** | **$316** |
| **Total** | **61** | **$723** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the budget period.