# EXHIBIT D

**Exhibit D**

**Summary of Timekeepers**

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 10.70 | $10,165.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 144.80 | $217,200.00 | Environmental / Litigation |
| Zachary M. Briers | Partner | 2012 | $860.00 | 0.90 | $774.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 59.90 | $53,610.50 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 754.60 | $750,827.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 532.80 | $692,640.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 80.50 | $80,097.50 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 2.00 | $1,990.00 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 29.30 | $29,153.50 | Restructuring |
| Bryan H. Heckenlively | Partner | 2009 | $895.00 | 50.50 | $45,197.50 | Litigation |
| Jeffrey A. Heintz | Partner | 1985 | $950.00 | 1.10 | $1,045.00 | Real Estate |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 2.70 | $2,970.00 | Corporate |
| Joseph D. Lee | Partner | 1982 | $995.00 | 6.30 | $6,268.50 | Litigation |
| Luis Li | Partner | 1991 | $1,300.00 | 18.60 | $24,180.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 34.60 | $30,967.00 | Appellate |
| James C. Rutten | Partner | 1997 | $995.00 | 145.70 | $144,971.50 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 22.10 | $30,940.00 | Appellate |
| Thomas B. Walper | Partner | 1980 | $1,400.00 | 4.40 | $6,160.00 | Restructuring |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 554.60 | $720,980.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $895.00 | 3.70 | $3,311.50 | Appellate |
| Patrick J. Cafferty, Jr. | Of Counsel | 1976 | $995.00 | 1.20 | $1,194.00 | Environmental / Litigation |
| Alan V. Friedman | Of Counsel | 1966 | $890.00 | 0.90 | $801.00 | Appellate |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 16.60 | $14,774.00 | Corporate / Real Estate |
| Bradley R. Schneider | Of Counsel | 2004 | $890.00 | 54.50 | $48,505.00 | Financial Restructuring / Litigation |
| Grant R. Arnow | Associate | 2017 | $535.00 | 202.90 | $108,551.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 782.10 | $606,127.50 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Michael C. Baker | Associate | 2016 | $625.00 | 554.80 | $346,750.00 | Litigation |
| Sean P. Barry | Associate | 2018 | $460.00 | 655.70 | $301,622.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 118.70 | $81,309.50 | Litigation |
| Anne K. Conley | Associate | 2015 | $685.00 | 7.60 | $5,206.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 815.30 | $554,480.50 | Litigation |
| Jan W. Jorritsma | Associate | 2018 | $460.00 | 208.50 | $95,910.00 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 23.20 | $14,500.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 262.60 | $179,881.00 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 308.60 | $192,875.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 472.00 | $295,000.00 | Litigation |
| David W. Walchak | Associate | 2018 | $460.00 | 101.20 | $46,552.00 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 200.00 | $76,000.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 188.60 | $76,383.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 114.60 | $43,548.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 154.10 | $58,558.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 317.00 | $145,820.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 54.90 | $25,254.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 24.80 | $9,424.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 56.60 | $26,036.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 225.60 | $91,368.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 87.90 | $40,434.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 40.00 | $18,400.00 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $405.00 | 7.70 | $3,118.50 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 61.40 | $24,867.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 45.90 | $21,114.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 165.30 | $76,038.00 | N/A |
| Alicia Barlow | Paralegal | N/A | $325.00 | 23.50 | $7,637.50 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 64.60 | $24,548.00 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 11.30 | $4,294.00 | N/A |
| Nicholas Martin | Paralegal | N/A | $325.00 | 12.00 | $3,900.00 | N/A |
| Danny R. Munson | Paralegal | N/A | $380.00 | 20.10 | $7,638.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 65.50 | $21,287.50 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 56.20 | $21,356.00 | N/A |
| Steven Shao | Paralegal | N/A | $380.00 | 0.70 | $266.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 107.30 | $37,555.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 38.30 | $16,469.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 47.50 | $20,425.00 | N/A |
| Milagros R. D'Albert | Case Clerk | N/A | $110.00 | 3.50 | $385.00 | N/A |
| Jennifer C. Mendoza | Case Clerk | N/A | $110.00 | 3.50 | $385.00 | N/A |
| | | | | | | |
| **Total Professionals:** | | | | 9244.60 | $6,653,996.00 | |