# EXHIBIT E

# Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Amount |
|---|---|
| Meals | $4,622.22 |
| Travel – Airfare | $28,147.11 |
| Travel – Hotel | $48,157.51 |
| Travel – Ground (Local) | $80.20 |
| Travel – Ground (Out of Town) | $11,826.18 |
| Copying Charges | $4,330.01 |
| Computer Research – Outside | $258.80 |
| Messenger | $1,172.42 |
| Staff Overtime | $37.50 |
| Air Express | $219.66 |
| Other Expenses | $512.04 |
| **Total** | **$99,363.65** |