# EXHIBIT F

**Exhibit F**

**Summary, by Matter Category, of Fees Budgeted and Fees Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 020 | Legislative Issues | 505 | 472.20 | $428,425.00 | $402,118.00 | - | $402,118.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 8,270 | 6,432.70 | $5,605,275.00 | $4,339,428.00 | - | $4,339,428.00 |
| 022 | Non-Working Travel | 160 | 217.50 | $164,125.00 | $200,770.50 | - | $200,770.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 215 | 299.90 | $233,150.00 | $213,429.50 | - | $213,429.50 |
| 025 | Regulatory Issues | 1,880 | 1,691.10 | $1,504,875.00 | $1,396,705.00 | - | $1,396,705.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 245 | 131.20 | $218,600 | $101,450.00 | - | $101,450.00 |
| **Total** | | **11,275** | **9,244.60** | **$8,154,450.00** | **$6,653,996.00** | **$99,363.65** | **$6,753,359.65** |