# EXHIBIT G

# Exhibit G

## Summary of Fees by Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 020 | Legislative | 472.20 | $402,118.00 |
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 6,432.70 | $4,339,428.00 |
| 022 | Non-Working Travel | 217.50 | $200,770.50 |
| 023 | Power Purchase Agreements and FERC | 299.90 | $213,429.50 |
| 025 | Regulatory | 1,691.10 | $1,396,705.00 |
| 026 | MTO Retention and Fee Applications | 131.20 | $101,545.00 |
| **Total:** | | **9,244.60** | **$6,653,966.00** |

: