WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**NOTICE OF ERRATA REGARDING MONTHLY FEE STATEMENT OF KPMG LLP FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**<br><br>Re: Dkt Nos. 2979, 2992<br><br>**Objection Deadline**: August 5, 2019<br>4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on July 15, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed the *Monthly Fee Statement of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from May 1, 2019 through May 31, 2019* [Dkt No. 2979] (the "**KPMG May Monthly Fee Statement**").

**PLEASE TAKE FURTHER NOTICE** that on July 15, 2019, KPMG LLP filed its *First Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from January 29, 2019 through May 31, 2019* [Dkt No. 2992] (the "**KPMG Interim Fee Application**"). The KPMG Interim Fee Application attached, as part of its Exhibit D, the KPMG May Monthly Fee Statement as filed.

**PLEASE TAKE FURTHER NOTICE** that the filed version of the KPMG May Monthly Fee Statement inadvertently omitted Exhibits C2 through C8, which are attached hereto. **By this Notice, the attached Exhibits C2 through C8 are incorporated into the KPMG May Monthly Fee Statement and Exhibit D of the KPMG Interim Fee Application**.

**PLEASE TAKE FURTHER NOTICE** that copies of the papers referenced in this Notice can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 16, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/ *Jane Kim*
        Jane Kim

        *Attorneys for Debtors and Debtors in Possession*