# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>  - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 20, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On June 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On June 25, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

5. On June 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On June 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of July 2019, at New York, NY.

_____
Timothy R. Quinn

2

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2563<br>2564 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Diameter Master Fund LP<br>Attn: Christopher Kenny<br>24 W 40th Street, 5th Fl.<br>New York, NY 10018<br><br>Diameter Master Fund LP<br>Schulte Roth & Zabel LLP<br>Attn: David J. Karp<br>919 Third Avenue<br>New York, NY 10022 | June 20, 2019 |
| 2567 | Water Tectonics Inc.<br>6300 Merrill Creek Pkwy C-100<br>Everett, WA 98203-1577 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | June 20, 2019 |
| 2568 | Slack Technologies Inc.<br>500 Howard Street<br>San Francisco, CA 94105 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 20, 2019 |
| 2569 | Slack Technologies Inc.<br>500 Howard Street<br>San Francisco, CA 94105 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 21, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2573 | Mountain Medics Inc.<br>5727 Dunsmuir Ave.<br>Dunsmuir, CA 96025 | Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Attn: Ante Jakic/ Ryan Weddle<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | June 21, 2019 |
| 2574<br>2575 | Parmeter General Engineers & Services, Inc.<br>3601 Regional Parkway, Suite F<br>Santa Rosa, CA 95403 | SPCP Group, LLC<br>Attn: Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>c/o Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Attn: General Counsel<br>Mail Code: 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | June 21, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2576 | California Surveying & Drafting Supply Inc<br>Attn: Bruce Gandelman<br>4733 Auburn Blvd<br>Sacramento, CA 95841 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | June 21, 2019 |
| 2600 | J&A-Santa Maria II, LLC a/k/a Alan Janechek<br>248 Hill Place<br>Costa Mesa, CA 92627 | ASM SPV, L.P.<br>ASM Capital<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | June 20, 2019 |
| 2602 | Kim's Professional Landscaping, Inc.<br>Michael L Hanks Esq.<br>Law Offices of Michael L. Hanks<br>11211 Gold Country Blvd., Ste. 107<br>Gold River, CA 95670<br><br>Kim's Professional Landscaping, Inc.<br>2511 Connie Drive<br>Sacramento, CA 95815 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | June 20, 2019 |
| 2609<br>2611<br>2613 | Able Fence Company, Inc.<br>PO Box 219<br>Petaluma, CA 94953 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | June 20, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2671<br>2672<br>2673 | Wheelabrator Shasta Energy Company Inc.<br>Attn: Reg Goldie & Mike O'Friel<br>100 Arboretum Drive, Suite 310<br>Portsmouth, NH 03801<br><br>Wheelabrator Shasta Energy Company Inc.<br>Davis Wright Tremaine LLP<br>Attn: Joseph M. VanLeuven<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201<br><br>Wheelabrator Shasta Energy Company Inc<br>Attn: Donna Szczechowicz<br>100 Arboretum Drive, Suite 310<br>Portsmouth, NH 03801 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | June 20, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2674 | Wheelabrator Shasta Energy Company Inc.<br>c/o Reg Goldie & Mike O' Friel<br>100 Arboretum Drive, Suite 310<br>Portsmouth, NH 03801<br><br>Wheelabrator Shasta Energy Company Inc.<br>c/o Davis Wright Tremaine LLP<br>Attn: Joseph M. VanLeuven<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201<br><br>Wheelabrator Shasta Energy Company Inc. | Cowen Special Investments LLC<br>Attn: John McDermott<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | June 25, 2019 |
| 2680 | Atlas Copco Compressors LLC<br>1800 Overview Dr<br>Rock Hill, SC 29730 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | June 25, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2682 | Safetec Compliance Systems Inc<br>Attn: William Viveen<br>7700 Ne Pkwy Dr Ste 125<br>Vancouver, WA 98662 | CRF Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | June 25, 2019 |
| 2683 | MCA Connect LLC<br>Attn: Mark Swihart<br>8055 E Tufts Ave, Ste 1300<br>Denver, CO 80237 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | June 25, 2019 |
| 2684<br>2685<br>2686<br>2687 | Cowen Special Investments LLC<br>PO Box 7457<br>Cotati, CA 94931-7457<br><br>Cowen Special Investments LLC<br>Attn: John McDermott<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Sencha Funding, LLC<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | June 25, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2694 | Global Power Consulting Inc<br>12667 Alcosta Blvd, Ste 360<br>San Ramon, CA 94583 | ASM SPV, L.P.<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | June 25, 2019 |
