UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On July 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On July 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

5. On July 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On July 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of July 2019, at New York, NY.

_____
Timothy R. Quinn

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2881 | Julietta Sabharwal<br>417 Alta Lona Ln<br>Santa Cruz, CA 95062 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | July 8, 2019 |
| 2903 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 10, 2019 |
| 2905 | Platinum DB Consulting, Inc.<br>728 W. Jackson Blvd. #807<br>Chicago, IL 60661 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | July 10, 2019 |
| 2906 | Platinum DB Consulting Inc<br>728 W Jackson Blvd Ste 807<br>Chicago, IL 60661 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | July 10, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2909 | Alpha Pacific Engineering & Contracting, Inc.<br>Nageley, Kirby & Winberry, LLP<br>8801 Folsom Boulevard, Suite 172<br>Sacramento, CA 95826<br><br>Alpha Pacific Engineering & Contracting, Inc.<br>8577 Morrison Creek Drive<br>Sacramento, CA 95828 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 10, 2019 |
| 2919 | Steven C. Seegert dba: Seegert Construction<br>3098 Industrial Blvd.<br>West Sacramento, CA 95691 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 11, 2019 |
| 2944 | PSC Industrial Outsourcing, LP<br>Attn: Will Frederking<br>900 Georgia Avenue<br>Deer Park, TX 77536 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 12, 2019 |
| 2945 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | Whitebox GT Fund, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 12, 2019 |
| 2946 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | Whitebox Caja Blanca Fund, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2949 | Michael Beier Company dba Contxt Corporation<br>202 River Bend Ln<br>Maumee, OH 43537<br><br>Michael Beier Company<br>28276 Kensington Ln<br>Perrysburg, OH 43551 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | July 15, 2019 |
| 2951 | O'Keefes Inc<br>100 N. Hill Dr., Ste. 12<br>Brisbane, CA 94005 | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | July 15, 2019 |