**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS BY KEVIN THOMPSON AND MIA NASH** |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors | |
| *　All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wish to cease receiving all notifications and/or documents filed in the above-referenced case:

    Frank Bloksberg
    Attorney at Law
    142 East McKnight Way
    Grass Valley, CA 95949
    (530) 478-0170
    frank@bloksberglaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including, but not limited to (1) CM/ECF notification in the case, (2) court-designated services as set forth in Bankruptcy Rules, and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Pursuant to this request, the above-named attorney hereby withdraws as counsel in the above-captioned bankruptcy case on behalf of interested parties Kevin Thompson and Mia Nash.

DATED: July 16, 2019            FRANK BLOKSBERG

BY:     /s/ Frank Bloksberg
Frank Bloksberg
Attorney for
KEVIN THOMPSON and MIA NASH

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on July 16, 2019, I electronically filed the foregoing **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS BY KEVIN THOMPSON AND MIA NASH** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and all parties in its system.

DATED: July 16, 2019                                    FRANK BLOKSBERG

                                        BY:     /s/ Frank Bloksberg
                                                Frank Bloksberg
                                                Attorney for
                                                KEVIN THOMPSON and MIA NASH

-3-