EMILY P. RICH, Bar No. 168735
TRACY L. MAINGUY, Bar No. 176928
CAITLIN GRAY, Bar No. 305118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 DM<br><br>CHAPTER 11<br><br>**JOINDER BY ESC LOCAL 20 IN MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PUSUANT TO SECTION 1121(D)(1) OF THE BANKRUPTCY CODE (DOC. 2741)**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Engineers and Scientists of California Local 20, IFPTE ("ESC Local 20"), the exclusive collective bargaining representative of over 3,700 of the Debtors' professional and technical employees pursuant to a collective bargaining agreement, hereby joins the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods

Pursuant to Section 1121(d)(1) of the Bankruptcy Code (Doc. 2741), and asks that the Court immediately terminate the Debtors' exclusive right to file and seek acceptances of a plan.

ESC Local 20 represents the engineers, estimators, mappers, project managers, and other professional and technical employees that have been doing the important work needed to maintain and modernize the systems and keep the public utility safe. These employees will be critical to any reorganization effort.

ESC Local 20 does not endorse the particular plan described by the Senior Unsecured Noteholders at this time, but it does support termination of the Debtors' exclusivity period so that competing plans may be considered and a plan can be confirmed. Confirmation of a plan as soon as possible is in the best interests of all parties.

Although the Ad Hoc Committee of Senior Unsecured Noteholders requests termination of the Debtors' exclusivity period only for itself, so that only the Ad Hoc Committee would be permitted to file and solicit a plan of reorganization, ESC Local 20 supports the termination of the Debtors' exclusivity period generally. Creditors should be afforded the opportunity to evaluate any credible plan that would put the Debtors in a position to emerge as a safe, viable, and responsible enterprise.

Because ESC Local 20 believes that competing plans will ultimately yield the best possible result for employees and other critical stakeholders, ESC Local 20 supports the Motion and further requests that this Court enter an order terminating the Debtors' exclusivity period in order to permit all parties to file and solicit acceptances of a plan of reorganization.

Dated: July 16, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Emily P. Rich
        EMILY P. RICH

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

147061\1036031

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Case: 19-30088    Doc# 3007    Filed: 07/16/19    Entered: 07/16/19 13:34:16    Page 2 of 2