Darwin E. Farrar (SBN 152735)
Chief Counsel
**Public Advocates Office**
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;

And

Alisa C. Lacey (AZ 010571) (Pro Hac Vice)
Robert T. Kugler (MN0194116)
Thomas J. Salerno (AZ 007492) (Pro Hac Vice)
Anthony P. Cali (AZ 028261) (Pro Hac Vice)
**Stinson LLP**
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: robert.kugler@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for the Public Advocates Office*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>and<br><br>Pacific Gas and Electric Company,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**THE PUBLIC ADVOCATES OFFICE'S STATEMENT OF POSITION RE:**<br><br>**MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS [DE 2741]** |

|   |   |   |
|---|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ All Debtors<br><br>*All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM)* | Hearing Date: July 24, 2019<br>Hearing Time: 9:30 a.m.<br>Place: Courtroom 17 |

The Public Advocates Office at the California Public Utilities Commission ("**Cal Advocates**") states its position with respect to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code ("the **Motion**") [DE 2741] as follows:

1. Cal Advocates asserts that the Court should terminate the Debtors' exclusivity periods for filing and seeking acceptances of a plan of reorganization with respect to *all parties*. (The proposed order submitted as Exhibit A to the Motion would limit termination to only the movant, not all parties.) Cal Advocates asserts that competing plans are in the best interests of all parties in interest in this case.

2. At this date, Cal Advocates does not possess adequate information, and therefore, expresses no opinion or support for the Term Sheet attached to the Motion as Exhibit B.

Dated: July 16, 2019.

PUBLIC ADVOCATES OFFICE
By:
Darwin E. Farrar (SBN 152735)
Chief Counsel, Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;

And

STINSON LLP
*/s/ Alisa C. Lacey*
Alisa C. Lacey
Robert T. Kugler
Thomas J. Salerno

| | |
|---|---|
| 1 | Anthony P. Cali |
| 2 | 1850 N. Central Ave., #2100 |
| | Phoenix, AZ 85004 |
| 3 | Tel: 602-279-1600 |
| | Fax: 602-240-6925 |
| 4 | Email: alisa.lacey@stinson.com |
| 5 | Email: robert.kugler@stinson.com |
| | Email: thomas.salerno@stinson.com |
| | Email: anthony.cali@stinson.com |

*Attorneys for the Public Advocates Office*

CORE/3516687.0002/153636175.1