1

G. LARRY ENGEL (SBN 53484)
**ENGEL LAW, P.C.**
12116 Horseshoe Lane
Nevada City, CA 95959
Phone: 415.370.5943
Email: larry@engeladvice.com

MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:     916.441.7597
Email: mgorton@boutinjones.com

JESSICA R. MULLAN (SBN 263435)
General Counsel
**SONOMA CLEAN POWER AUTHORITY**
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404
Phone: 707.890.8485
Email: jmullan@sonomacleanpower.org

*Attorneys for Creditor and Party-in-Interest*
*SONOMA CLEAN POWER AUTHORITY*

*Additional Community Choice Aggregators and their counsel*
*are identified on the following pages.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case Nos. 19-30088 DM (Lead Case) |
| | )           19-30089 DM |
| PG&E CORPORATION | ) |
| | ) Chapter 11 |
| -and- | ) Jointly Administered |
| | ) |
| PACIFIC GAS AND ELECTRIC | ) **SONOMA CLEAN POWER AUTHORITY** |
| COMPANY | ) **AND VALLEY CLEAN ENERGY** |
| | ) **ALLIANCE'S RESERVATION OF RIGHTS** |
| | ) **CONCERNING MOTION OF AD HOC** |
| Debtors. | ) **COMMITTEE OF SENIOR UNSECURED** |
| | ) **NOTEHOLDERS TO TERMINATE THE** |
| ☐ Affects PG&E Corporation | ) **DEBTORS' EXCLUSIVITY PERIODS** |
| | ) **PURSUANT TO SECTION 1121 (d)(1) OF THE** |
| ☒ Affects Pacific Gas and Electric Company | ) **BANKRUPTCY CODE** (Dkt. 2741) |
| | ) |
| ☐ Affects both Debtors. | ) Date:          July 24, 2019 |
| | ) Time:          9:30 a.m. |
| * All papers shall be filed in the Lead Case | ) Courtroom:   17 |
| No. 19-30088 DM | ) Place:          450 Golden Gate Ave., 16th Floor |

1025105.4
Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 1 of 62

| | |
|---|---|
| ) | San Francisco, CA 94102 |
| ) | Judge:      Hon. Dennis Montali |
| ) | |
| ) | Appearance counsel: G. Larry Engel |

HARRIET A. STEINER (SBN 109436)
**BEST BEST & KRIEGER LLP**
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: 916.325.4000
Email: harriet.steiner@bbklaw.com

*Attorney for Creditor and Party-in-Interest*
*VALLEY CLEAN ENERGY ALLIANCE*

Sonoma Clean Power Authority, a California joint powers authority,[1] a community choice aggregator ("**CCA**") and a governmental unit ("**SCPA**") and Valley Clean Energy Alliance, also a California joint powers authority and CCA ("**Valley**," together with SCPA, the "**CCA Parties**"), reserve their right to participate in the debate expected to occur about the future course of this Chapter 11 case at the hearing on the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity Period (**"Motion"**). The CCA Parties request the opportunity to be heard at the hearing as may be necessary to defend its rights and to share its expert views about the best future course to a successful and appropriate end game for this case, including anything related to any competing plans.

The CCA Parties do not take a substantive position on the Motion here, except to say that any plan of reorganization should be confirmable and fairly pay all fire victims and other creditors in full before parties in interest are required to address such a plan. At present, the CCA Parties not part of or informed about the Ad Hoc Committee of Senior Unsecured Noteholders' ("**Ad Hoc Noteholders**") competing plan of reorganization process or any PG&E plan process. Similarly, the CCA Parties cannot yet tell how the Ad Hoc Noteholders' proposed plan would affect them or other CCAs like them. In general, the CCA Parties favor the concept of confirmable/full pay competing plans of reorganization sooner rather than later, particularly given some aggressive tactics of PG&E, including in other forums, and considering recent developments in the Legislature and in Judge Alsup's court. However, the CCA Parties may be able to take a more specific position at the hearing, once the CCA Parties have read the other parties' filings relating to the Motion and heard the debate at the hearing.

We ask that the court consider this request since:

1. **The CCA Parties are active participants in this case and in related forums**. PG&E has given the CCA Parties ample cause to prepare to defend themselves, including with

---

[1] The governmental units that are members of the SCPA joint powers authority are Cloverdale, Cotati, Petaluma, Santa Rosa, Rohnert Park, Sebastopol, Sonoma, Sonoma County (unincorporated areas), Windsor, Fort Bragg, Willits, Point Arena, and Mendocino County (unincorporated areas). (Declaration of Geoffrey G. Syphers, ¶ 7, Dkt. 67)

counters, from what they expect in PG&E's future plan of reorganization and related legislative and regulatory lobbying and other maneuvers in various forums.

2. **The CCA Parties' knowledgeable experts can help inform the court's decision-making.** The CCA Parties and other CCAs are staffed with experienced experts in most things relevant to the electric utility business, and the CCA Parties have governmental unit allies with more experts engaged in every aspect of PG&E's operations. The CCA Parties know and understand PG&E as well as any party, often from lessons learned the hard way.

3. **The CCA Parties' knowledge of and opinions on proposals and commentary in other forums will provide the court with important context and information**. The CCA Parties have informed and experienced opinions that are worth considering regarding any relevant plan proposal, process or reorganization idea. For example, many ideas for and relevant to the future reorganized PG&E have been expressed in forums outside this court, including most recently: (1) the attached commentary of the CPUC Public Advocates Office dated July 1, 2019, related to the CPUC's safety culture Investigation; and (2) the attached July 10, 2019 Request for Offender PG&E to Supply Information issued by Judge Alsup in *United States of America v. Pacific Gas and Electric Company*, Case 3:14-cr-00175-WHA, Document 1075, as to both of which the CCA Parties request judicial notice. These matters and others may become key factors in the coming plan disputes. While PG&E may prefer to attempt to segregate this case from the related proceedings, the CCA Parties believe that is neither wise nor necessary. The CCA Parties to offer their unique and integrated perspectives as any plan of reorganization is developed, so that this case can be resolved in the most cost-effective and expeditious manner possible with the most just result.

4. **Any plan of reorganization will have significant impacts on the CCA Parties and other CCAs.** While CCAs do not contemplate sponsoring their own competing plan for various practical reasons, the CCA Parties care intensely about this topic, including what the ultimate terms and conditions of any plan of reorganization will be.

Because the CCA Parties expect that the hearing on July 24, 2019, could be an early, critical part of the process for the proper reorganization of PG&E, the CCA Parties reserve the

1  right to participate in that discussion. If the CCA Parties can usefully add important data or correct

2  erroneous contentions as they arise, they would like to be able to do so. Therefore, the CCA

3  Parties request the right to participate as the discussions become relevant to its core concerns.

4  DATED: July 16, 2019.                    RESPECTFULLY SUBMITTED,

5                                            ENGEL LAW, P.C.

6                                            By:_____*/s/ G. Larry Engel*_____
7                                                        G. Larry Engel

                                             -and-
8
                                             BOUTIN JONES INC.
9                                            Mark Gorton

10                                           -and-

11                                           SONOMA CLEAN POWER AUTHORITY
                                             Jessica R. Mullan, General Counsel
12
                                             -and-
13
                                             VALLEY CLEAN ENERGY ALLIANCE
14                                           Harriet A. Steiner, Attorney for Creditor and Party-in-
                                             Interest
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1025105.4

Valley Clean Energy Alliance, a California joint powers authority[1] and a "governmental unit" (as defined in Bankruptcy Code section 101), joins Sonoma Clean Power Authority and Valley Clean Energy Alliance's Reservation of Rights Concerning Motion of Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity Periods Pursuant to Section 1121 (D)(1) of the Bankruptcy Code (Dkt. 2741).

DATED: July 16, 2019.

RESPECTFULLY SUBMITTED,

BEST BEST & KRIEGER LLP

By: /s/ Harriet A. Steiner
    Harriet A. Steiner

*Attorneys for Creditor, VALLEY CLEAN ENERGY ALLIANCE*

---

[1] The governmental units that are members of Valley Clean Energy Alliance are County of Yolo, City of Davis and City of Woodland.

Attachment 1:
MOTION TO AMEND JUNE 18, 2019 ASSIGNED
COMMISSIONER AND ADMINISTRATIVE
LAW JUDGE'S RULING TO ALIGN IT WITH
THE SCOPE OF THE PROCEEDING

| | |
|---|---|
| Order Instituting Investigation on the Commission's Own Motion to Determine Whether Pacific Gas and Electric Company and PG&E Corporation's Organizational Culture and Governance Prioritize Safety. | Investigation 15-08-019 |

# MOTION TO AMEND JUNE 18, 2019 ASSIGNED COMMISSIONER AND ADMINISTRATIVE LAW JUDGE'S RULING TO ALIGN IT WITH THE SCOPE OF THE PROCEEDING

**DARWIN FARRAR**
Chief Counsel

Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-1599
E-mail: Darwin.Farrar@cpuc.ca.gov

July 1, 2019

308779880

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 10 of
62

# TABLE OF CONTENTS

                                                                                    Page

I. INTRODUCTION ....................................................................................1

II. BACKGROUND ....................................................................................3

III.DISCUSSION ........................................................................................5

A.THE CPCN: A PRIVILEGE CONDITIONED ON PERFORMANCE .........................5

B.PG&E'S PERFORMANCE - UNSAFE AND DISHONEST .......................................5

C.PG&E'S CULTURE OF ENTITLEMENT..............................................................8

D.BANKRUPTCY'S OUTCOMES: FOUR POSSIBLE PATHS.......................................9

    1.Path 1: PG&E emerges as franchisee, unconditionally....................10

    2.Path 2: PG&E emerges as franchisee, subject to Commission
        probation .........................................................................................10

    3. Path 3: One or more non-PG&E franchisees replaces PG&E,
        in whole or in part...........................................................................10

    4. Path 4: PG&E emerges from bankruptcy with a temporary
        franchise, with PG&E to be replaced as franchisee after a
        defined period .................................................................................10

E.NECESSARY ACTIONS ..............................................................................11

ACTION 1 - ESTABLISH PERFORMANCE PREREQUISITES
FOR POST-BANKRUPTCY FRANCHISEES, INCLUDING PG&E .........11

    1. Services and quality .........................................................................13

    2. Company characteristics ....................................................................13

ACTION 2 - FOSTER THE DEVELOPMENT OF NON-PG&E
ALTERNATIVES WHOSE REORGANIZATION PLANS ALIGN
WITH COMMISSION PRIORITIES ............................................................15

    3. Finding the candidates, causing them to compete ............................15

    4. Avoiding negative outcomes.............................................................17

F.THE CONSEQUENCES OF INACTION: THE BANKRUPTCY COURT
DISPLACES THE COMMISSION AND PRICE DISPLACES
PERFORMANCE....................................................................................18

i

IV. CONCLUSION ........................................................................................20

THE CLOCK IS TICKING: THE COMMISSION MUST
ESTABLISH ITS PRIORITIES BEFORE NON-PG&E
ACQUIRERS APPEAR. ..............................................................................20

