Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
E-mail:         bbennett@jonesday.com
                    jmester@jonesday.com
                    jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS AND CERTAIN PG&E SHAREHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS**<br><br>Re: Docket No. 2741<br><br>[No Hearing Requested] |

This stipulation ("Stipulation") is entered into by the undersigned counsel acting on behalf of the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") on the one hand, and certain owners of common stock of PG&E Corporation (the "PG&E Shareholders") who desire to respond to the Motion to Terminate Exclusivity (as defined below),[1] on the other hand.

## RECITALS AND STIPULATION

A. On June 25, 2019, the Ad Hoc Committee filed its *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Dkt. No. 2741] (the "Motion to Terminate Exclusivity"). The *Notice of Hearing on Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [ECF 2744], set the hearing on the Motion to Terminate Exclusivity for July 23, 2019, at 9:30 a.m. (Pacific) and stated that any response or objection had to be filed by July 16, 2019, at 4:00 p.m. (Pacific).

B. On July 2, 2019, the Court continued the hearing on the Motion to Terminate Exclusivity to July 24, 2019, at 9:30 a.m. (Pacific).

C. Counsel for the Ad Hoc Committee and counsel for the PG&E Shareholders have agreed that the time for the PG&E Shareholders to respond to the Motion to Terminate Exclusivity should be extended.

**NOW THEREFORE**, the parties stipulate and agree as follows:

A. The time for the PG&E Shareholders to file and serve any response or opposition to the Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific) on July 18, 2019.

---

[1] The PG&E Shareholders are identified in the *Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [ECF 2071].

Dated: July 16, 2019

JONES DAY

By: */s/ James O. Johnston*
James O. Johnston

*Attorneys for PG&E Shareholders*

Dated: July 16, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders*