
Rebecca Weissman (No. 322402)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104
Telephone: 415.262.4500
Facsimile: 415.262.4555
rebecca.weissman@dechert.com

Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: 212.698.3500
Facsimile: 415.698.3599
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
alaina.heine@dechert.com

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

Signed and Filed: July 16, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
x Affects both Debtors

* All papers shall be filed in the Lead Case, No. 19-30088 (DM).

Case No. 19-30088 (DM)
Chapter 11
Jointly Administered

**ORDER GRANTING STIPULATION BETWEEN STATE FARM AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(D)(1) OF THE BANKRUPTCY CODE**

[No Hearing Requested]

The Court having considered the *Stipulation Between State Farm and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Stipulation"), entered into by (i) State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries (collectively, "State Farm"), on the one hand; and (ii) the Ad Hoc Committee of Senior Unsecured Noteholders (the "Ad Hoc Committee" and together with State Farm, the "Parties"), on the other hand, filed on July 15, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for State Farm to file and serve any response or opposition to the Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 15, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Crawford*
Ashley Crawford

*Ad Hoc Committee of Senior Unsecured Noteholders*

**END OF ORDER**