

| | |
|---|---|
| 1   Bruce S. Bennett (SBN 105430)<br>    Joshua M. Mester (SBN 194783)<br>2   James O. Johnston (SBN 167330)<br>    JONES DAY<br>3   555 South Flower Street<br>    Fiftieth Floor<br>4   Los Angeles, CA 90071.2300<br>    Telephone:   +1.213.489.3939<br>5   Facsimile:    +1.213.243.2539<br>    E-mail:        bbennett@jonesday.com<br>6                      jmester@jonesday.com<br>                       jjohnston@jonesday.com | **Signed and Filed: July 16, 2019**<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS AND CERTAIN PG&E SHAREHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Ad Hoc Committee of Senior Unsecured Noteholders and Certain PG&E Shareholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods* (the "Stipulation") entered into by counsel acting on behalf of the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") on the one hand, and certain owners of common stock of PG&E Corporation (the "PG&E Shareholders") who desire to respond to the Motion to Terminate Exclusivity (as defined in the Stipulation),[1] on the other hand, filed on July 16, 2019,

IT IS HEREBY ORDERED:

1. The time for the PG&E Shareholders to file and serve any response or opposition to the Motion to Terminate Exclusivity is extended through 4:00 p.m. (Pacific) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 16, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Ashley Vinson Crawford*
 Ashley Vinson Crawford

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders*

**END OF ORDER**

---

[1] The PG&E Shareholders are identified in the *Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [ECF 2071].