Signed and Filed: July 17, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | **PINO & ASSOCIATES** |
| 2 | ESTELA O. PINO, SBN 112975 |
| | 1520 Eureka Rd., Suite 101 |
| 3 | Roseville, CA 95661 |
| | Telephone: (916) 641-2288 |

Attorneys for Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE PLAINTIFFS' EXECUTIVE COMMITTEE APPOINTED BY THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF ALAMEDA, IN CASE NO. RG16843631 AND RELATED CASES AND THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>[No Hearing Requested] |

The Court having considered the Stipulation Between the Plaintiffs' Executive Committee Appointed By The Superior Court Of The State Of California, In And For The County Of Alameda, In Case No. RG16843631 and Related Cases and the Ad Hoc Committee Of Senior Unsecured Noteholders Extending Time To Respond To Motion Of The Ad Hoc Committee Of

Senior Unsecured Noteholders To Terminate The Debtors' Exclusive Periods Pursuant To Section 1121(D)(1) Of The Bankruptcy Code (hereinafter referred to as the "Stipulation and Agreement for Order"), entered into by Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders (hereinafter referred to as the "Noteholders Committee"), on the other hand, filed on July 16, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Ghost Ship Warehouse Plaintiffs' Executive Committee to file and serve any response or opposition to the Noteholders Motion to Terminate Exclusivity (as defined in the Stipulation and Agreement for Order) is extended through 4:00 p.m. (Pacific Time) on July 18, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: July 16, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Ashley Vinson Crawford*
Ashley Vinson Crawford,
Attorneys for Ad Hoc Committee of Senior
Unsecured Noteholders

**END OF ORDER**