

Signed and Filed: July 17, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case<br>No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER (A) ESTABLISHING QUALIFIED SETTLEMENT FUND FOR THE WILDFIRE ASSISTANCE PROGRAM AND (B) AUTHORIZING QSF ADMINISTRATOR**<br><br>**Related Docket Nos.: 2233 and 2409** |

Upon the Orders entered by the Court on May 23, 2019 (the "Initial Order") [Docket No. 2233] and June 5, 2019 (the "Supplemental Order") [Docket No. 2409] (1) granting the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 2002 and 6004(h) for an Order (a) Authorizing Debtors to Establish and Fund Program to Assist Wildfire Claimants with Alternative Living Expenses and Other Urgent Needs and (b) Granting Related Relief [Docket No. 1777], (2) appointing Cathy Yanni as Administrator, as agreed to by the

Debtors and the Committees, and (3) authorizing the Administrator to control the Wildfire Assistance Fund, including disbursing and administering funds in accordance with the Program Terms, the Court enters the following Order establishing a Qualified Settlement Fund for the Wildfire Assistance Fund (the "QSF") and approving Cathy Yanni as administrator of the QSF.

**IT IS HEREBY ORDERED THAT:**

1. The QSF Administrator is authorized to establish a QSF, pursuant to Internal Revenue Code § 468B and Treasury Regulations § 1.468B-1 et seq., to receive from the Debtors the $105 million Wildfire Assistance Fund, to be held and administered in accordance with the Program Terms (as defined in the Supplemental Order).

2. Cathy Yanni is approved as "administrator" of the QSF (as such term is defined in Treasury Regulations § 1.468B-2(k)(3)) who must discharge the obligations of an administrator with respect to the QSF under Treasury Regulations §§ 1.468B-2(k)(3) and 1.468B-2(l).

3. The QSF Administrator's powers and obligations with respect to the QSF include authority to:

   (a) Hold, manage, invest, and reinvest the assets of the QSF in a manner designed to preserve the accrued income and principal of the QSF for the purpose of the QSF under this Order, to be invested in instruments/securities comprised of (a) United States Agency, Government Sponsored Enterprises or Treasury securities or obligations (or a mutual fund invested solely in such instruments); (b) cash equivalent securities, including SEC registered money market funds and/or collateralized money market accounts; and/or (c) deposit and similar interest-bearing, or non-interest bearing accounts subject to Federal Depository Insurance Corporation protections as available; pay investment charges or fees associated with the QSF; and allocate payments of interest earned on the Wildfire Assistance Fund.

   (b) Obtain a Federal Taxpayer Identification Number for the QSF on the entry of this Order.

   (c) Pay from the Wildfire Assistance Fund reasonable fees and expenses associated with implementation of the Wildfire Assistance Program, including, but not limited to, expenses and costs incurred in connection with the accounting and taxation of the QSF not to exceed $5 million.

   (d) Once final distribution of all monies paid into the QSF has occurred, to take appropriate steps to wind down and dissolve the QSF, after which time the

QSF Administrator will be discharged from any further responsibility with respect to the QSF.

(e) Perform any other acts it deems reasonably necessary to administer the QSF and effectuate the purposes of the QSF.

4. This Order shall be immediately effective and enforceable upon its entry.

5. The Debtors and Administrator are authorized to take all steps necessary or appropriate to carry out this Order, and the Administrator is authorized to effectuate administration of the QSF in a manner consistent with the Initial Order, the Supplemental Order and this Order.

6. The Court retains jurisdiction to take all actions necessary to facilitate proper administration of the QSF and to enforce the Program Terms.

**END OF ORDER**

APPROVED AS TO FORM AND CONTENT:

Dated: July 17, 2019

**MILBANK LLP**

By: /s/ *Thomas Kreller*
Thomas Kreller
MILBANK LLP
2029 Century Park East
Los Angeles, CA 90067-3019

*Attorneys for the Unsecured Creditors*

**WEIL GOTSHAL & MANGES LLP**

By: /s/ *Jessica Liou*
Jessica Liou
WEIL, GOTSHAL & MANGES LLP
787 Fifth Avenue
New York, NY 10153-0119

*Attorneys for the Debtors*

| | |
|---|---|
| 1 | **BAKER & HOSTETLER LLP** |
| 2 | By: /s/ *Cecily A. Dumas* |
| 3 | Cecily A. Dumas<br>BAKER & HOSTETLER LLP |
| 4 | 1160 Battery Street, Suite 100<br>San Francisco, CA 94111 |
| 5 | |
| 6 | *Attorneys for Official Committee of Tort Claimants* |