# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br>    - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>                      Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadline Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1

1 | Executed this 17th day of July 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| BAKER & HOSTETLER LLP | Attn: LARS H FULLER ESQ | 1801 CALIFORNIA ST SUITE 4400 | | DENVER | CO | 80202-2662 |
| Boutin Jones Inc. | Attn: MARK GORTON, ESQ. | 555 Capitol Mall, Suite 1500 | | Sacramento | CA | 95814-4603 |
| Coblentz Patch Duffy & Bass LLP | Attn: GREGG M. FICKS, ESQ. | 1 Montgomery Street, #3000 | | San Francisco | CA | 94104-5500 |
| Corey, Luzaich, de Ghetaldi & Riddle LLP | Attn: DARIO DE GHETALDI, ESQ. | 700 El Camino Real | | Millbrae | CA | 94030-2065 |
| Dentons US LLP | Attn: PETER D. WOLFSON, ESQ. | 1221 Avenue of the Americas | | New York | NY | 10020-1000 |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: PAUL J. PASCUZZI, ESQ. | 400 Capitol Mall, #1750 | | Sacramento | CA | 95814-4432 |
| Greene Radovsky Maloney Share & Hennigh | Attn: EDWARD J. TREDINNICK, ESQ. | 1 Front Street, #3200 | | San Francisco | CA | 94111-5357 |
| Keller & Benvenutti LLP | Attn: TOBIAS S. KELLER, ESQ. | 650 California Street, #1900 | | San Francisco | CA | 94108-2736 |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: SAMUEL M. KIDDER, ESQ. and DAVID M. STERN, ESQ. | 1999 Avenue of the Stars 39th Floor | | Los Angeles | CA | 90067-6049 |
| Milbank LLP | Attn: ALAN J. STONE, ESQ. | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Milbank LLP | Attn: GREGORY BRAY, ESQ. | 2029 Century Park East, 33rd Fl. | | Los Angeles | CA | 90067-2901 |
| Office of the United States Trustee | Attn: CAMERON M. GULDEN, ESQ. | U.S. Department of Justice | 300 Booth Street, RM 3009 | Reno | NV | 89509-1360 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: BRIAN S. HERMANN, ESQ. and ALAN W. KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Pino & Associates | Attn: ESTELA O. PINO, ESQ. | 20 Bicentennial Circle, #200 | | Sacramento | CA | 95826-2800 |
| Simpson Thacher & Bartlett LLP | Attn: NICHOLAS S. GOLDIN, ESQ. and MICHAEL H. TORKIN, ESQ. | 425 Lexington Avenue | | New York | NY | 10017-3954 |
| Stroock & Stroock & Lavan LLP | Attn: EREZ E. GILAD, ESQ. | 180 Maiden Lane | | New York | NY | 10038-4982 |
| Stroock & Stroock & Lavan LLP | Attn: FRANK A. MEROLA, ESQ. | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stutzman Bromberg Esserman & Plifka, P.C | Attn: SANDER L. ESSERMAN, ESQ. | 2323 Bryan Street, Suite 2200 | | Dallas | TX | 75201-2655 |
| Troutman Sanders LLP | Attn: JONATHAN D. FORSTOT, ESQ. | 875 Third Avenue | | New York | NY | 10022-7254 |
| U.S. Department of Justice, Civil Div. | Attn: MATTHEW J. TROY, ESQ. | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: THEODORE E. TSEKERIDES, ESQ. and RICHARD W. SLACK, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: BENJAMIN P. MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 9, 2019 was filed on July 10, 2019. The following deadlines apply:

The parties have until Wednesday, July 17, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, July 31, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, August 12, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, October 8, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 7/15/19　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court