**RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Email: rick@rhrc.net

Attorneys for Movants,
XIAOTIAN SUN and WEI LUO

**Gordon J. Finwall (SBN 141777)**
**FINWALL LAW OFFICES, APC**
1056 Lincoln Avenue
San Jose, CA 95125
Tel: (408) 350-4041
Fax: (408) 350-4042
Email: Gordon@Finwalllaw.com

Attorneys for Movants,
CSABA MESTER and MARTA MESTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | DC NO.: RG-1 |
| And | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |
| Affects both Debtors. | **NOTICE OF JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| XIAOTIANSUN and WEI LUO, and CSABA WENDEL MESTER and MARTA M. MESTER individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, | Date: July 31, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| Movants, | |
| vs. | |

PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, Debtors,

Respondents.

TO: Debtors, PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, and Other Interested Parties:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 17, 16th Floor, Movants XIAOTIAN SUN and WEI LUO and Movants CSABA WENDEL MESTER and MARTA M. MESTER, individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the accompanying Motion For Relief From the Automatic Stay. The relief sought is as follows:

1. Movants XIAOTIAN SUN and WEI LUO (collectively the "SUNS") granted relief from the automatic stay permitting the SUNS to file the proposed Second Amended Complaint, to prosecute their claims in the State Court Action to completion and/or judgment, to enforce any judgment, and to prosecute or defend any appeal.

2. Movants CSABA MESTER and MARTA MESTER, individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, (collectively the "MESTERS") granted relief from the automatic stay permitting the MESTERS to prosecute their claims and defenses in the State Court Action to completion and/or judgment, to enforce any judgment, and to prosecute or defend any appeal.

3. The fourteen (14) day stay of order described by Bankruptcy Rule 4001(a)(3) is waived. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

Dated: July 17, 2019  ROSSI, HAMERSLOUGH, REISCHL & CHUCK

BY: /s/ Richard B. Gullen
RICHARD B. GULLEN, ESQ.
Attorneys for Movants
XIAOTIAN SUN and WEI LUO

Dated: July 17, 2019  FINWALL LAW OFFICES, APC

BY: /s/ Gordon Finwall
GORDON FINWALL, ESQ.
Attorneys for Movants CSABA WENDEL MESTER and MARTA M. MESTER, individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

Case No. 19-30088 (DM) - Notice of Joint Motion for Relief from Automatic Stay  3

Case: 19-30088    Doc# 3037    Filed: 07/17/19    Entered: 07/17/19 15:49:46    Page 3 of 3