**RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Email: rick@rhrc.net

Attorneys for Movants,
XIAOTIAN SUN and WEI LUO

**Gordon J. Finwall (SBN 141777)**
**FINWALL LAW OFFICES, APC**
1056 Lincoln Avenue
San Jose, CA 95125
Tel: (408) 350-4041
Fax: (408) 350-4042
Email: Gordon@Finwalllaw.com

Attorneys for Movants,
CSABA MESTER and MARTA MESTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects both Debtors.<br><br>XIAOTIANSUN and WEI LUO, and CSABA WENDEL MESTER and MARTA M. MESTER individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto,<br><br>Movants, | Bankruptcy Case No. 19-30088 (DM)<br><br>DC NO.: RG-1<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF RICHARD B. GULLEN IN SUPPORT OF JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: July 31, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Case No. 19-30088 (DM) - Declaration of Richard B. Gullen In Support of Joint Motion for Relief from Automatic Stay   1

vs.

PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, Debtors,

Respondents.

I, RICHARD B. GULLEN, declare as follows:

1. I am attorney duly licensed to practice law in the State of California, and the attorney for Xiaotian Sun and Wei Luo (the "Suns" herein). I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

2. I submit this declaration in support of the motion for relief from automatic stay filed jointly by the Suns and Csaba Wendel Mester and Marta M. Mester, individually and as trustees of the Csaba & Marta Mester Family Revocable Living Trust Dated 9/1/2011 and any amendments thereto.

3. Attached as **Exhibit "A"** is a copy of the Suns' First Amended Complaint filed in the State Court Action.

4. Attached as **Exhibit "B"** is a copy of the Mesters' Cross-Complaint filed in the State Court Action.

5. Attached as **Exhibit "C"** is a copy of the stipulation executed by counsel for the Suns and the Mesters granting leave to the Suns to file the proposed Second Amended Complaint, a copy of which is attached the stipulation.

6. Attached as **Exhibit "D"** is a copy of the cover letter dated July 15, 2019 and proposed stipulation and order for relief from automatic stay forwarded to Debtors' counsel prior to the filing of this Motion. At the time of the filing of this Motion, no response has been received from Debtors' counsel to the proposed stipulation.

7. The State Court Action was scheduled to begin trial on April 29, 2019. Due to the Debtors' bankruptcy, on March 29, 2019, the Court in the State Court Action vacated the trial date and set the State Court Action for a trial setting conference on July 23, 2019.

I declare under penalty of perjury under the laws of the State of California that the

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

foregoing is true and correct.

Executed this 17th day of July, 2019, at San Jose, California.

By: /s/ Richard B. Gullen
RICHARD B. GULLEN

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292