# RELIEF FROM STAY SUMMARY SHEET

\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION0*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** _____  **CASE NO.** _____

**MOVANT:** _____  **DC NO.** _____

**HEARING DATE/TIME:** _____

**RELIEF IS SOUGHT AS TO:**

      ( ) REAL PROPERTY     Assessor Parcel Number (APN): _____

      ( ) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

      ( ) STATE COURT LITIGATION

1. **Address OR description of property or state court action:** _____
_____

2. **Movant's trust deed is a** ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   **Leased property is** ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. **Verified appraisal filed?** _____    **Movant's valuation of property:** $_____

4. **The following amounts are presently owing to movant for:**

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page*u+if necessary.**

   _____    $_____
   _____    $_____
   _____    $_____

                 **TOTAL ALL LIENS**    $_____
                 **DEBTOR'S EQUITY**    $_____

6. **Monthly payment is** $_____, **of which** $_____ **is for impound account. Monthly late charge is** $_____.

7. **The last payment by debtor was received on** _____ **and was applied to the payment due** _____.

8. **Number of payments past due and amount:** (a) Pre-petition ____ $_____ (b) Post-petition ____ $_____.

9. **Notice of Default was recorded on** _____. **Notice of sale was published on** _____.

10. **If a chapter 13 case, in what class is this claim?** _____

11. **Grounds for seeking relief (check as applicable):**

    ( ) § 362(d)(1)     ( ) § 362(d)(2)     ( ) § 362(d)(3)     ( ) § 362(d)(4)

    ( ) Cause    ( ) Inadequate protection    ( ) Lack of equity    ( ) Lack of insurance    ( ) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

    ( ) Other _____.