**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Amy Caton, * *Pro Hac Vice Pending*
Megan Wasson, * *Pro Hac Vice Pending*
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (650) 715-8000
Email: acaton@kramerlevin.com
       mwasson@kramerlevin.com
- and -
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
SHADI FARZAN, Cal. Bar No. 301610
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
 Facsimile:     415.434.3947

*Attorneys for PG&E Holdco Group*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br><br>                      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**OBJECTION OF PG&E HOLDCO GROUP TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 2741 |

Certain owners of claims (collectively, the "**PG&E Holdco Group**")[1] against, and interests in, PG&E Corporation and its affiliated debtors, including bank debt at PG&E Corporation ("**PG&E Holdco**"), hereby object to the *Motion Of The Ad Hoc Committee Of Senior Unsecured Noteholders To Terminate The Debtors' Exclusive Periods Pursuant To Section 1121(d)(1) Of The Bankruptcy Code* (the "**Motion**") [Dkt. No. 2741] filed by the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Ad Hoc Group**").

The PG&E Holdco Group holds approximately $344,370,148.00 of claims against PG&E Holdco, as well as other claims and equity interests as set forth in the *Verified Statement of PG&E Holdco Group Pursuant to Federal Rule of Bankruptcy Procedure 2019*, filed concurrently herewith.

**OBJECTION**

1. As of the date of this pleading, the Debtors are only halfway through their extended four month exclusive period to file a plan, which was approved by this Court less than two months ago. It is difficult to see how the Debtors could have responsibly filed a plan of reorganization that would meet the standards of the Bankruptcy Code prior to California passing AB 1054, which set parameters for handling future wildfire liabilities. That legislation was passed merely five days ago, with Governor Newsom clearly stating that AB 1054 "is not fixed," and that "[i]t may require amendments."[2]

2. AB 1054 offers substantial relief to the Debtors and its stakeholders in the form of access to a wildfire fund and a potential shift in the burden of demonstrating liability for future wildfires (contingent upon the Debtors improving their safety and management regimes) – provided that the Debtors exit bankruptcy by June 30, 2020.

3. Assuming the Debtors are able to continue implementing their improved culture of safety, the single biggest impediment to the Debtors exiting bankruptcy by the legislatively-

---

[1] Concurrently with this objection, the PG&E Holdco Group filed a *Verified Statement of PG&E Holdco Group Pursuant to Federal Rule of Bankruptcy Procedure 2019*, in which the PG&E Holdco Group members are identified. Each member of the PG&E Holdco Group is expressing its independent views and has not agreed to act in concert with respect to their respective interests.

[2] *Governor Newsom Signs AB-1054, Announces Pick for New CPUC President*, Reorg Research (July 12, 2019), https://app.reorg.com/file/3035/Pacific_Gas_and_Electric_Co__-_2019-07-12_13_52_49_-_Gov__Gavin_Newsom_Signs_AB-1054__Announces_Pick_for_New_CPUC_President-19180-0.pdf.

1 imposed deadline is the estimation of their prepetition wildfire liabilities. Different stakeholders will almost certainly continue to fight for their own parochial interests, at the expense and risk of <u>all</u> of the Debtors' stakeholders, including creditors, shareholders, wildfire victims and ratepayers.

4. It is clear at this critical juncture that the Debtors must step forward as quickly as possible with an estimation motion that can be heard quickly, and with the outline for a plan that stakeholders can see and evaluate. The Debtors can also take actions to improve its communications with certain stakeholders, including the Unsecured Creditors' Committee. However, if this Court allows exclusivity to be terminated at this time, or allows the adjudication of claims on an uncertain path away from the Bankruptcy Court, the risk of chaos will surge, and the hope that the Debtors can meet the June 30, 2020 deadline will decrease. Terminating exclusivity now, given the complexity of the Debtors' chapter 11 cases, AB-1054, and the numerous contingent issues facing the Debtors, would not move these chapter 11 cases forward "toward a fair and equitable resolution." *See In re Henry Mayo Newhall Mem'l Hosp.*, 282 B.R. 444, 453 (B.A.P. 9th Cir. 2002); *see also In re Borders Group, Inc.*, 460 B.R. 818, 826 (Bankr. S.D.N.Y. 2011) (considering the number of contingencies facing the debtor in deciding whether to extend exclusivity). Handing over the reins to divergent creditor groups at this juncture will merely impede the claims estimation processes, rate making proceedings and settlement discussions that are necessary to move these cases forward.[3]

5. For the reasons stated above, the PG&E Holdco Group respectfully requests that the Court deny the Ad Hoc Group's Motion.

---

[3] While the PG&E Holdco Group believes that terminating the Debtors' exclusive periods at this time is premature, given that the Debtors' exclusive periods expire in September 2019, the PG&E Holdco Group reserves all rights to challenge further extensions of the Debtors' exclusive periods.

Respectfully submitted,

Dated: July 17, 2019          */s/ Michael M. Lauter*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
ORI KATZ
okatz@sheppardmullin.com
MICHAEL M. LAUTER
mlauter@sheppardmullin.com
SHADI FARZAN
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

-and-

Amy Caton
Megan Wasson
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715 - 9100
Email: acaton@kramerlevin.com
       mwasson@kramerlevin.com

*Attorneys for the PG&E Holdco Group*