**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Amy Caton, * *Pro Hac Vice Pending*
Megan Wasson, * *Pro Hac Vice Pending*
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (650) 715-8000
Email: acaton@kramerlevin.com
      mwasson@kramerlevin.com

- and –

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
SHADI FARZAN, Cal. Bar No. 301610
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947
*Attorneys for the PG&E Holdco Group*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 11 cases as counsel for the PG&E Holdco Group.

Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the PG&E Holdco Group requests that all notices given or required to be given in these

cases, and all papers served or required to be served in these cases, be given to and served at the office, address and telephone number set forth below, and that the undersigned be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> **Amy Caton**
> **Megan Wasson**
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Phone: (212) 715 – 9100
> Email: acaton@kramerlevin.com
> mwasson@kramerlevin.com
>
> -and-
>
> **Sheppard Mullin**
>   A Limited Liability Partnership
>   Including Professional Corporations
> ORI KATZ, Cal. Bar No. 209561
> okatz@sheppardmullin.com
> MICHAEL M. LAUTER, Cal. Bar No. 246048
> mlauter@sheppardmullin.com
> SHADI FARZAN, Cal. Bar No. 301610
> sfarzan@sheppardmullin.com
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111-4109
> Telephone:    415.434.9100
> Facsimile:    415.434.3947

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and paper referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitioners, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Request for Service of Papers (this "**Notice**"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed a waiver by the PG&E Holdco Group of any

rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge for the United States District Court for the Northern District of California (the "**District Court**"); (ii) to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretional withdrawal; (iv) to object to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Respectfully submitted,

Dated: July 17, 2019

*/s/ Michael M. Lauter*

SHEPPARD, MULLEN, RICHTER & HAMPTON LLP
ORI KATZ
okatz@sheppardmullin.com
MICHAEL M. LAUTER
mlauter@sheppardmullin.com
SHADI FARZAN
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Facsimile:      415.434.3947

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Amy Caton
Megan Wasson
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715 - 9100
Email:   acaton@kramerlevin.com
              mwasson@kramerlevin.com

*Attorneys for the PG&E Holdco Group*