TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
JASON BLUMBERG (NY SBN 4055257)
Trial Attorney
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA  94102
Telephone:  (415) 705-3333
Facsimile:   (415) 705-3379
Email: jason.blumberg@usdoj.gov
          marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors**. | (Jointly Administered) |

☐  Affects PG&E Corporation
☐  Affects Pacific Gas and Electric Company
☑  Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088 (DM)*

Date:     July 24, 2019
Time:    9:30 a.m. (Pacific Time)
Place:    United States Bankruptcy Court
             Courtroom 17, 16th Floor
             San Francisco, CA 94102

**CERTIFICATE OF SERVICE**

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who has recused herself.

1

I am employed in the County of Sacramento and my business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action. On July 17, 2019, I served the within:

**UNITED STATES TRUSTEE'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING EMPLOYMENT TERMS OF NEW CHIEF EXECUTIVE OFFICER;**

**UNITED STATES TRUSTEE'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE INCENTIVE PLAN; and**

**DECLARATION OF LAURIE A. BRUGGER IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE INCENTIVE PLAN**

    X      by placing a true copy -or true copies- thereof enclosed in sealed envelope(s) and depositing said envelope(s) into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U.S. mailbox before the time designated for pick up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day), addressed respectively as follows:

Debtors

Debtors
c/o PG&E Corporation and
Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street,
San Francisco, CA 94105

Counsel to Debtors

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.
767 Fifth Avenue
New York, New York 10153

2

Keller & Benvenutti LLP
Attn: Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Counsel for Administrative Agent under Debtor-in-Possession Financing Facility

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
Attn: Frank A. Merola, Esq
2029 Century Park East
Los Angeles, CA 90067-3086

Counsel for Collateral Agent under Debtor-in-Possession Financing Facility

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.
450 Lexington Avenue
New York, NY 10017

Counsel to California Public Utilities Commission

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

U.S. Nuclear Regulatory Commission

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

Counsel for United States on behalf of the Federal Energy Regulatory Commission

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106,
Washington DC 20005

3

Counsel for the Official Committee of Unsecured Creditors

Milbank LLP
Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Tort Claimants

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2019, in Sacramento, California.

**Laurie A. Brugger**

E-filer: Jason Blumberg
Attorney for the U. S. Trustee
Direct Phone: (916) 930-2076

E-mail: jason.blumberg@usdoj.gov

4