**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Amy Caton * *Pro Hac Vice Pending*
Megan Wasson * *Pro Hac Vice Pending*
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (650) 715-8000
Email: acaton@kramerlevin.com
       mwasson@kramerlevin.com

-and –

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
SHADI FARZAN, Cal. Bar No. 301610
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

*Attorneys for the PG&E Holdco Group*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**VERIFIED STATEMENT OF THE PG&E HOLDCO GROUP PURSUANT TO BANKRUPTCY RULE 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), certain owners of claims against and interests in, PG&E Corporation ("**Holdco**") and its affiliated debtors ("the "**Debtors**"), including bank debt at PG&E Corporation (the "**PG&E Holdco Group**"), by and through its undersigned counsel, submit this verified statement (the "**2019 Statement**"), and in support thereof, state as follows:

1. In or around May 2, 2019, the PG&E Holdco Group engaged Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") to represent it in connection with the Debtors' restructuring.

2. The members of the PG&E Holdco Group hold, or are the investment advisors, sub-advisors or managers of funds or discretionary accounts that hold (with such investment advisors, sub-advisors and managers acting on behalf of such holders), as of July 17, 2019, approximately $154,571,784 million in aggregate principal amount outstanding of the Holdco Revolving Credit Facility, issued pursuant to the Second Amended and Restated Credit Agreement, dated April 27, 2015, between PG&E Corporation and Bank of America, N.A., and approximately $189,798,364 million in aggregate principal amount outstanding of the Holdco Term Loan, issued pursuant to the Term Loan Agreement, dated April 16, 2018, between PG&E Corporation and Mizuho Bank, Ltd. In accordance with Bankruptcy Rule 2019, the address and the "nature and amount of all disclosable economic interests" for each member are set forth on <u>Exhibit A</u> attached hereto. The information set forth on <u>Exhibit A</u> is based upon information the members provided to Counsel and is subject to change.

3. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any holder's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

4. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

5. Counsel reserves the right to amend or supplement this Statement.

6. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

Dated: July 17, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Michael M. Lauter*
ORI KATZ
okatz@sheppardmullin.com
MICHAEL M. LAUTER
mlauter@sheppardmullin.com
SHADI FARZAN
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947  -and –

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Amy Caton
Megan Wasson
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (650) 715-8000
Email: acaton@kramerlevin.com*
          mwasson@kramerlevin.com*

*pro hac vice applications pending*

*Attorneys for the PG&E Holdco Group*

# Exhibit A

| Name | Nature and Amount[1] of Disclosable Economic Interests | |
|---|---|---|
| | **Holdco Revolver and Term Loan Claims** | **Other** |
| **Azteca Partners LLC**[2]<br>51 JFK Parkway<br>Short Hills NJ 07078 | $48,139,955.00 | PG&E Common Shares: 7,634,221<br>Utility Preferred Shares: 168,321<br>DIP Loan Obligations:[3] $41,050,000.00<br>Utility L/C Reimbursement: $8,200,000.00<br>Utility Unsecured Funded Debt Claims:[4] $303,556,896.00 |
| **Palomino Master Ltd.**[2]<br>51 JFK Parkway<br>Short Hills NJ 07078 | $69,140,423.00 | PG&E Common Shares: 10,965,779<br>Utility Preferred Shares: 241,719<br>DIP Loan Obligations: $58,950,000.00<br>Utility L/C Reimbursement: $11,800,000.00<br>Utility Unsecured Funded Debt Claims: $435,879,437.00 |
| **GoldenTree Asset Management, LP**<br>300 Park Avenue, 21st Floor<br>New York, NY 10022 | $48,542,000.00 | Utility Unsecured Funded Debt Claims: $89,956,000.00 |
| **HSBC Bank plc**[5]<br>452 Fifth Avenue,<br>New York, NY 10018 | $18,361,668.96 | Utility Unsecured Funded Debt Claims: $88,457,642.00 |
| **Marathon Asset Management**<br>1 Bryant Park, #38<br>New York, New York 10036 | $80,986,101.00 | Utility Unsecured Funded Debt Claims: $84,858,953.00<br>PG&E Common Shares: 200,000 |

[1] Amounts listed on this Exhibit A are calculated as of July 17, 2019 (unless otherwise noted) and do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any indenture, credit agreement, or instrument.

[2] Appaloosa LP is the investment advisor to Azteca Partners LLC and Palomino Master Ltd.

[3] DIP Loan Obligations include undrawn commitments, if any.

[4] Utility Unsecured Funded Debt Claims include the Senior Notes, the Utility Term Loan, and the Utility Revolver, all as described in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Dkt. No. 263].

[5] HSBC Bank plc also holds short positions on certain of the Senior Notes.

# Exhibit A

| Name | Nature and Amount[1] of Disclosable Economic Interests | |
|---|---|---|
| | **Holdco Revolver and Term Loan Claims** | **Other** |
| **Silver Point Capital, L.P.,** on behalf of certain funds and accounts[6]<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | $79,200,000.00 | PG&E Common Shares: 14,524,000<br>Subrogation Claims: $22,397,514.23<br>Trade Vendor Claims: $8,626,980.26<br>Utility Unsecured Funded Debt Claims: $296,730,666.51 |

---

[6] As of July 1, 2019.