Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the lead case, 19-30088 (DM)* | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew Michael Leblanc, an active member in good standing of the bar of the State of New York and the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis as proposed counsel to the Official Committee of Unsecured Creditors of PG&E

Corporation, *et al*. in the above-entitled action.

  In support of this application, I certify on oath that:

  1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

  2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

  3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Paul S. Aronzon (SBN 88781)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 18, 2019

        */s/* Andrew M. Leblanc
        Andrew M. Leblanc

        MILBANK LLP
        *Proposed Counsel for the Official Committee of Unsecured Creditors*



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Andrew Michael Leblanc

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of October, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **21st day of June, 2019**.

Robert D. Mayberger

*Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew M LeBlanc*

was duly qualified and admitted on **October 4, 2002** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 19, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.