AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
Email:         mstamer@akingump.com
               idizengoff@akingump.com
               dbotter@akingump.com
               aqureshi@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured*
*Noteholders of Pacific Gas and Electric Company*

AKIN GUMP STRAUSS HAUER & FELD LLP

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:     (415) 765-9500
Facsimile:     (415) 765-9501
Email:         avcrawford@akingump.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | |
| **-and-** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

1  TRACY SOUTHWELL

2       1.      I am employed in the County of Los Angeles, State of California.  I am over the age of

3  18 and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 600, Los

4  Angeles, California, 90067.

5       2.      I certify that on July 17, 2019, I caused a true and correct copy of the *Notice of Filing of*

6  *Commitment Letter and Amended Plan Term Sheet* [ECF No. 3024] to be served via email on the parties

7  listed on the annexed **Exhibit A** and via first-class mail, postage prepaid on the parties listed on the

8  annexed **Exhibit B**.

9

10  Los Angeles, California

11  Dated:  July 18, 2019

12                              By: _____

                                    Tracy Southwell

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| Name | Notice Name | Email |
|------|-------------|-------|
| Adler Law Group, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com<br>olatifi@theadlerfirm.com |
| Aera Energy LLC | Attn: Ron A. Symm | rasymm@aeraenergy.com |
| Akerman LLP | Attn: Evelina Gentry, John E. Mitchell and Yelena Archiyan | evelina.gentry@akerman.com<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>jct@andrewsthornton.com |
| Arent Fox LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br>jordana.renert@arentfox.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Arent Fox LLP | Attn: Aram Ordubegian | aram.ordubegian@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq. | brian.lohan@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Attorney General of California | Attn: Xavier Becerra, Danette Valdez, Annadel Almendras, Margarita Padilla, And James Potter | danette.valdez@doj.ca.gov<br>annadel.almendras@doj.ca.gov<br>margarita.padilla@doj.ca.gov<br>james.potter@doj.ca.gov |
| Bailey and Romero Law Firm | Attn: Martha E. Romero | marthaeromerolaw@gmail.com |
| Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |

| Name | Notice Name | Email |
|------|-------------|-------|
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | luckey.mcdowell@bakerbotts.com<br>ian.roberts@bakerbotts.com<br>kevin.chiu@bakerbotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | navi.dhillon@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com |
| Ballard Spahr LLP | Attn: Brian D. Huben | hubenb@ballardspahr.com<br>hartlt@ballardspahr.com |
| Ballard Spahr LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com<br>myersms@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Bank of America | Attn: John McCusker | john.mccusker@bami.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | tmccurnin@bkolaw.com<br>t.higham@bkolaw.com<br>chigashi@bkolaw.com |
| Belvedere Legal, PC | Attn: Matthew D. Metzger | belvederelegalecf@gmail.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Best Best & Krieger LLP | Attn: Harriet Steiner | harriet.steiner@bbklaw.com |
| Binder & Malter, LLP | Attn: Michael W. Malter, Robert G. Harris | michael@bindermalter.com<br>rob@bindermalter.com<br>heinz@bindermalter.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 4 of 22

| Name | Notice Name | Email |
|---|---|---|
| Bloomfield Law Group, Inc., P.C. | Attn: Neil J. Bloomfield | njbloomfield@njblaw.com |
| BOKF, N.A. (UCC) | Attn: George Kubin, SVP | gkubin@bokf.com |
| Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| Brayton-Purcell LLP | Attn: Alan R. Brayton and Bryn G. Letsch | bletsch@braytonlaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| California Public Utilities Commission, Public Advocates Office | Attn: Darwin E. Farrar Alisa C. Lacey Robert T. Kugler Thomas J. Salerno Anthony P. Cali | darwin.farrar@cpuc.ca.gov EDF@cpuc.ca.gov alisa.lacey@stinson.com robert.kugler@stinson.com thomas.salerno@stinson.com anthony.cali@stinson.com |
| Chevron Products Company, A Division Of Chevron U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding, Jonathan D. Marshall | dgooding@choate.com jmarshall@choate.com |
| Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Clausen Miller P.C. | Attn: Michael W. Goodin | mgoodin@clausen.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com mschierberl@cgsh.com |
| Cohne Kinghorn, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Cooper, White & Cooper LLP | Attn: Peter C. Califano | pcalifano@cwclaw.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 5 of 22

| Name | Notice Name | Email |
|---|---|---|
| Corey, Luzaich, De Ghetaldi & Riddle LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Cotchett, Pitre & McCarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| County of Sonoma | Attn: Tambra Curtis | Tambra.curtis@sonoma-county.org |
| County of Yolo | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'Connor | Attn: Mark E. Felger, Fulton Smith, III | mfelger@cozen.com<br>fsmith@cozen.com |
| Crowell & Moring LLP | Attn: Monique D. Almy<br>Thomas F. Koegel<br>Mark D. Plevin<br>Brendan V. Mullan<br>Tacie H. Yoon | malmy@crowell.com<br>tkoegel@crowell.com<br>mplevin@crowell.com<br>bmullan@crowell.com<br>tyoon@crowell.com |
| Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq.<br>John A. Moe, II<br>Lauren Macksoud<br>Michael A. Isaacs, Esq.<br>Oscar N. Pinkas<br>Samuel R. Maizel, Esq.<br>Peter D. Wolfson | bryan.bates@dentons.com<br>john.moe@dentons.com<br>lauren.macksoud@dentons.com<br>michael.isaacs@dentons.com<br>oscar.pinkas@dentons.com<br>samuel.maizel@dentons.com<br>peter.wolfson@dentons.com |

4

| Name | Notice Name | Email |
|---|---|---|
| Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (UCC) | Attn: Brendan Meyer | brendan.meyer@db.com |
| Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| DLA Piper LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| DLA Piper LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| Dreyer Babich Buccola Wood Campora, LLP | Attn: Steven M. Campora | scampora@dbbwc.com |
| Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | leslie.freiman@edpr.com<br>randy.sawyer@edpr.com |
| Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com<br>jim@elkshep.com |
| Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Steven H. Felderstein, Paul J. Pascuzzi | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com |
| Foley & Lardner LLP | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com<br>bnelson@foley.com |
| Foley & Lardner LLP | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| Frederic Dorwart, Lawyers PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC (UCC) | Attn: Joseph Schwaderer, CFO | joseph.schwaderer@usa.g4s.com |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 7 of 22

| Name | Notice Name | Email |
|---|---|---|
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com<br>dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | gweiner@gibsondunn.com<br>jkrause@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | mrosenthal@gibsondunn.com<br>amoskowitz@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Michael Hogue, Diane Vuocolo, Howard J. Steinberg | hoguem@gtlaw.com<br>vuocolod@gtlaw.com<br>steinbergh@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| Gross & Klein LLP | Attn: Stuart G. Gross | sgross@grosskleinlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Hogan Lovells US LLP | Bennett L. Spiegel<br>Peter A. Ivanick<br>Alex M. Sher<br>Erin N. Brady<br>M. Hampton Foushee | bennett.spiegel@hoganlovells.com<br>peter.ivanick@hoganlovells.com<br>alex.sher@hoganlovells.com<br>erin.brady@hoganlovells.com<br>hampton.foushee@hoganlovells.com |
| Holland & Hart LLP | Attn: Risa Lynn Wolf-Smith | rwolf@hollandhart.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |
| Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | mjb@hopkinscarley.com<br>jross@hopkinscarley.com |
| Hunton Andrews Kurth LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |

| Name | Notice Name | Email |
|------|-------------|-------|
| IBM Corporation | Attn: Mari-Josee Dube | mjdube@ca.ibm.com |
| International Brotherhood of Electric Workers, Local 1245 (UCC) | Attn: Doug Girouard | Deg0@ibew1245.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone<br>Michael H. Strub, Jr.<br>Jeffrey M. Reisner, Kerri A. Lyman | cvarnen@irell.com<br>astrabone@irell.com<br>mstrub@irell.com<br>jreisner@irell.com<br>klyman@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jane Luciano | Attn: Jane Luciano | jane-luciano@comcast.net |
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com<br>snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | rbk@jmbm.com<br>byoung@jmbm.com |
| Jenkins Mulligan & Gabriel LLP | Attn: Larry W. Gabriel | lgabriel@bg.law |
| Jordan, Holzer & Ortiz, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg P.C. | jae1900@yahoo.com |
| Keesal, Young & Logan | Attn: Peter R. Boutin | Peter.boutin@kyl.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | kdwbankruptcydepartment@kelleydrye.com<br>bfeder@kelleydrye.com |

Case: 19-30088    Doc# 3049    Filed: 07/18/19    Entered: 07/18/19 10:22:42    Page 9 of 22

| Name | Notice Name | Email |
|------|-------------|-------|
| Kinder Morgan, Inc. | Attn: Mark A. Minich | mark_minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com michael.esser@kirkland.com |
| Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com dstern@ktbslaw.com skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com ecf@kleinlaw.com |
| Labaton Sucharow LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com lgottlieb@labaton.com cvillegas@labaton.com jdubbin@labaton.com |
| Lamb & Kawakami LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com mslattery@lkfirm.com tkelch@lkfirm.com |
| Lane Powell PC | Attn: Brad T. Summers | summerst@lanepowell.com |
| Latham & Watkins LLP | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Latham & Watkins LLP | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com andrew.parlen@lw.com |

| Name | Notice Name | Email |
|---|---|---|
| Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter | daren@schlecterlaw.com |
| Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office of Steven M. Olson | Attn: Steven M. Olson, Jacob M. Fairclothe | smo@smolsonlaw.com |
| Law Office of Wayne A. Silver | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Law Offices of Ronald K. Brown, Jr. | Attn: Ronald K. Brown, Jr. | ron@rkbrownlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | dln@lnbyb.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik | ehk@lnbyb.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Lovee.Sarenas@lewisbrisbois.com Amy.Goldman@lewisbrisbois.com Scott.Lee@lewisbrisbois.com Jasmin.Yang@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord LLP | Attn: Aaron Smith | asmith@lockelord.com |
| Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Locke Lord LLP | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Locke Lord LLP | Attn: Xiyi Fu | jackie.fu@lockelord.com |

9

| Name | Notice Name | Email |
|------|-------------|-------|
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| Margulies Faith, LLP | Attn: Craig G. Margulies | craig@marguliesfaithlaw.com |
| Mary Alexander & Associates, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| McCormick Barstow LLP | Attn: H. Annie Duong, David Emerzian | annie.duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| McKinsey & Company Inc. | Attn: Rob Bland | rob_bland@mckinsey.com |
| McKool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Michelson Law Group | Attn: Randy Michelson | Randy.michelson@michelsonlawgroup.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon<br>Gregory A. Bray<br>Thomas R. Kreller | paronzon@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com<br>ablevin@mintz.com |
| Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | anahmias@mbnlawyers.com |
| Montee & Associates | Attn: Kevin P. Montee | kmontee@monteeassociates.com |
| Mizuho Bank Ltd. (UCC) | Attn: Noel P. Purcell | noel.purcell@mizuhogroup.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | james.ficenec@ndlf.com<br>joshua.bevitz@ndlf.com |
| NextEra Energy, Inc. (UCC) | Attn: Mark Hickson | mark.hickson@nexteraenergy.com |
| Nixon Peabody LLP | Attn: Maximilian A. Ferullo | mferullo@nixonpeabody.com |
| Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 12 of 22

| Name | Notice Name | Email |
|------|-------------|-------|
| Nixon Peabody LLP | Attn: William S. Lisa | wlisa@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq, Marta E. Villacorta | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov |
| O'Melveny & Myers LLP | Attn: Jacob T. Beiswenger, Peter Friedman, John J. Rapisardi, Nancy A. Mitchell, Matthew L. Hinker | jbeiswenger@omm.com<br>pfriedman@omm.com<br>jrapisardi@omm.com<br>nmitchell@omm.com<br>mhinker@omm.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder<br>Lorraine McGowen<br>Thomas C. Mitchell<br>Marc A. Levinson<br>Douglas S. Mintz | dfelder@orrick.com<br>lmcgowen@orrick.com<br>tcmitchell@orrick.com<br>malevinson@orrick.com<br>dmintz@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 13 of 22

| Name | Notice Name | Email |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation (UCC) | Attn: Courtney L. Morgan, Daniel Robertson, Andrea Wong, Melissa T. Ngo | morgan.courtney@pbgc.gov<br>robertson.daniel@pbgc.gov<br>wong.andrea@pbgc.gov<br>ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, LLP | Attn: Alan D. Smith | adsmith@perkinscoie.com |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@pierceatwood.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| Pino & Associates | Attn: Estela O. Pino | epino@epinolaw.com |
| PMRK Law | Attn: Peter P. Meringolo | peter@pmrklaw.com |
| Polsinelli LLP | Attn: Lindsi M. Weber, Randye B. Soref | lweber@polsinelli.com<br>rsoref@polsinelli.com |
| Prime Clerk LLC | Attn: Herb Baer | pgeteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |

Case: 19-30088   Doc# 3049   Filed: 07/18/19   Entered: 07/18/19 10:22:42   Page 14 of 22

| Name | Notice Name | Email |
|---|---|---|
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Provencher & Flatt, LLP | Attn: Douglas B. Provencher | dbp@provlaw.com |
| Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston<br>Jonathan R. Doolittle<br>Marsha A. Houston<br>Monique B. Howery<br>Peter Munoz<br>Robert P. Simons | crivas@reedsmith.com<br>mhouston@reedsmith.com<br>jdoolittle@reedsmith.com<br>mhouston@reedsmith.com<br>mhowery@reedsmith.com<br>pmunoz@reedsmith.com<br>rsimons@reedsmith.com |
| Rimon, P.C. | Attn: Lillian G. Stenfeldt, Phillip K. Wang | lillian.stenfeldt@rimonlaw.com<br>phillip.wang@rimonlaw.com |
| Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Roebbelen Contracting Inc. (UCC) | Attn: Frank Lindsay, Robert McLean | frankl@roebbelen.com<br>robm@roebbelen.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| Rutan & Tucker, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | rfriedman@rutan.com<br>pblanchard@rutan.com |

13

| Name | Notice Name | Email |
|---|---|---|
| San Francisco City Attorney's Office | Attn: Owen Clements | owen.clements@sfcityatty.org<br>catheryn.daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| Savage, Lamb & Lunde, PC | Attn: E. Ryan Lamb | erlamblaw@gmail.com |
| Schnader Harrison Segal & Lewis LLP | Attn: George H. Kalikman | gkalikman@schnader.com |
| Severson & Werson | Attn: Duane M. Geck, Doanld H. Cram, Bernard J. Kornberg | dmg@serverson.com<br>dhc@serverson.com<br>bjk@serverson.com |
| Shearman & Sterling LLP | Attn: C. Luckey McDowell, Daniel Laguardia | Luckey.McDowell@Shearman.com<br>Daniel.Laguardia@Shearman.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com<br>charney@seyfarth.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com |
| Shipman & Goodwin LLP | Attn: Eric Goldstein | egoldstein@goodwin.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com<br>keb@svlg.com |
| Simpson Thacher & Bartlett LLP | Attn: Jonathan Sanders, Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | jsanders@stblaw.com<br>michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Singleton Law Firm, APC | Attn: Gerald Singleton, John Lemon | gerald@slffirm.com<br>john@slffirm.com<br>tyler@slffirm.com<br>cori@slffirm.com |

14

| Name | Notice Name | Email |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Amy S. Park | amy.park@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: J. Eric Ivester | eric.ivester@skadden.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | julia.mosel@sce.com patricia.cirucci@sce.com |
| St. James Law, P.C. | Attn: Michael St. James | ecf@stjames-law.com |
| State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| State of California, Department of Industrial Relations | Attn: John Cumming | jcumming@dir.ca.gov |
| Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com |
| Steve Christopher | Attn: Steve Christopher | Sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis, Leonard P. Goldberger | cp@stevenslee.com lpg@stevenslee.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com kcoles@lawssl.com |
| Steyer Lowenthal Boodrookas Alvarez & Smith LLP | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |
| Steyer Lowenthal Boodrookas Alvarez & Smith LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| Stites & Harbison PLLC | Attn: Elizabeth Lee Thompson | ethompson@stites.com |
| Stoel Rives LLP | Attn: David B. Levant | david.levant@stoel.com |
| Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| Stradling Yocca Carlson & Rauth, P.C. | Attn: Paul R. Glassman, Esq. | pglassman@sycr.com |
| Stoel Rives LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |

Case: 19-30088    Doc# 3049    Filed: 07/18/19    Entered: 07/18/19 10:22:42    Page 17 of 22

| Name | Notice Name | Email |
|---|---|---|
| Stroock & Stroock & Lavan LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | hill@sullivanhill.com<br>hawkins@sullivanhill.com<br>dabbieri@sullivanhill.com |
| Synergy Project Management, Inc. | Attn: Ivan C. Jen | ivan@icjenlaw.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |
| The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc. (UCC) | Attn: Erika Schoenberger | erika.schoenberger@davey.com |
| Togut, Segal & Segal LLP | Attn: Albert Togut, Kyle J. Ortiz Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Trodella & Lapping LLP | Attn: Richard A. Lapping | rich@trodellalapping.com |
| Troutman Sanders LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |

16

| Name | Notice Name | Email |
|------|-------------|-------|
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org<br>tlong@turn.org |
| U.S. Department of Justice | Attn: Danielle A. Pham, Matthew Troy | danielle.pham@usdoj.gov<br>matthew.troy@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@w2lg.com<br>mwilhelm@w2lg.com |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |

Case: 19-30088    Doc# 3049    Filed: 07/18/19    Entered: 07/18/19 10:22:42    Page 19 of 22

| Name | Notice Name | Email |
|---|---|---|
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | tblischke@williamskastner.com |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| Wilmer Cutler Pickering Hale & Dorr LLP | Attn: Chris Johnstone | chris.johnstone@wilmerhale.com |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Winston & Strawn LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |
| Winthrop Couchot Golubow Hollander, LLP | Attn: Richard H. Golubow | rgolubow@wcghlaw.com |
| Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |

**EXHIBIT B**

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, David Schiff, Timothy
  Graulich
450 Lexington Avenue
New York, NY 10017

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Jane Kim
650 California Street
Suite 1900
San Francisco, CA 94108

Milbank LLP
Attn: Dennis F. Dunne, Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Gregory A. Bray
Thomas R. Kreller
2029 Century Park East
33rd Floor
Los Angeles, CA 90067

Office of the California Attorney General
Attn: Bankruptcy Dept
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the United States Attorney for the
  Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Office of the United States Trustee
Attn: James L. Snyder, Esq. & Timothy
  Lafreddi, Lynette C. Kelly, Marta E.
  Villacorta
450 Golden Gate Ave
Suite 05-0153
San Francisco, CA 94102

Paul, Weiss, Rifkind, Wharton & Garrison
  LLP
Attn: Alan W. Kornberg, Brian S. Hermann,
  Walter R. Rieman, Sean A. Mitchell, Neal
  P. Donnelly
1285 Avenue of the Americas
New York, NY 10019-6064

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Placer County Office of the Treasurer Tax
  Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA 95603

Provencher & Flatt, LLP
Attn: Douglas b. Provencher
823 Sonoma Avenue
Santa Rosa, CA 95404

Stroock & Stroock & Lavan LLP
Attn: Frank A. Merola
2029 Century Park East
Los Angeles, CA 90067-3086

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Erez E. Gilad,
  Matthew G. Garofalo
180 Maiden Lane
New York, NY 10038-4982

Synergy Project Management, Inc.
c/o Law Office of Ivan C. Jen
1017 Andy Circle
Sacramento, CA 95838

U.S. Department of Justice
Attn: Danielle A. Pham
1100 L Street, NW
Room 7106
Washington, DC 20005

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

United States Department of Justice Civil
  Division
Attn: Matthew J. Troy
1100 L Street, N.W.
Room 10030
Washington, DC 20530

United States Department of Justice Civil
  Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

US Securities and Exchange Commission
Attn:  Jina Choi, Regional Director
San Francisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

US Securities and Exchange Commission
Attn:  Office of General Counsel
100 F St. NE MS 6041B
Washington, DC 20549
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Jessica Liou,
  Matthew Goren
767 Fifth Avenue
New York, NY 10153-0119

2