Liam K. Malone, SBN 288202
OLES MORRISON RINKER & BAKER LLP
492 Ninth Street, Suite 220
Oakland, CA 94607
Telephone: (510) 903-2001
malone@oles.com

Attorneys for Creditor Lien Holder
Level-It Installations, Ltd.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | ) Bankruptcy Case No.: 19-30088 (DM) |
| **PG&E CORPORATION,** | ) Chapter 11 |
| - and – | ) (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) (Jointly Administered) |
| **Debtors.** | ) **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD that the undersigned attorney, Liam K. Malone of Oles Morrison Rinker & Baker LLP, hereby appear as counsel for Creditor Lien Holder Level-It Installations, Ltd.

Respectfully submitted,

Dated: July 18, 2019        OLES MORRISON RINKER & BAKER LLP

/s/ Liam K. Malone
LIAM K. MALONE
Attorneys for Creditor Lien Holder
LEVEL-IT INSTALLATIONS LTD.

• 1 •

**PROOF OF SERVICE**

*In re: PG&E Corporation and Pacific Gas and Electric Company*
Bankruptcy Court, Northern District -San Francisco Division Case No. 19-30088 (DM)

I DECLARE THAT: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 492 Ninth Street, Suite 220, Oakland, California 94607.

On July 18, 2019, I served a true copy of the attached:

**NOTICE OF APPEARANCE**

on the involved parties in said cause, in the manner indicated as follows.

[X] **BY NOTICE OF ELECTRONIC FILING THROUGH CM/ECF SYSTEM**: Based on Doc#1996 Second Amended Order Implementing Certain Notice & Case Procedures filed on May 14, 2019, I caused the documents to be sent electronically to the person(s) at the e-mail address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Oakland, California, on July 18, 2019.

_____
Kathryn Shahin

**SERVICE LIST**
*In re: PG&E Corporation and Pacific Gas and Electric Company*
Bankruptcy Court, Northern District -San Francisco Division Case No. 19-30088 (DM)

## **STANDARD PARTIES**

| COUNSEL OF RECORD | PARTY |
|---|---|
| Janet Loduca, Esquire<br>PG&E Corporation and<br>Pacific Gas and Electric Company<br>P.O. Box 770000<br>77 Beale Street<br>San Francisco, CA  94105 | *Counsel for Debtors* |
| Stephen Karotkin, Esquire<br>Jessica Liou, Esquire<br>Matthew Goren, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>Telephone: 212-310-8000<br>Facsimile:  213-310-8007<br>Email: stephen.karotkin@weil.com<br>Email: jessica.liou@weil.com<br>Email: matthew.goren@weil.com | *Proposed Attorneys for the Debtors* |
| Tobias S. Keller, Esquire<br>Jane Kim, Esquire<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, CA  94108<br>Telephone: 415-496-6723<br>Facsimile:650-636-9251<br>Email: tkeller@kellerbenvenutti.com<br>Email: jkim@kellerbenvenutti.com | *Proposed Attorneys for the Debtors* |
| Kristopher M. Hansen, Esquire<br>Erez E. Gilad, Esquire<br>Matthew G. Garofalo, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 | *As Counsel for the Administrative Agent under the Debtors' debtor-in-possession financing facility* |

| | | |
|---|---|---|
| Frank A. Merola, Esquire<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | | *As Counsel for the Administrative Agent under the Debtors' debtor-in-possession financing facility* |
| Eli J. Vonnegut, Esquire<br>David Schiff, Esquire<br>Timothy Graulich, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | | *As Counsel for the collateral Agent under the Debtors' debtor-in-possession financing facility* |
| Alan W. Kornberg, Esquire<br>Brian S. Hermann, Esquire<br>Walter R. Reiman, Esquire<br>Sean A. Mitchell, Esquire<br>Neal P. Donnelly, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue Of The Americas<br>New York, Ny 10019-6064 | | *As Counsel To The California Public Utilities Commission* |
| James L. Snyder, Esquire<br>Timothy Laffredi, Esquire<br>The Office of the United States Trustee for Region 17<br>450 Golden Gate Avenue,<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | | |
| General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001 | | |
| Danielle A. Pham, Esquire<br>U.S. Department of Justice<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005 | | *As Counsel for United States of behalf of the Federal Energy Regulatory Commission* |
| Dennis F. Dunne, Esquire<br>Sam A. Khalil, Esquire<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 | | *As Counsel for the Official Committee of Unsecured Creditors (the "**Creditors Committee**")* |

| | | |
|---|---|---|
| 1 | Paul S. Aronzon, Esquire<br>Gregory A. Bray, Esquire<br>Thomas R. Kreller, Esquire<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | *As Counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee")* |
| 5 | Eric Sagerman, Esquire<br>Cecily Dumas, Esquire<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509 | *As Counsel for the Official Committee of Tort Claimants (the "**Tort Claimants Committee**")* |

4820-7947-7661, v. 1