# Exhibit A

RECORDING REQUESTED BY
Level-It Installations Ltd. 802

WHEN RECORDED MAIL TO
Liam K. Malone
Oles Morrison Rinker & Baker, LLP
492 Ninth Street, Suite 220
Oakland, CA 94607



2019080793   05/02/2019 10:42 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

COPY of document to be recorded
Original

3   PGS

COPY of document to be recorded
Has not been compared with Original

## Mechanics' Lien
(Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That Level-It Installations Ltd. as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. Of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of Alameda, State of California, said land described as follows:

STREET ADDRESS: Building 1 - 4801 Oakport Street, Oakland, CA 94601
LEGAL DESCRIPTION: Parcel Number: 34-2300-14/41-3904-5: Use Code: 0500 Property owned by public utility.

Said lien is claimed for the following labor, services, equipment or materials: Gypsum Board, Framing Taping Refresh, Interior doors - labor and materials to install.

Amount due after deducting all just credits and offsets: $402,457.00

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment or materials is: Turner Construction Co.

That Pacific Gas & Electric Company % Exigis LLC - One Market, Spear Tower, San Francisco, CA 94105 is/are the reputed owners of said building and/or premises, or some interest therein.

DATED: _____April 29/2019_____
Name of Claimant:
Level-It Installations Ltd. 802 1515 Broadway St, Port Coquitlam BC, V3C6M2

By:_____
COLIN RIMES
President

## VERIFICATION

I, the undersigned, certify that I am the President of the claimant named in the foregoing Mechanics' Lien and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 29/2019, in the City of Port Coquitlam, State of British Columbia, Canada

_____
COLIN RIMES          , Its Agent

## NOTICE OF MECHANICS LIEN
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Delores McCullum, declare that I served a copy of the enclosed Mechanics' Lien and Notice of Mechanics' Lien by First Class Mail evidenced by a Certificate of Mailing, postage prepaid, to each of the parties at the addresses shown below:

(1)    <u>Property Owner or reputed property owner</u>: Pacific Gas & Electric Company c/o Exigis LLC, One Market, Spear Tower, San Francisco, CA 94105

**Certified Mail Receipt No: 7008 1830 0002 6535 8824**

(2)    <u>Direct contractor or reputed direct contractor:</u>  Turner Construction Company at the address 300 Frank H. Ogawa Plaza, Suite 510, Oakland, CA 94612

**Certified Mail Receipt No: 7008 1830 0002 6535 9289**

as required by California Civil Code Section 8416 on May 1, 2019 at 492 Ninth Street, Suite 220 located in Oakland, California and that I signed this Proof of Service Affidavit on May 1, 2019 in the City of Oakland, County of Alameda, State of California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Delores McCullum