EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO OPPOSITION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF DEBTORS PURSUANT TO 11 USC §§105(a), 363 (b) AND 503(c) FOR ENTRY OF AN ORDER (1) APPROVING DEBTOR'S INCENTIVE PROGRAM FOR CERTAIN KEY EMPLOYEES AND (II) GRANTING RELATED RELIEF.**<br><br>DATE: July 24, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>    450 Golden Gate Avenue, 16th Fl.<br>    San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 2664, 3030 |

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

1                                               Case No. 19-30088-DM

551969

Case: 19-30088    Doc# 3059    Filed: 07/18/19    Entered: 07/18/19 13:17:45    Page 1 of 2

The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and, together with the Utility, the **"Debtors"**), hereby joins, as further described herein, in the Opposition of the Official Committee of Tort Claimants (the **"Tort Committee Opposition"**) [Docket No. 3030] to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(A), 363 (b), and 503 (C) for Entry of Order (I) Approving Debtor's Incentive Program for Certain Key Employees and (II) Granting Related Relief [Dkt. No. 2664] (the **"Motion"**).

San Francisco generally concurs with the Tort Committee Opposition filed herein and believes that any Key Employee Incentive Plan should be limited. San Francisco files this joinder to preserve its rights to object to the Motion on the specific grounds set forth herein. In support hereof, San Francisco respectfully represents as follows:

## JOINDER

San Francisco's interest in the Motion is both as a creditor and on behalf of the Utility's ratepayers in San Francisco.

San Francisco joins the Tort Committee Opposition and further contends that any incentive program should be designed to enhance safety and reliability and preserve funds for creditors, not reward highly-compensated management employees who bear responsibility for the Debtors' financial condition and poor safety track record.

San Francisco expressly reserves all rights to join in any other parties' objections to the Motion.

## CONCLUSION

For the reasons stated herein, San Francisco joins in the Tort Committee Opposition and requests that the Court deny the Motion as set forth in this Joinder.

Respectfully submitted,

Dated: July 18, 2019
GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: _____/s/ Edward Tredinnick_____
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

2    Case No. 19-30088-DM

Case: 19-30088    Doc# 3059    Filed: 07/18/19    Entered: 07/18/19 13:17:45    Page 2 of 2
551969