# Exhibit 1

**Zucker, Evan**

| | |
|---|---|
| **From:** | Eric Letsche <epletsche@sabreindustries.com> |
| **Sent:** | Friday, February 15, 2019 9:14 AM |
| **To:** | Zucker, Evan |
| **Subject:** | FW: PGE - Sabre Industries correspondence |
| **Attachments:** | PGE reclamation letter 2-15-19.pdf; PGE reclamation letter Exhibit A.pdf |

FYI

**From:** Eric Letsche
**Sent:** Friday, February 15, 2019 8:10 AM
**To:** 'dpl0@pge.com' ; 'stephen.karotkin@weil.com'
**Cc:** Becker, Samuel (Becker@BlankRome.com) ; Timothy Rossetti
**Subject:** PGE - Sabre Industries correspondence

Ms. Lewis and Mr. Karotkin,

Please see attached letter and exhibit sent on behalf of Tim Rossetti, CFO of Sabre Industries, Inc. Hard copies will follow via overnight mail.

Regards,

*Eric Letsche*
*Vice President & Corporate Controller*
*Sabre Industries, Inc.*
*Phone: (712) 224-1580*
*eletsche@sabreindustries.com*



February 13, 2019

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Ms. Danielle Lewis
PG&E Corporation
245 Market Street, 5th Floor
San Francisco, CA 94105
Email: **dpl0@**pge.com

PG&E Corporation Reclamations Demands
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, New York 11232

Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
stephen.karotkin@weil.com

      **Re:**    *In re PG&E Corporation, et al.*, **Case No. 19-30088 (Jointly Administered)**

Dear Ms. Lewis and Mr. Karotkin:

      I am writing on behalf of Sabre Industries, Inc. ("Sabre") a supplier of goods, in the form of infrastructure products to the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Prior to January 29, 2019 (the "Petition Date"), the Debtors received, in the ordinary course of business, certain goods from Sabre for which Sabre has not received payment. Accordingly, Sabre hereby asserts certain claims, rights and remedies with respect to those unpaid goods.

      Pursuant to all applicable provisions of the Uniform Commercial Code, including without limitation section 2-702, section 546(c) of the United States Bankruptcy Code, and any applicable common law, Sabre hereby makes a reclamation demand upon the Debtors for all goods delivered by Sabre to the Debtors between December 14, 2018 and the Petition Date (the "Reclamation Goods"). Specifically, as set forth in the chart attached hereto as Exhibit A, the Debtors received no less than $371,556.80 in Reclamation Goods from Sabre in the 45 days prior to the Debtors' bankruptcy filings.

      Sabre makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) for the value of all goods received by the Debtors within twenty days before the Petition Date. Sabre expressly reserves the right to modify, amend and/or supplement the demands made herein.

Corporate Headquarters • Sabre Industries, Inc. • 8653 E. Highway 67 • Alvarado, TX 76009
P: 817-852-1700  F: 817-852-4782  W: www.SabreIndustries.com

Case: 19-30088  Doc# 3006-1  Filed: 07/18/19  Entered: 07/18/19 13:40:25  Page 3
of 52

February 13, 2019
Page 2


Please contact the undersigned for the instructions for the immediate return of the goods subject to this reclamation demand. You are further notified that all goods subject to Sabre's rights of reclamation should be immediately segregated by the Debtors and not used for any purpose.

Very truly yours,

Timothy A. Rossetti
EVP, CFO and CAO
Sabre Industries, Inc.

cc: Samuel Becker (Becker@BlankRome.com)

Attachments: Exhibit A

Corporate Headquarters • Sabre Industries, Inc. • 8653 E. Highway 67 • Alvarado, TX 76009
P: 817-852-1700   F: 817-852-1707   W: www.SabreIndustries.com

# Exhibit A

| Order # | Bid # | Invoice # | Invoice Date | PO # | Invoiced Amounts | Ship Date | Arrival Date | Ship-To Address |
|---|---|---|---|---|---|---|---|---|
| 19-418351 | 19-14438 | 540504 | 12/31/2018 | 3501176011 | $ 4,550.63 | 12/14/2018 | 12/18/2018 | Fall River Mills, CA |
| 19-418579 | 19-14468 | 541757 | 1/15/2019 | 3501176827 | $ 66,335.35 | 12/26/2018 | 1/2/2019 | Oroville, CA |
| 19-418687 | 19-14469 | 541758 | 1/15/2019 | 3501176846 | $ 96,103.53 | 12/26/2018 | 1/2/2019 | Oroville, CA |
| 19-418762 | 19-14470 | 542141 | 1/17/2019 | 3501176797 | $ 105,571.01 | 12/26/2018 | 1/7/2019 | Oroville, CA |
| 19-418823 | 19-14471 | 542142 | 1/17/2019 | 3501176792 | $ 73,879.47 | 12/26/2018 | 1/7/2019 | Oroville, CA |
| | | | | Total | $ 346,439.99 | | | |
| | | | | Sales Tax | $ 25,116.81 | | | |
| | | | | Grand Total | $ 371,556.80 | | | |

# Sabre Industries™

## BILL OF LADING - Short Form. Not Negotiable

BOL No. 308886

| Name of Carrier: | Carrier Number: | |
|---|---|---|
| CH ROBINSON | 800-311-2130 x 13 | Delv. Date and Time: |
| Carrier Code: | Pick-Up Date and Time: | |
| RBTW | 12/14/18 | 12/18/18   00:00 |

TO Consignee: PG&E
Street:
City/State: 31500 Pit Powerhouse Rd. Zip Code:
Delivery/Special Instructions: Hurleton Mills  CA  98028
Cameron Champion
530-360-6375

From Shipper:
Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

Send All Freight Bills To:

☐ Shipper    ☒ Consignee    ☐ Third Party

CH ROBINSON
2351 CONNECTICUT S
STE 300 SARTELL MN
56377

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 0 Load#: 0 | 2,668 | 0 |
| | 0 | | |
| 0 | | 0 | |
| 1 | 1 118351-1-1    Customer PO: 3501176011 PO Ln: 1 118351-3536-L | 1,281 | |
| 1 | 118351-1-1    Customer PO: 3501176011 PO Ln: 1 118351-3539-R | 1,387 | |
| | SO#18351 PO#3501176011 Project name- PO# | | |
| | 3501176011 WPL Steel Pole | | |
| | Please call 800-344-4997 24 hours before delivery | | |
| | between the hours of 8AM-5PM | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name   Transportation Manager      Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ 100,000.00 .

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____    Truck Number _____
                Driver

Witnessed _____    Date  12/14/18    Time _____
        Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
        Crew Foreman

Witnessed _____
            Driver



# Miscellaneous Shipment Authorization

| **Pack ID** 308886 | **Customer** PG&E | **Site State** CA | **Site Name** PO 3501176011 WPE |
|---|---|---|---|
| | **Requested By** drivers | **Site Country** | |
| **Ship Date** 12/14/2018 | **Arrive Date/Time** 12/18/2018 12:00 AM | **Model** | **Height** 0.00 |

| **ShipmentType** 4. CPU | **Material To Ship** Utility | **Est Truck Loads** | **Ship From** Bossier City |
|---|---|---|---|
| **Cosignee** PG&E | **Contact Name\Phone\Cell** Cameron Champion 530-360-6325 | **Ship Address** 24500 Pit Powerhouse Rd. Fall River Mills, CA 96028 | |

**Directions**

SO#418351 PO#3501176011 Project name- PO# 3501176011 WPE Steel Pole

Please call 24 hours before delivery between the hours of 8AM-5PM

Contact: Cameron Champion (530) 360-6325

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | **Order Number: 418351** | | |
| 1 | 0 | | 418351 | 0.00 |
| 2 | 1 | | 418351-3539-B | 1,387.00 |
| 3 | 1 | | 418351-3536-T | 1,281.00 |

**Approved By: kharper**

| | **Total Weight:** | **2,668.00** |
|---|---|---|

CH ROBINSON

800-311-2130 x 13

MSE-308886

RBTW

12/14/18

12/18/18  00:00

PG&E

Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

X

24500 Pit Powerhouse Rd.

CH ROBINSON
2351 CONNECTICUT S
STE 300 SARTELL MN
56377

Fall River Mills   CA   96028

Cameron Champion
530-360-6325

| | | | | |
|---|---|---|---|---|
| | 0 Load#: 0 | | 2,668 | 0 |
| | 0 | | | |
| 0 | | | 0 | |
| 1 | *418351-1-1 | Customer PO: 3501176011 PO Ln: 1 418351-3536-T | 1,281 | |
| 1 | 418351-1-1 | Customer PO: 3501176011 PO Ln: 1 418351-3539-B | 1,387 | |

SO#418351 PO#3501176011 Project name- PO#
3501176011 WPE Steel Pole

Please call 800-344-4997 24 hours before delivery
between the hours of 8AM-5PM

100,000.00

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

418579

| | |
|---|---|
| Name of Carrier: Customer Pickup | Carrier Number: 800-325-0215 |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26/18 |
| | Delv. Date and Time: 12/29/18 |

BOL No.

TO Consignee: Pacific Gas + Electric
Street: 2592 South 5th Ave
City/State: Oroville, CA  Zip Code: 95965
Delivery/Special Instructions:
Charlene McCloed
209-942-1669

From Shipper: Bossier City, LA
5031 Hazel
Jones Rd

Send All Freight Bills To:
☐ Shipper   ☒ Consignee   ☒ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418579 - 7-3 - H2 - 65 | 948 | |
| 1 | 418579 - 6-1 - " | 892 | |
| 1 | 418579 - 7-1 - H2-65 | 940 | |
| 1 | 418579 - 6-2 - H | 892 | |
| 1 | 418579 - 7-2 - H2-65 | 948 | |
| 1 | 418579 - 4-2 - H-65 | 798 | |
| 1 | 418579 - 8-1 - H3-55 | 923 | |
| 1 | 418579 - 4-3 - H1-65 | 798 | |
| 1 | 418579 - 4-1 - H-65 | 798 | |
| 1 | 418579 - 5-1 - H1-70 | 837 | |
| 1 | 418579 - 4-4 - H1-65 | 798 | |
| 1 | 418579 - 3-2 - H1-60 | 798 | |

(TRANSMISSION)
(PO# 35011(0827)

15,441

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _KH_            DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _KH_

Notify if problem arises in route or at delivery:  Name _Transportation Manager_   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____.

SHIPPER/CONSIGNOR _KH_

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____            Truck Number _213_
              Driver

Witnessed _ASLAN EXPRESS_  Date _12/28/18_   Time _____
          Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on my truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____            Company _____
          Crew Foreman

# Sabre Industries™

## BILL OF LADING - Short Form. Not Negotiable

| | | |
|---|---|---|
| Name of Carrier: *Utley* | Carrier Number: *800-325-6215* | BOL No. |
| Carrier Code: *CPUX* | Pick-Up Date and Time: *12/26/18* | Delv. Date and Time: *12/29/18* |

TO Consignee: *Pacific Gas + Electric*
Street: *2892 South 5th AVE*
City/State: *OROVILLE, CA*    Zip Code: *95965*
Delivery/Special Instructions: *Charlene McLoed*
*209-942-1669*

From Shipper: *Bossier, City, CA*

Send All Freight Bills To:
☐ Shipper    ☒ Consignee    ☐ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418579 - 1-1 - R1-60 | 786 | |
| 1 | 418579 - 3-1 - H1-60 | 752 | |
| 1 | 418579 - 2-1 - H1-55 | 752 | |
| 1 | 418579 - 9-2 - H3-65 | 1,017 | |
| | | | |
| | PO# 350 11 70827 | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name _____ Transportation Manager _____   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____    Truck Number _____
       Driver

Witnessed _____    Date _____    Time _____
         Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
       Crew Foreman

Witnessed _____    Date _____    Time _____
         Driver

## Sabre·FWT

### Load Verification Inspection

DATE: _____   BOL#: _____   Job#: 418579   Truck#: _____

| | | Check Box |
|---|---|---|

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

65 H2 7-3   7-2   4-1   1-1
6-1   4-2   5-1   3-1
7-1   8-1   4-4   2-1
6-2   4-3   3-2   9-2

16 Base

2-55 H1

3-11H-60   6-70 H1
4-11H-65
12-09-1
8-55 H3
9-65 H3

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (If Needed): _____

**BILL OF LADING - Short Form. Not Negotiable**

# Sabre Industries™    418579

| Name of Carrier: CHRONINSON | Carrier Number: | BOL No. Load 1 |
| Carrier Code: CRUX | Pick-Up Date and Time: 12/26 | Delv. Date and Time: 1/2/18 |
| TO Consignee: PGE | From Shipper: Bossier City LA 71111 | Send All Freight Bills To: ☐ Shipper ☒ Consignee (circled) 🖱 Third Party |
| Street: 2593 S. 5th Ave | | |
| City/State: Oroville, CA  Zip Code: 95965 | | |

Delivery/Special Instructions:

Charlene McLeod 209-492-1464

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO # BR06 3501 170827 | 25k lbs | |
| 1 | 1-1   C1 160 + | | |
| 1 | 2-1   H1 55 T | | |
| 1 | 3-1   H1 160 T | | |
| 1 | 3-2   H1 160 + | | |
| 1 | 7-3   H2 105 + | | |
| 1 | 10-1  H4 105 T | | |
| 1 | 4-1   H1 105 + | | |
| 1 | 4-2   H1 105 T | | |
| 1 | 4-3   H1 105 T | | |
| 1 | 4-4   H1 105 T | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _Kelly Hemple_          DRIVER X _Wayne Ihas_

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _KA_

Notify if problem arises in route or at delivery:   Name ___Transportation Manager___   Telephone No. ___   After Hrs. No. ___

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ ___.

SHIPPER/CONSIGNOR _KA_

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _Wayne Ihas_          Truck Number _82 827_
                Driver

Witnessed _Excel Marie_          Date _12/28/18_          Time___
          Name of Trucking Company

Sabre Representative___

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed___          Company___
          Crew Foreman

Witnessed___          Date___          Time___
          Driver

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

| Name of Carrier: | Carrier Number: | BOL No. |
|---|---|---|
| Carrier Code: | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper  ☐ Consignee  ☐ Third Party |
| City/State:          Zip Code: | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418579          PO# 3501176827 | | |
| 1 | 9-1     H3.65 T | | |
| 1 | 6-2     H2.55 T | | |
| 1 | 5-1     H1.70 T | | |
| 1 | 6-1     H2.55 T | | |
| 1 | 7-1     H2.65 T | | |
| 1 | 7-2     H2.65 T | | |
| 1 | 8-1     H3.55 T | | |
| 1 | 9-2     H365 T | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___     Telephone No. _____     After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____     Truck Number_____
                  Driver

Witnessed_____     Date_____     Time_____
          Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____     Company_____ .
                  Crew Foreman

Witnessed_____     Date_____     Time_____
                  Driver

## Sabre·FWT

### Load Verification Inspection

DATE: _____ BOL# _____ Job# __519__ Truck# _____

Check Box ☐☐☐☐☐☐☐

(1) Verify information on ID tag matches information on the section.

1-1   4-1   5-1
2-1   4-2   6-1
3-1   4-3   7-1
3-2   4-4   7-2
      9-1   8-1
7-3         9-2
10-1  6-2   9-2
     ✗

18 - Female
Sections

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

Comments: _____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™** 418687

| | |
|---|---|
| Name of Carrier: CH Robinson | Carrier Number: |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26/18 |
| | BOL No. 4060 |
| | Delv. Date and Time: 1/2/19 |

TO Consignee: ~~Ziroco~~ PG&E
Street: 2593 S. 5th Ave
City/State: Oroville, CA Zip Code: 95965
Delivery/Special Instructions:

Cheirene McLeod 209-492-1169

From Shipper:
Bossier-City
LA 71111
5031 Hazel Jones
Rd

Send All Freight Bills To:
☐ Shipper  ☑ Consignee  ☐ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO# 3501176846 | 25K | 105 |
| 1 | 4-1 | C1 75 | B | | |
| 1 | 5-1 | C1 80 | B | | |
| 1 | 5-2 | C1 80 | B | | |
| 1 | 7-1 | H2 85 | B | | |
| 1 | 1-6 | C1 60 | B | | |
| 1 | 3-3 | C1 70 | B | | |
| 1 | 1-4 | C1 60 | B | | |
| 1 | 3-4 | C1 70 | B | | |
| 1 | 3-1 | C1 70 | B | | |
| 1 | 7-1 | C1 65 | B | | |
| 1 | 7-5 | C1 65 | B | | |

**DRIVER CERTIFICATION.** Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER _____ 005

**SECTION 7 - NON-RECOURSE ON CONSIGNOR.** If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name __Transportation Manager__  Telephone No. _____  After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _____ 005  Truck Number __05__
  Driver

Witnessed ____ B+ ____ EX  Date __12/27/18__  Time _____
  Name of Trucking Company

Sabre Representative _____ CCQA

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____  Company _____
  Crew Foreman

Witnessed _____  Date _____  Time _____
  Driver

# Sabre Industries™

**BILL OF LADING - Short Form. Not Negotiable**

418687

| | |
|---|---|
| Name of Carrier: CH Robinson | Carrier Number: |
| Carrier Code: CPUX | BOL No.: Load 1 |
| | Pick-Up Date and Time: 12/11/18 |
| TO Consignee: PG&E | Delv. Date and Time: 12/11/19 |
| Street: 2893 E 5th Ave | From Shipper: Bossier City LA 71111 5031 Hazel Jones Rd |
| City/State: Oroville, CA   Zip Code: 95965 | Send All Freight Bills To: ☐ Shipper  ☒ Consignee  ☐ Third Party |

Delivery/Special Instructions: Christian Myreel 209-492-1069

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 2-4    C1   65 B    PO 3501176846 | | |
| 1 | 2-8    C1   65 B | | |
| 1 | 1-3    C1   60 B | | |
| 1 | 6-1    F1   60 B | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Truck Number _____
            Driver

Witnessed _____   Date _____   Time _____
            Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
            Driver/Foreman

# Sabre · FWT

## Load Verification Inspection

DATE: _____  BOL#: _____  Job#: 418687  Truck#: _____  | Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

```
4-1   1-6   3-1   2-8
5-1   3-3   2-1   1-3
5-2   1-4   2-5   6-1
7-1   3-4   2-4   1-3

16 male sections
```

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# Sabre Industries™  48687

| | |
|---|---|
| **Name of Carrier:** CPUX | **Carrier Number:** |
| CHRobinson | **BOL No.** Load 2 |
| **Carrier Code:** | **Pick-Up Date and Time:** 12/26 |
| | **Delv. Date and Time:** 1/2/19 |
| **TO Consignee:** PG&E | **From Shipper:** Bossier City LA 71111 |
| **Street:** 2593 S 5th Ave | **Send All Freight Bills To:** ☐ Shipper ☒ Consignee ☐ Third Party |
| **City/State:** Oroville, CA **Zip Code:** | 5031 Hazel Jones |
| **Delivery/Special Instructions:** Charlene McLeod 492 1669 | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO# 35011 76846 | | |
| 1 | 1-4 C1 100 ↑ | | |
| 1 | 1-3 C1 100 ↑ | | |
| 1 | 1-1 C1 100 ↑ | | |
| 1 | 1-5 C1 100 ↑ | | |
| 1 | 1-1 X1 100 ↑ | | |
| 1 | 1-6 C1 100 ↑ | | |
| 1 | 1-7 C1 100 ↑ | | |
| 1 | 1-2 C1 100 ↑ | | |
| 1 | 3-1 C1 70 ↑ | | |
| 1 | 3-2 C1 70 ↑ | | |
| 1 | 3-3 C1 70 ↑ | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name  Transportation Manager   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver   Truck Number ___ H 55

Witnessed _____ Name of Trucking Company  Flying Bird   Date 12/28/18   Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman   Company _____

Witnessed _____ Driver

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

| Name of Carier: Wiley Cet Robinson | Carrier Number: | BOL No. |
|---|---|---|
| Carrier Code: CDUX | Pick-Up Date and Time: | Delv. Date and Time: |

**TO Consignee:** Dgte

**Street:** 7593 S 5th Ave

**City/State:** Oroville, CA    **Zip Code:** 95963

**Delivery/Special Instructions:**

**From Shipper:**

**Send All Freight Bills To:**

☐ Shipper  ☐ Consignee  ☐ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | Weight | Miles |
|---|---|---|---|---|
| | PO# 350 76840 | | | |
| 4-1 | C175 T | 5-1 C1 80 T | | |
| 4-2 | C1 75 T | 5-2 C1 80 T | | |
| 7-1 | C1 85 T | 2-7 C1 65 T | | |
| 2-8 | C1 65 T | 2-5 C1 65 T | | |
| 2-1 | C1 65 T | 2-6 C1 65 T | | |
| 2-3 | C1 65 T | | | |
| 2-4 | C1 65 T | | | |
| 2-2 | C1 65 T | | | |
| 3-4 | C1 70 T | | | |
| 1-8 | C1 60 T | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name   Transportation Manager    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____    Truck Number _____
          Driver

Witnessed _____    Date _____    Time _____
          Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
          Crew Foreman

Witnessed _____    Date _____    Time _____
          Driver

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418762    309159

| | | |
|---|---|---|
| Name of Carrier: CH Robinson | Carrier Number: | BOL No. Load 1 |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26 | Delv. Date and Time: 1/2/18 |

TO Consignee: PG E

From Shipper: Bossier City, LA 71111   5031 Hazel Song

Send All Freight Bills To: ☐ Shipper ☒ Consignee ☐ Third Party

Street: 2543 S. 5th Ave

City/State: Oroville CA   Zip Code: 95965

Delivery/Special Instructions: 209-492
Charlie Mozool

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418762          PO # 550117 6797 | | |
| 5-1 | HI 70 | | |
| 1-6 | CI 65 | | |
| 1-1 | CI 65          8 HI 65 T | | |
| 1-5 | CI 65          14 CI 65 T | | |
| 1-4 | CI 65 | | |
| 4-3 | HI 65 | | |
| 4-2 | HI 65 | | |
| 1-12 | CI 65 | | |
| 4-1 | HI 65 | | |
| 1-10 | CI 65 | | |
| 1-8 | CI 65 | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager     Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _____   Driver   Truck Number # 116

Witnessed _____   Name of Trucking Company   Date 12/27/18   Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
Crew Foreman

Witnessed _____   Date _____   Time _____
Driver

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

| | |
|---|---|
| Name of Carrier: CHROMNSON | Carrier Number: |
| Carrier Code: OPUX | Pick-Up Date and Time: 12/26 |
| | BOL No. Load 1 |
| | Delv. Date and Time: 1/2/18 |

TO Consignee: PGE
Street: 2593 S. 5th Ave
City/State: Oroville, CA  Zip Code: 95965

Delivery/Special Instructions:
Chewlene McLeod 209-492-1600

From Shipper: Bossier City LA 71111
5031 Hazel Jones

Send All Freight Bills To:
☐ Shipper  ☐ Consignee  ☒ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 1-14 CI VS  DO 35011 76 297 | | |
| 1 | 4-9 HI -VS | | |
| 1 | 4-8 HI VS | | |
| 1 | -9 CI VS | | |
| 1 | 1-11 CI VS | | |
| 1 | 4-7 HI VS | | |
| 1 | 1-13 CI VS | | |
| 1 | 1-7 CI VS | | |
| 1 | 1-3 CI VS | | |
| 1 | 4-4 HI VS | | |
| 1 | 1-2 CI VS | | |
| 1 | 4-5 HI VS | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___  Telephone No. _____  After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver  Truck Number _____

Witnessed _____ Name of Trucking Company  Date _____  Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman  Company _____

Witnessed _____ Driver  Date _____  Time _____

# Sabre·FWT

**Load Verification Inspection**

DATE: 12-19-18   BOL#: 300159 / 300/MP   Job# 418767   Truck# _____   Check Box

H1 7 0 H1

| | | | | |
|---|---|---|---|---|
| | 5-1 | 4-3 1-14 | 1-13 | |
| | | 4-2 4-9 | 1-7 | |
| | 1-6 1-12 4-8 | 1-3 | |
| | 1-1 4-1 1-9 | 4-4 | |
| | 1-1 1-10 1-11 | 1-2 | |
| | 5-1 1-8 4-7 | 4-5 | |
| | 4-1 | ✗ | |

23 Female sections

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _Anthony Martinez_ (signature)

Forklift Driver (if Needed): _____

# Sabre Industries™

**BILL OF LADING - Short Form. Not Negotiable**

418762

309160

| | | |
|---|---|---|
| Name of Carrier: CH no pinJon | Carrier Number: | BOL No. Load 2 |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26 | Delv. Date and Time: 1/2 |
| TO Consignee: PG&E | From Shipper: Bossier City LA 71111 | Send All Freight Bills To: ☐ Shipper ☒ Consignee ☐ Third Party |
| Street: 2593 E. 5th Ave | | |
| City/State: Oroville, CA   Zip Code: 95965 | | |

Delivery/Special Instructions:

Marlene McLeod 2094921060

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | | | Weight | Miles |
|---|---|---|---|---|---|---|
| | PO # 350 117679 T | | | | 25K lbs | |
| 1 | 1-10 | C1 | 65 | T | 418762 (1 C1 65 T | |
| 1 | 1-14 | C1 | 105 | T | 5 #1 65 T) | |
| 1 | 1-9 | C1 | 65 | T | | |
| 1 | 1-1 | C1 | 65 | T | | |
| 1 | 1-4 | C1 | 65 | T | | |
| 1 | 4-5 | #1 | 105 | T | | |
| 1 | 1-6 | C1 | 65 | T | | |
| 1 | 1-13 | C1 | 65 | T | | |
| 1 | 1-3 | C1 | 105 | T | | |
| 1 | 4-7 | #1 | 65 | T | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name   Transportation Manager     Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ (Driver)     Truck Number # 13

Witnessed _____ GM (Name of Trucking Company)     Date 12/28/18     Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ (Crew Foreman)     Company _____

Witnessed _____ (Driver)     Date _____   Time _____

Case: 19-30088   Doc# 3060-1   Filed: 07/18/19   Entered: 07/18/19 13:40:25   Page 24 of 52



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: | Carrier Number: | BOL No. |
|---|---|---|
| Carrier Code: | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper  ☐ Consignee  ☐ Third Party |
| City/State:     Zip Code: | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO # 3501176797 | | |
| 4-4 | HI 65 T | | |
| 4-8 | HI 65 T | | |
| 1-12 | CI 65 T | | |
| 4-1 | HI 65 T | | |
| 1-5 | CI 65 T | | |
| 1-6 | CI 65 T | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____   Truck Number_____
         Driver

Witnessed_____   Date_____   Time_____
         Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____   Company_____
         Crew Foreman

Witnessed_____   Date_____   Time_____
         Driver

Case: 19-30088   Doc# 3060-1   Filed: 07/18/19   Entered: 07/18/19 13:40:25   Page 25 of 52

# Sabre · FWT

## Load Verification Inspection

DATE: _____  BOL# 3013534 Leo  Job# 418762  Truck# _____

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

Check Box

1-10   1-4   1-3   1-12
1-14   4-5   4-7   4-1
1-9    1-6   4-4   1-5
1-1    1-13  4-8   1-6

16 male sections

Comments: _____
_____
_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418762 L3    309163

| | |
|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: |
| Carrier Code: **CPUX** | Pick-Up Date and Time: **01/04/19** |
| | BOL No. **MSF-309163** |
| | Delv. Date and Time: **01/07/19 00:00** |

TO Consignee: **PG&E**

Street:

City/State: **Oroville     CA   95965**     Zip Code:

From Shipper:
**Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111**

Send All Freight Bills To:
☐ Shipper   ☒ Consignee   ☐ Third Party

Delivery/Special Instructions:
**Charlene McLoad
209-492-1669**

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418762 Load#: 0 | 17,228 | 0 |
| | 0 | | |
| 1 | 418762-1-11   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-1-2   Customer PO: 3501176797 PO Ln: 2 418762-3509-B | 824 | |
| 1 | 418762-1-7   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-1-8   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-2-1   Customer PO: 3501176797 PO Ln: 4 418762-3510-T | 1,141 | |
| 1 | 418762-3-1   Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____      DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name  Transportation Manager    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _Yaras Allen_      Truck Number _511_
_____ Driver _____

Witnessed _IXCHEL MARIE_   Date _1-4-19_   Time _____
_____ Name of Trucking Company _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
_____ Crew Foreman _____

Witnessed _____   Date _____   Time _____
_____ Driver _____



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: Customer Pickup | Carrier Number: | BOL No.: MSF-309163 |
|---|---|---|
| Carrier Code: CPUX | Pick-Up Date and Time: 01/04/19 | Delv. Date and Time: 01/07/19 00:00 |

**TO Consignee:** PG&E

| From Shipper: Bossier City, LA 5031 Hazel Jones Road Bossier City, LA 71111 | Send All Freight Bills To: ☐ Shipper  ☒ Consignee  ☐ Third Party |
|---|---|

Street:

City/State: Oroville   CA   Zip Code: 95965

Delivery/Special Instructions: Charlene McLeod 209-492-1669

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418762-3-2    Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 | |
| 1 | 418762-2-1    Customer PO: 3501176797 PO Ln: 4 418762-3511-B | 892 | |
| 1 | 418762-3-1    Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 | |
| 1 | 118762-3-2    Customer PO: 3501176797 PO Ln: 8 118762-3513-B | 1,268 | |
| 1 | 418762-4-6    Customer PO: 3501176797 PO Ln: 7 418762-3525-T | 1,010 | |
| 1 | 418762-4-2    Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 | |
| 1 | 418762-4-3    Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 | |
| 1 | 418762-4-5    Customer PO: 3501176797 PO Ln: 7 418762-3526-B | 837 | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___ Transportation Manager ___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ 100,000.00 .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____   Truck Number_____
                    Driver

Witnessed_____   Date_____   Time_____
          Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____   Company_____
          Crew Foreman

Witnessed_____   Date_____   Time_____
                    Driver



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: | | Carrier Number: | BOL No. |
|---|---|---|---|
| **Customer Pickup** | | | **MSF-309163** |

| Carrier Code: | | Pick-Up Date and Time: | Delv. Date and Time: |
|---|---|---|---|
| **CPUX** | | **01/04/19** | **01/07/19  00:00** |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
|---|---|---|
| **PG&E** | **Bossier City, LA** | |
| Street: | **5031 Hazel Jones Road** | Shipper ☐  Consignee ☒  Third Party ☐ |
| | **Bossier City, LA 71111** | |
| City/State: | Zip Code: | |
| **Oroville  CA  95965** | | |
| Delivery/Special Instructions: | | |
| **Charlene McLeod** | | |
| **209-492-1689** | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418762-6-1    Customer PO: 3501176797 PO Ln: 3 418762-3536-T | 1,281 | |
| 1 | 418762-6-1    Customer PO: 3501176797 PO Ln: 3 418762-3539-B | 1,387 | |
| 1 | 418762-5-1    Customer PO: 3501176797 PO Ln: 6 418762-3611-B | 892 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00** .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____    Truck Number_____
       Driver

Witnessed_____    Date_____    Time_____
         Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____    Company_____
       Crew Foreman

Witnessed_____    Date_____    Time_____
         Driver



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: **Customer Pickup** | Carrier Number: | BOL No. **MSF-309163** |
|---|---|---|
| Carrier Code: **CPUX** | Pick-Up Date and Time: **01/04/19** | Delv. Date and Time: **01/07/19  00:00** |

| TO Consignee: **PG&E** | From Shipper: **Bossier City, LA** **5031 Hazel Jones Road** **Bossier City, LA 71111** | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper   ☒ Consignee   ☐ Third Party |
| City/State: **Oroville        CA   95965**   Zip Code: | | |
| Delivery/Special Instructions: **Charlene McLeod** **209-492-1669** | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | Please deliver to the following location: | | |
| | | | |
| | 2502 South 5th Ave. Oroville, CA 95965 | | |
| | | | |
| | 72 Hour Advanced Notice by driver. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name ___Transportation Manager___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00** .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____   Truck Number_____
                Driver

Witnessed_____   Date_____   Time_____
        Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____   Company_____
                Crew Foreman

Witnessed_____   Date_____   Time_____
                Driver



THE NEW
**Sabre-FWT**

JOB# 418762

BOL# ~~309163~~ 309163

## SABRE-FWT CORPORATION'S FREIGHT IS VERY TIME SENSITIVE

1. I UNDERSTAND THE HOURS NEEDED TO REACH THE DESTINATION AND I HAVE THE AVAILABLE DRIVING HOURS NEEDED TO COMPLETE THE DELIVERY IN A TIMELY MANNER.
2. I CAN COVER THE MILES NEEDED TO DRIVE AND BE ON TIME PER APPT DAY AND TIME, (<u>LISTED ON BILL OF LADING</u>) AND DELIVER ON TIME ACCORDING TO ACTUAL LOAD TIME LEAVING SABRE FACILITIES.
3. IN THE EVENT OF ANY SITUATION OR CIRCUMSTANCE WHICH MIGHT CAUSE DELAY IN DELIVERY, I AGREE TO GIVE A 24-48 HOUR NOTICE, OR AS MUCH NOTICE AS POSSIBLE, OF SUCH POSSIBLE DELAY TO SABRE-FWT COMMUNICATIONS CORPORATION BY CALLING SABRE AT 866-254-3707 AND INFORM SABRE OF THE DELAY.

DRIVER(S) PLEASE GO OVER ITEMS LISTED ABOVE AND VERIFY ALL ARE IN ORDER TO MAKE SURE YOU UNDERSTAND LOAD SEVERITY AND YOU CAN DELIVER LOAD ON TIME. IF ANSWER IS (NO) TO ANY OF THE ABOVE YOU NEED TO CALL YOUR DISPATCH PRIOR TO LOADING AND/OR MOVING THE LOAD.

<u>IF YOU DO NOT NOTIFY AND/OR DO NOT MAKE ON TIME DELIVERY DUE TO DRIVER NEGLIGENCE, DAMAGES LISTED BELOW COULD BE APPLIED AND CHARGES/DETENTION WILL BE ASSESSED TO YOUR COMPANY.</u>

1. BACK CHARGES FOR CRANE DOWNTIME.
2. BACK CHARGES FOR CREW DOWNTIME.

ARRIER(S) NOT LIABLE FOR DELAY WHEN SUCH DELAY IS CAUSED BY ACT OF GOD, WORK STOPPAGE, IMPASSABLE IGHWAYS, BRIDGES, WAR, REBELLION, RIOT OR THE ACT OF PUBLIC AUTHORITY.

E REQUIREMENTS

signing this document the driver verifies they have all the personal protective equipment (PPE) required (i.e. dhat, ANSI-approved safety glasses/prescription safety glasses with side shields, high-visibility reflective vest, k gloves appropriate for the potential hazards {Jersey gloves are not permitted to be worn as the only means of tection}, and protective toe footwear that meet the safety-toe specifications as ASTM F2413-05 with compression ng of C75). When required hearing protection devices and Fire Retardant clothing.

ER SIGNATURE: _Lucas Allen_



# Sabre Communications™ Corporation

## Miscellaneous Shipment Authorization

| | | | |
|---|---|---|---|
| **Pack ID** 309163 | **Customer** PG&E | **Site State** CA | **Site Name** PO 3501176797 WPES |
| | **Requested By** cgarcia | **Site Country** | |
| **Ship Date** 1/4/2019 | **Arrive Date/Time** 01/07/2019 12:00 AM | **Model** | **Height** 0.00 |

| | | | |
|---|---|---|---|
| **ShipmentType** 4. CPU | **Material To Ship** Utility | **Est Truck Loads** | **Ship From** Bossier City |
| **Cosignee** PG&E | **Contact Name\Phone\Cell** Charlene McLoed 209-492-1669 | **Ship Address** Oroville, CA 95965 | |

**Directions**
SO# 418762, PG&E, PO# 3501176797

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | Order Number: 418762 | | |
| 2 | 1 | 418762-3509-B | | 824.00 |
| 3 | 1 | 418762-3526-B | | 837.00 |
| 4 | 1 | 418762-3526-B | | 837.00 |
| 5 | 1 | 418762-3513-B | | 1,268.00 |
| 6 | 1 | 418762-3509-B | | 824.00 |
| 7 | 1 | 418762-3611-B | | 892.00 |
| 8 | 1 | 418762-3526-B | | 837.00 |
| 9 | 1 | 418762-3511-B | | 892.00 |
| 10 | 1 | 418762-3509-B | | 824.00 |
| 11 | 1 | 418762-3513-B | | 1,268.00 |
| 12 | 1 | 418762-3509-B | | 824.00 |
| 13 | 1 | 418762-3539-B | | 1,387.00 |
| 14 | 1 | 418762-3510-T | | 1,141.00 |
| 15 | 1 | 418762-3510-T | | 1,141.00 |
| 16 | 1 | 418762-3510-T | | 1,141.00 |
| 17 | 1 | 418762-3525-T | | 1,010.00 |
| 18 | 1 | 418762-3536-T | | 1,281.00 |

| | | |
|---|---|---|
| Approved By: kharper | **Total Weight:** | **17,228.00** |

Case: 19-30088    Doc# 3060-1    Filed: 07/18/19    Entered: 07/18/19 13:40:25    Page 32 of 52

MSE-309163

Customer Pickup

01/04/19                01/07/19   00:00

CPUX

PG&E                    Bossier City, LA                X
                        5031 Hazel Jones Road
                        Bossier City, LA 71111

Oroville        CA    95965

Charlene McLoed
209-492-1669

                                                        17,228   0

    418762 Load#: 0

    0
1   418762-1-11   Customer PO: 3501176797 PO Ln: 5 418762-3509-B    824
1   418762-1-2    Customer PO: 3501176797 PO Ln: 2 418762-3509-B    824
1   418762-1-7    Customer PO: 3501176797 PO Ln: 5 418762-3509-B    824
1   418762-1-8    Customer PO: 3501176797 PO Ln: 5 418762-3509-B    824
1   418762-2-1    Customer PO: 3501176797 PO Ln: 4 418762-3510-T    1,141
1   418762-3-1    Customer PO: 3501176797 PO Ln: 8 418762-3510-T    1,141

                                                        100,000.00

Customer Pickup                                              MSE-309163

CPUX                                    01/04/19         01/07/19   00:00

PG&E                                    Bossier City, LA                X
                                        5031 Hazel Jones Road
                                        Bossier City, LA 71111

Oroville        CA   95965

Charlene McLoed
209-492-1669

| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 |
| 1 | 418762-2-1 | Customer PO: 3501176797 PO Ln: 4 418762-3511-B | 892 |
| 1 | 418762-3-1 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 |
| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 |
| 1 | 418762-4-6 | Customer PO: 3501176797 PO Ln: 7 418762-3525-T | 1,010 |
| 1 | 418762-4-2 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 |
| 1 | 418762-4-3 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 |
| 1 | 418762-4-9 | Customer PO: 3501176797 PO Ln: 7 418762-3526-B | 837 |

100,000.00

Customer Pickup                                    MSE-309163

CPUX                            01/04/19            01/07/19  00:00

PG&E                            Bossier City, LA
                                5031 Hazel Jones Road              X
                                Bossier City, LA 71111

Oroville        CA   95965

Charlene McLoed
209-492-1669

| 1 | 418762-6-1 | Customer PO: 3501176797 PO Ln: 3 418762-3536-T | 1,281 |
| 1 | 418762-6-1 | Customer PO: 3501176797 PO Ln: 3 418762-3539-B | 1,387 |
| 1 | 418762-5-1 | Customer PO: 3501176797 PO Ln: 6 418762-3611-B | 892 |

100,000.00

Customer Pickup

MSE-309163

CPUX

01/04/19

01/07/19  00:00

PG&E

Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

X

Oroville     CA   95965

Charlene McLoed
209-492-1669

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

100,000.00



# Sabre·FWT

## Load Verification Inspection

DATE: _____  BOL#: _____  Job#: __418 762__  Truck#: _____

| | | Check Box |
|---|---|---|

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

80 H2 - 6 - 1    1-2   2-1   4-3
65 H 1 - 4-6    6-1   4-9   3-1
80 C1 - 3-1    3-2   5-1   1-7
70 C1 - 2-1    1-8   1-11   4-2
80 C1   3-2

12 male section
5 female section

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (If Needed): _____

# Sabre · FWT

## Load Verification Inspection

DATE: _____   BOL# ~~300MMM~~ 300163   Job# 418762   Truck# _____   Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

```
6-1    4-9    4-2
1-2    5-1    1-7
3-2    2-1    3-1
1-8    1-11   4-3
```

12-male section

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

## Sabre Industries™

411 8823  PG 1  BOL No. 309179

| Name of Carrier: CH Robinson | Carrier Number: | BOL No. L1 |
| Carrier Code: CHVR | Pick-Up Date and Time: 1226 | Delv. Date and Time: 1/2/18 |

TO Consignee: PG&E

Street: 2593 South 5th Ave.

City/State: Oroville, CA   Zip Code: 95965

From Shipper:

Send All Freight Bills To:
☐ Shipper   ☒ Consignee   ☐ Third Party

Delivery/Special Instructions:

Charlene McLeod 209-492-1409

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418823   3501 707 92 | | |
| 1 | 1 - 9   C1  V5 | | |
| 1 | 1 - 3   C1  V5 | | |
| 1 | 1 - 2   C1  V5 | | |
| 1 | 3 - 1   H1  V5 | | |
| 1 | 3 - 6   H1  V5 | | |
| 1 | 1 - 8   C1  V5 | | |
| 1 | 3 - 10  H1  V5 | | |
| 1 | 1 - 6   C1  V5 | | |
| 1 | 1 - 7   C1  V5 | | |
| 1 | 3 - 9   H1  V5 | | |
| 1 | 1 - 4   C1  V5 | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name ___Transportation Manager___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____.

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _____ Driver   Truck Number 723

Witnessed _____ Name of Trucking Company   Date 12/31/18   Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman   Company _____

Witnessed _____ Driver   Date _____   Time _____

# Sabre Industries™

## BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: | Carrier Number: | BOL No. L1 |
| --- | --- | --- |
| Carrier Code: | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
| --- | --- | --- |
| Street: | | ☐ Shipper  ☐ Consignee  ☐ Third Party |
| City/State:        Zip Code: | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
| --- | --- | --- | --- |
| | 418823    DO # 350 1176792 | | |
| 1 | 3-5    H1 65    B | | |
| 1 | 2-1    C1 75    B | | |
| 1 | 3-8    H1 65    B | | |
| 1 | 3-2    H1 65    B | | |
| 1 | 1-2    C1 65    B | | |
| | 1  C1  75  B | | |
| | 9  C1  65  B | | |
| | 7  H1  65  B | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _____    Truck Number _17_ _____
        Driver

Witnessed _____    Date _____    Time _____
        Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
        Crew Foreman

Witnessed _____
        Driver

Case: 19-30088   Doc# 3060-1   Filed: 07/18/19   Entered: 07/18/19 13:40:25   Page 40 of 52

# Sabre·FWT

## Load Verification Inspection

DATE: _____ BOL# _____ Job# 823 Truck# _____ | Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

1-9 1-3 1-2 3-1
3-6 1-8 3-10 1-6
1-7 3-9 1-4 3-5
2-1 3-8 3-2 1-1

(6) Verify protective caps are in place where required.

16 male sections

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

2- gs

Comments: _____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# Sabre · FWT

## Load Verification Inspection

DATE: 12-19-18    BOL#: _____    Job# 418767    Truck#: _____    **Check Box**

(1) Verify information on ID tag matches information on the section.

H1 70

5-1   4-3   1-14   1-13
      4-2   4-9   1-7
1-6   1-12   4-8   1-3
    4-1   1-9   4-4
1-1   1-10   1-11   1-2
1-5   1-8   4-7   4-5

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

H1

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

23 Female sections

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _Anthony Frazier_

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**(L2)** 309181

| | |
|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: | BOL No. **MSF-309181** |
| Carrier Code: **CPUX** | Pick Up Date and Time: **01/04/19** | Dely. Date and Time: **00:00** |
| TO Consignee: **PG&E** | From Shipper: **Bossier City, LA** | Send All Freight Bills To: |
| Street: | **5031 Hazel Jones Road** | ☐ Shipper  ☒ Consignee  ☐ Third Party |
| City/State: **Oroville**  CA  Zip Code: **95965** | **Bossier City, LA 71111** | |
| Delivery/Special Instructions: **Charlene McLoed 209-492-1669** | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418823 Load#: 0 | 23,801 | 0 |
| | 0 | | |
| 1 | 418823-1-1  Customer PO: 3501176792 PO Ln: 2 Class-C1 - 65' [11.5' embed] M260037 418823-3508-1 | 1,025 | |
| 1 | 418823-1-2  Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-3  Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-4  Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-5  Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-6  Customer PO: 3501176792 PO Ln: 1 418823-3508-1 | 1,025 | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name  Transportation Manager  Telephone No. _____  After Hrs. No. **100,000.00**

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver    Truck Number **739**

Witnessed **American Machine**  Name of Trucking Company  Date **1/4/19**    Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman    Company _____

Witnessed _____ Driver    Date _____    Time _____



**BILL OF LADING - Short Form. Not Negotiable**

| | |
|---|---|
| Name of Carrier: Customer Pickup | Carrier Number: | BOL No. MSF-309181 |
| Carrier Code: CPUX | Pick Up Date and Time: 01/04/19 | Delv. Date and Time: 01/07/19 00:00 |

TO Consignee:
PG&E

Street:

City/State: Oroville    CA    Zip Code: 95965

Delivery/Special Instructions:
Charlene McLeod
209-492-1669

From Shipper: Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

Send All Freight Bills To:

| Shipper | Consignee [X] | Third Party |
|---|---|---|

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-1-7    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-8    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-9    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 118823-1-5    Customer PO: 3501176792 PO Ln: 1 118823-3509-B | 821 | |
| 1 | 418823-2-1    Customer PO: 3501176792 PO Ln: 1 418823-3510-T | 1,141 | |
| 1 | 418823-3-1    Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-10   Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-2    Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name  Transportation Manager    Telephone No. _____    After Hrs. No. 100,000.00

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____    Truck Number_____
          Driver

Witnessed_____    Date_____    Time_____
          Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____    Company_____
          Crew Foreman

Witnessed_____    Date_____    Time_____
          Driver



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: Customer Pickup | Carrier Number: | BOL No. MSF-309181 |
|---|---|---|
| Carrier Code: CFUX | Pick Up Date and Time: 07/03/19 | Delv. Date and Time: 01/07/19  00:00 |

| TO Consignee: PG&E | From Shipper: Bossier City, LA 5031 Hazel Jones Road Bossier City, LA 71111 | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper   ☒ Consignee   ☐ Third Party |
| City/State: Oroville          CA   95965  Zip Code: | | |
| Delivery Special Instructions: Charlene McLeod  209-492-1669 | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-3-3     Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-4     Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-5     Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 118823-3-6     Customer PO: 3501176792 PO Ln: 3 118823-3525-T | 1,010 | |
| 1 | 418823-3-7     Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-8     Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-9     Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-3     Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___    Telephone No. _____    After Hrs. No. 100,000.00

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____.

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____     Truck Number _____
              Driver

Witnessed _____     Date _____     Time _____
              Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____     Company _____
              Crew Foreman

Witnessed _____     Date _____     Time _____
              Driver

Case: 19-30088   Doc# 3060-1   Filed: 07/18/19   Entered: 07/18/19 13:40:25   Page 45 of 52



# BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: Customer Pickup | Carrier Number: | BOL No. MSF-309181 |
|---|---|---|
| Carrier Code: CPUX | Pick Up Date and Time: 01/03/19 | Dely. Date and Time: 01/07/19 00:00 |

| TO Consignee: PG&E | From Shipper: Bossier City, LA 5031 Hazel Jones Road Bossier City, LA 71111 | Send All Freight Bills To: |
|---|---|---|
| Street: | | Shipper ☐  Consignee ☒  Third Party ☐ |
| City/State: Oroville   CA   Zip Code: 95965 | | |
| Delivery/Special Instructions: Charlene McLeod 209-492-1669 | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-3-4    Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 | |
| 1 | 418823-3-7    Customer PO: 3501176792 PO Ln: 5 418823-3526-B | 837 | |
| | Please deliver to the following location: | | |
| | | | |
| | 2592 South 5th Ave. Oroville, CA 95965 | | |
| | | | |
| | 72 Hour Advanced Notice by driver. | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___Transportation Manager___   Telephone No. _____  After Hrs. No. 100,000.00

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Truck Number _____
              Driver

Witnessed _____   Date _____   Time _____
              Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
              Crew Foreman

Witnessed _____   Date _____   Time _____
              Driver



THE NEW
Sabre · FWT)

JOB# 4|78823

BOL# 304181

## SABRE-FWT CORPORATION'S FREIGHT IS VERY TIME SENSITIVE

1. I UNDERSTAND THE HOURS NEEDED TO REACH THE DESTINATION AND I HAVE THE AVAILABLE DRIVING HOURS NEEDED TO COMPLETE THE DELIVERY IN A TIMELY MANNER.
2. I CAN COVER THE MILES NEEDED TO DRIVE AND BE ON TIME PER APPT DAY AND TIME, (LISTED ON BILL OF LADING) AND DELIVER ON TIME ACCORDING TO ACTUAL LOAD TIME LEAVING SABRE FACILITIES.
3. IN THE EVENT OF ANY SITUATION OR CIRCUMSTANCE WHICH MIGHT CAUSE DELAY IN DELIVERY, I AGREE TO GIVE A 24-48 HOUR NOTICE, OR AS MUCH NOTICE AS POSSIBLE, OF SUCH POSSIBLE DELAY TO SABRE-FWT COMMUNICATIONS CORPORATION BY CALLING SABRE AT 866-254-3707 AND INFORM SABRE OF THE DELAY.

DRIVER(S) PLEASE GO OVER ITEMS LISTED ABOVE AND VERIFY ALL ARE IN ORDER TO MAKE SURE YOU UNDERSTAND LOAD SEVERITY AND YOU CAN DELIVER LOAD ON TIME. IF ANSWER IS (NO) TO ANY OF THE ABOVE YOU NEED TO CALL YOUR DISPATCH PRIOR TO LOADING AND/OR MOVING THE LOAD.

IF YOU DO NOT NOTIFY AND/OR DO NOT MAKE ON TIME DELIVERY DUE TO DRIVER NEGLIGENCE, DAMAGES LISTED BELOW COULD BE APPLIED AND CHARGES/DETENTION WILL BE ASSESSED TO YOUR COMPANY.

1. BACK CHARGES FOR CRANE DOWNTIME.
2. BACK CHARGES FOR CREW DOWNTIME.

ARRIER(S) NOT LIABLE FOR DELAY WHEN SUCH DELAY IS CAUSED BY ACT OF GOD, WORK STOPPAGE, IMPASSABLE IGHWAYS, BRIDGES, WAR, REBELLION, RIOT OR THE ACT OF PUBLIC AUTHORITY.

'E REQUIREMENTS

signing this document the driver verifies they have all the personal protective equipment (PPE) required (i.e. 'dhat, ANSI-approved safety glasses/prescription safety glasses with side shields, high-visibility reflective vest, rk gloves appropriate for the potential hazards {Jersey gloves are not permitted to be worn as the only means of tection}, and protective toe footwear that meet the safety-toe specifications as ASTM F2413-05 with compression 1g of C75). When required hearing protection devices and Fire Retardant clothing.

ER SIGNATURE:


Sabre Communications™ Corporation

## Miscellaneous Shipment Authorization

| | | | |
|---|---|---|---|
| **Pack ID** 309181 | **Customer** PG&E | **Site State** CA | **Site Name** PO 3501176792 WPES |
| | **Requested By** cgarcia | **Site Country** | |
| **Ship Date** 1/4/2019 | **Arrive Date/Time** 01/07/2019 12:00 AM | **Model** | **Height** 0.00 |

| | | | |
|---|---|---|---|
| **ShipmentType** 4. CPU | **Material To Ship** Utility | **Est Truck Loads** | **Ship From** Bossier City |
| **Cosignee** PG&E | **Contact Name\Phone\Cell** Charlene McLoed 209-492-1669 | **Ship Address** Oroville, CA 95965 | |

**Directions**
SO# 418823, PG&E, PO# 3501176792

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | Order Number: 418823 | | |
| | | | | 1,025.00 |
| 2 | 1 | | 418823-3508-T | 1,025.00 |
| 3 | 1 | | 418823-3508-T | 1,025.00 |
| 4 | 1 | | 418823-3508-T | 1,010.00 |
| 5 | 1 | | 418823-3525-T | 1,010.00 |
| 6 | 1 | | 418823-3525-T | 1,025.00 |
| 7 | 1 | | 418823-3508-T | 1,025.00 |
| 8 | 1 | | 418823-3508-T | 1,010.00 |
| 9 | 1 | | 418823-3525-T | 1,025.00 |
| 10 | 1 | | 418823-3508-T | 1,010.00 |
| 11 | 1 | | 418823-3525-T | 1,010.00 |
| 12 | 1 | | 418823-3525-T | 1,025.00 |
| 13 | 1 | | 418823-3508-T | 1,010.00 |
| 14 | 1 | | 418823-3525-T | 1,025.00 |
| 15 | 1 | | 418823-3508-T | 1,010.00 |
| 16 | 1 | | 418823-3525-T | 1,025.00 |
| 17 | 1 | | 418823-3508-T | 1,010.00 |
| 18 | 1 | | 418823-3525-T | 1,141.00 |
| 19 | 1 | | 418823-3510-T | 1,010.00 |
| 20 | 1 | | 418823-3525-T | 1,010.00 |
| 21 | 1 | | 418823-3525-T | 837.00 |
| 22 | 1 | | 418823-3526-B | 837.00 |
| 23 | 1 | | 418823-3526-B | 824.00 |
| 24 | 1 | | 418823-3509-B | 837.00 |
| 25 | 1 | | 418823-3526-B | |

**Approved By: cgarcia**

**Total Weight:** 23,801.00

Printed on January 04, 2019 at 12:03:48 PM

Customer Pickup                                              MSE-309181

CPUX                                      01/04/19          01/07/19   00:00

PG&E                                      Bossier City, LA
                                          5031 Hazel Jones Road              X
                                          Bossier City, LA 71111

Oroville        CA    95965

Charlene McLoed
209-492-1669

| | 418823 Load#: 0 | | 23,801 | 0 |
| | 0 | | | |
| 1 | 418823-1-1 | Customer PO: 3501176792 PO Ln: 2 Class-C1 - 65' [11.5' embed]-M350087 418823-3508-T | 1,025 | |
| 1 | 418823-1-2 | Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-3 | Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-4 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-5 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-6 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |

100,000.00

Customer Pickup                                         MSE-309181

CPUX                                      01/04/19        01/07/19  00:00

PG&E                                      Bossier City, LA
                                          5031 Hazel Jones Road          X
                                          Bossier City, LA 71111

Oroville        CA    95965

Charlene McLoed
209-492-1669

| 1 | 418823-1-7  | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-8  | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-9  | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-5  | Customer PO: 3501176792 PO Ln: 4 418823-3509-B | 824 |
| 1 | 418823-2-1  | Customer PO: 3501176792 PO Ln: 1 418823-3510-T | 1,141 |
| 1 | 418823-3-1  | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-10 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-2  | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |

100,000.00

Customer Pickup

MSE-309181

CPUX

01/04/19

01/07/19   00:00

PG&E

Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

X

Oroville        CA    95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418823-3-3 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-4 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-5 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-6 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-7 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-8 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-9 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-3 | Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 |

100,000.00

MSE-309181

Customer Pickup

CPUX                                        01/04/19        01/07/19  00:00

PG&E                                        Bossier City, LA                X
                                            5031 Hazel Jones Road
                                            Bossier City, LA 71111

Oroville        CA    95965

Charlene McLoed
209-492-1669

| 1 | 418823-3-4 | Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 |
| 1 | 418823-3-7 | Customer PO: 3501176792 PO Ln: 5 418823-3526-B | 837 |

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

100,000.00