# Exhibit 2

| Invoice # | Part number | ID Tag # | Sabre Industries DWG# | PO Line# | PG&E Code # | Str Height |
|---|---|---|---|---|---|---|
| 541757 | 418579-1 | 418579-1-1 | 418579-305A | 014 | M350086 | 60 |
| 541757 | 418579-2 | 418579-2-1 | 418579-317A | 009 | M350108 | 55 |
| 541757 | 418579-3 | 418579-3-1 | 418579-318A | 003 | M350109 | 60 |
| 541757 | 418579-3 | 418579-3-2 | 418579-318A | 003 | M350109 | 60 |
| 541757 | 418579-4 | 418579-4-1 | 418579-319A | 002 | M350111 | 65 |
| 541757 | 418579-4 | 418579-4-2 | 418579-319A | 002 | M350111 | 65 |
| 541757 | 418579-4 | 418579-4-3 | 418579-319A | 008 | M350111 | 65 |
| 541757 | 418579-4 | 418579-4-4 | 418579-319A | 008 | M350111 | 65 |
| 541757 | 418579-5 | 418579-5-1 | 418579-320A | 013 | M350112 | 70 |
| 541757 | 418579-6 | 418579-6-1 | 418579-330A | 007 | M350125 | 55 |
| 541757 | 418579-6 | 418579-6-2 | 418579-330A | 012 | M350125 | 55 |
| 541757 | 418579-7 | 418579-7-1 | 418579-332A | 006 | M350129 | 65 |
| 541757 | 418579-7 | 418579-7-2 | 418579-332A | 006 | M350129 | 65 |
| 541757 | 418579-7 | 418579-7-3 | 418579-332A | 011 | M350129 | 65 |
| 541757 | 418579-8 | 418579-8-1 | 418579-343A | 001 | M350148 | 55 |
| 541757 | 418579-9 | 418579-9-1 | 418579-345A | 005 | M350150 | 65 |
| 541757 | 418579-9 | 418579-9-2 | 418579-345A | 010 | M350150 | 65 |
| 541757 | 418579-10 | 418579-10-1 | 418579-356A | 004 | M350926 | 65 |
| 540504 | 418351-1 | 418351-1-1 | 418351-35A | 001 | M350139 | 80 |
| 541758 | 418687-1 | 418687-1-1 | 418687-305A | 004 | M350109 | 60 |
| 541758 | 418687-1 | 418687-1-2 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-3 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-4 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-5 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-6 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-7 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-1 | 418687-1-8 | 418687-305A | 006 | M350086 | 60 |
| 541758 | 418687-2 | 418687-2-1 | 418687-306A | 001 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-2 | 418687-306A | 001 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-3 | 418687-306A | 001 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-4 | 418687-306A | 001 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-5 | 418687-306A | 001 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-6 | 418687-306A | 010 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-7 | 418687-306A | 010 | M350087 | 65 |
| 541758 | 418687-2 | 418687-2-8 | 418687-306A | 010 | M350087 | 65 |
| 541758 | 418687-3 | 418687-3-1 | 418687-307A | 002 | M350088 | 70 |
| 541758 | 418687-3 | 418687-3-2 | 418687-307A | 002 | M350088 | 70 |
| 541758 | 418687-3 | 418687-3-3 | 418687-307A | 002 | M350088 | 70 |
| 541758 | 418687-3 | 418687-3-4 | 418687-307A | 009 | M350088 | 70 |
| 541758 | 418687-4 | 418687-4-1 | 418687-308A | 008 | M350089 | 75 |
| 541758 | 418687-4 | 418687-4-2 | 418687-308A | 008 | M350089 | 75 |
| 541758 | 418687-5 | 418687-5-1 | 418687-309A | 003 | M350090 | 80 |
| 541758 | 418687-5 | 418687-5-2 | 418687-309A | 005 | M350090 | 80 |
| 541758 | 418687-6 | 418687-6-1 | 418687-318A | 011 | M350086 | 60 |
| 541758 | 418687-7 | 418687-7-1 | 418687-336A | 007 | M350140 | 85 |
| 542141 | 418762-1 | 418762-1-1 | 418762-306A | 001 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-2 | 418762-306A | 001 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-3 | 418762-306A | 001 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-4 | 418762-306A | 001 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-5 | 418762-306A | 001 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-6 | 418762-306A | 002 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-7 | 418762-306A | 002 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-8 | 418762-306A | 002 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-9 | 418762-306A | 002 | M350111 | 65 |
| 542141 | 418762-1 | 418762-1-10 | 418762-306A | 005 | M350087 | 65 |
| 542141 | 418762-1 | 418762-1-11 | 418762-306A | 005 | M350087 | 65 |
| 542141 | 418762-1 | 418762-1-12 | 418762-306A | 005 | M350087 | 65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 542141 | 418762-1 | 418762-1-13 | 418762-306A | 005 | M350087 | 65 |
| 542141 | 418762-1 | 418762-1-14 | 418762-306A | 005 | M350087 | 65 |
| 542141 | 418762-2 | 418762-2-1 | 418762-307A | 006 | M350112 | 70 |
| 542141 | 418762-3 | 418762-3-1 | 418762-309A | 008 | M350090 | 80 |
| 542141 | 418762-3 | 418762-3-2 | 418762-309A | 008 | M350090 | 80 |
| 542141 | 418762-4 | 418762-4-1 | 418762-319A | 005 | M350087 | 65 |
| 542141 | 418762-4 | 418762-4-2 | 418762-319A | 005 | M350087 | 65 |
| 542141 | 418762-4 | 418762-4-3 | 418762-319A | 005 | M350087 | 65 |
| 542141 | 418762-4 | 418762-4-4 | 418762-319A | 007 | M350111 | 65 |
| 542141 | 418762-4 | 418762-4-5 | 418762-319A | 007 | M350111 | 65 |
| 542141 | 418762-4 | 418762-4-6 | 418762-319A | 007 | M350111 | 65 |
| 542141 | 418762-4 | 418762-4-7 | 418762-319A | 007 | M350111 | 65 |
| 542141 | 418762-4 | 418762-4-8 | 418762-319A | 009 | M350087 | 65 |
| 542141 | 418762-4 | 418762-4-9 | 418762-319A | 009 | M350087 | 65 |
| 542141 | 418762-5 | 418762-5-1 | 418762-320A | 004 | M350008 | 70 |
| 542141 | 418762-6 | 418762-6-1 | 418762-335A | 003 | M350139 | 80 |
| 542142 | 418823-1 | 418823-1-1 | 418823-306A | 002 | M350087 | 65 |
| 542142 | 418823-1 | 418823-1-2 | 418823-306A | 002 | M350087 | 65 |
| 542142 | 418823-1 | 418823-1-3 | 418823-306A | 002 | M350087 | 65 |
| 542142 | 418823-1 | 418823-1-4 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-1 | 418823-1-5 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-1 | 418823-1-6 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-1 | 418823-1-7 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-1 | 418823-1-8 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-1 | 418823-1-9 | 418823-306A | 003 | M350011 | 65 |
| 542142 | 418823-2 | 418823-2-1 | 418823-308A | 001 | M350089 | 75 |
| 542142 | 418823-3 | 418823-3-1 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-2 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-3 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-4 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-5 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-6 | 418823-319A | 004 | M350087 | 65 |
| 542142 | 418823-3 | 418823-3-7 | 418823-319A | 005 | M350111 | 65 |
| 542142 | 418823-3 | 418823-3-8 | 418823-319A | 005 | M350111 | 65 |
| 542142 | 418823-3 | 418823-3-9 | 418823-319A | 005 | M350111 | 65 |
| 542142 | 418823-3 | 418823-3-10 | 418823-319A | 005 | M350111 | 65 |