BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
JLoeb@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Sabre Industries, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **In re:** | Case No. 19-30088 |
| **PG&E Corporation and Pacific Gas and Electric Company,** | (Jointly Administered) |
| | Chapter: 11 |
| **Debtors.** | **CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Blank Rome LLP, 2029 Century Park East, Sixth Floor, Los Angeles, California 90067.

On July 18, 2019, a true and correct copy of the foregoing document entitled **OBJECTION TO DEBTORS' NOTICE OF PROPOSED TREATMENT OF RECLAMATION CLAIMS** will be served or was served (i) by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed to the persons or entities listed on the attached service list, and (ii) by electronic mail addressed to the persons or entities listed on the attached service list.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 07/18/2019           BLANK ROME LLP

                            By: /s/ Jonathan A. Loeb
                                Jonathan A. Loeb

                            Attorneys for Sabre Industries, Inc.

# SERVICE LIST

Stephen Karotkin, Esq.
Liza Carens, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
stephen.karotkin@weil.com
liza.carens@weil.com

James L. Snyder, Esq.
Timothy Laffredi, Esq.
THE UNITED STATES TRUSTEE FOR REGION 17
450 Golden Gate Avenue
5th Floor, Suite 05-0153
San Francisco, California 94102
james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov

Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California, 90067
paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com

Robert A. Julian, Esq.
Cecily A. Dumas, Esq.
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, California 94111
rjulian@bakerlaw.com
cdumas@bakerlaw.com

Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com