ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

In re:

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the lead case, No. 19-30088(DM)*

Case Nos. 19-30088 (DM)

Chapter 11

**STATEMENT OF POSITION AND RESERVATION OF RIGHTS BY THE GHOST SHIP WAREHOUSE PLAINTIFFS' EXECUTIVE COMMITTEE CONCERNING THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**

DATE: July 24, 2019
TIME: 9:30 A.M.
PLACE: Courtroom 17
  450 Golden Gate Avenue,
  16th Fl.
  San Francisco, California
JUDGE: Hon. Dennis Montali

RELATED DOCKET NOS: 2741.

Like others who have appeared before this Court, the Plaintiffs' Executive Committee, appointed by the Superior Court of the State of California, in and for the County of Alameda, Case No. RG16843631 and related cases (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), party in interest in the above-referenced Chapter 11 case, does not presently takes a substantive position with regards to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to

Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code (hereinafter referred to as the "Motion to Terminate Exclusivity") (Docket No. 2741). The Ghost Ship Warehouse Plaintiffs' Executive Committee is still conducting its due diligence with regards to the Motion and the Term Sheet attached thereto.

The Ghost Ship Warehouse Plaintiffs' Executive Committee may be able to take a substantive position during the hearing scheduled for July 24, 2019, once it has conducted further due diligence and reviewed the responses of the various official committees and other parties in interest in the above-referenced Chapter 11. Accordingly, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully reserves the right to participate during the pivotal hearing scheduled for July 24, 2019, which could significantly impact the course of these Chapter 11 cases.

Dated: July 18, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: _____

Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee

Page 2 of 2
Case: 19-30088    Doc# 3063    Filed: 07/18/19    Entered: 07/18/19 14:52:05    Page 2 of 2