**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**OMNIBUS STIPULATION BETWEEN DEBTORS AND CERTAIN CLAIMANTS EXTENDING TIME TO FILE RECLAMATION NOTICE OBJECTIONS**<br><br>Re: Dkt. Nos. 699, 2789<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the parties whose signatures are attached to this Stipulation and Agreement for Order (collectively, the "**Claimants**"), on the other. The Debtors and the Claimants are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. By Order dated February 28, 2019, the Court established certain procedures (the "**Reclamation Procedures**") for the treatment of all claims seeking reclamation of Goods pursuant to section 546(c) of the Bankruptcy Code (the "**Reclamation Claims**") that may be asserted against the Debtors [Docket No. 699] (the "**Reclamation Procedures Order**").

B. On June 28, 2019, in accordance with the Reclamation Procedures, the Debtors filed that certain *Debtors' Notice of Proposed Treatment of Reclamation Claims* [Dkt. No. 2789] (the "**Reclamation Notice**"),[1] which listed the Reclamation Demands and the amount (if any) of each of the Asserted Reclamation Claims that the Debtors determined to be valid.

C. Pursuant to the Reclamation Procedures Order, the deadline for any party to object to the proposed treatment of its Reclamation Demand in the Reclamation Notice (the "**Objection Deadline**") is July 18, 2019, at 4:00 p.m. (Pacific Time).

D. Counsel for the Debtors and counsel for each of the Claimants have agreed to extend the Objection Deadline with respect to the proposed treatment of the Claimants' respective Reclamation Demands in the Reclamation Notice.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Reclamation Notice.

1. The time for the Claimants whose signature pages are attached to this Stipulation and Agreement for Order to file and serve any Reclamation Notice Objection is extended through 4:00 p.m. (Pacific Time) on August 19, 2019.

2. The Debtors may further extend the Objection Deadline for any Claimant in writing (which writing may include e-mail) without further Court order.

Dated: July 18, 2019

WEIL GOTSHAL & MANGES

KELLER & BENVENUTTI LLP

*/s/ Jane Kim*
Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

[*Claimants' Signature Pages Follow*]

**CLAIMANTS' SIGNATURES**

Dated: July 16, 2019

STITES & HARBISON PLLC

*/s/ Elizabeth Lee Thompson*
By: Elizabeth Lee Thompson
Appearance *Pro Hac Vice*
250 West Main Street
Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Facsimile: (859) 253-9144
Email: ethompson@stites.com

*Attorneys for The Okonite Company*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 16, 2019

/s/ *Brian C. Walsh*
By: Brian C. Walsh

Title: Attorney for World Wide Technology, Inc.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 16, 2019

By: *(signature)*
Tracy Tomkovicz
Title: CEO - MRO Integrated Solutions, LLC

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**CLAIMANTS' SIGNATURES**

Dated: 7/16/19

/s/ *Lora Jones*
By: Lora Jones
Title: President

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**CLAIMANTS' SIGNATURES**

Dated:

/s/ _Catherine S. M. Kortlandt_
By: Catherine E. M. Kortlandt
Title: Sr. Assistant General Counsel and Managing Attorney

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**CLAIMANTS' SIGNATURES**

Dated: 7/17/2019

/s/ *[signature: Spencer Preis]*
By: Spencer Preis
Title: VP, Associate General Counsel

**SOUTHWIRE COMPANY, LLC**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**CLAIMANTS' SIGNATURES**

Dated:

/s/ *[signature: Lynne Xerras]*

By: Lynne B. Xerras, Esq.
    Holland & Knight, LLP
    10 St. James Avenue
    Boston, MA  02116
    (617) 854-1403

Title: Counsel to Aclara Meters/
       Aclara Technologies

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 16, 2019

RIMON, P.C.

By: Lillian Stenfeldt

*Attorneys for Claimant Pivot Interiors, Inc.*

Dated: July 16, 2019

_____
By: Ryan A. Ellis
Title:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119