Bruce S. Bennett (105430)
Joshua M. Mester (194783)
James O. Johnston (167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:   +1.213.243.2539
E-mail:        bbennett@jonesday.com
                  jmester@jonesday.com
                  jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric  Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRST AMENDED VERIFIED STATEMENT OF JONES DAY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jones Day submits this first amended verified statement (the "First Amended Statement") with respect to certain beneficial holders or investment advisers or managers for certain beneficial holders of (a) common stock in PG&E Corporation ("PG&E") and (b) preferred stock in Pacific Gas and Electric Company (the "Utility" and together with PG&E, the

- 1 -

"Debtors"), each as identified on Exhibit A hereto, (each, a "PG&E Shareholder"), and in support hereof states as follows:

In January 2019, certain PG&E Shareholders retained Jones Day to advise them in connection with the Debtors' chapter 11 cases. Other PG&E Shareholders subsequently retained Jones Day for the same purpose. The PG&E Shareholders hold, or manage or advise funds and/or accounts that hold disclosable economic interests in relation to the Debtors. On May 17, 2019, Jones Day filed its *Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [Docket No. 2071] (the "Original Statement"). This First Amended Statement amends and replaces the Original Statement. Attached hereto as Exhibit A is a list of the names, addresses, nature, and amount of all disclosable economic interests of each PG&E Shareholder in relation to the Debtors as of July 1, 2019 (unless otherwise indicated on Exhibit A). The information set forth in Exhibit A for each PG&E Shareholder is based on information provided to Jones Day by such PG&E Shareholder. Jones Day submits this First Amended Statement in an abundance of caution and without conceding that the provisions of Bankruptcy Rule 2019 apply to its representation of the PG&E Shareholders.

As of the date of this First Amended Statement, Jones Day continues to represent each PG&E Shareholder in connection with the Debtors' restructuring. Jones Day does not represent or purport to represent any other person or entities with respect to these chapter 11 cases. Jones Day does not represent the PG&E Shareholders as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest, or other entity. In addition, as of the date of this First Amended Statement, no PG&E Shareholder represents or purports to represent any other entity in connection with these chapter 11 cases. Moreover, no PG&E Shareholder has or is a party to any agreement to act as a group or in concert with respect to its interests in the Debtors and each PG&E Shareholder has the unrestricted right to act as it chooses in respect of such interests without respect to the actions or interests of any other party.

Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interest (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation

to PG&E.

The undersigned verify that the foregoing is true and correct to the best of their knowledge, as of the date of this First Amended Statement.

Nothing contained in this First Amended Statement is intended or shall be construed to constitute: (a) a waiver or release of the rights of any PG&E Shareholder to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (b) a waiver or release of the rights of any PG&E Shareholder to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) consent to the jurisdiction of the Court over any matter; (d) an election of remedy; (e) a waiver or release of any rights any PG&E Shareholder may have to a jury trial; (f) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the chapter 11 cases against or otherwise involving any PG&E Shareholder; (g) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any PG&E Shareholder is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved; or (h) an admission or acknowledgement that Bankruptcy Rule 2019 applies to Jones Days' representation of the PG&E Shareholders.

Jones Day reserves the right to amend or supplement this First Amended Statement in accordance with the requirements of Bankruptcy Rule 2019 with any additional information that may become available.

Dated: July 18, 2019                          JONES DAY


                                              By: */s/ Joshua M. Mester*
                                                   Joshua M. Mester

                                              *Attorney for PG&E Shareholders*

**Exhibit A**

# Exhibit A

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| 683 Capital Partners, LP<br>3 Columbus Circle, Suite 2205<br>New York, NY 10019 | PG&E Common Shares: | 1,950,000 |
| | Short Call Options:[1] | 100,000 |
| | Short Put Options: | 200,000 |
| Abrams Capital Management, LP, on behalf of certain funds and accounts<br>222 Berkeley Street, 21st Floor<br>Boston, MA 02116 | PG&E Common Shares: | 25,000,000 |
| | Subrogation Claims: | $72,302,208 |
| Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts<br>610 Broadway, 6th Floor<br>New York, NY 10012 | PG&E Common Shares: | 23,290,000 |
| | Utility Bonds: | $317,239,000 |
| | DIP Loan Obligations:[2] | $22,500,000 |
| Caspian Capital LP, on behalf of certain funds and accounts<br>10 East 53rd Street, 35th Floor,<br>New York, NY 10022 | PG&E Common Shares: | 3,674,375 |
| | Utility Preferred Shares: | 144,595 |
| | Utility Bonds: | $48,138,000 |
| | DIP Loan Obligations: | $10,000,000 |
| | PG&E Revolver: | $1,464,886 |
| | PG&E Term Loan: | $13,535,114 |
| Centerbridge Partners, L.P., on behalf of certain funds and accounts<br>375 Park Avenue, 11th Floor<br>New York, NY 10152 | PG&E Common Shares: | 9,624,417 |
| | Call Options (Long Position): | 600 |
| | Call Options (Short Position): | 200,600 |
| | Utility Preferred Shares: | 80,884 |
| | Utility Revolver: | $4,940,653 |
| | Utility Bonds: | $297,338,000 |
| | Subrogation Claims: | $47,968,767 |

---

[1] Options are shown herein as exercisable shares.

[2] DIP Loan Obligations include undrawn commitments, if any.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| D.E. Shaw Galvanic Portfolios, L.L.C., D.E. Shaw Kalon Portfolios, L.L.C., and D.E. Shaw Orienteer Portfolios, L.L.C., 1166 Ave. of the Americas, 9th Floor New York, NY 10036 | PG&E Common Shares: | 7,120,718 |
| | Call Options: | 564,300 |
| | Put Options: | 988,500 |
| | Utility Bonds: | $27,000,000 |
| Fidelity Management & Research Company, on behalf of certain funds and accounts 245 Summer Street Boston, MA 02210 | PG&E Common Shares: | 12,461,820 |
| | Utility Bonds: | $298,000,000 |
| First Pacific Advisors, LP, on behalf of certain funds and accounts 11601 Wilshire Blvd #1200 Los Angeles, CA 90025 | PG&E Common Shares: | 4,702,923 |
| Governors Lane LP, on behalf of certain funds and accounts 510 Madison Avenue New York, NY 10022 | PG&E Common Shares: | 1,081,198 |
| | Call Options: | 600,000 |
| | Utility Bonds: | $64,025,000 |
| HBK Master Fund L.P., c/o HBK Services LLC 2300 North Field Street, Suite 2200 Dallas, TX 75201 | PG&E Common Shares: | 2,024,614 |
| | Utility Bonds: | $57,400,000 |
| | DIP Loan Obligations: | $125,000,000 |
| | Utility Revolver: | $236,555,694 |
| | Utility L/C Reimbursement: | $91,691,780 |
| Knighthead Capital Management, LLC, on behalf of certain funds and accounts 1140 Avenue of the Americas, 12th Fl New York, NY 10036 | PG&E Common Shares: | 13,654,521 |
| | Call Options: | 3,448,000 |
| | Utility Bonds: | $51,760,000 |
| Latigo Partners, LP, on behalf of certain funds and accounts 450 Park Avenue, 12th Floor New York, NY 10022 | PG&E Common Shares: | 1,735,000 |
| | Call Options: | 1,000,000 |
| | Utility Bonds: | $27,000,000 |

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| Meadowfin, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022 | PG&E Common Shares:<br>Utility Bonds: | 5,000,000<br>$480,236,000 |
| Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients[3]<br>535 Madison Ave.<br>New York, NY 10022 | PG&E Common Shares:<br>Utility Bonds: | 2,561,610<br>$21,254,000 |
| MSD Partners, L.P., on behalf of certain funds and accounts<br>645 Fifth Ave, 21st Floor<br>New York, NY, 10022 | PG&E Common Shares:<br>Short Call Options:<br>Short Put Options:<br>Utility Bonds:<br>DIP Loan Obligations: | 2,676,554<br>1,700,000<br>1,000,000<br>$67,500,000<br>$75,000,000 |
| MSD Capital, L.P.,<br>645 Fifth Ave, 21st Floor<br>New York, NY, 10022 | PG&E Common Shares: | 57,233 |
| Newtyn Management, LLC, on behalf of certain funds and accounts<br>60 East 42nd Street, Suite 960,<br>New York, NY 10165 | PG&E Common Shares:<br>Call Options: | 2,929,485<br>200,000 |
| Nut Tree Master Fund, LP, by its investment advisor, Nut Tree Capital Management, LP<br>Two Penn Plaza, 24th Floor<br>New York, NY 10121 | PG&E Common Shares: | 2,000,000 |
| Owl Creek Asset Management, L.P., on behalf of certain funds and accounts<br>640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | PG&E Common Shares:<br>Subrogation Claims: | 4,839,349<br>$14,934,609 |

---

[3] Disclosable economic interests held as of July 16, 2019.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Pentwater Capital Management LP, on behalf of certain funds and accounts<br>614 Davis Street<br>Evanston, IL 60201 | PG&E Common Shares: | 4,573,200 |
| | Net Short Utility Bonds: | $29,161,000 |
| | Net Exposure Equity Derivatives:[4] | (3,760,000) |
| Redwood Capital Management, LLC, on behalf of certain funds and accounts<br>910 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | PG&E Common Shares: | 12,981,393 |
| Sachem Head Capital Management LP, on behalf of certain funds and accounts[5]<br>250 West 55th St., 34th Floor<br>New York, NY 10019 | PG&E Common Shares: | 4,575,000 |
| Serengeti Asset Management LP, on behalf of certain funds and accounts[6]<br>632 Broadway, 12th Floor<br>New York, NY 10012 | PG&E Common Shares: | 1,000,000 |
| Silver Point Capital, L.P., on behalf of certain funds and accounts<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | PG&E Common Shares: | 13,565,173 |
| | PG&E Common Shares Swaps: | 958,827 |
| | Utility Bonds: | $296,730,666.51 |
| | Subrogation Claims: | $22,397,514.23 |
| | Trade Vendor Claims: | $8,626,980.26 |
| | PG&E Revolver and Term Loans: | $79,200,000 |

---

[4] Equity derivatives (long and short options and swaps) with various maturities and strike prices, net exposure if executed, whether or not contracts have any intrinsic value presently.

[5] Disclosable economic interests held as of July 18, 2019.

[6] Disclosable economic interests held as of July 15, 2019.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Steadfast Capital Management LP ("SCM"), on behalf of certain funds, whether advised directly by SCM or an affiliate thereof<br>450 Park Avenue, 20th Floor<br>New York, NY 10022 | PG&E Common Shares: | 7,042,258 |
| SteelMill Master Fund LP<br>c/o PointState Capital LP[7]<br>40 West 57th Street, 25th Floor<br>New York, NY 10019 | PG&E Common Shares:<br>Long Call Options:<br>Short Call Options:<br>Utility Bonds: | 5,767,048<br>50,000<br>100,000<br>$353,985,000 |
| Stonehill Capital Management LLC, on behalf of certain funds<br>885 Third Ave., 30th Floor<br>New York, NY 10022 | PG&E Common Shares:<br>Short Position:<br>Utility Preferred Shares:<br>Utility Bonds: | 4,279,971<br>525,000<br>796,633<br>$28,464,000 |
| Warlander Asset Management, LP, on behalf of certain funds and accounts<br>250 West 55th Street, 33rd Floor<br>New York, NY 10019 | PG&E Common Shares: | 1,797,123 |
| York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates<br>767 5th Avenue, 17th Floor<br>New York, NY 10153 | PG&E Common Shares:<br>Utility Bonds: | 3,533,082<br>$271,330,000 |

---

[7] Disclosable economic interests held as of July 8, 2019.