Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed: 7/18/19**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: July 24, 2019<br>Time: 9:30 AM<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

On July 18, 2019, I served the foregoing document(s), described as:

**1. JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE TORT CLAIMS COMMITTEE'S MOTION FOR RELIEF FROM STAY TO PERMIT A JURY TRIAL OF THE 2017 TUBBS WILDFIRE CLAIMS (Docket Nos. 2842-2851)**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

1

| | |
|---|---|
| 1 | ☒ **ECF SYSTEM** On July 18, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below: |

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com

- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Cecily A. Dumas     cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- David Emerzian     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman     mfeldman@willkie.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Oscar Garza     ogarza@gibsondunn.com
- Duane M. Geck     dmg@severson.com
- Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser     bglaser@swesq.com
- Paul R. Glassman     glassmanp@gtlaw.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com

3

- Matthew A. Gold     courts@argopartners.net
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman     goldman@lbbslaw.com
- Eric S. Goldstein     egoldstein@goodwin.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez     mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin     mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman     egoodman@bakerlaw.com
- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger     eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden     cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham     t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue     hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola     mvi@sbj-law.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Ivan C. Jen     ivan@icjenlaw.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston     jjohnston@jonesday.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian     rjulian@bakerlaw.com
- George H. Kalikman     gkalikman@schnader.com, sdavenport@schnader.com

4

- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Bradley C. Knapp    , Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

5

- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com

6

- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders    jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com

7

- Bradley R. Schneider    bradley.schneider@mto.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

8

- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan    squan@steyerlaw.com
- Laurie R. Hager    lhager@sussmanshank.com
- Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey    alisa.lacey@stinson.com
- Robert T. Kugler    robert.kugler@stinson.com
- Thomas J. Salerno    thomas.salerno@stinson.com
- Anthony P. Cali    anthony.cali@stinson.com
- Jonathan D. Marshall    jmarshall@choate.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

9

| | | |
|---|---|---|
| 1 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Office of the United States Trustee for Region 17 |
| 2 | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq. | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| 3 | | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 4 | 1285 Avenue of the Americas | San Francisco, CA 94102 |
| | New York, NY 10019-6064 | |
| 5 | U.S. Nuclear Regulatory Commission | U.S. Department of Justice |
| | Attn: General Counsel | Attn: Danielle A. Pham, Esq. |
| 6 | Washington, DC 20555-0001 | 1100 L Street, NW, Room 7106, Washington DC 20005 |
| 7 | | ***Served via CM/ECF Only*** |
| 8 | | |
| | Milbank LLP | Milbank LLP |
| 9 | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 10 | 55 Hudson Yards | 2029 Century Park East, 33rd Floor |
| 11 | New York, NY 10001-2163 | Los Angeles, CA 90067 |
| | ***Served via CM/ECF Only*** | |
| 12 | | |
| 13 | Baker & Hostetler LLP | STEPHEN MOELLER-SALLY |
| | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | MATTHEW L. McGINNIS |
| 14 | 11601 Wilshire Boulevard, Suite 1400 | ROPES & GRAY LLP |
| 15 | Los Angeles, CA 90025-0509 | 800 Boylston Street |
| | ***Pro Hac Vice*** | Boston, MA 02199-3600 |
| 16 | ***Served via CM/ECF Only*** | ***Request for Special Notice*** |
| 17 | GREGG M. GALARDI | Leonard P. Goldberger, Esq. |
| | KEITH H. WOFFORD/DANIEL G. EGAN | STEVENS & LEE, P.C. |
| 18 | ROPES & GRAY LLP | 620 Freedom Business Center, Suite 200 |
| 19 | 1211 Avenue of the Americas | King of Prussia, PA 19406 |
| | New York, NY 10036-8704 | ***Request for Special Notice*** |
| 20 | ***Request for Special Notice*** | |
| 21 | Constantine D. Pourakis, Esq. | Central Valley Associate, L.P. |
| | STEVENS & LEE, P.C. | c/o Ronald K. Brown Jr. |
| 22 | 485 Madison Avenue, 20th Floor | Law Offices of Ronald K. Brown, Jr. |
| 23 | New York, NY 10022 | 901 Dove Street, Suite 120 |
| | ***Request for Special Notice*** | Newport Beach, CA 92660 |
| 24 | | ***Request for Special Notice*** |
| 25 | Peter Friedman | Matthew L. Hinker |
| | O'MELVENY & MYERS LLP | Nancy A. Mitchell |
| 26 | 1625 Eye Street, NW | Matthew L. Hinker |
| 27 | Washington, DC 20006 | O'MELVENY & MYERS LLP |
| | ***Pro Hac Vice*** | 7 Times Square |
| 28 | | New York, New York 10036 |

10

Case: 19-30088    Doc# 3067-1    Filed: 07/18/19    Entered: 07/18/19 15:16:09    Page 10 of 11

| | | |
|---|---|---|
| 1 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy M. Oden<br>Amanda C. Glaubach<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>***Pro Hac Vice*** | SUSSMAN SHANK LLP<br>Laurie R. Hager<br>Howard M. Levine<br>1000 SW Broadway, Suite 1400<br>***Request for Special Notice CM/ECF Only*** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Public Advocates Office California Public Utilities Commission<br>Darwin E. Farrar (SBN 152735)<br>505 Van Ness Avenue San Francisco, California 94102<br>***Request for Special Notice*** | Stinson LLP<br>Alisa C. Lacey<br>Robert T. Kugler<br>Thomas J. Salerno<br>Anthony P. Cali<br>1850 N. Central Ave., #2100 Phoenix, AZ 85004<br>***Request for Special Notice*** |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | CHOATE, HALL & STEWART LLP<br>Jonathan D. Marshall, Esq<br>Two International Place<br>Boston Massachusetts 02110<br>***Pro Hac Vice*** | BAKER & HOSTETLER LLP<br>Lars H. Fuller, Esq.<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>***Pro Hac Vice*** |
| 13 | | |
| 14 | | |
| 15 | GROOM LAW GROUP<br>Katherine B. Cohn, Esq.<br>David N. Levine, Esq.<br>1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>***Pro Hac Vice*** | MILBANK, LLP<br>Alan J. Stone, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>***Pro Hac Vice*** |
| 16 | | |
| 17 | | |
| 18 | | |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2019, at San Diego, California.

                                                        */s/ Cori Herrera*
                                                          Cori Herrera