Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P.*[1]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**PPA COUNTERPARTIES' RESPONSE TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (PDT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>**Objection Deadline**: July 18, 2019<br>4:00 p.m. (PDT) |

---

[1] Pursuant to Rule 3-4(a)(1) of the *Local Rules for the United States District Court for the Northern District of California*, made applicable to bankruptcy cases and adversary proceedings pursuant to Rule 1001-2(a) of the Bankruptcy Rules for the Northern District of California, in multiparty proceedings, the Court and parties-in-interest shall refer to the signature page appended to this pleading for the full list of parties hereto.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

The undersigned PPA Counterparties[2] hereby submit this response to the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Docket No. 2741] (the "Exclusivity Motion").[3]

1. According to the Debtors, "the Utility's PPAs [Power Purchase Agreements] represent contractual commitments aggregating approximately $42 billion."[4] The undersigned PPA Counterparties represent a significant percentage of that amount.

2. As emphasized in the Official Committee Statement, the Wildfire Safety Legislation sets a hard deadline for the Debtors' bankruptcy exit of June 30, 2020. That legislation represents changed circumstances from those that existed when the Court, in May, extended the exclusivity period until September 26, 2019.

3. In light of the complexity of this bankruptcy case, the inevitability of plan-related litigation and negotiations and the June 30, 2020 deadline, it is essential that the plan process commence forthwith so that **a** viable plan capable of garnering support and being confirmed (and that could be the Debtors' plan or a plan proposed by another party) can have a chance of meeting what must be viewed as an immutable deadline.

4. As emphasized in the Official Committee Statement, exclusivity is no longer appropriate. In this case, "the termination of exclusivity may actually be a positive development

---

[2] The "PPA Counterparties" are, collectively, AV Solar Ranch 1, LLC, Calpine Corporation, Capital Dynamics, Inc., Clearway Energy, Inc., Clearway Energy Group LLC, Diablo Winds, LLC, EDF Renewables, Inc., Enel Green Power North America, Inc., Exelon Corporation, FTP Power LLC, MC Shiloh IV Holdings, LLC, NextEra Energy, Inc., NextEra Energy Partners, L.P., NRG Energy, Inc., Solar Partners II, LLC, Solar Partners VIII, LLC, and TerraForm Power, Inc.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Exclusivity Motion or in the *Statement of the Official Committee of Unsecured Creditors Regarding the Ad Hoc Committee of Senior Unsecured Noteholders' Motion to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Docket No. 3064] ("Official Committee Statement").

[4] *Debtors' Complaint for Declaratory Judgment and Permanent Injunctive Relief* [Adv. Pro. No. 19-03003-DM, Docket No. 1] ¶ 11.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1 insofar as other parties are permitted to file a competing plan, thereby fostering an atmosphere of
2 competition that may prove beneficial to all parties involved." *In re Basil St. Partners, LLC*, 477
3 B.R. 856, 869 (Bankr. M.D. Fla. 2012); *see also In re Adelphia Commc'ns Corp.*, 352 B.R. 578,
4 590 (Bankr. S.D.N.Y. 2006) ("[T]he test is better expressed as determining whether terminating
5 exclusivity would move the case forward materially, to a degree that wouldn't otherwise be the
6 case."); *In re Dow Corning Corp.*, 208 B.R. 661, 670 (Bankr. E.D. Mich. 1997) ("[T]he primary
7 consideration should be whether or not [terminating exclusivity] would facilitate moving the case
8 forward.").[5]

9     5. Accordingly, and without taking any position on the plan term sheet attached to the
10 Exclusivity Motion, the PPA Counterparties join with the Official Committee in supporting
11 termination of the Debtors' Exclusivity Periods immediately.

DATED: July 18, 2019                  */s/ David M. Stern*
                                             Kenneth N. Klee
                                             David M. Stern
                                             Samuel M. Kidder
                                             KLEE, TUCHIN, BOGDANOFF & STERN LLP

                                             *Attorneys for NextEra Energy, Inc. and NextEra*
                                             *Energy Partners, L.P.*

                                             -and-

---

[5] *Dow Corning* and *Adelphia* were cited approvingly by the Debtors in the *Corrected Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods* [Docket No. 1797] at 9, 10, 15 & 16.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

       */s/ Michael P. Esser*
Mark McKane, P.C.
Michael P. Esser
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com
-and-
David R. Seligman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
david.seligman@kirkland.com

*Attorneys for Calpine Corporation*

-and-

       */s/ Risa Lynn Wolf-Smith*
Risa Lynn Wolf-Smith (admitted *pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8011
RWolf@hollandhart.com

*Attorney for Diablo Winds, LLC*

-and-

/s/ Richard W. Esterkin
Richard W. Esterkin
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Floor 22
Los Angeles, California 90071-3132
Telephone: (213) 612-2500
richard.esterkin@morganlewis.com
-and-
Edwin E. Smith (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110-1726
Telephone: (617) 951-8615
edwin.smith@morganlewis.com

*Attorneys for Exelon Corporation and AV Solar Ranch 1, LLC*

-and-

/s/ Thomas C. Mitchell
Thomas C. Mitchell
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5732
tcmitchell@orrick.com
-and-
Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
dfelder@orrick.com

*Attorneys for EDF Renewables, Inc.*

-and-

/s/ C. Luckey McDowell
C. Luckey McDowell (admitted *pro hac vice*)
Ian E. Roberts (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com
Ian.Roberts@Shearman.com

-and-

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Attorneys for Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings, LLC, NRG Energy, Inc., Solar Partners II, LLC, Solar Partners VIII, LLC, and TerraForm Power, Inc.*

-and-

/s/ David B. Levant
David B. Levant (admitted *pro hac vice*)
Jennifer N. Slocum (admitted *pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
david.levant@stoel.com
jennifer.slocum@stoel.com

*Attorneys for Enel Green Power North America, Inc., FTP Power LLC, and Capital Dynamics, Inc.*