Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067.

On July 18, 2019, I caused a true and correct copy the following document to be served, via First Class Mail, on all the "Standard Parties" pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Dkt. No. 1996], each as further set forth on the attachment hereto:

> ***PPA Counterparties' Response to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code*** **[Docket No. 3068]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 18, 2019 at Los Angeles, California.

*/s/ Shanda D. Pearson*
Shanda D. Pearson

| | | |
|---|---|---|
| Michael Stamer, Ira Dizengoff, David Botter, Abid Qureshi<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California St., Ste. 1500<br>San Francisco, CA 94104 | PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>San Francisco, CA 94105 |
| Weil, Gotshal & Manges LLP<br>Stephen Karotkin, Jessica Liou, Matthew Goren<br>767 Fifth Avenue<br>New York, NY 10153 | Keller & Benvenutti LLP<br>Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Ste. 1900<br>San Francisco, CA 94108 | Stroock & Stroock & Lavan LLP<br>Kristopher M. Hansen, Erez E. Gilad, and Matthew G. Garofalo<br>180 Maiden Lane<br>New York, NY 10038 |
| Stroock & Stroock & Lavan LLP<br>Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067 | Davis Polk & Wardwell LLP<br>Eli Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York, NY 10017 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Alan Kornberg, Brian Hermann., Walter Rieman, Sean Mitchell, Neal Donnelly<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Office of the United States Trustee<br>James L. Snyder, Timothy Laffredi<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | U.S. Nuclear Regulatory Commission General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005 |
| Milbank LLP<br>Paul Aronzon, Gregory Bray, Thomas Kreller<br>55 Hudson Yards<br>New York, NY 10001 | Milbank LLP<br>Dennis F. Dunne and Sam A. Khalil<br>2029 Century Park East, 33rd Fl<br>Los Angeles, CA 90067 | Baker & Hostetler LLP<br>Eric Sagerman, Cecily Dumas<br>11601 Wilshire Blvd, Ste 1400<br>Los Angeles, CA 90025 |