**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
         jminias@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on July 18, 2019, I caused a true and correct copy of each of the following documents to be served via First Class Mail to all "Standard Parties" listed in Exhibit A attached hereto and via Electronic Mail to parties listed in Exhibit B attached hereto, pursuant to the Second Amended Order Implementing Certain Notice and Case Management Procedures [Dkt. 1996]:

   **OBJECTION AND RESPONSE OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE.**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on July 18, 2019,

/s/ Alexander J. Lewicki
Alexander J. Lewicki

# Exhibit A

PG&E Corporation and Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
P.O. Box 770000
77 Beal Street, San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
767 Fifth Avenue,
New York, NY 10153

Keller & Benvenutti LLP,
Attn: Tobias Keller, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Stroock & Stroock & Lavan LLP,
Attn: Kristopher M. Hansen, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Office of the US Trustee for Region 17
Attn: James L. Snyder, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106
Washington, DC 20005

| | |
|---|---|
| 1 | Milbank LLP |
| 2 | Attn: Dennis F. Dunne, Esq.<br>55 Hudson Yards |
| 3 | New York, NY 10001-2163 |
| 4 | Baker & Hostetler LLP |
| 5 | Attn: Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400 |
| 6 | Los Angeles, CA 90025-0509 |
| 7 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer |
| 8 | One Bryant Park<br>New York, NY 10036 |
| 9 | |
| 10 | Akin Gump Straus Hauer & Feld LLP<br>Attn: Ashley Vinson Crawford |
| 11 | 580 California Street<br>Suite 1500 |
| 12 | San Francisco, CA 94104 |

**Exhibit B**

Weil, Gotshal & Manges LLP
Stephen.karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

Cravath, Swaine & Moore LLP
pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

Keller & Benvenutti LLP
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

Stroock & Stroock & Lavan LLP
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

Milbank LLP
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com

Davis Polk & Wardwell LLP
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Akornberg@paulweiss.com
bherman@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

| | |
|---|---|
| 1 | Office of the US Trustee for Region 17<br>James.L.Snyder@usdoj.gov |
| 2 | Timothy.s.laffredi@usdoj.gov |
| 3 | Lynette.c.kelly@usdoj.gov<br>Marta.villacorta@usdoj.gov |
| 4 | |
| 5 | U.S. Department of Justice<br>Danielle.pham@usdoj.gov |
| 6 | |
| 7 | Akin Gump Strauss Hauer & Feld LLP<br>avcrawford@akingump.com |
| 8 | mstamer@akingump.com<br>idizengoff@akingump.com |
| 9 | dbotter@akingump.com<br>aquareshi@akingump.com |