# EXHIBIT C

EXHIBIT C
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer | EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: EVELINA GENTRY | evelina.gentry@akerman.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | yelena.archiyan@akerman.com; john.mitchell@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Counsel to Agajanian, Inc. | ANDREWS & THORNTON | Attn: Anne Andrews, Sean T Higgins and John C. Thornton | shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M Brownstein, Jordana L. Renert | Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com; christopher.wong@arentfox.com |
| Counsel for BOKF, NA solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |

547113.1

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Luckey.Mcdowell@BakerBotts.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc. Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies Inc., URENCO Limited and Louisiana Energy Services, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com; jhayden@bakerdonelson.com |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp. | BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. | hubenb@ballardspahr.com |
| Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com; myersms@ballardspahr.com |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Counsel for Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | john.mccusker@bam.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com; jfiske@baronbudd.com |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | tmccurnin@bkolaw.com; chigashi@bkolaw.com; thigham@bkolaw.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | belvederelegalpc@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Counsel for Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | harriet.steiner@bbklaw.com |
| Counsel for ChargePoint, Inc., Counsel to Almendariz Consulting, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com |
| Counsel to Creditor American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | njbloomfield@njblaw.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| Counsel to unsecured asbestos personal injury creditor Everett | BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq | bletsch@braytonlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Korlok Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Interested Party California Community Choice Association | Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Counsel to XL Insurance America, Inc, Albertsons Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Markel Bermuda Limited, Ashford Inc. Ashford Hospitality Trust, Inc. | Clausen Miller P.C. | Attn: Michael W. Goodin | mgoodin@clausen.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com mschierberl@cgsh.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | pcalifano@cwclaw.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955. Pursuant to the terms of the | Cotchett, Pitre & McCarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |

547113.1

Page 3 of 17

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Court's Case Management Order No. 1 | | | |
| Attorney for County of Sonoma | County of Sonoma | Attn: Tambra Curtis | Tambra.curtis@sonoma-county.org |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V Mullan | mplevin@crowell.com<br>bmullan@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | malmy@crowell.com |
| Counsel to Renaissance Reinsurance LTD | Crowell & Moring LLP | Attn: Tacie H. Yoon | tyoon@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC, Travelers Insurance | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | samuel.maizel@dentons.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwe.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| Counsel to Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc. | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | scampora@dbbwc.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | | | |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Counsel to The Okonita Company | Finestone Hayes LLP | Attn: Stephen D. Finestone | sfinestone@fhlawllp.com |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com jhayes@fhlawllp.com nwitthans@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J Nelson | emorabito@foley.com bnelson@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN LLC | Attn: Samuel S. Ory | sory@gfdlaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Eric Gibbs, Dylan Hughes G. Weiner | ehg@classlawgroup.com dsh@classlawgroup.com Gweiner@gibsondunn.com Jkrause@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | Gweiner@gibsondunn.com Jkrause@gibsondunn.com |
| Counsel for Caring, Inc. | Greenberg Traurig, LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Attorneys for HercRentals | GREENBERG TRAURIG, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| Counsel for Ruby Pipeline LLC, Caring, Inc. | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | steinbergh@gtlaw.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | hoguem@gtlaw.com |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Aleta and Ramiro Rodriguez, Counsel for Todd and Adelina McNelve, Counsel for Dennis Caselli, Counsel for Sam and | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| | GROSS & KLEIN LLP | Attn: Stuart G. Gross | sgross@grossklienlaw.com |

547113.1

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | | | |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE LLC | | | |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE LLC | HOGAN LOVELLS US LLP | Attn: Erin N Brady | erin.brady@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: M Hampton Foushee | hampton.foushee@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com alex.sher@hoganlovells.com |
| Counsel to Diablo Winds, LLC | HOLLAND & HART LLP | Attn: Peter A. Ivanick, Alex M. Sher | peter.ivanick@hoganlovells.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | | | nwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D Jewett-Brewster | mjb@hopkinscarley.com jross@hopkinscarley.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd | | | |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| Counsel to International Business Machines Corp. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| Counsel to International Business Machines Corp. | IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Counsel for BlueMountain Capital Management LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com astrabone@irell.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | jreisner@irell.com; klyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr | mstrub@irell.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | jane-luciano@comcast.net |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@jangllp.com; snoma@jangllp.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | rbk@jmbm.com; byoung@jmbm.com |
| Counsel for Iron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | lgabriel@bg.law |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | | JAE1900@yahoo.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com; michael_esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com; ecf@kleinlaw.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | LAMB & KAVAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | Attn: Brad T. Summers | summersb@lanepowell.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, | Latham & Watkins LLP | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Middle River Power, LLC, and MRP San Joaquin Energy, LLC | | | |
| Counsel to Dynegy Marketing and Trade LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com andrew.parlen@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com andrew.parlen@lw.com |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | daren@schlecterlaw.com |
| Counsel for Ruby Pipeline, LLC. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L Antognini | rlalawyer@yahoo.com |
| Counsel to Aztrack Construction Corporation | Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | smo@smolsonlaw.com |
| Counsel for LEWIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A Silver | ws@waynesilverlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com cprince@lesnickprince.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill LLP. | Attn: David L. Neale | DLN@LNBYB.COM |
| Counsel to Global Diving & Salvage, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL LLP. | Attn: Eve H. Karasik | EHK@LNBYB.COM |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L Goldman, Jasmin Yang | Lovee.Sarenas@lewisbrisbois.com Amy.Goldman@lewisbrisbois.com Scott.Lee@lewisbrisbois.com Jasmin.Yang@lewisbrisbois.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | houston_bankruptcy@publicans.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu | jackie.fu@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com aclough@loeb.com |
| Counsel to Public Employees Retirement Association of New | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L Olivera | metkin@lowenstein.com abehlmann@lowenstein.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Interested Party Mexico | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | golivera@lowenstein.com; imac@macfern.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc.; Insituform Technologies, LLC and Fibrwrap Construction Services Inc. | MARGULIES FAITH, LLP MARY ALEXANDER & ASSOCIATES, P.C. | ATTN: CRAIG G. MARGULIES | Craig@MarguliesFaithLaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | | Attn: Mary E. Alexander | malexander@maryalexander.com |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L Emerzian, H. Annie Duong | Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong | Annie.Duong@mccormickbarstow.com |
| Counsel to Winners Industry Co Ltd | McKool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Counsel to Public Employees Retirement Association of New Mexico | MICHELSON LAW GROUP | Attn: Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com; skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R Kreller | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com; ablevin@mintz.com |
| Counsel to Creditor EN Engineering LLC | Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | anahmias@mbnlawyers.com |
| Counsel to NEARON SUNSET, LLC | MONTEE & ASSOCIATES | Attn: Kevin P. Montee | kmontee@monteeassociates.com |
| Counsel for Exponent, Inc | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: WILLIAM S. LISA | wlisa@nixonpeabody.com |
| Counsel for Michael Vairo, Marle Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Micheal Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Matkin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez | Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net; joe@norcallawgroup.net |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | | | |
| Counsel for NextEra Energy Inc. NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Counsel to Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | jbeiswenger@omm.com |
| Counsel to Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | jrapisardi@omm.com nmitchell@omm.com dshamah@omm.com |
| Counsel to Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Laffredi, Esq, Marta E. Villacorta | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| Counsel to Centerbridge Partners, LP | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Counsel to Centerbridge Partners, LP | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong | rdonnelly@paulweiss.com<br>wong.andrea@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation. | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | ADSmith@perkinscoie.com |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| Counsel for for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PINO & ASSOCIATES | Attn: Estela O. Pino | epino@epinolaw.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | PMRK LAW | Attn: Peter P. Meringolo | peter@pmrklaw.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | lweber@polsinelli.com |
| Claims Agent | Polsinelli LLP | Attn: Randye B. Soref | rsoref@polsinelli.com |
| Counsel for Agile Sourcing Partners, Inc | Prime Clerk LLC | Attn: Herb Baer | pgeteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher | dbp@prolaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Counsel for AECOM Technical Services, Inc.; Kiefner and Associates, Inc., JAN X-Ray | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Services, Inc., **Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc.** | | | |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | | | |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Robert P. Simons | rsimons@reedsmith.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation, of October 2017 and the Camp Fire Litigation | | Attn: Phillip K. Wang | phillip.wang@rimonlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |

547113.1

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| sub-advised by it | | | |
| Counsel for Creditor A.R.B. INC. | RUTAN & TUCKER, LLP | Attn: Roger F Friedman, Philip J. Blanchard | rfriedman@rutan.com pblanchard@rutan.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com pbosswick@ssbb.com |
| Counsel to HDI Global Specialty SE Munich Re, and Party Liberty Specialty Markets | SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | dmg@severson.com dhc@severson.com bjk@severson.com |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J Harney | rpinkston@seyfarth.com charney@seyfarth.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Counsel to Ormat Technologies Inc. | Sheppard Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | egoldstein@goodwin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M Shulman Melissa Davis Lowe | lshulman@shblllp.com mlowe@shblllp.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn David V. Duperrauit, Kathryn E. Barrett | dvd@svlg.com keb@svlg.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com patricia.cirucci@sce.com |
| Counsel for Garca and Associates | St. James Law, P.C. | Attn: Michael St. James | Ecf@stjames-law.com |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | | |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: John Cumming | jcumming@dir.ca.gov |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Barry S. Glaser | bglaser@swesq.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Leonard P. Goldberger Attn: Jan D. Sokol, Esq., Kevin M Coles, Esq. | lpg@stevenslee.com jdsokol@lawssl.com kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |

547113.1

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Tanforan Industrial Park, LLC | SMITH LLP | | |
| Counsel to The Okonite Company | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc. et al., Counsel for FTP Power LLC et al. | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | ethompson@stites.com |
| Counsel to Avangrid Renewables, LLC Klondike Wind Power III LLC, and Shiloh Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC et al. | STOEL RIVES LLP | Attn: David B. Levant | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al. Counsel for FTP Power LLC et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| Counsel for Mizuho Bank, Ltd. | STOEL RIVES LLP STROOCK & STROOCK & LAVAN LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| Counsel for Mizuho Bank, Ltd. N.A. as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: David W. Moon | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A. as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A. as DIP Administrative Agent | | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L Esserman, Cliff I. Taylor | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V Hawkins, Jonathan S. Dabbieri | hill@SullivanHill.com hawkins@SullivanHill.com dabbieri@SullivanHill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise | Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |

5471131

Case: 19-30088    Doc# 3074-3    Filed: 07/18/19    Entered: 07/18/19 16:00:20    Page 15 of 18

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | | Attn: Stephan Brown and Daniel Griffin | |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Erika J. Schoenberger. General Counsel | daniel@thebklawoffice.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | | Erika.Schoenberger@davey.com |
| Counsel for Refining Company- California | Trodella & Lapping LLP | Attn: Richard A. Lapping | Rich@Trodellalapping.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org tlong@turn.org |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J Troy | matthew.troy@usdoj.gov |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbriaw.com busch@wvbriaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | | | |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net erich@unioncounsel.net tmainguy@unioncounsel.net cgray@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| Counsel for Sempra Energy San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |

547113.1

Case: 19-30088    Doc# 3074-3    Filed: 07/18/19    Entered: 07/18/19 16:00:20    Page 17 of 18

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| LLC, Counsel for Peninsula Clean Energy Authority | | | |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | | |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | | Attn: Michael A. Yuffee | myuffee@winston.com |
| Counsel for Liberty Mutual Life Insurance Company | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | rgolubow@wcghlaw.com |
| Counsel for Ballard Marine Construction, Inc. | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| | Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |