**EXHIBIT D**

EXHIBIT D

Core/2002 First Class Mail Service List Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington, D.C. 20426 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia, PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael, CA 94901 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Debtors | PG&E Corporation | Attn: President or General Counsel<br>77 Beale Street<br>P.O. Box 77000<br>San Francisco, CA 94177 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA 95603 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555 |