

Signed and Filed: July 18, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Dennis F. Dunne (admitted *pro hac vice*)
2  Samuel A. Khalil (admitted *pro hac vice*)
   MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Paul S. Aronzon (SBN 88781)
   Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
   MILBANK LLP
8  2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
9  Telephone: (424) 386-4000
   Facsimile: (213) 629-5063

10
11  *Proposed Counsel for the Official Committee of Unsecured Creditors*

12
13            **UNITED STATES BANKRUPTCY COURT**

14     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

15  In re:                                    Case No.: 19-30088 (DM)

16  PG&E CORPORATION                          Chapter 11

17            -and-                           (Lead Case)

18  PACIFIC GAS AND ELECTRIC COMPANY          (Jointly Administered)

19        Debtors and Debtors In Possession.

20  _____

21  ☒ Affects All Debtors
    ☐ Affects PG&E Corporation
22  ☐ Affects Pacific Gas and Electric Company

23  * *All papers shall be filed in the lead case, 19-30088 (DM)*

24

25      <u>**ORDER GRANTING APPLICATION FOR ADMISSION OF**</u>
26      <u>**ATTORNEY *PRO HAC VICE***</u>

27  Andrew Michael Leblanc, whose business address and telephone number is Milbank, LLP, 1850 K

28  Street, NW, Suite 1100, Washington D.C. 20006, (202) 835-7500, and who is an active member in

good standing of the bar of the State of New York and the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Official Committee of Unsecured Creditors of PG&E Corporation, et al. in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**