## EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2019 THROUGH MARCH 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Julie A. North | Litigation | 1990 | $1,500 | 14.80 | $22,200.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 12.20 | 18,300.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 70.80 | 106,200.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 98.10 | 147,150.00 |
| Erik R. Tavzel | Corporate | 1999 | 1,500 | 161.30 | 241,950.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 206.70 | 310,050.00 |
| John D. Buretta | Litigation | 1997 | 1,350 | 21.70 | 29,295.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 19.90 | 26,865.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 156.70 | 211,545.00 |
| David M. Stuart | Litigation | 1996 | 1,350 | 14.60 | 19,710.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 20.70 | 22,770.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 240.70 | 264,770.00 |
| **Total Partners:** | | | | **1,038.20** | **$1,420,805.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 274.40 | 281,260.00 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 227.30 | 231,846.00 |
| David A. Herman | Litigation | 2008 | 975 | 145.20 | 141,570.00 |
| Scott Reents | Litigation | 2008 | 975 | 92.00 | 89,700.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 247.00 | 237,120.00 |
| Jordan Peterson | Litigation | 2014 | 960 | 158.90 | 152,544.00 |
| Brittany Sukiennik | Litigation | 2012 | 960 | 124.10 | 119,136.00 |
| Paul Sandler | Corporate | 2014 | 940 | 107.30 | 100,862.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 313.80 | 279,282.00 |
| Kelsie Docherty | Litigation | 2015 | 890 | 8.40 | 7,476.00 |
| Alison Miller | Litigation | 2015 | 890 | 63.40 | 56,426.00 |
| Michael Zaken | Litigation | 2015 | 890 | 120.90 | 107,601.00 |
| Peter Fountain | Litigation | 2016 | 855 | 214.60 | 183,483.00 |
| Salah M. Hawkins | Litigation | 2016 | 855 | 162.50 | 138,937.50 |
| Matthias Thompson | Litigation | 2016 | 855 | 186.90 | 159,799.50 |
| Samantha Bui | Litigation | 2017 | 840 | 43.60 | 36,624.00 |
| Grant S. May | Litigation | 2017 | 840 | 255.40 | 214,536.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 188.90 | 158,676.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 132.90 | 111,636.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 146.20 | 122,808.00 |
| Marco Wong | Litigation | 2017 | 840 | 233.60 | 196,224.00 |
| Jessica Choi | Litigation | 2018 | 750 | 110.50 | 82,875.00 |
| Catriela Cohen | Corporate | 2018 | 750 | 78.20 | 58,650.00 |
| Melanie Cook | Corporate | 2018 | 750 | 24.10 | 18,075.00 |
| Michael Fahner | Corporate | 2018 | 750 | 218.70 | 164,025.00 |
| Allison Kempf | Litigation | 2018 | 750 | 199.60 | 149,700.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 226.70 | 170,025.00 |
| Jieun Lim | Corporate | 2018 | 750 | 13.10 | 9,825.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 59.50 | 44,625.00 |
| Christina S. Shin | Corporate | 2018 | 750 | 7.80 | 5,850.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Allison Tilden | Litigation | 2018 | 750 | 188.50 | 141,375.00 |
| Alex Weiss | Litigation | 2018 | 750 | 83.00 | 62,250.00 |
| Seann Archibald | Corporate | 2019 | 595 | 37.30 | 22,193.50 |
| Sara Bodner | Litigation | 2019 | 595 | 214.30 | 127,508.50 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 129.00 | 76,755.00 |
| Margaret Fleming | Corporate | 2019 | 595 | 167.80 | 99,841.00 |
| Sofia Gentel | Litigation | 2019 | 595 | 190.40 | 113,288.00 |
| Ciara Grubbs | Litigation | 2019 | 595 | 12.20 | 7,259.00 |
| Ya Huang | Corporate | 2019 | 595 | 173.10 | 102,994.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 184.90 | 110,015.50 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 179.40 | 106,743.00 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 125.70 | 74,791.50 |
| Lauren Phillips | Litigation | 2019 | 595 | 237.10 | 141,074.50 |
| Caleb Robertson | Litigation | 2019 | 595 | 245.70 | 146,191.50 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 220.80 | 131,376.00 |
| Ryan Sila | Litigation | 2019 | 595 | 108.70 | 64,676.50 |
| Emily Tomlinson | Corporate | 2019 | 595 | 39.30 | 23,383.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 291.60 | 164,754.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 78.80 | 44,522.00 |
| Michael Fessler | Litigation | 2011 | 415 | 185.10 | 76,816.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 146.60 | 60,839.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 98.60 | 40,919.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 256.70 | 106,530.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 30.90 | 12,823.50 |
| Dianne Rim | Litigation | 2011 | 415 | 57.50 | 23,862.50 |
| Alain Rozan | Litigation | 1985 | 415 | 243.00 | 100,845.00 |
| Peter Truong | Litigation | 2004 | 415 | 143.00 | 59,345.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 178.00 | 73,870.00 |
| **Total Associates:** | | | | **8,632.50** | **$6,148,040.50** |

* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 36.40 | 14,560.00 |
| Alex Kol | Litigation Technology | 400 | 9.50 | 3,800.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 6.40 | 2,464.00 |
| Vaughn Harper | Litigation Technology | 385 | 13.90 | 5,351.50 |
| Lee Michael Stein | Litigation Technology | 375 | 21.10 | 7,912.50 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 126.30 | 42,310.50 |
| Laura De Feo | Litigation Legal Assistant | 310 | 135.00 | 41,850.00 |
| Elizabeth Greene | Litigation Legal Assistant | 310 | 204.00 | 63,240.00 |
| Scott Levinson | Litigation Legal Assistant | 310 | 148.70 | 46,097.00 |
| Matthew London | Litigation Legal Assistant | 310 | 171.00 | 53,010.00 |
| David Sizer | Litigation Legal Assistant | 310 | 136.00 | 42,160.00 |
| Jim V. Bell | Litigation Legal Assistant | 290 | 159.00 | 46,110.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 134.40 | 38,976.00 |
| Zachary Sanders | Litigation Legal Assistant | 290 | 86.60 | 25,114.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 290 | 153.40 | 44,486.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 138.60 | 40,194.00 |
| **Total Paraprofessionals:** | | | **1,680.30** | **$517,635.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,368.53 | 1,038.20 | $1,420,805.00 |
| Associates | 766.78 | 7,293.10 | 5,592,189.50 |
| Paraprofessionals | 308.06 | 1,680.30 | 517,635.50 |
| **Blended Attorney Rate** | $**782.66** | | |
| **Total Fees Incurred** | | 11,351.00 | $8,086,481.00 |
| **Less 50% Discount on Non-Working Travel Time** | | | ($197,652.00) |
| **Total Adjusted Fees** | | | **$7,888,829.00** |