# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 166.20 | 55,097.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 136.80 | 114,387.50 |
| AUTO | Automatic Stay | 3.10 | 1,003.50 |
| BARN | Bar Date and Claims Noticing Matter | 40.00 | 33,712.50 |
| CASE | General Case Strategy | 340.30 | 233,376.00 |
| CASH | Financing / Cash Collateral | 143.00 | 134,201.00 |
| COMM | Committee Matters | 120.50 | 95,578.00 |
| CRAV | Cravath Retention and Fee Application | 274.40 | 172,649.50 |
| CRED | Creditor Inquiries | 1.80 | 2,123.50 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 0.30 | 450.00 |
| GOVR | Corporate Governance and Securities Matters | 921.20 | 925,351.50 |
| HEAR | Hearings and Court Matters | 72.70 | 68,718.00 |
| INVS | Investigations | 287.50 | 225,118.50 |
| NONB | Non-Bankruptcy Litigation | 2,244.10 | 1,538,821.00 |
| OCMS | Other Contested Matters | 5.20 | 1,768.00 |
| OPRS | Business Operations Matters | 446.00 | 344,994.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 5.40 | 7,100.00 |
| PUBL | Public Relations Strategy | 30.80 | 33,330.00 |
| REGS | Regulatory & Legislative Matters | 2,811.90 | 1,697,949.50 |
| TRVL | Non-Working Travel Time | 431.00 | 197,652.00* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 0.50 | 470.00 |
| WILD | Wildfire Claims Matters | 2,868.30 | 2,004,978.00 |
| TOTAL | | 11,351.00 | $7,888,829.00 |

* - Non-Working Travel Time billed at 50% discount.