# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $8,892.34 |
| Transportation | 8,831.85 |
| Courier/Mail Services | 1,394.02 |
| Duplicating | 1,223.95 |
| Meeting/Deposition Rooms | 218.30 |
| Special Disbursements (including Experts) | 4,290.59 |
| Travel | 222,537.35* |
| **Total Expenses Requested:** | **$247,388.40** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.