ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>-and-<br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br>Chapter 11<br>**JOINDER IN THE OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 USC §§ 363 AND 105(a) FOR AN ORDER APPROVING TERMS OF EMPLOYMENT FOR NEW CHIEF EXECUTIVE OFFICER AND PRESIDENT OF PG&E CORPORATION FILED BY THE UNITED STATES TRUSTEE**<br>DATE: July 24, 2019<br>TIME: 9:30 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br>RELATED DOCKET NOS: 2662 and 3032. |

The Plaintiffs' Executive Committee, appointed by the Superior Court of the State of California, in and for the County of Alameda, Case No. RG16843631 and related cases (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), party in interest in the above-referenced Chapter 11 case, by and through its attorneys of record, joins in and supports the United States Trustee's Objection to Motion of Debtors For Entry of An Order Approving Employment Terms of New Chief Executive Officer (Docket No. 3032). The Ghost Ship Warehouse Plaintiffs' Executive Committee

reserves the right to join in any supplemental objection(s) filed by the United States Trustee.

The Ghost Ship Warehouse Plaintiffs' Executive Committee does hereby reserve the right to join in and support any additional opposition(s) filed by creditors and other parties in interest to the Motion of Debtors Pursuant to 11 USC §§ 363 and 105(a) for An Order Approving Terms of Employment For New Chief Executive Officer and President of PG&E Corporation (hereinafter referred to as the "Motion for an Order Approving Employment Terms of New Chief Executive Officer ") (Docket No. 2662).

Based upon the instant Joinder and the arguments to be presented during the hearing on July 24, 2019, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully requests that the Motion for an Order Approving Employment Terms of New Chief Executive Officer, be denied in its entirety.

Dated: July 18, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: _____

Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee