| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ESTELA O. PINO, SBN 112975<br>**PINO & ASSOCIATES**<br>1520 Eureka Rd., Suite 101<br>Roseville, CA 95661<br>Telephone: (916) 641-2288<br><br>Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases. |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**JOINDER IN THE OBJECTIONS TO MOTION OF DEBTORS PURSUANT TO 11 USC §§ 105(a), 363(b) AND 503(c) FOR ENTRY OF ORDER (I) APPROVING DEBTORS' INCENTIVE PROGRAM FOR CERTAIN KEY EMPLOYEES AND (II) GRANTING RELATED RELIEF FILED BY:**<br>1) **THE OFFICIAL COMMITTEE OF TORT CLAIMANTS; AND**<br>2) **THE UNITED STATES TRUSTEE; AND**<br>3) **TURN, THE UTILITY REFORM NETWORK**<br><br>DATE: July 24, 2019<br>TIME: 9:30 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue,<br>16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 2664, 3029, 3030, and 3035 |

The Plaintiffs' Executive Committee, appointed by the Superior Court of the State of California, in and for the County of Alameda, Case No. RG16843631 and related cases (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"),

party in interest in the above-referenced Chapter 11 case, by and through its attorneys of record, joins in, and supports the Opposition of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 USC §§ 105(a), 363(b) and 503(c) for Entry of Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief (Docket No. 3030). The Ghost Ship Warehouse Plaintiffs' Executive Committee reserves the right to join in any supplemental objection(s) filed by the Official Committee of Tort Claimants.

In addition, the Ghost Ship Warehouse Plaintiffs' Executive Committee joins in, and supports the United States Trustee's Objection to Motion of Debtors For Entry of An Order Approving Key Employee Incentive Plan (Docket No. 3029). The Ghost Ship Warehouse Plaintiffs' Executive Committee reserves the right to join in any supplemental objection(s) filed by the United States Trustee.

In addition, the Ghost Ship Warehouse Plaintiffs' Executive Committee joins in, and supports the TURN, the Utility Reform Network's (hereinafter referred to as "TURN") Opposition to Motion of Debtors Pursuant to 11 USC §§ 105(a), 363(b) and 503(c) for Entry of Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief (Docket No. 3035). The Ghost Ship Warehouse Plaintiffs' Executive Committee reserves the right to join in any supplemental objection(s) filed by the TURN.

The Ghost Ship Warehouse Plaintiffs' Executive Committee does hereby reserve the right to join in and support any additional opposition(s) filed by creditors and other parties in interest to the Motion of Debtors Pursuant to 11 USC §§ 105(a), 363(b) and 503(c) for Entry of Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief (hereinafter referred to as the "Motion for Entry of Order to Approve Key Employees Incentive Plan") (Docket No. 2664).

///

///

Based upon the instant Joinder and the arguments to be presented during the hearing on July 24, 2019, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully requests that the Motion for Entry of Order to Approve Key Employees Incentive Plan, be denied in its entirety.

Dated: July 18, 2019

Respectfully submitted,

PINO & ASSOCIATES

By: _____

Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee