# United States Bankruptcy Court

Northern District of California

In re: PG&E CORPORATION and            Chapter 11
PACIFIC GAS AND ELECTRIC COMPANY,     Case No.: 19-30088 (DM)
Debtors                                         Jointly Administered

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Sencha Funding, LLC** | **Jefferies Leveraged Credit Products, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Claim #: **147**<br>Claim Amount: **$ 2,499,225.07**<br>Date Claim Filed: February 7, 2019 |
| **Sencha Funding, LLC**<br>**c/o Farallon Capital Management, L.L.C.**<br>**One Maritime Plaza, Suite 2100**<br>**San Francisco, CA 94111**<br>**Attn: Michael G. Linn**<br>**Tel: 1 415 421 2132**<br>**Email: mlinn@faralloncapital.com** | |
| Last Four Digits of Acct #: _____N/A_____ | Last Four Digits of Acct. #: ____N/A_____ |

Name and Address where transferee payments should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_/s/ Andrew A. Jones_____        Date: July 18, 2019
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("*Assignor*") hereby unconditionally and irrevocably sells, transfers and assigned to Sencha Funding, LLC ("*Assignee*") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $2,499,225.07 (Claim #147) against PG&E Corporation and Pacific Gas and Electric Company (the "*Debtor*"), Chapter 11 Case No. 19-3088, United States Bankruptcy Court for the Northern District of California (the "*Bankruptcy Court*"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

**IN WITNESS WHEREOF,** the evidence of transfer of claim is executed this ___ day of July, 2019.

JEFFERIES LEVERAGED
CREDIT PRODUCTS, LLC

By: *[signature]*
Name: William P. McLoughlin
Title: Senior Vice President
Authorized Signatory

SENCHA FUNDING, LLC

By: _____
Name:
Title:

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("*Assignor*") hereby unconditionally and irrevocably sells, transfers and assigned to Sencha Funding, LLC ("*Assignee*") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $2,499,225.07 (Claim #147) against PG&E Corporation and Pacific Gas and Electric Company (the "*Debtor*"), Chapter 11 Case No. 19-3088, United States Bankruptcy Court for the Northern District of California (the "*Bankruptcy Court*"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

**IN WITNESS WHEREOF,** the evidence of transfer of claim is executed this 15th day of July, 2019.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By:_____
   Name:
   Title:

**SENCHA FUNDING, LLC**

By: /s/ Michael G. Linn
   Name:
   Title: Michael G. Linn, Managing Member