**HUNTONANDREWS KURTH LLP**
Paul N. Silverstein *Pro Hac Vice Pending*
Brian M. Clarke *Pro Hac Vice Pending*
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Email: paulsilverstein@HuntonAK.com
       brianclarke@HuntonAK.com

- and -

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947
Email:      rsahyan@sheppardmullin.com

*Attorneys for Columbus Hill Capital Management, L.P.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF ERRATA REGARDING OBJECTION [Doc. 3079]** |

| | |
|---|---|
| 1 | This Notice of Errata corrects counsel's docket text error related to the earlier filed objection of Columbus Hill Capital Management, L.P. [Doc. 3079] which docket text incorrectly identified the filer as "Hill Capital Management, L.P."  The correct identity of the filer should have been reflected in the docket text as Columbus Hill Capital Management, L.P. ("Columbus Hill").  The correction is reflected in the docket text associated with this Notice of Errata and Columbus Hill will be contacting the ECF clerk to modify the docket text associated with Doc. 3079. |

Respectfully submitted,

Dated:  July 18, 2019        */s/ Robert Sahyan*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

*Attorneys for Columbus Hill Capital Management, L.P.*