**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**SECOND STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO CEO COMPENSATION MOTION AND KEIP MOTION**<br><br>Re: Dkt. Nos. 2662 and 2664<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Second Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), on the other. The Debtors and the Creditors Committee are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On June 19, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation* [Dkt. No. 2662] (the "**CEO Compensation Motion**") and the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief* [Dkt. No. 2664] (the "**KEIP Motion**"), which are set for a hearing before the Court at 9:30 a.m. on July 24, 2019. Any response or opposition to the CEO Compensation Motion or the KEIP Motion was due by 4:00 p.m. (Pacific Time) on July 17, 2019.

B. On July 17, 2019 the Debtors and Creditors Committee entered into the *Stipulation Between Debtors and Official Committee of Unsecured Creditors Extending Time to Respond to CEO Compensation Motion and KEIP Motion* ("**First Stipulation**") [Dkt. No. 3034], which extended the time for the Creditors Committee to respond to the CEO Compensation Motion and the KEIP Motion to 9:00 a.m. (Pacific Time) on July 19, 2019. The Court entered an order granting the First Stipulation on July 18, 2019 [Dkt. No. 3051]

C. Counsel for the Creditors Committee has requested, and counsel for the Debtors has agreed, that the time for the Creditors Committee to respond to the CEO Compensation Motion and the KEIP Motion be further extended.

/ / /

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Creditors Committee to file and serve any response or opposition to the CEO Compensation Motion or the KEIP Motion is further extended through 5:00 p.m. (Pacific Time) on July 19, 2019.

| | |
|---|---|
| Dated: July 18, 2019 | Dated: July 18, 2019 |
| KELLER & BENVENUTTI LLP | MILBANK LLP |
| /s/ *Jane Kim* | /s/ *Thomas R. Kreller* |
| Jane Kim | Thomas R. Kreller |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Official Committee of Unsecured Creditors* |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119