WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
David A. Herman (*pro hac vice*)
(dherman@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19 - 30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | (Jointly Administered) |
| **Debtors.** | **DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: August 14, 2019<br>Time: 9:30 a.m. PST<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: August 7, 2019 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare under penalty of perjury as follows:

1.  I am a Member of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to Pacific Gas and Electric and PG&E Corporation (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned Chapter 11 Cases. I am admitted to practice in the State of New York and am admitted to practice before this Court *pro hac vice.* (*See* Dkt. No. 88). I submit this Declaration in Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment Of Wildfire Claims Estimation Procedures (the "**Motion**"). I have personal knowledge of the facts set forth in this declaration except as otherwise stated.

2.  Cravath represented the Debtors in prepetition litigation in California state court relating to the 2017 North Bay Wildfires (the "**North Bay Fires**"), including in consolidated proceedings under the caption *California North Bay Fires Cases*, JCCP No. 4955 (Cal. Super. Ct.). As trial counsel handling that litigation, I have personal knowledge of the status of discovery and other proceedings as they existed as of January 29, 2019, the date the Debtors filed their voluntary petitions for relief in these Chapter 11 Cases (the "**Petition Date**"). As of the Petition Date, many significant depositions related to questions of liability had not yet been scheduled. In addition, as of the Petition Date, no discovery related to damages had been conducted.

3.  I am familiar with the results of investigations carried out by the California Department of Forestry and Fire Protection ("**CAL FIRE**") concerning the impact of the North Bay Fires. Based on the figures reported by CAL FIRE in the incident descriptions for the (1) Adobe; (2) Atlas; (3) Blue; (4) Cascade; (5) Cherokee; (6) Highway 37; (7) Honey; (8) La Porte; (9) Lobo; (10) Maacama; (11) McCourtney; (12) Norrbom; (13) Nuns; (14) Oakmont/Pythian; (15) Partrick; (16) Pocket; (17) Point; (18) Potter/Redwood; (19) Pressley; (20) Sullivan and (21) Sulphur Fires, the aggregate number of structures damaged in those fires was approximately 1,026, the aggregate number of structures destroyed was approximately 2,597, and the aggregate number of fatalities was 22.

4.  Attached hereto as Exhibit A is an audio file containing a true and correct copy of a video recording of the November 30, 2017, hearing of the California Public Utilities Commission

("**CPUC**") that is posted on, and which was downloaded from, the CPUC's website at http://www.adminmonitor.com/ca/cpuc/voting_meeting/20171116/.[1]

5. Attached hereto as Exhibit B is a true and correct copy of the November 30, 2017, CPUC Decision Denying Application of San Diego Gas &Electric Company ("**SDG&E**") for Authorization to Recover Costs Related to the 2007 Southern California Wildfires (Decision 17-11-033) (the "**SDG&E Decision**").

6. Attached hereto as Exhibit C is a true and correct copy of the Concurrence of President and Commissioner Michael Picker and Commissioner Martha Guzman Aceves with respect to the SDG&E Decision.

7. Attached hereto as Exhibit D is a true and correct copy of the January 12, 2012, CPUC Decision Adopting Regulations to Reduce Fire Hazards Associated with Overhead Power Lines and Communications Facilities (Decision 12-01-032).

8. Attached hereto as Exhibit E is a true and correct copy of the April 19, 2012, CPUC Decision Granting Petition to Modify Decision 09-09-030 and Adopting Fire Safety Requirements for SDG&E (Decision 12-04-024).

9. Attached hereto as Exhibit F is a true and correct copy of the Application of SDG&E for Review of its Proactive De-Energization Measures and Approval of Proposed Tariff Revisions, filed December 22, 2008, (Application 08-12-02).

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

---

[1] Copies of the audio file will be provided to counsel for the Official Committee of Tort Claimants, the Official Committee of Unsecured Creditors, the United States Trustee and any party in interest who requests in writing a copy from the Debtors.

Dated: July 18, 2019

_____
Kevin J. Orsini
Cravath, Swaine & Moore LLP