# EXHIBIT F

**BEFORE THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF CALIFORNIA**

**F I L E D**
12-22-08
04:59 PM

Application of SAN DIEGO GAS & ELECTRIC )
COMPANY for Review of its Proactive De- )
Energization Measures and Approval of Proposed )
Tariff Revisions )
(U 902-E) )
_____ )

Application No. 08-12-___

A0812021

**APPLICATION OF
SAN DIEGO GAS & ELECTRIC COMPANY (U 902-E)**

LISA G. URICK
KEITH W. MELVILLE
Attorneys for:

SAN DIEGO GAS & ELECTRIC
COMPANY
101 Ash Street
Post Office Box 1831
San Diego, California 92112
(619) 699-5070 (Urick)
(619) 699-5039 (Melville)
(619) 699-5027 facsimile
Lurick@sempra.com
Kmelville@sempra.com

December 22, 2008

#225091

**BEFORE THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| Application of SAN DIEGO GAS & ELECTRIC )<br>COMPANY for Review of its Proactive De- )<br>Energization Measures and Approval of Proposed )<br>Tariff Revisions )<br>(U 902-E) )<br>_____ ) | Application No. 08-12-___ |

**APPLICATION OF
SAN DIEGO GAS & ELECTRIC COMPANY (U 902-E)**

**I.**

**INTRODUCTION**

Pursuant to Public Utilities Code § 451 and Rule 2.1 of the California Public

Utilities Commission ("CPUC" or "Commission") Rules of Practice and Procedure, San

Diego Gas & Electric Company ("SDG&E") files this Application for Commission

review of the proactive de-energization measures in SDG&E's Fire Preparedness Plan.

Proactive de-energization, as discussed in this Application, refers to those situations

where under certain extreme weather conditions and in limited high risk fire areas

SDG&E will shut-off power to certain distribution and/or tie lines.  SDG&E has already

implemented the majority of its Fire Preparedness Plan, which includes various system

modifications to help ensure reliable and safe system operations related to heightened fire

risk situations.  To provide adequate customer outreach and communications, as well as

an opportunity for Commission review, however, SDG&E has not yet implemented the

proactive de-energization portion of the Fire Preparedness Plan.  SDG&E intends to

implement that portion of the Fire Preparedness Plan by no later than September 1, 2009.

#225091

1

As discussed in Section V below, SDG&E also seeks in this Application Commission approval of changes to its Tariff Rule 14, which addresses responsibility for losses in the event there is an interruption of electricity delivery. The modifications to Tariff Rule 14 provide more detail regarding (1) the circumstances that could lead to an interruption and (2) the customer's responsibility for losses in the event of an interruption of electricity delivery. The changes also conform SDG&E's Tariff Rule 14 to Pacific Gas and Electric Company's (PG&E).

Due to the importance of fire preparedness and the limited nature of this Application, SDG&E requests that the Commission expeditiously complete its review of this Application and issue a final decision on this Application by no later than July 9, 2009. A proposed schedule and comprehensive showing regarding the topics summarized above are discussed in more detail below and in the testimony that is also being served on this day.

## II.

## EXECUTIVE SUMMARY

There are a number of significant changes in the conditions that are prevalent in Southern California and/or SDG&E's service territory that support implementation of proactive de-energization. For example, there have been near-drought conditions for the past eight to ten years, and the fire agencies have declared that the "fire season" has become a virtually year-round phenomenon. Cyclic climate change has also contributed to the circumstance where measures such as proactive de-energization are appropriate for SDG&E's service territory. Since the October 2007 fires, SDG&E has undertaken

#225091                                      2

numerous additional steps to help ensure safe and reliable operations under a variety of high fire risk situations.

Along these lines, SDG&E petitioned last year for the Commission to undertake an Order Instituting Rulemaking (OIR) to determine the extent to which additional measures might be necessary for disaster preparedness related to operation of the electrical system.[1]  Additionally, SDG&E has revised a number of its operating protocols and programs as part of its Fire Preparedness Plan, including a wood-to-steel pole replacement program and modification of its re-closer policy to limit or eliminate line re-energization after an outage, depending on fire weather conditions.  A final portion of the Fire Preparedness Plan is proactive de-energization, where under certain limited circumstances of extremely high fire risk and for a limited period of time SDG&E will shut-off power to certain distribution and/or tie lines.  In 2009, approximately 60,000[2] customers could be potentially impacted by proactive de-energization.  If there is a de-energization event, however, it is expected that a much small number of customers would be impacted at a given time, as explained in the testimony of Mr. Yari.  Past fires, high winds, and sustained drought conditions are increasingly common weather factors in the San Diego region, so SDG&E considers these operational revisions an important step in helping to protect against the dangers these conditions present.  As the Commission is also aware, these conditions can cause damage to property and power lines, and helping

---

[1] See P.07-11-007, filed November 6, 2007, and subsequent filings.  See also D.05-08-030.  The Commission has since issued R.08-11-005 regarding safety of electric utility and communications infrastructure provider facilities.

[2] The 60,000 customer number is based on preliminary data which will be finalized in the first four months of 2009.  In 2008, approximately 45,000 customers lived in or near the Highest Risk Fire Areas and would have been potentially impacted by proactive de-energization.

#225091

3

to ensure safety and reliability is a cornerstone of SDG&E's mission and Fire Preparedness Plan.

## A.    STATUS OF SDG&E's 2008 FIRE PREPAREDNESS PLAN

As noted above, SDG&E's Fire Preparedness Plan has numerous elements that are already being implemented today.  Proactively shutting off power in high risk fire areas during extreme weather has been suspended, however, until September 1, 2009, to allow for additional community input, customer outreach, and review of this Application.

## B.    SDG&E IS STRENGTHENING POWER LINES

One aspect of SDG&E's Fire Preparedness Plan that is already being implemented is replacing certain wood poles with steel poles.  These hardened facilities should be more resistant to damage in a wildfire and also should also reduce the time required to restore power after a large fire.  Key wood to steel replacements underway are near Fallbrook, Ramona and Campo/Boulevard.  SDG&E is also expanding ground and aerial inspections of power lines and poles.  These inspections help SDG&E to prioritize and repair problems promptly for safety and reliability.  To date, SDG&E has inspected more than 40,000 distribution poles and approximately 7,000 transmission poles.

## C.    SDG&E DISABLES AUTOMATIC SWITCHES UNDER RED FLAG WARNING

Under normal operating conditions, power lines have switches (known as re-closers) that are designed to automatically restore power after an outage occurs.  For dry conditions that SDG&E calls the "Elevated Fire Condition," but without a Red Flag Warning being declared by the National Weather Service, the operation of re-closers will

#225091

4

be limited in SDG&E's Highest Risk Fire Areas.[3]  Under the Fire Preparedness Plan,

these re-closers are disabled in SDG&E's Wildland Fire Area[4] when a Red Flag Warning

is issued so that power will be restored only after visual inspections show it is safe.

Outages are typically caused by lightning, dust storms, accidents, and other contact with

equipment.  SDG&E also will stage crews in the backcountry during Red Flag Warnings.

Ramona and Mountain Empire along with other operation centers will be on high-alert

during Red Flag Warnings.  These actions should allow SDG&E to provide a quicker

response to emergencies, such as those that are caused by fires.

## D.  SDG&E'S PROACTIVE SHUT-OFF OF POWER HAS BEEN SUSPENDED FOR THIS YEAR

SDG&E anticipates implementing the proactive de-energization portion of the

Fire Preparedness Plan on September 1, 2009.  A de-energization event would most

likely occur during the months of September through December.  These dates can vary,

however, according to the weather and fire risk conditions as discussed in Mr. Yari's

testimony.  Customer communications and outreach before, during, and after an event are

critical, and SDG&E has taken extensive steps in this area, as described in the testimony

of Mr. Velasquez.

## E.  PROACTIVE DE-ENERGIZATION

Before SDG&E would implement proactive de-energization, five conditions must

first be met:

---

[3] Certain terms used in this Application, such as "Elevated Fire Condition," "Wildland Fire Area," and
"Highest Risk Fire Areas" are defined and explained in the testimony.
[4] The Wildland Fire Area includes all of the Highest Risk Fire Areas, but also goes beyond that territory, as
discussed in the testimony of Mr. Yari.

#225091

5

1. The moisture level in "non-living" materials (sticks, twigs and leaves) is less than 6% (per weather stations);
2. The moisture level in "living" plants and bushes is less than or equal to 75% (per Cal Fire);
3. The relative humidity (moisture in the air) is less than or equal to 20% (per weather stations);
4. The National Weather Service has called a Red Flag Warning; and
5. Localized wind speeds in an area are greater than or equal to 35 mph sustained or greater than or equal to 55 mph gusts when accompanied by sustained winds greater than or equal to 30 mph (per weather stations).

Under SDG&E's proactive de-energization procedure, not all potentially "at risk" areas would be affected at the same time. SDG&E's de-energization plan currently utilizes 15 weather stations tied to specific areas (see map that follows).

///

///

///

#225091

6



Please Note: The potential for power outages under this program will be limited to only targeted high-risk fire areas where local weather stations indicate severe conditions. All areas will not be shut off together; each individual weather station will indicate which area(s) is/are subject to the outage.

For a more detailed view of the map, visit www.sdge.com/fireprep

# SDG&E Emergency Fire Preparedness

Specific areas affected by potential outages related to fire preparedness efforts are subject to change depending on seasonal fire risk.

Published October 2008.

## Legend

▲ Weather Station

▮ Potential Outage Area

0  2.5  5   10   15   20
Miles

As the Highest Risk Fire Areas change, weather stations and customers will be added or dropped out of the plan. SDG&E estimates that customers may experience power outages of approximately 12 to 72 hours. Customers can use SDG&E's new web page (www.SDGE.com/fireprep) to learn about and remain updated regarding SDG&E's Fire Preparedness Plan, including implementation of proactive de-energization measures. To do so, customers enter their addresses to determine whether they are in a Highest Risk Fire Area and to look up weather station(s) nearby. Customers will be able to monitor all five conditions that must be met for a de-energization to occur. If a power shut-off emergency is likely, SDG&E will ask Reverse 9-1-1 (Alert San Diego) to notify affected customers four - six hours in advance, and SDG&E will attempt to notify affected customers two hours in advance. If weather conditions improve, SDG&E will also so notify affected customers. If weather conditions do not improve and a power shut-off emergency is called, SDG&E/Red Cross will open nearby Care Centers, medically sensitive customers will be offered transportation, and special needs/low income customers may qualify for modest financial support. Customers can call 2-1-1, 1-800-411-7343, or check SDGE.com for more information.

SDG&E has undertaken an extensive communication and outreach effort regarding its Fire Preparedness Plan, including direct mail to potentially impacted customers, convening numerous customer meetings, participating in over 40 local community events and organization meetings, and extensive contact with Special Needs (low-income and medical baseline) and Essential customers. Additionally, SDG&E estimates that it would be contacting Essential and Special Needs customers as many as

#225091

8

seven times throughout the various elements and stages of implementing the Fire Preparedness Plan.

## III.

### SUMMARY OF RELIEF REQUESTED AND SUPPORTING TESTIMONY

As noted above, SDG&E is already undertaking numerous efforts as part of its Fire Preparedness Plan to help ensure the safe and reliable operation of its electric system during high fire risk situations. For example, SDG&E has implemented a wood-to-steel pole conversion program, and it has also expanded aerial inspections of low-voltage and high-voltage lines.[5] Hardening of the system will provide improved performance during severe conditions, such as Santa Ana wind events, and lessen the risk associated with keeping the circuits in service during these conditions. In addition, the hardened facilities should be more resistant to damage if a wildfire passes through the area, and the time required to restore power in these areas after a large fire should be reduced. SDG&E has also made changes in reprogramming or disabling the electrical switches (re-closers) that automatically try to restore power after an outage, depending on the weather and fire conditions.

On October 2, 2008, SDG&E announced that it would also turn off power proactively in the Highest Risk Fire Areas when the National Weather Service advises the conditions are ripe for fires, but only if all five weather triggers are met, and would not restore service until the lines have been inspected. To better inform customers of this change, however, and in response to a Commission letter inviting SDG&E to file this

---

[5] As noted above, SDG&E has inspected more than 40,000 distribution poles and approximately 7,000 transmission poles.

#225091

9

Application, on October 30, 2008, SDG&E announced the suspension until next year of its plan to shut-off power proactively during extreme weather conditions. Proactive de-energization is only one part of SDG&E's Fire Preparedness Plan targeted to increase community safety and reduce the likelihood of utility facilities being involved in wildfires. SDG&E is submitting this Application for Commission review of the proactive de-energization portion of SDG&E's Fire Preparedness Plan (in addition to seeking approval for proposed tariff changes). As further described in testimony also being served today, SDG&E is continuing to implement fire preparedness measures, including:

1. Replacing wood poles with steel poles, increasing the distance between the power line conductors, and using heavier wire on part of the transmission system in rural communities;

2. Expanding aerial and ground inspections of distribution and transmission lines;

3. During dry or windy weather in which a Red Flag Warning is declared, disabling electrical switches (re-closers) that are designed to restore the power automatically after an outage; and

4. Proactively staging operations personnel in backcountry areas for quicker response during extreme weather conditions.

The following prepared direct testimony of SDG&E's witnesses is also being served today:

| Exh. # | SDG&E TESTIMONY TOPIC | WITNESS |
|--------|------------------------|---------|
| SDGE-1 | Prepared Direct Testimony – Policy | David L. Geier |
| SDGE-2 | Prepared Direct Testimony – Engineering and Operations | Sohrab A. Yari |
| SDGE-3 | Prepared Direct Testimony – Customer Issues | Joe Velasquez |
| SDGE-4 | Prepared Direct Testimony – Special Needs and Low-Income Customer Issues | Greg Lawless |

The prepared direct testimony of David L. Geier provides an overview of SDG&E's testimony and addresses the policy issues underlying the proactive de-energization portion of SDG&E's Fire Preparedness Plan. The prepared direct testimony

#225091

10

of SDG&E witness Sohrab A. Yari explains the engineering and operational aspects of SDG&E's Fire Preparedness Plan and proactive de-energization. The prepared direct testimony of SDG&E witness Joe Velasquez presents the customer notification and outreach issues of SDG&E's Fire Preparedness Plan, as well as a proposed, optional Back-up Generation Tariff, demand normalization tariff revisions, and proposed revisions to Tariff Rule 14. The prepared direct testimony of SDG&E witness Greg Lawless presents the customer notification and outreach issues with regard to special needs and low-income customers.

## IV.

## IMPLEMENTATION

SDG&E urges the Commission to resolve the issues raised in this Application no later than July 9, 2009. Because some of the details of the Fire Preparedness Plan will change as fire risk parameters change from year-to-year, SDG&E proposes filing an informational advice letter annually specifying the details of its resulting fire preparedness plan to be effective June 1 of that year.

## V.

## PROPOSED MODIFICATIONS TO TARIFF RULE 14

SDG&E also proposes modifications to its Tariff Rule 14 in this Application. SDG&E filed Advice Letter (AL) 2025-E on September 26, 2008, requesting to modify its Tariff Rule 14 to clarify and update the language regarding circumstances that may lead to an interruption of electricity delivery, including for situations to protect public safety, and the customer's responsibility for losses in the event of an interruption of electricity.

#225091

11

Tariff Rule 14 (both existing and as proposed herein) requires SDG&E to exercise due diligence and care to deliver a continuous supply of electricity to its customers and indicates that the utility will not be liable for an interruption in service "caused by inevitable accident, act of God, fire, strikes, riots, war or any other cause not within its control." The current rule, which has not been updated for approximately 25 years, is not consistent with PG&E's Tariff Rule 14. To achieve tariff consistency, AL 2025-E requested SDG&E's Tariff Rule 14 track the language included in PG&E's Tariff Rule 14.

In its October 24, 2008 rejection of SDG&E's AL, the Commission directed SDG&E to file this request in an Application, and accordingly the proposed Tariff Rule 14 changes are included in Mr. Velasquez' testimony. This tariff rule modification is important for customers to understand more clearly those circumstances in which power may be unexpectedly unavailable, such as where SDG&E interrupts delivery of electricity to protect public safety or SDG&E's distribution system. As with current Tariff Rule 14, customers are responsible for losses that might result from an interruption of electricity delivery. As is also explained in Mr. Velasquez' and Mr. Lawless' testimony, to the extent electricity delivery is unavailable due to proactive de-energization, Essential, Special Needs, and Low-Income Customers have received extensive notice and information regarding how to prepare for these events.

Given that the Commission has already approved nearly identical Tariff Rule 14 changes for PG&E, approving the proposed changes for SDG&E should not be controversial. In addition, the proposed revisions to Tariff Rule 14 do not change the fundamental allocation of responsibility for loss that exists in current Tariff Rule 14,

#225091

12

which is the primary purpose of that tariff rule. The additional examples and language around the circumstances in which there may be an interruption of electricity delivery is useful to customers and provides much more detailed information than the existing Tariff Rule 14. SDG&E therefore urges the Commission to approve these proposed changes.

**VI.**

**COMPLIANCE WITH SENATE BILL 960 RULES,**
**INCLUDING PROPOSED SCHEDULE**

In compliance with Rule 6(a)(1), which was adopted in response to Senate Bill 960, SDG&E is required to state "the proposed category for the proceeding, the need for hearing, the issues to be considered, and a proposed schedule." SDG&E proposes to categorize this Application as a quasi-legislative proceeding. SDG&E anticipates that hearings may be necessary. The principal issues to be considered are as follow:

1. The proactive de-energization portion of the Fire Preparedness Plan;

2. The proposed changes to Tariff Rule 14; and

3. SDG&E's proposed tariff changes regarding Back-Up Generation and Demand Normalization.

SDG&E suggests the following proposed schedule:

| | |
|---|---|
| December 22, 2008 | Application filed |
| January, 2009 | Prehearing Conference |
| Februrary, 2009 | Intervenor Testimony served |
| March, 2009 | Utility Rebuttal Testimony Served |
| April, 2009 | Hearings if necessary |

#225091

13

| | |
|---|---|
| May, 2009 | Opening and Reply Briefs filed |
| June, 2009 | Proposed Decision |
| July, 2009 | Commission Decision issued |
| August, 2009 | Final Tariffs filed |

## VII.

## CORPORATE INFORMATION

SDG&E is a public utility corporation organized and existing under, and by virtue of, the laws of the State of California, and is engaged principally in the business of providing electric service in a portion of Orange County and electric and gas service in San Diego County.[6] SDG&E's principal place of business is 8330 Century Park Court, San Diego, California 92123, and its mailing address is Post Office Box 1831, San Diego, California 92112.

All correspondence or communications regarding this Application should be addressed to:

> Rebecca W. Giles
> Regulatory Case Administrator
> San Diego Gas & Electric Company
> 8316 Century Park Court, CP-32D
> San Diego, CA 92123
> (858) 636-6876
> RGiles@semprautilities.com

---

[6] SDG&E is a corporation created under the laws of the State of California. A certified copy of the Restated Articles of Incorporation of San Diego Gas & Electric Company presently in effect and certified by the California Secretary of State, was filed with the Commission on December 4, 1997 in connection with SDG&E's Application 97-12-012 and is incorporated herein by reference.

#225091                                  14

with a copy to:

> Lisa Urick
> Keith W. Melville
> Attorneys for San Diego Gas & Electric Company
> 101 Ash Street
> P.O. Box 1831
> San Diego, California  92101
> (619) 699-5070 (Urick)
> (619) 699-5039 (Melville)
> (619) 699-5027 (facsimile)
> Lurick@sempra.com
> Kmelville@sempra.com

## VIII.

## STATUTORY AND OTHER AUTHORITY

This Application is made pursuant to Section 451 of the Public Utilities Code of the State of California, the Commission's Rules of Practice and Procedure, and prior decisions, orders and resolutions of this Commission.

## IX.

## NOTICE

SDG&E will within 10 days after this Application is filed with the Commission:

1.      Mail a notice to cities and counties in SDG&E's service territory, stating in general terms the proposed operational and rule revisions.  The notice will also state that a copy of this Application and related testimony will be furnished by SDG&E upon written request;

2.      The notice will also state that a copy of this Application and related exhibits may be examined at the offices of the Commission and in such SDG&E offices as are specified in the notice.

#225091

15

SDG&E will also provide a similar notice to all customers affected by the proposed operational changes by including such notice with the regular bills transmitted to these customers, or by mailing notices in the United States Mail.

In addition, SDG&E will serve a copy of this Application and related exhibits on all persons designated in the Certificate of Service, which includes all parties to SDG&E's prior General Rate Case proceeding (A.06-12-009) and the Commission's Fire Preparedness OIR (R.08-11-005) service list.

## X.

## ADDITIONAL DOCUMENTATION

SDG&E's Prepared Direct Testimony as described above is being served on this day.

SDG&E is ready to proceed with its showing.

**WHEREFORE**, San Diego Gas & Electric Company respectfully requests that the Commission:

1.  Review this Application;

2.  Issue necessary tariff approvals by July 9, 2009;

3.  Issue an Order authorizing SDG&E to make such changes to SDG&E's tariffs as are consistent with the relief requested herein; and

///

///

#225091

16

1

2

3
   4.  Grant such other and further relief as the Commission finds to be just and reasonable.

4
              Dated at San Diego, California this 22nd day of December, 2008.

5

6
                       Respectfully submitted,

7
                       SAN DIEGO GAS & ELECTRIC COMPANY

8

9
                       By: /s/  LEE SCHAVRIEN
                       Lee Schavrien

10
                       Senior Vice President -
                       Regulatory & Finance

11

12
                       San Diego Gas & Electric Company

13

14
By:     /s/  KEITH W. MELVILLE

15
        LISA G. URICK
        KEITH W. MELVILLE

16
        Attorneys for
        SAN DIEGO GAS & ELECTRIC COMPANY

17
        101 Ash Street
        P. O. Box 1831

18
        San Diego, CA  92112
        (619) 699-5070 (Urick)

19
        (619) 699-5039 (Melville)

20
        (619 699-5027 facsimile
        Lurick@sempra.com

21
        Kmelville@sempra.com

22

23

24

25

26

27

28
#225091

                            17

1

**VERIFICATION**

2

I, Lee Schavrien, am an officer of the applicant corporation herein, to wit:  Senior

3

Vice President - Regulatory & Finance – San Diego Gas & Electric Company, and am

4

authorized to make this verification on its behalf.  The content of this document is true,

5

except as to matters that are stated on information and belief.  As to those matters, I

6

believe them to be true.

7

8

I declare under penalty of perjury that the foregoing is true and correct.

9

Executed on December 22, 2008 at San Diego, California.

10

11

12

13

/s/  LEE SCHAVRIEN

14

15

Lee Schavrien
Senior Vice President –
Regulatory & Finance

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **APPLICATION OF SAN DIEGO GAS & ELECTRIC COMPANY (U 902-E)** has been electronically mailed to each party of record of the service list in A.06-12-009 and R.08-11-005.  Any party on the service list who has not provided an electronic mail address was served by placing copies in properly addressed and sealed envelopes and by depositing such envelopes in the United States Mail with first-class postage prepaid.

Executed this 22nd day of December, 2008 at San Diego, California.


/s/  LISA FUCCI-ORTIZ_____  _____
Lisa Fucci-Ortiz



CPUC Home

# CALIFORNIA PUBLIC UTILITIES COMMISSION
## Service Lists

**PROCEEDING: A0612009 - SDG&E - TO UPDATE IT**
**FILER: SAN DIEGO GAS & ELECTRIC COMPANY**
**LIST NAME: LIST**
**LAST CHANGED: DECEMBER 17, 2008**

**DOWNLOAD THE COMMA-DELIMITED FILE**
**ABOUT COMMA-DELIMITED FILES**

**Back to Service Lists Index**

## Parties

```
RONALD VAN DER LEEDEN                   NORMAN A. PEDERSEN
SOCAL GAS AND SAN DIEGO GAS & ELECTRIC  ATTORNEY AT LAW
555 W. FIFTH STREET, GCT14D6            HANNA AND MORTON, LLP
LOS ANGELES, CA  90013                  444 SOUTH FLOWER STREET,  SUITE 1500
FOR: SOCAL GAS & SDG&E                  LOS ANGELES, CA  90071
                                        FOR: SOUTHERN CALIFORNIA GENERATION
                                        COALITION


ARTHUR B. COOK                          HUMBERTO GOMEZ
ATTORNEY AT LAW                         S.C. DIST. COUNCIL OF LABORERS ORG DEPT.
HILL, FARRER & BURRILL, LLP             4401 SANTA ANITA AVE., SUITE 214
300 SOUTH GRAND AVENUE, 37TH FLOOR      EL MONTE, CA  91731
LOS ANGELES, CA  90071-3147             FOR: S.C. DIST COUNCIL OF LABORERS ORG
FOR: PEST CONTROL OPERATORS OF          DEPT
CALIFORNIA


JOHN LEWIS                              FRANCIS MCNULTY
INTERNATIONAL CHEMICAL WORKERS UNION    ATTORNEY AT LAW
3200 INLAND EMPIRE BLVD., SUITE 160     SOUTHERN CALIFORNIA EDISON COMPANY
ONTARIO, CA  91764                      2244 WALNUT GROVE AVENUE
FOR: INTERNATIONAL CHEMICAL WORKERS     ROSEMEAD, CA  91770
UNION                                   FOR: SOUTHERN CALIFORNIA EDISON


JOANN RIZZI                             DON WOOD
ICWUC LOCAL 350                         4639 LEE AVENUE
6047 CAMELLIA AVENUE, SUITE D           LA MESA, CA  91941
TEMPLE CITY, CA  91780                  FOR: PACIFIC ENERGY POLICY CENTER
FOR: ICWUC LOCALS 47, 78, 350, 995


FREDERICK M. ORTLIEB                    KEITH W. MELVILLE
OFFICE OF CITY ATTORNEY                 ATTORNEY AT LAW
```

```
CITY OF SAN DIEGO                          SEMPRA ENERGY
1200 THIRD AVENUE, SUITE 1200              101 ASH STREET, HQ 12
SAN DIEGO, CA  92101                       SAN DIEGO, CA  92101
FOR: CITY OF SAN DIEGO                     FOR: SAN DIEGO GAS & ELECTRIC/ SOUTHERN
                                           CALIFORNIA GAS AND ELECTRIC


MICHAEL SHAMES                             ATTN: MICHAEL SHAMES
UCAN                                       UTILITY CONSUMERS' ACTION NETWORK (UCAN)
3100 FIFTH AVE., SUITE B                   3100 FIFTH AVE., STE. B
SAN DIEGO, CA  92103                       SAN DIEGO, CA  92103
FOR: UTILITY CONSUMERS ACTION NETWORK      FOR: UTILITY CONSUMERS' ACTION NETWORK
                                           (UCAN)


SCOTT JOHANSEN                             CARL WOOD
ATTORNEY AT LAW                            NATIONAL REGULATORY AFFAIRS DIRECTOR
DEPARTMENT OF THE NAVY                     UTILITY WORKERS UNION OF AMERICA
1220 PACIFIC HIGHWAY                       10103 LIVE OAK AVENUE
SAN DIEGO, CA  92132                       CHERRY VALLEY, CA  92223
FOR: FEDERAL EXECUTIVE AGENCIES            FOR: UTILITY WORKERS UNION OF AMERICA
                                           LOCAL 132


DENNIS ZUKOWSKI                            MARC D. JOSEPH
LOCAL 483 UTILITY WORKERS UNION            ATTORNEY AT LAW
PO BOX 6021                                ADAMS, BROADWELL, JOSEPH & CARDOZO
SANTA BARBARA, CA  93160                   601 GATEWAY BLVD., STE. 1000
FOR: LOCAL 483 UTILITY WORKER UNION        SOUTH SAN FRANCISCO, CA  94080
                                           FOR: COALITION OF CA UTILITY EMPLOYEES


ROBERT FINKELSTEIN                         LAURA J. TUDISCO
ATTORNEY AT LAW                            CALIF PUBLIC UTILITIES COMMISSION
THE UTILITY REFORM NETWORK                 LEGAL DIVISION
711 VAN NESS AVE., SUITE 350               ROOM 5032
SAN FRANCISCO, CA  94102                   505 VAN NESS AVENUE
FOR: TURN                                  SAN FRANCISCO, CA  94102-3214
                                           FOR: DRA


RASHID A. RASHID                           NORMAN J. FURUTA
CALIF PUBLIC UTILITIES COMMISSION          ATTORNEY AT LAW
LEGAL DIVISION                             FEDERAL EXECUTIVE AGENCIES
ROOM 4107                                  1455 MARKET ST., SUITE 1744
505 VAN NESS AVENUE                        SAN FRANCISCO, CA  94103-1399
SAN FRANCISCO, CA  94102-3214              FOR: FEDERAL EXECUTIVE AGENCIES
FOR: DRA


PATRICK G. GOLDEN                          EDWARD G. POOLE
ATTORNEY AT LAW                            ATTORNEY AT LAW
PACIFIC GAS AND ELECTRIC COMPANY           ANDERSON & POOLE
77 BEALE STREET, MAIL CODE B30A            601 CALIFORNIA STREET, SUITE 1300
SAN FRANCISCO, CA  94105                   SAN FRANCISCO, CA  94108-2818
FOR: PACIFIC GAS AND ELECTRIC              FOR: WMA


JAMES D. SQUERI                            MELISSA W. KASNITZ
ATTORNEY AT LAW                            ATTORNEY AT LAW
GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY    DISABILITY RIGHTS ADVOCATES
505 SANSOME STREET, SUITE 900              2001 CENTER STREET, THIRD FLOOR
SAN FRANCISCO, CA  94111                   BERKELEY, CA  94704-1204
FOR: CALIFORNIA RETAILERS ASSOCIATION


ROGER HELLER                              JAMES WEIL
ATTORNEY AT LAW                           DIRECTOR
DISABILITY RIGHTS ADVOCATES              AGLET CONSUMER ALLIANCE
2001 CENTER STREET, THIRD FLOOR          PO BOX 1916
BERKELEY, CA  94704-1204                 SEBASTOPOL, CA  95473
FOR: DISABILITY RIGHTS ADVOCATES         FOR: AGLET CONSUMER ALLIANCE


GREGGORY L. WHEATLAND                    JEFFERY D. HARRIS
```

```
ATTORNEY AT LAW                      ATTORNEY AT LAW
ELLISON, SCHNEIDER & HARRIS, LLP     ELLISON, SCHNEIDER & HARRIS
2015 H STREET                        2015 H STREET
SACRAMENTO, CA  95811-3109           SACRAMENTO, CA  95811-3109
FOR: VOTE SOLAR INITIATIVE           FOR: LS POWER


RONALD LIEBERT
ATTORNEY AT LAW
CALIFORNIA FARM BUREAU FEDERATION
2300 RIVER PLAZA DRIVE
SACRAMENTO, CA  95833
FOR: CALIFORNIA FARM BUREAU FEDERATION
```

## Information Only

```
JOHN ALLI                            KAY DAVOODI
ZIMMER LUCAS PARTNERS                 NAVY UTILITY RATES AND STUDIES OFFICE
45 BROADWAY 28TH FLOOR                1322 PATTERSON AVE., SE - BLDG. 33
NEW YORK, NY  10006                   WASHINGTON, DC  20374-5018


MAKDA SOLOMON                        GARY BARCH
NAVY UTILITY RATES AND STUDIES OFFICE FELLON-MCCORD & ASSOCIATES
1322 PATTERSON AVENUE SE - BLDG. 33   SUITE 2000
WASHINGTON, DC  20374-5018            9960 CORPORATE CAMPUS DRIVE
                                      LOUISVIILLE, KY  40223
                                      FOR: CONSTELLATION NEW ENERGYGAS


SAMARA MINDEL                        STEPHEN D. BAKER
REGULATORY AFFAIRS ANALYST            SR. REG. ANALYST, FELLON-MCCORD AND ASS.
FELLON-MCCORD & ASSOCIATES            CONSTELLATION NEW ENERGY-GAS DIVISION
9960 CORPORATE CAMPUS DRIVE, SUITE 2000 9960 CORPORATE CAMPUS DRIVE, STE. 2000
LOUISVILLE, KY  40223                 LOUISVILLE, KY  40223


DONNA DERONNE                        ROBERT WELCHLIN
LARKIN & ASSOCIATES, INC.            OVERLAND CONSULTING
15728 FARMINGTON ROAD                 10801 MASTIN BLDG 84, SUITE 420
LIVONIA, MI  48154                    OVERLAND PARK, KS  66210


GARY HINNERS                         BEN BOYD
RELIANT ENERGY, INC.                 DISTRIBUTION CONTROL SYSTEMS, INC.
PO BOX 148                            5430 HICKORY VILLAGE DRIVE
HOUSTON, TX  77001-0148               KINGWOOD, TX  77345


ROBERT L. PETTINATO                  CLAY E. FABER
LOS ANGELES DEPARTMENT OF WATER & POWER SOUTHERN CALIFORNIA GAS COMPANY
111 NORTH HOPE STREET, SUITE 1151     555 WEST FIFTH STREET, GT-14D6
LOS ANGELES, CA  90012                LOS ANGELES, CA  90013


HUGH YAO                             CENTRAL FILES
SOUTHERN CALIFORNIA GAS COMPANY       SEMPRA ENERGY UTILITIES
555 W. 5TH ST, GT22G2                 555 W. FIFTH STREET, GT14D6
LOS ANGELES, CA  90013                LOS ANGELES, CA  90013-1011


JOHNNY PONG                          MICHAEL R. THORP
SEMPRA ENERGY                         ATTORNEY AT LAW
555 WEST FIFTH STREET NO. 1400        SEMPRA ENERGY
LOS ANGELES, CA  90013-1011           555 W. 5TH STREET
                                      LOS ANGELES, CA  90013-1011


RAN VAN DER LEEDEN                   LOUIS CORREA
SAN DIEGO GAS & ELECTRIC COMPANY      UTILITY WORKERS UNION OF AMERICA
555 WEST FIFTH STREET, GT14-075       7200 GREENLEAF AVENUE, SUITE 380
```

```
LOS ANGELES, CA  90013-1011            WHITTIER, CA  90602-1363


MARTA RODRIGUEZ-HARRIS                 GREGORY S.G. KLATT
UTIL. WORKERS UNION OF AMERICA, AFL-CIO ATTORNEY AT LAW
LOCAL 132                              DOUGLASS & LIDDELL
7200 GREENLEAF AVENUE, SUITE 380       411 E. HUNTINGTON DRIVE, SUITE 107-356
WHITTIER, CA  90602-1363               ARCADIA, CA  91007
                                       FOR: DIRECT ACCESS CUSTOMER COALITION


STEVE ENDO                             STEVEN G. LINS
PASADENA DEPARTMENT OF WATER & POWER   GENERAL COUNSEL
150 S. LOS ROBLES AVE., STE. 200       GLENDALE WATER AND POWER
PASADENA, CA  91101                    613 EAST BROADWAY, SUITE 220
                                       GLENDALE, CA  91206-4394


DANIEL W. DOUGLASS                     BRUNO JEIDER
DOUGLASS & LIDDELL                     BURBANK WATER & POWER
21700 OXNARD STREET, SUITE 1030        164 WEST MAGNOLIA BLVD.
WOODLAND HILLS, CA  91367              BURBANK, CA  91502
FOR: ALLIANCE FOR RETAIL ENERGY MARKETS


CASE ADMINISTRATION                    GLORIA M. ING
SOUTHERN CALIFORNIA EDISON COMPANY     ATTORNEY AT LAW
LAW DEPARTMENT, ROOM 370               SOUTHERN CALIFORNIA EDISON COMPANY
2244 WALNUT GROVE AVENUE               2244 WALNUT GROVE AVENUE
ROSEMEAD, CA  91770                    ROSEMEAD, CA  91770


JAIRAM GOPAL                           DAN PERKINS
SOUTHERN CALIFORNIA EDISON             ENERGYSMARTHOMES.NET
2244 WALNUT GROVE, GO1-C               983 PHILLIPS ST.
ROSEMEAD, CA  91770                    VISTA, CA  92083
                                       FOR: CITY OF SAN DIEGO (SUSTAINABLE
                                       ENERGY ADVISORY BOARD)


JAMES F. WALSH                         KELLY M. FOLEY
ATTORNEY AT LAW                        ATTORNEY AT LAW
SEMPRA ENERGY                          SAN DIEGO GAS & ELECTRIC COMPANY
101 ASH STREET                         101 ASH STREET, HQ12
SAN DIEGO, CA  92101-3017              SAN DIEGO, CA  92101-3017


ART NEILL                              DONALD C. LIDDELL
ATTORNEY AT LAW                        DOUGLASS & LIDDELL
UTILITY CONSUMERS' ACTION NETWORK      2928 2ND AVENUE
3100 5TH AVE. SUITE B                  SAN DIEGO, CA  92103
SAN DIEGO, CA  92103                   FOR: CALIFORNIA NATURAL GAS VEHICLE
                                       ASSOCIATION


THOMAS BLAIR                           JOHN  W. LESLIE
CITY OF SAN DIEGO                      ATTORNEY AT LAW
9601 RIDGEHAVEN COURT, STE. 120/MS11   LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
SAN DIEGO, CA  92123                   11988 EL CAMINO REAL, SUITE 200
                                       SAN DIEGO, CA  92130-2592


ELSTON K. GRUBAUGH                     BERNARDO R. GARCIA
IMPERIAL IRRIGATION DISTRICT           REGION 5 DIRECTOR
333 EAST BARIONI BLVD.                 UTILITY WORKERS UNION OF AMERICA
IMPERIAL, CA  92251                    215 AVENIDA DEL MAR, SUITE M
                                       SAN CLEMENTE, CA  92674-0037


ROY M. BOZARTH                         BRUCE FOSTER
UTILITY WORKERS UNION OF AMERICA       SENIOR VICE PRESIDENT
LOCAL 483                              SOUTHERN CALIFORNIA EDISON COMPANY
920 W. PINE AVENUE                     601 VAN NESS AVENUE, STE. 2040
LOMPOC, CA  93436                      SAN FRANCISCO, CA  94102
```

```
DAN SKOPEC                              MARCEL HAWIGER
VP REGULATORY AFFAIRS - S.F.            ATTORNEY AT LAW
SAN DIEGO GAS AND ELECTRIC COMPANY      THE UTILITY REFORM NETWORK
601 VAN NESS AVENUE, SUITE 2060         711 VAN NESS AVENUE, SUITE 350
SAN FRANCISCO, CA  94102                SAN FRANCISCO, CA  94102


NINA SUETAKE                            SEEMA SRINIVASAN
ATTORNEY AT LAW                         ATTORNEY AT LAW
THE UTILITY REFORM NETWORK              ALCANTAR & KAHL, LLP
711 VAN NESS AVE., STE. 350             120 MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA  94102                SAN FRANCISCO, CA  94104


BRUCE FRASER                            CALIFORNIA ENERGY MARKETS
PACIFIC GAS AND ELECTRIC                425 DIVISADERO ST., SUITE 303
77 BEALE STREET, ROOM 941               SAN FRANCISCO, CA  94117
SAN FRANCISCO, CA  94105


BRIAN K. CHERRY                         CASE COORDINATION
VP, REGULATORY RELATIONS                PACIFIC GAS AND ELECTRIC COMPANY
PACIFIC GAS AND ELECTRIC COMPANY        PO BOX 770000; MC B9A
PO BOX 770000, MAIL CODE: B10C          SAN FRANCISCO, CA  94177
SAN FRANCISCO, CA  94177                FOR: PACIFIC GAS AND ELECTRIC COMPANY


PATRICIA R. THOMPSON                    PATRICIA THOMPSON
SUMMIT BLUE CONSULTING                  SUMMIT BLUE CONSULTING
2752 DOS RIOS DR.                       2920 CAMINO DIABLO, SUITE 210
SAN RAMON, CA  94583                    WALNUT CREEK, CA  94597


CATHERINE E. YAP                        WILLIAM A. MONSEN
BARKOVICH & YAP, INC.                   MRW & ASSOCIATES, INC.
PO BOX 11031                            1814 FRANKLIN STREET, SUITE 720
OAKLAND, CA  94611                      OAKLAND, CA  94612


MRW & ASSOCIATES, INC.                  DAVID MARCUS
1814 FRANKLIN STREET, SUITE 720         PO BOX 1287
OAKLAND, CA  94612                      BERKELEY, CA  94701


JESSE W. RASKIN                         KENECHUKWU OKOCHA
LEGAL ASSOCIATE                         THE GREENLINING INSTITUTE
THE GREENLINING INSTITUTE               1918 UNIVERSITY AVENUE, 2ND FLOOR
1918 UNIVERSITY AVENUE, 2ND FLOOR       BERKELEY, CA  94704
BERKELEY, CA  94704


ROBERT GNAIZDA                          SAMUEL KANG
POLICY DIRECTOR/GENERAL COUNSEL         MANAGING ATTORNEY
THE GREENLINING INSTITUTE               THE GREENLINING INSTITUTE
1918 UNIVERSITY AVENUE, SECOND FLOOR    1904 UNIVERSITY AVE., 2ND FLOOR
BERKELEY, CA  94704                     BERKELEY, CA  94704


STEPHANIE CHEN                          J.P. ROSS
LEGAL ASSOCIATE                         VP - STRATEGIC RELATIONSHIP
THE GREENLINING INSTITUTE               SUNGEVITY
1918 UNIVERSITY AVENUE, 2ND FLOOR       1625 SHATTUCK AVE., STE 210
BERKELEY, CA  94704                     BERKELEY, CA  94709


WENDY L. ILLINGWORTH                     BILL MARCUS
ECONOMIC INSIGHTS                        JBS ENERGY
320 FEATHER LANE                         311 D STREET, STE. A
SANTA CRUZ, CA  95060                    WEST SACRAMENTO, CA  95605


GAYATRI SCHILBERG                        RICHARD MCCANN
JBS ENERGY                               M.CUBED
311 D STREET, SUITE A                    2655 PORTAGE BAY ROAD, SUITE 3
```

```
WEST SACRAMENTO, CA  95605              DAVIS, CA  95616


AUDRA HARTMANN                         KELLIE SMITH
DYNEGY INC.                            SENATE ENERGY/UTILITIES & COMMUNICATION
980 NINTH STREET, SUITE 2130           STATE CAPITOL, ROOM 4038
SACRAMENTO, CA  95814                  SACRAMENTO, CA  95814


ANNIE STANGE
ALCANTAR & KAHL
1300 SW FIFTH AVE., SUITE 1750
PORTLAND, OR  97201
```

## State Service

```
LAURA LEI STRAIN                       BELINDA GATTI
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
ENERGY DIVISION                        ENERGY DIVISION
320 WEST 4TH STREET SUITE 500          AREA 4-A
LOS ANGELES, CA  90013                 505 VAN NESS AVENUE
FOR: ENERGY                            SAN FRANCISCO, CA  94102-3214


CLAYTON K. TANG                        DONALD J. LAFRENZ
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
ENERGY COST OF SERVICE & NATURAL GAS BRA ENERGY DIVISION
ROOM 4205                              AREA 4-A
505 VAN NESS AVENUE                    505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214          SAN FRANCISCO, CA  94102-3214
FOR: DRA                               FOR: ENERGY


DONNA-FAY BOWER                        DOUGLAS M. LONG
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
ENERGY COST OF SERVICE & NATURAL GAS BRA DIVISION OF ADMINISTRATIVE LAW JUDGES
ROOM 4205                              ROOM 5023
505 VAN NESS AVENUE                    505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214          SAN FRANCISCO, CA  94102-3214
FOR: DRA


GREGORY HEIDEN                         JOYCE ALFTON
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
LEGAL DIVISION                         ENERGY DIVISION
ROOM 5039                              AREA 4-A
505 VAN NESS AVENUE                    505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214          SAN FRANCISCO, CA  94102-3214
FOR: DRA


LISA-MARIE SALVACION                   RICHARD A. MYERS
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
LEGAL DIVISION                         ENERGY DIVISION
ROOM 4107                              AREA 4-A
505 VAN NESS AVENUE                    505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214          SAN FRANCISCO, CA  94102-3214


ROBERT M. POCTA                        ROBERT MASON
CALIF PUBLIC UTILITIES COMMISSION      CALIF PUBLIC UTILITIES COMMISSION
ENERGY COST OF SERVICE & NATURAL GAS BRA EXECUTIVE DIVISION
ROOM 4205                              ROOM 5141
505 VAN NESS AVENUE                    505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214          SAN FRANCISCO, CA  94102-3214
FOR: DRA


TRUMAN L. BURNS
CALIF PUBLIC UTILITIES COMMISSION
ENERGY COST OF SERVICE & NATURAL GAS BRA
```

```
ROOM 4102
505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214
FOR: DRA
```

**TOP OF PAGE**
**BACK TO INDEX OF SERVICE LISTS**



CPUC Home

# CALIFORNIA PUBLIC UTILITIES COMMISSION
## Service Lists

**PROCEEDING: R0811005 - OIR TO REVISE & CLAR**
**FILER: CPUC**
**LIST NAME: LIST**
**LAST CHANGED: DECEMBER 18, 2008**

**DOWNLOAD THE COMMA-DELIMITED FILE**
**ABOUT COMMA-DELIMITED FILES**

**Back to Service Lists Index**

## Parties

KEVIN SAVILLE
ASSOCIATE GENERAL COUNSEL
FRONTIER COMMUNICATIONS
2378 WILSHIRE BOULEVARD
MOUND, MN  55364
FOR: FRONTIER COMMUNICATIONS

JOHN A. GUTIERREZ
DIRECTOR OF GOVERNMENT AFFAIRS
COMCAST PHONE OF CALIFORNIA, LLC
PO BOX 5147
SAN RAMON, CA  84583
FOR: COMCAST CABLE COMMUNICATIONS, INC.

SCOTT KUHN
SENIOR DEPUTY COUNTY COUNSEL
652 KENNETH HAHN HALL OF ADMINISTRATION
500 W. TEMPLE STREET
LOS ANGELES, CA  90012
FOR: LOS ANGELES COUNTY

JESUS G. ROMAN ESQ
ATTORNEY
VERIZON CALIFORNIA
112 LAKEVIEW CANYON ROAD, CA501LB
THOUSAND OAKS, CA  91362
FOR: VERIZON CALIFORNIA

ROBERT F. LEMOINE
ATTORNEY
SOUTHERN CALIFORNIA EDISON
2244 WALNUT GROVE AVE.
ROSEMEAD, CA  91770
FOR: SOUTHERN CALIFORNIA EDISON

DIANE J. CONKLIN
SPOKESPERSON
MUSSEY GRADE ROAD ALLIANCE
PO BOX 683
RAMONA, CA  92065
FOR: MUSSEY GRADE ROAD ALLIANCE

KEITH MELVILLE
ATTORNEY AT LAW
SAN DIEGO GAS & ELECTRIC COMPANY
101 ASH STREET, HQ 13D
SAN DIEGO, CA  92112
FOR: SAN DIEGO GAS & ELECTRIC COMPANY

MICHAEL BAGLEY
VERIZON WIRELESS
15505 SAND CANYON AVENUE
IRVINE, CA  92612
FOR: VERIZON WIRELESS

JON DOHM
CROWN CASTLE USA, WEST AREA
510 CASTILLO STREET, SUITE 303

JAMES E. BRITSCH
FACILITIES MANAGEMENT SPECIALISTS LLC
1231 CRESTLINE DRIVE

SANTA BARBARA, CA  93101                SANTA BARBARA, CA  93105
FOR: CALWA                              FOR: FACILITIES MANAGEMENT SPECIALISTS,
                                        LLC.


ROBERT FINKELSTEIN                      KIMBERLY LIPPI
THE UTILITY REFORM NETWORK              CALIF PUBLIC UTILITIES COMMISSION
711 VAN NESS AVENUE, 350                LEGAL DIVISION
SAN FRANCISCO, CA  94102                ROOM 5001
FOR: TURN                               505 VAN NESS AVENUE
                                        SAN FRANCISCO, CA  94102-3214
                                        FOR: CPSD


NELSONYA CAUSBY                         PETER A. CASCIATO
GENERAL ATTORNEY                        ATTORNEY AT LAW
AT&T CALIFORNIA                         A PROFESSIONAL CORPORATION
525 MARKET ST., STE 2025                355 BRYANT STREET, SUITE 410
SAN FRANCISCO, CA  94105                SAN FRANCISCO, CA  94107
FOR: AT&T CALIFORNIA                    FOR: COMCAST PHONE OF CALIFORNIA


JEANNE B. ARMSTRONG                     PATRICK M. ROSVALL
ATTORNEY AT LAW                         COOPER, WHITE & COOPER LLP
GOODIN MACBRIDE SQUERI DAY & LAMPREY LLP 201 CALIFORNIA STREET, 17TH FLOOR
505 SANSOME STREET, SUITE 900           SAN FRANCISCO, CA  94111
SAN FRANCISCO, CA  94111                FOR: SMALL LECS
FOR: COUNSEL FOR CTIA-THE WIRELESS
ASSOCIATION GOODIN, MACBRIDE, SQUERI,
DAY & LALMPREY, LLP


ROBERT MILLAR                           VIDHYA PRABHAKARAN
DAVIS WRIGHT TREMAINE, LLP              GOODIN MACBRIDE SQUERI DAY & LAMPREY LLP
505 MONTGOMERY STREET, SUITE 800        505 SANSOME STREET, SUITE 900
SAN FRANCISCO, CA  94111                SAN FRANCISCO, CA  94111
FOR: NEXTG NETWORKS OF CALIFORNIA, INC.  FOR: PACIFICORP


EDWARD O'NEILL                          SUZANNE TOLLER
DAVIS WRIGHT TREMAINE LLP               DAVIS WRIGHT TREMAINE
505 MONTGOMERY STREET, SUITE 800        505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA  94111-6533           SAN FRANCISCO, CA  94111-6533
FOR: COXCOM, INC./COX CALIFORNIA TELCOM  FOR: DAVIS WRIGHT TREMAINE
LLC


JEROME CANDELARIA                       ROBERT L. DELSMAN
ATTORNEY AT LAW                         NEXTG NETWORKS OF CALIFORNIA, INC
CALIFORNIA CABLE TV ASSOCIATION         2216 OTOOLE AVENUE
360 22ND STREET, NO. 750                SAN JOSE, CA  95131
OAKLAND, CA  94612                      FOR: NEXTG NETWORKS OF CALIFORNIA, INC.
FOR: CCTA


CASEY HASHIMOTO                         STEPHEN R. CIESLEWICZ
TURLOCK IRRIGATION DISTRICT             CN UTILITY CONSULTING, INC
333 CANAL DRIVE                         120 PLEASANT HILL AVE. NORTH, STE.190
TURLOCK, CA  95380                      SEBASTOPOL, CA  95472
FOR: TURLOCK IRRIGATION DISTRICT        FOR: CN UTILITY CONSULTING, INC


ERNYLEE CHAMLEE                         BRUCE MCLAUGHLIN
CAL DEP OF FOREST AND FIRE PROTECTION   BRAUN & BLAISING MCLAUGHLIN, P.C.
1131 S STREET                           915 L STREET, SUITE 1270
SACRAMENTO, CA  95811                   SACRAMENTO, CA  95814
FOR: CALIFORNIA DEPARTMENT OF FORESTRY  FOR: BRAUN BLAISING MCLAUGHLIN, PC
AND FIRE PROCTECTION


JUSTIN C. WYNNE
ATTORNEY AT LAW
BRAUN BLAISING MCLAUGHLIN, P.C.
915 L STREET, SUITE 1270
SACRAMENTO, CA  95814

FOR: CALIFORNIA MUNICIPAL UTILITIES
ASSOCIATION

## Information Only

BOB RITTER
CROWN CASTLE USA, INC.
2000 CORPORATE DRIVE
CANONSBURG, PA  15317

MIKE RODEN
EXECUTIVE DIR-REGULATORY
CINGULAR WIRELESS SERVICES, LLC
5565 GLENRIDGE CONNECTOR
ATLANTA, GA  30342

MARJORIE HERLTH
REGIONAL DIRECTOR, PUBLIC POLICY
QWEST COMMUNICATIONS CORPORATION
1801 CALIFORNIA ST., 10TH FL.
DENVER, CO  80202

CHRISTOPHER A. HILEN
ASSISTANT GENERAL COUNSEL
SIERRA PACIFIC POWER COMPANY
6100 NEIL ROAD
RENO, NV  89520
FOR:  COUNSEL FOR SIERRA PACIFIC POWER
COMPANY

LARI SHEEHAN
COUNTY OF LOS ANGELES
500 W. TEMPLE STREET, ROOM 723
LOS ANGELES, CA  90012

JOHN R. TODD
PREVENTION SERVICES BUREAU
COUNTY OF LOS ANGELES FIRE DEPARTMENT
1320 N. EASTERN AVENUE
LOS ANGELES, CA  90063-3294

JACQUE LOPEZ
VERIZON CALIFORNIA INC
112 LAKEVIEW CANYON ROAD, CA501LB
THOUSAND OAKS, CA  91362

LORRAINE A. KOCEN
SENIOR STAFF CONSULTANT
VERIZON CALIFORNIA INC.
112 S. LAKEVIEW CANYON ROAD, CA 501LS
THOUSAND OAKS, CA  91362

STEVE FORD
MANAGER, CONSTRUCTION METHODS
CHINO OFFICE BUILDING
14005 S. BENSON AVE.,
CHINO, CA  91710-7026
FOR: CONSTRUCTION METHODS

CASE ADMIN
SCE LAW DEPT
2244 WALNUT GROVE AVE.
ROSEMEAD, CA  91770

JAMES LEHRER
SOUTHERN CALIFORNIA EDISON
LAW DEPARTMENT
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA  91770

STEVE M. DUNN
DEPARTMENT OF PUBLIC WORKS
COUNTY OF LOS ANGELES
PO BOX 1460
ALHAMBRA, CA  91802-1460

JOSEPH W. MITCHELL, PH. D.
M-BAR TECHNOLOGIES AND CONSULTING
19412 KIMBALL VALLEY RD
RAMONA, CA  92065

ALLEN K. TRIAL
COUNSEL
SAN DIEGO GAS & ELECTRIC COMPANY
101 ASH STREET, HQ-12
SAN DIEGO, CA  92101

ESTHER NORTHRUP
COX COMMUNICATIONS
350 10TH AVENUE, SUITE 600
SAN DIEGO, CA  92101

JOHN A. PACHECO
ATTORNEY AT LAW
SEMPRA ENERGY
101 ASH STREET, HQ-12
SAN DIEGO, CA  92101-3017
FOR: SAN DIEGO GAS & ELECTRIC COMPANY

DON LIDDELL
ATTORNEY AT LAW
DOUGLASS & LIDDELL
2928 2ND AVENUE
SAN DIEGO, CA  92103

LISA URICK
ATTORNEY AT LAW
SAN DIEGO GAS & ELECTRIC COMPANY
101 ASH STREET
SAN DIEGO, CA  92112

DAVID DOHREN                              GREGORY L. WALTERS
SAN DIEGO GAS & ELECTRIC COMPANY          SAN DIEGO GAS & ELECTRIC COMPANY
8316 CENTURY PARK COURT, CP51D            8316 CENTURY PARK COURT
SAN DIEGO, CA  92123                      SAN DIEGO, CA  92123
                                          FOR: SAN DIEGO GAS & ELECTRIC


REBECCA GILES                             JUSTIN CASHMER
SAN DIEGO GAS AND ELECTRIC COMPANY        VERIZON CALIFORNIA INC.
REGULATORY AFFAIRS DEPT. - CP32D          11 S. 4TH ST.
8330 CENTURY PARK COURT                   REDLANDS, CA  92373
SAN DIEGO, CA  92123
FOR: SAN DIEGO GAS AND ELECTRIC COMPANY


BILL D. CARNAHAN                          LINDA BURTON
EXECUTIVE DIRECTOR                        REGULATORY MANAGER
DIRECTOR, PUBLIC UTILITIES DEPARTMENT     SIERRA TELEPHONE COMPANY, INC.
3900 MAIN STREET                          PO BOX 219
RIVERSIDE, CA  92522-0600                 OAKHURST, CA  93644-0219
                                          FOR: SIERRA TELEPHONE COMPANY, INC.


WILLIAM A.G. WILDE                        ELAINE M. DUNCAN
PRESIDENT                                 ATTORNEY AT LAW
CREATIVE INTERCONNECT COM. LLC            VERIZON
555 OLD COUNTY RD., SUITE 100             711 VAN NESS AVENUE, SUITE 300
SAN CARLOS, CA  94070                     SAN FRANCISCO, CA  94102


MARCEL HAWIGER                            REGINA COSTA
ATTORNEY AT LAW                           RESEARCH DIRECTOR
THE UTILITY REFORM NETWORK                THE UTILITY REFORM NETWORK
711 VAN NESS AVENUE, SUITE 350            711 VAN NESS AVENUE, SUITE 350
SAN FRANCISCO, CA  94102                  SAN FRANCISCO, CA  94102
FOR: TURN                                 FOR: TURN


STEPHEN A. S. MORRISON                    JAMES HENDRY
CITY & COUNTY OF SAN FRANCISCO            UTILITIES SPECIALIST
CITY HALL, SUITE 234                      SAN FRANCISCO PUBLIC UTILITIES COMM.
1 DR CARLTON B. GOODLET PLACE             1155 MARKET STREET, FOURTH FLOOR
SAN FRANCISCO, CA  94102-4682             SAN FRANCISCO, CA  94103


MARISA MITCHELL                           DAVID POSTER
ENVIRONMENTAL SCIENTIST                   PACIFIC GAS AND ELECTRIC COMPANY
ASPEN ENVIRONMENTAL GROUP                 77 BEALE ST., MC B10A
235 MONTGOMERY STREET, SUITE 935          SAN FRANCISCO, CA  94105
SAN FRANCISCO, CA  94104


FASSIL FENIKILE                           KEITH KROM
DIRECTOR-REGULATORY                       GENERAL ATTORNEY
AT&T CALIFORNIA                           AT&T CALIFORNIA
525 MARKET STREET, ROOM 1925              525 MARKET STREET, SUITE 2025
SAN FRANCISCO, CA  94105                  SAN FRANCISCO, CA  94105


LISE H. JORDAN                            MARGARET M. DILLON
ATTORNEY FOR:                             ASSOCIATE DIRECTOR
PACIFIC GAS AND ELECTRIC COMPANY          PACIFIC BELL TELEPHONE COMPANY
77 BEALE STREET                           525 MARKET STREET, 18TH FL., NO. 15
SAN FRANCISCO, CA  94105                  SAN FRANCISCO, CA  94105
FOR: PG & E


MICHELLE CHOO                             PETER M. HAYES
AT&T CALIFORNIA                           GENERAL MANAGER
525 MARKET STREET, 20TH FLOOR             PACIFIC BELL TELEPHONE COMPANY
SAN FRANCISCO, CA  94105                  525 MARKET STREET, RM 1919
                                          SAN FRANCISCO, CA  94105

```
RACHEL A. BIRKEY                        ROSS JOHNSON
OFFICE OF THE GENERAL COUNSEL           AREA MGR-REGULATORY
U.S. DEPT. OF AGRICULTURE               AT&T CALIFORNIA
33 NEW MONTGOMERY ST., 17TH FLOOR       525 MARKET STREET, 19TH FLOOR, 33
SAN FRANCISCO, CA  94105                SAN FRANCISCO, CA  94105


SANDY LAMBOY                            THOMAS SELHORST
PACIFIC GAS AND ELECTRIC COMPANY        SENIOR PARALEGAL
77 BEALE STREET, MC B13L                AT&T CALIFORNIA
SAN FRANCISCO, CA  94105                525 MARKET STREET, 20TH FLR, RM 2023
                                        SAN FRANCISCO, CA  94105


KATHERINE CARLIN                        MARK P. SCHREIBER
DAVIS WRIGHT TREMAINE LLP               ATTORNEY AT LAW
505 MONTGOMERY STREET, SUITE 800        COOPER, WHITE & COOPER, LLP
SAN FRANCISCO, CA  94111                201 CALIFORNIA STREET, 17TH FLOOR
                                        SAN FRANCISCO, CA  94111


KATIE NELSON                            CALIFORNIA ENERGY MARKETS
DAVIS WRIGHT TREMAINE, LLP              425 DIVISADERO ST. SUITE 303
505 MONTGOMERY STREET, SUITE 800        SAN FRANCISCO, CA  94117
SAN FRANCISCO, CA  94111-6533
FOR: DAVIS WRIGHT TREMAINE, LLP


ROBIN HARRINGTON                        AMY BARTELL
STAFF COUNSEL                           CITY OF PALO ALTO
CAL.DEPT OF FORESTRY AND FIRE PROTECTION 250 HAMILTON AVENUE, PO BOX 10250
PO BOX 944246                           PALO ALTO, CA  94303
SACRAMENTO, CA  94244-2460


GRANT KOLLING                           ALEXIS K. WODTKE
CITY OF PALO ALTO                       STAFF ATTORNEY
250 HAMILTON AVENUE, PO BOX 10250       CONSUMER FEDERATION OF CALIFORNIA
PALO ALTO, CA  94303                    520 S. EL CAMINO REAL, STE. 340
                                        SAN MATEO, CA  94402


LARRY ABERNATHY                         DOUGLAS GARRETT
DAVEY TREE                              COX COMMUNICATIONS
PO BOX 5015                             2200 POWELL STREET, STE. 1035
LIVERMORE, CA  94550                    EMERYVILLE, CA  94608


LESLA LEHTONEN                          MRW & ASSOCIATES, INC
VP LEGAL AND REGULATORY AFFAIRS         1814 FRANKLIN STREET, STE 720
CALIFORNIA CABLE & TELECOM ASSOCIATION  OAKLAND, CA  94612
360 22ND STREET, SUITE 750              FOR: MRW & ASSOCIATES, INC
OAKLAND, CA  94612


CARLOS FERNANDEZ-PELLO                  ROBERT NOVEMBRI
UNIVERSITY OF CALIFORNIA BERKELEY       NOVEMBRI CONSULTING, LLC
DEPARTMENT OF MECHANICAL ENGINEERING    PO BOX 746
6105 ETCHEVERRY HALL                    NOVATO, CA  94948-0746
BERKELEY, CA  94720-1740                FOR: NOVEMBRI CONSULTING, LLC


ROBERT WOLFE                            BARRY F. MCCARTHY
AT&T CALIFORNIA                         ATTORNEY AT LAW
310 MARTIN AVENUE, ROOM 100A            MCCARTHY & BERLIN LLP
SANTA CLARA, CA  95050                  100 W. SAN FERNANDO ST., SUITE 501
                                        SAN JOSE, CA  95113
                                        FOR: CITIY OF ANAHEIM; NORTHERN
                                        CALIFORNIA POWER AGENCY; TURLOCK
                                        IRRIGATION DISTRICT


SUSAN M. O'BRIEN                        SUSIE BERLIN
ATTORNEY AT LAW                         ATTORNEY AT LAW
MCCARTHY & BERLIN, LLP                  MC CARTHY & BERLIN, LLP
```

100 W. SAN FERNANDO STREET, SUITE 501
SAN JOSE, CA  95113

100 W SAN FERNANDO ST., STE 501
SAN JOSE, CA  95113

LYNNE MARTINEZ
DIRECTOR GOVERNMENT AFFAIRS
PAC-WEST TELECOMM, INC.
4210 CORONADO AVE.
STOCKTON, CA  95204

THOMAS S. KIMBALL
MODESTO IRRIGATION DISTRICT
1231 11TH STREET
MODESTO, CA  95352

JOY A. WARREN
REGULATORY ADMINISTRATOR
MODESTO IRRIGATION DISTRICT
1231 11TH STREET
MODESTO, CA  95354

BRIAN LAFOLLETTE
TURLOCK IRRIGATION DISTRICT
PO BOX 949
333 EAST CANAL DRIVE
TURLOCK, CA  95381-0949

GAYATRI SCHILBERG
JBS ENERGY
311 D STREET, SUITE A
WEST SACRAMENTO, CA  95605

SCOTT TOMASHEFSKY
REGULATORY AFFAIRS MANAGER
NORTHERN CALIFORNIA POWER AGENCY
651 COMMERCE DRIVE
ROSEVILLE, CA  95678

CHARLIE BORN
MANAGER, GOVERNMENT AND EXTERNAL AFFAIRS
FRONTIER COMMUNICATIONS
PO BOX 340
ELK GROVE, CA  95759

LYNN HAUG
ATTORNEY AT LAW
ELLISON, SCHNEIDER & HARRIS, LLP
2015 H STREET
SACRAMENTO, CA  95811

SCOTT BLAISING
ATTORNEY AT LAW
BRAUN & BLAISING MCLAUGHLIN,  P.C.
915 L STREET, SUITE 1270
SACRAMENTO, CA  95814

MARGARET FELTS
PRESIDENT
CALIFORNIA COMMUNICATIONS ASSN
1321 HOWE AVE. SUITE 202
SACRAMENTO, CA  95825

CATHIE ALLEN
REGULATORY MANAGER
PACIFICORP
825 NE MULTNOMAH STREET, SUITE 2000
PORTLAND, OR  97232

HEIDE CASWELL
PACIFICORP
825 NE MULTNOMAH STREET, SUITE 1500
PORTLAND, OR  97232

JORDAN WHITE
SENIOR ATTORNEY
PACIFICORP
825 NE MULTNOMAH STREET, SUITE 1800
PORTLAND, OR  97232

CYNTHIA MANHEIM
GENERAL ATTORNEY
CINGULAR WIRELESS SERVICES, LLC
16331 NE 72ND WAY, ROOM RTC 1
REDMOND, WA  98052

ADAM L. SHERR
QWEST COMMUNICATIONS CORPORATION
1600 7TH AVENUE, 3206
SEATTLE, WA  98191
FOR: QWEST COMMUNICATIONS CORP.

## State Service

CYNTHIA LEE
CALIF PUBLIC UTILITIES COMMISSION
SAFETY & RELIABILITY BRANCH
320 WEST 4TH STREET SUITE 500
LOS ANGELES, CA  90013

MICHAEL ROBERTSON
CALIF PUBLIC UTILITIES COMMISSION
SAFETY & RELIABILITY BRANCH
320 WEST 4TH STREET SUITE 500
LOS ANGELES, CA  90013

RAFFY STEPANIAN
CALIF PUBLIC UTILITIES COMMISSION
SAFETY & RELIABILITY BRANCH

RAYMOND G. FUGERE
CALIF PUBLIC UTILITIES COMMISSION
SAFETY & RELIABILITY BRANCH

```
320 WEST 4TH STREET SUITE 500        320 WEST 4TH STREET SUITE 500
LOS ANGELES, CA  90013               LOS ANGELES, CA  90013


BREWSTER FONG                        ED MOLDAVSKY
CALIF PUBLIC UTILITIES COMMISSION    CALIF PUBLIC UTILITIES COMMISSION
ENERGY PRICING AND CUSTOMER PROGRAMS BRA  LEGAL DIVISION
ROOM 4209                            ROOM 5037
505 VAN NESS AVENUE                  505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214        SAN FRANCISCO, CA  94102-3214


ERIC CHIANG                          HARVEY Y. MORRIS
CALIF PUBLIC UTILITIES COMMISSION    CALIF PUBLIC UTILITIES COMMISSION
ENERGY DIVISION                      LEGAL DIVISION
AREA 4-A                             ROOM 5036
505 VAN NESS AVENUE                  505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214        SAN FRANCISCO, CA  94102-3214


JULIE HALLIGAN                       MELISSA C. SLAWSON
CALIF PUBLIC UTILITIES COMMISSION    CALIF PUBLIC UTILITIES COMMISSION
CONSUMER PROTECTION AND SAFETY DIVISION  POLICY ANALYSIS BRANCH
ROOM 2203                            AREA 3-F
505 VAN NESS AVENUE                  505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214        SAN FRANCISCO, CA  94102-3214


MICHAEL GREER                        ROBERT MASON
CALIF PUBLIC UTILITIES COMMISSION    CALIF PUBLIC UTILITIES COMMISSION
COMMUNICATIONS POLICY BRANCH         EXECUTIVE DIVISION
ROOM 4211                            ROOM 5141
505 VAN NESS AVENUE                  505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214        SAN FRANCISCO, CA  94102-3214


TIMOTHY KENNEY
CALIF PUBLIC UTILITIES COMMISSION
DIVISION OF ADMINISTRATIVE LAW JUDGES
ROOM 5021
505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3214
```

**TOP OF PAGE**
**BACK TO INDEX OF SERVICE LISTS**