1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue
6  Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:   (213) 683-9100
   Facsimile:   (213) 683-3702

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **CONSOLIDATED MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH May 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: August 9, 2019**<br>                    **4:00 p.m. (Pacific Time)**<br>[No hearing requested] |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Munger, Tolles & Olson LLP |
| Authorized to Provide Professional Services to: | Counsel for Debtors and Debtors in Possession |
| Date of Retention: | January 29, 2019[1] |
| Period for which compensation and reimbursement are sought: | January 29, 2019 through May 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $5,323,196.80 (80% of $6,653,996.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $99,363.65 |

Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") for certain matters, hereby submits its first consolidated Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 29, 2019 through May 31, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, the Applicant requests payment of $5,323,196.80 (80% of $6,653,996.00) as compensation for professional services rendered to the Debtors during the Fee Period and payment of $99,363.65 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **<u>Exhibit A</u>** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee

---

[1] The *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Dkt No. 1677] was entered on April 25, 2019 (the "**Retention Order**").

Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time and expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court with respect to any fees and expenses not subjet to an objection, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement that are not subject to an objection. If a portion of the fees and expenses are subject to a properly and timely filed objection and the Applicant is unable to reach a consensual resolution with the objector, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: July 19, 2019

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ *Bradley Schneider*
      Bradley Schneider

*Attorneys for Debtors and Debtors in Possession*