# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## JANUARY 29, 2019 THROUGH MAY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 020 | Legislative Issues | 472.20 | $402,118.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 6,432.70 | $4,339,428.00 |
| 022 | Non-Working Travel | 217.50 | $200,770.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 299.90 | $213,429.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 1,691.10 | $1,396,705.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 131.20 | $101,545.00 |
| **TOTAL** | | **9,244.60** | **$6,653,996.00** |