# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## JANUARY 29, 2019 THROUGH MAY 31, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $4,622.22 |
| Travel – Airfare | $28,147.11 |
| Travel – Hotel | $48,157.51 |
| Travel – Ground (Local) | $80.20 |
| Travel – Ground (Out of Town) | $11,826.18 |
| Copying Charges | $4,330.01 |
| Computer Research – Outside | $258.80 |
| Messenger | $1,172.42 |
| Staff Overtime | $37.50 |
| Air Express | $219.66 |
| Other Expenses | $512.04 |
| **Total Expenses Requested:** | **$99,363.65** |