| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEBTORS' OBJECTION TO THE AMENDED MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF 2017 TUBBS WILDFIRE CLAIMS AND THE MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare under penalty of perjury as follows:

1. I am a Member of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to Pacific Gas and Electric and PG&E Corporation (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases. I am admitted to practice in the State of New York and am admitted to practice before this Court *pro hac vice*. *See* Dkt. No. 88. I submit this Declaration in Support of the *Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay* (the "**Objection**"). I have personal knowledge of the facts set forth in this declaration except as otherwise stated.

2. Cravath represented the Debtors in prepetition litigation in California state court relating to the 2017 North Bay Wildfires (the "**North Bay Fires**"), including in consolidated proceedings under the caption *California North Bay Fires Cases*, JCCP No. 4955 (Cal. Super. Ct.). As trial counsel handling that litigation, I have personal knowledge of the status of discovery and other proceedings as they existed as of January 29, 2019, the date the Debtors filed their voluntary petitions for relief in these cases (the "**Petition Date**"). As of the Petition Date, many significant depositions related to questions of liability had not yet been scheduled. In addition, as of the Petition Date, no discovery related to damages had been conducted.

3. I am familiar with the results of investigations carried out by the California Department of Forestry and Fire Protection ("**Cal Fire**") concerning the impact of the North Bay Fires. Based on the figures reported by CAL FIRE in the incident descriptions for the (1) Adobe; (2) Atlas; (3) Blue; (4) Cascade; (5) Cherokee; (6) Highway 37; (7) Honey; (8) La Porte; (9) Lobo; (10) Maacama; (11) McCourtney; (12) Norrbom; (13) Nuns; (14) Oakmont/Pythian; (15) Partrick; (16) Pocket; (17) Point; (18) Potter/Redwood; (19) Pressley; (20) Sullivan; and (21) Sulphur Fires, the aggregate number of structures damaged in those fires was approximately 1,026, the aggregate number of structures destroyed was approximately 2,597, and the aggregate number of fatalities was 22.

4. Attached hereto as Exhibit A is a true and correct copy of the October 22, 2018, *Joint Case Management Conference Statement* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

5. Attached hereto as Exhibit B is a true and correct copy of the November 2, 2018, *Case Management Order No. 4* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

6. Attached hereto as Exhibit C is a true and correct copy of the December 24, 2018, *Joint Submission re: Proposed Case Management Orders 5 and 6 re: Individual Cases Including: CMO Compliance, Case Specific Discovery, Production of Claim Files, and Trial Selection and Preference Motions* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

7. Attached hereto as Exhibit D is a true and correct copy of the *Certified Transcript of the December 28, 2018 Coordination Proceedings* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

8. Attached hereto as Exhibit E is a true and correct copy of the December 28, 2018, *General Order re: Case Reassignment* of the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.) to Judge A.C. Massullo (effective January 22, 2019).

9. Attached hereto as Exhibit F is a true and correct copy of the December 31, 2018 *Order Denying Without Prejudice Pamela Fowler's Motion for Trial Preference* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

10. Attached hereto as Exhibit G is a true and correct copy of the December 31, 2018, *Case Management Order 6 re: Preference Case Protocol* in the *California North Bay Fire Cases*, JCCP 4995 (Cal. Super. Ct.).

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: July 19, 2019

/s/ *Kevin J. Orsini*

Kevin J. Orsini
Cravath, Swaine & Moore LLP