# EXHIBIT E

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### Department 304

FILED
San Francisco County Superior Court
DEC 2 8 2018
CLERK OF THE COURT
BY: _____ Deputy Clerk

E-SERVICE
62819163
Jan 03 2019
02:37PM

| DEPARTMENT 304<br>COMPLEX LITIGATION | GENERAL ORDER<br>RE CASE REASSIGNMENT<br><br>JUDICIAL COUNCIL COORDINATION<br>PROCEEDING |
|---|---|

Pursuant to authorization by Presiding Judge Teri L. Jackson, the undersigned hereby orders:

1. The following cases are assigned to Judge A.C. Massullo for all purposes:

AUTOMOBILE ANTITRUST CASES I, JCCP No. 4298, Case No. CJC-03-004298
AMBAC BOND INSURANCE CASES, JCCP No. 4555, Case No. CJC-08-004555
WILLIAMS-SONOMA SONG-BEVERLY ACT CASES, JCCP No. 4611,
 Case No. CJC-10-004611
REGLAN/METOCLOPRAMIDE CASES, JCCP No.4631, Case No. CJC-10-004631
FRANCHISE TAX BOARD LIMITED LIABILITY CORPORATION TAX REFUND
 CASES, JCCP No. 4742, Case No. CJC-12-004742
ONGLYZA PRODUCT CASES, JCCP No. 4909, Case No. CJC-16-004909
SEPHORA WAGE AND HOUR CASES, JCCP No. 4911, Case No. CJC-16-004911
UBER TECHNOLOGIES PRCING CASES, JCCP No. 4925; Case No. CJC-17-004925
CALIFORNIA NORTH BAY FIRE CASES, JCCP No. 4955, Case No. CJC-17-004955
APPLE OS CASES, JCCP 4976, Case No. CJC-18-004976
LASH BOOST CASES, JCCP No. 4981, Case No. CJC-18-004981

2. This order shall be effective as of January 22, 2019.

3. Unless otherwise ordered, all existing deadlines will remain the same and calendar dates for motions, case management conferences, and all

other matters set for hearing in these cases will go forward in
Department 304 as currently scheduled.

4. The clerk of the Court is directed to file a copy of this order in each
   case or proceeding listed above.

DATE: 12/28/2018

_____
JUDGE CURTIS E.A. KARNOW,
Judge of the San Francisco Superior Court

ORDER FOR REASSIGNMENT



FILED
San Francisco County Superior Court

DEC 28 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

DEPARTMENT 206
PRESIDING JUDGE

AUTHORIZATION TO RE-ASSIGN
CASES AND PROCEEDINGS

      Judge Curtis E.A. Karnow is hereby authorized to re-assign all cases and proceedings presently assigned to him.

DATE: December 28, 2018

HON. TERI L. JACKSON,
Presiding Judge of the San Francisco Superior Court

## CERTIFICATE OF ELECTRONIC SERVICE
### (CCP 1010.6(6) & CRC 2.260(g))

I, DANIAL LEMIRE, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On JAN 3 - 2019, I electronically served THE ATTACHED DOCUMENT via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: JAN 3 - 2019

T. Michael Yuen, Clerk

By: _____
DANIAL LEMIRE, Deputy Clerk