Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>       - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>              Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SECOND MONTHLY STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**<br><br>[No hearing requested] |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Karen M. Lockhart, Chair of the Official Committee of Tort Claimants |
| Authorized to Provide Professional Services to: | The Official Committee of Tort Claimants |
| Date of Retention: | February 15, 2019[*] |
| Period for which reimbursement is sought: | May 1, 2019 through May 31, 2019 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $291.90 |

The Official Committee of Tort Claimants (the "**TCC**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), by and through its attorneys Baker & Hostetler LLP, hereby submits its second monthly statement (the "**Monthly Statement**") for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2019 through and including May 31, 2019 (the "**Reimbursement Period**")[†] in accordance with the Order Pursuant to 11 U.S.C §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors dated April 9, 2019 [Doc. No. 1305] (the "**Reimbursement Procedures Order**").

By this Monthly Statement, the TCC requests allowance and payment of $291.90 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the TCC during the Reimbursement Period.

---

[*] On February 15, 2019, the Office of the United States Trustee ("**U.S. Trustee**") filed an Appointment of the Official Committee of Tort Claimants [Doc. No. 453]. Following the resignation of Richard Heffern from the original committee and the addition of Tommy Wehe, on February 21, 2019, the U.S. Trustee filed the Amended Appointment of the Official Committee of Tort Claimants [Doc. No. 530]. The members of the TCC are: (i) GER Hospitality, LLC, in its capacity as an individual claimant; (ii) Kirk Trostle; (iii) Tommy Wehe; (iv) Angelo Loo; (v) Karen K. Gowins; (vi) Agajanian, Inc.; (vii) Susan Slocum; (viii) Samuel Maxwell; (ix) Karen M. Lockhart; (x) Wagner Family Wines-Caymus Vineyards; and (xi) Gregory Wilson. The TCC conducted a meeting on February 15, 2019, at which all members were present, and appointed Karen M. Lockhart as Chairperson.

Annexed hereto as **Exhibit A** is the name of each member of the TCC who incurred expenses for services provided on behalf of the TCC in connection with these Chapter 11 Cases during the Reimbursement Period covered by this Monthly Statement.[‡] Attached hereto as **Exhibit B** is a summary of expenses incurred during the Reimbursement Period. Attached hereto as **Exhibit C** are the detailed expense entries for the Reimbursement Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Reimbursement Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 10th day (or the next business day if such day is not a business day) following the date the Monthly Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the TCC shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay each member of the TCC entitled to reimbursement an amount equal to 100% of the expenses requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay each member of the TCC entitled to reimbursement 100% of the expenses not subject to an objection.

Dated: July 19, 2019

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Cecily A. Dumas*
Cecily A. Dumas

Attorneys for Official Committee of Tort Claimants

---

[‡] In accordance with the Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members [Doc. No. 813], committee members whose expenses are not set forth in this Monthly Statement may include expenses incurred during the Reimbursement Period in subsequent statements.