**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| Name | Position | Total Expenses Incurred |
| --- | --- | --- |
| Karen M. Lockhart | Chair | $214.90 |
| Gregory Wilson | Member | $ 77.00 |