**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $ 48.06 |
| Mileage Reimbursement | $ 202.84 |
| Miscellaneous | $ 10.00 |
| Transportation/Parking/Tolls | $ 31.00 |
| **Total Expenses Requested:** | **$ 291.90** |

Baker & Hostetler LLP
Attorneys at Law
San Francisco, CA