**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member:            Karen M. Lockhart

2. Description of Committee Business:      Attend Court Hearing

3. Date of Committee Business:            May 22, 2019

4. Location of Committee Business:        San Francisco

5. Dates of Travel                             5/21/19 – 5/22/19

   Description of trip (start/end locations)     Yuba City to San Francisco
                                                          San Francisco to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

       (1) Air or Rail Fare

       (2) Personal automobile miles at $ .58 per mile         $143.84

   Total miles traveled: 248 miles
   Yuba City to San Francisco
   San Francisco to Yuba City

       (3) Taxi/Uber/Lyft/Public Transportation/Bart

       (4) Parking/Tolls                                       $13

       (5) Other (describe):   Tips – Car/Bags              $10

   (b) Lodging:

       (1) Hotel (excluding meals)

   (c) Meals

       (1) Breakfast (no receipt)                         $4

       (2) Dinner    5/21/19                             $44.06

**TOTAL REIMBURSEMENT SOUGHT**          $214.90

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

     I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*[signature]*

Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Gregory Wilson
2. Description of Committee Business: Court Hearing
3. Date of Committee Business: 5/22/2019
4. Location: US Bankruptcy Court SF
5. Name of Representative Attending Meeting: Gregory Wilson
6. Reimbursable Expenses
   - (a) Transportation:
     - (1) Air or Rail Fare
     - (2) Personal automobile miles at $.58 per mile — $59
     - (3) Taxi/Uber/Lyft/Public Transport
     - (4) Parking/Tolls — $18
     - (5) Other (describe)
   - (b) Lodging:
     - (1) Hotel (excluding meals)
   - (c) Meals:
     - (1) Breakfast
     - (2) Lunch (not reimburseable)
     - (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — $77

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Gregory Wilson*
(Signature of Committee Member)