## **Notice Parties**

| | |
|---|---|
| PG&E Corporation<br>c/o Pacific Gas & Electric Company<br>Attn:   Janet Loduca, Esq.<br>77 Beale Street<br>San Francisco, CA 94105 | Keller & Benvenutti LLP<br>Attn:   Tobias S. Keller, Esq.<br>        Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| The Office of the United States Trustee for Region 17<br>Attn:   James L. Snyder, Esq.<br>        Timothy Laffredi, Esq.<br>450 Golden Gate Avenue,<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | Milbank LLP<br>Attn:   Dennis F. Dunne, Esq.<br>        Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Milbank LLP<br>Attn:   Paul S. Aronzon, Esq.<br>        Gregory A. Bray, Esq.<br>        Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Weil, Gotshal & Manges LLP<br>Attn:   Stephen Karotkin, Esq.<br>        Rachael Foust, Esq.<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Stroock & Stroock & Lavan LLP<br>Attn:   Kristopher M. Hansen, Esq.<br>        Erez E. Gilad, Esq.<br>        Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 | Stroock & Stroock & Lavan LLP<br>Attn:   Frank. A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 |

Baker & Hostetler LLP
Attorneys at Law
San Francisco, CA