**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND DAN CLARKE FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Dkt. Nos. 2823<br><br>Cont'd Hearing Date:  July 31, 2019<br>                              9:30 am |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and Dan Clarke ("**Clarke**"), on the other. The Debtors and Clarke are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On June 19, 2019, Clarke filed the *Motion for Relief from the Automatic Stay* [Dkt. No. 2823] (the "**Motion**").

B. Clarke seeks relief from the automatic stay to continue with the litigation of Clarke's pending claims against the Debtors in the civil case pending before the United States District Court for the Northern District of California ("District Court"), styled *San Francisco Herring Association and Dan Clarke vs. Pacific Gas and Electric Company; PG&E Corporation*, Case No. 14-cv-04393 WHO (JCS) (the "**USDC Case**"). Except as provided in this Stipulation, the Debtors oppose Clarke's request for relief from the automatic stay.

C. On November 20, 2018, the Debtors filed a motion for summary judgment (the "**MSJ**"), seeking adjudication in their favor on all of Clarke's pending claims. At the hearing on the MSJ on January 9, 2019, the District Court provided its tentative ruling from the bench, heard oral argument, and took the MSJ under submission.

D. As of January 29, 2019, when the Debtors filed their chapter 11 petitions, the District Court had not ruled on the MSJ. A notice of stay was filed on February 6, 2019, and on February 11, 2019, the District Court entered an order administratively closing the case.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation and Agreement for Order shall be effective upon entry of an order by this Court approving it.

2. The automatic stay will be modified solely to enable the District Court to issue a decision on the Debtors' pending MSJ in the USDC Case and to enter an order consistent with that decision.

3. The automatic stay will remain in effect for all other purposes and as to all other proceedings in the USDC Case.

4. Upon entry of an order on the Debtors' MSJ in the USDC Case, Clarke has the right to seek further relief from the automatic stay as to any or all further proceedings in the USDC Case by motion or by stipulation, and the Debtors have the right to oppose such relief, in both instances on any available grounds.

| | |
|---|---|
| Dated: July 19, 2019 | Dated: July 19, 2019 |
| KELLER & BENVENUTTI LLP | BELVEDERE LEGAL PC |
| /s/ *Peter J. Benvenutti* | /s/ *Matthew D. Metzger* |
| Peter J. Benvenutti | Matthew D. Metzger |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Dan Clarke* |