Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO *EX PARTE* MOTION OF DEBTORS FOR ORDER CONTINUING THE HEARING ON THE MOTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM AUTOMATIC STAY**<br><br>Related Documents: Dkt. No. 3111<br><br>[No hearing requested] |

The Official Committee of Unsecured Creditors (the "Official Committee") appointed in the above-captioned chapter 11 cases, by its attorneys, Milbank LLP, hereby submits this joinder to the *Ex Parte Motion of Debtors for Order Continuing the Hearing on the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay* [Docket No. 3111] (the "Motion for Continuance"),[1] and respectfully states as follows:

1. On July 2 and 3, 2019, the TCC and Ad Hoc Subrogation Group filed the Stay Relief Motions, which seek relief from the automatic stay to request permission for certain Tubbs wildfire cases to proceed in California Superior Court on the issue of causation [Docket Nos. 2842, 2863].[2]

2. On July 18, 2019, the Debtors filed the Estimation Motion, which contemplates that a hearing on proposed claims estimation procedures will be held on August 14, 2019.

3. As stated in its opposition to the Stay Relief Motions (the "Opposition") [Docket No. 3101], the Official Committee believes that a centralized claims estimation proceeding is a superior alternative to the relief requested in the Stay Relief Motions.

4. Following the Official Committee's filing of its Opposition, the Debtors filed the Motion for Continuance, seeking to continue the hearing on the Stay Relief Motions until the August 14 hearing on the Estimation Motion. The Debtors note that the Stay Relief Motions and the Estimation Motion present "competing proposals" on how to address the issue of "the Debtors' liability (if any) for the Tubbs fire." Motion for Continuance at 6:5-7.

5. The Official Committee agrees with the Debtors that resolution of these "competing proposals" should be addressed together at a single hearing. In order to allow time for discussion of the appropriate claims estimation procedures in these cases, the Official Committee joins in the Motion for Continuance.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion for Continuance.

[2] The TCC filed an amended form of its motion on July 9, 2019 [Docket No. 2904].

| | | |
|---|---|---|
| DATED: July 21, 2019 | | MILBANK LLP |

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*