Eric Seiler
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: 212-833-1100
Email: eseiler@fklaw.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ERIC SEILER *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Eric Seiler, an active member in good standing of the bar of the State of New York and the U.S. Court of Appeals for the Second Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Debra I. Grassgeen (CA Bar No. 169978)
>Pachulski Stang Ziehl & Jones LLP
>150 California Street, 15th Floor
>San Francisco, CA 94111
>Telephone: (415) 263-7000
>Facsimile: (415) 263-7010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2019

_____
Eric Seiler