# Exhibit A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| KPMG LLP | April 1, 2019 – April 30 2019, 6/27/19 Docket No.: 2772 | $858,927.32 | $48,547.95 | 7/19/19 | $ 687,141.86 | $ 48,547.95 | $171,785.46 |