

Signed and Filed: July 22, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: August 14, 2019<br>Time: 9:30 AM (Pacific Time)<br>Place: Courtroom 17<br>      450 Golden Gate Ave.<br>      16th Floor<br>      San Francisco, CA |

**ORDER CONTINUING HEARINGS ON MOTIONS FOR RELIEF FROM STAY**

    Before the Debtors filed their ex parte motion (Dkt. 3111) to continue the two July 24, 2019, hearings on motions for relief from stay by the Official Committee of Tort Claimants ("TCC") (Dkt. 2842 & 2904) and the Ad Hoc Subrogation Claim Holders ("Ad Hoc Subrogation Claimants") (Dkt. 2863), and well before the Official Committee of Unsecured Creditors ("OCUC")

-1-

supported (Dkt. 3115) and the TCC opposed (Dkt. 3114) that ex parte request, the court considered a continuance sua sponte. The issues presented by the two motions are inexorably linked to the issues posed by the Debtors' Motion for Establishment of Wildfire Claims Estimation Procedures ("Estimation Motion") (Dkt. 3091), set for hearing on August 14, 2019.

The Debtors' ex parte motion reinforces these concerns, but is not the reason for granting the continuance. In fact, the court has a number of preliminary concerns it wants the parties to address in advance of hearings on all three motions.

The TCC is concerned about any delays that might affect the individual claimants' trial preference entitlements. But a three-week delay is not fatal, particularly if the outcome the court reaches proves to be in their favor. Further, having the hearing on July 24, 2019, is no assurance that the court could or would rule on the motions before considering the Estimation Motion.

As for any impact on the pending Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code (Dkt. 2741), counsel for the TCC is free to argue in favor of deferring any ruling on that motion until the court disposes of the three motions following the August 14 hearing.

Accordingly, the two motions for relief from stay (Dkt. 2842, 2904, and 2863) are continued from July 24, 2019, to August 14, 2019, at 9:30 AM. That said, the court will keep

-2-

Case: 19-30088   Doc# 3121   Filed: 07/22/19   Entered: 07/22/19 12:03:55   Page 2 of 3

the hearing on the July 24, 2019, 9:30 AM calendar to hold a status conference to discuss with principal counsel for the Debtors, the TCC and the Ad Hoc Subrogation Claimants particular questions and concerns it has and to adjust the briefing schedule as appropriate to deal with expected responses to those questions and concerns. Please understand, the purpose of the status conference is not for counsel to argue the merits of any of the motions or of the decision to continue the July 24 hearing. It is for the court to frame questions that it wants addressed in subsequent briefing before August 14.

All principal counsel are welcome to participate by telephone and counsel for the OCUC, the UST and any other affected party who has joined in supporting or opposing the motions are also free to attend.

**\*\*END OF ORDER\*\***