**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>         - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                             Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING APPLICATION PURSUANT TO 11 U.S.C. §§ 327 AND 328 FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR AND ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**<br><br>Re:    Dkt. No. 2197<br>Date:  July 24, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that On May 22, 2019, the Debtors filed the *Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors Nunc Pro Tunc to the Petition Date* [Dkt. No. 2197] (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order with respect to the relief sought therein was attached as Exhibit A to the Application (the "**Original Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application is scheduled to be held on **July 24, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") at the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Oppositions or responses, if any, to the relief requested in the Application were required to be filed and served on or before July 17, 2019 at 4:00 p.m. (Pacific Time) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2019, the United States Trustee filed an objection to the Application [Dkt. No. 2396] (the "**U.S. Trustee Objection**").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A-1** and **Exhibit A-2**, respectively, are copies of the Debtors' revised proposed order on the Application (the "**Revised Proposed Order**") and a redline comparison of the Revised Proposed Order against the Original Proposed Order, which reflect changes made to the Original Proposed Order following discussions with the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the proposed order on the Application at any time up to and during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 22, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/ *Thomas B. Rupp*
            Thomas B. Rupp

        *Attorneys for Debtors and Debtors in Possession*