**Entered on Docket**
**July 22, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 22, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 6 | New York, NY 10153-0119 Tel: (212) 310-8000 |
| 7 | Fax: (212) 310-8007 |
| 8 | **KELLER & BENVENUTTI LLP** Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 Tel: (415) 496-6723 |
| 12 | Fax: (415) 636-9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING OMNIBUS STIPULATION BETWEEN DEBTORS AND CERTAIN CLAIMANTS EXTENDING TIME TO FILE RECLAMATION NOTICE OBJECTION** |
| Debtors. | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☑ Affects both Debtors | Re: Dkt. Nos. 699, 2789 |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to File Reclamation Notice Objection* (the "**Stipulation and Agreement for Order**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the parties whose signatures are attached to the Stipulation and Agreement for Order (collectively, the "**Claimants**"), on the other hand, filed on July 18, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Claimants whose signature pages are attached to the Stipulation and Agreement for Order to file and serve any Reclamation Notice Objection is extended through 4:00 p.m. (Pacific Time) on August 19, 2019.

2. The Debtors may further extend the Objection Deadline for any Claimant in writing (which writing may include e-mail) without further Court order.

**\*\*END OF ORDER\*\***