

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: July 22, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND DAN CLARKE FOR LIMITED RELIEF FROM AUTOMATIC STAY**<br><br>Cont'd Hearing Date: July 31, 2019<br>                              9:30 am |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and Dan Clarke for Limited Relief From Automatic Stay* ("**Stipulation and Agreement for Order**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and Dan Clarke ("**Clarke**"), on the other hand, filed on July 19, 2019, [Dkt. No. 3113] and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The automatic stay will be modified solely to enable the District Court[1] to issue a decision on the Debtors' pending MSJ in the USDC Case and to enter an order consistent with that decision.

2. The automatic stay will remain in effect for all other purposes and as to all other proceedings in the USDC Case.

3. Upon entry of an order on the Debtors' MSJ in the USDC Case, Clarke has the right to seek further relief from the automatic stay as to any or all further proceedings in the USDC Case by motion or by stipulation, and the Debtors have the right to oppose such relief, in both instances on any available grounds.

APPROVED AS TO FORM AND CONTENT:

Dated: July 19, 2019

BELVEDERE LEGAL PC

/s/ *Matthew D. Metzger*
Matthew D. Metzger

*Attorneys for Dan Clarke*

**END OF ORDER**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement for Order.