ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>　　-and-<br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　Debtors.<br>☐　Affects PG&E Corporation<br>☐　Affects Pacific Gas and Electric Company<br>☒　Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br><br><br><br><br><br>**NOTICE OF CHANGE OF ADDRESS FOR PINO & ASSOCIATES**<br><br>JUDGE:　Hon. Dennis Montali |

TO: THE DEBTORS; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, the new address for Pino & Associates, Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No.

RG16843631 and related cases (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), party in interest in the above captioned case, is as follows:

    Pino & Associates
    1520 Eureka Rd., Suite 101
    Roseville, CA 95661.

Dated: July 23, 2019          Respectfully submitted,
                                  PINO & ASSOCIATES

By: _____
Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee

Page 2 of 2
Case: 19-30088   Doc# 3150   Filed: 07/23/19   Entered: 07/23/19 11:15:19   Page 2 of 2