**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 24, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: July 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JULY 24, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

    1.    **Adam Cronin Relief from Stay Motion**: Motion for Relief from Automatic Stay [**Dkt. 2579**].

    Response Deadline: July 19, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.    (Debtors') Preliminary Response in Opposition to Claimant Adam Cronin's Motion for Relief from the Automatic Stay [**Dkt. 3098**].

    Related Documents:

    B.    Memorandum of Points and Authorities in Support of Motion for Relief from the Automatic Stay [**Dkt. 2582**].

    C.    Declaration of Adam Cronin in Support of the Movant's Motion for Relief from Automatic Stay [**Dkt. 2583**].

    Status: This matter is going forward on a contested basis.

    2.    **Deloitte Retention Application**: Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2197**].

    Response Deadline: July 17, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.    Limited Objection of the United States Trustee to the Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2396**].

    Related Documents:

    B.    Declaration of Timothy Gillam in Support of Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 2198**].

    C.    Debtors' Reply in Support of Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 3127**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  D. Supplemental Declaration of Timothy Gillam in Support of Application of Debtors for Authority to Retain Deloitte & Touche LLP for Independent Audit and Advisory Services *Nunc Pro Tunc* to the Petition Date [**Dkt. 3128**].

  E. Notice of Filing of Revised Proposed Order Approving Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 3129**].

<u>Status</u>: This matter is going forward on a contested basis.

 3. **Tort Claimants Committee Relief from Stay Motion**: Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2904**].

<u>Response Deadline</u>: July 19, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

  A. Joinder of Co-Lead Counsel to the North Bay Fire Cases, JCCP 4995, on Behalf of the Proposed Tubbs Preference Plaintiffs, to Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2850**].

  B. Fire Victim Claimants Barbara Thompson and Raymond Breitenstein's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2861**].

  C. Amended Joinder of Co-Lead Counsel to the North Bay Fire Cases, JCCP 4995, on Behalf of the Proposed Tubbs Preference Plaintiffs, to Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2908**].

  D. Fire Victim Claimants John Caslin and Phyllis Lowe's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2929**].

  E. Fire Victim Claimants William Edelen, Burton Fohrman and Heirs of Decedent Monte Kirven's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2930**].

  F. Fire Victim Claimants Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2942**].

  G. Fire Victim Claimants Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2943**].

| | | |
|---|---|---|
| H. | | Joinder by the Singleton Law Firm Fire Victim Claimants in the Tort Claims Committee's Motion for Relief from Stay to Permit a Jury Trial of the 2017 Tubbs Wildfire Claims [**Dkt. 3067**]. |
| I. | | Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3101**]. |
| J. | | Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3104**]. |
| K. | | The Ad Hoc Committee of Senior Unsecured Noteholders' Joinder to the Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3106**]. |
| L. | | Objection of Certain PG&E Shareholders to Motions of the Official Committee of Tort Claimants and the Ad Hoc Committee of Subrogation Claim Holders for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 3108**]. |
| M. | | Objection of the Official Committee of Tort Claimants to *Ex Parte* Motion of Debtors to Continue Hearing on Motions for Relief from the Automatic Stay [**Dkt. 3114**]. |
| N. | | Joinder of Official Committee of Unsecured Creditors to *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3115**]. |

<u>Related Documents</u>:

| | | |
|---|---|---|
| O. | | Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2842**]. |
| P. | | Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2843**]. |
| Q. | | Declaration of Robert A. Julian in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2844**]. |
| R. | | Declaration of Steven M. Campora in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2845**]. |
| S. | | Declaration of Brent C. Williams in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2846**]. |

T. Declaration of Michael A. Kelly in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2847**].

U. Amended Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2855**].

V. Amended Declaration of Michael A. Kelly in Support of Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2907**].

W. Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3102**].

X. Declaration of Kevin J. Orsini in Support of Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3105**].

Y. *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3111**].

Z. Declaration of Kevin J. Orsini in Support of *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3112**].

Status: Pursuant to Docket No. 3121, the Court will hold a status conference on the matter. The hearing on the matter is continued to the omnibus hearing on August 14, 2019.

4. **Subrogation Claim Holders Relief from Stay Motion**: Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2863**].

Response Deadline: July 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder of Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an Affiliate of the Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association to Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2959**].

B. (State Farm Mutual Automobile Insurance Company) Joinder to the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2983**].

C. Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3101**].

D. Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3104**].

E. The Ad Hoc Committee of Senior Unsecured Noteholders' Joinder to the Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3106**].

F. Objection of Certain PG&E Shareholders to Motions of the Official Committee of Tort Claimants and the Ad Hoc Committee of Subrogation Claim Holders for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 3108**].

G. Objection of the Official Committee of Tort Claimants to *Ex Parte* Motion of Debtors to Continue Hearing on Motions for Relief from the Automatic Stay [**Dkt. 3114**].

H. Joinder of Official Committee of Unsecured Creditors to *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3115**].

<u>Related Documents</u>:

I. Declaration of Benjamin P. McCallen in Support of the Ad Hoc Group of Subrogation Claim Holders' Motion for Relief from the Automatic Stay [**Dkt. 2864**].

J. Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3102**].

K. Declaration of Kevin J. Orsini in Support of Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3105**].

L. *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3111**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

M. Declaration of Kevin J. Orsini in Support of *Ex Parte* Motion of Debtors for Order Continuing the Hearing of the Motions of the Official Committee of Tort Claimants and the Ad Hoc Group of Subrogation Claim Holders for Relief from Automatic Stay [**Dkt. 3112**].

Status: Pursuant to Docket No. 3121, the Court will hold a status conference on the matter. The hearing on the matter is continued to the omnibus hearing on August 14, 2019.

5. **Debtors' Wildfire Claims Estimation Motion**: Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3091**].

Response Deadline: August 7, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses have been filed.

Related Documents:

A. Declaration of Kevin J. Orsini in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3092**].

Status: Pursuant to Docket No. 3121, the Court will hold a status conference on the matter. The hearing on the matter is scheduled for the omnibus hearing on August 14, 2019.

6. **Noteholder Committee's Exclusivity Termination Motion**: Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2741**].

Response Deadline: July 16, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors; Ad Hoc Group of Subrogation Claim Holders; NextEra Entities; Official Committee of Unsecured Creditors; BOKF, N.A.; State Farm; Official Committee of Tort Claimants; Plaintiff's Executive Committee Appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases; and, Certain PG&E Shareholders for whom the deadline was extended by stipulation and order to July 18, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder by TURN in Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2918**].

B. Joinder by ESC Local 20 in Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3007**].

C. The Public Advocates Office's Statement of Position Re: Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3008**].

D. Sonoma Clean Power Authority and Valley Clean Energy Alliance's Reservation of Rights Concerning Motion of Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3009**].

E. Response of the United States of America to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3010**].

F. International Brotherhood of Electrical Workers, Local Union No. 1245's Joinder to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3012**].

G. Objection of PG&E Holdco Group to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3040**].

H. Statement of BOKF, N.A. in Support of the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity Period [**Dkt. 3061**].

I. Objection and Response of the Ad Hoc Group of Subrogation Claim Holders to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3062**].

J. Statement of Position and Reservation of Rights by the Ghost Ship Warehouse Plaintiff's Executive Committee Concerning the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3063**].

K. Statement of the Official Committee of Unsecured Creditors Regarding the Ad Hoc Committee of Senior Unsecured Noteholders' Motion to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3064**].

L. PPA Counterparties' Response to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3068**].

M. Objection of the Committee of Tort Claimants to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3069**].

N. Objection of Certain PG&E Shareholders to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3072**].

O. Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3075**].

P. Objection of Columbus Hill Capital Management, L.P. to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3079**].

    a. Notice of Errata Regarding Objection [**Dkt. 3089**].

Related Documents:

Q. Declaration of Alexander Tracy in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2742**].

R. Notice of Filing of Commitment Letter and Amended Plan Term Sheet [**Dkt. 3024**].

S. Declaration of James Mesterharm in Support of Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3076**].

T. Declaration of Tomer Perry in support of Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3077**].

U. Reply in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3143**].

Status: This matter is going forward on a contested basis.

## CONTINUED AND WITHDRAWN MATTERS

7. **KEIP Motion**: Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2664**].

Response Deadline: July 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Unsecured Creditors, for whom the deadline was extended, by stipulation, to August 2, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter to the Court by James M. Eaneman [**Dkt. 2778**].

B. United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Key Employee Incentive Plan [**Dkt. 3029**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

    C.    Opposition of the Official Committee of Tort Claimants to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3030**].

    D.    Opposition by TURN to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3035**].

    E.    Joinder of the City and County of San Francisco to Opposition of the Official Committee of Tort Claimants to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3059**].

    F.    (Ghost Ship Warehouse Plaintiffs' Executive Committee) Joinder in the Opposition to Motion of Debtors Pursuant to 11 USC §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief Filed by: (1) The Official Committee of Tort Claimants; and (2) the United States Trustee; and (3) TURN, the Utility Reform Network [**Dkt. 3086**].

Related Documents:

    G.    Declaration of Douglas J. Friske in Support of Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2667**].

    H.    Declaration of John Lowe in Support of Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2668**].

    I.    Declaration of Laurie A. Brugger in Support of United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Key Employee Incentive Plan [**Dkt. 3031**].

Status: This matter is continued to a hearing on August 9, 2019, at 11:30 a.m. (Pacific Time), by Docket No. 3124.

    8.    **CEO Terms of Employment Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2662**].

Response Deadline: July 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Tort Claimants, for whom the deadline was extended, by stipulation and order, to July 19, 2019, at 9:00 a.m. (Pacific Time), and for the Official Committee of Unsecured Creditors, for whom the deadline was extended, by stipulation, to August 2, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Responses Filed</u>:

A. United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Employment Terms of New Chief Executive Officer [**Dkt. 3032**].

B. (Ghost Ship Warehouse Plaintiffs' Executive Committee) Joinder in the Opposition to Motion of Debtors Pursuant to 11 USC §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation Filed by the United States Trustee [**Dkt. 3085**].

<u>Related Documents</u>:

C. Declaration of Nora Mead Brownell in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2665**].

D. Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2666**].

<u>Status</u>: This matter is continued to a hearing on August 9, 2019, at 11:30 a.m. (Pacific Time), by Docket No. 3124.

9. **TCC's Expert Compensation Application**: Application of the Official Committee of Tort Claimants for Entry of an Order Supplementing Compensation Procedures Order for Retention of Experts [**Dkt. 2675**].

<u>Response Deadline</u>: July 16, 2019, at 4:00 p.m. (Pacific Time).

<u>Related Documents</u>:

A. Notice of Withdrawal of the Application of the Official Committee of Tort Claimants for Entry of an Order Supplementing Compensation Procedures Order for Retention of Experts [**Dkt. 2869**].

<u>Status</u>: This matter was rescheduled by docket order on July 2, 2019 from the July 23, 2019, omnibus hearing. It was withdrawn from the calendar by Docket No. 2869.

10. **Dan Clarke Relief from Stay Motion**: Motion for Relief from the Automatic Stay; Memorandum of Points and Authorities in Support [**Dkt. 2823**].

<u>Response Deadline</u>: July 26, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. No responses have been filed.

Related Documents:

B. Stipulation Between Debtors and Dan Clarke for Limited Relief from the Automatic Stay [**Dkt. 3113**].

C. Order Approving Stipulation Between Debtors and Dan Clarke for Limited Relief from the Automatic Stay [**Dkt. 3136**].

Status: This matter was continued to omnibus hearing on July 31, 2019 by Docket No. 3081. It has since been resolved.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 23, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Thomas B. Rupp*
     Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119