| | |
|---|---|
| 1 | **DIEMER & WEI, LLP** |
| 2 | Kathryn S. Diemer (#133977) |
|   | 100 West San Fernando Street, Suite 555 |
| 3 | San Jose, CA 95113 |
| 4 | Telephone: 408-971-6270 |
|   | Facsimile: 408-971-6271 |
| 5 | Email: kdiemer@diemerwei.com |
| 6 | -and- |

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
         jminias@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on July 23, 2019, I caused a true and correct copy of each of the following documents to be served via First Class Mail to all parties listed in **Exhibit A** attached hereto:

   **MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO TERINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**

   **EXHIBIT A – RESTRUCTURING TERM SHEET**

   **EXHIBIT B – PROPOSED ORDER**

   **NOTICE OF HEARING ON MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO TERINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**

3. I certify that on July 23, 2019, I caused a true and correct copy of each of the above listed documents to be served via Electronic Mail to all parties listed in **Exhibit B** attached hereto.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on July 23, 2019,

/s/ *Alexander J. Lewicki*
Alexander J. Lewicki