**Exhibit A**

PG&E Corporation and Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
P.O. Box 770000
77 Beale Street, San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
767 Fifth Avenue,
New York, NY 10153

Keller & Benvenutti LLP,
Attn: Tobias Keller, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Stroock & Stroock & Lavan LLP,
Attn: Kristopher M. Hansen, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Office of the US Trustee for Region 17
Attn: James L. Snyder, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106
Washington, DC 20005

Milbank LLP
Attn: Dennis F. Dunne, Esq.
55 Hudson Yards
New York, NY 10001-2163

Baker & Hostetler LLP
Attn: Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA, 19104-5016

Placer County Office of the Treasurer Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA, 95603

Milbank LLP
Attn: Paul S. Aronzon
2029 Century Past East
33rd Floor
Los Angeles, CA, 90067

Provencher & Flatt LLP
Attn: Douglas B. Provencher
823 Sonoma Avenue
Santa Rosa, CA, 95404

Office of the California Attorney General
Attn: Bankruptcy Dept.
P.O Box 944255
Sacramento, CA, 94244-2550

Office of the United States Attorney for the Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA, 94102

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen
180 Maiden Lane
New York, NY, 10038-4982

| | |
|---|---|
| 1 | |
| 2 | Synergy Project Management Inc.<br>c/o Law Office of Ivan C. Jen |
| 3 | 1017 Andy Circle<br>Sacramento, CA, 95838 |
| 4 | |
| 5 | US Securities and Exchange Commission<br>Attn: Office of General Counsel |
| 6 | 100 F. St. NE MS 6041B<br>Washington, D.C 20549 |
| 7 | |
| 8 | U.S Nuclear Regulatory Commission<br>Attn: General Counsel |
| 9 | U.S NRC Region IV<br>1600 E. Lamar Blvd. |
| 10 | Arlington, TX, 76011 |
| 11 | John A. Vos |
| 12 | 1430 Lincoln Avenue<br>San Rafael, CA, 94901 |
| 13 | U.S Department of Justice Civil Division |
| 14 | Attn: Matthew J. Troy<br>1100 L Street N.W |
| 15 | Room 10030<br>Washington, D.C, 20530 |
| 16 | |
| 17 | U.S Department of Justice<br>Attn: Danielle A. Pham |
| 18 | P.O Box 875<br>Ben Franklin Station |
| 19 | Washington, D.C, 20044-0875 |
| 20 | United States Department of Justice Civil |
| 21 | Attn: Matthew Troy<br>P.O. Box 875 |
| 22 | Ben Franklin Station<br>Washington, D.C, 2044-0875 |
| 23 | |
| 24 | U.S. Securities and Exchange Commission<br>Attn: Jina Choi, Regional Director |
| 25 | San Francisco Regional Office<br>44 Montgomery Street, Suite 2800 |
| 26 | San Francisco, CA, 94104 |
| 27 | |
| 28 | |