**Exhibit C**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy | Billed in this Application |
| Partners | $1,309.00 | $1,313.00 |
| Counsel | $1,071.00 | $1,054.00 |
| Associate | $731.00 | $749.92 |
| Paraprofessionals | $282.00 | $379.87 |
| **All timekeepers aggregated** | **$805.00** | **$952.53** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017