**Exhibit D**

**Budget for Fees Pursuant to Section 363 (Independent Director Representation)**

| Period | Fees Budgeted (Using Mid-Forecast) | Fees Sought |
|---|---|---|
| Petition Date – February 28, 2019 | $1,646,000 | $603,491.50 |
| March 1 – March 31, 2019 | $763,000 | $525,370.00 |
| April 1 – April 30, 2019 | $763,000 | $421,898.00 |
| Total: | **$3,172,000** | **$1,550,759.50** |