**Exhibit F**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SIMPSON THACHER & BARTLETT LLP FOR THE PERIOD JANUARY 29, 2019 THROUGH APRIL 30, 2019**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | | |
| AD | Asset Disposition | | |
| BO | Business Operations | | |
| BU | Budgeting (Case) | | |
| CA | Case Administration | 2.30 | $2,371.50 |
| CC | Creditor Communications | | |
| CG | Corporate Governance and Board Matters | 540.70 | $703,415.00 |
| CH | Court Hearings | 9.10 | $11,377.50 |
| CM | Claims Administration and Objections | | |
| EC | Executory Leases and Contracts | | |
| EE | Employee Benefits/Pensions | 5.90 | $9,056.50 |
| ES | Equityholder Communications | | |
| FA | Fee/Employment Applications | 124.70 | $136,955.50 |
| FI | Financings/Cash Collateral | | |
| FO | Fee/Employment Application Objections | | |
| FR | Fact Analysis and Related Advice | .50 | $820.00 |
| IC | Intercompany Issues | | |
| IP | Intellectual Property Issues | | |
| LI | Litigation: Contested Matters and Adversary Proceedings | | |
| LS | Relief From Stay Proceedings | | |
| PL | Plan/Disclosure Statement | | |
| RE | Reporting | | |
| TV[1] | Non-Working Travel Time | 3.00 | $1,260.00 |
| TX | Tax Issues | | |
| VA | Valuation | | |

[1] Time billed to this task code is billed at one-half of the standard hourly rate.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1,247.00 | $984,380.50 |
| L120 | Analysis/Strategy | 67.50 | $67,176.50 |
| L130 | Experts/Consultants | | |
| L143 | Discovery - Identification and Preservation | | |
| L160 | Settlement/Non-Binding ADR | | |
| L200 | Pre-Trial Pleadings and Motions | 6.20 | $3,824.50 |
| L241 | Motion to Dismiss: Preemption | | |
| L242 | Motion to Dismiss: Lack of Subject Matter Jurisdiction | | |
| L243 | Motion for Summary Judgment: Kongros | | |
| L244 | Motion for Summary Judgment: Causation | | |
| L245 | Motion for Summary Judgment: Employment | | |
| L246 | Motion for Summary Judgment: Recreational Use Immunity | | |
| L310 | Written Discovery | | |
| L330 | Depositions | | |
| L350 | Discovery Motions | | |
| L400 | Trial Preparation and Trial | | |
| L500 | Appeal | | |
| L600 | eDiscovery - Identification | | |
| L610 | eDiscovery - Preservation | | |
| L620 | eDiscovery - Collection | .50 | $132.50 |
| L630 | eDiscovery - Processing | 7.30 | $3,101.00 |
| L650 | eDiscovery - Review | .20 | $91.00 |
| L653 | eDiscovery - First Pass Document Review | 13.00 | $7,670.00 |
| L654 | eDiscovery - Second Pass Document Review | | |
| L655 | eDiscovery - Privilege Review | | |
| L656 | eDiscovery - Redaction | | |
| L670 | eDiscovery - Production | | |
| L671 | eDiscovery - Conversion of ESI to Production | | |
| L680 | eDiscovery - Presentation | | |
| L800 | Experts/Consultants | | |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L900 | Settlement Process | | |
| **TOTAL** | | **2,027.90** | **$1,931,632.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017