Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit G**

**EXPENSE SUMMARY FOR THE PERIOD
JANUARY 29, 2019 THROUGH APRIL 30,, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$6908.51** |
| Online Research | $6144.01 |
| Document Retrieval | $764.50 |
| **Meals** | **$2096.01** |
| Overtime | $1994.89 |
| Travel | $101.12 |
| **Travel** | **$4,461.41** |
| Airfare | $2823.11 |
| Hotel | $1387.64 |
| Out-of-Town Travel | $250.66 |
| **Transportation** | **$1013.43** |
| Local | $254.23 |
| Overtime Carfare | $759.20 |
| **Duplicating** | **$719.19** |
| Binding | $16.42 |
| Print & Scan | $702.77 |
| **Courier and Postage** | **$949.34** |
| **Conferencing/Communication** | **$431.46** |
| Telephone | $42.82 |
| Conferencing Services | $131.14 |
| Court Call | $257.50 |
| **Total Expenses Requested:** | **$16,579.35** |