

Signed and Filed: July 23, 2019



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  AKIN GUMP STRAUSS HAUER & FELD LLP
2  Michael S. Stamer (*pro hac vice*)
3  Ira S. Dizengoff (*pro hac vice*)
   David H. Botter (*pro hac vice*)
4  Abid Qureshi (*pro hac vice*)
   One Bryant Park
5  New York, New York 10036
   Telephone:    (212) 872-1000
6  Facsimile:    (212) 872-1002
   Email:        mstamer@akingump.com
7                idizengoff@akingump.com
                 dbotter@akingump.com
8                aqureshi@akingump.com

9  Ashley Vinson Crawford (SBN 257246)
10 580 California Street
   Suite 1500
11 San Francisco, CA 94104
   Telephone:    (415) 765-9500
12 Facsimile:    (415) 765-9501
   Email:        avcrawford@akingump.com
13

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **ORDER AUTHORIZING OVERSIZE BRIEFING FOR REPLY IN SUPPORT OF MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE** |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Reply in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Application") filed on July 22, 2019, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted, as provided herein.

2. The Ad Hoc Committee is authorized to file and serve a reply memorandum of points and authorities in support of the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code*, in excess of 15 pages, but not to exceed 25 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

** END OF ORDER **