**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Amy Caton
Megan Wasson
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (650) 715-8000
Email: acaton@kramerlevin.com
      mwasson@kramerlevin.com

-and –

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
SHADI FARZAN, Cal. Bar No. 301610
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

*Attorneys for the PG&E Holdco Group*

**FILED**

**JUL 24 2019**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Megan Wasson, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the PG&E Holdco Group in the

above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> MICHAEL M. LAUTER
> mlauter@sheppardmullin.com
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111-4109
> Telephone: 415.434.9100
> Facsimile: 415.434.3947

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2019

Respectfully submitted,

/s/ Megan Wasson

Megan Wasson
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715 - 9100
Email: mwasson@kramerlevin.com

*Counsel to the PG&E Holdco Group*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MEGAN MACKENZIE WASSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 23, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 17, 2019**

7795

*[signature]*

Clerk of the Court

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065718 - DC

July 24, 2019
09:09:23

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   2 @ $310.00
Amount.:
                              $620.00 CC


Total-> $620.00


FROM: MICHAEL LAUTER