| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 1160 Battery Street, Suite 100 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 628.208.6434 |
| 4 | Email: rjulian@bakerlaw.com |
| | Email: cdumas@bakerlaw.com |
| 5 | |
| 6 | Eric E. Sagerman (SBN 155496) |
| | Lauren T. Attard (SBN 320898) |
| 7 | BAKER & HOSTETLER LLP |
| | 11601 Wilshire Boulevard |
| | Suite 1400 |
| 8 | Los Angeles, CA 90025 |
| | Telephone: 310.820.8800 |
| 9 | Facsimile: 310.820.8859 |
| | Email: esagerman@bakerlaw.com |
| 10 | Email: lattard@bakerlaw.com |

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG&E Corporation | **APPLICATION FOR ADMISSION OF ATTORNEY ELIZABETH A. GREEN *PRO HAC VICE*** |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Elizabeth A. Green, an active member in good standing of the bar of the State of Florida, the United States District Courts for the Southern District of Florida, the Northern District of Florida, the Middle District of Florida, the Southern District of Texas, the Northern District of Texas and the U.S. Court of Appeals, 11th Circuit and 2nd Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Tort Claimants, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

Cecily A. Dumas
Baker & Hostetler LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2019

_____
Elizabeth A. Green