**RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Email: rick@rhrc.net

Attorneys for Movants,
XIAOTIAN SUN and WEI LUO

**Gordon J. Finwall (SBN 141777)**
**FINWALL LAW OFFICES, APC**
1056 Lincoln Avenue
San Jose, CA 95125
Tel: (408) 350-4041
Fax: (408) 350-4042
Email: Gordon@Finwalllaw.com

Attorneys for Movants,
CSABA MESTER and MARTA MESTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects both Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>DC NO.: RG-1<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**AMENDED NOTICE OF HEARING ON JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| XIAOTIANSUN and WEI LUO, and CSABA WENDEL MESTER and MARTA M. MESTER individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto,<br><br>Movants,<br><br>vs. | Date: August 14, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      450 Golden Gate Avenue<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: August 9, 2019 |

PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, Debtors,

Respondents.

TO: Debtors, PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, and Other Interested Parties:

***AMENDED*** NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 17, 16th Floor, Movants XIAOTIAN SUN and WEI LUO and Movants CSABA WENDEL MESTER and MARTA M. MESTER, individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the Joint Motion For Relief From the Automatic Stay filed by Movants on July 17, 2019 [Dkt No. 3036] (the "Motion").

This notice amends the original notice of motion filed on July 17, 2019 [Dkt No. 3037] which set the hearing on an Omnibus Hearing Date of July 31, 2019. The relief sought by the Motion is as follows:

1. Movants XIAOTIAN SUN and WEI LUO (collectively the "SUNS") granted relief from the automatic stay permitting the SUNS to file the proposed Second Amended Complaint, to prosecute their claims in the State Court Action to completion and/or judgment, to enforce any judgment, and to prosecute or defend any appeal.

2. Movants CSABA MESTER and MARTA MESTER, individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, (collectively the "MESTERS") granted relief from the automatic stay permitting the MESTERS to prosecute their claims and defenses in the State Court Action to completion and/or judgment, to enforce any judgment, and to prosecute or defend any appeal.

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

3. The fourteen (14) day stay of order described by Bankruptcy Rule 4001(a)(3) is waived. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) five (5) days before the hearing. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.

PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the Debtors are advised to appear personally or by counsel at the hearing, and that failure to do so may result in this Court granting the relief requested without further hearing.

Dated: July 24, 2019         ROSSI, HAMERSLOUGH, REISCHL & CHUCK


BY:   /s/ Richard B. Gullen
      RICHARD B. GULLEN, ESQ.
      Attorneys for Movants
      XIAOTIAN SUN and WEI LUO


Dated: July 24, 2019         FINWALL LAW OFFICES, APC


BY:   /s/ *Gordon Finwall*
      GORDON FINWALL, ESQ.
      Attorneys for Movants CSABA WENDEL
      MESTER and MARTA M. MESTER, individually
      and as trustees of the CSABA & MARTA
      MESTER FAMILY REVOCABLE LIVING
      TRUST DATED 9/1/2011 and any amendments
      thereto

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292