1 | **RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
2 | 1960 The Alameda, Suite 200
San Jose, CA 95126-1493
3 | Tel: (408) 261-4252
Fax: (408) 261-4292
4 | Email: rick@rhrc.net

5 | Attorneys for Movants,
XIAOTIAN SUN and WEI LUO

6 |

7 | **Gordon J. Finwall (SBN 141777)**
**FINWALL LAW OFFICES, APC**
1056 Lincoln Avenue
8 | San Jose, CA 95125
Tel: (408) 350-4041
9 | Fax: (408) 350-4042
Email: Gordon@Finwalllaw.com

10 |

11 | Attorneys for Movants,
CSABA MESTER and MARTA MESTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 19-30088 (DM) |
| | DC NO.: RG-1 |
| PG&E CORPORATION, | Chapter 11 |
| And | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| Affects both Debtors. | **CERTIFICATE OF SERVICE OF AMENDED NOTICE OF HEARING ON JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | |
| XIAOTIANSUN and WEI LUO, and CSABA WENDEL MESTER and MARTA M. MESTER individually and as trustees of the CSABA & MARTA MESTER FAMILY REVOCABLE LIVING TRUST DATED 9/1/2011 and any amendments thereto, | Date: August 14, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| Movants, | Objection Deadline: August 9, 2019 |
| vs. | |

PG&E CORPORATION, PACIFIC GAS AND
ELECTRIC COMPANY, Debtors,

Respondents.

**CERTIFICATE OF SERVICE**

I, Richard B. Gullen, declare and state as follows:

1. I am employed in Santa Clara County, California. I am more than eighteen years old and not a party to this action. My business address is ROSSI, HAMERSLOUGH, REISCHL & CHUCK 1960 The Alameda, Suite 200, San Jose, CA 95126-1493.

2. I certify that on July 24, 2019, I served the foregoing documents described as

**AMENDED NOTICE OF HEARING ON JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY**

as follows:

**Via ECF:**

Debtors (per email of 7/23/19 from Debtors' counsel agreeing to accept service by ECF);

Debtors' Counsel;

Office of the U.S. Trustee/SF;

"Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No. 1996) ("Case Management Order");

"Rule 2002 Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No. 1996) ("Case Management Order");

Official Committee of Unsecured Creditors; AND

**All those receiving notice by ECF**.

These documents were served by: Via ECF as described above.

I declare under penalty of perjury in the United States of America that the foregoing is true and correct.

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292

2

Case: 19-30088   Doc# 3170   Filed: 07/24/19   Entered: 07/24/19 11:27:15   Page 2 of 4

| | |
|---|---|
| Dated: July 24, 2019 | ROSSI, HAMERSLOUGH, REISCHL & CHUCK |
| | BY: /s/ Richard Gullen |
| | Richard Gullen |
| | Attorneys for Secured Creditor |
| | HELEN McABEE |

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292