Jonathan Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 252-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation
and Pacific Gas and Electric Company and for
Certain Current and Former Independent Directors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors**. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **NOTICE OF SECOND SUPPLEMENTAL DECLARATION OF MICHAEL H. TORKIN RELATING TO THE RETENTION OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL FOR THE BOARD OF DIRECTORS OF EACH OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY AND FOR CERTAIN CURRENT AND FORMER INDEPENDENT DIRECTORS PURSUANT TO ORDER ENTERED MAY 10, 2019 [DOCKET NO. 1979]** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

On May 10, 2019, this Court entered the *Order Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP Pursuant to 11 U.S.C. § 327(e) as Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and Pursuant to 11 U.S.C. § 363 as Counsel to Certain Current and Former Independent Directors* [Docket No. 1979].

**PLEASE TAKE NOTICE** that, attached hereto as **Exhibit 1** is the second supplemental declaration of Michael H. Torkin submitted as a supplement to the *Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* [Docket No. 1183] (the "**Torkin Declaration**") and the *Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E (As Modified as Described Herein)* [Docket No. 1802] (the "**Supplemental Torkin Declaration**"). The second supplemental declaration provides updated disclosures with respect to the Schedules annexed to the Torkin Declaration, as supplemented by the Supplemental Torkin Declaration.

Dated: July 24, 2019

Respectfully submitted,

/s/ Jonathan C. Sanders
Jonathan C. Sanders
Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell

SIMPSON THACHER & BARTLETT LLP

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*