ORIGINAL

COZEN O'CONNOR
101 MONTGOMERY ST, SUITE 1400
SAN FRANCISCO, CA 94104

**COZEN O'CONNOR**
Fulton M. Smith (SBN 121071)
Email: *fsmith@cozen.com*
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Tel:    415.644.0914
Fax:   415.644.0978

**COZEN O'CONNOR**
Mark E. Felger (*Pro Hac Vice* Pending)
Email: *mfelger@cozen.com*
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Tel:   302.295.2087
Fax:  302.295.2013

Attorneys for
LIBERTY MUTUAL INSURANCE COMPANY

FILED
JUL 24 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS & ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | APPLICATION FOR ADMISSION OF MARK E. FELGER *PRO HAC VICE* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☑ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3 Mark E. Felger, an active member in good standing of the bar of the State of Delaware, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Liberty Mutual Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

**COZEN O'CONNOR**
Fulton M. Smith, III (SBN 121071)
*fsmith@cozen.com*
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
(415) 593-9624

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2019

By: /s/ Mark E. Felger
Mark E. Felger

LEGAL\41327443\1

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Mark E. Felger** was admitted to practice as an attorney in the Courts of this State on **December 11, 2000** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 10th day of July, 2019.

Lisa A. Dolph
Clerk of the Supreme Court

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30065722 - DC
\* \* C O P Y \* \*
July 24, 2019
12:04:06

**PRO HAC VICE FEE**
**19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $310.00 CH
Check#.: 3437

Total-> $310.00

FROM: COZEN OCONNOR