**Exhibit B – List of Counterparties to CPSI Agreements**

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| **CPSI Agreements Providing Monetary Compensation** | | | | | | |
| M-1 | | Informal Agreement | Vegetation | $50.00 | N/A | 2018.11.28 |
| M-2 | | Action Plan | Vegetation | $9,920.00 | Remove logs and leave clean wood chips. Provide twelve (12) 15 gallon California Native Laurel trees and three (3) loquat trees. | 2018.10.30 |
| M-3 | | Action Plan | Vegetation | $1,500.00 | N/A | 2017.06.15 |
| M-4 | | Action Plan | Vegetation | $1,000.00 | Provide two (2) 15 gallon coast live oak trees to be planted on other property owned by counterparty. | 2017.04.20 |
| M-5 | | Action Plan | Vegetation | $500.00 | Provide and plant one (1) 15 gallon tree. If PG&E does not plant this tree, provide two (2) 15 gallon trees per tree removed. | 2017.06.13 |
| M-6 | | Action Plan | Vegetation | $1,500.00 | N/A | 2017.05.03 |
| M-7 | | Action Plan | Vegetation | $7,000.00 | Plant nine (9) replacement trees. | 2018.07.16 |
| M-8 | | Action Plan | Vegetation | $10,000.00 | Grind all tree stumps. | 2018.08.16 |
| M-8A | | Long-form Agreement | Vegetation | $30,000 | Grind all tree stumps. | 2018.08.17 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-9 | | Action Plan | Vegetation | $500.00 | Provide and plant one (1) replacement tree for relative of counterparty on their property. | 2018.06.26 |
| M-10 | | Action Plan | Vegetation | $2,500.00 | Provide and plant three (3) trees – one (1) almond tree; one (1) cherry tree and one (1) to be determined. | 2017.05.12 |
| M-11 | | Action Plan | Vegetation | $1,000.00 | Provide five (5) – fifteen (15) gallon trees and remove two (2) additional dead redwood trees if permitted by the city. | 2017.04.24 |
| M-12 | | Action Plan | Vegetation | $8,800.00 | Chip all dead wood/brush near a PG&E pipeline marker. | 2017.03.08 |
| M-13 | | Action Plan | Vegetation | $2,000.00 | Replant up to four (4) trees and provide up to eight (8) trees. | 2017.06.22 |
| M-14 | | Action Plan | Vegetation | $7,000.00 | Grind all stumps. | 2017.07.19 |
| M-15 | | Action Plan | Vegetation | $10,000.00 | Provide four (4) replacement trees. | 2018.09.04 |
| M-16 | | Action Plan | Vegetation | $2,000.00 | N/A | 2018.04.30 |
| M-17 | | Action Plan | Vegetation | $12,500.00 | Provide four (4) replacement trees, one (1) maple and three (3) silk oaks. | 2018.10.11 |
| M-18 | | Action Plan | Vegetation | $10,000.00 | Provide four (4) replacement trees. | 2018.10.30 |
| M-19 | | Action Plan | Vegetation | $4,000.00 | Provide and plant eight (8) 15 gallon trees. | 2017.05.24 |
| M-20 | | Action Plan | Vegetation | $1,500 | N/A | 2016.04.18 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---------|--------------|------------------|--------------|----------------------|---------------------------|----------------|
| M-21 | | Action Plan | Vegetation | $3,000.00 | N/A | 2018.01.18 |
| M-22 | | Action Plan | Vegetation | $1,150.00 | N/A | 2016.06.22 |
| M-23 | | Action Plan | Vegetation | $20,000.00 | Provide and plant fourteen (14) trees and provide kangaroo paw and daffodil plants. | 2018.01.17 |
| M-24 | | Action Plan | Vegetation | $2,250.00 | N/A | 2016.09.26 |
| M-25 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.10.03 |
| M-26 | | Action Plan | Vegetation | $2,150.00 | N/A | 2016.05.09 |
| M-27 | | Action Plan | Vegetation | $550.00 | N/A | 2016.03.18 |
| M-29 | | Action Plan | Vegetation | $6,000.00 | Restore area per prepared restoration plan. | 2017.11.21 |
| M-30 | | Action Plan | Vegetation | $1,250.00 | N/A | 2016.10.03 |
| M-31 | | Action Plan | Vegetation | $4,000.00 | N/A | 2017.05.03 |
| M-32 | | Action Plan | Vegetation | $750.00 | N/A | 2016.11.23 |
| M-33 | | Action Plan | Vegetation | $12,500.00 | Provide and plant twenty (20) 15 gallon trees and remove two additional trees. | 2016.11.23 |
| M-34 | | Action Plan | Vegetation | $750.00 | Provide and plant four (4) 15 gallon trees. | 2016.10.25 |
| M-36 | | Action Plan | Vegetation | $3,250.00 | N/A | 2016.09.27 |
| M-37 | | Action Plan | Vegetation | $3,500.00 | N/A | 2016.11.23 |
| M-38 | | Action Plan | Vegetation | $10,000.00 | N/A | 2017.03.27 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---------|--------------|------------------|--------------|-----------------------|---------------------------|----------------|
| M-40 | | Action Plan | Vegetation | $1,900.00 | N/A | 2016.02.10 |
| M-42 | | Action Plan | Vegetation | $2,300.00 | N/A | 2016.06.22 |
| M-43 | | Long-form Agreement | Vegetation | $7,500.00 | N/A | 2016.09.26 |
| M-46 | | Long-form Agreement | Vegetation | $29,500.00 | Replace the privacy fence in front of the house and incompatible vegetation. | 2018.11.26 |
| M-47 | | Action Plan | Vegetation | $5,500.00 | N/A | 2016.07.26 |
| M-49 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.12.15 |
| M-52 | | Action Plan | Vegetation | $750.00 | N/A | 2015.11.02 |
| M-53 | | Action Plan | Vegetation | $1,000.00 | N/A | 2017.03.07 |
| M-54 | | Action Plan | Vegetation | $15,000.00 | N/A | 2018.03.13 |
| M-55 | | Action Plan | Vegetation | $3,500.00 | N/A | 2018.04.30 |
| M-56 | | Action Plan | Vegetation | $1,000.00 | N/A | 2015.11.02 |
| M-57 | | Action Plan | Vegetation | $750.00 | Cover areas occupied by removed trees with lava rock. | 2016.02.03 |
| M-58 | | Action Plan | Vegetation | $500.00 | N/A | 2015.11.02 |
| M-59 | | Action Plan | Vegetation | $5,250.00 | N/A | 2016.03.01 |
| M-60 | | Action Plan | Vegetation | $500.00 | N/A | 2015.10.28 |
| M-64 | | Action Plan | Vegetation | $2,500.00 | N/A | 2018.05.15 |
| M-65 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.02.22 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-68 | | Action Plan | Vegetation | $2,250.00 | Provide four (4) trees. | 2015.12.11 |
| M-69 and M-70 | | Action Plan | Vegetation | $7,850 | Provide and plant twelve (12) trees and provide and plant vines into trellis. | 2018.05.21 |
| M-72 | | Action Plan | Vegetation | $2,250.00 | N/A | 2019.03.06 |
| M-73 | | Action Plan | Vegetation | $10,250.00 | Provide and plant twenty-nine (29) trees. | 2018.05.21 |
| M-76 | | Action Plan | Vegetation | $6,000.00 | N/A | 2018.02.20 |
| M-77 | | Action Plan | Vegetation | $250.00 | N/A | 2017.06.19 |
| M-78 | | Action Plan | Vegetation | $1,250.00 | N/A | 2016.10.18 |
| M-80 | | Action Plan | Vegetation | $2,250.00 | N/A | 2017.05.30 |
| M-85 | | Action Plan | Vegetation | $1,250.00 | N/A | 2016.03.02 |
| M-86 | | Action Plan | Vegetation | $500.00 | N/A | 2016.02.16 |
| M-88 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.03.31 |
| M-89 | | Action Plan | Vegetation | $4,670.00 | Provide one (1) 15 gallon orange tree. | 2016.05.24 |
| M-90 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.05.18 |
| M-91 | | Action Plan | Vegetation | $750.00 | N/A | 2016.03.15 |
| M-92 | | Long-form Agreement | Vegetation and Structure | $50,725.00 | N/A | 2017.01.27 |
| M-97 | | Action Plan | Vegetation | $6,750.00 | N/A | 2018.01.19 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-98 | | Action Plan | Vegetation | $7,500.00 | N/A | 2015.11.24 |
| M-99 | | Action Plan | Vegetation | $16,000.00 | Provide and plant eight (8) trees. | 2017.06.05 |
| M-100 | | Action Plan | Vegetation | $1,750.00 | N/A | 2015.10.28 |
| M-101 | | Action Plan | Vegetation | $250.00 | N/A | 2015.11.20 |
| M-102 | | Action Plan | Vegetation | $1,000.00 | N/A | 2018.04.12 |
| M-103 | | Action Plan | Vegetation | $2,250.00 | N/A | 2018.06.06 |
| M-104 | | Action Plan | Vegetation | $500.00 | N/A | 2018.04.13 |
| M-105 | | Action Plan | Vegetation | $500.00 | N/A | 2017.01.31 |
| M-106 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.09.29 |
| M-107 | | Action Plan | Vegetation | $550.00 | N/A | 2016.03.03 |
| M-108 | | Long-form Agreement | Structure | $57,000.00 | N/A | 2019.01.08 |
| M-109 | | Action Plan | Vegetation | $1,750.00 | Provide three (3) Blue Spruce and two (2) Norman Fir trees. | 2015.08.24 |
| **CPSI Agreements Only Providing Non-monetary Compensation** | | | | | | |
| N-1 | | Action Plan amended by oral agreement | Vegetation | N/A | Provide and plant apple tree. | 2015.10.28 |
| N-2 | | Action Plan | Vegetation | N/A | Replant three (3) trees on neighboring property. | 2017.04.24 |
| N-3 | | Action Plan | Vegetation | N/A | Provide and plant one (1) redwood tree. | 2017.04.24 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| N-5 | | Action Plan | Vegetation | N/A | Provide and plant up to twelve (12) new trees (or provide the value of twelve (12) trees). | 2017.05.10 |
| N-6 | | Action Plan | Vegetation | N/A | Provide a Chinese Lantern or Albizia plant. | 2015.07.28 |
| N-7 | | Action Plan | Vegetation | N/A | Provide eight (8) 15 gallon trees and relocate and replant pear and nectarine trees. | 2016.09.28 |
| N-8 | | Action Plan | Vegetation | N/A | Provide two (2) trees. | 2015.08.10 |
| N-10 | | Action Plan | Vegetation | N/A | Provide and plant six (6) 15 gallon trees. | 2017.09.01 |
| N-11 | | Action Plan | Vegetation | N/A | Provide and plant ten (10) trees. | 2018.05.21 |
| N-12 | | Action Plan | Vegetation | N/A | Provide a restoration plan and provide and plant four to five (4-5) replacement trees and some smaller plants. | 2017.05.03 |
| N-13 | | Action Plan | Vegetation | N/A | Provide and plant ten (10) trees. | 2017.04.24 |
| N-14 | | Action Plan | Vegetation | N/A | Provide three (3) Red Oleanders. | 2015.08.31 |
| N-15 | | Action Plan | Vegetation | N/A | Provide ten (10) replacement trees. | 2016.05.23 |
| N-16 | | Action Plan | Vegetation | N/A | Provide one (1) orange tree, one (1) apple tree one (1) Fuyu Persimmon tree one (1) nectarine tree, and one (1) tangerine tree. | 2015.11.16 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| N-17 | ■ | Action Plan | Vegetation | N/A | Provide and plant one (1) tree. | 2015.11.05 |
| N-18 | ■ | Action Plan | Vegetation | N/A | Provide two (2) Persimmon trees. | 2015.11.02 |