# EXHIBIT A



Pacific Gas and Electric Company
Community Pipeline Safety Initiative
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583

July 9, 2019

«OWNER_NAME»
c/o [Representative Name]   *Commented [SL1]: Use only if a representative is acting on behalf of Owner. If not, remove this line.*
«MAIL_ADDRESS»
«MAIL_CITY», «MAIL_STATE» «MAIL_ZIPCODE»

Re: «SITE_ADDRESS», «PROPERTY_CITY» (Property County Rural) (_____ CDP)   *Commented [SL2]: Only if applicable*
«PROPERTY_STATE», «PROPERTY_ZIPCODE»
Updated Action Plan for Safety Work Near Gas Pipeline   *Commented [SL3]: Remove if this is not a revised Action Plan.*
RW-C/VC-xxxx-xx, «Vegetation_P6»

Thank you for meeting with our representatives to discuss items located on your property that could prevent critical access to the Pacific Gas and Electric Company (PG&E) pipeline for first responders and utility crews in the event of an emergency or for important maintenance work. These items left unaddressed could also potentially damage the pipeline. As a result, we need to work with you to remove and/or modify these items. Please note this Action Plan is revised and updated from the previous Action Plan you signed on XX/XX/XX.   *Commented [HM4]: Remove if not a revised action plan.*

The following items will require removal and/or modification:   *Commented [HM5]: Remove if no modification required.*

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

PG&E or its authorized representatives or contractors will perform the following work, at no cost to you:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

☐ Owner Self-Perform:
You have indicated you prefer to perform the following work yourself, which will be completed by ___/___/_____:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

PG&E will perform the indicated work in a professional manner and in accordance with all applicable laws, ordinances and regulations. PG&E will obtain any permits or approvals that may be legally required associated with the activities

Page 2

described in this Action Plan. We will keep the work area safe and remove any debris related to our activities from the property.

In connection with PG&E's agreement to perform the foregoing work, you agree to do the following:
   A. Provide access to your property to PG&E and/or their representatives, contractors and sub-contractors during normal business hours, and if necessary, on Saturdays in order to accomplish necessary work.
   B. Remove the contents of any structure to be demolished or relocated, and remove any other personal property that may be necessary to complete activities described in this Action Plan. You will be responsible for the proper disposal of any personal property that you no longer wish to store on your property, including any equipment, appliances, paints, pesticides and similar materials. [Commented [SL6]: Delete if only a Vegetation project]
   C. Keep clear of the work area, and keep any children and pets away from the work area so as not to pose any safety risks or hazards while construction is taking place.
   D. Cooperate in the execution of any documents that may be required to perform the work, such as permit applications and related documents that may be required to complete the activities described in this Action Plan.

After we have completed this safety work, we will meet with you to review the improvements and confirm in writing that the tasks identified in this Action Plan have been completed. After this review, you will be responsible for the care and maintenance of any replacement vegetation that has been provided, including any special care that may be required. [Commented [SL7]: Delete if owner does not want replacement vegetation]

This Action Plan helps to ensure the continued safe operation of the gas pipeline and that first responders and PG&E crews can safely and quickly access the gas pipeline in the event of an emergency or for important maintenance work. After this gas safety work is completed, kindly keep the area around the pipe safe and clear of any obstructions that could prevent safe access to the pipeline.

For the tree(s) that we have determined can remain in place, PG&E safety professionals will conduct regular monitoring through a mix of aerial and ground inspections on at least a quarterly basis. Should any of these trees develop into an emergency access or safety concern in the future, PG&E will work with you to address the concern at that time.

If the foregoing is acceptable to you, we ask that you sign this Action Plan in the space provided below and return it in the enclosed envelope. After we receive your concurrence, we will schedule the work and access your property at a mutually agreed upon date and time. We will not move forward with any work on your property until we have received your written agreement. [Commented [SL8]: Remove if signing in person]

We appreciate your support as we maintain the safety of the gas system in your local community.

Sincerely,

[NAME]
Land Agent / Land Consultant, Community Pipeline Safety Initiative [Commented [SL9]: Select appropriate title]
[PHONE NUMBER]

ACKNOWLEDGED AND AGREED:

Print Name: _____    Date: _____
Signature: _____


Print Name: _____    Date: _____
Signature: _____


PG&E: _____    Date:_____
Bob L. Jones / Stephen Hughes
Manager, Land Rights / Supervisor, Land Management [Commented [HM10]: Select appropriate approver.]
Pacific Gas and Electric Company