# EXHIBIT B



**Pacific Gas and
Electric Company**

| APN# | |
|------|---|
| **Date** | |

# GAS TRANSMISSION VEGETATION WORK AUTHORIZATION FORM

Pacific Gas and Electric's representatives have completed a field survey of the vegetation on your property for safety and reliability of the gas pipeline. It has been determined that the following vegetation is incompatible and impairing PG&E's ability to perform inspections, leak surveys, patrols and maintenance of this gas pipeline and must be removed. There will be no cost incurred by you for work performed by PG&E and their contractors. In connection with your agreement with PG&E's foregoing work, you agree to do the following: A) Provide (unrestricted or pre-approved or agreed upon) access to your property to PG&E and/or their representatives, contractors and sub-contractors during normal business hours. B) Keep clear of the work area and keep any children and/or pets away from the work area so as not to pose any safety risks or hazards while work is taking place.

PG&E hereby covenants and agrees to indemnify _____ against any loss and damage which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by _____ comparative negligence or willful misconduct.

| VEGETATION WORK | | | | |
|---|---|---|---|---|
| SPECIES - PT ID | DBH | WORK TYPE | QUANTITY | **CUSTOMER INITIALS** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Trees/Brush will be cut as low to the ground as safely possible, and all wood and brush will be chipped and hauled off site. | | | | **CUSTOMER INITIALS** |
| Comments: | | | | |

| OWNER AND PROPERTY INFORMATION | |
|---|---|
| Print Name: | **SIGNATURE:** |
| Property Address: | Date: |
| Street: | Phone Number: |
| City, County: | Phone Number (alternative): |
| APN: | Email: |
| Pipeline Name: | Access Comments: |
| Owners Address (if different from above): | |
| | |
| | **CUSTOMER INITIALS** |
| **Approved EPA Herbicide Application: *As needed*** | |

| Land Agent : | Inspection Company: |
|---|---|
| Phone Number: | Communication: |
| LAN  ID: | Mitigation Amount: |

*This agreement is subject to approval by PG&E and shall be binding only if so approved. There are no other implied agreements.*

*Gas* Transmission Vegetation Work Authorization Form-07 /1/2016