# EXHIBIT C



Pacific Gas and Electric Company
Community Pipeline Safety Initiative
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583
PG&E Project: RW_C_####_XX

**CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE**

This Confidential Settlement Agreement and General Release ("Settlement Agreement"), is made and entered into as of [DATE] by and between [NAME OF PROPERTY OWNER] as owner ("Owner") of the property located at [ADDRESS OF PROPERTY] ("Property) and Pacific Gas & Electric Company, including any and all past, present and future parent companies, subsidiaries, holding or affiliated companies ("PG&E").  The parties to this Settlement Agreement may hereinafter be collectively referred to as the "Parties."

> Commented [A1]: Name of Owner
> Commented [A2]: Address of Property

**Whereas,** PG&E's representatives and Owner have discussed the presence of certain structures and incompatible vegetation which are located within a PG&E gas transmission easement established by an earlier-executed Easement Agreement and which crosses the Property (the "Encroachments"); and

> Commented [A3]: Limit wording to scope. If veg only project remove "structures" vice versa.

**Whereas,** PG&E determined that the Encroachments are impairing PG&E's ability to safely maintain and operate its natural gas pipeline, including the ability to perform inspections, leak surveys, patrols and maintenance, and must be removed from the PG&E easement; and

**Whereas,** the Owner and PG&E understand the Easement Agreement contains a restriction prohibiting Encroachments within the easement and also provides for a shared responsibility to identify and maintain the PG&E right-of-way free of Encroachments; and

**Whereas**, the Owner and PG&E wish to have the Encroachments removed from the Easement to fully resolve the matter, without admission or adjudication of any issues of fact or law, and without limitation in time, any claims that may arise from the presence or removal of the Encroachments from the Property (the "Claims");

**NOW, THEREFORE,** in consideration of and reliance upon the definitions, recitals, mutual promises, covenants, understandings representations and obligations set forth in this Settlement Agreement, and to which they intend to be legally bound, the Parties agree as follows:

1. **Settlement Payment**: In consideration of the Actions to be taken and the Release set forth herein and the other material provisions of this Settlement Agreement, PG&E agrees to make a one-time payment in the amount of $[number of amount] ([words of amount]) to Owner in full and final settlement of the Claims (the "Settlement Payment") after the completion of all Actions described in Section 2 below.

> Commented [A4]: Incentive Amount



Pacific Gas and Electric Company
Community Pipeline Safety Initiative
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583
PG&E Project: RW_C _####_XX

2. **Actions**. In consideration of the payment of the Settlement Payment, Owner agrees to take the following actions (the "Actions"), which shall begin no later than fourteen (14) days and be completed no later than ninety (90) days after the Settlement Agreement is fully executed: [Commented [A5]: Remove if PG&E is doing the work.]

   a. Call 811 prior to beginning removal of the Encroachment to arrange with USA a "locate and mark" of PG&E natural gas pipeline on the Property. [Commented [A6]: Remove if PG&E is doing the work.]

   b. Arrange with a representative of PG&E to have a PG&E representative present at the Property during the removal of items described below. [Commented [A7]: Remove if PG&E is doing the work.]

   c. [Allow PG&E to Remove] [Remove], in a workmanlike manner and in accordance with all applicable laws, ordinances and regulations, the following items from PG&E's easement: [Commented [A8]: Bracketed for inclusion or removal, according to who will perform the work]

      1. [List items being removed and what, if anything will replace it] [Commented [A9]: Enter the scope of the work, what is being removed.]
      2.
      3.

   d. Sign, upon completion of the removals [by PG&E], an Owner Acknowledgment Letter, the form for which is attached hereto as Exhibit A. [Commented [A10]: Bracketed for inclusion or removal, according to who will perform the work]

3. **Release**: In consideration of the payment of the Settlement Payment, Owner, from and after receipt of the settlement payment, on their own behalf, and the behalf of any of their minor children, heirs, executors, administrators, legal representatives, successors, beneficiaries and assigns, fully, forever and irrevocably releases and discharges PG&E and its directors, agents, principals, receivers, trustees, employees, contractors, clients, representatives, insurers, predecessors or successors-in-interest and assignees from any and all Claims. Owner hereby knowingly waives the provisions of California Civil Code section 1542, which provides as follows:

   A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

4. **Taxes**. The payments set forth in this Settlement Agreement may be subject to local, state or federal taxes. PG&E urges Owner to seek his own tax advice to determine if the payments have any tax consequences. PG&E



Pacific Gas and Electric Company
Community Pipeline Safety Initiative
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583
PG&E Project: RW_C _####_XX

makes no representations as to the taxable nature of payments made under this Settlement Agreement.

5. **Term**. This Settlement Agreement will commence on the Effective Date and will continue until the Actions have been completed and payment of the Settlement Payment has been made. The Confidentiality provisions, Release provisions, and Future Encroachments provisions survive termination of the Settlement Agreement.

6. **Confidentiality**. Owner agrees to keep confidential, and endeavor to cause their agents, assigns, employees, attorneys, heirs, and successors, and to keep confidential, the terms of this Settlement Agreement. In this connection, Owner understands and agrees that the word "confidential" as used herein means that Owner will not disclose the terms of this Settlement Agreement except: (i) to the extent that such disclosure is necessary for their personal legal and financial investment, or tax purposes; (ii) to governmental agencies, including taxing authorities, having a legal right to the information; (iii) pursuant to a valid subpoena; or (iv) by order of any court or administrative authority. In the event that Owner is requested or required to disclose this Settlement Agreement, prior to making such disclosure, shall provide reasonable notice to PG&E by sending a certified letter to PG&E's Sr. Director of Litigation, P.O. Box 7442, San Francisco, CA 94120.

7. **No Reliance**. Each Party disclaims reliance on any representations, oral or written of the other Party outside of the terms of this Settlement Agreement.

8. **Force Majeure**. No Party shall be liable for failure to perform its part of this Settlement Agreement when failure is due to fire, flood, war, civil disorder, insurrection, or other like causes that could not have been reasonably anticipated.

9. **Governing Law**. The Parties agree that any disputes arising out of this Settlement Agreement will be resolved according to the laws of the State of California, without regard to any conflict-of-law principles that would apply the laws of any other jurisdiction. Any proceedings arising out of or relating in any manner to this Settlement Agreement shall be brought and conducted in the state or federal courts of the State of California.

10. **Severability**. In the event that any part of this Settlement Agreement is declared by any court or other judicial or administrative body to be null, void, or unenforceable, said provision shall survive to the extent it is not so declared, and all of the other provisions of this Settlement Agreement shall remain in full force and effect.



11.  **Entire Agreement**.  This Settlement Agreement embodies the entire agreement between the Parties [as to the Encroachment on the Property] [pertaining to PG&E's obligation to pay for costs incurred as of the move required to facilitate the Construction].

    > **Commented [A11]:** Use if settlement is related to owner self-performing work and/or does not involve owner/tenant relocation
    >
    > **Commented [A12]:** Use if settlement is related to owner/tenant relocation

12.  **Warranty of Authority**.  The parties represent that they have the authority to execute this Settlement Agreement.

13.  **Amendments Waivers**.  This Settlement Agreement may be amended or modified, and any of the terms, covenants, representations, warranties, or conditions hereof may be waived, only by a written instrument executed by the Parties hereto, or in the case of a waiver, by the Party waiving compliance.  Any waiver by any Party of any condition, or of the breach of any provision, term, covenant, representation, or warranty contained in this Settlement Agreement, in any one or more instances, shall not be deemed to be nor construed as further or continuing waiver of any such condition, or of the breach of any other provision, term, covenant, representation, or warranty of this Settlement Agreement.

14.  **Successors and Assigns**.  No Party shall assign this Settlement Agreement or any rights or obligations hereunder without the prior written consent of the other Parties and any such attempted assignment without such prior written consent shall be void and of no force and effect.  This Settlement Agreement shall inure to the benefit of and shall be binding upon the successors and permitted assigns of the Parties.

15.  **Counterparts**.  This Settlement Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall be one instrument.

16.  **Future Encroachments**.  Owner and its successors shall maintain PG&E's Easement free of structures and certain vegetation that may impair PG&E's ability to safely maintain and operate its natural gas pipeline in the Easement, including the ability to perform inspections, leak surveys, patrols and maintenance.

[Signatures on the following page]



IN WITNESS WHEREOF, the Parties hereby execute this Confidential Settlement Agreement and General Release.

**Pacific Gas and Electric Company:**

_____

Stephen Hughes
Supervisor, Land Management

Bob Jones
Manager, Land Rights

Joe Echols
Program Manager, Community Pipeline Safety Initiative

> **Commented [A13]:** Select the appropriate approver and delete the others:
> If $100,000 or less, Stephen will sign.
> If between $100,001 - $250,000, Bob will sign.
> If over $250,000, Joe will sign.

Date: _____

**Owner:**

_____

Name: _____

> **Commented [A14]:** Print Owner's Name

Date: _____



Pacific Gas and Electric Company
Community Pipeline Safety Initiative
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583
PG&E Project: RW_C _####_XX

*EXHIBIT A*

July 9, 2019

«Customer_Name»
c/o [REPRESENTATIVE NAME]       *Commented [A15]: Use only if a representative is acting on behalf of Owner. If not, remove this line.*
«Mail_Address1»
«Mail_City» «Mail_State», «Mail_Postal»

Re: «Mail_Address1», «Mail_City» «Mail_State», «Mail_Postal»
Acknowledgement of Completion of Settlement Agreement
PG&E Project(s): RW-C/VC-xxxx-xx, RW-V-xxxx-xx       *Commented [A16]: Include appropriate Project IDs.*

On behalf of Pacific Gas and Electric Company (PG&E), I would like to thank you for your patience and understanding during our recent gas safety work on your property. It is thanks to your cooperation that first responders and utility crews will have better access to the underground gas pipeline in the event of an emergency or for important maintenance work.

All safety work associated with the Settlement Agreement has been completed and reviewed with you at the property. This letter, when countersigned, will serve to confirm:

- All work described in the Settlement Agreement has been completed to your satisfaction.
- If you had requested replacement vegetation, you understand that you will be responsible for the future care and maintenance of all replacement vegetation that has been installed.       *Commented [A17]: Only if applicable.*
- Going forward, please do not plant any new trees or move any new structures into the area above the pipeline. Please see the next page of this letter for more information on safe landscaping and other uses near the gas pipeline.

For the tree(s) that we have determined can remain in place, PG&E will monitor the tree(s) on at least an annual basis as part of our regular pipeline inspections and patrols. Should any such tree(s) develop into a safety concern in the future, PG&E will work with you to address the concern at that time.       *Commented [A18]: Only if applicable.*

We request that you acknowledge your agreement to these points by countersigning this letter in the space provided below.

Sincerely,


[LAND AGENT NAME]
Land Agent / Land Consultant, Community Pipeline Safety Initiative       *Commented [A19]: Select appropriate title*
Phone: xxx-xxx-xxxx       *Commented [A20]: Include your phone number.*

ACKNOWLEDGED AND AGREED:

Print Name: _____  Date: _____

Signature: _____


Print Name: _____  Date: _____

Signature: _____

## How You Can Help Keep the Pipeline Area Safe and Clear

Natural gas is one of the most efficient, reliable and affordable sources of energy for homes and businesses, and customers can play an important role in helping to keep the gas system safe. The following are basic guidelines for making sure structures and trees are located in the right place on your property.

### STRUCTURES LOCATED NEAR PIPELINES

Buildings and structures such as storage sheds, room additions, pools, and decks should be located a safe distance from the pipeline so that first responders and safety crews can perform critical emergency and maintenance work. When structures are located too close to gas pipelines, we work together with the property owner to address the issue and offer a variety of options and solutions.



Rights-of-ways are narrow stretches of land that give PG&E crews access to the pipeline in an emergency or for maintenance work and to conduct ground inspections; Please note widths can vary.

**Compatible Uses**

Vinyl, wood and/or chain link fences may cross the pipeline if there are no fence posts installed within five feet of either side of the pipeline.

**Incompatible Uses**

- Buildings or storage sheds
- Brick, concrete or block walls and fences
- Pools, hot tubs or wells
- Patios, decks or gazebos
- Sport courts
- Other impermeable hard surfaces
- Storage of heavy equipment

### SAFE LANDSCAPING NEAR PIPELINES

Making sure the right plants and trees are located in the right place adds to the safety and natural beauty of the community. When a tree or shrub needs to be replaced for safety reasons, we work with the property owner to offer a variety of landscaping options, including planting a new tree in a safe location. The following are some helpful guidelines for landscaping above and around the pipeline.



Please note easement widths can vary and the above represents best practices and guidance for safe landscaping near gas pipelines.

| | |
|---|---|
| **Pipe Safety Zone** | Lawns, flowers, low-profile grasses and low-growing herbaceous plants work well within the Pipe Safety Zone. |
| **Border Zone** | Small to medium shrubs with a trunk or main branch less than 8" in diameter at full maturity work well within the Border Zone. Diameter is measured four and a half feet from the ground. |
| **Outer Zone** | Large shrubs and small trees with a trunk less than 36" at full maturity work well within the Outer Zone. Diameter is measured four and a half feet from the ground. |



**Be Safe. Dig Safe.**

Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew that can mark our underground gas and electric facilities before you begin work, helping you plan a safe project.