UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On July 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

5. On July 18, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On July 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of July 2019, at New York, NY.

_____
Timothy R. Quinn

# Exhibit A

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2967 | Lyles Utility Construction, LLC<br>Frandzel Robins Bloom & Csato, L.C.<br>Attn: Michael J. Gomez<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017<br><br>Lyles Utility Construction, LLC<br>Attn: Tamara Lynne Lyles<br>P. O. Box 4347<br>Fresno, CA 93744 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | July 15, 2019 |
| 2969<br>2970<br>2971 | Owl Creek Investments I, LLC<br>Attn: Reuben Kopel<br>640 Fifth Avenue<br>New York, NY 10019<br><br>Owl Creek Investments I, LLC<br>Hahn & Hessen LLP<br>Joseph Orbach, Associate<br>488 Madison Avenue, 15th Floor<br>New York, NY 10022 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | July 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2973 2974 | North American Substation Services, LLC<br>Nelson Mullins Broad and Cassel<br>Nicolette Vilmos, Esq.<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801<br><br>North American Substation Services, LLC<br>Robert Kordenbrock, Chief Financial Officer<br>190 N. Westmonte Drive<br>Altamonte Springs, FL 32714 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | July 15, 2019 |
| 2980 | AVANTech, Inc.<br>2050 American Italian Way<br>Columbia, SC 29209 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | July 16, 2019 |
| 2981 | ViaData LP<br>410 Longview Dr.<br>Sugar Land, TX 77478 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | July 16, 2019 |
| 2984 | Metropolitan Electrical Construction, Inc.<br>2400 Third Street<br>San Francisco, CA 94107 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | July 16, 2019 |
| 2985 | Innerline Engineering Inc.<br>24541 Redlands Blvd.<br>Loma Linda, CA 92354 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | July 16, 2019 |
| 2986 2987 | Industrial Logic<br>829 Bancroft Way<br>Berkeley, CA 94710 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | July 16, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3003 | Power Contracting, LLC<br>Moore & Van Allen PCC<br>Attn: Luis M. Lluberas<br>100 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202<br><br>Power Contracting, LLC<br>Attn: Jorge McClees<br>2640 W. Lone Cactus Dr.<br>Phoenix, AZ 85027 | Sencha Funding, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | July 17, 2019 |
| 3004<br>3006 | Sierra Trench Protection Rentals and Sales<br>12375 Locksley Ln<br>Auburn, CA 95602 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | July 17, 2019 |
| 3017<br>3018<br>3019 | Quick PC Support LLC<br>2400 Rockefeller Drive, Suite 100<br>Ceres, CA 95307 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | July 17, 2019 |
| 3027 | Sierra Nevada Safety & Training LLC<br>8359 Elk Grove Florin Rd #103-396<br>Sacramento, CA 95829<br><br>Sierra Nevada Safety & Training LLC<br>7922 Pavin Ct.<br>Sacramento, CA 95829 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | July 18, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3028 | Anthony Leroy Westerling<br>PO Box 1241<br>Mariposa, CA 95338 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | July 18, 2019 |
| 3046 | American Crane Rental, Inc.<br>PO Box 308<br>Escalon, CA 95320<br><br>American Crane Rental, Inc.<br>17800 Comconex Road<br>Manteca, CA 95336 | Hain Capital Investors Master Fund, Ltd.<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | July 18, 2019 |
| 3088 | Jefferies Leveraged Credit Products, LLC<br>c/o Jefferies LLC<br>Attn: Erin Grambling<br>520 Madison Avenue, Third Floor<br>New York, NY 10022 | Sencha Funding, LLC<br>c/o Farallon Capital Management, LLC<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | July 19, 2019 |