# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 7/25/2019
Case: 19−30088     Form ID: TRANSC     Total: 20

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Matthew Goren     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
        STEPHEN KAROTKIN, ESQ.     RAY C. SCHROCK, P.C.     JESSICA LIOU, ESQ.     THEODORE E. TSEKERIDES, ESQ.     767 Fifth Avenue     New York, NY 10153
        KEVIN J. ORSINI, ESQ.     Cravath, Swaine & Moore LLP     825 Eighth Avenue     New York, NY 10019
        PETER J. BENVENUTTI, ESQ.     Keller & Benvenutti LLP     650 California Street, #1900     San Francisco, CA 94108
        GREGORY BRAY, ESQ.     Milbank LLP     2029 Century Park East 33rd Floor     Los Angeles, CA 90067
        ANDREW LEBLANC, ESQ.     Milbank LLP     1850 K Street NW Suite 1100     Washington, DC 20006
        DENNIS F. DUNNE, ESQ.     Milbank LLP     55 Hudson Yards     New York, NY 10001
        MATTHEW A. FELDMAN, ESQ.     BENJAMIN P MCCALLEN, ESQ.     Willkie Farr & Gallagher LLP     787 Seventh Avenue     New York, NY 10019
        BRUCE BENNETT, ESQ.     JAMES O. JOHNSTON, ESQ.     Jones Day     555 South Flower Street     Fiftieth Floor     Los Angeles, CA 90071
        MICHAEL S. STAMER, ESQ.     DAVID H. BOTTER, ESQ.     ABID QURESHI, ESQ.     Akin Gump Strauss Hauer & Feld LLP     One Bryant Park     New York, NY 10036
        ASHLEY VINSON CRAWFORD, ESQ.     Akin Gump Strauss Hauer & Feld LLP     580 California Street Suite 1500     San Francisco, CA 94104
        RANDY MICHELSON, ESQ.     Michelson Law Group     100 Pine Street Suite 2450     San Francisco, CA 94111
        ALAN W. KORNBERG, ESQ.     Paul, Weiss, Rifkind, Wharton & Garrison     1285 Avenue of the Americas     New York, NY 10019
        G. LARRY ENGEL, ESQ.     Engel Law, PC     12116 Horseshoe Lane     Nevada City, CA 95959
        ANDREW I. SILFEN, ESQ.     Arent Fox LLP     1301 Avenue of the Americas 42nd Floor     New York, NY 10019
        MICHAEL LAUTER, ESQ.     Sheppard Mullin Richter & Hampton LLP     Four Embarcadero Center 17th Floor     San Francisco, CA 94111
        AMY CATON, ESQ.     Kramer Levin Naftalis & Frankel LLP     1177 Avenue of the Americas     New York, NY 10036
        ROBERT A. JULIAN, ESQ.     CECILY A. DUMAS, ESQ.     Baker & Hostetler LLP     11601 Wilshire Boulevard Suite 1400     Los Angeles, CA 90025
        DARIO DE GHETALDI, ESQ.     Corey, Luzaich, de Ghetaldi & Riddle LLP     700 El Camino Real     Millbrae, CA 94030
        MATTHEW L. HINKER, ESQ.     O'Melveny & Myers LLP     7 Times Square     New York, NY 10036

TOTAL: 20