**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF PRICEWATERHOUSECOOPERS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2019 THROUGH APRIL 30, 2019** <br><br> [Re: Docket No: 2805] <br><br> Objection Deadline: July 22, 2019 <br> 4:00 p.m. (Pacific Time) |

On July 1, 2019, PricewaterhouseCoopers LLP ("**PwC**" or the "**Applicant**"), Management, Tax, Internal Accounting, and Advisory Consultants for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Third Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Management, Tax, Internal Accounting, and Advisory Consultants to the Debtors for the Period from April 1, 2019 through April 30, 2019* [ECF No. 2805] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the *Certificate of Service* of Alain B. Francoeur filed on July 8, 2019 [ECF No. 2893]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 22, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of

the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a principal of the firm of PricewaterhouseCoopers LLP, Management, Tax, Internal Accounting, and Advisory Consultants for the Debtors.

2. I certify that I have reviewed or caused the review of the Court's docket in these Chapter 11 Cases and have been advised that the Applicant has not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in San Francisco, California.

Dated: July 25, 2019  **PRICEWATERHOUSECOOPERS LLP**

Respectfully submitted,

By: _____
Daniel Bowman
Principal
*Management, Tax, Internal Accounting, and Advisory Consultants for the Debtors*

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| PwC LLP | 04/01/19 – 04/30/19<br><br>07/01/19<br>[Docket No. 2805] | $1,292,147.30 | $54,067.22 | 07/22/19 at 4:00 p.m. (PT) | $1,033,717.84 | $54,067.22 | $258,429.46 |