1  Jennifer Machlin Cecil (SBN#294806)
   Jcecil@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA 94111-5840
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400
5
6  David Neier (*admitted pro hac vice*)
   dneier@winston.com
7  WINSTON & STRAWN LLP
   200 Park Avenue, 40th Floor
8  New York, NY 10166-4193
   Telephone: (212) 294-6700
9  Facsimile: (212) 294-4700
10
   *Attorneys for First Solar, Inc.*
11 *and Willow Springs Solar 3, LLC*

12            **UNITED STATES BANKRUPTCY COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

15

| **In re:** | Bankruptcy Case No. 19 - 30088 (DM) |
|---|---|
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | **Hearing Date:** August 21, 2019, 4:00 (P.T.) **Time:** 9:30 a.m. (P.T.) |
| ☒ Affects Pacific Gas and Electric Company | Courtroom: Hon. Dennis Montali 450 Golden Gate A venue 16th Floor, Courtroom 17 San Francisco, CA 94102 |
| ☐ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM) | **Objections Due: August 21, 2019, 4:00 (P.T.)** |

## CERTIFICATE OF SERVICE

I, David Neier, declare:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and

not a party to the within action. My business address is WINSTON & STRAWN LLP, 200 Park

Avenue, 40th Floor, New York, NY 10166-4193.

On July 25, 2019, I caused service of a true and correct copy of the documents entitled:

**MOTION AND MEMORANDUM OF FIRST SOLAR, INC., FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION UNDER 11 U.S.C. §§ 362(B)(6) AND 556**

**MOTION OF FIRST SOLAR, INC. PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FRBP 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF AN AGREEMENT UNDER SEAL**

**NOTICE OF HEARING FOR (I) MOTION AND MEMORANDUM OF FIRST SOLAR, INC., FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION UNDER 11 U.S.C. §§ 362(b)(6) AND 556; AND (II) MOTION TO FILE UNDER SEAL**

By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) on the attached

Master Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of

California that the above is true and correct. Executed at New York, New York on July 25, 2019.

/s/David Neier
David Neier

2