**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME FOR DEBTORS TO RESPOND TO MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES**<br><br>Re: Dkt. Nos. 2964<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**Tort Claimants Committee**"), on the other. The Debtors and the Tort Claimants Committee are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On July 12, 2019, the Tort Claimants Committee filed the *Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules* [Dkt. No. 2964] (the "**TCC Schedules Motion**") which is set for a hearing before the Court at 9:30 a.m. on August 13, 2019. Any response or opposition to the TCC Schedules Motion is due by 4:00 p.m. (Pacific Time) on July 30, 2019.

B. Counsel for the Debtors has requested, and counsel for the Tort Claimants Committee has agreed, that the time for the Debtors to respond to the TCC Schedules Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors to file and serve any response or opposition to the TCC Schedules Motion is extended through 4:00 p.m. (Pacific Time) on August 7, 2019.

[*Signatures on next page*]

| | |
|---|---|
| Dated: July 25, 2019 | Dated: July 25, 2019 |
| KELLER & BENVENUTTI LLP | BAKER & HOSTETLER LLP |
| /s/ *Thomas B. Rupp*<br>Thomas B. Rupp | /s/ *Cecily A. Dumas*<br>Cecily A. Dumas |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Official Committee of Tort Claimants* |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119