**EXHIBIT 1**

Robert A. Julian (SBN 884469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:	628.208.6434
Facsimile:	310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors**<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS** |

The Court having considered the *Motion to Compel Production of Third-Party Contractor Documents*, dated July 25, 2019, (the "**Motion**"),[1] filed by the Official Committee of Tort Claimants (the "**TCC**") and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") are hereby directed to produce all documents responsive to TCC's Rule 2004 Application Request No. 25 within fourteen (14) days of the date of this Order. Such documents shall include, but not be limited to, the following:

   a. All documents that describe the work performed by third-party contractors on the Caribou-Palermo Line.

   b. All documents that contain the analyses, findings, summaries, impressions, recommendations, and/or other work-product of each of the third-party contractors on the Caribou-Palermo Line, including without limitation any Risk Assessments.

   c. All insurance policies that may provide coverage for claims arising from the work of each third-party contractor on the Caribou-Palermo Line.

   d. All inspection reports and other writings which sets forth inspection results for the Caribou-Palermo Line.

   e. All responsive documents relating to third-party contractors whose work was incorporated into the December 31, 2018 factual report and supporting documentation submitted to Judge Alsup.

   f. All responsive documents relating to the "outside consultant [PG&E] hired" that advised PG&E to regularly climb its towers to inspect their condition.

   g. All responsive documents submitted to the U.S. Forest Service, federal forest managers, and any other federal officials that describe any work or contain any work product performed by third-party contractors.

   h. All responsive documents that relate to PG&E's decision to delay safety work on the Caribou-Palermo Line at any point in time.

   i. All responsive documents relating to PG&E's decision that it needed to replace 49 steel towers "due to age" and hardware and aluminum lines on 57 towers "due to age and integrity" on the Caribou-Palermo Line.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Case: 19-30088    Doc# 3205-1    Filed: 07/25/19    Entered: 07/25/19 19:21:12    Page 3 of 4

      j.      All responsive documents related to the "enhanced inspections" PG&E began undertaking in December of 2018.

      k.      All responsive documents relating to Debtors' decision "to permanently shut down the Caribou-Palermo Line after assessing the amount of work it would take to operate it safely."

      l.      All responsive documents related to Quanta Technology and Quanta Services, Inc., which PG&E commissioned "to assess the age and condition of transmission structures throughout its 70,000-square-mile service area" in 2010.

      m.      All responsive documents related to PG&E's implementation of a risk-based system to prioritize spending projects for transmission line upgrades.

      n.      All responsive documents related to PG&E's improved record-keeping efforts, including, but not limited to, its field inventories and database implementation.

      o.      All responsive documents related to McKinsey & Company, which was commissioned by PG&E to assist with risk assessment of its transmission lines, including the Caribou-Palermo Line.

3. To the extent Debtors maintain that no third-party contractors assisted Debtors with inspection reports, aerial patrols, infrared patrols, and repairs for the Caribou-Palermo Line cited in their December 31, 2018 factual report to Judge Alsup, Debtors are ordered to submit an affidavit swearing to that representation under oath within fourteen (14) days of this Order.

** END OF ORDER **