# EXHIBIT E

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

                                            /

No. C 14-00175 WHA

**NOTICE RE CALIFORNIA WILDFIRES**

      With respect to the California wildfires since the judgment herein, the parties and the monitor shall provide written answers to the Court and Probation on the following questions by **DECEMBER 31, 2018**:

      1.     What requirements of the judgment herein, including the requirement against further federal, state, or local crimes, might be implicated were any wildfire started by reckless operation or maintenance of PG&E power lines?

      2.     What requirements of the judgment herein might be implicated by any inaccurate, slow, or failed reporting of information about any wildfire by PG&E?

3. What specific steps has the monitor herein taken to monitor and improve PG&E safety and reporting with respect to power lines and wildfires?

4. Provide an accurate and complete statement of the role, if any, of PG&E in causing and reporting the recent Camp Fire in Butte County and all other wildfires in California since the judgment herein.

Dated: November 27, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE