# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | No. CR 14-00175 WHA<br><br>**REQUEST FOR OFFENDER PG&E TO SUPPLY INFORMATION** |

1. The Court has read the report in the <u>Wall Street Journal</u> dated July 10, 2019, bearing the headline "PG&E Knew for years Its Lines Could Spark Wildfires, and Didn't Fix Them." PG&E is hereby ordered to file a public statement with the Court responding to the report on a paragraph-by-paragraph basis stating the extent to which each paragraph is accurate. The offender (PG&E) may not evade response by saying, for example, that it cannot know what documents the Wall Street Journal reviewed. The offender should know the extent to which the story is accurate or not since the report covers what PG&E knows internally. In the past, the offender has responded to some of the Court's questions by filing thousands of records and leaving it to the judge to find the needles in the haystacks. This time, the offender must provide a fresh, forthright statement owning up to the true extent of the Wall Street Journal report. The offender's response shall be up to **40 DOUBLE-SPACED PAGES.**

2. Separately, in **10 DOUBLE-SPACED PAGES** or less, the offender shall answer the following questions:

    a.    The Court has learned from ABC news that PG&E has made large campaign contributions to political candidates, even quite recently. The offender shall set forth the full amount of campaign contributions and to whom such contributions were made to by PG&E since January 1, 2017, and shall explain why those campaign contributions were more important that replacing or repairing the aging transmission lines described by the Wall Street Journal article and removing or trimming the backlog of hazard trees, and increasing vegetation management.

    b.    PG&E has distributed almost five billion dollars in dividends prior to seeking the protection of the Bankruptcy Court. Please also explain why so much was paid out in dividends at a time when PG&E was aware of the problems named in the Wall Street Journal report and knew of its hazard tree backlog.

Both responses by the offender are due **JULY 31, 2019 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 10, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE