

Signed and Filed: July 26, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Amy Caton**, whose business address and telephone number is

1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7772

and who is an active member in good standing of the bar of New York, United States Supreme Court, First Circuit having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **PG&E Holdco Group**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**