MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (310) 396-0963

Attorneys for Interested Party
CH2M HILL Engineers, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, effective immediately, Matthew A. Lesnick has changed his address to the following:

Matthew A. Lesnick
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Tel: (213) 493-6496

//

//

//

//

All notices and documents regarding this action should be sent to the above address.

DATED: July 26, 2019                    LESNICK PRINCE & PAPPAS LLP

                                        By:   /s/Matthew A. Lesnick
                                              Matthew A. Lesnick
                                              Attorneys for Interested Party
                                              CH2M HILL Engineers, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2019, I caused the foregoing NOTICE OF CHANGE OF ADDRESS to be electronically filed with the clerk of this Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/Matthew A. Lesncik
Matthew A. Lesnick