Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KODY KLEBER IN SUPPORT OF *EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS**<br><br>Related Document: Dkt. No. 3205<br><br>[No hearing requested] |

- 1 -

I, KODY KLEBER, do hereby declare under penalty of perjury as follows:

1. I am a Partner at Baker & Hostetler LLP, attorneys for the Official Committee of Tort Claimants (the "**TCC**") in the above-captioned chapter 11 cases.

2. I submit this declaration in support of the Motion of the TCC (the "**Motion to Shorten**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California, for entry of an order shortening time for a hearing on August 9, at 11:30 a.m. (the "**Motion to Compel Hearing**"), on the *Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents* (the "**TCC Motion**") (Dkt. No. 3205). The TCC requests that written objections, if any, be due by 4:00 p.m. (Pacific Time) on August 2, 2019.

3. For several months, the TCC has sought documents from Debtors relating to their third-party contractors' potential responsibility for the 2018 Camp Fire. The third-party contractor discovery request is outlined in Request No. 25 of the Rule 2004 Application dated April 30, 2019.

4. On July 18, 2019, counsel for Debtors stated in an email correspondence to counsel for the TCC that Debtors hoped to substantially complete their production of documents responsive to Request No. 25 by July 19, 2019. On July 19, 2019, Debtors made a production of additional documents responsive to the TCC's third-party related document requests, but the production did not include results or work product of any third-party contracted work. As of the filing of the TCC Motion, Debtors have not produced any third-party non-vegetation inspection records for the Caribou-Palermo Line, descriptions of work performed by third-party contractors (or any other work product), and any risk assessment documents specific to the Caribou-Palermo Line.

5. As a result of the Debtors' failure to provide discovery, ample cause exists to hear the TCC Motion on shortened time at the Motion to Compel Hearing since absent relief from the Court, under Bankruptcy Local Rule 9014-1(c)(1) the TCC Motion cannot be heard for at least twenty-eight days from the date of filing.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed on July 26, 2019.

_____
Kody D. L. Kleber