

Signed and Filed: July 26, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Robert A. Julian (SBN 884469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025
   Telephone:    310.820.8800
9  Facsimile:    310.820.8859
   Email:  esagerman@bakerlaw.com
10 Email:  lattard@bakerlaw.com

11 *Counsel for Official Committee of Tort Claimants*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DUSTIN DOW *PRO HAC VICE*** |

Dustin Dow, whose business address and telephone number is Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214; (216) 861-7372, and who is an active member in good standing of the bars of the State of Ohio, the United States District Courts for the Northern District of Ohio, Southern District of Ohio, District of Colorado, District of Maryland, Northern District of Illinois as well as the Sixth Circuit Court of Appeals, the Fourth Circuit Court of Appeals, and the United States Supreme Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Tort Claimants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**