

Signed and Filed: July 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert A. Julian (SBN 884469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Facsimile:   310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KODY D. L. KLEBER *PRO HAC VICE*** |

Kody D. L. Kleber, whose business address and telephone number is Baker & Hostetler LLP, 811 Main Street, Suite 1100, Houston, Texas 77002-6111, (713) 751-1600, and who is an active member in good standing of the bars of the State of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Courts for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Tort Claimants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**