

Signed and Filed: July 26, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Robert A. Julian (SBN 884469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:   628.208.6434
4  Facsimile:   310.820.8859
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025
   Telephone:   310.820.8800
9  Facsimile:   310.820.8859
   Email:  esagerman@bakerlaw.com
10 Email:  lattard@bakerlaw.com

11 *Counsel for Official Committee of Tort Claimants*

12          **UNITED STATES BANKRUPTCY COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**
            **SAN FRANCISCO DIVISION**

14 **In re:**                          Bankruptcy Case
15                                      No. 19-30088 (DM)
   **PG&E CORPORATION**
16                                      Chapter 11
        **-and-**                      (Lead Case)
17                                      (Jointly Administered)
   **PACIFIC GAS AND ELECTRIC**
18 **COMPANY,**

19              **Debtors**

20
21 ☐ Affects PG& E Corporation         **ORDER GRANTING APPLICATION**
                                        **FOR ADMISSION OF ATTORNEY**
22 ☐ Affects Pacific Gas and Electric Company   **CHRIS BATOR *PRO HAC VICE***

23 ■ Affects both Debtors

24

25 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*
26

27

28

Vertical left margin: BAKER & HOSTETLER LLP / ATTORNEYS AT LAW / LOS ANGELES

1       Chris Bator, whose business address and telephone number is Baker & Hostetler LLP, Key

2   Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214; (216) 861-7372, and who is

3   an active member in good standing of the bars of the State of Ohio, the United States District Courts

4   for the Northern District of Ohio, Southern District of Ohio, Northern District of Illinois, Northern

5   District of Florida, as well as the Sixth Circuit and Seventh Circuit, having applied in the above-

6   entitled action for admission to practice in the Northern District of California on a *pro hac vice*

7   basis representing the Official Committee of Tort Claimants.

8       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

10  *vice*. Service of papers upon and communication with co-counsel designated in the application

11  will constitute notice to the represented party. All future filings in this action are subject to the

12  Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States

13  Bankruptcy Court for the Northern District of California.

15                          **END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES