

Signed and Filed: July 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

MATTHEW L. HINKER
(*pro hac vice* pending)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Governor Gavin Newsom and the Department of Finance for the State of California*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br>    -and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

| | |
|---|---|
| 1 | Matthew L. Hinker, whose business address and telephone number are 7 Times Square, |
| 2 | New York, NY 10036, (212) 326-2000, and who is an active member in good standing of the bars |
| 3 | of New York and Delaware, having applied in the above-entitled action for admission to practice |
| 4 | in the Northern District of California on a *pro hac vice* basis, representing (i) Governor Gavin |
| 5 | Newsom, in his official capacity as Governor of the State of California, but not on behalf of any |
| 6 | agency, department, unity or entity of the State of California, and (ii) the Department of Finance |
| 7 | for the State of California. |
| 8 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 9 | conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney must |
| 10 | indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel |
| 11 | designated in the application will constitute notice to the represented party. All future filings in |
| 12 | this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* |
| 13 | adopted by the United States Bankruptcy Court for the Northern District of California. |
| 14 | |
| 15 | * * * END OF ORDER * * * |