RECORDING REQUESTED BY

GIBBS, GIDEN, LOCHER, TURNER
SENET & WITTBRODT LLP

AND WHEN RECORDED MAIL TO

Michele A. Ellison, Esq.
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

**2019-055816 CONF**
2:58 pm 07/17/19 MLL Fee: 107.00
Count of pages 6
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*$R0002727549$*

# MECHANICS LIEN

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Govt. Code 27361.6)
(Additional recording fee applies)

Case: 19-30088    Doc# 3233-1    Filed: 07/29/19    Entered: 07/29/19 13:26:39    Page 1 of 5

RECORDING REQUESTED BY AND WHEN RECORDED MAIL TO:

GIBBS, GIDEN, LOCHER, TURNER
SENET & WITTBRODT LLP

AND WHEN RECORDED MAIL TO

Christopher E. Ng, Esq.
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621
(5917.010)

Space above this line for recorder's use only
*(To be recorded in the county recorder's office in the county in which the work of improvement is located.)*

# MECHANICS LIEN

NOTICE IS HEREBY GIVEN that the undersigned claimant <u>Camblin Steel Service, Inc.</u> ("Claimant"), with an address at <u>4175 Cincinnati Avenue, Rocklin, CA 95765</u> claims a Mechanics Lien against <u>PG&E Corporation, One Market Spear Tower, San Francisco, CA 94105</u>
(Name(s) of Owner(s) or Reputed Owner(s)) / Lessee(s) or Reputed Lessee(s)

and the following described real property, together with all structures and improvements situated thereon:

"PGE EER Warehouse Martin Substation" also known as "PG&E Bay Area EER Warehouse Martin Substation Yard" and also known as "PG&E Warehouses Brisbane – Project #180027", located at **3150 Geneva Avenue, Brisbane, CA 94014**
(Description)

<u>Assessor Parcel Numbers include, but may not be limited to: **APN 005-141-994**</u>
(Legal Description, if available)

The lien is claimed for labor, services, equipment, materials or work ("Work") of the following kind: <u>furnishing and installing rebar and related steel goods and materials</u>. Claimant is owed **$198,527.00** for the Work, after deducting all just credits and offsets, plus interest at the legal rate from <u>March 14, 2019</u>.

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work, is <u>Starch Concrete, 1130 Iron Point Road, Suite 140, Folsom, CA 95630</u>.

Date: July 15, 2019

Camblin Steel Service, Inc.
(Name of Claimant)

By: _*Candice Northam*_ (Signature)

Candice Northam, Chief Financial Officer
(Print Name & Authorized Capacity)

## VERIFICATION

I, Candice Northam, say: I am the Chief Financial Officer,
(Name of Person Verifying the Claim)    ("President Of," "Manager Of," "A Partner Of," "Owner Of," "Agent Of," Etc.)

of the Claimant named in the foregoing claim of mechanics lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2019, at Rocklin, California.
(Date this Document was Signed)    (City and State Where Document Signed)

_*Candice Northam*_
(Signature)

Candice Northam
(Print Name)

2215601.2

## NOTICE OF MECHANICS LIEN
## ATTENTION!
(Civil Code § 8416)

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

**Note:** Claimant must serve this Notice of Mechanics Lien, together with a copy of Claimant's Mechanics Lien, in accordance with the provisions of Civil Code § 8106 and must complete a Proof of Service Affidavit in accordance with Civil Code § 8416. The Mechanics Lien, Notice of Mechanics Lien and the Proof of Service Affidavit should all be submitted to the County Recorder for recording at one time.

© Gibbs Giden Locher Turner Senet & Wittbrodt LLP — www.gibbsgiden.com (Effective July 1, 2012)
2215601.2

# PROOF OF SERVICE AFFIDAVIT

(California Civil Code § 8416)

## AFFIDAVIT FOR SERVICE ON THE OWNER

(California Civil Code §§ 8416 (a)(7) and (c)(1))

I, La'Tonya Rochelle, declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person served: PG&E Corporation

Title or capacity of person or entity served: Owner

Service Address: One Market Spear Tower, Suite 2400, San Francisco, CA 94105
**CMRRR No.: 7012 1010 0003 0424 5143**

Company/Person served: PG&E Corporation

Title or capacity of person or entity served: Owner

Service Address: 77 Beale Street, 32nd Floor, San Francisco, CA 94105
**CMRRR No.: 7012 1010 0003 0424 5129**

Company/Person served: PG&E Corporation, c/o Linda Y.H. Cheng

Title or capacity of person or entity served: Agent for Service of Process

Service Address: 77 Beale Street, 24th Floor, San Francisco, CA 94105
**CMRRR No.: 7012 1010 0003 0424 5136**

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construction trust deed.

Executed on July 16, 2019, at Los Angeles, California.

By: *La'Tonya Rochelle*
(Signature of Person Serving)

## ALTERNATIVE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR DIRECT CONTRACTOR,

(California Civil Code §§ 8416 (a)(7) and (c)(2))

I, La'Tonya Rochelle, declare that pursuant to California Civil Code § 8416, I served a copy of this Mechanics Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or original contractor as follows:

Company/Person served: Turner Construction Company

Title or capacity of person or entity served: Direct Contractor

Service Address: 300 Frank H. Ogawa Plaza, Suite 510, Oakland, CA 94612
**CMRRR No.: 7012 1010 0003 0424 5112**

Company/Person served: Turner Construction Company, c/o C T Corporation System

Title or capacity of person or entity served: Agent for Service of Process

Service Address: 818 West Seventh Street, Suite 930, Los Angeles, CA 90017
**CMRRR No.: 7012 1010 0003 0424 5105**

Executed on July 16, 2019, at Los Angeles, California.

By: *La'Tonya Rochelle*
(Signature of Person Serving)

© Gibbs Giden Locher Turner Senet & Wittbrodt LLP — www.gibbsgiden.com (Effective July 1, 2012)