

Signed and Filed: July 29, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  August 7, 2019<br>Time:  9:30 AM (Pacific Time)<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**ORDER RE TELEPHONE DISCOVERY CONFERENCE**

The court DENIES the request for an order shortening time (Dkt. #3221) for an August 9, 2019, 11:30 AM hearing on the Motion to Compel Production of Third Party Documents ("Motion to Compel") (Dkt. #3205) filed by the Official Committee of Tort Claimants ("TCC"). The TCC letter request for a status conference (Dkt. #3219), the Motion to Compel, the Ad Hoc Subrogation Group letter (Dkt. #3220) and all other OPEN

-1-

discovery requests filed or emailed to the courtroom deputy on behalf of the TCC in the past few days, and any responses by Debtors, will be heard together at a telephone conference on August 7, 2019, at 9:30 AM.

For Debtors, Mr. Karotkin and Mr. Orsini must participate; for the TCC, Mr. Julian and Mr. Fuller must participate. All interested parties may appear by telephone via CourtCall. Counsel for the OCC, and the Ad Hoc Senior Bondholders Committee and the U.S. Trustee are not required to participate.

No later than Noon, August 1, 2019, counsel for the TCC and counsel for the Ad Hoc Subrogation Group should file (not email to the courtroom deputy) a brief list of OPEN formal or informal discovery requests they expect from the Debtors. No argument should be included, nor any history of exchanges of emails, letters, etc. The list should be just that: a phrase or two stating what has been requested, docket number if applicable, and when.

No later than Noon, August 5, 2019, counsel for Debtors should file a response, similarly limited, but including what they are awaiting from the TCC. The court will not take up the issues referred to in Dkt. #3219 pertaining to waiver of the automatic stay, the involvement of the NBFC, or discovery matters or requests primarily relevant to the state court wildfire litigation.

**\*\*END OF ORDER\*\***

Case: 19-30088    Doc# 3235    Filed: 07/29/19    Entered: 07/29/19 15:54:26    Page 2 of 2