Anne Andrews, Esq., SBN 103280
Sean T. Higgins, Esq., SBN 266888
John C. Thornton, Esq., SBN 84492
ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
aa@andrewsthornton.com
shiggins@andrewsthornton.com
jct@andrewsthornton.com

*Attorneys for Bennett Lane Winery LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, INC,<br><br>　　　Debtor in Possession. | Case. No. 19-30088 DM<br><br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　Debtor in Possession. | Case. No. 19-30089 DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that ANDREWS & THORNTON appears as counsel in the above-captioned cases on behalf of **Bennett Lane Winery LLC**, a creditor therein. Bennett Lane Winery LLC requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be

1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

>Anne Andrews
>Sean T. Higgins
>John C. Thornton
>ANDREWS & THORNTON
>4701 Von Karman Ave, Suite 300
>Newport Beach, CA 92660
>Phone: (949) 748-1000
>Facsimile: (949) 315-3540
>aa@andrewsthornton.com
>shiggins@andrewsthornton.com
>jct@andrewsthornton.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed to be a waiver of rights of the above-named parties-in-interest (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which **Bennett Lane Winery LLC** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Date: July 29, 2019

*/s/ John C. Thornton*
John C. Thornton
ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000

Facsimile: (949) 315-3540
aa@andrewsthornton.com
shiggins@andrewsthornton.com
jct@andrewsthornton.com

*Attorney for Bennett Lane Winery LLC*

### CERTIFICATE OF SERVICE

This is to certify that on July 29, 2019, I served a true and accurate copy of the following: **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Newport Beach, California, July 29, 2019.

*/s/ John C. Thornton*
John C. Thornton, Esq.