

Signed and Filed: July 29, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
5  (theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
6  (matthew.goren@weil.com)
767 Fifth Avenue
7  New York, NY 10153-0119
Tel: 212 310 8000
8  Fax: 212 310 8007

9  KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
10  (tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
11  (pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
12  (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
13  San Francisco, CA 94108
Tel: 415 496 6723
14  Fax: 650 636 9251

15  *Attorneys for Debtors and Debtors in Possession*

16

17  # UNITED STATES BANKRUPTCY COURT

18  ## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

19

20  **In re:**

21  **PG&E CORPORATION,**

22  **- and -**

23  **PACIFIC GAS AND ELECTRIC COMPANY,**

24  **Debtors.**

25  ☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
26  ☐ Affects both Debtors

27  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

28

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DENYING CLAIMANT ADAM CRONIN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Relates to Dkt. No. 2579

Date:  July 24, 2019
Time:  9:30 a.m.
Place:  United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA  94102

*(Left margin, vertical text)*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

On July 24, 2019, on due notice, the Court heard the Motion for Relief from the Automatic Stay [Docket No. 2579] (the "**Motion**") filed by claimant Adam Cronin. Mr. Cronin appeared *pro se* in support of the motion, and Peter J. Benvenutti of Keller & Benvenutti LLP appeared on behalf of Pacific Gas & Electric Company, debtor and debtor in possession (the "**Debtor**").

After due consideration of the Motion and its supporting papers, and the preliminary response [Docket No. 3098] filed by the Debtor, and having heard the arguments of the parties at the hearing,

IT IS HEREBY ORDERED:

1. The Motion is denied for the reasons stated on the record.

**\*\* END OF ORDER \*\***

<u>COURT SERVICE LIST</u>

1

2   Adam Cronin, Pro Se
   101 Hannaford Ct.
3   Folsom, CA 95630

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28