# Notice Recipients

District/Off: 0971–3   User: lparada   Date Created: 7/29/2019
Case: 19–30088   Form ID: pdfeoc   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr   Adam Cronin   101 Hannaford Ct.   Folsom, CA 95630

TOTAL: 1