# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket Nos. 3151-3153 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2019, I caused to be served the:

    a. "Second Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2019 Through March 31, 2019," dated July 18, 2019 [Docket No. 3151],

    b. "Third Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2019 Through April 30, 2019," dated July 18, 2019 [Docket No. 3152],

    c. "Fourth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 1, 2019 Through May 31, 2019," dated July 18, 2019 [Docket No. 3153],

by causing true and correct copies to be:

    i. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                               */s/ Wing Chan*
                                                                                Wing Chan

Sworn to before me this
25th day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>PROPOSED COUNSEL FOR OFFICIAL COMMITTEE<br>OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>ATTN: PAUL S. ARONZON, GREGORY A. BRAY,<br>THOMAS R. KRELLER<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES CA 90067 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY<br>LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 BEALE STREET<br>P.O. BOX 77000<br>SAN FRANCISCO CA 94177 | THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR REGION 17<br>ATTN: ANDREW VARA, ESQ.,<br>TIMOTHY LAFFREDI, ESQ.<br>450 GOLDEN GATE AVENUE<br>5TH FLOOR, SUITE #05-0153<br>SAN FRANCISCO, CA 94102 |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL TO DEBTOR<br>ATTN: STEPHEN KAROTKIN, JESSICA LIOU,<br>MATTHEW GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 | |

# EXHIBIT B

**PG&E CORPORATION -** Case No. 19-30088
Electronic Mail Additional Parties

ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com