**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| | Chapter 11 |
| **- and -** | |
| | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket Nos. 3101, 3102, 3107 |

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                                ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay," dated July 19, 2019 [Docket No. 3101], (the "Objection"),

    b.  "Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claimholders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay," dated July 19, 2019 [Docket No. 3102], (the "Declaration"), and

c. "First Interim Fee Application of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from February 12, 2019 through May 31, 2019," dated July 19, 2019 [Docket No. 3107], (the "Fee App"),

by causing true and correct copies of the:

    i. Objection, Declaration, and Fee App, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on July 19, 2019,

    ii. Objection, Declaration, and Fee App, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on July 19, 2019,

    iii. Fee App, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on July 19, 2019,

    iv. Fee App, to be delivered via electronic mail to those parties listed on the annexed Exhibit D, on July 19, 2019,

    v. Objection, Declaration, and Fee App, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on July 22, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
23rd day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX | COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL WASHINGTON DC 20555-0001 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count  9**

# EXHIBIT B

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com
rasymm@aeraenergy.com
evelina.gentry@akerman.com

yelena.archiyan@akerman.com
john.mitchell@akerman.com
avcrawford@akingump.com
dsimonds@akingump.com

mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

shiggins@andrewsthornton.com
jct@andrewsthornton.com
aa@andrewsthornton.com

andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

andy.kong@arentfox.com
christopher.wong@arentfox.com
aram.ordubegian@arentfox.com

brian.lohan@arnoldporter.com
steven.fruchter@arnoldporter.com
jg5786@att.com

danette.valdez@doj.ca.gov
annadel.almendras@doj.ca.gov

james.potter@doj.ca.gov
margarita.padilla@doj.ca.gov
james.potter@doj.ca.gov
marthaeromerolaw@gmail.com

esagerman@bakerlaw.com
lattard@bakerlaw.com

rjulian@bakerlaw.com
cdumas@bakerlaw.com

ian.roberts@bakerbotts.com
kevin.chiu@bakerbotts.com
navi.dhillon@bakerbotts.com
jrowland@bakerdonelson.com

lrochester@bakerdonelson.com
jhayden@bakerdonelson.com
hubenb@ballardspahr.com
hubenb@ballardspahr.com

ganzc@ballardspahr.com
myersms@ballardspahr.com
summersm@ballardspahr.com
hartlt@ballardspahr.com
john.mccusker@bami.com

ssummy@baronbudd.com
jfiske@baronbudd.com

tmccurnin@bkolaw.com
chigashi@bkolaw.com
thigham@bkolaw.com
belvederelegalecf@gmail.com

kcapuzzi@beneschlaw.com
mbarrie@beneschlaw.com
kenns@beneschlaw.com
csimon@bergerkahn.com

csimon@bergerkahn.com
harriet.steiner@bbklaw.com

michael@bindermalter.com
rob@bindermalter.com
heinz@bindermalter.com
njbloomfield@njblaw.com
mgorton@boutinjones.com
bletsch@braytonlaw.com
misola@brotherssmithlaw.com
grougeau@brlawsf.com

schristianson@buchalter.com
vbantnerpeo@buchalter.com
arocles.aguilar@cpuc.ca.gov

melaniecruz@chevron.com
marmstrong@chevron.com
dgooding@choate.com

jmarshall@choate.com
otakvoryan@ckrlaw.com

kwinick@clarktrev.com

mgoodin@clausen.com

lschweitzer@cgsh.com
mschierberl@cgsh.com
ghofmann@cohnekinghorn.com
ra-li-ucts-bankrupt@state.pa.us
pcalifano@cwclaw.com

deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

fpitre@cpmlegal.com
acordova@cpmlegal.com
ablodgett@cpmlegal.com
tambra.curtis@sonoma-county.org
eric.may@yolocounty.org
fsmith@cozen.com
mfelger@cozen.com

mplevin@crowell.com
bmullan@crowell.com
malmy@crowell.com
tyoon@crowell.com
tkoegel@crowell.com

mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com
andrew.yaphe@davispolk.com

eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com
dgrassgreen@gmail.com
bryan.bates@dentons.com
john.moe@dentons.com
lauren.macksoud@dentons.com
michael.isaacs@dentons.com
oscar.pinkas@dentons.com
peter.wolfson@dentons.com
samuel.maizel@dentons.com
kdiemer@diemerwei.com

david.riley@dlapiper.com
eric.goldberg@dlapiper.com

joshua.morse@dlapiper.com
scampora@dbbwc.com
gjones@dykema.com
lgoldberg@ebce.org

leslie.freiman@edpr.com
randy.sawyer@edpr.com

sally@elkshep.com
jim@elkshep.com

larry@engeladvice.com

sgarabato@epiqglobal.com

sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
sfinestone@fhlawllp.com

sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

emorabito@foley.com
bnelson@foley.com

vavilaplana@foley.com

sory@fdlaw.com

mbusenkell@gsbblaw.com

ehg@classlawgroup.com
dsh@classlawgroup.com

gweiner@gibsondunn.com
jkrause@gibsondunn.com

mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com

vuocolod@gtlaw.com

steinbergh@gtlaw.com

hoguem@gtlaw.com

etredinnick@greeneradovsky.com

sgross@grosskleinlaw.com

mgrotefeld@ghlaw-llp.com
mochoa@ghlaw-llp.com
wpickett@ghlaw-llp.com
sharon.petrosino@hercrentals.com
jdoran@hinckleyallen.com
erin.brady@hoganlovells.com
hampton.foushee@hoganlovells.com
bennett.spiegel@hoganlovells.com

alex.sher@hoganlovells.com
peter.ivanick@hoganlovells.com

rwolf@hollandhart.com

robert.labate@hklaw.com
david.holtzman@hklaw.com

mjb@hopkinscarley.com
jross@hopkinscarley.com

keckhardt@huntonak.com

ppartee@huntonak.com

mjdube@ca.ibm.com

cvarnen@irell.com
astrabone@irell.com

jreisner@irell.com
klyman@irell.com

mstrub@irell.com

bankruptcy2@ironmountain.com

robert.albery@jacobs.com

jane-luciano@comcast.net

ajang@janglit.com
snoma@janglit.com

jdt@jdthompsonlaw.com

rbk@jmbm.com
byoung@jmbm.com

lgabriel@bg.law

aortiz@jhwclaw.com
sjordan@jhwclaw.com
ecf@jhwclaw.com

jae1900@yahoo.com

peter.boutin@kyl.com

tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com


kdwbankruptcydepartment@kelleydrye.com
bfeder@kelleydrye.com

mark_minich@kindermorgan.com
mosby_perrow@kindermorgan.com

aparna.yenamandra@kirkland.com
david.seligman@kirkland.com


marc.kieselstein@kirkland.com

mark.mckane@kirkland.com
michael.esser@kirkland.com

alexander.pilmer@kirkland.com

stephen.hessler@kirkland.com

kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

hbedoyan@kleinlaw.com
ecf@kleinlaw.com

tdubbs@labaton.com
lgottlieb@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

klamb@lkfirm.com
mslattery@lkfirm.com
tkelch@lkfirm.com
summerst@lanepowell.com
adam.malatesta@lw.com
amy.quartarolo@lw.com
caroline.reckler@lw.com
andrew.parlen@lw.com
christopher.harris@lw.com
andrew.parlen@lw.com
daren@schlecterlaw.com
pwp@pattiprewittlaw.com
rlalawyer@yahoo.com
smo@smolsonlaw.com
ws@waynesilverlaw.com
lwelsh@lkwelshlaw.com
tjb@brandilaw.com
matt@lesnickprince.com
cprince@lesnickprince.com
dln@lnbyb.com
ehk@lnbyb.com

lovee.sarenas@lewisbrisbois.com
amy.goldman@lewisbrisbois.com
scott.lee@lewisbrisbois.com
jasmin.yang@lewisbrisbois.com
houston_bankruptcy@publicans.com

asmith@lockelord.com
bknapp@lockelord.com
eguffy@lockelord.com
lkress@lockelord.com
meagan.tom@lockelord.com
sbryant@lockelord.com
jackie.fu@lockelord.com

mscohen@loeb.com
aclough@loeb.com

metkin@lowenstein.com
abehlmann@lowenstein.com
golivera@lowenstein.com
imac@macfern.com
mannycorrales@yahoo.com
craig@marguliesfaithlaw.com
malexander@maryalexander.com
annie.duong@mccormickbarstow.com
 demerzian@mccormickbarstow.com
annie.duong@mccormickbarstow.com
jsmith@mckoolsmith.com
randy.michelson@michelsonlawgroup.com

ddunne@milbank.com
skhalil@milbank.com

paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com

avobrient@mintz.com
ablevin@mintz.com
anahmias@mbnlawyers.com
kmontee@monteeassociates.com

james.ficenec@ndlf.com
joshua.bevitz@ndlf.com
mferullo@nixonpeabody.com
rpedone@nixonpeabody.com
wlisa@nixonpeabody.com
info@norcallawgroup.net
joe@norcallawgroup.net

howard.seife@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com

kfineman@nutihart.com
gnuti@nutihart.com
chart@nutihart.com
jbeiswenger@omm.com
jrapisardi@omm.com
nmitchell@omm.com
dshamah@omm.com

pfriedman@omm.com
bankruptcy@coag.gov
james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov
dfelder@orrick.com
dmintz@orrick.com
lmcgowen@orrick.com
malevinson@orrick.com
tcmitchell@orrick.com

jlucas@pszjlaw.com
gglazer@pszjlaw.com
dgrassgreen@pszjlaw.com
ipachulski@pszjlaw.com
jfiero@pszjlaw.com
tom@parkinsonphinney.com

akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com
wong.andrea@pbgc.gov
efile@pbgc.gov
morgan.courtney@pbgc.gov
efile@pbgc.gov
efile@pbgc.gov
robertson.daniel@pbgc.gov
ngo.melissa@pbgc.gov
efile@pbgc.gov
adsmith@perkinscoie.com
kcunningham@pierceatwood.com

dania.slim@pillsburylaw.com
hugh.ray@pillsburylaw.com
leo.crowley@pillsburylaw.com
dminnick@pillsburylaw.com
philip.warden@pillsburylaw.com
epino@epinolaw.com
peter@pmrklaw.com
lweber@polsinelli.com
rsoref@polsinelli.com

pgeteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com

mbienenstock@proskauer.com
brosen@proskauer.com
mzerjal@proskauer.com

mfirestein@proskauer.com
lrappaport@proskauer.com
sma@proskauer.com
dbp@provlaw.com
rbeacher@pryorcashman.com

crivas@reedsmith.com
mhouston@reedsmith.com
jdoolittle@reedsmith.com
mhouston@reedsmith.com
mhowery@reedsmith.com
pmunoz@reedsmith.com
rsimons@reedsmith.com
lillian.stenfeldt@rimonlaw.com
phillip.wang@rimonlaw.com
nanette@ringstadlaw.com

robins@robinscloud.com
rbryson@robinscloud.com

gregg.galardi@ropesgray.com
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com

mark.bane@ropesgray.com
matthew.roose@ropesgray.com

peter.welsh@ropesgray.com
joshua.sturm@ropesgray.com
patricia.chen@ropesgray.com

ssally@ropesgray.com
matthew.mcginnis@ropesgray.com

rfriedman@rutan.com
pblanchard@rutan.com

owen.clements@sfcityatty.org
catheryn.daly@sfcityatty.org

cbelmonte@ssbb.com
pbosswick@ssbb.com

erlamblaw@gmail.com

gkalikman@schnader.com

dmg@severson.com
dhc@severson.com
bjk@severson.com

rpinkston@seyfarth.com
charney@seyfarth.com

lucky.mcdowell@shearman.com
daniel.laguardia@shearman.com

dshemano@shemanolaw.com

mlauter@sheppardmullin.com

egoldstein@goodwin.com

lshulman@shbllp.com
mlowe@shbllp.com

dvd@svlg.com
keb@svlg.com

jsanders@stblaw.com

michael.torkin@stblaw.com
ngoldin@stblaw.com
kmclendon@stblaw.com
jamie.fell@stblaw.com

gerald@slffirm.com

john@slffirm.com

amy.park@skadden.com

eric.ivester@skadden.com

jmullan@sonomacleanpower.org

julia.mosel@sce.com

patricia.cirucci@sce.com

ecf@stjames-law.com

todd.bailey@ftb.ca.gov

jcumming@dir.ca.gov

bglaser@swesq.com

sc2104271@gmail.com

cp@stevenslee.com

lpg@stevenslee.com

jdsokol@lawssl.com

kcoles@lawssl.com

dandreoli@steyerlaw.com

jlowenthal@steyerlaw.com

squan@steyerlaw.com

ethompson@stites.com

david.levant@stoel.com

gabrielle.glemann@stoel.com

oren.haker@stoel.com

sunny.sarkis@stoel.com

pglassman@sycr.com

dmoon@stroock.com

fmerola@stroock.com

khansen@stroock.com

egilad@stroock.com

mgarofalo@stroock.com

khansen@stroock.com

egilad@stroock.com

mgarofalo@stroock.com

holsen@stroock.com

mspeiser@stroock.com

kpasquale@stroock.com

smillman@stroock.com

esserman@sbep-law.com

taylor@sbep-law.com

hill@sullivanhill.com

hawkins@sullivanhill.com

dabbieri@sullivanhill.com

ivan@icjenlaw.com

jmills@taylorenglish.com

daniel@thebklawoffice.com

erika.schoenberger@davey.com

rhonda.goldstein@ucop.edu

altogut@teamtogut.com

kortiz@teamtogut.com

aoden@teamtogut.com

aglaubach@teamtogut.com

rich@trodellalapping.com

gabriel.ozel@troutman.com

harris.winsberg@troutman.com
matthew.roberts2@troutman.com
hugh.mcdonald@troutman.com

mtoney@turn.org
tlong@turn.org
danielle.pham@usdoj.gov

danielle.pham@usdoj.gov

shane.huang@usdoj.gov

shane.huang@usdoj.gov

bankruptcynotices@up.com
matthew.troy@usdoj.gov

matthew.troy@usdoj.gov

sanfrancisco@sec.gov

secbankruptcy@sec.gov

wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

mkelly@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com

rileywalter@w2lg.com
mwilhelm@w2lg.com

stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com


bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net
cshore@whitecase.com
rkampfner@whitecase.com
tlauria@whitecase.com
mbrown@whitecase.com
tblischke@williamskastner.com

mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com


chris.johnstone@wilmerhale.com
dneier@winston.com

jrawlins@winston.com
myuffee@winston.com
rgolubow@wcghlaw.com
jcurran@wolkincurran.com
kw@wlawcorp.com

# EXHIBIT C

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES CA 90067 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 BEALE STREET<br>P.O. BOX 77000<br>SAN FRANCISCO CA 94177 | THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17<br>ATTN: ANDREW VARA, ESQ.,<br>TIMOTHY LAFFREDI, ESQ.<br>450 GOLDEN GATE AVENUE<br>5TH FLOOR, SUITE #05-0153<br>SAN FRANCISCO, CA 94102 |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL TO DEBTOR<br>ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 | |

# EXHIBIT D

ddunne@milbank.com
esagerman@bakerlaw.com
Gbray@milbank.com
James.L.Snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
Marta.Villacorta@usdoj.gov
matthew.goren@weil.com
Paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
TKreller@milbank.com