# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| | Chapter 11 |
| **- and -** | |
| | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket Nos. 3101, 3102, 3107 |

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay," dated July 19, 2019 [Docket No. 3101], (the "Objection"),

    b.  "Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claimholders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay," dated July 19, 2019 [Docket No. 3102], (the "Declaration"), and

c. "First Interim Fee Application of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from February 12, 2019 through May 31, 2019," dated July 19, 2019 [Docket No. 3107], (the "Fee App"),

by causing true and correct copies of the:

   i. Objection, Declaration, and Fee App, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on July 19, 2019,

   ii. Objection, Declaration, and Fee App, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on July 19, 2019,

   iii. Fee App, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on July 19, 2019,

   iv. Fee App, to be delivered via electronic mail to those parties listed on the annexed Exhibit D, on July 19, 2019,

   v. Objection, Declaration, and Fee App, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on July 22, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
23rd day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX | COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL WASHINGTON DC 20555-0001 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count  9**

Epiq Corporate Restructuring, LLC

# EXHIBIT B

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com
rasymm@aeraenergy.com
evelina.gentry@akerman.com

yelena.archiyan@akerman.com
john.mitchell@akerman.com
avcrawford@akingump.com
dsimonds@akingump.com

mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

shiggins@andrewsthornton.com
jct@andrewsthornton.com
aa@andrewsthornton.com


andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

andy.kong@arentfox.com
christopher.wong@arentfox.com
aram.ordubegian@arentfox.com

brian.lohan@arnoldporter.com
steven.fruchter@arnoldporter.com
jg5786@att.com

danette.valdez@doj.ca.gov
annadel.almendras@doj.ca.gov

james.potter@doj.ca.gov
margarita.padilla@doj.ca.gov
james.potter@doj.ca.gov
marthaeromerolaw@gmail.com

esagerman@bakerlaw.com
lattard@bakerlaw.com

rjulian@bakerlaw.com
cdumas@bakerlaw.com

ian.roberts@bakerbotts.com
kevin.chiu@bakerbotts.com
navi.dhillon@bakerbotts.com
jrowland@bakerdonelson.com

lrochester@bakerdonelson.com
jhayden@bakerdonelson.com
hubenb@ballardspahr.com
hubenb@ballardspahr.com

ganzc@ballardspahr.com
myersms@ballardspahr.com
summersm@ballardspahr.com
hartlt@ballardspahr.com
john.mccusker@bami.com

ssummy@baronbudd.com
jfiske@baronbudd.com

tmccurnin@bkolaw.com
chigashi@bkolaw.com
thigham@bkolaw.com
belvederelegalecf@gmail.com

kcapuzzi@beneschlaw.com
mbarrie@beneschlaw.com
kenns@beneschlaw.com
csimon@bergerkahn.com

csimon@bergerkahn.com
harriet.steiner@bbklaw.com

michael@bindermalter.com
rob@bindermalter.com
heinz@bindermalter.com
njbloomfield@njblaw.com
mgorton@boutinjones.com
bletsch@braytonlaw.com
misola@brotherssmithlaw.com
grougeau@brlawsf.com

schristianson@buchalter.com
vbantnerpeo@buchalter.com
arocles.aguilar@cpuc.ca.gov

melaniecruz@chevron.com
marmstrong@chevron.com
dgooding@choate.com

jmarshall@choate.com
otakvoryan@ckrlaw.com

kwinick@clarktrev.com

mgoodin@clausen.com

lschweitzer@cgsh.com

mschierberl@cgsh.com

ghofmann@cohnekinghorn.com

ra-li-ucts-bankrupt@state.pa.us

pcalifano@cwclaw.com

deg@coreylaw.com

alr@coreylaw.com

smb@coreylaw.com

sm@coreylaw.com

fpitre@cpmlegal.com

acordova@cpmlegal.com

ablodgett@cpmlegal.com

tambra.curtis@sonoma-county.org

eric.may@yolocounty.org

fsmith@cozen.com

mfelger@cozen.com

mplevin@crowell.com

bmullan@crowell.com

malmy@crowell.com

tyoon@crowell.com

tkoegel@crowell.com

mdanko@dankolaw.com

kmeredith@dankolaw.com

smiller@dankolaw.com

andrew.yaphe@davispolk.com

eli.vonnegut@davispolk.com

david.schiff@davispolk.com

timothy.graulich@davispolk.com

dgrassgreen@gmail.com

bryan.bates@dentons.com

john.moe@dentons.com

lauren.macksoud@dentons.com

michael.isaacs@dentons.com

oscar.pinkas@dentons.com

peter.wolfson@dentons.com

samuel.maizel@dentons.com

kdiemer@diemerwei.com

david.riley@dlapiper.com

eric.goldberg@dlapiper.com

joshua.morse@dlapiper.com

scampora@dbbwc.com

gjones@dykema.com

lgoldberg@ebce.org

leslie.freiman@edpr.com
randy.sawyer@edpr.com

sally@elkshep.com
jim@elkshep.com

larry@engeladvice.com

sgarabato@epiqglobal.com

sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

sfinestone@fhlawllp.com

sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

emorabito@foley.com
bnelson@foley.com

vavilaplana@foley.com

sory@fdlaw.com

mbusenkell@gsbblaw.com

ehg@classlawgroup.com
dsh@classlawgroup.com

gweiner@gibsondunn.com
jkrause@gibsondunn.com

mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com

vuocolod@gtlaw.com

steinbergh@gtlaw.com

hoguem@gtlaw.com

etredinnick@greeneradovsky.com

sgross@grosskleinlaw.com

mgrotefeld@ghlaw-llp.com
mochoa@ghlaw-llp.com
wpickett@ghlaw-llp.com

sharon.petrosino@hercrentals.com

jdoran@hinckleyallen.com

erin.brady@hoganlovells.com

hampton.foushee@hoganlovells.com

bennett.spiegel@hoganlovells.com

alex.sher@hoganlovells.com
peter.ivanick@hoganlovells.com

rwolf@hollandhart.com

robert.labate@hklaw.com
david.holtzman@hklaw.com

mjb@hopkinscarley.com
jross@hopkinscarley.com

keckhardt@huntonak.com

ppartee@huntonak.com

mjdube@ca.ibm.com

cvarnen@irell.com
astrabone@irell.com

jreisner@irell.com
klyman@irell.com

mstrub@irell.com

bankruptcy2@ironmountain.com

robert.albery@jacobs.com

jane-luciano@comcast.net

ajang@janglit.com
snoma@janglit.com

jdt@jdthompsonlaw.com

rbk@jmbm.com
byoung@jmbm.com

lgabriel@bg.law

aortiz@jhwclaw.com
sjordan@jhwclaw.com
ecf@jhwclaw.com

jae1900@yahoo.com

peter.boutin@kyl.com

tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com


kdwbankruptcydepartment@kelleydrye.com
bfeder@kelleydrye.com

mark_minich@kindermorgan.com

mosby_perrow@kindermorgan.com

aparna.yenamandra@kirkland.com

david.seligman@kirkland.com


marc.kieselstein@kirkland.com

mark.mckane@kirkland.com
michael.esser@kirkland.com

alexander.pilmer@kirkland.com

stephen.hessler@kirkland.com

kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

hbedoyan@kleinlaw.com
ecf@kleinlaw.com

tdubbs@labaton.com
lgottlieb@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

klamb@lkfirm.com
mslattery@lkfirm.com
tkelch@lkfirm.com

summerst@lanepowell.com

adam.malatesta@lw.com

amy.quartarolo@lw.com

caroline.reckler@lw.com
andrew.parlen@lw.com

christopher.harris@lw.com
andrew.parlen@lw.com

daren@schlecterlaw.com

pwp@pattiprewittlaw.com

rlalawyer@yahoo.com

smo@smolsonlaw.com

ws@waynesilverlaw.com

lwelsh@lkwelshlaw.com

tjb@brandilaw.com

matt@lesnickprince.com
cprince@lesnickprince.com

dln@lnbyb.com
ehk@lnbyb.com

lovee.sarenas@lewisbrisbois.com
amy.goldman@lewisbrisbois.com
scott.lee@lewisbrisbois.com
jasmin.yang@lewisbrisbois.com

houston_bankruptcy@publicans.com

asmith@lockelord.com

bknapp@lockelord.com

eguffy@lockelord.com

lkress@lockelord.com

meagan.tom@lockelord.com

sbryant@lockelord.com

jackie.fu@lockelord.com

mscohen@loeb.com
aclough@loeb.com

metkin@lowenstein.com

abehlmann@lowenstein.com

golivera@lowenstein.com

imac@macfern.com

mannycorrales@yahoo.com

craig@marguliesfaithlaw.com

malexander@maryalexander.com

annie.duong@mccormickbarstow.com
 demerzian@mccormickbarstow.com

annie.duong@mccormickbarstow.com

jsmith@mckoolsmith.com

randy.michelson@michelsonlawgroup.com

ddunne@milbank.com
skhalil@milbank.com

paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com

avobrient@mintz.com
ablevin@mintz.com

anahmias@mbnlawyers.com

kmontee@monteeassociates.com

james.ficenec@ndlf.com
joshua.bevitz@ndlf.com

mferullo@nixonpeabody.com

rpedone@nixonpeabody.com

wlisa@nixonpeabody.com

info@norcallawgroup.net
joe@norcallawgroup.net

howard.seife@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com

kfineman@nutihart.com
gnuti@nutihart.com
chart@nutihart.com
jbeiswenger@omm.com
jrapisardi@omm.com
nmitchell@omm.com
dshamah@omm.com


pfriedman@omm.com
bankruptcy@coag.gov

james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov
dfelder@orrick.com
dmintz@orrick.com
lmcgowen@orrick.com
malevinson@orrick.com
tcmitchell@orrick.com


jlucas@pszjlaw.com
gglazer@pszjlaw.com
dgrassgreen@pszjlaw.com
ipachulski@pszjlaw.com
jfiero@pszjlaw.com
tom@parkinsonphinney.com

akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

wong.andrea@pbgc.gov
efile@pbgc.gov

morgan.courtney@pbgc.gov
efile@pbgc.gov

efile@pbgc.gov
robertson.daniel@pbgc.gov

ngo.melissa@pbgc.gov
efile@pbgc.gov

adsmith@perkinscoie.com

kcunningham@pierceatwood.com

dania.slim@pillsburylaw.com
hugh.ray@pillsburylaw.com
leo.crowley@pillsburylaw.com
dminnick@pillsburylaw.com
philip.warden@pillsburylaw.com
epino@epinolaw.com
peter@pmrklaw.com
lweber@polsinelli.com
rsoref@polsinelli.com

pgeteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com

mbienenstock@proskauer.com
brosen@proskauer.com
mzerjal@proskauer.com

mfirestein@proskauer.com
lrappaport@proskauer.com
sma@proskauer.com
dbp@provlaw.com
rbeacher@pryorcashman.com

crivas@reedsmith.com
mhouston@reedsmith.com
jdoolittle@reedsmith.com
mhouston@reedsmith.com
mhowery@reedsmith.com
pmunoz@reedsmith.com
rsimons@reedsmith.com
lillian.stenfeldt@rimonlaw.com
phillip.wang@rimonlaw.com
nanette@ringstadlaw.com

robins@robinscloud.com
rbryson@robinscloud.com

gregg.galardi@ropesgray.com
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com

mark.bane@ropesgray.com
matthew.roose@ropesgray.com

peter.welsh@ropesgray.com
joshua.sturm@ropesgray.com
patricia.chen@ropesgray.com

ssally@ropesgray.com
matthew.mcginnis@ropesgray.com

rfriedman@rutan.com
pblanchard@rutan.com

owen.clements@sfcityatty.org
catheryn.daly@sfcityatty.org

cbelmonte@ssbb.com
pbosswick@ssbb.com

erlamblaw@gmail.com

gkalikman@schnader.com

dmg@severson.com
dhc@severson.com
bjk@severson.com

rpinkston@seyfarth.com
charney@seyfarth.com

lucky.mcdowell@shearman.com

daniel.laguardia@shearman.com

dshemano@shemanolaw.com

mlauter@sheppardmullin.com

egoldstein@goodwin.com

lshulman@shbllp.com
mlowe@shbllp.com

dvd@svlg.com
keb@svlg.com

jsanders@stblaw.com

michael.torkin@stblaw.com
ngoldin@stblaw.com
kmclendon@stblaw.com
jamie.fell@stblaw.com

gerald@slffirm.com

john@slffirm.com

amy.park@skadden.com

eric.ivester@skadden.com

jmullan@sonomacleanpower.org

julia.mosel@sce.com
patricia.cirucci@sce.com

ecf@stjames-law.com

todd.bailey@ftb.ca.gov

jcumming@dir.ca.gov

bglaser@swesq.com

sc2104271@gmail.com
cp@stevenslee.com
lpg@stevenslee.com
jdsokol@lawssl.com
kcoles@lawssl.com
dandreoli@steyerlaw.com
jlowenthal@steyerlaw.com
squan@steyerlaw.com
ethompson@stites.com
david.levant@stoel.com
gabrielle.glemann@stoel.com
oren.haker@stoel.com
sunny.sarkis@stoel.com
pglassman@sycr.com
dmoon@stroock.com
fmerola@stroock.com

khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com

khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
holsen@stroock.com
mspeiser@stroock.com
kpasquale@stroock.com
smillman@stroock.com

esserman@sbep-law.com
taylor@sbep-law.com

hill@sullivanhill.com
hawkins@sullivanhill.com
dabbieri@sullivanhill.com
ivan@icjenlaw.com
jmills@taylorenglish.com
daniel@thebklawoffice.com
erika.schoenberger@davey.com
rhonda.goldstein@ucop.edu

altogut@teamtogut.com
kortiz@teamtogut.com
aoden@teamtogut.com
aglaubach@teamtogut.com
rich@trodellalapping.com

gabriel.ozel@troutman.com

harris.winsberg@troutman.com
matthew.roberts2@troutman.com
hugh.mcdonald@troutman.com

mtoney@turn.org
tlong@turn.org
danielle.pham@usdoj.gov

danielle.pham@usdoj.gov

shane.huang@usdoj.gov

shane.huang@usdoj.gov

bankruptcynotices@up.com
matthew.troy@usdoj.gov

matthew.troy@usdoj.gov

sanfrancisco@sec.gov

secbankruptcy@sec.gov

wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

mkelly@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com

rileywalter@w2lg.com
mwilhelm@w2lg.com

stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com


bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net

cshore@whitecase.com

rkampfner@whitecase.com

tlauria@whitecase.com

mbrown@whitecase.com

tblischke@williamskastner.com

mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com


chris.johnstone@wilmerhale.com

dneier@winston.com

jrawlins@winston.com
myuffee@winston.com
rgolubow@wcghlaw.com
jcurran@wolkincurran.com
kw@wlawcorp.com

# EXHIBIT C

# PG&E CORPORATION

## FEE APP NOTICE PARTIES

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>PROPOSED COUNSEL FOR OFFICIAL COMMITTEE<br>OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>ATTN: PAUL S. ARONZON, GREGORY A. BRAY,<br>THOMAS R. KRELLER<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES CA 90067 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY<br>LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 BEALE STREET<br>P.O. BOX 77000<br>SAN FRANCISCO CA 94177 | THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR REGION 17<br>ATTN: ANDREW VARA, ESQ.,<br>TIMOTHY LAFFREDI, ESQ.<br>450 GOLDEN GATE AVENUE<br>5TH FLOOR, SUITE #05-0153<br>SAN FRANCISCO, CA 94102 |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL TO DEBTOR<br>ATTN: STEPHEN KAROTKIN, JESSICA LIOU,<br>MATTHEW GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 | |

# EXHIBIT D

Case: 19-30088   Doc# 3249   Filed: 07/30/19   Entered: 07/30/19 08:36:40   Page 21 of 22

ddunne@milbank.com
esagerman@bakerlaw.com
Gbray@milbank.com
James.L.Snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
Marta.Villacorta@usdoj.gov
matthew.goren@weil.com
Paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
TKreller@milbank.com