Louis Gottlieb (*pro hac vice* pending)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 883-7072

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION
- and --
PACIFIC GAS AND ELECTRIC
COMPANY.
                    Debtor(s).

Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Louis Gottlieb__, an active member in good standing of the bar of __NY 2d Dept.__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Public Employees Retirement Association of New Mexico__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Randy Michelson, Michelson Law Group

220 Montgomery Street, Suite 2100, San Francisco, CA 94104

(415) 512-8600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2019

Louis Gottlieb

Case: 19-30088    Doc# 3254    Filed: 07/30/19    Entered: 07/30/19 09:37:03    Page 1 of 1