

1  Louis Gottlieb (*pro hac vice* pending)
   LABATON SUCHAROW LLP
2  140 Broadway
   New York, NY 10005
3  Telephone: (212) 907-0700
   Facsimile: (212) 883-7072

Signed and Filed: July 30, 2019



**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  PG&E CORPORATION
       - and –
       PACIFIC GAS AND ELECTRIC COMPANY,

                        Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Louis Gottlieb**, whose business address and telephone number is

**Labaton Sucharow, LLP**
**140 Broadway, 34th Floor, New York, NY 10005**
**(212) 907-0700**

and who is an active member in good standing of the bar of **New York Second Department** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Public Employees Retirement Association of New Mexico**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**