**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 31, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date:  July 31, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JULY 31, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTER GOING FORWARD*

1. **Verwey Motion to Lift Stay**: Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkts. 1141 and 1143**].

    <u>Response Deadline</u>: July 26, 2019, at 4:00 p.m. (Pacific Time).

    <u>Responses Filed</u>:

    A. Debtors' Preliminary Response in Opposition to Philip Verwey Farms' ("PVF") Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1817**].

    B. (Debtors') Supplemental Preliminary Response in Opposition to Philip Verwey Farms' (PVF) Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3215**].

    <u>Related Documents</u>:

    C. Declaration of Philip Verwey in Support of Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1145**, with exhibits filed at **Dkts. 1146-1148, 1150-1152**].

    D. Docket Text Order with tentative ruling dated April 19, 2019.

    E. Reply to Preliminary Response in Opposition to Philip Verwey Farms' ("PVF") Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1878**].

    F. Declaration of Anthony Keir in Support of Supplemental Preliminary Response in Opposition to Philip Verwey Farms' (PVF) Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3216**].

    <u>Status</u>: This matter is going forward on a contested basis.

*CONTINUED AND WITHDRAWN MATTERS*

2. **Dan Clarke Relief from Stay Motion**: Motion for Relief from the Automatic Stay; Memorandum of Points and Authorities in Support [**Dkt. 2823**].

    <u>Response Deadline</u>: July 26, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A.    No responses were filed.

Related Documents:

B.    Stipulation between Debtors and Dan Clarke for Limited Relief from the Automatic Stay [**Dkt. 3113**].

C.    Order Approving Stipulation between Debtors and Dan Clarke for Limited Relief from the Automatic Stay [**Dkt. 3136**].

Status: This hearing was dropped by a docket entry on July 24, 2019.

3.    **Suns' and Mesters' Relief from Stay Motion**: (Suns' and Mesters') Joint Motion for Relief from the Automatic Stay [**Dkt. 3036**].

Response Deadline: August 9, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.    No responses have been filed.

Related Documents:

B.    (Suns' and Mesters') Notice of Joint Motion for Relief from Automatic Stay [**Dkt. 3037**].

C.    Declaration of Richard B. Gullen in Support of Joint Motion for Relief from Automatic Stay [**Dkt. 3038**].

Status: This matter is continued to August 14, 2019, at 9:30 a.m. (Pacific Time), pursuant to Docket No. 3169.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 30, 2019

**WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP**

By:    /s/ *Thomas B. Rupp*
        Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*