**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
        jminias@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| **-and-** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on July 30, 2019, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all "Standard Parties" listed in **Exhibit A**:

   ***Letter to the Honorable Judge Montali Dated July 26, 2019.***

3. I certify that on July 30, 2019, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

   Executed on July 30, 2019,

   */s/ Alexander J. Lewicki*
   Alexander J. Lewicki

## Exhibit A

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swain & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndoresey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov
Marta.villacorta@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
Gbray@milbank.com
Tkreller@milbank.com
Astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov

**<u>Exhibit B</u>**

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001