KILPATRICK TOWNSEND & STOCKTON LLP
BENJAMIN M. KLEINMAN (State Bar No. 261846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bkleinman@kilpatricktownsend.com

PAUL M. ROSENBLATT (Georgia Bar No. 614522)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail: prosenblatt@kilpatricktownsend.com

Attorneys for Oldcastle Infrastructure, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Paul M. Rosenblatt, an active member in good standing of the State Bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Oldcastle Infrastructure, Inc. in the above-entitled action.

- 1 -

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Benjamin M. Kleinman (State Bar No. 261846)
> KILPATRICK TOWNSEND & STOCKTON LLP
> Two Embarcadero Center, Suite 1900
> San Francisco, California 94111
> Telephone: (415) 576-0200
> Facsimile: (415) 576-0300
> Email: bkleinman@kilpatricktownsend.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 30, 2019          KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Paul M. Rosenblatt*
PAUL M. ROSENBLATT (Georgia Bar No. 614522)