

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
                          } ss.
NORTHERN DISTRICT OF GEORGIA  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **PAUL MARC ROSENBLATT, State Bar No. 614522,** was duly admitted to practice in said Court on 10/14/1997 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of December, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Beverly Gutting
Deputy Clerk