# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Herb Baer, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors (collectively, the "***Debtors***") in the above-captioned chapter 11 cases.

2. Unless otherwise defined herein, capitalized terms are used as defined in the "*Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors*" [Docket No. 2806] (the "***Bar Date Order***"), or my "*Certificate of Service*", dated July 23, 2019 [Docket No. 3159], describing service pursuant to the Bar Date Order.

3. On July 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Standard Bar Date Notice to be served via First Class Mail on 55,066 parties identified by EQ Shareowner Services as registered owners of common or preferred stock of the Debtors as of July 1, 2019.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of July 2019, at New York, NY.

_____
Herb Baer