Timothy M. Flaherty (SBN 99666)
CLARK HILL LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 984-8500
Facsimile: (415) 984-8599
tflaherty@clarkhill.com

Andrew G. Edson
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-2047
Facsimile: (214) 659-4084
andrew.edson@clarkhillstrasburger.com

Attorneys for
PETRO-CANADA AMERICA LUBRICANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION,<br><br>- AND -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>DEBTORS. | Bankruptcy Case No. 19-30088 (DM)<br><br>CHAPTER 11<br><br>(Lead Case) (Jointly Administered)<br><br>**RESPONSE IN OPPOSITION TO DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(B)(9)**<br><br>Date: August 14, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Petro-Canada America Lubricants, Inc. ("PCLI"), a creditor in the above-referenced bankruptcy case, hereby submits its Response to the Debtors' First Omnibus Report and Objection to Claims Asserted pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 2896] (the "Objection"). In support of the Objection, PCLI submits the Declaration of Michael Gluck (the "Declaration"), filed contemporaneously with this Response.

## I. BACKGROUND

On January 29, 2019 (the "Petition Date"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No chapter 11 trustee or examiner has been appointed in either of the Chapter 11 Cases. The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

On April 18, 2019, PCLI filed its Proof of 503(b)(9) Claim (the "Claim") in the amount of $34,268.28 for automobile lubricants and other goods delivered to the Debtors within the twenty (20) day period preceding the Petition Date. PCLI included invoices that substantiated the Claim. PCLI further reserved the right to amend its Claim.

On July 8, 2019, the Debtors filed the Objection, and included the Claim, identified as Claim Number 2505, as one of the claims that the Debtors were objecting to, for the following stated reasons:

- Claim partially disallowed and expunged because claim amount asserted includes (i) amounts paid as ordinary course postpetition liability; and (ii) amounts which do not match the Debtors' books and records; and
- Claim partially reclassified as general unsecured claim because claim amount asserted includes amounts for freight and/or taxes.

Of the original Claim amount, the Debtors seek a proposed Section 503(b)(9) amount of $1,244.18, a proposed reclassified general unsecured amount of $125.78, and the remaining amount of $32,898.32 as disallowed and expunged.

After reviewing the Objection, PCLI reviewed the invoices included in its Claim and the applicable payment processing systems and discovered that some of the invoices included in the Claim were subsequently paid, as stated by the Debtors

as paid as ordinary course postpetition liability.  PCLI now has six (6) unpaid invoices for goods delivered during the twenty (20) day period preceding the Petition Date.  The unpaid invoices total $11,427.89. The Declaration includes as attachments the applicable unpaid invoices.

## II. RESPONSE IN OPPOSITION TO OBJECTION

As stated above, PCLI conducted a review of its billing system and unpaid invoices and determined that the Debtors still owe PCLI $11,427.89 pursuant to 11 U.S.C. § 503(b)(9).

PCLI agrees with the Debtors' stated reason in the Objection that some of the invoices in the Claim were paid as ordinary course postpetition liability, and thus the Claim amount is reduced from $32,898.32 to $11,427.89.  However, the Debtors do not provide any evidence that substantiates the remaining stated reasons for the objection to the Claim.  The invoices were submitted as is typically done through the Debtors' invoice processing system.  The Declaration provides further support that the goods were delivered pursuant to the six (6) invoices, and remain unpaid.  The Debtors have not satisfied their burden to have the $11,427.89 portion of the Claim disallowed and expunged.

Further, the Debtors do not identify any amount objected in the Claim that is associated with freight and/or taxes.  Nor do the Debtors provide any support from court decisions in the Ninth Circuit that disallow claims for goods that include freight and/or taxes.  Instead, any such freight and/or tax charges are necessary for the purchase and delivery of goods, and cannot be classified as services.

As a result, PCLI opposes the proposed treatment of its Claim, and submits that it is entitled to a Section 503(b)(9) claim in the revised amount of $11,427.89.

## III. RESERVATION OF RIGHTS

PCLI continues to review its invoices and invoice processing system used by the Debtors, and reserves the right to further respond to the Objection, and further

3

reserves its right to submit proofs of claim for any other unpaid invoices submitted to the Debtors.

## IV. NOTICE

Notice of this Response will be provided to (i) counsel to the Debtors; (ii) the Office of the United States Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Timothy Laffredi, Esq.); (iii) counsel to the Creditors Committee; (iv) counsel to the Tort Claimants Committee; (v) Counsel to the Engineers and Scientists of California Local 20; (vi) the Securities and Exchange Commission; (vii) the Internal Revenue Service; (viii) the Office of the California Attorney General; (ix) the California Public Utilities Commission; (x) the Nuclear Regulatory Commission; (xi) the Federal Energy Regulatory Commission; (xii) the Office of the United States Attorney for the Northern District of California; and (xiii) counsel for the agent under the Debtors' debtor in possession financing facility.

WHEREFORE, PCLI respectfully requests that this Court deny the relief sought by the Debtors, award PCLI an allowed Section 503(b)(9) claim in the amount of $11,427.89, and for such other and further relief to which it may be entitled.

Dated: July 30, 2019    CLARK HILL LLP

By: */s/ Timothy M. Flaherty*
     Timothy M. Flaherty
     Andrew G. Edson

Attorneys for
PETRO-CANADA AMERICA LUBRICANTS, INC.