| | |
|---|---|
| 1 | Timothy M. Flaherty (SBN 99666)<br>CLARK HILL LLP |
| 2 | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |
| 3 | Telephone: (415) 984-8500<br>Facsimile: (415) 984-8599 |
| 4 | tflaherty@clarkhill.com |
| 5 | Andrew G. Edson<br>CLARK HILL PLC |
| 6 | 901 Main Street, Suite 6000<br>Dallas, TX 75202 |
| 7 | Telephone: (214) 651-2047<br>Facsimile: (214) 659-4084 |
| 8 | andrew.edson@clarkhillstrasburger.com |
| 9 | Attorneys for<br>PETRO-CANADA AMERICA LUBRICANTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION,<br><br>- AND -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>DEBTORS. | Bankruptcy Case No. 19-30088 (DM)<br><br>CHAPTER 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF MICHAEL GLUCK IN SUPPORT OF RESPONSE IN OPPOSITION TO DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(B)(9)**<br><br>Date: August 14, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

CASE NO.: 19-30088 (DM)

Pursuant to 28 U.S.C. § 1746, I, Michael Gluck, hereby declare as follows:

I am the Senior Manager, Credit & Collections for The HollyFrontier Companies. Petro-Canada America Lubricants, Inc. ("**PCLI**") is a subsidiary of The HollyFrontier Companies. I submit this Declaration in support of the Response in Opposition to the Debtors' First Omnibus Report and Objection to Claims Asserted pursuant to 11 U.S.C. § 503(b)(9) (the "**Response**"), filed contemporaneously with this Declaration.[1]

In my current position, I am responsible for all credit files and collections of outstanding invoices owed to PCLI. I am generally familiar with PCLI's operations and the goods provided to the Debtors and the invoices generated through the Debtors' invoice processing system. I have personal access to the invoice processing system and have reviewed the invoices currently outstanding as owed by the Debtors.

On April 18, 2019, PCLI filed its Proof of 503(b)(9) Claim (the "**Claim**") in the amount of $34,268.28 for automobile lubricants and other goods delivered to the Debtors within the twenty (20) day period preceding the Petition Date. PCLI included invoices that substantiated the Claim. PCLI further reserved the right to amend its Claim.

I reviewed the Objection filed by the Debtors, and the stated reasons for the Objection to the Claim, identified as Claim Number 2505. I subsequently reviewed the invoices supporting the Claim and the history of payments made in the invoice processing system. I discovered that some of the invoices included in the Claim were paid. PCLI now has six (6) unpaid invoices (the "**Invoices**") for goods delivered during the twenty (20) day period preceding the Petition Date. The Invoices now total $11,427.89, and are attached as Exhibit A to this Declaration.

---

[1] Capitalized terms shall have the meaning ascribed them in the Response.

The business relationship between the Debtors and PCLI is that after the goods are ordered, a representative of the Debtors provides authorization for PCLI to process payment via a credit card on file. Payment via credit card may be for one or more invoices. It is possible that a representative of the Debtor believed that authorization was given to process the payment via credit card, and subsequently marked the Invoices as paid. However, as of the date of this filing, I declare that the Invoices submitted to the Debtors' invoices processing system in the amount of $11,427.89 are currently unpaid.

I have reviewed the Response and it accurately states the facts concerning the Invoices and the amount still owed by the Debtors for goods delivered within twenty (20) days of the Petition Date. If called upon to testify, I would testify to these same facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of PCLI.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Executed this 30th day of July, 2019.

_____
Michael Gluck

# EXHIBIT A



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

When remitting please quote

# Invoice

| Invoice number | Customer number |
|---|---|
| 922285495 | 3098706 |
| Date | Page |
| Jan 18, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
SACRAMENTO GARAGE - SAR
5555 FLORIN PERKINS ROAD
SACRAMENTO CA 95826-4815
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
SACRAMENTO GARAGE - SAR
5555 FLORIN PERKINS ROAD
SACRAMENTO CA 95826-4815
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
| | SACRAMENTO | 712417846 | J0427-853135 |

| Inco terms | Supply point |
|---|---|
| ZCR | A77133 RAMOS OIL CO., INC |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DHP15BLK | DURON HP 15W-40 BULK | CA | 105.000 | USG | 9.7100 | 1,019.55 |
| DDMVATFDRM | DURADRIVE MV SYNTHETIC ATF 205 L DRUM | CA | 2.000 | DRM | 693.2000 | 1,386.40 |
| | **\*\* Sub-total \*\*** | | | | | 2,405.95 |
| | CALIFORNIA USED OIL RECYCLING PROGRAM | | | | | 51.19 |
| | 213.311USG    $24.00/ 100USG | | | | | |
| | CALIFORNIA MOTOR OIL FEE | | | | | 5.25 |
| | 105.000USG    $5.00/ 100USG | | | | | |
| | Sales Tax | | | | | 198.49 |
| | @    8.250% | | | | | |

**Terms**
Due 30 Days from Invoice Date

**Payment due date**
Feb 17, 2019

**Total** 2,660.88 US Dollar

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

Please direct inquiries to:

Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

Please remit payment to:
**Petro-Canada America**
Bank of America
PO Box 74008917
Chicago, IL 60674-8917

**Remarks**
Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E                See reverse for important information, including terms and conditions of sale

Case: 19-30088    Doc# 3263-1    Filed: 07/30/19    Entered: 07/30/19 16:54:11    Page 5 of 16

```
PACIFIC GAS & ELECTRIC COMPANY
SACRAMENTO GARAGE - SAR
5555 FLORIN PERKINS ROAD
SACRAMENTO CA  95826-4815
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at

www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

# Invoice

*When remitting please quote*

| Invoice number | Customer number |
|---|---|
| 922285510 | 3098712 |
| Date | Page |
| Jan 21, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
PLACERVILLE GARAGE - PLG
4636 MISSOURI FLAT ROAD
PLACERVILLE CA  95667-6823
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
PLACERVILLE GARAGE - PLG
4636 MISSOURI FLAT ROAD
PLACERVILLE CA  95667-6823
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
|  | BOB ROSS | 712417852 | J0429-853155 |

| Inco terms | Supply point |
|---|---|
| ZCR | A77133 RAMOS OIL CO., INC |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DHP15BLK | DURON HP 15W-40 BULK | CA | 145.000 | USG | 9.7100 | 1,407.95 |
|  | ** Sub-total ** |  |  |  |  | 1,407.95 |
|  | CALIFORNIA USED OIL RECYCLING PROGRAM |  |  |  |  | 34.80 |
|  | 145.001USG     $24.00/ 100USG |  |  |  |  |  |
|  | CALIFORNIA MOTOR OIL FEE |  |  |  |  | 7.25 |
|  | 145.001USG     $5.00/ 100USG |  |  |  |  |  |
|  | Sales Tax |  |  |  |  | 102.08 |
|  | @     7.250% |  |  |  |  |  |

| Terms | Payment due date | Total | |
|---|---|---|---|
| Due 30 Days from Invoice Date | Feb 20, 2019 | 1,552.08 | US Dollar |

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

**Please direct inquiries to:**

Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

*Please remit payment to:*

**Petro-Canada America**
**Bank of America**
**PO Box 74008917**
**Chicago, IL 60674-8917**

Remarks

Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E     *See reverse for important information, including terms and conditions of sale*

```
PACIFIC GAS & ELECTRIC COMPANY
PLACERVILLE GARAGE - PLG
4636 MISSOURI FLAT ROAD
PLACERVILLE CA  95667-6823
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at
www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

When remitting please quote

# Invoice

| Invoice number | Customer number |
|---|---|
| 922291268 | 3098676 |
| Date | Page |
| Jan 25, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
ANGELS CAMP GARAGE - ANG
1108 MURPHY'S GRADE ROAD
ANGELS CAMP CA 95222-9616
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
ANGELS CAMP GARAGE - ANG
1108 MURPHY'S GRADE ROAD
ANGELS CAMP CA 95222-9616
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
| | ANGEL CAMP | 712421259 | J057A-1177565 |

| Inco terms | Supply point |
|---|---|
| ZCR | A77133 RAMOS OIL CO., INC |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DHP15BLK | DURON HP 15W-40 BULK | CA | 110.000 | USG | 9.7100 | 1,068.10 |
| MOSYN53C12 | SUPREME SYNTHETIC 5W-30 12X1L CASE | CA | 4.000 | C12 | 44.0200 | 176.08 |
| | ** Sub-total ** | | | | | 1,244.18 |
| | CALIFORNIA USED OIL RECYCLING PROGRAM | | | | | 29.44 |
| | 122.680USG     $24.00/ 100USG | | | | | |
| | CALIFORNIA MOTOR OIL FEE | | | | | 6.13 |
| | 122.680USG     $5.00/ 100USG | | | | | |
| | Sales Tax | | | | | 90.21 |
| | @     7.250% | | | | | |

| Terms | Payment due date | | |
|---|---|---|---|
| Due 30 Days from Invoice Date | Feb 24, 2019 | **Total** | 1,369.96 US Dollar |

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

Please direct inquiries to:

Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

*Please remit payment to:*
**Petro-Canada America**
**Bank of America**
**PO Box 74008917**
**Chicago, IL 60674-8917**

Remarks

Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E
See reverse for important information, including terms and conditions of sale

```
PACIFIC GAS & ELECTRIC COMPANY
ANGELS CAMP GARAGE - ANG
1108 MURPHY'S GRADE ROAD
ANGELS CAMP CA  95222-9616
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at
www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

# Invoice

*When remitting please quote*

| Invoice number | Customer number |
|---|---|
| 922291274 | 3098714 |
| Date | Page |
| Jan 25, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
SANTA ROSA GARAGE - SNG
3965 OCCIDENTAL ROAD
SANTA ROSA CA 95401-5855
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
SANTA ROSA GARAGE - SNG
3965 OCCIDENTAL ROAD
SANTA ROSA CA 95401-5855
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
| | SANTA ROSA | 712421264 | J057B-19-841013 |
| Inco terms | | Supply point | |
| ZCR | | A49402 VALLEY PACIFIC PETROLEUM SERVICES | |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DHP15BLK | DURON HP 15W-40 BULK | CA | 180.000 | USG | 9.7100 | 1,747.80 |
| | ** Sub-total ** | | | | | 1,747.80 |
| | CALIFORNIA USED OIL RECYCLING PROGRAM | | | | | 43.20 |
| | 180.001USG    $24.00/ 100USG | | | | | |
| | CALIFORNIA MOTOR OIL FEE | | | | | 9.00 |
| | 180.001USG    $5.00/ 100USG | | | | | |
| | Sales Tax | | | | | 150.75 |
| | @    8.625% | | | | | |

| Terms | Payment due date | | |
|---|---|---|---|
| Due 30 Days from Invoice Date | Feb 24, 2019 | **Total** | 1,950.75 US Dollar |

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

**Please direct inquiries to:**

Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

*Please remit payment to:*
**Petro-Canada America**
**Bank of America**
**PO Box 74008917**
**Chicago, IL 60674-8917**

**Remarks**

Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E    *See reverse for important information, including terms and conditions of sale*

Case: 19-30088    Doc# 3263-1    Filed: 07/30/19    Entered: 07/30/19 16:54:11    Page 11 of 16

```
PACIFIC GAS & ELECTRIC COMPANY
SANTA ROSA GARAGE - SNG
3965 OCCIDENTAL ROAD
SANTA ROSA CA  95401-5855
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at
www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

*When remitting please quote*

# Invoice

| Invoice number | Customer number |
|---|---|
| 922291423 | 3801340 |
| Date | Page |
| Jan 25, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
211 N THORNE AVENUE
FRESNO CA 93706
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
211 N THORNE AVENUE
FRESNO CA 93706
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
|  | FRESNO | 712421354 | J057C-19-840849 |

| Inco terms | Supply point |
|---|---|
| ZCR | A49402 VALLEY PACIFIC PETROLEUM SERVICES |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| HDXAW32DRM | HYDREX AW 32 HYDRAULIC OIL 205L DRUM | CA | 1.000 | DRM | 564.1300 | 564.13 |
| DHP15DRM | DURON HP 15W-40 205 L DRUM | CA | 1.000 | DRM | 553.4400 | 553.44 |
|  | ** Sub-total ** |  |  |  |  | 1,117.57 |
|  | CALIFORNIA USED OIL RECYCLING PROGRAM |  |  |  |  | 13.00 |
|  | 54.155USG     $24.00/ 100USG |  |  |  |  |  |
|  | CALIFORNIA MOTOR OIL FEE |  |  |  |  | 2.71 |
|  | 54.155USG     $5.00/ 100USG |  |  |  |  |  |
|  | Sales Tax |  |  |  |  | 89.13 |
|  | @     7.975% |  |  |  |  |  |

**Terms**
Due 30 Days from Invoice Date

**Payment due date**
Feb 24, 2019

**Total** 1,222.41 US Dollar

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

Please direct inquiries to:
Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

*Please remit payment to:*
**Petro-Canada America**
Bank of America
PO Box 74008917
Chicago, IL 60674-8917

Remarks
Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E *See reverse for important information, including terms and conditions of sale*

```
PACIFIC GAS & ELECTRIC COMPANY
211 N THORNE AVENUE
FRESNO CA  93706
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at
www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA



**Petro-Canada America Lubricants LLC**
115 N. Oak Park Avenue #1C
Oak Park, IL 60301-1366
United States

# Invoice

*When remitting please quote*

| Invoice number | Customer number |
|---|---|
| 922292587 | 3098650 |
| Date | Page |
| Jan 25, 2019 | 1 |

**Sold to:**
PACIFIC GAS & ELECTRIC COMPANY
CONCORD GARAGE - CNG
1030 DETROIT AVENUE
CONCORD CA  94518-2401
UNITED STATES

**Shipped to:**
PACIFIC GAS & ELECTRIC COMPANY
CONCORD GARAGE - CNG
1030 DETROIT AVENUE
CONCORD CA  94518-2401
UNITED STATES

| Blanket order / Contract number | Purchase order number | Order number | Bill of lading number |
|---|---|---|---|
|  | CONCORD | 712422014 | J05DF-433423 |

| Inco terms | Supply point |
|---|---|
| ZCR | A77133 RAMOS OIL CO., INC |

| Product Code | Product Description | Origin Cty | Quantity Shipped | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DHP15DRR | DURON HP 15W-40 208 LITRE DRUM | CA | 2.000 | DRR | 553.8000 | 1,107.60 |
| MOSYN53DRM | SUPREME SYNTHETIC 5W-30 DRUM | CA | 2.000 | DRM | 645.5100 | 1,291.02 |
|  | ** Sub-total ** |  |  |  |  | 2,398.62 |
|  | CALIFORNIA USED OIL RECYCLING PROGRAM |  |  |  |  | 52.39 |
|  | 218.311USG    $24.00/ 100USG |  |  |  |  |  |
|  | CALIFORNIA MOTOR OIL FEE |  |  |  |  | 10.92 |
|  | 218.311USG    $5.00/ 100USG |  |  |  |  |  |
|  | Sales Tax |  |  |  |  | 209.88 |
|  | @   8.750% |  |  |  |  |  |

**Terms**
Due 30 Days from Invoice Date

**Payment due date**
Feb 24, 2019

**Total**: 2,671.81 US Dollar

Overdue amounts are subject to a late payment interest charge at a rate of 24% per annum (daily rate 0.06575%)

*Please direct inquiries to:*
Inquiries : pcaorders@petrocanadalsp.com
Sales : Arthur Gomez 877 730-2369

*Please remit payment to:*
**Petro-Canada America**
**Bank of America**
**PO Box 74008917**
**Chicago, IL 60674-8917**

**Remarks**
Receive invoices electronically to avoid service charge fees (see reverse for details)

A209E    *See reverse for important information, including terms and conditions of sale*

```
PACIFIC GAS & ELECTRIC COMPANY
CONCORD GARAGE - CNG
1030 DETROIT AVENUE
CONCORD CA  94518-2401
UNITED STATES
```

Please refer to our Standard Terms and Conditions of Sale, available on our website at
www.lubricants.petro-canada.ca/termsandconditions

Invoice Mailing/Faxing Fees

Canadian $ - $2.00 per mailed invoice / $1.00 per faxed invoice

US $- $2.00 per mailed invoice / $1.00 per faxed invoice

GBP - 2 GBP per mailed invoice / 1 GBP per faxed invoice

EURO - 2 Euro per mailed invoice / 1 Euro per faxed invoice

Please contact your Credit Account Manager to switch to electronic invoicing.

B209EPCA