ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>-and-<br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**PROOF OF SERVICE VIA ECF**<br><br>RELATED DOCKET NOS: 3150 |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On July 23, 2019, I served the document named below via the Court's ECF system on the parties named below:

**Document Served:**

**NOTICE OF CHANGE OF ADDRESS FOR PINO & ASSOCIATES.**

**Parties Served:**

See attached Notice of Electronic Filling, incorporated herein as **EXHIBIT 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2019, at Roseville, Placer County, California.

_____
Raman Mahal