KILPATRICK TOWNSEND & STOCKTON LLP
BENJAMIN M. KLEINMAN (State Bar No. 261846)
Two Embarcadero Center, Suite 1900   Signed and Filed: July 30, 2019
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bkleinman@kilpatricktownsend.

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

PAUL M. ROSENBLATT (Georgia Bar No. 614522)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail: prosenblatt@kilpatricktownsend.com

Attorneys for Oldcastle Infrastructure, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> - and – <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br>                             Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Paul M. Rosenblatt, whose business address and telephone number is:

Paul M. Rosenblatt
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500



- 1 -

and who is an active member in good standing of the State Bar of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Oldcastle Infrastructure, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**