Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
E-mail:         bbennett@jonesday.com
                      jmester@jonesday.com
                      jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF SUBPOENA ISSUED TO BROWNGREER PLC** |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division). Certain owners of common stock of PG&E Corporation (the "PG&E Shareholders")[1] hold, disclosable economic interests in relation to the Debtors and have appeared in the chapter 11 cases in connection with those interests.

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2019, counsel for the PG&E Shareholders issued and intend to serve a subpoena to produce documents, information, or objects (the "Subpoena") on the Custodian of Records of BrownGreer PLC. A copy of the Subpoena is attached hereto as **Exhibit 1**. The items requested to be produced in the Subpoena, as described in Exhibit A to the Subpoena, relate to the following motions filed in the chapter 11 cases: (i) the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [ECF 2904], filed by the Official Committee of Tort Claimants on July 9, 2019; (ii) the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [ECF 2863], filed by the Ad Hoc Group of Subrogation Claim Holders on July 3, 2019; and (iii) the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [ECF 3091], filed by the Debtors on July 18, 2019.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at

---

[1] The PG&E Shareholders are identified in the *Second Amended Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [ECF 3158]. The PG&E Shareholders are acting in their individual capacities but authorized the filing of this single submission for the purpose of administrative efficiency. Each of the PG&E Shareholders is expressing its independent views, and counsel does not have the actual or apparent authority to obligate any one entity to act in concert with any other entity with respect to PG&E equity securities. The PG&E Shareholders have not agreed to act in concert with respect to their respective interests in PG&E equity securities.

https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 30, 2019          JONES DAY

By: */s/ Joshua M. Mester*
    Joshua M. Mester

*Attorneys for PG&E Shareholders*