KILPATRICK TOWNSEND & STOCKTON LLP
BENJAMIN M. KLEINMAN (State Bar No. 261846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bkleinman@kilpatricktownsend.com

PAUL M. ROSENBLATT (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail:prosenblatt@kilpatricktownsend.com

Attorneys for Oldcastle Infrastructure, Inc.
f/k/a Oldcastle Precast, Inc. and Affiliates

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

**PLEASE TAKE NOTICE THAT**, the attorneys listed below hereby appear as counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates ("Oldcastle") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). Pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Oldcastle requests that copies of any and

all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Paul M. Rosenblatt, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>Email: prosenblatt@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>Benjamin M. Kleinman, Esq.<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: bkleinman@kilpatricktownsend.com |

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Oldcastle or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of Oldcastle or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Oldcastle or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

- 2 -

**PLEASE TAKE FURTHER NOTICE THAT**, neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Oldcastle (1) to have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: July 31, 2019   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Paul M. Rosenblatt*
    PAUL M. ROSENBLATT

Attorneys for Oldcastle Infrastructure, Inc.
f/k/a Oldcastle Precast, Inc. and Affiliates

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Paul M. Rosenblatt, am employed in the city of Atlanta, county of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action; my business address is 1100 Peachtree Street, Suite 2800, Atlanta, Georgia, 30309.

On July 31, 2019, I caused to be served the:

- **Notice of Appearance and Request for Service of Notices and Pleadings**

in the manner stated below:

| X | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 31, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
|---|---|
|  | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|  | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: July 31, 2019          KILPATRICK TOWNSEND & STOCKTON LLP

                              By: */s/ Paul M. Rosenblatt*
                                  PAUL M. ROSENBLATT

- 1 -

| | |
|---|---|
| | **ECF/NEF Service List** |

- Elliot Adler  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras  annadel.almendras@doj.ca.gov
- Monique D. Almy  malmy@crowell.com
- Dana M. Andreoli  dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini  rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard  lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer  hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey  Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett  keb@svlg.com, amt@svlg.com
- Ronald S. Beacher  rbeacher@pryorcashman.com
- Hagop T. Bedoyan  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens  jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger  jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti  pbenvenutti@kellerbenvenutti.com
- Robert Berens  rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder  heinz@bindermalter.com
- Neil Jon Bloomfield  njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg  jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Peter R. Boutin  peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady  enbrady@jonesday.com
- W. Steven Bryant  , molly.batiste-debose@lockelord.com
- Elizabeth J. Cabraser  ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali  anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano  pcalifano@cwclaw.com
- Steven M. Campora  scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta  leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese  kcatanese@foley.com
- Jennifer Machlin Cecil  JCecil@winston.com, docketsf@winston.com
- Christina Lin Chen  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley  richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson  schristianson@buchalter.com
- Robert N.H. Christmas  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough  aclough@loeb.com
- John B. Coffman  john@johncoffman.net
- Kevin G. Collins  kevin.collins@btlaw.com
- Manuel Corrales  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram  dhc@severson.com
- Ashley Vinson Crawford  avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming  jcumming@dir.ca.gov
- J. Russell Cunningham  rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham  , rkelley@pierceatwood.com
- Keith J. Cunningham  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran  jcurran@wolkincurran.com, dstorms@wolkincurran.com

- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com

Case: 19-30088    Doc# 3272    Filed: 07/31/19    Entered: 07/31/19 08:16:04    Page 6 of 13
US2008 15795767 1

- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Laurie Hager    lhager@sussmanshank.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com

- Alexandra S. Horwitz   allie.horwitz@dinsmore.com
- Marsha Houston   mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang   shane.huang@usdoj.gov
- Brian D. Huben   hubenb@ballardspahr.com
- Jonathan Hughes   , jane.rustice@aporter.com
- Michael A. Isaacs   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola   mvi@sbj-law.com
- J. Eric Ivester   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester   , Andrea.Bates@skadden.com
- Ivan C. Jen   ivan@icjenlaw.com
- Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston   jjohnston@jonesday.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones   andrew@ajoneslaw.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian   rjulian@bakerlaw.com
- George H. Kalikman   gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan   gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan   rbk@jmbm.com
- Eve H. Karasik   ehk@lnbyb.com
- Elyssa S. Kates   ekates@bakerlaw.com
- Ori Katz   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman   wkaufman@smwb.com
- Jane G. Kearl   jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy   gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Samuel A. Khalil   skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kellerbenvenutti.com
- Bradley C. Knapp   bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Thomas F. Koegel   tkoegel@crowell.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Bernard Kornberg   bjk@severson.com
- David I. Kornbluh   dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer   lkramer@rjo.com, mriney@rjo.com
- Jeffrey C. Krause   jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler   robert.kugler@stinson.com
- Boris Kukso   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey   alisa.lacey@stinson.com, karen.graves@stinson.com

- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- John Lemon    john@jcl-lawoffice.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Dara Levinson Silveira    dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com

- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com

Case: 19-30088    Doc# 3272    Filed: 07/31/19    Entered: 07/31/19 08:16:04    Page 10 of 13

US2008 15795767 1

- Gregory Plaskett   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin   mplevin@crowell.com
- Mark D. Poniatowski   ponlaw@ponlaw.com
- William L. Porter   bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince   cprince@lesnickprince.com
- Douglas B. Provencher   dbp@provlaw.com
- Stacey C. Quan   squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo   amy.quartarolo@lw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready   smeyer@farmerandready.com
- Caroline A. Reckler   caroline.reckler@lw.com
- Steven J. Reisman   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner   jreisner@irell.com
- Jack A. Reitman   , srichmond@lgbfirm.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks   julie@bindermalter.com
- Jorian L. Rose   jrose@bakerlaw.com
- Allan Robert Rosin   arrosin@alr-law.com
- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kellerbenvenutti.com
- Eric E. Sagerman   esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Robert Sahyan   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders   jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com
- Harvey S. Schochet   Harveyschochet@dwt.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com

- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com

- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com