# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**  **PG&E CORPORATION**  - and -  **PACIFIC GAS AND ELECTRIC COMPANY,**  Debtors.  ☐ Affects PG&E Corporation  ☐ Affects Pacific Gas and Electric Company  ☒ Affects both Debtors  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)  Chapter 11  (Lead Case)  (Jointly Administered)  **Ref. Docket No. 3187** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2019, I caused to be served the "Certificate of No Objection Regarding Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2019 Through March 31, 2019," filed on July 25, 2019 [Docket No. 3187], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Forrest Kuffer*
                                                          Forrest Kuffer

Sworn to before me this
30th day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES CA 90067

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: PRESIDENT OR GENERAL COUNSEL
77 BEALE STREET
P.O. BOX 77000
SAN FRANCISCO CA 94177

THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17
ATTN: ANDREW VARA, ESQ.,
TIMOTHY LAFFREDI, ESQ.
450 GOLDEN GATE AVENUE
5TH FLOOR, SUITE #05-0153
SAN FRANCISCO, CA 94102

WEIL, GOTSHAL & MANGES LLP
COUNSEL TO DEBTOR
ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN
767 FIFTH AVENUE
NEW YORK NY 10153-0119

# EXHIBIT B

**PG&E Corporation -and- Pacific Gas and Electric Company – Case No. 19-30088 (DM)
Electronic Mail Fee Application Service List**

ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com