# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Robert J. Rubel, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On July 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) as set forth on the Standard Parties Service List attached hereto as **Exhibit A** and (2) via overnight mail on McCormick Barstow LLP, Attn: H Annie Duong, Philip Verwey Farms, 7647 North Fresno St, Fresno, CA, 93720:

- Supplemental Preliminary Response in Opposition to Philip Verwey Farms (PVF) Motion for Relief from Automatic Stay to Exercise Setoff [Docket No. 3215]

- Declaration of Anthony Keir in Support of Supplemental Preliminary Response in Opposition to Philip Verwey Farms (PVF) Motion for Relief from Automatic Stay to Exercise Setoff [Docket No. 3216]

3.     I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

Case: 19-30088    Doc# 3275    Filed: 07/31/19    Entered: 07/31/19 09:24:47    Page 1 of 4

1      4.      I declare under penalty of perjury under the laws of the United States of America, that

2    the foregoing is true and correct and that if called upon as a witness, I could and would competently

3    testify thereto.

4

5    Executed this 31st day of July 2019, at New York, NY.

6

7                                                                    _____

8                                                                    Robert J. Rubel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **Exhibit A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Eric Sagerman & Cecily Dumas | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025-0509 | esagerman@bakerlaw.com; lattard@bakerlaw.com | First Class Mail and Email |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | | | | | | rjulian@bakerlaw.com; cdumas@bakerlaw.com | Email |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | | | | | | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com | Email |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | | | | | | joshua.morse@dlapiper.com | Email |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com; eric.goldberg@dlapiper.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn Dennis F Dunne Esq and Sam A Khalil Esq | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | | | | | | James.L.Snyder@usdoj.gov | Email |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | | | | | | bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com | Email |
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | First Class Mail |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | | | | | | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com | Email |
| US Nuclear Regulatory Commission | Attn General Counsel | | | Washington | DC | 20555-0001 | | First Class Mail |
| US Nuclear Regulatory Commission | Attn General Counsel | US NRC Region IV | 1600 E Lamar Blvd | Arlington | TX | 76011 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088

Page 1 of 1

Case: 19-30088    Doc# 3275    Filed: 07/31/19    Entered: 07/31/19 09:24:47    Page 4 of 4