# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br> - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br> Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1  Executed this 30th day of July 2019, at New York, NY.

_____
Alain B. Francoeur

**Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: MICHAEL S. STAMER, ESQ., DAVID H. BOTTER, ESQ., & ABID QURESHI, ESQ. | One Bryant Park | | New York | NY | 10036-6742 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: ASHLEY VINSON CRAWFORD, ESQ. | 580 California Street Suite 1500 | | San Francisco | CA | 94104-1036 |
| Arent Fox LLP | Attn: ANDREW I. SILFEN, ESQ. | 1301 Avenue of the Americas 42nd Floor | | New York | NY | 10019-6040 |
| Baker & Hostetler LLP | Attn: ROBERT A. JULIAN, ESQ. & CECILY A. DUMAS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Corey, Luzaich, de Ghetaldi & Riddle LLP | Attn: DARIO DE GHETALDI, ESQ. | 700 El Camino Real | | Millbrae | CA | 94030-2065 |
| Cravath, Swaine & Moore LLP | Attn: KEVIN J. ORSINI, ESQ. | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Engel Law, PC | Attn: G. LARRY ENGEL, ESQ. | 12116 Horseshoe Lane | | Nevada City | CA | 95959-3570 |
| Jones Day | Attn: BRUCE BENNETT, ESQ. & JAMES O. JOHNSTON, ESQ. | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |
| Keller & Benvenutti LLP | Attn: PETER J. BENVENUTTI, ESQ. | 650 California Street, #1900 | | San Francisco | CA | 94108-2736 |
| Kramer Levin Naftalis & Frankel LLP | Attn: AMY CATON, ESQ. | 1177 Avenue of the Americas | | New York | NY | 10036-2714 |
| Michelson Law Group | Attn: RANDY MICHELSON, ESQ. | 100 Pine Street Suite 2450 | | San Francisco | CA | 94111-5230 |
| Milbank LLP | Attn: GREGORY BRAY, ESQ. | 2029 Century Park East 33rd Floor | | Los Angeles | CA | 90067-2901 |
| Milbank LLP | Attn: ANDREW LEBLANC, ESQ. | 1850 K Street NW Suite 1100 | | Washington | DC | 20006-2236 |
| Milbank LLP | Attn: DENNIS F. DUNNE, ESQ. | 55 Hudson Yards | | New York | NY | 10001-2163 |
| O'Melveny & Myers LLP | Attn: MATTHEW L. HINKER, ESQ. | 7 Times Square | | New York | NY | 10036-6524 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: ALAN W. KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Sheppard Mullin Richter & Hampton LLP | Attn: MICHAEL LAUTER, ESQ. | Four Embarcadero Center 17th Floor | | San Francisco | CA | 94111-4158 |
| Weil, Gotshal & Manges LLP | Attn: Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: STEPHEN KAROTKIN, ESQ., RAY C. SCHROCK, P.C., JESSICA LIOU, ESQ., & THEODORE E. TSEKERIDES, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0023 |
| Willkie Farr & Gallagher LLP | Attn: MATTHEW A. FELDMAN, ESQ. & BENJAMIN P MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 3278    Filed: 07/31/19    Entered: 07/31/19 11:44:31    Page 4 of 6

# **Exhibit B**

SRF 34667

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 24, 2019 was filed on July 25, 2019. The following deadlines apply:

The parties have until Thursday, August 1, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, August 15, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, August 26, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, October 23, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.


Dated: 7/29/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court