

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case Nos. 19-30088 (DM) (Lead Case)<br>                      19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br>**CERTIFICATE OF SERVICE** |

      KATHRYN A. COLEMAN, an attorney duly admitted to practice before the Northern District of California, hereby certifies under penalty of perjury that on July 29, 2019, she caused a true and correct copy of Kathryn A. Coleman's *Notice of Appearance and Request for Service of Papers* to be served on the parties listed on the attached Service List by the manner indicated therein.

Dated: July 29, 2019
       New York, New York       **HUGHES HUBBARD & REED LLP**

                                            By: */s/ Kathryn A. Coleman*
                                            Kathryn A. Coleman
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Tel: (212) 837-6000
                                            Fax: (212) 422-4726
                                            katie.coleman@hugheshubbard.com
                                            *Counsel for Hyundai Corporation USA*

## SERVICE LIST

**BY FIRST CLASS MAIL:**

Chamber of the Honorable Dennis Montali
U.S. Bankruptcy Court Northern District of California
450 Golden Gate Ave, 18th Floor
San Francisco, CA 94102

PG&E Corporation and Pacific
Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900,
San Francisco, CA 94108
Attn: Tobias Keller, Esq.
Jane Kim, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane,
New York, NY 10038-4982
Attn: Erez E. Gilad Esq.
Matthew G. Garofalo

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.

Paul, Weiss, Rifkand, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Alan W. Kornberg, Esq.
Brian S. Hermann, Esq.
Walter R. Rieman, Esq.
Sean A. Mitchell, Esq.
Neal P. Donnelly Esq.

| | |
|---|---|
| 1 | Office of the United States Trustee For Region 17 |
| 2 | 450 Golden Gate Ave. 5th Flr. Ste #05-0153 |
| 3 | San Francisco, CA 94102 Attn: James L. Snyder, Esq. |
| 4 | |
| 5 | U.S. Nuclear Regulatory Commission Washington, DC 20555-0001 Attn: General Counsel |
| 6 | |
| 7 | Milbank LLP 55 Hudson Yards New York, NY 10001-2163 |
| 8 | Attn: Dennis F. Dunne, Esq. Sam A. Khalil, Esq. |
| 9 | |
| 10 | Milbank LLP 2029 Century Park East 33rd Floor, Los |
| 11 | Angeles, CA 90067 Attn: Paul S. Aronzon, Esq. |
| 12 | Gregory A. Bray, Esq. Thomas R. Kreller, Esq. |
| 13 | |
| 14 | Baker & Hostetler LLP 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509 |
| 15 | Attn: Eric Sagerman, Esq. Cecily Dumas, Esq. |
| 16 | |

**BY ELECTRONIC MAIL:**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com; RASymm@aeraenergy.com; evelina.gentry@akerman.com; yelena.archiyan@akerman.com; john.mitchell@akerman.com; avcrawford@akingump.com; dsimonds@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; Jg5786@att.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov; James.Potter@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; hartlt@ballardspahr.com; John.mccusker@bami.com; ssummy@baronbudd.com; jfiske@baronbudd.com; tmccurnin@bkolaw.com; chigashi@bkolaw.com; thigham@bkolaw.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; csimon@bergerkahn.com; csimon@bergerkahn.com; harriet.steiner@bbklaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; njbloomfield@njblaw.com; mgorton@boutinjones.com;

3
**CERTIFICATE OF SERVICE**

bletsch@braytonlaw.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; melaniecruz@chevron.com; marmstrong@chevron.com; dgooding@choate.com; jmarshall@choate.com; otakvoryan@ckrlaw.com; kwinick@clarktrev.com; mgoodin@clausen.com; lschweitzer@cgsh.com; mschierberl@cgsh.com; ghofmann@cohnekinghorn.com; ra-li-ucts-bankrupt@state.pa.us; pcalifano@cwclaw.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com; Tambra.curtis@sonoma-county.org; eric.may@yolocounty.org; fsmith@cozen.com; mfelger@cozen.com; mplevin@crowell.com; bmullan@crowell.com; malmy@crowell.com; tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com; Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com; peter.wolfson@dentons.com; samuel.maizel@dentons.com; kdiemer@diemerwei.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; scampora@dbbwc.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; sally@elkshep.com; jim@elkshep.com; larry@engeladvice.com; sgarabato@epiqglobal.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com; emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com; sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com; dsh@classlawgroup.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; vuocolod@gtlaw.com; steinbergh@gtlaw.com; hoguem@gtlaw.com; etredinnick@greneradovsky.com; sgross@grosskleinlaw.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; Sharon.petrosino@hercrentals.com; jdoran@hinckleyallen.com; erin.brady@hoganlovells.com; hampton.foushee@hoganlovells.com; bennett.spiegel@hoganlovells.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; rwolf@hollandhart.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; mjb@hopkinscarley.com; jross@hopkinscarley.com; keckhardt@huntonak.com; ppartee@huntonak.com; mjdube@ca.ibm.com; cvarnen@irell.com; astrabone@irell.com; jreisner@irell.com; klyman@irell.com; mstrub@irell.com; Bankruptcy2@ironmountain.com; robert.albery@jacobs.com; jane-luciano@comcast.net; ajang@janglit.com; snoma@janglit.com; jdt@jdthompsonlaw.com; rbk@jmbm.com; byoung@jmbm.com; lgabriel@bg.law; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com; aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; marc.kieselstein@kirkland.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com; stephen.hessler@kirkland.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com; klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com; summerst@lanepowell.com; adam.malatesta@lw.com; amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com; christopher.harris@lw.com; andrew.parlen@lw.com; daren@schlecterlaw.com; pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; smo@smolsonlaw.com; ws@waynesilverlaw.com; tjb@brandilaw.com; matt@lesnickprince.com; cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM; Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com; houston_bankruptcy@publicans.com; asmith@lockelord.com; bknapp@lockelord.com; eguffy@lockelord.com; lkress@lockelord.com; meagan.tom@lockelord.com; sbryant@lockelord.com; jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com; metkin@lowenstein.com; abehlmann@lowenstein.com; golivera@lowenstein.com;

4
**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | imac@macfern.com; mannycorrales@yahoo.com; Craig@MarguliesFaithLaw.com; malexander@maryalexander.com; |
| 2 | Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com; Annie.Duong@mccormickbarstow.com; jsmith@mckoolsmith.com; |
| 3 | randy.michelson@michelsonlawgroup.com; ddunne@milbank.com; skhalil@milbank.com; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com; |
| 4 | ablevin@mintz.com; anahmias@mbnlawyers.com; kmontee@monteeassociates.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com; |
| 5 | rpedone@nixonpeabody.com; wlisa@nixonpeabody.com; info@norcallawgroup.net; joe@norcallawgroup.net; howard.seife@nortonrosefulbright.com; |
| 6 | andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; jbeiswenger@omm.com; |
| 7 | jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com; pfriedman@omm.com; bankruptcy@coag.gov; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; |
| 8 | Marta.Villacorta@usdoj.gov; dfelder@orrick.com; dmintz@orrick.com; lmcgowen@orrick.com; malevinson@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com; |
| 9 | dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jfiero@pszjlaw.com; tom@parkinsonphinney.com; akornberg@paulweiss.com; bhermann@paulweiss.com; |
| 10 | wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov; efile@pbgc.gov; |
| 11 | efile@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; efile@pbgc.gov; ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; dania.slim@pillsburylaw.com; |
| 12 | hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com; philip.warden@pillsburylaw.com; epino@epinolaw.com; peter@pmrklaw.com; |
| 13 | lweber@polsinelli.com; rsoref@polsinelli.com; pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; mbienenstock@proskauer.com; |
| 14 | brosen@proskauer.com; mzerjal@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; dbp@provlaw.com; |
| 15 | rbeacher@pryorcashman.com; crivas@reedsmith.com; mhouston@reedsmith.com; jdoolittle@reedsmith.com; mhouston@reedsmith.com; mhowery@reedsmith.com; |
| 16 | pmunoz@reedsmith.com; rsimons@reedsmith.com; lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com; nanette@ringstadlaw.com; robins@robinscloud.com; |
| 17 | rbryson@robinscloud.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; |
| 18 | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; |
| 19 | pblanchard@rutan.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com; pbosswick@ssbb.com; erlamblaw@gmail.com; gkalikman@schnader.com; |
| 20 | dmg@severson.com; dhc@severson.com; bjk@severson.com; rpinkston@seyfarth.com; charney@seyfarth.com; dshemano@shemanolaw.com; mlauter@sheppardmullin.com; |
| 21 | egoldstein@goodwin.com; lshulman@shbllp.com; mlowe@shbllp.com; dvd@svlg.com; keb@svlg.com; jsanders@stblaw.com; michael.torkin@stblaw.com; ngoldin@stblaw.com; |
| 22 | kmclendon@stblaw.com; jamie.fell@stblaw.com; Amy.Park@skadden.com; Eric.Ivester@skadden.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com; |
| 23 | patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov; jcumming@dir.ca.gov; bglaser@swesq.com; sc2104271@gmail.com; cp@stevenslee.com; lpg@stevenslee.com; |
| 24 | jdsokol@lawssl.com; kcoles@lawssl.com; dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com; ethompson@stites.com; david.levant@stoel.com; gabrielle.glemann@stoel.com; |
| 25 | oren.haker@stoel.com; sunny.sarkis@stoel.com; pglassman@sycr.com; dmoon@stroock.com; fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; |
| 26 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com; |
| 27 | taylor@sbep-law.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; ivan@icjenlaw.com; jmills@taylorenglish.com; |
| 28 | daniel@thebklawoffice.com; Erika.Schoenberger@davey.com; altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com; |

5
**CERTIFICATE OF SERVICE**

Rich@TrodellaLapping.com; gabriel.ozel@troutman.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; shane.huang@usdoj.gov; shane.huang@usdoj.gov; bankruptcynotices@up.com; matthew.troy@usdoj.gov; matthew.troy@usdoj.gov; sanfrancisco@sec.gov; secbankruptcy@sec.gov; wagstaffe@wvbrlaw.com; busch@wvbrlaw.com; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; cshore@whitecase.com; rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com; peter.boutin@kyl.com; acaton@kramerlevin.com; mwasson@kramerlevin.com; lwelsh@lkwelshlaw.com; malone@oles.com; luckey.mcdowell@shearman.com; Daniel.laguardia@shearman.com; okatz@sheppardmullin.com; mlauter@sheppardmullin.com; sfarzan@sheppardmullin.com; geral@slffirm.com; john@slffirm.com; squan@steyerlaw.com; Rhonda.goldstein@ucop.edu