Diane Marger Moore (310) 207-3233
10940 Wilshire Boulevard, 17th Floor
Los Angeeles, CA 90024

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION;
PACIFIC GAS AND ELECTRIC
COMPANY

Debtor(s).

Case No. 19-30088 (DM)
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Diane Marger Moore__, an active member in good standing of the bar of __Florida__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Creditors Majesti Mai Bagorio etc__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Ronald L.M. Goldman, Baum, Hedlund, Aristei & Goldman

   10940 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90024

   Tel: (310) 207-3233

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2019

_Diane Marger Moore_
Diane Marger Moore



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0268364
Diane Marger Moore
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Blvd Fl 17
Los Angeles, CA 90024-3915

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 23, 1979**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 16th day of **July, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-50073





# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Diane Marger Moore
Baum Hedlund Aristei & Goldman PC
17th Floor
10940 Wilshire Blvd
Los Angeles, CA 90024

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 06/12/1978
**BAR NUMBER:** 470387
**TODAY'S DATE:** 07/10/2019

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

   I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### DIANE MARGER MOORE

is a member of the bar of said Court since admission on <u>February 26, 1990</u>, and is in good standing therein.

   Given under my hand and the seal of said Court at Indianapolis, Indiana, this <u>17th</u> day of <u>July</u>, 20<u>19</u>.

*[signature]*
GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA



| SUSAN STOKLEY CLARY | OFFICE OF THE CLERK | Telephone: |
| Clerk | **SUPREME COURT OF KENTUCKY** | (502) 564-4720 |
| | ROOM 209, STATE CAPITOL | FAX: |
| | 700 CAPITAL AVE. | (502) 564-5491 |
| | FRANKFORT, KENTUCKY 40601-3488 | |

# C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Diane Marger Moore_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __January 8, 2015__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Diane Marger Moore_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __15th__ day of __July__, __2019__.

SUSAN STOKLEY CLARY
CLERK

By: *Chasity Kittrell*
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J. Stephen Smith
*President*

Thomas N. Kerrick
*President-Elect*

J.D. Meyer
*Vice President*

Douglas C. Ballantine
*Immediate Past President*

Zachary A. Horn
*Chair, Young Lawyers Division*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins

*THIS IS TO CERTIFY THAT*

*DIANE MARGER MOORE*
*Baum Hedlund Arstei & Goldman PC*
*10940 Wilshire Boulevard, 17th Floor*
*Los Angeles, California 90024*

*Membership No.* 96400

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 10th day of July, 2019.*

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Ms. Diane Marger Moore

whose address is 2315 SE 24th Ave

Ocala, FL 34471

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 20th day of April, 1979.

Given over my hand and the Seal of the Louisiana State Bar Association, this 15th day of July, 2019.

*[signature]*

*Executive Director*
*Louisiana State Bar Association*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Diane Marger Moore*

was duly qualified and admitted on September 6, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 9, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DIANE MARGER MOORE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MRS. MOORE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 15, 2015,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued July 16, 2019*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*