| | |
|---|---|
| Jennifer Machlin Cecil (SBN#294806) | |
| Jcecil@winston.com | |
| WINSTON & STRAWN LLP | |
| 101 California Street, 35th Floor | |
| San Francisco, CA 94111-5840 | |
| Telephone: (415) 591-1000 | |
| Facsimile: (415) 591-1400 | |
| | |
| David Neier (*admitted pro hac vice*) | |
| dneier@winston.com | |
| WINSTON & STRAWN LLP | |
| 200 Park Avenue, 40th Floor | |
| New York, NY 10166-4193 | |
| Telephone: (212) 294-6700 | |
| Facsimile: (212) 294-4700 | |

*Attorneys for First Solar, Inc.
and Willow Springs Solar 3, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Hearing Date:** August 21, 2019, 4:00 (P.T.)<br>**Time:** 9:30 a.m. (P.T.)<br><br>Courtroom: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102<br><br>**Objections Due:** August 21, 2019, 4:00 (P.T.) |

# CERTIFICATE OF SERVICE

I, Denise Cunsolo, declare:

I am employed in the County of New York and State of New York. I am over the age of 18 and I am not a party to the within action. My business address is WINSTON & STRAWN LLP, 200 Park Avenue, 40th Floor, New York, NY 10166-4193.

On July 31, 2019, I caused service of a true and correct copy of the documents entitled:

**RESPONSE OF CLAIMANT GLOBAL AMPERSAND LLC TO OBJECTION OF DEBTORS TO CLAIM ASSERTED BY CLAIMANT PURSUANT TO 11 U.S.C. § 503(b)(9)**; and

**MOTION OF GLOBAL AMPERSAND LLC PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FRBP 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF EXHIBITS UNDER SEAL**

By transmitting accurate copies via First Class Mail on the service list set forth in the notice portion of the *Debtors' First Omnibus Report and Objection to Claims Asserted pursuant to 11 U.S.C. § 503(B)(9)* dated July 8, 2019 [Docket No. 2896] and the *Case Management Order* dated May 13, 2019 [Docket No. 1996].

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the above is true and correct. Executed at New York, New York on July 31, 2019.

/s/Denise Cunsolo
Denise Cunsolo