UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company, *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 19-30088 Chapter 11<br><br>(Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Vince Sigal Electric, Inc.**
Name of Transferor
Phone: (707) 526-6403
Last Four Digits of Acct #: N/A

**Whitebox GT Fund, LP**
Name of Transferee
Phone: 612-253-6061
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Whitebox GT Fund, LP**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**

Claim No: 3518 (amends Claim No. 3391)
Debtor: PG&E Corporation (19-30088)
Date Filed: July 2, 2019

Total Claim Amount: $1,131,456.90
**Transferred Claim Amount: $79,654.57**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[DocuSigned by: EFE000605257459]_   Date: _July 25, 2019_
Transferee/Transferee's Agent   Mark Strefling
                                Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO: PG&E Corporation (19-30088)
Case No. 19-30088 (DM) (Jointly Administered)

Claim No: 3518 (amends Claim No. 3391)
Debtor: PG&E Corporation (19-30088)

**Vince Sigal Electric, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**Whitebox GT Fund, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims claims of Seller against the Debtor, docketed as Claim No. 3518 in the amount of **$79,654.57** (the "Claim") which represents an undivided 7.04% pro-rata share of the aggregate claim amount of $1,131,456.90 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of July 25, 2019.

**VINCE SIGAL ELECTRIC, INC.**

By: _____
Name: Vince Sigal
Title: President

**WHITEBOX GT FUND, LP**

By: _____

Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of July 25, 2019.

**VINCE SIGAL ELECTRIC, INC.**

By:_____
Name:
Title:

**WHITEBOX GT FUND, LP**

By: 

Name: Mark Strefling
Title: Partner & CEO