UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

In re PG&E Corporation and Pacific and Gas Electric Company

Case No. 19-30088 (DM) (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| Deutsche Bank AG Cayman Islands Branch | Canadian Imperial Bank of Commerce, New York Branch |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): 3522
Transferred Claim Amount: $149,148,770.97
Date Claim Filed: 07/02/2019
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 7/30/19
    Transferee/Transferee's Agent

By: Andrew Mac Donald  Date: 7/30/19
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Northern District of California (San Francisco Division) ("Bankruptcy Court")
Attn: Clerk

AND TO: Pacific Gas and Electric Company (the "Debtor")
Case No. 19-30088 (DM) (Jointly Administered)

Proof of Claim No: 3522

**Canadian Imperial Bank of Commerce, New York Branch**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Deutsche Bank AG Cayman Islands Branch**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Rich Vichaidith
Tel.: 212-250-5760
Email: Richard.Vichaidith@db.com

its successors and assigns ("Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under, the claim of Seller in the principal amount of **$149,148,770.97** ("Claim") against the Debtor in the Bankruptcy Court, as set forth in proof of claim number 3522 filed against Debtor, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated July 30, 2019.

**SELLER**

Canadian Imperial Bank of Commerce, New York Branch

By: _____
Name:
Title:

**Eric J. De Santis**
**Authorized Signatory**

**BUYER**

Deutsche Bank AG Cayman Islands Branch
BY: DB USA CORE CORPORATION

By: _____
Name: Hoi Yeun Chin
Title: Assistant Vice President

By: _Andrew MacDonald_
Name:
Title: **Andrew MacDonald**
Assistant Vice President