**MACDONALD | FERNANDEZ LLP**
Iain A. Macdonald (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
Surf to Snow Environmental Resource Management, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**RESPONSE OF SURF TO SNOW ENVIRONMENTAL RESOURCE MANAGEMENT, INC. TO DEBTOR'S FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. §503(B)(9)**<br><br>Date: August 14, 2019<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Ave.,<br>Crtrm 17, 16th Flr.<br>San Francisco, CA<br><br>Honorable Hon. Dennis Montali |

**COMES NOW** Surf to Snow Environmental Resource Management, Inc., Creditor herein,

responding to the Debtor's First Omnibus Report and Objection to Claims Asserted Pursuant to 11

U.S.C. §503(B)(9), and respectfully consents to its reduction in status from 503(b)(9) priority claim

to a general unsecured claim in the same amount for its filed Proof of Claims Nos. 2442 and 2545.

DATED: July 31, 2019                    MACDONALD FERNANDEZ LLP


By: /s/ *Iain A. Macdonald*                    .
         Iain A. Macdonald,
         Attorneys for Creditor,
         Surf to Snow Environmental Resource
         Management, Inc.

1