1   **WEIL, GOTSHAL & MANGES LLP**
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrock, P.C. (*pro hac vice*)
3   (ray.schrock@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)
    New York, NY 10153-0119
6   Tel:   (212) 310-8000
    Fax:   (212) 310-8007
7
    **KELLER & BENVENUTTI LLP**
8   Tobias S. Keller (#151445)
    (tkeller@kellerbenvenutti.com)
9   Jane Kim (#298192)
    (jkim@kellerbenvenutti.com)
10  650 California Street, Suite 1900
    San Francisco, CA 94108
11  Tel:   (415) 496-6723
    Fax:   (415) 636-9251
12
13  *Attorneys for Debtors and Debtors in Possession*

14              **UNITED STATES BANKRUPTCY COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17  **In re:**                          Bankruptcy Case No. 19-30088 (DM)
                                        Chapter 11
18  **PG&E CORPORATION,**               (Lead Case) (Jointly Administered)

19              **- and -**             **OMNIBUS STIPULATION BETWEEN
                                        DEBTORS AND CERTAIN CLAIMANTS
20  **PACIFIC GAS AND ELECTRIC          EXTENDING TIME TO RESPOND TO
    COMPANY,**                          DEBTORS' FIRST OMNIBUS REPORT
21                                      AND OBJECTION TO CLAIMS
                        **Debtors**.    ASSERTED PURSUANT TO  11 11 U.S.C.
22  ☐  Affects PG&E Corporation         § 503(b)(9)**
    ☐  Affects Pacific Gas and Electric Company
23  ☑  Affects both Debtors             Re: Dkt. Nos. 725, 2896

24  * *All papers shall be filed in the lead case,*
    *No. 19-30088 (DM)*               [No Hearing Requested]
25
26
27
28

*(left margin vertical text)* Weil, Gotshal & Manges LLP / 767 Fifth Avenue / New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the parties whose signatures are attached to this Stipulation and Agreement for Order (collectively, the "**Respondents**"), on the other. The Debtors and the Respondents are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. By Order dated March 1, 2019, the Court established certain procedures (the "**503(b)(9) Procedures**") for the resolution of any claims asserted pursuant to section 503(b)(9) of the Bankruptcy Code (the "**503(b)(9) Claims**") against the Debtors [Dkt. No. 725] (the "**503(b)(9) Procedures Order**").

B. On July 8, 2019, in accordance with the 503(b)(9) Procedures, the Debtors filed that certain *Debtors' First Omnibus Report and Objection to Claims Pursuant to 11 U.S.C. § 503(b)(9)* [Dkt. No. 2896] (the "**Omnibus Objection**")[1].

C. In accordance with the 503(b)(9) Procedures, the deadline for any party to respond or object to the Omnibus Objection (the "**Response Deadline**") is July 31, 2019, at 4:00 p.m. (Pacific Time).

D. The Bankruptcy Court is scheduled to hear the Omnibus Objection on August 14, 2019, at 9:30 a.m. (the "**Omnibus Objection Hearing**").

E. Counsel for the Debtors and counsel for each of the Respondents have agreed to extend the Response Deadline with respect to the Debtors' objection to the Respondents' respective 503(b)(9) Claims.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE**

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Omnibus Objection.

**UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.    The time for the Respondents whose signature pages are attached to this Stipulation and Agreement for Order to file and serve any opposition or response to the Omnibus Objection is extended through 4:00 p.m. (Pacific Time) on September 13, 2019.

2.    The 503(b)(9) Claims of the Respondents, and the Debtors' objections thereto as set forth in the Omnibus Objection, shall not be included in the matters to be heard at the Omnibus Objection Hearing, or in any order proposed by the Debtors in connection with the Omnibus Objection Hearing.

3.    The Debtors may extend further the Response Deadline for any Respondent in writing (which writing may include e-mail) without further Court order.

4.    In accordance with the 503(b)(9) Procedures, the Debtors are authorized, but not required, to negotiate, in their sole discretion, with any of Respondent and to seek an agreement resolving any Objection to such Respondent's 503(b)(9) Claim without the need for any further order by the Court.

5.    In the event that the Debtors cannot reach agreement with a Respondent with respect to the Debtors' objection to that Respondent's 503(b)(9) Claim, the Debtors will schedule the matter for a hearing by the Court on no less than twenty-one days' notice, provided, however, that the Debtors' objections to such 503(b)(9) Claim as set forth in the Omnibus Objection are preserved, and the Debtors shall not be required to file and serve a further objection to any 503(b)(9) Claim to which the Debtors objected in the Omnibus Objection for such objections to be heard by the Court.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 31, 2019

WEIL GOTSHAL & MANGES

KELLER & BENVENUTTI LLP

_/s/ Jane Kim_
Jane Kim

_Attorneys for Debtors_
_and Debtors in Possession_

[_Respondents' Signature Pages Follow_]

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Dated:

_/s/_
By: _____

Title:     7 - 29 - 19

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1                 **RESPONDENTS' SIGNATURES**

2      Dated: July 29, 2019

3

4      */s/ Michael P. Esser*
           _____

5      By: Michael P. Esser
           KIRKLAND & ELLIS LLP

6      555 CALIFORNIA STREET
           SAN FRANCISCO, CA 94104

7      (415) 439-1400
           michael.esser@kirkland.com

8

9      Title: *Attorney for Los Esteros Critical Energy Facility. LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: July 29, 2019

_/s/ Michael P. Esser_

By: Michael P. Esser

KIRKLAND & ELLIS LLP

555 CALIFORNIA STREET

SAN FRANCISCO, CA 94104

(415) 439-1400

michael.esser@kirkland.com

Title: _Attorney for Calpine King City Cogen, LLC_

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# RESPONDENTS' SIGNATURES

Dated: July 24, 2019

STITES & HARBISON PLLC


*/s/ Elizabeth Lee Thompson*
By: Elizabeth Lee Thompson
Appearance *Pro Hac Vice*
250 West Main Street
Suite 2300
Lexington, Kentucky  40507-1758
Telephone:      (859) 226-2300
Facsimile:      (859) 253-9144
Email:          ethompson@stites.com

*Attorneys for The Okonite Company*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**RESPONDENTS' SIGNATURES**

Dated:  July 29, 2019

BRYAN CAVE LEIGHTON PAISNER LLP

/s/ *Brian Walsh* /FJK

By:  Brian Walsh

Title:  *Attorney for World Wide Technology, Inc.*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# RESPONDENTS' SIGNATURES

Dated:

/s/
By: Lynne B. Xerras, Esq.
    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA 02116
    617-854-1403

Title: Counsel to Aclara Meters/
       Aclara Technologies

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated:  07/29/2019

/s/
By:  Jorge Garcia, Esquire

Title:  Attorney for Respondent, Suburban Propane

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| | |
|---|---|
| 1 | **RESPONDENTS' SIGNATURES** |
| 2 | Dated: July 25, 2019 |
| 3 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | By: |
| 5 | Philip S. Warden |
| 6 | Attorneys for Chevron U.S.A. Inc. and Kern River |
| 7 | Cogeneration Company, Claim Nos. 2577 and 2579 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**SOUTHWIRE COMPANY, LLC**

Dated:   7/29/2019

/s/

By:   Spencer Preis

Title:  VP, Associate General Counsel

**RESPONDENTS' SIGNATURES**

Dated: 7/23/19

*Debra L. Felder*

By: Debra L. Felder, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Phone: (202) 339-8567
Email: dfelder@orrick.com

*Counsel to Avenal Park LLC, Sun City Project LLC,*
*and Sand Drag LLC*

**RESPONDENTS' SIGNATURES**

Dated: July 31, 2019

McGUIREWOODS LLP

By:      */s/ Todd J. Dressel*
            Todd J. Dressel

Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Tel: 415.844.1965
Fax: 415.844.1934
tdressel@mcguirewoods.com
-and-
Aaron G. McCollough
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Tel: 312.849.8256
Fax: 312. 698.4522
amccollough@mcguirewoods.com

*Counsel to CID Solar, LLC, RE Old River One LLC, and RE Kansas LLC*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 29, 2019

*Brian R Pollock*

By: Brian R. Pollock

Title: *Counsel for Schweitzer Engineering Laboratories Inc.*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# RESPONDENTS' SIGNATURES

Dated: July 29, 2019

/s/
_____
By: Garrett S. Ledgerwood
Title: Trial Attorney, Peterson Power Systems,
Inc.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## RESPONDENTS' SIGNATURES

Dated: July 25, 2019

TROUTMAN SANDERS LLP

/s/

By: Hugh M. McDonald

Attorneys       for       Consolidated       Edison
Development, Inc.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 31, 2019

/s/
By:

Title:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**RESPONDENTS' SIGNATURES**

Dated: July 29, 2019

CROWELL & MORING LLP

_____
Thomas F. Koegel

*Counsel for Panoche Energy Center, LLC*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**RESPONDENTS' SIGNATURES**

Dated: July 26, 2019

/s/ Wayne A. Silver
_____
By: Wayne A. Silver

Title: Attorney for Creditors:

LEWIS & TIBBITS, INC.
BJORK CONSTRUCTION CO., INC.

_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    **RESPONDENTS' SIGNATURES**

2    Dated: July 30, 2019

3    RIMON, P.C.

4    /s/ Phillip Wang
     By: Phillip Wang
5
     Title: Attorneys for Pivot Interiors, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: 7/31/19

/s/ Lora Jones
By: _____

Title: President
One Source Supply Solutions, LLC

Dated: July 31, 2019

/s/
By:

Title: KILPATRICK TOWNSEND & STOCKTON LLP
BENJAMIN M. KLEINMAN (State Bar No. 261846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bkleinman@kilpatricktownsend.com

PAUL M. ROSENBLATT (Georgia Bar No. 614522)
(admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail: prosenblatt@kilpatricktownsend.com

Attorneys for Oldcastle Infrastructure, Inc.
f/k/a Oldcastle Precast, Inc. and Affiliates

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**RESPONDENTS' SIGNATURES**

Dated: July 31, 2019

/s/ _Allison Axenrod_
By: ALLISON AXENROD
Title: CIO

**RESPONDENTS' SIGNATURES**

2     Dated:

3

4     _Debra L. Felder_

5     By:   Debra L. Felder
         Orrick, Herrington & Sutcliffe LLP
6           1152 15th Street, NW
          Washington, DC 20005
7           Phone: (202) 339-8567
          Email: dfelder@orrick.com
8

*Counsel to Shiloh Wind Project 2, LLC and*
9 *Shiloh III Lessee, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119