**Exhibit B**

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 1.10 | $500.50 |
| 002 | Asset Sales/363 Sales | 19.00 | $13,958.00 |
| 003 | Automatic Stay | 228.60 | $181,353.50 |
| 004 | Bankruptcy Litigation | 385.20 | $205,172.00 |
| 005 | Bar Date Motion/Claims Noticing | 521.60 | $392,748.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 112.80 | $48,466.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 114.20 | $74,046.50 |
| 009 | Committee Meetings and Preparation | 240.90 | $199,781.50 |
| 010 | Corporate and Board Issues | 3.30 | $3,180.00 |
| 015 | Equity Security Holders | 2.20 | $2,090.00 |
| 016 | Exclusivity | 9.00 | $8,670.50 |
| 017 | Executory Contracts/Lease Issues | 2.60 | $1,586.00 |
| 018 | General Case Strategy (includes communications with Committee) | 50.10 | $40,968.00 |
| 019 | Hearings and Court Matters | 50.20 | $40,381.50 |
| 020 | Legislative Issues/Inverse Reform | 57.80 | $68,588.00 |
| 021 | Non-Bankruptcy Litigation | 20.70 | $12,506.50 |
| 022 | Non-Working Travel | 107.80 | $34,367.75[†] |
| 023 | FERC Adversary Proceeding | 2.40 | $2,030.00 |
| 024 | District Court Litigation | 30.40 | $19,836.00 |
| 025 | Regulatory Issues including CPUC and FERC | 239.80 | $150,062.50 |
| 026 | Retention Applications | 57.60 | $44,445.50 |
| 027 | Fee Application: Baker | 30.80 | $18,312.50 |
| 028 | Fee Application: Other Professionals | 21.50 | $15,617.00 |
| 031 | U.S. Trustee/Fee Examiner issues | 21.00 | $10,010.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 17.10 | $13,930.50 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 60.60 | $35,502.00 |
| 035 | Real Estate and Real Property Issues | 0.50 | $456.00 |
| 037 | Investigations | 1.60 | $1,880.00 |
| 038 | Financial Advisors | 5.40 | $5,145.00 |
| 039 | Other Contested Matters | 75.90 | $61,257.50 |
| 040 | Operations | 57.30 | $36,347.00 |
| 041 | KEIP Issues | 55.50 | $34,990.00 |
| 042 | Subrogation | 167.80 | $70,411.50 |

[†] Travel time was charged at 50% of normal hourly rates during the Fee Period.

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 043 | Securities | 21.90 | $5,484.00 |
| 044 | Wildfire Assistance Fund | 67.70 | $45,880.00 |
| 045 | Asset Analysis and Recovery | 30.60 | $17,581.50 |
| 046 | Tort Claims Estimation | 62.20 | $35,198.50 |
| **TOTAL** | | **2,954.70** | **$1,952,741.75** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES