**<u>Exhibit C</u>**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Airfare | $26,839.52 |
| Automated Research | $7,426.80 |
| Business Meals | $2,757.45 |
| Delivery Services | $141.56 |
| Filing Fees | $310.00 |
| Ground Transportation (Local) | $321.13 |
| Ground Transportation (Out of Town) | $3,624.93 |
| Lodging | $23,293.07 |
| Meals While Traveling | $1,342.31 |
| Miscellaneous | $3,681.75 |
| On-line Research | $181.46 |
| Other Professional Services | $61,825.22 |
| Postage | $115.76 |
| Teleconference Charges (Court Call) | $427.50 |
| Transcripts | $313.20 |
| **Total Expenses Requested:** | **$132,601.66** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

Case: 19-30088   Doc# 3314-3   Filed: 07/31/19   Entered: 07/31/19 16:17:34   Page 2
of 2