**EXHIBIT E**

**Expenses Summary**

| | |
|---|---:|
| **Other Professional Services (E123)** | 61,825.22 |
| **Online Research (E106)** | 181.46 |
| **Automated Research (E106)** | 7,426.80 |
| **Filing Fees (E112)** | 310.00 |
| **Transcripts (E116)** | 313.20 |
| **Teleconference Charges (E105)** | 427.50 |
| **Postage (E108)** | 115.76 |
| **Delivery Services (E107)** | 141.56 |
| **Ground Transportation Local (E109)** | 321.13 |
| **Lodging (E110)** | 23,293.07 |
| **Business Meals, etc. (E111)** | 2,757.45 |
| **Meals while Traveling (E110)** | 1,342.31 |
| **Ground Transportation Out of Town (E110)** | 3,624.93 |
| **Miscellaneous (E124)** | 3,681.75 |
| **Airfare/Trainfare (E110)** | 26,839.52 |

**Total Expenses** $ 132,601.66

## Expenses and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 06/04/19 | Dinner; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 04, 2019; | 50.00 |
| 06/06/19 | Dinner; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 06, 2019; | 25.77 |
| 06/09/19 | Meals while Traveling (E110) Meals Other; Lauren Attard; 06/09/19 to 06/12/19 roundtrip travel to/rom Los Angeles and San Francisco for Meetings on Claims.; Jun 09, 2019; | 50.00 |
| 06/09/19 | Meals while Traveling (E110) Dinner; Elizabeth Green; Travel to San Francisco, California to Attend Meetings with Bob Julian and Joe Esmont to June 9, 2019 June 11, 2019 - Dinner; Jun 09, 2019; | 69.51 |
| 06/10/19 | Meals while Traveling (E110) Dinner; Lauren Attard; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 10, 2019; | 50.00 |
| 06/10/19 | Meals while Traveling (E110) Elizabeth Green; Travel to San Francisco, California to Attend Meetings with Bob Julian and Joe Esmont to June 9, 2019 June 11, 2019 - Snack with Joe Esmont; Jun 10, 2019; | 36.38 |
| 06/11/19 | Meals while Traveling (E110) Breakfast; Joseph Esmont; 6/11/2019 | 39.64 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088   Doc# 3314-5   Filed: 07/31/19   Entered: 07/31/19 16:17:32   Page 2 of 17

| Date | Description | Amount |
|---|---|---|
| | Breakfast in San Francisco between 6/10/2019 meeting with Team regarding case management and participation in Committee meeting on 6/12/2019 in San Francisco, CA.; Jun 11, 2019; | |
| 06/11/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); Jun 11, 2019; | 50.00 |
| 06/11/19 | Meals while Traveling (E110) Breakfast; Lauren Attard; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 11, 2019; | 20.51 |
| 06/11/19 | Meals while Traveling (E110) Dinner; Susan Edelman; Dinner / PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Jun 11, 2019; | 30.67 |
| 06/11/19 | Dinner; Lauren Attard; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 11, 2019; | 50.00 |
| 06/12/19 | Meals while Traveling (E110) Dinner; Joseph Esmont; 6/12/2019 Dinner meeting in San Francisco to discuss status and go-forward plan of PG&E case after attending 6/10/2019 Team meeting and 6/12/2019 Committee meeting in San Francisco.; Jun 12, 2019; | 50.00 |
| 06/12/19 | Meals while Traveling (E110) Dinner; Joseph Esmont; 6/12/2019 Dinner meeting in San Francisco to discuss status and go-forward plan of PG&E case after attending 6/10/2019 Team meeting and 6/12/2019 Committee meeting in San Francisco.; Jun 12, 2019; | 50.00 |
| 06/12/19 | Meals while Traveling (E110) Dinner; Joseph Esmont; 6/12/2019 Dinner meeting in San Francisco to discuss status and go-forward plan of PG&E case after attending 6/10/2019 Team meeting and 6/12/2019 Committee meeting in San Francisco.; Jun 12, 2019; | 50.00 |
| 06/12/19 | Breakfast; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); Jun 12, 2019; | 33.12 |
| 06/12/19 | Meals while Traveling (E110) Dinner; Susan Edelman; Dinner / PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Jun 12, 2019; | 15.26 |
| 06/13/19 | Breakfast; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); Jun 13, 2019; | 33.12 |
| 06/13/19 | Dinner; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; Jun 13, 2019; | 20.98 |
| 06/17/19 | Dinner; Lauren Attard; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 17, 2019; | 33.00 |
| 06/18/19 | Meals while Traveling (E110) Meals Other; Lauren Attard; 06/16/19 to | 36.47 |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 3 of 17

| Date | Description | Amount |
|---|---|---|
| | 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 18, 2019; | |
| 06/19/19 | Dinner; Lauren Attard; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 19, 2019; | 23.26 |
| 06/20/19 | Dinner; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; Jun 20, 2019; | 43.39 |
| 06/24/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19); Jun 24, 2019; | 50.00 |
| 06/25/19 | Meals while Traveling (E110) Dinner; Lars Fuller; PARLOR 1255 San Francisco CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 25, 2019; | 25.20 |
| 06/25/19 | Breakfast; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19); Jun 25, 2019; | 33.12 |
| 06/25/19 | Dinner; Lauren Attard; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims. Accommodations at the InterContinental Hotel, San Frnacisco. Dinner Check No. 1017446; Jun 25, 2019; | 39.79 |
| 06/26/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (Mr. Goodman); Jun 26, 2019; | 50.00 |
| 06/26/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (, Mr. Rose); Jun 26, 2019; | 50.00 |
| 06/26/19 | Meals while Traveling (E110) Dinner; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (Mr. Parker); Jun 26, 2019; | 50.00 |
| 06/26/19 | Meals while Traveling (E110) Dinner; Jorian Rose; LE MERIDIEN SF FB LE SAN FRANCISCO CA; Dinner meal expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Jorian Rose) (Dates of travel are June 25-27, 2019).; Jun 26, 2019; | 50.00 |
| 06/26/19 | Meals while Traveling (E110) Dinner; LE MERIDIEN SF FB LE SAN FRANCISCO CA; Dinner meal expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Lauren Attard) (Dates of travel are June 25-27, 2019).; Jun 26, 2019; | 50.00 |
| 06/26/19 | Breakfast; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19); Jun 26, 2019; | 33.12 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 3314-5   Filed: 07/31/19   Entered: 07/31/19 16:17:32   Page 4 of 17

| Date | Description | Amount |
|---|---|---|
| 06/26/19 | Meals while Traveling (E110) Dinner; Jorian Rose; LE MERIDIEN SF FB LE SAN FRANCISCO CA; Dinner meal expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).(Eric Goodman) | 50.00 |
| | **Subtotal - Meals while Traveling (E110)** | **1,342.31** |
| 05/29/19 | XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Travel to Airport 5/21/2019 7:30:00 AM" 9052005548; Inv. 1684008 | 76.35 |
| 06/01/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; May 28, 2019 - June 1, 2019 - Travel to San Francisco, CA, to work on PG&E Bankruptcy Case.; Jun 01, 2019; | 38.15 |
| 06/01/19 | Parking; Lars Fuller; DIA PARKING OPERATIO DENVER CO; May 28, 2019 - June 1, 2019 - Travel to San Francisco, CA, to work on PG&E Bankruptcy Case.; Jun 01, 2019; | 100.00 |
| 06/01/19 | Ground Transportation Out of Town (E110) Parking; Daniel Kavouras; Attend meetings with client on May 29, 30 and 31, 2019 in San Francisco.; Jun 01, 2019; | 64.00 |
| 06/03/19 | Taxi/Car Service; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 03, 2019; | 56.45 |
| 06/03/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 03, 2019; | 72.38 |
| 06/04/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 04, 2019; | 11.13 |
| 06/04/19 | Ground Transportation Out of Town (E110) Parking; Cecily Dumas; Parking at Levi Plaza Garage for the Baupost meeting at the law firm of Pachulski Stang Ziehl & Jones for PG&E Meeting; Jun 04, 2019; | 25.00 |
| 06/04/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 4-8, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 04, 2019; | 34.57 |
| 06/05/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/4/19 to 6/6/19 Travel to/rom Los Angeles and San Francisco for Meetings on Claims.; Jun 05, 2019; | 27.91 |
| 06/06/19 | Taxi/Car Service; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 06, 2019; | 35.19 |
| 06/06/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/4/19 to 6/6/19 Travel to/rom Los Angeles and San Francisco for Meetings on Claims.; Jun 06, 2019; | 40.88 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 5 of 17

| Date | Description | Amount |
|---|---|---|
| 06/06/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/4/19 to 6/6/19 Travel to/rom Los Angeles and San Francisco for Meetings on Claims.; Jun 06, 2019; | 13.11 |
| 06/06/19 | Ground Transportation Out of Town (E110) Parking; Lauren Attard; Merchant: T; 6/4/19 to 6/6/19 Travel to/rom Los Angeles and San Francisco for Meetings on Claims. ABM Parking Garage 7 at LAX Airport.; Jun 06, 2019; | 80.00 |
| 06/07/19 | Ground Transportation Out of Town (E110) Parking; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 07, 2019; | 80.00 |
| 06/07/19 | Taxi/Car Service; Madiha Zuberi; Travel to Sacramento to attend the Commission on Catastrophic Wildfire and Recovery Meeting on 06/07/2019 From Meeting to Airport; Jun 07, 2019; | 22.29 |
| 06/07/19 | Taxi/Car Service; Madiha Zuberi; Travel to Sacramento to attend the Commission on Catastrophic Wildfire and Recovery Meeting on 06/07/2019 From Sacramento Airport to Sacramento City Hall Meeting; Jun 07, 2019; | 20.29 |
| 06/07/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Madiha Zuberi; Travel to Sacramento to attend the Commission on Catastrophic Wildfire and Recovery Meeting on 06/07/2019 Home to LAX; Jun 07, 2019; | 22.38 |
| 06/07/19 | Ground Transportation Out of Town (E110) Parking; Lars Fuller; DIA PARKING OPERATIO DENVER CO; June 4-8, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 07, 2019; | 100.00 |
| 06/07/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 4-8, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 07, 2019; | 32.63 |
| 06/07/19 | Taxi/Car Service; Madiha Zuberi; Travel to Sacramento to attend the Commission on Catastrophic Wildfire and Recovery Meeting on 06/07/2019 From Home to Airport; Jun 07, 2019; | 40.41 |
| 06/09/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 09, 2019; | 34.09 |
| 06/09/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 09, 2019; | 44.10 |
| 06/09/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Travel to San Francisco, California to Attend Meetings with Bob Julian and Joe Esmont to June 9, 2019 June 11, 2019 - Driver from Airport to Hotel; Jun 09, 2019; | 141.52 |
| 06/10/19 | Taxi/Car Service; Joseph Esmont; 6/10/2019 9:46 a. m. Taxi travel | 12.91 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 6 of 17

| Date | Description | Amount |
|---|---|---|
| | from hotel to San Francisco Team office to meet with Team regarding case management and participating in Committee meeting on 6/12/2019 in San Francisco, CA.; Jun 10, 2019; | |
| 06/10/19 | Taxi/Car Service; Joseph Esmont; 6/10/2019 5:45 p. m. Taxi travel from Team office to hotel for dinner meeting to discuss status and go-forward plan of PG&E case.; Jun 10, 2019; | 27.00 |
| 06/10/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; 6/10/2019 11:15 p .m. Taxi travel from airport to San Francisco hotel to meet with Team on 6/10/2019 regarding case management and to participate in Committee meeting on 6/12/2019 in San Francisco, CA.; Jun 10, 2019; | 68.59 |
| 06/11/19 | Taxi/Car Service; Joseph Esmont; 6/11/2018 6:43 p. m. Taxi travel from Team office to dinner at hotel in San Francisco, CA.; Jun 11, 2019; | 16.45 |
| 06/11/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19) (airport to hotel); Jun 11, 2019; | 35.27 |
| 06/11/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 11, 2019; | 12.96 |
| 06/11/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 11, 2019; | 22.06 |
| 06/11/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 11, 2019; | 19.40 |
| 06/12/19 | Ground Transportation Out of Town (E110) Parking; Susan Edelman; Parking - PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Jun 12, 2019; | 50.00 |
| 06/12/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; Jun 12, 2019; | 58.75 |
| 06/12/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 6/9/19 to 6/12/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 12, 2019; | 27.64 |
| 06/12/19 | Taxi/Car Service; Elizabeth Green; Travel to San Francisco, California to Attend Meetings with Bob Julian and Joe Esmont to June 9, 2019 June 11, 2019 - Driver from Airport to Home; Jun 12, 2019; | 108.00 |
| 06/13/19 | Taxi/Car Service; Joseph Esmont; 6/13/2019 8:40 a. m. Taxi travel from hotel to San Francisco airport after 6/10/2019 meetings with | 60.29 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 3314-5   Filed: 07/31/19   Entered: 07/31/19 16:17:34   Page 7 of 17

| Date | Description | Amount |
|---|---|---|
| | Team, 6/10/2019 and 6/12/2019 dinner meetings, and 6/12/2019 Committee meeting regarding case management, status and go-forward plan for PG&E case, and participation in 6/12/2019 Committee meeting.; Jun 13, 2019; | |
| 06/13/19 | Parking; Joseph Esmont; 6/6-9/2019 Car park at Hopkins Airport while traveling to San Francisco for 6/10/2019 meetings with Team, 6/10/2019 and 6/12/2019 dinner meetings, and 6/12/2019 Committee meeting regarding case management, status and go-forward plan for PG&E case, and participation in 6/12/2019 Committee meeting.; Jun 13, 2019; | 125.00 |
| 06/13/19 | Parking; Cecily Dumas; Parking at 101 California Street for meeting with Lincoln, DSI re case; Jun 13, 2019; | 40.00 |
| 06/13/19 | Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19) (office to airport); Jun 13, 2019; | 39.95 |
| 06/13/19 | Taxi/Car Service; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; Jun 13, 2019; | 41.88 |
| 06/13/19 | Ground Transportation Out of Town (E110) Parking; Susan Edelman; Parking / PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Jun 13, 2019; | 32.00 |
| 06/14/19 | Ground Transportation Out of Town (E110) Parking; Robert Julian; Parking at 101 California for Meeting with Lincoln, TCC Financial Advisor; Jun 14, 2019; | 40.00 |
| 06/14/19 | Ground Transportation Out of Town (E110) Parking; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19) (airport parking); Jun 14, 2019; | 80.00 |
| 06/14/19 | Parking; Cecily Dumas; Parking at 2 Embacadero for meeting with Debtors, Lincoln, DSI and Lazard re case; Jun 14, 2019; | 20.00 |
| 06/14/19 | Ground Transportation Out of Town (E110) Parking; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; Jun 14, 2019; | 36.00 |
| 06/16/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 16, 2019; | 43.97 |
| 06/16/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 16, 2019; | 34.99 |
| 06/17/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 17, 2019; | 35.25 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 8 of 17

| Date | Description | Amount |
|---|---|---|
| 06/19/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 19, 2019; | 12.84 |
| 06/19/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; Jun 19, 2019; | 60.48 |
| 06/20/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 20, 2019; | 39.02 |
| 06/20/19 | Parking; Lars Fuller; DIA PARKING OPERATIO DENVER CO; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 20, 2019; | 75.00 |
| 06/20/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 20, 2019; | 50.49 |
| 06/20/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 20, 2019; | 35.01 |
| 06/22/19 | Ground Transportation Out of Town (E110) Parking; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; Jun 22, 2019; | 72.00 |
| 06/22/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; Jun 22, 2019; | 39.03 |
| 06/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (airport to office); Jun 24, 2019; | 46.42 |
| 06/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (office to hotel); Jun 24, 2019; | 11.05 |
| 06/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 24, 2019; | 32.43 |
| 06/25/19 | Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (office to hotel); Jun 25, 2019; | 12.28 |
| 06/25/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 25, 2019; | 34.84 |
| 06/25/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 25, 2019; | 18.48 |
| 06/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren | 17.53 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 9 of 17

| Date | Description | Amount |
|---|---|---|
| | Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 25, 2019; | |
| 06/25/19 | Taxi/Car Service; Jorian Rose; LUCKY CAB 1450 San Francisco CA; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 25, 2019; | 57.18 |
| 06/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 25, 2019; | 60.33 |
| 06/25/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 25, 2019; | 13.45 |
| 06/26/19 | Ground Transportation Out of Town (E110) Parking; Robert Julian; Parking for court hearing; Jun 26, 2019; | 20.00 |
| 06/26/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 26, 2019; | 11.09 |
| 06/26/19 | Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (office to Courthouse); Jun 26, 2019; | 10.49 |
| 06/26/19 | Taxi/Car Service; Jorian Rose; YELLOW San Francisco CA; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 26, 2019; | 14.75 |
| 06/26/19 | Taxi/Car Service; Jorian Rose; ALAN DO San Francisco CA; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 26, 2019; | 10.14 |
| 06/26/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 26, 2019; | 15.34 |
| 06/27/19 | Parking; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (airport parking); Jun 27, 2019; | 80.00 |
| 06/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19) (hotel to airport); Jun 27, 2019; | 46.39 |
| 06/27/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 27, 2019; | 11.70 |
| 06/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian | 102.81 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 10 of 17

| Date | Description | Amount |
|---|---|---|
| | Rose; Taxi expense during trip from San Francisco, CA to attend hearing on bar date and noticing issues and Herndan adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 27, 2019; | |
| 06/27/19 | Ground Transportation Out of Town (E110) Parking; Lauren Attard; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims. Parking at Los Angeles Hilton Airport Parking .; Jun 27, 2019; | 58.19 |
| 06/27/19 | Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 27, 2019; | 44.19 |
| 06/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 27, 2019; | 15.46 |
| 06/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren Attard; Merchant: Lyft Merchant:Lyft; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; Jun 27, 2019; | 17.54 |
| 06/27/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 27, 2019; | 38.77 |
| 06/28/19 | Parking; Lars Fuller; DIA PARKING OPERATIO DENVER CO; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 28, 2019; | 100.00 |
| 06/28/19 | Taxi/Car Service; Lars Fuller; UBER TRIP HELP.UBER.COM CA; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 28, 2019; | 39.02 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **3,624.93** |
| 05/23/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; 6/9 and 6/13/2019 United Airlines round trip travel Cleveland, OH/San Francisco, CA to meet with Team on 6/10/2019 regarding case management and to participate in Committee meeting on 6/12/2019 in San Francisco, CA.; | 2,615.71 |
| 05/28/19 | Airfare; Lars Fuller; UNITED AIRLINES CLEVELAND OH; May 28, 2019 - June 1, 2019 - Travel to San Francisco, CA, to work on PG&E Bankruptcy Case.; | 1,742.25 |
| 05/31/19 | Airfare/Trainfare (E110) Airfare; Lars Fuller; UNITED AIRLINES CLEVELAND OH; June 4-8, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; | 1,022.12 |
| 06/01/19 | Airfare/Trainfare (E110) Airfare; Elizabeth Green; Travel to San Francisco for PG&E Meetings June 9, 2019 to June 12, 2019 - | 1,627.31 |

Baker & Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 11 of 17

| Date | Description | Amount |
| --- | --- | --- |
| | Airfare; | |
| 06/03/19 | Airfare; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; | 2,535.70 |
| 06/04/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; 06/09/19 to 06/12/19 roundtrip travel to/from Los Angeles and San Francisco for Meetings on Claims.; | 327.60 |
| 06/05/19 | Airfare/Trainfare (E110) Airfare; Madiha Zuberi; Travel to Sacramento to attend the Commission on Catastrophic Wildfire and Recovery Meeting on 06/07/2019; | 511.96 |
| 06/11/19 | Airfare/Trainfare (E110) Airfare; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; | 2,615.71 |
| 06/11/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; 06/09/19 to 06/12/19 Travel to/rom Los Angeles and San Francisco for Meetings on Claims. Flight change Fee.; | 78.99 |
| 06/12/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); | 2,572.09 |
| 06/15/19 | Airfare/Trainfare (E110) Airfare; Lars Fuller; UNITED AIRLINES CLEVELAND OH; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; | 958.23 |
| 06/16/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; | 198.30 |
| 06/18/19 | Airfare/Trainfare (E110) Airfare; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; | 2,242.21 |
| 06/19/19 | Airfare; Lauren Attard; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; | 183.30 |
| 06/19/19 | Airfare/Trainfare (E110) Airfare; Lauren Attard; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims.; | 342.61 |
| 06/21/19 | Airfare; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19); | 2,272.68 |
| 06/23/19 | Airfare/Trainfare (E110) Airfare; Lars Fuller; UNITED AIRLINES CLEVELAND OH; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; | 1,141.15 |
| 06/25/19 | Airfare/Trainfare (E110) Airfare; Jorian Rose; American Airlines FT WORTH TX; Flight expenses to/from San Francisco, CA to attend hearing on bar date and noticing issues and Herndan adversary proceeding (Dates of travel are June 25-27, 2019).; | 3,851.60 |
| | **Subtotal - Airfare/Trainfare (E110)** | **26,839.52** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 12 of 17

| Date | Description | Amount |
|---|---|---|
| 05/28/19 | Lodging (E110) Lodging; Lars Fuller; May 28, 2019 - June 1, 2019 - Travel to San Francisco, CA, to work on PG&E Bankruptcy Case.; May 28, 2019 | 464.80 |
| 05/31/19 | Lodging; Lars Fuller; May 28, 2019 - June 1, 2019 - Travel to San Francisco, CA, to work on PG&E Bankruptcy Case.; May 31, 2019 | 1,046.42 |
| 06/05/19 | Lodging (E110) Lodging; Lauren Attard; 06/04/19 to 06/06/19 Travel to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 05, 2019 | 1,046.08 |
| 06/06/19 | Lodging (E110) Lodging; Daniel Kavouras; Client meetings in San Francisco the week of June 3, 2019.; Jun 06, 2019 | 1,429.56 |
| 06/08/19 | Lodging (E110) Lodging; Lars Fuller; June 4-8, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 08, 2019 | 1,422.96 |
| 06/09/19 | Lodging; Elizabeth Green; Travel to San Francisco, California to Attend Meetings with Bob Julian and Joe Esmont to June 9, 2019 June 11, 2019 - Hotel Room; Jun 09, 2019 | 1,367.72 |
| 06/10/19 | Lodging (E110) Lodging; Lauren Attard; 06/09/19 to 06/12/19 roundtrip travel to/rom Los Angeles and San Francisco for Meetings on Claims.; Jun 10, 2019 | 1,639.02 |
| 06/11/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); Jun 11, 2019 | 1,069.38 |
| 06/12/19 | Lodging (E110) Lodging; Susan Edelman; Hotel - PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Jun 12, 2019 | 674.36 |
| 06/12/19 | Lodging (E110) MARRIOTT Committee Chair -Karen Lockhart / hotel and parking // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Inv. 15903 | 719.36 |
| 06/13/19 | Lodging (E110) Lodging; Joseph Esmont; Lodging in San Francisco to meet with Team regarding case management and to participate in Committee meeting in San Francisco, CA.; Jun 9, 2019 - Jun 13, 2019 | 2,495.75 |
| 06/13/19 | Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/11/19 to 6/14/19); Jun 13, 2019 | 399.16 |
| 06/13/19 | Lodging (E110) Lodging; Daniel Kavouras; Attend client meeting with expert in San Francisco on June 13, 2019.; Jun 13, 2019 | 426.19 |
| 06/17/19 | Lodging (E110) Lodging; Lars Fuller; June 17-19, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 17, 2019 | 753.30 |
| 06/17/19 | Lodging (E110) Lodging; Lauren Attard; 06/16/19 to 06/20/19 Travel roundtrip to/from Los Angeles and San Francisco for Meetings on Claims.; Jun 17, 2019 | 2,114.30 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 13 of 17

| Date | Description | Amount |
|---|---|---|
| 06/21/19 | Lodging (E110) Lodging; Daniel Kavouras; Client and expert meetings in San Francisco on June 19, 20, and 21, 2019.; Jun 21, 2019 | 1,255.35 |
| 06/24/19 | Lodging (E110) Lodging; Lars Fuller; June 24-27, 2019 - Travel to San Francisco to work on PG&E Bankruptcy Case.; Jun 24, 2019 | 1,102.73 |
| 06/24/19 | Lodging (E110) Lodging; Eric Goodman; travel to San Francisco, CA for work on PG&E bankruptcy (6/24/19 to 6/27/19); Jun 24, 2019 | 1,310.52 |
| 06/25/19 | Lodging (E110) Lodging; Lauren Attard; 06/24/19 to 6/27/19 roundtrip travel from/to Los Angeles and San Francisco for Meetings on Claims. Accommodations at the InterContinental Hotel, San Frnacisco.; Jun 25, 2019 | 1,393.86 |
| 06/25/19 | Lodging (E110) Lodging; Jorian Rose; Hotel expense during trip to San Francisco, CA to attend hearing on bar date and noticing issues and Herndon adversary proceeding (Dates of travel are June 25-27, 2019).; Jun 25, 2019 | 1,162.25 |
| | **Subtotal - Lodging (E110)** | **23,293.07** |
| 06/27/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation for Lauren Attard on 6/26/2019; Inv. 9757605 | 147.50 |
| 06/27/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation for Cecily Dumas on 6/26/2019; Inv. 9880350 | 125.00 |
| 06/27/19 | Teleconference Charges (E105) COURTCALL, LLC PG&E Corporation for Eric Sagerman on 6/26/2019; Inv. 9879953 | 155.00 |
| | **Subtotal - Teleconference Charges (E105)** | **427.50** |
| 06/06/19 | Miscellaneous (E124) Audio/Visual equipment rental for meeting space // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607; Inv. 61 | 2,272.40 |
| 06/06/19 | Miscellaneous (E124) Room rental for meeting space // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607; Inv. 61 | 491.63 |
| 06/08/19 | Miscellaneous (E124) Hard hats and dust masks for committee // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607; Inv. 08370-6255422 | 347.45 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 3314-5   Filed: 07/31/19   Entered: 07/31/19 16:17:34   Page 14 of 17

| Date | Description | Amount |
|---|---|---|
| 06/12/19 | Miscellaneous (E124) NLS/ACL Services Transportation for group // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Inv. 190730 | 570.27 |
| | **Subtotal - Miscellaneous (E124)** | **3,681.75** |
| 06/28/19 | Filing Fees (E112) Filing Fees and Related; Lars Fuller; U.S. Bankruptcy Court, San Francisco - filing fee for Pro Hac Vice of Lars Fuller.; Jun 28, 2019; | 310.00 |
| | **Subtotal - Filing Fees (E112)** | **310.00** |
| 06/10/19 | Other Professional Services (E123) JAMES M BEKIER Domain name agreements; Inv. 08008-netwo-6102019 | 38.97 |
| 06/30/19 | Other Professional Services (E123) Fee Expert 2 | 17,626.25 |
| 07/12/19 | Other Professional Services (E123) Fee Expert 1 | 36,160.00 |
| 07/26/19 | Other Professional Services (E123) Fee Expert 3 | 8,000.00 |
| | **Subtotal - Other Professional Services (E123)** | **61,825.22** |
| 06/12/19 | Transcripts (E116) eScribers, LLC 6/11/19 Hearing Transcript; Inv. 255855 | 34.80 |
| 06/28/19 | Transcripts (E116) eScribers, LLC 6/26/19 Hearing Transcript; Inv. 259453 | 278.40 |
| | **Subtotal - Transcripts (E116)** | **313.20** |
| 06/13/19 | Business Meals, etc. (E111) Scott's Seafood Final payment for lunch // PG&E Tort's Claim Committee Site inspection of the Ghost Ship (1305 31st Ave) on June 12, 2019 followed by a PG&E Tort's Claim Committee meeting at Scott's Seafood, 2 Broadway Oakland CA 94607.; Inv. 18045-1 | 2,757.45 |
| | **Subtotal - Business Meals, etc. (E111)** | **2,757.45** |
| 06/30/19 | Online Research (E106) LexisNexis Risk Solutions June 2019 Online Demand Activity; Inv. 5020641-20190630 | 181.46 |
| | **Subtotal - Online Research (E106)** | **181.46** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 15 of 17

| Date | Description | Amount |
|---|---|---:|
| 06/05/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7876 92736958 | 38.47 |
| 06/11/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7878 10579365 | 34.45 |
| 06/21/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7880 23662713 | 34.32 |
| 06/24/19 | FedEx Honorable Dennis Montali Chambers Copies US Bank ruptcy 450 GOLDEN GATE AVE SAN FRANCISCO CA 7880 72415673 | 34.32 |
| | **Subtotal - Delivery Services (E107)** | **141.56** |
| 06/07/19 | Ground Transportation Local (E109) Concord Limousine 1, LLC. Concord LANDRIO Car Service 06/04/2019 08:21 PM" 9060415996,; Inv. 134472 | 153.24 |
| 06/12/19 | Ground Transportation Local (E109) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 6/5/2019 9:25:00 PM" W9060534523; Inv. 1685035 | 36.16 |
| 06/12/19 | Ground Transportation Local (E109) XYZ TWO WAY RADIO SERVICE, INC. XYZ KINNE Car Service 5/30/2019 8:00:00 PM" W9053023745; Inv. 1685035 | 36.16 |
| 06/20/19 | Ground Transportation Local (E109) Taxi/Car Service - Local; Jorian Rose; Taxi expense from attending Committee meeting on June 20, 2019.; Jun 20, 2019; | 95.57 |
| | **Subtotal - Ground Transportation Local (E109)** | **321.13** |
| 06/26/19 | POSTAGE - 06/01/19 - 06/26/19 | 115.76 |
| | **Subtotal - Postage (E108)** | **115.76** |
| 06/30/19 | Westlaw Research - 06/01/19 - 06/30/19 | 7,426.80 |
| | **Subtotal - Automated Research (E106)** | **7,426.80** |
| | **Total** | **$ 132,601.66** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

**ACCOUNT SUMMARY**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 03/27/19 | 50610885 | $ 895,604.78 | 06/11/19 | $ 723,840.88 | | $ | $ 171,763.90 |
| 04/30/19 | 50622828 | 1,978,287.33 | 06/30/19 | 1,595,371.23 | | | 382,916.10 |
| 05/30/19 | 50634081 | 1,988,434.85 | 07/17/19 | 1,603,332.10 | | | 385,102.75 |
| 06/26/19 | 50644233 | 2,561,954.78 | | 0.00 | | | 2,561,954.78 |
| Total | | $ 7,424,281.74 | | $ 3,922,544.21 | | $ | $ 3,501,737.53 |

| | |
|---|---|
| Account Receivable Balance | $ 3,501,737.53 |
| This Invoice | $ 2,085,343.41 |
| Total Due including current invoice | $ 5,587,080.94 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 3314-5    Filed: 07/31/19    Entered: 07/31/19 16:17:34    Page 17 of 17