

FILED
JUL 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case Nos. 19-30088 (DM) (Lead Case)<br>                              19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

      **KATHRYN A. COLEMAN**, an attorney duly admitted to practice before the Northern District of California, hereby certifies under penalty of perjury that on July 29, 2019, she caused a true and correct copy of Hyundai Corporation USA's *Notice of Continued Perfection Maintenance and Enforcement of Mechanics Lien Claim Pursuant to 11 U.S.C. § 546(b)(2)* to be served on the parties listed on the attached Service List by the manner indicated therein.

Dated: July 29, 2019
       New York, New York

**HUGHES HUBBARD & REED LLP**

By: */s/ Kathryn A. Coleman*
Kathryn A. Coleman
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
katie.coleman@hugheshubbard.com
*Counsel for Hyundai Corporation USA*

## SERVICE LIST

**BY FIRST CLASS MAIL:**

Chamber of the Honorable Dennis Montali
U.S. Bankruptcy Court Northern District of California
450 Golden Gate Ave, 18th Floor
San Francisco, CA 94102

PG&E Corporation and Pacific
Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900,
San Francisco, CA 94108
Attn: Tobias Keller, Esq.
Jane Kim, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane,
New York, NY 10038-4982
Attn: Erez E. Gilad Esq.
Matthew G. Garofalo

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.

Paul, Weiss, Rifkand, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Alan W. Kornberg, Esq.
Brian S. Hermann, Esq.
Walter R. Rieman, Esq.
Sean A. Mitchell, Esq.
Neal P. Donnelly Esq.

Office of the United States Trustee For
Region 17
450 Golden Gate Ave.
5th Flr. Ste #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
Attn: General Counsel

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.
Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East
33rd Floor, Los
Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400,
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq.
Cecily Dumas, Esq.

**BY ELECTRONIC MAIL:**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com; RASymm@aeraenergy.com; evelina.gentry@akerman.com; yelena.archiyan@akerman.com; john.mitchell@akerman.com; avcrawford@akingump.com; dsimonds@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; Jg5786@att.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov; James.Potter@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; hartlt@ballardspahr.com; John.mccusker@bami.com; ssummy@baronbudd.com; jfiske@baronbudd.com; tmccurnin@bkolaw.com; chigashi@bkolaw.com; thigham@bkolaw.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; csimon@bergerkahn.com; csimon@bergerkahn.com; harriet.steiner@bbklaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; njbloomfield@njblaw.com; mgorton@boutinjones.com;

bletsch@braytonlaw.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com;
schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov;
melaniecruz@chevron.com; marmstrong@chevron.com; dgooding@choate.com;
jmarshall@choate.com; otakvoryan@ckrlaw.com; kwinick@clarktrev.com; mgoodin@clausen.com;
lschweitzer@cgsh.com; mschierberl@cgsh.com; ghofmann@cohnekinghorn.com; ra-li-ucts-bankrupt@state.pa.us; pcalifano@cwclaw.com; deg@coreylaw.com; alr@coreylaw.com;
smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com; acordova@cpmlegal.com;
ablodgett@cpmlegal.com; Tambra.curtis@sonoma-county.org; eric.may@yolocounty.org;
fsmith@cozen.com; mfelger@cozen.com; mplevin@crowell.com; bmullan@crowell.com;
malmy@crowell.com; tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com;
kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com;
eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com;
dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com;
Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com;
peter.wolfson@dentons.com; samuel.maizel@dentons.com; kdiemer@diemerwei.com;
david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com;
scampora@dbbwc.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com;
Randy.Sawyer@edpr.com; sally@elkshep.com; jim@elkshep.com; larry@engeladvice.com;
sgarabato@epiqglobal.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com;
sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com;
rwitthans@fhlawllp.com; emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com;
sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com; dsh@classlawgroup.com;
Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; Mrosenthal@gibsondunn.com;
Amoskowitz@gibsondunn.com; vuocolod@gtlaw.com; steinbergh@gtlaw.com;
hoguem@gtlaw.com; etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com;
mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com;
Sharon.petrosino@hercrentals.com; jdoran@hinckleyallen.com; erin.brady@hoganlovells.com;
hampton.foushee@hoganlovells.com; bennett.spiegel@hoganlovells.com;
alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; rwolf@hollandhart.com;
robert.labate@hklaw.com; david.holtzman@hklaw.com; mjb@hopkinscarley.com;
jross@hopkinscarley.com; keckhardt@huntonak.com; ppartee@huntonak.com;
mjdube@ca.ibm.com; cvarnen@irell.com; astrabone@irell.com; jreisner@irell.com;
klyman@irell.com; mstrub@irell.com; Bankruptcy2@ironmountain.com;
robert.albery@jacobs.com; jane-luciano@comcast.net; ajang@janglit.com; snoma@janglit.com;
jdt@jdthompsonlaw.com; rbk@jmbm.com; byoung@jmbm.com; lgabriel@bg.law;
aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com;
tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com;
KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com;
Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com;
aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; marc.kieselstein@kirkland.com;
mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com;
stephen.hessler@kirkland.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com;
hbedoyan@kleinlaw.com; ecf@kleinlaw.com; tdubbs@labaton.com; lgottlieb@labaton.com;
cvillegas@labaton.com; jdubbin@labaton.com; klamb@lkfirm.com; mslattery@lkfirm.com;
tkelch@lkfirm.com; summerst@lanepowell.com; adam.malatesta@lw.com;
amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com;
christopher.harris@lw.com; andrew.parlen@lw.com; daren@schlecterlaw.com;
pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; smo@smolsonlaw.com;
ws@waynesilverlaw.com; tjb@brandilaw.com; matt@lesnickprince.com;
cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM;
Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com;
Scott.Lee@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com;
houston_bankruptcy@publicans.com; asmith@lockelord.com; bknapp@lockelord.com;
eguffy@lockelord.com; lkress@lockelord.com; meagan.tom@lockelord.com;
sbryant@lockelord.com; jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com;
metkin@lowenstein.com; abehlmann@lowenstein.com; golivera@lowenstein.com;

4

CERTIFICATE OF SERVICE

imac@macfern.com; mannycorrales@yahoo.com; Craig@MarguliesFaithLaw.com;
malexander@maryalexander.com;
Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com;
Annie.Duong@mccormickbarstow.com; jsmith@mckoolsmith.com;
randy.michelson@michelsonlawgroup.com; ddunne@milbank.com; skhalil@milbank.com;
Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com;
ablevin@mintz.com; anahmias@mbnlawyers.com; kmontee@monteeassociates.com;
James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com;
rpedone@nixonpeabody.com; wlisa@nixonpeabody.com; info@norcallawgroup.net;
joe@norcallawgroup.net; howard.seife@nortonrosefulbright.com;
andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com;
kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; jbeiswenger@omm.com;
jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com; pfriedman@omm.com;
bankruptcy@coag.gov; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov;
Marta.Villacorta@usdoj.gov; dfelder@orrick.com; dmintz@orrick.com; lmcgowen@orrick.com;
malevinson@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com;
dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jfiero@pszjlaw.com;
tom@parkinsonphinney.com; akornberg@paulweiss.com; bhermann@paulweiss.com;
wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com;
wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov; efile@pbgc.gov;
efile@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; efile@pbgc.gov;
ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; dania.slim@pillsburylaw.com;
hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com;
philip.warden@pillsburylaw.com; epino@epinolaw.com; peter@pmrklaw.com;
lweber@polsinelli.com; rsoref@polsinelli.com; pgeteam@PrimeClerk.com;
serviceqa@primeclerk.com; gerald.kennedy@procopio.com; mbienenstock@proskauer.com;
brosen@proskauer.com; mzerjal@proskauer.com; mfirestein@proskauer.com;
lrappaport@proskauer.com; sma@proskauer.com; dbp@provlaw.com;
rbeacher@pryorcashman.com; crivas@reedsmith.com; mhouston@reedsmith.com;
jdoolittle@reedsmith.com; mhouston@reedsmith.com; mhowery@reedsmith.com;
pmunoz@reedsmith.com; rsimons@reedsmith.com; lillian.stenfeldt@rimonlaw.com;
phillip.wang@rimonlaw.com; nanette@ringstadlaw.com; robins@robinscloud.com;
rbryson@robinscloud.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com;
daniel.egan@ropesgray.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com;
peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com;
ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; rfriedman@rutan.com;
pblanchard@rutan.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org;
cbelmonte@ssbb.com; pbosswick@ssbb.com; erlamblaw@gmail.com; gkalikman@schnader.com;
dmg@severson.com; dhc@severson.com; bjk@severson.com; rpinkston@seyfarth.com;
charney@seyfarth.com; dshemano@shemanolaw.com; mlauter@sheppardmullin.com;
egoldstein@goodwin.com; lshulman@shbllp.com; mlowe@shbllp.com; dvd@svlg.com;
keb@svlg.com; jsanders@stblaw.com; michael.torkin@stblaw.com; ngoldin@stblaw.com;
kmclendon@stblaw.com; jamie.fell@stblaw.com; Amy.Park@skadden.com;
Eric.Ivester@skadden.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com;
patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov; jcumming@dir.ca.gov;
bglaser@swesq.com; sc2104271@gmail.com; cp@stevenslee.com; lpg@stevenslee.com;
jdsokol@lawssl.com; kcoles@lawssl.com; dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com;
ethompson@stites.com; david.levant@stoel.com; gabrielle.glemann@stoel.com;
oren.haker@stoel.com; sunny.sarkis@stoel.com; pglassman@sycr.com; dmoon@stroock.com;
fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com;
khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com;
mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com; hill@SullivanHill.com; hawkins@SullivanHill.com;
dabbieri@SullivanHill.com; ivan@icjenlaw.com; jmills@taylorenglish.com;
daniel@thebklawoffice.com; Erika.Schoenberger@davey.com; altogut@teamtogut.com;
kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com;

5

Rich@TrodellaLapping.com; gabriel.ozel@troutman.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; shane.huang@usdoj.gov; shane.huang@usdoj.gov; bankruptcynotices@up.com; matthew.troy@usdoj.gov; matthew.troy@usdoj.gov; sanfrancisco@sec.gov; secbankruptcy@sec.gov; wagstaffe@wvbrlaw.com; busch@wvbrlaw.com; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; cshore@whitecase.com; rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com; peter.boutin@kyl.com; acaton@kramerlevin.com; mwasson@kramerlevin.com; lwelsh@lkwelshlaw.com; malone@oles.com; luckey.mcdowell@shearman.com; Daniel.laguardia@shearman.com; okatz@sheppardmullin.com; mlauter@sheppardmullin.com; sfarzan@sheppardmullin.com; geral@slffirm.com; john@slffirm.com; squan@steyerlaw.com; Rhonda.goldstein@ucop.edu