Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH MAY 31, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Coll-Very, Alexis | Litigation | 1997 | 1,480.00 | 0.30 | $444.00 |
| Curnin, Paul C. | Litigation | 1988 | 1,640.00 | 36.60 | $60,024.00 |
| Goldin, Nicholas | Litigation | 2000 | 1,480.00 | 17.20 | $25,456.00 |
| Grogan, Gregory T. | ECEB | 2001 | 1,535.00 | 10.10 | $15,503.50 |
| Kelley, Karen H. | Corporate | 2003 | 1,425.00 | 1.10 | $1,567.50 |
| Ponce, Mario A. | Corporate | 1989 | 1,640.00 | 50.20 | $82,328.00 |
| Purushotham, Ravi | Corporate | 2010 | 1,325.00 | 7.00 | $9,275.00 |
| Torkin, Michael H. | Corporate | 1999 | 1,535.00 | 23.80 | $36,533.00 |
| Alcabes, Elisa | Litigation | 1989 | 1,220.00 | 54.70 | $66,734.00 |
| McLendon, Kathrine | Corporate | 1985 | 1,220.00 | 23.40 | $28,548.00 |
| Rapp, James I. | Corporate | 1999 | 1,190.00 | 0.20 | $238.00 |
| **Total Partners and Counsel:** | | | | **224.60** | **$326,651.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | 700.00 | 2.70 | $1,890.00 |
| Fell, Jamie | Corporate | 2015 | 995.00 | 18.60 | $18,507.00 |
| Isaacman, Jennifer | Litigation | Not admitted | 590.00 | 27.60 | $16,284.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | 590.00 | 25.20 | $14,868.00 |
| Levine, Jeff P. | Corporate | 2016 | 915.00 | 5.00 | $4,575.00 |
| Mahboubi, Aria | Corporate | 2018 | 700.00 | 4.30 | $3,010.00 |
| Philips, Jacob M. | ECEB | 2017 | 840.00 | 5.10 | $4,284.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | 1,095.00 | 44.90 | $49,165.50 |
| Sussman, Rebecca A. | Litigation | 2017 | 840.00 | 50.20 | $42,168.00 |
| Vallejo, Melissa A. | Litigation | Not admitted | 590.00 | 12.30 | $7,257.00 |
| Yeagley, Alexander | Corporate | 2018 | 700.00 | 2.90 | $2,030.00 |
| **Total Associates:** | | | | **198.80** | **$164,038.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Laspisa, Rosemarie | Paralegal - Litigation | 400.00 | 0.50 | $200.00 |
| **Total Paraprofessionals:** | | | **0.50** | **$200.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 1,454.37 | 224.60 | $326,651.00 |
| Associates | 825.14 | 198.80 | $164,038.50 |
| Paraprofessionals | 400.00 | 0.50 | $200 |
| Blended Attorney Rate | 1,158.93 | | |
| **Total Fees Incurred** | | **423.90** | **$490,889.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017