## Exhibit C

### EXPENSE SUMMARY FOR THE PERIOD
### MAY 1, 2019 THROUGH MAY 31, 2019

| Expenses | Amounts |
|---|---|
| **Research** | **$95.74** |
| Online Research | $23.80 |
| Document Retrieval | $71.94 |
| **Meals** | **$513.70** |
| Overtime | $70.04 |
| Travel | $443.66 |
| **Travel** | **$8,845.09** |
| Airfare | $7,166.50 |
| Hotel | $1,348.20 |
| Out-of-Town Travel | $330.39 |
| **Transportation** | **$191.58** |
| Local | $176.23 |
| Overtime Carfare | $15.35 |
| **Printing** | **$6.12** |
| **Conferencing/Communication** | **$225.37** |
| Telephone | $28.36 |
| Conferencing Services | $162.01 |
| Court Call | $35.00 |
| **Total Expenses Requested:** | **$9,877.60** |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017