**Exhibit D**

**FEE SUMMARY DETAIL**

**Task: Case Administration (CA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 5/20/2019 | McLendon, Kathrine | T/c w/ J. Fell re filing of notices of appearance (0.2); emails MCO re: ECF arrangements (0.2); review docket (0.1). | 0.50 | 610.00 |
| 5/22/2019 | McLendon, Kathrine | T/c w/ J. Fell re: filing notice of appearance (0.1); further emails w/ J. Fell and MCO re: filing NOA (0.1). | 0.20 | 244.00 |
| 5/23/2019 | McLendon, Kathrine | Email to Buchbinder re: fully-executed board engagement letter. | 0.10 | 122.00 |
| 5/30/2019 | McLendon, Kathrine | Review updated case calendar (0.1). | 0.10 | 122.00 |
| 5/3/2019 | Fell, Jamie | Review of docket and agenda and discussion w/ Weil Gotshal & Manges re: prep and strategy for May 9 Omnibus Hearing. | 0.50 | 497.50 |
| 5/13/2019 | Fell, Jamie | Prepare notices of appearance. | 1.00 | 995.00 |
| 5/14/2019 | Fell, Jamie | Draft notices of appearance & correspondence w/ Weil and California local counsel re: same. | 1.70 | 1,691.50 |
| 5/15/2019 | Fell, Jamie | Review of local rules and additional research re: filing notices of appearance (0.7), discussion with managing clerks and California local counsel re: filing procedure (0.5). | 1.20 | 1,194.00 |
| **TOTAL** | | | **5.30** | **$5,476.00** |

**Task: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 5/1/2019 | Alcabes, Elisa | Continued analysis re: D&O insurance options (0.3); email to P. Curnin re same (0.2). | 0.50 | 610.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/1/2019 | Curnin, Paul C. | T/c w/ Company re: scheduling (0.2); review 10-Q (0.7); work on D&O issues (0.4). | 1.30 | 2,132.00 |
| 5/2/2019 | Alcabes, Elisa | Email to client and P. Curnin re: D&O insurance memo and upcoming meeting re: same (0.5). | 0.50 | 610.00 |
| 5/2/2019 | Curnin, Paul C. | Revise Board document (0.5); t/c w/ Company re: same (0.3). | 0.80 | 1,312.00 |
| 5/2/2019 | Curnin, Paul C. | Prepare for bankruptcy hearing (0.5). | 0.50 | 820.00 |
| 5/3/2019 | Alcabes, Elisa | Analysis re: D&O insurance issues (0.2); email w/ Company and P. Curnin re: meeting with Directors (0.2); review insurance materials from Company (0.8). | 1.20 | 1,464.00 |
| 5/6/2019 | Alcabes, Elisa | Email to Company and P. Curnin re: D&O insurance (0.5). | 0.50 | 610.00 |
| 5/6/2019 | Curnin, Paul C. | Communications w/ Company and E. Alcabes re: D&O insurance (0.5). | 0.50 | 820.00 |
| 5/6/2019 | Goldin, Nicholas | Confer w/ team re: strategy, workstreams, Director issues. | 1.00 | 1,480.00 |
| 5/7/2019 | McLendon, Kathrine | Review latest draft of Board presentation re: bankruptcy considerations (0.3). | 0.30 | 366.00 |
| 5/7/2019 | Alcabes, Elisa | Review/analyze D&O policies re: issues raised by Company and Weil (1.0); email to P. Curnin re: same (0.7); email to P. Curnin and team re: D&O insurance analysis for Board (0.4); email/conference call w/ Company and P. Curnin re: insurance (1.5); review/revise updated Board analysis re: D&O insurance (1.1); email to P. Curnin and team re: same (0.2). | 4.90 | 5,978.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 5/7/2019 | Curnin, Paul C. | Call with Company re: 10b5-1 (0.5); t/c w/ S. Karotkin re: matter status (0.2); t/c K. Orsini re: matter status (0.2); revise Board analysis re: insurance (0.3); t/c w/ Company re: insurance (0.6). | 1.80 | 2,952.00 |
| 5/7/2019 | Goldin, Nicholas | Review CPUC order (0.2); communications w/ team re: same (0.1). | 0.30 | 444.00 |
| 5/8/2019 | Alcabes, Elisa | T/c w/ P. Curnin and Company re: D&O indemnity and insurance issues (1.4); further review policy (0.5); follow-up t/c and email to P. Curnin and Company re: insurance issues (0.7). | 2.60 | 3,172.00 |
| 5/8/2019 | Goldin, Nicholas | Meeting w/ Company counsel (0.8); communications w/ team re: strategy (0.2). | 1.00 | 1,480.00 |
| 5/9/2019 | Alcabes, Elisa | T/c w/ Company and Marsh re: update on insurance (0.6); email to team re: Board analysis issues (0.3). | 0.90 | 1,098.00 |
| 5/10/2019 | Alcabes, Elisa | Email to P. Curnin and Company re: insurance and timetable (0.4). | 0.40 | 488.00 |
| 5/10/2019 | Curnin, Paul C. | Attend Board call (1.0). | 1.00 | 1,640.00 |
| 5/10/2019 | Goldin, Nicholas | Prepare for Board meeting (0.3). | 0.30 | 444.00 |
| 5/10/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: Board/Committee meetings (0.5); emails and t/cs w/ R. Sussman and K. Kinsel re: same (0.7). | 1.20 | 1,314.00 |
| 5/13/2019 | Alcabes, Elisa | Email to P. Curnin and Company re: finalizing proposal (0.3); prepare markup of policy for proposal (2.5); email to Company, P. Curnin and Weil re: next steps re: same (0.5). | 3.30 | 4,026.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/13/2019 | Curnin, Paul C. | T/c w/ E. Alcabes re: insurance issues (0.3). | 0.30 | 492.00 |
| 5/13/2019 | Goldin, Nicholas | Prepare work product for Board meeting (0.8). | 0.80 | 1,184.00 |
| 5/13/2019 | Isaacman, Jennifer | Revise talking points for N. Goldin re: Board meeting (0.3). | 0.30 | 177.00 |
| 5/14/2019 | Alcabes, Elisa | Email to P. Curnin, Company, Weil team re: discussions to finalize D&O insurance proposal (0.5); prepare for and t/c w/ Company re: same and next steps (0.8); follow-up emails w/ Company and P. Curnin re: same (0.4); t/c w/ Weil team, P. Curnin and Company re: bankruptcy considerations re insurance proposal and follow-up emails w/ Company and P. Curnin re: same (1.2); prepare material re: D&O insurance for Board (1.0); email to P. Curnin re: same (0.2). | 4.10 | 5,002.00 |
| 5/14/2019 | Curnin, Paul C. | Prepare for Board meeting (1.3); t/c w/ Company re: insurance (0.5); t/c w/ Weil re: insurance (0.4); t/cs w/ Company re: recent matters (0.8). | 3.00 | 4,920.00 |
| 5/14/2019 | Goldin, Nicholas | Prepare material for Board meetings (0.4); communications w/ team re: same (0.1). | 0.50 | 740.00 |
| 5/14/2019 | Sussman, Rebecca A. | Review talking points for Board meeting (0.5); emails w. N. Goldin and J. Isaacman re: same (0.2). | 0.70 | 588.00 |
| 5/14/2019 | Mahboubi, Aria | Prepare work product re: Director requests (1.0). | 1.00 | 700.00 |
| 5/14/2019 | Isaacman, Jennifer | Revise talking points for N. Goldin re: Board meeting (0.6). | 0.60 | 354.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/15/2019 | Alcabes, Elisa | Email to Company re: insurance issues for Board (0.5); revise talking points and email to P. Curnin re: same (0.6); prepare further revisions to proposed policy (0.8); email/conference call w/ Company re: captive policy issues (1.2). | 3.10 | 3,782.00 |
| 5/15/2019 | Curnin, Paul C. | Attend Board meeting and prepare for meeting (2.2); discussions with individual directors (2.8). | 5.00 | 8,200.00 |
| 5/15/2019 | Phillips, Jacob M. | Attend meeting of the Compensation Committee of the Board (1.0). | 1.00 | 840.00 |
| 5/15/2019 | Phillips, Jacob M. | Draft 8-K re: Board matters (0.2). | 0.20 | 168.00 |
| 5/15/2019 | Mahboubi, Aria | Prepare work product re: Director requests (1.9). | 1.90 | 1,330.00 |
| 5/16/2019 | Alcabes, Elisa | Email to Company re: additional policy revisions, comments to talking points and timetable (0.8); t/c w/ Company and others re: policy terms and conditions, timetable and next steps (1.0); review/revise Marsh form (1.8); email to Company re: same (0.3). | 3.90 | 4,758.00 |
| 5/16/2019 | Curnin, Paul C. | Attend Board meeting and prepare for meeting (3.5); discussions with individual directors (3.5). | 7.00 | 11,480.00 |
| 5/16/2019 | Phillips, Jacob M. | Draft 8-K re: Board matters (0.6). | 0.60 | 504.00 |
| 5/17/2019 | Alcabes, Elisa | Email to insurer re: documents and review same (0.5); email to P. Curnin re potential alternative policy (0.3); email K. McLendon and J. Fell re: same (0.2). | 1.00 | 1,220.00 |
| 5/20/2019 | McLendon, Kathrine | T/c w/ E. Alcabes re: D&O insurance (0.3). | 0.30 | 366.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/21/2019 | Curnin, Paul C. | Review CPUC draft response (1.0); review Company's comments to CPUC proposed decision (1.0); t/c w/ K. Orsini (Cravath) re: matter (0.3). | 2.30 | 3,772.00 |
| 5/22/2019 | Curnin, Paul C. | T/c w/ Company re: CPUC submission (0.7); attend to insurance issues (0.8); attend Board call (0.5). | 2.00 | 3,280.00 |
| 5/23/2019 | Alcabes, Elisa | Email insurer re: revisions to proposed policy (0.5); email w/ Company re: same (0.3); email w/ Weil re: status update on D&O insurance and call to discuss next steps (0.3); review/analyze insurer comments to draft proposed policy (1.5); revise draft policy re: same, including conforming definitions and ensuring consistent treatment of key provisions (3.0); email to Company re: same (0.3); review background information, timetable and participation agreement in preparation for call with Weil team and Company re: next steps re: coverage (1.0); email to P. Curnin re status and next steps (0.3). | 7.20 | 8,784.00 |
| 5/23/2019 | Curnin, Paul C. | Review draft submission to CPUC (0.7); t/c w/ Company re: same. | 1.00 | 1,640.00 |
| 5/23/2019 | Goldin, Nicholas | Communications w/ team re: developments (0.3). | 0.30 | 444.00 |
| 5/23/2019 | Sussman, Rebecca A. | T/c w/ N. Goldin and J. Fell re: Board presentation (0.2); t/c w/ J. Fell, J. Isaacman re: legal research (0.4); review of recent presentations (0.6); review legal research re: same (0.3). | 1.50 | 1,260.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/23/2019 | Isaacman, Jennifer | T/c w/ J. Fell and R. Sussman re: Board presentation (0.4). | 0.40 | 236.00 |
| 5/24/2019 | Alcabes, Elisa | Email to Weil re: call to discuss next steps re: insurance (0.3); tc/email to P. Curnin re status of captive proposal and policy (0.5); email/conference call w/ Company re: captive policy and tax issues (0.6). | 1.40 | 1,708.00 |
| 5/24/2019 | Curnin, Paul C. | Attend Board meeting/call (1.0). | 1.00 | 1,640.00 |
| 5/24/2019 | Phillips, Jacob M. | Draft email re: Compensation Committee inquiries (0.5). | 0.50 | 420.00 |
| 5/24/2019 | Sussman, Rebecca A. | Calls/emails w/ J. Isaacman re: research for Board presentation (1.0); review and provide comments re: same (0.5). | 1.50 | 1,260.00 |
| 5/24/2019 | Isaacman, Jennifer | Research re: Board presentation (0.5). | 0.50 | 295.00 |
| 5/25/2019 | Sussman, Rebecca A. | Legal research re: Board analysis/presentation (1.4). | 1.40 | 1,176.00 |
| 5/26/2019 | Goldin, Nicholas | Communications w/ team re: matter status (0.5). | 0.50 | 740.00 |
| 5/28/2019 | Alcabes, Elisa | Prepare for and conference call w/ Company re: insurance policy and next steps re: seeking bankruptcy court approval (0.5); follow-up conference call w/ Company re: same (0.3); email to insurer and Company re: final draft policy and declarations page (0.7); tc/email w/ T. Schinckel (Weil) re: next steps re bankruptcy filing (0.5); commence draft submission re D&O insurance for bankruptcy filing (1.0); further email to insurer and Company re: D&O insurance (0.3); email to P. Curnin re: policy terms/conditions issue (0.4). | 3.70 | 4,514.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/28/2019 | Curnin, Paul C. | T/c w/ Company and E. Alcabes re: insurance (0.3); attend CPP committee call (0.5); review committee materials (1.0); review Alsup order (0.2); review scope of bankruptcy release (0.3). | 2.30 | 3,772.00 |
| 5/28/2019 | Goldin, Nicholas | Attend Board meeting (1.0); review Board materials (1.1); correspondence w/ team re: strategy (0.4). | 2.50 | 3,700.00 |
| 5/28/2019 | Sussman, Rebecca A. | T/c w/ J. Isaacman re: legal research for Board presentation (0.2); call w/. R. Sparks Bradley re: same (0.2); review and analyze legal research for same (1.9). | 2.30 | 1,932.00 |
| 5/28/2019 | Isaacman, Jennifer | Research for Board presentation (1.5); review legal research re: same (0.5). | 2.00 | 1,180.00 |
| 5/29/2019 | McLendon, Kathrine | Conf. w/ E. Alcabes re: D&O insurance (0.2). | 0.20 | 244.00 |
| 5/29/2019 | Alcabes, Elisa | Continue to prepare draft for bankruptcy filing seeking authority to proceed with policy (2.0); prepare and conference call w/ insurer and Company re: policy issues (1.0); email to P. Curnin re: same (0.3); email to Company, re: status, insurer call and follow-up re: policy (0.5); email to K. Pasich re: proposed policy terms (0.5); review/revise/amend draft bankruptcy filing reflecting discussions and comments from Company and email to P. Curnin re: same (2.5). | 6.80 | 8,296.00 |
| 5/29/2019 | Curnin, Paul C. | Attend CPP Committee meeting (0.8). | 0.80 | 1,312.00 |
| 5/29/2019 | Goldin, Nicholas | Attend Board call (2.8); communications w/ team re | 3.30 | 4,884.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | same (0.2); attention to insurance issues (0.3). | | |
| 5/29/2019 | Sussman, Rebecca A. | Calls/emails w/ J. Isaacman re: Board presentation (0.9); review and revise J. Isaacman work product re: same (1.5). | 2.40 | 2,016.00 |
| 5/29/2019 | Kinsel, Kourtney J. | Prepare electronic invitations for special telephonic board meeting (0.1). | 0.10 | 59.00 |
| 5/29/2019 | Isaacman, Jennifer | Research potential claims brought and draft PowerPoint slides for post-petition bankruptcy claims deck for Board (1.4); review research for deck (0.5); internal calls re: prep of deck (0.4); emails internal re: prep of deck (0.2); call w/ R. Sussman re: deck (0.1). | 2.60 | 1,534.00 |
| 5/30/2019 | Alcabes, Elisa | Review reservation of rights letter and email to Latham and team re: next steps re: same (0.8); email to Company re: draft bankruptcy court submission re: authority for insurance (0.3); review/revise draft submission per Company comments (0.7); email insurer re draft submission and review comments to same (0.6); email to Company, P. Curnin, and N. Goldin re amended complaint in securities action (0.2); email Weil and Company re: declaration for submission and next steps (0.5); review/revise draft submission per comments from insurer and P. Curnin and follow-up email to P. Curnin and N. Goldin re same (1.5). | 4.60 | 5,612.00 |
| 5/30/2019 | Curnin, Paul C. | T/cs w/ Cravath and Weil re: matter (0.8). | 0.80 | 1,312.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/30/2019 | Goldin, Nicholas | Analysis of and communications w/ team re: insurance issues (0.8). | 0.80 | 1,184.00 |
| 5/30/2019 | Sussman, Rebecca A. | Review and revise work product re: Board presentation (0.8); emails and calls w. J. Isaacman, and J. Fell re: same (0.5); email w/ N. Goldin re: meeting minutes (0.1). | 1.40 | 1,176.00 |
| 5/30/2019 | Kinsel, Kourtney J. | Prepare electronic invitations for upcoming Board meetings (0.2). | 0.20 | 118.00 |
| 5/30/2019 | Isaacman, Jennifer | Research re: Board presentation (0.4); compile and review work product re: same (0.8); calls and emails w/ J. Fell and team re: same (0.6). | 1.80 | 1,062.00 |
| 5/31/2019 | Alcabes, Elisa | Revise draft insurance motion per additional comments received from Simpson and Weil teams (2.6); several t/cs/emails w/ Company, insurer, and P. Curnin re: same (1.0); t/c/email w/ Weil team re: draft motion, declaration and next steps (0.5). | 4.10 | 5,002.00 |
| 5/31/2019 | Curnin, Paul C. | T/c w/ Company and revise motion re: insurance (1.0). | 1.00 | 1,640.00 |
| 5/31/2019 | Goldin, Nicholas | T/c w/ Company re: Board issues (0.5); attention to correspondence re: same (0.2). | 0.70 | 1,036.00 |
| 5/31/2019 | Sparks Bradley, Rachel | Review/revise Board presentation (0.9); emails w/ J. Fell and R. Sussman re: same (0.5). | 1.40 | 1,533.00 |
| 5/31/2019 | Sussman, Rebecca A. | Review and revise Board presentation (0.5). | 0.50 | 420.00 |
| 5/1/2019 | Ponce, Mario A. | Emails re: Bankruptcy Settlement Strategy. | 0.50 | 820.00 |
| 5/1/2019 | Levine, Jeff P. | Coordinate preparation of STB working group list and vcards for Board. | 0.80 | 732.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/2/2019 | Ponce, Mario A. | Emails, teleconfs re Compensation Committee materials. | 0.40 | 656.00 |
| 5/2/2019 | Ponce, Mario A. | Prepare Guidelines for Shareholder/third-party engagement. | 2.80 | 4,592.00 |
| 5/2/2019 | Ponce, Mario A. | Emails, teleconferences re Guidelines for Shareholder/third-party engagement. | 0.60 | 984.00 |
| 5/2/2019 | Ponce, Mario A. | Emails, materials from Director M. Lefell re onboarding. | 0.50 | 820.00 |
| 5/2/2019 | Purushotham, Ravi | Review and comment on Guidelines regarding director engagement with shareholders and others. | 0.90 | 1,192.50 |
| 5/3/2019 | Ponce, Mario A. | Revisions to Guidelines for third party communications. | 1.20 | 1,968.00 |
| 5/3/2019 | Ponce, Mario A. | Emails/teleconferences re Guidelines, Board/Committee Agendas. | 0.60 | 984.00 |
| 5/3/2019 | Ponce, Mario A. | Review Board Agenda and prepare slides for Board Meeting. | 0.80 | 1,312.00 |
| 5/3/2019 | Purushotham, Ravi | Call w M. Ponce re shareholder engagement Guidelines. | 0.40 | 530.00 |
| 5/3/2019 | Purushotham, Ravi | Revisions to shareholder engagement Guidelines. | 0.90 | 1,192.50 |
| 5/3/2019 | Levine, Jeff P. | Prepare draft slides re: fiduciary duties. | 0.90 | 823.50 |
| 5/3/2019 | Phillips, Jacob M. | Telephonic attendance of meeting of the Compensation Committee of the Board of Directors. | 2.80 | 2,352.00 |
| 5/6/2019 | Ponce, Mario A. | Revisions to Engagement Guidelines (.5); review PJT/Jones Day NDAs (.5). | 1.00 | 1,640.00 |
| 5/6/2019 | Ponce, Mario A. | Conference call w/ N. Brownell and M. Moore re Engagement Guidelines and various Governance issues. | 0.70 | 1,148.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/6/2019 | Ponce, Mario A. | Meeting w/ P. Curnin, M. Torkin re Governance, Litigation, Bankruptcy issues. | 0.60 | 984.00 |
| 5/6/2019 | Purushotham, Ravi | Meeting w M Torkin, M Ponce, P Curnin, N Goldin re STB role/engagement in advising Board. | 1.00 | 1,325.00 |
| 5/6/2019 | Purushotham, Ravi | Call w M. Ponce re NDA with PJT and Jones Day. | 0.20 | 265.00 |
| 5/6/2019 | Levine, Jeff P. | Revise draft shareholder engagement Guidelines. | 0.50 | 457.50 |
| 5/6/2019 | Levine, Jeff P. | Revise draft of May Board presentation. | 1.00 | 915.00 |
| 5/6/2019 | Torkin, Michael H. | Call w S. Karotkin re next steps (.5); internal meeting w M. Ponce, P. Curnin, N. Goldin and R. Purushotham re board representation and status (1.2). | 1.70 | 2,609.50 |
| 5/7/2019 | Ponce, Mario A. | Emails, teleconferences w/ PGE re 10b-5(1) Plans. | 0.50 | 820.00 |
| 5/7/2019 | Ponce, Mario A. | Revisions to Board presentation. | 0.60 | 984.00 |
| 5/7/2019 | Ponce, Mario A. | Review/teleconferences re Board Agenda. | 0.40 | 656.00 |
| 5/7/2019 | Ponce, Mario A. | Review Judge Alsup report. | 0.30 | 492.00 |
| 5/7/2019 | Kelley, Karen H. | E-mail, t/c w/ M. Ponce, J. Rapp re: director securities trading question. | 0.40 | 570.00 |
| 5/7/2019 | Levine, Jeff P. | Coordinate revisions to PG&E Board presentation. | 0.50 | 457.50 |
| 5/7/2019 | Yeagley, Alexander | Revise Board of Directors fiduciary duty presentation. | 0.30 | 210.00 |
| 5/8/2019 | Ponce, Mario A. | Review CPUC OII. | 0.40 | 656.00 |
| 5/8/2019 | Ponce, Mario A. | Meeting w/ N. Brownell re governance, compensation issues. | 0.50 | 820.00 |
| 5/8/2019 | Ponce, Mario A. | Emails re Board Meeting w/ J. Loduca and L. Cheng. | 0.30 | 492.00 |
| 5/8/2019 | Ponce, Mario A. | Meeting w/ K. Orsini re Litigation/Settlement strategy/issues. | 0.50 | 820.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/8/2019 | Ponce, Mario A. | Comments, emails, teleconferences re Lyceum engagement letter. | 1.00 | 1,640.00 |
| 5/8/2019 | Levine, Jeff P. | Prepare stand-alone shareholder engagement slides. | 0.30 | 274.50 |
| 5/8/2019 | Torkin, Michael H. | Review Board presentation. | 0.80 | 1,228.00 |
| 5/9/2019 | Ponce, Mario A. | Teleconference w/ Comp. Committee member. | 0.60 | 984.00 |
| 5/9/2019 | Ponce, Mario A. | Teleconferences w/ G. Grogan, M. Torkin re Comp and Bankruptcy issues. | 0.30 | 492.00 |
| 5/9/2019 | Ponce, Mario A. | Teleconferences w/ Chair of Comp. Committee. | 0.30 | 492.00 |
| 5/9/2019 | Ponce, Mario A. | Review of Management and Bankruptcy materials for Board Meeting. | 0.80 | 1,312.00 |
| 5/9/2019 | Torkin, Michael H. | T/c w/ M. Ponce, G. Grogan re: incentive plan. | 0.30 | 460.50 |
| 5/10/2019 | Ponce, Mario A. | Telephonic Board Call. | 1.00 | 1,640.00 |
| 5/10/2019 | Ponce, Mario A. | Emails, teleconferences, various issues re Comp Committee and compensation plans. | 0.90 | 1,476.00 |
| 5/10/2019 | Ponce, Mario A. | Emails w/ Management re settlement and director requirements. | 0.70 | 1,148.00 |
| 5/10/2019 | Purushotham, Ravi | Respond to email from L. Cheng re director search and settlement. | 0.50 | 662.50 |
| 5/10/2019 | Torkin, Michael H. | Attend Board update call (1.0); attend call with A. Wolff, M. Ponce and G. Grogan re STIP issues and court approval (1.0). | 2.00 | 3,070.00 |
| 5/10/2019 | Torkin, Michael H. | Call with Weil re STIP and Board deck. | 0.80 | 1,228.00 |
| 5/13/2019 | Ponce, Mario A. | Emails, teleconferences, various issues re executive compensation/compensation committee. | 1.30 | 2,132.00 |
| 5/13/2019 | Ponce, Mario A. | Review/comments to Board materials. | 0.70 | 1,148.00 |
| 5/14/2019 | Ponce, Mario A. | Prepare for PGE Board and Committee meetings and | 5.00 | 8,200.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | review materials during travel to San Francisco. | | |
| 5/14/2019 | Ponce, Mario A. | Review restructuring committee slides, emails re same. | 0.70 | 1,148.00 |
| 5/14/2019 | Torkin, Michael H. | Call with Restructuring Committee. | 0.50 | 767.50 |
| 5/15/2019 | Ponce, Mario A. | Attend PG&E Board Meeting. | 3.00 | 4,920.00 |
| 5/15/2019 | Ponce, Mario A. | Attend PG&E Committee Meetings. | 6.00 | 9,840.00 |
| 5/15/2019 | Ponce, Mario A. | Preparations for various issues related to PG&E meetings. | 0.70 | 1,148.00 |
| 5/15/2019 | Yeagley, Alexander | Research public filings of comparable companies to answer directors' bankruptcy-related questions. | 2.60 | 1,820.00 |
| 5/15/2019 | Torkin, Michael H. | Emails re Restructuring Committee questions. | 0.50 | 767.50 |
| 5/15/2019 | Torkin, Michael H. | Attend PG&E Board meeting. | 3.50 | 5,372.50 |
| 5/16/2019 | Fell, Jamie | Call w/ E. Alcabes re D&O issues. | 0.50 | 497.50 |
| 5/16/2019 | Torkin, Michael H. | Attend Board meetings. | 7.50 | 11,512.50 |
| 5/17/2019 | Ponce, Mario A. | Emails, teleconferences, various issues re Director search and consulting requirements (1.0). | 1.00 | 1,640.00 |
| 5/17/2019 | Ponce, Mario A. | Emails re governance issues. | 0.40 | 656.00 |
| 5/17/2019 | Levine, Jeff P. | Coordinate distribution of investigative consultant reports. | 1.00 | 915.00 |
| 5/20/2019 | Ponce, Mario A. | Conference call w/ N. Brownell, M. Leffell and R. Purushotham re Director search and other governance issues. | 1.00 | 1,640.00 |
| 5/20/2019 | Purushotham, Ravi | Call w N. Brownell , M. Leffell and M. Ponce re governance issues. | 0.80 | 1,060.00 |
| 5/20/2019 | Purushotham, Ravi | Follow-up with P. Curnin and N. Goldin re call w N. Brownell, M. Leffell and M. Ponce. | 0.30 | 397.50 |
| 5/20/2019 | Torkin, Michael H. | Call w/ S. Karotkin re 8k. | 0.50 | 767.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/21/2019 | Ponce, Mario A. | Review comments to OII decision. | 0.60 | 984.00 |
| 5/21/2019 | Ponce, Mario A. | Emails, teleconferences re OII comments. | 0.40 | 656.00 |
| 5/21/2019 | Ponce, Mario A. | Teleconferences internally re disclosures. | 0.30 | 492.00 |
| 5/21/2019 | Purushotham, Ravi | Call w/ M. Ponce re Board meeting. | 0.50 | 662.50 |
| 5/22/2019 | Ponce, Mario A. | Emails, conference calls, review of OII response. | 1.30 | 2,132.00 |
| 5/22/2019 | Ponce, Mario A. | Issues, emails re consultation re 15th Director. | 1.00 | 1,640.00 |
| 5/22/2019 | Purushotham, Ravi | Emails to M. Ponce and J. Levine re background reports. | 0.30 | 397.50 |
| 5/23/2019 | Ponce, Mario A. | Emails, review materials re Director Compensation. | 0.70 | 1,148.00 |
| 5/23/2019 | Ponce, Mario A. | Emails, review materials re Director safety qualifications, OII Response. | 1.00 | 1,640.00 |
| 5/23/2019 | Kelley, Karen H. | Prep. e-mail to M. Ponce re: director compensation question. | 0.70 | 997.50 |
| 5/23/2019 | Fell, Jamie | Call w/ B. Sussman and J. Isaacson re: Board presentation (.4); research and outline presentation re: fiduciary duties and claims (.6). | 1.00 | 995.00 |
| 5/23/2019 | Torkin, Michael H. | Call w J. Fell re Director presentation. | 0.30 | 460.50 |
| 5/24/2019 | Ponce, Mario A. | Board update call. | 1.00 | 1,640.00 |
| 5/24/2019 | Ponce, Mario A. | Prep for Board update call, emails, various issues re same. | 0.50 | 820.00 |
| 5/29/2019 | Ponce, Mario A. | Emails, t/cs re various Governance and Director Compensation issues. | 0.70 | 1,148.00 |
| 5/30/2019 | Ponce, Mario A. | Telephonic Board Meeting. | 1.00 | 1,640.00 |
| 5/30/2019 | Ponce, Mario A. | Review Board materials, emails, issues re same. | 0.40 | 656.00 |
| 5/30/2019 | Ponce, Mario A. | Review OII Comments. | 0.40 | 656.00 |
| 5/30/2019 | Torkin, Michael H. | Review release language (.3); call with P. Curnin, N. Goldin, and K. McLendon re releases | 0.70 | 1,074.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (.3); follow up with P. Curnin re same (.1). | | |
| 5/31/2019 | Ponce, Mario A. | Nominating and Governance Committee call. | 1.00 | 1,640.00 |
| 5/31/2019 | Ponce, Mario A. | Review materials for Committee call. | 0.70 | 1,148.00 |
| 5/31/2019 | Ponce, Mario A. | Emails, teleconferences w/ M. Moore, D. Mielle re Governance issues. | 0.30 | 492.00 |
| 5/31/2019 | Purushotham, Ravi | Telephonic Nominating and Governance Committee meeting and follow-up re same. | 1.20 | 1,590.00 |
| 5/31/2019 | Torkin, Michael H. | Emails re: proposed settlement agreement (.2); email re JDA (.1). | 0.30 | 460.50 |
| TOTAL | | | 217.50 | $293,165.00 |

**Task Code: Court Hearings (CH)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/7/2019 | McLendon, Kathrine | T/c w/ J. Fell and follow-up internal emails re hearing on STB retention motion (0.3); internal emails re: hearing agenda (0.1); further email w/ M. Torkin and J. Fell re hearing on STB retention (0.1). | 0.50 | 610.00 |
| 5/9/2019 | McLendon, Kathrine | Emails w/ N. Goldin and J. Fell re: hearing on STB retention (0.1); t/c w/ N. Goldin re: hearing on STB retention (0.1); t/c w/ M. Torkin and J. Fell re hearing on STB retention (0.1); emails w/ Weil team re: hearing on STB retention and 5-9 hearing agenda (0.2); t/c w/ L. Carens (Weil) re: presentation of STB motion (0.1); email to M. Torkin, N. Goldin and J. Fell re: anticipated proceedings on STB motion (0.1); prepare | 1.50 | 1,830.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | for and attend court hearing on STB retention (due to role in preparing disclosure declarations) (0.7); emails w/ L. Carens re: final form of order for entry (0.1). | | |
| 5/9/2019 | Goldin, Nicholas | Prepare for retention hearing (1.8); communications w/ team re: same (0.2); attend hearing by teleconference (0.5). | 2.50 | 3,700.00 |
| 5/7/2019 | Fell, Jamie | Review of retention papers, questions and responses, agenda and other related preparation in advance of May 9 Omnibus Hearing. | 1.00 | 995.00 |
| 5/8/2019 | Fell, Jamie | Preparation/review of retention motion and declaration in advance of May 9 Omnibus Hearing. | 1.00 | 995.00 |
| 5/9/2019 | Fell, Jamie | Prep for and attend May 9 Omnibus Hearing re: STB retention and other topics. | 1.50 | 1,492.50 |
| **TOTAL** | | | **8.00** | **$9,622.50** |

**Task Code: Claims Administration and Objections (CM)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/1/2019 | McLendon, Kathrine | Review draft bar date motion and comparable case precedents re: treatment of claims of directors (0.6); numerous emails w/ P. Curnin, M. Ponce, M. Torkin and N. Goldin re: bar date motion and Directors' considerations (0.4). | 1.00 | 1,220.00 |
| 5/6/2019 | McLendon, Kathrine | Review PG&E case calendar for week of 5-6 (0.1). | 0.10 | 122.00 |
| 5/26/2019 | McLendon, Kathrine | Emails w/ M. Torkin re proposed comments on PSA (0.3). | 0.30 | 366.00 |
| 5/28/2019 | McLendon, Kathrine | Review revised drafts of public entities' PSAs re: Board considerations (0.3); email to P. | 0.50 | 610.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | Curnin and N. Goldin re: PSA terms (0.2). | | |
| 5/1/2019 | Fell, Jamie | Review, analysis and internal discussion re: draft bar date motion terms and comments. | 0.70 | 696.50 |
| 5/1/2019 | Torkin, Michael H. | Review draft bar date motion and emails re same. | 0.50 | 767.50 |
| **TOTAL** | | | **3.10** | **$3,782.00** |

**Task Code: Employee Benefits/Pensions (EE)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/9/2019 | Grogan, Gregory T. | T/c w/ member of compensation committee, M. Ponce, G. Grogan re: incentive plan metrics (0.6); t/c w/ M. Torkin, M. Ponce, G. Grogan re: incentive plan metrics (0.3). | 0.90 | 1,381.50 |
| 5/10/2019 | Grogan, Gregory T. | T/c w/ A.Wolff re: annual bonus terms (0.75) and related preparation for same (0.5). | 1.30 | 1,995.50 |
| 5/11/2019 | Grogan, Gregory T. | Emails re: compensation issues w/ Compensation Committee members. | 0.50 | 767.50 |
| 5/12/2019 | Grogan, Gregory T. | Emails re: compensation issues w/ Compensation Committee members. | 0.80 | 1,228.00 |
| 5/13/2019 | Grogan, Gregory T. | Emails re: compensation issues w/ Compensation Committee members. | 0.50 | 767.50 |
| 5/15/2019 | Grogan, Gregory T. | Prep comments re: 8-k on compensation matters. | 0.50 | 767.50 |
| 5/15/2019 | Grogan, Gregory T. | Compensation Committee meeting (1.0) and related preparation tasks, including reviewing relevant materials (0.5). | 1.50 | 2,302.50 |
| 5/23/2019 | Grogan, Gregory T. | Reviewing email and materials for Compensation Committee members re: compensation decisions. | 0.50 | 767.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/24/2019 | Grogan, Gregory T. | Prep emails for Compensation Committee members re: compensation decisions. | 1.00 | 1,535.00 |
| 5/25/2019 | Grogan, Gregory T. | T/c w/ PG&E Compensation Committee members re: upcoming compensation decisions and prep notes for members re: same. | 1.30 | 1,995.50 |
| 5/27/2019 | Grogan, Gregory T. | Emails w/PG&E Compensation Committee re: upcoming compensation decisions. | 0.50 | 767.50 |
| 5/28/2019 | Grogan, Gregory T. | Emails w/PG&E Compensation Committee re: upcoming compensation decisions. | 0.50 | 767.50 |
| 5/29/2019 | Grogan, Gregory T. | Emails w/PG&E re: fiduciary duties. | 0.30 | 460.50 |
| **TOTAL** | | | **10.10** | **$15,503.50** |

**Task Code: Fee/Employment Applications (FA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/1/2019 | McLendon, Kathrine | Prepare redlines of revised drafts of all supplemental retention pleadings to go to UST, including agreed form of Board EL (0.5); email to Milbank re: revised drafts for filing (0.1); email L. Carens (Weil) and J. Fell re: form of order for filing and exhibits to M. Torkin supplemental (0.2); email w/ Company re: final N. Brownell declaration and sign off (0.1); further emails w/ Company re: N. Brownell declaration execution (0.1); review final versions of supplemental pleadings for filing and further emails w/ J. Fell re: final revisions (0.3). | 1.30 | 1,586.00 |
| 5/1/2019 | Goldin, Nicholas | Communications w/ team re bankruptcy retention filings (0.5); review same (0.5); confer w/ team re: same (0.3). | 1.30 | 1,924.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/2/2019 | McLendon, Kathrine | Internal email re: filed version of retention papers (0.2). | 0.20 | 244.00 |
| 5/3/2019 | McLendon, Kathrine | Emails w/ M. Torkin and L. Carens (Weil) re: arrangements for 5-9 hearing. | 0.20 | 244.00 |
| 5/6/2019 | McLendon, Kathrine | Review bankruptcy docket re: any responses to supplemental STB retention papers (0.1); review PG&E billing guidelines from Company (0.1); t/c w/ N. Goldin re: preparation of billing procedures memo for team (0.1); emails w/ J. Fell and R. Sussman re: preparation of billing memo and confirming litigation matters billing protocols (0.2). | 0.50 | 610.00 |
| 5/7/2019 | McLendon, Kathrine | Internal emails re: initial billing to PG&E post-retention (0.3); t/c Fell re prep of memo to team re billing procedures and related post-retention steps (0.4); t/c M. Sofroniou re billing protocols and follow-up emails w/ M. Sofroniou and J. Fell re same (0.3); further emails w/ M. Sofroniou and J. Fell re billing protocols and initial monthly statements (0.5); email w/ J. Fell re STB retention application filings (0.1); further emails w/ M. Sofroniou re applicable billing guidelines (0.1); email w/ L. Carens and R. Foust re billing guidelines, ebills and filed bills (0.2); t/c w/ L. Carens re monthly fee application process and status on STB retention motion (0.2); further email w/ M. Sofroniou re applicable billing procedures per Weil guidance (0.2). | 2.30 | 2,806.00 |
| 5/7/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (6.1); emails w/ N. Goldin, R. Sussman, J. Isaacman, M. Vallejo, K. Kinsel re: same (0.8). | 6.90 | 7,555.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/8/2019 | McLendon, Kathrine | Review and comment on draft memo to team re: bankruptcy billing guidelines (0.9); confer w/ J. Fell re: billing procedures memo (0.2); review and comment on revised draft of billing procedures memo (0.5). | 1.60 | 1,952.00 |
| 5/8/2019 | McLendon, Kathrine | Review docket re status of objections, possible court comments on STB retention motion and email to M. Torkin, N. Goldin, and J. Fell re same (0.2). | 0.20 | 244.00 |
| 5/9/2019 | McLendon, Kathrine | Emails w/ M. Sofroniou re billing procedures questions (0.1); email to M. Ponce and email to Buchbinder re: update on progress on execution of board EL per UST request (0.2); further emails w/ M. Sofroniou re question re applicability of holdback in light of email from Company (0.2); review N. Goldin comments to billing procedures memo and follow-up emails w/ N. Goldin and J. Fell re same (0.2); t/c w/ L. Carens (Weil) re: holdback question and numerous follow-up internal emails Sofroniou and billing team re holdback application and incorporation into e-bills (0.5). | 1.20 | 1,464.00 |
| 5/9/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (2.6); emails w/ N. Goldin re: same (0.3). | 2.90 | 3,175.50 |
| 5/10/2019 | McLendon, Kathrine | Emails w/ J. Fell re: circulation of billing procedures memo to all billing personnel (0.2). | 0.20 | 244.00 |
| 5/13/2019 | McLendon, Kathrine | T/c w/ J. Fell re: prep of initial monthly statement (0.2). | 0.20 | 244.00 |
| 5/13/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (3.5). | 3.50 | 3,832.50 |
| 5/14/2019 | McLendon, Kathrine | Review draft NOA and emails w/ J. Fell re: comments and filing. | 0.20 | 244.00 |
| 5/15/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (0.5). | 0.50 | 547.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/16/2019 | Sparks Bradley, Rachel | Emails to N. Goldin and J. Kreissman re: fee statement materials (0.3). | 0.30 | 328.50 |
| 5/21/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley and J. Fell re: timetable to submit first monthly invoice and status on preparation of first monthly invoice (0.2); emails w/ conflicts team re: updates on conflicts list (0.1) begin preparation of updated disclosures for upcoming quarterly update and follow-up email conflicts team re: questions (0.5); further emails w/ conflicts team re: updates to disclosure information (0.1); prep additional revisions to supplemental conflicts disclosure (0.2). | 1.10 | 1,342.00 |
| 5/21/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (0.3); emails w/ K. McLendon and team re: same (0.4). | 0.70 | 766.50 |
| 5/24/2019 | McLendon, Kathrine | Review 5-22 court transcript re: anticipated fee examiner protocol (0.1) and email to J. Fell re follow-up on same (0.1). | 0.20 | 244.00 |
| 5/28/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley and J. Fell re: monthly billing process (0.1); review and comment on draft first monthly statement for STB and email to J. Fell and R. Sparks Bradley re: completion of first monthly statement and timetable for e-submission with company and filing with court (1.50); review and comment on drafts of initial set of statements for first monthly statement and email to R. Sparks Bradley and J. Fell re: follow-up matters (1.60); additional emails w/ J. Fell and accounting re: initial monthly fee statement (0.2); additional emails w/ J. Fell and R. Sparks Bradley re: company process for submission and review of statements (0.2); further emails accounting re: e-billing process | 3.80 | 4,636.00 |

Case: 19-30088   Doc# 3319-4   Filed: 07/31/19   Entered: 07/31/19 16:38:14   Page 22 of 30

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | and coordination with filing of monthly statements with court (0.2). | | |
| 5/28/2019 | Sparks Bradley, Rachel | Prepare fee statement materials (0.8); emails w/ K. McLendon and J. Fell re: same (0.3). | 1.10 | 1,204.50 |
| 5/29/2019 | McLendon, Kathrine | Email to J. Levine, R. Sparks Bradley, J. Fell and M. Sofroniou re: outstanding items for submission of first monthly consolidated fee statement and e-billing to company (0.5); further emails w/ J. Levine and R. Sparks Bradley re: status of preparation of statement for board representation (0.2); prep additional revisions to consolidated monthly fee statement (0.3); additional emails w/ accounting re: submission of initial monthly statement and issues re: fee and expense protocols for billing to estate (0.3). | 1.30 | 1,586.00 |
| 5/1/2019 | Ponce, Mario A. | Emails re: revisions to Engagement Letter. | 0.30 | 492.00 |
| 5/1/2019 | Fell, Jamie | Draft, revise and file retention application documents. | 2.30 | 2,288.50 |
| 5/2/2019 | Fell, Jamie | Preparation of task codes and invoice review for fee applications (.5); corr. w/ K. McLendon and J. Levine re: same (.2). | 0.70 | 696.50 |
| 5/7/2019 | Fell, Jamie | Draft billing guidelines memorandum for fee applications (1.3); research regarding N.D. Cal. billing guidelines (.4); discussions w/ K. McLendon and A. Yeagley re: same (.5). | 2.20 | 2,189.00 |
| 5/8/2019 | Fell, Jamie | Draft/revise of billing guidelines memorandum and research re: same (.9); corr. w/ K. McLendon and M. Sofroniou re: guidelines (.3). | 1.20 | 1,194.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/8/2019 | Torkin, Michael H. | Prep for May 9 Omnibus Hearing. | 0.70 | 1,074.50 |
| 5/9/2019 | Torkin, Michael H. | Prepare for May 9 Omnibus Hearing (.5); call with P. Curnin re same (.2); attend Hearing by telephone (.5). | 1.20 | 1,842.00 |
| 5/10/2019 | Fell, Jamie | Draft and finalize billing guidelines memo (.6); corr. w/ billing coordinator department and circulate instructions memo to all billing personnel (.5). | 1.10 | 1,094.50 |
| 5/23/2019 | Fell, Jamie | Drafting bill and fee statement template. | 1.00 | 995.00 |
| **TOTAL** | | | **42.40** | **$48,890.50** |

**Task Code: Fact Analysis and Related Advice (FR)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/16/2019 | Mahboubi, Aria | Prepare work product re: Director requests (1.4). | 1.40 | 980.00 |
| **TOTAL** | | | **1.40** | **$980.00** |

**Task Code: Litigation – Contested Matters and Adversary Proceedings (LI)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/6/2019 | Coll-Very, Alexis | Communications w/ S. Strauss re: litigation status. | 0.30 | 444.00 |
| **TOTAL** | | | **0.30** | **$444.00** |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/29/2019 | McLendon, Kathrine | Emails w/ P. Curnin, M. Torkin and N. Goldin re: proposed terms of plan (0.2). | 0.20 | 244.00 |
| 5/29/2019 | Curnin, Paul C. | Review plan support agreements (0.3); t/c Cravath re: same (0.2); t/c w/ Weil re: same (0.2). | 0.70 | 1,148.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/30/2019 | McLendon, Kathrine | Review precedent plan provisions and provisions of articles in preparation for internal call re proposed terms of plan (0.6); conference call P. Curnin, M. Torkin and N. Goldin re PSAs with public entities and proposed terms (0.4); review proposed revisions to PSAs (0.1); email to K. Bostel re additional comment on draft PSA (0.1); review additional precedent plan provisions re proposed terms of plan and email to P. Curnin, M. Torkin and N. Goldin re: same (1.0); further emails w/ M. Torkin re proposed plan provisions (0.1) | 2.30 | 2,806.00 |
| 5/30/2019 | Curnin, Paul C. | Review draft plan support agreements and related documents (1.0). | 1.00 | 1,640.00 |
| 5/31/2019 | McLendon, Kathrine | Internal emails w/ M. Torkin, N. Goldin and N. Baker re: plan precedents (0.3); emails S. Kim re: review of plan precedents (0.2). | 0.50 | 610.00 |
| 5/31/2019 | McLendon, Kathrine | Additional emails w/ library and S. Kim re: plan precedents (0.3). | 0.30 | 366.00 |
| 5/10/2019 | Torkin, Michael H. | Call w S. Karotkin re plan matters. | 0.20 | 307.00 |
| 5/20/2019 | Torkin, Michael H. | Review exclusivity reply brief and provide comments. | 0.50 | 767.50 |
| 5/26/2019 | Torkin, Michael H. | Review PSA and comment on same. | 1.30 | 1,995.50 |
| **TOTAL** | | | **7.00** | **$9,884.00** |

## Task Code: Reporting (RE)

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/7/2019 | Rapp, James I. | Conferring regarding Section 16 issues. | 0.20 | 238.00 |
| **TOTAL** | | | **0.20** | **$238.00** |

**Task Code: Fact Investigation/Development (L110)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/1/2019 | Laspisa, Rosemarie | Reviewed material re: update of document repository (0.5). | 0.50 | 200.00 |
| 5/1/2019 | Sussman, Rebecca A. | Review and analyze J. Isaacman summary of work product and provide feedback (1.4); review and analyze M. Vallejo summary of work product and provide feedback (1.2); t/c w/ M. Vallejo and R. Sparks Bradley re: same (0.6); review and analyze K. Kinsel summary of work product and comm re: same (0.5). | 3.70 | 3,108.00 |
| 5/1/2019 | Vallejo, Melissa A. | T/c w/ R. Sussman re: work product (0.3). | 0.30 | 177.00 |
| 5/1/2019 | Kinsel, Kourtney J. | Research/analysis re: CPUC funding (4.0); draft analysis of same (0.6); email to R. Sussman re: same (0.4). | 5.00 | 2,950.00 |
| 5/1/2019 | Isaacman, Jennifer | Email to R. Sparks Bradley and team re: work product (0.5). | 0.50 | 295.00 |
| 5/1/2019 | Isaacman, Jennifer | Draft work product (0.1); email w/ R. Sussman re: same (0.1). | 0.20 | 118.00 |
| 5/2/2019 | Sussman, Rebecca A. | Emails w/ J. Isaacman re: work product (0.3); review and analyze recent media (0.3). | 0.60 | 504.00 |
| 5/2/2019 | Vallejo, Melissa A. | Identify and analyze Company documents (6.2); draft summary of same (1.3). | 7.50 | 4,425.00 |
| 5/3/2019 | Vallejo, Melissa A. | Identify and analyze Company documents (2.1); draft summary re: same (0.9); email to R. Sparks Bradley and team re: same (0.5). | 3.50 | 2,065.00 |
| 5/3/2019 | Isaacman, Jennifer | Draft work product (0.7). | 0.70 | 413.00 |
| 5/3/2019 | Isaacman, Jennifer | Review Company's SEC filings (0.1). | 0.10 | 59.00 |
| 5/6/2019 | Sussman, Rebecca A. | Review summary re: Company documents (0.2). | 0.20 | 168.00 |
| 5/6/2019 | Kinsel, Kourtney J. | Review Company CPUC filings/decisions (1.6). | 1.60 | 944.00 |
| 5/6/2019 | Isaacman, Jennifer | Review Company policies and SEC filings (0.4); factual research and analysis re: same (0.2). | 0.60 | 354.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/7/2019 | Sussman, Rebecca A. | Review work product (0.6). | 0.60 | 504.00 |
| 5/7/2019 | Kinsel, Kourtney J. | Review Company CPUC filings/decisions (0.5). | 0.50 | 295.00 |
| 5/8/2019 | Sussman, Rebecca A. | Review and analyze comments re: work product (0.5). | 0.50 | 420.00 |
| 5/8/2019 | Kinsel, Kourtney J. | Review Company CPUC filings/decisions (0.5). | 0.50 | 295.00 |
| 5/9/2019 | Sussman, Rebecca A. | Review comments to work product (1.4); call w. R. Sparks Bradley re: same (0.3). | 1.70 | 1,428.00 |
| 5/10/2019 | Sussman, Rebecca A. | Review, analyze, and revise work product from K. Kinsel, J. Isaacman, and M. Vallejo re: client requests (2.2). | 2.20 | 1,848.00 |
| 5/10/2019 | Vallejo, Melissa A. | Review factual analysis (0.9); email to R. Sussman re: same (0.1). | 1.00 | 590.00 |
| 5/10/2019 | Kinsel, Kourtney J. | Research/analysis re: CPUC annual budgets (1.4). | 1.40 | 826.00 |
| 5/10/2019 | Isaacman, Jennifer | Review and summarize Company and Board documents (1.8); call w/ R. Sussman re: same (0.1). | 1.90 | 1,121.00 |
| 5/11/2019 | Sussman, Rebecca A. | Review, analyze, and revise work product from K. Kinsel, J. Isaacman, and M. Vallejo re: director requests (1.0); draft summary re: same for R. Sparks Bradley (0.5). | 1.50 | 1,260.00 |
| 5/11/2019 | Kinsel, Kourtney J. | Further research/analysis re: CPUC annual budgets (0.6). | 0.60 | 354.00 |
| 5/12/2019 | Sparks Bradley, Rachel | Revise work product (4.8); emails w/ R. Sussman re: same (0.4); emails w/ J. Isaacman and K. Kinsel re: same (0.5). | 5.70 | 6,241.50 |
| 5/12/2019 | Sussman, Rebecca A. | Review work product (2.1); t/c R. Sparks Bradley re: same (0.3); draft summary re: client requests (0.2). | 2.60 | 2,184.00 |
| 5/12/2019 | Kinsel, Kourtney J. | Further research re: CPUC annual budgets (2.4); analysis re: Company CPUC submissions for same (1.0). | 3.40 | 2,006.00 |
| 5/13/2019 | Goldin, Nicholas | Conference w/ team re: strategy/next steps (0.5). | 0.50 | 740.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/13/2019 | Sparks Bradley, Rachel | O/c w/ N. Goldin and R. Sussman re: status and strategy (0.5); t/c w/ R. Sussman re: same (0.2); continued legal and factual analysis for written work product (1.9); emails w/ R. Sussman re: same (0.3). | 2.90 | 3,175.50 |
| 5/13/2019 | Sussman, Rebecca A. | O/c w/ N. Goldin and R. Sparks Bradley re: status and strategy (0.5); emails w/ N. Goldin and R. Sparks Bradley re: same (0.5); review and revise work product (5.1); emails/calls w. J. Isaacman, K. Kinsel, R. Sparks Bradley re: revision of work product (1.9). | 8.00 | 6,720.00 |
| 5/13/2019 | Kinsel, Kourtney J. | Review work product revisions/updates (0.5); research/analysis re: same (2.7). | 3.20 | 1,888.00 |
| 5/13/2019 | Isaacman, Jennifer | Update/revise work product (6.1); t/c w/ R. Sparks Bradley and R. Sussman re: same (0.2). | 6.30 | 3,717.00 |
| 5/14/2019 | Sparks Bradley, Rachel | Update work product re: further legal and fact analysis (2.4); emails w/ R. Sussman and J. Isaacman re: same (0.9); review M. Vallejo, K. Kinsel analyses re: factual issues (0.8). | 4.10 | 4,489.50 |
| 5/14/2019 | Sussman, Rebecca A. | Review and revise work product (3.4); emails/call w. R. Sparks Bradley, J. Isaacman, and K. Kinsel re: same (0.8). | 4.20 | 3,528.00 |
| 5/14/2019 | Kinsel, Kourtney J. | Revise work product (1.2). | 1.20 | 708.00 |
| 5/14/2019 | Isaacman, Jennifer | Factual analysis (2.5); revise work product re: same (1.3). | 3.80 | 2,242.00 |
| 5/15/2019 | Sparks Bradley, Rachel | Update work product (4.1); emails w/ R. Sussman, K. Kinsel, and J. Isaacman re: same (0.8); review further team analyses re: factual issues (0.7); email to N. Goldin re: workstreams (0.2). | 5.80 | 6,351.00 |
| 5/15/2019 | Sussman, Rebecca A. | Review and revise work product (5.1); emails/call w. R. Sparks Bradley, J. Isaacman, and K. Kinsel re: same (1.9). | 7.00 | 5,880.00 |
| 5/15/2019 | Kinsel, Kourtney J. | Revise work product (2.5); review/analyze Company documents for same (2.2). | 4.70 | 2,773.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/15/2019 | Isaacman, Jennifer | Revise work product (4.3); calls w/ R. Sussman (0.1) and K. Kinsel re: same (0.1). | 4.50 | 2,655.00 |
| 5/16/2019 | Sparks Bradley, Rachel | T/c w/ R. Sussman and K. Kinsel re: work product (0.3); emails w/ team re: same (0.4). | 0.70 | 766.50 |
| 5/16/2019 | Sparks Bradley, Rachel | Emails w/ Cravath re: documents (0.5); t/c w/ R. Sussman re: same (0.4). | 0.90 | 985.50 |
| 5/16/2019 | Sussman, Rebecca A. | Further review and revise work product (4.2); emails/calls w/ R. Sparks Bradley re: same (0.3); call w/ team re: same (0.4). | 4.90 | 4,116.00 |
| 5/16/2019 | Kinsel, Kourtney J. | T/c w/ R. Sparks Bradley, R. Sussman re: next steps for work product (0.2). | 0.20 | 118.00 |
| 5/17/2019 | Sparks Bradley, Rachel | Prepare analysis re: Company materials (0.8); emails w/ N. Goldin re: same (0.2). | 1.00 | 1,095.00 |
| 5/17/2019 | Kinsel, Kourtney J. | Research re: CPUC annual budgets (0.8); draft summary analysis re: same (1.6). | 2.40 | 1,416.00 |
| 5/20/2019 | Goldin, Nicholas | Communications w/ team re: strategies, workstreams (0.4). | 0.40 | 592.00 |
| 5/20/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin and R. Sussman re: prep. for call w/ Company re: requests (0.7); prep/analysis for same (0.9). | 1.60 | 1,752.00 |
| 5/20/2019 | Sussman, Rebecca A. | T/c w/ R. Sparks Bradley re: prep for call w/ Company (0.3). | 0.30 | 252.00 |
| 5/21/2019 | Goldin, Nicholas | Prepare for call with Company re: requests (0.2); call re: same (0.3). | 0.50 | 740.00 |
| 5/21/2019 | Sparks Bradley, Rachel | Prepare for call w/ Company re: requests (0.9); t/c w/ Company and N. Goldin re: same (0.3); emails w/ N. Goldin and R. Sussman re: same (0.3). | 1.50 | 1,642.50 |
| 5/21/2019 | Sussman, Rebecca A. | T/c w/ Company R. Sparks Bradley, N. Goldin re: requests (0.2); follow up call w/ R. Sparks Bradley (0.2); t/c w/ K. Kinsel re: work product (0.1). | 0.50 | 420.00 |
| 5/24/2019 | Sparks Bradley, Rachel | T/c w/ R. Sussman re: client queries re: status and analyses (0.3); emails w/ team re: same (0.6). | 0.90 | 985.50 |
| 5/24/2019 | Kinsel, Kourtney J. | Review Company documents for further analysis (0.2). | 0.20 | 118.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/28/2019 | Isaacman, Jennifer | Factual research re: Board and Committee meetings (0.8). | 0.80 | 472.00 |
| 5/29/2019 | Sparks Bradley, Rachel | Emails w/ P. Curnin re: recent media reports (0.5). | 0.50 | 547.50 |
| **TOTAL** | | | **122.60** | **$96,038** |

**Task Code: Analysis/Strategy (L120)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/8/2019 | Curnin, Paul C. | Meetings w/ Cravath (1.4); t/c w/ Weil (0.5); review OII (0.6). | 2.50 | 4,100.00 |
| 5/8/2019 | Sparks Bradley, Rachel | Emails w/ J. Calderon re: matters analysis (0.3). | 0.30 | 328.50 |
| 5/9/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: matters status (0.5). | 0.50 | 547.50 |
| **TOTAL** | | | **3.30** | **$4,976.00** |

**Task Code: Pre-Trial Pleadings and Motion (L200)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 5/8/2019 | Calderon, Justin | Calendared multiple CMC dates in federal cases (0.2). | 0.20 | 140.00 |
| 5/14/2019 | Calderon, Justin | Review and revise litigation chart in response to multiple new CMC dates, stipulations, and new judges (1.5). | 1.50 | 1,050.00 |
| 5/30/2019 | Calderon, Justin | Calendared TAC and related dates in In re PG&E in light of Bankruptcy Adversary Proceedings (1.0). | 1.00 | 700.00 |
| **TOTAL** | | | **2.70** | **$1,890.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017