## Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Pacer | 5/9/2019 | Charges Sparks Bradley, Rachel | 1.00 |
| Pacer | 5/9/2019 | Charges Sparks Bradley, Rachel | 0.50 |
| Pacer | 5/9/2019 | Charges Sparks Bradley, Rachel | 0.30 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.80 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.00 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.20 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.40 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.40 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.80 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.90 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.40 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 2.30 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.00 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.20 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.00 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.10 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.20 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.20 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.60 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 0.30 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 1.00 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 2.30 |
| Pacer | 5/14/2019 | Charges Calderon, Justin | 2.30 |
| Document Retrieval | 5/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 5/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 5/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 5/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 5/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 5/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 5/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| **Meals** | | | |
| Meals - Overtime | 5/29/2019 | JENNIFER ISAACMAN – OT Meal May 29, 2019. | 27.42 |
| Meals - Overtime | 5/2/2019 | MELISSA VALLEJO - OT Meal May 02, 2019 | 30.64 |
| Meals - Overtime | 5/13/2019 | JENNIFER ISAACMAN – OT Meal May 13, 2019 | 11.98 |
| Meals - Travel | 5/15/2019 | PAUL C. CURNIN - Out of Town Travel Meal May 15, 2019 | 26.85 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Meals - Travel | 5/16/2019 | PAUL C. CURNIN - Hotel - Out of Town Travel Meal; May 16, 2019 | 4.86 |
| Meals - Travel | 5/14/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: HARBORVIEW RESTAURAN SAN FRANCISCO CA American Express: HARBORVIEW RESTAURAN SAN FRANCISCO CA May 14, 2019; Mario Ponce. Mario Ponce | 99.59 |
| Meals - Travel | 5/15/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal American Express: HYATT REGENCY SAN FR SAN FRANCISCO CA American Express: HYATT REGENCY SAN FR SAN FRANCISCO CA May 15, 2019; Mario Ponce. Mario Ponce | 10.85 |
| Meals - Travel | 5/15/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal American Express: HYATT REGENCY SAN FR SAN FRANCISCO CA American Express: HYATT REGENCY SAN FR SAN FRANCISCO CA May 15, 2019; Mario Ponce. Mario Ponce | 19.28 |
| Meals - Travel | 5/15/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal American Express: ALTOVINO SAN FRANCISCO CA American Express: ALTOVINO SAN FRANCISCO CA May 15, 2019; Mario Ponce. Mario Ponce, Michael Torkin | 282.23 |
| **Travel** | | | |
| Airfare | 5/7/2019 | PAUL C. CURNIN - Airfare; Service fee for trip to San Francisco, American Express: May 07, 2019. | 55.00 |
| Airfare | 5/7/2019 | PAUL C. CURNIN - Airfare; Service fee for trip to San Francisco, American Express: May 07, 2019. | 2,696.60 |
| Airfare | 5/14/2019 | PAUL C. CURNIN - Airfare; Trip to San Francisco for meeting. May 14, 2019. | 1,663.30 |
| Airfare | 5/7/2019 | MARIO A. PONCE - Airfare; Airfare American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY May 07, 2019; Mario Ponce. | 55.00 |
| Airfare | 5/7/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY May 07, 2019; Mario Ponce. | 2,696.60 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Hotel | 5/16/2019 | PAUL C. CURNIN - Lodging; Hotel room charge May 16, 2019 | 674.11 |
| Hotel | 5/15/2019 | MARIO A. PONCE - Lodging; Hotel May 15, 2019; Mario Ponce. | 674.09 |
| Out-of-town travel | 5/15/2019 | PAUL C. CURNIN - Out of Town Travel; May 15, 2019. | 60.00 |
| Out-of-town travel | 5/15/2019 | XYZ TWO WAY RADIO SERVICE – May 15, 2019. | 210.59 |
| Out-of-town travel | 5/14/2019 | MARIO A. PONCE - Out of Town Travel; Taxi American Express: CREATIVE 340014 SAN FRANISCO CA American Express: CREATIVE 340014 SAN FRANISCO CA May 14, 2019; Mario Ponce. | 59.80 |
| **Transportation** | | | |
| OT - Carfare | 3/14/2019 | NICHOLAS GOLDIN - Overtime Transportation 10PM; Taxi. American Express: NYCTAXI6N26 09028450 LONG ISLAND C NY American Express: NYCTAXI6N26 09028450 LONG ISLAND C NY Mar 14, 2019; Nicholas Goldin. | 15.35 |
| Local travel | 5/16/2019 | XYZ TWO WAY RADIO SERVICE - Local travel May 16, 2019 | 91.01 |
| Local travel | 5/8/2019 | EXECUTIVE CHARGE, INC. - EXEC Taxi/05/08/2019/BROWNELL NORA/25 LEXINGTON AVE/13:25 | 85.22 |
| **Printing** | | | |
| Print from email, color | 5/8/2019 | Print from email, color: New York Fell, Jamie | 6.12 |
| **Conferencing/Communications** | | | |
| Conference Room Services | 5/9/2019 | Snacks - PM | 12.25 |
| Conference Room Services | 5/9/2019 | Snacks - PM | 20.41 |
| Conference Room Services | 5/8/2019 | Lunch | 11.76 |
| Conference Room Services | 5/8/2019 | Lunch | 51.44 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Conference Room Services | 5/8/2019 | Lunch | 33.48 |
| Conference Room Services | 5/8/2019 | Snacks - AM | 4.90 |
| Conference Room Services | 5/8/2019 | Snacks - AM | 8.17 |
| Conference Room Services | 5/8/2019 | Snacks - AM | 19.60 |
| Telephone | 4/18/2019 | LOOP UP LLC - Loopup-2019-04-18-16904-SC2411-Michael Torkin's Meeting Room Moderated By: 16904 | 6.30 |
| Telephone | 4/22/2019 | LOOP UP LLC - Loopup-2019-04-22-00345-SC2626-Kathrine McLendon's Meeting Room Moderated By: 00345 | 3.57 |
| Telephone | 4/23/2019 | LOOP UP LLC - Loopup-2019-04-23-15003-SC2857-Jamie Fell's Meeting Room Moderated By: 15003 | 7.48 |
| Telephone | 4/30/2019 | LOOP UP LLC - Loopup-2019-04-30-00880-SC3891-Elisa Alcabes' Meeting Room Moderated By: 00880 | 11.01 |
| Court Call | 5/10/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | 35.00 |
| **TOTAL** | | | **$9,877.60** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017