United States Bankruptcy Court, Northern District of California

**EXHIBIT A**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

[X] PG&E Corporation (19-30088)

[ ] Pacific Gas and Electric Company (19-30089)

# Proof of 503(b)(9) Claim

Read the instructions before filling out this form. This form is for asserting claims entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) against one of the above Debtors arising on or after January 9, 2019 through and including January 28, 2019. Do not use this form to assert any other pre-petition claim(s). Assert such claims on Form 410.

11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
C.H. Reynolds Electric, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: n/a

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

C.H. Reynolds Electric, Inc.
1281 Wayne Avenue
San Jose Ca 95131

Contact phone: 408-217-2211
Contact email: pauld@chreynolds.com

Where should payments to the creditor be sent? (if different)

Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
[ ] No
[X] Yes. Claim number on court claims registry (if known) 2639
Filed on 04/22/2019 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 3324    Filed: 07/31/19    Entered: 07/31/19 16:50:12    Page 1 of 3

Proof of 503(b)(9) Claim                                                                                                                            page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **On what date (or dates) were the goods delivered? (if known)**   _____ (mm/dd/yyyy)

7. **How much is the claim?**   $ 43,313.39

   Note: 11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Do not include in the above amount the value of goods received by the Debtor outside of that period, or the value of any other services performed. Assert such claims on Form 410.

8. **What is the description of the goods provided in the claim?**   Electrical Services by a licensed Electrical Contractor in California, C-10 License #450477

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/24/2019  (mm/dd/yyyy)

/s/ Paul Derania
**Signature**

**Print the name of the person who is completing and signing this claim:**

Name: Paul Derania

Title: CFO & In-House General Counsel

Company: C.H. Reynolds Electric, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1281 Wayne Avenue
San Jose, CA 95131

Contact phone: 408-217-2211     Email: pauld@chreynolds.com

# EXHIBIT A



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.