**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation | Case No. 19-30088 Chapter 11 |
| -and- | (Jointly Administered) |
| Pacific Gas and Electric Company, *et al.* | |
| Debtors | |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Vincent Sigal**
Name of Transferor
Phone: (707) 526-6403
Last Four Digits of Acct #: N/A

**Pandora Select Partners, LP**
Name of Transferee
Phone: 612-253-6061
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Pandora Select Partners, LP**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**

Claim No: 3396 (amends 2814)
Debtor: Pacific Gas & Electric Company (19-30089)
Date Filed: June 19, 2019

Total Claim Amount: $1,131,456.90
**Transferred Claim Amount: $359,124.42**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: _____July 25, 2019_____
Transferee/Transferee's Agent    Mark Strefling
                                 Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:          United States Bankruptcy Court
                   Northern District of California
                   Attn: Clerk

AND TO:     PG&E Corporation (19-30088)
                   Case No. 19-30088 (DM) (Jointly Administered)

Claim No: 3396 (amends 2814)
Debtor: Pacific Gas and Electric Company (19-30089)

**Vincent Sigal** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**Pandora Select Partners, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims claims of Seller against the Debtor, docketed as Claim No. **3396**, in the amount of **$359,124.42** (the "Claim") which represents an undivided 31.74% pro-rata share of the aggregate claim amount of $1,131,456.90 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of July 25, 2019.

**VINCENT SIGAL**

By:_____

Name: Vince Sigal

Title: President

**PANDORA SELECT PARTNERS, LP**

By:_____

Name:

Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of July 25, 2019.

**VINCENT SIGAL**

By:_____
Name:
Title:

**PANDORA SELECT PARTNERS, LP**

By:_____
DocuSigned by:
EFEC9908E2574D9...

Name:  Mark Strefling
Title:  Partner & CEO