# Exhibit B

# EP Agreements and EP Amendments

| Counterparty | EP Agreement | EP Amendment | Cure Amount |
|---|---|---|---|
| Hummingbird Energy Storage, LLC | Energy Storage Resource Adequacy Agreement dated June 1, 2018, as previously amended by letters dated October 11, 2018, November 27, 2018 and March 28, 2019. | Amendment to Energy Storage Resource Adequacy Agreement dated July 31, 2019. | $0 |
| mNOC AERS LLC | Behind the Retail Meter Capacity Storage Agreement dated June 1, 2018, as previously amended by letters dated October 11, 2018 and November 27, 2018. | Amendment to Capacity Storage Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 3 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 4 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 5 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119