# Milbank

**ANDREW M. LEBLANC**

*Partner*
1850 K Street, NW, Suite 1100  |  Washington, DC 20006
T: 202.835.7574
aleblanc@milbank.com  |  milbank.com

August 1, 2019

**VIA ECF**

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

      Re:  *In re PG&E Corporation*, Case No. 19-30088 (DM) (Jointly Administered)

Dear Judge Montali:

    I write on behalf of the Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and its affiliated debtors (collectively, the "Debtors"), in connection with the Court's July 29, 2019 *Order re Telephone Discovery Conference* [Docket No. 3235].

    The Committee has the following open discovery request of the Official Committee of Tort Claimants (the "TCC") and its individual members: information, including but not necessarily limited to, username and secure login password, that is sufficient to permit access to and download capability in the BrownGreer Portal,[1] including all data contained therein.[2]

                                  Sincerely,

                                    */s/ Andrew M. Leblanc*

                                  Andrew M. Leblanc

---

[1] "BrownGreer Portal" refers to a database established in the California North Bay Fire Cases Coordinated Proceeding, Case Number CJC-17-004955JCCP, in the Superior Court of the State of California, and referenced in *Case Management Order 5: Collection and Production of Case Management Order Compliance Information and Subrogation Files*, entered on December 28, 2018 in that proceeding.

[2] The Committee understands that both the Debtors and certain owners of common stock of PG&E Corporation (the "PG&E Shareholders") have served subpoenas on BrownGreer PLC for all documents contained in, or accessible through, the BrownGreer Portal.

MILBANK LLP

NEW YORK  |  LOS ANGELES  |  WASHINGTON, D.C.  |  SÃO PAULO  |  FRANKFURT
LONDON  |  MUNICH  |  BEIJING  |  HONG KONG  |  SEOUL  |  SINGAPORE  |  TOKYO