

Signed and Filed: August 1, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY**,

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Diane Marger Moore**, whose business address and telephone number is Baum, Hedlund, Aristei & Goldman, PC, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90024 Tel: (310) 207-3233

and who is an active member in good standing of the bar of **Florida**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Creditors Majesti Mai Bagorio, etc.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**