# **Exhibit B**

AP SERVICES, LLC

Summary of Fees and Hours by Professionals and
Description of Responsibilities of Professionals – Pacific Gas and Electric Company, et al.
For the Period June 1, 2019 through June 30, 2019

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| James A Mesterharm | Managing Director | Develop and implement financial restructuring strategies; serve as lead AP Services resource on bankruptcy and restructuring issues; serve as key interface with creditor constituencies and other principal parties in interest; assist counsel in preparing and providing support for case motions, including testimony in bankruptcy court; provide transactional guidance, direction, and oversight; direct AP Services team and management on restructuring workstreams; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 126.8 | $ 144,552.00 |
| John Boken | Managing Director | Develop and implement financial and operational restructuring strategies; serve as lead AP Services resource and interface with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; provide operational guidance, direction, and oversight; oversee AP Services team and management in financing, liquidity management, operational improvement, diligence support, contract assessment, and other key restructuring workstreams; oversee development of business plan and long-term forecast; coordinate with counsel on support for case motions, including testimony in bankruptcy court; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 205.9 | 234,726.00 |
| David R Hindman | Managing Director | Develop and implement operational restructuring and cost reduction strategies; serve as lead AP Services resource on energy procurement, contract portfolio, and counterparty management issues; lead AP Services team and management in identification and implementation of cost efficiency opportunities across all business units and support functions; assist in interface, communications, and diligence support with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; assist in development of business plan and long-term forecast, assumptions, and support | $1,015 | 205.1 | 208,176.50 |
| Robb C McWilliams | Managing Director | Direct engagement activities and priorities of working teams across multiple work streams and advise on various matters including the review of invoices for the determination of prepetition and post-petition, Monthly Operating Reports, Schedules of Assets and Liabilities, Statement of Financial Affairs, Reclamation claims, and 503(b)(9) claims. | $1,015 | 127.1 | 129,006.50 |
| Mark J Brown | Managing Director | Begin building liquidation analysis to facilitate ongoing development of Disclosure Statement to support Plan of Reorganization process. | $1,015 | 1.7 | 1,725.50 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Albert Leung | Director | Lead labor, organizational effectiveness and benefits cost savings assessment which includes development of labor model and analysis of PGE internal and external labor spend for each line of business. Support additional labor related optimization initiatives across lines of businesses and other program management office implementation. | $945 | 167.5 | 158,287.50 |
| Eva Anderson | Director | Manage and facilitate development of responses to all diligence requests submitted by the Official Committee advisors and ad hoc creditor advisors. Support development of presentation materials for extensive on-site creditor advisor management meetings. Support Company's real estate team on bankruptcy-related owned and leased property issues. | $945 | 201.2 | 190,134.00 |
| John Kaplan | Director | Support and oversee cost reduction workstream with specific focus on the development of a portfolio of initiatives that will meet cost reduction targets. | $945 | 193.2 | 182,574.00 |
| Phillip R Croom | Director | Support spend reduction workstream with specific focus on external spend related to MRO, aviation, and fleet. Analyze spend data, interview leaders and key stakeholders to develop hypotheses on spend reduction opportunities. Validate (or disprove) hypotheses to develop high confidence cost reduction opportunities in the areas listed above. Support development and implementation of actions to achieve spend reduction targets. | $945 | 247.1 | 233,509.50 |
| Steven A Aschkenase | Director | Support cost reductions workstream with a specific focus on defining savings opportunities in customer care including customer service, meter to cash and public purpose programs. Begin developing PMO structure to support cost reduction initiative implementation | $945 | 106.9 | 101,020.50 |
| Subhash B Gullapalli | Director | Support cost reduction workstream with specific focus on executing cost reduction initiatives in the areas of IT (software, hardware, services), professional services, business and management consulting, staff augmentation and marketing & communications. | $945 | 186.2 | 175,959.00 |
| Ken Chan | Director | Support cost reduction workstream activities. Lead overall vegetation management cost reduction (wildfire, wood removal, technology productivity improvement, contract negotiation, supply strategy). Co-lead fleet management cost reduction (outsourcing, specs rationalization, process improvement, demand management). Assist electrical operations contracting and process improvement. | $945 | 177.3 | 167,548.50 |
| Rus Parashchak | Director | Support cost reduction workstream with specific focus on leading execution of Contract Award Policy initiative, assessing current processes and recommending improvements to drive more competition and external spend savings. | $945 | 147 | 138,915.00 |
| Charles G Zentay | Director | Support assessment of Network & Telecom workstream, with focus on developing baseline, conducting vendor spend deep dives, developing overview of technology landscape, and performing cost opportunity assessment. | $945 | 8.4 | 7,938.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bradley Hunter | Director | Lead liquidity and cash management workstreams. Manage development and maintenance of cash forecast and actual tracking models. Coordinate production of periodic cash forecast reports for internal and external reporting. Participate in regular meetings with management to review cash flow trends and liquidity status. | $895 | 55.0 | 49,225.00 |
| Erik Bell | Director | Support the operation of the Spend Governance Committee. Participate in cost reduction efforts around the Gas Operations and Power Generation groups including the identification and evaluation of specific opportunities to reduce or defer expenditures in an effort to lower customer energy rates. | $895 | 142.9 | 127,895.50 |
| John C Labella | Director | Lead and manage team of PGE, AP Services and temporary staffing in the review all invoices using the 3-way match process for a determination if services or goods provided were in the pre or post-petition period. Design and implement semi-automated invoice review processes and other processes to expedite reviews as necessary. Provide support to PGE accounting group in identifying and aggregating financial data for preparation of the Monthly Operating reports for January and February. | $895 | 101.2 | 90,574.00 |
| Jeffrey W Kopa | Director | Begin building liquidation analysis to facilitate ongoing development of Disclosure Statement to support Plan of Reorganization process. | $830 | 1.9 | 1,577.00 |
| Denise Lorenzo | Director | Design and manage process for submitting, approving and processing prepetition payments authorized under various first day motions (Supplier Management Committee). Design and manage process for reporting of executed prepetition payments and maintaining controls to ensure compliance with granted first day authority. Design and manage process for vetting and approving Operational Integrity Supplier designations. | $830 | 132.4 | 109,892.00 |
| Michelle R Repko | Director | Lead cross-functional effort with AP Services team and company team members in development and implementation of a process to resolve over 600 asserted 503b9 claims. Assist company in development and formation of claims steering committee and organization-wide process for resolving claims. Assist company in preforming preliminary analysis on existing claim population. Support various other case management efforts. | $830 | 150.9 | 125,247.00 |
| Brent Robison | Director | Work with company to assess reclamation demands and manage process for the review and reconciliations in preparation of filing the reclamation notice. Assist company personnel to track information received related to mechanic's liens and assist with resolving any associated issues. Review filed 503(b)(9) claims to determine validity of claim and prepare for possible objection to claims. | $775 | 140.0 | 108,500.00 |
| Eric J Powell | Director | Lead Construction Services and Engineering cost savings assessment which includes external sourcing labor and non-labor work and internal work and resource optimization; coordinate interaction and work across the electric and gas lines of businesses | $775 | 158.8 | 123,070.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Patryk P Szafranski | Director | Serve as lead AP Services resource on business plan development; lead AP Services team and client staff in 5 year forecast consolidation, scenarios modelling; assist in interface, communications, and diligence support with potential investors and other internal and external stakeholders | $775 | 295.1 | 228,702.50 |
| Arnab Mukherjee | Senior Vice President | Support on the Contract Award Process Workstream. | $665 | 117.9 | 78,403.50 |
| Elizabeth Kardos | Director | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports | $685 | 4.0 | 2,740.00 |
| Jarod E Clarrey | Senior Vice President | Support PGE accounts payable team's review of asserted 503(b)(9) claims. Assist in development and implementation of claims review and contract assessment processes, including the coordination of web-based analytical tools for PGE users and development of training materials. Administered contract document collection from PGE personnel to support assessment process. | $615 | 153.4 | 94,341.00 |
| Jeff Ivester | Senior Vice President | Support spend governance workstream with development of committee presentations and execution of dashboard reporting. Identify and tracked cost reduction opportunities through weekly meetings with the Customer Care line of business. | $615 | 93.7 | 57,625.50 |
| Jennifer A McConnell | Senior Vice President | Support diligence response workstream with development of response materials to diligence requests, coordination with company, counsel and other constituents, tracking of response status, and reporting/presentations related thereto. | $615 | 174.0 | 107,010.00 |
| Christopher S Atkins | Vice President | Support cost reduction workstream with analysis of third party spend data and focus on understanding of spend data cube. Formalize cost reduction hypotheses related to IT software and hardware, marketing, contingent labor and staff augmentation and prepare for preliminary interviews with relevant PGE leadership. | $600 | 170.9 | 102,540.00 |
| Wally Li | Vice President | Support and maintain the claims and contracts website including user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $600 | 29.1 | 17,460.00 |
| Chris J Dunbar | Vice President | Support cash forecasting workstream by (1) developing a collections model and (2) engineering a process for incorporating energy procurement spend. Develop strategy around energy procurement cost reduction potential. | $585 | 121.0 | 70,785.00 |
| David M Purcell | Vice President | Support liquidity and cash management workstream and business plan development workstream. Build and maintain cash forecast, track and analyze actual results, and develop cash forecast reports for internal and external parties. Additionally assist client staff in 5 year forecast consolidation and scenarios modeling. | $565 | 177.4 | 100,231.00 |
| Rich Kline | Vice President | Support business plan development workstream and assist PGE forecasting team in refining and testing baseline assumptions and in evaluating modeling output. | $565 | 305.7 | 172,720.50 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bryce Pyle | Vice President | Support business plan development workstream with focus on validation of five-year forecast. Assist in diligence support with internal and external stakeholders. | $565 | 267.5 | 151,137.50 |
| Nitesh Neelanshu | Vice President | Support cost reduction workstream with specific focus on analytics and documentation support related to construction and engineering services spend optimization. Support PMO, steering committee and additional cost reduction efforts as necessary. | $565 | 180.6 | 102,039.00 |
| Peter C Hill | Vice President | Support cost reductions workstream with specific focus on development of labor model and analysis of PGE internal labor spend for each line of business. | $565 | 148.9 | 84,128.50 |
| Spencer Dorsey | Vice President | Support liquidity, cash management and vendor management workstreams. Prepare daily cash report to monitor post-petition liquidity for PGE Treasury department/CRO/Deputy CRO. Build and maintain disbursements database to support payment tracking initiatives related to prepetition vs. post petition payments and payments permissible under first day motion authority. | $480 | 160.0 | 76,800.00 |
| Laurie C Verry | Senior Vice President | Assist in the preparation of retention documents and relationship disclosures reports | $490 | 2.4 | 1,176.00 |
| Bruce Smathers | Vice President | Support the cost reduction workstream within Gas Operations by identifying, evaluating, and tracking initiatives in an effort to lower customer energy rates. | $440 | 144.6 | 63,624.00 |
| Lisa Marie Bonito | Associate | Assist with the preparation of monthly staffing and compensation reports | $430 | 5.5 | 2,365.00 |
| Tammy Brewer | Vice President | Assist with the preparation of monthly staffing and compensation reports | $430 | 23.0 | 9,890.00 |
| Tom A Fitzsimmons | Associate | Support project specific secure data storage requirements. | $240 | 0.5 | 120.00 |
| Vera Jiang | Associate | Preparation of Electric Operations benchmarking analysis and related modeling including creation of relevant charts for performance comparatives. | $240 | 18.0 | 4,320.00 |
| Amy Liu | Associate | Preparation of Electric Operations benchmarking analysis and related modeling including creation of relevant charts for performance comparatives. | $240 | 14.5 | 3,480.00 |
| Brian Beilinson | Consultant | Support compliance with accounts payable segregation requirements by (1) designing a process and methodology for designating invoices and prepetition or post-petition and (2) training and managing a team of 43 billing analysts tasked with reviewing and classifying all 3-way match PO invoices as pre-petition or post-petition. Managed the Claims Review Team by 1) creating and teaching the 503b9 training materials 2) reviewing templates submitted by the CRT for accuracy and 3) managing the claims WIP queue and tracking results. | $425 | 168.8 | 71,740.00 |
| Zachary A Pollack | Consultant | Support compliance with accounts payable segregation requirements with development of SQLite database to analyze daily open invoices. Utilize daily SAP reports and the open invoices database to distribute daily invoice assignments queue to the invoice review team as well as report on payment blocks and their dispositions. | $425 | 152.6 | 64,855.00 |

| Name | Role | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Zachary E Courie | Consultant | Support supplier management committee process with the design and implementation of payment request forms, management of committee meeting agendas, and creation of payments report. Advise company on proper adherence to supplier management committee guidelines/requirements, designation of prepetition invoices and analysis required to support evaluation of potential operational integrity suppliers. Support the assessment of executory contracts by creating a contracts database, managing updates to the contracts webtool and database, and creating contracts reporting for management. | $425 | 185.3 | 78,752.50 |
| Katharine G Glasscock | Consultant | Support claims management workstream and manage database containing all filed and scheduled claims as well as claims objections. Facilitate reconciliation of all 503(b)(9) demands. Prepare weekly professional fee statement report to monitor new fee statements and certificates of no objection. | $385 | 181.8 | 69,993.00 |
| Andrea M LeBar | Associate | Assist with the preparation of monthly staffing and compensation reports | $360 | 35.5 | 12,780.00 |
| Barbara J Ferguson | Paraprofessional | Support claims management workstream | $305 | 99.9 | 30,469.50 |
| Derrick Q Irving | Paraprofessional | Support case management activities | $305 | 66.1 | 20,160.50 |
| **Total Professional Hours and Fees** | | | | **6,482.2** | **4,690,442.50** |
| Less 100% Travel Fees | | | | | (720,839.50) |
| **Total Professional Fees** | | | | | **$ 3,969,603.00** |