## Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period June 1, 2019 - June 30, 2019

| EXPENSE CATEGORY | | AMOUNT |
|---|---|---:|
| Airfare | $ | 79,035.54 |
| Lodging | | 119,864.68 |
| Meals | | 14,526.47 |
| Ground Transportation | | 20,257.31 |
| Other | | 97.37 |
| **TOTAL EXPENSES** | **$** | **233,781.37** |