Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| **In re Debtor(s):** PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 31, 2019 was filed on August 1, 2019. The following deadlines apply:

The parties have until Thursday, August 8, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, August 22, 2019.

If a request for redaction is filed, the redacted transcript is due Tuesday, September 3, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, October 30, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/7/19      For the Court:

                        Edward J. Emmons
                        Clerk of Court
                        United States Bankruptcy Court