# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 8/5/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

aty      Peter J. Benvenutti      pbenvenutti@kellerbenvenutti.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**

     ANNIE DUONG, ESQ.      McCormick Barstow LLP      7647 North Fresno Street      Fresno, CA 93720
     GREGORY A. BRAY, ESQ.      DANIEL B. DENNY, ESQ.      Milbank LLP      2029 Century Park East      33rd Floor      Los Angeles, CA 90067
     ALAN J. STONE, ESQ.      Milbank LLP      55 Hudson Yards      New York, NY 10001
     EREZ E. GILAD, ESQ.      Stroock & Stroock & Lavan LLP      180 Maiden Lane      New York, NY 10038
     FRANK A. MEROLA, ESQ.      Stroock & Stroock & Lavan LLP      2029 Century Park East      Los Angeles, CA 90067
     BRIAN S. HERMANN, ESQ.      ALAN W. KORNBERG, ESQ.      Paul, Weiss, Rifkind, Wharton & Garrison      1285 Avenue of the Americas      New York, NY 10019
     MICHAEL H. STRUB, JR., ESQ.      Irell & Manella LLP      1800 Avenue of the Stars Suite 900      Los Angeles, CA 90067
     JOHN H. VERAJA, ESQ.      Cleary Gottlieb Steen & Hamilton LLP      One Liberty Plaza      Nwe York, NY 10006

TOTAL: 8