Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019** <br><br> [Re: Docket No. 3109] <br><br> **OBJECTION DEADLINE**: July 29, 2019 |

**THE MONTHLY STATEMENT**

On July 19, 2019, the Official Committee of Tort Claimants (the "**TCC**"), filed its Second Monthly Statement for Reimbursement of Expenses for the Period of May 1, 2019 through May 31, 2019 [Docket No. 3109] (the "**Second Monthly Statement**"), in accordance with the Order Pursuant to 11 U.S.C §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors dated April 9, 2019 [Doc. No. 1305] (the "**Reimbursement Procedures Order**").

The Second Monthly Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on July 19, 2019 [Docket. No. 3110]. The deadline to file responses or oppositions to the Second Monthly Statement was July 29, 2019, and no oppositions or responses have been filed with the Court or received by Counsel for the TCC. Pursuant to the Reimbursement Procedures Order, within ten (10) business days following service of a certificate of no objection, the Debtors are directed to pay each Committee Member entitled to reimbursement one hundred percent (100%) of the requested expenses without the need of any further order of the Court. A summary of the expenses sought by the Committee Members is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Baker & Hostetler LLP and Counsel for the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in these chapter 11 cases, and have not received any response or opposition to the Second Monthly Statement.

3. This declaration was executed in San Francisco, California.

Dated: August 2, 2019

BAKER & HOSTETLER LLP

By: /s/ Cecily A. Dumas
      Cecily A. Dumas

*Counsel to the Official Committee of Tort Claimants*

## **EXHIBIT A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---|
| Karen M. Lockhart | Chair | $214.90 |
| Gregory Wilson | Member | $ 77.00 |