# Exhibit A

| | |
|---|---|
| **From:** | Forman, Daniel <DForman@willkie.com> |
| **Sent:** | Tuesday, June 25, 2019 3:06 PM |
| **To:** | Minga, Jay |
| **Cc:** | Goren, Matthew; McCallen, Benjamin; Fleming, Timothy; Liou, Jessica; Slack, Richard |
| **Subject:** | Re: PG&E Protective Order |

Rick- Per our conversation, below is the list of individual members' subrogation and bankruptcy counsel. We listed lead counsel for each firm, but understand that each is working with their full complement of associates, legal assistants, etc. at their respective firms. Please confirm you have no objection to the following receiving confidential and highly confidential discovery material. We will advise as (and if) additional counsel for individual members require access to material, and expect any such additional counsel receive the same consideration from the company in the future.


Thank you


| **Subrogation Counsel** | |
|---|---|
| Alper & McCulloch | Dean Alper |
| Bauman Loewe Witt & Maxwell, PLLC | Scott Loewe; Mark Bauman |
| Berger Kahn | Craig Simon |
| Cozen O'Connor P.C. | Howard Maycon; Kevin Bush; Mark Felger |
| Denenberg Tuffley, PLLC | Paul Casetta; Alan McMaster |
| Gibson Robb & Lindh LLP | Joshua E. Kirsch |
| Greer, Herz, & Adams, LLP | David Booth |
| Grotefeld Hoffmann Gordon Ochoa & Evinger, LLP | Mark Grotefeld; Maura Walsh-Ochoa; Waylon Pickett |
| Jang & Associates LLP | Alan Jang |
| Law Offices of Shawn E. Caine, A.P.C. | Shawn Caine |
| Mazzola Lindstrom LLP | Wendy Lindstrom; Hanoch Sheps |
| Nielsen Zehe & Antas, PC | Jack McCabe; Brian T. Suth |
| Noma Law | Sally Noma |
| Prager Dreifuss | Gion Christian Casanova |
| Robins Kaplan LLP | Scott G. Johnson |
| Schroeder Loscotoff LLP | Eric Schroeder; Bill Loscotoff |
| Shoecraft Burton, LLP | Michelle Burton; Rachel Kelly |
| Sloane and Walsh, LLP | John A. Donovan III; Anthony J. Antonellis |
| Soltman, Levitt, Flaherty, & Wattles LLP | Steven B. Soltman; Steven S. Nimoy |
| Stutman Law | Tim Cary; Nathan Hurd |

| **Bankruptcy Counsel** | |
|---|---|
| Dentons | Peter Wolfson; Patrick Maxcy |
| Friedman Kaplan | Eric Seiler; Jason Rubinstein |
| Gibson Dunn | Jeffrey C. Krause; James Hallowell |
| Locke Lord LLP | Aaron Smith |
| Pachulski Stang Ziehl & Jones | Isaac Pachulski; Debra Grassgreen |
| Vinson & Elkins | Mortimer Hartwell; Meghan Natenson |

**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

On Jun 25, 2019, at 11:25 AM, Forman, Daniel <DForman@willkie.com> wrote:

Following up on my email below, we read your reply, and we're hoping we can talk briefly.  I'm flying to California today, but can talk any time before 1:15 Eastern.

Thanks,
Dan


**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

**From:** Forman, Daniel
**Sent:** Monday, June 24, 2019 12:17 PM
**To:** 'Minga, Jay' <Jay.Minga@weil.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Fleming, Timothy <TFleming@willkie.com>; Liou, Jessica <jessica.liou@weil.com>; Slack, Richard <richard.slack@weil.com>
**Subject:** RE: PG&E Protective Order

Weil team –

In follow up to our call last week – the two categories of attorneys we would like to share discovery with are individual group members' subrogation and bankruptcy counsel, all of whom are actively engaged in advising our group members with respect to this bankruptcy case.  Would you consent now that those parties can sign the acknowledgment and gain access to discovery per section 7.3(k) of your proposed protective order?  If you consent, we can take that issue off the table for Wednesday's hearing.

Thank you,
Dan

**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

---

**From:** Forman, Daniel
**Sent:** Sunday, June 23, 2019 1:30 PM
**To:** 'Minga, Jay <Jay.Minga@weil.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Fleming, Timothy <TFleming@willkie.com>; Liou, Jessica <jessica.liou@weil.com>; Slack, Richard <richard.slack@weil.com>
**Subject:** RE: PG&E Protective Order

Thanks, of course when the language was in the TCC's draft, it was in the context of a protective order that contemplated the designating party filing a motion to defend a designation, and the provision in question read: "**In addition,** the Challenging Party may file a motion challenging a confidentiality designation at any time if there is good cause for doing so . . ."  In my view the same language is very different within context.  In the TCC's version it was an option above and beyond the designating party's obligation to go to court.  In your version it is the challenging party's sole recourse.  I urge you to re-consider whether "if there is good cause for doing so" is truly necessary when the challenging party is the one that has to bring the motion in the first instance.  We also continue to think about the issue on our side.


**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

---

**From:** Minga, Jay [mailto:Jay.Minga@weil.com]
**Sent:** Friday, June 21, 2019 7:00 PM
**To:** Forman, Daniel <DForman@willkie.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Fleming, Timothy <TFleming@willkie.com>; Liou, Jessica <jessica.liou@weil.com>; Slack, Richard <richard.slack@weil.com>
**Subject:** RE: PG&E Protective Order

Dan,

Thank you for the call earlier.  The language you highlight was proposed by the TCC and accepted by the Debtors.  We filed the redline in which the TCC proposed this language as Exhibit M to the Slack Declaration, ECF No. 2460-13, at 31 of 41.  We do not believe the language shifts or otherwise addresses the burden of proof; it is merely intended to ensure that a party does not bring a frivolous motion to challenge a designation and has a good faith basis to bring such a challenge.

Please let us know if you'd like to discuss further.

Best,
Jay

**Jay Minga**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jay.Minga@weil.com
+1 212 310 8378 Direct
+1 646 467 2079 Mobile
+1 212 310 8007 Fax

---

**From:** Forman, Daniel <DForman@willkie.com>
**Sent:** Friday, June 21, 2019 3:59 PM
**To:** Liou, Jessica <jessica.liou@weil.com>; Slack, Richard <richard.slack@weil.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Minga, Jay <Jay.Minga@weil.com>; Fleming, Timothy <TFleming@willkie.com>
**Subject:** RE: PG&E Protective Order

Thank you for the call. I wanted to follow up on one issue that is causing some confusion on my end. You mentioned that the dispute is not who bears the burden of persuasion on the appropriateness of a confidentiality designation once the dispute is brought to the Court's attention. And you believe the only dispute is over which party must bring the motion. You took the position on our call that your order is silent as to the burden of persuasion once the issue is before the court, but as drafted, the second-to-last sentence of section 6.3 of your draft could be read differently: "The Challenging Party may file a motion challenging a confidentiality designation at any time *if there is good cause for doing so*, including a challenge to the designation of a deposition transcript or any portion thereof." (emphasis added). This seems to tip the scales in the proceeding over the appropriateness of the designation. Rather than one question before the court (i.e. was the designation appropriate), the order could be read to add the question of whether the challenging party had good cause for filing their motion. Please let me know if I am misreading the order.

Thank you,
Dan

**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

---

**From:** Liou, Jessica [mailto:jessica.liou@weil.com]
**Sent:** Friday, June 21, 2019 12:15 PM
**To:** Slack, Richard <richard.slack@weil.com>; Forman, Daniel <DForman@willkie.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Minga, Jay <Jay.Minga@weil.com>
**Subject:** RE: PG&E Protective Order

Good here. Jay, would you send a planner with dial in?

Jessica

**Jessica Liou**
Partner
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jessica.Liou@weil.com
+1 212 310 8817 Direct
+1 917 806 5259 Mobile
+1 212 310 8007 Fax

Weil's Bankruptcy Blog:  http://bfr.weil.com

---

**From:** Slack, Richard <richard.slack@weil.com>
**Sent:** Friday, June 21, 2019 12:10 PM
**To:** Forman, Daniel <DForman@willkie.com>; Liou, Jessica <jessica.liou@weil.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Minga, Jay <Jay.Minga@weil.com>
**Subject:** RE: PG&E Protective Order

OK for me, if good with Jessica.

**From:** Forman, Daniel <DForman@willkie.com>
**Sent:** Friday, June 21, 2019 12:06 PM
**To:** Liou, Jessica <jessica.liou@weil.com>
**Cc:** Goren, Matthew <matthew.goren@weil.com>; McCallen, Benjamin <BMcCallen@willkie.com>; Slack, Richard <richard.slack@weil.com>; Minga, Jay <Jay.Minga@weil.com>
**Subject:** Re: PG&E Protective Order

Can we do 3 pm, if that still works for Ben too?

**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

On Jun 21, 2019, at 11:29 AM, Liou, Jessica <jessica.liou@weil.com> wrote:

> Dan,
>
> Happy to hop on a call.  Are you available this afternoon after 1 pm et?  I'm flexible.
>
> Jessica
>
>
> On Jun 21, 2019 10:17 AM, "Forman, Daniel" <DForman@willkie.com> wrote:

Jessica/Matt –

We're reaching out to see if we can resolve the piece of our objection does not overlap with the TCC's objection prior to the hearing next week. Please let us know if you're available to discuss.

Thanks,
Dan

**Daniel Forman**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8196 | Fax: +1 212 728 9196
dforman@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.