

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

Signed and Filed: August 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING OMNIBUS STIPULATION BETWEEN DEBTORS AND CERTAIN CLAIMANTS EXTENDING TIME TO RESPOND TO DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9)**<br><br>Re: Dkt. Nos. 725, 2896, 3306<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Pursuant to 11 U.S.C. § 503(b)(9)* (the "**Stipulation and Agreement for Order**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the parties whose signatures are attached to the Stipulation and Agreement for Order (collectively, the "**Claimants**"), on the other hand, filed on July 31, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Respondents whose signature pages are attached to the Stipulation and Agreement for Order to file and serve any opposition or response to the Omnibus Objection is extended through 4:00 p.m. (Pacific Time) on September 13, 2019.

2. The 503(b)(9) Claims of the Respondents, and the Debtors' objections thereto as set forth in the Omnibus Objection, shall not be included in the matters to be heard at the Omnibus Objection Hearing, or in any order proposed by the Debtors in connection with the Omnibus Objection Hearing.

3. The Debtors may extend further the Response Deadline for any Respondent in writing (which writing may include e-mail) without further Court order.

4. In accordance with the 503(b)(9) Procedures, the Debtors are authorized, but not required, to negotiate, in their sole discretion, with any of Respondent and to seek an agreement resolving any Objection to such Respondent's 503(b)(9) Claim without the need for any further order by the Court.

5. In the event that the Debtors cannot reach agreement with a Respondent with respect to the Debtors' objection to that Respondent's 503(b)(9) Claim, the Debtors will schedule

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement for Order.

the matter for a hearing by the Court on no less than twenty-one days' notice, <u>provided</u>, <u>however</u>, that the Debtors' objections to such 503(b)(9) Claim as set forth in the Omnibus Objection are preserved, and the Debtors shall not be required to file and serve a further objection to any 503(b)(9) Claim to which the Debtors objected in the Omnibus Objection for such objections to be heard by the Court.

**END OF ORDER**