**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**MAY 1, 2019 THROUGH MAY 31, 2019**

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 261.00 | $364,800.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 18.50 | $29,600.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 31.20 | $49,920.00 |
| Slack, Richard W. | Litigation | 1987 | $1,225.00 | 86.40 | $103,785.00 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 23.80 | $38,080.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 31.20 | $49,920.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 7.70 | $10,972.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 82.60 | $94,990.00 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 38.70 | $43,537.50 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 142.10 | $152,757.50 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 12.30 | $12,915.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 196.40 | $201,616.25 |
| **Total Partners and Counsel:** | | | | **931.90** | **$1,152,893.75** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 14.20 | $8,520.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 5.20 | $5,174.00 |
| Seales, Jannelle Marie | Corporate | 2009 | $995.00 | 19.80 | $19,701.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 74.10 | $73,729.50 |
| Cruz, Mariel E. | Corporate | 2010 | $995.00 | 5.70 | $5,671.50 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 162.00 | $161,190.00 |
| Silber, Gary | Tax | 2011 | $995.00 | 51.60 | $51,342.00 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 126.40 | $117,012.00 |
| Minga, Jay | Litigation | 2013 | $950.00 | 38.70 | $36,765.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 29.30 | $27,835.00 |
| Jones, Hannah L. | Litigation | 2014 | $920.00 | 109.50 | $100,050.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 142.50 | $98,325.00 |
| Africk, Max M. | Litigation | 2015 (Louisiana) | $875.00 | 34.10 | $29,837.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 67.30 | $58,887.50 |
| Pitcher, Justin R. | BFR | 2016 (Utah) | $790.00 | 23.90 | $18,881.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 10.00 | $7,900.00 |
| McGrath, Colin | Litigation | 2017 | $690.00 | 11.90 | $8,211.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 98.10 | $67,689.00 |
| Neuhauser, David | Corporate | 2018 | $690.00 | 7.80 | $5,382.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 128.60 | $88,734.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 214.70 | $120,232.00 |
| Irani, Neeckaum | Litigation | 2018 (Cal) | $560.00 | 8.80 | $4,928.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 54.30 | $30,408.00 |
| Evans, Steven | Litigation | 2019 | $560.00 | 17.50 | $9,800.00 |
| Bruno, Travis | Tax | 2019 | $560.00 | 8.40 | $4,704.00 |
| Jung, Alexandra D'Errico | Litigation | 2019 | $560.00 | 5.10 | $2,856.00 |
| **Total Associates:** | | | | **1,469.50** | **$1,163,765.00** |

---

[2] BFR – Business Finance & Restructuring

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $420.00 | 8.10 | $3,402.00 |
| Pachecho, Erika | Litigation | $330.00 | 9.20 | $3,036.00 |
| Peene, Travis J. | BFR | $240.00 | 12.80 | $3,072.00 |
| **Total Paraprofessionals:** | | | **30.10** | **$9,510.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,237.14 | 931.90 | $1,152,893.75 |
| Associates | $791.95 | 1,469.50 | $1,163,765.00 |
| Paraprofessionals | $315.95 | 30.10 | $9,510.00 |
| **Blended Attorney Rate** | **$964.71** | | |
| **Total Fees Incurred:** | | **2,431.50** | **$2,326,168.75** |

[3] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119