# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 12.70 | $9,779.00 |
| 003 | Automatic Stay | 263.20 | $234,615.00 |
| 004 | Bankruptcy Litigation | 331.10 | $293,322.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 155.60 | $162,633.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 26.30 | $15,548.00 |
| 008 | Chapter 1 Plan/Plan Confirmation | 109.20 | $94,030.00 |
| 009 | Communications with Client | 13.00 | $12,930.50 |
| 010 | Corporate Governance and Board Issues | 63.50 | $84,120.50 |
| 011 | Customer, Supplier and Vendor Issues | 43.90 | $40,378.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 3.70 | $3,158.50 |
| 013 | Disclosure Statement | 2.50 | $2,026.00 |
| 014 | Employee Issues | 261.10 | $238,171.50 |
| 015 | Equity Committee | 2.30 | $2,620.00 |
| 016 | Exclusivity | 69.00 | $76,597.50 |
| 017 | Executory Contracts/Lease Issues | 59.50 | $47,641.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 136.20 | $134,705.50 |
| 019 | Hearings and Court Matters | 39.50 | $46,573.50 |
| 020 | Legislative Issues/Inverse Reform | 1.70 | $2,247.50 |
| 022 | Non-Working Travel | 112.80 | $78,134.75 |
| 023 | FERC Adversary Proceeding | 21.10 | $19,669.00 |
| 024 | Reclamation/503(b)(9) | 16.60 | $12,300.50 |
| 025 | Regulatory Issues including CPUC and FERC | 17.70 | $21,585.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 49.50 | $36,644.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 6.50 | $4,067.50 |
| 028 | Retention/Fee Application: Other Professionals | 62.70 | $50,075.00 |
| 030 | Tax Issues | 173.20 | $201,848.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 10.20 | $10,694.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 32.40 | $37,255.50 |
| 033 | Utility Issues/Adequate Assurance | 2.20 | $2,095.50 |
| 035 | Real Estate and Real Property Issues | 85.70 | $90,274.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 237.80 | $252,530.00 |
| 037 | Insurance Issues | 9.10 | $7,898.50 |
| **Total:** | | **2,431.50** | **$2,326,168.75** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119