# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $33,731.75 |
| Meals | $1,241.42 |
| Travel | $18,531.06 |
| Transportation | $4,130.76 |
| Duplicating | $1,670.30 |
| CourtCall | $502.50 |
| **Total Expenses Requested:** | **$59,807.79** |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28