DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case |
| ☐    Affects PG&E Corporation<br><br>☐    Affects Pacific Gas and Electric Company<br><br>☒    Affect both Debtors | **WITHDRAWAL OF DOCUMENT #3053 - NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

NOTICE IS HEREBY GIVEN that Creditor, TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby withdraws the **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(B)(2), Docket #3053**, which was e-filed with this court in the above-entitled action on July 18, 2019. The filing of this document was an inadvertent duplicate filing of the same document filed earlier as Docket #3048, which remains on file and in effect as

1567018.1       1

WITHDRAWAL OF NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

1 | filed.

DATED: August 5, 2019

DOWNEY BRAND LLP

By: _____ /s/ Jamie P. Dreher _____
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT
AGGREGATES

DOWNEY BRAND LLP

1567018.1

2