| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>MARGARITA PADILLA, SBN 99966<br>Supervising Deputy Attorney General<br>JAMES POTTER, SBN 166992<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-0815<br>Fax: (510) 622-2270<br>Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov | XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Toxic Substances Control, California Department of Water Resources, et al.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

**TO CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

-1-
NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Case: 19-30088 Doc# 3380 Filed: 08/06/19 Entered: 08/06/19 08:59:50 Page 1 of 3

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that effective July 26, 2019, Felderstein Fitzgerald Willoughby & Pascuzzi LLP has changed its firm name to Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP. |

   **NOTICE IS HEREBY GIVEN** that effective July 26, 2019, Felderstein Fitzgerald Willoughby & Pascuzzi LLP has changed its firm name to Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP.

   **NOTICE IS FURTHER GIVEN** that effective July 26, 2019, the firm's new address is:

   Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
   500 Capitol Mall, Suite 2250
   Sacramento, CA 95814

   The firm's telephone number remains unchanged: (916) 329-7400. The firm's facsimile number remains unchanged: (916) 329-7435. The email addresses of the firm's attorneys and staff remain unchanged.

   Dated: August 6, 2019          Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   MARGARITA PADILLA
   Supervising Deputy Attorney General

   By: */s/ Paul J. Pascuzzi*
   STEVEN H. FELDERSTEIN
   PAUL J. PASCUZZI
   FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
   Attorneys for California
   Department of Toxic Substances Control,
   California Department of Water Resources,
   State Water Resources Control Board,
   Regional Water Quality Control Boards, and
   State Energy Resources Conservation and
   Development Commission, California
   Department of Forestry and Fire Protection,
   California Department of Fish and Wildlife,
   and California Air Resources Board

## PROOF OF SERVICE

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1750, Sacramento, CA 95814. On August 6, 2019, I served the within documents:

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

By Electronic Service only via CM/ECF.

*/s/ Karen L. Widder*
Karen L. Widder