Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF THE DEBTORS' SECOND OMNIBUS MOTION PURSUANT TO 11 U.S.C § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 FOR AN ORDER (I) APPROVING ASSUMPTION OF CONTRACTS IN CONNECTION WITH THE COMMUNITY PIPELINE SAFTETY INITIATIVE AND (II) GRANTING RELATED RELIEF**<br><br>Date: August 14, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 3176 |

The Official Committee of Unsecured Creditors (the "Official Committee") respectfully submits this statement in support of the Debtors' *Second Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (II) Granting Related Relief* (the "CPSI Motion") [Docket No. 3176].[1]

**STATEMENT**

The Official Committee fully supports efforts by the Debtors to enhance and ensure the safe and reliable operation of their businesses. The Official Committee views the CPSI Motion as a positive step towards protecting the Debtors' customers and other community residents in the areas where the Pipeline System is located. By assuming the CPSI Agreements, the Debtors will better be able to safeguard continued access to their Pipeline System to: (i) inspect, maintain and monitor the system's integrity; (ii) undertake preventative measures; (iii) implement the CPSI safety program; and (iv) grant access to first responders and safety crews in emergency situations. Assuring such access is critical to both the continued safe operation of the Pipeline System and allowing the Debtors to comply with various federal, state and local safety and operational regulations. As such, the Official Committee believes that assuming the CPSI Agreements is a sound exercise of the Debtors' "business judgement" and supports the Court's approval of the relief sought in the CPSI Motion.

[*Remainder of Page Intentionally Left Blank*]

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the CPSI Motion.

## CONCLUSION

For the reasons set forth above, the Official Committee respectfully requests that the Court grant the CPSI Motion and such other relief as may be appropriate.

Dated: August 6, 2019

**MILBANK LLP**

*/s/Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*