# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Joseph Michael Esmont**
Attorney Registration No. **0084322**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of July, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Lei Moore
*Administrative Assistant*

No. 2019-07-23-1
Verify by email at GoodStandingRequests@sc.ohio.gov




AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA     :
    :    ss.
NORTHERN DISTRICT OF OHIO     :

I, SANDY OPACICH, Clerk of the United States Court for the Northern District of Ohio,

**DO HEREBY CERTIFY**, that **Joseph M. Esmont**, **0084322**, was duly admitted to practice in

said Court on **January 21, 2009**, and is in good standing as a member of the bar of said Court.

Dated at Toledo, Ohio

on July 22, 2019

**SANDY OPACICH**
**Clerk of Court**

By: _s/ Annie Crawford_
**Deputy Clerk**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**JOSEPH M. ESMONT, BAR #0084322**

was duly admitted to practice in this Court on

December 13, 2017

and is in good standing as a member of the Bar of this Court.

Dated at  Cincinnati , Ohio on            7/24/19           .



CLERK OF COURT

Signature of Clerk or Deputy Clerk