**Exhibit A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

| Name | Position | Total Expenses Incurred |
|------|----------|------------------------|
| Karen M. Lockhart | Chair | $197.82 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO