**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $ 43.34 |
| Mileage Reimbursement | $ 148.48 |
| Miscellaneous | $ 0.00 |
| Transportation/Parking/Tolls | $ 6.00 |
| **Total Expenses Requested:** | **$ 197.82** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO