**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Attend Court Hearing
3. Date of Committee Business: June 12, 2019
4. Location of Committee Business: Oakland
5. Dates of Travel: June 12, 2019

   Description of trip (start/end locations): Yuba City to Oakland
   Oakland to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $ .58 per mile     $148.48

   Total miles traveled: 256 miles

   (3) Taxi/Uber/Lyft/Public Transportation/Bart

   (4) Parking/Tolls     $6

   (5) Other (describe)

   (b) Lodging:

   (1) Hotel (excluding meals)

   (c) Meals

   (1) Breakfast     $10

   (2) Dinner   6/12/19     $33.34

**TOTAL REIMBURSEMENT SOUGHT**     **$197.82**

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen M. Lockhart (signature)*

Karen M. Lockhart