**Exhibit A**
[PROPOSED] Order

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**[PROPOSED] ORDER PURSUANT TO 11 U.S.C. §§ 365(d)(4) AND B.L.R 6006-1 FURTHER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** |

Upon the Motion, dated _____, 2019 [Docket No. #] (the "**Motion**"),[1] of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6006-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for a further extension of the time to assume or reject the unexpired leases of nonresidential real property with certain lessors, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Initial Extension Motion, the Boken Declaration and the Liou Declaration; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time by which the Debtors must assume the nonresidential real property leases to which the Consenting Lessors listed on **Schedule 1** and the Debtors are party (collectively, the "**Extension Leases**"), is further extended from

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

August 27, 2019, through and including the Extended Deadline, as agreed upon by and between the Debtors and each Consenting Lessor in the applicable Stipulation and as summarized on **Schedule 1** to this Order.

3. The entry of this Order is without prejudice to the Debtors' right to request further extensions of time to assume or reject any of the Extension Leases in accordance with section 365(d)(4) of the Bankruptcy Code with the consent of the applicable Consenting Lessor.

4. Nothing in the Motion or this Order shall be construed as (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Extension Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Extension Leases.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

# SCHEDULE 1

| No. | Consenting Lessor | Extended Deadline[2] |
|---|---|---|
| Lease Expiration or Effective Date | | |
| 1. | 25th District Agricultural Assn. | The earlier of (i) the expiration of the term of each of the Leases (as defined in the Stipulation), or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases. |
| 2. | 3551 Pegasus Partners LP | As above |
| 3. | 3900 West Lane Building | As above |
| 4. | 851-853 Howard St, LLC | As above |
| 5. | Alexander R McGeoch DDS and Carole McGeoch | As above |
| 6. | Arthur N. Clemens, Jr. Trust | As above |
| 7. | Aviation Consultants, Inc. | As above |
| 8. | Barnes Design Inc. | As above |
| 9. | Big Properties of California, LLC | As above |
| 10. | C&S Properties | As above |
| 11. | Central Valley Associates | As above |
| 12. | Christopher J. Corrigan, Trustee, under Trust Agreement dated March 9, 1995, known as the "Christopher J. Corrigan Family Trust" | As above |
| 13. | City of Auburn[3] | As above |
| 14. | City of Vallejo | As above |
| 15. | City of Santa Rosa | As above |
| 16. | Civic Center Square, Inc.[4] | As above |
| 17. | Clay LLC | As above |
| 18. | County of Solano | As above |
| 19. | Dana Butcher Associates | As above |
| 20. | David J. Martinelli and Gary L. Martinelli, Trustees of the Alice Martinelli Special Trust No. 1 UDT dated December 19, 1998, David Martinelli, Trustee of the Martinelli Family Trust, UDT July 9, 2008, and Gary L. Martinelli | As above |
| 21. | David R. Theobald, Jr. and Linda I. Theobald, as trustees of the Theobald Family Revocable Trust dated February 22, 2007 | As above |
| 22. | Ergonis Land Company, LP | As above |
| 23. | Frankie L. Appling | As above |
| 24. | Gateway Oaks Center, LLC | As above |
| 25. | Geweke Family Partnership Limited Partnership | As above |
| 26. | Granite Creek Apartments | As above |
| 27. | Harsch Investment Corp. | As above |
| 28. | Holly Commerce Center, LLC | As above |
| 29. | Hope Lutheran Church | As above |

---

[2] The Extended Deadline applies to all non-residential real property leases to which the specific Consenting Lessor and the Debtors are party.

[3] Party to four Extension Leases.

[4] Party to two Extension Leases

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| 30. | IBEW Headquarters Building, LLC | As above |
|---|---|---|
| 31. | James O`Bannon & Gage Chrysler | As above |
| 32. | Jeannie Borden as trustee of the Dan Borden and Jeannie Borden Community Property Living Trust, as restated April 2, 1999. | As above |
| 33. | John Allen Dye | As above |
| 34. | John and Naomi Carlton Family Trust (successor to John H. Carlton), James W. Carlton, Leslie E. Carlton | As above |
| 35. | John S Foggy | As above |
| 36. | Joseph Hensler and Gayle Hensler, trustees of the Hensler Family Trust, dated February 26, 2003 | As above |
| 37. | Kim Dales | As above |
| 38. | KNK Investments | As above |
| 39. | KRE 1330 Broadway Owner LLC | As above |
| 40. | Lawrence Scott Skinner | As above |
| 41. | Louis John Peterson as trustee of the Peterson Survivor's Trust u/a/d April 5, 1996 and the Peterson Marital Trust u/a/d April 5, 1996 | As above |
| 42. | Lujack Enterprises, LLC | As above |
| 43. | Mark and Bonnie Jones dba MBJ Rentals | As above |
| 44. | Marysville Group, LLC | As above |
| 45. | Mason Street Centre, LLC | As above |
| 46. | Mechanical & Irrigation Solutions Inc. | As above |
| 47. | Michael S Kyle | As above |
| 48. | Mount Jackson Building Association, Inc. | As above |
| 49. | MRB Associates | As above |
| 50. | NMD Properties LLC | As above |
| 51. | NMSBPCSLDHB Partnership | As above |
| 52. | Opera Plaza Limited Partnership | As above |
| 53. | PAC West Office Equities LP | As above |
| 54. | Promontory – San Luis Obispo L.P. | As above |
| 55. | PW Fund B LP[5] | As above |
| 56. | Redwood Community College District | As above |
| 57. | Rice Airport Operations, LLC | As above |
| 58. | Richard F. Hathaway, Jr. and Karen J. Hathaway, trustees of the Richard F. Hathaway, Jr. and Karen J. Hathaway Family Trust u/d/t dated October 17, 1991 | As above |
| 59. | Roy Gullo Properties | As above |
| 60. | Sierra Pacific Properties, Inc | As above |
| 61. | Sonoma Valley Center, LLC | As above |
| 62. | South Valley Apartments, LLC - dba Rafael Town Center | As above |
| 63. | Stemken Park | As above |
| 64. | Steven F. Potter & Diann P. Potter | As above |
| 65. | Stockton City Center 16, LLC | As above |
| 66. | Stoneridge Westbridge Shopping Center, LLC | As above |
| 67. | STT Investments LLC | As above |
| 68. | T.W. Dufour and Associates[6] | As above |
| 69. | The City of Clovis | As above |

---

[5] Party to two Extension Leases.

[6] Party to two Extension Leases.

| | | |
|---|---|---|
| 70. | The State of California | As above |
| 71. | The Roland S Ball Revocable Trust and the Gerald A Williams Family Trust | As above |
| 72. | Tusker Corporation | As above |
| 73. | W. P. Davies Oil Company | As above |
| 74. | Warren A. Plaskett and Karen D. Plaskett, trustees of the Warren A. Plaskett and Karen D. Plaskett Living Trust dated 1989 | As above |
| | <u>Date Certain</u> | |
| 75. | Community First Credit Union | The earlier of (i) June 30, 2020, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases. |
| 76. | Nearon Sunset, LLC | January 31, 2020 |
| 77. | PGE Starpoint, LLC, PGE 1, LLC, PGE 2, LLC, PGE 3, LLC, PGE 4, LLC, PGE 5, LLC, PGE 6, LLC, PGE 7, LLC, PGE 8, LLC, PGE 9, LLC, PGE 10, LLC, PGE 11, LLC, PGE 12, LLC, PGE 13, LLC, PGE 14, LLC, PGE 15, LLC, PGE 16, LLC, PGE 17, LLC, PGE 18, LLC, PGE 19, LLC, PGE 20, LLC, PGE 21, LLC, and PGE 26, LLC, as tenants-in-common. | November 30, 2019 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119