1    WEIL, GOTSHAL & MANGES LLP
     Stephen Karotkin (*pro hac vice*)
2    (stephen.karotkin@weil.com)
     Ray C. Schrok, P.C. (*pro hac vice*)
3    (ray.schrok@weil.com)
     Jessica Liou (*pro hac vice*)
4    (jessica.liou@weil.com)
     Matthew Goren (*pro hac vice*)
5    (matthew.goren@weil.com)|
     767 Fifth Avenue
6    New York, NY 10153-0119
     Tel: 212 310 8000
7    Fax: 212 310 8007

8    KELLER & BENVENUTTI LLP
     Tobias S. Keller (#151445)
9    (tkeller@kellerbenvenutti.com)
     Jane Kim (#298192)
10   (jkim@kellerbenvenutti.com)
     650 California Street, Suite 1900
11   San Francisco, CA 94108
     Tel: 415 496 6723
12   Fax: 650 636 9251

13   *Attorneys for Debtors*
     *and Debtors in Possession*

14

15                  **UNITED STATES BANKRUPTCY COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18

19   **In re:**                              Bankruptcy Case

20   **PG&E CORPORATION,**                    No. 19 -30088 (DM)

21         **- and -**                        Chapter 11

22   **PACIFIC GAS AND ELECTRIC**             (Lead Case)
     **COMPANY,**
23                                            (Jointly Administered)
                         **Debtors.**
24                                            **STIPULATION CONSENTING TO**
     ☐ Affects PG&E Corporation              **EXTENSION OF DEADLINE TO**
25   ☐ Affects Pacific Gas and Electric Company **ASSUME OR REJECT CERTAIN**
     ☒ Affects both Debtors                  **NONRESIDENTIAL REAL**
26                                            **PROPERTY LEASES PURSUANT**
     * *All papers shall be filed in the Lead Case,* **TO 11 U.S.C. § 365(d)(4)**
27   *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 2, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____ */s/ Jane Kim* _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: July 3 / __ / 2019

LESSOR

CENTRAL VALLEY ASSOCIATES,
a California limited partnership

By:  SL Holdings, LP
a California limited partnership
its General Partner

By: _____
    R. Scott Bell, Trustee of the
    R. Scott Bell Trust, dated
    November 5, 1999, General Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:  CENTRAL VALLEY ASSOCIATES

Property Address: 2225 Plaza Parkway, Suites P-5, 6 & 7
Modesto, CA 95350

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19  **In re:**                          Bankruptcy Case

20  **PG&E CORPORATION,**               No. 19 -30088 (DM)

21          - and -                     Chapter 11

22  **PACIFIC GAS AND ELECTRIC**        (Lead Case)
    **COMPANY,**
23                                      (Jointly Administered)
                        **Debtors.**
24                                      **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation          **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors              **NONRESIDENTIAL REAL**
26                                      **PROPERTY LEASES PURSUANT**
    * All papers shall be filed in the Lead Case,  **TO 11 U.S.C. § 365(d)(4)**
27  No. 19-30088 (DM).

28        .

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXECUTION PAGE

2   Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

4
By:    /s/ Jane Kim
5   Jane Kim
Attorneys for Debtors
6   and Debtors in Possession

7

8   Dated: July / 1 / 2019

LESSOR

9

10   By: _____

Capacity: Attorneys for Lessor / Lessor /
11   Authorized Officer of Lessor
Signatory Name:

13   Chris J. Corrigan

Signatory Address:

15   Corrigan Properties

16   P.O. Box 493281

17   Redding, CA. 96049

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

| | |
|---|---|
| Name of Lessor: | Christopher J. Corrigan, Trustee, under Trust Agreement dated March 9, 1995, known as the "Christopher J. Corrigan Family Trust" |
| Address: | 3085 Crossroads Drive<br>Redding, CA 96003 |

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1      PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2    "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4    listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5    extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6    property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7    "**Bankruptcy Code**"), and represent and agree as follows:

8                           **RECITALS**

9      A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10   Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11   "**Bankruptcy Court**").

12      B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13   extended the time for the Debtors to assume or reject nonresidential real property leases to August

14   27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15      C.    The Debtors propose to seek a further extension of time for the Debtors to

16   reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17   requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18      D.    The Lessor agrees to provide the Debtors with such consent.

19      NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20   STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21   UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22   THAT:

23      1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written

24   consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25   extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26   nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27   earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28   reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

**EXECUTION PAGE**

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ */s/ Jane Kim* _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _____ / __ / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor/~~Lessor /~~
~~Authorized Officer of Lessor~~
Signatory Name:

Gary B Bell

Signatory Address:

1225 Lincoln Way
Auburn, CA 95603

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXHIBIT A

2     Name of Lessor:  CITY OF AUBURN

3
      Property Address: 12789 Earhart
4                       Auburn, CA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19 **In re:**                        Bankruptcy Case

20 **PG&E CORPORATION,**              No. 19 -30088 (DM)

21     **- and -**                   Chapter 11

22 **PACIFIC GAS AND ELECTRIC**      (Lead Case)
   **COMPANY,**
23                                   (Jointly Administered)
                    **Debtors.**
24                                   **STIPULATION CONSENTING TO**
   ☐ Affects PG&E Corporation        **EXTENSION OF DEADLINE TO**
25 ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
   ☒ Affects both Debtors            **NONRESIDENTIAL REAL**
26                                   **PROPERTY LEASES PURSUANT**
   *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27 *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation (**"PG&E Corp"**) and Pacific Gas and Electric Company (the **"Utility"**, and together the **"Debtors"**) as debtors and debtors in possession in the above-captioned chapter 11 cases (the **"Chapter 11 Cases"**), and the lessor (the **"Lessor"**) of the real property listed in **Exhibit A**, hereby submit this stipulation (the **"Stipulation"**) consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the **"Bankruptcy Code"**), and represent and agree as follows:

<u>**RECITALS**</u>

A.     On January 29, 2019 (the **"Petition Date"**), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the **"Bankruptcy Court"**).

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the **"Extension"**) to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the **"Leases"**), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the **"Extended Deadline"**).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1     2.    Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2     which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3     including the Extended Deadline.

4     3.    No further consent of Lessor shall be required for the sole purpose of

5     granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6     the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7     Code, including beyond the Extended Deadline.

8     4.    Nothing contained in this Stipulation or any actions taken by the Debtors

9     pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

10    the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11    rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12    particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13    are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14    the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15    and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16    amendment, or other modification of the terms of the Leases.

17    5.    This Stipulation may be executed in multiple counterparts, each of which

18    shall be deemed an original but all of which together shall constitute one and the same instrument.

19    6.    The Debtors are authorized to take all actions necessary to effectuate the

20    relief granted pursuant to and in accordance with this Stipulation.

21    7.    The terms and conditions of this Stipulation shall be immediately effective

22    and enforceable upon its entry.

23    8.    The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24    provisions of this Stipulation.

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

**EXECUTION PAGE**

2    Dated: July 9, 2019                    WEIL, GOTSHAL & MANGES LLP
3                                           KELLER & BENVENUTTI LLP

4
                                           By: _____/s/ Jane Kim_____
5                                               Jane Kim
                                               Attorneys for Debtors
6                                              and Debtors in Possession
7

8    Dated: _____ / __ / 2019            LESSOR

9
10                                         By: ~~Mary B Belf~~
                                           Capacity: ~~Attorneys for Lessor~~/ ~~Lessor~~/
11                                         ~~Authorized Officer of Lessor~~
12                                         Signatory Name:

13                                         Gary B Belf

14                                         Signatory Address:

15                                         1225 Lincoln Way
16                                         Auburn, CA 95603
17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# **EXHIBIT A**

Name of Lessor:   CITY OF AUBURN

Property Address: 12840 Bill Clark
                  Auburn, CA

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2    "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4    listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5    extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6    property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7    "**Bankruptcy Code**"), and represent and agree as follows:

8                                             **RECITALS**

9           A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10   Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11   "**Bankruptcy Court**").

12          B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13   extended the time for the Debtors to assume or reject nonresidential real property leases to August

14   27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15          C.      The Debtors propose to seek a further extension of time for the Debtors to

16   reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order

17   requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18          D.      The Lessor agrees to provide the Debtors with such consent.

19          NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20   STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21   UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22   THAT:

23          1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written

24   consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25   extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26   nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27   earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28   reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

**EXECUTION PAGE**

2  Dated: July 9, 2019                    WEIL, GOTSHAL & MANGES LLP
                                          KELLER & BENVENUTTI LLP
3

4
                                          By: _____*/s/ Jane Kim*_____
5                                              Jane Kim
                                               Attorneys for Debtors
6                                              and Debtors in Possession

7

8  Dated: _____ / __ / 2019            LESSOR

9

10                                        By: _Nary B Bull_____
11                                            Capacity: Attorneys for Lessor/ Lessor/
                                              Authorized Officer of Lessor
12                                            Signatory Name:

13                                            _Gary B Bull_____

14                                            Signatory Address:

15                                            _1225 Lincoln Way_
16                                            _Auburn, CA 95603_

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Name of Lessor: CITY OF AUBURN

Property Address: 2301 Lindbergh
Auburn, CA

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

**RECITALS**

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXECUTION PAGE**

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _____ / __ / 2019

LESSOR

By: _Gary B Bell_____
Capacity: Attorneys for Lessor / ~~Lessor /~~
~~Authorized Officer of Lessor~~
Signatory Name:

_Gary B Bell_____

Signatory Address:

_1225 Lincoln Way_____
_Auburn, CA 95603_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

Name of Lessor:  CITY OF AUBURN

Property Address: Wilbur/Earhart
Auburn, CA

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2    "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4    listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5    extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6    property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7    "**Bankruptcy Code**"), and represent and agree as follows:

8    **RECITALS**

9    A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10    Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11    "**Bankruptcy Court**").

12    B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13    extended the time for the Debtors to assume or reject nonresidential real property leases to August

14    27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15    C.    The Debtors propose to seek a further extension of time for the Debtors to

16    reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17    requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18    D.    The Lessor agrees to provide the Debtors with such consent.

19    NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20    STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21    UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22    THAT:

23    1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written

24    consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25    extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26    nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27    earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28    reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:    _/s/ Jane Kim_
Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: _07_ / _12_ 2019

LESSOR

By: _____
Capacity: Attorneys for Lessor / ~~Lessor /~~
~~Authorized Officer of Lessor~~
Signatory Name:

RANDY J. RISNER

Signatory Address:

555 SANTA CLARA ST
VALLEJO, CA 94590

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:   CITY OF VALLEJO

Property Address: 1 Florida Street
                  Vallejo, CA 94590

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

### RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _____ 8 / 5 / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

Molly L. MacLean
Asst. City Atty
Signatory Address:

100 Santa Rosa Ave #8
Santa Rosa, CA 95404

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXHIBIT A

2 Name of Lessor:   CITY OF SANTA ROSA

3 Property Address: 111 Stony Circle
4                               Santa Rosa, CA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28