WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.      The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.      The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: July 2, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____
   Jane Kim
   Attorneys for Debtors
   and Debtors in Possession

Dated: 7 / 10 / 2019

LESSOR

By: _____
   Capacity: Attorneys for Lessor (Lessor)/
   Authorized Officer of Lessor
   Signatory Name:

   David Theobald

   Signatory Address:

   1807 Santa Rita Road
   Suite D-307
   Pleasanton CA 94566

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.        Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.        No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.        Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.        This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.        The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.        The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.        The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# **<u>EXHIBIT A</u>**

Name of Lessor:    David R. Theobald, Jr. and Linda I. Theobald, as trustees of the Theobald Family Revocable Trust dated February 22, 2007

Address:    3955 Arch Road
Stockton, CA 95215

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  **In re:**                          Bankruptcy Case

20  **PG&E CORPORATION,**               No. 19 -30088 (DM)

21          **- and -**                 Chapter 11

22  **PACIFIC GAS AND ELECTRIC**        (Lead Case)
    **COMPANY,**
23                                      (Jointly Administered)
                    **Debtors.**
24                                      **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation         **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors             **NONRESIDENTIAL REAL**
26                                      **PROPERTY LEASES PURSUANT**
    *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2   "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3   chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4   listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5   extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6   property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7   "**Bankruptcy Code**"), and represent and agree as follows:

8                                    **RECITALS**

9             A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10  Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11  "**Bankruptcy Court**").

12            B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13  extended the time for the Debtors to assume or reject nonresidential real property leases to August

14  27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15            C.      The Debtors propose to seek a further extension of time for the Debtors to

16  reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order

17  requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18            D.      The Lessor agrees to provide the Debtors with such consent.

19            NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20  STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21  UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22  THAT:

23            1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written

24  consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25  extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26  nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27  earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28  reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

**EXECUTION PAGE**

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _June 26_ 2019

LESSOR

By: _____

Capacity: ~~Attorneys for Lessor~~ / Lessor /
~~Authorized Officer of Lessor~~
Signatory Name:

_FRED ERGONIS_

Signatory Address:

_19991 FAIRWAY Ct_
_WOODBRIDGE, CA 95258_

Case: 19-30088   Doc# 3398-4   Filed: 08/06/19   Entered: 08/06/19 18:24:55   Page 9 of 50

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:   ERGONIS LAND COMPANY, LP

Property Address: 2320 W. Yosemite Ave.
Manteca, CA 95337

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrock, P.C. (*pro hac vice*)
3   (ray.schrock@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15                  **UNITED STATES BANKRUPTCY COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

| 19 | **In re:** | Bankruptcy Case |
| 20 | **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 | - and - | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | | (Jointly Administered) |
| 24 | **Debtors.** | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 | ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT** |
| 26 | | **TO 11 U.S.C. § 365(d)(4)** |
| 27 | * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2 "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3 chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4 listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5 extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6 property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7 "**Bankruptcy Code**"), and represent and agree as follows:

8           **RECITALS**

9     A.  On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10 Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11 "**Bankruptcy Court**").

12     B.  By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13 extended the time for the Debtors to assume or reject nonresidential real property leases to August

14 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15     C.  The Debtors propose to seek a further extension of time for the Debtors to

16 reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order

17 requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18     D.  The Lessor agrees to provide the Debtors with such consent.

19    NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20 STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21 UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22 THAT:

23     1.  The Lessor consents to, and this Stipulation hereby constitutes "prior written

24 consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25 extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26 nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27 earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28 reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

## EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: 8 | 5 __ / __ / 2019

LESSOR

By: _____
    Capacity: Attorneys for Lessor / Lessor /
    Authorized Officer of Lessor
    Signatory Name:

    __Frankie Appling_____

    Signatory Address:

    __11 Harvest St._____
    __Salinas, CA 93901_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXHIBIT A**

Name of Lessor:   FRANKIE L APPLING

Property Address: 118 South Third St.
King City, CA 93930

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              **UNITED STATES BANKRUPTCY COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19  **In re:**                              Bankruptcy Case

20  **PG&E CORPORATION,**                    No. 19 -30088 (DM)

21        **- and -**                        Chapter 11

22  **PACIFIC GAS AND ELECTRIC**             (Lead Case)
    **COMPANY,**
23                                           (Jointly Administered)
                    **Debtors.**
24                                           **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation              **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors                  **NONRESIDENTIAL REAL**
26                                           **PROPERTY LEASES PURSUANT**
    * *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ */s/ Jane Kim* _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _____ 7 / 9 / 2019

LESSOR

By: _____ *John Brennan* _____
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

*John Brennan, Asset Manager*

Signatory Address:

*2870 Gateway Oaks Drive, Ste 110*
*Saccramento, CA 95833*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

Name of Lessor:   GATEWAY OAKS CENTER, LLC

Property Address: 2730 Gateway Oaks Dr., Suites 105, 120,220 and 230
                  Sacramento, CA 95833

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | Bankruptcy Case<br><br>No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: July / 3 / 2019

LESSOR

By: _____

Capacity: ~~Attorneys for Lessor / Lessor /~~
Authorized Officer of Lessor
Signatory Name:

_____Daryl Geweke_____

Signatory Address:

_____1139 E. Kettleman Lane_____
_____Lodi, CA 95240_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:  GEWEKE FAMILY PARTNERSHIP LIMITED
PARTNERSHIP

Property Address: 1361 South Lower Sacramento Rd., Suite 604
Lodi, CA 95242

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

| 19 | **In re:** | Bankruptcy Case |
|---|---|---|
| 20 | **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 | **- and -** | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | **Debtors.** | (Jointly Administered) |
| 24 | ☐ Affects PG&E Corporation | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 | ☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL** |
| 26 | *\* All papers shall be filed in the Lead Case,* | **PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| 27 | *No. 19-30088 (DM).* | |
| 28 | | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

**RECITALS**

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.      The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.      The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: JUNE /13/ 2019

LESSOR


By: _Massimo D Simoni_____

~~Capacity: Attorneys for Lessor~~ / ~~Lessor~~ /
Authorized Officer of Lessor
Signatory Name:

MASSIMO DESIMONI

Signatory Address:

100 W. CUTTING BLVD.
RICHMOND, CA 94804

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXHIBIT A**

Name of Lessor:   GRANITE CREEK APARTMENTS

Property Address: 1850 Soscol Ave., Suite 105

Napa, CA 94559

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19 **In re:**                          | Bankruptcy Case

20 **PG&E CORPORATION,**                | No. 19 -30088 (DM)

21        **- and -**                   | Chapter 11

22 **PACIFIC GAS AND ELECTRIC**         | (Lead Case)
   **COMPANY,**
23                                      | (Jointly Administered)
              **Debtors.**
24                                      | **STIPULATION CONSENTING TO**
   ☐ Affects PG&E Corporation           | **EXTENSION OF DEADLINE TO**
25 ☐ Affects Pacific Gas and Electric Company | **ASSUME OR REJECT CERTAIN**
   ☒ Affects both Debtors              | **NONRESIDENTIAL REAL**
26                                      | **PROPERTY LEASES PURSUANT**
   * All papers shall be filed in the Lead Case, | **TO 11 U.S.C. § 365(d)(4)**
27 No. 19-30088 (DM).

28

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXECUTION PAGE**

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____ */s/ Jane Kim*_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: _JULK /27/ 2019_

LESSOR


By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

_____ SVP _____

Signatory Address:

850 Riverside march 710

Leri PAC G grcom

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:  HARSCH INVESTMENT CORP.

Property Address: 850 Stillwater
West Sacramento, CA 95605

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2   "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3   chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4   listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5   extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6   property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7   "**Bankruptcy Code**"), and represent and agree as follows:

8                                   <u>**RECITALS**</u>

9            A.       On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10  Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11  "**Bankruptcy Court**").

12           B.       By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13  extended the time for the Debtors to assume or reject nonresidential real property leases to August

14  27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15           C.       The Debtors propose to seek a further extension of time for the Debtors to

16  reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17  requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18           D.       The Lessor agrees to provide the Debtors with such consent.

19           NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20  STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21  UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22  THAT:

23           1.       The Lessor consents to, and this Stipulation hereby constitutes "prior written

24  consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25  extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26  nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27  earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28  reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXECUTION PAGE

2   Dated: June 24, 2019          WEIL, GOTSHAL & MANGES LLP

3                                     KELLER & BENVENUTTI LLP

4                                  By:      /s/ Jane Kim

5                                     Jane Kim
                                    Attorneys for Debtors

6                                     and Debtors in Possession

7

8   Dated: ____ 8 / 6 / 2019         LESSOR

9

10                                  By: *Tricia M. Wilkalis*

11                                  Capacity: ~~Attorneys for Lessor / Lessor /~~

12                                  Authorized Officer of Lessor
                                 Signatory Name:

13                                  *Tricia M. Wilkalis*

14

15                                Signatory Address:

16                                *21 Lafayette Circle, Ste 200*

17                                *Lafayette, CA 94549*

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Name of Lessor:   HOLLY COMMERCE CENTER, LLC

Property Address: 20500 Holly Drive
                  Tracy, CA 95304

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.      The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.      The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

1

**EXECUTION PAGE**

2    Dated: June 24, 2019                    WEIL, GOTSHAL & MANGES LLP
3                                            KELLER & BENVENUTTI LLP

4                                            By: _____ /s/ Jane Kim _____
5                                                Jane Kim
6                                                Attorneys for Debtors
                                                 and Debtors in Possession
7

8    Dated: _JULY_ / _14_ / 2019            LESSOR    HOPE LUTHERAN CHURCH
9                                                     COLMA CALIFORNIA
10                                           By: _David Cantwell_
11                                               Capacity: Attorneys for Lessor / Lessor /
                                                 (Authorized Officer of Lessor)
12                                               Signatory Name:

13                                               _DAVID CANTWELL_
                                                 _PRESIDENT_
14                                               Signatory Address:

15                                               _55 SAN FERNANDO WAY_

16                                               _DALY CITY CA 94015_

17

18

19

20

21

22

23

24

25

26

27

28

New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

## **EXHIBIT A**

Name of Lessor:   HOPE LUTHERAN CHURCH

Property Address: 55 San Fernando Way
                           Daly City, CA 94015

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                 UNITED STATES BANKRUPTCY COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| 19 | **In re:** | Bankruptcy Case |
| 20 | **PG&E CORPORATION,** | No. 19-30088 (DM) |
| 21 | - and - | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | | (Jointly Administered) |
| 24 | **Debtors.** | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 | ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL** |
| 26 | | **PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| 27 | * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1     PG&E Corporation (**"PG&E Corp"**) and Pacific Gas and Electric Company (the

2     **"Utility"**, and together the **"Debtors"**) as debtors and debtors in possession in the above-captioned

3     chapter 11 cases (the **"Chapter 11 Cases"**), and the lessor (the **"Lessor"**) of the real property

4     listed in **Exhibit A**, hereby submit this stipulation (the **"Stipulation"**) consenting to a further

5     extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6     property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7     **"Bankruptcy Code"**), and represent and agree as follows:

8                              RECITALS

9          A.     On January 29, 2019 (the **"Petition Date"**), the Debtors commenced the

10    Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11    **"Bankruptcy Court"**).

12         B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13    extended the time for the Debtors to assume or reject nonresidential real property leases to August

14    27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15         C.     The Debtors propose to seek a further extension of time for the Debtors to

16    reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order

17    requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18         D.     The Lessor agrees to provide the Debtors with such consent.

19         NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20    STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21    UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22    THAT:

23         1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written

24    consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25    extension or extensions (the **"Extension"**) to the time within which a Debtor must assume any

26    nonresidential real property lease to which it and the Lessor are a party to (the **"Leases"**), until the

27    earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28    reorganization plan for the Debtors in these Chapter 11 Cases (the **"Extended Deadline"**).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1         2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2  which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3  including the Extended Deadline.

4         3.      No further consent of Lessor shall be required for the sole purpose of

5  granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6  the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7  Code, including beyond the Extended Deadline.

8         4.      Nothing contained in this Stipulation or any actions taken by the Debtors

9  pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to

10  the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11  rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12  particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13  are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14  the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15  and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16  amendment, or other modification of the terms of the Leases.

17         5.      This Stipulation may be executed in multiple counterparts, each of which

18  shall be deemed an original but all of which together shall constitute one and the same instrument.

19         6.      The Debtors are authorized to take all actions necessary to effectuate the

20  relief granted pursuant to and in accordance with this Stipulation.

21         7.      The terms and conditions of this Stipulation shall be immediately effective

22  and enforceable upon its entry.

23         8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24  provisions of this Stipulation.

25

26

27

28

# EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: __7__ / __9__ / 2019

LESSOR

By: _____ *
    Capacity: Attorneys for Lessor / Lessor /
    Authorized Officer of Lessor
    Signatory Name: James R. Difede

_____

    Signatory Address:
    Difede Ramsdell Bender PLLC
    900 Seventh St., NW, Suite 810

    Washington, DC  20001

*Subject to the further under-
standing that Debtor will notify
Lessor in writing with reasonable
promptness once it makes a deter-
mination to accept or reject the
Lease.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:  IBEW HEADQUARTERS BUILDING, LLC

Property Address: 900 Seventh Street, N.W., Suite 950
Washington DC, CA 20001