1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15            **UNITED STATES BANKRUPTCY COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18

| 19 | **In re:** | Bankruptcy Case |
| 20 | **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 | - and - | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | **Debtors.** | (Jointly Administered) |

24  ☐ Affects PG&E Corporation
25  ☐ Affects Pacific Gas and Electric Company
    ☒ Affects both Debtors
26
    * *All papers shall be filed in the Lead Case,*
27  *No. 19-30088 (DM).*

28

**STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.   On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.   By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.   The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.   The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.   The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

## EXECUTION PAGE

Dated: July 2, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By            s/ Jane Kim
Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: July 31 /2019

LESSOR

By: Joanne Dale

Capacity: ~~Attorneys for Lessor / Lessor /~~
Authorized Officer of Lessor
Signatory Name: JOANNE DALE
MANAGING MEMBER,
SONOMA VALLEY CENTER, LLC

Signatory Address:

PO Box 2745
ANTIOCH CA 94531

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXHIBIT A

2      Name of Lessor:    SONOMA VALLEY CENTER, LLC

3      Property Address: 500 West Napa, Suite 526A & 526B

4                         Sonoma, CA 95476

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*
14

15                  **UNITED STATES BANKRUPTCY COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19  **In re:**                              | Bankruptcy Case

20  **PG&E CORPORATION,**                    | No. 19 -30088 (DM)

21          **- and -**                      | Chapter 11

22  **PACIFIC GAS AND ELECTRIC**             | (Lead Case)
    **COMPANY,**
23                                           | (Jointly Administered)
                **Debtors.**
24                                           **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation              **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors                   **NONRESIDENTIAL REAL**
26                                           **PROPERTY LEASES PURSUANT**
    * *All papers shall be filed in the Lead Case,* **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXECUTION PAGE**

Dated: June 12, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:    /s/ Jane Kim
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: July / 8 / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

_James A. Blate_

Signatory Address:

1510 Fashion Island Blvd

Suite 380

San Mateo CA 94404

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

Name of Lessor:   SOUTH VALLEY APARTMENTS, LLC  DBA RAFAEL
TOWN CENTER
Property Address: 994 Fourth Street
San Rafael, CA 94901

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.  Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.  No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.  Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.  This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.  The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.  The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

# EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____

Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: _____ / __ / 2019

LESSOR

By: _____

Capacity: ~~Attorneys for Lessor~~ / Lessor /
~~Authorized Officer of Lessor~~
Signatory Name:

STEVEN F POTTER & DIANN P. POTTER

Signatory Address:

911 Oleander Ct.

WASCO, CA   93280

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:   STEVEN F. POTTER & DIANN P. POTTER

Property Address: 1136 and 1140 7th Street
Wasco, CA 93280

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By:    _/s/ Jane Kim_
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: _8_ / _6_ / 2019

LESSOR


By: _M. Dan / ad. Elypla_
    Capacity: Attorneys for Lessor / Lessor /
    Authorized Officer of Lessor
    Signatory Name:

_General Partner Stinson Back LTd_

    Signatory Address:

_PO Box 151626_

_San Rafael, CA 94915-1626_

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:   STEMKEN PARK

Property Address: 3200 Dutton Ave., Units 213 & 214
Santa Rosa, CA 95407

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1 WEIL, GOTSHAL & MANGES LLP
  Stephen Karotkin (*pro hac vice*)
2 (stephen.karotkin@weil.com)
  Ray C. Schrok, P.C. (*pro hac vice*)
3 (ray.schrok@weil.com)
  Jessica Liou (*pro hac vice*)
4 (jessica.liou@weil.com)
  Matthew Goren (*pro hac vice*)
5 (matthew.goren@weil.com)|
  767 Fifth Avenue
6 New York, NY 10153-0119
  Tel: 212 310 8000
7 Fax: 212 310 8007

8 KELLER & BENVENUTTI LLP
  Tobias S. Keller (#151445)
9 (tkeller@kellerbenvenutti.com)
  Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15            **UNITED STATES BANKRUPTCY COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17               **SAN FRANCISCO DIVISION**

18

19 **In re:**                              | Bankruptcy Case

20 **PG&E CORPORATION,**                    | No. 19 -30088 (DM)

21          **- and -**                     | Chapter 11

22 **PACIFIC GAS AND ELECTRIC**             | (Lead Case)
   **COMPANY,**
23                                          | (Jointly Administered)
                        **Debtors.**
24                                          | **STIPULATION CONSENTING TO**
   ☐ Affects PG&E Corporation              | **EXTENSION OF DEADLINE TO**
25 ☐ Affects Pacific Gas and Electric Company | **ASSUME OR REJECT CERTAIN**
   ☒ Affects both Debtors                   | **NONRESIDENTIAL REAL**
26                                          | **PROPERTY LEASES PURSUANT**
   * *All papers shall be filed in the Lead Case,* | **TO 11 U.S.C. § 365(d)(4)**
27 *No. 19-30088 (DM).*

28

Case: 19-30088    Doc# 3398-9    Filed: 08/06/19    Entered: 08/06/19 18:24:55    Page 21 of 55

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

"**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

"**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

"**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

extended the time for the Debtors to assume or reject nonresidential real property leases to August

27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to

reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written

consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.   Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.   No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.   Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.   This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.   The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.   The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.   The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: __6__ / __13__ / 2019

LESSOR

By: _____
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

Edward A. Barkett

Signatory Address:

2800 W. March Ln, Ste. 360
Stockton, CA 95219

# EXHIBIT A

Name of Lessor:  STOCKTON CITY CENTER 16, LLC

Property Address: 220 Channel St.
Stockton, CA 95202

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              **UNITED STATES BANKRUPTCY COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                 **SAN FRANCISCO DIVISION**

18

19  **In re:**                          Bankruptcy Case

20  **PG&E CORPORATION,**               No. 19 -30088 (DM)

21       **- and -**                    Chapter 11

22  **PACIFIC GAS AND ELECTRIC**        (Lead Case)
    **COMPANY,**
23                                      (Jointly Administered)
                  **Debtors.**
24                                      **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation          **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors              **NONRESIDENTIAL REAL**
26                                      **PROPERTY LEASES PURSUANT**
    * *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1         2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2 which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3 including the Extended Deadline.

4         3.      No further consent of Lessor shall be required for the sole purpose of

5 granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6 the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7 Code, including beyond the Extended Deadline.

8         4.      Nothing contained in this Stipulation or any actions taken by the Debtors

9 pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

10 the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11 rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12 particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13 are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14 the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15 and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16 amendment, or other modification of the terms of the Leases.

17         5.      This Stipulation may be executed in multiple counterparts, each of which

18 shall be deemed an original but all of which together shall constitute one and the same instrument.

19         6.      The Debtors are authorized to take all actions necessary to effectuate the

20 relief granted pursuant to and in accordance with this Stipulation.

21         7.      The terms and conditions of this Stipulation shall be immediately effective

22 and enforceable upon its entry.

23         8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24 provisions of this Stipulation.

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 12, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: June / 13 / 2019

LESSOR

By: _____
~~Capacity: Attorneys for Lessor / Lessor /~~
Authorized Officer of Lessor
Signatory Name:

Stephn Heauington

Signatory Address:

340 Pallodio Parkway Ste 521

Folsom Ca 95630

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXHIBIT A**

Name of Lessor:   STONERIDGE WESTBRIDGE SHOPPING CENTER, LLC

Property Address: 2230 Lake Washington Blvd., Suite 120
West Sacramento, CA 95691

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*
14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19 **In re:**

20 **PG&E CORPORATION,**

21         **- and -**

22 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**
23
                    **Debtors.**
24
   ☐ Affects PG&E Corporation
25 ☐ Affects Pacific Gas and Electric Company
   ☒ Affects both Debtors
26
   *\* All papers shall be filed in the Lead Case,*
27 *No. 19-30088 (DM).*

28

Bankruptcy Case

No. 19 -30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**STIPULATION CONSENTING TO**
**EXTENSION OF DEADLINE TO**
**ASSUME OR REJECT CERTAIN**
**NONRESIDENTIAL REAL**
**PROPERTY LEASES PURSUANT**
**TO 11 U.S.C. § 365(d)(4)**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

**RECITALS**

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C. The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D. The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.        Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.        No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.        Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.        This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.        The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.        The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.        The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: July 31 / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

Kevin Trimm

Signatory Address:

3930 Sierra College Blvd
Loomis, CA 95650

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:   STT INVESTMENTS, LLC

Property Address: 3930 Sierra College Blvd.
Loomis, CA

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15              **UNITED STATES BANKRUPTCY COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN FRANCISCO DIVISION**

18

19 | **In re:**                                  | Bankruptcy Case
20 | **PG&E CORPORATION,**                        | No. 19 -30088 (DM)
21 |         **- and -**                          | Chapter 11
22 | **PACIFIC GAS AND ELECTRIC COMPANY,**        | (Lead Case)
23 |                  **Debtors.**                | (Jointly Administered)
24 | ☐ Affects PG&E Corporation                   | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO**
25 | ☐ Affects Pacific Gas and Electric Company   | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL**
   | ☒ Affects both Debtors                       | **PROPERTY LEASES PURSUANT**
26 |                                              | **TO 11 U.S.C. § 365(d)(4)**
27 | * All papers shall be filed in the Lead Case, |
   | No. 19-30088 (DM).                           |
28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2    "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4    listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5    extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6    property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7    "**Bankruptcy Code**"), and represent and agree as follows:

8                                    **RECITALS**

9              A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10   Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11   "**Bankruptcy Court**").

12             B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13   extended the time for the Debtors to assume or reject nonresidential real property leases to August

14   27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15             C.      The Debtors propose to seek a further extension of time for the Debtors to

16   reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17   requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18             D.      The Lessor agrees to provide the Debtors with such consent.

19             NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20   STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21   UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22   THAT:

23             1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written

24   consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25   extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26   nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27   earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28   reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

1         2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2 which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3 including the Extended Deadline.

4         3.     No further consent of Lessor shall be required for the sole purpose of

5 granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6 the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7 Code, including beyond the Extended Deadline.

8         4.     Nothing contained in this Stipulation or any actions taken by the Debtors

9 pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

10 the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11 rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12 particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13 are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14 the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15 and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16 amendment, or other modification of the terms of the Leases.

17         5.     This Stipulation may be executed in multiple counterparts, each of which

18 shall be deemed an original but all of which together shall constitute one and the same instrument.

19         6.     The Debtors are authorized to take all actions necessary to effectuate the

20 relief granted pursuant to and in accordance with this Stipulation.

21         7.     The terms and conditions of this Stipulation shall be immediately effective

22 and enforceable upon its entry.

23         8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24 provisions of this Stipulation.

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____

Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: _____ / __ / 2019

LESSOR

By: JEFF DEBOUR, MANAGING PARTNER

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

Signatory Address:

1350 E. LASSEN AVE.
CHICO, CA 95973

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT A**

Name of Lessor:   T.W. DU FOUR AND ASSOCIATES

Property Address: 470 Rio Lindo Ave., Suites 1 and 2
                  Chico, CA 95926

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2  "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3  chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4  listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5  extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6  property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7  "**Bankruptcy Code**"), and represent and agree as follows:

8                                    **RECITALS**

9         A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10  Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11  "**Bankruptcy Court**").

12         B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13  extended the time for the Debtors to assume or reject nonresidential real property leases to August

14  27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15         C.    The Debtors propose to seek a further extension of time for the Debtors to

16  reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17  requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18         D.    The Lessor agrees to provide the Debtors with such consent.

19         NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20  STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21  UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22  THAT:

23         1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written

24  consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25  extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26  nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27  earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28  reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _____ / 12/ 2019

LESSOR

By: T.W. DUFUR & ASSOCIATES
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

JEFF DUFUR MANAGING PARTNER

Signatory Address:

1350 E. LASSEN AVE
CHICO, CA 95973

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Name of Lessor:        T.W. DuFour and Associates

Address:        470 Rio Lindo Ave.
        Chico, CA

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*
14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  **In re:**                        | Bankruptcy Case

20  **PG&E CORPORATION,**             | No. 19 -30088 (DM)

21          **- and -**               | Chapter 11

22  **PACIFIC GAS AND ELECTRIC**      | (Lead Case)
    **COMPANY,**

23                                    | (Jointly Administered)
                **Debtors.**

24                                    | **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation          **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors              **NONRESIDENTIAL REAL**
26                                      **PROPERTY LEASES PURSUANT**
    * *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

**EXECUTION PAGE**

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____

Jane Kim
Attorneys for Debtors

and Debtors in Possession

Dated: _July 19_/2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor

Signatory Name:

Jay Schenzel, Finance Director

Signatory Address:

1033 Fifth St

Clovis CA 93612

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Name of Lessor:   THE CITY OF CLOVIS

Property Address: 3455 Lind Avenue
Clovis, CA 93612

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

# EXECUTION PAGE

Dated: June 6, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: __8__ / _7_/ 2019

LESSOR

By: _Tony Pschopaedas_

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor

Signatory Name:

_TONY PSIHOPAIDAS_

Signatory Address:

_707 3ᴿᴰ STREET_

_WEST SACRAMENTO, CA_

_95605_

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

# **EXHIBIT A**

2

Name of Lessor:   THE STATE OF CALIFORNIA

3

Property Address: 1425 Clay Street
4             Oakland, CA 94612

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28