WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## **RECITALS**

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:      */s/ Jane Kim*
        Jane Kim
        Attorneys for Debtors
        and Debtors in Possession

Dated: _____ / __ / 2019

LESSOR

By: _____
        Capacity: ~~Attorneys for Lessor~~ / Lessor /
        Authorized Officer of Lessor
        Signatory Name:

        _____

        Signatory Address:

        _____

        _____

LESSOR of 4111 Broad Street
San Luis Obispo CA 93401
Roland S. Ball Revocable Trust
dated November 20, 1995

2019 07 19

By _____
        Stephen N. Dorsi, Trustee
        2710 Branch Mill Road
        Arroyo Grande CA 93420

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

1

## EXHIBIT A

2

Name of Lessor:   THE ROLAND S BALL REVOCABLE TRUST AND THE
GERALD A WILLIAMS FAMILY TRUST

3

Property Address: 4111 Broad Street
San Luis Obispo, CA 93401

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____

    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: _July_ / _1_ / 2019

LESSOR

By: _____

Capacity: ~~Attorneys for Lessor / Lessor /~~
Authorized Officer of Lessor
Signatory Name:

_Roger O. Walther_

Signatory Address:

_3636 Buchanan St._
_San Francisco, CA 94123_

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:   TUSKER CORPORATION

Property Address: 1593 North Point Street, 2nd Floor
                  San Francisco, CA 94123

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                    **UNITED STATES BANKRUPTCY COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19 **In re:** | Bankruptcy Case |
| 20 **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 - **and** - | Chapter 11 |
| 22 **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 **Debtors.** | (Jointly Administered) |
| 24 ☐ Affects PG&E Corporation | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 ☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL** |
| 26 *\* All papers shall be filed in the Lead Case,* | **PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| 27 *No. 19-30088 (DM).* | |
| 28 | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.  On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.  By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.  The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.  The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.  The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: June /28/ 2019

LESSOR

By: _____, Sec-Treas
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

Richard Davies

Signatory Address:

PO Box 80067

Bakersfield, CA 93380

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:   W. P. DAVIES OIL COMPANY

Property Address: 4115 Arrow Street
                  Bakersfield, CA 93308

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.    Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.    No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.    Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.    The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.    The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: June 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By:      */s/ Jane Kim*
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: *July 1/2+* 2019

LESSOR

By: *Warren A. Plaskett*
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor *Trustee*
Signatory Name: *Karen D. Plaskett*

Signatory Address: *Warren A Plaskett*
*Karen D. Plaskett*

*11638 S. Granite Rd*
*Bakersfield Ca 93308*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:        Warren A. Plaskett and Karen D. Plaskett, trustees of the
                       Warren A. Plaskett and Karen D. Plaskett Living Trust dated
                       1989

Address:               4201 Arrow Street
                       Bakersfield, CA 93308

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessor consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) June 30, 2020, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: August 5, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:    _/s/ Jane Kim_
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: AUG /6 / 2019

LESSOR

By: FOR COMMUNITY FIRST CREDIT UNION
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

TODD SHEFFIELD

Signatory Address:

1105 N. DUTTON AVE

SANTA ROSA, CA 95401

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **EXHIBIT A**

Name of Lessor:      Community First Credit Union

Address:                100 N. Main Street
                             Fort Bragg CA 95437

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrok, P.C. (*pro hac vice*)
(ray.schrok@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

"**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

"**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

"**Bankruptcy Court**").

B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

extended the time for the Debtors to assume or reject nonresidential real property leases to August

27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.      The Debtors propose to seek a further extension of time for the Debtors to

reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.      The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

THAT:

1.      The Lessor consents to, and this Stipulation hereby constitutes "prior written

consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until

January 31, 2020 (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 16, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ */s/ Jane Kim* _____

Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: July 18, / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor

Signatory Name: NEARON SUNSET, LLC

ANTHONY PERNO, PRESIDENT

Signatory Address:

101 Ygnacio Valley Road, #450

Walnut Creek, CA 94596

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Name of Lessor:      NEARON SUNSET, LLC

Address:             3401 Crow Canyon
                     San Ramon, CA 94583

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                  **UNITED STATES BANKRUPTCY COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18

| 19 | In re: | Bankruptcy Case |
|---|---|---|
| 20 | **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 | - and - | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | | (Jointly Administered) |
| 24 | **Debtors.** | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 | ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT** |
| 26 | | **TO 11 U.S.C. § 365(d)(4)** |
| 27 | * *All papers shall be filed in the Lead Case,* *No. 19-30088 (DM).* | |

28

*Left margin vertical text:* Weil, Gotshal & Manges LLP / 767 Fifth Avenue / New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2  "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3  chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4  listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5  extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6  property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7  "**Bankruptcy Code**"), and represent and agree as follows:

8                                    **RECITALS**

9        A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10  Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11  "**Bankruptcy Court**").

12        B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13  extended the time for the Debtors to assume or reject nonresidential real property leases to August

14  27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15        C.    The Debtors propose to seek a further extension of time for the Debtors to

16  reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17  requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18        D.    The Lessor agrees to provide the Debtors with such consent.

19        NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20  STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21  UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22  THAT:

23        1.    The Lessor consents to, and this Stipulation hereby constitutes "prior written

24  consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25  extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26  nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until

27  November 30, 2019 (the "**Extended Deadline**").

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.         Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.         No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.         Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.         This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.         The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.         The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.         The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

# EXECUTION PAGE

Dated: July 5, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: _____ /s/ Jane Kim _____
Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: JULY / 15/ 2019

LESSOR

By:

Capacity: ExchangePoint Property
Management Fresno, LLC, Agent for Lessor
Signatory Name: PAUL DANESHRAD

_____

Signatory Address:

450 KOXBURY DRIVE

BEVERLY HILLS CA 90210

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# **EXHIBIT A**

| | |
|---|---|
| Name of Lessor: | PGE Starpoint, LLC, PGE 1, LLC, PGE 2, LLC, PGE 3, LLC, PGE 4, LLC, PGE 5, LLC, PGE 6, LLC, PGE 7, LLC, PGE 8, LLC, PGE 9, LLC, PGE 10, LLC, PGE 11, LLC, PGE 12, LLC, PGE 13, LLC, PGE 14, LLC, PGE 15, LLC, PGE 16, LLC, PGE 17, LLC, PGE 18, LLC, PGE 19, LLC, PGE 20, LLC, PGE 21, LLC, and PGE 26, LLC, as tenants-in-common. |
| Address: | 650 O Street<br>Fresno, CA 93721 |
| | 705 P. Street<br>Fresno, CA 93721 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119