# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## JUNE 1, 2019 THROUGH JUNE 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from June 1, 2019 through June 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 30 | $24,000 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 47.3 | $37,840 |
| Jane Kim | Partner | 2003[1] | 650 | 58.1 | $37,765 |
| Dara L. Silveira | Associate | 2010 | 400 | 50.7 | $20,280 |
| Thomas B. Rupp | Associate | 2011 | 400 | 62 | $24,800 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 67.2 | $10,080 |
| **Total Professionals:** | | | | **315.3** | **$154,765** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 736 | 135.4 | $99,605 |
| Associates | 400 | 112.7 | $45,080 |
| **Blended Attorney Rate** | **583** | **248.1** | **$144,685** |
| Paraprofessionals and other non-legal staff | 150 | 67.2 | $10,080 |
| **Total Fees Incurred** | **491** | **315.3** | **$154,765** |