# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER & BENVENUTTI LLP
# JUNE 1, 2019 THROUGH JUNE 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 107.7 | $34,300 |
| 003 | Legal Research | 1.7 | $680 |
| 004 | General Case Administration | 33.3 | $13,090 |
| 005 | Automatic Stay Proceedings | 27.4 | $18,120 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 4.7 | $3,015 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 19.2 | $9,800 |
| 008 | Professional Retention and Compensation – Other Professionals | 28.7 | $18,720 |
| 009 | Financing and Cash Collateral | .9 | $720 |
| 014 | Employee Matters | 11.9 | $7,505 |
| 015 | Supplier Issues | 5.6 | $3,385 |
| 016 | General Asset Analysis and Recovery | .4 | $305 |
| 018 | Executory Contract Issues | 4.2 | $2,555 |
| 021 | Plan – Advice, Strategy and Negotiation | 1.9 | $1,355 |
| 025 | FERC Adversary Proceeding | 8.6 | $5,825 |
| 026 | Wildfire Litigation | 2 | $1,315 |
| 027 | Claims Review | 11.7 | $7,605 |
| 034 | Third Party Injunction Action (PERA) | 15.8 | $9,400 |
| 035 | Government Relations and Communications | .2 | $160 |
| 036 | Miscellaneous Litigation Issues and Advice | 29.4 | $16,910 |
| **TOTAL** | | **315.3** | **$154,765** |