# EXHIBIT C

## EXPENSE SUMMARY
## JUNE 1, 2019 THROUGH JUNE 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $27.50 |
| Printing and Duplication | $24,884.23 |
| Transcription Services | $5,311.90 |
| Telephone Conferencing | $155 |
| Messenger | $665.80 |
| Filing Fees | $350 |
| **Total Expenses Requested:** | **$31,394.43** |