# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 052019A  
Date: 08/06/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $13,824.57 | + | $31,394.43 | = | **$45,219.00** |

## 00138-31 PG&E

## Chapter 11 representation - Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 06/04/2019 | E102 Outside printing: Clear Discovery Invoice Nos. 1108, 1109, 1112, 1113, 1129, 1130, 1132, and 1147 (April and May 9 omnibus hearings). | 1.00 | $17,741.53 | $17,741.53 |
| Expense | 06/05/2019 | E116 Trial transcripts: eScriber Invoice Nos. 244692, 244688, 243078, 243086, and 242833 (all April hearings). | 1.00 | $2,619.65 | $2,619.65 |
| Expense | 06/05/2019 | E116 Trial transcripts: eScribers Invoice No. 252310 (May 22 omnibus hearing transcript). | 1.00 | $907.50 | $907.50 |
| Expense | 06/11/2019 | E109 Local travel: Uber from Court to office for omnibus hearing (TK and PB). | 1.00 | $11.64 | $11.64 |
| Expense | 06/11/2019 | E109 Local travel: Lyft from office to Court for omnibus hearing (PB). | 1.00 | $15.86 | $15.86 |
| Expense | 06/11/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 357800. | 1.00 | $529.40 | $529.40 |
| Expense | 06/12/2019 | E116 Trial transcripts: eScribers Invoice No. 255851 (June 11 omnibus hearing hearing transcript). | 1.00 | $175.45 | $175.45 |
| Expense | 06/18/2019 | E112 Court fees: PERA adversary proceeding filing fee. | 1.00 | $350.00 | $350.00 |
| Expense | 06/26/2019 | E105 Telephone: Alix Partners Court Call for June 26 omnibus hearing. | 1.00 | $155.00 | $155.00 |
| Expense | 06/26/2019 | E102 Outside printing: Clear Discovery Invoice No. 1191 (June 26 omnibus hearing). | 1.00 | $7,142.70 | $7,142.70 |
| Expense | 06/28/2019 | E116 Trial transcripts: eScribers Invoice Nos. 259400 (June 26 Herndon AP hearing transcript) and 259449 (June 26 omnibus hearing transcript). | 1.00 | $1,609.30 | $1,609.30 |
| Expense | 06/28/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 158198. | 1.00 | $136.40 | $136.40 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|

| | |
|---|---|
| **Fees and Expenses Subtotal** | **$31,394.43** |
| **Fees and Expenses Total** | **$31,394.43** |