# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH MAY 31, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Kurtz | Vice Chairman | n/a | 1.0 | n/a |
| Tomer Perry | Managing Director | n/a | 2.0 | n/a |
| Ken Ziman | Managing Director | n/a | 75.0 | n/a |
| Gregory Hort | Director | n/a | 70.0 | n/a |
| Christian Tempke | Director | n/a | 60.3 | n/a |
| Charles H. Kim | Vice President | n/a | 1.0 | n/a |
| Komu Kumar | Vice President | n/a | 30.8 | n/a |
| Eli Silverman | Vice President | n/a | 272.0 | n/a |
| Garrett Deutsch | Associate | n/a | 3.0 | n/a |
| Daniel Katz | Associate | n/a | 133.0 | n/a |
| Nathan Mooney | Associate | n/a | 217.5 | n/a |
| Matt Strain | Associate | n/a | 39.0 | n/a |
| Luke Cummings | Analyst | n/a | 163.5 | n/a |
| Liam Fine | Analyst | n/a | 188.0 | n/a |
| Kevin Hatch | Analyst | n/a | 176.5 | n/a |
| Dan Liotta | Analyst | n/a | 11.0 | n/a |
| Caroline Sambuco | Analyst | n/a | 5.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 9.0 | n/a |
| Bryant Wang | Analyst | n/a | 25.0 | n/a |
| **TOTALS** | | n/a | **1,482.5** | **$300,000.00** |