# EXHIBIT B

## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 353.0 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 127.5 | n/a |
| Preparation and/or review of Court Filings | 16.2 | n/a |
| Court Testimony/Deposition and Preparation | 6.8 | n/a |
| Valuation Analysis | 56.7 | n/a |
| Capital Structure Review and Analysis | 201.3 | n/a |
| Merger & Acquisition Activity | 15.4 | n/a |
| Financing including DIP and Exit Financing | 183.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 519.5 | n/a |
| Fee Application, Engagement | 3.4 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **1,482.5** | **$300,000.00** |