# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $4,736.97 |
| Employee Meals | | 315.90 |
| Meals – Meetings/Travel | | 1,898.65 |
| Travel | | 33,851.13 |
| **Total Expenses** | | **$40,802.65** |