**EXHIBIT D**

**DETAIL OF HOURS EXPENDED**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

## PG&E Corp.
## Lazard Frères & Co. LLC
### May 1, 2019 - May 31, 2019

| | Summary of Services Rendered by Project | |
|---|---|---|
| Code | Project Description | May-19 |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 353.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 127.5 |
| 3 | Preparation and/or Review of Court Filings | 16.2 |
| 4 | Court Testimony/Deposition and Preparation | 6.8 |
| 5 | Valuation Analysis | 56.7 |
| 6 | Capital Structure Review and Analysis | 201.3 |
| 7 | Merger & Acquisition Activity | 15.4 |
| 8 | Financing Including DIP and Exit Financing | 183.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 519.5 |
| 10 | Fee Application, Engagement | 3.4 |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,482.5** |

| | Summary of Services Rendered by Professional | |
|---|---|---|
| # | Name (Title) | May-19 |
| 2 | David S. Kurtz (Vice Chairman) | 1.0 |
| 4 | Tomer Perry (Managing Director) | 2.0 |
| 5 | Ken Ziman (Managing Director) | 75.0 |
| 7 | Greg Hort (Director) | 70.0 |
| 8 | Christian Tempke (Director) | 60.3 |
| 9 | Charles Kim (Vice President) | 1.0 |
| 10 | Komu Kumar (Vice President) | 30.8 |
| 11 | Eli Silverman (Vice President) | 272.0 |
| 13 | Garrett Deutsch (Associate) | 3.0 |
| 14 | Dan Katz (Associate) | 133.0 |
| 16 | Nathan Mooney (Associate) | 217.5 |
| 17 | Matthew Strain (Associate) | 39.0 |
| 18 | Luke Cummings (Analyst) | 163.5 |
| 19 | Liam Fine (Financial Analyst) | 188.0 |
| 20 | Kevin Hatch (Financial Analyst) | 176.5 |
| 22 | Dan Liotta (Financial Analyst) | 11.0 |
| 24 | Caroline Sambuco (Analyst) | 5.0 |
| 25 | Katherine Tobeason (Analyst) | 9.0 |
| 26 | Bryant Wang (Financial Analyst) | 25.0 |
| **Total** | | **1,482.5** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| David S. Kurtz (Vice Chairman) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/20/19 | Board Call | 1 | 1 |
| **May-19** | **Monthly Subtotal** | **1.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Tomer Perry (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/2/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 5/31/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| **May-19** | **Monthly Subtotal** | **2.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/1/19 | Decision Board Benefits | 1 | 1 |
| 5/2/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/2/19 | Call with Company and Committee | 1 | 1 |
| 5/2/19 | Board Meeting | 1 | 1 |
| 5/2/19 | Board Meeting | 1 | 1 |
| 5/3/19 | Internal Call | 0.5 | 1 |
| 5/3/19 | Call Regarding Emergence Considerations | 1 | 6 |
| 5/6/19 | Call Regarding Emergence Considerations | 0.5 | 6 |
| 5/6/19 | Committee Meeting | 1.5 | 1 |
| 5/6/19 | Call Regarding Board Meeting | 1 | 1 |
| 5/7/19 | Board Materials Preparation Call | 0.5 | 1 |
| 5/8/19 | Scenario Development | 1 | 1 |
| 5/8/19 | Retention Application | 1 | 10 |
| 5/8/19 | Committee Meeting | 1.5 | 1 |
| 5/8/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/8/19 | Cost Reduction Opportunities Call | 2 | 1 |
| 5/9/19 | Internal Call | 0.5 | 1 |
| 5/9/19 | Committee Meeting | 1.5 | 1 |
| 5/13/19 | Internal Call | 0.5 | 1 |
| 5/13/19 | Regulatoy Asset Discussion | 0.5 | 1 |
| 5/13/19 | Model Review | 1 | 1 |
| 5/13/19 | Board Meeting | 1 | 1 |
| 5/14/19 | Travel to San Francisco for Company | 6.25 | 1 |
| 5/14/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/15/19 | Capital Structure Considerations Disussion | 1 | 1 |
| 5/15/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/15/19 | Committee Meeting | 1 | 1 |
| 5/15/19 | Regulatoy Asset Discussion | 1 | 1 |
| 5/17/19 | Discussion Regarding End Markets | 1 | 1 |
| 5/19/19 | Internal Discussion | 1 | 1 |
| 5/20/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/20/19 | Call Regarding Company | 1.25 | 1 |
| 5/21/19 | Travel to San Francisco for Company | 3.25 | 1 |
| 5/21/19 | Internal Call | 0.5 | 1 |
| 5/21/19 | Committee Meeting | 1.25 | 1 |
| 5/22/19 | Call with Third Party Advisor and Company | 1 | 1 |
| 5/22/19 | Internal Call | 1 | 1 |
| 5/23/19 | Return flight from San Francisco for Company | 4.5 | 1 |
| 5/23/19 | Meeting with Third Party Advisors | 4.5 | 5 |
| 5/23/19 | Call Regarding Company | 1 | 1 |
| 5/23/19 | Capital Structure Discussion | 0.5 | 6 |
| 5/24/19 | Regulatory Asset Discussion | 0.5 | 6 |
| 5/27/19 | Internal Call | 0.5 | 1 |
| 5/27/19 | Scenarios Discussion | 0.5 | 1 |
| 5/28/19 | Slides for Third Party Advisor | 1 | 1 |
| 5/28/19 | Travel to San Francisco for Company | 3.25 | 1 |
| 5/28/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/28/19 | Diligence Meeting | 2 | 1 |
| 5/29/19 | Third Party and Company Meeting | 1.5 | 1 |
| 5/29/19 | Third Party and Company Call | 0.75 | 1 |
| 5/29/19 | Business Plan Discussion | 0.5 | 2 |
| 5/29/19 | Committee Meeting | 0.75 | 1 |
| 5/29/19 | Capital Structure Discussion | 1 | 1 |
| 5/29/19 | Return flight from San Francisco for Company | 5.5 | 1 |
| 5/30/19 | Recurring Advisor Call | 0.75 | 1 |
| 5/30/19 | Call with Company and Committee | 1 | 1 |
| 5/30/19 | Meeting with Third Party Advisors | 1 | 1 |
| 5/31/19 | Internal Call | 0.5 | 1 |
| **May-19** | **Monthly Subtotal** | **75.0** | |

## PG&E Corp.
## Lazard Frères & Co. LLC
### May 1, 2019 - May 31, 2019

| | Greg Hort (Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/2/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 4) | 4 | 1 |
| 5/3/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 4) | 2 | 1 |
| 5/5/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 6) | 2 | 1 |
| 5/6/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 6) | 3 | 1 |
| 5/7/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 6) | 2 | 1 |
| 5/8/19 | calls with advisors/management /preparation and discussion of financial analysis (Module 6) | 3 | 1 |
| 5/9/19 | Board Materials Preparation/Travel | 16 | 2 |
| 5/10/19 | Board Materials Preparation/Travel | 16 | 2 |
| 5/13/19 | calls with advisors/management | 2 | 1 |
| 5/14/19 | calls with advisors/management /preparation and discussion of financial analysis (Scenario Developr | 4 | 1 |
| 5/16/19 | calls with advisors/management /preparation and discussion of financial analysis (Scenario Developr | 3 | 1 |
| 5/19/19 | calls with advisors/management /preparation and discussion of financial analysis (Scenario Developr | 3 | 1 |
| 5/21/19 | calls with advisors/management /preparation and discussion of financial analysis (Scenario Developr | 4 | 1 |
| 5/22/19 | calls with advisors/management | 2 | 1 |
| 5/23/19 | calls with advisors/management | 1 | 1 |
| 5/28/19 | calls with advisors/management | 1 | 1 |
| 5/30/19 | calls with advisors/management | 1 | 1 |
| 5/31/19 | calls with advisors/management | 1 | 1 |
| **May-19** | **Monthly Subtotal** | **70.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Christian Tempke (Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/1/19 | Review of board module, comments and coordination | 2.5 | 2 |
| 5/2/19 | Drafting of board module | 1.0 | 2 |
| 5/2/19 | Standing Advisor call | 0.5 | 1 |
| 5/3/19 | Call with Company re exit financing | 0.5 | 8 |
| 5/4/19 | Review of board module, comments and coordination | 2.0 | 2 |
| 5/5/19 | Internal model call | 0.5 | 2 |
| 5/6/19 | Travel to SFO for sub committee meeting | 8.0 | 1 |
| 5/6/19 | Meeting with Company re emergence considerations | 1.0 | 1 |
| 5/6/19 | Restructuring sub committee meeting | 1.5 | 1 |
| 5/6/19 | strategy meeting re asset profile | 1.0 | 1 |
| 5/6/19 | Review of board module, comments and coordination | 1.5 | 2 |
| 5/7/19 | Review of board module | 0.5 | 2 |
| 5/8/19 | Call with Company re strategy development | 1.0 | 1 |
| 5/8/19 | Review of exit financing materials, comments | 1.5 | 2 |
| 5/8/19 | Review of board module, comments | 1.5 | 2 |
| 5/8/19 | Restructuring sub committee meeting | 1.5 | 1 |
| 5/9/19 | Standing Advisor call | 0.5 | 1 |
| 5/9/19 | Coordination of creditor due diligence | 0.5 | 2 |
| 5/9/19 | Internal discussion re scenario analysis | 0.5 | 8 |
| 5/9/19 | Preparation of exit financing materials | 2.5 | 8 |
| 5/10/19 | Preparation of exit financing materials | 4.0 | 8 |
| 5/10/19 | Restructuring sub committee meeting | 1.5 | 1 |
| 5/10/19 | Return travel to New York | 8.0 | 1 |
| 5/13/19 | Regulatory asset discussion | 0.5 | 1 |
| 5/13/19 | Meeting with PJT re exit financing | 1.5 | 8 |
| 5/15/19 | Exit financing discussion with management and counsel | 1.0 | 8 |
| 5/19/19 | Review of board module materials | 1.0 | 2 |
| 5/19/19 | Internal catch up call | 0.5 | 1 |
| 5/20/19 | Review of board module materials | 0.8 | 2 |
| 5/21/19 | Follow ups on board modules and scenario analysis | 1.0 | 8 |
| 5/21/19 | Restructuring sub committee meeting | 1.5 | 1 |
| 5/22/19 | Update call with PJT | 1.0 | 1 |
| 5/24/19 | Business plan discussion and precedent search | 1.5 | 2 |
| 5/24/19 | Regulatory asset discussion | 0.5 | 1 |
| 5/25/19 | Business plan discussion and precedent search | 1.0 | 2 |
| 5/28/19 | Business plan discussion and TOC | 0.5 | 2 |
| 5/28/19 | Comments on stakeholder presentation | 1.0 | 2 |
| 5/29/19 | Comments on stakeholder presentation | 0.5 | 2 |
| 5/29/19 | Call with Weil re rights offering discussion | 1.0 | 8 |
| 5/29/19 | Call with management re asset review | 0.5 | 7 |
| 5/30/19 | Call with PJT re status update | 1.0 | 1 |
| 5/31/19 | Call re stakeholder materials | 0.5 | 1 |
| **May-19** | **Monthly Subtotal** | **60.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Charles Kim (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/24/19 | Review of Dividend Analysis Presentation | 1 | 6 |
| **May-19** | **Monthly Subtotal** | **1.0** | |

### PG&E Corp.
### Lazard Frères & Co. LLC
May 1, 2019 - May 31, 2019

| Komu Kumar (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/1/19 | Analyze emergence financing scenarios | 2.1 | 6 |
| 5/2/19 | Preliminary valuation analysis | 1.8 | 7 |
| 5/3/19 | Preliminary valuation analysis | 1.8 | 4 |
| 5/6/19 | Preliminary valuation analysis | 1.8 | 5 |
| 5/7/19 | Emergence credit rating analysis | 2.1 | 3 |
| 5/8/19 | Emergence credit rating analysis | 2.1 | 5 |
| 5/9/19 | Emergence credit rating analysis | 2.1 | 2 |
| 5/10/19 | Emergence credit rating analysis | 2.1 | 6 |
| 5/13/19 | Net Operating Loss review and analysis | 2.1 | 5 |
| 5/14/19 | Net Operating Loss review and analysis | 2.1 | 7 |
| 5/15/19 | Dividend reinstatement considerations | 2.1 | 5 |
| 5/16/19 | Dividend reinstatement considerations | 2.1 | 3 |
| 5/17/19 | Dividend reinstatement considerations | 2.1 | 2 |
| 5/20/19 | Assessment of debt reinstatement/refinancing analysis | 2.1 | 5 |
| 5/21/19 | Assessment of debt reinstatement/refinancing analysis | 2.1 | 6 |
| 5/22/19 | Client meetings to discuss forecast model | 0.4 | 10 |
| **May-19** | **Monthly Subtotal** | **30.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/1/19 | Preparation of board materials | 4 | 9 |
| 5/1/19 | Credit rating analysis | 3 | 6 |
| 5/1/19 | Exit financing analysis | 2 | 8 |
| 5/1/19 | Attendance at mangement meetings in San Francisco | 4 | 2 |
| 5/1/19 | Call with Weil to review capital structure alternatives | 1 | 6 |
| 5/2/19 | PG&E advisor recurring call | 1 | 1 |
| 5/2/19 | Call with UCC professionals | 1.5 | 1 |
| 5/2/19 | Diligence team meeting | 1.5 | 1 |
| 5/2/19 | Managing dilgence requests | 5 | 1 |
| 5/2/19 | Exit financing analysis | 4 | 8 |
| 5/2/19 | Attendance at mangement meetings in San Francisco | 4 | 2 |
| 5/3/19 | Company model development and capital structure analysis | 2 | 2 |
| 5/3/19 | Exit financing analysis | 4 | 8 |
| 5/3/19 | Travel to New York | 7 | 1 |
| 5/4/19 | Preparation of board materials | 5 | 9 |
| 5/5/19 | Exit financing analysis | 2 | 8 |
| 5/5/19 | Preparation of board materials | 2 | 6 |
| 5/5/19 | Internal advisor discussion | 1 | 1 |
| 5/5/19 | Travel to San Francisco | 7 | 1 |
| 5/6/19 | Board presentation | 1 | 1 |
| 5/6/19 | Diligence team meeting | 1.5 | 1 |
| 5/6/19 | Emergence considerations analysis | 5 | 6 |
| 5/6/19 | Historical equity price analysis | 2 | 9 |
| 5/6/19 | Meetings with management | 4 | 2 |
| 5/7/19 | Board meeting materials follow-up | 4 | 9 |
| 5/7/19 | Meetings with management | 4 | 2 |
| 5/8/19 | Discussion with AlixPartners regarding company model | 2 | 2 |
| 5/8/19 | Internal discussion regarding company model | 4 | 2 |
| 5/8/19 | Board meeting | 2 | 1 |
| 5/8/19 | Capital structure analysis | 1 | 6 |
| 5/9/19 | Diligence team meeting | 1.5 | 1 |
| 5/9/19 | PG&E advisor recurring call | 1 | 1 |
| 5/9/19 | Preperation of board materials | 3 | 9 |
| 5/10/19 | Securitization analysis | 2 | 8 |
| 5/10/19 | Advisor call regarding securitizatoin | 1 | 8 |
| 5/10/19 | Board meeting | 1 | 1 |
| 5/10/19 | Flight to New York | 7 | 1 |
| 5/11/19 | Debt refinancing analysis | 4 | 6 |
| 5/12/19 | Debt refinancing analysis | 4 | 8 |
| 5/13/19 | Diligence team meeting | 1.5 | 1 |
| 5/13/19 | Meeting with PJT to review model | 2 | 1 |
| 5/13/19 | Regulatory asset discussion | 1 | 6 |
| 5/13/19 | Debt refinancing analysis | 3.5 | 8 |
| 5/13/19 | Call with management to discuss strategy | 3 | 2 |
| 5/14/19 | Modeling check-in with AlixPartners | 2 | 2 |
| 5/14/19 | PG&E advisor recurring call | 1 | 1 |
| 5/14/19 | Internal modeling discussion | 1 | 2 |
| 5/14/19 | Preperation of board materials | 4 | 9 |
| 5/15/19 | Debt refinancing analysis | 2 | 8 |
| 5/15/19 | Discussion with Company regarding debt refinancing analysis | 2 | 1 |
| 5/15/19 | Tax modeling discussion | 4 | 1 |
| 5/16/19 | PG&E advisor recurring call | 1 | 1 |
| 5/16/19 | Call with UCC professionals | 1.5 | 1 |
| 5/16/19 | Regulatory asset discussion | 3 | 6 |
| 5/17/19 | Preperation of board materials | 6 | 6 |
| 5/18/19 | Preperation of board materials | 6 | 6 |
| 5/19/19 | Preperation of board materials | 6 | 6 |
| 5/19/19 | Travel to San Francisco | 9 | 1 |
| 5/20/19 | Diligence team meeting | 1.5 | 1 |
| 5/20/19 | Board meeting | 3 | 1 |
| 5/20/19 | Preperation of board materials | 5 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/21/19 | Tax Attributes Meeting | 0.5 | |
| 5/21/19 | PG&E advisor recurring call | 1 | 1 |
| 5/21/19 | Diligence team meeting | 1.5 | 1 |
| 5/21/19 | Preperation of board materials | 5 | 6 |
| 5/22/19 | Internal discussion regarding Company model | 2.5 | 2 |
| 5/22/19 | Discussion w.r.t gas storage facility | 1 | 9 |
| 5/22/19 | Preperation of board materials | 1 | 6 |
| 5/22/19 | Call with Equity Advisors | 1 | 1 |
| 5/22/19 | Meeting with Advisors | 4 | 1 |
| 5/23/19 | Wildfire Safety Plan Meeting | 5 | 1 |
| 5/23/19 | Meeting with Company | 1 | 1 |
| 5/23/19 | Discussion on Tax Attributes | 2 | 8 |
| 5/23/19 | Exit Financing Discussions | 1 | 8 |
| 5/23/19 | Advisor Meetings | 4 | 1 |
| 5/23/19 | Exit financing analysis | 4 | 8 |
| 5/24/19 | Travel back to New York | 9 | 1 |
| 5/24/19 | Regulatory asset discussion | 1 | 6 |
| 5/24/19 | Preperation of board materials | 2 | 6 |
| 5/25/19 | Exit financing analysis | 2 | 8 |
| 5/28/19 | Preperation of materials for Guggenheim meeting | 6 | 6 |
| 5/28/19 | PG&E advisor recurring call | 1 | 1 |
| 5/28/19 | Exit financing analysis | 5 | 8 |
| 5/29/19 | Exit financing analysis | 8.5 | 8 |
| 5/29/19 | Preperation of board materials | 1.5 | 6 |
| 5/30/19 | PG&E advisor recurring call | 1 | 1 |
| 5/30/19 | Call with UCC professionals | 1.5 | 1 |
| 5/30/19 | Discussion with PJT | 1.5 | 1 |
| 5/30/19 | Exit financing analysis | 7 | 8 |
| 5/31/19 | Exit financing analysis | 6 | 8 |
| **May-19** | **Monthly Subtotal** | **272.5** | |

Case: 19-30088    Doc# 3403-4    Filed: 08/07/19    Entered: 08/07/19 09:18:07    Page 11 of 24

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Garrett Deutsch (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/2/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| **May-19** | **Monthly Subtotal** | **3.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Katz (Associate)** | | |
| 5/1/19 | Analyze emergence financing scenarios | 6 | 6 |
| 5/2/19 | Preliminary valuation analysis | 5 | 7 |
| 5/3/19 | Preliminary valuation analysis | 5 | 4 |
| 5/6/19 | Preliminary valuation analysis | 5 | 5 |
| 5/7/19 | Emergence credit rating analysis | 6 | 3 |
| 5/8/19 | Emergence credit rating analysis | 6 | 5 |
| 5/9/19 | Emergence credit rating analysis | 6 | 2 |
| 5/10/19 | Emergence credit rating analysis | 6 | 6 |
| 5/13/19 | Net Operating Loss review and analysis | 6 | 5 |
| 5/14/19 | Net Operating Loss review and analysis | 6 | 7 |
| 5/15/19 | Dividend reinstatement considerations | 6 | 5 |
| 5/16/19 | Dividend reinstatement considerations | 6 | 3 |
| 5/17/19 | Dividend reinstatement considerations | 6 | 2 |
| 5/20/19 | Assessment of debt reinstatement/refinancing analysis | 6 | 5 |
| 5/21/19 | Assessment of debt reinstatement/refinancing analysis | 6 | 6 |
| 5/22/19 | Client meetings to discuss forecast model | 1 | 10 |
| 5/23/19 | POR Scenario Analysis | 5 | 9 |
| 5/24/19 | POR Scenario Analysis | 5 | 9 |
| 5/24/19 | Regulatory Asset Discussion | 1 | 1 |
| 5/25/19 | POR Scenario Analysis | 5 | 9 |
| 5/26/19 | POR Scenario Analysis | 6 | 9 |
| 5/27/19 | POR Scenario Analysis | 8 | 9 |
| 5/28/19 | Guggenheim Meeting Prep | 1 | 1 |
| 5/29/19 | Business Plan Review | 1 | 1 |
| 5/30/19 | POR Scenario Analysis | 4 | 9 |
| 5/31/19 | POR Scenario Analysis | 9 | 9 |
| **May-19** | **Monthly Subtotal** | **133.0** | |

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| | **Nathan Mooney (Associate)** | | |
| 5/1/19 | Preparation of board materials | 4 | 9 |
| 5/1/19 | Credit rating analysis | 3 | 6 |
| 5/1/19 | Exit financing analysis | 2 | 8 |
| 5/2/19 | PG&E advisor recurring call | 1 | 1 |
| 5/2/19 | Call with UCC professionals | 1.5 | 1 |
| 5/2/19 | Diligence team meeting | 1.5 | 1 |
| 5/2/19 | Managing dilgence requests | 5 | 1 |
| 5/2/19 | Exit financing analysis | 4 | 8 |
| 5/3/19 | Company model development and capital structure analysis | 2 | 2 |
| 5/3/19 | Exit financing analysis | 4 | 8 |
| 5/4/19 | Preparation of board materials | 5 | 9 |
| 5/5/19 | Exit financing analysis | 2 | 8 |
| 5/5/19 | Preparation of board materials | 2 | 6 |
| 5/5/19 | Internal advisor discussion | 1 | 1 |
| 5/6/19 | Board presentation | 1 | 1 |
| 5/6/19 | Diligence team meeting | 1.5 | 1 |
| 5/6/19 | Emergence considerations analysis | 5 | 6 |
| 5/6/19 | Historical equity price analysis | 5 | 9 |
| 5/7/19 | Board meeting materials follow-up | 4 | 9 |
| 5/8/19 | Discussion with AlixPartners regarding company model | 2 | 2 |
| 5/8/19 | Internal discussion regarding company model | 4 | 2 |
| 5/8/19 | Board meeting | 2 | 1 |
| 5/8/19 | Capital structure analysis | 1 | 6 |
| 5/9/19 | Diligence team meeting | 1.5 | 1 |
| 5/9/19 | PG&E advisor recurring call | 1 | 1 |
| 5/9/19 | Preperation of board materials | 3 | 9 |
| 5/10/19 | Securitization analysis | 2 | 8 |
| 5/10/19 | Advisor call regarding securitizatoin | 1 | 8 |
| 5/10/19 | Board meeting | 1 | 1 |
| 5/11/19 | Debt refinancing analysis | 3.5 | 6 |
| 5/12/19 | Debt refinancing analysis | 3.5 | 8 |
| 5/13/19 | Diligence team meeting | 1.5 | 1 |
| 5/13/19 | Meeting with PJT to review model | 2 | 1 |
| 5/13/19 | Regulatory asset discussion | 1 | 6 |
| 5/13/19 | Debt refinancing analysis | 3.5 | 8 |
| 5/14/19 | Modeling check-in with AlixPartners | 2 | 2 |
| 5/14/19 | PG&E advisor recurring call | 1 | 1 |
| 5/14/19 | Internal modeling discussion | 1 | 2 |
| 5/14/19 | Preperation of board materials | 2 | 9 |
| 5/15/19 | Debt refinancing analysis | 2 | 8 |
| 5/15/19 | Discussion with Company regarding debt refinancing analysis | 2 | 1 |
| 5/15/19 | Tax modeling discussion | 2 | 1 |
| 5/16/19 | PG&E advisor recurring call | 1 | 1 |
| 5/16/19 | Call with UCC professionals | 1.5 | 1 |
| 5/16/19 | Regulatory asset discussion | 1.5 | 6 |
| 5/17/19 | Preperation of board materials | 3 | 6 |
| 5/18/19 | Preperation of board materials | 2 | 6 |
| 5/19/19 | Preperation of board materials | 3 | 6 |
| 5/20/19 | Diligence team meeting | 1.5 | 1 |
| 5/20/19 | Board meeting | 1 | 1 |
| 5/20/19 | Preperation of board materials | 5 | 6 |
| 5/21/19 | Travel to San Francisco | 9 | 1 |
| 5/21/19 | Tax Attributes Meeting | 0.5 | 1 |
| 5/21/19 | PG&E advisor recurring call | 1 | 1 |
| 5/21/19 | Diligence team meeting | 1.5 | 1 |
| 5/21/19 | Preperation of board materials | 5 | 6 |
| 5/22/19 | Internal discussion regarding Company model | 2.5 | 2 |
| 5/22/19 | Discussion w.r.t gas storage facility | 1 | 9 |
| 5/22/19 | Preperation of board materials | 1 | 6 |
| 5/22/19 | Call with Equity Advisors | 1 | 1 |
| 5/22/19 | Meeting with Advisors | 4 | 1 |

## PG&E Corp.
## Lazard Frères & Co. LLC
### May 1, 2019 - May 31, 2019

| Date | Nathan Mooney (Associate) Description of Work | Hours | Code |
|------|-----------------------------------------------|-------|------|
| 5/23/19 | Wildfire Safety Plan Meeting | 5 | 1 |
| 5/23/19 | Meeting with Company | 1 | 1 |
| 5/23/19 | Discussion on Tax Attributes | 0.5 | 8 |
| 5/23/19 | Exit Financing Discussions | 1 | 8 |
| 5/23/19 | Advisor Meetings | 4 | 1 |
| 5/23/19 | Exit financing analysis | 4 | 8 |
| 5/24/19 | Travel back to New York | 9 | 1 |
| 5/24/19 | Regulatory asset discussion | 1 | 6 |
| 5/24/19 | Preperation of board materials | 2 | 6 |
| 5/25/19 | Exit financing analysis | 2 | 8 |
| 5/28/19 | Preperation of materials for Guggenheim meeting | 6 | 6 |
| 5/28/19 | PG&E advisor recurring call | 1 | 1 |
| 5/28/19 | Exit financing analysis | 5 | 8 |
| 5/29/19 | Exit financing analysis | 8.5 | 8 |
| 5/29/19 | Preperation of board materials | 1.5 | 6 |
| 5/30/19 | PG&E advisor recurring call | 1 | 1 |
| 5/30/19 | Call with UCC professionals | 1.5 | 1 |
| 5/30/19 | Discussion with PJT | 1.5 | 1 |
| 5/30/19 | Exit financing analysis | 7 | 8 |
| 5/31/19 | Contract analysis | 2 | 9 |
| 5/31/19 | Discussion regarding regarding contract analysis | 1 | 1 |
| 5/31/19 | Exit financing analysis | 6 | 8 |
| **May-19** | **Monthly Subtotal** | **217.5** | |

## PG&E Corp.
## Lazard Frères & Co. LLC
### May 1, 2019 - May 31, 2019

| | Matthew Strain (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/2/19 | Redwood model review | 1 | 5 |
| 5/6/19 | Generation divestiture meeting | 1 | 5 |
| 5/9/19 | Module 6 review call | 1 | 5 |
| 5/13/19 | PJT model review | 1 | 5 |
| 5/22/19 | Work on internal model refinements with analyst | 3 | 5 |
| 5/23/19 | Review output of modeling refinements and redone module 6 | 6 | 5 |
| 5/24/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 5/28/19 | Work on internal model refinements with analyst | 4 | 9 |
| 5/29/19 | Work on internal model refinements with analyst | 7 | 9 |
| 5/30/19 | Work on internal model refinements with analyst | 6 | 9 |
| 5/31/19 | Work on internal model refinements with analyst | 6 | 9 |
| **May-19** | **Monthly Subtotal** | **39.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Luke Cummings (Analyst)** | | |
| 5/3/19 | Update ability to finance liabilities analysis | 1.5 | 9 |
| 5/5/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 5/6/19 | Update ability to finance liabilities analysis | 12 | 9 |
| 5/7/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 5/8/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 5/14/19 | Update ability to finance liabilities analysis | 14 | 9 |
| 5/15/19 | Update ability to finance liabilities analysis | 14 | 9 |
| 5/16/19 | Update ability to finance liabilities analysis | 12 | 9 |
| 5/17/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 5/19/19 | Update ability to finance liabilities analysis | 11 | 9 |
| 5/20/19 | Update ability to finance liabilities analysis | 12 | 9 |
| 5/21/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 5/22/19 | Client Meetings to Discuss Forecast Model | 1 | 10 |
| 5/23/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 5/24/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 5/28/19 | Preparation of meeting materials | 8 | 9 |
| 5/29/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 5/30/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 5/31/19 | Update ability to finance liabilities analysis | 7 | 9 |
| **May-19** | **Monthly Subtotal** | **163.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Liam Fine (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/1/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/2/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/3/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/4/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/6/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/7/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/8/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/9/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/10/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/12/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/13/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/14/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/15/19 | Update ability to finance liabilities analysis | 8.75 | 9 |
| 5/16/19 | Update ability to finance liabilities analysis | 7.7 | 9 |
| 5/17/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 5/20/19 | Update ability to finance liabilities analysis | 6.3 | 9 |
| 5/21/19 | Update ability to finance liabilities analysis | 5.6 | 9 |
| 5/22/19 | Update ability to finance liabilities analysis | 7.7 | 9 |
| 5/23/19 | Update ability to finance liabilities analysis | 8.4 | 9 |
| 5/24/19 | Update ability to finance liabilities analysis | 4.9 | 9 |
| 5/28/19 | Update ability to finance liabilities analysis | 5.6 | 9 |
| 5/29/19 | Update ability to finance liabilities analysis | 6.3 | 9 |
| 5/30/19 | Update ability to finance liabilities analysis | 7.7 | 9 |
| 5/31/19 | Update ability to finance liabilities analysis | 7 | 9 |
| **May-19** | **Monthly Subtotal** | **188.0** | |

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Kevin Hatch (Financial Analyst)** | | |
| 5/1/19 | Preperation of board materials | 5 | 9 |
| 5/1/19 | Credit rating analysis | 3 | 6 |
| 5/1/19 | Exit financing analysis | 2 | 8 |
| 5/2/19 | PG&E advisor recurring call | 1 | 1 |
| 5/2/19 | Call with UCC professionals | 1.5 | 1 |
| 5/2/19 | Diligence team meeting | 1.5 | 1 |
| 5/2/19 | Managing dilgence requests | 5 | 1 |
| 5/2/19 | Exit financing analysis | 2 | 8 |
| 5/3/19 | Company model development and capital structure analysis | 5 | 2 |
| 5/3/19 | Exit financing analysis | 2 | 8 |
| 5/4/19 | Preperation of board materials | 5 | 9 |
| 5/5/19 | Exit financing analysis | 7 | 8 |
| 5/5/19 | Preperation of board materials | 7 | 6 |
| 5/5/19 | Internal advisor discussion | 1 | 1 |
| 5/6/19 | Board presentation | 1 | 1 |
| 5/6/19 | Diligence team meeting | 1.5 | 1 |
| 5/6/19 | Emergence considerations analysis | 5 | 6 |
| 5/6/19 | Historical equity price analysis | 5 | 9 |
| 5/7/19 | Board meeting materials follow-up | 4 | 9 |
| 5/8/19 | Discussion with AlixPartners regarding company model | 2 | 2 |
| 5/8/19 | Internal discussion regarding company model | 4 | 2 |
| 5/8/19 | Board meeting | 2 | 1 |
| 5/8/19 | Capital structure analysis | 1 | 6 |
| 5/9/19 | Diligence team meeting | 1.5 | 1 |
| 5/9/19 | PG&E advisor recurring call | 1 | 1 |
| 5/9/19 | Preperation of board materials | 3 | 9 |
| 5/10/19 | Securitization analysis | 2 | 8 |
| 5/10/19 | Advisor call regarding securitizatoin | 1 | 8 |
| 5/10/19 | Board meeting | 1 | 1 |
| 5/11/19 | Debt refinancing analysis | 1 | 6 |
| 5/12/19 | Debt refinancing analysis | 1 | 8 |
| 5/13/19 | Diligence team meeting | 1.5 | 1 |
| 5/13/19 | Meeting with PJT to review model | 2 | 1 |
| 5/13/19 | Regulatory asset discussion | 1 | 6 |
| 5/13/19 | Debt refinancing analysis | 3.5 | 8 |
| 5/14/19 | Modeling check-in with AlixPartners | 2 | 2 |
| 5/14/19 | PG&E advisor recurring call | 1 | 1 |
| 5/14/19 | Internal modeling discussion | 1 | 2 |
| 5/14/19 | Preperation of board materials | 2 | 9 |
| 5/15/19 | Debt refinancing analysis | 2 | 8 |
| 5/15/19 | Discussion with Company regarding debt refinancing analysis | 2 | 1 |
| 5/15/19 | Tax modeling discussion | 2 | 1 |
| 5/16/19 | PG&E advisor recurring call | 1 | 1 |
| 5/16/19 | Call with UCC professionals | 1.5 | 1 |
| 5/16/19 | Regulatory asset discussion | 1.5 | 6 |
| 5/17/19 | Preperation of board materials | 3 | 6 |
| 5/18/19 | Preperation of board materials | 1 | 6 |
| 5/20/19 | Diligence team meeting | 1.5 | 1 |
| 5/20/19 | Board meeting | 1 | 1 |
| 5/20/19 | Preperation of board materials | 5 | 6 |
| 5/21/19 | PG&E advisor recurring call | 1 | 1 |
| 5/21/19 | Diligence team meeting | 1.5 | 1 |
| 5/21/19 | Preperation of board materials | 1.5 | 6 |
| 5/22/19 | Internal discussion regarding Company model | 1 | 2 |
| 5/22/19 | Dsicussion regarding gas storage facility | 1 | 9 |
| 5/22/19 | Preperation of board materials | 1 | 6 |
| 5/23/19 | Exit financing analysis | 4 | 8 |
| 5/24/19 | Regulatory asset discussion | 1 | 6 |
| 5/24/19 | Preperation of board materials | 2 | 6 |
| 5/28/19 | Preperation of materials for Guggenheim meeting | 6 | 6 |
| 5/28/19 | PG&E advisor recurring call | 1 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/28/19 | Exit financing analysis | 5 | 8 |
| 5/29/19 | Exit financing analysis | 8.5 | 8 |
| 5/29/19 | Preperation of board materials | 1.5 | 6 |
| 5/30/19 | PG&E advisor recurring call | 1 | 1 |
| 5/30/19 | Call with UCC professionals | 1.5 | 1 |
| 5/30/19 | Discussion with PJT | 1.5 | 1 |
| 5/30/19 | Exit financing analysis | 7 | 8 |
| 5/31/19 | Contract analysis | 2 | 9 |
| 5/31/19 | Discussion regarding regarding contract analysis | 1 | 1 |
| 5/31/19 | Exit financing analysis | 6 | 8 |
| **May-19** | **Monthly Subtotal** | **176.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Date | Dan Liotta (Financial Analyst) Description of Work | Hours | Code |
|------|-----------------------------------------------------|-------|------|
| 5/9/19 | Call with Banking Team | 0.5 | 1 |
| 5/13/19 | Regulatory Asset Discussion | 0.5 | 1 |
| 5/14/19 | Capital Structure Considerations | 7 | 6 |
| 5/14/19 | Modeling Call | 1 | 1 |
| 5/16/19 | Regulatory Asset Discussion | 1 | 1 |
| 5/29/19 | Business Plan Call | 1 | 1 |
| **May-19** | **Monthly Subtotal** | **11.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Caroline Sambuco (Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/24/19 | Dividend Analysis Presentation | 5 | 6 |
| **May-19** | **Monthly Subtotal** | **5.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| | **Katherine Tobeason (Analyst)** | | |
| 5/2/19 | Work around post-emergence capital structure and equity financing alternatives | 5 | 6 |
| 5/31/19 | Work around post-emergence capital structure and equity financing alternatives | 4 | 6 |
| **May-19** | **Monthly Subtotal** | **9.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2019 - May 31, 2019**

| | Bryant Wang (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/1/19 | Emergence financing analysis | 12.5 | 9 |
| 5/2/19 | Emergence financing analysis | 12.5 | 9 |
| May-19 | **Monthly Subtotal** | **25.0** | |