**EXHIBIT E**

**DETAIL OF EXPENSES**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

# PG&E
# Monthly Fee Statement
# Lazard Frères & Co. LLC

## May 1, 2019 - May 31, 2019

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fee: May 1, 2019 - May 31, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $4,736.97 |
| Employee Meals | 315.90 |
| Meals-Meetings/Travel | 1,898.65 |
| Travel | 33,851.13 |
| **TOTAL** | **$40,802.65** |

---

[1] *Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].*

[2] *Additional expense detail will be furnished upon request.*

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 06/17/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| OPENING BALANCE | 12/31/1899 | | | - |
| Travel - Air | 4/8/2019 | Daniel Katz | ALASKA AIRLINES SFO/FLL 03/14/2019 / AMEX | 1,122.17 |
| Travel - Air | 4/8/2019 | Daniel Katz | UNITED AIRLINES EWR/SFO 03/14/2019 / AMEX | 1,246.56 |
| Travel - Air | 4/25/2019 | Gregory Hort | UNITED AIRLINES SFO/EWR Coach 04/15/2019 / AMEX | 1,097.80 |
| Travel - Air | 5/2/2019 | Christian Tempke | UNITED 4/15 EWR-IND coach 04/15/2019 / AMEX | 837.50 |
| Travel - Air | 5/2/2019 | Christian Tempke | UNITED 4/2 EWR-SFO-EWR coach 04/02/2019 / AMEX | 1,975.00 |
| Travel - Air | 5/2/2019 | Christian Tempke | UNITED4/15 IND-ORD-SFO coach 04/15/2019 / AMEX | 1,402.20 |
| Travel - Air | 5/2/2019 | Christian Tempke | UNITED 3/27EWR-SFO-EWR coach 03/27/2019 / AMEX | 1,414.49 |
| Travel - Air | 5/2/2019 | Christian Tempke | DELTA 3/28 SFO-JFKcoach 03/28/2019 / AMEX | 1,238.00 |
| Travel - Air | 5/2/2019 | Christian Tempke | UNITED4/17 SFO-EWR Coach 04/17/2019 / AMEX | 1,238.00 |
| Travel - Air | 5/6/2019 | Ken Ziman | Flt JFK/SFO OW 04/23/2019 / AMEX | 958.60 |
| Travel - Air | 5/6/2019 | Ken Ziman | Flt SFO/JFK OW 04/25/2019 / AMEX | 999.90 |
| Travel - Air | 5/6/2019 | Ken Ziman | Flt EWR/SFO OW 04/09/2019 / AMEX | 2,002.65 |
| Travel - Air | 5/6/2019 | Ken Ziman | Flt SFO/JFK OW 04/11/2019 / AMEX | 1,200.00 |
| Travel - Air | 5/15/2019 | Eli Silverman | United/SFO/EWR - coach 04/04/2019 / AMEX | 1,662.08 |
| Travel - Air | 5/15/2019 | Eli Silverman | United/EWR/SFO - coach 03/26/2019 / AMEX | 2,308.56 |
| Travel - Air | 5/15/2019 | Eli Silverman | United/EWR/SFO - coach 04/02/2019 / AMEX | 1,603.55 |
| Travel - Air | 5/15/2019 | Eli Silverman | AA/SFO/JFK - coach 03/28/2019 / AMEX | 1,127.30 |
| Travel - Air | 5/15/2019 | Eli Silverman | UA/EWR/SFO/EWR - refund credit 03/26/2019 / AMEX | (3,207.10) |
| Travel - Air | 5/30/2019 | Christian Tempke | UNITED 5/6EWR-SFO-EWRcoach 05/06/2019 / AMEX | 305.89 |
| Travel - Air | 5/30/2019 | Christian Tempke | AMEX TICKET FEE 0167295356067 05/06/2019 / AMEX | 35.00 |
| Travel - Air | 5/30/2019 | Christian Tempke | UNITED 5/6EWR-SFO-EWR coach 05/06/2019 / AMEX | 1,951.17 |
| Travel - Air | 5/30/2019 | Christian Tempke | AMEX TICKET FEE0167295355839 04/24/2019 / AMEX | 35.00 |
| Travel - Air | 5/30/2019 | Christian Tempke | UNITED 4/29 SFO-EWRcoach 04/29/2019 / AMEX | 1,350.94 |
| Travel - Air Total | | | | 23,905.26 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | NYCTAXI From lazard office to home 03/09/2019 Time: 18:00 / AMEX | 12.35 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | NYCTAXI From lazard office to home 03/09/2019 Time: 19:00 / AMEX | 11.15 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | NYCTAXI From lazard office to home 03/11/2019 Time: 22:15 / AMEX | 15.30 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | UBER From lazard office to home 03/12/2019 Time: 22:10 / AMEX | 26.11 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | UBER From lazard office to home 03/14/2019 Time: 23:54 / AMEX | 26.13 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | UBER From lazard office to home 03/05/2019 Time: 00:01 / AMEX | 25.30 |
| Car Services - After Hours | 4/11/2019 | Liam Fine | UBER From lazard office to home 03/13/2019 Time: 00:46 / AMEX | 21.87 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From home to office (weekend) 03/16/2019 Time: 17:31 / AMEX | 49.32 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/23/2019 Time: 01:47 / AMEX | 50.33 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/20/2019 Time: 23:33 / AMEX | 33.11 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/26/2019 Time: 00:20 / AMEX | 33.33 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/26/2019 Time: 23:40 / AMEX | 32.62 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 06/17/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 04/11/2019 Time: 23:06 / AMEX | 34.82 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/21/2019 Time: 23:11 / AMEX | 28.57 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 04/09/2019 Time: 22:14 / AMEX | 28.60 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From home to office (weekend) 03/16/2019 Time: 17:57 / AMEX | 29.62 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/18/2019 Time: 22:23 / AMEX | 34.23 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 04/10/2019 Time: 23:32 / AMEX | 33.36 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 04/13/2019 Time: 00:28 / AMEX | 34.29 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 03/20/2019 Time: 01:26 / AMEX | 26.82 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From home to office (weekend) 03/23/2019 Time: 12:42 / AMEX | 30.38 |
| Car Services - After Hours | 4/29/2019 | Bryant Wang | LYFT From lazard office to home 04/13/2019 Time: 00:10 / AMEX | 48.96 |
| Car Services - After Hours | 5/6/2019 | Nathan Mooney | Car to home weekend 03/30/2019 Time: 22:20 / AMEX | 18.50 |
| Car Services - After Hours | 5/7/2019 | Nathan Mooney | Car to work Sunday 03/17/2019 Time: 17:00 / Cash | 21.99 |
| Car Services - After Hours | 5/7/2019 | Christian Tempke | car Late O-H Wed 4/24 10:10pm 04/24/2019 Time: 22:10 / Cash | 85.80 |
| Car Services - After Hours | 5/7/2019 | Liam Fine | UBER Office to Home 03/20/2019 Time: 23:31 / AMEX | 25.12 |
| Car Services - After Hours | 5/7/2019 | Liam Fine | UBER Office to Home 04/12/2019 Time: 00:34 / AMEX | 24.31 |
| Car Services - After Hours | 5/9/2019 | Kevin Hatch | Lazard/home-NYC 04/02/2019 Time: 21:37 / AMEX | 11.07 |
| Car Services - After Hours | 5/9/2019 | Kevin Hatch | Late – 3/28 - Lazard/home-NYC 03/29/2019 Time: 01:38 / AMEX | 23.88 |
| Car Services - After Hours | 5/9/2019 | Kevin Hatch | Late – 3/27 - Lazard/home-NYC 03/28/2019 Time: 01:25 / AMEX | 23.53 |
| Car Services - After Hours | 5/9/2019 | Matthew Strain | Taxi/Uber Lazard to home 03/22/2019 Time: 00:06 / AMEX | 32.03 |
| Car Services - After Hours | 5/9/2019 | Matthew Strain | Uber Home to Lazard wknd 03/31/2019 Time: 14:11 / AMEX | 29.46 |
| Car Services - After Hours | 5/9/2019 | Matthew Strain | Taxi/Uber Lazard to home 03/21/2019 Time: 22:13 / AMEX | 28.50 |
| Car Services - After Hours | 5/15/2019 | Eli Silverman | Lazard/home 03/29/2019 Time: 22:30 / AMEX | 10.80 |
| Car Services - After Hours | 5/24/2019 | Bryant Wang | UBER Office to Home 04/28/2019 Time: 21:52 / AMEX | 36.90 |
| Car Services - After Hours | 5/24/2019 | Bryant Wang | UBER Office to Home 04/29/2019 Time: 00:10 / AMEX | 31.92 |
| Car Services - After Hours | 5/24/2019 | Bryant Wang | LYFT Office to Home 04/24/2019 Time: 23:32 / AMEX | 33.60 |
| Car Services - After Hours | 5/29/2019 | Nathan Mooney | Car to home late night 05/01/2019 Time: 22:22 / AMEX | 21.03 |
| **Car Services - After Hours Total** | | | | **1,125.01** |
| Car Services - Business Travel | 4/4/2019 | Ken Ziman | Car to court for hearing SF 03/13/2019 / AMEX | 13.07 |
| Car Services - Business Travel | 4/4/2019 | Ken Ziman | Car from SF office to hotel 03/14/2019 / AMEX | 8.70 |
| Car Services - Business Travel | 4/25/2019 | Gregory Hort | UBER Lazard Office (51 W 49) to Home 03/21/2019 / AMEX | 68.43 |
| Car Services - Business Travel | 4/25/2019 | Gregory Hort | EMPIRE SFO/Meeting/SFO 03/14/2019 / AMEX | 289.29 |
| Car Services - Business Travel | 4/25/2019 | Gregory Hort | UBER Lazard Office (51 W 49) to Home 03/27/2019 / AMEX | 64.41 |
| Car Services - Business Travel | 4/25/2019 | Gregory Hort | EMPIRE Home to EWR Airport 03/14/2019 / AMEX | 81.73 |
| Car Services - Business Travel | 4/25/2019 | Gregory Hort | EMPIRE EWR Airport to Home 03/14/2019 / AMEX | 78.82 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | BLACKCAR 3/29 JFK-H 03/29/2019 / AMEX | 100.41 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | BLACKCAR 4/2 O-EWR 04/03/2019 / AMEX | 83.69 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | UBER3/27 dinner-hotel San Fran 03/27/2019 / AMEX | 24.41 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 06/17/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | Car 3/28 SAN FRANhotel-mtg 03/28/2019 / AMEX | 10.45 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | BLACKCAR 3/26 O-EWR 03/26/2019 / AMEX | 88.00 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | UBER3/27 hotel-dinner San Fran 03/27/2019 / AMEX | 27.23 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | Car3/26SFOairport-hotel 03/26/2019 / AMEX | 55.85 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | SFTAXI SFOairport-hotel 4/15 04/03/2019 / AMEX | 57.18 |
| Car Services - Business Travel | 5/2/2019 | Ken Ziman | Car from hotel to SFO 03/07/2019 / Cash | 10.00 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | BLACKCAR4/4 EWR-Home 04/09/2019 / AMEX | 110.96 |
| Car Services - Business Travel | 5/2/2019 | Ken Ziman | Car from hotel to court 03/27/2019 / Cash | 10.78 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | UBER4/4Mtg-SFO 04/04/2019 / AMEX | 35.11 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from home to EWR 04/08/2019 / AMEX | 88.00 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from hotel to client mtg S 04/04/2019 / AMEX | 7.71 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from SFO to hotel 04/03/2019 / AMEX | 30.66 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from EWR to home-2am 03/29/2019 / AMEX | 80.45 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from SFO to hotel 03/26/2019 / AMEX | 35.89 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car to home from EWR 04/05/2019 / AMEX | 65.94 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from client to SFoffice 04/10/2019 / AMEX | 11.19 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from office to EWR 04/02/2019 / AMEX | 91.24 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from court to SFoffice 03/27/2019 / AMEX | 14.69 |
| Car Services - Business Travel | 5/6/2019 | Ken Ziman | Car from client office to SFO 04/05/2019 / AMEX | 48.93 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | SFO airport/hotel 04/02/2019 / AMEX | 97.13 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Newark airport/home-NYC 04/04/2019 / AMEX | 84.25 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Lazard/home- on conf. call 04/09/2019 / AMEX | 11.33 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Restaurant/home - NYC 04/11/2019 / AMEX | 19.03 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | PG&E office/hotel - SanFran 03/28/2019 / AMEX | 22.36 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | PG&E office/SFO airport 03/28/2019 / AMEX | 87.41 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Home-NY/JFK airport 03/26/2019 / AMEX | 91.88 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | PG&E office/SFO airport 04/04/2019 / AMEX | 81.08 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | JFK airport/home-NYC 03/28/2019 / AMEX | 86.31 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Lazard/Newark airport 04/02/2019 / AMEX | 88.38 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Newark airport/Home-NYC 03/15/2019 / AMEX | 84.25 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Hotel/PG&E office - SanFran 04/04/2019 / AMEX | 16.08 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Hotel/PG&E office - SanFran 04/03/2019 / AMEX | 8.69 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Home-NYC/JPT office 03/26/2019 / AMEX | 11.88 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Hotel/PG&E office - SanFran 04/03/2019 / AMEX | 13.97 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Hotel/cleint's office/SanFran 03/27/2019 / AMEX | 18.51 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | Hotel/PG&E office/SanFran 03/28/2019 / AMEX | 17.75 |
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | SFO airport/hotel 03/26/2019 / AMEX | 84.47 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 06/17/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 5/15/2019 | Eli Silverman | PG&E office/hotel - SanFran 04/04/2019 / AMEX | 12.57 |
| Car Services - Business Travel | 5/2/2019 | Christian Tempke | CAB 4/16 SAN FRANhotel-meeting 04/16/2019 / AMEX | 9.35 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | Cab4/29SAN FRAN Mtg-Hotel 04/29/2019 / AMEX | 58.50 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | CAB 4/29 SF hotel to mtg 04/29/2019 / AMEX | 60.60 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | TAXI4/16 SFO to SFhotel NoRcpt 04/16/2019 / AMEX | 57.18 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | BLACKCAR 4/15 H-EWR 04/15/2019 / AMEX | 99.94 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | BLACKCAR4/17 EWR-H 04/17/2019 / AMEX | 117.62 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | BLACKCAR 4/29 H-EWR 04/30/2019 / AMEX | 99.94 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | MARGO 5/7 SAN FRAN dinner-1 05/07/2019 / AMEX | 56.50 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | BLACKCAR 5/1 EWR-H 05/01/2019 / AMEX | 114.55 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | TAXI 4/17 San FranHotel-SFO 04/17/2019 / AMEX | 55.68 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | FLYWHEEL CAB SFO-hotel 5/6 05/06/2019 / AMEX | 59.30 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | UBER4/22Mon lateO-H10:10pm 04/23/2019 / AMEX | 84.17 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | LIN LAU 4/30 San FranHotel-Mtg 04/30/2019 / AMEX | 8.16 |
| Car Services - Business Travel | 5/30/2019 | Christian Tempke | BLACKCAR5/6 H-EWR 05/06/2019 / AMEX | 99.94 |
| **Car Services - Business Travel Total** | | | | **3,611.96** |
| Travel - Hotels | 5/2/2019 | Christian Tempke | RITZ4/2SANFRAN2nite@400 04/02/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/2/2019 | Christian Tempke | RITZ 3/26SAN FRAN2nite@400 03/26/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/6/2019 | Ken Ziman | Hotel 2 nights @$645 04/10/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/6/2019 | Ken Ziman | Hotel 1 night @$450 04/04/2019 / AMEX | 400.00 |
| Travel - Hotels | 5/6/2019 | Ken Ziman | Hotel 2 nights @$400/n 03/28/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/6/2019 | Ken Ziman | Hotel 1 night $450/n 04/03/2019 / AMEX | 400.00 |
| Travel - Hotels | 5/15/2019 | Eli Silverman | RitzCarlton/SanFran 3nt @ $400 03/12/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 5/15/2019 | Eli Silverman | Ritz/San Fran – 2nts @ $400 03/26/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/15/2019 | Eli Silverman | Ritz/San Fran – 2nts @ $400 04/02/2019 / AMEX | 800.00 |
| Travel - Hotels | 5/30/2019 | Christian Tempke | RITZ 4/29 SAN FRAN1nite@400 04/30/2019 / AMEX | 400.00 |
| Travel - Hotels | 5/30/2019 | Christian Tempke | RITZ 5/6SAN FRAN4nite@400 05/10/2019 / AMEX | 1,600.00 |
| Travel - Hotels | 5/30/2019 | Christian Tempke | RITZ 4/15 2nite@400SAN FRAN 04/17/2019 / AMEX | 800.00 |
| **Travel - Hotels Total** | | | | **9,600.00** |
| Travel - WiFi/Data fees - airlines/hotels | 5/2/2019 | Christian Tempke | GOGO INFLT WIFI 4/2 04/02/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/2/2019 | Christian Tempke | UNITED 4/4 SFO-EWR wifi 04/04/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/2/2019 | Christian Tempke | UNITED 3/26 wifi HOUSTON 03/26/2019 / AMEX | 33.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/6/2019 | Nathan Mooney | Wifi plane 03/16/2019 / AMEX | 7.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/9/2019 | Kevin Hatch | WiFi access on airplane 03/26/2019 / AMEX | 19.00 |
| Travel - WiFi/Data fees - airlines/hotels | 5/15/2019 | Eli Silverman | Wifi access on airplane 04/04/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/15/2019 | Eli Silverman | WiFi on airplane - SFO/EWR 03/15/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/15/2019 | Eli Silverman | WiFi access on airplane 03/26/2019 / AMEX | 33.99 |

Case: 19-30088  Doc# 3403-5  Filed: 08/07/19  Entered: 08/07/19 09:18:07  Page 6 of 8

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - WiFi/Data fees - airlines/hotels | 5/15/2019 | Eli Silverman | Wifi access on airplane 04/02/2019 / AMEX | 33.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/30/2019 | Christian Tempke | UNITED 4/17 SFO-EWR wifi 04/17/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/30/2019 | Christian Tempke | GOGO 5/6 WIFI 05/06/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/30/2019 | Christian Tempke | UNITED5/10 SFO-EWR wifi 05/10/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 5/30/2019 | Christian Tempke | UNITED 4/29 LAX-SFO wifi 04/29/2019 / AMEX | 9.99 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **345.88** |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 03/19/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Tolache/NY - 1p 04/06/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Diner/Sweetgreen/NY - 1p 04/01/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 04/10/2019 / AMEX | 18.05 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Toloache/NY - 1p 04/09/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 03/25/2019 / AMEX | 24.99 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/EJ's Luncheonette/NY-1p 04/10/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 03/18/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 03/17/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 03/20/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Al Horne/NY - 1p 04/05/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 04/08/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 5/30/2019 | Christian Tempke | BLUE 5/1 dinnerSeamlessDown 05/02/2019 / AMEX | 22.86 |
| **Employee Meals - In Office Total** | | | | **315.90** |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | RITZ4/3SANFRANbreakfast 04/03/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | NOODLEME 3/27 lunch SanFran 03/27/2019 / AMEX | 16.17 |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | RITZ 3/27SAN FRANbreakfast 03/27/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | RITZ4/4SANFRANdinner 04/04/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | VITALE3/28breakf aSANFRAN-2 03/28/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/2/2019 | Christian Tempke | CHUBBYNOODLE dinnerSanFran3/28 03/28/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel Dinner 1p SF 04/02/2019 / AMEX | 52.40 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel dinner 1p SF 03/26/2019 / AMEX | 41.94 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel lunch 1p SF 03/28/2019 / AMEX | 35.09 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel lunch 1p SF 04/08/2019 / AMEX | 25.23 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel lunch 1p SF 03/26/2019 / AMEX | 15.19 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel dinner-2pl SF 04/05/2019 / AMEX | 65.28 |
| Employee Meals - Travel/Other | 5/6/2019 | Ken Ziman | Travel lunch 1p 04/04/2019 / AMEX | 38.20 |
| Employee Meals - Travel/Other | 5/7/2019 | Nathan Mooney | Travel lunch-1p EWR 12/17/2018 / Cash | 19.03 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/SFO airport - 1p 03/15/2019 / AMEX | 61.98 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/hotel/San Fran - 1p 03/15/2019 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 03/13/2019 / AMEX | 65.00 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 06/17/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/hotel/San Fran - 1p 04/03/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/hotel/San Fran - 1p 04/04/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/E&O Kitchen/SanFran- 3p 04/03/2019 / AMEX | 195.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/at hotel/San Fran - 1p 03/28/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/Spring Cafe/SanFran - 1p 03/28/2019 / AMEX | 35.20 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/hotel/San Fran - 1p 03/15/2019 / AMEX | 28.63 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/Newark airport - 1p 03/26/2019 / AMEX | 16.66 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/Spring Cafe/SanFran - 3p 04/03/2019 / AMEX | 59.37 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 03/13/2019 / AMEX | 48.32 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/Spring Cafe/SanFran - 1p 03/27/2019 / AMEX | 20.79 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/at hotel/San Fran - 1p 03/26/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/at hotel/San Fran - 1p 03/27/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Bkfst/hotel/San Fran - 1p 03/14/2019 / AMEX | 28.63 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/Napa Farm/San Fran - 1p 03/28/2019 / AMEX | 48.64 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/SFO airport - 1p 03/29/2019 / AMEX | 7.26 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 04/02/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/hotel/San Fran - 1p 03/14/2019 / AMEX | 25.70 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Dinner/at hotel/San Fran - 1p 03/27/2019 / AMEX | 60.14 |
| Employee Meals - Travel/Other | 5/15/2019 | Eli Silverman | Lunch/SFO airport - 1p 03/28/2019 / AMEX | 13.27 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | RITZ 4/30 SAN FRANbreakfast 04/30/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | Starbucks 5/6 Newark breakfast 05/06/2019 / AMEX | 6.87 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | RITZ 4/16 Bfast SAN FRAN 04/16/2019 / AMEX | 28.87 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | CHIPOTLE 5/8 SAN FRANlunch-1 05/08/2019 / AMEX | 11.99 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | Starbucks 5/6 SFObreakfast 05/06/2019 / AMEX | 5.50 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | MIXT 4/30 SAN FRAN lunch-1 04/30/2019 / AMEX | 17.24 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | MIXT 5/9 SAN FRANC lunch-1 05/09/2019 / AMEX | 20.02 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | SF UNCORKD SAN FRANdinner-1 04/30/2019 / AMEX | 32.19 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | STARBUCKS 5/9SAN FRANClunch-1 05/09/2019 / AMEX | 4.75 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | AQUITAINE 4/16 dinn SAN FRAN-1 04/17/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | SPRIG CAFE4/16 San Fran lunch 04/16/2019 / AMEX | 17.07 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | RITZ 4/29 SAN FRANdinner 04/30/2019 / AMEX | 78.19 |
| Employee Meals - Travel/Other | 5/30/2019 | Christian Tempke | SPRIG CAFE 5/6 SanFranLunch-1 05/06/2019 / AMEX | 7.84 |
| Employee Meals - Travel/Other Total | | | | 1,898.65 |
| CLOSING BALANCE as of 06/17/2019 | | | | 40,802.65 |