

Signed and Filed: August 6, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>Related Docket No. 3194<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND WILLOW SPRINGS SOLAR 3, LLC TO PERMIT TERMINATION OF POWER PURCHASE AGREEMENT**<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation Between the Debtors and Willow Springs Solar 3, LLC to Permit Termination of Power Purchase Agreement* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**") and First Solar, Inc. ("**First Solar**"), on behalf of its wholly-owned subsidiary Willow Springs Solar 3, LLC ("**Willow Springs 3**"), filed on August 6, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The automatic stay under section 362 of the Bankruptcy Code is modified solely to the extent necessary to authorize (but not direct) Willow Springs 3 to take any action permitted under the Stipulation.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: August 6, 2019                    WINSTON & STRAWN LLP

                                                                     /s/ *David Neier*
                                                                     David Neier

                                                                     *Attorneys for First Solar, Inc. and*
                                                                     *Willow Springs Solar 3, LLC*

                                                \*\* END OF ORDER \*\*

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.