B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re <u>Pacific Gas & Electric Company</u>, Debtor.  Case No. <u>19-30089</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Cedar Glade LP</u> | <u>AllOne Health Resources Inc</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

660 Madison Ave, 17th Floor
New York, NY 10065

Court Claim # (if known): <u>2894</u>
Amount of GUC Claim Transferred: <u>$65,751.40</u>
Amount of Administrative Claim Transferred: $_____
Date Claim Filed: <u>05/01/2019</u>
Debtor: <u>Pacific Gas & Electric Company</u>

Phone: <u>646-979-4083</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: August 7, 2019
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

878377v.1 2653/00013