EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
One Front Street, 32nd Floor
San Francisco, California 94111
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | |
| PACIFIC GAS & ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors, | DATE: August 14, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | RELATED DOCKET NO: 3091 |

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, One Front Street, 32nd Floor, San Francisco, California 94111-4106.

1.  I certify that on August 7, 2019, I caused a true and correct copy of each of the

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814
553283

Case: 19-30088    Doc# 3413    Filed: 08/07/19    Entered: 08/07/19 13:21:40    Page 1 of 2

Case No: 19-30088-DM

following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

**OBJECTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO DEBTORS' MOTION PURSUANT TO 11 USC §§105(a) AND 502(c) FOR ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES.**

2. A true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

3. I certify that on August 7, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

4. I certify that on August 7, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on August 7, 2019, at San Francisco, California.

/s/ Violet Rajkumar
Violet Rajkumar