NANCY MITCHELL (*pro hac vice* pending)
nmitchell@omm.com
PETER FRIEDMAN (admitted *pro hac vice*)
pfriedman@omm.com
MATTHEW L. HINKER (admitted *pro hac vice*)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Governor Gavin Newsom
and the Department of Finance for
the State of California*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br>　-and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br>　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Nancy Mitchell, an active member in good standing of the bars of New York and Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing (i) Governor Gavin Newsom, in his official capacity as Governor of the State of California, but not on behalf of any agency, department, unit or entity of the State of California, and (ii) the Department of Finance for the State of California in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> JACOB T. BEISWENGER (S.B. #321012)
> O'MELVENY & MYERS LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899
> Telephone: (213) 430-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2019

*/s/ Nancy Mitchell*
Nancy Mitchell

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## NANCY A MITCHELL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 4, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 7, 2019**

8419

*Clerk of the Court*