AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF ALEXANDER TRACY IN SUPPORT OF STATEMENT REGARDING STATUS OF COMPETING PLAN PROTOCOL AND AD HOC COMMITTEE PROPOSAL**<br><br>**Status Conference**<br>Date: August 9, 2019<br>Time: 11:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102<br>**Hearing on Termination Motion**<br>Date: August 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102 |

I, Alexander Tracy, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1. I am a Partner at Perella Weinberg Partners LP ("PWP"), which has its principal office at 767 Fifth Avenue, New York, New York 10153 and is an independent, privately-held, global financial services firm headquartered in New York, New York. I am authorized to make this declaration (this "Supplemental Declaration") on behalf of PWP. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. PWP was engaged as financial advisor to the Ad Hoc Committee effective as of January 28, 2019. I lead a team of PWP professionals on this engagement. I submit this Declaration in support of the *Statement Regarding Status of Competing Plan Protocol and Ad Hoc Committee Proposal* (the "Statement"), filed contemporaneously herewith.

3. Except where specifically noted, all statements in this Declaration are based upon my personal knowledge developed during the course of my engagement with the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee"). If called to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, discussions, review of documents and/or professional opinion.

4. The Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code on January 29, 2019. The Debtors have been in chapter 11 in excess of six months and have not presented a plan of reorganization.

5. On June 25, 2019, the Ad Hoc Committee filed the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [ECF No. 2741] (the "Motion"). The Ad Hoc Committee attached a Term Sheet as Exhibit B to the Motion, which provided the terms for a proposed investment of new capital of up to $30 billion (the "Ad Hoc Committee Proposal"). This amount was subsequently increased to $31 billion in the amended Term Sheet filed by the Ad Hoc Committee on July 17, 2019 (the "Amended Term Sheet") as Exhibit A to the commitment letter (the "Commitment Letter") relating to the new equity and unsecured debt investments contemplated the Ad Hoc Committee Proposal. *See Notice of Filing of Commitment Letter and Amended Plan Term Sheet* [Docket No. 3024]. As set forth in the amended Commitment Letter attached as Exhibit B to the Statement, the new money financing

contemplated by the Ad Hoc Committee Proposal is fully committed by certain members of the Ad Hoc Committee.

6. Since the Ad Hoc Committee filed the Motion, the Debtors have not approached me, or, to the best of my knowledge, any other PWP team member or other representatives or individual members of the Ad Hoc Committee, to negotiate or discuss the terms of the Ad Hoc Committee Proposal.

[*Remainder of page left intentionally blank*]

Dated: New York, New York
August 7, 2019

_____
Alexander Tracy