**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
   jminias@willkie.com
   bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF BENJAMIN P. MCCALLEN IN SUPPORT OF AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES**<br><br>[Relates to Docket No. 3091]<br><br>Date: August 14, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

I, Benjamin P. McCallen, declare as follows:

1. I am a member of the firm Willkie Farr & Gallagher LLP. I am counsel to certain members of the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"). I submit this Declaration in Support of the Ad Hoc Subrogation Group's Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Case Management Conference Statement, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Oct. 22, 2018).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Case Management Order No. 4, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Nov. 2, 2018).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Master Complaint for the Subrogation Plaintiffs, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Mar. 12, 2018).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that I would be competent to testify thereto if called upon to do so.

Executed on the 7th day of August, 2019 at New York, New York.

                                            /s/ *Benjamin P. McCallen*
                                            Benjamin P. McCallen