ROGERS JOSEPH O'DONNELL
Tyson Arbuthnot (State Bar No. 215225)
tarbuthnot@rjo.com
Emily A. Wieser (State Bar No. 311315)
ewieser@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorney for
ACCO ENGINEERED
SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors.<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**EXHIBIT A TO NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

Recording Requested By and When Recorded Mail To:
Helen Leonard
ACCO Engineered Systems #623028
888 E Walnut Street
Pasadena, CA 91101



2019091867    05/17/2019 10:32 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 105.00

3 PGS

COPY of document to be recorded
Has not been compared with Original

Space above this line for recorder's use only
*(To be recorded in the county recorder's office in the county in which the property is located.)*

# MECHANICS LIEN

**NOTICE IS HEREBY GIVEN** that Claimant ACCO Engineered Systems, Inc. 888 E Walnut Street Pasadena, CA 91101 (legal name and address), claims a lien for labor, service, equipment, or material under Section 8000 et. seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The work was furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of Alameda, State of California, said land described as follows:

**STREET ADDRESS:** 4801 Oakport Street Oakland, CA 94601
and/or
**LEGAL DESCRIPTION:** APN#041-3904-005

The lien is claimed for the following labor, services, equipment or materials furnished by the Claimant: HVAC /Plumbing/Bldg & Related Materials (describe generally). Claimant is owed $288,125.53 for work furnished to the work of improvement, after deducting all just credits and offsets, plus interest at the legal rate from the date of this lien.

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work is: Turner Construction 300 Frank H Ogawa Plaza #510, Oakland, CA 94612.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Pacific Gas & Electric Corp, 4801 Oakport Street, Oakland, CA 94601

Name of Claimant: ACCO Engineered Systems, Inc.

Date: May 16, 2019

By: _____
Signature
Tyson Arbuthnot, Attorney
Print Name & Authorized Capacity

## Verification

I, the undersigned, declare: I am the Attorney (authorized capacity/title), for the Claimant named in the foregoing claim of mechanics lien: I am authorized to make this verification for the Claimant: I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 20 19 at San Francisco California. _____
Signature of Claimant or Authorized Agent

# NOTICE OF MECHANICS LIEN
## ATTENTION!
(Civil Code § 8416)

Upon the recording of the enclosed MECHANICS LIEN with the County Recorder's Office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416

Failure to serve the Mechanics Lien and Notice of Mechanics Lien on the owner, or alternatively if the owner cannot be served on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 8416(e)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanics Lien and Notice of Mechanics Lien.

**AFFIDAVIT FOR SERVICE ON THE OWNER**
California Civil Code Section 8416 (a)(7) and (c)(1)
I, Laurie Stoker _____(name), declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:
Company /Person served: Pacific Gas & Electric Corp
Title or capacity of person or entity served: Property Owner
Service Address: 4801 Oakport Street, Oakland, CA 94601
Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construct trust deed.
Executed on May 16, 2019 (date), at San Francisco (city), California.

By: *Laurie Stoker*
(signature of person serving)

**ALTERNATE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR ORIGINAL CONTRACTOR**
California Civil Code Section 8416 (a)(7) and (c)(2)
I, _____(name), declare that that the owner or reputed owner cannot be served with a copy of this Mechanics Lien and Notice of mechanics Lien by registered mail, certified mail, or first-class mail. Pursuant to California Civil Code section 8416, I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or original contractor as follows:
Company /Person served: _____
Title or capacity of person served (if appropriate): _____
Service Address: _____
Executed on _____, 20___ (date), at _____ (city), California.

By: _____
(signature of person serving)