ROGERS JOSEPH O'DONNELL
Tyson Arbuthnot (State Bar No. 215225)
tarbuthnot@rjo.com
Emily A. Wieser (State Bar No. 311315)
ewieser@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorney for
ACCO ENGINEERED SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors.<br>\* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**EXHIBIT A TO NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

Recording Requested By and When Recorded Mail To:
Helen Leonard
ACCO Engineered Systems 623028
888 E. Walnut Street
Pasadena, CA 91101

CONFORMED COPY of document recorded
**07/11/2019, 2019K793358**

on _____ with document no _____
This document has not been compared with the original

Space above this line for recorder's use only
*(To be recorded in the county recorder's office
in the county in which the property is located.)*

# MECHANICS LIEN

NOTICE IS HEREBY GIVEN that Claimant  ACCO Engineered Systems, Inc., 888 E. Walnut Street, Pasadena, CA 91101  (legal name and address), claims a lien for labor, service, equipment, or material under Section 8000 et. seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The work was furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of  San Francisco , State of California, said land described as follows:

STREET ADDRESS:  77 Beale Street, San Francisco, CA 94105
   and/or
LEGAL DESCRIPTION:  APN#3711-014A

The lien is claimed for the following labor, services, equipment or materials furnished by the Claimant: Plumbing installation and materials  (describe generally). Claimant is owed $ 45,182  for work furnished to the work of improvement, after deducting all just credits and offsets, plus interest at the legal rate from the date of this lien.

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work is:  CB2 Builders, Inc., 505 Beach Street, Suite 210, San Francisco, CA 94133 .

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: Pacific Gas & Electric Corp., 77 Beale St., San Francisco, CA 94105

Name of Claimant: ACCO Engineered Systems, Inc.

Date: July 11, 2019    By: _____(Signature)_____
Tyson Arbuthnot, Attorney
Print Name & Authorized Capacity

### Verification

I, the undersigned, declare: I am the  Attorney  (authorized capacity/title), for the Claimant named in the foregoing claim of mechanics lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  July 11 , 20 19  at  San Francisco  California.  _____
Signature of Claimant or Authorized Agent

# NOTICE OF MECHANICS LIEN
## ATTENTION!
(Civil Code § 8416)

Upon the recording of the enclosed MECHANICS LIEN with the County Recorder's Office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

C&B Forms - revised March 2012 -- effective July 1, 2012                                                                                   Page Two

Case: 19-30088    Doc# 3423    Filed: 08/07/19    Entered: 08/07/19 14:55:07    Page 3 of 5

# PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416

Failure to serve the Mechanics Lien and Notice of Mechanics Lien on the owner, or alternatively if the owner cannot be served on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 8416(e)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanics Lien and Notice of Mechanics Lien.

**AFFIDAVIT FOR SERVICE ON THE OWNER**
California Civil Code Section 8416 (a)(7) and (c)(1)

I, __Laurie Stoker__ (name), declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company /Person served: __Pacific Gas & Electric Corp.__
Title or capacity of person or entity served: __Property Owner__
Service Address: __77 Beale Street, San Francisco, CA 94105__

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construct trust deed.

Executed on __July 11__, __2019__ (date), at __San Francisco__ (city), California.

By: _/s/ Laurie Stoker_
(signature of person serving)

**ALTERNATE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR ORIGINAL CONTRACTOR**
California Civil Code Section 8416 (a)(7) and (c)(2)

I, _____ (name), declare that that the owner or reputed owner cannot be served with a copy of this Mechanics Lien and Notice of mechanics Lien by registered mail, certified mail, or first-class mail. Pursuant to California Civil Code section 8416, I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or original contractor as follows:

Company /Person served: _____
Title or capacity of person served (if appropriate): _____
Service Address: _____
Executed on _____, 20___ (date), at _____ (city), California.

By: _____
(signature of person serving)

# PROOF OF SERVICE
### [C.C.P. §§ 1010.6, 1011, 1013, 1013a, 2015.5, C.R.C.§§ 1.21, 2.260, 2.306]

I, Laurie Stoker, state:

My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred. The envelope or package was placed in the mail at San Francisco, California. I am over the age of eighteen years and not a party to this action. On July 11, 2019, I served the following documents described as:

## MECHANICS LIEN

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope, with the postage prepaid, addressed as follows:

CB2 Builders, Inc.
505 Beach Street, Suite 210
San Francisco, CA 94133

X    **BY FIRST CLASS MAIL**: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on July 11, 2019, following ordinary business practices.

___    **BY PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand on July 11, 2019, to the offices of the addressee(s) between the hours of nine in the morning and five in the evening.

___    **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission on July 11, 2019, I caused the documents to be sent to the person(s) at the electronic notification address(es) listed above. Within a reasonable time, the transmission was reported as complete and without error.

___    **BY OVERNIGHT DELIVERY**: On July 11, 2019, I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 11, 2019

*/s/ Laurie Stoker*
Laurie Stoker

Page 1