

NANCY MITCHELL (*pro hac vice* pending)
nmitchell@omm.com
PETER FRIEDMAN (admitted *pro hac vice*)
pfriedman@omm.com
MATTHEW L. HINKER (admitted *pro hac vice*)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Signed and Filed: August 7, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Governor Gavin Newsom
and the Department of Finance for
the State of California*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>　-and-<br>PACIFIC GAS & ELECTRIC COMPANY,<br>　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1     Nancy Mitchell, whose business address and telephone number are 7 Times Square, New York, NY 10036, (212) 326-2000, and who is an active member in good standing of the bars of New York and Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing (i) Governor Gavin Newsom, in his official capacity as Governor of the State of California, but not on behalf of any agency, department, unity or entity of the State of California, and (ii) the Department of Finance for the State of California.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

* * * END OF ORDER * * *