1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone: (424) 386-4000
9  Facsimile: (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF THOMAS R. KRELLER IN SUPPORT OF THE STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTORS' MOTION FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES**<br><br>Date:  August 14, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

1. I, **THOMAS R. KRELLER**, being duly sworn, state the following under the penalty of perjury:

1. I am an attorney admitted to practice in the State of California and I am a partner in the Financial Restructuring Group of the firm Milbank LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession (the "Official Committee"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this declaration on behalf of Milbank in support of the Official Committee's statement (the "Statement") in support of the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures*, dated July 18, 2019.

3. For the Court's reference in its consideration of the Statement, attached hereto as Exhibit A is a true and correct copy of the *Master Complaint – Individual Plaintiffs*, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. March 12, 2018).

4. Attached hereto as Exhibit B is a true and correct copy of the *Master Complaint – Subrogation Plaintiffs*, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. March 12, 2018).

5. Attached hereto as Exhibit C is a true and correct copy of the *Public Entity Master Complaint*, *California North Bay Fire Cases*, JCCP No. 4955 (Cal. Super. Ct. March 12, 2018).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 7, 2019, Los Angeles, CA

*/s/ Thomas R. Kreller*
Thomas R. Kreller