Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br>      -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **DECLARATION OF MICHAEL A. KELLY IN SUPPORT OF THE OPPOSITION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES [Dkt. No. 3091]** <br><br> Date: August 14, 2019 <br> Time: 9:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br>         Courtroom 17, 16th Floor <br>         San Francisco, CA 94102 |

I, Michael A. Kelly, declare the following under penalty of perjury pursuant to 28 U.S.C. section 1746:

1. I submit this Amended Declaration in support of the Opposition of the Official Committee of Tort Claimants to the Debtors' motion to establish wildfire claims estimation procedures [Dkt. No. 3091]. I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the State Bar of California and a partner in the law firm of Walkup, Melodia, Kelly & Schoenberger.

3. After the 2017 North Bay fires occurred, individual victims filed personal injury, wrongful death, and property damage civil actions for damages suffered in or by reason of the fires against Pacific Gas & Electric Company ("**PG&E**") in Sonoma and Napa Counties. The litigation was eventually coordinated in a Judicial Council Coordination Proceeding entitled California North Bay Fire Cases, JCCP No. 4955, in the Superior Court of California for the County of San Francisco.

4. The judge assigned to the California North Bay Fire Cases, Judge Curtis Karnow, entered Case Management Order No.1, dated March 6, 2018, attached hereto as **Exhibit A**, which appointed me and Frank Pitre as two of the three co-lead counsel in the litigation and an Executive Committee leadership team of lawyers representing the individual plaintiffs.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Superior Court's Case Management Order No. 2 in the North Bay Fire Cases, JCCP 4955.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Superior Court's Case Management Order No. 3 in the North Bay Fire Cases, JCCP 4955.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Superior Court's Case Management Order No. 4 in the North Bay Fire Cases, JCCP 4955.

8. Attached hereto as **Exhibit E** is a true and correct copy of the Superior Court's Case Management Order No. 5 in the North Bay Fire Cases, JCCP 4955.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Superior Court's Case Management Order No. 6 in the North Bay Fire Cases, JCCP 4955.

10. Attached hereto as **Exhibit G** is a true and correct copy of a Camp Fire complaint in *Williams v. PG&E*, Case No. 18CV03993 (Super. Ct. Cal.).

11. Attached hereto as **Exhibit H** is a true and correct copy of a letter, dated August 1, 2019, from Kevin Orsini, counsel to the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2019.

Michael A. Kelly
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Tel: (415) 981-7210
Fax: (415) 391-6965
Email: mkelly@walkuplawoffice.com