# EXHIBIT E



FILED
San Francisco County Superior Court

DEC 31 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

```
 1  MICHAEL A. KELLY (SB #71460)
    mkelly@walkuplawoffice.com
 2  KHALDOUN A. BAGHDADI (SB #190111)
    kbaghdadi@walkuplawoffice.com
 3  WALKUP, MELODIA, KELLY &
    SCHOENBERGER
 4  650 California Street, 26th Floor
    San Francisco, CA 94108
 5  Telephone: (415) 981-7210

 6  FRANK M. PITRE (SBN 100077)
    fpitre@cpmlegal.com
 7  ALISON E. CORDOVA (SBN 284942)
    acordova@cpmlegal.com
 8  COTCHETT, PITRE & McCARTHY
    San Francisco Airport Office Center
 9  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
10  Telephone: (650) 697-6000

11  STEVEN SKIKOS (SB #148110)
    sskikos@skikos.com
12  SKIKOS, CRAWFORD, ET AL.
    1 Sansome Street, Ste 2830
13  San Francisco, CA 94104
    Telephone: (415) 546-7300
14
    ON BEHALF OF DIRECT PLAINTIFFS
```

EVAN R. CHESLER (*pro hac vice*)
echesler@cravath.com
TIMOTHY G. CAMERON (*pro hac vice*)
tcameron@cravath.com
KEVIN J. ORSINI (*pro hac vice*)
korsini@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

**ON BEHALF OF DEFENDANTS**

CRAIG S. SIMON (SB #78158)
csimon@bergerkahn.com
**BERGER KAHN**, A Law Corporation
1 Park Plaza, Suite 340
Irvine, CA 92614
Telephone: (949) 474-1880

**ON BEHALF OF SUBROGATION PLAINTIFFS**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>CALIFORNIA NORTH BAY FIRE CASES | JCCP No. 4955<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES<br><br>**Assigned for All Purposes to:**<br>Hon. Curtis E.A. Karnow, Dept. 304 |
|---|---|

This Case Management Order establishes the obligations of the Parties and their vendor, BrownGreer, PLC, to collect and organize case-specific information in a central repository in order to facilitate and track compliance with previously established Case Management Orders in this JCCP.

1

[~~PROPOSED~~] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE
MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES

## I. PROCEDURE FOR IMPROVING THE TRACKING OF COMPLIANCE WITH CASE FILING REQUIREMENTS

### A. Application to All Cases and Counsel

These provisions apply to any Individual Plaintiff whose case has been transferred to JCCP 4955 as of the entry of this Order, and to any Individual Plaintiff whose case is transferred to JCCP 4955 after entry of this Order.

### B. CMO 1 Requirements: Notice of Adoption/Short Form Complaint

In order to track compliance with Case Management Orders, including CMO 1, the Individual Plaintiffs retained BrownGreer PLC ("BrownGreer") to manage and control all of the case-specific data relating to JCCP 4995. Under the supervision of Individual Plaintiffs' Lead and Liaison counsel, BrownGreer has reviewed and uploaded all of the Notices of Adoption and Short Form Complaints into a database, referred to hereinafter as the BrownGreer Portal.

In the interests of maintaining an orderly and complete list of Plaintiffs who have adopted the Master Complaint for the benefit of the Court, BrownGreer shall provide a Notice of Adoption Report to the Court on a regular basis, or upon request from the Court. This report will include the name of each plaintiff who has adopted the Master Complaint by virtue of serving an NOA or by filing an SFC, as well as: the name of the primary law firm representing the plaintiff; the fire or fires alleged to have caused injuries to the plaintiff or plaintiff household; the docket case number; and the NOA/SFC case number, hereinafter "Household Number".[1] The provision of these Notice of Adoption Reports will not obviate, limit, or otherwise affect plaintiffs' pleading obligations under CMO 1.

To assist lead counsel in tracking information pertaining to compliance with case filing requirements, going forward, any individual plaintiff who seeks to initiate litigation may do so initially through the BrownGreer Portal, which provides the means to submit basic individual plaintiff information as well as an interactive form for the preparation of an NOA or an SFC. The

---

[1] Household Number will be used synonymously with the Notice of Adoption Complaint Number. This unique identifier will be used to capture the claims of all plaintiffs who file together under one NOA/SFC per CMO 1, including individuals, as well as business entities.

2

[PROPOSED] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES

BrownGreer Portal will also assign the Individual Plaintiff(s) with a Household Number, which shall be used on the SFC and NOA of the Master Complaint.

C. **Amended Service Requirements for NOAs/SFCs**

The service requirements contained in CMO 1, which apply to service of SFCs and NOAs are hereby amended to include the following. Each Direct Action Plaintiff who files and/or effects service of an SFC and/or NOA after entry of this Order shall concomitantly serve the SFC and/or NOA on BrownGreer by email to NBF_Service@browngreer.com.

II. **CASE MANAGEMENT ORDER TWO: LIABILITY DISCOVERY FROM INDIVIDUAL PLAINTIFFS**

Each individual plaintiff whose case is coordinated in JCCP 4995 and who has not provided CMO 2 responses to Plaintiffs' Liaison before entry of this Order shall complete and upload to the BrownGreer Portal the CMO 2 Questionnaire within 30 days of either the entry of this Order, or within 30 days of the entry of the order granting coordination of their case, whichever is later in time. BrownGreer shall present to the Defendants and to Individual Plaintiffs' leadership the responsive information in a CMO 2 report every sixty (60) days. The next CMO 2 report shall be due on January 14, 2019.

III. **DAMAGES INFORMATION FROM SUBROGATION PLAINTIFFS**

A. **Retained Individual Plaintiffs—Insurance Information Sharing**

Each Counsel or Law Firm with a case coordinated in JCCP 4955 shall submit within 10 days of the entry of CMO 5 a List of Individual Plaintiffs, whether filed or unfiled, who have retained Counsel or Law Firm in conjunction with claims arising out of a fire that is subject to JCCP 4955. This List shall include:

- The first name and last name of all adult members of each household (household defined as a group of Individual Plaintiffs suffering a loss associated with the same address);[2]

- The address of the loss location (street addresses only; P.O. Boxes and Parcel

---

[2] To include business entity Direct Plaintiffs, where applicable.

3
[PROPOSED] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES

Numbers are not acceptable);[3] and

- The name of all known insurance carriers providing property insurance coverage to the household members.

Subrogation Plaintiffs shall provide a copy of the Complete List of Individual Plaintiffs to BrownGreer for import and matching to the existing BrownGreer Individual Plaintiff Database.

### B. Individual Plaintiffs Retained After Entry of CMO 5 – Insurance Information Sharing

For cases retained after entry of CMO 5, each Counsel or Law Firm with a case coordinated in JCCP 4955 shall submit an updated complete List of Individual Plaintiffs, whether filed or unfiled, who have retained Counsel or Law Firm in conjunction with claims arising out of a fire that is subject to JCCP 4955 every sixty (60) days to BrownGreer. The List shall include:

- The first name and last name of all adult members of each household (household defined as a group of Individual Plaintiffs suffering a loss associated with the same address);
- The address of the loss location (street addresses only; P.O. Boxes and Parcel Numbers are not acceptable); and
- The name of all known insurance carriers providing property insurance coverage to the household members.

### C. Subrogation Claim File Production Master Control Spreadsheet

Subrogation Plaintiffs shall independently conduct a "matching" project between the List of Individual Plaintiffs and the Subrogation List of Claims to identify all property insurance claims related to each of the Individual Plaintiff households. Wherever a match is identified, Subrogation Plaintiffs will endeavor to link the List of Individual Plaintiffs with the Subrogation claim information for each household, and with the unique Individual Plaintiff Control Number and/or the Household Number assigned by BrownGreer.

Subrogation Plaintiffs shall create an initial matching spreadsheet called "Claim File Production Master Control" ("CFMC"). The CFMC shall combine and link information from the

---

[3] Where a property has no street address, Counsel or Law Firm shall provide the best available identifying information for that property.

4
[PROPOSED] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES

Case: 19-30088    Doc# 3436-5    Filed: 08/07/19    Entered: 08/07/19 16:13:52    Page 5 of 8

List of Individual Plaintiffs, the Subrogation List of Claims and the BrownGreer Individual Plaintiff Database as follows:

- Client information submitted by the Individual Plaintiff firms (client/household member names, loss address, carriers);

- The corresponding BrownGreer Individual Plaintiff Control Number and/or Household Number; and

- Insurance claim information matched to the Individual Plaintiff/Household, including Name of Insured, Carrier Name, Claim Number, Date of Loss (as reported to carrier), Loss Location Address, amount paid, open reserves (if any), and the status of adjustment of the claim by the carrier.

Upon completion, the initial CFMC will be provided to BrownGreer for import into a central data management system. The BrownGreer Portal will then become the central repository for management of all Individual Plaintiff data, including any insurance claim data provided by the Subrogation Plaintiffs. BrownGreer will provide the Subrogation Plaintiffs with access to the BrownGreer Portal to facilitate ongoing matching between Individual Plaintiff and Subrogation data.

- Subrogation Plaintiffs will update the paid and open reserves as well as claims status for all claims matched to Individual Plaintiffs in the BrownGreer Portal regularly, and no less frequently than every four (4) months.

- Upon completion of the initial matching process outlined above, Subrogation Plaintiffs will update the carrier data reported to the BrownGreer Portal to provide a breakdown of payments by coverage, to include payments under Building, Contents/Business Personal Property, Alternative Living Expenses/Business Interruption and Auto/Specialty. Once a coverage breakdown has been added to the BrownGreer Portal, all updates going forward will include a breakdown by coverage.

D. **Individual Plaintiff Insurance Claim File Production**

The Subrogation Plaintiffs will produce claim files to BrownGreer as follows:

- For any claim that has been matched to an Individual Plaintiff Household, the Subrogating Plaintiff will produce the closed claim file to BrownGreer once the claim has been closed for adjustment; and

- BrownGreer will upload the claim file to the BrownGreer Portal and alert counsel, or the individual plaintiff (if pro se), by way of email notification, that counsel or pro se plaintiff has twenty-one (21) days to review the insurance claim file and object to its production and/or redact information from the production. As soon as representing counsel or the pro se plaintiff marks the claim file as "review complete", the claim file will be made available to the Defendants through the BrownGreer Portal. Plaintiff shall upload into the BrownGreer Portal the approved

version of the claim file for production to the Defendants. However, if no review is performed or objection made within twenty-one (21) days of email notification, then the insurance claim file will automatically be made available to the Defendants through the BrownGreer Portal as provided by Subrogating Plaintiff.

E.  **Access to the BrownGreer Portal**

Each Individual Plaintiff, Subrogation Plaintiff, and Defendant shall establish a secure connection with the BrownGreer Portal by obtaining authorized user names and secure login passwords to permit use of BrownGreer Portal by counsel.

Each Plaintiff shall continue to use the BrownGreer Portal to request, obtain, complete, or upload any required data, and serve the appropriate CMO 1 and 2 compliance information online (including uploading PDFs or other electronic images, photographs and videos of any records required). Liaison Counsel for Individual Plaintiffs shall continue to work with BrownGreer to ensure CMO compliance and will continue to view, search and download non-confidential materials submitted to the BrownGreer Portal. Finally, the Court may establish a secure connection with the BrownGreer Portal by obtaining an authorized user name and secure login password to permit use of the BrownGreer Portal by the Court.

Except as set forth herein, Counsel for plaintiffs and each *pro se* plaintiff shall be permitted to view, search and download on the BrownGreer Portal those materials submitted by that Plaintiff and by Defendants relating to that Plaintiff. Plaintiffs' Co-Liaison Counsels shall maintain administrative access co-equal with BrownGreer to manage data and to facilitate communications consistent with the purposes of this order.

F.  **CMO 1: NOA – Plaintiff-Specific Information.**

Each individual plaintiff shall be required to confirm the actual damage categories that apply to that plaintiff's specific case. This confirmation is herein referred to as the "CMO Compliance Information" and shall be submitted by each Individual Plaintiff to the BrownGreer Portal. The parties have agreed to use the BrownGreer Portal to hold such information.

Each individual plaintiff whose case has been coordinated in JCCP 4955 before the entry of CMO 5 shall submit the CMO Compliance Information to the BrownGreer Portal within 30 days of the entry of CMO 5. Each individual plaintiff whose case is coordinated in JCCP 4955

after entry of CMO 5 shall have 30 days from the entry of the order granting coordination of that plaintiff's case in which to submit the CMO Compliance Information to the BrownGreer Portal.

Service of completed CMO Compliance Information shall be deemed to occur when the submitting party has performed each of the steps required by the BrownGreer Portal to execute the online submission of the materials, and the submitting party has received confirmation on screen that the materials have been successfully submitted.

**IT IS SO ORDERED.**

Dated: 12/28/2018

Hon. Curtis E.A. Karnow
Judge of the Superior Court

7
[PROPOSED] CASE MANAGEMENT ORDER 5: COLLECTION AND PRODUCTION OF CASE MANAGEMENT ORDER COMPLIANCE INFORMATION AND SUBROGATION FILES

Case: 19-30088    Doc# 3436-5    Filed: 08/07/19    Entered: 08/07/19 16:13:52    Page 8 of 8