PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for the Herndon Parties*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA 90067. On August 7, 2019, I served the document listed below:

**OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES** in the following manners:

☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**See Attached List for All Service Recipients**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

**See Attached List for All Service Recipients**

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on August 7, 2019.

By: /s/ *Anastasia Vedrova*
     Anastasia Vedrova

**ATTACHED SERVICE LIST**

VIA ECF NOTICE LIST

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Monique D. Almy**  malmy@crowell.com
- **Dana M. Andreoli**  dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**  tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**  lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**  Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Chris Bator**  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**  pbenvenutti@kellerbenvenutti.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**  heinz@bindermalter.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  enbrady@jonesday.com
- **W. Steven Bryant**  , molly.batiste-debose@lockelord.com
- **Elizabeth J. Cabraser**  ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**  anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**  pcalifano@cwclaw.com
- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com

2

- **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Jennifer Machlin Cecil**   JCecil@winston.com, docketsf@winston.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**   aclough@loeb.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, tsouthwell@akingump.com
- **John Cumming**   jcumming@dir.ca.gov
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   , rkelley@pierceatwood.com
- **Keith J. Cunningham**   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Nicolas De Lancie**   ndelancie@jmbm.com
- **Judith A. Descalso**   jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**   kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **Dustin M. Dow**   ddow@bakerlaw.com, mcguigan@bakerlaw.com
- **Jamie P. Dreher**   jdreher@downeybrand.com
- **Cecily Ann Dumas**   cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

3

- **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Sally J. Elkington**    sally@elkshep.com, ecf@elkshep.com
- **Michele Ellison**    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**    metkin@lowenstein.com
- **Jacob M. Faircloth**    jacob.faircloth@smolsonlaw.com
- **Michael C. Fallon**    mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net
- **Matthew A. Feldman**    mfeldman@willkie.com
- **Mark E. Felger**    mfelger@cozen.com
- **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Timothy M. Flaherty**    tflaherty@mpplaw.com
- **Daniel I. Forman**    dforman@willkie.com
- **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**    , john.murphy@troutman.com
- **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**    cfrederick@prklaw.com
- **Peter Friedman**    pfriedman@omm.com

4

- **Roger F. Friedman**     rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**     lfuller@bakerlaw.com
- **Larry W. Gabriel**     lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**     gregg.galardi@ropesgray.com
- **Richard L. Gallagher**     richard.gallagher@ropesgray.com
- **Oscar Garza**     ogarza@gibsondunn.com
- **Paul R. Gaus**     paul.gaus@mccormickbarstow.com
- **Duane M. Geck**     dmg@severson.com
- **Evelina Gentry**     evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**     jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**     bglaser@swesq.com
- **Paul R. Glassman**     glassmanp@gtlaw.com
- **Gabriel I. Glazer**     gglazer@pszjlaw.com
- **Gabrielle Glemann**     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Matthew A. Gold**     courts@argopartners.net
- **Eric D. Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**     goldman@lbbslaw.com
- **Eric S. Goldstein**     egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**     Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**     mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**     mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**     egoodman@bakerlaw.com
- **Mark A. Gorton**     mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**     mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**     eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

5

- **Eric A. Gravink**  eric@rhrc.net
- **Elizabeth A. Green**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Laurie Hager**  lhager@sussmanshank.com
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**  hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Alaina R. Heine**  alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **Sean T. Higgins**  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**  hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**  hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Alexandra S. Horwitz**  allie.horwitz@dinsmore.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**  shane.huang@usdoj.gov
- **Brian D. Huben**  hubenb@ballardspahr.com
- **Jonathan Hughes**  , jane.rustice@aporter.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**  mvi@sbj-law.com
- **J. Eric Ivester**  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**  , Andrea.Bates@skadden.com
- **Ivan C. Jen**  ivan@icjenlaw.com

6

- **Monique Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**     jjohnston@jonesday.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**     andrew@ajoneslaw.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**     rjulian@bakerlaw.com
- **George H. Kalikman**     gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**     gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **Elyssa S. Kates**     ekates@bakerlaw.com
- **Ori Katz**     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Kody D. L. Kleber**     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Bradley C. Knapp**     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com
- **Bernard Kornberg**     bjk@severson.com
- **David I. Kornbluh**     dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**     lkramer@rjo.com, mriney@rjo.com

- **Jeffrey C. Krause**  jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller**  tkreller@milbank.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**  hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**  robert.kugler@stinson.com
- **Boris Kukso**  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Alisa C. Lacey**  alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**  rich@trodellalapping.com
- **Omeed Latifi**  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **Michael Lauter**  mlauter@sheppardmullin.com
- **Kenneth T. Law**  klaw@bbslaw.com
- **Francis J. Lawall**  lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**  ALeblanc@milbank.com
- **Scott Lee**  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**  eleen@mkbllp.com
- **John Lemon**  john@jcl-lawoffice.com
- **Matthew A. Lesnick**  matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**  bletsch@braytonlaw.com
- **David B. Levant**  david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**  alevin@wcghlaw.com
- **David Levine**  dnl@groom.com
- **Marc A. Levinson**  Malevinson@orrick.com, BOrozco@orrick.com
- **Dara Levinson Silveira**  dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**  kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa**  , jcaruso@nixonpeabody.com
- **William S. Lisa**  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**  jon.loeb@bingham.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com

8

- **Jane Luciano**   jane-luciano@comcast.net
- **Kerri Lyman**   klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**   iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Liam K. Malone**   malone@oles.com, shahin@oles.com
- **Michael W. Malter**   michael@bindermalter.com
- **Craig Margulies**   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**   gemarr59@hotmail.com
- **David P. Matthews**   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**   patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**   bmccallen@willkie.com
- **Thomas E. McCurnin**   tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**   , john.murphy@troutman.com
- **C. Luckey McDowell**   Luckey.McDowell@Shearman.com
- **Scott H. McNutt**   SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**   peter@pmrklaw.com
- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Joshua M. Mester**   jmester@jonesday.com
- **Matthew D. Metzger**   belvederelegalecf@gmail.com
- **Randy Michelson**   randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**   jminias@willkie.com
- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Nancy Mitchell**   nmitchell@omm.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com

9

- **Aaron J. Mohamed**     ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**     kmontee@monteeassociates.com
- **David W. Moon**     lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**     dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**     emorabito@foley.com, hsiagiandraughn@foley.com
- **Courtney L. Morgan**     morgan.courtney@pbgc.gov
- **Joshua D. Morse**     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**     tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**     myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**     dln@lnbrb.com
- **David L. Neale**     dln@lnbyb.com
- **David Neier**     dneier@winston.com
- **Brittany J. Nelson**     bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins**     hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo**     ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**     mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Gregory C. Nuti**     gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**     aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**     joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**     matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**     smo@smolsonlaw.com
- **Aram Ordubegian**     Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**     gozel@nuvasive.com, gabeozel@gmail.com
- **Margarita Padilla**     Margarita.Padilla@doj.ca.gov
- **Amy S. Park**     amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**     donna@parkinsonphinney.com
- **Peter S. Partee**     , candonian@huntonak.com

- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Jennifer Pastarnack**  jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- **Charles Scott Penner**  penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Danielle A. Pham**  danielle.pham@usdoj.gov
- **Thomas R. Phinney**  tom@parkinsonphinney.com
- **R. Alexander Pilmer**  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**  epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**  mplevin@crowell.com
- **Mark D. Poniatowski**  ponlaw@ponlaw.com
- **William L. Porter**  bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**  cprince@lesnickprince.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Stacey C. Quan**  squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**  amy.quartarolo@lw.com
- **Lary Alan Rappaport**  lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**  smeyer@farmerandready.com
- **Caroline A. Reckler**  caroline.reckler@lw.com
- **Steven J. Reisman**  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**  jreisner@irell.com
- **Jack A. Reitman**  , srichmond@lgbfirm.com
- **Emily P. Rich**  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**  robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

1. • **Michael Rogers**     mrogers@lambertrogers.com, jan@lambertrogers.com
2. • **Julie H. Rome-Banks**     julie@bindermalter.com
3. • **Jorian L. Rose**     jrose@bakerlaw.com
4. • **Paul M. Rosenblatt**     prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
5. • **Allan Robert Rosin**     arrosin@alr-law.com
6. • **Jay M. Ross**     jross@hopkinscarley.com, eamaro@hopkinscarley.com
7. • **Gregory A. Rougeau**     grougeau@brlawsf.com
8. • **Nathan Q. Rugg**     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
9. • **Thomas B. Rupp**     trupp@kellerbenvenutti.com
10. • **Eric E. Sagerman**     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
11. • **Robert Sahyan**     rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
12. • **Jonathan C. Sanders**     jsanders@stblaw.com
13. • **Nanette D. Sanders**     nanette@ringstadlaw.com, becky@ringstadlaw.com
14. • **Lovee Sarenas**     Lovee.sarenas@lewisbrisbois.com
15. • **Sunny S. Sarkis**     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
16. • **Patricia Savage**     psavesq@gmail.com, jodi.savage@gmail.com
17. • **Sblend A. Sblendorio**     sas@hogefenton.com
18. • **Daren M Schlecter**     daren@schlecterlaw.com, info@schlecterlaw.com
19. • **Bradley R. Schneider**     bradley.schneider@mto.com
20. • **Harvey S. Schochet**     Harveyschochet@dwt.com
21. • **Lisa Schweitzer**     lschweitzer@cgsh.com
22. • **Eric J. Seiler**     eseiler@fklaw.com, mclerk@fklaw.com
23. • **David B. Shemano**     dshemano@pwkllp.com
24. • **James A. Shepherd**     jim@elkshep.com, ecf@elkshep.com
25. • **Leonard M. Shulman**     lshulman@shbllp.com
26. • **Andrew I. Silfen**     andrew.silfen@arentfox.com
27. • **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
28. • **Craig S. Simon**     csimon@bergerkahn.com, aketcher@bergerkahn.com
- • **Gerald Singleton**     gerald@slffirm.com, BKECFCANB@SLFfirm.com
- • **Michael K. Slattery**     mslattery@lkfirm.com, rramirez@lkfirm.com

12

| | |
|---|---|
| 1 | • **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 2 | • **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 3 | • **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com |
| 4 | • **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 5 | • **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com |
| 6 | • **Randye B. Soref**    rsoref@polsinelli.com |
| 7 | • **Bennett L. Spiegel**    blspiegel@jonesday.com |
| 8 | • **Michael St. James**    ecf@stjames-law.com |
| 9 | • **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 10 | • **Harriet A. Steiner**    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 11 | • **Lillian G. Stenfeldt**    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 12 | • **Lillian G. Stenfeldt**    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| 13 | • **Cheryl L. Stengel**    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 14 | • **David M. Stern**    dstern@ktbslaw.com |
| 15 | • **Alan J. Stone**    AStone@milbank.com, DMcCracken@Milbank.com |
| 16 | • **Rebecca Suarez**    rsuarez@crowell.com |
| 17 | • **Brad T. Summers**    summerst@lanepowell.com, docketing-pdx@lanepowell.com |
| 18 | • **Kristine Theodesia Takvoryan**    ktakvoryan@ckrlaw.com |
| 19 | • **Kesha Tanabe**    kesha@tanabelaw.com |
| 20 | • **Elizabeth Lee Thompson**    ethompson@stites.com, docketclerk@stites.com |
| 21 | • **John C. Thornton**    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 22 | • **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com |
| 23 | • **Edward J. Tredinnick**    etredinnick@greeneradovsky.com |
| 24 | • **Matthew Jordan Troy**    matthew.troy@usdoj.gov |
| 25 | • **Andrew Van Ornum**    avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 26 | • **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com |
| 27 | • **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com |
| 28 | • **Marta Villacorta**    marta.villacorta@usdoj.gov |
| | • **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| | • **Riley C. Walter**    ecf@W2LG.com |

13

1. **Phillip K. Wang**     phillip.wang@rimonlaw.com
2. **Philip S. Warden**     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
3. **Lindsi M. Weber**     lweber@polsinelli.com, yderac@polsinelli.com
4. **Genevieve G. Weiner**     gweiner@gibsondunn.com
5. **Rebecca Weissman**     rebecca.weissman@dechert.com
6. **Joseph M. Welch**     jwelch@buchalter.com, dcyrankowski@buchalter.com
7. **David Walter Wessel**     DWessel@efronlawfirm.com, hporter@chdlawyers.com
8. **Drew M. Widders**     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
9. **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
10. **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
11. **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
12. **David Wirt**     david.wirt@hklaw.com, denise.harmon@hklaw.com
13. **Ryan A. Witthans**     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
14. **Risa Lynn Wolf-Smith**     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
15. **Douglas Wolfe**     dwolfe@asmcapital.com
16. **Catherine E. Woltering**     cwoltering@bakerlaw.com
17. **Andrea Wong**     wong.andrea@pbgc.gov, efile@pbgc.gov
18. **Christopher Kwan Shek Wong**     christopher.wong@arentfox.com
19. **Kirsten A. Worley**     kw@wlawcorp.com, admin@wlawcorp.com
20. **Andrew Yaphe**     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
21. **Tacie H. Yoon**     tyoon@crowell.com
22. **Bennett G. Young**     byoung@jmbm.com, jb8@jmbm.com
23. **Paul H. Zumbro**     mao@cravath.com
24. **Brittany Zummer**     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
25. **Dario de Ghetaldi**     deg@coreylaw.com, lf@coreylaw.com

**ATTACHED SERVICE LIST**

<u>VIA US MAIL</u>

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |

15