Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8869
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.442.8875
Facsimile: 310.820.8869
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>□ Affects PG& E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LAUREN T. ATTARD IN SUPPORT OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R. 9013-1(c) FOR ENTRY OF AN ORDER AUTHORIZING OVERSIZE BRIEFING FOR OPPOSITION TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES [Dkt. No. 3091]** |

Lauren T. Attard, under penalty of perjury, declares:

1. I am an attorney at Baker & Hostetler, LLP ("**Baker Hostetler**"), counsel to the Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**").

2. I submit this Declaration in support of the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing for the Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [Dkt. No. 3091] (the "**Application**"). The Application is filed concurrently herewith.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. On July 18, 2019, the Debtors filed the Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures (the "**Estimation Motion**").

5. On July 24, 2019, the Court held a status conference on the Estimation Motion, the TCC's Motion for Relief from the Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [Dkt Nos. 2842, 2904], and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [Dkt No. 2863]. At the status conference, the Court stated that it recognized the complexity of the issues raised by the parties in their respective motions and the interplay of the relief sought in each. July 24, 2019 Hrg. Tr. at 18. The Court provided comments to the motions and requested clarification on various issues, which the Court directed the parties to address in their responsive briefing. *Id*. at 19-28.

6. The TCC now seeks to file its opposition to the Estimation Motion (the "**Opposition**").

7. To adequately respond to the complex issues raised in the Estimation Motion and address the Court's questions and comments that must be considered in conjunction with the relief

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO



Case: 19-30088 Doc# 3445 Filed: 08/07/19 Entered: 08/07/19 16:54:55 Page 2 of 3

requested by the Debtors, the TCC respectfully submits it is necessary for the TCC to exceed the 25-page limit.

8. I do not believe that the relief requested herein will prejudice the Debtors or interested parties, nor do I believe the relief requested on behalf of the TCC is extraordinary or unreasonable in light of the circumstances.

9. The TCC therefore respectfully requests that the Court enter an order allowing the TCC to file an opposition to the Estimation Motion that exceeds 25 pages.

10. Prior to filing the Application, I contacted Kevin Orsini, counsel for the Debtors, to inquire whether Debtors would oppose or have no objection to the relief sought therein. Mr. Orsini responded today that the Debtors consent to the relief requested herein.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on August 7, 2019

By: */s/ Lauren T. Attard*
Lauren T. Attard





Case: 19-30088 Doc# 3445 Filed: 08/07/19 Entered: 08/07/19 16:54:55 Page 3 of 3