1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
8  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
9  Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com
10 Email: lattard@bakerlaw.com

11 *Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ERRATA SHEET REGARDING OPPOSITION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES [Dkt. No. 3091]** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:  August 14, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

The Official Committee of Tort Claimants hereby submits this errata sheet with regard to its Opposition [Dkt No. 3431], to the motion [Dkt. No. 3091] filed by the Debtors pursuant to Sections 105(a) and 502(c) of title 11 of the United States Code for the establishment of wildfire claims estimation procedures:

Page 17, line 10 is amended to delete the word "non-". Page 17, lines 10-12 to now read as follows:

> As explained next, this Court's application of the Court of Appeal inverse precedent would permit the Court to estimate the economic damages that flow from that claim on a core basis, without de novo review by the district court, streamlining the estimation and plan process.

Dated: August 7, 2019

                                              BAKER & HOSTETLER LLP

                                              By:   /s/ *Robert A. Julian*
                                                         Robert A. Julian

*Counsel to the Official Committee of Tort Claimants*