| | |
|---|---|
| 1 | RICHARD A. MARSHACK, #107291 |
| | rmarshack@marshackhays.com |
| 2 | DAVID A. WOOD, #272406 |
| | dwood@marshackhays.com |
| 3 | LAILA MASUD, #311731 |
| | lmasud@marshackhays.com |
| 4 | MARSHACK HAYS LLP |
| | 870 Roosevelt |
| 5 | Irvine, California 92620 |
| | Telephone: (949) 333-7777 |
| 6 | Facsimile: (949) 333-7778 |

Attorneys for Claimants,
SLF Fire Victims

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case-Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY<br>Debtors. | **CERTIFICATE OF SERVICE**<br>Date: August 14, 2019<br>Time: 9:30 a.m. PST<br>Ctrm: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-3008 (DM) | |

I am employed in Orange County. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

On August 7, 2019, I served the foregoing document(s), described as:

**RESPONSE TO JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On August 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email addresses indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com

| | |
|---|---|
| 1 | - Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 2 | - Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | - Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 3 | - Eric R. Goodman    egoodman@bakerlaw.com |
| | - Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| 4 | - Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| | - Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| 5 | - Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 6 | - Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| | - Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 7 | - Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| | - Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 8 | - Cameron Gulden    cameron.m.gulden@usdoj.gov |
| | - Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 9 | - Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 10 | - Robert G. Harris    rob@bindermalter.com |
| | - Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| 11 | - Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| | - Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 12 | - Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | - Jennifer C. Hayes    jhayes@fhlawllp.com |
| 13 | - Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 14 | - Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| | - Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 15 | - Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| | - James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 16 | - Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| | - David Holtzman    david.holtzman@hklaw.com |
| 17 | - Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| 18 | - Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| | - Shane Huang    shane.huang@usdoj.gov |
| 19 | - Brian D. Huben    hubenb@ballardspahr.com |
| | - Jonathan Hughes    , jane.rustice@aporter.com |
| 20 | - Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| 21 | - Mark V. Isola    mvi@sbj-law.com |
| | - J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 22 | - J. Eric Ivester    , Andrea.Bates@skadden.com |
| | - Ivan C. Jen    ivan@icjenlaw.com |
| 23 | - Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| | - James O. Johnston    jjohnston@jonesday.com |
| 24 | - Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 25 | - Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | - Robert A. Julian    rjulian@bakerlaw.com |
| 26 | - George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com |
| | - Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| 27 | - Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| | - Robert B. Kaplan    rbk@jmbm.com |
| 28 | - Eve H. Karasik    ehk@lnbyb.com |

- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Bradley C. Knapp    , Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Ori Katz   okatz@sheppardmullin.com
- Amy Caton   acaton@kramerlevin.com
- Megan Wassan   mwasson@kramerlevin.com
- Shadi Farzan   sfarzan@sheppardmullon.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com

CERTIFICATE OF SERVICE    5

- Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter   michael@bindermalter.com
- Craig Margulies   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr   gemarr59@hotmail.com
- David P. Matthews   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy   patrick.maxcy@snrdenton.com
- Benjamin P. McCallen   bmccallen@willkie.com
- Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald   , john.murphy@troutman.com
- C. Luckey McDowell   luckey.mcdowell@bakerbotts.com
- Scott H. McNutt   SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo   peter@pmrklaw.com
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester   jmester@jonesday.com
- Matthew D. Metzger   belvederelegalecf@gmail.com
- Randy Michelson   randy.michelson@michelsonlawgroup.com
- Joseph G. Minias   jminias@willkie.com
- M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee   kmontee@monteeassociates.com
- David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito   emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan   morgan.courtney@pbgc.gov
- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers   myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias   anahmias@mbnlawyers.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Brittany J. Nelson   bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins   hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas   mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner   joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson   matt@macfern.com, ecf@macfern.com
- Steven M. Olson   smo@smolsonlaw.com

- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Gabriel Ozel  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla  Margarita.Padilla@doj.ca.gov
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  , candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Charles Scott Penner  penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Danielle A. Pham  danielle.pham@usdoj.gov
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino  epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin  mplevin@crowell.com
- Mark D. Poniatowski  ponlaw@ponlaw.com
- William L. Porter  bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince  cprince@lesnickprince.com
- Douglas B. Provencher  dbp@provlaw.com
- Amy C. Quartarolo  amy.quartarolo@lw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready  smeyer@farmerandready.com
- Caroline A. Reckler  caroline.reckler@lw.com
- Steven J. Reisman  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner  jreisner@irell.com
- Jack A. Reitman  , srichmond@lgbfirm.com
- Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson  robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers  mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose  jrose@bakerlaw.com
- Allan Robert Rosin  arrosin@alr-law.com
- Jay M. Ross  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau  grougeau@brlawsf.com
- Nathan Q. Rugg  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp  trupp@kellerbenvenutti.com
- Eric E. Sagerman  esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders  jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders  nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas  Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage  psavesq@gmail.com, jodi.savage@gmail.com

- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com

- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   dwolfe@asmcapital.com
- Catherine E. Woltering   cwoltering@bakerlaw.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong   christopher.wong@arentfox.com
- Kirsten A. Worley   kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe   andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi   deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan   squan@steyerlaw.Com
- Laurie R. Hager   lhager@sussmanshank.com
- Darwin E. Farrar   darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey   alisa.lacey@stinson.com
- Robert T. Kugler   robert.kugler@stinson.com
- Thomas J. Salerno   thomas.salerno@stinson.com
- Anthony P. Cali   anthony.cali@stinson.com
- Jonathan D. Marshall   jmarshall@choate.com
- Liam K. Malone   malone@oles.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

Debtors
c/o PG&E Corporation and
Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street,
San Francisco, CA 94105

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2019, at Irvine, California.

*/s/ Layla Buchanan*
Layla Buchanan