

# PG&E Corporation
Market CEO Transition Awards

August 6, 2019

Case: 19-30088    Doc# 3454-1    Filed: 08/07/19    Entered: 08/07/19 18:49:50    Page 1 of 4

Willis Towers Watson

# Background

Willis Towers Watson ("WTW") and Weil Gotshal & Manges LLP ("Weil") have been engaged by Pacific Gas and Electric Corporation ("PG&E") to advise on potential restructuring incentive compensation strategies. Specifically, PG&E has engaged WTW to advise on potential pay strategies, provide relevant market data, and develop compensation design considerations. To that end, WTW was asked to collect market examples of recruited CEO transition awards

**Market Examples of CEO Transition Awards:**
- WTW's research team identified 30 examples of recruited CEO transition awards over a 4.5 year period at 28 companies (Ralph Lauren and Mattel each had two instances)
- We collected data on "sign on" and replacement/buy out" awards for our analysis as disclosed in proxy statements or 8K filings
- Median FY2018 revenue of the 28 companies was $4.0 billion
- Disclosed market pay data was collected on the estimated value of awards, form/type of awards (cash, stock options, restricted stock/units and performance shares/units
- The aggregate value of the awards was calculated to arrive at a total transition award value
- Additionally, we calculated the prevalence of each type of award at the 30 companies. Note that companies ranged from using only one type of award to using 4 types of awards

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# CEO Transition Awards (continued on next page)

30 Examples – 28 companies

| Company | Form of Award | Shares/Options/Units Awarded | Award Value | Award Value as a Percent of Salary | Vesting Terms | Total Award Value as Percent of Salary | Prevalence of Award Vehicle - Cash | Prevalence - Restricted Shares / Units | Prevalence - Stock Options | Prevalence - Perf Shares / Units | Award Mix - Cash | Award Mix - Restricted Shares / Units | Award Mix - Stock Options | Award Mix - Perf Shares / Units | Total Est. Award Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Andersons, Inc. | Restricted shares | 28,249 | $1,001,710 | 111% | 3-year ratable | 486% | | 1 | 1 | | | 23% | 77% | | $4,371,960 |
| | Stock options | 325,000 | $3,370,250 | 374% | 3-year ratable | | | | | | | | | | |
| Arconic Inc. | Stock options | 363,970 | $3,858,957 | 309% | 4-year cliff | 601% | 1 | 1 | 1 | | 9% | 40% | 51% | | $7,509,199 |
| | RSUs | 99,280 | $3,000,242 | 240% | 3-year cliff | | | | | | | | | | |
| | Cash | - | $650,000 | 52% | 1-year cliff | | | | | | | | | | |
| Ashland Global Holdings Inc. | Restricted shares | 50,000 | $5,953,500 | 527% | 2-year ratable | 527% | | 1 | | | | 100% | | | $5,953,500 |
| Barnes & Noble, Inc. | RSUs | 368,098 | $5,999,997 | 500% | 3-year ratable | 550% | 1 | 1 | | | 9% | 91% | | | $6,599,997 |
| | Cash | - | $600,000 | 50% | - | | | | | | | | | | |
| The Brink's Company | Stock options | 400,000 | $2,366,667 | 256% | Contingent | 540% | | 1 | 1 | | | 53% | 47% | | $4,998,631 |
| | RSUs | 91,770 | $2,631,964 | 285% | Contingent | | | | | | | | | | |
| Caesars Entertainment Corporation | Stock options | 1,000,000 | $5,012,000 | 278% | See note | 406% | | 1 | 1 | | | 31% | 69% | | $7,314,000 |
| | RSUs | 200,000 | $2,302,000 | 128% | 4-year ratable | | | | | | | | | | |
| Cerner Corporation | Stock options | 182,006 | $4,000,014 | 500% | 5-year graded | 963% | | 1 | 1 | | | 48% | 52% | | $7,700,028 |
| | RSUs | 60,438 | $3,700,014 | 463% | 3-year ratable | | | | | | | | | | |
| Cheniere Energy, Inc. | Restricted shares | 236,381 | $8,214,240 | 657% | 3-year graded | 657% | | 1 | | | | 100% | | | $8,214,240 |
| Chipotle Mexican Grill, Inc. | Premium priced SARs | 53,086 | $4,011,709 | 334% | 3-year ratable | 2032% | 1 | 1 | 1 | | 4% | 40% | 56% | | $24,382,858 |
| | Premium priced SARs | 114,840 | $9,721,206 | 810% | 3-year ratable | | | | | | | | | | |
| | RSUs | 30,141 | $9,649,943 | 804% | 3-year ratable | | | | | | | | | | |
| | Cash | - | $1,000,000 | 83% | 1-year cliff | | | | | | | | | | |
| Colfax Corporation | RSUs | 94,841 | $3,750,013 | 375% | 3-year ratable | 675% | 1 | 1 | | | 44% | 56% | | | $6,750,013 |
| | Cash | - | $3,000,000 | 300% | 3-year ratable | | | | | | | | | | |
| DENTSPLY SIRONA Inc. | RSUs | 74,508 | $4,200,016 | 454% | 3-year graded | 631% | 1 | 1 | 1 | 1 | 9% | 72% | 10% | 9% | $5,833,379 |
| | Stock options | 40,800 | $608,312 | 66% | 3-year cliff | | | | | | | | | | |
| | PRSUs | 8,870 | $525,051 | 57% | 3-year performance | | | | | | | | | | |
| | Cash | - | $500,000 | 54% | 1-year cliff | | | | | | | | | | |
| Dover Corporation | RSUs | 164,603 | $13,127,089 | 1094% | 5-year ratable | 1682% | 1 | 1 | | 1 | 5% | 65% | | 30% | $20,185,777 |
| | Performance shares | 75,971 | $6,058,687 | 505% | 3-year performance | | | | | | | | | | |
| | Cash | - | $1,000,000 | 83% | 2-year ratable | | | | | | | | | | |
| Equifax Inc. | Performance shares | 44,461 | $6,014,101 | 401% | 3-year performance | 700% | | 1 | 1 | 1 | | 24% | 19% | 57% | $10,498,053 |
| | RSUs | 22,230 | $2,499,986 | 167% | 3-year cliff | | | | | | | | | | |
| | Stock options | 88,919 | $1,983,966 | 132% | 3-year ratable | | | | | | | | | | |
| Flowserve Corporation | Stock options | 114,943 | $2,000,000 | 182% | 3-year cliff | | | | 1 | | | | 100% | | $2,000,000 |
| General Cable Corporation | Stock options | 352,087 | $1,999,995 | 216% | 3-year ratable | 270% | 1 | | 1 | | 20% | | 80% | | $2,499,995 |
| | Cash | - | $500,000 | 54% | -- | | | | | | | | | | |
| H&R Block, Inc. | Stock options | 273,905 | $1,375,003 | 138% | 3-year ratable | 648% | 1 | 1 | 1 | | 15% | 64% | 21% | | $6,450,011 |
| | RSUs | 138,749 | $4,125,008 | 415% | 3-year ratable | | | | | | | | | | |
| | Cash | - | $950,000 | 95% | 4-month cliff | | | | | | | | | | |

Case: 19-30088    Doc# 3454-1    Filed: 08/07/19    Entered: 08/07/19 18:49:50    Page 3 of 4

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson client use only.

willistowerswatson.com  3

# CEO Transition Awards (Cont'd)
## 30 Examples – 28 companies

| Company | Form of Award | Shares/Options/Units Awarded | Award Value | Award Value as a Percent of Salary | Vesting Terms | Total Award Value as Percent of Salary | Prevelence of Award Vehicle ||||| Award Mix by Vehicle & Total Award Value |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash | Restricted Shares / Units | Stock Options | Perf Shares / Units | | Cash | Restricted Shares / Units | Stock Options | Perf Shares / Units | Total Est. Award Value |
| Mattel, Inc. | RSUs | 194,072 | $ 4,312,280 | 287% | 3-year graded | | | 1 | 1 | | | | 77% | 23% | | $ 21,697,292 |
| | Stock options | 1,603,499 | $ 5,034,987 | 336% | 3-year graded | 1446% | | | | | | | | | | |
| | RSUs | 494,001 | $ 12,350,025 | 823% | 12-month ratable | | | | | | | | | | | |
| Mattel, Inc. | Performance stock options | 1,068,376 | $ 4,444,444 | 296% | 3-year performance | 296% | | | | 1 | | | | | 100% | $ 4,444,444 |
| Nielsen Holdings plc | RSUs | 487,505 | $ 13,742,766 | 1057% | 3-year ratable | | 1 | 1 | 1 | 1 | | 18% | 68% | 7% | 7% | $ 22,229,677 |
| | Performance stock options | 367,031 | $ 1,466,901 | 113% | 3-year performance | | | | | | | | | | | |
| | RSUs | 54,285 | $ 1,400,010 | 108% | 3-year cliff | 1710% | | | | | | | | | | |
| | Premium priced stock options | 750,000 | $ 1,620,000 | 125% | 3-year ratable | | | | | | | | | | | |
| | Cash | - | $ 2,500,000 | 192% | ND | | | | | | | | | | | |
| | Cash | - | $ 1,500,000 | 115% | 1-year cliff | | | | | | | | | | | |
| Perrigo Company plc | Stock options | 110,074 | $ 2,500,001 | 208% | 3-year cliff | 288% | 1 | | 1 | | | 28% | | 72% | | $ 3,450,001 |
| | Cash | - | $ 950,000 | 79% | - | | | | | | | | | | | |
| Pinnacle Foods Inc. | Restricted shares | 95,057 | $ 3,999,999 | 421% | 2-year cliff | | 1 | 1 | 1 | 1 | | 11% | 44% | 22% | 23% | $ 9,106,436 |
| | Stock options | 222,965 | $ 1,999,996 | 211% | 3-year cliff | 959% | | | | | | | | | | |
| | PRSUs | 47,528 | $ 2,106,441 | 222% | 3-year performance | | | | | | | | | | | |
| | Cash | - | $ 1,000,000 | 105% | - | | | | | | | | | | | |
| Platform Specialty Products Corporation | RSUs | 250,000 | $ 2,962,500 | 296% | 3-year cliff | 587% | | 1 | | 1 | | | 50% | | 50% | $ 5,872,497 |
| | PRSUs | 250,000 | $ 2,909,997 | 291% | 3-year performance | | | | | | | | | | | |
| Ralph Lauren Corporation | Performance share units | 13,886 | $ 1,481,006 | 118% | 4-year performance | | 1 | 1 | | 1 | | 32% | 33% | | 35% | $ 8,607,731 |
| | PRSUs | 13,887 | $ 1,507,746 | 121% | 1-year performance w/ 2 year ratable vesting | 689% | | | | | | | | | | |
| | RSUs | 26,660 | $ 2,868,979 | 230% | 4-year ratable | | | | | | | | | | | |
| | Cash | - | $ 2,750,000 | 220% | 1-year cliff | | | | | | | | | | | |
| Ralph Lauren Corporation | APRSUs | 45,198 | $ 3,188,856 | 255% | 1-year performance w/ 2 year ratable vesting | | 1 | 1 | | 1 | | 29% | 19% | | 52% | $ 11,819,037 |
| | Performance shares | 43,333 | $ 2,975,114 | 238% | 3-year performance | 946% | | | | | | | | | | |
| | RSUs | 34,913 | $ 2,270,179 | 182% | 5-year cliff | | | | | | | | | | | |
| | Cash | - | $ 3,384,888 | 271% | 1-year cliff | | | | | | | | | | | |
| Realogy Holdings Corp. | RSUs | 76,220 | $ 2,500,016 | 250% | 3-year ratable | 500% | | 1 | 1 | | | | 50% | 50% | | $ 5,000,025 |
| | Stock options | 261,234 | $ 2,500,009 | 250% | 4-year ratable | | | | | | | | | | | |
| Scientific Games Corporation | PRSUs | 400,000 | $ 3,660,000 | 203% | 3-year performance | 203% | | | | 1 | | | | | 100% | $ 3,660,000 |
| Signet Jewelers Limited | Restricted shares | 81,900 | $ 5,027,841 | 335% | 2-year ratable | 335% | | 1 | | | | | 100% | | | $ 5,027,841 |
| Tiffany & Co. | RSUs | 12,846 | $ 1,400,086 | 104% | 3-year ratable | | 1 | 1 | 1 | | | 37% | 18% | 45% | | $ 7,572,694 |
| | Stock options | 169,092 | $ 3,372,608 | 250% | 3-year ratable | 561% | | | | | | | | | | |
| | Cash | - | $ 2,800,000 | 207% | 2-ratable cliff | | | | | | | | | | | |
| Visteon Corporation | RSUs | 36,103 | $ 4,353,250 | 435% | 3-year cliff | 760% | 1 | 1 | | | | 43% | 57% | | | $ 7,603,250 |
| | Cash | - | $ 3,250,000 | 325% | 2-year ratable | | | | | | | | | | | |
| Xerox Corporation | Restricted shares | 350,755 | $ 10,000,025 | 833% | 1-year cliff | 958% | 1 | 1 | | | | 13% | 87% | | | $ 11,500,025 |
| | Cash | - | $ 1,500,000 | 125% | - | | | | | | | | | | | |
| | **Prev:** | | | | | | 53.3% | 83.3% | 56.7% | 33.3% | | **Average** | | | | $ 8,628,420 |
| | **# Cos:** | | | | | | 16 | 25 | 17 | 10 | | **P50** | | | | $ 7,032,007 |
| | **Total Cos:** | | | | | | 30 | | | | | **P25** | | | | $ 5,006,979 |
| | | | | | | | | | | | | **P10** | | | | $ 3,639,000 |

Case: 19-30088    Doc# 3454-1    Filed: 08/07/19    Entered: 08/07/19 18:49:50    Page 4 of 4

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson client use only

Willis Towers Watson I.I'I'I.I

4