## EXHIBIT C

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---:|
| Court Fees | $70.00 |
| In-City Transportation | $315.43 |
| Outside Printing Services | $906.98 |
| Travel | $19,984.88 |
| UPS | $120.78 |
| Messenger Service | $38.49 |
| **TOTAL DISBURSEMENT** | **$21,436.56** |