# EXHIBIT E

# EXPENSE DETAIL

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY  MARCH 27, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP  INVOICE # 9486291
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED  $ .00
THROUGH FEBRUARY 28, 2019:

DISBURSEMENTS  $ 7,898.12

TOTAL INVOICE  $ 7,898.12

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: LEGAL FINANCE SUPPORT GROUP<br>77 BEALE STREET<br>B30A<br>SAN FRANCISCO, CA 94105 | INVOICE # 9486291 |
| CLIENT NUMBER: 56604 | MARCH 27, 2019 |

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2019:

| EXPENSES | MATTER NUMBER - 10287 |
|---|---|
| 1907533 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 2/05/19 | In-City Transportation, BRIAN HAUCK, 02/05/2019 taxi 1/30/19. | 29.50 |
| 2/05/19 | Outside Printing Services; LA BEST COLOR IMAGING; 02/05/2019; Outside B&W Printing with Tabs and GBC Binding. | 46.71 |
| 2/05/19 | Travel, REID J. SCHAR, 02/05/2019, San Francisco CA, 1/25-31/19. | 5,210.87 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019, San FranciscoCA, 1/31-31/19, PGE LM. | 1,190.82 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019, San FranciscoCA, 1/30-31/19. | 80.78 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019 | 113.16 |
| 2/05/19 | Travel, BRANDON FOX, 02/05/2019, San Ramon, CA, 1/30-31/19, client interviews. | 1,226.28 |
| | TOTAL DISBURSEMENTS | $ 7,898.12 |

| | |
|---|---|
| INVOICE TOTAL | $ 7,898.12 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:     56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY                       APRIL 29, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                      INVOICE # 9486304
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                  $ .00
THROUGH MARCH 31, 2019:

DISBURSEMENTS                                                    $ 186.91

                              TOTAL INVOICE                      $ 186.91

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY  INVOICE # 9486304
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

CLIENT NUMBER: 56604  APRIL 29, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2019:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 3/04/19 | 03/04/2019 UPS Delivery Service 1Z6134380191131412 | 8.06 |
| 3/06/19 | Court Fees, DAVID M. DIDION, 03/06/2019 | 70.00 |
| 3/07/19 | In-City Transportation, ANDREW NOLL, 03/07/2019 after hours taxi, 2/28/19. | 8.93 |
| 3/07/19 | In-City Transportation, TYLER J. EDWARDS, 03/07/2019, taxi to file at FCC for D. Didion, 2/27/19. | 23.60 |
| 3/11/19 | In-City Transportation, ANDREW NOLL, 03/11/2019 | 8.96 |
| 3/18/19 | In-City Transportation, BRIAN HAUCK, 03/18/2019 taxi from meeting, 3/5/19. | 22.71 |
| 3/19/19 | 03/19/2019 UPS Delivery Service 1Z613438NT92372816 | 14.37 |
| 3/26/19 | In-City Transportation, BRIAN HAUCK, 03/26/2019 taxi from meeting, 3/22/19. | 30.28 |
| | TOTAL DISBURSEMENTS | $ 186.91 |

INVOICE TOTAL  $ 186.91

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:      56604
MATTER NUMBER:      10287

PACIFIC GAS AND ELECTRIC COMPANY                                JUNE 30, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                               INVOICE #  9487066
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                    $ .00
THROUGH APRIL 30, 2019:

DISBURSEMENTS                                                    $ 3,729.52

                                        TOTAL INVOICE            $ 3,729.52

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: LEGAL FINANCE SUPPORT GROUP<br>77 BEALE STREET<br>B30A<br>SAN FRANCISCO, CA 94105 | INVOICE # 9487066 |
| CLIENT NUMBER: 56604 | JUNE 30, 2019 |

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2019:

EXPENSES                                                                                                MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 4/03/19 | In-City Transportation, SARAH L. NORMAN, 04/03/2019 | 51.88 |
| 4/03/19 | Travel, SARAH L. NORMAN, 04/03/2019 | 952.39 |
| 4/08/19 | 04/08/2019 UPS Delivery Service 1Z6134380198110888 | 7.67 |
| 4/10/19 | Travel, REID J. SCHAR, 04/10/2019, San Francisco, CA, 4/1-2/19, attended federal court for probation hearing. | 1,475.03 |
| 4/17/19 | Outside Printing Services; LA BEST COLOR IMAGING; 04/17/2019 | 503.04 |
| 4/25/19 | In-City Transportation, JULIAN J. GINOS, 04/25/2019 | 11.30 |
| 4/25/19 | In-City Transportation, ANDREW NOLL, 04/15/2019 | 8.53 |
| 4/25/19 | In-City Transportation, ANDREW NOLL, 04/25/2019 | 9.07 |
| 4/25/19 | In-City Transportation, SARAH L. NORMAN, 04/25/2019 | 32.00 |
| 4/25/19 | Travel, SARAH L. NORMAN, 04/25/2019 | 634.80 |
| 4/30/19 | Outside Printing Services; LA BEST COLOR IMAGING; 04/30/2019 | 29.41 |
| 4/30/19 | 04/30/2019 UPS Delivery Service 1Z01X4270197164463 | 14.40 |
| | TOTAL DISBURSEMENTS | $ 3,729.52 |

INVOICE TOTAL                                                                                                            $ 3,729.52

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY  JULY 23, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP  INVOICE # 9490716
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED  $ .00
THROUGH MAY 31, 2019:

DISBURSEMENTS  $ 9,622.01

TOTAL INVOICE  $ 9,622.01

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY  INVOICE # 9490716
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

CLIENT NUMBER: 56604  JULY 23, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2019:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 5/01/19 | 05/01/2019 UPS Delivery Service 1Z01X4270196469092 | 31.98 |
| 5/03/19 | In-City Transportation, JULIAN J. GINOS, 05/03/201 9 | 8.49 |
| 5/07/19 | In-City Transportation, JULIAN J. GINOS, 05/07/201 9 | 13.35 |
| 5/09/19 | 05/09/2019 UPS Delivery Service 1Z22124E0199700463 | 24.34 |
| 5/14/19 | In-City Transportation, ANDREW NOLL, 05/08/2019; overtime taxi charge. | 12.41 |
| 5/14/19 | In-City Transportation, ANDREW NOLL, 05/09/2019; overtime taxi charge. | 9.00 |
| 5/15/19 | Travel, REID J. SCHAR, 05/06-07/2019; San Francisco, CA; attended client meeting. | 1,763.39 |
| 5/16/19 | Outside Printing Services; LA BEST COLOR IMAGING; 05/16/2019. 0.5 hours at $95/hour | 327.82 |
| 5/19/19 | Travel, BRANDON FOX, 05/19/2019, Oakland, CA, 3/27-28/19, interviews. | 881.17 |
| 5/19/19 | Travel, BRANDON FOX, 05/19/2019, Oakland, CA, 4/18/19, client meeting. | 653.35 |
| 5/21/19 | In-City Transportation, ANDREW NOLL, 05/15/2019; overtime taxi charges. | 9.09 |
| 5/23/19 | US Messenger Delivery Service 05/04/19 | 38.49 |
| 5/23/19 | Travel, SARAH L. NORMAN, 05/17-19/2019; San Ramon, CA; Witness Interviews. | 650.80 |
| 5/24/19 | 05/24/2019 UPS Delivery Service 1Z01X4270190517853 | 19.96 |
| 5/31/19 | In-City Transportation, BRIAN HAUCK, 05/24/2019; Uber from office to meeting. | 26.33 |
| 5/31/19 | Travel, RANDALL E. MEHRBERG, 04/23/2019; San Francisco, CA; Hearing - cancelled. | 455.65 |
| 5/31/19 | Travel, REID J. SCHAR, 05/22-23/2019; San Francisco, CA; attended meeting and participated in presentation. | 4,696.39 |
| | TOTAL DISBURSEMENTS | $ 9,622.01 |

| | |
|---|---:|
| INVOICE TOTAL | $ 9,622.01 |