**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 9, 2019, 11:30 A.M. OMNIBUS HEARING**<br><br>Date:  August 9, 2019<br>Time:  11:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
AUGUST 9, 2019, 11:30 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*STATUS CONFERENCE*

1. <u>**Noteholder Committee's Exclusivity Termination Motion**</u>: Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2741**].

    <u>Related Documents</u>:

    A. Statement Regarding Status of Competing Plan Protocol and Ad Hoc Committee Proposal [**Dkt. 3416**].

    B. Declaration of Alexander Tracy in Support of Statement Regarding Status of Competing Plan Protocol and Ad Hoc Committee Proposal [**Dkt. 3417**].

    <u>Status</u>: The Court will hold a status conference regarding the negotiations of a protocol for the submission of plan proposals.

*CONTESTED MATTERS GOING FORWARD*

2. <u>**KEIP Motion**</u>: Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2664**].

    <u>Response Deadline</u>: July 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Unsecured Creditors, for whom the deadline was extended, by stipulation and order, to August 2, 2019, at 4:00 p.m. (Pacific Time).

    <u>Responses Filed</u>:

    A. Letter to the Court by James M. Eaneman [**Dkt. 2778**].

    B. United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Key Employee Incentive Plan [**Dkt. 3029**].

    C. Opposition of the Official Committee of Tort Claimants to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3030**].

    D. Declaration of Laurie A. Brugger in Support of United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Key Employee Incentive Plan [**Dkt. 3031**].

    E. Opposition by TURN to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3035**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | F. | Joinder of the City and County of San Francisco to Opposition of the Official Committee of Tort Claimants to Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3059**]. |
|---|---|---|
| | G. | Ghost Ship Warehouse Plaintiffs' Executive Committee's Joinder in the Opposition to Motion of Debtors Pursuant to 11 USC §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief Filed by: (1) The Official Committee of Tort Claimants; and (2) the United States Trustee; and (3) TURN, the Utility Reform Network [**Dkt. 3086**]. |

Related Documents:

| | H. | Declaration of Douglas J. Friske in Support of Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2667**]. |
|---|---|---|
| | I. | Declaration of John Lowe in Support of Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 2668**]. |
| | J. | Notice of Filing of Revised Proposed Order Approving Motion of the Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3435**]. |
| | K. | Reply Memorandum of Points and Authorities in Further Support of Motion of Debtors Pursuant to 11 U.S.C §§ 105(a), 363(b), and 503(c) for Entry of an Order (I) Approving Debtors' Incentive Program for Certain Key Employees and (II) Granting Related Relief [**Dkt. 3439**]. |

Status: This matter is going forward on a contested basis.

3. **CEO Terms of Employment Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2662**].

Response Deadline: July 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Tort Claimants, for whom the deadline was extended, by stipulation and order, to July 19, 2019, at 9:00 a.m. (Pacific Time), and for the Official Committee of Unsecured Creditors, for whom the deadline was extended, by stipulation and order, to August 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

| | A. | United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Employment Terms of New Chief Executive Officer [**Dkt. 3032**]. |
|---|---|---|

B. Ghost Ship Warehouse Plaintiffs' Executive Committee's Joinder in the Opposition to Motion of Debtors Pursuant to 11 USC §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation Filed by the United States Trustee [**Dkt. 3085**].

Related Documents:

C. Declaration of Nora Mead Brownell in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2665**].

D. Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 2666**].

E. Notice of Filing of Revised Proposed Order Approving Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 3433**].

F. Reply Memorandum of Points and Authorities in Further Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 3453**].

G. Supplemental Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of PG&E Corporation [**Dkt. 3454**].

Status:  This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 8, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By:  /s/ Dara L. Silveira
       Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*