**EXHIBIT C**

| | TIME SUMMARY BY CATEGORY | | | |
|---|---|---|---|---|
| **Matter** | **Name** | **Billing Rate** | **Hours** | **Amount** |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Randall E. Mehrberg | $893 | 26.2 | $23,396.60 |
| | Thomas J. Perrelli | $1,118 | 0.5 | $559.00 |
| | Ian H. Gershengorn | $982 | 39.3 | $38,592.60 |
| | Reid J. Schar | $982 | 129.2 | $126,874.40 |
| | Brian P. Hauck | $782 | 4.5 | $3,519.00 |
| | Matthew S. Hellman | $761 | 54.1 | $41,170.10 |
| | Brandon D. Fox | $761 | 3.4 | $2,587.40 |
| | Max Minzner | $740 | 0.6 | $444.00 |
| | Matthew E. Price | $714 | 23.1 | $16,493.40 |
| | Coral A. Negron | $714 | 40.5 | $28,917.00 |
| | Emily M. Loeb | $706 | 19.3 | $13,625.80 |
| | Andrew C. Noll | $595 | 2.1 | $1,249.50 |
| | Katherine B. Johnson | $595 | 3.1 | $1,844.50 |
| | Julian J. Ginos | $595 | 61.5 | $36,592.50 |
| | Adrienne Lee Benson | $561 | 74.0 | $41,514.00 |
| | Reena Sikdar | $561 | 1.3 | $729.30 |
| | Andrew P. Walker | $506 | 0.4 | $202.40 |
| | Amir A. Shakoorian Tabrizi | $400 | 2.3 | $920.00 |
| | Theresa L. Busch | $327 | 14.3 | $4,676.10 |
| | Mary Gulden | $187 | 1.5 | $280.50 |
| | **TOTAL** | | **501.2** | **$384,188.10** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,118 | 0.3 | $335.40 |
| | Reid J. Schar | $982 | 0.2 | $196.40 |
| | Emily M. Loeb | $706 | 1.7 | $1,200.20 |
| | Carla J. Weiss | $672 | 1.8 | $1,209.60 |
| | **TOTAL** | | **4.0** | **$2,941.60** |

| FEDERAL CONTRACTS ADVICE AND COUNSEL (10065) | | | | |
|---|---|---|---|---|
| | Matthew L. Haws | $761 | 15.0 | $11,415.00 |
| | **TOTAL** | | **15.0** | **$11,415.00** |
| **FCC REGULATORY ADVICE AND COUNSEL (10081)** | | | | |
| | Randall E. Mehrberg | $893 | 0.4 | $357.20 |
| | David M. Didion | $621 | 34.1 | $21,176.10 |
| | Coral A. Negron | $714 | 0.5 | $357.00 |
| | Reid J. Schar | $982 | 0.8 | $785.60 |
| | Elliot S. Tarloff | $620 | 3.8 | $2,356.00 |
| | Emily M. Loeb | $706 | 1.9 | $1,341.40 |
| | Johanna R. Thomas | $621 | 10.1 | $6,272.10 |
| | Tricia J. Peavler | $302 | 0.1 | $30.20 |
| | **TOTAL** | | **51.7** | **$32,675.60** |
| **NORTH BAY FIRES – MONITORSHIP (10090)** | | | | |
| | Reid J. Schar | $982 | 1.2 | $1,178.40 |
| | **TOTAL** | | **1.2** | **$1,178.40** |
| **LOCATE & MARK (10111)** | | | | |
| | Randall E. Mehrberg | $893 | 18.7 | $16,699.10 |
| | Sam Hirsch | $782 | 173.1 | $135,364.20 |
| | John R. Storino | $757 | 4.2 | $3,179.40 |
| | Brian P. Hauck | $782 | 515.0 | $402,730.00 |
| | Reid J. Schar | $982 | 63.0 | $61,866.00 |
| | Emily A. Bruemmer | $701 | 19.2 | $13,459.20 |
| | Samuel C. Birnbaum | $595 | 25.5 | $15,172.50 |
| | Wesley M. Griffith | $663 | 470.7 | $312,074.10 |
| | Emily M. Loeb | $706 | 231.4 | $163,368.40 |
| | Daixi Xu | $506 | 130.4 | $65,982.40 |
| | Samuel Jahangir | $506 | 319.8 | $161,818.80 |
| | Monika N. Kothari | $506 | 53.4 | $27,020.40 |
| | Andrew C. Noll | $595 | 327.5 | $194,862.50 |
| | Brandon D. Fox | $761 | 265.4 | $201,969.40 |
| | Katherine B. Johnson | $595 | 94.3 | $56,108.50 |
| | Sarah L. Norman | $459 | 653.8 | $300,094.20 |

| | | | | |
|---|---|---|---|---|
| | Michelle Peleg | $459 | 53.5 | $24,556.50 |
| | Jennifer J. Yun | $506 | 59.9 | $30,309.40 |
| | Julian J. Ginos | $595 | 19.7 | $11,721.50 |
| | Effiong K. Dampha | $400 | 51.0 | $20,400.00 |
| | Anna K. Lyons | $400 | 598.6 | $239,440.00 |
| | Amir A. Shakoorian Tabrizi | $400 | 571.9 | $228,760.00 |
| | Amy Egerton-Wiley | $400 | 53.3 | $21,320.00 |
| | Mary Gulden | $187 | 1.8 | $336.60 |
| | Theresa L. Busch | $327 | 172.2 | $56,309.40 |
| | Diana V. Chuck | $302 | 33.5 | $10,117.00 |
| | Madison L. Amboian | $187 | 44.5 | $8,321.50 |
| | **TOTAL** | | **5025.3** | **$2,783,361.00** |
| **TRIENNIAL MBR FILING (10138)** | | | | |
| | Max Minzner | $740 | 2.2 | $1,628.00 |
| | **TOTAL** | | **2.2** | **$1,628.00** |
| **FPA ADVICE AND COUNSEL (10146)** | | | | |
| | Randall E. Mehrberg | $893 | 3.8 | $3,393.40 |
| | Max Minzner | $740 | 15.6 | $11,544.00 |
| | Samuel C. Birnbaum | $595 | 23.0 | $13,685.00 |
| | **TOTAL** | | **42.4** | **$28,622.40** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $893 | 31.0 | $27,683.00 |
| | Marc A. Patterson | $196 | 4.5 | $882.00 |
| | Angela M. Allen | $701 | 51.1 | $35,821.10 |
| | William A. Williams | $459 | 47.3 | $21,710.70 |
| | Toi D. Hooker | $327 | 7.4 | $2,419.80 |
| | Michaela E. Novakovic | $276 | 0.5 | $138.00 |
| | **TOTAL** | | **141.8** | **$88,654.60** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Randall E. Mehrberg | $893 | 4.3 | $3,839.90 |
| | Angela M. Allen | $701 | 8.0 | $5,608.00 |
| | Julian J. Ginos | $595 | 0.1 | $59.50 |
| | William A. Williams | $459 | 5.0 | $2,295.00 |
| | **TOTAL** | | **17.4** | **$11,802.40** |

| REGULATORY MATTER (10295) | | | | |
|---|---|---:|---:|---:|
| | Randall E. Mehrberg | $893 | 1.3 | $1,160.90 |
| | Coral A. Negron | $714 | 45.6 | $32,558.40 |
| | Reid J. Schar | $982 | 24.7 | $24,255.40 |
| | Reena Sikdar | $561 | 48.4 | $27,152.40 |
| | Andrew P. Walker | $506 | 24.8 | $12,548.80 |
| | Charles D. Riely | $752 | 38.3 | $28,801.60 |
| | Theresa L. Busch | $327 | 3.0 | $981.00 |
| | **TOTAL** | | **186.1** | **$127,458.50** |
| **FERC INTERLOCK ADVICE (10309)** | | | | |
| | Randall E. Mehrberg | $893 | 0.2 | $178.60 |
| | Max Minzner | $740 | 8.4 | $6,216.00 |
| | Karthik P. Reddy | $561 | 8.3 | $4,656.30 |
| | **TOTAL** | | **16.9** | **$11,050.90** |
| | **GRAND TOTAL** | | **6005.2** | **$3,484,976.50** |