**EXHIBIT D**

| | TIME SUMMARY BY PROFESSIONAL | | | | | |
|---|---|---|---|---|---|---|
| **TITLE** | **NAME OF PROFESSIONAL** | **DEPARTMENT** | **YEAR ADMITTED** | **HOURLYRATE** | **TOTAL HOURS BILLED** | **TOTAL AMOUNT REQUESTED** |
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $893 | 85.9 | $76,708.70 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,118 | 0.8 | $894.40 |
| | Ian H. Gershengorn | Litigation | 1994 | $982 | 39.3 | $38,592.60 |
| | Reid J. Schar | Litigation | 1997 | $982 | 219.1 | $215,156.20 |
| | Sam Hirsch | Energy | 1997 | $782 | 173.1 | $135,364.20 |
| | Brian P. Hauck | Energy | 2001 | $782 | 519.5 | $406,249.00 |
| | Matthew S. Hellman | Litigation | 2003 | $761 | 54.1 | $41,170.10 |
| | Matthew L. Haws | Litigation | 2002 | $761 | 15.0 | $11,415.00 |
| | Brandon D. Fox | Litigation | 2000 | $761 | 268.8 | $204,556.80 |
| | John R. Storino | Litigation | 2000 | $757 | 4.2 | $3,179.40 |
| | Charles D. Riely | Litigation | 2002 | $752 | 38.3 | $28,801.60 |
| | Max Minzner | Energy | 2000 | $740 | 26.8 | $19,832.00 |
| | Matthew E. Price | Energy | 2007 | $714 | 23.1 | $16,493.40 |
| | Coral A. Negron | Litigation | 2008 | $714 | 86.6 | $61,832.40 |
| | Emily M. Loeb | Litigation | 2010 | $706 | 254.3 | $179,535.80 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $701 | 59.1 | $41,429.10 |
| | Elliot S. Tarloff | Litigation | 2013 | $620 | 3.8 | $2,356.00 |
| **Special Counsel** | David M. Didion | Litigation | 2011 | $621 | 34.1 | $21,176.10 |
| | Johanna R. Thomas | Litigation | 2008 | $621 | 10.1 | $6,272.10 |
| **Total Partners & Special Counsel:** | | | | | 1916.0 | $1,511,014.90 |
| **Associates** | Emily A. Bruemmer | Litigation | 2012 | $701 | 19.2 | $13,459.20 |
| | Carla J. Weiss | Litigation | 2011 | $672 | 1.8 | $1,209.60 |
| | Wesley M. Griffith | Litigation | 2012 | $663 | 470.7 | $312,074.10 |
| | Samuel C. Birnbaum | Litigation | 2015 | $595 | 48.5 | $28,857.50 |
| | Andrew C. Noll | Litigation | 2014 | $595 | 329.6 | $196,112.00 |
| | Katherine B. Johnson | Litigation | 2014 | $595 | 97.4 | $57,953.00 |
| | Julian J. Ginos | Litigation | 2015 | $595 | 81.3 | $48,373.50 |
| | Reena Sikdar | Litigation | 2015 | $561 | 49.7 | $27,881.70 |
| | Karthik P. Reddy | Litigation | 2015 | $561 | 8.3 | $4,656.30 |
| | Daixi Xu | Litigation | 2016 | $506 | 130.4 | $65,982.40 |

9

|  | Monika N. Kothari | Litigation | 2016 | $506 | 319.8 | $161,818.80 |
|---|---|---|---|---|---|---|
|  | Jennifer J. Yun | Litigation | 2017 | $506 | 53.4 | $27,020.40 |
|  | Samuel Jahangir | Litigation | 2016 | $506 | 59.9 | $30,309.40 |
|  | Andrew P. Walker | Litigation | 2016 | $506 | 25.2 | $12,751.20 |
|  | Sarah L. Norman | Litigation | 2017 | $459 | 653.8 | $300,094.20 |
|  | Michelle Peleg | Litigation | 2017 | $459 | 53.5 | $24,556.50 |
|  | William A. Williams | Restr. & Bankr. | 2015 | $459 | 52.3 | $24,005.70 |
|  | Effiong K. Dampha | Litigation | 2018 | $400 | 51.0 | $20,400.00 |
|  | Anna K. Lyons | Litigation | 2018 | $400 | 598.6 | $239,440.00 |
|  | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $400 | 574.2 | $229,680.00 |
|  | Amy Egerton-Wiley | Litigation | 2018 | $400 | 53.3 | $21,320.00 |
| **Law Clerk** | Adrienne Lee Benson | Litigation | 2019 | $561 | 74.0 | $41,514.00 |
| **Total Associates & Law Clerks:** |  |  |  |  | **3805.9** | **$1,889,469.50** |

| **Paralegals** | Toi D. Hooker | Restr. & Bankr. | N/A | $327 | 7.4 | $2,419.80 |
|---|---|---|---|---|---|---|
|  | Theresa L. Busch | Litigation | N/A | $327 | 189.5 | $61,966.50 |
|  | Diana V. Chuck | Litigation | N/A | $302 | 33.5 | $10,117.00 |
|  | Michaela E. Novakovic | Litigation | N/A | $276 | 0.5 | $138.00 |
|  | Mary Gulden | Litigation | N/A | $187 | 3.3 | $617.10 |
|  | Madison L. Amboian | Litigation | N/A | $187 | 44.5 | $8,321.50 |
| **Library Services** | Tricia J. Peavler | Library Services | N/A | $302 | 0.1 | $30.20 |
| **Bankr./ Litigation Specialist** | Marc A. Patterson | Restr. & Bankr | N/A | $196 | 4.5 | $882.00 |
| **Total Paraprofessionals and Other Staff:** |  |  |  |  | **283.3** | **$84,492.10** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners and Special Counsel | $788.63 | 1,916.0 | $1,511,014.90 |
| Associates | $496.46 | 3,805.9 | $1,889,469.50 |
| Paraprofessionals and other non-legal staff | $298.24 | 283.3 | $84,492.10 |
| **Blended Attorney Rate** | **$594.29** | **5,721.90** | **$3,400,484.40** |
| **Total Fees Incurred** | **$580.33** | **6005.2** | **$3,484,976.50** |

10