# EXHIBIT H

## Jenner & Block Budget Comparison
## January 29, 2019 through May 31, 2019

| Matter ID | PROJECT CATEGORY | BUDGETED | REQUESTED |
|---|---|---|---|
| 10006 | Criminal Investigation | $1,055,000 | $384,188.10 |
| 10014 | DOI Investigation | $30,000 | $2,941.60 |
| 10065 | Federal Contracts Advice and Counsel | $22,000 | $11,415.00 |
| 10081 | FCC Regulatory Advice and Counsel | $50,000 | $32,675.60 |
| 10090 | North Bay Fires -- Monitorship | $5,000 | $1,178.40 |
| 10111 | Locate and Mark | $3,000,000 | $2,783,361.00 |
| 10138 | Triennial MBR Filing | N/A | $1,628.00 |
| 10146 | FPA Advice and Counsel | $30,000 | $28,622.40 |
| 10252 | Bankruptcy Employment | $80,000 | $88,654.60 |
| 10261 | Bankruptcy Administration | $30,000 | $11,802.40 |
| 10295 | Regulatory Matter | $73,000 | $127,458.50 |
| 10309 | FERC Interlock Advice | $11,500 | $11,050.90 |
|  | **TOTAL** | **$4,386,500.00** | **$3,484,976.50** |