**Exhibit J**
**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed January 2018 – December 2018** (Excluding Bankruptcy Matters) | **Billed in this Fee Application** |
| **Partners & Special Counsel** | $769 | $788.63 |
| 20+ years since admission | $820 | $900.65 |
| 13-19 years since admission | $726 | $771.78 |
| 0-12 years since admission | $700 | $698.57 |
| **Associates & Law Clerks** | $529 | $496.50 |
| 6+ years since admission | $620 | $664.50 |
| 4-5 years since admission | $588 | $581.40 |
| 0-3 years since admission | $506 | $443.80 |
| **Paraprofessionals** | $284 | $298.24 |
| **Blended Rate for All Attorneys** | $594 | $594.29 |
| **Blended Rate for All Timekeepers** | $567 | $580.33 |