# Exhibit K

**PROPOSED ORDER**

| | |
|---|---|
| JENNER & BLOCK LLP<br>Randall E. Mehrberg<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel: 312 840 7505<br>rmehrberg@jenner.com<br><br>*Special Corporate Defense & Energy Counsel<br>for Debtors and Debtors in Possession* | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER ALLOWING THE FIRST INTERIM APPLICATION OF JENNER & BLOCK LLP, AS SPECIAL CORPORATE DEFENSE COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH <u>MAY 31, 2019</u>** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

Upon consideration of the First Interim application (the "Application") of Jenner & Block LLP ("Applicant"), as special corporate defense and energy counsel for the above-captioned debtors (the "Debtors"), for compensation for legal services rendered in this case and for reimbursement for disbursements for the period from January 29, 2019 through May 31, 2019 (the

| | |
|---|---|
| 1 | "Application Period") the certification of Applicant and the exhibits annexed to the Application; |
| 2 | and it appearing that the compensation requested in the Application is reasonable; and the Court |
| 3 | having jurisdiction to consider and determine the Application in accordance with 28 U.S.C. §§ 157 |
| 4 | |
| 5 | and 1334; and due notice of the Application having been provided pursuant to Federal Rule of |
| 6 | Bankruptcy Procedure 2002(a)(6) and (c)(2), and it appearing that no further notice need be given; |
| 7 | and a hearing having been held before this Court, and after due deliberation and sufficient cause |
| 8 | appearing therefore, |
| 9 | IT IS HEREBY ORDERED: |
| 10 | 1.   The Application is approved on an interim basis as reflected herein. |
| 11 | 2.   The Applicant is awarded interim allowance of compensation for professional |
| 12 | |
| 13 | services rendered during the Application Period in the amount of $3,484,976.50 in fees and |
| 14 | $21,436.56 in actual and necessary expenses. |
| 15 | 3.   The Debtors are authorized and directed to make prompt payment to the Applicant |
| 16 | of all allowed fees and expenses to the extent not already paid by the Debtors. |
| 17 | 4.   The Court retains jurisdiction over any issues or disputes arising out of or relating |
| 18 | to this Order. |
| 19 | |
| 20 | *** **END OF ORDER** *** |