Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
Diane Marger Moore, Esq. (*Pro Hac Vice*)
dmargermoore@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - **and –** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, **Baum, Hedlund, Aristei & Goldman, PC** enters its appearance for Majesti Mai Bagorio, et al., creditors and plaintiffs in *Bagorio, et al. v. PG&E Corporation*, et al., case number CNC-19-554581 pending in the San Francisco County

Superior Court.  The undersigned request that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon them at the following address:

Ronald L.M. Goldman
Diane Marger Moore, *Pro Hac Vice*
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
rgoldman@baumhedlundlaw.com
dmargermoore@baumhedlundlaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notice is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditors Majesti Mai Bagorio, et al. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 8, 2019                           Respectfully submitted,

                                                    BAUM HEDLUND ARISTEI & GOLDMAN, PC

                                                      /S/ Ronald L.M. Goldman
                                       By:_____
                                                    Ronald L.M. Goldman
                                                    Diane Marger Moore, *Pro Hac Vice*
                                                    Attorneys for Creditors,
                                                    Majesti Mai Bagorio, et al.

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within cause. My business address is Baum, Hedlund, Aristei & Goldman, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California 90024. On this day, August 8, 2019, I served the following document(s) in the manner described below:

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**

✘     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on August 8, 2019.

*Diane Marger Moore*
DIANE MARGER MOORE