DOWNEY BRAND LLP

1  DOWNEY BRAND LLP
   Jamie P. Dreher (Bar No. 209380)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
3  Telephone:    (916) 444-1000
   Facsimile:    (916) 444-2100
4
   Attorneys for
5  Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
   d/b/a Teichert Aggregates
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  In re:                              Case Nos.:

13  PG&E CORPORATION                    19-30088 (DM) – Lead Case
                                        19-30089 (DM)
14  and
                                        Chapter 11 Case
15  PACIFIC GAS AND ELECTRIC COMPANY,

16            Debtors.
                                        **NOTICE OF CONTINUED
17  ┌─────────────────────────────────  PERFECTION OF MECHANICS
    │ ☐   Affects PG&E Corporation      LIEN PURSUANT TO 11 U.S.C. §
18  │                                   546(b)(2)**
    │ ☐   Affects Pacific Gas and Electric Company
19  │
    │ ☒   Affect both Debtors
20  │
21  └─────────────────────────────────

22        TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned

23  counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C.

24  § 546(b)(2), as follows:

25        1.      TEICHERT is a corporation that has provided and delivered labor, services,

26  equipment, and/or materials for a work of improvement located in the County of

27  Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

28

1565725.1                                      1
NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through July 29, 2019, the amount owing to TEICHERT is at least $475,222.97, exclusive of accruing interest and other charges, with additional amounts owed and accrued after July 29, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about July 31, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

DOWNEY BRAND LLP

1565725.1

2

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: August 7, 2019

DOWNEY BRAND LLP

By: _____/s/ Jamie P. Dreher_____
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT
AGGREGATES

DOWNEY BRAND LLP

1565725.1

3

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

# EXHIBIT A

COPY

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME          DOWNEY BRAND LLP
MAILING       Scott McElhern
ADDRESS       621 Capitol Mall, 18th Floor
              Sacramento, CA 95814

PHONE         (916) 444-1000
NUMBER

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

JUL 3 1 2019

Sacramento County
Clerk/Recorder

**201907311333**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.      After deducting all just credits and offsets, the sum of $475,222.97, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  construction and installation of 2-inch high pressure plastic gas main; construction and installation of 4-inch high pressure plastic gas main; gas service replacements; gas transfer services; and deactivation of steel gas main.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.  Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.      Claimant's address is:  3500 American River Drive, Sacramento, CA 95864.

DATED: _July 29, 2019_          TEICHERT PIPELINES, INC.

By: _____
     Sean Collins, Credit Manager

# VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _July 29, 2019_

TEICHERT PIPELINES, INC.

By: _____
        Sean Collins, Credit Manager

**EXHIBIT A**

| | |
|---|---|
| 1101 Robertson Way, Sacramento, CA 95818 | 1422 Vallejo Way, Sacramento, CA 95818 |
| 1111 Robertson Way, Sacramento, CA 95818 | 1424 Vallejo Way, Sacramento, CA 95818 |
| 1121 Robertson Way, Sacramento, CA 95818 | 1426 Vallejo Way, Sacramento, CA 95818 |
| 1131 Robertson Way, Sacramento, CA 95818 | 1428 Vallejo Way, Sacramento, CA 95818 |
| 1141 Robertson Way, Sacramento, CA 95818 | 1101 Marian Way, Sacramento, CA 95818 |
| 1151 Robertson Way, Sacramento, CA 95818 | 1113 Marian Way, Sacramento, CA 95818 |
| 1161 Robertson Way, Sacramento, CA 95818 | 1123 Marian Way, Sacramento, CA 95818 |
| 1175 Robertson Way, Sacramento, CA 95818 | 1133 Marian Way, Sacramento, CA 95818 |
| 1201 Robertson Way, Sacramento, CA 95818 | 1143 Marian Way, Sacramento, CA 95818 |
| 1209 Robertson Way, Sacramento, CA 95818 | 1153 Marian Way, Sacramento, CA 95818 |
| 1213 Robertson Way, Sacramento, CA 95818 | 1163 Marian Way, Sacramento, CA 95818 |
| 1217 Robertson Way, Sacramento, CA 95818 | 1173 Marian Way, Sacramento, CA 95818 |
| 1221 Robertson Way, Sacramento, CA 95818 | 2968 Govan Way, Sacramento, CA 95818 |
| 1225 Robertson Way, Sacramento, CA 95818 | 1100 Robertson Way, Sacramento, CA 95818 |
| 1229 Robertson Way, Sacramento, CA 95818 | 1110 Robertson Way, Sacramento, CA 95818 |
| 1233 Robertson Way, Sacramento, CA 95818 | 1120 Robertson Way, Sacramento, CA 95818 |
| 1237 Robertson Way, Sacramento, CA 95818 | 1130 Robertson Way, Sacramento, CA 95818 |
| 1241 Robertson Way, Sacramento, CA 95818 | 1140 Robertson Way, Sacramento, CA 95818 |
| 1301 Robertson Way, Sacramento, CA 95818 | 1150 Robertson Way, Sacramento, CA 95818 |
| 1307 Robertson Way, Sacramento, CA 95818 | 1160 Robertson Way, Sacramento, CA 95818 |
| 1315 Robertson Way, Sacramento, CA 95818 | 1170 Robertson Way, Sacramento, CA 95818 |
| 1319 Robertson Way, Sacramento, CA 95818 | 1200 Marian Way, Sacramento, CA 95818 |
| 1325 Robertson Way, Sacramento, CA 95818 | 2969 Govan Way, Sacramento, CA 95818 |
| 1331 Robertson Way, Sacramento, CA 95818 | 2965 Govan Way, Sacramento, CA 95818 |
| 1350 Robertson Way, Sacramento, CA 95818 | 1208 Robertson Way, Sacramento, CA 95818 |
| 1400 Robertson Way, Sacramento, CA 95818 | 1212 Robertson Way, Sacramento, CA 95818 |
| 1406 Robertson Way, Sacramento, CA 95818 | 1216 Robertson Way, Sacramento, CA 95818 |
| 1410 Robertson Way, Sacramento, CA 95818 | 1220 Robertson Way, Sacramento, CA 95818 |
| 1416 Robertson Way, Sacramento, CA 95818 | 1226 Robertson Way, Sacramento, CA 95818 |
| 1418 Robertson Way, Sacramento, CA 95818 | 1228 Robertson Way, Sacramento, CA 95818 |
| 1420 Robertson Way, Sacramento, CA 95818 | 1230 Robertson Way, Sacramento, CA 95818 |
| 1428 Robertson Way, Sacramento, CA 95818 | 1232 Robertson Way, Sacramento, CA 95818 |
| 1401 Robertson Way, Sacramento, CA 95818 | 1234 Robertson Way, Sacramento, CA 95818 |
| 1407 Robertson Way, Sacramento, CA 95818 | 1236 Robertson Way, Sacramento, CA 95818 |
| 1411 Robertson Way, Sacramento, CA 95818 | 1300 Robertson Way, Sacramento, CA 95818 |
| 1417 Robertson Way, Sacramento, CA 95818 | 1306 Robertson Way, Sacramento, CA 95818 |
| 1425 Robertson Way, Sacramento, CA 95818 | 1308 Robertson Way, Sacramento, CA 95818 |
| 2953 14th Street, Sacramento, CA 95818 | 1310 Robertson Way, Sacramento, CA 95818 |
| 2949 14th Street, Sacramento, CA 95818 | 1312 Robertson Way, Sacramento, CA 95818 |
| 2948 Land Park Drive, Sacramento, CA 95818 | 1320 Robertson Way, Sacramento, CA 95818 |
| 2940 Land Park Drive, Sacramento, CA 95818 | 1324 Robertson Way, Sacramento, CA 95818 |
| 2938 Land Park Drive, Sacramento, CA 95818 | 1330 Robertson Way, Sacramento, CA 95818 |
| 2936 Land Park Drive, Sacramento, CA 95818 | 1100 Perkins Way, Sacramento, CA 95818 |
| 1420 Vallejo Way, Sacramento, CA 95818 | 1108 Perkins Way, Sacramento, CA 95818 |

| | |
|---|---|
| 1116 Perkins Way, Sacramento, CA 95818 | 3201 Riverside Boulevard, Sacramento, CA 95819 |
| 1124 Perkins Way, Sacramento, CA 95818 | 1114 7th Avenue, Sacramento, CA 95818 |
| 1132 Perkins Way, Sacramento, CA 95818 | 1128 7th Avenue, Sacramento, CA 95818 |
| 1142 Perkins Way, Sacramento, CA 95818 | 1132 7th Avenue, Sacramento, CA 95818 |
| 1150 Perkins Way, Sacramento, CA 95818 | 1144 7th Avenue, Sacramento, CA 95818 |
| 1160 Perkins Way, Sacramento, CA 95818 | 1150 7th Avenue, Sacramento, CA 95818 |
| 1170 Perkins Way, Sacramento, CA 95818 | 1162 7th Avenue, Sacramento, CA 95818 |
| 1180 Perkins Way, Sacramento, CA 95818 | 1180 7th Avenue, Sacramento, CA 95818 |
| 1190 Perkins Way, Sacramento, CA 95818 | 1200 7th Avenue, Sacramento, CA 95818 |
| 1200 Perkins Way, Sacramento, CA 95818 | 1208 7th Avenue, Sacramento, CA 95818 |
| 1101 Perkins Way, Sacramento, CA 95818 | 1218 7th Avenue, Sacramento, CA 95818 |
| 1109 Perkins Way, Sacramento, CA 95818 | 1220 7th Avenue, Sacramento, CA 95818 |
| 1119 Perkins Way, Sacramento, CA 95818 | 1226 7th Avenue, Sacramento, CA 95818 |
| 1129 Perkins Way, Sacramento, CA 95818 | |
| 1139 Perkins Way, Sacramento, CA 95818 | |
| 1149 Perkins Way, Sacramento, CA 95818 | |
| 1159 Perkins Way, Sacramento, CA 95818 | |
| 1169 Perkins Way, Sacramento, CA 95818 | |
| 1179 Perkins Way, Sacramento, CA 95818 | |
| 1189 Perkins Way, Sacramento, CA 95818 | |
| 2976 Govan Way, Sacramento, CA 95818 | |
| 2979 Govan Way, Sacramento, CA 95818 | |
| 2975 Govan Way, Sacramento, CA 95818 | |
| 2974 Govan Way, Sacramento, CA 95818 | |
| 1200 Weller Way, Sacramento, CA 95818 | |
| 1100 Marian Way, Sacramento, CA 95818 | |
| 1110 Marian Way, Sacramento, CA 95818 | |
| 1120 Marian Way, Sacramento, CA 95818 | |
| 1130 Marian Way, Sacramento, CA 95818 | |
| 1140 Marian Way, Sacramento, CA 95818 | |
| 1150 Marian Way, Sacramento, CA 95818 | |
| 1160 Marian Way, Sacramento, CA 95818 | |
| 1170 Marian Way, Sacramento, CA 95818 | |
| 1180 Marian Way, Sacramento, CA 95818 | |
| 1190 Marian Way, Sacramento, CA 95818 | |
| 1101 7th Avenue, Sacramento, CA 95818 | |
| 1115 7th Avenue, Sacramento, CA 95818 | |
| 1125 7th Avenue, Sacramento, CA 95818 | |
| 1133 7th Avenue, Sacramento, CA 95818 | |
| 1147 7th Avenue, Sacramento, CA 95818 | |
| 1153 7th Avenue, Sacramento, CA 95818 | |
| 1163 7th Avenue, Sacramento, CA 95818 | |
| 1181 7th Avenue, Sacramento, CA 95818 | |
| 1201 7th Avenue, Sacramento, CA 95818 | |
| 1215 7th Avenue, Sacramento, CA 95818 | |
| 3188 Govan Way, Sacramento, CA 95818 | |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On July 31, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐    Registered Mail, Return Receipt Requested;

☒    Certified Mail, Return Receipt Requested;

☐    Express Mail; or

☐    Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on July 31, 2019, at Sacramento, California.

_____
Mary Dowd