DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | Case Nos.:<br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br>Chapter 11 Case<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

1

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through August 2, 2019, the amount owing to TEICHERT is at least $1,308,568.78, exclusive of accruing interest and other charges, with additional amounts owed and accrued after August 2, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about August 5, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: August 7, 2019

DOWNEY BRAND LLP


By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

COPY

| | |
|---|---|
| RECORDING REQUESTED BY<br>REQUESTED BY SCOTT MCELHERN<br>WHEN RECORDED MAIL TO<br><br>NAME     DOWNEY BRAND LLP<br>MAILING  Scott McElhern<br>ADDRESS 621 Capitol Mall, 18th Floor<br>                Sacramento, CA 95814<br><br>PHONE   (916) 444-1000<br>NUMBER | ORIGINAL<br>Accepted for Recording<br>COPY – NOT CERTIFIED<br><br>AUG 05 2019<br><br>Sacramento County<br>Clerk/Recorder<br><br>**201908050565** |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

   Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $1,308,568.78, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch high pressure plastic gas main; construction and installation of 4-inch high pressure plastic gas main; construction and installation of 4-inch low pressure plastic gas main; gas service replacements; gas transfer services; and deactivation of low pressure steel gas main.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: August 2, 2019        TEICHERT PIPELINES, INC.

By: _____
     Sean Collins, Credit Manager

Case: 19-30088   Doc# 3471   Filed: 08/08/19   Entered: 08/08/19 14:50:16   Page 5 of 11

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 2, 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

# EXHIBIT A

| | |
|---|---|
| 1119 Fremont Way, Sacramento, CA 95818 | 2775 14th Street, Sacramento, CA 95818 |
| 1133 Fremont Way, Sacramento, CA 95818 | 2777 14th Street, Sacramento, CA 95818 |
| 1141 Fremont Way, Sacramento, CA 95818 | 2779 14th Street, Sacramento, CA 95818 |
| 1149 Fremont Way, Sacramento, CA 95818 | 2781 14th Street, Sacramento, CA 95818 |
| 1153 Fremont Way, Sacramento, CA 95818 | 2783 14th Street, Sacramento, CA 95818 |
| 2756 12th Street, Sacramento, CA 95818 | 2785 14th Street, Sacramento, CA 95818 |
| 2749 12th Street, Sacramento, CA 95818 | 2787 14th Street, Sacramento, CA 95818 |
| 2751 12th Street, Sacramento, CA 95818 | 2759 Riverside Boulevard, Sacramento, CA 95818 |
| 2753 12th Street, Sacramento, CA 95818 | 2761 Riverside Boulevard, Sacramento, CA 95818 |
| 2755 12th Street, Sacramento, CA 95818 | 2763 Riverside Boulevard, Sacramento, CA 95818 |
| 2757 12th Street, Sacramento, CA 95818 | 1108 Fremont Way, Sacramento, CA 95818 |
| 2759 12th Street, Sacramento, CA 95818 | 1116 Fremont Way, Sacramento, CA 95818 |
| 2761 12th Street, Sacramento, CA 95818 | 1124 Fremont Way, Sacramento, CA 95818 |
| 2758 13th Street, Sacramento, CA 95818 | 1132 Fremont Way, Sacramento, CA 95818 |
| 2760 13th Street, Sacramento, CA 95818 | 1140 Fremont Way, Sacramento, CA 95818 |
| 2762 13th Street, Sacramento, CA 95818 | 1148 Fremont Way, Sacramento, CA 95818 |
| 2764 13th Street, Sacramento, CA 95818 | 1166 Fremont Way, Sacramento, CA 95818 |
| 2766 13th Street, Sacramento, CA 95818 | 1101 Fremont Way, Sacramento, CA 95818 |
| 2768 13th Street, Sacramento, CA 95818 | 1115 Fremont Way, Sacramento, CA 95818 |
| 2770 13th Street, Sacramento, CA 95818 | 1117 Fremont Way, Sacramento, CA 95818 |
| 1300 Markham Way, Sacramento, CA 95818 | 1125 Fremont Way, Sacramento, CA 95818 |
| 2761 13th Street, Sacramento, CA 95818 | 1133 Fremont Way, Sacramento, CA 95818 |
| 2763 13th Street, Sacramento, CA 95818 | 1141 Fremont Way, Sacramento, CA 95818 |
| 2765 13th Street, Sacramento, CA 95818 | 1149 Fremont Way, Sacramento, CA 95818 |
| 2767 13th Street, Sacramento, CA 95818 | 2789 Riverside Boulevard, Sacramento, CA 95818 |
| 2771 13th Street, Sacramento, CA 95818 | 1108 Vallejo Way, Sacramento, CA 95818 |
| 1348 Markham Way, Sacramento, CA 95818 | 1118 Vallejo Way, Sacramento, CA 95818 |
| 2768 14th Street, Sacramento, CA 95818 | 1165 3rd Avenue, Sacramento, CA 95818 |
| 2770 14th Street, Sacramento, CA 95818 | 1121 3rd Avenue, Sacramento, CA 95818 |
| 2772 14th Street, Sacramento, CA 95818 | 1109 3rd Avenue, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 1101 3rd Avenue, Sacramento, CA 95818 |
| 2776 14th Street, Sacramento, CA 95818 | 2763 12th Street, Sacramento, CA 95818 |
| 2783 Regina Way, Sacramento, CA 95818 | 2765 12th Street, Sacramento, CA 95818 |
| 2785 Regina Way, Sacramento, CA 95818 | 2767 12th Street, Sacramento, CA 95818 |
| 2777 Regina Way, Sacramento, CA 95818 | 2769 12th Street, Sacramento, CA 95818 |
| 2769 Regina Way, Sacramento, CA 95818 | 2771 12th Street, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 2773 12th Street, Sacramento, CA 95818 |
| 1329 3rd Avenue, Sacramento, CA 95818 | 2775 12th Street, Sacramento, CA 95818 |
| 1343 3rd Avenue, Sacramento, CA 95818 | 2777 12th Street, Sacramento, CA 95818 |
| 1345 3rd Avenue, Sacramento, CA 95818 | 2772 13th Street, Sacramento, CA 95818 |
| 1385 3rd Avenue, Sacramento, CA 95818 | 2774 13th Street, Sacramento, CA 95818 |
| 1400 Markham Way, Sacramento, CA 95818 | 2776 13th Street, Sacramento, CA 95818 |
| 2771 14th Street, Sacramento, CA 95818 | 2778 13th Street, Sacramento, CA 95818 |
| 2773 14th Street, Sacramento, CA 95818 | 2780 13th Street, Sacramento, CA 95818 |

| | |
|---|---|
| 2784 13th Street, Sacramento, CA 95818 | 2782 13th Street, Sacramento, CA 95818 |
| 2786 13th Street, Sacramento, CA 95818 | 1156 3rd Avenue, Sacramento, CA 95818 |
| 2788 13th Street, Sacramento, CA 95818 | 1101 4th Avenue, Sacramento, CA 95818 |
| 2773 13th Street, Sacramento, CA 95818 | 1107 4th Avenue, Sacramento, CA 95818 |
| 2775 13th Street, Sacramento, CA 95818 | 1115 4th Avenue, Sacramento, CA 95818 |
| 2777 13th Street, Sacramento, CA 95818 | 1121 4th Avenue, Sacramento, CA 95818 |
| 2779 13th Street, Sacramento, CA 95818 | 1129 4th Avenue, Sacramento, CA 95818 |
| 2781 13th Street, Sacramento, CA 95818 | 1137 4th Avenue, Sacramento, CA 95818 |
| 2783 13th Street, Sacramento, CA 95818 | 1143 4th Avenue, Sacramento, CA 95818 |
| 2785 13th Street, Sacramento, CA 95818 | 1149 4th Avenue, Sacramento, CA 95818 |
| 2787 13th Street, Sacramento, CA 95818 | 1155 4th Avenue, Sacramento, CA 95818 |
| 2789 13th Street, Sacramento, CA 95818 | 1161 4th Avenue, Sacramento, CA 95818 |
| 2778 Regina Way, Sacramento, CA 95818 | 1167 4th Avenue, Sacramento, CA 95818 |
| 2780 Regina Way, Sacramento, CA 95818 | 1250 Vallejo Way, Sacramento, CA 95818 |
| 2782 Regina Way, Sacramento, CA 95818 | 1154 4th Avenue, Sacramento, CA 95818 |
| 2784 Regina Way, Sacramento, CA 95818 | 1160 4th Avenue, Sacramento, CA 95818 |
| 2800 Regina Way, Sacramento, CA 95818 | 1166 4th Avenue, Sacramento, CA 95818 |
| 2804 Regina Way, Sacramento, CA 95818 | 1172 4th Avenue, Sacramento, CA 95818 |
| 2808 Regina Way, Sacramento, CA 95818 | 1178 4th Avenue, Sacramento, CA 95818 |
| 2812 Regina Way, Sacramento, CA 95818 | 2900 Regina Way, Sacramento, CA 95818 |
| 2816 Regina Way, Sacramento, CA 95818 | 2904 Regina Way, Sacramento, CA 95818 |
| 1315 Vallejo Way, Sacramento, CA 95818 | 2908 Regina Way, Sacramento, CA 95818 |
| 1320 3rd Avenue, Sacramento, CA 95818 | 2914 Regina Way, Sacramento, CA 95818 |
| 1328 3rd Avenue, Sacramento, CA 95818 | 2916 Regina Way, Sacramento, CA 95818 |
| 1342 3rd Avenue, Sacramento, CA 95818 | 1157 Swanston Drive, Sacramento, CA 95818 |
| 1344 3rd Avenue, Sacramento, CA 95818 | 1153 Swanston Drive, Sacramento, CA 95818 |
| 1352 3rd Avenue, Sacramento, CA 95818 | 1149 Swanston Drive, Sacramento, CA 95818 |
| 1360 3rd Avenue, Sacramento, CA 95818 | 1150 Swanston Drive, Sacramento, CA 95818 |
| 1368 3rd Avenue, Sacramento, CA 95818 | 1154 Swanston Drive, Sacramento, CA 95818 |
| 2800 14th Street, Sacramento, CA 95818 | 1158 Swanston Drive, Sacramento, CA 95818 |
| 2789 14th Street, Sacramento, CA 95818 | 1162 Swanston Drive, Sacramento, CA 95818 |
| 2801 14th Street, Sacramento, CA 95818 | 2901 Riverside Boulevard, Sacramento, CA 95818 |
| 2809 14th Street, Sacramento, CA 95818 | 2907 Riverside Boulevard, Sacramento, CA 95818 |
| 2821 14th Street, Sacramento, CA 95818 | 2911 Riverside Boulevard, Sacramento, CA 95818 |
| 2825 14th Street, Sacramento, CA 95818 | 1106 4th Avenue, Sacramento, CA 95818 |
| 2901 14th Street, Sacramento, CA 95818 | 1112 4th Avenue, Sacramento, CA 95818 |
| 2909 14th Street, Sacramento, CA 95818 | 1118 4th Avenue, Sacramento, CA 95818 |
| 2917 14th Street, Sacramento, CA 95818 | 1124 4th Avenue, Sacramento, CA 95818 |
| 1401 Vallejo Way, Sacramento, CA 95818 | 1130 4th Avenue, Sacramento, CA 95818 |
| 1100 3rd Avenue, Sacramento, CA 95818 | 1136 4th Avenue, Sacramento, CA 95818 |
| 1108 3rd Avenue, Sacramento, CA 95818 | 1142 4th Avenue, Sacramento, CA 95818 |
| 1116 3rd Avenue, Sacramento, CA 95818 | 1148 4th Avenue, Sacramento, CA 95818 |
| 1124 3rd Avenue, Sacramento, CA 95818 | 1109 Swanston Drive, Sacramento, CA 95818 |
| 1132 3rd Avenue, Sacramento, CA 95818 | 1111 Swanston Drive, Sacramento, CA 95818 |
| 1140 3rd Avenue, Sacramento, CA 95818 | 1117 Swanston Drive, Sacramento, CA 95818 |
| 1148 3rd Avenue, Sacramento, CA 95818 | 1121 Swanston Drive, Sacramento, CA 95818 |

| | |
|---|---|
| 1129 Swanston Drive, Sacramento, CA 95818<br>1133 Swanston Drive, Sacramento, CA 95818<br>1137 Swanston Drive, Sacramento, CA 95818<br>1141 Swanston Drive, Sacramento, CA 95818<br>1145 Swanston Drive, Sacramento, CA 95818<br>1100 Swanston Drive, Sacramento, CA 95818<br>1108 Swanston Drive, Sacramento, CA 95818<br>1112 Swanston Drive, Sacramento, CA 95818<br>1116 Swanston Drive, Sacramento, CA 95818<br>1120 Swanston Drive, Sacramento, CA 95818<br>1124 Swanston Drive, Sacramento, CA 95818<br>2957 Govan Way, Sacramento, CA 95818<br>1138 Swanston Drive, Sacramento, CA 95818<br>1142 Swanston Drive, Sacramento, CA 95818<br>1146 Swanston Drive, Sacramento, CA 95818 | 1125 Swanston Drive, Sacramento, CA 95818 |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On August 5, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on August 5, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1