# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1  Executed this 8th day of August 2019, at New York, NY.
2
3  _____
4  Alain B. Francoeur
5
6
7
...
28

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: JOHN H. VERAJA, ESQ. | One Liberty Plaza | New York | NY | 10006-1404 |
| Irell & Manella LLP | Attn: MICHAEL H. STRUB, JR., ESQ. | 1800 Avenue of the Stars Suite 900 | Los Angeles | CA | 90067-4276 |
| McCormick Barstow LLP | Attn: ANNIE DUONG, ESQ. | 7647 North Fresno Street | Fresno | CA | 93720-2578 |
| Milbank LLP | Attn: GREGORY A. BRAY, ESQ. and DANIEL B. DENNY, ESQ. | 2029 Century Park East 33rd Floor | Los Angeles | CA | 90067-2901 |
| Milbank LLP | Attn: ALAN J. STONE, ESQ. | 55 Hudson Yards | New York | NY | 10001-2163 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: BRIAN S. HERMANN, ESQ. & ALAN W. KORNBERG, ESQ. | 1285 Avenue of the Americas | New York | NY | 10019-6031 |
| Stroock & Stroock & Lavan LLP | Attn: EREZ E. GILAD, ESQ. | 180 Maiden Lane | New York | NY | 10038-4982 |
| Stroock & Stroock & Lavan LLP | Attn: FRANK A. MEROLA, ESQ. | 2029 Century Park East | Los Angeles | CA | 90067-3086 |

# **Exhibit B**

SRF 34883

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 31, 2019 was filed on August 1, 2019. The following deadlines apply:

The parties have until Thursday, August 8, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, August 22, 2019.

If a request for redaction is filed, the redacted transcript is due Tuesday, September 3, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, October 30, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/7/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court