# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|                               **Debtors.** | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors (collectively, the "***Debtors***") in the above-captioned chapter 11 cases.

2.     Unless otherwise defined herein, capitalized terms are used as defined in the "*Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors*" [Docket No. 2806].

3.     On August 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Bar Date Service List attached hereto as **Exhibit A**:

- Notice of Deadline for Filing Proofs of Claim in Chapter 11 Cases, a copy of which is attached hereto as **Exhibit B** (the "***Standard Bar Date Notice***")

- A blank Proof of Claim Form, a copy of which is attached hereto as **Exhibit C** (the "***Standard Proof of Claim Form***")

4.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of August 2019, at New York, NY.

Alain B. Francoeur

Case: 19-30088    Doc# 3474    Filed: 08/08/19    Entered: 08/08/19 15:26:35    Page 2 of 25    SRF 34863

# **Exhibit A**

| MMLID | NAME | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 4915479 | ADP INC | GARNISHMENTS | 1950 HASSELL RD | | | SCHAUMBURG | IL | 60195 |
| 4915510 | ADVANCED MICROGRID SOLUTIONS INC | 936 MISSION ST FL 4 | | | | SAN FRANCISCO | CA | 94103-2970 |
| 4915565 | AFFORDABLE SELF STORAGE INC | 750 AVENUE E TREASURE ISLAND | | | | SAN FRANCISCO | CA | 94130 |
| 4976592 | Armendariz, Paul | ADDRESS ON FILE | | | | | | |
| 4912199 | Asp, Kelsie Marie | ADDRESS ON FILE | | | | | | |
| 4916463 | Auburn Service Center | Pacific Gas & Electric Company | 12840 Bill Clark Way | | | Auburn | CA | 95602-9527 |
| 5006335 | AWE Trust | Hartman, Jeff & Laurie | 1355 WATERLOO DR | | | Reno | NV | 89509 |
| 4981660 | Bell, Rose | ADDRESS ON FILE | | | | | | |
| 4917113 | BRADFORD ANDERSON MD INC | 5001 COMMERCE DR #100 | | | | BAKERSFIELD | CA | 93309-0648 |
| 4936553 | Budinko, Robert | 915 Vista Grande | | | | Upland | CA | 91784-1883 |
| 6123347 | Case, Christopher | ADDRESS ON FILE | | | | | | |
| 4912339 | Chapman, Lisa J | ADDRESS ON FILE | | | | | | |
| 4932999 | Chauvet, Eileen K. | 1010 30th St Apt 2 | | | | San Francisco | CA | 94107-2747 |
| 4918747 | COMMERCIAL REPAYMENT CENTER | NGHP | PO BOX 269003 | | | OKLAHOMA CITY | OK | 73126-9003 |
| 4987176 | Dale, Edgar | ADDRESS ON FILE | | | | | | |
| 4913622 | Dunbar, Charles | ADDRESS ON FILE | | | | | | |
| 4920088 | Dutch Flats Power House | Pacific Gas & Electric Company | 12480 Bill Clark Way | | | Auburn | CA | 95602-9527 |
| 4913218 | Dutta, Mansi | ADDRESS ON FILE | | | | | | |
| 4920109 | DYNEGY POWER GENERATION INC | PO BOX 690 | | | | MOSS LANDING | CA | 95039 |
| 4920229 | EDF INC | 601 TRAVIS ST STE 1700 | | | | HOUSTON | TX | 77002 |
| 4920231 | EDF TRADING NORTH AMERICA LLC | 601 TRAVIS ST STE 1700 | | | | HOUSTON | TX | 77002 |
| 4920334 | ELECTRIC CLOUD INC | 125 S MARKET ST STE 400 | | | | SAN JOSE | CA | 95113-2241 |
| 4942539 | Enterprise Rent A Car ELCO Claims Services-Pavone, David | PO Box 130 | | | | Midvale | UT | 84047-0158 |
| 4982461 | Erskine, Ronald | ADDRESS ON FILE | | | | | | |
| 6123415 | Everett Waining, Jr. and Rosmarie Waining | Prindle Goetz Barnes & Reinholtz, LLP | 1340 Treat Blvd Ste 120 | | | Walnnut Creek | CA | 94597-2188 |
| 4976591 | Ewert, Eleanor | ADDRESS ON FILE | | | | | | |
| 4920772 | EXABEAM INC | 2 WATERS PARK DR STE 200 | | | | SAN MATEO | CA | 94403-1178 |
| 4924698 | FAGAN, MARIA | ADDRESS ON FILE | | | | | | |
| 4938464 | Fells, Dana | 1140 Monarch Ln Apt 202 | | | | Pacific Grove | CA | 93950-2307 |
| 4920986 | FIRST AMERICAN TITLE COMPANY | 2800 W MARCH LN STE 210 | | | | STOCKTON | CA | 95210-8200 |
| 4914031 | Harper, Matthew Aaron | ADDRESS ON FILE | | | | | | |
| 4922224 | HEALTHIER KIDS FOUNDATION | SANTA CLARA COUNTY | 4040 MOORPARK AVE STE 100 | | | SAN JOSE | CA | 95117-1851 |
| 4922812 | INTERNATIONAL LEGAL TECHNOLOGY | 159 N SANGAMON ST #200 | | | | CHICAGO | IL | 60607 |
| 4922882 | ISABEL LION AND HER ATTORNEY | OF RECORD KEITH C RICKELMAN | 709 W ALAMOS AVE | | | FRESNO | CA | 93705-0512 |
| 4923497 | KATZAKIAN, JOSEPH BOZANT | LAW OFFICES OF BO KATZAKIAN | 3150 ALMADEN EXPY STE 147 | | | SAN JOSE | CA | 95118-1261 |
| 4911840 | Kutsal, Mehmet D | ADDRESS ON FILE | | | | | | |
| 6124334 | Levi, Simon | ADDRESS ON FILE | | | | | | |
| 4924317 | LIFFEY THAMES GROUP LLC | 250 MONTGOMERY ST STE 300 | | | | SAN FRANCISCO | CA | 94104-3428 |
| 4977216 | Liston, Francis | ADDRESS ON FILE | | | | | | |
| 4983197 | Lucas, Jack | ADDRESS ON FILE | | | | | | |
| 4913302 | Meyer, Donna M | ADDRESS ON FILE | | | | | | |
| 4921212 | MINOR MD, FRANK W | PO BOX 1840 | | | | CEDAR RIDGE | CA | 95924-1840 |
| 4925649 | MSLA A MEDICAL CORPORATION | MED SUPPORT LOS ANGELES A MED CORP | 5995 PLAZA DR # 514 | | | CYPRESS | CA | 90630-5028 |

Case: 19-30088    Doc# 3474    Filed: 08/08/19    Entered: 08/08/19 15:26:35    Page 4 of 25

| MMLID | NAME | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 4926090 | NORTH BEACH CITIZENS | 1034 KEARNY ST | | | | SAN FRANCISCO | CA | 94133-4525 |
| 4993642 | Otten, Edward | ADDRESS ON FILE | | | | | | |
| 4912533 | Pahulu, George | ADDRESS ON FILE | | | | | | |
| 4914300 | Payne, Bruce E | ADDRESS ON FILE | | | | | | |
| 4984568 | Perkins, Phyllis | ADDRESS ON FILE | | | | | | |
| 4927502 | QUALCORR ENGINEERING CORPORATION | 3159 COMMERCE CT | | | | CASTLE ROCK | CO | 80109-9458 |
| 4913393 | Quezada, Eric | ADDRESS ON FILE | | | | | | |
| 4997729 | Ramirez, Clara | ADDRESS ON FILE | | | | | | |
| 4913407 | Randall, Katelyn Serra Jean | ADDRESS ON FILE | | | | | | |
| 4914013 | Redmond, Jajuan R | ADDRESS ON FILE | | | | | | |
| 5006447 | Reneau, Alif | 6214 E Cortland Ave | | | | Fresno | CA | 93727-8953 |
| 4928222 | ROCCO J DERRICO JR LCSW | 2600 WOODSTREAM LN | | | | ROCKLIN | CA | 95677-2961 |
| 4913383 | Russo, Kyle Nicholas | ADDRESS ON FILE | | | | | | |
| 4986247 | Schaubroeck, Patricia | ADDRESS ON FILE | | | | | | |
| 4912444 | SCHMECK, CONNOR Wayne | ADDRESS ON FILE | | | | | | |
| 4929646 | Spaulding Power House | Pacific Gas & Electric Company | 12840 Bill Clark Way | | | Auburn | CA | 95602-9527 |
| 4911838 | Sweeney, Barbara L. | ADDRESS ON FILE | | | | | | |
| 4930278 | TACTICAL TELESOLUTIONS INC | 2121 N CALIFORNIA BLVD #260 | | | | WALNUT CREEK | CA | 94596-3572 |
| 4930878 | TODD OLIVAS & ASSOCIATES | 29995 TECHNOLOGY DR STE 205 | | | | MURRIETA | CA | 92563 |
| 4913678 | Toney, Chanise Kytona | ADDRESS ON FILE | | | | | | |
| 4997354 | Vosti, Eileen | ADDRESS ON FILE | | | | | | |
| 6117823 | Walsh II, Robert Leo | ADDRESS ON FILE | | | | | | |
| 4919591 | WATTENBURG, DEBBIE | 69015 BARCLAY CT | | | | SISTERS | OR | 97759 |
| 5807711 | WESTERN POWER & STEAM | 250 GREENWICH ST FL 29 | | | | NEW YORK | NY | 10007 |
| 4932225 | WISHON RADIOLOGICAL MEDICAL GRP INC | 7473 N INGRAM AVE STE 111 | | | | FRESNO | CA | 93711-5856 |
| 4911826 | Yamaguchi, Lindy Allison | ADDRESS ON FILE | | | | | | |
| 4932391 | YUBA INVESTMENTS NORTH MARKET LP | 770 N WALTON AVE STE 100 | | | | YUBA CITY | CA | 95993-9469 |
| 4914440 | Zhang, Xiaoxue | ADDRESS ON FILE | | | | | | |

**Exhibit B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**In re:**
**PG&E CORPORATION,**

     **- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**
                 **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES**

**TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:**

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("**PG&E Corp.**") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "**Utility**") | 19-30089 (DM) |

     The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**[1]") establishing **October 21, 2019** at **5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United Sates Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of**

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Bar Date Order.

1

**Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

## 1. WHO MUST FILE A PROOF OF CLAIM

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## 2. WHAT TO FILE

### A. Claimants other than Holders of Fire Claims

The Debtors are enclosing a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors

2

(collectively, the "**Schedules**"), the Standard Proof of Claim form also sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) provided by the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (include only the year), the name of a minor (include only the minor's initials), or a financial account number (include only the last four (4) digits of such account number).

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

3

**B. Fire Claimants and Wildfire Subrogation Claimants**

Pursuant to the Bar Date Order, and all matters related thereto (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the wildfires that occurred in Northern California prior to the Petition Date (January 29, 2019) (the "**Northern California Fires**[2]"), including any claim held by a Wildfire Subrogation Claimant, is referred to herein as a "**Fire Claim**"; (b) any person or entity, including any Governmental Unit, holding a Fire Claim (other than a Wildfire Subrogation Claimant) is referred to herein as a "**Fire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Fire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to herein as a "**Wildfire Subrogation Claimant**".[3]

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss or liability in any way relation to or resulting from the Northern California Fires, you or your authorized agent or attorney **MUST** file a Proof of Claim for your Fire Claim prior to the Bar Date in accordance with the instructions in this notice. Proof of Claim forms for Fire Claimants (a "**Fire Claimant Proof of Claim Form**") and Wildfire Subrogation Claimants (a "**Wildfire Subrogation**

---

[2] The Northern California Fires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.

[3] Notwithstanding anything herein to the contrary, for purposes of the Bar Date Order, (i) Fire Claims shall not include any claims of any Governmental Unit of the State of California (each a "**California State Agency**") related to or in any way arising from the Northern California Fires, (ii) no California State Agency shall be included as a Fire Claimant, and (iii) the claims of any California State Agency may be submitted utilizing the Standard Proof of Claim Form in accordance with the procedures set forth herein and otherwise applicable law.

4

Claimant Proof of Claim Form" and, together with the Fire Claimant Proof of Claim Form, the "**Fire Proof of Claim Forms**") are available at the Case Website. Substantially all of the information requested in the applicable Fire Proof of Claim Form must be provided. All timely filed Fire Proof of Claim Forms shall be deemed filed against both PG&E Corp. and the Utility.

You or your authorized agent or attorney **MUST** file a Proof of Claim on account of your Fire Claim even if you may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to your Fire Claim. **You may but are not required to attach supporting documentation to your Fire Proof of Claim Form. Please be advised, if supporting documentation is attached by any claimant to a Fire Proof of Claim Form, such supporting documentation will be publicly available as a part of such claimant's Fire Proof of Claim Form**; *provided* that, pursuant to the agreement between the Debtors and the Wildfire Subrogation Claimants, Attachment 1 to the Wildfire Subrogation Claimant Proof of Claim Form and any other individual claim information subsequently submitted by any Wildfire Subrogation Claimant to Prime Clerk will remain confidential and will not be made available to the general public, and copies of such subsequent information will only be provided on a confidential and professionals' eyes only basis to the Debtors, the Committees, the U.S. Trustee, and any additional parties the Court directs but only after each such party agrees to keep the subsequent information confidential, subject to the right of the party submitting such information to be heard with respect to such disclosure.

**3. SPECIAL PROVISIONS FOR CUSTOMERS**

If you are a residential or non-residential customer of the Debtors (each a "**Customer**") and you believe you have a claim against the Debtors relating to the period prior to the Petition Date, you **MUST** file a Standard Proof of Claim Form by the Bar Date. **Customers are not required to file proofs of claim for ordinary and customary refunds, overpayments, billing credits, deposits or**

5

similar billing items.

**4. WHEN AND WHERE TO FILE**

     All Proofs of Claim (including any proofs of claim of Fire Claimants, Wildfire Subrogation Claimants, Governmental Units, and Customers) must be filed so as to be received on or before **October 21, 2019** at **5:00 p.m. (Prevailing Pacific Time)** as follows:

     **If electronically:**

     The Case Website established by Prime Clerk, using the interface available on such website under the link entitled "Submit a Claim" (the "**Electronic Filing System**").

     **If by first class mail:**

     PG&E Corporation Claims Processing Center
     c/o Prime Clerk LLC
     Grand Central Station, PO Box 4850
     New York, NY 10163-4850

     **If by overnight courier:**

     PG&E Corporation Claims Processing Center
     c/o Prime Clerk LLC
     850 Third Avenue, Suite 412
     Brooklyn, NY 11232

     **If by hand delivery:**

     PG&E Corporation Claims Processing Center
     c/o Prime Clerk LLC
     850 Third Avenue, Suite 412
     Brooklyn, NY 11232

     -or-

     At one of the Debtors' Claim Service Centers located at the following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

6

Proofs of Claim will be deemed filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. If you submit a Proof of Claim via the Electronic Filing System, you will receive an email confirmation generated from the Electronic Filing System with an image of your filed Proof of Claim Form. Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

## 5. WHO NEED **NOT** FILE A PROOF OF CLAIM

You do **not** need to file a Proof of Claim on or before the Bar Date if you are:

(a) any person or entity whose claim is listed on the Schedules; *provided* that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any party asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code was required to file such claim by April 22, 2019 as established in the Bankruptcy Court's *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 725]);

(d) any person or entity who holds a claim that heretofore has been allowed by Order of the Bankruptcy Court entered on or before the Bar Date;

(e) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk against the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or

7

preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided, however,* that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and other fees and expenses under any agreements (a "**Debt Claim**") governing any prepetition, unsecured revolving credit loan, term loan, notes, bonds, debentures, or other debt securities, in each case, issued by or on behalf of any of the Debtors (collectively, the "**Debt Instruments**"); *provided, however,* that (i) the foregoing exclusion shall not apply to the indenture trustee, owner trustee, pass-through trustee, subordination agent, registrar, paying agent, administrative, loan or collateral agent, or any other entity serving in a similar capacity however designated (collectively, an "**Indenture Trustee**") under the applicable Debt Instrument, (ii) each such Indenture Trustee shall be required to file a Standard Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instrument; *provided, however,* that an Indenture Trustee will be permitted, in lieu of attaching voluminous documentation, to file with its Proof of Claim a summary of the applicable Debt Instrument and other operative documents, on the condition that such documents will be made available by the Indenture Trustee within ten (10) business days after receipt of a written request from a party in interest, and (iii) any holder of a Debt Claim that has a claim arising out of or relating to a Debt Instrument other than a Debt Claim must file a Standard Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies;

(i) any person or entity whose claim against the Utility arises solely from amounts due to the California Independent System Operator Corporation ("**CAISO**"), California Power Exchange Corporation ("**PX**") and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by the Utility and other market participants in markets operated by the CAISO and the PX that are subject to determination by the Federal Energy Regulatory Commission ("**FERC**") in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related sub-dockets, and any amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, other written agreements, or court orders (including orders entered in the chapter 11 case styled In re California Power Exchange Corporation, Case No. LA 01-16577 ES) that expressly relate thereto;

(j) any Customer whose claims is limited exclusively to ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items;

(k) either Debtor having a claim against the other Debtor in these Chapter 11 Cases; or

(l) any person or entity who holds a claim solely to the extent that such claim arises from an event that occurred after January 29, 2019.

Notwithstanding anything herein or in the Bar Date Order to the contrary, any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim Form as set forth in the Bar Date Order, shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim Form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of the Bankruptcy Court.

This notice may be sent to many persons that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. **The fact that you have received this notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.**

## 6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you hold a claim arising out of or relating to the rejection of an executory contract or unexpired lease you must file a Standard Proof of Claim Form based on such rejection by the later of (i) the Bar Date, and (ii) the date that is thirty (30) days following the entry of the Bankruptcy Court's order approving such rejection (which order may be the order confirming a chapter 11 plan for the Debtors), or be forever barred from doing so. Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a claim for damages that arises from or relates to the rejection of the executory contract or unexpired lease) must file a Standard Proof of Claim Form for such amounts on or before the Bar Date unless an exception identified in Section 5 above applies.

9

## 7.  CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM
   ## BY THE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 5 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN ACCORDANCE WITH THE BAR DATE ORDER SHALL **NOT** BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED OR CONFIRMED IN THESE CHAPTER 11 CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

## 8.  THE DEBTORS' SCHEDULES AND ACCESS THERETO

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules.  To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed Standard Proof of Claim Form(s) regarding the nature, amount, and status of your claim(s).  If you received postpetition payments from the Debtors (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed Standard Proof of Claim Form should reflect the net amount of your claim(s). Other than with respect to Fire Claims, if the Debtors believe that you hold claims against more than one Debtor, you will receive multiple Proof of Claim Forms, each of which will reflect the nature and amount of your claim against one Debtor, as listed in the Schedules.

If you rely on the Debtors' Schedules or the enclosed Standard Proof of Claim Form(s), it is your responsibility to determine that the claim accurately is listed on the Schedules.  However, you may rely on the enclosed form, which lists the amount of your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is disputed, contingent, or unliquidated.

10

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, **and** if your claim is not described as "disputed," "contingent," or "unliquidated," you need **not** file a Proof of Claim.  **Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date, in accordance with the procedures set forth in this notice.**  For the avoidance of doubt, if you have a Fire Claim and it is listed as "disputed," "contingent," or "unliquidated" you must file a Fire Proof of Claim Form.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, which is posted on (a) the Case Website and (b) on the Bankruptcy Court's website at http://www.canb.uscourts.gov.  A login and password to the Bankruptcy Court's Public Access to Electronic Records ("**PACER**") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Pacific Time), Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102.  Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk:

> PG&E Corporation
> c/o Prime Clerk LLC
> 850 Third Avenue, Suite 412
> Brooklyn, NY 11232
> Toll Free: (844) 339-4217
> Email: pgeinfo@primeclerk.com

**Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a Proof of Claim. A holder of a potential claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a Proof of Claim.**

11

Dated: July 1, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

12

# **Exhibit C**

**United States Bankruptcy Court, Northern District of California**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |
| ❏ PG&E Corporation (19-30088) |
| ❏ Pacific Gas and Electric Company (19-30089) |

<u>Official Form 410</u>

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ❏ No <br> ❏ Yes. From whom? _____ |

| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | Contact phone _____ <br> Contact email _____ | Contact phone _____ <br> Contact email _____ |

| | |
| --- | --- |
| 4. **Does this claim amend one already filed?** | ❏ No <br> ❏ Yes. Claim number on court claims registry (if known) _____      Filed on ____ / ____ / _____ <br>                                                          MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ❏ No <br> ❏ Yes. Who made the earlier filing? _____ |

Case: 19-30088    Doc# 3474    Filed: 08/08/19    Entered: 08/08/19 15:26:35    Page 20 of 25

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ _____ _____ _____ |
| 7. **How much is the claim?** | $_____ . **Does this amount include interest or other charges?**<br>    ☐ No<br>    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**     $_____<br><br>    **Amount of the claim that is secured:**     $_____<br><br>    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**     $_____<br><br>    **Annual Interest Rate** (when case was filed) _____%<br>    ☐ Fixed<br>    ☐ Variable |
| 10. **Is this claim based on a lease?** | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☐ Yes. Identify the property: _____ |

Case: 19-30088   Doc# 3474   Filed: 08/08/19   Entered: 08/08/19 15:26:35   Page 21 of 25

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
   First name          Middle name          Last name

Title  _____

Company  _____
   Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
   Number     Street

   _____
   City          State     ZIP Code

Contact phone  _____     Email  _____

Case: 19-30088   Doc# 3474   Filed: 08/08/19   Entered: 08/08/19 15:26:35   Page 22 of 25

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**