# Notice Recipients

District/Off: 0971−3   User: dchambers   Date Created: 8/9/2019
Case: 19−30088   Form ID: TRANSC   Total: 18

**Recipients submitted to the Claims Agent (Prime Clerk):**

- aty  Kevin J. Orsini  Cravath, Swaine & Moore LLP  825 Eighth Avenue  New York, NY 10019
- TOBIAS S. KELLER, ESQ.  JANE KIM, ESQ.  Keller & Benvenutti LLP  650 California Street Suite 1900  San Francisco, CA 94108
- STEPHEN KAROTKIN, ESQ.  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
- PAUL J. PASCUZZI, ESQ.  Felderstein Fitzgerald Willoughby & Pascuzzi LLP  500 Capitol Mall Suite 2250  Sacramento, CA 95814
- ANNADEL ANGELINE ALMENDRAS, ESQ.  California Department of Justice  455 Golden Gate Avenue Suite 11000  San Francisco, CA 94102
- TRACY LYNN WINSOR, ESQ.  California Department of Justice  1300 I Street Suite 125  Sacramento, CA 95814
- MARK CHARLES BAUMAN, ESQ.  ADRIAN SCOTT LOEWE, ESQ.  765 East Bell Road Suite 210  Scottsdale, AZ 85260
- KEVIN DALE BUSH, ESQ.  Cozen & O'Connor  501 West Broadway #1610  San Diego, CA 92101
- STEVEN M. CAMPORA, ESQ.  Dreyer Babich Buccola Wood Campora, LLP  20 Bicentennial Circle  Sacramento, CA 95826
- ERIC EVAN SAGERMAN, ESQ. and CECILY A. DUMAS, ESQ.  ROBERT A. JULIAN and KIMBERLY S. MORRIS  Baker & Hostetler LLP  11601 Wilshire Boulevard Suite 1400  Los Angeles, CA 90025
- LARS TERENCE FULLER, ESQ.  Baker & Hostetler LLP  1801 California Street Suite 4400  Denver, CO 80202
- KODY D. L. KLEBER, ESQ.  Baker & Hostetler LLP  811 Main St., #1100  Houston, TX 77002
- SANDER L. ESSERMAN, ESQ.  Stutzman, Bromberg, Esserman & Plifka  2323 Bryan Street Suite 2200  Dallas, TX 75201
- BRIAN S. HERMANN, ESQ.  ALAN KORNBERG, ESQ.  Paul, Weiss, Rifkind, Wharton & Garrison  1285 Avenue of the Americas  New York, NY 10019
- BERNARD JARON KORNBERG, ESQ.  Severson & Werson  1 Embarcadero Center Suite 2600  San Francisco, CA 94111
- ANDREW M. LEBLANC, ESQ.  Millbank LLP  1850 K Street, NW Suite 1100  Washington, DC 20006
- RICHARD ALAN MARSHACK, ESQ.  Marshack Hays LLP  870 Roosevelt  Irvine, CA 92620
- BENJAMIN P. MCCALLEN, ESQ.  Willkie Farr & Gallagher LLP  787 Seventh Avenue  New York, NY 10019

TOTAL: 18