Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF FRANK M. PITRE IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS** |

I, Frank M. Pitre, declare the following under penalty of perjury pursuant to 28 U.S.C. section 1746:

1. I submit this declaration in support of the motion of the Official Committee of Tort Claimants for an order determining procedures for jury trial rights. I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the State Bar of California and a partner in the law firm of Cotchett, Pitre & McCarthy, LLP.

3. After the 2017 North Bay fires occurred, individual victims filed personal injury, wrongful death, and property damage civil actions for damages suffered in or by reason of the fires against Pacific Gas & Electric Company ("**PG&E**") in Sonoma and Napa Counties. The litigation was eventually coordinated in a Judicial Council Coordination Proceeding entitled California North Bay Fire Cases, JCCP No. 4955, in the Superior Court of California for the County of San Francisco. I am one of the three co-lead counsel in the litigation.

4. My clients and many other victims of PG&E will be filing claims in the bankruptcy. Many clients and lawyers of victims are concerned that filing a claim or uploading information to the BrownGreer database will deprive them of any jury trial rights they may have under existing law.

5. On August 2, 2019, as part of my negotiations with Kevin Orsini, counsel to the Debtors, regarding submission of data to the BrownGreer database, I requested that Mr. Orsini to stipulate that that uploading information into the Brown Greer database will not constitute a waiver of any jury trial rights. The email chain is attached hereto as Exhibit A.

6. On August 3, 2019, Mr. Orsini declined to enter that stipulation. *See* Exhibit A.

*[remainder of page intentionally left blank]*

2

7. After further discussion about the issue, on August 3, 2019, Mr. Orsini suggested filing a motion that raises the jury trial issue and that the Debtors would respond in due course. *Id.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2019.

/s/ Frank M. Pitre
Frank M. Pitre
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Rd # 200
Burlingame, CA 94010
Tel: (650) 697-6000
Email: fpitre@cpmlegal.com