Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA  94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

<table>
<tr><td>

**In re:**

**PG&E CORPORATION**

    **-and-**

**PACIFIC GAS AND ELECTRIC COMPANY,**

               **Debtors.**

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*
</td><td>

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

***EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS**

[No hearing requested]
</td></tr>
</table>

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), hereby submits this Motion (the "**Motion to Shorten**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order shortening time for a hearing on the TCC's motion for entry of an order determining procedures for jury trial rights (the "**TCC Motion**"). In support of this Application, the TCC submits the Declaration of Joseph M. Esmont (the "**Esmont Declaration**") filed contemporaneously herewith. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.   BASIS FOR RELIEF SOUGHT

Pursuant to Bankruptcy Local Rule 9014-1(c)(2), a hearing on the TCC Motion requires at least twenty-one (21) days' notice of an opportunity for a hearing. Bankruptcy Local Rule 9006-1(a) provides that, except as set forth therein, "approval of the Court is required to enlarge or to shorten time to perform any act or file any paper pursuant to the Federal Rules of Civil Procedures, the Bankruptcy Rules, or these Bankruptcy Local Rules." B.L.R. 9006-1(a).

The Court's approval is warranted here. The bar date for filing claims is just over two months away, on October 21, 2019. Multiple thousands of personal injury victims will file claims in these Chapter 11 Cases. Many may wait until confirmation of preservation of their jury trial rights to file their claims.

2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Using the Court's 21 day notice period, the next available PG&E omnibus hearing date is

2    September 10, 2019. That hearing is only 41 days prior to the claims bar date in these cases. The

3    order would facilitate the filing of claims as quickly as possible and well in advance of the bar date.

4    To this end, the TCC requests that notice be shortened to permit the TCC Motion to be

5    heard as soon as possible. The TCC's proposal is for the Motion to be heard on August 14, 2019.

6    If that date is not available, the TCC requests that the Court hear the Motion as soon as practical

7    after that date, up to and including August 27, 2019. In any event, the TCC requests that the Court

8    set an appropriate objection deadline.

9    As stated in the Esmont Declaration, as of the filing of this Motion to Shorten, the Debtors

10    did not respond to this request.

11    **III.    NOTICE**

12    Notice of this Motion to Shorten will be provided to (i) the Debtors, c/o PG&E Corporation

13    and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105

14    (Attn: Janet Loduca, Esq.); (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New

15    York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed

16    attorneys for the Debtors; (iii) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San

17    Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the

18    Debtors; (iv) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982

19    (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029

20    Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the

21    administrative agent under the Debtors' debtor-in-possession financing facility; (v) Davis Polk &

22    Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David

23    Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors'

24    debtor-in-possession financing facility; (vi) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285

25    Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S.

26    Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as

27    counsel to the California Public Utilities Commission; (vii) the Office of the United States Trustee

28    for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102

Case: 19-30088    Doc# 3481    Filed: 08/08/19    Entered: 08/08/19 18:25:15    Page 3 of
4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); (viii) U.S. Nuclear Regulatory

2    Commission, Washington, DC 20555-0001 (Attn: General Counsel); (ix) U.S. Department of

3    Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,)

4    as counsel for United States on behalf of the Federal Energy Regulatory Commission; (x) Milbank

5    LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A.

6    Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S.

7    Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official

8    Committee of Unsecured Creditors; and (xi) those persons who have formally appeared in these

9    Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The TCC respectfully

10    submits that no further notice is required.

11        No previous request for the relief sought herein has been made by the TCC to this or any

12    other court.

13        **WHEREFORE**, the TCC respectfully requests entry of an order granting the Motion to

14    Shorten, and such other and further relief as the Court may deem just and appropriate.

15    Dated: August 8, 2019

16                            BAKER & HOSTETLER LLP

17                            By:    /s/ *Lauren T. Attard*

18                                  Lauren T. Attard

19                            *Counsel for The Official Committee of Tort Claimants*

20

21

22

23

24

25

26

27

28