Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **DECLARATION OF JOSEPH M. ESMONT IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, Joseph M. Esmont, declare the following under penalty of perjury pursuant to 28 U.S.C. section 1746:

1. I submit this declaration in support of the motion of the Official Committee of Tort Claimants for entry of an order shortening time for a hearing on the motion for entry of an order determining procedures for jury trial rights (the "**Jury Trial Motion**"). I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the State Bar of Ohio and a counsel at Baker & Hostetler LLP. I am admitted pro hac vice to this Court.

3. On August 7, 2019, I asked Mr. Orsini by email whether the Debtors would consent to the relief requested in the Jury Trial Motion; on August 8, 2019, Mr. Orsini indicated the Debtors would not consent.

4. On August 8, 2019, at 1:17 Pacific time, I asked Mr. Orsini by email whether the Debtors would consent to the Motion to Shorten Time, and I requested a response by 4:00 p.m. Pacific time. As of 4:30 p.m. Pacific time, Mr. Orsini had not yet responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2019.

_____
Joseph M. Esmont