| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 1160 Battery Street, Suite 100 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 628.208.6434 |
| 4 | Facsimile: 310.820.8859 |
| | Email: rjulian@bakerlaw.com |
| 5 | Email: cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| | Lauren T. Attard (SBN 320898) |
| 7 | BAKER & HOSTETLER LLP |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 8 | Los Angeles, CA 90025 |
| | Telephone: 310.820.8800 |
| 9 | Facsimile: 310.820.8859 |
| | Email: esagerman@bakerlaw.com |
| 10 | Email: lattard@bakerlaw.com |

Counsel for Official Committee of Tort Claimants

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Date: September 10, 2019 (unless shortened) |
| ■ Affects both Debtors | Time: 9:30 a.m. |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| | Response Deadline: September 3, 2019 (unless shortened) |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed the *Motion of the Official Committee of Tort Claimants for Entry of An Order Determining Procedures for Preserving Jury Trial Rights* (the "**Motion**"). Concurrently with the Motion, the TCC filed a motion to shorten time requesting that the Motion be heard on August 14, 2019, or as soon as practicable after that date. If that motion to shorten is denied, the Motion will be heard on September 10, 2019, at 9:30 a.m., and any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on September 3, 2019. All oppositions and responses must be filed and served pursuant to the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] ("**Case Management Order**"). Any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order. On July 25, 2019, PG&E filed a *Stipulation to Extend Time to Object* to August 7 [Dkt. No. 3204]. **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order**. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for

U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 8, 2019

**BAKER & HOSTETLER LLP**

By:   */s/ Lauren T. Attard*
      Lauren T. Attard

*Counsel for The Official Committee of Tort Claimant*