# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2019 THROUGH APRIL 30, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| John W. White | Corporate | 1974 | $1,500 | 19.80 | $29,700.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 25.50 | 38,250.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 147.20 | 220,800.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 41.00 | 61,500.00 |
| Erik R. Tavzel | Corporate | 1999 | 1,500 | 88.30 | 132,450.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 118.00 | 177,000.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 12.30 | 16,605.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 95.90 | 129,465.00 |
| David M. Stuart | Litigation | 1996 | 1,350 | 83.40 | 112,590.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 165.70 | 182,270.00 |
| **Total Partners:** | | | | **797.10** | **$1,100,630** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 212.0 | $217,300.00 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 216.10 | 220,422.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 216.0 | 218,160.00 |
| David A. Herman | Litigation | 2008 | 975 | 132.10 | 128,797.50 |
| Scott Reents | Litigation | 2008 | 975 | 160.90 | 156,877.50 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 196.20 | 188,352.00 |
| Jordan Peterson | Litigation | 2014 | 960 | 209.10 | 200,736.00 |
| Paul Sandler | Corporate | 2014 | 940 | 53.70 | 50,478.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 276.60 | 246,174.00 |
| Alison Miller | Litigation | 2015 | 890 | 35.10 | 31,239.00 |
| Michael Zaken | Litigation | 2015 | 890 | 137.40 | 122,286.00 |
| Peter Fountain | Litigation | 2016 | 855 | 222.10 | 189,895.50 |
| Salah M. Hawkins | Litigation | 2016 | 855 | 201.10 | 171,940.50 |
| Matthias Thompson | Litigation | 2016 | 855 | 117.0 | 100,035.00 |
| Samantha Bui | Litigation | 2017 | 840 | 17.0 | 14,280.00 |
| Sarah K. Johnson | Corporate | 2017 | 840 | 15.0 | 12,600.00 |
| Grant S. May | Litigation | 2017 | 840 | 253.50 | 212,940.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 104.0 | 87,360.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 130.50 | 109,620.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 162.30 | 136,332.00 |
| Marco Wong | Litigation | 2017 | 840 | 113.0 | 94,920.00 |
| Gabriella Abdalla | Litigation | 2013 (Admitted in Brazil) | 750 | 13.40 | 10,050.00 |
| Jessica Choi | Litigation | 2018 | 750 | 166.60 | 124,950.00 |
| Catriela Cohen | Corporate | 2018 | 750 | 13.10 | 9,825.00 |
| Michael Fahner | Corporate | 2018 | 750 | 161.40 | 121,050.00 |
| Allison Kempf | Litigation | 2018 | 750 | 167.20 | 125,400.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 227.90 | 170,925.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 53.10 | 39,825.00 |
| Victoria Ryan | Litigation | 2018 | 750 | 113.40 | 85,050.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Allison Tilden | Litigation | 2018 | 750 | 143.40 | 107,550.00 |
| Alex Weiss | Litigation | 2018 | 750 | 75.70 | 56,775.00 |
| Seann Archibald | Corporate | 2019 | 595 | 11.40 | 6,783.00 |
| Sara Bodner | Litigation | 2019 | 595 | 162.70 | 96,806.50 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 149.10 | 88,714.50 |
| Margaret Fleming | Corporate | 2019 | 595 | 171.10 | 101,804.50 |
| Sofia Gentel | Litigation | 2019 | 595 | 111.0 | 66,045.00 |
| Ciara Grubbs | Litigation | 2019 | 595 | 213.60 | 127,092.00 |
| Ya Huang | Corporate | 2019 | 595 | 165.50 | 98,472.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 142.60 | 84,847.00 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 88.80 | 52,836.00 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 127.20 | 75,684.00 |
| Lauren Phillips | Litigation | 2019 | 595 | 169.30 | 100,733.50 |
| Caleb Robertson | Litigation | 2019 | 595 | 242.70 | 144,406.50 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 92.10 | 54,799.50 |
| Ryan Sila | Litigation | 2019 | 595 | 128.10 | 76,219.50 |
| Emily Tomlinson | Corporate | 2019 | 595 | 67.20 | 39,984.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 259.0 | 146,335.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 132.90 | 75,088.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 99.50 | 41,292.50 |
| Michael Fessler | Litigation | 2011 | 415 | 239.60 | 99,434.00 |
| Jay Holt | Litigation | 1977 | 415 | 109.50 | 45,442.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 213.0 | 88,395.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 153.50 | 63,702.50 |
| Andrea Naham | Litigation | 1987 | 415 | 110.80 | 45,982.00 |
| Matthew Ng | Litigation | 2014 | 415 | 60.50 | 25,107.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 1.0 | 415.00 |
| Michael Pfeffer | Litigation | 2010 | 415 | 257.40 | 106,821.00 |
| Dianne Rim | Litigation | 2011 | 415 | 237.40 | 98,521.00 |
| Alain Rozan | Litigation | 1985 | 415 | 258.80 | 107,402.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 80.80 | 33,532.00 |
| Peter Truong | Litigation | 2004 | 415 | 234.70 | 97,400.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Andrew Weiner | Litigation | 1997 | 415 | 199.9 | 82,958.50 |
| **Total Associates:** | | | | **9,006.60** | **$6,135,202.50** |

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 67.00 | $26,800.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 19.00 | 7,315.00 |
| Lee Michael Stein | Litigation Technology | 375 | 31.20 | 11,700.00 |
| John C. McCormack | Litigation Case Manager | 360 | 40.10 | 14,436.00 |
| Roberto Severini | Litigation Technology | 360 | 30.00 | 10,800.00 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 32.90 | 11,021.50 |
| Laura De Feo | Litigation Legal Assistant | 310 | 143.10 | 44,361.00 |
| Elizabeth Greene | Litigation Legal Assistant | 310 | 63.80 | 19,778.00 |
| Scott Levinson | Litigation Legal Assistant | 310 | 93.10 | 28,861.00 |
| Matthew London | Litigation Legal Assistant | 310 | 170.80 | 52,948.00 |
| David Sizer | Litigation Legal Assistant | 310 | 85.00 | 26,350.00 |
| Jim V. Bell | Litigation Legal Assistant | 290 | 208.20 | 60,378.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 169.40 | 49,126.00 |
| Zachary Sanders | Litigation Legal Assistant | 290 | 150.60 | 43,674.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 290 | 205.70 | 59,653.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 231.10 | 67,019.00 |
| **Total Paraprofessionals:** | | | **1,741.00** | **$534,220.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,380.79 | 797.10 | $1,100,630 |
| Associates | 681.19 | 9,006.60 | 6,135,202.50 |
| Paraprofessionals | 306.85 | 1,741.00 | 534,220.50 |
| **Blended Attorney Rate** | **$738.07** | | |
| **Total Fees Incurred** | | 11,544.70 | 7,770,053.00 |
| **Less 50% Discount on Non-Working Travel Time** | | | (170,178.25) |
| **Total Adjusted Fees** | | | $7,599,874.75 |