# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 157.30 | $52,122.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 7.20 | 6,943.00 |
| AUTO | Automatic Stay | 1.50 | 1,226.00 |
| BARN | Bar Date and Claims Noticing Matter | 74.70 | 68,023.00 |
| CASE | General Case Strategy | 296.90 | 249,869.50 |
| CASH | Financing / Cash Collateral | 7.00 | 7,214.00 |
| COMM | Committee Matters | 182.20 | 166,619.50 |
| CRAV | Cravath Retention and Fee Application | 153.30 | 108,653.00 |
| CRED | Creditor Inquiries | 2.80 | 3,975.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 8.00 | 8,160.00 |
| ECUL | Executory Contracts and Unexpired Leases | 0.30 | 282.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 182.50 | 171,959.50 |
| GOVR | Corporate Governance and Securities Matters | 806.70 | 766,342.50 |
| HEAR | Hearings and Court Matters | 19.20 | 15,608.00 |
| INVS | Investigations | 922.70 | 748,115.50 |
| NONB | Non-Bankruptcy Litigation | 3,054.40 | 1,801,327.00 |
| OCMS | Other Contested Matters | 4.90 | 4,188.00 |
| OPRS | Business Operations Matters | 164.50 | 122,117.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 7.00 | 9,450.00 |
| PUBL | Public Relations Strategy | 2.70 | 2,383.00 |
| REGS | Regulatory & Legislative Matters | 2,433.30 | 1,311,372.00 |
| TRVL | Non-Working Travel Time | 467.80 | 170,178.25* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 13.40 | 10,506.00 |
| WILD | Wildfire Claims Matters | 2,574.40 | 1,793,241.00 |
| TOTAL | | 11,544.70 | $7,599,874.75 |

* - Non-Working Travel Time billed at 50% discount.