# EXHIBIT C

# EXPENSE SUMMARY
# FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $13,468.44 |
| Transportation | 8,993.21 |
| Courier/Mail Services | 2,032.34 |
| Duplicating | 1,142.54 |
| Special Disbursements (including Experts) | 4,464.89 |
| Travel | 189,168.66* |
| **Total Expenses Requested:** | **$219,270.08** |

\* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.