# **EXHIBIT A**

**Exhibit A**
Compensation by Professional
For the Period March 20, 2019 to May 31, 2019

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 122.40 | $ 77,165.25 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 148.10 | 88,384.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 115.20 | 59,915.00 |
| Eric Held | Managing Director | 495.00 | 12.00 | 5,940.00 |
| Nicholas Troszak | Managing Director | 485.00 | 121.20 | 52,307.25 |
| Shelly Cuff | Director | 360.00 | 88.90 | 30,384.00 |
| Spencer Ferrero | Director | 350.00 | 127.60 | 41,457.50 |
| Andrew Wagner | Director | 350.00 | 4.90 | 1,715.00 |
| Cathy Vance | Associate | 375.00 | 58.40 | 21,900.00 |
| Rowen Dizon | Associate | 230.00 | 5.70 | 1,311.00 |
| | | | 804.40 | $ 380,479.00 |