# **EXHIBIT B**

**Exhibit B**
Compensation by Work Task Code
For the Period March 20, 2019 to May 31, 2019

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| **Case Administration** | | | | |
| R. Brian Calvert | Sr. Managing Director | $ 640.00 | 1.50 | $ 960.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 0.60 | 345.00 |
| | Activity Total | | 2.10 | $ 1,305.00 |
| **Fee Application/Client Billing** | | | | |
| Thomas Jeremiassen | Sr. Managing Director | $ 575.00 | 0.30 | $ 172.50 |
| | Activity Total | | 0.30 | 172.50 |
| **Retention/Engagement Matters** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 13.40 | $ 9,179.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 4.60 | 2,944.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 0.50 | 287.50 |
| Eric Held | Managing Director | 495.00 | 2.70 | 1,336.50 |
| Nicholas Troszak | Managing Director | 485.00 | 1.40 | 679.00 |
| Cathy Vance | Associate | 375.00 | 46.40 | 17,400.00 |
| | Activity Total | | 69.00 | 31,826.00 |
| **Attend Court Hearings/Review Pleadings** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 1.00 | $ 685.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 1.20 | 768.00 |
| | Activity Total | | 2.20 | 1,453.00 |
| **Claims Analysis/Objections** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 78.90 | $ 54,046.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 120.80 | 77,312.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 82.30 | 47,322.50 |
| Eric Held | Managing Director | 495.00 | 9.30 | 4,603.50 |
| Nicholas Troszak | Managing Director | 485.00 | 93.10 | 45,153.50 |
| Shelly Cuff | Director | 360.00 | 79.90 | 28,764.00 |
| Andrew Wagner | Director | 350.00 | 4.90 | 1,715.00 |
| Spencer Ferrero | Director | 350.00 | 109.30 | 38,255.00 |
| Cathy Vance | Associate | 375.00 | 12.00 | 4,500.00 |
| Rowen Dizon | Associate | 230.00 | 5.70 | 1,311.00 |
| | Activity Total | | 596.20 | $ 302,983.00 |
| **Creditors and Creditors Committee Contact** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 9.60 | $ 6,576.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 9.50 | 5,462.50 |
| | Activity Total | | 19.10 | 12,038.50 |
| **Travel (at 1/2 Billing Rate)** | | | | |
| Bradley Sharp | President & CEO | $ 342.50 | 19.50 | $ 6,678.75 |
| R. Brian Calvert | Sr. Managing Director | 320.00 | 20.00 | 6,400.00 |
| Thomas Jeremiassen | Sr. Managing Director | 287.50 | 22.00 | 6,325.00 |
| Nicholas Troszak | Managing Director | 242.50 | 26.70 | 6,474.75 |
| Shelly Cuff | Director | 180.00 | 9.00 | 1,620.00 |
| Spencer Ferrero | Director | 175.00 | 18.30 | 3,202.50 |
| | Activity Total | | 115.50 | $ 30,701.00 |
| | Total | | 804.40 | $ 380,479.00 |