# **EXHIBIT C**

**Exhibit C**
Expense Summary
For the Period March 20, 2019 to May 31, 2019

| Reimbursable Expense | Amount |
|---|---:|
| Airfare | $ 8,565.39 |
| Hotel | 1,435.82 |
| Meals | 728.19 |
| Transportation | 1,792.18 |
| Miscellaneous | 141.11 |
| Total Expenses | $ 12,662.69 |