**EXHIBIT E**

Case: 19-30088 Doc# 3486-5 Filed: 08/09/19 Entered: 08/09/19 09:01:28 Page 1 of 3

**Reimbursable Expenses**

### Airfare

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 03/25/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to view fire damage areas | $ 533.96 |
| 03/31/19 | Thomas Jeremiassen | Flight change fare refund. | (16.00) |
| 03/31/19 | Bradley Sharp | Round trip airfare from Burbank to San Francisco to view fire damage areas. | 517.96 |
| 04/23/19 | Bradley Sharp | Round trip airfare from Burbank to San Francisco to attend case meetings. | 345.96 |
| 04/23/19 | Brian Calvert | Round trip airfare from Burbank to San Francisco to attend case meetings. | 345.96 |
| 04/24/19 | Bradley Sharp | Flight from Burbank to San Francisco and return flight from Oakland to Burbank to attend case meetings. | 465.97 |
| 04/24/19 | Brian Calvert | Flight from Burbank to San Francisco and return flight from Oakland to Burbank to attend case meetings. | 465.97 |
| 04/25/19 | Thomas Jeremiassen | Round trip airfare from Burbank to Oakland to attend case meetings. | 551.96 |
| 04/26/19 | Nicholas Troszak | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 411.60 |
| 04/29/19 | Bradley Sharp | Flight change fare refund | (197.99) |
| 04/29/19 | Shelly Cuff | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 357.60 |
| 05/09/19 | Bradley Sharp | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 515.96 |
| 05/10/19 | Nicholas Troszak | Round trip airfare from Burbank to San Francisco to attend case meetings. | 464.60 |
| 05/10/19 | Bradley Sharp | One way airfare from San Francisco to Los Angeles to attend case meetings. | 257.98 |
| 05/10/19 | Bradley Sharp | One way airfare from Burbank to San Francisco to attend case meetings. | 260.98 |
| 05/10/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to attend case meetings. | 503.60 |
| 05/10/19 | Spencer Ferrero | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 306.60 |
| 05/14/19 | Spencer Ferrero | Flight change fee from traveling to San Francisco to attend case meetings. | 25.00 |
| 05/14/19 | Shelly Cuff | Round trip airfare from Burbank to San Francisco to attend case meetings (including flight change fee). | 459.60 |
| 05/24/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to attend case meetings. | 561.96 |
| 05/24/19 | Nicholas Troszak | Round trip airfare from Burbank to San Francisco to attend case meetings. | 561.96 |
| 05/24/19 | Spencer Ferrero | Round trip airfare from Los Angeles to San Francisco to attend case meetings (including flight change fee). | 461.60 |
| 05/24/19 | Shelly Cuff | Round trip airfare from Burbank to San Francisco to attend case meetings (including flight change fee). | 402.60 |
| | | **Total Airfare** | **$ 8,565.39** |

### Hotel

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 03/31/19 | Bradley Sharp | Hotel stay at Chico Courtyard Marriott from 3/29/19 to 3/31/19 while viewing fire damage area. | $ 390.44 |
| 04/23/19 | Bradley Sharp | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 for meetings. | 522.69 |
| 04/23/19 | Brian Calvert | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 for meetings. | 522.69 |
| | | **Total Hotel** | **$ 1,435.82** |

### Meals

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 03/29/19 | Thomas Jeremiassen | Breakfast at Chico Courtyard Marriott while traveling to view fire damage areas | $ 2.68 |
| 03/29/19 | Thomas Jeremiassen | Dinner for Tom Jeremiassen and Bradley Sharp at Chico Courtyard Marriott while traveling to view fire damage areas. | 80.00 |
| 03/30/19 | Bradley Sharp | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 14.93 |
| 03/30/19 | Thomas Jeremiassen | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 13.79 |
| 03/31/19 | Bradley Sharp | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 18.05 |
| 03/31/19 | Thomas Jeremiassen | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 20.43 |
| 04/23/19 | Bradley Sharp | Dinner at Pabu for Brad Sharp, Brian Calvert, Bob Julian, Cecily Dumas and Kim Morris while in San Francisco for meetings. | 200.00 |
| 04/23/19 | Brian Calvert | Lunch at Bin 55 while traveling to San Francisco for meetings. | 31.96 |
| 04/23/19 | Brian Calvert | Dinner at Bin 55 for Brian Calvert and Bradley Sharp while traveling to San Francisco for meetings. | 80.00 |
| 04/23/19 | Brian Calvert | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 | 75.36 |
| 04/24/19 | Bradley Sharp | Breakfast at Go Bistro for Brad Sharp and Brian Calvert while traveling to San Francisco for meetings. | 43.56 |
| 04/29/19 | Brian Calvert | Breakfast at San Francisco Marriott Marquis while traveling to San Francisco for meetings | 5.15 |
| 04/29/19 | Shelly Cuff | Dinner at Arenas USA for while traveling to San Francisco for meetings. | 12.13 |
| 05/09/19 | Bradley Sharp | Lunch at Max's Eatz while traveling to San Francisco for meetings. | 22.87 |
| 05/14/19 | Nicholas Troszak | Lunch at Extra Virgin Olive Oil Café while traveling to San Francisco for meetings. | 30.85 |
| 05/14/19 | Spencer Ferrero | Lunch at Burger Joint while traveling to San Francisco for meetings. | 21.58 |
| 05/14/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco for meetings. | 3.80 |
| 05/14/19 | Shelly Cuff | Lunch at Extra Virgin Olive Oil Café while traveling to San Francisco for meetings. | 14.44 |
| 05/29/19 | Nicholas Troszak | Breakfast at Burbank Airport Food while traveling to San Francisco for meetings. | 3.42 |
| 05/29/19 | Spencer Ferrero | Dinner at Carl's Jr while traveling to San Francisco for meetings. | 9.83 |
| 05/29/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco for meetings. | 6.83 |
| 05/29/19 | Shelly Cuff | Lunch at Dogpatch while traveling to San Francisco for meetings. | 16.53 |
| | | **Total Meals** | **$ 728.19** |

**Exhibit E**
Expense Detail
For the Period March 20, 2019 to May 31, 2019

**Transportation**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 03/31/19 | Bradley Sharp | Rental car from Avis while traveling to Chico to tour fire damage areas. | $ 67.59 |
| 03/31/19 | Bradley Sharp | Fuel for rental car while traveling to Chico to tour fire damage areas. | 29.28 |
| 03/31/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to view fire damage areas. | 98.00 |
| 03/31/19 | Bradley Sharp | Parking at Burbank Airport while traveling to view fire damage areas. | 72.00 |
| 04/15/19 | Bradley Sharp | Taxi from home to Burbank Airport while traveling to San Francisco for meetings. | 60.60 |
| 04/23/19 | Bradley Sharp | Taxi from airport to hotel while traveling to San Francisco for meetings. | 58.50 |
| 04/24/19 | Bradley Sharp | Parking at Burbank Airport while traveling to San Francisco for meetings. | 48.00 |
| 04/24/19 | Bradley Sharp | Taxi from home to Burbank Airport while traveling to San Francisco for meetings. | 128.82 |
| 04/24/19 | Brian Calvert | Parking at Burbank Airport while traveling to San Francisco for meetings. | 48.00 |
| 04/29/19 | Nicholas Troszak | Parking at LAX while traveling to San Francisco for meetings. | 29.05 |
| 04/29/19 | Nicholas Troszak | Uber from counsel offices to airport in San Francisco for meetings. | 33.39 |
| 04/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| 04/29/19 | Thomas Jeremiassen | Public transportation for self and Nick Troszak to counsel offices in San Francisco for meetings. | 22.00 |
| 04/29/19 | Brian Calvert | Uber from counsel offices to airport in Oakland for meetings. | 83.88 |
| 04/29/19 | Brian Calvert | Uber from airport to counsel offices in San Francisco for meetings. | 64.96 |
| 04/29/19 | Brian Calvert | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| 04/29/19 | Shelly Cuff | Uber from home to LAX while traveling to San Francisco for meetings. | 37.66 |
| 04/29/19 | Shelly Cuff | Taxi from airport to counsel offices in San Francisco for meetings. | 63.10 |
| 04/29/19 | Shelly Cuff | Taxi from airport to home while traveling to San Francisco for meetings. | 58.86 |
| 05/09/19 | Bradley Sharp | Uber from home to Burbank Airport while traveling to San Francisco for meetings. | 31.34 |
| 05/09/19 | Bradley Sharp | Public transportation to counsel offices in San Francisco for meetings. | 23.00 |
| 05/09/19 | Bradley Sharp | Taxi from airport to home while traveling to San Francisco for meetings. | 71.22 |
| 05/14/19 | Bradley Sharp | Uber from Burbank Airport to home while traveling to San Francisco for meetings. | 18.65 |
| 05/14/19 | Bradley Sharp | Uber from home to Burbank Airport while traveling to San Francisco for meetings. | 30.14 |
| 05/14/19 | Bradley Sharp | Taxi from airport to counsel offices in San Francisco for meetings. | 60.60 |
| 05/14/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| 05/14/19 | Nicholas Troszak | Uber from counsel offices to airport while traveling to San Francisco for meetings. | 50.04 |
| 05/14/19 | Nicholas Troszak | Taxi from airport to counsel offices in San Francisco for meetings. | 20.30 |
| 05/14/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| 05/14/19 | Spencer Ferrero | Parking at LAX while traveling to San Francisco for meetings. | 40.00 |
| 05/14/19 | Shelly Cuff | Uber from counsel offices to airport while traveling to San Francisco for meetings. | 14.12 |
| 05/14/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for meetings. | 33.48 |
| 05/14/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for meetings. | 25.57 |
| 05/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| 05/29/19 | Thomas Jeremiassen | Public transportation to counsel offices in San Francisco for meetings. | 22.00 |
| 05/29/19 | Nicholas Troszak | Public transportation to counsel offices in San Francisco for meetings. | 22.00 |
| 05/29/19 | Spencer Ferrero | Taxi from airport to counsel offices in San Francisco for meetings. | 63.75 |
| 05/29/19 | Spencer Ferrero | Parking at LAX while traveling to San Francisco for meetings. | 31.52 |
| 05/29/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for meetings. | 25.87 |
| 05/29/19 | Shelly Cuff | Uber from counsel offices to airport while traveling to San Francisco for meetings. | 34.92 |
| 05/29/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for meetings. | 49.97 |
| | | **Total Transportation** | **$ 1,792.18** |

**Miscellaneous Expenses**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/01/19 | DSI | AT&T Teleconference | $ 5.28 |
| 04/30/19 | DSI | Photocopy charges - Los Angeles (490 pages @$0.10/page) | 49.00 |
| 04/30/19 | DSI | Photocopy charges - Chicago (10 pages @$0.10/page) | 1.00 |
| 05/22/19 | Spencer Ferrero | Data Set Fee | 25.00 |
| 05/23/19 | DSI | AT&T Teleconference | 21.15 |
| 05/29/19 | Shelly Cuff | Wi-Fi while flying from Burbank to San Francisco | 5.99 |
| 05/31/19 | DSI | Photocopy charges - Los Angeles (168 pages @$0.10/page) | 16.80 |
| 05/31/19 | DSI | Photocopy charges - Chicago (19 pages @$0.10/page) | 1.90 |
| 05/31/19 | Shelly Cuff | Data Set Subscription | 14.99 |
| | | **Total Miscellaneous** | **$ 141.11** |
| | | **Total Expenses** | **$ 12,662.69** |

Case: 19-30088    Doc# 3486-5    Filed: 08/09/19    Entered: 08/09/19 09:01:28    Page 3