Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>     -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                         Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**EXHIBIT A TO DECLARATION OF FRANK M. PITRE IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS (Dkt. Nos. 3479, 3480)** |

**From:** Frank Pitre <FPitre@cpmlegal.com>
**Date:** August 3, 2019 at 6:37:36 PM PDT
**To:** Kevin Orsini <KOrsini@cravath.com>
**Cc:** Steven Skikos <sskikos@skikos.com>, "Michael A. Kelly" <MKelly@walkuplawoffice.com>, Steve Campora <scampora@dbbwc.com>
**Subject: Re: PG&E**

> Thanks
>
> Sent from my iPhone
>
> On Aug 3, 2019, at 6:15 PM, Kevin Orsini <KOrsini@cravath.com> wrote:
>
>> Frank,
>>
>> We agree that the Brown Greer dispute is and should be separate from any jury trial issue dispute.
>>
>> There is a motion before the court presently to set estimation procedures, as well as your motion to lift the stay. If you would like to file some other motion that you believe raises the jury trial issue, you are of course free to do so and we will respond in due course.
>>
>> I don't know why the edits did not come through, but attached is a pdf version that shows the clarifications.
>>
>> Kevin
>>
>> ---
>>
>> This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
>>
>> Sent from my iPad
>>
>> On Aug 3, 2019, at 4:40 PM, Frank Pitre <FPitre@cpmlegal.com> wrote:
>>
>>> Kevin:
>>> The issue of Jury Trial Waiver is important for all claimants to understand going into the process. If we cannot reach agreement, I suggest we take up the issue with the Court and set a short briefing schedule to get the issue resolved. I this manner we separate the dispute from access to Brown Greer.

As to the Brown Greer edits, my version does not show those edits in redline or highlights, so I can easily make sure I understand any changes. If you could send in some format to highlight the changes, it would be appreciated.

I will need to process this with the rest of my group, and get back Monday am.

Best Frank

Sent from my iPhone

On Aug 3, 2019, at 1:15 PM, Kevin Orsini <KOrsini@cravath.com> wrote:

> Frank,
>
> The Debtors are not prepared to enter into any stipulation concerning jury trial rights that claimants may or may not have in connection with the Chapter 11 proceedings. That issue will need to be addressed based on the existing law governing these proceedings.
>
> I have made a few clarifying edits in the attached version of the agreement based on discussions to date. These changes do not change the substance, but are designed to avoid ambiguity for both sides. We are prepared to move forward with the agreement with those changes.
>
> Kevin
>
> ---
>
> This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
>
>
>
> Sent from my iPad
>
> On Aug 2, 2019, at 1:16 PM, Fránk Pitre <FPitre@cpmlegal.com> wrote:
>
>> Kevin:
>>
>> We are prepared to finalize and accept the terms reflected in the attachment to this email, with the additional provision that:

"Claimants submission of information into the Brown Greer system for use in connection with these bankruptcy proceedings, including the filing of claims in bankruptcy, shall not constitute a waiver of their right to jury trial for any claim which seeks recovery for damages arising from wrongful death or personal injury".

If the additional term is acceptable, we have a complete agreement.

Please confirm as soon as you can so we will know how to deal with the presently issued subpoenas for Brown Greer data. Call me with any questions (650) 697-6000 or (650 245-8020.

Thanks Kevin


Frank M. Pitre
*Partner*
**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road, Suite 200 | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email:
fpitre@cpmlegal.com

**CONFIDENTIALITY NOTICE:** This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all