| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On August 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**; and via first class mail on the Master Hard Copy Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 3396]

- Declaration of John Boken in Support of Second Lease Extension Motion [Docket No. 3397]

- Declaration of Jessica Liou in Support of Second Lease Extension Motion [Docket No. 3398]

- Notice of Hearing on Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Second Lease Extension Motion") [Docket No. 3400]

3. Additionally, on August 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be delivered via first class mail to U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, PG&E Corp. Chambers Copy, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102:

- Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 3396]

- Declaration of John Boken in Support of Second Lease Extension Motion [Docket No. 3397]

- Declaration of Jessica Liou in Support of Second Lease Extension Motion [Docket No. 3398]

- Notice of Hearing on Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Second Lease Extension Motion") [Docket No. 3400]

4. On August 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Lease Contract Counterparties Email Service List attached hereto as **Exhibit C**; and via first class mail on the Lease Contract Counterparties Hard Copy Service List attached hereto as **Exhibit D**:

- Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 3396]

- Declaration of John Boken in Support of Second Lease Extension Motion [Docket No. 3397]

2

- Declaration of Jessica Liou in Support of Second Lease Extension Motion [Docket No. 3398]

- Notice of Hearing on Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Second Lease Extension Motion") [Docket No. 3400]

5.      I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of August 2019, at New York, NY.

_____
Alain B. Francoeur

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 3 of 26                                                                                    SRF 34931

**Exhibit A**

# Exhibit A

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | john.mitchell@akerman.com yelena.archiyan@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com |
| ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com steven.fruchter@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Bank of America | Attn: John McCusker | John.mccusker@bami.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com jfiske@baronbudd.com |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 5 of 26

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higham | chigashi@bkolaw.com thigham@bkolaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| BIALSON, BERGEN & SCHWAB | Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq. | Klaw@bbslaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | dgooding@choate.com |
| Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | jmarshall@choate.com |
| CKR Law, LLP | Attn: Kristine Takvoryan | otakvoryan@ckrlaw.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | mschierberl@cgsh.com |
| COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'Connor | Attn: Fulton Smith, III | fsmith@cozen.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | bmullan@crowell.com |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 6 of 26

## Exhibit A

### Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | sgarabato@epiqglobal.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com peter.ivanick@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn Erin N Brady | erin.brady@hoganlovells.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com |
| Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | katie.coleman@hugheshubbard.com |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com astrabone@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 7 of 26

# Exhibit A

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com sjordan@jhwclaw.com ecf@jhwclaw.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | bfeder@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | bkleinman@kilpatricktownsend.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Paul M. Rosenblatt, Esq. | prosenblatt@kilpatricktownsend.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | acaton@kramerlevin.com mwasson@kramerlevin.com |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com cvillegas@labaton.com jdubbin@labaton.com |
| LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com tkelch@lkfirm.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com andrew.parlen@lw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | lwelsh@lkwelshlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Amy.Goldman@lewisbrisbois.com Jasmin.Yang@lewisbrisbois.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |

# Exhibit A

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | abehlmann@lowenstein.com golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | Craig@MarguliesFaithLaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | demerzian@mccormickbarstow.com |
| McKool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com Gbray@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com ablevin@mintz.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | Joshua.Bevitz@ndlf.com |
| NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | joe@norcallawgroup.net |
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | jrapisardi@omm.com nmitchell@omm.com dshamah@omm.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | ipachulski@pszjlaw.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com brosen@proskauer.com mzerjal@proskauer.com |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com sma@proskauer.com |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com rbryson@robinscloud.com |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | keith.wofford@ropesgray.com daniel.egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com |
| ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com pbosswick@ssbb.com |
| SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | erlamblaw@gmail.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | charney@seyfarth.com |
| Shearman & Sterling LLP | Attn: Daniel Laguardia | daniel.laguardia@shearman.com |
| Shearman & Sterling LLP | Attn: C. Luckey McDowell | lucky.mcdowell@shearman.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | sfarzan@sheppardmullin.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | michael.torkin@stblaw.com ngoldin@stblaw.com kmclendon@stblaw.com jamie.fell@stblaw.com |
| SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | john@slffirm.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com patricia.cirucci@sce.com |
| Steve Christopher | | sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | pglassman@sycr.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com taylor@sbep-law.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | Erika.Schoenberger@davey.com |
| TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com kortiz@teamtogut.com aoden@teamtogut.com aglaubach@teamtogut.com |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com matthew.roberts2@troutman.com |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 11 of 26

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org tlong@turn.org |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | Attn:  Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Attn:  Office of General Counsel | secbankruptcy@sec.gov |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.combusch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn:  Riiley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | cgray@unioncounsel.net |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com mbrown@whitecase.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |

**Exhibit B**

# Exhibit B

Master Hard Copy Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>One Front Street<br>Suite 3200<br>San Francisco CA 94111 |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms<br>7647 North Fresno Street<br>Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 14 of 26

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. 2020 Eye Street Bakersfield CA 93301 |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements 1390 Market Street 7th Floor San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel U.S. NRC Region IV 1600 E. Lamar Blvd. Arlington TX 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel Washington DC 20555-0001 |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke 601 Union Street Suite 4100 Seattle WA 98101-2380 |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 15 of 26

**Exhibit C**

# Exhibit C

## Lease Contract Counterparties Email Service List
### Served via email

| MMLID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 6161003 | 1415 MERIDIAN PLAZA INVESTORS LP | Attn: Taylor Waterman | Taylor@aktproperties.com |
| 6058755 | 1415 MERIDIAN PLAZA INVESTORS LP | Attn: General Counsel | Taylor@AKTproperties.com |
| 5865675 | 25th District Agricultural Assn | Attn: Joseph Anderson | janderson@napavalleyexpo.com |
| 6116084 | 3551 Pegasus Partners LP | Attn: Taylor Judkins | taylorjudkins@gmail.com |
| 6161454 | 3900 WEST LANE BUILDING | Attn: RICK JOHNSON | basils44@yahoo.com |
| 6116086 | ALEXANDER R. MCGEOCH, DDS, and CAROLE MCGEOCH | Attn: Carole McGeoch | piamcg1@gmail.com |
| 6116088 | ARTHUR N. CLEMENS, JR. TRUST | Attn: General Counsel | arthurnclem@gmail.com |
| 5865247 | Aviation Consultants, Inc. | Attn: General Counsel | ARobillard@sljc.net |
| 6116090 | BARNES DESIGN, INC | Attn: General Counsel | jeff.barnes@colliers.com |
| 6116092 | C&S PROPERTIES | Attn: General Counsel | gregc@vallejonissan.com |
| 6161223 | California Redwood Company | Attn: Jim Roby and Jack Blakeley | ncenvironmental@yahoo.com; joseph.sumberg@gs.com |
| 6161455 | CENTRAL VALLEY ASSOCIATES | Attn: Karen Sears | ksears@sdlmanagementcompany.com |
| 6116099 | Christopher J. Corrigan, Trustee ("Christopher J. Corrigan Family Trust") | Attn: Connie Diemer | conniediemer@gmail.com |
| 6063808 | CITY OF AUBURN | Attn: General Counsel | cshafer@auburn.ca.gov |
| 6063808 | CITY OF AUBURN | Attn: General Counsel | cshafer@auburn.ca.gov |
| 6063808 | CITY OF AUBURN | Attn: General Counsel | cshafer@auburn.ca.gov |
| 6063808 | CITY OF AUBURN | Attn: General Counsel | cshafer@auburn.ca.gov |
| 4973988 | City of Hollister | Attn: City Manager | coh-manager@hollister.ca.gov |
| 6116094 | CITY OF SANTA ROSA | Attn: Stephanie Valkovic | svalkovic@srcity.org |
| 6071160 | CIVIC CENTER SQUARE, INC. | Attn: General Counsel | julie@civiccentersquare.com |
| 6071160 | CIVIC CENTER SQUARE, INC. | Attn: General Counsel | julie@civiccentersquare.com |
| 6161466 | CLIFFORD & BROWN | Attn: GROVER WALDEN | HerbTaylor@wpdavies.com |
| 6161116 | Colliers International | Attn: Angela Foster | angela.foster@colliers.com |
| 6116097 | Concord Jet Services, Inc. | Attn: Jonathan Kendler | jkendler@centurymgmt.com |
| 6116143 | County of Solano | Attn: Dave Daly | drdaly@solanocounty.com |

In re: PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 17 of 26

# Exhibit C
## Lease Contract Counterparties Email Service List
### Served via email

| MMLID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 6116100 | Creekside Business Park Owner LLC | Attn: Joseph Sumberg | Joseph.Sumberg@gs.com |
| 6116101 | Dan Borden and Jeannie Borden, Trustees of the Dan Borden and Jeannie Borden Community Property Living Trust as restated April 2, 1999 | Attn: Jeannie Borden | danjean36@aol.com |
| 4919388 | DANA BUTCHER & ASSOCIATES | Attn: General Counsel | Lgranda@danabutcher.com |
| 6161457 | Dana Butcher, Receiver (1247) | Attn: Mr. Dana Butcher | dbutcher@danabutcher.com |
| 6116087 | DAVID J. MARTINELLI and GARY L. MARTINELLI, TRUSTEES of the Alice Martenelli Special Trust No. 1, UDT date December 19, 1998, David Martinelli, Trusteed of the Martinelli Family Trust, UDT dated July 9, 2008, and Gary Martinelli, and individual | Attn: DAVE MARTINELLI | dave@tolayvista.com |
| 6116102 | DAVID R. THEOBALD, JR. and LINDA I. THEOBALD, as Trustees of the Theobald Family Revocable Trust dated February 22, 2007 | Attn: General Counsel | dave@turmaninc.com |
| 6161018 | DCPII-SAC-3065 Gold Camp Drive, LLC | Attn: Sarah Wayson | swayson@cvreit.com |
| 6161229 | Donald R. Travers and Ella H. Travers, Trustees, TRAVERS REVOCABLE INTER VIVOS TRUST DATED SEPTEMBER 1, 1995 | Attn: Don Travers | ehtravers@sbcglobal.net |
| 6116104 | Ergonis Land Company, LP | Attn: General Counsel | fredergonis@gmail.com |
| 6161020 | FRANKIE L APPLING | Attn: Carrie Appling | carrieproperties@aol.com |
| 6116107 | GATEWAY OAKS CENTER, LLC | Attn: General Counsel | elizabeth@btvcrown.com |
| 6116108 | Geweke Family Partnership Limited Partnership | Attn: Adrianna Silveira | asilveira@g-rem.com |
| 6116109 | Granite Creek Apartments | Attn: Granite Creek Apartments | cbragg@channelprop.com |
| 6116110 | HARSCH INVESTMENT CORPORATION | Attn: General Counsel | RobinF@harsch.com |
| 6116111 | Holly Commerce Center, LLC | Attn: Steve Cortese | steve@corteseinvestment.com |
| 6116113 | James O`Bannon and Gage Chrysler | Attn: James O'Bannon | jobannon@rhainc.com |
| 6116115 | JFG CAPITOLA-WINFIELD PARTNERS | Attn: Paul Biagini | paul@biaginiproperties.com |
| 6116116 | JOHN ALLEN DYE | Attn: c/o Lisa Olsen | lolsen@lakeport.k12.ca.us |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 18 of 26

| MMLID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 6161458 | JOHN AND NAOMI CARLTON FAMILY TRUST (successor to JOHN H. CARLTON), JAMES W. CARLTON and LESLIE E. CARLTON | Attn: James Carlton | carltonenterprises@frontiernet.net |
| 6161155 | John D. Souza and Wilma Y. Souza, Trustees | Attn: John Souza | yve@velotech.net |
| 6116151 | JOSEPH HENSLER AND GAYLE HENSLER, TRUSTEES OF THE HENSLER FAMILY TRUST, DATED FEBRUARY 26, 2003 | Attn: Joe Hensler | joe.hensler@gmail.com |
| 6116119 | KIM DALES | Attn: KIM DALES | Kodales@windermere.com |
| 6116120 | KNK Investments | Attn: Ken Nelson | ken@tkfresno.com |
| 4924005 | LAIER AND KANTOCK | Attn: Glenn A. Kantock | Jaslaier@sonic.net |
| 4924005 | LAIER AND KANTOCK | Attn: Glenn A. Kantock | Jaslaier@sonic.net |
| 6161232 | Larry R. Johnson, Trustee of the Larry R. Johnson Trust | Attn: Darlene Johnson | Dmjdar@comcast.net |
| 6161160 | Leo Gonzales | | lg.gonzalescorp@att.net |
| 6116123 | LOUIS JOHN PETERSON, Trustee of the Peterson Survivor's Trust u/a/d April 5, 1996 and the Peterson Marital Trust u/a/d April 5, 1996 | Attn: Louise J. Peterson | Lee@gigharbor1.com |
| 4925284 | LUJACH ENTERPRISES, LLC | Attn: Michael P. Connolly | mike@pmieastbay.com |
| 6161459 | MARK AND BONNIE JONES | Attn: Mark Jones | jones202@suddenlink.net |
| 6116125 | MARYSVILLE GROUP, LLC | Attn: Sandra Waltman | ntsareno@sbcglobal.net |
| 6116126 | MASON STREET CENTRE, LLC | Attn: General Counsel | FrontDesk@spectrumpropertiesre.com |
| 6161047 | MASONIC HALL ASSOCIATION OF COLUSA | Attn: General Counsel | wccombine@yahoo.com |
| 5872927 | Mechanical & Irrigation Solutions Inc. | Attn: General Counsel | donna@mechirrsol.com |
| 6161053 | MENDO LAKE CREDIT UNION | Attn: Todd Sheffield, CEO | ceo@comfirstcu.org |
| 6116128 | MICHAEL S KYLE | Attn: General Counsel | mkyle@ctint.org |
| 6088513 | Moffett 259, LLC | Attn: General Counsel | tony@midas-re.com |
| 6116130 | MOUNT JACKSON BUILDING ASSOCIATION, INC. | Attn: General Counsel | gaylord@sonic.net |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 19 of 26

# Exhibit C
## Lease Contract Counterparties Email Service List
### Served via email

| MMLID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 4925638 | MRB ASSOCIATES | Attn: STEVEN ROCCHI | orovillevision@gmail.com |
| 6116133 | NEARON SUNSET, LLC | Attn: General Counsel | workorder@nearon.com |
| 6092092 | NMD PROPERTIES LLC | Attn: General Counsel | jbdaw@sbcglobal.net |
| 6092095 | NMSBPCSLDHB PARTNERSHIP | Attn: General Counsel | cstairgranum@sbcglobal.net |
| 6093452 | Opera Plaza Limited Partnership | Attn: General Counsel | kaceyc@pudco.com |
| 6093722 | PAC WEST OFFICE EQUITIES LP | Attn: General Counsel | SaraJackson@buzzoates.com |
| 6161210 | PAMELA CASH | | pcash@charter.net |
| 6095313 | PGE STARPOINT, LLC | Attn: General Counsel | pattyr@starpointproperties.com |
| 6116134 | PPF Paramount One Market Plaza Owner, L.P. | Attn: Christine Mann, Area Asset Manager/General Manager | cmann@paramount-group.com> |
| 6097061 | PROMONTORY - SAN LUIS OBISPO L.P. | Attn: Vickey Farley | vickey@rossi-ent.com |
| 6098192 | PW Fund B LP | Attn: General Counsel | stacyladd@buzzoates.com |
| 6098193 | PW Fund B LP | Attn: General Counsel | stacyladd@buzzoates.com |
| 6116135 | REALTY INCOME PROPERTIES 15, LLC | Attn: Kirk Carson (Legal) | kcarson@realtyincome.com |
| 6116136 | Redwood Community College District | Attn: Ericka Barber | ericka-barber@redwoods.edu |
| 6116137 | Rice Airport Operations, LLC | Attn: Robert Rice | riceair04@yahoo.com |
| 6116139 | ROBERT L JENSEN & ASSOC | Attn: General Counsel | robertjensen@robertljensen.com |
| 6147709 | Roland S Ball Revocable Trust and the Gerald A Williams Family Trust (TIC) | Attn: Al McVay | al@ajmcvay.com |
| 6116140 | Roseville Parkway 20 LLC | Attn: Diane Bronner | diane.bronner@cushwake.com |
| 6103836 | SASHA SHAMSZAD AND MERIDETH SHAMSZAD | Attn: Attn: Ari King | ari@sgrealestateco.com |
| 6116142 | SIERRA PACIFIC PROPERTIES, INC | Attn: General Counsel | lsullivan@spprop.com |
| 6161212 | Signature Flight Support | Attn: Adam Clark | adam.clark@signatureflight.com |
| 6117908 | SONOMA VALLEY CENTER, LLC | Attn: Susanne Houston Property Manager McDaniel & Associates | susannehouston@aol.com |
| 6105489 | SOUTH VALLEY APARTMENTS, LLC | Attn: Debbie Clodfelter | dclodfelter@bellpartnersinc.com |
| 6161467 | SSLC-CO-Tenancy Group | Attn: General Counsel | lgranda@danabutcher.com |

Case: 19-30088   Doc# 3494   Filed: 08/09/19   Entered: 08/09/19 14:19:34   Page 20 of 26

| MMLID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 4929938 | STEMKEN PARK | Attn: Harold Kleiderman | info@stemkenpark.com |
| 6116145 | Stockton City Center 16, LLC | Attn: General Counsel | adrienne@atlaspropertiesinc.com |
| 4930049 | STONERIDGE WESTBRIDGE SHOPPING CENTER, LLC | Attn: Jody A. Booras | jbooras@tricommercial.com |
| 4930082 | STT INVESTMENTS, LLC | Attn: RALPH or KEVIN TRIMM | ktrimm21@gmail.com |
| 6116147 | SUNSET BUILDING COMPANY, LLC | Attn: General Counsel | servicerequest@bishopranch.com |
| 6116148 | SUNSET BUILDING COMPANY, LLC | Attn: General Counsel | servicerequest@bishopranch.com |
| 6161251 | Symmetry Group Inc. | Attn: General Counsel | mshorey@symmetry-group.com |
| 6116149 | T.W. Du Four and Associates | Attn: Jeff Du Four | jtdufour@sbcglobal.net |
| 6116149 | T.W. Du Four and Associates | Attn: Jeff Du Four | jtdufour@sbcglobal.net |
| 6116153 | THE STATE OF CALIFORNIA | Attn: DGS-REAL ESTATE SERVICES DIVISION | Tony.Psihopaidas@dgs.ca.gov |
| 6109076 | Toor Village, LLC | Attn: General Counsel | aruntoor77@gmail.com |
| 6161176 | TRC INDUSTRIAL CENTER, LLC | Attn: Tim Crowley | mshorey@symmetry-group.com |
| 6117909 | TRIMBLE LAND COMPANY, LLC; 8026 LORRAINE AVENUE SERIES | Attn: Ryan Hogan | ryan.hogan20@gmail.com |
| 6116155 | Tusker Corporation | Attn: General Counsel | ereyff@tuskercorp.com |
| 6116156 | W. P. DAVIES OIL COMPANY | Attn: WILLIAM DAVIES | HerbTaylor@wpdavies.com |
| 6116157 | WARREN A. PLASKETT AND KAREN D. PLASKETT, TRUSTEES OF THE WARREN A. PLASKETT AND KAREN D. PLASKETT LIVING TRUST DATED 1989 | Attn: General Counsel | service@stockdaleaire.com |
| 6161218 | Wes Bradford Properties, LLC | Attn: Lorinda Hoffmann | hoffmann@cliffordandbradford.com |

**Exhibit D**

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6058755 | 1415 MERIDIAN PLAZA INVESTORS LP | Attn: General Counsel | 7700 College Town Dr. | Suite 118 | | SACRAMENTO | CA | 95826 |
| 6161003 | 1415 MERIDIAN PLAZA INVESTORS LP | Attn: Taylor Waterman | 1415 L Street | Suite 780 | | SACRAMENTO | CA | 95814 |
| 5865675 | 25th District Agricultural Assn | Attn: Joseph Anderson | 575 Third Street | | | Napa | CA | 94559 |
| 6161460 | 3551 PEGASUS PARTNERS LP | Attn: General Counsel | 6851 McDivitt Dr. | Suite B | | BAKERSFIELD | CA | 93313 |
| 6116084 | 3551 Pegasus Partners LP | Attn: Taylor Judkins | P.O. Box 1188 | | | San Luis Obispo | CA | 93406 |
| 6161454 | 3900 WEST LANE BUILDING | Attn: RICK JOHNSON | 3900 WEST LANE | | | STOCKTON | CA | 95204 |
| 6116085 | 851-853 HOWARD ST, LLC | Attn: General Counsel | 2509 PACIFIC AVENUE | | | SAN FRANCISCO | CA | 94115 |
| 6116086 | ALEXANDER R. MCGEOCH, DDS, and CAROLE MCGEOCH | Attn: Carole McGeoch | 6633 Eickoff Road | | | LAKEPORT | CA | 95453 |
| 6161464 | Arnold & Porter LLP | Attn: General Counsel | 555 12 Street, N.W. | | | WASHINGTON | DC | 20005 |
| 6116088 | ARTHUR N. CLEMENS, JR. TRUST | | 401 Orange Ave. | | | RIPON | CA | 95366 |
| 5865247 | Aviation Consultants, Inc. | Attn: General Counsel | 945 Airport Dr. | | | SAN LUIS OBISPO | CA | 93401 |
| 6116090 | BARNES DESIGN, INC | Attn: General Counsel | PO BOX 223605 | | | CARMEL | CA | 93922 |
| 6116091 | Big Properties of California | Attn: George Christensen | 3940-7 Broad St., Box 322 | | | SAN LUIS OBISPO | CA | 93401 |
| 6116092 | C&S PROPERTIES | Attn: General Counsel | 510 Soscol Avenue | | | NAPA | CA | 94558 |
| 6161223 | California Redwood Company | Attn: Jim Roby and Jack Blakeley | P.O. Box 1089 | | | Arcata | CA | 95518-1089 |
| 6161455 | CENTRAL VALLEY ASSOCIATES | Attn: Karen Sears | 2222 East 17th Street | | | SANTA ANA | CA | 92705 |
| 6116099 | Christopher J. Corrigan, Trustee ("Christopher J. Corrigan Family Trust") | Attn: Connie Diemer | P.O. Box 493281 | | | REDDING | CA | 96049 |
| 6063808 | CITY OF AUBURN | Attn: General Counsel | 1225 Lincoln Way | | | Auburn | CA | 95603 |
| 4973988 | City of Hollister | Attn: City Manager | 375 Fifth Street | | | Hollister | CA | 95023 |
| 6116094 | CITY OF SANTA ROSA | Attn: Stephanie Valkovic | POST OFFICE BOX 1678 | | | SANTA ROSA | CA | 95402 |
| 6071087 | CITY OF VALLEJO | Attn: General Counsel | 555 Santa Clara Street | | | VALLEJO | CA | 94590 |
| 6071160 | CIVIC CENTER SQUARE, INC. | Attn: General Counsel | 906 N ST | SUITE 200 | | FRESNO | CA | 93721 |
| 6161456 | CLAY LLC | Attn: General Counsel | 1600 Lombard Street | | | SAN FRANCISCO | CA | 94123 |
| 6161466 | CLIFFORD & BROWN | Attn: GROVER WALDEN | 1430 TRUXTUN AVENUE | SUITE 900 | | BAKERSFIELD | CA | 93301 |
| 6161116 | Colliers International | Attn: Angela Foster | 1850 Mt. Diablo Blvd. | # 200 | | Walnut Creek | CA | 94596 |
| 6116097 | Concord Jet Services, Inc. | Attn: Jonathan Kendler | P.O. Box 787 | | | Concord | CA | 94522 |
| 6116143 | County of Solano | Attn: Dave Daly | 301 County Airport Road | Suite 205 | | VACAVILLE | CA | 95688 |
| 6116100 | Creekside Business Park Owner LLC | Attn: Joseph Sumberg | 200 West Street | 38th Floor | | New York | NY | 10282 |
| 6116101 | Dan Borden and Jeannie Borden, Trustees of the Dan Borden and Jeannie Borden Community Property Living Trust as restated April 2, 1999 | Attn: Jeannie Borden | P.O. Box 223639 | | | Carmel | CA | 93922 |
| 4919388 | DANA BUTCHER & ASSOCIATES | Attn: General Counsel | 1690 West Shaw Ave. | Suite 220 | | FRESNO | CA | 93711 |
| 6161457 | Dana Butcher, Receiver (1247) | Attn: Mr. Dana Butcher | 1690 W. Shaw Avenue | Suite 220 | | Fresno | CA | 93711 |
| 6116087 | DAVID J. MARTINELLI and GARY L. MARTINELLI, TRUSTEES of the Alice Martenelli | Attn: DAVE MARTINELLI | 4879 GROVE STREET | | | SONOMA | CA | 95476 |
| 6116102 | DAVID R. THEOBALD, JR. and LINDA I. THEOBALD, as Trustees of the Theobald Family Revocable Trust dated February 22, 2007 | Attn: General Counsel | 1807 Santa Rita Rd | Suite D 307 | | PLEASANTON | CA | 94566 |
| 6161018 | DCPII-SAC-3065 Gold Camp Drive, LLC | Attn: Sarah Wayson | c/o Carter Validus | 4890 W. Kennedy Boulevard | Suite 650 | Tampa | FL | 33609 |
| 6161229 | Donald R. Travers and Ella H. Travers, Trustees, TRAVERS REVOCABLE INTER VIVOS TRUST DATED SEPTEMBER 1, 1995 | Attn: Don Travers | P.O. Box 1255 | | | Durham | CA | 95938 |
| 4919986 | Douglas Parking LLC | Attn: Parking Management | 1721 Webster Street | | | Oakland | CA | 94612 |
| 6116104 | Ergonis Land Company, LP | Attn: General Counsel | 19991 Fairway Court | | | WOODBRIDGE | CA | 95258 |
| 6161020 | FRANKIE L APPLING | Attn: Carrie Appling | 11 HARVEST STREET | | | SALINAS | CA | 93901 |

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6116107 | GATEWAY OAKS CENTER, LLC | Attn: General Counsel | 2870 GATEWAY OAKS DRIVE | SUITE 110 | | Sacramento | CA | 95833 |
| 6116108 | Geweke Family Partnership Limited Partnership | Attn: Adrianna Silveira | 1139 E. Kettleman Lane, Suite 200 | Attn: Adrianna Silveira | | LODI | CA | 95240 |
| 6116109 | Granite Creek Apartments | | 1850 Soscol Avenue, Suite 207 | | | NAPA | CA | 94559 |
| 6161462 | GUTTENBERG & COLVIN | Attn: ANDREW M. COLVIN | One Embarcadero Center | Suite 2480 | | San Francisco | CA | 94111 |
| 6161201 | Gwen R. Reynolds and Charles D. Reynolds | | P.O. Box 1221 | | | MODESTO | CA | 95353 |
| 6116110 | HARSCH INVESTMENT CORPORATION | Attn: General Counsel | P.O. BOX 980365 | | | WEST SACRAMENTO | CA | 95789-0365 |
| 6116111 | Holly Commerce Center, LLC | Attn: Steve Cortese | 21 Lafayette Circle | Suite 200 | | LAFAYETTE | CA | 94549 |
| 4922431 | HOPE LUTHERAN CHURCH | Attn: General Counsel | 55 SAN FERNANDO WAY | | | DALY CITY | CA | 94015 |
| 6116112 | IBEW Headquarters Building, LLC | Attn: General Counsel | 601 Thirteenth Street, N.W. | Suite 300 North | Suite 300 North | WASHINGTON | DC | 20005 |
| 6116113 | James O'Bannon and Gage Chrysler | Attn: James O'Bannon | 1390 Ridgewood Drive | | | Chico | CA | 95973 |
| 6116115 | JFG CAPITOLA-WINFIELD PARTNERS | Attn: Paul Biagini | 333 W. EL CAMINO REAL | Suite 240 | | SUNNYVALE | CA | 94087-1969 |
| 6116116 | JOHN ALLEN DYE | Attn: c/o Lisa Olsen | 2549 Lagoon Court | | | LAKEPORT | CA | 95453 |
| 6161458 | JOHN AND NAOMI CARLTON FAMILY TRUST (successor to JOHN H. CARLTON), JAMES W. CARLTON and LESLIE E. CARLTON | Attn: James Carlton | P.O. Box 291 | | | BURNEY | CA | 96013 |
| 6161155 | John D. Souza and Wilma Y. Souza, Trustees | Attn: John Souza | P.O. Box 752 | | | WEAVERVILLE | CA | 96093 |
| 6161256 | John Rank, Attorney at Law | | 116 Henshaw Avenue | Suite C | | Chico | CA | 95973 |
| 6116117 | John S Foggy | | 6556 Lonetree Blvd | Suite 200 | | ROCKLIN | CA | 95765 |
| 6116151 | JOSEPH HENSLER AND GAYLE HENSLER, TRUSTEES OF THE HENSLER FAMILY TRUST, DATED FEBRUARY 26, 2003 | Attn: Joe Hensler | 4760 Illinois Ave | | | FAIR OAKS | CA | 95628 |
| 6116119 | KIM DALES | Attn: KIM DALES | 3522 46TH AVENUE NE | | | SEATTLE | WA | 98105 |
| 6116120 | KNK Investments | Attn: Ken Nelson | 3247 E. Annadale Avenue | | | Fresno | CA | 93725 |
| 6116121 | KRE 1330 Broadway Owner LLC | Attn: Adam Chall | 100 Bush Street | 26th Floor | c/o TMG Partners | SAN FRANCISCO | CA | 94104 |
| 4924005 | LAIER AND KANTOCK | Attn: Glenn A. Kantock | 1080 Airport Blvd. | | | Santa Rosa | CA | 95403-1005 |
| 6161232 | Larry R. Johnson, Trustee of the Larry R. Johnson Trust | Attn: Darlene Johnson | 430 Cavanaugh Lane | c/o R&R Enterprises | | Petaluma | CA | 94952 |
| 6161263 | Law Offices of Irv Piotrkowski | Attn: Irv Piotrkowski | 35 Fifth Street | | | Petaluma | CA | 94952 |
| 6116122 | LAWRENCE SCOTT SKINNER | Attn: Diana Carona | 1269 W I St | | | LOS BANOS | CA | 93620 |
| 6161160 | Leo Gonzales | | P.O. Box 459 | | | CARUTHERS | CA | 93609 |
| 6161237 | Leroy M. Greenwood and Elna M. Greenwood, as Trustees of the Greenwood Family Trust (Schedule C) dated August 7,2001 | Attn: LeRoy Greenwood | 15 Green Spring Court | | | RENO | NV | 89511 |
| 6116123 | LOUIS JOHN PETERSON, Trustee of the Peterson Survivor's Trust u/a/d April 5, 1996 and the Peterson Marital Trust u/a/d April 5, 1996 | Attn: Louise J. Peterson | 3519 Harborview Drive, Unit 4 | | | Gig Harbor | WA | 98332 |
| 4925284 | LUJACH ENTERPRISES, LLC | Attn: Michael P. Connolly | 39111 Paseo Padre Parkway | Suite 206 | c/o East Bay Property Management | FREMONT | CA | 94538 |
| 6161459 | MARK AND BONNIE JONES | Attn: Mark Jones | 1220 Casino Road | | | Medford | OR | 97501 |
| 6116125 | MARYSVILLE GROUP, LLC | Attn: Sandra Waltman | P.O. Box # 9000 | | | RENO | NV | 89507 |
| 6116126 | MASON STREET CENTRE, LLC | Attn: General Counsel | 411 DAVIS STREET SUITE 102 | | | VACAVILLE | CA | 95688 |
| 6161047 | MASONIC HALL ASSOCIATION OF COLUSA | Attn: General Counsel | P.O. BOX 770 | | | COLUSA | CA | 95932 |
| 5872927 | Mechanical & Irrigation Solutions Inc. | Attn: General Counsel | P. O. Box 1071 | | | MARYSVILLE | CA | 95991 |
| 6161053 | MENDO LAKE CREDIT UNION | Attn: Todd Sheffield, CEO | 1105 North Dutton Avenue | | | Santa Rosa | CA | 95401 |

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-------------|-----------|-----------|-----------|------|-------|-------------|
| 6161123 | Michael Morris | | 1102 Laurel Lane | | | SAN LUIS OBISPO | CA | 93401 |
| 6161123 | Michael Morris | | 1102 Laurel Lane | | | SAN LUIS OBISPO | CA | 93401 |
| 6116128 | MICHAEL S KYLE | | 4339 Old Santa Fe Rd #53 | | | SAN LUIS OBISPO | CA | 93401 |
| 6088513 | Moffett 259, LLC | Attn: General Counsel | 1432 Old Bayshore Hwy | | | SAN JOSE | CA | 95112 |
| 6116130 | MOUNT JACKSON BUILDING ASSOCIATION, INC. | Attn: General Counsel | POST OFFICE BOX 31 | | | GUERNEVILLE | CA | 95446 |
| 4925638 | MRB ASSOCIATES | Attn: STEVEN ROCCHI | 1550 MEYERS STREET | Suite A | | OROVILLE | CA | 95965 |
| 6116133 | NEARON SUNSET, LLC | Attn: General Counsel | 101 Ygnacio Valley Road | Suite 450 | | WALNUT CREEK | CA | 94596 |
| 6092092 | NMD PROPERTIES LLC | Attn: General Counsel | 655 SKYWAY RD | Suite #130 | | SAN CARLOS | CA | 94070 |
| 6092095 | NMSBPCSLDHB PARTNERSHIP | Attn: General Counsel | P.O. BOX 2460 | | | SARATOGA | CA | 95070 |
| 6093452 | Opera Plaza Limited Partnership | Attn: General Counsel | 601 Van Ness Avenue, Suite 2058 | | | SAN FRANCISCO | CA | 94102 |
| 6093722 | PAC WEST OFFICE EQUITIES LP | Attn: General Counsel | 555 CAPITOL MALL, SUITE 900 | | | SACRAMENTO | CA | 95814 |
| 6161210 | PAMELA CASH | | 12664 Williamson Road | | | REDDING | CA | 96003 |
| 6161465 | Paul G. Metchik, Esq. | | 1316 Broad St. | | | SAN LUIS OBISPO | CA | 93401 |
| 6095313 | PGE STARPOINT, LLC | Attn: General Counsel | 450 N Roxbury Dr. | Suite 1050 | | BEVERLY HILLS | CA | 90210 |
| 6116134 | PPF Paramount One Market Plaza Owner, L.P. | Attn: Christine Mann, Area Asset Manager/General Manager | One Market Plaza, Spear Tower, Suite 1300 | | | SAN FRANCISCO | CA | 94105 |
| 6096183 | PPF Paramount One Market Plaza Owner, L.P. | Attn: General Counsel | 1633 Broadway | Suite 1801 | | NEW YORK | NY | 10019 |
| 6161137 | PPF Paramount One Market Plaza Owner, L.P. | Attn: General Counsel | P.O. Box 392028 | | | PITTSBURGH | PA | 15251-9028 |
| 6097061 | PROMONTORY - SAN LUIS OBISPO L.P. | Attn: Vickey Farley | 750 Pismo Street | c/o Rossi Enterprises | | San Luis Obispo | CA | 93401 |
| 6098193 | PW Fund B LP | Attn: General Counsel | 555 Capitol Mall, Suite 900 | | | SACRAMENTO | CA | 95814 |
| 6116135 | REALTY INCOME PROPERTIES 15, LLC | Attn: Kirk Carson (Legal) | c/o Realty Income Corporation | P.O. Box 842428 | | Los Angeles | CA | 90084-2428 |
| 6116136 | Redwood Community College District | Attn: Ericka Barber | 7351 Tompkins Hill Road | | | EUREKA | CA | 95501 |
| 6116137 | Rice Airport Operations, LLC | Attn: Robert Rice | 4509 Skyway Drive | | | Olivehurst | CA | 95961 |
| 6116138 | RICHARD F. HATHAWAY, JR. AND KAREN J HATHAWAY, Trustees of the Richard F. Hathaway, Jr. and Karen J. Hathaway Family Trust U/D/T/ dated October 17, 1991 | Attn: Richard Hathaway | 19599 Highway 89 | | | HAT CREEK | CA | 96040 |
| 6116139 | ROBERT L JENSEN & ASSOC | Attn: General Counsel | 2160 N FINE AVE | | | FRESNO | CA | 93727-1539 |
| 6147709 | Roland S Ball Revocable Trust and the Gerald A Williams Family Trust (TIC) | Attn: Al McVay | PO Box 13210 | | | SAN LUIS OBISPO | CA | 93406 |
| 6116140 | Roseville Parkway 20 LLC | Attn: Diane Bronner | 6020 West Oaks Blvd., Suite 275 | | | Rocklin | CA | 95765 |
| 6101690 | ROY GULLO PROPERTIES | Attn: HENRY GULLO | 13615 COLONY AVENUE | | | SAN MARTIN | CA | 95046 |
| 6012547 | Salem Venture, LLC | Attn: General Counsel | P O Box 895 | | | CARMICHAEL | CA | 95609 |
| 6161170 | Santokh S. Toor and Arpinder K Toor 2011 Living Trust and AST Farms, LLC | Attn: General Counsel | 27725 Road 92 | | | VISALIA | CA | 93277 |
| 6103836 | SASHA SHAMSZAD AND MERIDETH SHAMSZAD | Attn: Attn: Ari King | 1600 Shattuck Avenue | Suite 106 | | Berkeley | CA | 94709 |
| 6116142 | SIERRA PACIFIC PROPERTIES, INC | Attn: General Counsel | 1800 WILLOW PASS COURT | | | CONCORD | CA | 94520 |
| 6161212 | Signature Flight Support | Attn: Adam Clark | 8433 Earhart Road | | | Oakland | CA | 94621 |
| 6117908 | SONOMA VALLEY CENTER, LLC | Attn: Susanne Houston Property Manager McDaniel & Associates | PO Box 2745 | | | Antioch | CA | 94531 |
| 6105489 | SOUTH VALLEY APARTMENTS, LLC | Attn: Debbie Clodfelter | 300 N Greene Street | Suite 1000 | c/o Bell Partners Inc. | Greensboro | NC | 27401 |
| 6161467 | SSLC-CO-Tenancy Group | Attn: General Counsel | 1269 W. I Street | | | LOS BANOS | CA | 93635 |
| 4929938 | STEMKEN PARK | Attn: Harold Kleiderman | PO BOX 151626 | | | SAN RAFAEL | CA | 94915-1626 |
| 6116144 | STEVEN F. POTTER & DIANN P. POTTER | Attn: STEVEN F. POTTER | 911 OLEANDER COURT | | | WASCO | CA | 93280 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 3 of 4

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 25 of 26

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6116145 | Stockton City Center 16, LLC | Attn: General Counsel | 2800 West March Lane, Suite 360 | | | STOCKTON | CA | 95219 |
| 4930049 | STONERIDGE WESTBRIDGE SHOPPING CENTER, LLC | Attn: Jody A. Booras | 2209 Plaza Dr. | Suite 100 | c/o TRI Property Management | Rocklin | CA | 95765 |
| 4930082 | STT INVESTMENTS, LLC | Attn: RALPH or KEVIN TRIMM | 3930 A SIERRA COLLEGE BOULEVARD. | | | LOOMIS | CA | 95650 |
| 6116148 | SUNSET BUILDING COMPANY, LLC | Attn: General Counsel | 2600 CAMINO RAMON | SUITE 201 | | SAN RAMON | CA | 94583 |
| 6161251 | Symmetry Group Inc. | Attn: General Counsel | 3033 Hurley Way | | | SACRAMENTO | CA | 95864 |
| 6116149 | T.W. Du Four and Associates | Attn: Jeff Du Four | 1350 E. Lassen Avenue | Suite 1 | | CHICO | CA | 95973 |
| 6116150 | The City of Clovis | Attn: General Counsel | 1033 Fifth Street | | | CLOVIS | CA | 93612 |
| 6161463 | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Attn: General Counsel | 1300 S. Clinton St. | | | FORT WAYNE | IN | 46802 |
| 6116153 | THE STATE OF CALIFORNIA | Attn: DGS-REAL ESTATE SERVICES DIVISION | 707 THIRD ST | Fifth Floor | | WEST SACRAMENTO | CA | 95605 |
| 6161242 | Toor Village | Attn: General Counsel | 301 E Miner Ave. | | | STOCKTON | CA | 95202 |
| 6109076 | Toor Village, LLC | Attn: General Counsel | 27725 Road 92 | | | VISALIA | CA | 93277 |
| 6161176 | TRC INDUSTRIAL CENTER, LLC | Attn: Tim Crowley | 2175-C PFE ROAD | | | ROSEVILLE | CA | 95747 |
| 6117909 | TRIMBLE LAND COMPANY, LLC; 8026 LORRAINE AVENUE SERIES | Attn: Ryan Hogan | 1950 West Corporate Way | PMB Box 21778 | | Anaheim | CA | 92801 |
| 6116155 | Tusker Corporation | Attn: General Counsel | 3636 Buchanan Street | | | SAN FRANCISCO | CA | 94123 |
| 6116156 | W. P. DAVIES OIL COMPANY | Attn: WILLIAM DAVIES | 3305 Gulf St. | | | BAKERSFIELD | CA | 93308 |
| 6161461 | Wanger Jones Helsley PC | Attn: Patrick Toole Esq. | 265 E. River Park Circle #310 | | | Fresno | CA | 93720 |
| 6116157 | WARREN A. PLASKETT AND KAREN D. PLASKETT, TRUSTEES OF THE WARREN A. PLASKETT AND KAREN D. PLASKETT LIVING TRUST DATED 1989 | Attn: General Counsel | 11638 S. GRANITE ROAD | | | BAKERSFIELD | CA | 93308 |
| 6161218 | Wes Bradford Properties, LLC | Attn: Lorinda Hoffmann | 1800 19th Street | | | BAKERSFIELD | CA | 93301 |

Case: 19-30088    Doc# 3494    Filed: 08/09/19    Entered: 08/09/19 14:19:34    Page 26 of 26