WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEBTORS' OMNIBUS REPLY IN SUPPORT OF THEIR MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES**<br>Re: Dkt. No. 3091<br>Date: August 14, 2019<br>Time: 9:30 a.m. PST<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare under penalty of perjury as follows:

1. I am a Member of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to Pacific Gas and Electric and PG&E Corporation (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned Chapter 11 Cases. I am admitted to practice in the State of New York and am admitted to practice before this Court *pro hac vice*. (*See* Dkt. No. 88). I submit this Declaration in Support of the Debtors' Omnibus Reply in Support of Their Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment Of Wildfire Claims Estimation Procedures (Dkt. No. 3091). I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from counsel to the Official Committee of Tort Claimants (the "**TCC**"), dated July 30, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the March 7, 2017, case management order issued in the case pending in the Superior Court of California, County of Sacramento, captioned *Butte Fire Cases* (JCCP No. 4853).

4. Attached hereto as Exhibit C is a true and correct copy of an unofficial certified transcript of the August 9, 2019, status conference held in the above-captioned Chapter 11 Cases.

5. Attached hereto as Exhibit D is a true and correct copy of the October 22, 2018, Joint Case Management Conference Statement submitted in the case pending in the Superior Court of California, County of San Francisco, captioned *California North Bay Fire Cases* (JCCP No. 4955).

6. Attached hereto as Exhibit E is a true and correct copy of the November 2, 2018, case management order issued in the case pending in the Superior Court of California, County of San Francisco, captioned *California North Bay Fire Cases* (JCCP No. 4955).

Dated: August 11, 2019

*Kevin J. Orsini*
Kevin J. Orsini
Cravath, Swaine & Moore LLP