# Notice Recipients

District/Off: 0971−3  User: dchambers  Date Created: 8/12/2019
Case: 19−30088  Form ID: TRANSC  Total: 28

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty  Jessica Liou    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
RICHARD W. SLACK, ESQ.    STEPHEN KAROTKIN, ESQ.    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
JANE KIM, ESQ.    Keller & Benvenutti LLP    650 California Street, Suite 1900    San Francisco, CA 94108
ALAN W. KORNBERG, ESQ.    BRIAN S. HERMANN, ESQ.    Paul, Weiss, Rifkind, Wharton & Garris    1285 Avenue of the Americas    New York, NY 10019
NANCY A. MITCHELL, ESQ.    O'Melveny & Myers    1999 Avenue of the Stars 8th floor    Los Angeles, CA 90067
GREGORY A. BRAY, ESQ.    Milbank LLP    2029 Century Park East 33rd Floor    Los Angeles, CA 90067
CECILY A. DUMAS, ESQ.    Baker & Hostetler LLP    11601 Wilshire Boulevard Suite 1400    Los Angeles, CA 90025
ABID QURESHI, ESQ.    MICHAEL S. STAMER, ESQ.    Akin Gump Strauss Hauer & Feld LLP    1999 Avenue of the Stars Suite 600    Los Angeles, CA 90067
MATHEW A. FELDMAN, ESQ.    Willkie Farr & Gallagher LLP    787 Seventh Avenue    New York, NY 10019
ROBERT G. HARRIS, ESQ.    Binder & Malter LLP    2775 Park Ave    Santa Clara, CA 95050
JAMES O. JOHNSTON, ESQ.    Jones Day    555 California Street 26th Floor    San Francisco, CA 94104
GREG M. ZIPES, ESQ.    Office of the United States Trustee    U.S. Federal Office Building Suite 1006    New York, NY 10014
BETH M. BROWNSTEIN, ESQ.    Arent Fox LLP    1301 Avenue of the Americas 42nd Floor    New York, NY 10019
ALLAN S. BRILLIANT, ESQ.    Dechert LLP    Three Bryant Park    1095 Avenue of the Americas    New York, NY 10036
SANDER L. ESSERMAN, ESQ.    Stutzman, Bromberg, Esserman & Plifka    2323 Bryan Street Suite 2200    Dallas, TX 75201
AMY CATON, ESQ.    Kramer Levin Naftalis & Frankel LLP    1177 Avenue of the Americas    New York, NY 10036
G. LARRY ENGEL, ESQ.    Engel Law, PC    12116 Horseshoe Lane    Nevada City, CA 95959
EREZ E. GILAD, ESQ.    Stroock & Stroock & Lavan LLP    180 Maiden Lane    New York, NY 10038
FRANK A. MEROLA, ESQ.    Stroock & Stroock & Lavan LLP    2029 Century Park East    Los Angeles, CA 90067
BRADLEY C. KNAPP, ESQ.    Locke Lord LLP    601 Poydras Street, Suite 2660    New Orleans, LA 70130
BERNARD J. KORNBERG, ESQ.    Severson & Werson    1 Embarcadero Center, Suite 2600    San Francisco, CA 94111
RICHARD A. MARSHACK, ESQ.    Marshack Hays LLP    870 Roosevelt    Irvine, CA 92620
PAUL J. PASCUZZI, ESQ.    Felderstein Fitzgerald Willoughby    Pascuzzi & Rios LLP    500 Capitol Mall, Suite 2250    Sacramento, CA 95814
ESTELA O. PINO, ESQ.    Pino & Associates, LLP    Westchester Financial Center    50 Main Street    White Plains, NY 10606
PAUL N. SILVERSTEIN, ESQ.    Hunton Andrews Kurth LLP    200 Park Avenue    New York, NY 10166
DAVID M. STERN, ESQ.    Klee, Tuchin, Bogdanoff & Stern LLP    1999 Avenue of the Stars 39th Fl.    Los Angeles, CA 90067
MICHAEL H. TORKIN, ESQ.    Simpson Thacher & Bartlett LLP    425 Lexington Avenue    New York, NY 10017
EDWARD J. TREDINNICK, ESQ.    Greene Radovsky Maloney Share & Hennigh LLP    1 Front Street Suite 3200    San Francisco, CA 94111

TOTAL: 28