MAYER BROWN LLP

Brian Trust (*Pro hac vice* to be filed)
btrust@mayerbrown.com
Joaquin C de Baca (*Pro hac vice* to be filed)
jcdebaca@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Cristina A. Henriquez (SBN 317445)
chenriquez@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2060

*Attorney for Creditor*
BNP Paribas

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos.  19-30088 DM<br><br>　　　　　　　19-30089 DM<br><br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 94-0742640 | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that (1) Mayer Brown LLP hereby appears under Rule 9010 of the Federal Rules of Bankruptcy on behalf of creditor BNP Paribas in the above-captioned proceeding, and (2) BNP Paribas, appearing through their counsel, Mayer Brown LLP, hereby

request that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy cases, and that all notices, pleadings, applications, motions, reports, lists, schedules, statements, plans, and all other matters arising herein or in any related adversary proceeding, including those given or required to be given and served or required to be served in this case in accordance with Rules 2002(a)(2), (3), and (7), 3017(a), 4001, 6007, 9007, 9010(b), and 9013 of the Federal Rules of Bankruptcy Procedure, as well as Sections 102(1), 342(a), and 1109(b) of Title 11 of the United States Code ("the Bankruptcy Code"), be given to and served upon Mayer Brown LLP through the undersigned at the following address and telephone number:

>Brian Trust, Esq.
>Joaquin C de Baca, Esq.
>MAYER BROWN LLP
>1221 Avenue of the Americas
>New York, New York 10020
>Telephone: (212) 506-2500
>Facsimile: (212) 262-1910
>Email: btrust@mayerbrown.com
>Email: jcdebaca@mayerbrown.com
>
>Cristina A. Henriquez, Esq.
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>Telephone: (650) 331-2000
>Facsimile: (650) 331-2060
>Email: chenriquez@mayerbrown.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand applies to and includes more than the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code; it includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, answer or reply papers filed, regardless of whether they are formal or informal, written or oral, served, transmitted, or conveyed by hand delivery, mail, electronic mail, telephone, fax, or otherwise made or filed with regard to the above-captioned cases and any

proceedings related thereto.

Neither this appearance and request, nor any subsequent appearance, pleading, claim, or suit is intended to waive, nor shall it be deemed to waive, BNP Paribas' rights to (1) have all final orders in core and non-core matters entered only after *de novo* review by a District Court judge; (2) have any final order, or other exercise of the judicial power of the United States, entered or performed by an Article III court; (3) trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (4) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (5) object to the jurisdiction of the Bankruptcy Court for any purpose; (6) any election of remedy; (7) any other rights, claims, actions, defenses, setoffs, or recoupments to which any party, including BNP Paribas, is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 12, 2019           MAYER BROWN LLP

By: /s/ Cristina A. Henriquez
Cristina A. Henriquez
Attorney for Creditor
BNP Paribas