

**Signed and Filed: August 12, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING CONDUCT OF HEARINGS ON
AUGUST 13 AND 14, 2019**

For the hearings on Tuesday, August 13, 2019, at 9:30 AM, the court will call the Senior Unsecured Noteholders' motion to terminate exclusivity first. The moving party and those who have filed in support of the motion and wish to be heard will have a total of thirty minutes for their opening arguments; the Debtors and those who have filed in opposition to the motion and wish to

-1-

be heard will have a total of forty-five minutes for their arguments; the moving party will have fifteen minutes for rebuttal. The court expects counsel to meet and confer to divide the time allocations as they see fit.

After a break the court will hear the Ad Hoc Subrogation Claim Holders' motion to terminate exclusivity, with the same allocations of time among the various parties.

Following argument, the two motions will stand submitted, with the expectation that the court will announce its decisions following the August 14 hearings.

For the hearings on Wednesday, August 14, 2019, at 9:30 AM, the court will quickly dispose of or continue the Mester motion for relief from stay (Dkt. 3036), the Debtors' Objection to Section 503(b)(9) Claims (Dkt. 2896), and the Omnibus Motion re Community Pipeline Safety Initiative (Dkt. 3176).

Next, the court hear the Debtors' motion for establishment of estimation procedures. The Debtors and those who have filed in support of the motion and wish to be heard will have a total of forty-five minutes for their opening arguments; the TCC and those who have filed in opposition to the motion and wish to be heard will have a total of one hour for their arguments; the Debtors will have thirty minutes for rebuttal. The court expects counsel to meet and confer to divide the time allocations as they see fit.

Following argument, the court will take a midday break of approximately one hour and will announce the time the afternoon session will begin.

For the afternoon hearings, the court will hear the TCC's and the Ad Hoc Subrogation Claim Holders' motions for relief from stay together. The moving parties and those who have filed in support of the motions and wish to be heard will have a total of forty-five minutes for their opening arguments; the Debtors and those who have filed in opposition to the motions and wish to be heard will have a total of one hour for their arguments; the moving parties together will have thirty minutes for rebuttal. The court expects counsel to meet and confer to divide the time allocations as they see fit.

For the August 14 hearings, the overflow courtroom (Courtroom 19) WILL NOT BE AVAILABLE. The media center on the first floor will be open for parties wishing to listen to the hearings. Parties not planning to appear and present arguments are encouraged to use CourtCall and monitor the hearings by telephone. Refer to "Request for Telephonic Appearances" at: http://www.canb.uscourts.gov/case-info/pge-corporation-and-pacific-gas-and-electric-company

**\*\*END OF ORDER\*\***