**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 13, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: August 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
AUGUST 13, 2019, 9:30 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

    1. **<u>Noteholder Committee's Exclusivity Termination Motion</u>**: Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2741**].

    <u>Response Deadline</u>: July 16, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors; Ad Hoc Committee of Senior Unsecured Noteholders; Ad Hoc Group of Subrogation Claim Holders; NextEra Entities; Official Committee of Unsecured Creditors; BOKF, N.A.; State Farm; Official Committee of Tort Claimants; Plaintiff's Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases; and Certain PG&E Shareholders, for whom the deadline was extended by stipulation and order to July 18, 2019 at 4:00 p.m. (Pacific Time).

    <u>Responses Filed</u>:

    A.    Joinder by TURN in Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2918**].

    B.    Joinder by ESC Local 20 in Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3007**].

    C.    The Public Advocates Office's Statement of Position Re: Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3008**].

    D.    Sonoma Clean Power Authority and Valley Clean Energy Alliance's Reservation of Rights Concerning Motion of Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3009**].

    E.    Response of the United States of America to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3010**].

    F.    International Brotherhood of Electrical Workers, Local Union No. 1245's Joinder to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3012**].

    G.    Objection of PG&E Holdco Group to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3040**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| H. | | Statement of BOKF, N.A. in Support of the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity Period [**Dkt. 3061**]. |
| I. | | Objection and Response of the Ad Hoc Group of Subrogation Claim Holders to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3062**]. |
| | a. | Notice of Withdrawal of Objection and Response of the Ad Hoc Group of Subrogation Claim Holders to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3432**]. |
| J. | | Statement of Position and Reservation of Rights by the Ghost Ship Warehouse Plaintiff's Executive Committee Concerning the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3063**]. |
| K. | | Statement of the Official Committee of Unsecured Creditors Regarding the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3064**]. |
| L. | | PPA Counterparties' Response to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3068**]. |
| M. | | Objection of the Committee of Tort Claimants to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3069**]. |
| N. | | Objection of Certain PG&E Shareholders to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3072**]. |
| O. | | Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3075**]. |
| | a. | Declaration of James Mesterharm in Support of Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3076**]. |
| | b. | Declaration of Tomer Perry in Support of Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3077**]. |

P. Objection of Columbus Hill Capital Management, L.P. to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3079**].

    a. Notice of Errata Regarding Objection [**Dkt. 3089**].

Q. Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures [**Dkt. 3415**].

R. SLF Fire Victim Claimants' Response to Motion of the Ad Hoc Committee of Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 3450**].

Related Documents:

S. Declaration of Alexander Tracy in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 2742**].

T. Notice of Filing of Commitment Letter and Amended Plan Term Sheet [**Dkt. 3024**].

U. *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Reply in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3139**].

V. Reply in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3143**].

W. Order Authorizing Oversize Briefing for Reply in Support of Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3162**].

X. Statement Regarding Status of Competing Plan Protocol and Ad Hoc Committee Proposal [**Dkt. 3416**].

Y. Declaration of Alexander Tracy in Support of Statement Regarding Status of Competing Plan Protocol and Ad Hoc Committee Proposal [**Dkt. 3417**].

Z. Notice of Filing of Blacklined Versions of Amended Commitment Letter and Second Amended Plan Term Sheet [**Dkt. 3452**].

Status: This matter is going forward on a contested basis.

2. **Subrogation Claim Holders Exclusivity Termination Motion**: Motion of the Ad Hoc Group of Subrogation Claim Holders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3147**].

   Response Deadline: August 6, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Debtors' Objection to Motion of the Ad Hoc Group of Subrogation Claim Holders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3388**].

   B. Statement of the Official Committee of Unsecured Creditors Regarding the Ad Hoc Group of Subrogation Claims Holders' Motion to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3391**].

   C. Objection of Certain PG&E Shareholders to Motion of the Ad Hoc Group of Subrogation Claim Holders to Terminate the Debtors' Exclusive Periods [**Dkt. 3392**].

   D. Objection of Columbus Hill Capital Management, L.P. to Motion of the Ad Hoc Group of Subrogation Claim Holders to Terminate the Debtors' Exclusive Periods [**Dkt. 3399**].

   E. Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures [**Dkt. 3415**].

   Status: This matter is going forward on a contested basis.

**CONTINUED MATTER**

3. **Official Committee of Tort Claimants Schedules Motion**: Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2964**].

   Response Deadline: July 30, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the deadline was extended, by stipulation and order, to August 7, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Kody Kleber in Support of Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2965**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Status</u>: This matter has been continued to August 28, 2019 at 9:30 a.m. Pacific Time) [**Dkt. 3485**].

II: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** <u>PG&E Corporation, Pacific Gas and Electric Company v. Public Employees Retirement Association of New Mexico and York County</u>, Adv. Proc. No. 19-03039

<u>CONTINUED MATTER</u>

4. **Debtors' Preliminary Injunction Motion**: Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 2**].

<u>Response Deadline</u>: July 18, 2019.

<u>Responses Filed</u>:

A. Securities Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 12**].

<u>Related Documents</u>:

B. Declaration of Elizabeth Collier in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 3**].

C. Reply in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 14**].

<u>Status</u>: This matter has been continued to August 27, 2019 at 9:30 a.m. (Pacific Time) [**Dkt. 16**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 12, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: */s/ Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*