Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO THE *EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS**<br><br>Related Documents: Dkt. Nos. 3479, 3481 and 3497 |

The Official Committee of Unsecured Creditors (the "Official Committee") appointed in the above-captioned chapter 11 cases, by its attorneys, Milbank LLP, hereby submits this joinder to the *Debtors' Objection to the Ex Parte Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Entry of an Order Determining Procedures for Preserving Jury Trial Rights* [Docket No. 3497] (the "*Ex Parte* Objection"),[1] and respectfully states as follows:

1. On August 8, 2019, the Official Committee of Tort Claimants (the "TCC") filed its *Motion for Entry of an Order Determining Procedures for Preserving Jury Trial Rights* [Docket No. 3479] (the "Jury Trial Motion"). The TCC followed with an *Ex Parte Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Entry of an Order Determining Procedures for Preserving Jury Trial Rights* [Docket No. 3481] (the "Motion to Shorten") seeking to have its Jury Trial Motion heard on just *six days'* notice – August 14, 2019 – a calendar date that, as the Court knows, is well-stocked with pressing matters.

2. On August 11, 2019, the Debtors filed the *Ex Parte* Objection, arguing, among other things, that the Motion to Shorten does not present the "exigent circumstances" required to warrant a shortening of time under B.L.R. 9006-1(c). The Official Committee agrees. The Jury Trial Motion is in the vein of a comfort order—the TCC seeks to preserve jury trial rights that personal injury and wrongful death claimants already have under the Local Bankruptcy Rules. This is an issue that, as the Debtors acknowledge, the parties "may very well" resolve without any court involvement—let alone an expedited dash to the courthouse. *Ex Parte* Objection at 1.

3. But even were the jury trial issue in credible dispute, no "exigent circumstances" exist to support the requested relief. On customary notice, the Jury Trial Motion would be heard on September 10, 2019 – within 41 days of the bar date – which would leave sufficient time for filing proofs of claim by any claimants who are "wait[ing] until confirmation of preservation of their jury trial rights to file their claims." Motion to Shorten at 3. And moreover, the TCC's

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Jury Trial Motion.

claimed emergency is belied by the fact that it could have filed its Jury Trial Motion months ago, when the Debtors filed their motion to establish a bar date.

4. In sum, there is simply no emergency here, and the Court should decline the TCC's invitation to create one. The Official Committee joins in the Debtors' *Ex Parte* Objection.

DATED: August 12, 2019					MILBANK LLP

/s/ Gregory A. Bray
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*