**Exhibit A**

**Chapter 11 Plan Timeline**

*In re PG&E Corporation et. al*, Case No. 19-30088 (DM) (jointly administered)

**Illustrative Chapter 11 Plan Solicitation and Confirmation Timeline[1]**

| Schedule | Proposed Date[2] |
|---|---|
| Hearing on Estimation Procedures Motion | August 14, 2019 |
| Debtors to File Chapter 11 Plan and Disclosure Statement | September 9, 2019 |
| Hearing Regarding Tubbs Causation | October 7, 2019 to October 28, 2019 |
| Hearing Regarding Inverse Condemnation | October 9, 2019 |
| Chapter 11 Bar Date | October 21, 2019, at 5:00 p.m. (PT) |
| Deadline to File Objections to Disclosure Statement (35 days after filing of Disclosure Statement) | October 14, 2019 at 4:00 p.m. (PT) |
| Deadline for Debtors' to File Reply in Support of Disclosure Statement (2 weeks after objections to Disclosure Statement are due) | October 28, 2019 at 4:00 p.m. (PT) |
| Disclosure Statement Approval Hearing | November 6, 2019 at 10:00 a.m. (PT) |
| Entry of Order Approving Disclosure Statement | November 8, 2019 |
| Mailing of Plan Solicitation Packages | November 6, 2019 to December 20, 2019 |
| Hearings Regarding Final Estimation | December 16, 2019 to January 17, 2020 |
| Entry of Order Regarding Final Estimation /Resolution of Estimation Hearings | January 17, 2020 |
| Chapter 11 Plan Voting Deadline (approximately 2 months from completion of solicitation mailing) | February 21, 2020 at 4:00 p.m. (PT) |

---

[1] The Debtors will work with the CPUC and its restructuring advisors to coordinate the CPUC approval process for the Debtors' chapter 11 plan.

[2] All times prevailing Pacific Time.

| Schedule | Proposed Date[2] |
|---|---|
| Deadline to File Objections to Chapter 11 Plan Confirmation | February 21, 2020 at 4:00 p.m. (PT) |
| Deadline to File Certification Announcing Chapter 11 Voting and Tabulation Results<br>(2 weeks after objections are due) | March 6, 2020 |
| Deadline to File Debtors' Reply Brief In Support of Chapter 11 Plan Confirmation<br>(2 weeks after objections are due) | March 6, 2020 at 4:00 p.m. (PT) |
| Confirmation Hearing Commences | March 17, 2020 at 10:00 a.m. (PT) |
| Confirmation Order Entered | April 15, 2020 |
| Chapter 11 Plan Effective Date and Emergence | May 1, 2020 |