**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON CPSI AGREEMENT ASSUMPTION MOTION**<br><br>[Re: Dkt No. 3176]<br><br>Date: August 14, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>  Courtroom 17, 16th Floor<br>  San Francisco, CA 94102<br><br>**Objection Deadline**: August 7, 2019<br>  4:00 p.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 (i) Approving the Utility's Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (ii) Granting Related Relief* [Dkt No. 3176] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an order (i) approving the Utility's assumption of certain agreements entered into with landowners in connection with the Community Pipeline Safety Initiative (the "**CPSI**"), which agreements provide the Utility necessary access to land on which the Utility's gas transmission pipelines are located to carry out critical vegetation removal and other clearing projects that ensure the Utility and emergency services providers can access the Utility's gas transmission pipelines (collectively, the "**CPSI Agreements**") and (ii) granting related relief. A proposed order (the "**Original Proposed Order**") was attached as an exhibit to the Motion.

## NOTICE AND SERVICE

A *Notice of Hearing on Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 (i) Approving the Utility's Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (ii) Granting Related Relief* ("*CPSI Agreement Assumption Motion*") was filed concurrently with the Motion on July 24, 2019 [Dkt. No. 3181] (the "**Notice of Hearing**"). The Motion, its supporting declaration of Joe Echols, the related motion to file redacted documents and its own separate supporting declaration of Joe Echols, and the Notice of Hearing were served as described in the Certificate of Service of Alain B. Francoeur filed on

August 12, 2019 [Dkt. No. 3519]¹.

The deadline to file responses or oppositions to the Motion has passed, and no oppositions have been filed with the Court or received by counsel for the Debtors. The Official Committee of Unsecured Creditors filed the *Statement of the Official Committee of Unsecured Creditors in Support of the Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 (i) Approving the Utility's Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (ii) Granting Related Relief* on August 6, 2019 [Dkt. No. 3384] (the "**UCC Supporting Statement**") expressing its support of the Motion. Changes have been made to the Original Proposed Order to amend the monetary compensation for a single CPSI counterparty to reflect the prior agreement between the Debtors and that party. A revised form of proposed order (the "**Revised Proposed Order**") reflecting this agreement is attached hereto as **Exhibit A**. A redline comparison of the Original Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit B**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition other than the UCC Supporting Statement has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

/ / /

/ / /

---

¹ An unredacted version of this Certificate of Service was filed as a sealed document [Dkt. No. 3510].

WHEREFORE, the Debtors hereby request entry of the Revised Proposed Order substantially in the form attached hereto as **Exhibit A**, granting the Motion as set forth therein.

Dated: August 12, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

/s/     *Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*