# EXHIBIT B
## Redline Comparison

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                 Debtors.<br><br>☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER PURSUANT TO 11 U.S.C § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 (I) APPROVING THE UTILITY'S ASSUMPTION OF CONTRACTS IN CONNECTION WITH THE COMMUNITY PIPELINE SAFETY INITIATIVE AND (II) GRANTING RELATED RELIEF** |

Upon the Motion, dated July 24, 2019 (the "**Motion**"),[1] of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to section 365(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 6006(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 6006-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for an order approving the Utility's assumption of the CPSI Agreements with the counterparties identified in **Exhibit B** to the Motion, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Wells Declaration (as amended on February 2, 2019 [Docket No. 263]), and the Echols Declaration; and ~~this Court having held a hearing on the Motion~~ no objections having been filed to the Motion; and the Creditors' Committee having filed the *Statement of the Official Committee of Unsecured Creditors in Support of the Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 (i) Approving the Utility's Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (ii) Granting Related Relief* [Docket. No. 3384]; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Utility, its estate, creditors, shareholders, and all parties in interest; and upon the record of the hearing and all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Utility's assumption of the CPSI Agreements listed in **Schedule 1** annexed to this Order is hereby approved.

3. To the extent there any defaults, whether monetary or non-monetary, under the CPSI Agreements, the Utility is authorized to promptly cure any such defaults in accordance with section 365(b)(1)(A) of the Bankruptcy Code.

4. The Utility is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, and documents, and to take any and all actions reasonably necessary or appropriate to perform all obligations contemplated under the CPSI Agreements.

5. The Utility is authorized to file the Motion as an omnibus motion pursuant to Bankruptcy Rule 6006(e).

6. The Utility's compliance with Bankruptcy Rule 6006(f) is sufficient, and the requirement to list the parties to the CPSI Agreements alphabetically in the Motion pursuant to Bankruptcy Rule 6006(f)(2) is waived.

7. The Utility is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# SCHEDULE 1

| Summary report: Litéra® Change-Pro TDC 10.1.0.800 Document comparison done on 8/12/2019 7:25:36 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://WEILDMS/WEIL/97028375/6 ||
| **Modified DMS:** iw://WEILDMS/WEIL/97149520/2 ||
| **Changes:** ||
| Add | 1 |
| Delete | 1 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 2 |

## Schedule 1 – List of Counterparties to CPSI Agreements

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| **CPSI Agreements Providing Monetary Compensation** | | | | | | |
| M-1 | ■ | Informal Agreement | Vegetation | $50.00 | N/A | 2018.11.28 |
| M-2 | ■ | Action Plan | Vegetation | $9,920.00 | Remove logs and leave clean wood chips. Provide twelve (12) 15 gallon California Native Laurel trees and three (3) loquat trees. | 2018.10.30 |
| M-3 | ■ | Action Plan | Vegetation | $1,500.00 | N/A | 2017.06.15 |
| M-4 | ■ | Action Plan | Vegetation | $1,000.00 | Provide two (2) 15 gallon coast live oak trees to be planted on other property owned by counterparty. | 2017.04.20 |
| M-5 | ■ | Action Plan | Vegetation | $500.00 | Provide and plant one (1) 15 gallon tree. If PG&E does not plant this tree, provide two (2) 15 gallon trees per tree removed. | 2017.06.13 |
| M-6 | ■ | Action Plan | Vegetation | $1,500.00 | N/A | 2017.05.03 |
| M-7 | ■ | Action Plan | Vegetation | $7,000.00 | Plant nine (9) replacement trees. | 2018.07.16 |
| M-8 | ■ | Action Plan | Vegetation | $10,000.00 | Grind all tree stumps. | 2018.08.16 |
| M-8A | ■ | Long-form Agreement | Vegetation | $30,000 | Grind all tree stumps. | 2018.08.17 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-9 | | Action Plan | Vegetation | $500.00 | Provide and plant one (1) replacement tree for relative of counterparty on their property. | 2018.06.26 |
| M-10 | | Action Plan | Vegetation | $2,500.00 | Provide and plant three (3) trees – one (1) almond tree; one (1) cherry tree and one (1) to be determined. | 2017.05.12 |
| M-11 | | Action Plan | Vegetation | $1,000.00 | Provide five (5) – fifteen (15) gallon trees and remove two (2) additional dead redwood trees if permitted by the city. | 2017.04.24 |
| M-12 | | Action Plan | Vegetation | $8,800.00 | Chip all dead wood/brush near a PG&E pipeline marker. | 2017.03.08 |
| M-13 | | Action Plan | Vegetation | $2,000.00 | Replant up to four (4) trees and provide up to eight (8) trees. | 2017.06.22 |
| M-14 | | Action Plan | Vegetation | $7,000.00 | Grind all stumps. | 2017.07.19 |
| M-15 | | Action Plan | Vegetation | $10,000.00 | Provide four (4) replacement trees. | 2018.09.04 |
| M-16 | | Action Plan | Vegetation | $2,000.00 | N/A | 2018.04.30 |
| M-17 | | Action Plan | Vegetation | $12,500.00 | Provide four (4) replacement trees, one (1) maple and three (3) silk oaks. | 2018.10.11 |
| M-18 | | Action Plan | Vegetation | $10,000.00 | Provide four (4) replacement trees. | 2018.10.30 |
| M-19 | | Action Plan | Vegetation | $4,000.00 | Provide and plant eight (8) 15 gallon trees. | 2017.05.24 |
| M-20 | | Action Plan | Vegetation | $1,500 | N/A | 2016.04.18 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-21 | | Action Plan | Vegetation | $3,000.00 | N/A | 2018.01.18 |
| M-22 | | Action Plan | Vegetation | $1,150.00 | N/A | 2016.06.22 |
| M-23 | | Action Plan | Vegetation | $20,000.00 | Provide and plant fourteen (14) trees and provide kangaroo paw and daffodil plants. | 2018.01.17 |
| M-24 | | Action Plan | Vegetation | $2,250.00 | N/A | 2016.09.26 |
| M-25 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.10.03 |
| M-26 | | Action Plan | Vegetation | $2,150.00 | N/A | 2016.05.09 |
| M-27 | | Action Plan | Vegetation | $550.00 | N/A | 2016.03.18 |
| M-29 | | Action Plan | Vegetation | $6,000.00 | Restore area per prepared restoration plan. | 2017.11.21 |
| M-30 | | Action Plan | Vegetation | $1,250.00 | N/A | 2016.10.03 |
| M-31 | | Action Plan | Vegetation | $4,000.00 | N/A | 2017.05.03 |
| M-32 | | Action Plan | Vegetation | $750.00 | N/A | 2016.11.23 |
| M-33 | | Action Plan | Vegetation | $12,500.00 | Provide and plant twenty (20) 15 gallon trees and remove two additional trees. | 2016.11.23 |
| M-34 | | Action Plan | Vegetation | $750.00 | Provide and plant four (4) 15 gallon trees. | 2016.10.25 |
| M-36 | | Action Plan | Vegetation | $3,250.00 | N/A | 2016.09.27 |
| M-37 | | Action Plan | Vegetation | $3,500.00 | N/A | 2016.11.23 |
| M-38 | | Action Plan | Vegetation | $10,000.00 | N/A | 2017.03.27 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---------|--------------|------------------|--------------|------------------------|----------------------------|----------------|
| M-40 | | Action Plan | Vegetation | $1,900.00 | N/A | 2016.02.10 |
| M-42 | | Action Plan | Vegetation | $2,300.00 | N/A | 2016.06.22 |
| M-43 | | Long-form Agreement | Vegetation | $7,500.00 | N/A | 2016.09.26 |
| M-46 | | Long-form Agreement | Vegetation | $29,500.00 | Replace the privacy fence in front of the house and incompatible vegetation. | 2018.11.26 |
| M-47 | | Action Plan | Vegetation | $5,500.00 | N/A | 2016.07.26 |
| M-49 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.12.15 |
| M-52 | | Action Plan | Vegetation | $750.00 | N/A | 2015.11.02 |
| M-53 | | Action Plan | Vegetation | $1,000.00 | N/A | 2017.03.07 |
| M-54 | | Action Plan | Vegetation | $15,000.00 | N/A | 2018.03.13 |
| M-55 | | Action Plan | Vegetation | $3,500.00 | N/A | 2018.04.30 |
| M-56 | | Action Plan | Vegetation | $1,000.00 | N/A | 2015.11.02 |
| M-57 | | Action Plan | Vegetation | $750.00 | Cover areas occupied by removed trees with lava rock. | 2016.02.03 |
| M-58 | | Action Plan | Vegetation | $500.00 | N/A | 2015.11.02 |
| M-59 | | Action Plan | Vegetation | $5,250.00 | N/A | 2016.03.01 |
| M-60 | | Action Plan | Vegetation | $500.00 | N/A | 2015.10.28 |
| M-64 | | Action Plan | Vegetation | $2,500.00 | N/A | 2018.05.15 |
| M-65 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.02.22 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-68 | | Action Plan | Vegetation | $2,250.00 | Provide four (4) trees. | 2015.12.11 |
| M-69 and M-70 | | Action Plan | Vegetation | $7,850 | Provide and plant twelve (12) trees and provide and plant vines into trellis. | 2018.05.21 |
| M-72 | | Action Plan | Vegetation | $2,250.00 | N/A | 2019.03.06 |
| M-73 | | Action Plan | Vegetation | $10,250.00 | Provide and plant twenty-nine (29) trees. | 2018.05.21 |
| M-76 | | Action Plan | Vegetation | $6,000.00 | N/A | 2018.02.20 |
| M-77 | | Action Plan | Vegetation | $250.00 | N/A | 2017.06.19 |
| M-78 | | Action Plan | Vegetation | $~~1,250.00~~1,5000.00 | N/A | 2016.10.18 |
| M-80 | | Action Plan | Vegetation | $2,250.00 | N/A | 2017.05.30 |
| M-85 | | Action Plan | Vegetation | $1,250.00 | N/A | 2016.03.02 |
| M-86 | | Action Plan | Vegetation | $500.00 | N/A | 2016.02.16 |
| M-88 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.03.31 |
| M-89 | | Action Plan | Vegetation | $4,670.00 | Provide one (1) 15 gallon orange tree. | 2016.05.24 |
| M-90 | | Action Plan | Vegetation | $2,500.00 | N/A | 2016.05.18 |
| M-91 | | Action Plan | Vegetation | $750.00 | N/A | 2016.03.15 |
| M-92 | | Long-form Agreement | Vegetation and Structure | $50,725.00 | N/A | 2017.01.27 |
| M-97 | | Action Plan | Vegetation | $6,750.00 | N/A | 2018.01.19 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| M-98 | | Action Plan | Vegetation | $7,500.00 | N/A | 2015.11.24 |
| M-99 | | Action Plan | Vegetation | $16,000.00 | Provide and plant eight (8) trees. | 2017.06.05 |
| M-100 | | Action Plan | Vegetation | $1,750.00 | N/A | 2015.10.28 |
| M-101 | | Action Plan | Vegetation | $250.00 | N/A | 2015.11.20 |
| M-102 | | Action Plan | Vegetation | $1,000.00 | N/A | 2018.04.12 |
| M-103 | | Action Plan | Vegetation | $2,250.00 | N/A | 2018.06.06 |
| M-104 | | Action Plan | Vegetation | $500.00 | N/A | 2018.04.13 |
| M-105 | | Action Plan | Vegetation | $500.00 | N/A | 2017.01.31 |
| M-106 | | Action Plan | Vegetation | $1,500.00 | N/A | 2016.09.29 |
| M-107 | | Action Plan | Vegetation | $550.00 | N/A | 2016.03.03 |
| M-108 | | Long-form Agreement | Structure | $57,000.00 | N/A | 2019.01.08 |
| M-109 | | Action Plan | Vegetation | $1,750.00 | Provide three (3) Blue Spruce and two (2) Norman Fir trees. | 2015.08.24 |
| **CPSI Agreements Only Providing Non-monetary Compensation** | | | | | | |
| N-1 | | Action Plan amended by oral agreement | Vegetation | N/A | Provide and plant apple tree. | 2015.10.28 |
| N-2 | | Action Plan | Vegetation | N/A | Replant three (3) trees on neighboring property. | 2017.04.24 |
| N-3 | | Action Plan | Vegetation | N/A | Provide and plant one (1) redwood tree. | 2017.04.24 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| N-5 | | Action Plan | Vegetation | N/A | Provide and plant up to twelve (12) new trees (or provide the value of twelve (12) trees). | 2017.05.10 |
| N-6 | | Action Plan | Vegetation | N/A | Provide a Chinese Lantern or Albizia plant. | 2015.07.28 |
| N-7 | | Action Plan | Vegetation | N/A | Provide eight (8) 15 gallon trees and relocate and replant pear and nectarine trees. | 2016.09.28 |
| N-8 | | Action Plan | Vegetation | N/A | Provide two (2) trees. | 2015.08.10 |
| N-10 | | Action Plan | Vegetation | N/A | Provide and plant six (6) 15 gallon trees. | 2017.09.01 |
| N-11 | | Action Plan | Vegetation | N/A | Provide and plant ten (10) trees. | 2018.05.21 |
| N-12 | | Action Plan | Vegetation | N/A | Provide a restoration plan and provide and plant four to five (4-5) replacement trees and some smaller plants. | 2017.05.03 |
| N-13 | | Action Plan | Vegetation | N/A | Provide and plant ten (10) trees. | 2017.04.24 |
| N-14 | | Action Plan | Vegetation | N/A | Provide three (3) Red Oleanders. | 2015.08.31 |
| N-15 | | Action Plan | Vegetation | N/A | Provide ten (10) replacement trees. | 2016.05.23 |
| N-16 | | Action Plan | Vegetation | N/A | Provide one (1) orange tree, one (1) apple tree one (1) Fuyu Persimmon tree one (1) nectarine tree, and one (1) tangerine tree. | 2015.11.16 |

| CPSI-ID | Counterparty | Form of Contract | Project Type | Monetary Compensation | Non-monetary Compensation | Execution Date |
|---|---|---|---|---|---|---|
| N-17 | | Action Plan | Vegetation | N/A | Provide and plant one (1) tree. | 2015.11.05 |
| N-18 | | Action Plan | Vegetation | N/A | Provide two (2) Persimmon trees. | 2015.11.02 |

| Summary report: Litéra® Change-Pro TDC 10.1.0.800 Document comparison done on 8/12/2019 5:59:39 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://WEILDMS/WEIL/97107877/1 ||
| **Modified DMS:** iw://WEILDMS/WEIL/97150636/1 ||
| **Changes:** ||
| Add | 3 |
| Delete | 4 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |