RICHARD A. MARSHACK, SBN 107291
rmarshack@marshackhays.com
DAVID A. WOOD, SBN 272406
dwood@marshackhays.com
LAILA MASUD, SBN 311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
Tel: 949-333-7777 -/- Fax: 949-333-7778

Attorneys for SLF Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and, | (Lead Case Jointly Administered) |
| PACIFIC GAS & ELECTRIC COMPANY, | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |
| Debtors. | |
| Affects: | |
| ☐   PG&E Corporation | |
| ☐   Pacific Gas & Electric Company | |
| ☒   Both Debtors | |
| * All papers shall be filed in Lead Case, No. 19-30088 (DM). | |

PLEASE TAKE NOTICE THAT Marshack Hays LLP ("Firm") hereby appears under Rule 9010 of the Federal Rules of Bankruptcy on behalf of SLF Fire Victim Claimants in the above-captioned proceeding, and requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy cases, and that all notices, pleadings, applications, motions, reports, lists, schedules, statements, plans, and all other matters arising herein or in any related adversary proceeding, including those given or required to be given and served or required to

be served in this case in accordance with Rules 2002(a)(2), (3), and (7), 3017(a), 4001, 6007, 9007, 9010(b), and 9013 of the Federal Rules of Bankruptcy Procedure, as well as Sections 102(1), 342(a), and 1109(b) of Title 11 of the United States Code ("the Bankruptcy Code"), be given to and served upon Marshack Hays LLP through the undersigned at the following address and telephone number:

>Richard A. Marshack
>David A. Wood
>Laila Masud
>MARSHACK HAYS LLP
>870 Roosevelt
>Irvine, CA 92620
>Tel: 949-333-7777
>Fax: 949-333-7778
>Email: rmarshack@marshackhays.com
>Email: dwood@marshackhays.com
>Email: lmasud@marshackhays.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand applies to and includes more than the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code; it includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, answer or reply papers filed, regardless of whether they are formal or informal, written or oral, served, transmitted, or conveyed by hand delivery, mail, electronic mail, telephone, fax, or otherwise made or filed with regard to the above-captioned cases and any proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a de novo review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditors SLF Fire Victim

/ / /

Claimants, et al. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 13, 2019   MARSHACK HAYS LLP

/s/ Laila Masud
By:_____
RICHARD A. MARSHACK
DAVID A. WOOD
LAILA MASUD
Attorneys for SINGLETON LAW FIRM
FIRE VICTIM CLAIMANTS