WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**,

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF AGENDA FOR AUGUST 14, 2019, 9:30 A.M. OMNIBUS HEARING**

Date: August 14, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

**PROPOSED AGENDA FOR**
**AUGUST 14, 2019, 9:30 A.M. (PACIFIC TIME)**
**OMNIBUS HEARING**

## I: MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)

***UNCONTESTED AND RESOLVED MATTERS***

1. **Suns' and Mesters' Relief from Stay Motion**: (Suns' and Mesters') Joint Motion for Relief from the Automatic Stay [**Dkt. 3036**].

Response Deadline: August 9, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Movants Suns and Mesters for Limited Relief from the Automatic Stay [**Dkt. 3521**].

Related Documents:

B. Declaration of Richard B. Gullen in Support of Joint Motion for Relief from Automatic Stay [**Dkt. 3038**].

Status: This matter has been resolved by stipulation, subject to Court approval.

2. **Debtors' 503(b)(9) Motion**: Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Petro-Canada America Lubricants, Inc.'s Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Motion of Global Ampersand LLC Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Exhibits under Seal [**Dkt. 3283**].

a. Proposed Document Filed under Seal [**Dkt. 3287**].

D. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

E. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

F. Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3288**].

G. Response of Surf to Snow Environmental Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H. Response of U.S. TelePacific Corp. dba TPx Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

I. Letter from Hypower, Inc. in Partial Acceptance and Partial Objection to Claim Classification [**Dkt. 3315**].

Related Documents:

J. Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

K. Notice of Continued Hearing on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) with Respect to Certain Claims [**Dkt. 3516**].

L. Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Status: This matter is going forward on an uncontested basis solely with respect to those 503(b)(9) Claims for which the Claimant did not file a formal response on the Revised Proposed Order filed by the Debtors on August 12, 2019. The hearing with respect to the other 503(b)(9) Claims has been continued as stated in the Notice of Continued Hearing [**Dkt. 3516**].

3. **Debtors' CPSI Agreement Assumption Motion**: Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (II) Granting Related Relief [**Dkt. 3176**].

Response Deadline: August 7, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Second Omnibus Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (II) Granting Related Relief [**Dkt. 3384**].

Related Documents:

B. Declaration of Joe Echols in Support of CPSI Agreement Assumption Motion [**Dkt. 3177**].

C. Motion to Redact Documents Filed in Support of CPSI Agreement Assumption Motion [**Dkt. 3178**].

a. Proposed Redacted Document [**Dkt. 3179**].

b. Declaration of Joe Echols in Support of CPSI Redaction Motion [**Dkt. 3180**].

c. Order Granting Motion to Redact Documents Filed in Support of CPSI Agreement Assumption Motion [**Dkt. 3202**].

D. Request for Entry of Order by Default on CPSI Agreement Assumption Motion [**Dkt. 3520**].

Status: The CPSI Agreement Assumption Motion was unopposed, and the Debtors filed a request for entry by default of a revised proposed order. Accordingly, if the Court does not enter an order prior to the hearing, this matter is going forward on an uncontested basis.

***CONTESTED MATTERS GOING FORWARD***

4. **Debtors' Wildfire Claims Estimation Motion**: Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3091**].

Response Deadline: August 7, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection of the City and County of San Francisco to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3412**].

B. Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures [**Dkt. 3415**].

C. The Ad Hoc Committee of Senior Unsecured Noteholders' Joinder and Response to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

and Response to the Court's Questions Raised at the July 24, 2019 Hearing [**Dkt. 3418**].

D. Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3419**].

a. Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3419-1**].

E. Response of the California State Agencies to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3421**].

F. Response of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3424**].

G. (State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries) Objection and Joinder to the Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3426**].

H. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for the Establishment of Wildfire Claims Procedures [**Dkt. 3429**].

a. Declaration of Thomas R. Kreller in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3434**].

I. Statement of Certain PG&E Shareholders in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3430**].

J. Opposition of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3431**].

a. Declaration of Michael A. Kelly in Support of the Opposition of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3436**].

b. Declaration of Roger K. Pitman, M.D. in Support of Objection of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3440**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

c. *Ex Parte* Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing for Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3443**].

d. Declaration of Lauren T. Attard in Support of *Ex Parte* Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing for Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3445**].

e. Errata Sheet Regarding Opposition of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3448**].

f. Order Authorizing Oversize Briefing for Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3476**].

K. Herndon Parties' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3437**].

L. SLF Fire Victim Claimants' Opposition to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3451**].

<u>Related Documents</u>:

M. Declaration of Kevin J. Orsini in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3092**].

N. Debtors' Omnibus Reply in Support of Their Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3498**].

a. *Ex Parte* Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus Reply in Further Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3496**].

b. Supplemental Declaration of Kevin J. Orsini in Support of Debtors' Omnibus Reply in Further Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3499**].

c. Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus Reply in Further Support of the Debtors' Motion

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3511**].

Status: This matter is going forward on a contested basis.

5. **Tort Claimants Committee Relief from Stay Motion**: Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2904**].

Response Deadline: July 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder of Co-Lead Counsel to the North Bay Fire Cases, JCCP 4995, on Behalf of the Proposed Tubbs Preference Plaintiffs, to Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2850**].

B. Fire Victim Claimants Barbara Thompson and Raymond Breitenstein's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2861**].

a. Reply in Support of Joinder in Motion of Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 3407**].

C. Amended Joinder of Co-Lead Counsel to the North Bay Fire Cases, JCCP 4995, on Behalf of the Proposed Tubbs Preference Plaintiffs, to Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2908**].

D. Fire Victim Claimants John Caslin and Phyllis Lowe's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2929**].

E. Fire Victim Claimants William Edelen, Burton Fohrman and Heirs of Decedent Monte Kirven's Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2930**].

F. Fire Victim Claimants Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2942**].

G. Fire Victim Claimants Joinder in Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2943**].

H. Joinder by the Singleton Law Firm Fire Victim Claimants in the Tort Claims Committee's Motion for Relief from Stay to Permit a Jury Trial of the 2017 Tubbs Wildfire Claims [**Dkt. 3067**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

I. Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3101**].

a. Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3102**].

J. Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3104**].

a. Declaration of Kevin J. Orsini in Support of Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3105**].

K. The Ad Hoc Committee of Senior Unsecured Noteholders' Joinder to the Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3106**].

L. Objection of Certain PG&E Shareholders to Motions of the Official Committee of Tort Claimants and the Ad Hoc Committee of Subrogation Claim Holders for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 3108**].

M. Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures [**Dkt. 3415**].

N. SLF Claimants' Response to Joint Motion for Relief from Automatic Stay [**Dkt. 3449**].

Related Documents:

O. Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2842**].

P. Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2843**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Q. Declaration of Robert A. Julian in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2844**].

R. Declaration of Steven M. Campora in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2845**].

S. Declaration of Brent C. Williams in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2846**].

T. Declaration of Michael A. Kelly in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2847**].

U. Amended Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2855**].

V. Amended Declaration of Michael A. Kelly in Support of Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 2907**].

Status: This matter is going forward on a contested basis.

6. **Subrogation Claim Holders Relief from Stay Motion**: Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2863**].

Response Deadline: July 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder of Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an Affiliate of the Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association to Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2959**].

B. State Farm Mutual Automobile Insurance Company's Joinder to the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 2983**].

C. Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3101**].

D. Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group

of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3104**].

a. Declaration of Kevin J. Orsini in Support of Debtors' Objection to the Amended Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims and the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [**Dkt. 3105**].

E. The Ad Hoc Committee of Senior Unsecured Noteholders' Joinder to the Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3106**].

F. Objection of Certain PG&E Shareholders to Motions of the Official Committee of Tort Claimants and the Ad Hoc Committee of Subrogation Claim Holders for Relief from Automatic Stay to Permit State Court Jury Trial of 2017 Tubbs Wildfire Claims [**Dkt. 3108**].

G. Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures [**Dkt. 3415**].

Related Documents:

H. Declaration of Benjamin P. McCallen in Support of the Ad Hoc Group of Subrogation Claim Holders' Motion for Relief from the Automatic Stay [**Dkt. 2864**].

I. Declaration of Thomas R. Kreller in Support of Objection of the Official Committee of Unsecured Creditors to Motions of (I) Ad Hoc Group of Subrogation Claim Holders and (II) Official Committee of Tort Claimants for Relief from Automatic Stay [**Dkt. 3102**].

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

/ / /

/ / /

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Dated: August 13, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119