WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEBTORS' OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD PARTY CONTRACTOR DOCUMENTS** <br> Re: Dkt. No. 3205 <br> Date: August 27, 2019 <br> Time: 9:30 a.m. PST <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 <br><br> Objection Deadline: August 13, 2019 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare under penalty of perjury as follows:

1. I am a Member of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to Pacific Gas and Electric and PG&E Corporation (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned Chapter 11 Cases. I am admitted to practice in the State of New York and am admitted to practice before this Court *pro hac vice*. (*See* Dkt. No. 88). I submit this Declaration in Support of the Debtors' Objection to Motion of the Official Committee of Tort Claimants to Compel Productions of Third Party Contractor Documents. I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a cover letter accompanying a document production from Cravath, sent on behalf of the Debtors, to the Official Committee of Tort Claimants, dated July 30, 2019.

Dated: August 13, 2019

*Kevin J. Orsini*

Kevin J. Orsini
Cravath, Swaine & Moore LLP