Elizabeth J. Cabraser (SBN 083151)
Robert J. Nelson (SBN 132797)
Lexi J. Hazam (SBN 224457)
Fabrice N. Vincent (SBN 160780)
Abby R. Wolf (SBN 313049)
Evan J. Ballan (SBN 318649)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: 415.956.1000
Fax: 415.956.1008

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
J. Aaron Lawson (SBN 319306)
Lily Hough (SBN 315277)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

Francis O. Scarpulla (SBN 41059)
Patrick Clayton (SBN 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706

*Attorneys for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>  Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**LIMITED JOINDER OF WILDFIRE CLASS CLAIMANTS TO OBJECTION OF CERTAIN PARTIES TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) FOR THE ESTABLISHMENT OF WILDFIRE CLAIMS ESTIMATION PROCEDURES [Dkt. No. 3437]**<br><br>Date:  August 14, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense, individually and on behalf of all others similarly situated; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes, individually and on behalf of all others similarly situated; Jeanette Smylie, individually and on behalf of all others similarly situated; and GER Hospitality, LLC, individually and on behalf of all others similarly situated; William N. Steel, individually and on behalf of all others similarly situated; and Karen Roberds and Anita Freeman, individually and on behalf of all others similarly situated (collectively, "Wildfire Class Claimants") hereby join, in part, the *Objection to Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimations Procedures* (the "Objection") filed by David Herndon, Julia Herndon, Gabriell Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control (collectively, "Objectors") [Dkt. No. 3437], and state as follows:

## **Limited Joinder**

Wildfire Class Claimants are individuals and businesses who suffered financial and/or property damage as a result of wildfires caused by the Debtors' failing and improperly maintained electrical equipment, including the 2017 North Bay Fires and the 2018 Camp Fire. Before the Debtors filed for bankruptcy, Wildfire Class Claimants filed class action lawsuits against the Debtors in state court, seeking to recover damages on behalf of themselves and others harmed by the wildfires. When the Debtors filed bankruptcy, their state court proceedings were stayed pursuant to 11 U.S.C. § 362. In order to preserve their claims, Wildfire Class Claimants filed proofs of claim in the bankruptcy proceedings shortly after Debtors commenced their filing. Wildfire Class Claimants are therefore "creditors" within the meaning of the Bankruptcy Code, 11 U.S.C. § 101(10), and this Court has jurisdiction over their claims. 28 U.S.C. § 1334(a). Wildfire Class Claimants have filed a total of six proofs of claim in this proceeding on behalf of putative classes of individuals and businesses harmed by the 2017 North Bay and 2018 Camp Fires. In fact, their proofs of claim are

1

among the first lodged in the bankruptcy case's claims register. *See* Northern District of California Claims Register, No. 19-30088 PG&E Corporation, Claim Nos. 1-1 (Kevin Burnett et al.), 2-1 (Lore Olds, d/b/a Sky Vineyards et al.), 3-1 (Jeanette Smylie), 4-2 (GER Hospitality, LLC), 6-2 (William N. Steel), 8-2 (Karen Roberds and Anita Freeman). Each proof of claim incorporated and attached a copy of the prepetition class action complaint that had been filed in state court before the automatic stay took effect.

In the Objection, the Objectors express their concern that the estimation procedures contained in Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) and 502(c) For the Establishment of Wildfire Claims Estimation Procedures [Dkt. No. 3091] do not contemplate the possibility that this Court will authorize class proofs of claim. Objection at 2. Wildfire Class Claimants believe the Court will preserve the possibility of using class proofs of claim at an appropriate time. Nevertheless, out of an abundance of caution and to avoid leaving the matter unaddressed, Wildfire Class Claimants join the Objection and respectfully request that any proposed claims estimation procedures explicitly allow for the estimation of class proofs of claim if such class proofs of claim are ultimately allowed.

As the Ninth Circuit has recognized, the bankruptcy code permits the use of class proofs of claim. *In re Birting Fisheries, Inc.*, 92 F.3d 939 (9th Cir. 1996). The tort claims of those impacted by the 2017 North Bay and 2018 Camp Wildfires represent a substantial component of this bankruptcy, involving as many as tens or hundreds of thousands of claimants who have collectively suffered tens of billions of dollars in damages. Reaching those claimants, enabling them to engage with the claim submission process, and ultimately resolving their claims will be a substantial undertaking, and is one that is in its relatively early stages.

The Debtors' pending motion is silent as to whether the estimation procedures will allow estimation of class proofs of claims. But there should be no doubt: the use of an estimation procedure is appropriate for class proofs of claim. *See, e.g.*, *In re Charter Co.*, 876 F.2d 866, 872 (11th Cir. 1989) ("The bankruptcy courts are well used to the estimation procedures outside the class action context, even in highly complex cases."). That said, the question of whether to allow the use of class proofs of claim has not yet been properly presented to the Court and is not ripe for adjudication. If

and when the issue arises, Wildfire Class Claimants would like the opportunity to fully brief and be heard on it.

### Conclusion

Accordingly, Wildfire Class Claimants submit this limited joinder and respectfully request that the Court explicitly allow for the estimation of class proofs of claim if such class proofs of claim are ultimately allowed.

Respectfully submitted,

Dated: August 13, 2019

By: /s/ Elizabeth J. Cabraser

| | |
|---|---|
| Elizabeth J. Cabraser (SBN 083151) | Rafey S. Balabanian (SBN 315962) |
| Robert J. Nelson (SBN 132797) | Todd Logan (SBN 305912) |
| Lexi J. Hazam (SBN 224457) | J. Aaron Lawson (SBN 319306) |
| Fabrice N. Vincent (SBN 160780) | Lily Hough (SBN 315277) |
| Abby R. Wolf (SBN 313049) | Brandt Silver-Korn (SBN 323530) |
| Evan J. Ballan (SBN 318649) | Edelson PC |
| Lieff Cabraser Heimann & Bernstein LLP | 123 Townsend Street, Suite 100 |
| 275 Battery Street, 29th Floor | San Francisco, California 94107 |
| San Francisco, California 94111 | Tel: 415.234.5342 |
| Tel: 415.956.1000 | Fax: 415.373.9495 |
| Fax: 415.956.1008 | |

*Counsel for Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes.*

*Counsel for Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, and Benjamin Greenwald d/b/a Greenwald Pest Defense.*

3

| | |
|---|---|
| Francis O. Scarpulla (SBN 41059)<br>Patrick Clayton (SBN 240191)<br>Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: 415.788.7210<br>Fax: 415.788.0706<br><br>*Counsel for Creditors Jeanette Smylie, GER Hospitality, LLC, William N. Steel, Karen Roberds, and Anita Freeman.*<br><br>Quentin L. Kopp (SBN 25070)<br>380 West Portal Ave.<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94127<br>Tel: 415.681.5555<br><br>*Counsel for Creditors Jeanette Smylie, GER Hospitality, LLC, William N. Steel, Karen Roberds, and Anita Freeman.* | Jeremiah F. Hallisey (SBN 40001)<br>Hallisey and Johnson, PC<br>465 California Street, Suite 405<br>San Francisco, California 94104-1812<br>Tel: 415.433.5300<br><br>*Counsel for Creditors Jeanette Smylie, GER Hospitality, LLC, William N. Steel, Karen Roberds, and Anita Freeman.* |

4

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/Elizabeth J. Cabraser