# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 8/14/2019
Case: 19−30088     Form ID: TRANSC     Total: 32

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | JANE KIM, ESQ. | Keller & Benvenutti LLP | 650 California Street Suite 1900 | San Francisco, CA 94108 |
| | KEVIN J. ORSINI, ESQ. | Cravath, Swaine & Moore LLP | 825 Eighth Avenue | New York, NY 10019 |
| | DENNIS F. DUNNE, ESQ. | Milbank LLP | 55 Hudson Yards | New York, NY 10001 |
| | GREGORY A. BRAY, ESQ. | Milbank LLP | Milbank LLP 2029 Century Park East 33rd Fl. | Los Angeles, CA 90067 |
| | ANDREW M. LEBLANC, ESQ. | Milbank LLP | 1850 K Street, NW Suite 1100 | Washington, DC 20006 |
| | CECILY A. DUMAS, ESQ. | Baker & Hostetler LLP | 11601 Wilshire Boulevard Suite 1400 | Los Angeles, CA 90025 |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP | 1999 Avenue of the Stars Suite 600 | Los Angeles, CA 90067 |
| | ASHLEY VINSON CRAWFORD, ESQ. | Akin Gump Strauss Hauer & Feld LLP | 580 California Street Suite 1500 | San Francisco, CA 94104 |
| | DAVID H. BOTTER, ESQ. MICHAEL S. STAMER, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| | MATHEW A. FELDMAN, ESQ. | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| | MARSHA A. HOUSTON, ESQ. | Reed Smith LLP | 355 South Grand Avenue Suite 2900 | Los Angeles, CA 90071 |
| | JAMIE J. FELL, ESQ. MICHAEL H. TORKIN, ESQ. | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | New York, NY 10017 |
| | PAUL J. PASCUZZI, ESQ. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | 500 Capitol Mall Suite 2250 | Sacramento, CA 95814 |
| | BRIAN S. HERMANN, ESQ. ALAN W. KORNBERG, ESQ. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Avenue of the Americas | New York, NY 10019 |
| | PAUL N. SILVERSTEIN, ESQ. | Hunton Andrews Kurth LLP | 200 Park Avenue | New York, NY 10166 |
| | LAILA MASUD, ESQ. | Marshack Hays LLP | 870 Roosevelt | Irvine, CA 92620 |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street 50th Floor | Los Angeles, CA 90071 |
| | BRADLEY C. KNAPP, ESQ. | Locke Lord LLP | 601 Poydras Street Suite 2660 | New Orleans, LA 70130 |
| | EREZ E. GILAD, ESQ. | Stroock & Stroock & Lavan LLP | 180 Maiden Lane | New York, NY 10038 |
| | FRANK A. MEROLA, ESQ. | Stroock & Stroock & Lavan LLP | 2029 Century Park East | Los Angeles, CA 90067 |
| | KEVIN D. BUSH, ESQ. | Cozen O'Connor | 501 West Broadway Suite 1610 | San Diego, CA 92101 |
| | MARK E. FELGER, ESQ. | Cozen O'Connor | 1201 North Market Street Suite 1001 | Wilmington, DE 19801 |
| | DAVID M. STERN, ESQ. | Klee, Tuchin, Bogdanoff & Stern LLP | 1999 Avenue of the Stars 39th Floor | Los Angeles, CA 90067 |
| | AMY CATON, ESQ. | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, NY 10036 |
| | ALISA C. LACEY, ESQ. | Stinson LLP | 1850 N. Central Avenue Suite 2100 | Phoenix, AZ 85004 |
| | SANDER L. ESSERMAN, ESQ. | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan Street Suite 2200 | Dallas, TX 75201 |
| | BERNARD J. KORNBERG, ESQ. | Severson & Werson | Embarcadero Center Suite 2600 | San Francisco, CA 94111 |
| | PETER D. WOLFSON, ESQ. | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| | MARK C. BAUMAN, ESQ. | Bauman Loewe Witt & Maxwell, PLLC | 8765 East Bell Road Suite 210 | Scottsdale, AZ 85260 |
| | BETH M. BROWNSTEIN, ESQ. | Arent Fox LLP | 1301 Avenue of the Americas 42nd Floor | New York, NY 10019 |
| | ROBERT G. HARRIS, ESQ. | Binder & Malter LLP | 2775 Park Ave | Santa Clara, CA 95050 |

TOTAL: 32