| | |
|---|---|
| 1 | Heinz Binder (SBN 87908) |
| | Robert G. Harris (SBN 124678) |
| 2 | BINDER & MALTER, LLP |
| 3 | 2775 Park Avenue |
| | Santa Clara, CA 95050 |
| 4 | Tel: (408) 295-1700 |
| | Fax: (408) 295-1531 |
| 5 | Email: Heinz@bindermalter.com |
| | Email: Rob@bindermalter.com |
| 6 | |
| 7 | Attorneys for TURN, The Utility Reform Network |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>                 19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives notices pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim reference in this notice.

| **TURN, The Utility Reform Network** | **VENDOR RECOVERY FUND IV, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** <br> Binder & Malter, LLP <br> Atten: Robert Harris <br> 2775 Park Ave. <br> Santa Clara, CA 95050 <br> Phone: 408-295-1700 <br> Email: rob@bindermalter.com <br><br> **Name & Address for all Payments:** <br> SAME AS ABOVE | Amount of Claim: $983.84 <br> Scheduled: <br> Proof of Claim No.: 1556 <br> Date Claim Filed: 03/19/19 <br><br> Address of Transferor: <br> Vendor Recovery Fund IV, LLC <br> PO BOX 669 <br> Smithtown, NY 11787 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: August 14, 2019  By: /s/ *Robert G. Harris*
                             Robert G. Harris

                             Attorneys for The Utility Reform Network (TURN)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.