|   |   |   |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT** | |
| | **NORTHERN DISTRICT OF CALIFORNIA** | |
| | **SAN FRANCISCO DIVISION** | |

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                         **Debtors.** | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 2991** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2019, I caused to be served the "Order Granting Stipulation Between Official Committee of Unsecured Creditors and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code," dated July 12, 2019 [Docket No. 2991], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
5th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA, PA 19104-5016 | FEDERAL ENERGY REGULATORY COMMISSION<br>ATTN: GENERAL COUNSEL<br>888 FIRST ST NE<br>WASHINGTON, DC 20426 |
| U.S. NUCLEAR REGULATORY COMMISSION<br>ATTN: GENERAL COUNSEL<br>WASHINGTON, DC 20555-0001 | U.S. NUCLEAR REGULATORY COMMISSION<br>ATTN: GENERAL COUNSEL<br>U.S. NRC REGION IV<br>1600 E. LAMAR BLVD.<br>ARLINGTON, TX 76011 |
| RODRIGUEZ & ASSOCIATES<br>ATTN: JOSEPH WHITTINGTON, ESQ. & DANIEL TUREK, ESQ.<br>2020 EYE STREET<br>BAKERSFIELD, CA 93301 | NORTHERN DISTRICT OF CALIFORNIA<br>ATTN: BANKRUPTCY UNIT<br>FEDERAL COURTHOUSE<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 |
| PG&E CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 BEALE STREET<br>P.O. BOX 77000<br>SAN FRANCISCO, CA 94177 | JOHN A. VOS<br>1430 LINCOLN AVENUE<br>SAN RAFAEL, CA 94901 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR<br>ATTN: ROBERT KANNGIESSER<br>2976 RICHARDSON DRIVE<br>AUBURN, CA 95603 | |

U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CA
ATTN: HONORABLE DENNIS MONTALI
CHAMBERS COPY
450 GOLDEN GATE AVE, 18TH FLOOR
SAN FRANCISCO, CA 94102

# EXHIBIT B

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com

eadler@theadlerfirm.com
gemarr59@hotmail.com
bzummer@theadlerfirm.com
olatifi@theadlerfirm.com

rasymm@aeraenergy.com
evelina.gentry@akerman.com
yelena.archiyan@akerman.com
john.mitchell@akerman.com

avcrawford@akingump.com
dsimonds@akingump.com
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

shiggins@andrewsthornton.com
jct@andrewsthornton.com
aa@andrewsthornton.com

andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

andy.kong@arentfox.com
christopher.wong@arentfox.com

aram.ordubegian@arentfox.com
brian.lohan@arnoldporter.com
steven.fruchter@arnoldporter.com

jg5786@att.com
danette.valdez@doj.ca.gov
annadel.almendras@doj.ca.gov

james.potter@doj.ca.gov
margarita.padilla@doj.ca.gov

james.potter@doj.ca.gov
marthaeromerolaw@gmail.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

rjulian@bakerlaw.com
cdumas@bakerlaw.com

ian.roberts@bakerbotts.com
kevin.chiu@bakerbotts.com
navi.dhillon@bakerbotts.com

jrowland@bakerdonelson.com

lrochester@bakerdonelson.com
jhayden@bakerdonelson.com
hubenb@ballardspahr.com

hubenb@ballardspahr.com
ganzc@ballardspahr.com
myersms@ballardspahr.com

summersm@ballardspahr.com

hartlt@ballardspahr.com
john.mccusker@bami.com
ssummy@baronbudd.com
jfiske@baronbudd.com

tmccurnin@bkolaw.com
chigashi@bkolaw.com
thigham@bkolaw.com

belvederelegalecf@gmail.com
kcapuzzi@beneschlaw.com
mbarrie@beneschlaw.com

kenns@beneschlaw.com
csimon@bergerkahn.com
csimon@bergerkahn.com
harriet.steiner@bbklaw.com
michael@bindermalter.com
rob@bindermalter.com
heinz@bindermalter.com

njbloomfield@njblaw.com
mgorton@boutinjones.com

bletsch@braytonlaw.com
misola@brotherssmithlaw.com
grougeau@brlawsf.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com

arocles.aguilar@cpuc.ca.gov
melaniecruz@chevron.com
marmstrong@chevron.com

dgooding@choate.com
jmarshall@choate.com
otakvoryan@ckrlaw.com
kwinick@clarktrev.com

mgoodin@clausen.com
lschweitzer@cgsh.com
mschierberl@cgsh.com

ghofmann@cohnekinghorn.com
ra-li-ucts-bankrupt@state.pa.us
pcalifano@cwclaw.com
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

fpitre@cpmlegal.com
acordova@cpmlegal.com
ablodgett@cpmlegal.com

tambra.curtis@sonoma-county.org
eric.may@yolocounty.org
fsmith@cozen.com
mfelger@cozen.com
mplevin@crowell.com
bmullan@crowell.com
malmy@crowell.com
tyoon@crowell.com
tkoegel@crowell.com
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

andrew.yaphe@davispolk.com
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

dgrassgreen@gmail.com
bryan.bates@dentons.com
john.moe@dentons.com
lauren.macksoud@dentons.com
michael.isaacs@dentons.com
oscar.pinkas@dentons.com
peter.wolfson@dentons.com
samuel.maizel@dentons.com
kdiemer@diemerwei.com
david.riley@dlapiper.com
eric.goldberg@dlapiper.com
joshua.morse@dlapiper.com
scampora@dbbwc.com

gjones@dykema.com
lgoldberg@ebce.org

leslie.freiman@edpr.com
randy.sawyer@edpr.com
sally@elkshep.com
jim@elkshep.com
larry@engeladvice.com
sgarabato@epiqglobal.com
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

sfinestone@fhlawllp.com
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

emorabito@foley.com
bnelson@foley.com

vavilaplana@foley.com
sory@fdlaw.com
mbusenkell@gsbblaw.com
ehg@classlawgroup.com
dsh@classlawgroup.com
gweiner@gibsondunn.com
jkrause@gibsondunn.com
mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com

vuocolod@gtlaw.com
steinbergh@gtlaw.com
hoguem@gtlaw.com
etredinnick@greeneradovsky.com
sgross@grosskleinlaw.com
mgrotefeld@ghlaw-llp.com
mochoa@ghlaw-llp.com
wpickett@ghlaw-llp.com

sharon.petrosino@hercrentals.com
jdoran@hinckleyallen.com

erin.brady@hoganlovells.com
hampton.foushee@hoganlovells.com
bennett.spiegel@hoganlovells.com
alex.sher@hoganlovells.com
peter.ivanick@hoganlovells.com

rwolf@hollandhart.com
robert.labate@hklaw.com
david.holtzman@hklaw.com

mjb@hopkinscarley.com
jross@hopkinscarley.com
keckhardt@huntonak.com
ppartee@huntonak.com
mjdube@ca.ibm.com
cvarnen@irell.com
astrabone@irell.com
jreisner@irell.com
klyman@irell.com
mstrub@irell.com
bankruptcy2@ironmountain.com
robert.albery@jacobs.com
jane-luciano@comcast.net
ajang@janglit.com
snoma@janglit.com
jdt@jdthompsonlaw.com
rbk@jmbm.com
byoung@jmbm.com
lgabriel@bg.law
aortiz@jhwclaw.com
sjordan@jhwclaw.com
ecf@jhwclaw.com

jae1900@yahoo.com
peter.boutin@kyl.com
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com
kdwbankruptcydepartment@kelleydrye.com
bfeder@kelleydrye.com
mark_minich@kindermorgan.com
mosby_perrow@kindermorgan.com
aparna.yenamandra@kirkland.com
david.seligman@kirkland.com
marc.kieselstein@kirkland.com
mark.mckane@kirkland.com
michael.esser@kirkland.com
alexander.pilmer@kirkland.com
stephen.hessler@kirkland.com
kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

hbedoyan@kleinlaw.com
ecf@kleinlaw.com

tdubbs@labaton.com
lgottlieb@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

klamb@lkfirm.com
mslattery@lkfirm.com
tkelch@lkfirm.com

summerst@lanepowell.com
adam.malatesta@lw.com
amy.quartarolo@lw.com
caroline.reckler@lw.com
andrew.parlen@lw.com
christopher.harris@lw.com
andrew.parlen@lw.com

daren@schlecterlaw.com
pwp@pattiprewittlaw.com
rlalawyer@yahoo.com

smo@smolsonlaw.com
ws@waynesilverlaw.com
lwelsh@lkwelshlaw.com
tjb@brandilaw.com
matt@lesnickprince.com
cprince@lesnickprince.com

dln@lnbyb.com
ehk@lnbyb.com
lovee.sarenas@lewisbrisbois.com
amy.goldman@lewisbrisbois.com
scott.lee@lewisbrisbois.com
jasmin.yang@lewisbrisbois.com

houston_bankruptcy@publicans.com
asmith@lockelord.com
bknapp@lockelord.com
eguffy@lockelord.com
lkress@lockelord.com
meagan.tom@lockelord.com
sbryant@lockelord.com
jackie.fu@lockelord.com
mscohen@loeb.com
aclough@loeb.com

metkin@lowenstein.com
abehlmann@lowenstein.com
golivera@lowenstein.com

**PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**
**Case No. 19-30088 (DM)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| imac@macfern.com | lmcgowen@orrick.com |
| mannycorrales@yahoo.com | malevinson@orrick.com |
| craig@marguliesfaithlaw.com | tcmitchell@orrick.com |
| malexander@maryalexander.com | jlucas@pszjlaw.com |
| annie.duong@mccormickbarstow.com | gglazer@pszjlaw.com |
| demerzian@mccormickbarstow.com | dgrassgreen@pszjlaw.com |
| annie.duong@mccormickbarstow.com | ipachulski@pszjlaw.com |
| jsmith@mckoolsmith.com | jfiero@pszjlaw.com |
| randy.michelson@michelsonlawgroup.com | tom@parkinsonphinney.com |
| ddunne@milbank.com | akornberg@paulweiss.com |
| skhalil@milbank.com | bhermann@paulweiss.com |
| paronzon@milbank.com | wrieman@paulweiss.com |
| gbray@milbank.com | smitchell@paulweiss.com |
| tkreller@milbank.com | ndonnelly@paulweiss.com |
| avobrient@mintz.com | wong.andrea@pbgc.gov |
| ablevin@mintz.com | efile@pbgc.gov |
| anahmias@mbnlawyers.com | morgan.courtney@pbgc.gov |
| kmontee@monteeassociates.com | efile@pbgc.gov |
| james.ficenec@ndlf.com | efile@pbgc.gov |
| joshua.bevitz@ndlf.com | robertson.daniel@pbgc.gov |
| mferullo@nixonpeabody.com | ngo.melissa@pbgc.gov |
| rpedone@nixonpeabody.com | efile@pbgc.gov |
| wlisa@nixonpeabody.com | adsmith@perkinscoie.com |
| info@norcallawgroup.net | kcunningham@pierceatwood.com |
| joe@norcallawgroup.net | dania.slim@pillsburylaw.com |
| howard.seife@nortonrosefulbright.com | hugh.ray@pillsburylaw.com |
| andrew.rosenblatt@nortonrosefulbright.com | leo.crowley@pillsburylaw.com |
| christy.rivera@nortonrosefulbright.com | dminnick@pillsburylaw.com |
| kfineman@nutihart.com | philip.warden@pillsburylaw.com |
| gnuti@nutihart.com | epino@epinolaw.com |
| chart@nutihart.com | peter@pmrklaw.com |
| jbeiswenger@omm.com | lweber@polsinelli.com |
| jrapisardi@omm.com | rsoref@polsinelli.com |
| nmitchell@omm.com | pgeteam@primeclerk.com |
| dshamah@omm.com | serviceqa@primeclerk.com |
| pfriedman@omm.com | gerald.kennedy@procopio.com |
| bankruptcy@coag.gov | mbienenstock@proskauer.com |
| james.l.snyder@usdoj.gov | brosen@proskauer.com |
| timothy.s.laffredi@usdoj.gov | mzerjal@proskauer.com |
| marta.villacorta@usdoj.gov | mfirestein@proskauer.com |
| dfelder@orrick.com | lrappaport@proskauer.com |
| dmintz@orrick.com | sma@proskauer.com |

dbp@provlaw.com
rbeacher@pryorcashman.com

crivas@reedsmith.com
mhouston@reedsmith.com
jdoolittle@reedsmith.com

mhouston@reedsmith.com
mhowery@reedsmith.com
pmunoz@reedsmith.com
rsimons@reedsmith.com

lillian.stenfeldt@rimonlaw.com
phillip.wang@rimonlaw.com

nanette@ringstadlaw.com

robins@robinscloud.com
rbryson@robinscloud.com

gregg.galardi@ropesgray.com
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com

mark.bane@ropesgray.com
matthew.roose@ropesgray.com

peter.welsh@ropesgray.com
joshua.sturm@ropesgray.com
patricia.chen@ropesgray.com

ssally@ropesgray.com
matthew.mcginnis@ropesgray.com

rfriedman@rutan.com
pblanchard@rutan.com

owen.clements@sfcityatty.org
catheryn.daly@sfcityatty.org

cbelmonte@ssbb.com
pbosswick@ssbb.com

erlamblaw@gmail.com

gkalikman@schnader.com

dmg@severson.com
dhc@severson.com
bjk@severson.com

rpinkston@seyfarth.com
charney@seyfarth.com

lucky.mcdowell@shearman.com
daniel.laguardia@shearman.com

dshemano@shemanolaw.com

mlauter@sheppardmullin.com

egoldstein@goodwin.com

lshulman@shbllp.com
mlowe@shbllp.com

dvd@svlg.com
keb@svlg.com

jsanders@stblaw.com
michael.torkin@stblaw.com
ngoldin@stblaw.com
kmclendon@stblaw.com
jamie.fell@stblaw.com

gerald@slffirm.com
john@slffirm.com

amy.park@skadden.com
eric.ivester@skadden.com

jmullan@sonomacleanpower.org

julia.mosel@sce.com
patricia.cirucci@sce.com

ecf@stjames-law.com

todd.bailey@ftb.ca.gov

jcumming@dir.ca.gov

bglaser@swesq.com

sc2104271@gmail.com

cp@stevenslee.com
lpg@stevenslee.com

jdsokol@lawssl.com
kcoles@lawssl.com

dandreoli@steyerlaw.com
jlowenthal@steyerlaw.com
squan@steyerlaw.com

ethompson@stites.com

david.levant@stoel.com
gabrielle.glemann@stoel.com
oren.haker@stoel.com
sunny.sarkis@stoel.com

pglassman@sycr.com

dmoon@stroock.com
fmerola@stroock.com
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com

**PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**
**Case No. 19-30088 (DM)**
**Electronic Mail – Master Service List**

khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
holsen@stroock.com
mspeiser@stroock.com
kpasquale@stroock.com
smillman@stroock.com

esserman@sbep-law.com
taylor@sbep-law.com

hill@sullivanhill.com
hawkins@sullivanhill.com
dabbieri@sullivanhill.com

ivan@icjenlaw.com
jmills@taylorenglish.com
daniel@thebklawoffice.com
erika.schoenberger@davey.com
rhonda.goldstein@ucop.edu
altogut@teamtogut.com
kortiz@teamtogut.com
aoden@teamtogut.com
aglaubach@teamtogut.com

rich@trodellalapping.com

gabriel.ozel@troutman.com
harris.winsberg@troutman.com
matthew.roberts2@troutman.com
hugh.mcdonald@troutman.com

mtoney@turn.org
tlong@turn.org

danielle.pham@usdoj.gov
danielle.pham@usdoj.gov
shane.huang@usdoj.gov
shane.huang@usdoj.gov
bankruptcynotices@up.com
matthew.troy@usdoj.gov
matthew.troy@usdoj.gov

sanfrancisco@sec.gov
secbankruptcy@sec.gov

wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

mkelly@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com

rileywalter@w2lg.com
mwilhelm@w2lg.com

stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com

bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net

cshore@whitecase.com
rkampfner@whitecase.com
tlauria@whitecase.com
mbrown@whitecase.com

tblischke@williamskastner.com

mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com

chris.johnstone@wilmerhale.com

dneier@winston.com
jrawlins@winston.com
myuffee@winston.com

rgolubow@wcghlaw.com

jcurran@wolkincurran.com

kw@wlawcorp.com