# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|                **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On August 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 14th day of August 2019, at New York, NY.

_____
Alain B. Francoeur

Case: 19-30088    Doc# 3544    Filed: 08/14/19    Entered: 08/14/19 10:58:23    Page 2 of 6

SRF 35001

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: ERIC EVAN SAGERMAN, ESQ., CECILY A. DUMAS, ROBERT A. JULIAN, & KIMBERLY S. MORRIS | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Baker & Hostetler LLP | Attn: LARS TERENCE FULLER, ESQ. | 1801 California Street Suite 4400 | | Denver | CO | 80202-2662 |
| Baker & Hostetler LLP | Attn: KODY D. L. KLEBER, ESQ. | 811 Main St., #1100 | | Houston | TX | 77002-6111 |
| California Department of Justice | Attn: ANNADEL ANGELINE ALMENDRAS, ESQ. | 455 Golden Gate Avenue Suite 11000 | | San Francisco | CA | 94102-7020 |
| California Department of Justice | Attn: TRACY LYNN WINSOR, ESQ. | 1300 I Street Suite 125 | | Sacramento | CA | 95814-2951 |
| Cozen & O'Connor | Attn: KEVIN DALE BUSH, ESQ. | 501 West Broadway #1610 | | San Diego | CA | 92101-3557 |
| Cravath, Swaine & Moore LLP | Attn: Kevin J. Orsini | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dreyer Babich Buccola Wood Campora, LLP | Attn: STEVEN M. CAMPORA, ESQ. | 20 Bicentennial Circle | | Sacramento | CA | 95826-2802 |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Keller & Benvenutti LLP | Attn: TOBIAS S. KELLER, ESQ. & JANE KIM, ESQ. | 650 California Street Suite 1900 | | San Francisco | CA | 94108-2736 |
| MARK CHARLES BAUMAN, ESQ. & ADRIAN SCOTT LOEWE, ESQ. | 765 East Bell Road Suite 210 | | | Scottsdale | AZ | 85260 |
| Marshack Hays LLP | Attn: RICHARD ALAN MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Millbank LLP | Attn: ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW Suite 1100 | | Washington | DC | 20006-2236 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: BRIAN S. HERMANN, ESQ. & ALAN KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Severson & Werson | Attn: BERNARD JARON KORNBERG, ESQ. | 1 Embarcadero Center Suite 2600 | | San Francisco | CA | 94111-3715 |
| Stutzman, Bromberg, Esserman & Plifka | Attn: SANDER L. ESSERMAN, ESQ. | 2323 Bryan Street Suite 2200 | | Dallas | TX | 75201-2689 |
| Weil, Gotshal & Manges LLP | Attn: STEPHEN KAROTKIN, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: BENJAMIN P. MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 3544    Filed: 08/14/19    Entered: 08/14/19 10:58:23    Page 4 of 6

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In re Debtor(s): | Case No.: 19–30088 DM 11 |
| --- | --- |
| | Chapter: 11 |
| PG&E Corporation | |

# NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 7, 2019 was filed on August 8, 2019. The following deadlines apply:

The parties have until Thursday, August 15, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, August 29, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, September 9, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, November 6, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/12/19                      For the Court:

                                    Edward J. Emmons
                                    Clerk of Court
                                    United States Bankruptcy Court