**EXHIBIT A**
**Staffing Plan**

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STAFFING OF WEIL, GOTSHAL & MANGES LLP FOR THE PERIOD JANUARY 29, 2019 THROUGH AND INCLUDING APRIL 30, 2019

The following summary of staffing was prepared on August 14, 2019, at the request of the United States Trustee with respect to the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* and is being filed as a supplement to the *First Interim Fee Application of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 through and including April 30, 2019*, dated July 15, 2019 [Docket No. 2988] (the "**Application**").[1] As set forth in the Application, the Debtors are aware of the complexities of these cases, the many issues that need to be addressed, the various disciplines involved, and that staffing needs are dynamic based on a number of factors, many of which are unpredictable, including the activities of other parties in interest in the Chapter 11 Cases. During the Compensation Period, core teams of Business, Finance and Restructuring, Corporate, Tax, and Litigation attorneys were supplemented with additional resources as necessary to meet client needs under the changing circumstances of these Chapter 11 Cases. The following is a summary of the primary staffing of these cases during the Compensation Period.

| CATEGORY OF TIMEKEEPER | NUMBER OF CORE TIMEKEEPERS WORKING ON MATTER DURING FEE PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 11 | $1,400.00 |
| Counsel | 3 | $1,062.50 |
| Associate | 21 | $833.57 |
| Paraprofessionals and Other Non-Legal Staff | 2 | $330.00 |

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in the Application.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119