# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 3376** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2019, I caused to be served the "First Supplemental Declaration of Thomas R. Kreller In Connection with the Official Committee of Unsecured Creditors' Retention of Milbank LLP," dated August 5, 2019 [Docket No. 3376], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   a. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

1     b. delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Wing Chan*
                                                      Wing Chan

Sworn to before me this
7th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX | COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count 8**

# EXHIBIT B

aa@andrewsthornton.com
abehlmann@lowenstein.com
ablevin@mintz.com
ablodgett@cpmlegal.com
acaton@kramerlevin.com
aclough@loeb.com
acordova@cpmlegal.com
adam.malatesta@lw.com
adsmith@perkinscoie.com
aglaubach@teamtogut.com
ajang@janglit.com
akornberg@paulweiss.com
alex.sher@hoganlovells.com
alexander.pilmer@kirkland.com
alr@coreylaw.com
altogut@teamtogut.com
amoskowitz@gibsondunn.com
amy.goldman@lewisbrisbois.com
amy.park@skadden.com
amy.quartarolo@lw.com
anahmias@mbnlawyers.com
andrew.parlen@lw.com
andrew.parlen@lw.com
andrew.rosenblatt@nortonrosefulbright.com
andrew.silfen@arentfox.com
andrew.yaphe@davispolk.com
andy.kong@arentfox.com
annadel.almendras@doj.ca.gov
annie.duong@mccormickbarstow.com
annie.duong@mccormickbarstow.com
aoden@teamtogut.com
aortiz@jhwclaw.com
aparna.yenamandra@kirkland.com
aram.ordubegian@arentfox.com
arocles.aguilar@cpuc.ca.gov
asmith@lockelord.com
astrabone@irell.com
avcrawford@akingump.com
avobrient@mintz.com
bankruptcy@coag.gov
bankruptcy2@ironmountain.com
bankruptcycourtnotices@unioncounsel.net
bankruptcynotices@up.com
belvederelegalecf@gmail.com
bennett.spiegel@hoganlovells.com
beth.brownstein@arentfox.com
bfeder@kelleydrye.com
bglaser@swesq.com
bhermann@paulweiss.com
bjk@severson.com
bknapp@lockelord.com
bletsch@braytonlaw.com
bmullan@crowell.com
bnelson@foley.com
brian.lohan@arnoldporter.com
brosen@proskauer.com
bryan.bates@dentons.com
busch@wvbrlaw.com
byoung@jmbm.com
bzummer@theadlerfirm.com
bzummer@theadlerfirm.com
caroline.reckler@lw.com
catheryn.daly@sfcityatty.org
cbelmonte@ssbb.com
cdumas@bakerlaw.com
cgray@unioncounsel.net
charney@seyfarth.com
chart@nutihart.com
chigashi@bkolaw.com
chris.johnstone@wilmerhale.com
christopher.harris@lw.com
christopher.wong@arentfox.com
christy.rivera@nortonrosefulbright.com
cp@stevenslee.com
cprince@lesnickprince.com
craig@marguliesfaithlaw.com
crivas@reedsmith.com
cshore@whitecase.com
csimon@bergerkahn.com
csimon@bergerkahn.com
cvarnen@irell.com
cvillegas@labaton.com
dabbieri@sullivanhill.com
dandreoli@steyerlaw.com
danette.valdez@doj.ca.gov
dania.slim@pillsburylaw.com
daniel.egan@ropesgray.com
daniel.laguardia@shearman.com
daniel@thebklawoffice.com
danielle.pham@usdoj.gov
danielle.pham@usdoj.gov
daren@schlecterlaw.com

1

david.holtzman@hklaw.com
david.levant@stoel.com
david.riley@dlapiper.com
david.schiff@davispolk.com
david.seligman@kirkland.com
dbotter@akingump.com
dbp@provlaw.com
ddunne@milbank.com
deg@coreylaw.com
 demerzian@mccormickbarstow.com
dfelder@orrick.com
dforman@willkie.com
dgooding@choate.com
dgrassgreen@gmail.com
dgrassgreen@pszjlaw.com
dhc@severson.com
dln@lnbyb.com
dmg@severson.com
dminnick@pillsburylaw.com
dmintz@orrick.com
dmoon@stroock.com
dneier@winston.com
dsh@classlawgroup.com
dshamah@omm.com
dshemano@shemanolaw.com
dsimonds@akingump.com
dstern@ktbslaw.com
dvd@svlg.com
eadler@theadlerfirm.com
eadler@theadlerfirm.com
ecf@jhwclaw.com
ecf@kleinlaw.com
ecf@stjames-law.com
efile@pbgc.gov
efile@pbgc.gov
efile@pbgc.gov
efile@pbgc.gov
egilad@stroock.com
egilad@stroock.com
egoldstein@goodwin.com
eguffy@lockelord.com
ehg@classlawgroup.com
ehk@lnbyb.com
eli.vonnegut@davispolk.com
emorabito@foley.com
epino@epinolaw.com

eric.goldberg@dlapiper.com
eric.ivester@skadden.com
eric.may@yolocounty.org
erich@unioncounsel.net
erika.schoenberger@davey.com
erin.brady@hoganlovells.com
erlamblaw@gmail.com
esagerman@bakerlaw.com
esserman@sbep-law.com
ethompson@stites.com
etredinnick@greeneradovsky.com
evelina.gentry@akerman.com
fmerola@stroock.com
fpitre@cpmlegal.com
fsmith@cozen.com
gabriel.ozel@troutman.com
gabrielle.glemann@stoel.com
ganzc@ballardspahr.com
gbray@milbank.com
gemarr59@hotmail.com
gemarr59@hotmail.com
gerald.kennedy@procopio.com
gerald@slffirm.com
gglazer@pszjlaw.com
ghofmann@cohnekinghorn.com
gjones@dykema.com
gkalikman@schnader.com
gnuti@nutihart.com
golivera@lowenstein.com
gregg.galardi@ropesgray.com
grougeau@brlawsf.com
gweiner@gibsondunn.com
hampton.foushee@hoganlovells.com
harriet.steiner@bbklaw.com
harris.winsberg@troutman.com
hartlt@ballardspahr.com
hawkins@sullivanhill.com
hbedoyan@kleinlaw.com
heinz@bindermalter.com
hill@sullivanhill.com
hoguem@gtlaw.com
holsen@stroock.com
houston_bankruptcy@publicans.com
howard.seife@nortonrosefulbright.com
hubenb@ballardspahr.com
hubenb@ballardspahr.com

2

hugh.mcdonald@troutman.com
hugh.ray@pillsburylaw.com
ian.roberts@bakerbotts.com
idizengoff@akingump.com
imac@macfern.com
info@norcallawgroup.net
ipachulski@pszjlaw.com
ivan@icjenlaw.com
jackie.fu@lockelord.com
jae1900@yahoo.com
james.ficenec@ndlf.com
james.l.snyder@usdoj.gov
james.potter@doj.ca.gov
james.potter@doj.ca.gov
jamie.fell@stblaw.com
jane-luciano@comcast.net
jasmin.yang@lewisbrisbois.com
jbeiswenger@omm.com
jct@andrewsthornton.com
jcumming@dir.ca.gov
jcurran@wolkincurran.com
jdoolittle@reedsmith.com
jdoran@hinckleyallen.com
jdsokol@lawssl.com
jdt@jdthompsonlaw.com
jdubbin@labaton.com
jessica.liou@weil.com
jfiero@pszjlaw.com
jfiske@baronbudd.com
jg5786@att.com
jhayden@bakerdonelson.com
jhayes@fhlawllp.com
jim@elkshep.com
jkim@kellerbenvenutti.com
jkrause@gibsondunn.com
jlowenthal@steyerlaw.com
jlucas@pszjlaw.com
jmarshall@choate.com
jmills@taylorenglish.com
jminias@willkie.com
jmullan@sonomacleanpower.org
joe@norcallawgroup.net
john.mccusker@bami.com
john.mitchell@akerman.com
john.moe@dentons.com
john@slffirm.com

jordana.renert@arentfox.com
joshua.bevitz@ndlf.com
joshua.morse@dlapiper.com
joshua.sturm@ropesgray.com
jrapisardi@omm.com
jrawlins@winston.com
jreisner@irell.com
jross@hopkinscarley.com
jrowland@bakerdonelson.com
jsanders@stblaw.com
jsmith@mckoolsmith.com
julia.mosel@sce.com
kbaghdadi@walkuplawoffice.com
kcapuzzi@beneschlaw.com
kcoles@lawssl.com
kcunningham@pierceatwood.com
kdiemer@diemerwei.com
kdwbankruptcydepartment@kelleydrye.com
keb@svlg.com
keckhardt@huntonak.com
keith.wofford@ropesgray.com
kenns@beneschlaw.com
kevin.chiu@bakerbotts.com
kfineman@nutihart.com
khansen@stroock.com
khansen@stroock.com
kklee@ktbslaw.com
klamb@lkfirm.com
klyman@irell.com
kmclendon@stblaw.com
kmeredith@dankolaw.com
kmontee@monteeassociates.com
kortiz@teamtogut.com
kpasquale@stroock.com
kw@wlawcorp.com
kwinick@clarktrev.com
larry@engeladvice.com
lattard@bakerlaw.com
lauren.macksoud@dentons.com
leo.crowley@pillsburylaw.com
leslie.freiman@edpr.com
lgabriel@bg.law
lgoldberg@ebce.org
lgottlieb@labaton.com
lillian.stenfeldt@rimonlaw.com
lkress@lockelord.com

| | |
|---|---|
| lmcgowen@orrick.com | mgrotefeld@ghlaw-llp.com |
| lovee.sarenas@lewisbrisbois.com | mhouston@reedsmith.com |
| lpg@stevenslee.com | mhouston@reedsmith.com |
| lrappaport@proskauer.com | mhowery@reedsmith.com |
| lrochester@bakerdonelson.com | michael.esser@kirkland.com |
| lschweitzer@cgsh.com | michael.isaacs@dentons.com |
| lshulman@shbllp.com | michael.torkin@stblaw.com |
| lucky.mcdowell@shearman.com | michael@bindermalter.com |
| lweber@polsinelli.com | misola@brotherssmithlaw.com |
| lwelsh@lkwelshlaw.com | mjb@hopkinscarley.com |
| malevinson@orrick.com | mjdube@ca.ibm.com |
| malexander@maryalexander.com | mkelly@walkuplawoffice.com |
| malmy@crowell.com | mlauter@sheppardmullin.com |
| malone@oles.com | mlauter@sheppardmullin.com |
| mannycorrales@yahoo.com | mlowe@shbllp.com |
| marc.kieselstein@kirkland.com | mochoa@ghlaw-llp.com |
| margarita.padilla@doj.ca.gov | morgan.courtney@pbgc.gov |
| mark.bane@ropesgray.com | mosby_perrow@kindermorgan.com |
| mark.mckane@kirkland.com | mplevin@crowell.com |
| mark_minich@kindermorgan.com | mrosenthal@gibsondunn.com |
| marmstrong@chevron.com | mschierberl@cgsh.com |
| marta.villacorta@usdoj.gov | mschuver@walkuplawoffice.com |
| marthaeromerolaw@gmail.com | mscohen@loeb.com |
| matt@lesnickprince.com | mslattery@lkfirm.com |
| matthew.goren@weil.com | mspeiser@stroock.com |
| matthew.mcginnis@ropesgray.com | mstamer@akingump.com |
| matthew.roberts2@troutman.com | mstrub@irell.com |
| matthew.roose@ropesgray.com | mtoney@turn.org |
| matthew.troy@usdoj.gov | mwasson@kramerlevin.com |
| matthew.troy@usdoj.gov | mwilhelm@w2lg.com |
| mbarrie@beneschlaw.com | myersms@ballardspahr.com |
| mbienenstock@proskauer.com | myuffee@winston.com |
| mbrown@whitecase.com | mzerjal@proskauer.com |
| mbusenkell@gsbblaw.com | nanette@ringstadlaw.com |
| mdanko@dankolaw.com | navi.dhillon@bakerbotts.com |
| meagan.tom@lockelord.com | ndonnelly@paulweiss.com |
| melaniecruz@chevron.com | ngo.melissa@pbgc.gov |
| metkin@lowenstein.com | ngoldin@stblaw.com |
| mfeldman@willkie.com | njbloomfield@njblaw.com |
| mfelger@cozen.com | nmitchell@omm.com |
| mferullo@nixonpeabody.com | okatz@sheppardmullin.com |
| mfirestein@proskauer.com | olatifi@theadlerfirm.com |
| mgarofalo@stroock.com | olatifi@theadlerfirm.com |
| mgarofalo@stroock.com | oren.haker@stoel.com |
| mgoodin@clausen.com | oscar.pinkas@dentons.com |
| mgorton@boutinjones.com | otakvoryan@ckrlaw.com |

owen.clements@sfcityatty.org
paronzon@milbank.com
patricia.chen@ropesgray.com
patricia.cirucci@sce.com
pblanchard@rutan.com
pbosswick@ssbb.com
pcalifano@cwclaw.com
peter.boutin@kyl.com
peter.ivanick@hoganlovells.com
peter.welsh@ropesgray.com
peter.wolfson@dentons.com
peter@pmrklaw.com
pfriedman@omm.com
pgeteam@primeclerk.com
pglassman@sycr.com
philip.warden@pillsburylaw.com
phillip.wang@rimonlaw.com
pmunoz@reedsmith.com
ppartee@huntonak.com
ppascuzzi@ffwplaw.com
pwp@pattiprewittlaw.com
ra-li-ucts-bankrupt@state.pa.us
randy.michelson@michelsonlawgroup.com
randy.sawyer@edpr.com
rasymm@aeraenergy.com
rbeacher@pryorcashman.com
rbk@jmbm.com
rbryson@robinscloud.com
rfriedman@rutan.com
rgolubow@wcghlaw.com
rhonda.goldstein@ucop.edu
rich@trodellalapping.com
rileywalter@w2lg.com
rjulian@bakerlaw.com
rkampfner@whitecase.com
rlalawyer@yahoo.com
rob@bindermalter.com
robert.albery@jacobs.com
robert.labate@hklaw.com
robertson.daniel@pbgc.gov
robins@robinscloud.com
rpedone@nixonpeabody.com
rpinkston@seyfarth.com
rsimons@reedsmith.com
rsoref@polsinelli.com
rwitthans@fhlawllp.com

rwolf@hollandhart.com
sally@elkshep.com
samuel.maizel@dentons.com
sanfrancisco@sec.gov
sbryant@lockelord.com
sc2104271@gmail.com
scampora@dbbwc.com
schristianson@buchalter.com
scott.lee@lewisbrisbois.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfarzan@sheppardmullin.com
sfelderstein@ffwplaw.com
sfinestone@fhlawllp.com
sfinestone@fhlawllp.com
sgarabato@epiqglobal.com
sgross@grosskleinlaw.com
shane.huang@usdoj.gov
shane.huang@usdoj.gov
sharon.petrosino@hercrentals.com
shiggins@andrewsthornton.com
sjordan@jhwclaw.com
skhalil@milbank.com
skidder@ktbslaw.com
sm@coreylaw.com
sma@proskauer.com
smb@coreylaw.com
smiller@dankolaw.com
smillman@stroock.com
smitchell@paulweiss.com
smo@smolsonlaw.com
snoma@janglit.com
sory@fdlaw.com
squan@steyerlaw.com
ssally@ropesgray.com
ssummy@baronbudd.com
steinbergh@gtlaw.com
stephen.hessler@kirkland.com
stephen.karotkin@weil.com
steven.fruchter@arnoldporter.com
summersm@ballardspahr.com
summerst@lanepowell.com
sunny.sarkis@stoel.com
tambra.curtis@sonoma-county.org
taylor@sbep-law.com
tblischke@williamskastner.com

tcmitchell@orrick.com
tdubbs@labaton.com
thigham@bkolaw.com
timothy.graulich@davispolk.com
timothy.s.laffredi@usdoj.gov
tjb@brandilaw.com
tkelch@lkfirm.com
tkeller@kellerbenvenutti.com
tkoegel@crowell.com
tkreller@milbank.com
tlauria@whitecase.com
tlong@turn.org
tmainguy@unioncounsel.net
tmccurnin@bkolaw.com
todd.bailey@ftb.ca.gov
tom@parkinsonphinney.com
tyoon@crowell.com
vavilaplana@foley.com
vbantnerpeo@buchalter.com
vuocolod@gtlaw.com
wagstaffe@wvbrlaw.com
wlisa@nixonpeabody.com
wong.andrea@pbgc.gov
wpickett@ghlaw-llp.com
wrieman@paulweiss.com
ws@waynesilverlaw.com
yelena.archiyan@akerman.com