# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **Ref. Docket Nos. 3370, 3373 and 3374** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2019, I caused to be served the:

    a. "Certificate of No Objection Regarding Third Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2019 Through April 30, 2019," filed on August 5, 2019 [Docket No. 3370],

    b. "Certificate of No Objection Regarding Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2019 Through April 30, 2019," filed on August 5, 2019 [Docket No. 3373], and

    c. "Certificate of No Objection Regarding Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 1, 2019 Through May 31, 2019," filed on August 5, 2019 [Docket No. 3374],

  by causing true and correct copies to be:

  i. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. delivered via electronic mail to those parties listed on the attached <u>Exhibit B</u>, and

  iii. delivered via messenger to the following party: *U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CA , ATTN: HONORABLE DENNIS MONTALI, CHAMBERS COPY, 450 GOLDEN GATE AVE, 18TH FLOOR, SAN FRANCISCO, CA 94102.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Wing Chan*
                                                      Wing Chan

Sworn to before me this
8th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES CA 90067

PG&E CORPORATION
ATTN: PRESIDENT OR GENERAL COUNSEL
77 BEALE STREET
P.O. BOX 77000
SAN FRANCISCO CA 94177

WEIL, GOTSHAL & MANGES LLP
COUNSEL TO DEBTOR
ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN
767 FIFTH AVENUE
NEW YORK NY 10153-0119

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

THE OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 17
ATTN: ANDREW VARA, ESQ.,
TIMOTHY LAFFREDI, ESQ.
450 GOLDEN GATE AVENUE
5TH FLOOR, SUITE #05-0153
SAN FRANCISCO, CA 94102

# EXHIBIT B

ddunne@milbank.com
esagerman@bakerlaw.com
Gbray@milbank.com
James.L.Snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
Marta.Villacorta@usdoj.gov
matthew.goren@weil.com
Paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com
TKreller@milbank.com