DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1875 CENTURY PARK EAST, STE. 700
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for Creditor City of American Canyon

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>　　　　　　　　　　　Debtor. | Case No.: 19-30088<br><br>[Chapter 11]<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No hearing required] |

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that creditor and party-in-interest the City of American Canyon hereby appears in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that as counsel for creditor and party-in-interest the City of American Canyon in the above-referenced bankruptcy case, the

1

1  undersigned hereby requests that notice of all matters identified by Fed. R. Bankr. P. 2002 be

2  provided to counsel, as follows:

                    David M. Reeder
                    Reeder Law Corporation
                    1875 Century Park East, Suite 700
                    Los Angeles, California 90067
                    Telephone: (310) 774-4060
                    Facsimile: (310) 295-2290
                    Emails: david@reederlaw.com; secretary@reederlaw.com

Dated: August 14, 2019                VALENSI ROSE, PLC

                                    /s/ DAVID M. REEDER
                                    DAVID M. REEDER
                                    Attorneys for City of American Canyon,
                                    Creditor and Party-in-Interest.

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1875 Century Park East, Suite 700**
**Los Angeles, CA 90067-1630**

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*):
**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** WILL BE SERVED OR WAS SERVED IN THE MANNER STATED BELOW:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 14, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 14, 2019 | Jessica L. Evans | /s/ JESSICA L. EVANS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| In re | CHAPTER: 11 |
|---|---|
| PG&E Corporation,<br>Debtor. | CASE NO.: 19-30088 |

# SERVICE LIST

**Served by Electronic Mail**

- Elliot Adler     eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras     annadel.almendras@doj.ca.gov
- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot     tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard     lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Chris Bator     cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg     jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Ameneh Maria Bordi     ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Peter R. Boutin     peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady     enbrady@jonesday.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Chane Buck     cbuck@jonesday.com
- Elizabeth J. Cabraser     ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali     anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano     pcalifano@cwclaw.com
- Steven M. Campora     scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta     leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese     kcatanese@foley.com
- Jennifer Machlin Cecil     JCecil@winston.com, docketsf@winston.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com

4

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, mcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com

5

- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com

6

- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Laurie Hager    lhager@sussmanshank.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com

7

- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com, mriney@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- John Lemon    john@jcl-lawoffice.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com

| In re PG&E Corporation, Debtor. | CHAPTER: 11  CASE NO.: 19-30088 |
|---|---|

- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Dara Levinson Silveira    dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lbuchana@marshackhays.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com

9

|  |  |
|---|---|
| In re<br>PG&E Corporation,<br>Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |

- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    gozel@nuvasive.com, gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

10

| In re | CHAPTER: 11 |
|---|---|
| PG&E Corporation, | CASE NO.: 19-30088 |
| Debtor. | |

- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com

11

| In re | CHAPTER: 11 |
|---|---|
| PG&E Corporation, | CASE NO.: 19-30088 |
| Debtor. | |

- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com

12

| In re PG&E Corporation, Debtor. | CHAPTER: 11 CASE NO.: 19-30088 |
|---|---|

- Genevieve G. Weiner    gweiner@gibsondunn.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

13