**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (admitted *pro hac vice*)
Joseph G. Minias (admitted *pro hac vice*)
Antonio Yanez (*pro hac vice* pending)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       ayanez@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY ANTONIO YANEZ, JR.** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Antonio Yanez, Jr., an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of

California on a *pro hac vice* basis representing the Ad Hoc Group of Subrogation Claim Holders in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Kathryn S. Diemer (#133977)
> **DIEMER & WEI, LLP**
> 100 West San Fernando Street, Suite 555
> San Jose, CA 95113
> Telephone: 408-971-6270
> Facsimile: 408-971-6271
> Email: kdiemer@diemerwei.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2019

**WILLKIE FARR & GALLAGHER LLP**

/s/ Antonio Yanez, Jr.
Antonio Yanez, Jr.
*Counsel to Ad Hoc Group of Subrogation Claim Holders*



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Antonio Yanez, Jr.** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **14th** day of **July 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 12, 2019.



*Aprilanne Agostino*

**Clerk of the Court**