| | |
|---|---|
| Cathy Yanni (SBN 105036)<br>JAMS<br>Two Embarcadero Center<br>Suite 1500<br>San Francisco, CA 94111<br>Telephone: 415-774-2635<br>Facsimile: 415-982-5287<br>Email: cathy@cathyyanni.com<br><br>*Administrator of the Wildfire Assistance Program* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case<br>No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**WILDFIRE ASSISTANCE PROGRAM ELIGIBILITY CRITERIA**<br><br>**Related Docket Nos.: 2223 and 2409** |

    Cathy Yanni, the court-appointed Administrator of the Wildfire Assistance Program established by the Court on May 23, 2019 [Docket No. 2233], submits the attached Declaration (Exhibit A) to apprise the Court, interested parties, and public on the implementation of her duties as Administrator, including developing specific eligibility requirements consistent with the Court's June 5, 2019 Order [Docket No. 2409]. The Eligibility Criteria are attached as Exhibit B.

Dated: August 15, 2019

Respectfully submitted,

By:   */s/ Cathy Yanni*
      Cathy Yanni

*Administrator of the Wildfire Assistance Program*