# Exhibit A

Declaration of Cathy Yanni

| | |
|---|---|
| Cathy Yanni (SBN 105036)<br>JAMS<br>Two Embarcadero Center<br>Suite 1500<br>San Francisco, CA 94111<br>Telephone: 415-774-2635<br>Facsimile: 415-982-5287<br>Email: cathy@cathyyanni.com<br><br>*Administrator of the Wildfire Assistance Program* | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case<br>No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF CATHY YANNI IN SUPPORT OF WILDFIRE ASSISTANCE PROGRAM ELIGIBILITY CRITERIA**<br><br>**Related Docket Nos.: 2223 and 2409** |

CATHY YANNI declares as follows under penalty of perjury:

1. I am an attorney at law licensed to practice law in the state of California. I am in good standing. I have been a member of JAMS since January of 1998.

2. I have personal knowledge of the facts stated herein except as to matters where I indicate otherwise, and as to those matters, I believe them to be true. If called upon to testify, I could and could competently do so. I make this declaration in support of the Wildfire Assistance Program Eligibility Criteria ("Eligibility Criteria"), appended as Exhibit B.

- 1 -

Case: 19-30088    Doc# 3556-1    Filed: 08/15/19    Entered: 08/15/19 11:48:42    Page 2 of 3

3. The Eligibility Criteria establish the requirements for participation in and receipt of funds from the from the Wildfire Assistance Program, including the types of expenses Wildfire Claimants can obtain financial assistance for and the amount of assistance to be provided to each eligible Wildfire Claimant. The Eligibility Criteria ensure that the Wildfire Assistance Fund is distributed in a fair and equitable manner; that assistance is prioritized to those eligible Wildfire Claimants who are most in need; and that only eligible Wildfire Claimants receive distributions from the Wildfire Assistance Fund.

4. In developing the Eligibility Criteria, I consulted with the Debtors and Committees and considered their reasonable input. This included sharing the draft Eligibility Criteria for their review and comment and then incorporating their feedback, as appropriate and in the overall interests of the Wildfire Claimants and Wildfire Assistance Program.

5. On August 8, 2019, FEMA approved the attached Eligibility Criteria.

6. The Eligibility Criteria will be posted to the public website for the Wildfire Assistance Program (www.norcalwildfireassistanceprogram.com) along with contact information, frequently asked questions (FAQs) and other resources to assist Wildfire Claimants wishing to file a claim with the Wildfire Assistance Program.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August, 2019,
at San Francisco, California.

                                                    */s/ Cathy Yanni*
                                                    CATHY YANNI
                                                    Administrator