# Exhibit B

Wildfire Assistance Program Eligibility Criteria

# Eligibility Criteria

Eligibility for benefits from the Wildfire Assistance Program will be divided into two tiers. The first tier provides a Basic Unmet Needs payment of $5,000 per household for victims who establish basic eligibility requirements and self-certify that they have at least $5,000 of unmet needs that have not been compensated by FEMA. The second tier provides additional awards to claimants who demonstrate with greater specificity that their household has Supplemental Unmet Needs resulting from the 2017 or 2018 Wildfires. The deadline to file a claim for both Basic and Supplemental Unmet Needs payments is **November 15, 2019**. The Basic Unmet Needs payments will be issued before the Supplemental Unmet Needs payments. Payments to the Supplemental Unmet Needs claims will be contingent upon the amount of funds available after all qualifying Basic Unmet Needs payments have been issued.

I. **Basic Unmet Needs**

   Each qualifying household will receive a Basic Unmet Needs payment of $5,000 for current needs such as water, food, first aid, prescriptions, infant formula, diapers, consumable medical supplies, durable medical equipment, personal hygiene items, fuel for transportation, beyond what FEMA covered in the days immediately following the disaster declarations, and/or mental anguish and emotional distress resulting from the 2017 or 2018 Wildfires. To qualify, claimants must meet the following conditions:

   A. **Location of Primary Residence.** The primary residence of the household was located within the boundary of a 2017 or 2018 Wildfire. While some claimants may have documentation sufficient to establish the location of the primary residence in relation to a 2017 or 2018 Wildfire, the Administrator shall determine the physical location of each residence by reference to available data that provides independent information on property and fire location.

   B. **Proof of Identity.** A claimant applying for Basic Unmet Needs payment on behalf of their household must establish proof of his or her identity and provide documentation showing that he or she resided at the address that is the subject of the claim.

   C. **FEMA Non-Duplication Self- Certification.** Claimants must self-certify that they are not requesting Wildfire Assistance Program payments for an expense that has already been compensated by FEMA or any other source, and will be required to sign a sworn statement to that effect. Claimants may request assistance for needs that exceed what was covered by FEMA or any other source.

II. **Supplemental Unmet Needs**

   A. **Eligibility.** Claimants who qualify for a Basic Unmet Needs payment may also request a Supplemental Unmet Needs payment from the Program. Eligible claimants may receive additional compensation as decided by the Administrator through an allocation process of available funds after all Basic Unmet Needs Payments have

been issued. To receive a Supplemental Unmet Needs payment, claimants must establish the existence of present conditions that are:

(1) Caused by the 2017 and 2018 Wildfires;

(2) Extreme and extraordinary in nature, as compared to others who were impacted by the 2017 and 2018 Wildfires; and

(3) Not remedied by payment or assistance provided by FEMA.

B. **Proof Requirements.** Claimants requesting Supplemental Unmet Needs payments must submit a narrative description of the circumstances surrounding their claim and documents supporting this claim. Claimants seeking a Supplemental Unmet Needs payment must also establish that at least one member of the household presently has one or more supplemental unmet needs beyond what they received from FEMA or any other source, such as expenses related to housing, medical and dental treatment, unemployment, or other unmet need not covered by FEMA assistance or any other source.

C. **FEMA Non-Duplication Self- Certification.** Claimants must self-certify that they are not requesting Wildfire Assistance Program payments for an expense that has already been compensated by FEMA or any other source, and will be required to sign a sworn statement to that effect. Claimants may request assistance for needs that exceed what was covered by FEMA or any other source.

III. **FEMA Data Sharing**

As a condition of receiving a Wildfire Assistance Program payment, claimants will also be required to provide consent for the Wildfire Assistance Program and FEMA to share data for the purposes of certifying claimants' identity, eligibility, and prior FEMA benefits.

www.norcalwildfireassistanceprogram.com
2 of 2
Case: 19-30088   Doc# 3556-2   Filed: 08/15/19   Entered: 08/15/19 11:48:42   Page 3 of 3