# Notice Recipients

District/Off: 0971−3　　　User: dchambers　　　Date Created: 8/16/2019
Case: 19−30088　　　Form ID: TRANSC　　　Total: 20

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | |
|---|---|---|---|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue　New York, NY 10153 |
| | MATTHEW GOREN, ESQ. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue　New York, NY 10153 |
| | JANE KIM, ESQ. | Keller & Benvenutti LLP | 650 California Street Suite 1900　San Francisco, CA 94108 |
| | KEVIN J. ORSINI, ESQ.　PAUL H. ZUMBRO, ESQ. | Cravath, Swaine & Moore LLP | 825 Eighth Avenue　New York, NY 10019 |
| | GREGORY A. BRAY, ESQ. | Milbank LLP | 2029 Century Park East 33rd Fl.　Los Angeles, CA 90067 |
| | ANDREW M. LEBLANC, ESQ. | Milbank LLP | 1850 K Street, NW Suite 1100　Washington, DC 20006 |
| | ROBERT A. JULIAN, ESQ. | Baker & Hostetler LLP | 11601 Wilshire Boulevard Suite 1400　Los Angeles, CA 90025 |
| | ASHLEY VINSON CRAWFORD, ESQ. | Akin Gump Strauss Hauer & Feld LLP | 580 California Street Suite 1500　San Francisco, CA 94104 |
| | BENJAMIN P. MCCALLEN, ESQ. | Willkie Farr & Gallagher LLP | 787 Seventh Avenue　New York, NY 10019 |
| | PAUL J. PASCUZZI, ESQ. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | 500 Capitol Mall Suite 2250　Sacramento, CA 95814 |
| | EDWARD J. TREDINNICK, ESQ. | Greene Radovsky Maloney Share & Hennigh | 1 Front Street Suite 3200　San Francisco, CA 94111 |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street 50th Floor　Los Angeles, CA 90071 |
| | STEVEN M. CAMPORA, ESQ. | Dreyer Babich Buccola Wood Campora, LLP | 20 Bicentennial Circle　Sacramento, CA 95826 |
| | DANIEL TUREK, ESQ. | Rodriguez & Associates, A Professional Law Corporation | 2020 Eye Street　Bakersfield, CA 93301 |
| | FRANK M. PITRE, ESQ. | Cotchett, Pitre & McCarthy, LLP | 840 Malcolm Road Suite 200　Burlingame, CA 94010 |
| | MICHAEL A. KELLY, ESQ. | Walkup, Melodia, Kelly & Schoenberger | 650 California Street　San Francisco, CA 94108 |
| | ALLAN S. BRILLIANT, ESQ. | Dechert LLP | Three Bryant Park　1095 Avenue of the Americas　New York, NY 10036 |
| | DANIEL E. VAKNIN, ESQ. | Macdonald Fernandez LLP | 221 Sansome Street 3rd Floor　San Francisco, CA 94104 |
| | GERALD SINGLETON, ESQ. | Singleton Law Firm, APC | 450 A Street 5th Floor　San Diego, CA 92101 |
| | DARIO DE GHETALDI, ESQ. | Corey, Luzaich, de Ghetaldi & Riddle LLP | 700 El Camino Real　Millbrae, CA 94030 |

TOTAL: 20