

Signed and Filed: August 16, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER DENYING MOTION TO TERMINATE EXCLUSIVITY

Consistent with this court's contemporaneous memorandum decision denying the Ad Hoc Group of Subrogation Claim Holders' motion (dkt. #3147), the motion is hereby DENIED.

*** END OF ORDER ***

**COURT SERVICE LIST**