**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>**(Lead Case)**<br>**(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Licensee Parties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1805]
- Declaration of John Boken in Support of Motion of Debtors for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1806]
- Notice of Motions to be Heard at May 22, 2019 Omnibus Hearing [Docket No. 1807]

3.  On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Mutual Assistance Agreements Notice Parties Service List attached hereto as **Exhibit B**:

1

4. Order Approving Utility's Assumption of Mutual Assistance Agreements [Docket No. 2884]

Executed this 16th day of August 2019, at New York, NY.

_____
Paul Pullo

# **Exhibit A**

| MML | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4975977 | Anderson, Derek & Patricia | 5365 HIGHWAY 147 | 5351 State Hwy 147 | | Westwood | CA | 96137 |
| 4975133 | Bay Area Air Quaility Management District | Steve Randall | 375 BEALE STREET | SUITE 600 | SAN FRANCISCO | CA | 94105 |
| 4974972 | Briscoe, James A. | P.O. Box 10224 | | | Fresno | CA | 93776 |
| 6111161 | CITY OF SAN RAMON | 7000 BOLLINGER CANYON RD, | | | SAN RAMON | CA | 94583 |
| 6071353 | CLEAR WIRELESS LLC,ELECTRIC DISTRIBUTION POLE ATTACHMENTS,STREET LIGHT ATTACHMENTS | 4400 CARILLON POINT | | | KIRKLAND | WA | 98033 |
| 6041919 | CRICKET CALIFORNIA PROPERTY COMPANY | 10307 PACIFIC CENTER COURT | | | SAN DIEGO | CA | 92121 |
| 6042064 | EDGE WIRELESS LLC | 11400 SE 6TH STREET | SUITE 100 | | BELLEVUE | WA | 98004 |
| 6115083 | Farr, Ryan | Address on file | | | | | |
| 4976037 | Fernandez, Robert | 3125 HIGHWAY 147 | P. O. Box 396 | | Pinetop | AZ | 85935 |
| 6042153 | FIRST AMENDMENT,PACIFIC BELL WIRELESS | 1025 LENOX PARK BLVD NORTHEAST | | | ATLANTA, | GA | 30319 |
| 4975156 | GREENLAW PINES INVESTMENTS LLC & CARMEL PINES INVESTMENTS LLC | SCOTT MURRAY, GREENLAW PARTNERS | 4440 VON KARMAN AVENUE | | Newport Beach | CA | 92660 |
| 6069173 | Koch, David | Address on file | | | | | |
| 6043274 | METRICOM INCORPORATED | PO BOX 3206 | | | PLYMOUTH | MA | 02361 |
| 6043748 | NEXT G NETWORKS CALIFORNIA INCORPORATED,NEXTG NETWORKS CALIFORNIA INCORPORATED | 2216 O'TOOLE AVENUE | | | SAN JOSE | CA | 95131 |
| 6043749 | NEXT G NETWORKS CALIFORNIA INCORPORATED,NEXTG NETWORKS CALIFORNIA INCORPORATED | 2216 O'TOOLE AVENUE | | | SAN JOSE | CA | 95131 |
| 6043756 | NEXTLINK WIRELESS | 95 PARKER OAKS LN. | | | HUDSON OAKS | TX | 76087 |
| 4975512 | Noblin, Ronald | 0808 PENINSULA DR | P. O. Box 6642 | | Ventura | CA | 93001 |
| 6045017 | PACIFIC LUMBER COMPANY | 125 MAIN ST. | | | SCOTIA | CA | 95565 |
| 6045044 | PATRICK MEDIA GROUP INCORPORATED | 4350 E CAMELBACK RD | | | PHOENIX | AZ | 85018 |
| 4974872 | Pedersen/Rogers,Raymond/Richard | 1729 26th St. . | | | Bakersfield | CA | 93301 |
| 6045391 | RE: MASTER AGREEMENT ANTENNA ATTACHMENTS,101NETLINK | 69 Alsford Lane | | | Garberville | CA | 95542 |
| 6046408 | SNC,STORAGE NETWORKS CONNECTIONS L L C | 100 FIFTH AVE | | | Waltham | MA | 02451 |
| 6046408 | SNC,STORAGE NETWORKS CONNECTIONS L L C | 100 FIFTH AVE | | | Waltham | MA | 02451 |
| 6106671 | STATE CALIFORNIA,RAILROAD COMMISSION,MOUNT SHASTA POWER CORPORATION,RED RIVER LUMBER COMPANY | 111 FOREST LAKE DR | | | TEXARKANA | TX | 75503 |
| 4974693 | State of California - Dept. of Parks & Recreation | DEPT. OF PARKS AND RECREATION | 1416 9TH STREET | | SACRAMENTO | CA | 95814 |
| 6057398 | TRAVIS AIR FORCE BASE | Building 599 | | | Travis AF Base | CA | 94535 |
| 4974715 | Utility Tree Services, Inc. | 1884 KEYSTONE COURT, | SUITE A | | REDDING | CA | 96003 |
| 6057552 | WEBER #1 2/56 RELOC,BASOU, LUCIENQ,SPARTAN INDUSTRIES | 3546 NORTH RIVERSIDE AVENUE | | | RIALTO | CA | 92377 |

# **Exhibit B**

Exhibit B
Supplemental Mutual Assistance Agreements Notice Parties Service List
Served via first class mail

| MML | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6116631 | Dominion Energy | Attn: An officer, managing or general agent | 1 James Ctr | | Richmond | VA | 23219 |
| 6116685 | Equitable Gas Co. | Attn: An officer, managing or general agent | 625 Liberty Ave. | Suite 1700 | Pittsburgh | PA | 15222 |