# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of August 2019, at New York, NY.

_____
Alain B. Francoeur

2

SRF 35053

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ABID QURESHI, ESQ. & MICHAEL S. STAMER, ESQ. | 1999 Avenue of the Stars Suite 600 | | Los Angeles | CA | 90067-4614 |
| Arent Fox LLP | Attn: BETH M. BROWNSTEIN, ESQ. | 1301 Avenue of the Americas 42nd Floor | | New York | NY | 10019-6040 |
| Baker & Hostetler LLP | Attn: CECILY A. DUMAS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Binder & Malter LLP | Attn: ROBERT G. HARRIS, ESQ. | 2775 Park Ave | | Santa Clara | CA | 95050-6004 |
| Dechert LLP | Attn: ALLAN S. BRILLIANT, ESQ. | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Engel Law, PC | Attn: G. LARRY ENGEL, ESQ. | 12116 Horseshoe Lane | | Nevada City | CA | 95959-3570 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814-4760 |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: EDWARD J. TREDINNICK, ESQ. | 1 Front Street Suite 3200 | | San Francisco | CA | 94111-5357 |
| Hunton Andrews Kurth LLP | Attn: PAUL N. SILVERSTEIN, ESQ. | 200 Park Avenue | | New York | NY | 10166-4499 |
| Jones Day | Attn: JAMES O. JOHNSTON, ESQ. | 555 California Street 26th Floor | | San Francisco | CA | 94104-1503 |
| Keller & Benvenutti LLP | Attn: JANE KIM, ESQ. | 650 California Street, Suite 1900 | | San Francisco | CA | 94108-2736 |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: DAVID M. STERN, ESQ. | 1999 Avenue of the Stars 39th Fl. | | Los Angeles | CA | 90067-6049 |
| Kramer Levin Naftalis & Frankel LLP | Attn: AMY CATON, ESQ. | 1177 Avenue of the Americas | | New York | NY | 10036-2714 |
| Locke Lord LLP | Attn: BRADLEY C. KNAPP, ESQ. | 601 Poydras Street, Suite 2660 | | New Orleans | LA | 70130-6032 |
| Marshack Hays LLP | Attn: RICHARD A. MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Milbank LLP | Attn: GREGORY A. BRAY, ESQ. | 2029 Century Park East 33rd Floor | | Los Angeles | CA | 90067-2901 |
| O'Melveny & Myers | Attn: NANCY A. MITCHELL, ESQ. | 1999 Avenue of the Stars 8th floor | | Los Angeles | CA | 90067-6022 |
| Office of the United States Trustee | Attn: GREG M. ZIPES, ESQ. | U.S. Federal Office Building Suite 1006 | | New York | NY | 10014 |
| Paul, Weiss, Rifkind, Wharton & Garris | Attn: ALAN W. KORNBERG, ESQ. & BRIAN S. HERMANN, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Pino & Associates, LLP | Attn: ESTELA O. PINO, ESQ. | Westchester Financial Center | 50 Main Street | White Plains | NY | 10606-1974 |
| Severson & Werson | Attn: BERNARD J. KORNBERG, ESQ. | 1 Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111-3715 |
| Simpson Thacher & Bartlett LLP | Attn: MICHAEL H. TORKIN, ESQ. | 425 Lexington Avenue | | New York | NY | 10017-3954 |
| Stroock & Stroock & Lavan LLP | Attn: EREZ E. GILAD, ESQ. | 180 Maiden Lane | | New York | NY | 10038-4982 |
| Stroock & Stroock & Lavan LLP | Attn: FRANK A. MEROLA, ESQ. | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stutzman, Bromberg, Esserman & Plifka | Attn: SANDER L. ESSERMAN, ESQ. | 2323 Bryan Street Suite 2200 | | Dallas | TX | 75201-2689 |
| Weil, Gotshal & Manges LLP | Attn: Jessica Liou | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: RICHARD W. SLACK, ESQ. & STEPHEN KAROTKIN, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: MATHEW A. FELDMAN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 3574    Filed: 08/16/19    Entered: 08/16/19 16:15:13    Page 4 of 6

# **Exhibit B**

SRF 35053

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 9, 2019 was filed on August 12, 2019. The following deadlines apply:

The parties have until Monday, August 19, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, September 3, 2019.

If a request for redaction is filed, the redacted transcript is due Thursday, September 12, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, November 12, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/14/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court