1 Barry S. Glaser, State Bar No. 70968
bglaser@lkfirm. com
2 LAMB AND KAWAKAMI LLP
333 South Grand Avenue, 42nd Floor
3 Los Angeles, California 90071
213.630-5500- Telephone
4 213.630-5555 - Facsimile

5 Attorneys for SONOMA COUNTY
TREASURER & TAX COLLECTOR
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 In re                                    | Case No. 3:19-30088-DM

12 PG&E CORPORATION                          | Chapter 11
                                             | Amended
13                                           | SUBSTITUTION OF ATTORNEY
        Debtor (s).
14                                           | [No Hearing Required]

15

16

17

18

19

20        TO THE BANKRUPTCY COURT AND ALL OTHER PARTIES IN INTEREST:

21        THE SONOMA COUNTY TREASURER & TAX COLLECTOR, Interested Party herein,

22 hereby substitutes LAMB AND KAWAKAMI LLP, 333 South Grand Avenue, 42nd Floor, Los

23 Angeles, CA 90071, (213) 630-5500 as their attorney of record in the above Chapter 11 case in

24 place of STECKBAUER WEINHART, LLP, 333 S. Hope Street, 36th Floor, Los Angeles, CA

25 90071 (213) 229-2868.

26 ///

27 ///

28 ///

20007.067/4840-7593-0525.1

| | |
|---|---|
| 1 | We accept this substitution. |
| 2 | **SONOMA COUNTY TREASURER & TAX COLLECTOR** |
| 3 | |
| 4 | |
| 5 | Dated: August _15_, 2019     By: _____ |

1    We accept this substitution.

2                **SONOMA COUNTY TREASURER & TAX COLLECTOR**

3

4

5    Dated: August _15_, 2019          By: _____

6

7

8    We concur to this substitution.

9

10               **STECKBAUER WEINHART, LLP**

11

12    Dated: July 30, 2019             By: _____/s/ Barry S. Glaser_____

13                                         Barry S. Glaser
                                        Former Attorneys for SONOMA COUNTY

14                                         TREASURER & TAX COLLECTOR

15

16               **LAMB AND KAWAKAMI LLP**

17

18    Dated: August _16_, 2019         By: _____/s/ Barry S. Glaser_____

19                                           Barry S. Glaser
                                        Attorneys for SONOMA COUNTY TREASURER &

20                                         TAX COLLECTOR

21

22

23

24

25

26

27

28

20007.067/4840-7593-0525.1                            2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 S. Grand Avenue, Suite 4200, Los Angeles, OA 90071

A true and correct copy of the foregoing document entitled (*specify*): _Amended Substition of Attorney_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2019 | Kristina Simonian | /s/ Kristina Simonian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**