# Exhibit B

# Environmental Agreements

| # | Non-Debtor Counterparties | Debtor Party | Title of Environmental Agreement | Proposed Cure Amounts | Original Execution Date |
|---|---|---|---|---|---|
| 1. | Caselli, Dennis | Pacific Gas and Electric Company | Agreement for Environmental Investigation Activities | $0 | January 8, 2018 |
| 2. | Caselli, Dennis | Pacific Gas and Electric Company | Addendum to Agreement for Environmental Investigation Activities | $0 | January 8, 2018 |
| 3. | Caselli, Dennis | Pacific Gas and Electric Company | Lease | $0 | January 8, 2018 |
| 4. | Caselli, Dennis | Pacific Gas and Electric Company | First Amendment to Lease | $0 | June 27, 2018 |
| 5. | Caselli, Dennis | Pacific Gas and Electric Company | Second Amendment to Lease | $0 | January 3, 2019 |
| 6. | Caselli, Dennis | Pacific Gas and Electric Company | Third Amendment to Lease | $0 | June 15, 2019 |
| 7. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company | Agreement for Environmental Remediation Activities | $0 | December 22, 2017 |
| 8. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company | First Amendment to Agreement for Environmental Remediation Activities | $0 | October 23, 2018 |
| 9. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company; PG&E Corporation | Second Amendment to Agreement for Environmental Remediation Activities | $0 | July 23, 2019 |
| 10. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company | Lease | $0 | September 21, 2017 |

| #   | Non-Debtor Counterparties | Debtor Party | Title of Environmental Agreement | Proposed Cure Amounts | Original Execution Date |
|-----|---------------------------|--------------|----------------------------------|-----------------------|-------------------------|
| 11. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company | Settlement Agreement, Release and Covenant Not to Sue | $0 | December 28, 2017 |
| 12. | Dorrance, Sam and Dorrance, Catherine | Pacific Gas and Electric Company | Confirmatory Agreement | $0 | June 8, 2018 |
| 13. | Hart, Laura | Pacific Gas and Electric Company | Agreement for Environmental Investigation Activities | $0 | October 9, 2018 |
| 14. | Merchant, Minh and Merchant, Gurdon | Pacific Gas and Electric Company | Agreement for Environmental Investigation Activities | $0 | October 9, 2018 |