**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11<br><br>No. 19-30088 and 19-30089 (DM)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Olympus Peak Master Fund LP** | **Mountain G Enterprises Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Phone: (212) 373-1189 | Phone: (530) 626-4127, Ext. #: 203 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| | |
| Name and Address where notices and payments to transferee should be sent: | Claim No: 4200<br>Debtor: Pacific Gas and Electric Company (19-30089)<br>Date Filed: 8/1/2019 |
| Olympus Peak Master Fund LP<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151<br>Attn: Leah Silverman | Total Claim Amount: $1,420,200.26<br>**Transferred Amount of Claim: $1,420,200.26** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Leah Silverman                                           Date: August 19, 2019
Transferee/Transferee's Agent


*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.**

750351-4-421-v0.1                                                                    US-3082-SMT

EVIDENCE OF TRANSFER OF CLAIM

TO:             United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO:         PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors"); Case
                No. 19-30088 and 19-30089 (DM), Jointly Administered

Claim No.       4200

Bankruptcy Case: In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 and
                        19-30089 (DM), Jointly Administered

**MOUNTAIN G ENTERPRISES INC**, its successors and assigns ("Seller"), for good and valuable
consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally
and irrevocably sell, transfer and assign unto:

**OLYMPUS PEAK MASTER FUND LP**
745 Fifth Avenue, Suite 1604
New York, NY 10151
Attn: Leah Silverman

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 4200 of
Seller in the principal amount of $1,420,200.26   (the "Claim") against Pacific Gas and Electric Company
in the bankruptcy proceedings in Bankruptcy Court, Case No. 19-30089 (jointly administered under Case
No. 19-30088), or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the
Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or
right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the
Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands
and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further
notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the
Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or
in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future
payments and distributions free and clear of all setoffs and deductions, and to give all notices and other
communications, in respect of the Claim to Buyer.

[Signature Page Follows]

2017A1

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 9<u>th</u> day of August 2019.

MOUNTAIN G ENTERPRISES INC

By:_____

Name: Marcos Gomez

Title: CEO

OLYMPUS PEAK MASTER FUND LP

By:_____

Name: Leah Silverman

Title: General Counsel

Case: 19-30088    Doc# 3584    Filed: 08/19/19    Entered: 08/19/19 08:26:35    Page 3 of 3