UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11<br><br>No. 19-30088 and 19-30089 (DM)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Olympus Peak Master Fund LP**<br>Name of Transferee<br>Phone: (212) 373-1189<br>Last Four Digits of Acct #: N/A | **Mountain F Enterprises Inc**<br>Name of Transferor<br>Phone: (530) 626-4127, Ext. #: 203<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>Olympus Peak Master Fund LP<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151<br>Attn: Leah Silverman | Claim No: 4201<br>Debtor: Pacific Gas and Electric Company (19-30089)<br>Date Filed: 8/1/2019<br><br>**Total Claim Amount: $7,515,843.18**<br>**Transferred Amount of Claim: $7,515,843.18** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Leah Silverman               Date: August 19, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.**

750351-4-421-v0.1                     - 1 -                     US-3082-SMT

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors"); Case No. 19-30088 and 19-30089 (DM), Jointly Administered

Claim No. 4201

Bankruptcy Case: In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 and 19-30089 (DM), Jointly Administered

**MOUNTAIN F ENTERPRISES INC**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**OLYMPUS PEAK MASTER FUND LP**
745 Fifth Avenue, Suite 1604
New York, NY 10151
Attn: Leah Silverman

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 4201 of Seller in the principal amount of $7,515,843.18 (the "Claim") against Pacific Gas and Electric Company in the bankruptcy proceedings in Bankruptcy Court, Case No. 19-30089 (jointly administered under Case No. 19-30088), or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 9th day of August 2019.

MOUNTAIN F ENTERPRISES INC

By: _____
Name: Marcos Gomez
Title: CFO

OLYMPUS PEAK MASTER FUND LP

By: _____
Name: Leah Silverman
Title: General Counsel

Case: 19-30088    Doc# 3585    Filed: 08/19/19    Entered: 08/19/19 08:31:11    Page 3 of 3