# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket Nos. 3384 and 3391 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Statement of the Official Committee of Unsecured Creditors In Support of the Debtors' Second Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Contracts In Connection with the Community Pipeline Safety Initiative and (II) Granting Related Relief," dated August 6, 2019 [Docket No. 3384], and

   b. "Statement of the Official Committee of Unsecured Creditors Regarding the Ad Hoc Group of Subrogation Claims Holders' Motion to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code," dated August 6, 2019 [Docket No. 3391],

by causing true and correct copies to be:

    i. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, on August 8, 2019,

    ii. delivered via electronic mail to those parties listed on the attached <u>Exhibit B</u>, on August 6, 2019, and

    iii. delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on August 7, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Wing Chan*
                                                                              Wing Chan

Sworn to before me this
8th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX | COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count 8**

# EXHIBIT B

| | |
|---|---|
| aa@andrewsthornton.com | bfeder@kelleydrye.com |
| abehlmann@lowenstein.com | bglaser@swesq.com |
| ablevin@mintz.com | bhermann@paulweiss.com |
| ablodgett@cpmlegal.com | bjk@severson.com |
| acaton@kramerlevin.com | bknapp@lockelord.com |
| aclough@loeb.com | bletsch@braytonlaw.com |
| acordova@cpmlegal.com | bmullan@crowell.com |
| adam.malatesta@lw.com | bnelson@foley.com |
| adsmith@perkinscoie.com | brian.lohan@arnoldporter.com |
| aglaubach@teamtogut.com | brosen@proskauer.com |
| ajang@janglit.com | bryan.bates@dentons.com |
| akornberg@paulweiss.com | busch@wvbrlaw.com |
| alex.sher@hoganlovells.com | byoung@jmbm.com |
| alexander.pilmer@kirkland.com | bzummer@theadlerfirm.com |
| alr@coreylaw.com | bzummer@theadlerfirm.com |
| altogut@teamtogut.com | caroline.reckler@lw.com |
| amoskowitz@gibsondunn.com | catheryn.daly@sfcityatty.org |
| amy.goldman@lewisbrisbois.com | cbelmonte@ssbb.com |
| amy.park@skadden.com | cdumas@bakerlaw.com |
| amy.quartarolo@lw.com | cgray@unioncounsel.net |
| anahmias@mbnlawyers.com | charney@seyfarth.com |
| andrew.parlen@lw.com | chart@nutihart.com |
| andrew.parlen@lw.com | chigashi@bkolaw.com |
| andrew.rosenblatt@nortonrosefulbright.com | chris.johnstone@wilmerhale.com |
| andrew.silfen@arentfox.com | christopher.harris@lw.com |
| andrew.yaphe@davispolk.com | christopher.wong@arentfox.com |
| andy.kong@arentfox.com | christy.rivera@nortonrosefulbright.com |
| annadel.almendras@doj.ca.gov | cp@stevenslee.com |
| annie.duong@mccormickbarstow.com | cprince@lesnickprince.com |
| annie.duong@mccormickbarstow.com | craig@marguliesfaithlaw.com |
| aoden@teamtogut.com | crivas@reedsmith.com |
| aortiz@jhwclaw.com | cshore@whitecase.com |
| aparna.yenamandra@kirkland.com | csimon@bergerkahn.com |
| aram.ordubegian@arentfox.com | csimon@bergerkahn.com |
| arocles.aguilar@cpuc.ca.gov | cvarnen@irell.com |
| asmith@lockelord.com | cvillegas@labaton.com |
| astrabone@irell.com | dabbieri@sullivanhill.com |
| avcrawford@akingump.com | dandreoli@steyerlaw.com |
| avobrient@mintz.com | danette.valdez@doj.ca.gov |
| bankruptcy@coag.gov | dania.slim@pillsburylaw.com |
| bankruptcy2@ironmountain.com | daniel.egan@ropesgray.com |
| bankruptcycourtnotices@unioncounsel.net | daniel.laguardia@shearman.com |
| bankruptcynotices@up.com | daniel@thebklawoffice.com |
| belvederelegalecf@gmail.com | danielle.pham@usdoj.gov |
| bennett.spiegel@hoganlovells.com | danielle.pham@usdoj.gov |
| beth.brownstein@arentfox.com | daren@schlecterlaw.com |

| | |
|---|---|
| david.holtzman@hklaw.com | eric.goldberg@dlapiper.com |
| david.levant@stoel.com | eric.ivester@skadden.com |
| david.riley@dlapiper.com | eric.may@yolocounty.org |
| david.schiff@davispolk.com | erich@unioncounsel.net |
| david.seligman@kirkland.com | erika.schoenberger@davey.com |
| dbotter@akingump.com | erin.brady@hoganlovells.com |
| dbp@provlaw.com | erlamblaw@gmail.com |
| ddunne@milbank.com | esagerman@bakerlaw.com |
| deg@coreylaw.com | esserman@sbep-law.com |
| demerzian@mccormickbarstow.com | ethompson@stites.com |
| dfelder@orrick.com | etredinnick@greeneradovsky.com |
| dforman@willkie.com | evelina.gentry@akerman.com |
| dgooding@choate.com | fmerola@stroock.com |
| dgrassgreen@gmail.com | fpitre@cpmlegal.com |
| dgrassgreen@pszjlaw.com | fsmith@cozen.com |
| dhc@severson.com | gabriel.ozel@troutman.com |
| dln@lnbyb.com | gabrielle.glemann@stoel.com |
| dmg@severson.com | ganzc@ballardspahr.com |
| dminnick@pillsburylaw.com | gbray@milbank.com |
| dmintz@orrick.com | gemarr59@hotmail.com |
| dmoon@stroock.com | gemarr59@hotmail.com |
| dneier@winston.com | gerald.kennedy@procopio.com |
| dsh@classlawgroup.com | gerald@slffirm.com |
| dshamah@omm.com | gglazer@pszjlaw.com |
| dshemano@shemanolaw.com | ghofmann@cohnekinghorn.com |
| dsimonds@akingump.com | gjones@dykema.com |
| dstern@ktbslaw.com | gkalikman@schnader.com |
| dvd@svlg.com | gnuti@nutihart.com |
| eadler@theadlerfirm.com | golivera@lowenstein.com |
| eadler@theadlerfirm.com | gregg.galardi@ropesgray.com |
| ecf@jhwclaw.com | grougeau@brlawsf.com |
| ecf@kleinlaw.com | gweiner@gibsondunn.com |
| ecf@stjames-law.com | hampton.foushee@hoganlovells.com |
| efile@pbgc.gov | harriet.steiner@bbklaw.com |
| efile@pbgc.gov | harris.winsberg@troutman.com |
| efile@pbgc.gov | hartlt@ballardspahr.com |
| efile@pbgc.gov | hawkins@sullivanhill.com |
| egilad@stroock.com | hbedoyan@kleinlaw.com |
| egilad@stroock.com | heinz@bindermalter.com |
| egoldstein@goodwin.com | hill@sullivanhill.com |
| eguffy@lockelord.com | hoguem@gtlaw.com |
| ehg@classlawgroup.com | holsen@stroock.com |
| ehk@lnbyb.com | houston_bankruptcy@publicans.com |
| eli.vonnegut@davispolk.com | howard.seife@nortonrosefulbright.com |
| emorabito@foley.com | hubenb@ballardspahr.com |
| epino@epinolaw.com | hubenb@ballardspahr.com |

| | |
|---|---|
| hugh.mcdonald@troutman.com | jordana.renert@arentfox.com |
| hugh.ray@pillsburylaw.com | joshua.bevitz@ndlf.com |
| ian.roberts@bakerbotts.com | joshua.morse@dlapiper.com |
| idizengoff@akingump.com | joshua.sturm@ropesgray.com |
| imac@macfern.com | jrapisardi@omm.com |
| info@norcallawgroup.net | jrawlins@winston.com |
| ipachulski@pszjlaw.com | jreisner@irell.com |
| ivan@icjenlaw.com | jross@hopkinscarley.com |
| jackie.fu@lockelord.com | jrowland@bakerdonelson.com |
| jae1900@yahoo.com | jsanders@stblaw.com |
| james.ficenec@ndlf.com | jsmith@mckoolsmith.com |
| james.l.snyder@usdoj.gov | julia.mosel@sce.com |
| james.potter@doj.ca.gov | kbaghdadi@walkuplawoffice.com |
| james.potter@doj.ca.gov | kcapuzzi@beneschlaw.com |
| jamie.fell@stblaw.com | kcoles@lawssl.com |
| jane-luciano@comcast.net | kcunningham@pierceatwood.com |
| jasmin.yang@lewisbrisbois.com | kdiemer@diemerwei.com |
| jbeiswenger@omm.com | kdwbankruptcydepartment@kelleydrye.com |
| jct@andrewsthornton.com | keb@svlg.com |
| jcumming@dir.ca.gov | keckhardt@huntonak.com |
| jcurran@wolkincurran.com | keith.wofford@ropesgray.com |
| jdoolittle@reedsmith.com | kenns@beneschlaw.com |
| jdoran@hinckleyallen.com | kevin.chiu@bakerbotts.com |
| jdsokol@lawssl.com | kfineman@nutihart.com |
| jdt@jdthompsonlaw.com | khansen@stroock.com |
| jdubbin@labaton.com | khansen@stroock.com |
| jessica.liou@weil.com | kklee@ktbslaw.com |
| jfiero@pszjlaw.com | klamb@lkfirm.com |
| jfiske@baronbudd.com | klyman@irell.com |
| jg5786@att.com | kmclendon@stblaw.com |
| jhayden@bakerdonelson.com | kmeredith@dankolaw.com |
| jhayes@fhlawllp.com | kmontee@monteeassociates.com |
| jim@elkshep.com | kortiz@teamtogut.com |
| jkim@kellerbenvenutti.com | kpasquale@stroock.com |
| jkrause@gibsondunn.com | kw@wlawcorp.com |
| jlowenthal@steyerlaw.com | kwinick@clarktrev.com |
| jlucas@pszjlaw.com | larry@engeladvice.com |
| jmarshall@choate.com | lattard@bakerlaw.com |
| jmills@taylorenglish.com | lauren.macksoud@dentons.com |
| jminias@willkie.com | leo.crowley@pillsburylaw.com |
| jmullan@sonomacleanpower.org | leslie.freiman@edpr.com |
| joe@norcallawgroup.net | lgabriel@bg.law |
| john.mccusker@bami.com | lgoldberg@ebce.org |
| john.mitchell@akerman.com | lgottlieb@labaton.com |
| john.moe@dentons.com | lillian.stenfeldt@rimonlaw.com |
| john@slffirm.com | lkress@lockelord.com |

3

lmcgowen@orrick.com
lovee.sarenas@lewisbrisbois.com
lpg@stevenslee.com
lrappaport@proskauer.com
lrochester@bakerdonelson.com
lschweitzer@cgsh.com
lshulman@shbllp.com
lucky.mcdowell@shearman.com
lweber@polsinelli.com
lwelsh@lkwelshlaw.com
malevinson@orrick.com
malexander@maryalexander.com
malmy@crowell.com
malone@oles.com
mannycorrales@yahoo.com
marc.kieselstein@kirkland.com
margarita.padilla@doj.ca.gov
mark.bane@ropesgray.com
mark.mckane@kirkland.com
mark_minich@kindermorgan.com
marmstrong@chevron.com
marta.villacorta@usdoj.gov
marthaeromerolaw@gmail.com
matt@lesnickprince.com
matthew.goren@weil.com
matthew.mcginnis@ropesgray.com
matthew.roberts2@troutman.com
matthew.roose@ropesgray.com
matthew.troy@usdoj.gov
matthew.troy@usdoj.gov
mbarrie@beneschlaw.com
mbienenstock@proskauer.com
mbrown@whitecase.com
mbusenkell@gsbblaw.com
mdanko@dankolaw.com
meagan.tom@lockelord.com
melaniecruz@chevron.com
metkin@lowenstein.com
mfeldman@willkie.com
mfelger@cozen.com
mferullo@nixonpeabody.com
mfirestein@proskauer.com
mgarofalo@stroock.com
mgarofalo@stroock.com
mgoodin@clausen.com
mgorton@boutinjones.com

mgrotefeld@ghlaw-llp.com
mhouston@reedsmith.com
mhouston@reedsmith.com
mhowery@reedsmith.com
michael.esser@kirkland.com
michael.isaacs@dentons.com
michael.torkin@stblaw.com
michael@bindermalter.com
misola@brotherssmithlaw.com
mjb@hopkinscarley.com
mjdube@ca.ibm.com
mkelly@walkuplawoffice.com
mlauter@sheppardmullin.com
mlauter@sheppardmullin.com
mlowe@shbllp.com
mochoa@ghlaw-llp.com
morgan.courtney@pbgc.gov
mosby_perrow@kindermorgan.com
mplevin@crowell.com
mrosenthal@gibsondunn.com
mschierberl@cgsh.com
mschuver@walkuplawoffice.com
mscohen@loeb.com
mslattery@lkfirm.com
mspeiser@stroock.com
mstamer@akingump.com
mstrub@irell.com
mtoney@turn.org
mwasson@kramerlevin.com
mwilhelm@w2lg.com
myersms@ballardspahr.com
myuffee@winston.com
mzerjal@proskauer.com
nanette@ringstadlaw.com
navi.dhillon@bakerbotts.com
ndonnelly@paulweiss.com
ngo.melissa@pbgc.gov
ngoldin@stblaw.com
njbloomfield@njblaw.com
nmitchell@omm.com
okatz@sheppardmullin.com
olatifi@theadlerfirm.com
olatifi@theadlerfirm.com
oren.haker@stoel.com
oscar.pinkas@dentons.com
otakvoryan@ckrlaw.com

owen.clements@sfcityatty.org
paronzon@milbank.com
patricia.chen@ropesgray.com
patricia.cirucci@sce.com
pblanchard@rutan.com
pbosswick@ssbb.com
pcalifano@cwclaw.com
peter.boutin@kyl.com
peter.ivanick@hoganlovells.com
peter.welsh@ropesgray.com
peter.wolfson@dentons.com
peter@pmrklaw.com
pfriedman@omm.com
pgeteam@primeclerk.com
pglassman@sycr.com
philip.warden@pillsburylaw.com
phillip.wang@rimonlaw.com
pmunoz@reedsmith.com
ppartee@huntonak.com
ppascuzzi@ffwplaw.com
pwp@pattiprewittlaw.com
ra-li-ucts-bankrupt@state.pa.us
randy.michelson@michelsonlawgroup.com
randy.sawyer@edpr.com
rasymm@aeraenergy.com
rbeacher@pryorcashman.com
rbk@jmbm.com
rbryson@robinscloud.com
rfriedman@rutan.com
rgolubow@wcghlaw.com
rhonda.goldstein@ucop.edu
rich@trodellalapping.com
rileywalter@w2lg.com
rjulian@bakerlaw.com
rkampfner@whitecase.com
rlalawyer@yahoo.com
rob@bindermalter.com
robert.albery@jacobs.com
robert.labate@hklaw.com
robertson.daniel@pbgc.gov
robins@robinscloud.com
rpedone@nixonpeabody.com
rpinkston@seyfarth.com
rsimons@reedsmith.com
rsoref@polsinelli.com
rwitthans@fhlawllp.com

rwolf@hollandhart.com
sally@elkshep.com
samuel.maizel@dentons.com
sanfrancisco@sec.gov
sbryant@lockelord.com
sc2104271@gmail.com
scampora@dbbwc.com
schristianson@buchalter.com
scott.lee@lewisbrisbois.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfarzan@sheppardmullin.com
sfelderstein@ffwplaw.com
sfinestone@fhlawllp.com
sfinestone@fhlawllp.com
sgarabato@epiqglobal.com
sgross@grosskleinlaw.com
shane.huang@usdoj.gov
shane.huang@usdoj.gov
sharon.petrosino@hercrentals.com
shiggins@andrewsthornton.com
sjordan@jhwclaw.com
skhalil@milbank.com
skidder@ktbslaw.com
sm@coreylaw.com
sma@proskauer.com
smb@coreylaw.com
smiller@dankolaw.com
smillman@stroock.com
smitchell@paulweiss.com
smo@smolsonlaw.com
snoma@janglit.com
sory@fdlaw.com
squan@steyerlaw.com
ssally@ropesgray.com
ssummy@baronbudd.com
steinbergh@gtlaw.com
stephen.hessler@kirkland.com
stephen.karotkin@weil.com
steven.fruchter@arnoldporter.com
summersm@ballardspahr.com
summerst@lanepowell.com
sunny.sarkis@stoel.com
tambra.curtis@sonoma-county.org
taylor@sbep-law.com
tblischke@williamskastner.com

tcmitchell@orrick.com
tdubbs@labaton.com
thigham@bkolaw.com
timothy.graulich@davispolk.com
timothy.s.laffredi@usdoj.gov
tjb@brandilaw.com
tkelch@lkfirm.com
tkeller@kellerbenvenutti.com
tkoegel@crowell.com
tkreller@milbank.com
tlauria@whitecase.com
tlong@turn.org
tmainguy@unioncounsel.net
tmccurnin@bkolaw.com
todd.bailey@ftb.ca.gov
tom@parkinsonphinney.com
tyoon@crowell.com
vavilaplana@foley.com
vbantnerpeo@buchalter.com
vuocolod@gtlaw.com
wagstaffe@wvbrlaw.com
wlisa@nixonpeabody.com
wong.andrea@pbgc.gov
wpickett@ghlaw-llp.com
wrieman@paulweiss.com
ws@waynesilverlaw.com
yelena.archiyan@akerman.com