**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket No. 3517 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2019, I caused to be served the "Notice of Filing of Competing Plan Scheduling Order," dated August 12, 2019 [Docket No. 3517], by causing true and correct copies to be:

   a. enclosed securely in a postage prepaid envelope and delivered via overnight mail to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate Ave., 18th Floor, San Francisco, CA 94102*, and

   b. delivered via electronic mail to those parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
13th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

aa@andrewsthornton.com
abehlmann@lowenstein.com
ablevin@mintz.com
ablodgett@cpmlegal.com
acaton@kramerlevin.com
aclough@loeb.com
acordova@cpmlegal.com
adam.malatesta@lw.com
adsmith@perkinscoie.com
aglaubach@teamtogut.com
ajang@janglit.com
akornberg@paulweiss.com
alex.sher@hoganlovells.com
alexander.pilmer@kirkland.com
alr@coreylaw.com
altogut@teamtogut.com
amoskowitz@gibsondunn.com
amy.goldman@lewisbrisbois.com
amy.park@skadden.com
amy.quartarolo@lw.com
anahmias@mbnlawyers.com
andrew.parlen@lw.com
andrew.parlen@lw.com
andrew.rosenblatt@nortonrosefulbright.com
andrew.silfen@arentfox.com
andrew.yaphe@davispolk.com
andy.kong@arentfox.com
annadel.almendras@doj.ca.gov
annie.duong@mccormickbarstow.com
annie.duong@mccormickbarstow.com
aoden@teamtogut.com
aortiz@jhwclaw.com
aparna.yenamandra@kirkland.com
aram.ordubegian@arentfox.com
arocles.aguilar@cpuc.ca.gov
asmith@lockelord.com
astrabone@irell.com
avcrawford@akingump.com
avobrient@mintz.com
bankruptcy@coag.gov
bankruptcy2@ironmountain.com
bankruptcycourtnotices@unioncounsel.net
bankruptcynotices@up.com
belvederelegalecf@gmail.com
bennett.spiegel@hoganlovells.com
beth.brownstein@arentfox.com

bfeder@kelleydrye.com
bglaser@swesq.com
bhermann@paulweiss.com
bjk@severson.com
bknapp@lockelord.com
bletsch@braytonlaw.com
bmullan@crowell.com
bnelson@foley.com
brian.lohan@arnoldporter.com
brosen@proskauer.com
bryan.bates@dentons.com
busch@wvbrlaw.com
byoung@jmbm.com
bzummer@theadlerfirm.com
bzummer@theadlerfirm.com
caroline.reckler@lw.com
catheryn.daly@sfcityatty.org
cbelmonte@ssbb.com
cdumas@bakerlaw.com
cgray@unioncounsel.net
charney@seyfarth.com
chart@nutihart.com
chigashi@bkolaw.com
chris.johnstone@wilmerhale.com
christopher.harris@lw.com
christopher.wong@arentfox.com
christy.rivera@nortonrosefulbright.com
cp@stevenslee.com
cprince@lesnickprince.com
craig@marguliesfaithlaw.com
crivas@reedsmith.com
cshore@whitecase.com
csimon@bergerkahn.com
csimon@bergerkahn.com
cvarnen@irell.com
cvillegas@labaton.com
dabbieri@sullivanhill.com
dandreoli@steyerlaw.com
danette.valdez@doj.ca.gov
dania.slim@pillsburylaw.com
daniel.egan@ropesgray.com
daniel.laguardia@shearman.com
daniel@thebklawoffice.com
danielle.pham@usdoj.gov
danielle.pham@usdoj.gov
daren@schlecterlaw.com

david.holtzman@hklaw.com
david.levant@stoel.com
david.riley@dlapiper.com
david.schiff@davispolk.com
david.seligman@kirkland.com
dbotter@akingump.com
dbp@provlaw.com
ddunne@milbank.com
deg@coreylaw.com
demerzian@mccormickbarstow.com
dfelder@orrick.com
dforman@willkie.com
dgooding@choate.com
dgrassgreen@gmail.com
dgrassgreen@pszjlaw.com
dhc@severson.com
dln@lnbyb.com
dmg@severson.com
dminnick@pillsburylaw.com
dmintz@orrick.com
dmoon@stroock.com
dneier@winston.com
dsh@classlawgroup.com
dshamah@omm.com
dshemano@shemanolaw.com
dsimonds@akingump.com
dstern@ktbslaw.com
dvd@svlg.com
eadler@theadlerfirm.com
eadler@theadlerfirm.com
ecf@jhwclaw.com
ecf@kleinlaw.com
ecf@stjames-law.com
efile@pbgc.gov
efile@pbgc.gov
efile@pbgc.gov
efile@pbgc.gov
egilad@stroock.com
egilad@stroock.com
egoldstein@goodwin.com
eguffy@lockelord.com
ehg@classlawgroup.com
ehk@lnbyb.com
eli.vonnegut@davispolk.com
emorabito@foley.com
epino@epinolaw.com

eric.goldberg@dlapiper.com
eric.ivester@skadden.com
eric.may@yolocounty.org
erich@unioncounsel.net
erika.schoenberger@davey.com
erin.brady@hoganlovells.com
erlamblaw@gmail.com
esagerman@bakerlaw.com
esserman@sbep-law.com
ethompson@stites.com
etredinnick@greeneradovsky.com
evelina.gentry@akerman.com
fmerola@stroock.com
fpitre@cpmlegal.com
fsmith@cozen.com
gabriel.ozel@troutman.com
gabrielle.glemann@stoel.com
ganzc@ballardspahr.com
gbray@milbank.com
gemarr59@hotmail.com
gemarr59@hotmail.com
gerald.kennedy@procopio.com
gerald@slffirm.com
gglazer@pszjlaw.com
ghofmann@cohnekinghorn.com
gjones@dykema.com
gkalikman@schnader.com
gnuti@nutihart.com
golivera@lowenstein.com
gregg.galardi@ropesgray.com
grougeau@brlawsf.com
gweiner@gibsondunn.com
hampton.foushee@hoganlovells.com
harriet.steiner@bbklaw.com
harris.winsberg@troutman.com
hartlt@ballardspahr.com
hawkins@sullivanhill.com
hbedoyan@kleinlaw.com
heinz@bindermalter.com
hill@sullivanhill.com
hoguem@gtlaw.com
holsen@stroock.com
houston_bankruptcy@publicans.com
howard.seife@nortonrosefulbright.com
hubenb@ballardspahr.com
hubenb@ballardspahr.com

2

hugh.mcdonald@troutman.com
hugh.ray@pillsburylaw.com
ian.roberts@bakerbotts.com
idizengoff@akingump.com
imac@macfern.com
info@norcallawgroup.net
ipachulski@pszjlaw.com
ivan@icjenlaw.com
jackie.fu@lockelord.com
jae1900@yahoo.com
james.ficenec@ndlf.com
james.l.snyder@usdoj.gov
james.potter@doj.ca.gov
james.potter@doj.ca.gov
jamie.fell@stblaw.com
jane-luciano@comcast.net
jasmin.yang@lewisbrisbois.com
jbeiswenger@omm.com
jct@andrewsthornton.com
jcumming@dir.ca.gov
jcurran@wolkincurran.com
jdoolittle@reedsmith.com
jdoran@hinckleyallen.com
jdsokol@lawssl.com
jdt@jdthompsonlaw.com
jdubbin@labaton.com
jessica.liou@weil.com
jfiero@pszjlaw.com
jfiske@baronbudd.com
jg5786@att.com
jhayden@bakerdonelson.com
jhayes@fhlawllp.com
jim@elkshep.com
jkim@kellerbenvenutti.com
jkrause@gibsondunn.com
jlowenthal@steyerlaw.com
jlucas@pszjlaw.com
jmarshall@choate.com
jmills@taylorenglish.com
jminias@willkie.com
jmullan@sonomacleanpower.org
joe@norcallawgroup.net
john.mccusker@bami.com
john.mitchell@akerman.com
john.moe@dentons.com
john@slffirm.com

jordana.renert@arentfox.com
joshua.bevitz@ndlf.com
joshua.morse@dlapiper.com
joshua.sturm@ropesgray.com
jrapisardi@omm.com
jrawlins@winston.com
jreisner@irell.com
jross@hopkinscarley.com
jrowland@bakerdonelson.com
jsanders@stblaw.com
jsmith@mckoolsmith.com
julia.mosel@sce.com
kbaghdadi@walkuplawoffice.com
kcapuzzi@beneschlaw.com
kcoles@lawssl.com
kcunningham@pierceatwood.com
kdiemer@diemerwei.com
kdwbankruptcydepartment@kelleydrye.com
keb@svlg.com
keckhardt@huntonak.com
keith.wofford@ropesgray.com
kenns@beneschlaw.com
kevin.chiu@bakerbotts.com
kfineman@nutihart.com
khansen@stroock.com
khansen@stroock.com
kklee@ktbslaw.com
klamb@lkfirm.com
klyman@irell.com
kmclendon@stblaw.com
kmeredith@dankolaw.com
kmontee@monteeassociates.com
kortiz@teamtogut.com
kpasquale@stroock.com
kw@wlawcorp.com
kwinick@clarktrev.com
larry@engeladvice.com
lattard@bakerlaw.com
lauren.macksoud@dentons.com
leo.crowley@pillsburylaw.com
leslie.freiman@edpr.com
lgabriel@bg.law
lgoldberg@ebce.org
lgottlieb@labaton.com
lillian.stenfeldt@rimonlaw.com
lkress@lockelord.com

| | |
|---|---|
| lmcgowen@orrick.com | mgrotefeld@ghlaw-llp.com |
| lovee.sarenas@lewisbrisbois.com | mhouston@reedsmith.com |
| lpg@stevenslee.com | mhouston@reedsmith.com |
| lrappaport@proskauer.com | mhowery@reedsmith.com |
| lrochester@bakerdonelson.com | michael.esser@kirkland.com |
| lschweitzer@cgsh.com | michael.isaacs@dentons.com |
| lshulman@shbllp.com | michael.torkin@stblaw.com |
| lucky.mcdowell@shearman.com | michael@bindermalter.com |
| lweber@polsinelli.com | misola@brotherssmithlaw.com |
| lwelsh@lkwelshlaw.com | mjb@hopkinscarley.com |
| malevinson@orrick.com | mjdube@ca.ibm.com |
| malexander@maryalexander.com | mkelly@walkuplawoffice.com |
| malmy@crowell.com | mlauter@sheppardmullin.com |
| malone@oles.com | mlauter@sheppardmullin.com |
| mannycorrales@yahoo.com | mlowe@shbllp.com |
| marc.kieselstein@kirkland.com | mochoa@ghlaw-llp.com |
| margarita.padilla@doj.ca.gov | morgan.courtney@pbgc.gov |
| mark.bane@ropesgray.com | mosby_perrow@kindermorgan.com |
| mark.mckane@kirkland.com | mplevin@crowell.com |
| mark_minich@kindermorgan.com | mrosenthal@gibsondunn.com |
| marmstrong@chevron.com | mschierberl@cgsh.com |
| marta.villacorta@usdoj.gov | mschuver@walkuplawoffice.com |
| marthaeromerolaw@gmail.com | mscohen@loeb.com |
| matt@lesnickprince.com | mslattery@lkfirm.com |
| matthew.goren@weil.com | mspeiser@stroock.com |
| matthew.mcginnis@ropesgray.com | mstamer@akingump.com |
| matthew.roberts2@troutman.com | mstrub@irell.com |
| matthew.roose@ropesgray.com | mtoney@turn.org |
| matthew.troy@usdoj.gov | mwasson@kramerlevin.com |
| matthew.troy@usdoj.gov | mwilhelm@w2lg.com |
| mbarrie@beneschlaw.com | myersms@ballardspahr.com |
| mbienenstock@proskauer.com | myuffee@winston.com |
| mbrown@whitecase.com | mzerjal@proskauer.com |
| mbusenkell@gsbblaw.com | nanette@ringstadlaw.com |
| mdanko@dankolaw.com | navi.dhillon@bakerbotts.com |
| meagan.tom@lockelord.com | ndonnelly@paulweiss.com |
| melaniecruz@chevron.com | ngo.melissa@pbgc.gov |
| metkin@lowenstein.com | ngoldin@stblaw.com |
| mfeldman@willkie.com | njbloomfield@njblaw.com |
| mfelger@cozen.com | nmitchell@omm.com |
| mferullo@nixonpeabody.com | okatz@sheppardmullin.com |
| mfirestein@proskauer.com | olatifi@theadlerfirm.com |
| mgarofalo@stroock.com | olatifi@theadlerfirm.com |
| mgarofalo@stroock.com | oren.haker@stoel.com |
| mgoodin@clausen.com | oscar.pinkas@dentons.com |
| mgorton@boutinjones.com | otakvoryan@ckrlaw.com |

owen.clements@sfcityatty.org
paronzon@milbank.com
patricia.chen@ropesgray.com
patricia.cirucci@sce.com
pblanchard@rutan.com
pbosswick@ssbb.com
pcalifano@cwclaw.com
peter.boutin@kyl.com
peter.ivanick@hoganlovells.com
peter.welsh@ropesgray.com
peter.wolfson@dentons.com
peter@pmrklaw.com
pfriedman@omm.com
pgeteam@primeclerk.com
pglassman@sycr.com
philip.warden@pillsburylaw.com
phillip.wang@rimonlaw.com
pmunoz@reedsmith.com
ppartee@huntonak.com
ppascuzzi@ffwplaw.com
pwp@pattiprewittlaw.com
ra-li-ucts-bankrupt@state.pa.us
randy.michelson@michelsonlawgroup.com
randy.sawyer@edpr.com
rasymm@aeraenergy.com
rbeacher@pryorcashman.com
rbk@jmbm.com
rbryson@robinscloud.com
rfriedman@rutan.com
rgolubow@wcghlaw.com
rhonda.goldstein@ucop.edu
rich@trodellalapping.com
rileywalter@w2lg.com
rjulian@bakerlaw.com
rkampfner@whitecase.com
rlalawyer@yahoo.com
rob@bindermalter.com
robert.albery@jacobs.com
robert.labate@hklaw.com
robertson.daniel@pbgc.gov
robins@robinscloud.com
rpedone@nixonpeabody.com
rpinkston@seyfarth.com
rsimons@reedsmith.com
rsoref@polsinelli.com
rwitthans@fhlawllp.com

rwolf@hollandhart.com
sally@elkshep.com
samuel.maizel@dentons.com
sanfrancisco@sec.gov
sbryant@lockelord.com
sc2104271@gmail.com
scampora@dbbwc.com
schristianson@buchalter.com
scott.lee@lewisbrisbois.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfarzan@sheppardmullin.com
sfelderstein@ffwplaw.com
sfinestone@fhlawllp.com
sfinestone@fhlawllp.com
sgarabato@epiqglobal.com
sgross@grosskleinlaw.com
shane.huang@usdoj.gov
shane.huang@usdoj.gov
sharon.petrosino@hercrentals.com
shiggins@andrewsthornton.com
sjordan@jhwclaw.com
skhalil@milbank.com
skidder@ktbslaw.com
sm@coreylaw.com
sma@proskauer.com
smb@coreylaw.com
smiller@dankolaw.com
smillman@stroock.com
smitchell@paulweiss.com
smo@smolsonlaw.com
snoma@janglit.com
sory@fdlaw.com
squan@steyerlaw.com
ssally@ropesgray.com
ssummy@baronbudd.com
steinbergh@gtlaw.com
stephen.hessler@kirkland.com
stephen.karotkin@weil.com
steven.fruchter@arnoldporter.com
summersm@ballardspahr.com
summerst@lanepowell.com
sunny.sarkis@stoel.com
tambra.curtis@sonoma-county.org
taylor@sbep-law.com
tblischke@williamskastner.com

tcmitchell@orrick.com
tdubbs@labaton.com
thigham@bkolaw.com
timothy.graulich@davispolk.com
timothy.s.laffredi@usdoj.gov
tjb@brandilaw.com
tkelch@lkfirm.com
tkeller@kellerbenvenutti.com
tkoegel@crowell.com
tkreller@milbank.com
tlauria@whitecase.com
tlong@turn.org
tmainguy@unioncounsel.net
tmccurnin@bkolaw.com
todd.bailey@ftb.ca.gov
tom@parkinsonphinney.com
tyoon@crowell.com
vavilaplana@foley.com
vbantnerpeo@buchalter.com
vuocolod@gtlaw.com
wagstaffe@wvbrlaw.com
wlisa@nixonpeabody.com
wong.andrea@pbgc.gov
wpickett@ghlaw-llp.com
wrieman@paulweiss.com
ws@waynesilverlaw.com
yelena.archiyan@akerman.com