# EVIDENCE OF TRANSFER OF CLAIM

*$340459.34*

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Anderson Burton Construction** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the amount of $~~335,886.98~~ against **Pacific Gas and Electric Company** (the "Debtor"), **Case No. 19-30089, jointly administered under Case No. 19-30088, United States Bankruptcy Court for the Northern District of California** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __19th__ DAY OF __August__ 2019.

BY: **ANDERSON BURTON CONSTRUCTION**

_____
Name: Sandra Burton
Title: Chief Financial Officer


BY: **CEDAR GLADE LP**

_____
Name: Robert K. Minkoff
Title: President