Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>   Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO THE COURT'S INQUIRY REGARDING POSSIBLE CONSENT TO THE ESTIMATION PROCEEDINGS**<br><br>Re:   Docket No. 3091 |

The Official Committee of Unsecured Creditors (the "Official Committee") respectfully submits this statement in response to the Court's comments at the August 14, 2019 hearing (the "Hearing") with respect to of the Debtors' *Motion Pursuant to 11 U.S.C §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures* (the "Estimation Motion") [Docket No. 3091].[1]

At the Hearing, the Court requested that the Official Committee poll the Debtors, the Ad Hoc Group of Subrogation Claim Holders and the Official Committee of Tort Claimants to determine whether those parties would agree to have all issues in dispute in the anticipated claims estimation process heard and decided by the Bankruptcy Court. The Official Committee has received responses from the parties and reports that there is <u>not</u> unanimous consent to the Court's inquiry.

Dated: August 19, 2019

                                **MILBANK LLP**

                                */s/Gregory A. Bray*
                                DENNIS F. DUNNE
                                SAMUEL A. KHALIL
                                GREGORY A. BRAY
                                THOMAS R. KRELLER

                                *Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Wildfire Fund Motion.