Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF ADAM W. GOLDBERG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002 TO RETAIN AND EMPLOY TRIDENT DMG LLC AS COMMUNICATIONS CONSULTANT EFFECTIVE AS OF JULY 18, 2019 (Dkt. Nos. 3224 and 3225)**<br><br>Date: August 27, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Objection Deadline: August 20, 2019 |

Pursuant to section 1746 of title 28 of the United States Code, I, Adam W. Goldberg, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am Co-Founder and Partner of Trident DMG LLC ("**Trident**"), which has its principal office at 1700 K Street NW, Suite 825, Washington, DC 20006. I am authorized to execute this Supplemental Declaration on behalf of Trident. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

2. I submit this Supplemental Declaration at the request of the United States Trustee and in further support of the Application (the "**Application**") of the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "**Debtors**") for the entry of an order authorizing the TCC to retain and employ Trident as communications consultant to the TCC, effective as of July 18, 2019. *See* Dkt. No. 3224.

3. In connection with its proposed retention by the TCC in the Debtors' Cases, Trident obtained from the TCC and/or its representatives the names of individuals and entities that may be parties in interest (individually a "**Potential Party in Interest**" and collectively the "**Potential Parties in Interest**") in the Debtors' cases. Trident reviewed the name of each Potential Party in Interest to determine the names of each Potential Party in Interest that has entered into engagement agreements with Trident since Trident's founding in 2016. Other than as previously disclosed, Trident has no relationship with any Potential Party in Interest.

Dated: August 19, 2019

By: /s/ Adam W. Goldberg
Adam W. Goldberg
Co-Founder and Partner, Trident DMG LLC