Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:   (619) 771-3473
Fax:   (619) 255-1515
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

   I am employed in San Diego County.  I am over the age of 18 and not a party to this action.

My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

   On August 19, 2019, I served the foregoing document(s), described as:

   **NOTICE OF SUBPOENAS ISSUED TO CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION**

☒   by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒   **ECF SYSTEM** On August 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic

1

Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras  annadel.almendras@doj.ca.gov
- Monique D. Almy  malmy@crowell.com
- Dana M. Andreoli  dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini  rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard  lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer  hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey  Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett  keb@svlg.com, amt@svlg.com
- Ronald S. Beacher  rbeacher@pryorcashman.com
- Hagop T. Bedoyan  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens  jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger  jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti  pbenvenutti@kellerbenvenutti.com
- Robert Berens  rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder  heinz@bindermalter.com
- Neil Jon Bloomfield  njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg  jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady  enbrady@jonesday.com
- W. Steven Bryant  , molly.batiste-debose@lockelord.com
- Peter C. Califano  pcalifano@cwclaw.com
- Steven M. Campora  scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta  leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese  kcatanese@foley.com
- Christina Lin Chen  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley  richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson  schristianson@buchalter.com
- Robert N.H. Christmas  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough  aclough@loeb.com
- John B. Coffman  john@johncoffman.net
- Kevin G. Collins  kevin.collins@btlaw.com
- Manuel Corrales  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram  dhc@severson.com
- Ashley Vinson Crawford  avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming  jcumming@dir.ca.gov
- J. Russell Cunningham  rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham  , rkelley@pierceatwood.com
- Keith J. Cunningham  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri  dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie  ndelancie@jmbm.com
- Judith A. Descalso  jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap  ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer  kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

2

- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

3

- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com

4

- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Bradley C. Knapp    , Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Amy Caton    acaton@kramerlevin.com
- Megan Wassan    mwasson@kramerlevin.com
- Shadi Farzan    sfarzan@sheppardmullon.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

5

- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com

6

- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders    jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com

7

- Sblend A. Sblendorio     sas@hogefenton.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- David B. Shemano     dshemano@pwkllp.com
- James A. Shepherd     jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman     lshulman@shbllp.com
- Andrew I. Silfen     andrew.silfen@arentfox.com
- Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon     csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery     mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum     jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith     asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol     jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref     rsoref@polsinelli.com
- Bennett L. Spiegel     blspiegel@jonesday.com
- Michael St. James     ecf@stjames-law.com
- Howard J. Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel     clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern     dstern@ktbslaw.com
- Rebecca Suarez     rsuarez@crowell.com
- Brad T. Summers     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan     ktakvoryan@ckrlaw.com
- Kesha Tanabe     kesha@tanabelaw.com
- Elizabeth Lee Thompson     ethompson@stites.com, docketclerk@stites.com
- John C. Thornton     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom     Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick     etredinnick@grmslaw.com
- Matthew Jordan Troy     matthew.troy@usdoj.gov
- Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta     marta.villacorta@usdoj.gov
- John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter     ecf@W2LG.com
- Phillip K. Wang     phillip.wang@rimonlaw.com
- Philip S. Warden     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber     lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner     gweiner@gibsondunn.com
- Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com

| | |
|---|---|
| 1 | • Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 2 | • David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 3 | • Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| | • Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 4 | • Douglas Wolfe    dwolfe@asmcapital.com |
| 5 | • Catherine E. Woltering    cwoltering@bakerlaw.com |
| | • Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| 6 | • Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| 7 | • Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| | • Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com |
| 8 | • Tacie H. Yoon    tyoon@crowell.com |
| | • Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 9 | • Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 10 | • Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |
| | • Stacey C. Quan    squan@steyerlaw. Com |
| 11 | • Laurie R. Hager    lhager@sussmanshank.com |
| | • Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov |
| 12 | • Alisa C. Lacey    alisa.lacey@stinson.com |
| 13 | • Robert T. Kugler    robert.kugler@stinson.com |
| | • Thomas J. Salerno    thomas.salerno@stinson.com |
| 14 | • Anthony P. Cali    anthony.cali@stinson.com |
| | • Jonathan D. Marshall    jmarshall@choate.com |
| 15 | • Liam K.Malone    malone@oles.com |

☒  **UNITED STATES MAIL, postage fully prepaid**
  (*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>**Served via CM/ECF Only** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>**Served via CM/ECF Only** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

9

| | | |
|---|---|---|
| 1 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Office of the United States Trustee for Region 17 |
| 2 | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq. | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| 3 | | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 4 | 1285 Avenue of the Americas | San Francisco, CA 94102 |
| | New York, NY 10019-6064 | |
| 5 | U.S. Nuclear Regulatory Commission | U.S. Department of Justice |
| 6 | Attn: General Counsel | Attn: Danielle A. Pham, Esq. |
| | Washington, DC 20555-0001 | 1100 L Street, NW, Room 7106, Washington DC 20005 |
| 7 | | *Served via CM/ECF Only* |
| 8 | | |
| 9 | Milbank LLP | Milbank LLP |
| | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 10 | 55 Hudson Yards | 2029 Century Park East, 33rd Floor |
| 11 | New York, NY 10001-2163 | Los Angeles, CA 90067 |
| | *Served via CM/ECF Only* | |
| 12 | | |
| 13 | Baker & Hostetler LLP | STEPHEN MOELLER-SALLY |
| | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | MATTHEW L. McGINNIS |
| 14 | | ROPES & GRAY LLP |
| | 11601 Wilshire Boulevard, Suite 1400 | 800 Boylston Street |
| 15 | Los Angeles, CA 90025-0509 | Boston, MA 02199-3600 |
| | *Pro Hac Vice* | *Request for Special Notice* |
| 16 | *Served via CM/ECF Only* | |
| 17 | GREGG M. GALARDI | Leonard P. Goldberger, Esq. |
| 18 | KEITH H. WOFFORD/DANIEL G. EGAN | STEVENS & LEE, P.C. |
| | ROPES & GRAY LLP | 620 Freedom Business Center, Suite 200 |
| 19 | 1211 Avenue of the Americas | King of Prussia, PA 19406 |
| | New York, NY 10036-8704 | *Request for Special Notice* |
| 20 | *Request for Special Notice* | |
| 21 | Constantine D. Pourakis, Esq. | Central Valley Associate, L.P. |
| 22 | STEVENS & LEE, P.C. | c/o Ronald K. Brown Jr. |
| | 485 Madison Avenue, 20th Floor | Law Offices of Ronald K. Brown, Jr. |
| 23 | New York, NY 10022 | 901 Dove Street, Suite 120 |
| | *Request for Special Notice* | Newport Beach, CA  92660 |
| 24 | | *Request for Special Notice* |
| 25 | | |
| 26 | Peter Friedman | Matthew L. Hinker |
| | O'MELVENY & MYERS LLP | Nancy A. Mitchell |
| 27 | 1625 Eye Street, NW | Matthew L. Hinker |
| | Washington, DC 20006 | O'MELVENY & MYERS LLP |
| 28 | *Pro Hac Vice* | 7 Times Square |
| | | New York, New York 10036 |

| | | |
|---|---|---|
| 1 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut | SUSSMAN SHANK LLP<br>Laurie R. Hager |
| 2 | Kyle J. Ortiz<br>Amy M. Oden | Howard M. Levine<br>1000 SW Broadway, Suite 1400 |
| 3 | Amanda C. Glaubach | *Request for Special Notice CM/ECF Only* |
| 4 | One Penn Plaza, Suite 3335<br>New York, NY 10119 | |
| 5 | *Pro Hac Vice* | |
| 6 | Public Advocates Office California | Stinson LLP |
| 7 | Public Utilities Commission<br>Darwin E. Farrar (SBN 152735) | Alisa C. Lacey<br>Robert T. Kugler |
| 8 | 505 Van Ness Avenue San Francisco,<br>California 94102 | Thomas J. Salerno<br>Anthony P. Cali |
| 9 | *Request for Special Notice* | 1850 N. Central Ave., #2100 Phoenix, AZ 85004 |
| 10 | | *Request for Special Notice* |
| 11 | | |
| 12 | CHOATE, HALL & STEWART LLP<br>Jonathan D. Marshall, Esq | BAKER & HOSTETLER LLP<br>Lars H. Fuller, Esq. |
| 13 | Two International Place<br>Boston Massachusetts 02110 | 1801 California Street, Suite 4400<br>Denver, CO 80202-2662 |
| 14 | *Pro Hac Vice* | *Pro Hac Vice* |
| 15 | GROOM LAW GROUP | MILBANK, LLP |
| 16 | Katherine B. Cohn, Esq.<br>David N. Levine, Esq. | Alan J. Stone, Esq.<br>55 Hudson Yards |
| 17 | 1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006 | New York, NY 10001-2163<br>*Pro Hac Vice* |
| 18 | *Pro Hac Vice* | |
| 19 | Eric Seiler | Isaac M. Pachulski |
| 20 | FRIEDMAN KAPLAN SEILER &<br>ADELMAN LLP | Debra I. Grassgreen<br>Gabriel I. Glazer |
| 21 | 7 Times Square<br>New York, NY 10036-6516 | PACHULSKI STANG ZIEHL & JONES LLP |
| 22 | *Pro Hac Vice* | 150 California Street, 15th Floor San Francisco, CA 94111 |
| 23 | | *Pro Hac Vice* |

24  I declare under penalty of perjury of the laws of the United States of America that the

25  foregoing is true and correct.

26  Executed on August 19, 2019, at San Diego, California.

27  /s/ Tyler Waters<br>Tyler Waters

28