UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.  19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that the appearance of Louis S. Chiappetta, Esq. on behalf of Atlantica Yield plc, Mojave Solar LLC, First Solar, Inc. and Willow Springs Solar 3, LLC in the above-entitled action is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, upon him in these cases should be discontinued.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

Dated: August 20, 2019                                       /s/ Amy S. Park