EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Court")
Northern District of California San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1032862 & 3.1133) Debtor's Bankruptcy Schedules filed 3/14/19, docket #906-4

D P NICOLI INC ("Seller"), for good and valuable Consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SPCP GROUP, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain
bjarmain@silverpointcapital.com

scheduled its successors and assigns ("Buyer"), all rights, title and interest in and to the general unsecured prepetition claim of Seller filed in the Case in the principal amount of $206,103.00 (the "Claim"), including all rights: (a) of reclamation payments made on account of Seller associated with the Claim; (b) to any proof(s) of claim filed, excluding any claims or rights to payment related to post-petition amounts owed to Seller; and (c) to vote on any question relating to the Claim in the Case; (d) to cash, interest, principal, securities or other property in connection with the Claim; and (f) against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July ——— 2019. Aug 2, 2019

D P NICOLI INC
By: _____
Name: Stephanie Nanna
Title: COO

SPCP GROUP, LLC
By: _____
Name: Jennifer Poccia
Title: Authorized Signatory
Dated August 16, 2019