Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF UPLOAD OF ORDER GRANTING THE MOTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM AUTOMATIC STAY** |

**PLEASE TAKE NOTICE THAT** contemporaneously herewith, the Official Committee of Tort Claimants (the "**TCC**") is uploading a proposed order (the "**Proposed Order**"), attached hereto as Exhibit A, in accordance with this Court's Decision Regarding Motions for Relief from Stay (Dkt. No. 3571).

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Order has been agreed to by counsel for the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the parties to all joinders filed to the motions for relief from stay.

Dated: August 20, 2019

BAKER & HOSTETLER LLP

By: */s/ Robert A. Julian*
    Robert A. Julian

*Counsel to the Official Committee of Tort Claimant*