Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Valero Refining Company-California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Richard A. Lapping, am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am a member of the bar of this Court. My business address is 540 Pacific Avenue, San Francisco, CA 94133. On February 5, 2019, I served the following documents:

**SUPPLEMENT TO MOTION FOR RELIEF FROM STAY BY VALERO REFINING COMPANY-CALIFORNIA**

**By Email and Electronic Filing:** On the email addresses of the parties listed on attached Exhibit A.

**By Mail**: On the Debtors by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed to the following:

1

PG&E Corporation
Attn: President or General Counsel
P.O. Box 77000
San Francisco, CA 94177

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2019, at San Francisco, California.

                                        /s/ Richard A. Lapping
                                            Richard A. Lapping

**Trodella & Lapping LLP**
**540 Pacific Avenue**
**San Francisco, CA 94133**

2

stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; pzumbro@cravath.com; korsini@cravath.com; jzobitz@cravath.com; skessing@cravath.com; ndorsey@cravath.com; onasab@cravath.com; tkeller@kellerbenvenutti.com; pbenvenutti@kellerbenvenutti.com; jkim@kellerbenvenutti.com; rjulian@bakerlaw.com; lattard@bakerlaw.com; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; ddunne@milbank.com; skhalil@milbank.com; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; fmerola@stroock.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; danielle.pham@usdoj.gov; astone@milbank.com; EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; RASymm@aeraenergy.com; avcrawford@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; Jg5786@att.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; John.mccusker@bami.com; ssummy@baronbudd.com; jfiske@baronbudd.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; mgorton@boutinjones.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; melaniecruz@chevron.com; marmstrong@chevron.com; kwinick@clarktrev.com; lschweitzer@cgsh.com; mschierberl@cgsh.com; pcalifano@cwclaw.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; Frank Pitre <FPitre@cpmlegal.com>; Alison Cordova <ACordova@cpmlegal.com>; ablodgett@cpmlegal.com; malmy@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com; Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com; samuel.maizel@dentons.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; sally@elkshep.com; jim@elkshep.com; larry@engeladvice.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com; emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com; sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com; dsh@classlawgroup.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; hoguem@gtlaw.com; etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com; jdoran@hinckleyallen.com; bennett.spiegel@hoganlovells.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; ppartee@huntonak.com; cvarnen@irell.com; astrabone@irell.com;

mstrub@irell.com; Bankruptcy2@ironmountain.com; robert.albery@jacobs.com; jane-luciano@comcast.net; jdt@jdthompsonlaw.com; rbk@jmbm.com; lgabriel@bg.law; aortiz@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com; aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; marc.kieselstein@kirkland.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com; stephen.hessler@kirkland.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; summerst@lanepowell.com; adam.malatesta@lw.com; amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com; christopher.harris@lw.com; andrew.parlen@lw.com; pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; ws@waynesilverlaw.com; tjb@brandilaw.com; matt@lesnickprince.com; cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM; asmith@lockelord.com; bknapp@lockelord.com; eguffy@lockelord.com; lkress@lockelord.com; meagan.tom@lockelord.com; sbryant@lockelord.com; jackie.fu@lockelord.com; imac@macfern.com; Mary Alexander <malexander@maryalexanderlaw.com>; ddunne@milbank.com; skhalil@milbank.com; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com; ablevin@mintz.com; kmontee@monteeassociates.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com; rpedone@nixonpeabody.com; wlisa@nixonpeabody.com; info@norcallawgroup.net; joe@norcallawgroup.net; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; bankruptcy@coag.gov; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; dfelder@orrick.com; lmcgowen@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jfiero@pszjlaw.com; tom@parkinsonphinney.com; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com; philip.warden@pillsburylaw.com; epino@epinolaw.com; pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; rbeacher@pryorcashman.com; crivas@reedsmith.com; mhouston@reedsmith.com; jdoolittle@reedsmith.com; mhouston@reedsmith.com; mhowery@reedsmith.com; pmunoz@reedsmith.com; nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; pblanchard@rutan.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com; pbosswick@ssbb.com; rpinkston@seyfarth.com; charney@seyfarth.com; dshemano@shemanolaw.com; dvd@svlg.com; keb@svlg.com;

Amy.Park@skadden.com; Eric.Ivester@skadden.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com; patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov; bglaser@swesq.com; jdsokol@lawssl.com; kcoles@lawssl.com; dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com; david.levant@stoel.com; oren.haker@stoel.com; sunny.sarkis@stoel.com; dmoon@stroock.com; fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; jmills@taylorenglish.com; gabriel.ozel@troutman.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; bankruptcynotices@up.com; sanfrancisco@sec.gov; secbankruptcy@sec.gov; mkelly@walkuplawoffice.com; Khaldoun Baghdadi <kbaghdadi@walkuplawoffice.com>; Max Schuver <mschuver@walkuplawoffice.com>; rileywalter@W2LG.com; Mwilhelm@W2LG.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; cshore@whitecase.com; rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com; lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com; kdiemer@diemerwei.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; lshulman@shbllp.com; mlowe@shbllp.com; jbeiswenger@omm.com; jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com; pfriedman@omm.com; egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com; steinbergh@gtlaw.com; Sharon.petrosino@hercrentals.com; cp@stevenslee.com; lpg@stevenslee.com; mlauter@sheppardmullin.com; erin.brady@hoganlovells.com; hampton.foushee@hoganlovells.com; byoung@jmbm.com; mgoodin@clausen.com; Tambra.curtis@sonoma-county.org; rsimons@reedsmith.com; nde@jmbm.com; smo@smolsonlaw.com; rsoref@polsinelli.com; lweber@polsinelli.com; metkin@lowenstein.com; abehlmann@lowenstein.com; golivera@lowenstein.com; randy.michelson@michelsonlawgroup.com; tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com; wagstaffe@wvbrlaw.com; busch@wvbrlaw.com; john.mitchell@akerman.com; yelena.archiyan@akerman.com; dmg@severson.com; dhc@severson.com; bjk@severson.com; jennifer.slocum@stoel.com; jared.friedmann@weil.com; Craig@MarguliesFaithLaw.com; klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com; donald.larkin@morganhill.ca.gov; Steve Campora <scampora@dbbwc.com>; ghofmann@cohnekinghorn.com; daren@schlecterlaw.com; hubenb@ballardspahr.com; hartlt@ballardspahr.com; dan@wilcoxenlaw.com; wcallaham@wilcoxenlaw.com; dwidders@wilcoxenlaw.com; richard@chicolaw.com; njbloomfield@njblaw.com; bmccallen@willkie.com; richard.chesley@dlapiper.com; jpierce@piercebainbridge.com; twarren@piercebainbridge.com; cbeck@piercebainbridge.com; jcohen@piercebainbridge.com; mgottfried@lgbfirm.com; rzur@lgbfirm.com; sreisman@katten.com; tfoudy@katten.com; william.dorsey@katten.com; john@johncoffman.net; erlamblaw@gmail.com; mrogers@lambertrogers.com; kcatanese@foley.com; altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com; gkalikman@schnader.com;

EXHIBIT A – Service by Email

tcameron@cravath.com; mhinker@omm.com; dgooding@choate.com; jmarshall@choate.com; mfelger@cozen.com; fsmith@cozen.com; jsanders@stblaw.com; michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com; jamie.fell@stblaw.com; mannycorrales@yahoo.com; ktakvoryan@ckrlaw.com; sgarabato@epiqglobal.com; sc2104271@gmail.com; olatifi@TheAdlerFirm.com; pglassman@sycr.com; brad.brian@mto.com; thomas.walper@mto.com; henry.weissmann@mto.com; bradley.schneider@mto.com; rmehrberg@jenner.com; jennifer.pastarnack@cliffordchance.com; rhonda.goldstein@ucop.edu; peter.boutin@kyl.com; meggenberger@piercebainbridge.com; gerald@slffirm.com; john@slffirm.com; tyler@slffirm.com; cori@slffirm.com; lwelsh@lkwelshlaw.com; Luckey.McDowell@Shearman.com; Daniel.Laguardia@Shearman.com; rebecca.weissman@dechert.com; allan.brilliant@dechert.com; shmuel.vasser@dechert.com; alaina.heine@dechert.com; squan@steyerlaw.com; alisa.lacey@stinson.com; robert.kugler@stinson.com; thomas.salerno@stinson.com; anthony.cali@stinson.com; darwin.farrar@cpuc.ca.gov; EDF@cpuc.ca.gov; lhager@sussmanshank.com; lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com; dlevine@groom.com; kkohn@groom.com; eseiler@fklaw.com; acaton@kramerlevin.com; mwasson@kramerlevin.com; Sean Higgins <shiggins@andrewsthornton.com>; jct@andrewsthornton.com; Anne Andrews <aa@andrewsthornton.com>; jkearl@watttieder.com; cholley@watttieder.com; prosenblatt@kilpatricktownsend.com; bkleinman@kilpatricktownsend.com; katie.coleman@hugheshubbard.com; Klaw@bbslaw.com; DMoore@BaumHedlundLaw.com