# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br>    - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>                     Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of August 2019, at New York, NY.

_____
Alain B. Francoeur

## Exhibit A

Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ABID QURESHI, ESQ. | 1999 Avenue of the Stars Suite 600 | | Los Angeles | CA | 90067-4614 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: ASHLEY VINSON CRAWFORD, ESQ. | 580 California Street Suite 1500 | | San Francisco | CA | 94104-1036 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: DAVID H. BOTTER, ESQ. & MICHAEL S. STAMER, ESQ. | One Bryant Park | | New York | NY | 10036-6742 |
| Arent Fox LLP | Attn: BETH M. BROWNSTEIN, ESQ. | 1301 Avenue of the Americas 42nd Floor | | New York | NY | 10019-6040 |
| Baker & Hostetler LLP | Attn: CECILY A. DUMAS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Bauman Loewe Witt & Maxwell, PLLC | Attn: MARK C. BAUMAN, ESQ. | 8765 East Bell Road Suite 210 | | Scottsdale | AZ | 85260-1321 |
| Binder & Malter LLP | Attn: ROBERT G. HARRIS, ESQ. | 2775 Park Ave | | Santa Clara | CA | 95050-6004 |
| Cozen O'Connor | Attn: KEVIN D. BUSH, ESQ. | 501 West Broadway Suite 1610 | | San Diego | CA | 92101-3557 |
| Cozen O'Connor | Attn: MARK E. FELGER, ESQ. | 1201 North Market Street Suite 1001 | | Wilmington | DE | 19801-1166 |
| Cravath, Swaine & Moore LLP | Attn: KEVIN J. ORSINI, ESQ. | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dentons US LLP | Attn: PETER D. WOLFSON, ESQ. | 1221 Avenue of the Americas | | New York | NY | 10020-1000 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Hunton Andrews Kurth LLP | Attn: PAUL N. SILVERSTEIN, ESQ. | 200 Park Avenue | | New York | NY | 10166-4499 |
| Jones Day | Attn: BRUCE BENNETT, ESQ. | 555 South Flower Street 50th Floor | | Los Angeles | CA | 90071-2452 |
| Keller & Benvenutti LLP | Attn: JANE KIM, ESQ. | 650 California Street Suite 1900 | | San Francisco | CA | 94108-2736 |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: DAVID M. STERN, ESQ. | 1999 Avenue of the Stars 39th Floor | | Los Angeles | CA | 90067-6049 |
| Kramer Levin Naftalis & Frankel LLP | Attn: AMY CATON, ESQ. | 1177 Avenue of the Americas | | New York | NY | 10036-2714 |
| Locke Lord LLP | Attn: BRADLEY C. KNAPP, ESQ. | 601 Poydras Street Suite 2660 | | New Orleans | LA | 70130-6032 |
| Marshack Hays LLP | Attn: LAILA MASUD, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Milbank LLP | Attn: DENNIS F. DUNNE, ESQ. | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Milbank LLP | Attn: GREGORY A. BRAY, ESQ. | 2029 Century Park East | 33rd Fl. | Los Angeles | CA | 90067 |
| Milbank LLP | Attn: ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW Suite 1100 | | Washington | DC | 20006-2236 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: BRIAN S. HERMANN, ESQ. & ALAN W. KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Reed Smith LLP | Attn: MARSHA A. HOUSTON, ESQ. | 355 South Grand Avenue Suite 2900 | | Los Angeles | CA | 90071-1514 |
| Severson & Werson | Attn: BERNARD J. KORNBERG, ESQ. | Embarcadero Center Suite 2600 | | San Francisco | CA | 94111 |
| Simpson Thacher & Bartlett LLP | Attn: JAMIE J. FELL, ESQ. & MICHAEL H. TORKIN, ESQ. | 425 Lexington Avenue | | New York | NY | 10017-3954 |
| Stinson LLP | Attn: ALISA C. LACEY, ESQ. | 1850 N. Central Avenue Suite 2100 | | Phoenix | AZ | 85004-4584 |
| Stroock & Stroock & Lavan LLP | Attn: EREZ E. GILAD, ESQ. | 180 Maiden Lane | | New York | NY | 10038-4982 |
| Stroock & Stroock & Lavan LLP | Attn: FRANK A. MEROLA, ESQ. | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stutzman, Bromberg, Esserman & Plifka | Attn: SANDER L. ESSERMAN, ESQ. | 2323 Bryan Street Suite 2200 | | Dallas | TX | 75201-2689 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: MATHEW A. FELDMAN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |
|---|---|

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on August 13, 2019 was filed on August 14, 2019. The following deadlines apply:

The parties have until Wednesday, August 21, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, September 4, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, September 16, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, November 12, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/16/19            For the Court:

                          Edward J. Emmons
                          Clerk of Court
                          United States Bankruptcy Court