Robert A. Julian (SBN 884469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Facsimile:    310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DAVID B. RIVKIN JR.** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David B. Rivkin Jr., an active member in good standing of the bars of the District of Columbia, the United States Supreme Court, the United States Tax Court, United States Court of Appeals, Second Circuit, United States Court of Appeals, Ninth Circuit, United States Court of Appeals, Tenth Circuit, United States Court of Appeals, Eleventh Circuit, United States Court of Appeals, Fifth Circuit, United States Court of Appeals, Seventh Circuit, United States Court of Appeals, District of Columbia Circuit, United States Court of Appeals, Fourth Circuit, United States District Court, Eastern District of Wisconsin, United States District Court, Northern District of Florida, United States District Court, District of South Carolina, on a *pro hac vice* basis representing the Official Committee of Tort Claimants, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

Cecily A. Dumas
Baker & Hostetler LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2019

David B. Rivkin Jr.
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036-5304
T 202.861.1500
F 202.861.1783
Email: drivkin@bakerlaw.com