# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH MAY 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Julie A. North | Litigation | 1990 | 1,500 | 17.30 | $25,950.00 |
| Antony L. Ryan | Litigation | 1997 | 1,500 | 67.60 | 101,400.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 41.70 | 62,550.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 135.60 | 203,400.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 51.50 | 77,250.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 228.60 | 342,900.00 |
| David M. Stuart | Litigation | 1996 | 1,350 | 151.60 | 204,660.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 128.50 | 173,475.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 30.00 | 33,000.00 |
| **Total Partners:** | | | | **852.40** | **$1,224,585.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 219.10 | $224,577.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 203.30 | 207,366.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 212.00 | 214,120.00 |
| David A. Herman | Litigation | 2008 | 975 | 73.60 | 71,760.00 |
| Scott Reents | Litigation | 2008 | 975 | 88.00 | 85,800.00 |
| Nathan Denning | Litigation | 2011 | 960 | 12.40 | 11,904.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 45.10 | 43,296.00 |
| Jordan Peterson | Litigation | 2014 | 960 | 204.00 | 195,840.00 |
| Paul Sandler | Corporate | 2014 | 940 | 23.50 | 22,090.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 238.70 | 212,443.00 |
| Michael Zaken | Litigation | 2015 | 890 | 106.40 | 94,696.00 |
| Peter Fountain | Litigation | 2016 | 855 | 255.20 | 218,196.00 |
| Salah M. Hawkins | Litigation | 2016 | 855 | 155.40 | 132,867.00 |
| Matthias Thompson | Litigation | 2016 | 855 | 71.30 | 60,961.50 |
| Samantha Bui | Litigation | 2017 | 840 | 14.10 | 11,844.00 |
| Grant S. May | Litigation | 2017 | 840 | 197.00 | 165,480.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 30.30 | 25,452.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 95.40 | 80,136.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 26.80 | 22,512.00 |
| Marco Wong | Litigation | 2017 | 840 | 120.50 | 101,220.00 |
| Jessica Choi | Litigation | 2018 | 750 | 168.90 | 126,675.00 |
| Michael Fahner | Corporate | 2018 | 750 | 149.00 | 111,750.00 |
| Allison Kempf | Litigation | 2018 | 750 | 161.30 | 120,975.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 155.00 | 116,250.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 119.50 | 89,625.00 |
| Victoria Ryan | Litigation | 2018 | 750 | 240.80 | 180,600.00 |
| Allison Tilden | Litigation | 2018 | 750 | 101.30 | 75,975.00 |
| Alex Weiss | Litigation | 2018 | 750 | 32.00 | 24,000.00 |
| Seann Archibald | Corporate | 2019 | 595 | 21.70 | 12,911.50 |
| Sara Bodner | Litigation | 2019 | 595 | 125.10 | 74,434.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 53.40 | 31,773.00 |
| Margaret Fleming | Corporate | 2019 | 595 | 210.00 | 124,950.00 |
| Sofia Gentel | Litigation | 2019 | 595 | 189.80 | 112,931.00 |
| Ciara Grubbs | Litigation | 2019 | 595 | 242.60 | 144,347.00 |
| Ya Huang | Corporate | 2019 | 595 | 9.30 | 5,533.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 114.60 | 68,187.00 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 147.00 | 87,465.00 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 184.20 | 109,599.00 |
| Lauren Phillips | Litigation | 2019 | 595 | 126.80 | 75,446.00 |
| Caleb Robertson | Litigation | 2019 | 595 | 141.10 | 83,954.50 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 219.10 | 130,364.50 |
| Ryan Sila | Litigation | 2019 | 595 | 9.50 | 5,652.50 |
| Emily Tomlinson | Corporate | 2019 | 595 | 35.10 | 20,884.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 237.50 | 134,187.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 178.50 | 100,852.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 213.20 | 88,478.00 |
| Michael Fessler | Litigation | 2011 | 415 | 225.30 | 93,499.50 |
| Jay Holt | Litigation | 1977 | 415 | 235.00 | 97,525.00 |
| Peter Lee | Litigation | 2004 | 415 | 257.00 | 106,655.00 |
| Trebor Lloyd | Litigation | 1993 | 415 | 166.00 | 68,890.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 113.50 | 47,102.50 |
| Andrea Naham | Litigation | 1987 | 415 | 274.00 | 113,710.00 |
| Matthew Ng | Litigation | 2014 | 415 | 223.00 | 92,545.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 76.80 | 31,872.00 |
| Michael Pfeffer | Litigation | 2010 | 415 | 246.20 | 102,173.00 |
| Dianne Rim | Litigation | 2011 | 415 | 241.60 | 100,264.00 |
| Alain Rozan | Litigation | 1985 | 415 | 249.80 | 103,667.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 243.60 | 101,094.00 |
| Ryan Spence | Litigation | 2013 | 415 | 240.70 | 99,890.50 |
| Peter Truong | Litigation | 2004 | 415 | 269.10 | 111,676.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 251.30 | 104,289.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Kimberly Tolman | Litigation | 2014 | 390 | 227.70 | 88,803.00 |
| **Total Associates:** | | | | 9,519.00 | $5,924,019.00 |

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 75.60 | $30,240.00 |
| Alex Kol | Litigation Technology | 400 | 13.50 | 5,400.00 |
| Justin McMullen | Litigation Technology | 400 | 8.50 | 3,400.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 10.80 | 4,158.00 |
| Vaughn Harper | Litigation Technology | 385 | 11.80 | 4,543.00 |
| Lee Michael Stein | Litigation Technology | 375 | 29.60 | 11,100.00 |
| Roberto Severini | Litigation Technology | 360 | 23.00 | 8,280.00 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 77.20 | 25,862.00 |
| Laura De Feo | Litigation Legal Assistant | 310 | 107.60 | 33,356.00 |
| Elizabeth Greene | Litigation Legal Assistant | 310 | 105.00 | 32,550.00 |
| Scott Levinson | Litigation Legal Assistant | 310 | 31.00 | 9,610.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 88.30 | 27,373.00 |
| Matthew London | Litigation Legal Assistant | 310 | 146.10 | 45,291.00 |
| David Sizer | Litigation Legal Assistant | 310 | 29.90 | 9,269.00 |
| Jim V. Bell | Litigation Legal Assistant | 290 | 141.10 | 40,919.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 290 | 82.80 | 24,012.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 160.00 | 46,400.00 |
| Erin Munro | Litigation Legal Assistant | 290 | 11.00 | 3,190.00 |
| Zachary Sanders | Litigation Legal Assistant | 290 | 76.70 | 22,243.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 290 | 150.80 | 43,732.00 |

| | | | | |
|---|---|---|---|---|
| Veronica Velasco | Litigation Legal Assistant | 290 | 127.10 | 36,859.00 |
| **Total Paraprofessionals:** | | | **1,507.40** | **$467,787.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,436.63 | 852.40 | $1,224,585.00 |
| Associates | 622.34 | 9,519.00 | 5,924,019.00 |
| Paraprofessionals | 310.33 | 1,507.40 | 467,787.00 |
| **Blended Attorney Rate** | **$689.26** | | |
| **Total Fees Incurred** | | 11,878.80 | 7,616,391.00 |
| **Less 50% Discount on Non-Working Travel Time** | | | (112,670.25) |
| **Total Adjusted Fees** | | | **$7,503,720.75** |