# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 184.10 | $62,084.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 0 | 0.00 |
| AUTO | Automatic Stay | 8.60 | 3,863.00 |
| BARN | Bar Date and Claims Noticing Matter | 47.10 | 47,721.00 |
| CASE | General Case Strategy | 384.70 | 376,844.00 |
| CASH | Financing / Cash Collateral | 6.30 | 5,955.50 |
| COMM | Committee Matters | 218.20 | 186,240.00 |
| CRAV | Cravath Retention and Fee Application | 119.20 | 99,223.50 |
| CRED | Creditor Inquiries | 1.20 | 1,438.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 0 | 0.00 |
| ECUL | Executory Contracts and Unexpired Leases | 0 | 0.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 185.70 | 148,936.00 |
| GOVR | Corporate Governance and Securities Matters | 127.20 | 110,792.00 |
| HEAR | Hearings and Court Matters | 30.50 | 31,918.50 |
| INVS | Investigations | 1,093.10 | 947,319.50 |
| NONB | Non-Bankruptcy Litigation | 3,865.80 | 1,873,662.00 |
| OCMS | Other Contested Matters | 7.40 | 6,216.00 |
| OPRS | Business Operations Matters | 108.60 | 91,222.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 10.20 | 10,080.00 |
| PUBL | Public Relations Strategy | 28.40 | 32,566.00 |
| REGS | Regulatory & Legislative Matters | 1,886.30 | 1,007,505.00 |
| TRVL | Non-Working Travel Time | 270.60 | 225,340.50* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 2.50 | 2,211.50 |
| WILD | Wildfire Claims Matters | 3,293.10 | 2,345,253.00 |
| TOTAL | | 11,878.80 | $7,616,391.00 |

* - Non-Working Travel Time billed at 50% discount.