**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $6,072.35 |
| Transportation | 4,164.47 |
| Courier/Mail Services | 1,206.11 |
| Duplicating | 1,141.60 |
| Special Disbursements (including Experts) | 39,453.70 |
| Travel | 92,447.10* |
| **Total Expenses Requested:** | **$144,485.33** |

\* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.