FILED
AUG 20 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

-and-

PACIFIC GAS AND ELECTRIC COMPANY

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Paul N. Silverstein, an active member in good standing of the bar of the state of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Columbus Hill Capital Management, L.P., in the above-entitled action.

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number

099900.16053 EMF_US 75602259v1

of that attorney is: Robert K. Sahyan, Sheppard, Mullin, Richter & Hampton LLP, 253763 Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-416, 415-434-9100.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2019               */s/ Paul Silverstein/*

115869.0195307 NYC 429608v2
099900.16053 EMF_US 75602259v1
Case: 19-30088    Doc# 3615    Filed: 08/20/19    Entered: 08/20/19 14:54:58    Page 2 of 3



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Paul N. Silverstein** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 31st day of March 1982, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 15, 2019.



*Aprilanne Agostino*
Clerk of the Court