**UNITED STATES**
**BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**# 30065785 — TA**

**August 20, 2019**
**14:31:12**

**PRO HAC VICE FEE**
**19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                 $310.00 CH
Check#.: 1000682

**Total—> $310.00**

FROM: SHEPPARD MULLIN RICHTER AND
HAMPTON