David W. Wessel, Esq.   Bar # 115222
service@efronlawfirm.com
LAW OFFICES OF BORIS E. EFRON
130 Portola Road
Portola Valley, CA 94028-7825
Telephone: (650) 851-8880
Facsimile: (650) 851-3001

Attorneys for Creditors
MARINA GELMAN and MIKHAIL GELMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-3008 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case - Jointly Administered)<br><br>**DECLARATION OF DAVID W. WESSEL IN SUPPORT OF MARINA AND MIKHAIL GELMAN'S SUPPLEMENT TO THEIR MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. 1334(c)(1); OBJECTION TO THE BANKRUPTCY COURT ADJUDICATING MOVANTS' PERSONAL INJURY CLAIMS**<br><br>Date: September 10, 2019<br>Time: 9:30 a.m.<br>Ctrm: Hon. Dennis Montali<br>  450 Golden Gate Avenue<br>  16th Floor, Courtroom 17<br>  San Francisco, CA 94102<br><br>Reply Deadline: September 5, 2019<br>At 4:00 Pacific Time |

I, David W. Wessel, declare:

1. I am the attorney for Marina Gelman and Mikhail Gelman. I make this declaration on their behalf.

2. I am their attorney in *Gelman* v. *Pacific Gas & Electric Company*, Case No. CGC-17-556763 in the Superior Court of California, County of San Francisco.

3. Attached as Exhibit 1 is page 2 to Mikhail Gelman's answers to PG&E's Judicial Council Interrogatories in *Gelman* v. *Pacific Gas & Electric Company*. His answer to Interrogatory No. 2.2 shows he was born in Russia on November 6, 1941. Thus, he is 77 and will be 78 in less than three months.

4. Yesterday I spoke with his wife, Marina Gelman, who told me that Mikhail Gelman is in poor health. He is declining physically and mentally. I also spoke with their daughter, Nicole, who told me the same thing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I signed this declaration in Portola Valley, California, on August 20, 2019.

                                              /s/ David W. Wessel
                                              (SBN: 115222)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Interrogatory No. 2.1:**

State:

a) your name;
b) every name you have used in the past; and
c) the dates you used each name.

**Response to Interrogatory No. 2.1:**

a) Mikhail Gelman

b) No other names

**Interrogatory No. 2.2:**

State the date and place of your birth.

**Response to Interrogatory No. 2.2:**

Rossosh, Vorone Region, Russia 11/6/1941

**Interrogatory No. 2.3:**

At the time of the incident, did you have a driver's license? If so, state:

a) the state or other issuing entity;
b) the license number and type;
c) the date of issuance; and
d) all restrictions.

**Response to Interrogatory No. 2.3:**

Not applicable. There were no cars involved in this incident.

**Interrogatory No. 2.4:**

At the time of the incident, did you have any other permit or license for the operation of a motor vehicle? If so, state:

a) the state or other issuing entity;
b) the license number and type;
c) the date of issuance; and
d) all restrictions.

**Response to Interrogatory No. 2.4:**

Not applicable.

/ / /

/ / /

Law Offices
of
Boris E. Efron
130 Portola Road
Portola Valley, CA 94028
(650) 851-8880

2

PLAINTIFF MIKHAIL GELMAN'S RESPONSE TO DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S FIRST SET OF FORM INTERROGATORIES

Case: 19-30088    Doc# 3618    Filed: 08/20/19    Entered: 08/20/19 15:26:32    Page 4 of 4