

Signed and Filed: August 20, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Robert A. Julian (SBN 884469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025
   Telephone:    310.820.8800
9  Facsimile:    310.820.8859
   Email:  esagerman@bakerlaw.com
10 Email:  lattard@bakerlaw.com

11 *Counsel for Official Committee of Tort Claimants*

12
13
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

14
15 **In re:**                                    Bankruptcy Case
                                                No. 19-30088 (DM)
16 **PG&E CORPORATION**
                                                Chapter 11
17       **-and-**                              (Lead Case)
                                                (Jointly Administered)
18 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**

19                    **Debtors**

20
21  □  Affects PG& E Corporation              **ORDER GRANTING APPLICATION**
                                              **FOR ADMISSION OF ATTORNEY**
22  □  Affects Pacific Gas and Electric Company  **DAVID B. RIVKINS JR.** *PRO HAC VICE*

23  ■  Affects both Debtors

24
25 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

David B. Rivkin Jr., whose business address and telephone number is Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C. 20036-5304, 202.861.1500, and who is an active member in good standing of the bars of the District of Columbia, the United States Supreme Court, the United States Tax Court, United States Court of Appeals, Second Circuit, United States Court of Appeals, Ninth Circuit, United States Court of Appeals, Tenth Circuit, United States Court of Appeals, Eleventh Circuit, United States Court of Appeals, Fifth Circuit, United States Court of Appeals, Seventh Circuit, United States Court of Appeals, District of Columbia Circuit, United States Court of Appeals, Fourth Circuit, United States District Court, Eastern District of Wisconsin, United States District Court, Northern District of Florida, United States District Court, District of South Carolina, on a *pro hac vice* basis representing the Official Committee of Tort Claimants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case: 19-30088   Doc# 3620   Filed: 08/20/19   Entered: 08/20/19 15:43:49   Page 2 of 2