Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br>        -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF RESOLUTION OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER DETERMINING PROCEDURES FOR PRESERVING JURY TRIAL RIGHTS** <br><br> **For Immediate Presentation to Court, or at the Court's Request for Consideration on August 27, 2019** <br><br> Date:    September 10, 2019 <br>             (unless shortened) <br> Time:    9:30 a.m. <br> Place:   United States Bankruptcy Court <br>             Courtroom 17, 16th Floor <br>             San Francisco, CA 94102 <br> Response Deadline: September 3, 2019 |

**TO: HONORABLE DENNIS MONTALI, AND PARTIES IN INTEREST:**

The Official Committee of Tort Claimants ("TCC") and PG&E Corporation and Pacific Gas and Electric Company ("Debtors") propose to resolve the Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights (Dkt. No. 3479) by their agreement to the Court's entry of the Order Determining Procedures for Preserving Jury Trial Rights ("Proposed Order"), attached hereto as Exhibit A .

The TCC will upload the Order pursuant to that agreement, for consideration by the Court.

Dated: August 20, 2019

BAKER & HOSTETLER LLP

By: *s/ Robert A. Julian*
      Robert A. Julian

*Counsel to the Official Committee of Tort Claimants*