**Exhibit A**

Proposed Order

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION TO COMPEL PG&E PRODUCTION OF BUSINESS PLANS** |

Upon the Motion dated August 16, 2019 (the "**Motion**")[1] of the Official Committee of Tort Claimants (the "**TCC**") to Compel Production of PG&E Business Plans (as defined in the Motion) pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure, Rule 37 of the Federal Rule of Civil Procedure, and Rule 7037 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") for entry of an order compelling PG&E Corporation and Pacific Gas & Electric Corporation (collectively, the "**PG&E**") to produce PG&E's (a) business plans; and (b) reports, studies, briefings, valuations, analyses and similar documents prepared by advisors, appraisers, investment bankers, consultants, lawyers, accountants, auditors, investigators, and professionals for the Company, or any of their respective boards or committees, during the applicable period, regarding the value of the Company or the safety of the Company's transmission and distribution lines (collectively, "**Business Plans**") requested under the TCC's March 8, 2019 "Management Requests" No. 1 and No. 2, and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein was reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and this Court having reviewed the Motion; and this Court having held a hearing on the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief sought therein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

2. On or before _____, PG&E shall produce the Business Plans, including all documents responsive to Management Requests No. 1 and No. 2, to the TCC.

3. Failure by the Debtors to do so shall result in the imposition of sanctions against PG&E, including PG&E being precluded from using any Business Plans not produced to the TCC by the date set forth above in any subsequent filing or hearing in or related to this Bankruptcy Case.

**\*\* END OF ORDER \*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO