1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |

☐ Affects PG& E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

**DECLARATION OF KODY KLEBER IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF A REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KODY D. L. KLEBER, under penalty of perjury, declares:

1.      I am a partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases.

2.      I submit this Declaration in support of the Motion of the Official Committee of Tort Claimants for Entry of an Order Authorizing the Filing Under Seal of a Reply in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents ("**Sealing Motion**").

3.      The TCC wishes to file a Reply in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents (the "**Reply**"). Throughout the Reply, the TCC cites and attaches documents designated as "Contractor Confidential" under the Confidentiality and Protective Order, entered by this Court on July 1, 2019 [Docket No. 2807-1]. The confidential documents are necessary in demonstrating to the Court specific deficiencies in Debtors' productions.

4.      On Tuesday, August 20, 2019, counsel for the TCC asked counsel for the Debtors to remove confidentiality designations for the confidentially-designated documents referenced and attached in the Reply. As of the time of the filing of the Reply and the Sealing Motion, the TCC has not reached an agreement with the Debtors to waive confidentiality designations.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on August 20, 2019          */s/ Kody D. L. Kleber*
                                   By: Kody D. L. Kleber
                                 *Admitted Pro Hac Vice*