Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:	628.208.6434
Facsimile:	310.820.8859
Email:	rjulian@bakerlaw.com
Email:	cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	esagerman@bakerlaw.com
Email:	lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **NOTICE OF FILING OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF A REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Date:	August 27, 2019<br>Time:	9:30 a.m. (Pacific Time)<br>Place:	United States Bankruptcy Court<br>	Courtroom 17, 16th Floor<br>	San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on August 20, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed a motion (the "**Motion**") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* for an entry of an order granting the TCC's request to file under seal a Reply in Support of the Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents. In support of this Motion, the TCC also filed the Declaration of Kody D. L. Kleber contemporaneously therewith.

Dated: August 20, 2019

BAKER & HOSTETLER LLP

By: */s/ Kody D.L. Kleber*
     Kody D. L. Kleber
     *Admitted Pro Hac Vice*

*Attorneys for The Official Committee of Tort Claimant*