

Signed and Filed: August 20, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING SECOND STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME FOR DEBTORS TO RESPOND TO MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  The Court having considered the *Second Stipulation Between Debtors and Official*
2  *Committee of Tort Claimants Extending Time for Debtors to Respond to Motion of the Official*
3  *Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules*
4  ("**Stipulation and Agreement for Order**"), entered into by PG&E Corporation and Pacific Gas
5  and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the
6  one hand, and the Official Committee of Tort Claimants, on the other hand, filed on August 20,
7  2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,
8      IT IS HEREBY ORDERED:
9      1. The time for the Debtors to file and serve any response or opposition to the
10 TCC Schedules Motion (as defined in the Stipulation and Agreement for Order) is extended
11 through 4:00 p.m. (Pacific Time) on August 23, 2019.

13 APPROVED AS TO FORM AND CONTENT:
14 Dated: August 20, 2019
15 BAKER & HOSTETLER LLP
16 /s/ *Lars Fuller*
17 Lars Fuller
18 *Attorneys for Official Committee of Tort Claimants*

20         **END OF ORDER**