1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone:  (424) 386-4000
9  Facsimile:  (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF THE DEBTORS' MOTION PURSUANT TO 11 U.S.C §§ 105(a) AND 363 FOR AN ORDER AUTHORIZING DEBTORS TO PARTIPATE IN AB-1045 WILDFIRE FUND**<br><br>Date:  August 28, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>  Courtroom 17, 16th Floor<br>  450 Golden Gate Avenue<br>  San Francisco, CA 94102<br><br>Re:  Docket No. 3444 |

The Official Committee of Unsecured Creditors (the "Official Committee") respectfully submits this statement in support of the Debtors' *Motion Pursuant to 11 U.S.C §§ 105(a) and 363 for an Order Authorizing Debtors to Participate in AB-1054 Wildfire Fund* (the "Wildfire Fund Motion") [Docket No. 3444].[1]

**STATEMENT**

The Official Committee believes that the Debtors' participation in the Go-Forward Wildfire Fund will enhance their prospects for a successful reorganization and improve recoveries for all creditors in these cases, including wildfire victims. As such, the Official Committee supports the relief requested by the Debtors and respectfully requests the Court grant the Wildfire Fund Motion.

Dated: August 21, 2019

**MILBANK LLP**

/s/Gregory A. Bray
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Wildfire Fund Motion.