LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
E-mail: metkin@lowenstein.com
E-mail: abehlmann@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff
and the Proposed Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| In re:<br><br>PG&E CORPORATION<br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew Behlmann, an active member in good standing of the bar of New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Lead Plaintiff Public Employees Retirement Association of New Mexico ("Lead Plaintiff") and the proposed class Lead Plaintiff represents in *In re PG&E Corporation Securities Litigation,* Civil Action No. 3:18-cv-03509-RS, pending in the United States Court for the Northern District of California, in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of the highest court of the State of New Jersey.

1      2.      I agree to abide by the Standards of Professional Conduct set forth in Local Rule

2  11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution

3  Program of this Court; and,

4      3.      An attorney who is a member of the bar of this Court in good standing and who

5  maintains an office within the State of California has been designated as co-counsel in the above-

6  entitled action. The name, address and telephone number of that attorney is:

7
Randy Michelson
Michelson Law Group
8
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
9
Telephone: (415) 512-8600
Facsimile: (415) 512-8601
10
E-Mail: randy.michelson@michelsonlawgroup.com

11  I declare under penalty of perjury that the foregoing is true and correct.

12  Dated: August 21, 2019

13                              */s/ Andrew Behlmann*
                              Andrew Behlmann
14

15

16

17

18

19

20

21

22

23

24

25

26

27

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **ANDREW DAVID BEHLMANN** *(No.* **038782009** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 18, 2009** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **19TH** *day of* **August** *, 20* **19** *.*

*Heather J Baker*

*Clerk of the Supreme Court*

-453a-