LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
E-mail: metkin@lowenstein.com
E-mail: abehlmann@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff
and the Proposed Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Andrew Behlmann, whose business address and telephone number is

   LOWENSTEIN SANDLER LLP
   Andrew Behlmann
   One Lowenstein Drive
   Roseland, New Jersey 07068
   Telephone: (973) 597-2332
   Facsimile: (973) 597-2333
   E-mail: abehlmann@lowenstein.com

is an active member in good standing of the bar of the State of New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Lead Plaintiff Public Employees Retirement Association of New Mexico (collectively "Lead Plaintiff") and the proposed class Lead Plaintiff represents in *In re PG&E Corporation Securities Litigation,* Civil Action No. 3:18-cv-03509-RS, filed in the United States Court for the Northern District of California, in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**