**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                    Chapter 11

PG&E CORPORATION and PACIFIC GAS            No. 19-30088 (DM)
AND ELECTRIC COMPANY,

                                                          (Jointly Administered)
                        Debtors

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Hydratight Operations Inc**                    **Cherokee Debt Acquisition, LLC**
Name of Transferor                               Name of Transferee

**Schedule No: 1032289 & 3.1864**               Name and Address where notices and payments
**Debtor: Pacific Gas and Electric Company**     to transferee should be sent:
**(19-30089)**

Claim Amount: $4,208.00                          **Cherokee Debt Acquisition, LLC**
                                                 **1325 Avenue of the Americas, 28th Floor**
                                                 **New York, NY 10019**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*                        Date: August 21, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:               United States Bankruptcy Court ("<u>Court</u>")
                        Northern District of California
                        San Francisco Division
                        Attn:    Clerk

AND TO:       PACIFIC GAS AND ELECTRIC COMPANY ("<u>Debtor</u>")
                        Case No. 19-30089 ("<u>Case</u>")

<u>Claim #: N/A (SCHEDULE #: 1032289 & 3.1864)</u>

**HYDRATIGHT OPERATIONS INC** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

                        **CHEROKEE DEBT ACQUISITION, LLC**
                        1325 Avenue of the Americas, 28th Floor
                        New York, NY 10019
                        Attn:    Vladimir Jelisavcic

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $<u>4,208.00</u> ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $<u>4,208.00</u>, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August  <u>20</u>, 2019.

**HYDRATIGHT OPERATIONS INC**                    **CHEROKEE DEBT ACQUISITION, LLC**

By:  *Jason K Jones*                          By:  *Vladimir Jelisavcic*
Name:  Jason K Jones                            Name:   Vladimir Jelisavcic
Title:   Vertical Market Director                  Title:     Manager