# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> **PG&E CORPORATION,** <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 21st day of August 2019, at New York, NY.
2 |
3 | _____
4 | Alain B. Francoeur

2

# Exhibit A

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ASHLEY VINSON CRAWFORD, ESQ. | 580 California Street Suite 1500 | | San Francisco | CA | 94104-1036 |
| Baker & Hostetler LLP | Attn: ROBERT A. JULIAN, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Corey, Luzaich, de Ghetaldi & Riddle LLP | Attn: DARIO DE GHETALDI, ESQ. | 700 El Camino Real | | Millbrae | CA | 94030-2065 |
| Cotchett, Pitre & McCarthy, LLP | Attn: FRANK M. PITRE, ESQ. | 840 Malcolm Road Suite 200 | | Burlingame | CA | 94010-1413 |
| Cravath, Swaine & Moore LLP | Attn: KEVIN J. ORSINI, ESQ. & PAUL H. ZUMBRO, ESQ. | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dechert LLP | Attn: ALLAN S. BRILLIANT, ESQ. | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Dreyer Babich Buccola Wood Campora, LLP | Attn: STEVEN M. CAMPORA, ESQ. | 20 Bicentennial Circle | | Sacramento | CA | 95826-2802 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Greene Radovsky Maloney Share & Hennigh | Attn: EDWARD J. TREDINNICK, ESQ. | 1 Front Street Suite 3200 | | San Francisco | CA | 94111-5357 |
| Jones Day | Attn: BRUCE BENNETT, ESQ. | 555 South Flower Street 50th Floor | | Los Angeles | CA | 90071-2452 |
| Keller & Benvenutti LLP | Attn: JANE KIM, ESQ. | 650 California Street Suite 1900 | | San Francisco | CA | 94108-2736 |
| Macdonald Fernandez LLP | Attn: DANIEL E. VAKNIN, ESQ. | 221 Sansome Street 3rd Floor | | San Francisco | CA | 94104-2331 |
| Milbank LLP | Attn: GREGORY A. BRAY, ESQ. | 2029 Century Park East 33rd Fl. | | Los Angeles | CA | 90067-2901 |
| Milbank LLP | Attn: ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW Suite 1100 | | Washington | DC | 20006-2236 |
| Rodriguez & Associates, A Professional Law Corporation | Attn: DANIEL TUREK, ESQ. | 2020 Eye Street | | Bakersfield | CA | 93301-4423 |
| Singleton Law Firm, APC | Attn: GERALD SINGLETON, ESQ. | 450 A Street 5th Floor | | San Diego | CA | 92101-4274 |
| Walkup, Melodia, Kelly & Schoenberger | Attn: MICHAEL A. KELLY, ESQ. | 650 California Street | | San Francisco | CA | 94108-2615 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: MATTHEW GOREN, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: BENJAMIN P. MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on August 14, 2019 was filed on August 15, 2019. The following deadlines apply:

The parties have until Thursday, August 22, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, September 5, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, September 16, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, November 13, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.


Dated: 8/19/19                    For the Court:

                                  Edward J. Emmons
                                  Clerk of Court
                                  United States Bankruptcy Court