# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: bgapuz | Date Created: 8/21/2019 |
| Case: 19−30088 | Form ID: pdfeoc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     PG&E Corporation     77 Beale Street     P.O. Box 770000     San Francisco, CA 94177
U.S. Nuclear Regulatory Commission     Attn: General Counsel     Washington, D.C. 205550001
PG&E Corporation and     Pacific Gas and Electric Company     Attn: Janet Loduca     77 Beale Street     P.O. Box 770000     San Francisco, CA 94105

                                                                                                                                                                          TOTAL: 3