**Entered on Docket**
**August 21, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  HUNTON ANDREWS KURTH LLP
2  Paul N. Silverstein Pro Hac Vice Pending
   Brian M. Clarke Pro Hac Vice Pending
3  200 Park Avenue
   New York, NY 10166
4  Telephone: (212) 309-1000
5  Email: paulsilverstein@HuntonAK.com
          brianclarke@HuntonAK.com

**Signed and Filed: August 21, 2019**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re **PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation** | ) ) ) ) ) | Case No. **19-30088 (DM)** |
| Debtor(s). | | Chapter **11** |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Brian M. Clarke**, whose business address and telephone number is

**200 Park Avenue**
**New York, NY 10166**
**(212) 850-2825**

and who is an active member in good standing of the bar of **New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Columbus Hill Capital Management, L.P.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**