Signed and Filed: August 21, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**HUNTON ANDREWS KURTH LLP**
Paul N. Silverstein *Pro Hac Vice Pending*
Brian M. Clarke *Pro Hac Vice Pending*
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Email: paulsilverstein@HuntonAK.com
brianclarke@HuntonAK.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation**

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Paul Silverstein**, whose business address and telephone number is

**200 Park Avenue
New York, NY 10166
(212) 850-2819**

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Columbus Hill Capital Management, L.P.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**