

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
E-mail: metkin@lowenstein.com
E-mail: abehlmann@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

Signed and Filed: August 21, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and –

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☒ Affects Both Debtors
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company

Case No. 19-30088 DM (Lead Case)

Chapter 11

(Jointly Administered)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Andrew Behlmann, whose business address and telephone number is

LOWENSTEIN SANDLER LLP
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2332
Facsimile: (973) 597-2333
E-mail: abehlmann@lowenstein.com

is an active member in good standing of the bar of the State of New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Lead Plaintiff Public Employees Retirement Association of New Mexico (collectively "Lead Plaintiff") and the proposed class Lead Plaintiff represents in *In re PG&E Corporation Securities Litigation,* Civil Action No. 3:18-cv-03509-RS, filed in the United States Court for the Northern District of California, in the above-entitled action,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 2 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 3 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 4 | will constitute notice to the represented party. All future filings in this action are subject to the |
| 5 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 6 | Bankruptcy Court for the Northern District of California. |
| 7 | **END OF ORDER** |