**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON DISCOUNTED EP ASSUMPTION MOTION**<br><br>[Re: Dkt No. 3345]<br><br>Date:    August 28, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>**Objection Deadline**: August 14, 2019<br>                                  4:00 p.m. (Pacific Time) |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Third Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Certain Contract Price Discounted Energy Procurement Agreements* [Dkt No. 3345] (the "**Motion**").[1]

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an order approving the Utility's assumption of each of the EP Agreements, each as amended pursuant to the applicable EP Amendment. The assumption of each EP Agreement is subject to, and conditioned upon, the Utility obtaining CPUC Approval of the applicable EP Amendment. If CPUC Approval is not timely obtained, the Utility shall (i) file a notice with file a notice with the Bankruptcy Court indicating that CPUC Approval has not been obtained with respect to the specific EP Agreement and EP Amendment, and (ii) assumption of the applicable EP Agreement shall be null and void with all of the applicable parties' respective rights reserved.

Following the filing of the Motion, the Utility identified two further agreements that amended the Hummingbird ESA. Copies of these amendments were provided to the Committees and the U.S. Trustee. A revised form of proposed order (the "**Revised Proposed Order**") updating the description of the Hummingbird ESA attached hereto as **Exhibit A**. A redline comparison of the Original Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit B**. Counsel for Hummingbird has confirmed they have no objection to this amendment to the Revised Proposed Order.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**NOTICE AND SERVICE**

A *Notice of Hearing on Third Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Certain Contract Price Discounted Energy Procurement Agreements (the "Discounted EP Assumption Motion")* was filed concurrently with the Motion on July 31, 2019 [Dkt. No. 3347] (the "**Notice of Hearing**"). The Motion, the supporting declaration of Marino Monardi, and the Notice of Hearing were served as described in the Certificate of Service of Alain B. Francoeur filed on August 5, 2019 [Dkt. No. 3378]. The deadline to file responses or oppositions to the Motion has passed, and no oppositions have been filed with the Court or received by counsel for the Debtors.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the proposed order attached to the Motion as **Exhibit A**, granting the Motion as set forth therein.

Dated: August 22, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/  Thomas B. Rupp
             Thomas B. Rupp

        *Attorneys for Debtors and Debtors in Possession*