Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**DEBTOR CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 FOR AN ORDER AUTHORIZING DEBTORS TO PARTICIPATE IN AB-1054 WILDFIRE FUND (THE "WILDFIRE FUND MOTION") (DKT. NO. 3444)**<br><br>Date: August 28, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom: 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: August 22, 2019 |

The Official Committee of Tort Claimants ("**TCC**") does not oppose the election by PG&E Corporation ("**Holdco**") and Pacific Gas and Electric Company ("**Utility**," and together with Holdco, the "**Debtors**") to participate in the Wildfire Fund to be established pursuant to AB 1054, or the Court's approval, by September 10, 2019, of that participation.

While the TCC does not object to the specific relief requested by the Debtors, the TCC does not believe that this Court's discretion in administering these bankruptcy cases can or should be directed or impacted by provisions of AB 1054 that purport to preclude the Debtors from participating in the Wildfire Fund unless the Debtors confirm a reorganization plan that meets certain requirements within a certain time frame (i.e., by June 30, 2020). Specifically, the TCC respectfully submits that this Court must adopt procedures for the estimation or liquidation of Northern California Wildfire claims that provide due process for claimants without regard to the provisions of AB 1054 that attempt to impose a June 30, 2020 deadline on resolution of these bankruptcy cases to access the Wildfire Fund.

The TCC's failure to object to the relief requested by the Debtors does not waive, and the TCC expressly reserves, the TCC's right to challenge any aspect of the administration of these bankruptcy cases including on the grounds that the Court's administration of these bankruptcy cases denies procedural and substantive due process to the Northern California Wildfire claimants or on the grounds that state law is preempted by federal bankruptcy laws.

Dated: August 22, 2019  Respectfully submitted,

BAKER & HOSTETLER LLP

By:  */s/ Cecily A. Dumas*
     Cecily A. Dumas

*Counsel for Official Committee of Tort Claimants*