```
1  Jeremiah F. Hallisey, Esq. (SBN 40001)
   Karen J. Chedister, Esq. (SBN 99473)
2  HALLISEY & JOHNSON, P.C.
   465 California Street, Suite 405
3  San Francisco, CA 94104
   Tel:   (415) 433-5300
4  Fax:   (415) 230-5792
5
   Attorneys for Creditors
6  KAREN ROBERDS and ANITA FREEMAN,
   for themselves and on behalf of all others
7  similarly situated
   (additional Creditors appear at end)
8
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case)<br>(Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| Debtors. | |
| X  Affects both Debtors<br>*  All papers shall be filed in the Lead Case, No. 19-30088(DM). | |

**PLEASE TAKE NOTICE** that KAREN ROBERDS and ANITA FREEMAN, for themselves and on behalf of all others similarly situated; WILLIAM N. STEEL, for himself and on behalf of all others similarly situated; and WILLIAM O'BRIEN, MING O'BRIEN, and FUGUAN O'BRIEN, by her Guardian ad Litem, Ming O'Brien (hereinafter "Creditors"), as creditors and parties-in-interest in the above-captioned case, hereby appear by their counsel, Hallisey and Johnson PC, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C §§ 101 *et seq.*, request that all notices given or required and all papers

1

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

served in this case be delivered to and served upon the attorneys identified below at the following address:

**HALLISEY AND JOHNSON PC**
Attn: Jeremiah F Hallisey, Esq.
465 California St., Ste. 405
San Francisco, CA 94104
T: 415.433.5300    F: 415.230.5792
jfhallisey@gmail.com

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Creditors' right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Creditors' right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoff, or recoupments to which said Creditors may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments said Creditors expressly reserve.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED: August 22, 2019

**HALLISEY AND JOHNSON PC**

By _____/s/_____
Jeremiah F. Hallisey
Attorney for Creditors
KAREN ROBERDS and ANITA FREEMAN, for themselves and on behalf of all others similarly situated; WILLIAM N. STEEL, for himself and on behalf of all others similarly situated; and WILLIAM O'BRIEN, MING O'BRIEN, and FUGUAN O'BRIEN by her Guardian ad Litem, Ming O'Brien

2
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS