Jeremiah F. Hallisey, Esq. (SBN 40001)
Karen J. Chedister, Esq. (SBN 99473)
HALLISEY & JOHNSON, P.C.
465 California Street, Suite 405
San Francisco, CA 94104
Tel:   (415) 433-5300
Fax:   (415) 230-5792

Attorneys for Creditors
KAREN ROBERDS and ANITA FREEMAN,
for themselves and on behalf of all others
similarly situated , et al.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case)<br>(Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| X   Affects both Debtors<br>*   All papers shall be filed in the Lead Case, No. 19-30088(DM). | |

See attached.

---
1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Sean R Hallisey, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 465 California Street, Ste. 405, San Francisco, CA 94014.

On August 22, 2019, I served document(s) described as:

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICES OF PAPERS**

on the interested parties in this action as follows:

[ ]     BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X]     BY NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on August 22, 2019 at San Francisco, California.

*/s/ Sean R Hallisey*
Sean R Hallisey

2
CERTIFICATE OF SERVICE