Entered on Docket
August 23, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.   19-cv-05257-JD<br><br>**ORDER ADOPTING RECOMMENDATION FOR WITHDRAWAL OF REFERENCE OF PROCEEDING IN PART; ORDER OF ASSIGNMENT**<br><br>Bankr. Case No. 19-30088-DM |

Pursuant to 28 U.S.C. § 157(d), for good cause shown, the court adopts the recommendation of the Bankruptcy Judge to order the partial withdrawal of the reference of the Section 502(c) estimation of unliquidated claims arising from the Northern California wildfires. Because of the time sensitive nature of the claims, the Executive Committee has determined that this matter will be directly assigned to the Honorable James Donato. The Executive Committee further assigns Magistrate Judge Sallie Kim as the referral judge to assist Judge Donato as he determines is necessary.

Accordingly, IT IS HEREBY ORDERED that the reference to the bankruptcy court is withdrawn in part and that the following matters will be decided by United States District Judge James Donato:

    1.    Under 28 U.S.C. § 157(b)(3), what aspects of the unliquidated claims estimation are core proceedings and what aspects are non-core? In and of itself, that would appear to be a straight forward question the statute leaves to the Bankruptcy Judge. But because of the intersection of the issues

Judge Montali has outlined and the ramifications of the answers to the questions presented, the assigned Article III judge should make the decision.

2. Whether personal injury and wrongful death claims include or exclude damages due to emotional distress (or any similar theory of recovery).

3. The schedule for and method of the conduct of the estimation proceedings.

4. The 11 U.S.C. 502(c) estimation of unliquidated personal injury and wrongful death claims against Debtors for all purposes under 28 U.S.C. § 157(b)(2).

The court adopts the recommendation of the Bankruptcy Judge in full and orders withdrawal of the reference in part as set forth above. As recommended by Judge Montali, the effective date of the partial withdrawal is DEFERRED until the assigned Article III Judge orders the partial withdrawal to become effective for all purposes.

**IT IS SO ORDERED.**

Dated: August 22, 2019

On Behalf of the Executive Committee:

_____
PHYLLIS J. HAMILTON
Chief Judge