# EXHIBIT A

# BakerHostetler

**BakerHostetler**
1160 Battery Street East
Suite 100
San Francisco, CA 94111
T: 310.442.8899
F: 310.820.8859
www.bakerlaw.com

Robert Julian
direct dial: 628.208.6436
rjulian@bakerlaw.com

August 22, 2019

**VIA EMAIL (korsini@cravath.com)**

Kevin J. Orsini, Esq.
Cravath, Swaine & More LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:     *In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088
        (DM) (Jointly Administered)*

Dear Mr. Orsini:

During the hearing before Judge Montali on the Motion for Relief from Stay, the Debtors stated their intention to deny liability as to all of the fires that will be the subject of the estimation proceedings. We assume the broad based denial is grounded in good faith, based on the Debtors' analysis of the Cal Fire reports, investigation of the facts with their employees, and examination of the physical and documentary evidence in their possession, custody or control. Since the TCC and the fire victims have not had similar access to the evidence, and in order to meaningfully prepare for the hearing on August 27th, we request the Debtors provide the TCC and the Court in advance of the August 27th hearing with: (1) the factual and legal bases supporting their denial of liability for each fire (including any affirmative defenses); (2) the names of witnesses you contend will support PG&E's denial of liability; and (3) any documents and physical evidence which PG&E will rely upon to support their denials. We believe such disclosures are essential in order to assess the discovery necessary to meet the time frame for any estimation process. A set of standard contention interrogatories along this line are enclosed. We will separately follow up this letter with a request for the production of specific documents that we believe the Debtors should produce immediately in connection with this process.

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

Kevin J. Orsini
August 22, 2019
Page 2

Sincerely,

Robert Julian
Partner


Enclosure

cc: (Via Email):
        Benjamin P. McCallen
        Gregory A. Bray
        Frank M. Pitre
        Michael A. Kelly

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,**            **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation | **FIRST SET OF INTERROGATORIES OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO THE DEBTORS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY** |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**OFFICIAL COMMITTEE OF TORT CLAIMANT'S COMMITTEE'S SECOND SET OF INTERROGATORIES UNDER FED. R. BANKR. 2004 TO DEBTORS**

Pursuant to Fed. R. Bankr. P. 9014 and 7033 (FRCP 33), and Paragraph 37 of the Second Amended Order Implementing Certain Notice and Case Management Procedures, dated May 13, 2019 (Dkt No. 1996), the Official Committee of Tort Claimants (the "**TCC**"), by and through their attorneys, hereby serve the following interrogatories (the "**Interrogatories**") on PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), to be answered with written responses to the law offices of Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111 within 7 days day after service upon the Debtors.

**DEFINITIONS AND INSTRUCTIONS**

1.      "And/Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

2.      The terms "You" or "Your" means Debtor Pacific Gas & Electric Company and Debtor PG&E Corporation, both collectively and individually as a single Debtor.

3.       The terms "Fire" or "Fires" shall have the following meaning: the "2017 and 2018 Northern California Wildfires" defined and used by the Debtors in the Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief (Dkt No. 263) filed on February 1, 2019.

4.      The term "Cal Fire Report" shall mean the following reports issued by the California Department of Forestry and Fire Protection ("Cal Fire"), including the statements, findings, and conclusions within those reports, as well as the statements, findings, and conclusions within any attachments to those reports:

    a.   Cal Fire Investigation Report, Case No. 17CAMRN0002957 (37)
    b.   Cal Fire Investigation Report, Case No. 17CALNU010050 (Adobe)
    c.   Cal Fire Investigation Report, Case No. 17CALNU010046 (Atlas)
    d.   Cal Fire Investigation Report, Case No. 17CAHUU008828 (Blue)
    e.   Cal Fire Investigation Report, Case No. 17CANEU026269 (Cascade)
    f.   Cal Fire Investigation Report, Case No. 17CABTU015933 (Cherokee)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

g. Cal Fire Investigation Report, Case No. 17CABTU015954 (La Porte)
h. Cal Fire Investigation Report, Case No. 17CALNU010142 (Norrbom)
i. Cal Fire Investigation Report, Case No. 17CALNU010049 (Nuns)
j. Cal Fire Investigation Report, Case No. 17CALNU010051 (Partrick)
k. Cal Fire Investigation Report, Case No. 17CALNU010057 (Pocket)
l. Cal Fire Investigation Report, Case No. 17CATCU012170 (Point)
m. Cal Fire Investigation Report, Case No. 17CALNU010348 (Pythian)
n. Cal Fire Investigation Report, Case No. 17CAMEU012169 (Redwood)
o. Cal Fire Investigation Report, Case No. 17CALNU010055 (Sulphur)
p. Cal Fire Investigation Report, Case No. 17CALNU010045 (Tubbs)
q. Cal Fire Investigation Report, Case No. 17CALNU010487 (Youngs)

5. The term "CPUC Incident Investigation Report" shall mean the following reports issued by the California Public Utilities Commission ("CPUC") including the statements, findings, conclusions within those reports, as well as the statements, findings, and conclusions within any attachments to those reports:

a. CPUC Incident Investigation Report, No. E20171010-02, Apr. 29, 2019 (Adobe)
b. CPUC Incident Investigation Report, No. 171023-8596, May 2, 2019 (Atlas 1)
c. CPUC Incident Investigation Report, No. 171020-8589, May 2, 2019 (Atlas 2)
d. CPUC Incident Investigation Report, No. E20171020-06, May 6, 2019 (Cascade)
e. CPUC Incident Investigation Report, No. E20171010-01, May 2, 2019 (Cherokee)
f. CPUC Incident Investigation Report, No. E20171013-01, Apr. 29, 2019 (La Porte)
g. CPUC Incident Investigation Report, No. E20171020-05, May 10, 2019(Norrbom)
h. CPUC Incident Investigation Report, No. E20171016-01, Apr. 30, 2019 (Nuns)
i. CPUC Incident Investigation Report, No. E20171020-02, May 10, 2019 (Partrick)
j. CPUC Incident Investigation Report, No. E20171021-01, May 10, 2019 (Pocket)
k. CPUC Incident Investigation Report, No. E20171009-03, Apr. 26, 2019 (Point)
l. CPUC Incident Investigation Report, No. E20171020-03, May 1, 2019 (Pythian)
m. CPUC Incident Investigation Report, No. E20171009-02, May 3, 2019 (Redwood)
n. CPUC Incident Investigation Report, No. E20171011-02, May 10, 2019 (Sulphur)
o. CPUC Incident Investigation Report, No. E20171026-01, May 13, 2019 (Tubbs)
p. CPUC Incident Investigation Report, No. E20171020-01, May 6, 2019 (Youngs)

6. To the extent you consider any of the following requests or interrogatories objectionable, respond to so much of each, and each part thereof, which is not objectionable in your view, and separately state that part of each which is objectionable and the ground for each objection.

7. Provide a privilege log relating to Your responses to each of these Interrogatories and all supporting documents, from which You are withholding information. The privilege log must list the document or information withheld and the legal basis for withholding that information.

**INTERROGATORY NO. 1:**

If You contest any of the statements, findings, or conclusions of any Cal Fire Report or any CPUC Incident Investigation Report pertaining to any of the Fires, identify separately for each Fire:

    a.  The factual basis for Your contention; and

    b.  The legal basis for Your contention.

**INTERROGATORY NO. 2:**

To the extent You contend You are not legally liable for any of the Fires, state the following:

    a.  For each Fire, state separately all affirmative defenses upon which You intend to rely to support Your contention;

    b.  For each Fire, state separately the legal basis for Your contention that You are not legally liable for that Fire;

    c.  For each Fire, state separately the factual basis for Your contention that You are not legally liable for that Fire;

    d.  For each Fire, identify separately all witnesses that support Your contention that You are not legally liable for that Fire;

    e.  For each Fire, identify separately all physical evidence that supports Your contention that You are not legally liable for that Fire; and

    f.  For each Fire, identify separately all documents (listed by Bates Number) that support Your contention that You are not legally liable for that Fire.

**Dated: August 22, 2019**

                                BAKER & HOSTETLER LLP

                                By:    */s/ Robert Julian*
                                          *Robert Julian*

                                *Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO