# Schedule 1

| Counterparty | EP Agreement | EP Amendment | Cure Amount |
|---|---|---|---|
| Hummingbird Energy Storage, LLC | Energy Storage Resource Adequacy Agreement dated June 1, 2018, as previously amended by letters dated October 11, 2018, November 27, 2018, December 26, 2018, and March 28, 2019, and the Site Amendment to the Energy Storage Resource Adequacy Agreement dated July 26, 2019. | Amendment to Energy Storage Resource Adequacy Agreement dated July 31, 2019. | $0 |
| mNOC AERS LLC | Behind the Retail Meter Capacity Storage Agreement dated June 1, 2018, as previously amended by letters dated October 11, 2018 and November 27, 2018. | Amendment to Capacity Storage Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 3 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 4 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |
| Re Gaskell West 5 LLC | Power Purchase Agreement dated September 22, 2017. | Amendment to Power Purchase Agreement dated July 31, 2019. | $0 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119