WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **SUPPLEMENTAL DECLARATION OF JESSICA LIOU IN SUPPORT OF SECOND LEASE EXTENSION MOTION** <br><br> Date: August 27, 2019 <br> Time: 9:30am, Pacific Time <br> Place: United States Bankruptcy Court <br>     Courtroom 17, 16th Floor <br>     San Francisco, CA 94102 <br><br> **Objection Deadline:** August 20, 2019 <br>         4:00pm (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Jessica Liou, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with Weil, Gotshal & Manges LLP, counsel to Pacific Gas and Electric Company and PG&E Corporation (collectively, the "**Debtors**"), both Debtors and Debtors in Possession in the above-captioned Chapter 11 Cases. I submit this Declaration in support of the *Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365(d)(4) and B.L.R 6001-1 Further Extending Time to Assume or Rejected Unexpired Leases of Nonresidential Real Property* (the "**Motion**").[1]

2. The matters set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' employees or the Debtors' restructuring or financial advisors. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Debtors.

3. Attached hereto as **Exhibit A** are true and correct copies of additional stipulations consenting to extensions of time to assume or reject Unexpired Leases entered into between lessors and the Debtors following the filing of the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this Declaration was executed at New York, New York on August 23, 2019.

_____
Jessica Liou

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.