**EXHIBIT A**
**Additional Stipulations**

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

1 WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
2 (stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
3 (ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
4 (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
5 (matthew.goren@weil.com)|
767 Fifth Avenue
6 New York, NY 10153-0119
Tel: 212 310 8000
7 Fax: 212 310 8007

8 KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
9 (tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
11 San Francisco, CA 94108
Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors
and Debtors in Possession*

14

15 **UNITED STATES BANKRUPTCY COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19 **In re:** | Bankruptcy Case |
| 20 **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 **- and -** | Chapter 11 |
| 22 **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 **Debtors.** | (Jointly Administered) |
| 24 ☐ Affects PG&E Corporation | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| 25 ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| 26 *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the City and County of San Francisco, on behalf of itself and all of its agencies, departments, or instrumentalities through which it acts or does business (collectively, **"San Francisco"**) hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     Debtors and San Francisco are parties to numerous agreements and Debtors hold numerous permits issued by departments within San Francisco that allow the Utility to access certain property owned by San Francisco for various purposes, including, but not limited to, environmental mitigation and remediation; underground and overhead equipment installation; and maintenance, replacement, and repair of facilities (collectively, the "**Agreements/Permits**"). These Agreements/Permits involve several departments of San Francisco, including the Port of San Francisco, the San Francisco Department of Public Works, San Francisco International Airport, and the San Francisco Public Utilities Commission.

C.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

D.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of San Francisco pursuant to 11 U.S.C. § 365(d)(4)(B)(ii) to the extent that any of the Agreements/Permits constitute nonresidential real property leases.

E.     Neither the Debtors nor San Francisco admit that the Agreements/Permits are

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

nonresidential real property leases subject to assumption under section 365 of the Bankruptcy Code or the deadline to assume or reject such nonresidential real property leases in section 365(d)(4) of the Bankruptcy Code. For the avoidance of doubt, and without any prejudice to either the Debtors or San Francisco, to the extent any of the Agreements/Permits constitute nonresidential real property leases, San Francisco consents to the extension of time to assume or reject such Agreements/Permits as further set forth below.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1. San Francisco consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and San Francisco are party, including any of the Agreements/Permits which constitute nonresidential real property leases (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3. No further consent of San Francisco shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4. Nothing contained in this Stipulation or any actions taken by the Debtors or San Francisco pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to

pay any particular claim; (d) an admission by the Debtors or San Francisco that any of the Agreements/Permits, are executory contracts or unexpired leases, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Agreements/Permits.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Dated: August 22, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ */s/ Jane Kim* _____
Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: August 22, 2019

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

By: _____ */s/ Edward J. Tredinnick* _____
Edward J. Tredinnick
Attorneys for City and County of San Francisco, including all of its agencies, departments, or instrumentalities.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  WEIL, GOTSHAL & MANGES LLP
2  Stephen Karotkin (*pro hac vice*)
   (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*
14

15             **UNITED STATES BANKRUPTCY COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                 **SAN FRANCISCO DIVISION**

18

19 **In re:**                              Bankruptcy Case

20 **PG&E CORPORATION,**                   No. 19 -30088 (DM)

21         **- and -**                     Chapter 11

22 **PACIFIC GAS AND ELECTRIC**            (Lead Case)
   **COMPANY,**
23                                         (Jointly Administered)
                      **Debtors.**
24                                         **STIPULATION CONSENTING TO**
   ☐ Affects PG&E Corporation             **EXTENSION OF DEADLINE TO**
25 ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
   ☒ Affects both Debtors                 **NONRESIDENTIAL REAL**
26                                         **PROPERTY LEASES PURSUANT**
   *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27 *No. 19-30088 (DM).*

28

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.      The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.      The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.      The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____

Jane Kim
Attorneys for Debtors
and Debtors in Possession

Dated: AUG. / 6 / 2019

LESSOR

By: WILLIAM B. AVERA

~~Capacity: Attorneys for Lessor / Lessor /~~
Authorized Officer of Lessor
Signatory Name:

Signatory Address:

375 FIFTH STREET

HOLLISTER, CA 95023

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT A**

Name of Lessor:   CITY OF HOLLISTER

Property Address: Brown Alley (abandoned alley)
Hollister, CA

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrok, P.C. (*pro hac vice*)
3  (ray.schrok@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                  **UNITED STATES BANKRUPTCY COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18

| 19 | **In re:** | Bankruptcy Case |
|---|---|---|
| 20 | **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21 | - and - | Chapter 11 |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23 | | (Jointly Administered) |
| 24 | **Debtors.** | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25 | ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT** |
| 26 | | **TO 11 U.S.C. § 365(d)(4)** |
| 27 | * *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | |

28

1   PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2   "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3   chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4   listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5   extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6   property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7   "**Bankruptcy Code**"), and represent and agree as follows:

8                                          **RECITALS**

9          A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10  Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11  "**Bankruptcy Court**").

12         B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13  extended the time for the Debtors to assume or reject nonresidential real property leases to August

14  27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15         C.     The Debtors propose to seek a further extension of time for the Debtors to

16  reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17  requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18         D.     The Lessor agrees to provide the Debtors with such consent.

19         NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20  STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21  UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22  THAT:

23         1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written

24  consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25  extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

26  nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the

27  earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

28  reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1         2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2    which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3    including the Extended Deadline.

4         3.     No further consent of Lessor shall be required for the sole purpose of

5    granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6    the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7    Code, including beyond the Extended Deadline.

8         4.     Nothing contained in this Stipulation or any actions taken by the Debtors

9    pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

10   the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11   rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12   particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13   are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14   the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15   and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16   amendment, or other modification of the terms of the Leases.

17        5.     This Stipulation may be executed in multiple counterparts, each of which

18   shall be deemed an original but all of which together shall constitute one and the same instrument.

19        6.     The Debtors are authorized to take all actions necessary to effectuate the

20   relief granted pursuant to and in accordance with this Stipulation.

21        7.     The terms and conditions of this Stipulation shall be immediately effective

22   and enforceable upon its entry.

23        8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24   provisions of this Stipulation.

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## <u>EXECUTION PAGE</u>

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____

    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: __7__ /29/ 2019

LESSOR

By: _____ RECEIVER

    Capacity: Attorneys for Lessor / Lessor /
    Authorized Officer of Lessor
    Signatory Name:

    Dana Butcher, Receiver

    Signatory Address:

    6475 N. Palm Avenue #101

    Fresno, CA 93704

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## **EXHIBIT A**

Name of Lessor:      Dana Butcher, as receiver

Address:           275 South Madera, Suite 302
Kerman, CA 93630

1    WEIL, GOTSHAL & MANGES LLP
     Stephen Karotkin (*pro hac vice*)
2    (stephen.karotkin@weil.com)
     Ray C. Schrok, P.C. (*pro hac vice*)
3    (ray.schrok@weil.com)
     Jessica Liou (*pro hac vice*)
4    (jessica.liou@weil.com)
     Matthew Goren (*pro hac vice*)
5    (matthew.goren@weil.com)|
     767 Fifth Avenue
6    New York, NY 10153-0119
     Tel: 212 310 8000
7    Fax: 212 310 8007

8    KELLER & BENVENUTTI LLP
     Tobias S. Keller (#151445)
9    (tkeller@kellerbenvenutti.com)
     Jane Kim (#298192)
10   (jkim@kellerbenvenutti.com)
     650 California Street, Suite 1900
11   San Francisco, CA 94108
     Tel: 415 496 6723
12   Fax: 650 636 9251

13   *Attorneys for Debtors*
     *and Debtors in Possession*
14

15                UNITED STATES BANKRUPTCY COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19   **In re:**                          Bankruptcy Case

20   **PG&E CORPORATION,**               No. 19 -30088 (DM)

21        **- and -**                    Chapter 11

22   **PACIFIC GAS AND ELECTRIC**        (Lead Case)
     **COMPANY,**
23                                       (Jointly Administered)
                      **Debtors.**
24                                       **STIPULATION CONSENTING TO**
     ☐ Affects PG&E Corporation          **EXTENSION OF DEADLINE TO**
25   ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
     ☒ Affects both Debtors              **NONRESIDENTIAL REAL**
26                                       **PROPERTY LEASES PURSUANT**
     * *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27   *No. 19-30088 (DM).*

28

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

<b><u>RECITALS</u></b>

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1        2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

2  which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

3  including the Extended Deadline.

4        3.      No further consent of Lessor shall be required for the sole purpose of

5  granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

6  the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

7  Code, including beyond the Extended Deadline.

8        4.      Nothing contained in this Stipulation or any actions taken by the Debtors

9  pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

10  the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

11  rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

12  particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

13  are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

14  the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

15  and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

16  amendment, or other modification of the terms of the Leases.

17        5.      This Stipulation may be executed in multiple counterparts, each of which

18  shall be deemed an original but all of which together shall constitute one and the same instrument.

19        6.      The Debtors are authorized to take all actions necessary to effectuate the

20  relief granted pursuant to and in accordance with this Stipulation.

21        7.      The terms and conditions of this Stipulation shall be immediately effective

22  and enforceable upon its entry.

23        8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

24  provisions of this Stipulation.

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____/s/ Jane Kim_____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: ___Aug__ / _7_ / 2019

LESSOR

By: _____
Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

_____John K. Hinely_____

Signatory Address:

_____P.O. Box 35_____

_____Colusa, CA 95932_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:   MASONIC HALL ASSOCIATION OF COLUSA

Property Address: 321 5th Street
Colusa, CA 95932

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
3   (ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
767 Fifth Avenue
6   New York, NY 10153-0119
Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
11  San Francisco, CA 94108
Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
*and Debtors in Possession*

14

15           **UNITED STATES BANKRUPTCY COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  **In re:** | Bankruptcy Case |
| 20  **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21      - **and** - | Chapter 11 |
| 22  **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| 23           **Debtors.** | (Jointly Administered) |
| 24  ☐ Affects PG&E Corporation | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO** |
| 25  ☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL** |
| 26  *\* All papers shall be filed in the Lead Case,* | **PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| 27  *No. 19-30088 (DM).* | |
| 28 | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## **RECITALS**

A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.    The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.    The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.    The Lessor consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.  Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.  No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.  Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.  This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.  The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.  The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

**<u>EXECUTION PAGE</u>**

2  Dated: August 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

3

4

By: _____ */s/ Jane Kim* _____

5  Jane Kim
Attorneys for Debtors

6  and Debtors in Possession

7

8  Dated: August 14, 2019

LESSOR

9

10

By: _____ */s/ Michael P. Esser* _____

11  Michael P. Esser
Attorneys for Lessor

12  Kirkland & Ellis LLP
555 California Street

13  San Francisco, CA 94104

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Name of Lessor:      O.L.S. Energy-Agnews, Inc.

Address:              3800 Cisco Way
San Jose, CA 95134

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
2   (stephen.karotkin@weil.com)
    Ray C. Schrok, P.C. (*pro hac vice*)
3   (ray.schrok@weil.com)
    Jessica Liou (*pro hac vice*)
4   (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
5   (matthew.goren@weil.com)|
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8   KELLER & BENVENUTTI LLP
    Tobias S. Keller (#151445)
9   (tkeller@kellerbenvenutti.com)
    Jane Kim (#298192)
10  (jkim@kellerbenvenutti.com)
    650 California Street, Suite 1900
11  San Francisco, CA 94108
    Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors*
    *and Debtors in Possession*

14

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  **In re:**                              Bankruptcy Case

20  **PG&E CORPORATION,**                   No. 19 -30088 (DM)

21          **- and -**                     Chapter 11

22  **PACIFIC GAS AND ELECTRIC**            (Lead Case)
    **COMPANY,**
23                                          (Jointly Administered)
                    **Debtors.**
24                                          **STIPULATION CONSENTING TO**
    ☐ Affects PG&E Corporation              **EXTENSION OF DEADLINE TO**
25  ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
    ☒ Affects both Debtors                  **NONRESIDENTIAL REAL**
26                                          **PROPERTY LEASES PURSUANT**
    *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27  *No. 19-30088 (DM).*

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

<b><u>RECITALS</u></b>

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessors consent to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: July 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____

Jane Kim
Attorneys for Debtors

and Debtors in Possession

Dated: _____ 08 / 20 / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor

Signatory Name:

SASHA Meridett SHAMSIAN

Signatory Address:

2750 Adeline St suite E

Berkeley CA 94703

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

Name of Lessor:   SASHA SHAMSZAD AND MERIDETH SHAMSZAD,
HUSBAND AND WIFE, AS SUCCESSORS-IN-INTEREST TO

Property Address: 1900 Addison Street, Suite 101
Berkeley, CA 94704

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessor consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are a party to (the "**Leases**"), until the earlier of (i) June 30, 2020, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.       Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.       No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.       Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.       It is the intention of the parties that the sole relief being granted pursuant to this Stipulation is the extension of the deadline of Section 365(d)(4) for the Debtors to assume or reject the Leases, and nothing contained in this Stipulation or any actions taken by Lessor pursuant to the relief consented to herein is intended to or shall be construed as (a) a waiver or limitation of any of Lessor's rights under the Bankruptcy Code or any other applicable law with respect to the Leases, including without limitation Lessor's rights to require Debtors to remain current on all obligations arising after the Petition Date or to object to the assumption or assignment of the Leases, (b) waiver or limitation of any of Lessor's claims against the Debtors arising out of or related to the Leases, or (c) an alteration, amendment, or other modification of the terms of the Leases.

6.       This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

1         7.     The Debtors are authorized to take all actions necessary to effectuate the

2 relief granted pursuant to and in accordance with this Stipulation.

3         8.     The terms and conditions of this Stipulation shall be immediately effective

4 and enforceable upon its entry.

5         9.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

6 provisions of this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXECUTION PAGE

Dated: August 9, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:      /s/ Jane Kim
        Jane Kim
        Attorneys for Debtors
        and Debtors in Possession

Dated: AUGUST / 14 / 2019

LESSOR

By:
        Capacity: Attorneys for Lessor
        Signatory Name: Ragan Powers
        Signatory Address:
        Davis Wright Tremaine LLP
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

## EXHIBIT A

2    Name of Lessor:    Creekside Business Park Owner LLC

3    Address:    5875 Arnold Dr.

4    Dublin CA 94568

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)|
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                    **UNITED STATES BANKRUPTCY COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

| 19  **In re:** | Bankruptcy Case |
|---|---|
| 20  **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| 21        **- and -** | Chapter 11 |
| 22  **PACIFIC GAS AND ELECTRIC** | (Lead Case) |
| 23  **COMPANY,** | (Jointly Administered) |
| 24              **Debtors.** | **STIPULATION CONSENTING TO** |
| 25  ☐ Affects PG&E Corporation | **EXTENSION OF DEADLINE TO** |
|     ☐ Affects Pacific Gas and Electric Company | **ASSUME OR REJECT CERTAIN** |
|     ☒ Affects both Debtors | **NONRESIDENTIAL REAL** |
| 26  | **PROPERTY LEASES PURSUANT** |
|     *\* All papers shall be filed in the Lead Case,* | **TO 11 U.S.C. § 365(d)(4)** |
| 27  *No. 19-30088 (DM).* | |
| 28 | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

<h3 align="center">RECITALS</h3>

A.     On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.     By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.     The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.     The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.     The Lessor consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are party (the "**Leases**"), until November 30, 2019 (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.     No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.     Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

7.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: August 19, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ /s/ Jane Kim _____
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession

Dated: August / 20 / 2019

LESSOR

Enerland LLC,
A California limited liability company

By: _Susan A Noack_
    Susan A. Noack
    Managing Member

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Name of Lessor:        Enerland LLC, a California limited liability company

1    WEIL, GOTSHAL & MANGES LLP
     Stephen Karotkin (*pro hac vice*)
2    (stephen.karotkin@weil.com)
     Ray C. Schrock, P.C. (*pro hac vice*)
3    (ray.schrock@weil.com)
     Jessica Liou (*pro hac vice*)
4    (jessica.liou@weil.com)
     Matthew Goren (*pro hac vice*)
5    (matthew.goren@weil.com)|
     767 Fifth Avenue
6    New York, NY 10153-0119
     Tel: 212 310 8000
7    Fax: 212 310 8007

8    KELLER & BENVENUTTI LLP
     Tobias S. Keller (#151445)
9    (tkeller@kellerbenvenutti.com)
     Jane Kim (#298192)
10   (jkim@kellerbenvenutti.com)
     650 California Street, Suite 1900
11   San Francisco, CA 94108
     Tel: 415 496 6723
12   Fax: 650 636 9251

13   *Attorneys for Debtors*
     *and Debtors in Possession*

14

15               UNITED STATES BANKRUPTCY COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19   **In re:**                          Bankruptcy Case

20   **PG&E CORPORATION,**               No. 19 -30088 (DM)

21           **- and -**                 Chapter 11

22   **PACIFIC GAS AND ELECTRIC**        (Lead Case)
     **COMPANY,**
23                                       (Jointly Administered)
                     **Debtors.**
24                                       **STIPULATION CONSENTING TO**
     ☐ Affects PG&E Corporation          **EXTENSION OF DEADLINE TO**
25   ☐ Affects Pacific Gas and Electric Company  **ASSUME OR REJECT CERTAIN**
     ☒ Affects both Debtors              **NONRESIDENTIAL REAL**
26                                       **PROPERTY LEASES PURSUANT**
     * *All papers shall be filed in the Lead Case,*  **TO 11 U.S.C. § 365(d)(4)**
27   *No. 19-30088 (DM).*

28

*(left margin)* Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the

2    "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property

4    listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further

5    extension of time for the Debtors to assume or reject unexpired leases of nonresidential real

6    property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the

7    "**Bankruptcy Code**"), and represent and agree as follows:

8                                    **RECITALS**

9          A.    On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the

10   Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the

11   "**Bankruptcy Court**").

12         B.    By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court

13   extended the time for the Debtors to assume or reject nonresidential real property leases to August

14   27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

15         C.    The Debtors propose to seek a further extension of time for the Debtors to

16   reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order

17   requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

18         D.    The Lessor agrees to provide the Debtors with such consent.

19         NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

20   STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

21   UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

22   THAT:

23         1.    The Lessor consents to, and this Stipulation hereby constitutes "prior written

24   consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

25   extension or extensions (the "**Extension**") to the time within which a Debtor must obtain an order

26   or orders authorizing the assumption or rejection of any nonresidential real property lease to which

27   it and the Lessor are a party (the "**Leases**"), until the earlier of (i) the expiration of the term of each

28   of the Leases, or (ii) the date of the hearing on a motion seeking approval of a disclosure

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   statement, pursuant to section 1125 of the Bankruptcy Code, in these Chapter 11 Cases (the

2   "**Extended Deadline**").

3          2.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

4   which the Debtors must obtain an order or orders authorizing the assumption or rejection of the

5   Leases is extended from August 27, 2019 through and including the Extended Deadline.

6          3.     No further consent of Lessor shall be required for the sole purpose of

7   granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

8   the Debtors' right to seek further extensions by stipulations on the consent of the Lessor as

9   provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

10         4.     Nothing contained in this Stipulation or any actions taken by the Debtors

11   pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to

12   the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors'

13   rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any

14   particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases,

15   are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under

16   the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject,

17   and/or seek any other related relief with respect to any contract or lease; or (f) an alteration,

18   amendment, or other modification of the terms of the Leases.

19         5.     This Stipulation may be executed in multiple counterparts, each of which

20   shall be deemed an original but all of which together shall constitute one and the same instrument.

21         6.     The Debtors are authorized to take all actions necessary to effectuate the

22   relief granted pursuant to and in accordance with this Stipulation.

23         7.     The terms and conditions of this Stipulation shall be immediately effective

24   and enforceable upon its entry.

25         8.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the

26   provisions of this Stipulation.

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXECUTION PAGE**

1

2    Dated: August 5, 2019                    WEIL, GOTSHAL & MANGES LLP
                                              KELLER & BENVENUTTI LLP
3

4                                             By:    _/s/ Jane Kim_____
5                                                    Jane Kim
                                                     Attorneys for Debtors
6                                                    and Debtors in Possession
7

8    Dated: August / 13 / 2019                LESSOR
9

10                                            ROSEVILLE PARKWAY 20, LLC, a California

11                                            limited liability company

12                                            By: Cordova 83 Properties, LLC, a California

13                                            limited liability company, Its sole member

14

15                                            By: _____
16                                                 John Papagiannopoulos, Its Manager

17                                            JCP LINCOLN, LLC, a California limited liability

18                                            company

19                                            By Pappas Gateway, L.P., a California limited

20                                            partnership, Its sole member and manager

21                                            By: JCP Properties, LLC, a California limited

22                                            liability company, Its General Partner

23

24                                            By: _____
25                                                 John Papagiannopoulos, Its Manager

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3      PAPPAS LINCOLN, LLC, a California limited

4      liability company

5      By Pappas Arizona, Limited Partnership., a

6      California limited partnership, Its sole member and

7      manager

8      By: JCP Properties, LLC, a California limited

9      liability company, Its General Partner

10

11     By: _____

            John Papagiannopoulos, Its Manager

12

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **EXHIBIT A**

2   Name of Lessor:      Roseville Parkway 20, LLC, JCP Lincoln, LLC, and Pappas
                         Lincoln, LLC, as tenants in common
3

4   Address:             6030 West Oaks, 3rd Floor
                         Rocklin CA 95765
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119