# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019**

| TASK* CODE | DESCRIPTION* | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 2.40 | 724.80 |
| L110 | Fact Investigation/Development | 0.40 | 160.00 |
| L120 | Analysis/Strategy | 3.30 | 1,650.00 |
| L200 | Pre-Trial Pleadings and Motions | 7.30 | 3,460.00 |
| L310 | Written Discovery | 2.40 | 1,090.00 |
| L670 | Production | 16.50 | 2,913.00 |
| P100 | Project Administration | 5.20 | 3,369.60 |
| P240 | Real and Personal Property | 17.10 | 5,714.90 |
| P300 | Structure/Strategy/Analysis | 58.10 | 37,233.00 |
| P400 | Initial Document Preparation/Filing | 29.70 | 19,245.60 |
| P500 | Negotiation/Revision/Responses | 8.00 | 5,184.00 |
| P700 | Post-Completion/Post-Closing | 0.10 | 64.80 |
| **Total:** | | | **$80,809.70** |

---

* These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz will identify any such additional services under additional Task Codes and/or Descriptions in subsequent Monthly Fee Statements and Fee Applications, when applicable.