# EXHIBIT C

4852-3746-6781.3
Case: 19-30088    Doc# 3679-3    Filed: 08/23/19    Entered: 08/23/19 15:40:17    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | $ 13.78 |
| Duplicating | $ 633.37 |
| Transcription Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $ 109.50 |
| Filing Fees | $ 112.50 |
| Court Website Subscription Fee for Case No. JCCP4974 | $ 105.00 |
| **Total Expenses Requested:** | **$ 974.15** |

4852-3746-6781.3    Exhibit C