# EXHIBIT D

4852-3746-6781.3

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

Re:         Case Name:      Land Stewardship
            Our File No.:      02898-357
            Corporate ID:     803093

Invoice No.  322025     Statement Date: 01/31/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 1.80 | 1,166.40 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 1.80 | 1,166.40 |
| | SERVICES TOTAL: | 1.80 | 1,166.40 |

Costs Advanced and Incurred

Total Current Costs          $0.00

OCEX  Outside Counsel Expenses

Total Costs Advanced and Incurred          0.00

Invoice Total          $1,166.40

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:    Case Name:      Land Stewardship
       Our File No.:     02898-357
       Corporate ID:    803093

Invoice No. 322025      Statement Date: 01/31/2019

\* \* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through January 31, 2019 | $ | 1,166.40 |
| Costs Advanced through January 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,166.40 |
| Unpaid Balance Forward | $ | 52,475.96 |
| Total Now Due | $ | 53,642.36 |

Pacific Gas and Electric Company
01/31/2019
Page 3

Client 02898
Matter 357
Invoice 322025

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 01/29/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.3), email W. Coleman (.2). | 1.50 | 648.00 | 972.00 |
| 01/29/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Review deed changes (.2), email client (.1). | 0.30 | 648.00 | 194.40 |
| | SERVICES TOTAL | 1.80 | | $1,166.40 |
| | INVOICE TOTAL | | | $1,166.40 |

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Matthew Dudley

Re:      Case Name:    Hinkley CA Purchases
         Our File No.:    02898-376
         Corporate ID:   501619

Invoice No. 322240    Statement Date: 03/21/2019

## SUMMARY of CHARGES

### Summary of Time

W. Wilson, Michael      MRW    $302.00    0.50    151.00

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 0.50 | 151.00 |
|  | SERVICES TOTAL: | 0.50 | 151.00 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred      0.00

Invoice Total      $151.00

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Matthew Dudley

Re:        Case Name:     Hinkley CA Purchases
            Our File No.:     02898-376
            Corporate ID:    501619

Invoice No.  322240      Statement Date:  03/21/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through January 31, 2019 | $ | 151.00 |
| Costs Advanced through January 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 151.00 |
| Unpaid Balance Forward | $ | 46,561.07 |
| Total Now Due | $ | 46,712.07 |

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   02898
Matter   376
Invoice   322240

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/30/19 | Michael W. Wilson | | | |
| C100 | Telephone call with E. Applegate regarding status of January closings. | 0.30 | 302.00 | 90.60 |
| 01/30/19 | Michael W. Wilson | | | |
| C100 | Telephone call with E. Applegate regarding Toogood-Mau vesting. | 0.20 | 302.00 | 60.40 |
| | SERVICES TOTAL | 0.50 | | $151.00 |
| | Previous Due | | $ | 46,561.07 |
| | Total Due | | $ | 46,712.07 |

E-BILLED

## Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|-----|-----------|------------------|
| | Our File No.: | 02898-357 |
| | Corporate ID: | 803093 |

Invoice No. 322026    Statement Date: 02/28/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 48.40 | 31,363.20 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 48.40 | 31,363.20 |
| | SERVICES TOTAL: | 48.40 | 31,363.20 |

### Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | $31,363.20 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|-----|------------|------------------|
| | Our File No.: | 02898-357 |
| | Corporate ID: | 803093 |

Invoice No. 322026     Statement Date: 02/28/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through February 28, 2019 | $ | 31,363.20 |
| Costs Advanced through February 28, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 31,363.20 |
| Unpaid Balance Forward | $ | 54,562.36 |
| Total Now Due | $ | 85,925.56 |

Pacific Gas and Electric Company
02/28/2019
Page 3

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/19 | Douglas C. Sands | | | |
| P300 | NFMR: Review comments from S. Perez (0.3). | 0.30 | 648.00 | 194.40 |
| 02/04/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD: Review open items (.2) and correspondence with T. Kelly (.2). | 0.40 | 648.00 | 259.20 |
| 02/04/19 | Douglas C. Sands | | | |
| P300 | Prepare status summary (1.8). | 1.80 | 648.00 | 1,166.40 |
| 02/05/19 | Douglas C. Sands | | | |
| P300 | NFMR: Email Snyder re property description exhibits (0.5). | 0.50 | 648.00 | 324.00 |
| 02/05/19 | Douglas C. Sands | | | |
| P300 | Preparation for call (.5), Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.6). | 2.10 | 648.00 | 1,360.80 |
| 02/06/19 | Douglas C. Sands | | | |
| P300 | Sky Ranch: Telephone conference with J. Swenson re deal structure and access (0.8). | 0.80 | 648.00 | 518.40 |
| 02/06/19 | Douglas C. Sands | | | |
| P300 | Folsom: Telephone conference with J. Swenson re CE comments (.6). | 0.60 | 648.00 | 388.80 |
| 02/07/19 | Douglas C. Sands | | | |
| P300 | Call with T. Kelly (1.4). | 1.40 | 648.00 | 907.20 |

Pacific Gas and Electric Company
02/28/2019
Page 4

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/08/19 | Douglas C. Sands | | | |
| P300 | Prepare open items list (.5). | 0.50 | 648.00 | 324.00 |
| 02/11/19 | Douglas C. Sands | | | |
| P300 | Correspondence with S. Perez re water rights (.4). | 0.40 | 648.00 | 259.20 |
| 02/11/19 | Douglas C. Sands | | | |
| P300 | North Fork Feather:  Revise (1.1) and send CE (0.0). | 1.10 | 648.00 | 712.80 |
| 02/12/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5). | 1.50 | 648.00 | 972.00 |
| 02/12/19 | Douglas C. Sands | | | |
| P300 | McArthur Fee:  Call with S. Perez re water rights (.9). | 0.90 | 648.00 | 583.20 |
| 02/12/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Email T. Kelly re BDR (.4). | 0.40 | 648.00 | 259.20 |
| 02/12/19 | Douglas C. Sands | | | |
| P300 | Lower Drum Folsom:  Revise CE (1.1) and send (.1). | 1.20 | 648.00 | 777.60 |
| 02/13/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Revise deed (1.2), send same (.2). | 1.40 | 648.00 | 907.20 |

Pacific Gas and Electric Company
02/28/2019
Page 5

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 02/13/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Confirm CE is final (1.2). | 1.20 | 648.00 | 777.60 |
| 02/14/19 | Douglas C. Sands | | | |
| P300 | Update status report (.8). | 0.80 | 648.00 | 518.40 |
| 02/14/19 | Douglas C. Sands | | | |
| P300 | Narrows:  Respond to email from M. Schonherr (.1). | 0.10 | 648.00 | 64.80 |
| 02/14/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Final deed revisions (.4). | 0.40 | 648.00 | 259.20 |
| 02/14/19 | Douglas C. Sands | | | |
| P300 | Sky Mountain:  Respond to email re transaction structure (.7). | 0.70 | 648.00 | 453.60 |
| 02/15/19 | Douglas C. Sands | | | |
| P300 | Maidu Forrest:  Review BDR (.4), email T. Kelly (.4). | 0.80 | 648.00 | 518.40 |
| 02/15/19 | Douglas C. Sands | | | |
| P300 | Maidu Wetlands and Trail:  Review CEs (.7). | 0.70 | 648.00 | 453.60 |
| 02/15/19 | Douglas C. Sands | | | |
| P300 | Low Creek:  Revise proposed communication to CE holder (1.4). | 1.40 | 648.00 | 907.20 |

Pacific Gas and Electric Company
02/28/2019
Page 6

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/19/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5), review open items on weekly spreadsheet (.4). | 1.90 | 648.00 | 1,231.20 |
| 02/19/19 | Douglas C. Sands | | | |
| P300 | Lake Britton: Correspondence with T. Kelly and A. Holtz (.8). | 0.80 | 648.00 | 518.40 |
| 02/20/19 | Douglas C. Sands | | | |
| P300 | USFS Lake Britton: Review BDR issues (.3). | 0.30 | 648.00 | 194.40 |
| 02/20/19 | Douglas C. Sands | | | |
| P300 | NFMR: Telephone conference with B. Snyder (.4). | 0.40 | 648.00 | 259.20 |
| 02/20/19 | Douglas C. Sands | | | |
| P300 | USFS Eel: Review BDR (1.1). | 1.10 | 648.00 | 712.80 |
| 02/21/19 | Douglas C. Sands | | | |
| P300 | Prepare updated open items list (.9). | 0.90 | 648.00 | 583.20 |
| 02/21/19 | Douglas C. Sands | | | |
| P300 | Attention to BDR issues (1.1). | 1.10 | 648.00 | 712.80 |
| 02/21/19 | Douglas C. Sands | | | |
| P300 | Lyons Retained: Call re transaction (.3). | 0.30 | 648.00 | 194.40 |

E-BILLED

Pacific Gas and Electric Company
02/28/2019
Page 7

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/22/19 | Douglas C. Sands | | | |
| P300 | Humbug: Revise TA with changes re Barn encroachment (1.2). | 1.20 | 648.00 | 777.60 |
| 02/22/19 | Douglas C. Sands | | | |
| P300 | Lake Britton CA State Park: Review document comments (.4). | 0.40 | 648.00 | 259.20 |
| 02/22/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor: Call re CE discrepancies (1.5). | 1.50 | 648.00 | 972.00 |
| 02/22/19 | Douglas C. Sands | | | |
| P300 | Eel River: BDR review (1.3). | 1.30 | 648.00 | 842.40 |
| 02/25/19 | Douglas C. Sands | | | |
| P300 | NFMR: Review, revise and circulate documents (1.9), correspondence with T. Kelly (.4). | 2.30 | 648.00 | 1,490.40 |
| 02/25/19 | Douglas C. Sands | | | |
| P300 | Lower Drum Folsom: Revise (1.7) and send (.1) TA. | 1.80 | 648.00 | 1,166.40 |
| 02/25/19 | Douglas C. Sands | | | |
| P300 | Humbug: Correspondence with T. Kelly (.2). | 0.20 | 648.00 | 129.60 |
| 02/26/19 | Douglas C. Sands | | | |
| P300 | Humbug: Correspondence re encroachment issues (.4). | 0.40 | 648.00 | 259.20 |

Pacific Gas and Electric Company
02/28/2019
Page 8

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/26/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.8). | 1.80 | 648.00 | 1,166.40 |
| 02/26/19 | Douglas C. Sands | | | |
| P300 | Cal Fire NFMR: Telephone conference with P. Coviello (.5), Revise CE (1.1). | 1.60 | 648.00 | 1,036.80 |
| 02/27/19 | Douglas C. Sands | | | |
| P300 | Butt Creek: Telephone conference with P. Coviello (.9), revise documents (1.5), circulate documents (.3). | 2.70 | 648.00 | 1,749.60 |
| 02/27/19 | Douglas C. Sands | | | |
| P300 | Fall River: Telephone conference with S. Perez re deed (.5). | 0.50 | 648.00 | 324.00 |
| 02/27/19 | Douglas C. Sands | | | |
| P300 | Update task list items (0.5). | 0.50 | 648.00 | 324.00 |
| 02/27/19 | Douglas C. Sands | | | |
| P300 | Manzanita: Correspondence re CE addition (0.8). | 0.80 | 648.00 | 518.40 |
| 02/28/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens: Review deed (0.3). | 0.30 | 648.00 | 194.40 |
| 02/28/19 | Douglas C. Sands | | | |
| P300 | Humbug: Correspondence re TA comments (.4) and revise TA (.3). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
02/28/2019
Page 9

Client 02898
Matter 357
Invoice 322026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/28/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD:  Review Deed (1.9), correspondence with S. Perez and J. Swenson (.3). | 2.20 | 648.00 | 1,425.60 |
| | SERVICES TOTAL | 48.40 | | $31,363.20 |
| | Previous Due | | $ | 54,562.36 |
| | Total Due | | $ | 85,925.56 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy Coleman

Re:      Case Name:    General Real Estate (401207)
          Our File No.:    02898-110
          Corporate ID:   401207

Invoice No.  322237     Statement Date: 03/21/2019

### SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.50 | 1,620.00 |
| M. Schmidt, Misti | MMS | $450.00 | 0.10 | 45.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 2.50 | 1,620.00 |
| P300 | Structure/Strategy/Analysis | 0.10 | 45.00 |
| | SERVICES TOTAL: | 2.60 | 1,665.00 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred       0.00

Invoice Total       <u>$1,665.00</u>

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy Coleman

Re:  Case Name:     General Real Estate (401207)
     Our File No.:    02898-110
     Corporate ID:    401207

Invoice No.  322237     Statement Date: 03/21/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---:|
| Fees for Professional Services Rendered through February 28, 2019 | $ | 1,665.00 |
| Costs Advanced through February 28, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,665.00 |
| Unpaid Balance Forward | $ | 1,063.00 |
| Total Now Due | $ | 2,728.00 |

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   02898
Matter   110
Invoice  322237

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/19 | Barbara Milanovich | | | |
| P100 | Exchange emails with J. Criswell and M. Redford and finalize updates to Transaction Status Report. | 0.80 | 648.00 | 518.40 |
| 02/26/19 | Barbara Milanovich | | | |
| P100 | Update Monthly Transaction Status Report. | 0.60 | 648.00 | 388.80 |
| 02/26/19 | Misti M. Schmidt | | | |
| P300 | Review transaction status report and correspond re same. | 0.10 | 450.00 | 45.00 |
| 02/27/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.80 | 648.00 | 518.40 |
| 02/28/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| | SERVICES TOTAL | 2.60 | | $1,665.00 |
| | Previous Due | | $ | 1,063.00 |
| | Total Due | | $ | 2,728.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Matthew Dudley

| Re: | Case Name: | Hinkley CA Purchases |
| | Our File No.: | 02898-376 |
| | Corporate ID: | 501619 |

Invoice No.  322249     Statement Date: 03/21/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| W. Wilson, Michael | MRW | $302.00 | 1.60 | 483.20 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| C100 | Fact Gathering | 1.60 | 483.20 |
| | SERVICES TOTAL: | 1.60 | 483.20 |

Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | $483.20 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Matthew Dudley

Re:       Case Name:      Hinkley CA Purchases
             Our File No.:       02898-376
             Corporate ID:     501619

Invoice No.  322249     Statement Date:  03/21/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through February 28, 2019 | $ | 483.20 |
| Costs Advanced through February 28, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 483.20 |
| Unpaid Balance Forward | $ | 46,712.07 |
| Total Now Due | $ | 47,195.27 |

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   02898
Matter   376
Invoice  322249

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/13/19 | Michael W. Wilson | | | |
| C100 | Telephone call with E. Applegate regarding Reder purchase agreement and closing. | 0.80 | 302.00 | 241.60 |
| 02/14/19 | Michael W. Wilson | | | |
| C100 | Telephone call with E. Applegate regarding Reder proforma. | 0.20 | 302.00 | 60.40 |
| 02/20/19 | Michael W. Wilson | | | |
| C100 | Correspond with M. Dudley regarding escrow status. | 0.30 | 302.00 | 90.60 |
| 02/21/19 | Michael W. Wilson | | | |
| C100 | Update BUSD license agreement. | 0.30 | 302.00 | 90.60 |
| | SERVICES TOTAL | 1.60 | | $483.20 |
| | Previous Due | | $ | 46,712.07 |
| | Total Due | | $ | 47,195.27 |

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|-----|------------|-----------------------------------------------|
|     | Our File No.: | 02898-799 |
|     | Corporate ID: | 1305080 |

Invoice No.  322263        Statement Date:  03/21/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 42.10 | 27,280.80 |
| P. Collins, Leah | LPC | $334.00 | 17.00 | 5,678.00 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 2.70 | 1,749.60 |
| P240 | Real and Personal Property | 17.00 | 5,678.00 |
| P300 | Structure/Strategy/Analysis | 1.70 | 1,101.60 |
| P400 | Initial Document Preparation/Filing | 29.70 | 19,245.60 |
| P500 | Negotiation/Revision/Responses | 8.00 | 5,184.00 |
| | SERVICES TOTAL: | 59.10 | 32,958.80 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred                        0.00

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|---|---|---|
| | Our File No.: | 02898-799 |
| | Corporate ID: | 1305080 |

Invoice No.  322263          Statement Date:  03/21/2019

Invoice Total                                                    $32,958.80

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:     Case Name:      Contract Review - Real Estate / Shared Services
        Our File No.:   02898-799
        Corporate ID:   1305080

            Invoice No.  322263      Statement Date: 03/21/2019

    * * * * * * * * * *  BILLING SUMMARY  * * * * * * * * * *

    Summary of Current Activity:

    Fees for Professional Services Rendered
        through February 28, 2019            $        32,958.80

    Costs Advanced through February 28, 2019  $             0.00

    Current Invoice Subtotal                  $        32,958.80

    Unpaid Balance Forward                    $        47,573.70

    Total Now Due                             $        80,532.50

Pacific Gas and Electric Company
03/21/2019
Page 4

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/19 | Barbara Milanovich | | | |
| P100 | Opera Plaza: Draft Request for Approval of Lease Amendment. | 1.00 | 648.00 | 648.00 |
| 02/06/19 | Barbara Milanovich | | | |
| P300 | Participate in call with Michael Bond of Weil Gotshal, W. Coleman, M. Redford and J. Criswell regarding effect of bankruptcy filing on real estate transactions (leases, lease amendments, purchase agreements). | 1.00 | 648.00 | 648.00 |
| 02/08/19 | Barbara Milanovich | | | |
| P400 | Review email from W. Coleman re lease option exercise notices (0.2), Conference with L. Collins re drafting notices (0.2), Attention to drafting form Shopping Center Lease for new customer service offices (0.5). | 0.90 | 648.00 | 583.20 |
| 02/11/19 | Barbara Milanovich | | | |
| P500 | University, Berkeley Lease: Review Landlord's response to PG&E's mark-up of Lease. | 0.70 | 648.00 | 453.60 |
| 02/11/19 | Barbara Milanovich | | | |
| P400 | Manteca Lease: Review letter of intent (0.5), Begin drafting Thirteenth Amendment to Lease (1.0). | 1.50 | 648.00 | 972.00 |
| 02/11/19 | Barbara Milanovich | | | |
| P300 | Exchange emails with W. Coleman re form of notice exercising Lease options to extend. | 0.20 | 648.00 | 129.60 |
| 02/11/19 | Leah P. Collins | | | |
| P240 | Church Street, Guerneville: Prepare option notice. | 0.50 | 334.00 | 167.00 |

E-BILLED

Pacific Gas and Electric Company
03/21/2019
Page 5

Client  02898
Matter  799
Invoice  322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/11/19 | Leah P. Collins | | | |
| P240 | Church Street, Guerneville: Discuss notice with J. Criswell. | 0.20 | 334.00 | 66.80 |
| 02/11/19 | Leah P. Collins | | | |
| P240 | Church Street, Guerneville: Review lease documents. | 0.50 | 334.00 | 167.00 |
| 02/11/19 | Leah P. Collins | | | |
| P240 | 4115 Arrow, Bakersfield: Review lease documents. | 0.50 | 334.00 | 167.00 |
| 02/12/19 | Barbara Milanovich | | | |
| P500 | University Avenue, Berkeley Lease: Telephone conference with J. Criswell re Landlord's revisions to PG&E's Lease mark-up (1.5), Read email from J. Criswell re open issues (0.2), Revise Lease (2.3), Transmit clean and redline copies for internal review (0.2). | 4.20 | 648.00 | 2,721.60 |
| 02/12/19 | Barbara Milanovich | | | |
| P400 | 4115 Arrow, Bakersfield: Review option exercise notice (0.2), Conference with L. Collins re same (0.2), 4201 Arrow, Bakersfield: Review Option exercise notice (0.2), 14040 Church St., Guerneville: Review option exercise notice (0.2). | 0.80 | 648.00 | 518.40 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 4201 Arrow, Bakersfield: Review lease documents to prepare option renewal notice. | 0.50 | 334.00 | 167.00 |

UNBILLED

Pacific Gas and Electric Company
03/21/2019
Page 6

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/12/19 | Leah P. Collins | | | |
| P240 | 4115 Arrow, Bakersfield: Prepare option renewal notice. | 0.90 | 334.00 | 300.60 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 325 N. Forbes, Lakeport: Review lease documents to prepare option renewal notice. | 0.50 | 334.00 | 167.00 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 325 Forbes, Lakeport: Prepare option renewal notice. | 0.80 | 334.00 | 267.20 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 14040 Church, Guerneville: Prepare option renewal notice. | 0.80 | 334.00 | 267.20 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 301 N. Forbes, Lakeport: Prepare option renewal notice. | 0.80 | 334.00 | 267.20 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 4201 Arrow, Bakersfield: Prepare option renewal notice. | 0.90 | 334.00 | 300.60 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 4115 Arrow, Bakersfield: Review lease documents to prepare option renewal notice. | 0.50 | 334.00 | 167.00 |
| 02/12/19 | Leah P. Collins | | | |
| P240 | 301 N. Forbes, Lakeport: Review lease documents to prepare option renewal notice. | 0.50 | 334.00 | 167.00 |

E-BILLED

Pacific Gas and Electric Company
03/21/2019
Page 7

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/13/19 | Barbara Milanovich | | | |
| P400 | Yosemite Ave., Manteca: Draft Thirteenth Amendment to Lease. | 1.80 | 648.00 | 1,166.40 |
| 02/13/19 | Barbara Milanovich | | | |
| P400 | Review various lease option exercise notices (0.3), and conference with L. Collins re same (0.2). | 0.50 | 648.00 | 324.00 |
| 02/13/19 | Barbara Milanovich | | | |
| P500 | University Ave., Berkeley: Review comments from J. Criswell (0.2), Revise Lease (0.4), Transmit clean and redline copies of Lease to W. Coleman (0.2). | 0.80 | 648.00 | 518.40 |
| 02/13/19 | Leah P. Collins | | | |
| P240 | Church Street, Guerneville: Revise Option Notice. | 0.40 | 334.00 | 133.60 |
| 02/13/19 | Leah P. Collins | | | |
| P240 | 4115 Arrow, Bakersfield: Revise Option Notice. | 0.30 | 334.00 | 100.20 |
| 02/13/19 | Leah P. Collins | | | |
| P240 | 4201 Arrow, Bakersfield: Revise Option Notice. | 0.30 | 334.00 | 100.20 |
| 02/13/19 | Leah P. Collins | | | |
| P240 | 301 N. Forbes, Lakeport: Revise Option Notice. | 0.30 | 334.00 | 100.20 |
| 02/13/19 | Leah P. Collins | | | |
| P240 | 325 N. Forbes, Lakeport: Revise Option Notice. | 0.30 | 334.00 | 100.20 |

E-BILLED

Pacific Gas and Electric Company
03/21/2019
Page 8

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/14/19 | Barbara Milanovich | | | |
| P400 | Yosemite Ave., Manteca Lease: Finalize initial draft of Thirteenth Amendment and transmit clean and redline copies to J. Criswell (0.6), Telephone conference with J. Criswell re same (0.3), Revise Amendment and transmit to W. Coleman (0.3). | 1.20 | 648.00 | 777.60 |
| 02/14/19 | Barbara Milanovich | | | |
| P400 | Silverado, Napa Lease: Review notice exercising option. | 0.20 | 648.00 | 129.60 |
| 02/14/19 | Leah P. Collins | | | |
| P240 | Silverado Trail, Napa: Draft Option Renewal Notice. | 0.70 | 334.00 | 233.80 |
| 02/15/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced Lease: Review letter of intent (.8), Telephone conference with J. Criswell re letter of intent (1.1), Begin drafting Lease (3.5). | 5.40 | 648.00 | 3,499.20 |
| 02/15/19 | Barbara Milanovich | | | |
| P100 | Read and respond to email from W. Coleman re approval process for documents. | 0.20 | 648.00 | 129.60 |
| 02/15/19 | Leah P. Collins | | | |
| P240 | Read and respond to correspondence related to option notices. | 0.50 | 334.00 | 167.00 |
| 02/17/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced Lease: Work on draft Lease, including incorporating provisions of letter of intent. | 3.30 | 648.00 | 2,138.40 |

Pacific Gas and Electric Company
03/21/2019
Page 9

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/19/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced: Telephone conference with J. Criswell re permit contingency and delays (0.2), Work on draft Lease (2.2). | 2.40 | 648.00 | 1,555.20 |
| 02/20/19 | Barbara Milanovich | | | |
| P400 | 3080 M St., Merced: Work on draft Lease, including operating expenses. | 1.50 | 648.00 | 972.00 |
| 02/20/19 | Barbara Milanovich | | | |
| P100 | Read email re exercise of holdover right under Merced Lease (0.1), Review emails relating to bankruptcy provisions (0.7). | 0.80 | 648.00 | 518.40 |
| 02/21/19 | Barbara Milanovich | | | |
| P500 | University, Berkeley CSO Lease: Telephone conference with J. Criswell re business terms (0.3), Revise Lease (0.5), Transmit clean and redline copies to J. Criswell (0.2). | 1.00 | 648.00 | 648.00 |
| 02/21/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced: Finalize working draft of Lease (1.0) and transmit to J. Criswell (0.2). | 1.20 | 648.00 | 777.60 |
| 02/21/19 | Barbara Milanovich | | | |
| P400 | 3185 M Street, Merced: Review notice exercising right to holdover (0.5), Revise Opera Plaza Lease Amendment to incorporate bankruptcy provision (0.5) and transmit clean and redline copies to J. Criswell (0.1), Revise Caruthers Lease Amendment to incorporate bankruptcy provision (0.5), and transmit clean and redline copies to J. Criswell (0.1), Review revised Roseville Amendment (0.4), Read email correspondence relating to status of various transactions and potential transactions (0.4). | 2.50 | 648.00 | 1,620.00 |

UNBILLED

Pacific Gas and Electric Company
03/21/2019
Page 10

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/21/19 | Leah P. Collins | | | |
| P240 | Conference with B. Milanovich on bankruptcy provisions to be added to documents. | 0.40 | 334.00 | 133.60 |
| 02/21/19 | Leah P. Collins | | | |
| P240 | Roseville Lease: Revise Tenth Amendment to Lease. | 0.60 | 334.00 | 200.40 |
| 02/21/19 | Leah P. Collins | | | |
| P240 | 3185 M Street, Merced: Review lease documents to prepare holdover notice. | 0.30 | 334.00 | 100.20 |
| 02/21/19 | Leah P. Collins | | | |
| P240 | 3185 M Street, Merced: Draft Holdover Option Notice. | 0.90 | 334.00 | 300.60 |
| 02/22/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced: Telephone conference with J. Criswell re Lease draft (1.0), Begin revising Lease (1.8). | 2.80 | 648.00 | 1,814.40 |
| 02/22/19 | Barbara Milanovich | | | |
| P100 | Conference with L. Collins re preparation of chart to track status of documents (0.2), and review initial draft (0.3). | 0.50 | 648.00 | 324.00 |
| 02/22/19 | Leah P. Collins | | | |
| P240 | 3185 M Street, Merced: Draft Holdover Exercise Letter. | 0.80 | 334.00 | 267.20 |

Pacific Gas and Electric Company
03/21/2019
Page 11

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/22/19 | Leah P. Collins | | | |
| P240 | 3185 M Street, Merced: Read and respond to correspondence related to distribution of holdover exercise notice. | 0.20 | 334.00 | 66.80 |
| 02/22/19 | Leah P. Collins | | | |
| P240 | Discuss bankruptcy tracking chart with B. Milanovich. | 0.40 | 334.00 | 133.60 |
| 02/22/19 | Leah P. Collins | | | |
| P240 | Prepare bankruptcy tracking chart for all document requests. | 1.00 | 334.00 | 334.00 |
| 02/23/19 | Barbara Milanovich | | | |
| P400 | 3080 M Street, Merced: Revise Lease (1.0), and transmit clean and redline copies to J. Criswell (0.2). | 1.20 | 648.00 | 777.60 |
| 02/25/19 | Barbara Milanovich | | | |
| P400 | Revise six (6) option exercise notices to add bankruptcy provision (1.2), Review Turlock option exercise notice (0.4), Review Addison St., Berkeley CSO option exercise notice (0.4). | 2.00 | 648.00 | 1,296.00 |
| 02/25/19 | Barbara Milanovich | | | |
| P500 | 3080 M Street, Merced: Review email from J. Criswell (0.1), Revise Lease and transmit same (0.2). | 0.30 | 648.00 | 194.40 |
| 02/25/19 | Leah P. Collins | | | |
| P240 | Addison, Berkeley: Review documents in connection with preparing Option Notice. | 0.60 | 334.00 | 200.40 |

RE-BILLED

Pacific Gas and Electric Company
03/21/2019
Page 12

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 02/25/19 | Leah P. Collins | | | |
| P240 | 135 N. Center St, Turlock: Prepare Option Notice. | 0.60 | 334.00 | 200.40 |
| 02/25/19 | Leah P. Collins | | | |
| P240 | Exchange correspondence with W. Coleman and J. Criswell regarding current status of option notices and bankruptcy review. | 0.20 | 334.00 | 66.80 |
| 02/25/19 | Leah P. Collins | | | |
| P240 | Discuss option notice status with B. Milanovich. | 0.20 | 334.00 | 66.80 |
| 02/25/19 | Leah P. Collins | | | |
| P240 | Update tracking chart for option notice statuses. | 0.10 | 334.00 | 33.40 |
| 02/26/19 | Barbara Milanovich | | | |
| P400 | 226 East Yosemite Ave., Manteca: Revise Thirteenth Amendment to add bankruptcy provision (0.3), Transmit clean and redline copies to J. Criswell (0.2). | 0.50 | 648.00 | 324.00 |
| 02/27/19 | Barbara Milanovich | | | |
| P100 | Read emails from W. Coleman re: status of bankruptcy approvals. | 0.20 | 648.00 | 129.60 |
| 02/27/19 | Barbara Milanovich | | | |
| P500 | University Avenue, Berkeley: Telephone call with J. Criswell (0.20), Conference call with Landlord and Landlord's attorney (0.8). | 1.00 | 648.00 | 648.00 |

NOT BILLED

Pacific Gas and Electric Company
03/21/2019
Page 13

Client 02898
Matter 799
Invoice 322263

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/28/19 | Barbara Milanovich | | | |
| P300 | Participate in conference call with M. Bond, W. Coleman, M. Redford and J. Criswell to discuss bankruptcy approval process. | 0.50 | 648.00 | 324.00 |
| | SERVICES TOTAL | 59.10 | | $32,958.80 |
| | Previous Due | | $ | 47,573.70 |
| | Total Due | | $ | 80,532.50 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:       Case Name:     LCC Conservation Easement Compliance
              Our File No.:      16213-058
              Corporate ID:     1706805

Invoice No. 322031     Statement Date: 01/31/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 0.70 | 453.60 |
| M. Schmidt, Misti | MMS | $450.00 | 0.40 | 180.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 1.10 | 633.60 |
| | SERVICES TOTAL: | 1.10 | 633.60 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred       0.00

Invoice Total       $633.60

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:  Case Name:  LCC Conservation Easement Compliance
     Our File No.:  16213-058
     Corporate ID:  1706805

Invoice No.  322031     Statement Date: 01/31/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---:|
| Fees for Professional Services Rendered through January 31, 2019 | $ | 633.60 |
| Costs Advanced through January 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 633.60 |
| Unpaid Balance Forward | $ | 8,733.30 |
| Total Now Due | $ | 9,366.90 |

UN-BILLED

Pacific Gas and Electric Company
01/31/2019
Page 3

Client 16213
Matter 058
Invoice 322031

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 01/29/19 | Misti M. Schmidt | | | |
| P300 | Review revised AWPs (.3) and confer with D. Sands re same (.1). | 0.40 | 450.00 | 180.00 |
| 01/30/19 | Douglas C. Sands | | | |
| P300 | Correspondence with AWPs (.1), review documents (.6). | 0.70 | 648.00 | 453.60 |
| | SERVICES TOTAL | 1.10 | | $633.60 |
| | Previous Due | | $ | 8,733.30 |
| | Total Due | | $ | 9,366.90 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Michelle Wilson

| Client | 16213 | Current Fees | $463.00 |
| Matter | 056 | Current Costs | 109.50 |
| Date | 03/21/2019 | | |
| Invoice | 322232 | Total Current Due | $572.50 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: CPUC Regulatory Investigation

Date 03/21/2019
Invoice 322232

For Professional Services Rendered and Costs Advanced through 01/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 01/29/19 | Viet Doan | |
| | Prepare two encrypted thumb drives for produced documents, confidential and non-confidential documents. | 2.20 |
| 01/29/19 | Yasmin L. Jayasuriya | |
| | Review flash drives and check ability to open with passwords. | 0.30 |
| | Total Hours | 2.50 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|

Case: 19-30088   Doc# 3679-4   Filed: 08/23/19   Entered: 08/23/19 15:40:17   Page 39 of 62

Pacific Gas and Electric Company
03/21/2019
Page 2

Client 16213
Matter 056
Invoice 322232

| | | | |
|---|---|---|---|
| Yasmin L. Jayasuriya | 0.30 | 260.00 | 78.00 |
| Viet Doan | 2.20 | 175.00 | 385.00 |
| | | Total Current Fees | $463.00 |

| Costs Advanced | Amount |
|---|---|
| Messenger Service - Specialized Legal Services, Inc. | 70.00 |
| Messenger Service - Specialized Legal Services, Inc. | 39.50 |
| Total Current Costs | $109.50 |
| Invoice Total | $572.50 |

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Client | 16213 | | Current Fees | $1,172.50 |
|--------|-------|---|--------------|-----------|
| Matter | 060 | | Current Costs | 0.00 |
| Date | 03/21/2019 | | | |
| Invoice | 322233 | | Total Current Due | $1,172.50 |
| Attorney | Sean P. Coyle | | | |

---

Pacific Gas and Electric Company                     Date 03/21/2019
Re: DWR - Oroville Dam                                Invoice 322233

For Professional Services Rendered and Costs Advanced through 01/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 01/29/19 | Viet Doan | |
| | Download produced documents and update production database, volume DWR005 and DWR006. | 2.30 |
| 01/30/19 | Mark L. Hejinian | |
| | Draft and revise stipulation to extend deadline to submit damages questionnaire. | 0.90 |

Pacific Gas and Electric Company
03/21/2019
Page 2

Client 16213
Matter 060
Invoice 322233

| 01/30/19 | Sean P. Coyle | |
|---|---|---|
| | Attention to request for stipulation to extend deadline for submitting damages questionnaire. | 0.40 |
| 01/31/19 | Mark L. Hejinian | |
| | Finalize and file stipulation to extend deadline to submit damages questionnaire. | 0.40 |
| 01/31/19 | Sean P. Coyle | |
| | Call with M. Sweeney regarding stipulation to extend deadline for damages questionnaire. | 0.10 |

Total Hours 4.10

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 0.50 | 500.00 | 250.00 |
| Mark L. Hejinian | 1.30 | 400.00 | 520.00 |
| Viet Doan | 2.30 | 175.00 | 402.50 |

Total Current Fees $1,172.50

Invoice Total $1,172.50

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Gregory A. Ritter

| Re: | Case Name: | Salinas MGP / California Water Service Company Purchase |
|-----|------------|--------------------------------------------------------|
|     | Our File No.: | 16213-043 |
|     | Corporate ID: | 100247 |

Invoice No. 322259        Statement Date: 03/21/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| W. Wilson, Michael | MRW | $302.00 | 0.30 | 90.60 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 0.30 | 90.60 |
| | SERVICES TOTAL: | 0.30 | 90.60 |

Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | $90.60 |

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Gregory A. Ritter

Re:      Case Name:      Salinas MGP / California Water Service Company Purchase
         Our File No.:      16213-043
         Corporate ID:      100247

Invoice No. 322259      Statement Date: 03/21/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through January 31, 2019 | $ | 90.60 |
| Costs Advanced through January 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 90.60 |
| Unpaid Balance Forward | $ | 0.00 |
| Total Now Due | $ | 90.60 |

E-BILLED

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   16213
Matter   043
Invoice   322259

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 01/30/19 | Michael W. Wilson | | | |
| C100 | Confirm owner's title policy and forward closing documents to S. McClure. | 0.30 | 302.00 | 90.60 |
| | SERVICES TOTAL | 0.30 | | $90.60 |
| | Previous Due | | $ | 0.00 |
| | Total Due | | $ | 90.60 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Michelle Wilson

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $0.00 |
| Matter | 056 | Current Costs | 633.37 |
| Date | 04/19/2019 | | |
| Invoice | 323419 | Total Current Due | $633.37 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: CPUC Regulatory Investigation

Date 04/19/2019
Invoice 323419

For Professional Services Rendered and Costs Advanced through 01/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| | | Total Current Fees | $0.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Outside Copying Charges – United Litigation Discovery | | 633.37 |
| | Total Current Costs | $633.37 |
| | Invoice Total | $633.37 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:        Case Name:      LCC Conservation Easement Compliance
            Our File No.:      16213-058
            Corporate ID:    1706805

Invoice No.  322032     Statement Date: 03/14/2019

### SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 3.40 | 2,203.20 |
| M. Schmidt, Misti | MMS | $450.00 | 1.60 | 720.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 5.00 | 2,923.20 |
| | SERVICES TOTAL: | 5.00 | 2,923.20 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred        0.00

Invoice Total        **$2,923.20**

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:  Case Name:  LCC Conservation Easement Compliance
     Our File No.:  16213-058
     Corporate ID:  1706805

Invoice No.  322032     Statement Date: 03/14/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through February 28, 2019 | $ | 2,923.20 |
| Costs Advanced through February 28, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 2,923.20 |
| Unpaid Balance Forward | $ | 9,366.90 |
| Total Now Due | $ | 12,290.10 |

Pacific Gas and Electric Company
03/14/2019
Page 3

Client 16213
Matter 058
Invoice 322032

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/19 | Douglas C. Sands | | | |
| P300 | Review annual work plans (2.3), conference call re same (1.1). | 3.40 | 648.00 | 2,203.20 |
| 02/04/19 | Misti M. Schmidt | | | |
| P300 | Prepare for (.5) and attend LCC team call re 2018 AWPs (1.1). | 1.60 | 450.00 | 720.00 |
| | SERVICES TOTAL | 5.00 | | $2,923.20 |
| | Previous Due | | $ | 9,366.90 |
| | Total Due | | $ | 12,290.10 |

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

| | | | |
|---|---|---|---:|
| Client | 16213 | Current Fees | $1,150.00 |
| Matter | 056 | Current Costs | 13.78 |
| Date | 03/21/2019 | | |
| Invoice | 322234 | Total Current Due | $1,163.78 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company                                Date 03/21/2019
Re: CPUC Regulatory Investigation                               Invoice 322234

For Professional Services Rendered and Costs Advanced through 02/28/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|------|--------------------------|------:|
| 02/13/19 | Sean P. Coyle | |
| | Call with client regarding case status. | 0.80 |
| 02/14/19 | Sean P. Coyle | |
| | Attention to presentation materials to be sent to G. Heiden of SED. | 0.30 |
| 02/20/19 | Sean P. Coyle | |
| | Draft correspondence to OII parties regarding scheduling of meet and confer. | 0.30 |

Pacific Gas and Electric Company                Client  16213
03/21/2019                                          Matter  056
Page 2                                               Invoice  322234

| Date | Professional | Description | Hours |
|------|--------------|-------------|-------|
| 02/26/19 | Sean P. Coyle | Prepare for and attend call with client regarding judge's email ruling, upcoming meet and confer, and internal client messaging regarding strategic issues, and draft email to OII parties regarding meet and confer. | 0.70 |
| 02/27/19 | Sean P. Coyle | Correspondence with OII parties regarding meet and confer. | 0.20 |
| | | Total Hours | 2.30 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Sean P. Coyle | 2.30 | 500.00 | 1,150.00 |
| | | Total Current Fees | $1,150.00 |

**Costs Advanced**                                   **Amount**

| | Amount |
|---|--------|
| Taxi - Sean Coyle | 13.78 |
| Total Current Costs | $13.78 |
| Invoice Total | $1,163.78 |

EXHIBIT FILED

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Client | 16213 | Current Fees | $6,487.50 |
|--------|-------|--------------|-----------|
| Matter | 060 | Current Costs | 0.00 |
| Date | 03/21/2019 | | |
| Invoice | 322235 | Total Current Due | $6,487.50 |
| Attorney | Sean P. Coyle | | |

---

Pacific Gas and Electric Company                                    Date 03/21/2019
Re: DWR - Oroville Dam                                            Invoice 322235

For Professional Services Rendered and Costs Advanced through 02/28/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 02/04/19 | Mark L. Hejinian | |
| | Attention to CMC statement. | 0.40 |
| 02/05/19 | Mark L. Hejinian | |
| | Attention to CMC statement. | 0.20 |
| 02/06/19 | Viet Doan | |
| | Download DWR production volume DWR007 and volume DWR008, and update production database. | 2.60 |

Pacific Gas and Electric Company
03/21/2019
Page 2

Client   16213
Matter   060
Invoice   322235

| 02/07/19 | Viet Doan | |
|---|---|---|
| | Update production database with volume DWR008. | 0.80 |
| 02/07/19 | Viet Doan | |
| | Document process and update production database, volumes BEEMAN000001 - BEEMAN000069, DYER000001 - DYER000014, GARCIA000001 - GARCIA000009. | 0.60 |
| 02/14/19 | Sean P. Coyle | |
| | Prepare for and attend call with client regarding case status. | 0.50 |
| 02/15/19 | Sean P. Coyle | |
| | Prepare for, travel to and from, and attend case management conference. | 4.50 |
| 02/19/19 | Mark L. Hejinian | |
| | Attention to fact gathering and discovery. | 0.20 |
| 02/19/19 | Sean P. Coyle | |
| | Draft summary of CMC and status of damages questionnaire for client. | 0.50 |
| 02/21/19 | Mark L. Hejinian | |
| | Revise damages questionnaire and call with client re: same. | 0.90 |
| 02/21/19 | Viet Doan | |
| | Process produced documents and upload onto Concordance database. | 1.60 |
| 02/21/19 | Sean P. Coyle | |
| | Call with G. Gabbard regarding damages questionnaire. | 0.20 |

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 02/22/19 | Mark L. Hejinian | Attention to verification for damages questionnaire. | 0.20 |
| 02/22/19 | Viet Doan | Download production volume DWR009 and upload to Concordance database. | 3.90 |
| 02/22/19 | Sean P. Coyle | Attention to verification for damages questionnaire. | 0.40 |
| 02/25/19 | Mark L. Hejinian | Attention to damages questionnaire. | 0.20 |
| 02/25/19 | Viet Doan | Process produced documents and upload onto Concordance database. | 2.20 |
| 02/25/19 | Sean P. Coyle | Analyze and finalize damages questionnaire for review by G. Gabbard, and draft correspondence to client regarding same. | 1.10 |

Total Hours  21.00

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 7.20 | 500.00 | 3,600.00 |
| Mark L. Hejinian | 2.10 | 400.00 | 840.00 |
| Viet Doan | 11.70 | 175.00 | 2,047.50 |

Total Current Fees  $6,487.50

Invoice Total  $6,487.50

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | Lyons Land and Cattle, Merced |
| | Our File No.: | 16213-047 |
| | Corporate ID: | 1606602 |

Invoice No. 322261    Statement Date: 03/21/2019

## SUMMARY of CHARGES

## Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 0.10 | 64.80 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P700 | Post-Completion/Post-Closing | 0.10 | 64.80 |
| | SERVICES TOTAL: | 0.10 | 64.80 |

### Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

| Invoice Total | $64.80 |
|---|---|

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:       Lyons Land and Cattle, Merced
         Our File No.:     16213-047
         Corporate ID:     1606602

Invoice No.  322261       Statement Date:  03/21/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through February 28, 2019 | $ | 64.80 |
| Costs Advanced through February 28, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 64.80 |
| Unpaid Balance Forward | $ | 1,425.60 |
| Total Now Due | $ | 1,490.40 |

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   16213
Matter   047
Invoice   322261

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 02/15/19 | Barbara Milanovich | | | |
| P700 | Read email from B. Lyons re status of MID pipeline construction. | 0.10 | 648.00 | 64.80 |
| | SERVICES TOTAL | 0.10 | | $64.80 |
| | Previous Due | | $ | 1,425.60 |
| | Total Due | | $ | 1,490.40 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:         Case Name:      Sale of Sheridan Property Area (Placer Co.)
            Our File No.:    16213-084
            Corporate ID:    1807273

Invoice No.  322265         Statement Date:  03/21/2019

### SUMMARY of CHARGES

### Summary of Time

| L. Spezeski, Joy | JLS | $369.00 | 0.10 | 36.90 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P240 | Real and Personal Property | 0.10 | 36.90 |
| | SERVICES TOTAL: | 0.10 | 36.90 |

Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

| Invoice Total | $36.90 |
|---|---|

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:    Case Name:      Sale of Sheridan Property Area (Placer Co.)
       Our File No.:    16213-084
       Corporate ID:    1807273

Invoice No. 322265       Statement Date: 03/21/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

Fees for Professional Services Rendered
    through February 28, 2019                    $          36.90

Costs Advanced through February 28, 2019         $           0.00

Current Invoice Subtotal                         $          36.90

Unpaid Balance Forward                           $         622.00

Total Now Due                                    $         658.90

Case: 19-30088    Doc# 3679-4    Filed: 08/23/19    Entered: 08/23/19 15:40:17    Page 59
of 62

Pacific Gas and Electric Company
03/21/2019
Page 3

Client   16213
Matter   084
Invoice   322265

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/06/19 | Joy L. Spezeski | | | |
| P240 | Update client records with executed escrow termination instructions. | 0.10 | 369.00 | 36.90 |
| | SERVICES TOTAL | 0.10 | | $36.90 |
| | Previous Due | | $ | 622.00 |
| | Total Due | | $ | 658.90 |

E-BILLED

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Client | 16213 | | Current Fees | $0.00 |
|--------|-------|---|--------------|-------|
| Matter | 060 | | Current Costs | 217.50 |
| Date | 04/19/2019 | | | |
| Invoice | 323420 | | Total Current Due | $217.50 |
| Attorney | Sean P. Coyle | | | |

---

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 04/19/2019
Invoice 323420

For Professional Services Rendered and Costs Advanced through 02/28/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| | | Total Current Fees | $0.00 |

| Costs Advanced | Amount |
|----------------|--------|
| Filing Fee - One Legal, Inc. | 112.50 |
| Other Outside Services - CaseHomePage DBA ExtraAccess Services, Inc. | 105.00 |
| Total Current Costs | $217.50 |

Pacific Gas and Electric Company
04/19/2019
Page 2

Client   16213
Matter   060
Invoice  323420

Invoice Total          $217.50

