# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28 2019**

| Costs Advanced | Amount |
| --- | --- |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 322232) | $70.00 |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 322232) | $39.50 |
| Taxi – Sean Coyle (Invoice 322234) | $13.78 |
| Discovery Vendor Litigation Binders/Copying – United Litigation Discovery (Invoice 323419) | $633.37 |
| Filing Fee – OneLegal (Invoice 323420) | $112.50 |
| Sacramento Superior Court Website Subscription Fee for Case No. JCCP4974 – CaseHomePage (Invoice 323420) | $105.00 |
| **Total Costs Requested:** | **$974.15** |