Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>         **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SECOND NOTICE OF CONTINUED HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES**<br><br>Date: September 25, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16 Floor<br>       San Francisco, CA 94102<br><br>Objection Deadline: September 18, 2019 at 4:00 p.m. |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on July 12, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed the *Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules* [Dkt. No. 2964] (the "**Motion**"). Concurrently with the Motion, the TCC filed a notice of hearing [Dkt. No. 2966], which stated that: (1) the hearing on the Motion would be held on August 13, 2019 at 9:30 a.m.; (2) any oppositions or responses to the Application must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 30, 2019; (3) all oppositions and responses must be filed and served pursuant to the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] ("**Case Management Order**"); and (4) any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order. On July 25, 2019, PG&E filed a *Stipulation to Extend Time to Object* to August 7 [Dkt. No. 3204]. On August 9, 2019, the TCC filed a *Notice of Continued Hearing* [Dkt. No. 3485] continuing the hearing to August 28, 2019 at 9:30 a.m. On August 20, 2019, PG&E filed a *Second Stipulation* [Dkt. No. 3622] continuing its deadline to object to the Motion to August 23, 2019.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be **continued** from its hearing date of August 28, 2019 to the omnibus hearing on **September 25, 2019 at 9:30 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The deadline for parties to file responses or oppositions to the Application is extended to **September 18, 2019 at 4:00 p.m. (Pacific Time).** All oppositions and responses must be filed and served pursuant to the Case Management Order. **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order**. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 23, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Lars Fuller*
Lars Fuller

*Counsel for The Official Committee of Tort Claimant*