# Exhibit C

**Comparison of Budgeted to Actual Fees Sought During the Compensation Period**

| Period | Fees and Expenses Budgeted Under DIP Budget[1] | Fees and Expenses Sought |
|---|---|---|
| Petition Date – February 28, 2019 | $8,625,000 | $7,761,592.51 |
| March 2019 | 8,625,000 | 8,136,217.40 |
| April 2019 | 8,625,000 | 7,819,144.83 |
| May 2019 | 8,625,000 | 7,648,206.08 |
| | $34,500,000.00 | $31,365,160.82 |

---

[1] The "mid-case" budget between Debtors and Cravath, Swaine & Moore LLP, as amended April 29, 2019, which included an estimate of expenses for retained experts.