**Exhibit D**

Cravath works with the Debtors in determining the appropriate staffing for all matters, and proactively seeks opportunities to leverage the Debtors' in-house legal and business resources whenever it is reasonable and cost-effective to do so. Cravath avoids duplication of effort when handling Debtor matters. Cravath makes reasonable efforts to maintain continuity in its staffing and provides the Debtors with ample notification if any material changes to staffing are made. In these Chapter 11 Cases and the related regulatory, investigative, criminal and litigation matters, staffing needs are fluid, and Cravath periodically changes the composition of certain members of its team to provide adequate resources or avoid duplication.