United States Bankruptcy Court
Northern District of California

In re:
PG&E Corporation
Debtor

Case No. 19-30088-DM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-3 User: bgapuz Page 1 of 20 Date Rcvd: Aug 21, 2019
Form ID: pdfeoc Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.

db +PG&E Corporation, 77 Beale Street, P.O. Box 770000, San Francisco, CA 94177-0001
+PG&E Corporation and, Pacific Gas and Electric Company, Attn: Janet Loduca, 77 Beale Street, P.O. Box 770000, San Francisco, CA 94105-1814
U.S. Nuclear Regulatory Commission, Attn: General Counsel, Washington, D.C. 205550001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association asmith@lockelord.com, autodocket@lockelord.com
Aaron J. Mohamed on behalf of Plaintiff Mike Elward ajm@brereton.law, aaronmohamedlaw@gmail.com
Aaron J. Mohamed on behalf of Plaintiff Mark Elward ajm@brereton.law, aaronmohamedlaw@gmail.com
Abigail O'Brient on behalf of Creditor Marin Clean Energy aobrient@mintz.com, docketing@mintz.com
Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com, brett.stone@dechert.com
Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc. adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
Alan I. Nahmias on behalf of Creditor EN Engineering, LLC anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors AStone@milbank.com, DMcCracken@Milbank.com
Alan W. Kornberg on behalf of Creditor California Public Utilites Commision akornberg@paulweiss.com
Alan W. Kornberg on behalf of Creditor California Public Utilities Commission akornberg@paulweiss.com
Alexander James Demitro Lewicki on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com, alewicki@diemerwei.com
Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com, alewicki@diemerwei.com
Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc. allie.horwitz@dinsmore.com
Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC allie.horwitz@dinsmore.com
Alicia Clough on behalf of Interested Party California Power Exchange Corporation aclough@loeb.com
Alicia Clough on behalf of Interested Party Capital Power Corporation aclough@loeb.com
Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities Commission alisa.lacey@stinson.com, karen.graves@stinson.com
Allan Robert Rosin on behalf of Creditor Goodfellow Bros. California, LLC arrosin@alr-law.com
Allan Robert Rosin on behalf of Creditor Sanco Pipelines, Inc. arrosin@alr-law.com
Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc. arrosin@alr-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan Robert Rosin on behalf of Creditor Stadtner Co., Inc. dba Sierra Electric Co. arrosin@alr-law.com
Allan Robert Rosin on behalf of Creditor McGuire and Hester arrosin@alr-law.com
Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com
Amy C. Quartarolo on behalf of Intervenor MRP San Joaquin Energy, LLC amy.quartarolo@lw.com
Amy C. Quartarolo on behalf of Intervenor Middle River Power, LLC amy.quartarolo@lw.com
Amy L. Goldman on behalf of Interested Party RE Astoria LLC goldman@lbbslaw.com
Amy L. Goldman on behalf of Interested Party Kepco California LLC goldman@lbbslaw.com
Amy L. Goldman on behalf of Creditor RE Astoria LLC goldman@lbbslaw.com
Amy S. Park on behalf of Interested Party Atlantica Yield plc amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Intervenor Willow Springs Solar 3, LLC amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Intervenor Mojave Solar LLC amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Interested Party Mojave Solar LLC amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Intervenor First Solar, Inc. amy.park@skadden.com, alissa.turnipseed@skadden.com
Amy S. Park on behalf of Interested Party First Solar, Inc. amy.park@skadden.com, alissa.turnipseed@skadden.com
Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov, efile@pbgc.gov
Andrew Jones on behalf of Creditor Sencha Funding, LLC andrew@ajoneslaw.com
Andrew Van Ornum on behalf of Creditor Bradley Concrete avanornum@vlmglaw.com, hchea@vlmglaw.com
Andrew Van Ornum on behalf of Creditor Geosyntec Consultants, Inc. avanornum@vlmglaw.com, hchea@vlmglaw.com
Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
Andrew H. Levin on behalf of Creditor Marin Clean Energy alevin@wcghlaw.com
Andrew I. Silfen on behalf of Interested Party Bank of Oklahoma Financial andrew.silfen@arentfox.com
Andrew I. Silfen on behalf of Interested Party BOKF, NA andrew.silfen@arentfox.com
Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors ALeblanc@milbank.com
Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc. kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Annadel A. Almendras on behalf of Interested Party California Department of Water Resources annadel.almendras@doj.ca.gov
Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control annadel.almendras@doj.ca.gov
Anne Andrews on behalf of Creditor Agajanian, Inc. aa@andrewsthornton.com, aandrews@andrewsthornton.com
Anne Andrews on behalf of Creditor Bennett Lane Winery LLC aa@andrewsthornton.com, aandrews@andrewsthornton.com
Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities Commission anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ayanez@willkie.com
Aram Ordubegian on behalf of Interested Party BOKF, NA Ordubegian.Aram@ArentFox.com
Ashley Vinson Crawford on behalf of Interested Party Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company avcrawford@akingump.com, tsouthwell@akingump.com
Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company avcrawford@akingump.com, tsouthwell@akingump.com
Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company avcrawford@akingump.com, tsouthwell@akingump.com
Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector bglaser@lkfirm.com
Barry S. Glaser on behalf of Interested Party The County of Placer bglaser@swesq.com
Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders bmccallen@willkie.com
Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd. byoung@jmbm.com, jb8@jmbm.com
Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S. blspiegel@jonesday.com
Bernard Kornberg on behalf of Interested Party Munich Re bjk@severson.com
Boris Kukso on behalf of Interested Party Internal Revenue Service boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc. summerst@lanepowell.com, docketing-pdx@lanepowell.com
Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 bknapp@lockelord.com, Yamille.Harrison@lockelord.com
Bradley R. Schneider on behalf of Debtor PG&E Corporation bradley.schneider@mto.com
Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC hubenb@ballardspahr.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Brian D. Huben on behalf of Creditor Campos EPC, LLC hubenb@ballardspahr.com
Brian D. Huben on behalf of Interested Party URENCO Limited hubenb@ballardspahr.com
Brittany Zummer on behalf of Creditor Mirna Trettevik bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Brittany J. Nelson on behalf of Creditor Michels Corporation bnelson@foley.com, hsiagiandraughn@foley.com
Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Interested Party Capital Dynamics, Inc., et al. bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Intervenor FTP Power LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Intervenor Capital Dynamics, Inc. bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Intervenor Enel Green Power North America, Inc. bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Interested Party FTP Power LLC, et al. bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryan L. Hawkins on behalf of Interested Party Gill Ranch Storage, LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr. bletsch@braytonlaw.com
C. Luckey McDowell on behalf of Interested Party Marsh Landing, LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Intervenor MC Shiloh IV Holdings LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party Solar Partners VIII LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Intervenor Clearway Energy, Inc. Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Intervenor NRG Energy, Inc. Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Intervenor Clearway Energy Group LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party MC Shiloh IV Holdings LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party Solar Partners II LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Intervenor TerraForm Power, Inc. Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party Marubeni Corporation Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party Shiloh IV Lessee, LLC Luckey.McDowell@Shearman.com
C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc. Luckey.McDowell@Shearman.com
Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF cameron.m.gulden@usdoj.gov
Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC caroline.reckler@lw.com
Carolyn Frederick on behalf of Interested Party The Mosaic Company cfrederick@prklaw.com
Catherine Martin on behalf of Creditor Simon Property Group cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
Catherine E. Woltering on behalf of Creditor Committee Official Committee of Tort Claimants cwoltering@bakerlaw.com
Cathy Yanni on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
Chane Buck on behalf of stockholders PG&E Shareholders cbuck@jonesday.com
Charles Scott Penner on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. penner@carneylaw.com, caragol@carneylaw.com
Charles Scott Penner on behalf of Defendant AECOM Technical Services, Inc. penner@carneylaw.com, caragol@carneylaw.com
Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors clstengel@outlook.com, stengelcheryl40@gmail.com
Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc. chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Christina Lin Chen on behalf of Creditor OneSource Supply Solutions, LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc. cprince@lesnickprince.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires chart@nutihart.com, nwhite@nutihart.com
Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc. christopher.wong@arentfox.com
Christopher O. Rivas on behalf of Counter-Claimant AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of Creditor AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of Interested Party JAN X-Ray Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of Creditor Parsons Environment & Infrastructure, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of Defendant AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher O. Rivas on behalf of Creditor Kiefner and Associates, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Christopher V. Hawkins on behalf of Creditor SLF Fire Victim Claimants hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
Christopher V. Hawkins on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov
Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. cmargulies@margulies-law.com, lsalazar@margulies-law.com
Craig S. Simon on behalf of Interested Party Wawanesa General Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party American Reliable Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Sutter Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Assurant Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party California Casualty Indemnity Exchange csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Topa Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Nautilus Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Privilege Underwriters Reciprocal Exchange csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Amica Mutual Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Crusader Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party National General Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Gencon Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Church Mutual Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Farmers Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party California FAIR Plan Association csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Zenith Insurance Company csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig S. Simon on behalf of Interested Party Nationwide Entities csimon@bergerkahn.com, aketcher@bergerkahn.com
Cristina A. Henriquez on behalf of Creditor BNP Paribas chenriquez@mayerbrown.com
Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC dandreoli@steyerlaw.com, pspencer@steyerlaw.com
Dania Slim on behalf of Creditor BANK OF AMERICA N.A dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation robertson.daniel@pbgc.gov, efile@pbgc.gov
Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders dforman@willkie.com
Danielle A. Pham on behalf of Defendant Federal Energy Regulatory Commission danielle.pham@usdoj.gov
Danielle A. Pham on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission danielle.pham@usdoj.gov
Dara Levinson Silveira on behalf of Debtor PG&E Corporation dsilveira@kellerbenvenutti.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Daren M Schlecter on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com, info@schlecterlaw.com
Dario de Ghetaldi on behalf of Creditor Fire Victim Creditors deg@coreylaw.com, lf@coreylaw.com
David Emerzian on behalf of Creditor A.J. Excavation Inc. david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc. david.holtzman@hklaw.com
David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com
David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com
David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, david.holtzman@hklaw.com
David Holtzman on behalf of Defendant Tiger Natural Gas, Inc. david.holtzman@hklaw.com
David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas david.holtzman@hklaw.com
David Levine on behalf of Debtor PG&E Corporation dnl@groom.com
David Neier on behalf of Creditor Peninsula Clean Energy Authority dneier@winston.com
David Neier on behalf of Creditor CF Inspection Management, LLC dneier@winston.com
David Neier on behalf of Creditor Cypress Energy Partners, L.P. dneier@winston.com
David Neier on behalf of Creditor California Efficiency + Demand Management Council dneier@winston.com
David Neier on behalf of Creditor Cypress Energy Management - TIR, LLC dneier@winston.com
David Neier on behalf of Interested Party Macquarie Energy LLC dneier@winston.com
David Neier on behalf of Creditor Tulsa Inspection Resources, LLC dneier@winston.com
David Neier on behalf of Creditor Tulsa Inspection Resources PUC, LLC dneier@winston.com
David Wirt on behalf of Interested Party Deutsche Bank david.wirt@hklaw.com, denise.harmon@hklaw.com
David B. Levant on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Intervenor Capital Dynamics, Inc. david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Interested Party Capital Dynamics, Inc., et al. david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Interested Party Calpine Corporation david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Intervenor FTP Power LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Interested Party FTP Power LLC, et al. david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Interested Party Gill Ranch Storage, LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Levant on behalf of Intervenor Enel Green Power North America, Inc. david.levant@stoel.com, rene.alvin@stoel.com
David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants drivkin@bakerlaw.com, jmeeks@bakerlaw.com
David B. Shemano on behalf of Interested Party East Bay Community Energy Authority dshemano@pwkllp.com
David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc. dik@millermorton.com, mhr@millermorton.com
David L. Neale on behalf of Interested Party California Independent System Operator dln@lnbyb.com
David M. Reeder on behalf of Creditor City of American Canyon david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
David M. Stern on behalf of Intervenor NextEra Energy, Inc. dstern@ktbslaw.com
David M. Stern on behalf of Intervenor NextEra Energy Partners, L.P. dstern@ktbslaw.com
David M. Stern on behalf of Interested Party NextEra Energy Inc., et al. dstern@ktbslaw.com
David P. Matthews on behalf of Interested Party Terry Hodges jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
David P. Matthews on behalf of Creditor Fire Victim Creditors jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
David W. Moon on behalf of Creditor Mizuho Bank, Ltd. lacalendar@stroock.com, mmagzamen@stroock.com
David Walter Wessel on behalf of Creditor Mikhail Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com
David Walter Wessel on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com
Debra I. Grassgreen on behalf of Creditor Debra Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C. dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com, jbrewster@milbank.com
Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com, jbrewster@milbank.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc. dmargermoore@baumhedlundlaw.com
Donald H. Cram, III on behalf of Interested Party Liberty Specialty Markets dhc@severson.com
Donald H. Cram, III on behalf of Interested Party Munich Re dhc@severson.com
Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE dhc@severson.com
Donna Taylor Parkinson on behalf of Creditor Yuba County Water Agency donna@parkinsonphinney.com
Douglas Wolfe on behalf of Creditor ASM SPV, L.P. dwolfe@asmcapital.com
Douglas Wolfe on behalf of Creditor ASM Capital X LLC dwolfe@asmcapital.com
Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher dbp@provlaw.com
Douglas B. Provencher on behalf of Interested Party Provencher & Flatt dbp@provlaw.com
Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Duane M. Geck on behalf of Interested Party HDI Global Specialty SE dmg@severson.com
Duane M. Geck on behalf of Interested Party Liberty Specialty Markets dmg@severson.com
Duane M. Geck on behalf of Interested Party Munich Re dmg@severson.com
Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com, mcguigan@bakerlaw.com
Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC eleen@mkbllp.com
Edward J. Tredinnick on behalf of Creditor City and County of San Francisco etredinnick@greeneradovsky.com
Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
Elizabeth J. Cabraser on behalf of Creditor Kevin Burnett ecabraser@lchb.com, awolf@lchb.com
Elizabeth J. Cabraser on behalf of Creditor Wildfire Class Claimants ecabraser@lchb.com, awolf@lchb.com
Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company ethompson@stites.com, docketclerk@stites.com
Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC eguffy@lockelord.com, autodocket@lockelord.com
Elliot Adler on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com
Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Emily P. Rich on behalf of Creditor SEIU United Service Workers - West erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC eric.grasberger@stoel.com, docketclerk@stoel.com
Eric A. Gravink on behalf of Creditor Marta M. Mester eric@rhrc.net
Eric A. Gravink on behalf of Creditor Wei Luo eric@rhrc.net
Eric A. Gravink on behalf of Creditor Csaba Wendel Mester eric@rhrc.net
Eric A. Gravink on behalf of Creditor Xiaotian Sun eric@rhrc.net
Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants esagerman@bakerlaw.com, pgedocket@bakerlaw.com
Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C. eseiler@fklaw.com, mclerk@fklaw.com
Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants egoodman@bakerlaw.com
Eric R. Wilson on behalf of Creditor Tata Consultancy Services kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Eric R. Wilson on behalf of Creditor Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Eric S. Goldstein on behalf of Interested Party Gartner, Inc. egoldstein@goodwin.com
Erika L. Morabito on behalf of Creditor Michels Corporation emorabito@foley.com, hsiagiandraughn@foley.com
Erin N. Brady on behalf of Interested Party esVolta, LP enbrady@jonesday.com
Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC enbrady@jonesday.com
Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee epino@epinolaw.com, rmahal@epinolaw.com
Estela O. Pino on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the epino@epinolaw.com, rmahal@epinolaw.com
Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases epino@epinolaw.com, rmahal@epinolaw.com
Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc. ehk@lnbyb.com
Eve H. Karasik on behalf of Creditor Traffic Management, Inc. ehk@lnbyb.com
Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC evelina.gentry@akerman.com, rob.diwa@akerman.com
Francis J. Lawall on behalf of Interested Party HydroChemPSC lawallf@pepperlaw.com, henrys@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com
G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority larry@engeladvice.com
Gabriel Ozel on behalf of Creditor Southern Power Company gozel@nuvasive.com, gabeozel@gmail.com
Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc. gozel@nuvasive.com, gabeozel@gmail.com
Gabriel Ozel on behalf of Intervenor Consolidated Edison Development, Inc. gozel@nuvasive.com, gabeozel@gmail.com
Gabriel Ozel on behalf of Intervenor Southern Power Company gozel@nuvasive.com, gabeozel@gmail.com
Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C. gglazer@pszjlaw.com
Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Interested Party FTP Power LLC, et al. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Intervenor Enel Green Power North America, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Interested Party Capital Dynamics, Inc., et al. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Interested Party Gill Ranch Storage, LLC gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Intervenor FTP Power LLC gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gary M. Kaplan on behalf of Creditor TTR Substations, Inc. gkaplan@fbm.com, calendar@fbm.com
Genevieve G. Weiner on behalf of Intervenor Topaz Solar Farms LLC gweiner@gibsondunn.com
Genevieve G. Weiner on behalf of Creditor Topaz Solar Farms LLC gweiner@gibsondunn.com
Geoffrey E. Marr on behalf of Creditor Mirna Trettevik gemarr59@hotmail.com
George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC gkalikman@schnader.com, sdavenport@schnader.com
Gerald Singleton on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation gerald@slffirm.com, BKECFCANB@SLFfirm.com
Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com, BKECFCANB@SLFfirm.com
Gerald Singleton on behalf of Creditor SLF Fire Victim Claimants gerald@slffirm.com, BKECFCANB@SLFfirm.com
Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc. gerald.kennedy@procopio.com, angela.stevens@procopio.com
Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation gregg.galardi@ropesgray.com
Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com
Gregory C. Nuti on behalf of Creditor City of Napa gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space District gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor City of Santa Rosa gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Town of Paradise gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor City of Clearlake gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Butte County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Napa County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Mendocino County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Yuba County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Sonoma County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Interested Party Public Entities Impacted by the Wildfires gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Lake County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Calaveras County Water District gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Nevada County gnuti@nutihart.com, nwhite@nutihart.com
Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District gnuti@nutihart.com, nwhite@nutihart.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Gregory K. Jones on behalf of Creditor Honeywell International Inc. GJones@dykema.com, cacossano@dykema.com
Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC GJones@dykema.com, cacossano@dykema.com
Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Hannah C. Kreuser on behalf of Creditor Precision Crane Service, Inc. hkreuser@porterlaw.com, ooberg@porterlaw.com
Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co. hkreuser@porterlaw.com, ooberg@porterlaw.com
Hannah C. Kreuser on behalf of Creditor Townsend & Schmidt Masonry hkreuser@porterlaw.com, ooberg@porterlaw.com
Hannah C. Kreuser on behalf of Creditor Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova hkreuser@porterlaw.com, ooberg@porterlaw.com
Hannah C. Kreuser on behalf of Creditor Hamanaka Painting Co., Inc. hkreuser@porterlaw.com, ooberg@porterlaw.com
Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Harvey S. Schochet on behalf of Creditor City of San Jose Harveyschochet@dwt.com
Heinz Binder on behalf of Interested Party The Utility Reform Network (TURN) heinz@bindermalter.com
Heinz Binder on behalf of Creditor Almendariz Consulting, Inc. heinz@bindermalter.com
Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
Howard J. Steinberg on behalf of Interested Party HercRentals steinbergh@gtlaw.com, pearsallt@gtlaw.com
Howard S. Nevins on behalf of Creditor Performance Contracting, Inc. hnevins@hsmlaw.com, lsamosa@hsmlaw.com
Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc. hugh.mcdonald@troutman.com, john.murphy@troutman.com
Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
Huonganh Annie Duong on behalf of Creditor Philip Verwey annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc. annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc. iain@macfern.com, ecf@macfern.com
Iain A. Macdonald on behalf of Creditor U.S. TelePacific Corp. dba TPx Communications iain@macfern.com, ecf@macfern.com
Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald iain@macfern.com, ecf@macfern.com
Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc. ivan@icjenlaw.com
J. Eric Ivester on behalf of Interested Party Mojave Solar LLC Andrea.Bates@skadden.com
J. Eric Ivester on behalf of Interested Party Atlantica Yield plc Andrea.Bates@skadden.com
J. Eric Ivester on behalf of Intervenor First Solar, Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester on behalf of Intervenor Mojave Solar LLC Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester on behalf of Intervenor Willow Springs Solar 3, LLC Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Russell Cunningham on behalf of Creditor Joiner Limited Partnership rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor KV Sierra Vista, LLC rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor Brian T. Howe rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor Baseline P&R, LLC rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor DF Properties rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr. rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC rcunningham@dnlc.net, emehr@dnlc.net
J. Russell Cunningham on behalf of Creditor Stephen J Norman rcunningham@dnlc.net, emehr@dnlc.net
Jack A. Reitman on behalf of Plaintiff Julia Herndon srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Gabriell Herndon srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Estefania Miranda srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff David Herndon srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Gabriella’s Eatery srichmond@lgbfirm.com
Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control srichmond@lgbfirm.com
Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation jacob.faircloth@smolsonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom jbeiswenger@omm.com, llattin@omm.com
Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California jbeiswenger@omm.com, llattin@omm.com
James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc. jim@elkshep.com, ecf@elkshep.com
James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors jbehrens@milbank.com, mkoch@milbank.com
James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors jbehrens@milbank.com, mkoch@milbank.com
James D. Curran on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com, dstorms@wolkincurran.com
James J. Ficenec on behalf of Creditor Exponent, Inc. James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
James O. Johnston on behalf of stockholders PG&E Shareholders jjohnston@jonesday.com
James P. Hill on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation hill@sullivanhill.com, bkstaff@sullivanhill.com
Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates jdreher@downeybrand.com
Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company jdsokol@lawssl.com, dwright@lawssl.com
Jan M Hayden on behalf of Creditor APTIM jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
Jan M Hayden on behalf of Creditor Phillips & Jordan, Inc. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
Jan M Hayden on behalf of Creditor Snelson Companies, Inc. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
Jan M Hayden on behalf of Creditor TTR Substations, Inc. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
Jane Kim on behalf of Debtor Pacific Gas and Electric Company jkim@kellerbenvenutti.com
Jane Kim on behalf of Other Prof. KPMG LLP jkim@kellerbenvenutti.com
Jane Kim on behalf of Debtor PG&E Corporation jkim@kellerbenvenutti.com
Jane Kim on behalf of Plaintiff PG&E Corporation jkim@kellerbenvenutti.com
Jane Kim on behalf of Spec. Counsel Jenner & Block LLP jkim@kellerbenvenutti.com
Jane Luciano on behalf of Creditor Jane Luciano jane-luciano@comcast.net
Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc. jkearl@watttieder.com, jbenton@watttieder.com
Janet D. Gertz on behalf of Creditor PaR Systems, LLC jgertz@btlaw.com, amattingly@btlaw.com
Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
Jay M. Ross on behalf of Interested Party The City of Oakland jross@hopkinscarley.com, eamaro@hopkinscarley.com
Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC jkrause@gibsondunn.com, psantos@gibsondunn.com
Jeffrey C. Krause on behalf of Intervenor Topaz Solar Farms LLC jkrause@gibsondunn.com, psantos@gibsondunn.com
Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Company jreisner@irell.com
Jennifer Pastarnack on behalf of Creditor Whitebox Asymmetric Partners, LP jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
Jennifer Pastarnack on behalf of Creditor Whitebox GT Fund, LP jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
Jennifer Pastarnack on behalf of Creditor Whitebox Multi-Strategy Partners, LP jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
Jennifer Pastarnack on behalf of Creditor Pandora Select Partners, LP jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
Jennifer Pastarnack on behalf of Creditor Whitebox Caja Blanca Fund, LP jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
Jennifer C. Hayes on behalf of Creditor MCE Corporation jhayes@fhlawllp.com
Jennifer C. Hayes on behalf of Creditor Roebbelen Contracting, Inc. jhayes@fhlawllp.com
Jennifer C. Hayes on behalf of Creditor Nor-Cal Pipeline Services jhayes@fhlawllp.com
Jennifer C. Hayes on behalf of Creditor Aggreko jhayes@fhlawllp.com
Jennifer Machlin Cecil on behalf of Interested Party Global Ampersand LLC JCecil@winston.com, ECF_SF@winston.com
Jennifer Machlin Cecil on behalf of Interested Party Willow Springs Solar 3, LLC JCecil@winston.com, ECF_SF@winston.com
Jennifer Machlin Cecil on behalf of Interested Party First Solar, Inc. JCecil@winston.com, ECF_SF@winston.com
Jennifer N. Slocum on behalf of Interested Party Capital Dynamics, Inc., et al. jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer N. Slocum on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer N. Slocum on behalf of Interested Party FTP Power LLC, et al. jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer N. Slocum on behalf of Interested Party Global Diving & Salvage, Inc. jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer N. Slocum on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X jennifer.slocum@stoel.com, docketclerk@stoel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer N. Slocum on behalf of Interested Party Gill Ranch Storage, LLC jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer V. Doran on behalf of Creditor Telvent USA, LLC jdoran@hinckleyallen.com
John Cumming on behalf of Interested Party California Department of Industrial Relations jcumming@dir.ca.gov
John A. Moe, II on behalf of Interested Party Capital Power Corporation john.moe@dentons.com, glenda.spratt@dentons.com
John A. Moe, II on behalf of Interested Party Halkirk I Wind Project LP john.moe@dentons.com, glenda.spratt@dentons.com
John A. Moe, II on behalf of Interested Party Dentons US LLP john.moe@dentons.com, glenda.spratt@dentons.com
John A. Vos on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
John B. Coffman on behalf of Interested Party AARP john@johncoffman.net
John C. Thornton on behalf of Creditor Agajanian, Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com
John C. Thornton on behalf of Creditor Bennett Lane Winery LLC jct@andrewsthornton.com, aandrews@andrewsthornton.com
John D. Fiero on behalf of Creditor TRC Companies, Inc. jfiero@pszjlaw.com, ocarpio@pszjlaw.com
John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com
John William Lucas on behalf of Interested Party The Baupost Group, L.L.C. jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc. jonathan.forstot@troutman.com, john.murphy@troutman.com
Jonathan Hughes on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com
Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc. jon.loeb@bingham.com
Jonathan C. Sanders on behalf of Interested Party Certain Current and Former Independent Directors jsanders@stblaw.com
Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation jsanders@stblaw.com
Jonathan C. Sanders on behalf of Interested Party Board of Pacific Gas and Electric Company jsanders@stblaw.com
Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor Bender Rosenthal, Incorporated jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor BP Products North America Inc. jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P. jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor Southern Disaster Recovery, LLC jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan R. Doolittle on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jonathan S. Dabbieri on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants jrose@bakerlaw.com
Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc. JAE1900@yahoo.com
Joseph G. Minias on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com
Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com
Joseph Kyle Feist on behalf of Creditor Celil Morris jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Eddie Delongfield jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Sally Thorp jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Catherine McClure jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Marie Dierssen jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Irma Enriquez jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Kelly Jones jfeistesq@gmail.com, info@norcallawgroup.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Joseph Kyle Feist on behalf of Creditor Christopher Franklin jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Jennifer Makin jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Denise Stooksberry jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Angela Coker jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Chris Franklin jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Candice Seals jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Roger Martinez jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Linda Schooling jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Paul Bowen jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Deirdre Coderre jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Gretchen Franklin jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Michael Williams jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Claudia Bijstra jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Leroy Howard jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Isaiah Vera jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Sara Hill jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Tami Coleman jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Annaleisa Batts jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Constantina Howard jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Brenda Howell jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Cecil Morris jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Joel Batts jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Andries Bijstra jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Barbara Cruise jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Nancy Seals jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Tonia Hanson jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Lynda Howell jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Michael Vairo jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Bryan Sullivan jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor Edward Delongfield jfeistesq@gmail.com, info@norcallawgroup.net
Joseph Kyle Feist on behalf of Creditor John Stooksberry jfeistesq@gmail.com, info@norcallawgroup.net
Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants jesmont@bakerlaw.com
Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com
Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Joshua D. Morse on behalf of Other Prof. FTI Consulting, Inc. Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Joshua M. Mester on behalf of stockholders PG&E Shareholders jmester@jonesday.com
Judith A. Descalso on behalf of Creditor CM Distributors, Inc. jad@jdescalso.com, jad_9193@ecf.courtdrive.com
Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc. joelsner@weintraub.com, bjennings@weintraub.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc. joelsner@weintraub.com, bjennings@weintraub.com
Julie H. Rome-Banks on behalf of Creditor Thunderbird Mobile Home Park julie@bindermalter.com
Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources, LLC jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor Peninsula Clean Energy Authority jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor California Efficiency + Demand Management Council jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor Cypress Energy Management - TIR, LLC jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor Cypress Energy Partners, L.P. jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources PUC, LLC jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Justin E. Rawlins on behalf of Interested Party Macquarie Energy LLC jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Katherine Rose Catanese on behalf of Interested Party Corelogic Spatial Solutions, LLC kcatanese@foley.com
Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC kcatanese@foley.com
Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network keb@svlg.com, amt@svlg.com
Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
Keith J. Cunningham on behalf of Interested Party California Department of Water Resources kcunningham@pierceatwood.com, rkelley@pierceatwood.com
Keith J. Cunningham on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com
Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd. mlaskowski@stroock.com
Kenneth T. Law on behalf of Creditor Recology Inc. klaw@bbslaw.com
Kerri Lyman on behalf of Creditor Davey Tree Expert Company klyman@irell.com, lgauthier@irell.com
Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC klyman@irell.com, lgauthier@irell.com
Kesha Tanabe on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com
Kevin Montee on behalf of Creditor Nearon Sunset, LLC kmontee@monteeassociates.com
Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC kevin.collins@btlaw.com
Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC keckhardt@hunton.com, candonian@huntonak.com
Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P. keckhardt@hunton.com, candonian@huntonak.com
Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC keckhardt@hunton.com, candonian@huntonak.com
Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. keckhardt@hunton.com, candonian@huntonak.com
Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC keckhardt@hunton.com, candonian@huntonak.com
Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires kfineman@nutihart.com, nwhite@nutihart.com
Kimberly S. Winick on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com, knielsen@clarktrev.com
Kimberly S. Winick on behalf of Interested Party Kimberly Winick kwinick@clarktrev.com, knielsen@clarktrev.com
Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc. kw@wlawcorp.com, admin@wlawcorp.com
Kirsten A. Worley on behalf of Creditor GEI Consultants, Inc. kw@wlawcorp.com, admin@wlawcorp.com
Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Krista M. Enns on behalf of Creditor Infosys Limited kenns@beneschlaw.com
Krista M. Enns on behalf of Creditor ACRT, Inc. kenns@beneschlaw.com
Kristine Theodesia Takvoryan on behalf of Creditor SOLON ktakvoryan@ckrlaw.com
Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com
Lacey E. Rochester on behalf of Creditor Snelson Companies, Inc. lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Lacey E. Rochester on behalf of Creditor APTIM lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Lacey E. Rochester on behalf of Creditor Phillips & Jordan, Inc. lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Lacey E. Rochester on behalf of Creditor TTR Substations, Inc. lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Laila Masud on behalf of Creditor SLF Fire Victim Claimants lmasud@marshackhays.com, 8649808420@filings.docketbird.com
Larry W. Gabriel on behalf of Interested Party Itron, Inc. lgabriel@bg.law, nfields@bg.law
Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants lfuller@bakerlaw.com
Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc. lkramer@rjo.com, mriney@rjo.com
Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants lattard@bakerlaw.com, agrosso@bakerlaw.com
Laurie Hager on behalf of Interested Party Wilson Construction Company lhager@sussmanshank.com
Leah E. Capritta on behalf of Interested Party United Energy Trading, LLC leah.capritta@hklaw.com, lori.labash@hklaw.com
Leah E. Capritta on behalf of Interested Party Tiger Natural Gas, Inc. leah.capritta@hklaw.com, lori.labash@hklaw.com
Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc. leah.capritta@hklaw.com, lori.labash@hklaw.com
Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc. lshulman@shbllp.com
Liam K. Malone on behalf of Creditor Level-It Installations, Ltd. malone@oles.com, shahin@oles.com
Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc. lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association lkress@lockelord.com, autodocket@lockelord.com
Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates lweber@polsinelli.com, yderac@polsinelli.com
Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC lschweitzer@cgsh.com
Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com
Lovee Sarenas on behalf of Interested Party RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
Lovee Sarenas on behalf of Creditor RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
Lovee Sarenas on behalf of Interested Party Kepco California LLC Lovee.sarenas@lewisbrisbois.com
Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
M. David Minnick on behalf of Creditor BANK OF AMERICA N.A dminnick@pillsburylaw.com, docket@pillsburylaw.com
M. Ryan Pinkston on behalf of Creditor Turner Construction Company rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer mannycorrales@yahoo.com, hcskanchy@hotmail.com
Manuel Corrales, Jr. on behalf of Creditor Robert Zelmer mannycorrales@yahoo.com, hcskanchy@hotmail.com
Marc Kieselstein on behalf of Interested Party Federal Monitor carrie.oppenheim@kirkland.com
Marc A. Levinson on behalf of Creditor MCHA Holdings, LLC Malevinson@orrick.com, casestream@ecf.courtdrive.com
Marc A. Levinson on behalf of Creditor Centerbridge Special Credit Partners III, L.P. Malevinson@orrick.com, casestream@ecf.courtdrive.com
Marc A. Levinson on behalf of Creditor Centerbridge Partners, L.P. Malevinson@orrick.com, casestream@ecf.courtdrive.com
Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com
Margarita Padilla on behalf of Interested Party California Department of Water Resources Margarita.Padilla@doj.ca.gov
Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control Margarita.Padilla@doj.ca.gov
Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC mario.nicholas@stoel.com, cherie.clark@stoel.com
Mark A. Gorton on behalf of Creditor Northern California Power Agency mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton on behalf of Attorney Mark Gorton mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton on behalf of Creditor Valley Clean Energy Alliance mgorton@boutininc.com, cdomingo@boutininc.com
Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd. mplevin@crowell.com
Mark D. Poniatowski on behalf of Creditor Holt of California ponlaw@ponlaw.com
Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company mfelger@cozen.com
Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING mvi@sbj-law.com
Mark V. Isola on behalf of Creditor VETERAN POWER, INC. mvi@sbj-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of Creditor AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of Defendant AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marsha Houston on behalf of Creditor Kiefner and Associates, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov
Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com
Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com
Matthew A. Gold on behalf of Creditor Argo Partners courts@argopartners.net
Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc. matt@lesnickprince.com, jmack@lesnickprince.com
Matthew D. Metzger on behalf of Creditor Dan Clarke belvederelegalecf@gmail.com
Matthew Hampton Foushee on behalf of Interested Party esVolta, LP hampton.foushee@hoganlovells.com, hfoushee@gmail.com
Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com
Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan matt@macfern.com, ecf@macfern.com
Matthew Jordan Troy on behalf of Creditor United States of America matthew.troy@usdoj.gov
Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com
Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov
Michael Eggenberger on behalf of Plaintiff Gabriella's Eatery meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Steven Jones meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff David Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Ponderosa Pest & Weed Control meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Ponderosa Pest & Weed Control meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Gabriella's Eatery meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Chico Rent-A-Fence meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor David Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Gabriella Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Jedidiah Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Jedidiah Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Julia Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Estefania Miranda meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Plaintiff Gabriell Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Julia Herndon meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Steven Jones meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Eggenberger on behalf of Creditor Chico Rent-A-Fence meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
Michael Lauter on behalf of Interested Party PG&E Holdco Group mlauter@sheppardmullin.com
Michael Lauter on behalf of Creditor CititGroup Financial Products Inc. mlauter@sheppardmullin.com
Michael Lauter on behalf of Creditor Ormat Technologies Inc. mlauter@sheppardmullin.com
Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc. mrogers@lambertrogers.com, jan@lambertrogers.com
Michael St. James on behalf of Interested Party Garcia and Associates ecf@stjames-law.com
Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co. Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc mcfallon@fallonlaw.net, manders@fallonlaw.net
Michael I. Gottfried on behalf of Creditor David Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Steven Jones mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Estefania Miranda mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Steven Jones mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Gabriell Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff David Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Jedidiah Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Gabriella's Eatery mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Julia Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Ponderosa Pest & Weed Control mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Gabriella's Eatery mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Gabriella Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Chico Rent-A-Fence mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Creditor Julia Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Estefania Miranda mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael I. Gottfried on behalf of Plaintiff Jedidiah Herndon mgottfried@lgbfirm.com, srichmond@lgbfirm.com
Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC mgomez@frandzel.com, dmoore@frandzel.com
Michael K. Slattery on behalf of Creditor County of San Luis Obispo mslattery@lkfirm.com, rramirez@lkfirm.com
Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee mslattery@lkfirm.com, rramirez@lkfirm.com
Michael P. Esser on behalf of Intervenor Calpine Corporation michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
Michael P. Esser on behalf of Interested Party Calpine Corporation michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
Michael R. Hogue on behalf of Creditor Ruby Pipeline, L. L. C hoguem@gtlaw.com, frazierl@gtlaw.com
Michael R. Hogue on behalf of Creditor Cardno, Inc. hoguem@gtlaw.com, frazierl@gtlaw.com
Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New Mexico metkin@lowenstein.com
Michael S. Myers on behalf of Creditor Discovery Hydrovac myersms@ballardspahr.com, hartt@ballardspahr.com
Michael S. Myers on behalf of Creditor Realty Income Corporation myersms@ballardspahr.com, hartt@ballardspahr.com
Michael Thomas Krueger on behalf of Creditor ERM-West, Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc. mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc. mgoodin@clausen.com, mgenova@clausen.com
Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona mgoodin@clausen.com, mgenova@clausen.com
Michael W. Malter on behalf of Creditor ChargePoint, Inc. michael@bindermalter.com
Michele Ellison on behalf of Creditor Camblin Steel Service, Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland mjb@hopkinscarley.com, eamaro@hopkinscarley.com
Monique D. Almy on behalf of Creditor Nexant Inc. malmy@crowell.com
Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California nmitchell@omm.com
Nancy Mitchell on behalf of Interested Party Governor Gavin Newsom nmitchell@omm.com
Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com, becky@ringstadlaw.com
Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc. njbloomfield@njblaw.com, gklump@njblaw.com
Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC ndelancie@jmbm.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
Omeed Latifi on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
Oren Buchanan Haker on behalf of Interested Party FTP Power LLC, et al. oren.haker@stoel.com, rene.alvin@stoel.com
Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com
Oren Buchanan Haker on behalf of Interested Party Gill Ranch Storage, LLC oren.haker@stoel.com, rene.alvin@stoel.com
Oren Buchanan Haker on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X oren.haker@stoel.com, rene.alvin@stoel.com
Oren Buchanan Haker on behalf of Interested Party Capital Dynamics, Inc., et al. oren.haker@stoel.com, rene.alvin@stoel.com
Oren Buchanan Haker on behalf of Intervenor Capital Dynamics, Inc. oren.haker@stoel.com, rene.alvin@stoel.com
Ori Katz on behalf of Interested Party PG&E Holdco Group okatz@sheppardmullin.com, LSegura@sheppardmullin.com
Oscar Garza on behalf of Other Prof. Centerview Partners LLC ogarza@gibsondunn.com
Patricia Savage on behalf of Creditor Kristal Davis-Bolin psavesq@gmail.com, jodi.savage@gmail.com
Patricia Savage on behalf of Creditor Barbara Morris psavesq@gmail.com, jodi.savage@gmail.com
Patricia Savage on behalf of Creditor Ashley Duitsman psavesq@gmail.com, jodi.savage@gmail.com
Patricia Savage on behalf of Creditor Marie Valenza psavesq@gmail.com, jodi.savage@gmail.com
Patricia Savage on behalf of Creditor Brandee Goodrich psavesq@gmail.com, jodi.savage@gmail.com
Patricia Savage on behalf of Creditor Mary Haines psavesq@gmail.com, jodi.savage@gmail.com
Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com
Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co. patrick.maxcy@snrdenton.com
Paul F. Ready on behalf of Defendant Max M. Montellano smeyer@farmerandready.com
Paul F. Ready on behalf of Defendant Cheryl Montellano smeyer@farmerandready.com
Paul H. Zumbro on behalf of Debtor PG&E Corporation mao@cravath.com
Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party California Department of Toxic Substances Control ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor California State Agencies ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party California Department of Water Resources ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc. paul.gaus@mccormickbarstow.com
Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District glassmanp@gtlaw.com
Paul R. Glassman on behalf of Creditor Johnson Controls, Inc. glassmanp@gtlaw.com
Peter Friedman on behalf of Interested Party Governor Gavin Newsom pfriedman@omm.com
Peter Friedman on behalf of Interested Party Department of Finance for the State of California pfriedman@omm.com
Peter Meringolo on behalf of Creditor Mark Pulido peter@pmrklaw.com
Peter Meringolo on behalf of Creditor Donna Walker peter@pmrklaw.com
Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC peter@pmrklaw.com
Peter C. Califano on behalf of Creditor SIERRA TELEPHONE COMPANY, INC. pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor VOLCANO TELEPHONE COMPANY pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor Gowan Construction Company Inc. pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor TDS TELECOM pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor PINNACLES TELEPHONE CO. pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor CRG Financial LLC pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor THE PONDEROSA TELEPHONE CO. pcalifano@cwclaw.com
Peter C. Califano on behalf of Creditor KERMAN TELEPHONE CO. pcalifano@cwclaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of Defendant PG&E Corporation pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of Debtor PG&E Corporation pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company pbenvenutti@kellerbenvenutti.com
Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company pbenvenutti@kellerbenvenutti.com
Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com, lara.joel@kyl.com
Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com
Peter S. Munoz on behalf of Creditor Wild Goose, LLC pmunoz@reedsmith.com, gsandoval@reedsmith.com
Peter S. Munoz on behalf of Creditor Nevada Irrigation District pmunoz@reedsmith.com, gsandoval@reedsmith.com
Peter S. Partee, Sr. on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P. candonian@huntonak.com
Peter S. Partee, Sr. on behalf of Interested Party Potrero Hills Energy Producers, LLC candonian@huntonak.com
Peter S. Partee, Sr. on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. candonian@huntonak.com
Peter S. Partee, Sr. on behalf of Interested Party Sunshine Gas Producers, LLC candonian@huntonak.com
Peter S. Partee, Sr. on behalf of Interested Party DTE Stockton, LLC candonian@huntonak.com
Philip S. Warden on behalf of Creditor Chevron U.S.A. Inc. philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Phillip K. Wang on behalf of Interested Party certain Retiree Claimants phillip.wang@rimonlaw.com
Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc. phillip.wang@rimonlaw.com
R. Alexander Pilmer on behalf of Interested Party Federal Monitor alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
Randy Michelson on behalf of Defendant Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com
Randy Michelson on behalf of Interested Party Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com
Randye B. Soref on behalf of Creditor Whitebox Multi-Strategy Partners, LP rsoref@polsinelli.com
Randye B. Soref on behalf of Creditor Whitebox Asymmetric Partners, LP rsoref@polsinelli.com
Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates rsoref@polsinelli.com
Rebecca Suarez on behalf of Intervenor Vantage Wind Energy LLC rsuarez@crowell.com
Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P. rsuarez@crowell.com
Rebecca Weissman on behalf of Interested Party State Farm Mutual Automobile Insurance Company rebecca.weissman@dechert.com
Rebecca J. Winthrop on behalf of Creditor Berry Petroleum Company, LLC rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
Rebecca J. Winthrop on behalf of Creditor MRC Global (US) Inc. rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Richard A. Lapping on behalf of Creditor Valero Refining Company-California rich@trodellalapping.com
Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants rmarshack@marshackhays.com, lbuchanan@marshackhays.com
Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp. rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation richard.gallagher@ropesgray.com
Richard W. Esterkin on behalf of Intervenor AV Solar Ranch 1, LLC richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Richard W. Esterkin on behalf of Interested Party Deutsche Bank richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Richard W. Esterkin on behalf of Creditor Banc of America Credit Products, Inc. richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Richard W. Esterkin on behalf of Interested Party Exelon Corporation richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Richard W. Esterkin on behalf of Intervenor Exelon Corporation richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Riley C. Walter on behalf of Attorney Midway Sunset Cogeneration Company ecf@W2LG.com
Riley C. Walter on behalf of Attorney Aera Energy LLC ecf@W2LG.com
Riley C. Walter on behalf of Interested Party Aera Energy LLC ecf@W2LG.com
Riley C. Walter on behalf of Interested Party Midway Sunset Cogeneration Company ecf@W2LG.com
Risa Lynn Wolf-Smith on behalf of Intervenor Diablo Winds, LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Robert Berens on behalf of Creditor XL Specialty Insurance Company rberens@smtdlaw.com, sr@smtdlaw.com
Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P. rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants rjulian@bakerlaw.com
Robert B. Kaplan on behalf of Creditor Peter Ouborg rbk@jmbm.com
Robert G. Harris on behalf of Creditor TURN-The Utility Reform Network rob@bindermalter.com
Robert G. Harris on behalf of Interested Party The Utility Reform Network (TURN) rob@bindermalter.com
Robert G. Harris on behalf of Creditor C.H. Reynolds Electric, Inc. rob@bindermalter.com
Robert G. Harris on behalf of Creditor ChargePoint, Inc. rob@bindermalter.com
Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc. rob@bindermalter.com
Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com
Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company rkampfner@whitecase.com, mco@whitecase.com
Roberto J. Kampfner on behalf of Interested Party Sempra Energy rkampfner@whitecase.com, mco@whitecase.com
Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company rkampfner@whitecase.com, mco@whitecase.com
Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P. rfriedman@rutan.com, csolorzano@rutan.com
Roger F. Friedman on behalf of Creditor ARB, Inc. rfriedman@rutan.com, csolorzano@rutan.com
Ronald S. Beacher on behalf of Creditor SPCP Group, LLC rbeacher@pryorcashman.com
Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP rbeacher@pryorcashman.com
Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc. rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
Sally J. Elkington on behalf of Creditor W. Bradley Electric, Inc. sally@elkshep.com, ecf@elkshep.com
Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com
Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com
Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al. skidder@ktbslaw.com
Samuel M. Kidder on behalf of Intervenor NextEra Energy Partners, L.P. skidder@ktbslaw.com
Samuel M. Kidder on behalf of Intervenor NextEra Energy, Inc. skidder@ktbslaw.com
Samuel R. Maizel on behalf of Creditor Southwire Company, LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company sas@hogefenton.com
Scott Lee on behalf of Interested Party RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Scott Lee on behalf of Interested Party Kepco California LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Scott Lee on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Scott H. McNutt on behalf of Examiner Bruce A Markell SMcNutt@ml-sf.com, csnell@ml-sf.com
Sean T. Higgins on behalf of Creditor Bennett Lane Winery LLC aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Sean T. Higgins on behalf of Creditor Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission shane.huang@usdoj.gov
Shane Huang on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov
Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com
Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com
Shounak S. Dharap on behalf of Creditor Enrique Guzman ssd@arnslaw.com, mec@arnslaw.com
Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com
Stephen D. Finestone on behalf of Creditor MCE Corporation sfinestone@fhlawllp.com
Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services sfinestone@fhlawllp.com
Stephen D. Finestone on behalf of Interested Party The Okonite Company sfinestone@fhlawllp.com
Stephen D. Finestone on behalf of Creditor Aggreko sfinestone@fhlawllp.com
Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc. sfinestone@fhlawllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com
Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com
Steven M. Campora on behalf of Creditor Brian Bolton scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Lara Balas scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Thomas Atkinson scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Lisa Delaine Allain scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Heather Blowers scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Sharon Britt scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc. scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Campora on behalf of Creditor Adam Balogh scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Olson on behalf of Creditor Aztrack Construction Corporation smo@smolsonlaw.com
Stuart G. Gross on behalf of Creditor Cathy Dorrance sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Adelina Mcneive sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Ramiro Rodriguez sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Laura Hart sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Dan Clarke sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Sam Dorrance sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Aida Rodriguez sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Dennis Caselli sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Todd McNeive sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Minh Merchant sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Stuart G. Gross on behalf of Creditor Gurdon Merchant sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Intervenor Capital Dynamics, Inc. sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Intervenor FTP Power LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc. sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al. sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Intervenor Enel Green Power North America, Inc. sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al. sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com
Tambra Curtis on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Thomas B. Rupp on behalf of Plaintiff PG&E Corporation trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of Defendant PG&E Corporation trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of Debtor PG&E Corporation trupp@kellerbenvenutti.com
Thomas B. Rupp on behalf of Plaintiff Pacific Gas and Electric Company trupp@kellerbenvenutti.com
Thomas C. Mitchell on behalf of Interested Party Rising Tree Wind Farm II LLC tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Thomas C. Mitchell on behalf of Creditor MNOC AERS LLC tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas C. Mitchell on behalf of Intervenor EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas C. Mitchell on behalf of Interested Party EDP Renewables North America LLC tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas C. Mitchell on behalf of Interested Party Arlington Wind Power Project LLC tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill tmccurnin@bkolaw.com, kescano@bkolaw.com
Thomas F. Koegel on behalf of Creditor Nexant Inc. tkoegel@crowell.com
Thomas F. Koegel on behalf of Creditor KES Kingsburg, L.P. tkoegel@crowell.com
Thomas F. Koegel on behalf of Intervenor KES Kingsburg, L.P. tkoegel@crowell.com
Thomas F. Koegel on behalf of Intervenor Vantage Wind Energy LLC tkoegel@crowell.com
Thomas F. Koegel on behalf of Creditor Vantage Wind Energy LLC tkoegel@crowell.com
Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com, cdomingo@boutininc.com
Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors tkreller@milbank.com
Thomas R. Kreller on behalf of Other Prof. FTI Consulting Inc. tkreller@milbank.com
Thomas R. Kreller on behalf of Interested Party Official Committee Of Unsecured Creditors tkreller@milbank.com
Thomas R. Phinney on behalf of Creditor Yuba County Water Agency tom@parkinsonphinney.com
Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc. tflaherty@mpplaw.com
Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
Tobias S. Keller on behalf of Debtor PG&E Corporation tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
Todd M. Bailey on behalf of Interested Party California Franchise Tax Board Todd.Bailey@ftb.ca.gov
Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc. tarbuthnot@rjo.com, jyeung@rjo.com
Valerie Bantner Peo on behalf of Creditor Oracle America, Inc. vbantnerpeo@buchalter.com
Victor A. Vilaplana on behalf of Creditor Michels Corporation vavilaplana@foley.com, rhurst@foley.com
W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 molly.batiste-debose@lockelord.com
Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc. w_silver@sbcglobal.net, ws@waynesilverlaw.com
William L. Porter on behalf of Creditor New West Partitions bporter@porterlaw.com, Ooberg@porterlaw.com
William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc. wkaufman@smwb.com
William M. Kaufman on behalf of Creditor Daleo Inc. wkaufman@smwb.com
William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
Xiyi Fu on behalf of Creditor Quanta Energy Services LLC jackie.fu@lockelord.com, taylor.warren@lockelord.com

TOTAL: 848

**Entered on Docket**
**August 21, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: August 21, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**


Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*




**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

**-and-**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

□ Affects PG&E Corporation

□ Affects Pacific Gas and Electric Company

■ Affects both Debtors

**All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR RELIEF FROM AUTOMATIC STAY**

The Official Committee of Tort Claimants (the "**TCC**"), on July 2, 2019, filed a motion (the "**Motion**") (Dkt. No. 2842),[1] pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of Bankruptcy Procedure and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California for entry of an order terminating the automatic stay to permit certain individuals to proceed to a jury trial on their personal injury and property damage claims against the Debtors arising from the 2017 Tubbs Fire in the California Superior Court, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order the claims of those individuals to proceed to a jury trial with preference pursuant to Code of Civil Procedure section 36. On July 9, 2019, the TCC filed an amendment to the Motion to include a number of individuals with personal injury, wrongful death and property damage claims, as listed on **Exhibit A** hereto (the "**Tubbs Preference Plaintiffs**") (Dkt. No. 2904).

The following joinders were filed to the Motion: (1) the joinder by Co-Lead Counsel to the North Bay Fire Cases, dated July 2, 2019 (Dkt. No. 2850); (2) the joinder by Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein, dated July 3, 2019 (Dkt. No. 2861); (3) the joinder by John Caslin and Phyllis Lowe, dated July 11, 2019 (Dkt. No. 2929); (4) the joinder by William Edelen, Roxanne Edelen, The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust Dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, the Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven, dated July 11, 2019 (Dkt. No. 2930); (5) the joinder by Don Louis Kamprath, Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, Greg Wilson, and Christina Wilson, dated July 11, 2019 (Dkt. No. 2942); (7) the joinder by Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz, dated July 11, 2019 (Dkt. No. 2943); and (8) the joinder by the

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case: 19-30088 Doc# 3685 Filed: 08/23/19 Entered: 08/23/19 21:20:54 Page 22 of 28

Singleton Law Firm Victim Claimants, dated July 18, 2019, to add the individuals listed on **Exhibit B** hereto (Dkt. No. 3067).

The Ad Hoc Group of Subrogation Claim Holders[2], on July 3, 2019, filed a Motion for Relief from the Automatic Stay, dated July 3, 2019 (the "**Subrogation Motion**") (Dkt. No. 2863). The following joinders were filed to the Subrogation Motion: (1) the joinder filed on behalf of AMICA Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an Affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association, dated July 12, 2019 (Dkt. No. 2959) (the "**July 12 Joinder**"); and (2) the joinder by State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries, dated July 15, 2019 (Dkt. No. 2983) (the "**July 15 Joinder**"). The parties to the July 12 Joinder and the July 15 Joinder are collectively referred to herein as the "**Subrogation Joining Parties**."

On July 19, 2019, the following papers were filed in opposition to the Motion and the Subrogation Motion: (1) the Debtors filed an objection (Dkt. No. 3104) and the declaration of Kevin J. Orsini in support thereof (Dkt. No. 3105); (2) the Official Committee of Unsecured Creditors filed an objection (Dkt. No. 3101) and the declaration of Thomas R. Kreller in support thereof (Dkt. No. 3102); (3) the Ad Hoc Committee of Senior Unsecured Noteholders filed a joinder to the Official Committee of Unsecured Creditors' objection (Dkt. No 3106); and (4) certain PG&E shareholders filed an objection (Dkt. No. 3108).

On August 7, 2019, Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein and Stephen Breitenstein filed a reply in support of their joinder in the Motion (Dkt. No. 3407), Sonoma Clean Power Authority filed a statement and a reservation of rights on the Motion and the Subrogation Motion (Dkt. No. 3415), and the Singleton Law Firm Victim Claimants filed a response in support of the Motion (Dkt. No. 3449).

[2] The Ad Hoc Group of Subrogation Claim Holders includes all of the members listed on Exhibit A to the Third Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders filed on July 17, 2019 (Dkt. No. 3020).



Baker & Hostetler LLP
Attorneys at Law
San Francisco

On August 14, 2019, the Court held a hearing on the Motion, the Subrogation Motion, and the joinders thereto. The Court considered the Motion, the declarations of Steven M. Campora, Robert A. Julian, and Brent C. Williams, the amended declaration of Michael A. Kelly, the joinders to the Motion, the replies in support of the Motion, the Subrogation Motion, the declaration of Benjamin P. McCallen, the joinders to the Subrogation Motion, the oppositions of the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Senior Unsecured Noteholders, and the PG&E shareholders, and the declarations of Kevin J. Orsini and Thomas R. Kreller. On August 16, 2019, the Court issued its Decision Regarding Motions for Relief from Stay ("**Memorandum Decision**") (Dkt. No. 3571).

Now therefore, the Court having considered the papers and the argument of counsel at the hearing, and for the reasons stated in the Memorandum Decision, **IT IS HEREBY ORDERED THAT**:

1. The Motion and the joinders thereto are granted and the automatic stay is terminated as to the alleged preference plaintiffs listed on Exhibits A and B hereto, to take any actions necessary or appropriate to prosecute their claims against the Debtors arising solely from the 2017 Tubbs Fire as set forth in the Complaints against the Debtors, attached to the Motion, and as may be amended, to judgment, and to request the California Superior Court in the California North Bay Fire Cases, JCCP 4955, to order the Tubbs Preference Plaintiffs' claims to trial with preference pursuant to Code of Civil Procedure section 36.

2. The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment that may be obtained by reason of the termination of the automatic stay as provided above.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), or any other Bankruptcy Rule, this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**EXHIBIT A**

**Alleged Tubbs Preference Plaintiffs Identified in the Motion and Alleged Indispensable Parties Thereto**

Barbara Thompson (Joinder Dkt. No. 2861)

Indispensable Party: John Thompson (Joinder Dkt. No. 2861)

Indispensable Party: Matthew Thompson (Joinder Dkt. No. 2861)

Indispensable Party: Peter Thompson (Joinder Dkt. No. 2861)

Raymond Breitenstein (Joinder Dkt. No. 2861)

Indispensable Party: Stephen Breitenstein (Joinder Dkt. No. 2861)

John Caslin (Joinder Dkt. No. 2929)

Phyllis Lowe (Joinder Dkt. No. 2929)

William Edelen (Joinder Dkt. No. 2930)

Indispensable Party: Roxanne Edelen (Joinder Dkt. No. 2930)

Indispensable Party: The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011 (Joinder Dkt. No. 2930)

Burton Fohrman (Joinder Dkt. No. 2930)

Indispensable Party: Raleigh Fohrman (Joinder Dkt. No. 2930)

Indispensable Party: The Fohrman Family Trust Dated February 3, 1976 (Joinder Dkt. No. 2930)

Indispensable Party: Jeremy Olsan (Joinder Dkt. No. 2930)

Indispensable Party: Ann DuBay (Joinder Dkt. No. 2930)

Indispensable Party: Jacob Olsan (Joinder Dkt. No. 2930)

Indispensable Party: The Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011 (Joinder Dkt. No. 2930)

Heirs of decedent Monte Kirven (Kathleen Groppe, Ken Kirven and Brian Kirven) (Joinder Dkt. No. 2930)

Indispensable Party: Kathleen Groppe (Joinder Dkt. No. 2930)

Indispensable Party: Ken Kirven (Joinder Dkt. No. 2930)

Indispensable Party: Brian Kirven (Joinder Dkt. No. 2930)

Indispensable Party: The Estate of Monte Kirven (Joinder Dkt. No. 2930)

Don Louis Kamprath (Joinder Dkt. No. 2942)

Indispensable Party: Ruth Kamprath (Joinder Dkt. No. 2942)

Indispensable Party: The Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust (Joinder Dkt. No. 2942)

Elizabeth Fourkas (Joinder Dkt. No. 2942)

Indispensable Party: Pete Fourkas (Joinder Dkt. No. 2942)

Indispensable Party: Alissa Fourkas (Joinder Dkt. No. 2942)

Indispensable Party: The Fourkas Family Trust (Joinder Dkt. No. 2942)

Greg Wilson (Joinder Dkt. No. 2942)

Christina Wilson (Joinder Dkt. No. 2942)

Armando A. Berriz (Joinder Dkt. No. 2943)

Heirs of Carmen Caldentey Berriz (Armando J. Berriz, Carmen T. Meissner, Monica Berriz) (Joinder Dkt. No. 2943)

Indispensable Party: The Estate of Carmen Caldentey Berriz (Joinder Dkt. No. 2943)

Indispensable Party: Armando J. Berriz (Joinder Dkt. No. 2943)

Indispensable Party: Carmen T. Meissner (Joinder Dkt. No. 2943)

Indispensable Party: Monica Berriz (Joinder Dkt. No. 2943)

**Exhibit B**

**Preference Plaintiffs Identified in Joinder of Singleton Law Firm Victim Claimants (Dkt. No. 3067)**

Thomas Milton Howard

Catherine Maffioli

Glenda Samson

Barbara Spengler

Evelyn Venturi

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO



Case: 19-30088 Doc# 3685 Filed: 08/23/19 Entered: 08/23/19 21:20:54 Page 27 of 28

**SERVICE LIST**

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, D.C. 20555-0001

PG&E Corporation and
Pacific Gas and Electric Company
Attn: Janet Loduca
77 Beale Street
P.O. Box 770000
San Francisco, CA 94105





Case: 19-30088 Doc# 3685 Filed: 08/23/19 Entered: 08/23/19 21:20:54 Page 28 of 28