RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Claimants,
SLF Fire Victims

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case-Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date: August 27, 2019<br>Time: 9:30 a.m.<br>Ctrm; 17, 16th Floor<br>Place: United States Bankruptcy Court<br>San Francisco, CA 94102 |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-3008 (DM) | |

I am employed in Orange County. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

On August 26, 2019, I served the foregoing document(s), described as:

**JOINDER OF THE SLF FIRE VICTIMS CLAIMANTS TO THE STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON ESTIMATION**

☒    by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

---

1

CERTIFICATE OF SERVICE

4832-0892-7138, v. 1

☒ **ECF SYSTEM** On August 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email addresses indicated below:

- Elliot Adler   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras   annadel.almendras@doj.ca.gov
- Monique D. Almy   malmy@crowell.com
- Dana M. Andreoli   dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini   rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot   tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard   lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey   Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
- Chris Bator   cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher   rbeacher@pryorcashman.com
- Hagop T. Bedoyan   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens   jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger   jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti   pbenvenutti@kellerbenvenutti.com
- Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder   heinz@bindermalter.com
- Neil Jon Bloomfield   njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg   jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Ameneh Maria Bordi   ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Peter R. Boutin   peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady   enbrady@jonesday.com
- W. Steven Bryant   , molly.batiste-debose@lockelord.com
- Chane Buck   cbuck@jonesday.com
- Elizabeth J. Cabraser   ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano   pcalifano@cwclaw.com
- Steven M. Campora   scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta   leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese   kcatanese@foley.com
- Jennifer Machlin Cecil   JCecil@winston.com, ECF_SF@winston.com
- Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson   schristianson@buchalter.com
- Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough   aclough@loeb.com
- John B. Coffman   john@johncoffman.net
- Kevin G. Collins   kevin.collins@btlaw.com
- Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram   dhc@severson.com
- Ashley Vinson Crawford   avcrawford@akingump.com, tsouthwell@akingump.com

- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, mcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com

3
CERTIFICATE OF SERVICE
4832-0892-7138, v. 1

- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@lkfirm.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Laurie Hager    lhager@sussmanshank.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com

- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com, mriney@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com

- Thomas R. Kreller  tkreller@milbank.com
- Lindsey E. Kress  lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser  hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler  robert.kugler@stinson.com
- Boris Kukso  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey  alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping  rich@trodellalapping.com
- Omeed Latifi  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter  mlauter@sheppardmullin.com
- Kenneth T. Law  klaw@bbslaw.com
- Francis J. Lawall  lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen  eleen@mkbllp.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa   , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Liam K. Malone  malone@oles.com, shahin@oles.com
- Michael W. Malter  michael@bindermalter.com
- Craig Margulies  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr  gemarr59@hotmail.com
- Richard A. Marshack  rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud  lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy  patrick.maxcy@snrdenton.com
- Benjamin P. McCallen  bmccallen@willkie.com

CERTIFICATE OF SERVICE
4832-0892-7138, v. 1

- Thomas E. McCurnin   tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald   , john.murphy@troutman.com
- C. Luckey McDowell   Luckey.McDowell@Shearman.com
- Scott H. McNutt   SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo   peter@pmrklaw.com
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester   jmester@jonesday.com
- Matthew D. Metzger   belvederelegalecf@gmail.com
- Randy Michelson   randy.michelson@michelsonlawgroup.com
- Joseph G. Minias   jminias@willkie.com
- M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell   nmitchell@omm.com
- Thomas C. Mitchell   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed   ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee   kmontee@monteeassociates.com
- David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore   dmargermoore@baumhedlundlaw.com
- Erika L. Morabito   emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan   morgan.courtney@pbgc.gov
- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers   myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Brittany J. Nelson   bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins   hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas   mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner   joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson   matt@macfern.com, ecf@macfern.com
- Steven M. Olson   smo@smolsonlaw.com
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Gabriel Ozel   gozel@nuvasive.com, gabeozel@gmail.com
- Margarita Padilla   Margarita.Padilla@doj.ca.gov
- Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson   donna@parkinsonphinney.com
- Peter S. Partee   , candonian@huntonak.com
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

- Kenneth Pasquale , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com

- Lovee Sarenas  Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage  psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio  sas@hogefenton.com
- Daren M Schlecter  daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider  bradley.schneider@mto.com
- Harvey S. Schochet  Harveyschochet@dwt.com
- Lisa Schweitzer  lschweitzer@cgsh.com
- Eric J. Seiler  eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano  dshemano@pwkllp.com
- James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman  lshulman@shbllp.com
- Andrew I. Silfen  andrew.silfen@arentfox.com
- Wayne A. Silver  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon  csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery  mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum  jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith  asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol  jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref  rsoref@polsinelli.com
- Bennett L. Spiegel  blspiegel@jonesday.com
- Michael St. James  ecf@stjames-law.com
- Howard J. Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel  clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern  dstern@ktbslaw.com
- Alan J. Stone  AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez  rsuarez@crowell.com
- Brad T. Summers  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan  ktakvoryan@ckrlaw.com
- Kesha Tanabe  kesha@tanabelaw.com
- Elizabeth Lee Thompson  ethompson@stites.com, docketclerk@stites.com
- John C. Thornton  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick  etredinnick@greeneradovsky.com
- Matthew Jordan Troy  matthew.troy@usdoj.gov
- Andrew Van Ornum  avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser  shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter  ecf@W2LG.com
- Phillip K. Wang  phillip.wang@rimonlaw.com

- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

| | | |
|---|---|---|
| 1 | ☒ | **UNITED STATES MAIL, postage fully prepaid** |
| 2 | | (*List persons and addresses. Attach additional paper if necessary*) |

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou,<br>Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |

CRAVATH SWAINE & MOORE LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
David A. Herman
825 Eighth Avenue
New York, NY 10019

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2019, at Irvine, California.

                                                     */s/ Layla Buchanan*
                                                      Layla Buchanan