

Signed and Filed: August 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and
    Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088-DM

Chapter 11

Jointly Administered

Date: August 28, 2019
Time: 9:30 AM (Pacific Time)
Place: Courtroom 17
       450 Golden Gate Ave.
       16th Floor
       San Francisco, CA

**ORDER DROPPING VERWEY MOTION FROM CALENDAR**

    Based upon the statements of Debtor's counsel in Statement of Debtors Regarding Status of Resolution of Philip Verwey Farms' Motion for Relief from Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [Dk. 3680], the court has every reason to believe that the dispute between Debtors and Mr. Verwey will be resolved without further court involvement. Accordingly, the Motion for Relief from Automatic Stay to

-1-

Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 533; Memorandum of Points and Authorities [Dkt. 1143][1] is dropped from the August 28, 2019, calendar.

Counsel should upload an agreed order resolving this contested matter no later than September 6, 2019. If the parties are unable to agree, then no later than September 13, 2019, counsel for each side should email to Ms. Lorena Parada, Courtroom Deputy/Calendar Clerk at Lorena_Parada@canb.uscourts.gov – without argument – the proposed form of order that the submitting counsel believes appropriate to conclude this contested matter. The court will thereafter review the alternate submissions issue an appropriate order.

**\*\*END OF ORDER\*\***

---

[1] Dkt. 1141 filed as Motion for Relief from Stay is the Relief From Stay Cover Sheet only.

-2-