**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 27, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date:   August 27, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
AUGUST 27, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *PG&E Corporation, Pacific Gas and Electric Company v. Public Employees Retirement Association of New Mexico and York County*, Adv. Proc. No. 19-03039

1. **Debtors' Preliminary Injunction Motion**: Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 2**].

    Response Deadline: July 18, 2019.

    Responses Filed:

    A.  Securities Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 12**].

    Related Documents:

    B.  Declaration of Elizabeth Collier in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 3**].

    C.  Reply in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) [**Dkt. 14**].

    Status: This matter is going forward on a contested basis.

**II:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTER GOING FORWARD*

2. **Debtors' Second Lease Extension Motion**: Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 365(d)(4) and B.L.R. 6006-1 Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. 3396**].

    Response Deadline: August 20, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed: No responses were filed.

    Related Documents:

    A.  Declaration of John Boken in Support of Second Lease Extension Motion [**Dkt. 3397**].

    B.  Declaration of Jessica Liou in Support of Second Lease Extension Motion [**Dkt. 3398**].

    C.  Supplemental Declaration of Jessica Liou in Support of Second Lease Extension Motion [**Dkt. 3678**].

Status: This matter is going forward on an uncontested basis.

**STATUS CONFERENCES**

3. **Debtors' Wildfire Claims Estimation Motion**: Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3091**].

Related Documents:

A. Statement of the Official Committee of Unsecured Creditors in Response to the Court's Inquiry Regarding Possible Consent to the Estimation Proceedings [**Dkt. 3597**].

B. Order Regarding Further Hearings on Estimation Motion and Other Case Scheduling Matters [**Dkt. 3619**].

C. SLF Fire Victim Claimants' Brief Re: Estimation Process Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures [**Dkt. 3631**].

D. Recommendation for Withdrawal of Reference of Proceeding in Part [**Dkt. 3648**].

E. Order Adopting Recommendation for Withdrawal of Reference of Proceeding in Part; Order of Assignment [**Dkt. 3671**].

F. Statement of the Official Committee of Tort Claimants Regarding August 27, 2019 Status Conference on Estimation [**Dkt. 3672**].

G. Statement of the Debtors in Advance of the August 27, 2019 Status Conference on Estimation [**Dkt. 3687**].

H. Joinder of the SLF Fire Victims Claimants to the Statement of the Official Committee of Tort Claimants Regarding August 27, 2019 Status Conference on Estimation; Declaration of John F. McGuire, Jr. in Support [**Dkt. 3688**].

I. Statement of the Ad Hoc Group of Subrogation Claim Holders Regarding August 27, 2019 Status Conference on Estimation [**Dkt. 3690**].

Status: The Court will hold a status conference regarding estimation procedures.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Docket Order Denying *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion to Compel Production of PG&E Business Plans [August 22, 2019].

   Related Documents:

   A. *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion to Compel Production of PG&E Business Plans [**Dkt. 3625**].

   B. Debtors' Objection to *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion to Compel Production of PG&E Business Plans [**Dkt. 3656**].

   C. Declaration of John Boken in Support of Debtors' Objection to *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion to Compel Production of PG&E Business Plans [**Dkt. 3657**].

   Status: The Court has directed that the TCC's request for the Debtors' business plans will be heard as a discussion item.

***CONTESTED MATTERS GOING FORWARD***

5. **Trident Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Trident DMG LLC as Communications Consultant Effective as of July 18, 2019 [**Dkt. 3224**].

   Response Deadline: August 20, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Debtors' Objection to the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Trident DMG LLC as Communications Consultant Effective as of July 18, 2019 [**Dkt. 3610**].

   Related Documents:

   B. Declaration of Adam W. Goldberg in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Trident DMG LLC as Communications Consultant Effective as of July 18, 2019 [**Dkt. 3225**].

   C. Supplemental Declaration of Adam W. Goldberg in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Trident DMG LLC as Communications Consultant Effective as of July 18, 2019 [**Dkt. 3598**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D. Reply in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Trident DMG LLC as Communications Consultant Effective as of July 18, 2019 [**Dkt. 3684**].

<u>Status</u>: This matter is going forward on a contested basis.

6. **Tort Claimants Committee's Motion to Compel Production of Third-Party Documents**: Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3205**].

<u>Response Deadline</u>: August 13, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Debtors' Objection to Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3535**].

B. Declaration of Kevin J. Orsini in Support of Debtors' Objection to Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3536**].

<u>Related Documents</u>:

C. Declaration of Kody Kleber in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3206**].

D. Motion of the Official Committee of Tort Claimants for Entry of an Order Authorizing the Filing Under Seal of a Reply in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3626**].

   a. Declaration of Kody Kleber in Support of Motion of the Official Committee of Tort Claimants for Entry of an Order Authorizing the Filing Under Seal of a Reply in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents [**Dkt. 3627**].

   b. Proposed Document Filed Under Seal [**Dkt. 3629**].

   c. Proposed Document Filed Under Seal [**Dkt. 3630**].

<u>Status</u>: This matter is going forward on a contested basis.

*RESOLVED MATTERS*

7. **Tort Claimants Committee's Jury Trial Rights Motion:** Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3479**].

<u>Response Deadline</u>: August 20, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Responses Filed</u>: No responses were filed.

<u>Related Documents</u>:

A. Declaration of Frank M. Pitre in Support of the Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3480**].

    a. Exhibit A to Declaration of Frank M. Pitre in Support of the Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3487**].

B. Declaration of Joseph M. Esmont in Support of the Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3482**].

C. Notice of Resolution of Motion of the Official Committee of Tort Claimants for Entry of an Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3623**].

D. Order Determining Procedures for Preserving Jury Trial Rights [**Dkt. 3654**].

<u>Status</u>: This matter has been resolved by a stipulated order between the TCC and the Debtors, approved by the Court on August 22, 2019. [**Dkt. 3654**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 26, 2019                  **WEIL, GOTSHAL & MANGES LLP**
                                            **KELLER & BENVENUTTI LLP**

                                          By:   /s/ *Dara L. Silveira*
                                                     Dara L. Silveira

                                          *Attorneys for Debtors and Debtors in Possession*