1  Isaac M. Pachulski (CA Bar No. 62337)
   Debra I. Grassgreen (CA Bar No. 169978)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone: (415) 263-7000
4  Facsimile: (415) 263-7010
   Email: dgrassgreen@pszjlaw.com
5
   Eric Seiler (admitted pro hac vice)
6  FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
   7 Times Square
7  New York, NY 10036-6516
   Telephone (212) 833-1103
8  Facsimile (212) 373-7903
   Email: eseiler@fklaw.com
9
   Attorneys for The Baupost Group, L.L.C.,
10 as the managing general partner and/or investment
   manager of certain entities

11
12 **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
13 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>        -and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br>**JOINDER IN STATEMENT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON ESTIMATION**<br>Date: August 27, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Baupost Group, L.L.C., as the general partner and/or investment manager for certain entities ("Baupost") hereby submits this Joinder (the "Joinder") in the *Statement of the Ad Hoc Group of Subrogation Claimants Regarding August 27, 2019 Conference on Estimation* (the "Subrogation Group Statement"). Baupost is a substantial creditor of these estates, is a major holder of insurance subrogation claims and is a member of the Steering Committee of the Ad Hoc Group of

1

Subrogation Claim Holders (the "Ad Hoc Subrogation Group").[1] Baupost's claims, along with the claims of the other members of the Ad Hoc Subrogation Group and the claims of the individual plaintiffs, will be the subject of the estimation proceeding.

Baupost believes that, particularly in light of the time constraints that confront the parties in this extraordinarily complex estimation proceeding, and the Debtors' possession of information regarding each of the wildfires that has yet to be released through discovery, the critical first step in this estimation proceeding must be for the Debtors to identify the bases for their objections to claims based on the 2017 and 2018 wildfires (both as to liability and as to damages) and to identify the factual and legal defenses to liability and damages on those claims that the Debtors intend to present. The holders of claims based on the wildfires—whether insurance subrogation claims or individual plaintiff claims—should not have to speculate on those bases, especially given the essential shutoff of their access to discovery resulting from the automatic stay.

More generally, Baupost fully supports the Ad Hoc Subrogation Group's proposed approach for the conduct of the estimation proceeding rather than the Debtors' piecemeal proposal. In particular, the Debtors' suggestion that the estimation of damages be reserved to the end of the process will not advance resolution of the estimation proceeding. Instead, the estimation of damages should proceed in parallel with a determination of liability.

WHEREFORE, Baupost requests that the Court grant the relief consistent with the Subrogation Group Statement.

Dated: August 26, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra I. Grassgreen*
Isaac M. Pachulski
Debra I. Grassgreen

- and -

Eric Seiler
FRIEDMAN KAPLAN SEILER
AND ADELMAN LLP

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

---

[1] As set forth in the *Third Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019*, Baupost also holds 24,500,000 shares of PG&E Corporation Common Stock and $850,000.00 in other unsecured wildfire-related claims.