Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted pro hac vice)
FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

Attorneys for The Baupost Group, L.L.C.,
as the managing general partner and/or investment
manager of certain entities

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE OF JOINDER IN STATEMENT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON ESTIMATION**<br><br>Date: August 27, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 26, 2019, I caused to be served the

**JOINDER IN STATEMENT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON ESTIMATION**

in this action by emailing a true and correct copy of said documents addressed as follows:

☑ TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 26, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on August 26, 2019, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

1. **VIA NEF**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer   kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Jonathan R. Doolittle   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran   jdoran@hinckleyallen.com
- Dustin M. Dow   ddow@bakerlaw.com, mcguigan@bakerlaw.com
- Jamie P. Dreher   jdreher@downeybrand.com
- Cecily Ann Dumas   cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne   cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne   ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt   keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger   meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg   JAE1900@yahoo.com
- Sally J. Elkington   sally@elkshep.com, ecf@elkshep.com
- Michele Ellison   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian   david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel   larry@engeladvice.com
- Krista M. Enns   kenns@beneschlaw.com
- Joseph M. Esmont   jesmont@bakerlaw.com
- Michael P. Esser   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin   richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin   metkin@lowenstein.com
- Jacob M. Faircloth   jacob.faircloth@smolsonlaw.com
- Michael C. Fallon   mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist   jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman   mfeldman@willkie.com
- Mark E. Felger   mfelger@cozen.com
- James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman   kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone   sfinestone@fhlawllp.com
- Timothy M. Flaherty   tflaherty@mpplaw.com
- Daniel I. Forman   dforman@willkie.com
- Jonathan Forstot   jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot   , john.murphy@troutman.com
- Matthew Hampton Foushee   hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick   cfrederick@prklaw.com
- Peter Friedman   pfriedman@omm.com
- Roger F. Friedman   rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller   lfuller@bakerlaw.com
- Larry W. Gabriel   lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi   gregg.galardi@ropesgray.com
- Richard L. Gallagher   richard.gallagher@ropesgray.com
- Oscar Garza   ogarza@gibsondunn.com
- Paul R. Gaus   paul.gaus@mccormickbarstow.com
- Duane M. Geck   dmg@severson.com
- Evelina Gentry   evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz   jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser   bglaser@swesq.com
- Paul R. Glassman   glassmanp@gtlaw.com
- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Laurie Hager    lhager@sussmanshank.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Elyssa S. Kates    ekates@bakerlaw.com

| | |
|---|---|
| 1 | • Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| | • William M. Kaufman    wkaufman@smwb.com |
| 2 | • Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| | • Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| 3 | • Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| | • Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com |
| 4 | • Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| | • Samuel M. Kidder    skidder@ktbslaw.com |
| 5 | • Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| | • Jane Kim    jkim@kellerbenvenutti.com |
| 6 | • Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| | • Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 7 | • Thomas F. Koegel    tkoegel@crowell.com |
| | • Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 8 | • Alan W. Kornberg    , akornberg@paulweiss.com |
| | • Bernard Kornberg    bjk@severson.com |
| 9 | • David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| | • Lauren Kramer    lkramer@rjo.com, mriney@rjo.com |
| 10 | • Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com |
| | • Thomas R. Kreller    tkreller@milbank.com |
| 11 | • Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| | • Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 12 | • Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| | • Robert T. Kugler    robert.kugler@stinson.com |
| 13 | • Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
| | • Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com |
| 14 | • Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| | • Richard A. Lapping    rich@trodellalapping.com |
| 15 | • Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| | • Michael Lauter    mlauter@sheppardmullin.com |
| 16 | • Kenneth T. Law    klaw@bbslaw.com |
| | • Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com |
| 17 | • Andrew Michael Leblanc    ALeblanc@milbank.com |
| | • Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 18 | • Edward J. Leen    eleen@mkbllp.com |
| | • Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| 19 | • Bryn G. Letsch    bletsch@braytonlaw.com |
| | • David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| 20 | • Andrew H. Levin    alevin@wcghlaw.com |
| | • David Levine    dnl@groom.com |
| 21 | • Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| | • Dara Levinson Silveira    dsilveira@kellerbenvenutti.com |
| 22 | • Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com |
| | • William S. Lisa    , jcaruso@nixonpeabody.com |
| 23 | • William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| | • Jonathan A. Loeb    jon.loeb@bingham.com |
| 24 | • John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| | • Jane Luciano    jane-luciano@comcast.net |
| 25 | • Kerri Lyman    klyman@irell.com, lgauthier@irell.com |
| | • John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 26 | • Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| | • Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 27 | • Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | • Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 28 | • Liam K. Malone    malone@oles.com, shahin@oles.com |
| | • Michael W. Malter    michael@bindermalter.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- Craig Margulies	cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr	gemarr59@hotmail.com
- Richard A. Marshack	rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin	cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud	lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews	jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy	patrick.maxcy@snrdenton.com
- Benjamin P. McCallen	bmccallen@willkie.com
- Thomas E. McCurnin	tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald	hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald	, john.murphy@troutman.com
- C. Luckey McDowell	Luckey.McDowell@Shearman.com
- Scott H. McNutt	SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone	Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo	peter@pmrklaw.com
- Frank A. Merola	lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester	jmester@jonesday.com
- Matthew D. Metzger	belvederelegalecf@gmail.com
- Randy Michelson	randy.michelson@michelsonlawgroup.com
- Joseph G. Minias	jminias@willkie.com
- M. David Minnick	dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell	nmitchell@omm.com
- Thomas C. Mitchell	tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe	john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed	ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee	kmontee@monteeassociates.com
- David W. Moon	lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore	dmargermoore@baumhedlundlaw.com
- Erika L. Morabito	emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey	cjm@cpuc.ca.gov
- Courtney L. Morgan	morgan.courtney@pbgc.gov
- Joshua D. Morse	Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes	tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz	pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers	myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias	anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale	dln@lnbrb.com
- David L. Neale	dln@lnbyb.com
- David Neier	dneier@winston.com
- Brittany J. Nelson	bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins	hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo	ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas	mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti	gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient	aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner	joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF	USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson	matt@macfern.com, ecf@macfern.com
- Steven M. Olson	smo@smolsonlaw.com
- Aram Ordubegian	Ordubegian.Aram@ArentFox.com
- Gabriel Ozel	gozel@nuvasive.com, gabeozel@gmail.com
- Margarita Padilla	Margarita.Padilla@doj.ca.gov
- Amy S. Park	amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson	donna@parkinsonphinney.com
- Peter S. Partee	, candonian@huntonak.com
- Paul J. Pascuzzi	ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- Kenneth Pasquale , mlaskowski@stroock.com
- Jennifer Pastarnack   jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner   penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo   vbantnerpeo@buchalter.com
- Danielle A. Pham   danielle.pham@usdoj.gov
- Thomas R. Phinney   tom@parkinsonphinney.com
- R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino   epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin   mplevin@crowell.com
- Mark D. Poniatowski   ponlaw@ponlaw.com
- William L. Porter   bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince   cprince@lesnickprince.com
- Douglas B. Provencher   dbp@provlaw.com
- Stacey C. Quan   squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo   amy.quartarolo@lw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready   smeyer@farmerandready.com
- Caroline A. Reckler   caroline.reckler@lw.com
- David M. Reeder   david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner   jreisner@irell.com
- Jack A. Reitman , srichmond@lgbfirm.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks   julie@bindermalter.com
- Jorian L. Rose   jrose@bakerlaw.com
- Paul M. Rosenblatt   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin   arrosin@alr-law.com
- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kellerbenvenutti.com
- Eric E. Sagerman   esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Robert Sahyan   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders   jsanders@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com
- Harvey S. Schochet   Harveyschochet@dwt.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman   lshulman@shbllp.com

- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com

- Andrew Yaphe   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com
- Paul H. Zumbro   mao@cravath.com
- Brittany Zummer   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi   deg@coreylaw.com, lf@coreylaw.com

## 2. VIA U.S. MAIL

| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca<br>P.O. Box 770000<br>San Francisco, CA 94105 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, D.C. 20555-0001 |
|---|---|

## 3. VIA EMAIL

| | |
|---|---|
| **Weil, Gotshal & Manges LLP**<br>Stephen.Karotkin@weil.com<br>Matthew.goren@weil.com<br>Jessica.liou@weil.com<br><br>**Cravath, Swaine & Moore LLP**<br>Pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com<br><br>**Baker & Hostetler LLP**<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com<br>esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br><br>**Keller & Benvenutti LLP**<br>tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com<br><br>**Office of the United States Trustee**<br>James.l.snyder@usdoj.gov<br>Timothy.s.laffredi@usdoj.gov<br>Marta.villacorta@usdoj.gov<br><br>**Milbank LLP**<br>Ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>Tkreller@milbank.com<br>Astone@milbank.com | **Stroock & Stroock & Laval LLP**<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com<br><br>**Davis Polk & Wardwell LLP**<br>Eli.vonnegut@davispolk.com<br>David.schiff@davispolk.com<br>Timothy.graulich@davispolk.com<br><br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com<br><br>**U.S. Department of Justice**<br>Danielle.pham@usdoj.gov |