| 2695 | J. Givoo Consultants Inc.<br>410 Holly Glen Drive<br>Cherry Hill, NJ 08034 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 25, 2019 |
| 2696<br>2697 | ACRT Pacific, LLC<br>Attn: Matthew Guilmette<br>4500 Courthouse Blvd.<br>Suite 150<br>Stow, OH 44224<br><br>ACRT Pacific, LLC<br>Attn: John Wasmer<br>3443 Deer Park Drive, Suite B<br>Stockton, CA 95219 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 25, 2019 |
| 2698<br>2699 | J. Gicoo Consultants Inc.<br>410 Holly Glen Drive<br>Cherry Hill, NJ 08034 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 25, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2703<br>2704 | iTy Labs Corporation<br>1506 Phantom Avenue<br>San Jose, CA 95125<br><br>iTy Labs Corporation<br>Attn: Jose Benitez Cong, Co-Founder & CEO<br>3031 Tisch Way 110 Plaza Way<br>San Jose, CA 95128 | Sencha Funding, LLC<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | June 25, 2019 |
| 2710 | Bay Power Fka Bay Breakers Inc<br>1095 N 7th St<br>San Jose, CA 95112 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | June 26, 2019 |
| 2713 | Road Safety, Inc<br>4335 Pacific Street<br>Suite A<br>Rocklin, CA 95677 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 26, 2019 |
| 2714 | Road Safety, Inc<br>4335 Pacific Street<br>Suite A<br>Rocklin, CA 95677 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | June 26, 2019 |
| 2725<br>2727 | Chain Link Fence & Supply Inc.<br>Whitebox Multi-Strategy Partners, LP<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | Whitebox Multi-Strategy Partners, LP<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | June 26, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2726<br>2728 | WHPacific Inc<br>18838 Hwy 3235<br>Galliano, LA 99503 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 26, 2019 |
| 2730 | GE Grid Solutions LLC<br>4200 Wildwood Pkwy Bldg 2018<br>Atlanta, GA 30339 | RiverPark Strategic Income Fund<br>507 Capital LLC<br>Attn: Brian Stout<br>15 E 67th Street, 6th Floor<br>New York, NY 10065<br><br>RiverPark Strategic Income Fund<br>c/o RiverPark Advisors LLC<br>156 W 56th Street, Suite 1704<br>New York, NY 10019 | June 26, 2019 |
| 2735 | Shamrock Utilities LLC<br>Attn: Theresa A. Ungaro<br>PO Box 645<br>Palo Cedro, CA 96073 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | June 26, 2019 |
| 2738 | Wilson Utility Construction Company<br>Sussman Shank LLP<br>Attn: Howard M. Levine<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>Wilson Utility Construction Company<br>Attn: Jeffrey Johnson<br>1190 NW 3rd Ave<br>Canby, OR 97013 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | June 26, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2743 | Envision Change Inc.<br>2451 Greenwich St., Ste 304<br>San Francisco, CA 94123 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | June 26, 2019 |
| 2751<br>2752 | Crawford & Company<br>5335 Triangle Parkway<br>Peachtree Corners, GA 30092 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 26, 2019 |
| 2755<br>2762 | CHA Consulting, Inc<br>c/o Gordon Rees Scully Mansukhani, LLP<br>Attn: Jeffery D. Cawdrey, Miguel A. Saldana<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br><br>CHA Consulting, Inc<br>Attn: Jonathan H. Bard, Esq.<br>3 Winners Circle<br>Albany, NY 12205 | RiverPark Strategic Income Fund<br>507 Capital LLC<br>Attn: Brian Stout<br>15 E 67th Street, 6th Floor<br>New York, NY 10065<br><br>RiverPark Strategic Income Fund<br>c/o RiverPark Advisors LLC<br>Attn: Brian Stout<br>156 W 56th Street, Suite 1704<br>New York, NY 10019 | June 26, 2019 |
| 2773<br>2774 | Flexim Americas Corporation<br>250 V Executive Drive<br>Edgewood, NY 11717 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | June 28, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2777 | Phillips and Jordan, Incorporated<br>Attn: John Lawrence, Vice President – CFO<br>10201 Parkside Drive, Suite 300<br>Knoxville, TN 37922 | Citigroup Financial Products Inc.<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc.<br>Attn: Brian S. Broyles<br>Corporate Actions<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | June 28, 2019 |
| 2783 | Environmental Systems Corp<br>10801 N Mopac Expy Bldg 1 Ste 200<br>Austin, TX 78759 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | June 28, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2785 | Corrpro Companies, Inc.<br>Margulies Faith, LLP<br>c/o Craig G. Margulies, Esq.<br>16030 Ventura Blvd., Suite 470<br>Encino, CA91436<br><br>Corrpro Companies, Inc.<br>Aegion Corporation<br>Mark Favazza<br>17988 Edison Avenue<br>Chesterfield, MO 63005<br><br>Corrpro Companies, Inc.<br>20991 Cabot Blvd.<br>Hayward, CA 94545 | RiverPark Strategic Income Fund<br>Attn: Brian Stout<br>507 Capital LLC<br>15 E 67th Street, 6th Floor<br>New York, NY 10065<br><br>RiverPark Advisors LLC<br>Attn: Brian Stout<br>156 W 56th Street, Suite 1704<br>New York, NY 10019 | July 1, 2019 |