APPENDIX I - Bankruptcy Law Does not Preempt the Commission's Decisions
on Franchisee Qualifications

APPENDIX II - Amendments to the June 18, 2019 Ruling -
Additional Questions for Parties

ii

| | |
|---|---|
| Order Instituting Investigation on the Commission's Own Motion to Determine Whether Pacific Gas and Electric Company and PG&E Corporation's Organizational Culture and Governance Prioritize Safety. | Investigation 15-08-019 (Filed August 27, 2015) |

## MOTION TO AMEND JUNE 18, 2019 ASSIGNED COMMISSIONER AND ADMINISTRATIVE LAW JUDGE'S RULING TO ALIGN IT WITH THE SCOPE OF THE PROCEEDING

## I.     INTRODUCTION

The California Public Utilities Commission (Commission) initiated this proceeding in August of 2015 in the wake of the Pacific Gas and Electric Company and PG&E Corporation (jointly, PG&E) 2010 gas transmission pipeline explosion in San Bruno, California. The first phase of this proceeding served to evaluate PG&E's organizational culture, governance, policies, practices, and accountability metrics in relation to PG&E's record of operations, including its record of safety incidents. Phase one determined that since PG&E's 2010 San Bruno pipeline explosion, PG&E has repeatedly stated its intention to change its safety culture. The Commission noted that PG&E has made some fragmented progress in developing a safety culture but that PG&E's overall progress is uneven across its gas and electric lines of business, and that while there are many programs underway, they do not yet add up to a consistent, robust, and accountable corporate-wide safety program.[1]

On December 21, 2018, the Assigned Commissioner and Administrative Law Judge issued a ruling (Scoping Ruling) identifying the issues to be addressed in the next phase of this proceeding. After setting forth a lengthy but non-exhaustive list of structural, organizational, and

---

[1] May 8, 2017 Scoping Memo and Ruling of Assigned Commissioner at 1-2.

managerial safety issues, the Scoping Ruling specifically notes that in order to achieve its safety and performance objectives, "the proceeding will also consider all necessary measures, including, but not limited to, a reduction of PG&E's return on equity until any recommendations adopted by the Commission are implemented."[2]

On January 29, 2019, PG&E filed for Chapter 11 bankruptcy protection. On June 18, 2019, the Assigned Commissioner and Administrative Law Judge in this proceeding issued a ruling (June 18, 2019 Ruling) that "establishes a process for parties to comment on proposals that may improve the safety culture of Pacific Gas and Electric Company and PG&E Corporation (PG&E)."[3] The June 18, 2019 Ruling solicits comments on four proposals:

1) Separating PG&E into separate gas and electric utilities or selling the gas assets;
2) Establishing periodic review of PG&E's Certificate of Public Convenience and Necessity (CPCN);
3) Modifying or eliminating PG&E Corp.'s holding company structure; and
4) Linking PG&E's rate of return or return on equity to safety performance metrics.

The Public Advocates Office at the California Public Utilities Commission (Cal Advocates) applauds this step by the Assigned Commissioner and Administrative Law Judge. The ruling acknowledges that the Commission has the authority to both grant and rescind the CPCN pursuant to which a utility such as PG&E is issued a franchise to serve California customers. However, the June 18, 2019 Ruling does not go far enough. In order to achieve the best result for California's customers, all options must be on the table.

By this motion, Cal Advocates urges the Commission to take two key steps. First, the Commission should establish minimum safety and performance prerequisites for post-bankruptcy franchisees, whether or not PG&E. By establishing those prerequisites—in terms of types of companies, ownership structure, corporate governance, and performance culture, the

---

[2] December 21, 2018 Scoping Memo and Ruling of Assigned Commissioner at 9.

[3] Joint Assigned Commissioner's and Administrative Law Judge's Ruling on Proposal to Improve the Safety Culture of Pacific Gas and Electric Company and PG&E Corporation, issued on June 18, 2019 (June 18, 2019 Ruling) at 1.

Attachment 1
Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 5 of 62
of 62

Commission will bring consumers the value they pay for. Second, the Commission should make its interest in alternatives to PG&E clear. As discussed more fully below, the June 18, 2019 Ruling's proposals on CPCN review are more meaningful if there are other potential entities who are interested in and capable of serving California customers. Treating PG&E as the "only game in town," validates its culture of entitlement. Californians deserve better. In regulation as in life, alternatives yield strength. The Commission must make its interest in considering options to best serve California's utility consumers clear.

## II.    BACKGROUND

Time is of the essence. If the Commission does not act now, there are only two likely outcomes. One outcome: PG&E and its creditors will produce a plan that leaves PG&E in place, unreformed, with ratepayers paying what the creditors want. The other outcome: PG&E will sell out to an acquirer, chosen solely for how much it will pay to creditors and shareholders rather than how well it will serve PG&E's customers and protect the public. Either outcome forces the Commission into a take-it-or-leave-it choice, where it is pressured by "Wall Street" to "take it" rather than foster a third way. Either approach could win approval from a bankruptcy tribunal whose legal authority does not include considering anything about PG&E's electricity and gas performance, including the safety of its operations and honesty flaws.

These two outcomes are the natural result of PG&E, its creditors, and prospective acquirers pursuing their legitimate self-interests—but without the discipline, public mindedness, and emphasis on safety, honesty, and performance that PG&E's customers deserve and that Commission action would bring. The better approach—the only approach that considers customers' interests—is for the Commission to 1) indicate now that it will decide what minimum criteria the post-bankruptcy entity—whether PG&E or a successor—must satisfy and 2) start the process of attracting alternatives to PG&E

This motion is timely and time sensitive. PG&E has already declared itself the emergent bankruptcy entity and is negotiating deals that may not take into account customer interests. After September 26, 2019, when PG&E's exclusivity period ends,[4] any number of self-interested

---

[4] The exclusivity period is the period, determined by the bankruptcy court, during which PG&E has the exclusive right to present a plan. That period is currently scheduled to last until September 26, 2019. If PG&E files a plan by

3

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 6 of 283
of 62

creditors, acquirers, or creditor-acquirer pairs can get the bankruptcy court's permission to offer their own plans. Those plans need clear and transparent Commission guidance, based on a public record, if they are to reflect California's priorities for service that is safe, affordable, reliable, and consistent with the state's environmental goals.

This type of Commission guidance will not interfere with the bankruptcy proceeding. While the bankruptcy court and the Commission drive in different lanes they can drive toward a common destination: a post-bankruptcy utility that provides customers with gas and electric service that is safe, affordable, reliable, and consistent with the state's environmental goals. Nothing in either bankruptcy law or public utility law puts that destination beyond our reach. No one should misunderstand, or mischaracterize this Motion as an attempt to use state law to avoid the realities of bankruptcy law. Whatever transaction is finally approved by the bankruptcy court, the associated debt will travel to whatever company or companies, PG&E or a non-PG&E entity, will serve California's customers. Because the Commission, and only the Commission, can grant to a company the right to serve California's customers, the Commission will assist, not impede, the bankruptcy process by declaring upfront the requirements that whatever franchisees emerges from bankruptcy must meet.

Ratepayers need utility investors as much as utility investors need ratepayers. This Motion signals no intent to penalize or discourage investors. Rather, it seeks to do what bankruptcy law and utility law both need to do: Give California customers the best possible performance, and provide the best performers, the compensation they deserve.

---

that date, they have an additional 60-day exclusivity period to attempt to seek confirmation of that plan, unless extended for cause by the bankruptcy court. However, at any time, a party can file a motion asking for termination of exclusivity such as the recent motion filed by the Ad Hoc Committee of Senior Unsecured Noteholders. That Motion appends as an exhibit a detailed term sheet for a proposed plan of reorganization from parties other than PG&E. *See Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code,* filed June 25, 2019 in Bankr. Case No. 19-30088 (DM) [DE# 2741], In re PG&E Corporation and Pacific Gas and Electric Company, Bankr. N.D.Cal. San Francisco Division.

4

## III. DISCUSSION

### A. The CPCN: A privilege conditioned on performance

The franchise granted by a CPCN is a government-granted privilege: the privilege to provide, free from competition, a service essential to life, at prices that provide shareholders a fair opportunity to earn a fair return on prudent, used-and-useful investments. This privilege comes with a catch. The utility must satisfy the regulator's standards for performance—at "lowest feasible cost,"[5] using "all available cost savings opportunities."[6] The utility must pursue its public duties free of conflicting private interests.

The franchise's marriage of privilege and duty transcends any particular utility. The incumbent is but a temporary grantee; its position depends on performance. That performance has many elements: rates, reliability, quality, safety (for workers, residents, customers, and contractors), innovation, customer responsiveness, legal compliance, respect for the regulatory process, accountability, acceptance of responsibility, and honesty.

### B. PG&E's Performance - Unsafe and Dishonest

Over this past decade, PG&E has failed to provide safe and reliable service. Not only has it caused death and destruction; it has dealt with the Commission dishonestly. Consider the following non exhaustive list of PG&E's actions:[7]

> *The San Bruno Explosion (2010):* Eight deaths, 58 injuries, 38 homes and structures destroyed. PG&E was convicted of multiple federal crimes, including willfully failing to address known recordkeeping deficiencies, and willfully failing to identify and address threats to its pipelines. PG&E also was penalized for violating state regulations. Still on probation for its federal crimes, PG&E's recent wildfire behavior is under investigation by a federal judge.

---

[5] *Potomac Electric Power Co. v. Public Service Commission*, 661 A.2d 131, 137 (D.C. 1995).

[6] *Midwestern Gas Transmission Co. v. East. Tenn. Natural Gas Co.*, 36 FPC 61, 28 (1966), *aff'd sub nom. Midwestern Gas Transmission Co. v. Federal Power Commission*, 388 F.2d 444 (7th Cir. 1968).

[7] This list does not include, for example, the ongoing Order Instituting Investigation (18-12-007) into PG&E's locate and mark practices, which may identify safety problems such as if there were dig-ins associated with late marked facilities.

5

*The Kern Power Plant Demolition (2012-2013):* One death, five injuries, $5.5 million in penalties. PG&E must carry out a company-wide Corrective Action plan that included a Contractor Safety Program and an Enterprise Causal Evaluation Standard.[8]

*Gas Distribution Problems (2010-2014):* For multiple separate safety incidents, the Commission penalized PG&E over $36 million. The specific failures included failure to maintain proper records, failure to take corrective actions, and not being responsive to local officials.[9]

*The Butte Fire (2015):* Two deaths, one injury, 549 homes and 372 other structures destroyed, 70,868 acres burned. The Commission's Safety and Enforcement Division (SED) fined PG&E $8 million for failing to maintain its 12 kilovolt (kV) overhead conductors safely and properly.[10]

*The Atlas Fire (2017):* Six deaths, 783 homes or other structures destroyed, 51,624 acres burned. Alleging violations of state law, the California Department of Forestry and Fire Protection (CAL FIRE) has referred its investigation to the District Attorney's office.[11] [12]

*The Central LNU Complex Fires (2017):*[13] Three deaths, 1,355 homes or structures destroyed, 56,556 acres burned. CAL FIRE referred four of its fire investigations (Norrbom, Partrick, Pythian, and Adobe) to the appropriate local District Attorneys' offices for review "due to evidence of alleged violations of state law."[14] CAL

---

[8] D.15-07-014.

[9] D.16-08-020 at 2-4, 10, 51, 59-61.

[10] D.16-09-055.

[11] *See*
<https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf>.

[12] On June 27, 2019, the Commission opened I. 19-06-015, the Order Institution Investigation on the Commission's Own Motion into the Maintenance, Operations, and Practices of Pacific Gas and Electric Company (U39E) with Respect to its Electric Facilities; and Order to Show Cause Why the Commission Should not Impose Penalties and/or Other Remedies for the Role PG&E's Electrical Facilities had in Igniting Fires in its Service Territory in 2017. *See*
<http://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M303/K773/303773212.PDF>

[13] *Id.*

[14] *Id.*

6

FIRE did not refer the Nuns fire investigation to the local District Attorney's office.

***The Camp Fire (2018):*** 85 deaths, 18,804 homes or other structures destroyed, 153,336 acres burned. CAL FIRE forwarded its investigative report to the Butte County District Attorney's Office.[15]

In addition to safety, there is honesty and the public trust. PG&E has committed a series of secular sins against transparency and truth. Specifically, it has been shown, and PG&E has admitted, that it engaged in:

***Obstructing Investigations:*** After the San Bruno disaster, PG&E attempted to mislead investigators from the National Transportation Safety Board, leading to PG&E's conviction, in addition to its substantive violations, for "intentionally and corruptly tr[ying] to influence, obstruct, or impede the Board's investigation.[16]

***Falsifying Evidence:*** The Commission has gathered evidence of PG&E routinely (thousands of times) falsifying records on locate-and-mark practices.[17]

***Lobbying in Secret:*** PG&E has long tried to influence Commission decisions secretly—and illegally. Due to PG&E's 2007 violations of *ex parte* communications rules,[18] the Commission in 2008 required PG&E to "develop written best practices to document, control, and report on *ex parte* contacts."[19] In 2015, the Commission identified improper *ex parte* communications as early as June 19, 2009, disappointingly soon after the Commission had directed PG&E to develop written best practices on *ex parte* contacts.[20] These contacts continued over at least a five year period from mid-2009 through mid-2014.

---

[15] *See* <http://calfire.ca.gov/communications/downloads/newsreleases/2019/CampFire_Cause.pdf>
[16] See <https://www.justice.gov/usao-ndca/pr/pge-ordered-develop-compliance-and-ethics-program-part-its-sentence-engaging-criminal>.

[17] Order Instituting Investigation (I.) 18-12-007.
[18] The *ex parte* communications rules determine if and how parties (such as PG&E or Cal Advocates) can communicate with decision-makers at the Commission during a formal proceeding. Decision makers include the Commissioners, their advisors, and the Administrative Law Judges. The purpose of these rules is to prevent secret communications that can affect case outcomes.

[19] I. 15-11-015, Finding of Fact #1, p. 38.

[20] I. 15-11-015, p. 3.

Attachment 1
Page 10 of 28
Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 16 of 27
of 62

> PG&E's presidents, a senior vice president, two vice presidents,
> and at least one consultant were either violators or benefited from
> the violations.[21]

These facts form the foundation of the Commission's Safety Culture and Governance investigation.

Californians deserve a utility that serves competently, lawfully, and honestly. Convicted of breaking laws and obstructing justice, found at fault for death and destruction across its service territory, and now under investigation for false filings and improper communications with regulators, PG&E has not been that utility.

## C.    PG&E's Culture of Entitlement

Investigations, penalties, convictions, fines, and probations have not worked.[22] Executive shuffling hasn't worked.[23] Reorganizations haven't worked.[24] Replacing and overpaying board members[25] won't work. PG&E is a reactor not a creator. "Driven by immediate needs," it reacts to its failures instead of creating a "comprehensive enterprise-wide approach."[26] PG&E's problems are— "not just one-off situations or bad luck," but problems that are "deeper and more systemic"—problems that remain unsolved.[27] PG&E's problems come from its culture. Because its misbehaviors go beyond safety, its safety culture problem is but a symptom of a broader culture problem. PG&E has a culture of entitlement.

---

[21] I. 15-11-015, Phase 2 Joint Evidentiary Record, dated May 15, 2019, pp. I-1 to I-2.

[22] Scoping Order at 5-6 (stating that "imposing penalties on PG&E did not seem to change the situation").

[23] Since 2010, PG&E has replaced four presidents (Darbee, Johns, Stavroplous, Williams); three senior vice presidents (Botorff, Soto, Hogan); and five vice presidents (Cherry, Horner, Franke, Dasso, Lemier).

[24] August 22, 2018 PG&E Announces Interim Organization Structure While Conducting COO Search <http://investor.pgecorp.com/news-events/press-releases/press-release-details/2018/PGE-Announces-Interim-Organization-Structure-While-Conducting-COO-Search/default.aspx>.

[25] In 2018, the average compensation for PG&E's board members was $257,000 per year for part-time work. PG&E Corp, *Joint Notice of 2019 Annual Meetings, Proxy Statement* at 46 (June 21, 2019).
[26] Scoping Order at 6, quoting Northstar Report at I-1.

[27] Scoping Order at 5.

Attachment 1

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 14 of 28
of 62

A culture of entitlement cannot be solved with investigations, penalties, convictions, fines, probations, personnel changes, or press releases. These actions miss the main cause of PG&Es' entitlement culture - our policy on franchises. The utilities assume their monopoly franchises exempt them from competition in perpetuity. As decades go by, costs rise, performance slips, patterns of rule violations and lax compliance emerge and a culture of entitlement is established. The utility expects to remain the monopoly franchisee indefinitely, no matter how many felonies it commits, how many rules it breaks, or how unsafe its practices. No amount of investigations, penalties, convictions, probations, personnel changes and board replacements can fix a company with a culture of entitlement. Instead of punishing behaviors that derive from entitlement, we must change the expectations that cause the entitlement. Instead of punishing the results of failure, we must create the conditions for success.

In a competitive market, a company with PG&E's record would be long gone, left behind by workers, investors, and customers, all seeking safer, more honest places to work, invest, and buy. Treating PG&E as our only option and its CPCN granted franchise as its permanent right, validates PG&E's culture of entitlement. The Commission must make its willingness to consider alternatives clear and public.

**D.     Bankruptcy's outcomes:  Four possible paths**

A bankruptcy proceeding typically produces a plan of reorganization. Per the bankruptcy court's ruling, through September 26 of this year the exclusive proposer of a plan is PG&E. Beginning September 27, others permitted by the court may submit a plan.[28] At some point, a plan will gain sufficient support among creditors to receive the court's tentative approval. Where the bankrupt company is a utility, the court may grant final approval only if the plan's rate path has received Commission approval.[29]

---

[28] *See* "Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods." Bankruptcy Case No. 19-30088, Docket Entry 2226 (May 23, 2019).

[29] *See* 11 U.S.C. § 1129(a)(6).

9

1. **Path 1:  PG&E emerges as franchisee, unconditionally**

During or after the present period of exclusivity, PG&E could reach agreements with its creditors, present to the Court a plan with a rate path, get the bankruptcy court's conditional approval of the plan (other than the rate path), get the Commission to approve that rate path, then get the bankruptcy court's final approval.  There would be no necessary change in PG&E's operational performance.  Commission investigations into gas safety, wildfire performance, honesty in reporting, and other matters would continue as before.

2. **Path 2:  PG&E emerges as franchisee, subject to Commission probation**

This path is like Path 1, but with a key difference:  The Commission would require, as a condition of approving the rate path, PG&E's compliance with specific performance metrics (such as for safety and honesty), the breach of which would cause the Commission to consider penalties including revocation of PG&E's franchise—subject to the Commission selecting one or more replacement franchisees competitively.

3. **Path 3:  One or more non-PG&E franchisees replaces PG&E, in whole or in part**

A plan may include the sale of all or a portion of PG&E.  If the Commission establishes minimum prerequisites for all potential post-bankruptcy franchisees (as recommended under Action #1 above), then whatever bidder(s) emerge(s) with the bankruptcy court's approval will necessarily satisfy those prerequisites, because the bankruptcy court will not likely approve an acquirer that the Commission would reject.  Only the Commission, not the bankruptcy court, can award franchises or approve transfer of control of a California utility's assets or control.

4. **Path 4:  PG&E emerges from bankruptcy with a temporary franchise, with PG&E to be replaced as franchisee after a defined period**

This path is like Path 3, but separates the bankruptcy decision-making from the franchise decision-making.  That way, the State can take the time it needs to (1) determine minimum franchise prerequisites (including defining the different services that will be subject to the franchise), and (2) run the competition to select new franchisees.  The time period necessary

10

might not mesh well with the bankruptcy court's wish to complete its work expeditiously. But for PG&E to keep its franchise by default—merely because the Commission has insufficient time to complete its own work—would ill serve the public. At the same time, PG&E's creditors deserve to know PG&E's future. So the Commission could declare, after making the necessary legal findings, that (a) PG&E's role as franchisee will end no later than, say, two years after it emerges from bankruptcy; and (b) the Commission during that two-year period will select one or more replacements for all or part of PG&E's utility activities. The Commission would issue its decision about PG&E in time for participants in the bankruptcy process to take it into account. PG&E then would emerge from bankruptcy with a franchise that everyone understood to be temporary. Participants who wanted a chance to acquire or replace PG&E would make their bids before the Commission rather than before the bankruptcy court.

We do not yet recommend any of these paths; we describe them here to emphasize the Commission's options. As the Governor's Strike Force emphasized, all options must be on the table.[30] And while bankruptcy does have some potentially preemptive effects, those effects do not reach the options discussed here. For an explanation, see the Appendix I: "Bankruptcy Law Does not Preempt the Commission's Decisions on Franchisee Qualifications."

E.    Necessary Actions

Action 1 - Establish performance prerequisites for post-bankruptcy franchisees, including PG&E

The franchise created by a CPCN is a privilege granted by the government, not an asset owned by the utility.[31] As this Commission stated, in opening this investigation into PG&E's culture:

---

[30] Governor Newsom's Strike Force, Wildfires and Climate Change: California's Energy Future, Executive Summary at 4.

[31] See New Orleans Gas Co. v. Louisiana. Light Co., 115 U.S. 650, 669 (1885) (franchise "belong[s] to the government, to be granted, for the accomplishment of public objects, to whomsoever, and upon what terms it pleases"); Bank of Augusta v. Earle, 38 U.S. (13 Pet.) 519, 595 (1839) (franchises are "special privileges conferred by government upon individuals, and which do not belong to the citizens of the country generally of common right").

11

> The Commission, invested by the California Constitution and the
> Public Utilities Code with police power to regulate public utilities,
> among other actions sets rates, authorizes capital investments and
> operating budgets, and awards franchises to companies such as
> PG&E. A 'franchise to operate a public utility ... is a special
> privilege which ... may be granted or withheld at the pleasure of
> the State.' Holding that franchise, PG&E must 'comply with the
> comprehensive regulation of its rates, services, and facilities as
> specified in the Public Utilities Code.' And the Commission must
> actively, not passively, supervise and regulate public utilities.[32]

This authority underlies the June 18, 2019 Ruling's consideration of a periodic review of
a utility's CPCN as a means to provide "additional incentive for the utility to do a good
job."[33] In California, a utility receives its franchise "in return for" its performance.[34] The
franchise thus is conditioned on meeting the Commission's, customers' and the public's
expectations.[35] While the June 18, 2019 Ruling's questions about a periodic review of a
utility's CPCN are consistent with the authority identified above, the Ruling does nothing
to identify potential replacements for PG&E, without which a CPCN review will be
limited at best. The Commission must take full advantage of its authority to issue and
rescind franchises in order to address PG&E's culture of entitlement.

      If the Commission wishes to provide "additional incentive for the utility to do a
good job,"[36] it must disabuse PG&E of the notion that it is entitled to continue to operate
as a franchise under its CPCN in perpetuity. For the Commission to break the culture of

---

[32] "Order Instituting Investigation on the Commission's Own Motion to Determine Whether Pacific Gas
and Electric Company and PG&E Corporation's Organizational Culture and Governance Prioritize
Safety," Investigation 15-08-019, 2015 Cal. PUC LEXIS 539 at § 3.4 (citations omitted).

[33] June 18, 2019 Ruling at 3.

[34] "In return for safe and reliable natural gas service, the Commission provides a relatively exclusive
*franchise*, recovery of all just and reasonable costs to serve customers, and a very low-risk and ample rate
of return." "Order Instituting Investigation on the Commission's own Motion into the Operations and
Practices of Pacific Gas and Electric Company to Determine Violations of Public Utilities Code Section
451, General Order 112, and Other Applicable Standards, Laws, Rules and Regulations in Connection
with the San Bruno Explosion and Fire on September 9, 2010," 2012 Cal. PUC LEXIS 39.
[35] *Id.* at § 3.5 ("This investigation should begin with what the Commission, customers, and the public
should expect from PG&E when the State awarded PG&E its franchise and approved PG&E's rates.").

[36] June 18, 2019 Ruling at 3.

12

entitlement, it must also consider alternatives to PG&E by defining the performance customers deserve, then finding the best performers. In the current context, the Commission must establish priorities that any post-bankruptcy franchisee must satisfy. Then to make those priorities realities, it must seek non-PG&E alternatives whose reorganization plans will align with those priorities. Amending the June 18, 2019 Ruling to solicit comments that will assist the Commission in establishing criteria that any post-bankruptcy franchisee must satisfy will give PG&E and other potential franchisees fair notice of what the Commission requires. As discussed below, these criteria include services and quality, and company characteristics (i.e. ownership structure, corporate governance, attitude toward quality, and attitude toward regulation and regulators).

### 1. Services and quality

Energy service today takes multiple forms: generation, procurement, transmission, distribution, demand aggregation, distributed energy resources, conservation services, microgrids, storage, electric vehicle infrastructure. An investor-owned utility is either the primary operator or provider of these services or has some role in administrating programs that provide these services. As such, it is important that the utility's work to provide these services includes ensuring safety, reducing emissions, lowering costs, and maintaining reliability. What are a utility's standards of performance in the provision of these services?

### 2. Company characteristics

A provider's characteristics affect its performance. And those characteristics can complicate, or simplify, regulators' efforts to induce performance. So we must ask: What kind of companies will best provide the necessary services, cost-effectively and safely? The relevant company characteristics fall into four main categories.

- *Ownership Structure* - The Scoping Order refers to "publicly owned utility, cooperative, community choice aggregation or other models."[37] There are, of course, more categories and multiple variations within those categories: government ownership (municipal, regional, state); private ownership (non-profit, for-profit, and semi-profit); publicly traded and privately traded; holding company-owned and retail shareholder-owned.

---

[37] "Assigned Commissioner's Scoping Memo and Ruling," I. 15-08-019 at 12 (Dec. 21, 2018).

Different business forms bring different strengths and weaknesses. All must satisfy these minimums: (i) no conflict between earning profit and pursuing the public interest in safety and cost, (ii) commitment to transparency, (iii) commitment to the state's clean energy goals, and (iv) respect for workers and their unions.

- *Corporate Governance* - Governance affects accountability; accountability affects performance. Who controls which decisions? Who is accountable to whom, for what types of performance? How does the company pay its people? Do compensation methods create conflicts between profit and performance, between executives' interest and customers' interest? Do the boardroom and the workforce reflect the communities the company serves?

- *Attitude Toward Quality* - Does the company aspire to excellence or does it rest on its government-protected laurels? Does it look ahead for hazards to prevent and create plans to prevent them—or does it wait for disasters to happen, then seek full credit for its response and full payment for its costs?

- *Attitude Toward Regulation and Regulators* - Each company views regulation self-interestedly. Everyone wants regulation when it protects; but not when it constrains. Does the company respect the regulatory process—especially its key features of transparency, facts, logic, and law—or does the company rely on non-factual forms of persuasion, and use non-transparent paths to persuade?

Why do these company characteristics matter? A prospective franchisee's business mix will determine whether it has internal conflicts between the utility's public service obligation and its holding company's private business priorities. Companies that mix utility and non-utility businesses have an internal conflict over scarce capital. Companies that compensate their executives based on share price or earnings have an internal conflict between shareholder interest and ratepayer interest. Companies with internal conflicts require more regulatory effort than companies without those conflicts. And regulatory efforts do not always succeed.[38]

---

[38] *See, e.g.*, this Commission's Decision No. 91-05-028, *supra* at 277 (("[I]f Edison's past violations of the regulatory compacts set forth in our ... decision [authorizing SCE's holding company] are any indication of what will transpire in the future, it will be increasingly difficult to ensure that inappropriate costs are not passed on to ratepayers. . . . Edison has attempted to use [that decision] to shield its activities rather than open the Commission's access to expeditious and thorough review. Such contentiousness produces increased burdens on the Commission. . . .").

14

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 17
of 62

## Action 2 - Foster the development of non-PG&E alternatives whose reorganization plans align with Commission priorities

As noted above, if we treat PG&E as our only alternative and treat its CPCN granted franchise as its permanent right, we validate PG&E's culture of entitlement. Californians deserve better. The Commission must make its willingness to consider alternatives clear and foster the development of non-PG&E alternatives if it intends to improve utility safety and service.

### 3.     Finding the candidates, causing them to compete

Since 1985, dozens of electric utilities have been acquired, most at substantial premiums.[32] From this simple fact, we know that owning a utility, or controlling a utility monopoly franchise is desirable. If California opens its doors to prospective franchisees, the competition for the customers' favor will be vigorous.[40]

How do businesses find employees and manufacturers find suppliers? They search for the best, then choose the best. Rather than awarding a franchisee non-competitively or threatening to review a CPCN in the absence of any viable alternatives, California's decision-makers should do what everyone else does: Create a competition—here, a competition for the privilege of being a monopoly. "[T]he public has an obvious interest in competition, 'even

---

[32] For a list of those acquisitions through 2017, and an analysis of their regulatory approvals, *see* Scott Hempling, :Inconsistent with the Public Interest: FERC's Three Decades of Deference to Electricity Consolidation," *Energy Law Journal* (Fall 2018), available at <https://www.eba-net.org/assets/1/6/15-233-312-Hempling_[FINAL]1. pling_%5bFINAL%5d1.pdf>.

[40] Another example comes from South Carolina, where a special legislative committee in late 2018 issued a request for expressions of interest and indicative offers to acquire the state-owned utility, Santee Cooper. According to the committee's then-consultant ICF, which ran the process, the request attracted 15 "strong and diverse" proposals: seven full purchase proposals and eight others: long-term asset management agreements, long-term power supply arrangements, and partial acquisitions. *See* ICF's evaluation of February 2019, available at <https://governor.sc.gov/sites/default/files/Documents/newsroom/ICF%20Evaluation%20of%20EOI%20Responses%20for%20Santee%20Cooper.pdf>.

In May 2019, the South Carolina Legislature enacted legislation directing the state's Department of Administration to conduct a full-fledged competition for acquirers and managers of Santee Cooper, as well as an evaluation of the utility's standalone plans.

15

though that competition be an elimination bout.'"[41] Using competition to find the best performers, and having replacements ready to replace those performers, is challenging but it is the path to real performance. Granting someone a permanent monopoly, then fining, penalizing, and "incentivizing" them to improve, or juggling board membership and serially replacing executives, does not work.

The following is an illustrative six-step process to create competition for new franchisees.

*Step 1. Issue Order starting the process:* The Commission issues an Order announcing it will hold a competitive process for choosing one or more franchisees to serve in PG&E's territory. The Order should describe the end goal: to have Californians served by the most cost-effective, customer-responsive, safe, environmentally responsible, innovative and reliable provider or providers. The Order also should describe the steps that will follow and pose a series of questions that invite creative ideas from stakeholders and prospective bidders.

*Step 2. Spread the word:* The Commission, likely through an agent, creates interest in the marketplace by spreading the word about the Commissions goals, and informally contacting entities that might have an interest in serving. This outreach serves multiple purposes: stimulating interest, identifying new firms or organizations, and identifying any concerns about regulatory uncertainties that might discourage bidders from competing. Some prospective competitors might want to buy the entire company, others only some of the assets; some might want to serve the entire service territory; others only parts. Some might want to provide only monopoly services; others might want to provide both monopoly and competitive services.

*Step 3. Hold a technical workshop:* The Commission would hold one or more technical workshops. Using materials from stakeholder submissions and intelligence gathered through the market conversations, the Commission staff would have a dialogue with stakeholders (about what services they want from a franchisee) and prospective bidders (about what clarity they need on regulatory policy). At the technical workshop, people could ask questions of PG&E as well as Commission staff.

*Step 4. Establish threshold criteria:* The Commission would establish threshold criteria for eligibility to compete. Examples of requirements for eligibility (illustrative only):

    a. The company has a minimum number of years of experience providing safe, affordable, reliable energy utility services consistent with the state's environmental goals in rural and urban areas.

---

[41] *Hecht v. Pro-Football, Inc.*, 570 F.2d 982, 991 (D.C. Cir. 1977).

16

b. Demonstrated ability in meeting or exceeding the minimum federal, state, and local safety requirements.

c. The company has a demonstrated commitment and ability to carry out the state's clean energy goals.

d. The company has a demonstrated commitment to integrity, transparency, and honesty in its relations with the public, regulators and other stakeholders.

e. The company has a demonstrated respect for workers and their unions.

f. If the competitor is part of a holding company system, that holding company system is not complex, overly leveraged, or invested in businesses whose risks or strategies conflict with a utility's obligation to serve.

g. The company satisfies Commission criteria designed to reduce the risk of horizontal or vertical market power.

h. The company has the financial capability both to execute the purchase (paying the shareholders and paying off or taking on the debt) and to operate successfully.

*Step 5. Issue formal requests for proposals:* The Commission would design a formal Request for Proposals for the particular services that franchisees would provide. Competitors including PG&E could offer the entire package or a subset (although the Commission will likely want to place appropriate limits on what types of geographic areas would be carved out to avoid cherry-picking).

*Step 6. Choose the franchisees:* The Commission then would apply its evaluative criteria and choose the winning franchisees. Evaluative criteria could include: experience, record of customer responsiveness, record of regulatory relationships, operational record, employee relations, ethical character, creativity in developing resource plans, likely rate path, price offered, non-quantifiable benefits offered.

### 4. Avoiding negative outcomes

While we seek positive outcomes, we must avoid potential negative outcomes or gaming. While three such potential outcomes come to mind, more may arise in response to questions posed herein.

a. Cherry-picking: PG&E's service territory covers diverse geographic areas and diverse members of the population. Despite this diversity, all customers within a rate class face the same electric and gas rates, just as all individuals face the same tax rates. The Commission must discourage proposals that cherry-pick lower-cost and lower-risk subregions, leaving the higher cost and higher risk ones behind. A utility's obligation to serve—the very foundation

17

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 29 of 62
of 62

of an exclusive franchise—exists to prevent precisely this type of redlining. The Commission must make clear that the franchisee is a privilege that includes this obligation; it is not some acquisition opportunity to be carved, shaped and resold for maximum profit. That is not to say that PG&E's entire, vast service territory must remain whole, especially if the Commission were to find that economies of scale no longer favored (if they ever did) a region this large. A useful principle: Ensure that if portions of the current service territory are sold to different acquirers, no customer is made worse off.

b. *A bailout without accountability:* Allowing PG&E to emerge with reduced debt but an unchanged culture of entitlement—is dangerous for California's consumers and businesses. This path presents a risk to customers: that PG&E, unguided by Commission prerequisites, will work with creditors to pour concrete around a plan that maximizes creditors' return, then pressure the Commission to raise rates to implement it. Additional pressure would come from the financial community (that is, the portion of the financial community connected to PG&E—not the portion wishing to invest in alternatives to PG&E)—all arguing the customary platitudes: PG&E is too big to fail, uncertainty raises costs for all. But because the bankruptcy court has no statutory power to improve PG&E's performance, this path has the customers protecting the creditors from their losses but getting left with an unreformed PG&E. The best protection against this path is for the Commission to start developing alternatives.

c. *Investor expectation that PG&E's franchise will remain uncontested:* California has never subjected its major utility franchises to competition— even after multiple occasions of franchise-breaching conduct. If the Commission says nothing now, and PG&E emerges from bankruptcy under Path 1, its investors could reasonably conclude that PG&E's future will be like its past—that it can commit any manner of crimes and violations, at no risk of losing its privileged position. While the Commission's silence would not create a constitutionally protected expectation of future franchise permanence, any later Commission effort to question PG&E's franchise would likely provoke the type of vocal outrage disappointed people use, strategically, to cause those lacking alternatives to fear developing alternatives.

## F. The Consequences of Inaction: The Bankruptcy Court Displaces the Commission and Price Displaces Performance

We have explained how the Commission can establish prerequisites for post-bankruptcy franchisees, and seek non-PG&E alternatives whose reorganization plans align with Commission

18

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 21 of 62

priorities, without impeding the bankruptcy court's jurisdiction. If the Commission fails to take those two steps? The bankruptcy process can, in practice if not in law, diminish the Commission's powers. This concern has at least three bases.

- ***The bankruptcy court has no duty to produce cost-effective utility performance.*** Bankruptcy courts focus on approving a plan that satisfies the creditors' legitimate interests while preserving, if possible, the debtor's business. The bankruptcy court has no legal power to make a utility's performance safer, to address its honesty issues, or to fix its culture of entitlement. So if PG&E and its creditors agree on a plan to sell the company, the utility will be sold to the highest bidder, not to the best performer, with the ratepayers covering the cost—unless the Commission specifies its prerequisites for PG&E's purchaser. Bankruptcy law does not preempt the Commission's state law power to approve or disapprove an acquisition of PG&E or its assets. But if the Commission does not state its requirements in advance of the Bankruptcy court's actions, it will be stuck with the bare, suboptimal choice of Yes or No to a proposal not of its own making. Or the Commission will end up negotiating in private with PG&E and its prospective acquirers, then hand intervenors in the Commission approval proceeding a single take-it-or-leave-it plan—with no opportunities for intervenors to reshape the result because the plan's sponsors will claim it rests on agreements "too fragile," too "painstakingly negotiated," to be changed.

- ***PG&E's motivations conflict with the public's interest in performance.*** In the bankruptcy proceeding, PG&E's goals are self-interested: Emerge with lighter debt and maintain control of the monopoly franchise; or, get the highest price possible for its shareholders, paid for by ratepayers. In the bankruptcy proceeding, PG&E has no obligation to improve performance or changes in its culture. So in terms of performance and culture, post-bankruptcy PG&E could be the same as pre-bankruptcy PG&E—or worse.

- ***The creditors' goals conflict with the public's interest in performance.*** The creditors' goal is to be paid. While those who continue to hold bonds will not be indifferent to the utility's future performance (since penalties and fines hurt the bottom line), their priority is payment, not performance.

These three factors all point in one direction: The bankruptcy process will emphasize payments over performance. However, readers should not take this point separate from its context. Cal Advocates respects creditors' legitimate claims. But ratepayers also have material and substantive rights—to performance commensurate with the rates they pay. The best solution—one that marries bankruptcy's priorities with the Commission's obligations—is what

19

this Motion urges: that the Commission set standards that bring competitors who can perform with excellence and get the creditors paid. But to make this marriage work, the Commission needs to act, and act now. Relying solely on its legal ability to block a plan later based on its rate path[42] will not get California the best performance it needs. The Commission needs to make clear to the bankruptcy court that it will approve a post-bankruptcy PG&E, or new owner of PG&E, or a new successor to PG&E, or a rate path for PG&E or its successor, only if that entity, among all possible entities, best meets the Commission's criteria for performance. Only by acting now to influence to-be-filed plans or sale proposals brought in bankruptcy court, not by reacting to filed plans or sale motions, can the Commission's priorities prevail.

## IV. CONCLUSION

**The clock is ticking: The Commission must establish its priorities before non-PG&E acquirers appear.**

The Commission must take action. It must define the features of, and expectations for, the franchisee's performance. Then to ensure that customers receive that performance the Commission must find the best performers.

These Commission actions must happen soon. On September 26, 2019, PG&E's current exclusivity period ends. Absent Commission-set prerequisites, either creditors will accept a PG&E proposal or, starting September 27, 2019 other entities will offer plans that serve their interests. Unless it declares its criteria, the Commission will be a bystander and reactor. It is only by acting now that the Commission can produce a result that satisfies creditors' legitimate needs, while also ensuring that California's ratepayers are served by the best performer.

The Public Advocates Office urges the Commission to amend its June 18, 2019 Ruling to align with the broader goals of this proceeding by adding the questions in Appendix II, which address the prerequisites necessary to ensure Californians are provided the service they deserve and to begin laying the framework for seeking alternative providers.

---

[42] Under 11 U.S.C. § 1129(a)(6).

20

Respectfully submitted,

/s/ DARWIN FARRAR
DARWIN FARRAR

Chief Counsel
Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-1599
E-mail: Darwin.Farrar@cpuc.ca.gov

July 1, 2019

21

## Appendix I

## Bankruptcy Law Does not Preempt the Commission's Decisions on Franchisee Qualifications

The filing of a bankruptcy petition triggers, under Section 362 of the Bankruptcy Code, an "automatic stay." The stay prevents litigation against the debtor that attempts to enforce or collect on financial claims that pre-dated the petition.

The automatic stay does not apply, however, to "the commencement or continuation of an action or proceeding by a governmental unit . . . to enforce such governmental unit's or organization's police and regulatory power, . . ." Bankruptcy Code § 362(b)(4). Applying this language, courts have developed two tests: the pecuniary purpose test and the public policy test. The pecuniary purpose test asks whether the government action relates primarily to the protection of the government's pecuniary interest in the debtor's property or to matters of public safety or welfare. If the former, the police-and-regulatory power exception is unavailable; the automatic stay applies. But if regulatory action carries out public policy, it is exempted from the stay.

Even if the regulatory action affects the debtor economically, if its purpose is public policy the stay does not apply.[43] PG&E's last bankruptcy case illustrates the point. Before PG&E filed its bankruptcy petition, the Commission required it to transfer negative balances to a Transition Cost Balancing Account. After filing for bankruptcy, PG&E argued that the Commission's effort to enforce that decision violated the stay. Judge Montali (the bankruptcy Judge then and now) disagreed. He held the Commission's primary purpose was public policy. That the result may be a negative economic impact on PG&E, and a positive impact on PG&E's customers, does not change the fact that the Commission's ratemaking implements public policy. PG&E also argued that the Commission's decision adjudicated private rights (a sign of pecuniary

---

[43] *See generally MLRD v. Continental Hagen Corp.*, 932 F.2d 828, 833 (9th Cir. 1991).

1

purpose, which cannot avoid the stay), by favoring consumers at PG&E's expense. The court again disagreed concluding that the Commission's action was "more legislative in character"; and, that the regulating of utilities, wrote the court, "is one of the most important of the functions traditionally associated with the police power of the states."[44]

In particular, the bankruptcy court's approval of an acquirer does not force a state to grant that acquirer control of the franchise. We know this from the Texas experience. The retail utility Oncor was owned 80 percent by Energy Future Holdings Corp ("EFHC"). EFHC went bankrupt. The federal bankruptcy court approved Oncor's acquisition by NextEra (the holding company for Florida Power & Light). But the Texas Commission rejected NextEra because NextEra wanted control of Oncor's utility cash flow to pay off NextEra's high acquisition debt. The court then approved a bid from Sempra (the holding company for San Diego Gas & Electric Company)—again subject to the Commission's approval, which was granted. Both times, no one argued preemption.[45]

*Caution: This Commission should not follow Texas's approach of waiting for the bankruptcy court outcome before disapproving the result.* Doing so makes a Commission a spectator rather than a decision maker. The Commission should make clear, now, that it will approve only the best performer, not the highest bidder.

---

[44] PG&E's previous bankruptcy was addressed in *In re Pac. Gas & Elec. Co.*, 263 B.R. 306 (Bankr. N.D. Cal. 2001). The passages quoted here appear at *id.* at 318-20 (citing *Ark. Elec. Coop. Corp. v. Ark. Pub. Serv. Comm'n*, 461 U.S. 375, 377 (1983)).

[45] On Oncor, see *Joint Report and Application of Oncor Electric Delivery Company LLC and NextEra Energy*, Docket No. 46238, Tex. Pub. Util. Comm'n, (Apr. 13, 2017). On Sempra, see *Joint Report and Application of Oncor Electric Delivery Company and Sempra Energy for Regulatory Approvals*, Docket No. 47675 (Mar. 8, 2018). While bankruptcy litigants behave as if the state commission is not preempted from rejecting a bankruptcy-approved acquirer, that specific question has not been litigated. The Ninth Circuit has held that a court-approved bankruptcy reorganization plan is preemptive of state regulation "relating to financial condition" under 11 U.S.C. § 1142(a). *See Pacific Gas and Electric Co., et al. v. People of the State of California*, 350 F.3d 932, 937, 948 (9th Cir. 2003). While the appeal was pending the bankruptcy judge terminated debtor's exclusivity, the Commission filed its own competing plan, leading to the confirmation of an entirely different plan. As a result, there has been no judicial determination whether Commission regulation of corporate ownership structure is regulation "relating to financial condition."

2

# Appendix II
## Amendments to the June 18, 2019 Ruling – Additional Questions for Parties

ADD new section 2.5 to the June 18, 2019 Ruling:

### 2.5   Minimum requirements for Serving PG&E's Ratepayers in the Post-Bankruptcy Era

*This question begins the process of developing the minimum criteria the Commission should require of a post-bankruptcy franchisee.*

What are the minimum criteria the Commission should require of a post-bankruptcy franchisee, whether PG&E or another entity?  Consider for example:

d.  The company has a minimum number of years of experience providing safe, affordable, reliable energy utility services in rural and urban areas consistent with the state's environmental goals.

e.  Demonstrated ability in meeting or exceeding the minimum federal, state, and local safety requirements.

f.  The company has a demonstrated commitment and ability to carry out the state's clean energy goals.

g.  The company has a demonstrated commitment to integrity, transparency, and honesty in its relations with the public, regulators and other stakeholders.

h.  The company has a demonstrated respect for workers and their unions.

i.  If the competitor is part of a holding company system, that holding company system is not complex, overly leveraged, or invested in businesses whose risks or strategies conflict with a utility's obligation to serve.

j.  The company satisfies Commission criteria designed to reduce the risk of horizontal or vertical market power.

k.  The company has the financial capability both to execute the purchase (paying the shareholders and paying off or taking on the debt) and to operate successfully.

3

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 27 of 28
of 62

ADD new section 2.6 to the June 18, 2019 Ruling:

## 2.6   Possible Requirements of Bidders and Bids

*These questions help begin defining the procedure by which the Commission can attract prospective franchisees.*

A. By what procedures might the Commission use to (a) collect expressions of interest, and then (b) conduct a competitive bidding process? Are there analogies from government procurement processes that would be helpful?

B. How can the Commission ensure that prospective bidders for portions of PG&E's system do not cherry-pick parts of the system, or avoid their appropriate share of costs associated with existing debt, public purpose programs, or long-term contracts?

C. How can the Commission avoid a situation in which bidders offer an acquisition premium for PG&E's stock and then seek recovery of the premium in rates?

4

# Attachment 2:
# REQUEST FOR OFFENDER PG&E TO SUPPLY INFORMATION

1
2
3
4
5             IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
UNITED STATES OF AMERICA,
10          Plaintiff,                          No. CR 14-00175 WHA
11
     v.
12                                              **REQUEST FOR OFFENDER
PACIFIC GAS AND ELECTRIC                        PG&E TO SUPPLY
13   COMPANY,                                    INFORMATION**
14          Defendant.
                                        /
15

16   1.   The Court has read the report in the <u>Wall Street Journal</u> dated July 10, 2019, bearing the

17        headline "PG&E Knew for years Its Lines Could Spark Wildfires, and Didn't Fix

18        Them." PG&E is hereby ordered to file a public statement with the Court responding to

19        the report on a paragraph-by-paragraph basis stating the extent to which each paragraph

20        is accurate. The offender (PG&E) may not evade response by saying, for example, that

21        it cannot know what documents the Wall Street Journal reviewed. The offender should

22        know the extent to which the story is accurate or not since the report covers what PG&E

23        knows internally. In the past, the offender has responded to some of the Court's

24        questions by filing thousands of records and leaving it to the judge to find the needles in

25        the haystacks. This time, the offender must provide a fresh, forthright statement owning

26        up to the true extent of the Wall Street Journal report. The offender's response shall be

27        up to **40 DOUBLE-SPACED PAGES.**

28   2.   Separately, in **10 DOUBLE-SPACED PAGES** or less, the offender shall answer the

          following questions:

1        a.    The Court has learned from ABC news that PG&E has made large

2               campaign contributions to political candidates, even quite recently.  The

3               offender shall set forth the full amount of campaign contributions and to

4               whom such contributions were made to by PG&E since January 1, 2017,

5               and shall explain why those campaign contributions were more important

6               that replacing or repairing the aging transmission lines described by the

7               Wall Street Journal article and removing or trimming the backlog of

8               hazard trees, and increasing vegetation management.

9        b.    PG&E has distributed almost five billion dollars in dividends prior to

10              seeking the protection of the Bankruptcy Court.  Please also explain why

11              so much was paid out in dividends at a time when PG&E was aware of

12              the problems named in the Wall Street Journal report and knew of its

13              hazard tree backlog.

14

15     Both responses by the offender are due JULY 31, 2019 AT NOON.

16

17     **IT IS SO ORDERED.**

18

19     Dated: July 10, 2019.

20                             WILLIAM ALSUP

                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On July 16, 2019, I served the within:

**(1)** **SONOMA CLEAN POWER AUTHORITY AND VALLEY CLEAN ENERGY ALLIANCE'S RESERVATION OF RIGHTS CONCERNING MOTION OF AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVITY PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE (Dkt. 2741)**

**[X]** **(by e-mail transmission)** on all parties listed on the attached **Exhibit A**, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) to the person(s) at the e-mail address(es) as set forth on the attached service list, **Exhibit A**.

**[X]** **(by mail)** on all parties listed on the attached **Exhibit B** in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 16, 2019, at Sacramento, California.

_____
CARMELIA V. DOMINGO

1025803.1

**Exhibit A**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Mirna Trettevik, including Other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | 402 West Broadway, Ste. 860 | | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bsummer@TheAdlerFirm.com olatifi@headlerfirm.com |
| Counsel for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr; Brittany S. Zummer, Omeed Latifi | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bsummer@TheAdlerFirm.com olatifi@headlerfirm.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | 661-665-5791 | | RASymm@aeraenergy.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: EVELINA GENTRY | 601 West Fifth Street, Suite 300 | | Los Angeles | CA | 90071 | | 213-688-9500 | 213-627-6342 | evelina.gentry@akerman.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | 2001 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | yelena.archiyan@akerman.com john.mitchell@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | | 415-765-9500 | 415-765-9501 | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | 1999 Avenue of the Stars | Suite 600 | Los Angeles | CA | 90067 | | 310-229-1000 | 310-229-1001 | dsimonds@akingump.com mstamer@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com dbotter@akingump.com |
| Counsel to Appian, Inc. | ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | shiggins@andrewsthornton.com jct@andrewsthornton.com aa@andrewsthornton.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew J. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com |
| | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | brian.lohan@arnoldporter.com steven.fruchter@arnoldporter.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A115 | | Bedminster | NJ | 07921 | | 908-234-3318 | 832-213-0157 | Jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | 415-510-3367 | 415-703-5480 | Danette.Valdez@doj.ca.gov Annadel.Almendras@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | 510-879-0815 | 510-622-2270 | James.Potter@doj.ca.gov Margarita.Padilla@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213-269-6326 | 213-897-2802 | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthaeromerolaw@gmail.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | 310-442-8875 | 310-820-8859 | esagerman@bakerlaw.com lattard@bakerlaw.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery Street | Suite 100 | San Francisco | CA | 94111 | | 415-542-8730 | | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 | | 214-953-6500 | | Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 | | 415-291-6200 | | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 2 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com; jhayden@bakerdonelson.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | 1 East Washington Street | Suite 2300 | Phoenix | AZ | 85004-2555 | | | | ganzc@ballardspahr.com; myersms@ballardspahr.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | 1225 17th Street | Suite 2300 | Denver | CO | 80202 | | | 303-296-3956 | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 646-855-2464 | | john.mccusker@bami.com |
| Counsel for Creditors | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | 214-521-3605 | | ssummy@baronbudd.com; jfiske@baronbudd.com |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | 350 South Grand Avenue, Suite 2200 | | Los Angeles | CA | 90071-3485 | | 213-621-4000 | 213-625-1832 | tmccurnin@bklaw.com; chigashi@bklaw.com; thigham@bklaw.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalmf@gmail.com |
| Counsel for Infosys Limited, Counsel for KGKT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for KGKT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | 555 California Street | Suite 4925 | San Francisco | CA | 94104 | | 415-659-7924 | 312-767-9192 | kenns@beneschlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | 500 Capitol Mall | Suite 1700 | Sacramento | CA | 95814 | | 916-325-4000 | 916-325-4010 | harriet.steiner@bbklaw.com |
| Counsel for ChargePoint, Inc., Counsel to Amendatti Consulting, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com; bob@bindermalter.com; Heinz@bindermalter.com |
| Counsel to Creditor American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | 901 E St., Suite 100 | | San Rafael | CA | 94901 | | | | njbloomfield@njblaw.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boutinjones.com |
| Counsel for unsecured asbestos personal injury creditor Everett Freeman Waiving, Jr. | BRAYTON PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | 222 Rush Landing Road | P.O. Box 6169 | Novato | CA | 94948-6169 | | 415-898-1555 | 415-898-1247 | bletsch@braytonlaw.com |
| Counsel for NOR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brothersmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-992-8940 | 415-992-8915 | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com; vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arocles.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | 310-400-1110 | 310-400-0202 | melaniecruz@chevron.com; marmstrong@chevron.com |
| Counsel for Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | | 617-248-5277 | 617-502-5277 | dgooding@choate.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-4799 | 617-502-4799 | jmarshall@choate.com |
| Counsel to Solen | CKR Law, LLP | Attn: Kristine Takvoryan | 1800 Century Park East, 14th Floor | | Los Angeles | CA | 90067 | | 310-400-1110 | 310-400-0202 | ktakvoryan@cklaw.com |
| Interested Party California Community Choice Association | Clark & Trevithick | Attn: Kimberly S. Winick | 800 Wilshire Boulevard | 12th Floor | Los Angeles | CA | 90017 | | 213-629-5700 | 213-624-9441 | kwinick@clarktrev.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 3 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to XL Insurance America, Inc., Albertsons Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Market Bermuda Limited, Ashford Inc., Ashford Hospitality Trust, Inc. | Clausen Miller P.C. | Attn: Michael W. Goodin | 17901 Von Karman Avenue | Suite 650 | Irvine | CA | 92614 | | 949-260-3100 | 949-260-3190 | mgoodin@clausen.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | lschweitzer@cgsh.com mschierberl@cgsh.com |
| Counsel to Western Electricity Coordinating Council | COINE KINGHORN, P.C. | Attn: George Hofmann | 111 East Broadway, 11th Floor | | Salt Lake City | UT | 84111 | | 801-363-4300 | 801-363-4378 | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | 201 California Street, 17th Floor | | San Francisco | CA | 94111 | | 415-433-1900 | 415-433-5530 | pcalifano@cwclaw.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com smf@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Corchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| Attorney for County of Sonoma | County of Sonoma | Attn: Tambra Curtis | County Administration Center | 575 Administration Drive, Room 105A | Santa Rosa | CA | 95403 | | 707-565-2421 | 530-666-8279 | Tambra.curtis@sonoma-county.org |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | 530-666-8278 | | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III | 101 Montgomery Street | Suite 1400 | San Francisco | CA | 94101 | | 415-644-0914 | 415-644-0978 | fsmith@cozen.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Mark E. Fleger | 1201 North Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 302-295-2013 | mfelger@cozen.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com bmullan@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | malmy@crowell.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave., N.W. | | Washington | DC | 20004 | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | 3 Embarcadero Center | 26th Floor | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450 4331 | 212-701-5331 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 8 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-527-4073 | 404-527-4198 | bryan.bates@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC, Travelers Insurance | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6701 | | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | 212-768-6700 | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street | Suite 555 | San Jose | CA | 95113 | | 408-971-6270 | 408-971-6271 | kdiemer@diemerwei.com |
| Counsel for the Official Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | david.riley@dlapiper.com eric.goldberg@dlapiper.com |
| Counsel for the Official Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel to Lisa Delaine Allen, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Bates, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | 20 Bicentennial Circle | | Sacramento | CA | 95826 | | 916-379-3500 | 916-379-3599 | scampora@dbbwc.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0365 | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | 409 - 13th Street | 10th Floor | Oakland | CA | 94612 | | 510-465-0404 | 510-465-0202 | sally@elkshep.com jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | 12216 Horseshoe Lane | | Nevada City | CA | 94123 | | | | larry@englelwdvice.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | 777 Third Avenue, 12th Floor | | New York | NY | 10017 | | 646-282-2500 | | sgarabato@epiqglobal.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | | | | |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | | 916-329-7400 | 916-329-7435 | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Counsel to The Okonite Company | Finestone Hayes LLP | Attn: Stephen D. Finestone | 456 Montgomery St. | 20th Fl. | San Francisco | CA | 94104 | | 415-421-2624 415-421-2624 | 415-398-2820 | sfinestone@fhlawllp.com jhayes@fhlawllp.com |
| Aggreko, MCE Corporation, Mor-Cal Pipeline Services, and Ruebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-616-0466; 415-481-5481 | | jhayes@fhlawllp.com rwittham@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com bnelson@foley.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKEL & BROWN, LLC | Attn: Michael Busenkel | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkel@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com dzh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | Gweiner@gibsondunn.com jkrause@gibsondunn.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo | 1717 Arch Street | | Philadelphia | PA | 19103 | | 215-988-7803 | 215-717-5230 | vuocolod@gtlaw.com |
| Attorneys for Hercfentals | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | | Los Angeles | CA | 90067-2121 | | 310-586-7700 | 310-586-7800 | steinbergh@gtlaw.com |
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | Four Embarcadero Center | Suite 4000 | San Francisco | CA | 94111-4106 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Aida and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive, Counsel for Dennis Cavill, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gordon Merchant | GROSS & KLEIN LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh-Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | 415-344-4670 | 415-989-2802 | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Attorneys for Herdfentals | Herdfentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center Blvd. | | Bonita Springs | FL | 34134 | | 239-301-1126 | 239-301-1109 | Sharon.petrosino@hercrentals.com |
| Counsel for Telvent USA, LLC | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | erin.brady@hoganlovells.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn M Hampton Foushee | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | hampton.foushee@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | bennett.spiegel@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | alex.sher@hoganlovells.com peter.ivanick@hoganlovells.com |
| Counsel to Diablo Winds, LLC | HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 | | 303-295-8011 | 303-295-8261 | rwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | 70 South First Street | | San Jose | CA | 95113 | | 408-286-9800 | 408-998-4790 | mjb@hopkinscarley.com jross@hopkinscarley.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | | 415-975-3700 | 415-975-3701 | keckhardt@huntonak.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | cvarnen@irell.com astrabone@irell.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 6 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660 | | 949-760-5242 | 949-760-5200 | jreisner@irell.com; klyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | mstrub@irell.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road | | Danville | CA | 94506 | | 925-216-6930 | | jane.luciano@comcast.net |
| Counsel to Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | 925-937-1400 | 925-937-1414 | ajang@janglit.com; snoma@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | jdt@jdthompsonlaw.com |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangels Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | | | rbk@jmbm.com; byoung@jmbm.com |
| Counsel to Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Avenue | Suite 500 | Woodland Hills | CA | 91367 | | 818-827-9147 | 818-827-9099 | lgabriel@big.law |
| Interested Party John A. Vos A. | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | | 415-485-5330 | | |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ocef@jhwclaw.com |
| Counsel for The Act 3 Group, Inc. | Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | 2976 E. State Street | Suite 120 – No. 111 | Eagle | ID | 83616 | | | | JAE1500@yahoo.com |
| Counsel to Citibank, N.A. | KESSAL, YOUNG & LOGAN A Professional Corporation | Attn: PETER R. BOUTIN | 450 Pacific Avenue | | San Francisco | CA | 94133 | | 415-398-6000 | 415-981-0136 | peter.boutin@kyl.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | 713-420-6547 | | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | mark.mckane@kirkland.com; michael.esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 205 | | Fresno | CA | 93704 | | 559-438-4374 | 661-326-0418 | hbedoyan@kleinlaw.com; lgottlieb@kleinlaw.com; cvillegas@kleinlaw.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | 212-907-0700 | 212-818-0477 | tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Larry J. Lamb, Michael K. Slattery, Thomas G. Kelch | 333 South Grand Avenue, Suite 4200 | | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | Attn: Brad T. Summers | 601 SW Second Avenue, Suite 2100 | | Portland | OR | 97204 | | 503-778-2100 | 503-778-2200 | summerst@lanepowell.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 231-891-8763 | amy.quartarolo@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com; andrew.parlen@lw.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 7 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | christopher.harris@lw.com andrew.parlen@lw.com |
| | Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | 3925 Century Park East, Suite 830 | | Los Angeles | CA | 90067 | | 310-553-5747 | | daren@schlecterlaw.com |
| Counsel for Ruby Pipeline, LLC. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-8705 | | pwp@patprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway | Suite 636 | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlalawyer@yahoo.com |
| Counsel to Aztrack Construction Corporation | LAW OFFICE OF Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | 100 E Street, Suite 104 | | Santa Rosa | CA | 95404 | | 707-575-1800 | 707-575-1867 | smo@smolsonlaw.com |
| Counsel for LEWIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@wayneasilverlaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | 4550 California Avenue, Second Floor | | Bakersfield | CA | 93309 | | 661-328-5328 | | lwelsh@lwelshlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 185 Pier Avenue | Suite 103 | Santa Monica | CA | 90405 | | 310-396-0964 | 310-396-0963 | matt@lesnickprince.com cprince@lesnickprince.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | 10250 Constellation Blvd. Suite 1700 | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel to Global Diving & Salvage, Inc. and Traffic Management, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd, Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | 213-250-1800 | 213-250-7900 | Lovee.Sarenas@lewisbrisbois.com Amy.Goldman@lewisbrisbois.com Scott.Lee@lewisbrisbois.com Jasmin.Yang@lewisbrisbois.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | 111 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel to Quanta Energy Services LLC Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |
| Counsel to Quanta Energy Services LLC Counsel to California Power Exchange Corporation | Locke Lord LLP | Attn: Xiyi Fu | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | jackie.fu@lockelord.com |
| | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mcohen@loeb.com aclough@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | One Lowenstein Drive | | Roseland | NJ | 070068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com abehlmann@lowenstein.com golivera@lowenstein.com |
| Interested Party | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel for BARBARA ZELMER and ROBERT ZELMER | Manuel Corrales, Jr., Esquire | | 17240 Bernardo Center Drive, Suite 358 | | San Diego | CA | 92128 | | 858-521-0634 | 858-521-0633 | mannycorrales@yahoo.com |
| Counsel for Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUITE 470 | ENCINO | CA | 91436 | | 818-705-2777 | 818-705-3777 | Craig@MarguliesFaithLaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexander.com |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | Counsel for A.J. Excavation Inc. | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | demerzian@mccormickbarstow.com Annie.Duong@mccormickbarstow.com |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong | Counsel for Philip Verwey d/b/a Philip Verwey Farms | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: James H. Smith | One Bryant Park, 47th Floor | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | jsmith@mckoolsmith.com |
| Counsel to Public Employees Retirement Association of New Mexico | MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104 | | 415-512-8600 | 415-512-8601 | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com; skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com; ablevin@mintz.com |
| Counsel to Creditor EN Engineering, LLC | Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | 21860 Burbank Boulevard | Suite 360 | Woodland Hills | CA | 91367 | | 818-995-2555 | 818-451-4620 | anahmias@mbnlawyers.com |
| Counsel to NEARON SUNSET, LLC | MONTEE & ASSOCIATES | Attn: Kevin P. Montee | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | 925-979-5579 | 925-955-1648 | kmontee@monteeassociates.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | 212-940-3000 | 212-940-3111 | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | Exchange Place | 53 State Street | Boston | MA | 02109 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: WILLIAM S. USA | One Embarcadero Center | 32nd Floor | San Francisco | CA | 94111 | | 415-984-8200 | 415-984-8300 | wilsa@nixonpeabody.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Goderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Steals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@nccallawgroup.net; joe@nccallawgroup.net |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | gnuti@nutihart.com; chart@nutihart.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | 400 South Hope Street | | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | jbeiswenger@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 213-326-2061 | jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | pfriedman@omm.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | 415-436-7200 | 415-436-7234 | |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Laffredo, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov; timothy.s.laffredo@usdoj.gov; Marta.Villacorta@usdoj.gov |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 5 of 14

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005-1706 | | 202-339-8518 | 202-339-8500 | dmintz@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | 400 Capitol Mall, Suite 3000 | | Sacramento | CA | 95814-4497 | | 916-329-4910 | 916-329-4900 | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfares@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | 916-290-7777 | | tom@parkinsonphinney.com akornberg@paulweiss.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209 212-373-3000 | 212-492-0209 212-757-3990 | bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020-3448 | 202-326-4112 | wong.andrea@pbgc.gov efile@pbgc.gov |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | robertson.daniel@pbgc.gov efile@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue | Suite 4900 | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | | | |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | Merrill's Wharf | 254 Commercial Street | Portland | ME | 04101 | | 207-791-1187 | 207-791-1350 | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-232-3300 | | dania.slim@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | 909 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | Four Embarcadero Center 20 Bicentennial Circle, Suite 200 | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | Attn: Estela O. Pino | | | Sacramento | CA | 95826 | | 916-641-2288 | 916-641-1888 | epino@epinolaw.com |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CA | 95603 | | 530-889-4129 | 530-889-4123 | |
| Counsel for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PARK LAW | Attn: Peter P. Meringolo | 201 Spear Street One East Washington St., Suite 1200 | Suite 1100 | San Francisco | CA | 94105 | | 415-496-3045 | 415-496-3091 | peter@pmklaw.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | | | Phoenix | AZ | 85004-2568 | | 602-650-2064 | | lweber@polsinelli.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | PolsinelliLLP | Attn: Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | rsoref@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave FL 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | pgeteam@PrimeClerk.com serviceqa@primeclerk.com |
| Counsel for Agis Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com brosen@proskauer.com mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com lrappaport@proskauer.com sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas B. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | dbp@provlaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | 101 Second Street 355 South Grand Avenue, Suite 2900 | Suite 1800 | San Francisco | CA | 94105 | | 415-543-8400 | 415-391-8269 | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | mhowery@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | rsimons@reedsmith.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-915-5192 | 415-683-5472 | lillian.stenfeldt@rimonlaw.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Phillip K. Wang | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-968-2002 | | phillip.wang@rimonlaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 808 Wilshire Boulevard | Ste 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com rbryson@robinscloud.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. | 2020 Eye Street | | Bakersfield | CA | 93301 | | | | |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com keith.wofford@ropesgray.com daniel.egan@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | ssally@ropesgray.com; matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | 714-641-5100 | 714-546-9035 | rfriedman@rutan.com; pblanchard@rutan.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3944 | 415-437-4644 | Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | 1550 Humboldt Road, Suite 4 | | CHICO | CA | 95928 | | 530-592-3861 | 530-592-3865 | erlamblaw@gmail.com |
| Counsel to Compass Lexecon, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP | Attn: George H. Kalikman | 650 California Street | 19th Floor | San Francisco | CA | 94108-2736 | | 415-364-6734 | | gkalikman@schnader.com |
| Counsel to HDI Global Specialty SE, Munich Re, and Partly Liberty Specialty Markets | SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | One Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111 | | 415-398-3344 | 415-956-0439 | dmg@severson.com; dhc@severson.com; bjk@severson.com |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com; charney@seyfarth.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | | Houston | TX | 77002 | | 713-354-4875 | | lucky.mcdowell@shearman.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.; Counsel for East Bay Community Energy Authority | Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 | | 415-616-1114 | | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shemanolaw.com |
| Counsel to Ormat Technologies Inc. | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | Four Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | One Constitution Plaza | | Hartford | CT | 06103- | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | 949-340-3400 | | lshulman@shbllp.com; mlowe@shbllp.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | One North Market Street | Suite 200 | San Jose | CA | 95113 | | 408-573-5700 | 408-573-5701 | dvd@svlg.com; keb@svlg.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Jonathan Sanders | 2475 Hanover Street | | Palo Alto | CA | 94304 | | 650-251-5000 | 650-252-5002 | jsanders@stblaw.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com; jamie.fell@stblaw.com |
| Counsel to SLF Fire Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 | | 619-771-3473 | 619-255-1515 | gerald@slfirm.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 | | 650-470-4500 | 650-470-4570 | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95404 | | | | jmullan@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | Julia.Mosel@sce.com; patricia.cirucci@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | Mail Stop A-260 | P.O. Box 1720 | Rancho Cordova | CA | 95741-1720 | | 916-845-6340 | 916-845-0241 | todd.bailey@ftb.ca.gov |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | OFFICE OF THE DIRECTOR | 445 Golden Gate Avenue, Suite 9516 | San Francisco | CA | 94102 | | 415-486-2038 | 510-622-3265 | jcumming@dir.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | 333 S. Hope Street | 36th Floor | Los Angeles | CA | 90071 | | 213-229-2868 | 213-229-2870 | bglaser@swesq.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | PO Box 281 | | Altaville | CA | 95221 | | 209-910-6982 | | sc2104271@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | cp@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | 235 Pine Street | 15th Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | dandreoli@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | 235 Pine Street | 15th Floor | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | jlowenthal@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Stacey C. Quan | 235 Pine Street | | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | squan@steyerlaw.com |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-9144 | ethompson@stites.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | gabrielle.glemann@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Power LLC, et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | Sunny S. Sarkis | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | 424-214-7000 | 424-288-5537 | pglassman@sycr.com |
| Counsel for Mizuho Bank, Ltd. Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com mspeiser@stroock.com holsen@stroock.com kpasquale@stroock.com smillman@stroock.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Public Entities Impacted by the Wildfires | | | | | | | | | | | hill@sullivanhill.com<br>hawkins@sullivanhill.com |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | 600 B Street, Suite 1700 | | San Diego | CA | 92101 | | 619-233-4100 | 619-231-4372 | dabbieri@sullivanhill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | 415-504-2706 | | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | 3300 Douglas Blvd. | Ste. 100 | Roseville | CA | 95661 | | 800-920-5351 | 916-242-8588 | daniel@theblawoffice.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | 44240 | | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | Attn: Rhonda Stewart Goldstein | Office of the General Counsel | 1111 Franklin Street, 8th floor | Oakland | CA | 94607-5200 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu<br>litigat@teamtogut.com |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | atogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@TrodellaLapping.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN – The Utility Reform Network | Attn: Mark Toney, Thomas Long | 785 Market St | Suite 1400 | San Francisco | CA | 94103 | | | | mtoney@turn.org<br>tlong@turn.org |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | 1100 L Street, NW | Room 7106 | Washington | DC | 20005 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | 1100 L Street, NW | Room 7030 | Washington | DC | 20005 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | 301-415-7000 | | |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 | | | | matthew.troy@usdoj.gov |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-9038 | | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 60418 | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | 415-357-8900 | 415-371-0500 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6965 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | | 559-435-9868 | rileywalter@W2LG.com<br>Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmaingay@unioncounsel.net<br>qgray@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019-6099 | | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | 94304 | | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@walworcorp.com |

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 54 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | Mail Stop A-260 | P.O. Box 1720 | Rancho Cordova | CA | 95741-1720 | | 916-845-6340 | 916-845-0241 | todd.bailey@ftb.ca.gov |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | OFFICE OF THE DIRECTOR | 445 Golden Gate Avenue, Suite 9516 | San Francisco | CA | 94102 | | 415-486-2038 | 510-622-3265 | jcumming@dir.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | 333 S. Hope Street | 36th Floor | Los Angeles | CA | 90071 | | 213-229-2868 | 213-229-2870 | bglaser@swesq.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | PO Box 281 | | Altaville | CA | 95221 | | 209-910-6982 | | sc21042718@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | cdp@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | 235 Pine Street | 15th Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | dandreoli@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | 235 Pine Street | 15th Floor | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | jlowenthal@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Stacey C. Quan | 235 Pine Street | | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | squan@steyerlaw.com |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-9144 | ethompson@stites.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | gabrielle.glemann@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | Sunny S. Sarkis | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | 424-214-7000 | 424-288-5537 | pglassman@sycr.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com khansen@stroock.com eglad@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com eglad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | smillman@stroock.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | 600 B Street, Suite 1700 | | San Diego | CA | 92101 | | 619-233-4100 | 619-231-4372 | hill@sullivanhill.com<br>hawkins@Sullivanhill.com<br>dabbieri@Sullivanhill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | 415-504-2706 | | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | 3300 Douglas Blvd. | Ste. 100 | Roseville | CA | 95661 | | 800-920-5351 | 916-242-8588 | daniel@thebklawoffice.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | 44240 | | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | Attn: Rhonda Stewart Goldstein | Office of the General Counsel | 1111 Franklin Street, 8th Floor | Oakland | CA | 94607-5200 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Counsel for Valero Refining Company-California | Tredella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@Tredellalapping.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | 785 Market St | Suite 1400 | San Francisco | CA | 94103 | | | | mtoney@turn.org<br>tlong@turn.org |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | 1100 L Street, NW | Room 7106 | Washington | DC | 20005 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | 1100 L Street, NW | Room 7030 | Washington | DC | 20005 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | 301-415-7000 | | |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 | | | | matthew.troy@usdoj.gov |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-9038 | | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | 415-357-8900 | 415-371-0500 | wagstaffe@wvbrlaw.com; busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | | 559-435-9868 | rileywalter@W2LG.com; Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmsingay@unioncounsel.net; qpay@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com; mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019-6099 | | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | 94304 | | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management – TIR, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@wlawcorp.com |

**Exhibit B**

**Exhibit B – Service List by Mail Only**

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation | Attn: Janet Loduca, Esq.<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>P.O. Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 |
| Proposed Attorneys for Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Proposed Attorneys for Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simmons<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>Four Embarcadero Center Suite 4000<br>San Francisco CA 94111-4106 |
| Counsel for DTE Stockton, LLC, Mt. Poso Congeneration Company, LLC f/k/a Mt. Poso Congeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC Woodland Biomass Power, LLC f/k/a Woodland Biomass Power Ltd. | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Kevin S. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco, CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos | John A. Vos | 1430 Lincoln Avenue<br>San Rafael, CA 94901 |

Case: 19-30088    Doc# 3009    Filed: 07/16/19    Entered: 07/16/19 14:40:37    Page 59 of 62

**Exhibit B – Service List by Mail Only**

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms<br>7647 North Fresno Street<br>Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali<br>PG&E Corp. Chambers Copy<br>450 Golden Gate Ave, 18th Floor<br>San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 |
| Nuclear Regulatory Commission | | Attn: General Counsel<br>Washington, DC 20555-0001 |
| Counsel for the United States Department of Energy | United States Department of Justice – Civil Division | Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| Counsel for the United States Department of Energy | United States Department of Justice – Civil Division | Attn: Danielle A. Pham<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| United States Department of Justice – Civil Division | | Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 |

1017521.2

# Exhibit B – Service List by Mail Only

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha, NE 68179 |
| Counsel for Ballard Marin Construction, Inc. | William Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025-0509 |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas<br>1160 Battery Street<br>Suite 100<br>San Francisco, CA 94111 |
|  | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 |
| Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta<br>450 Golden Gate Ave Suite 05-0153<br>San Francisco CA 94102 |
| Administrative Agent Under the Debtors' Debtor-in- Possession Financing Facility | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Counsel for the collateral Agent Under the Debtors' Debtor-in-Possession Financing Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

**Exhibit B – Service List by Mail Only**

| DESCRIPTION | NAME | ADDRESS |
| --- | --- | --- |
| Counsel to the California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |