| | |
|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>John M. Pierce (SBN 250443)<br>jpierce@piercebainbridge.com<br>Thomas D. Warren (SBN 160921)<br>twarren@piercebainbridge.com<br>355 South Grand Avenue, 44th Floor<br>Los Angeles, California 90071<br>(213) 262-9333 | LANDAU GOTTFRIED & BERGER LLP<br>Michael I. Gottfried (SBN 146689)<br>mgottfried@lgbfirm.com<br>Roye Zur (SBN 273875)<br>rzur@lgbfirm.com<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056 |

*Attorneys for the Herndon Parties*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**JOINDER TO STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON ESTIMATION**<br><br>**Hearing Date and Time:**<br>Date: August 27, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>       450 Golden Gate Ave., 16th Floor<br>       San Francisco, CA 94102 |

David Herndon, Julia Herndon, Gabriell Herndon, Jedidiah Herndon, Estefania Miranda, Steven Jones, Gabriella's Eatery, Chico Rent-a-Fence, and Ponderosa Pest & Weed Control (the "Herndon Parties") hereby join in, and incorporate by reference, the Statement of the Official Committee of Tort Claimants Regarding August 27, 2019 Status Conference on Estimation (the "Tort Committee Statement") [ECF No. 3672], filed by the Official Committee of Tort Claimants (the "Tort Committee"). The Herndon Parties also join in, and incorporate by reference, the portions of the Statement of the Ad Hoc Group of Subrogation Claim Holders Regarding August 27, 2019 Status Conference on Estimation (the "Subrogation Statement") [ECF No. 3690] that address the issue of whether PG&E Corporation and Pacific Gas & Electric Company (collectively the "Debtors") must identify the basis on which they object to the wildfire claims. *See* ECF No. 3690 at 2-5.

As the Herndon Parties explained in their objection to the Debtors' bar date motion [ECF No. 2240], the filing of a proof of claim is "prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f). The filing of a claim "creates an evidentiary presumption" that acts to "shift the burden of going forward" to the party challenging the claim. *In re Garvida*, 347 B.R. 697, 706-07 (B.A.P. 9th Cir. 2006). In connection with the estimation proceedings, which are (in function if not in form) objections to validly filed proofs of claim, the Debtors must identify the legal and factual bases for their objections to meet their burden: "[o]ne rebuts evidence with counter-evidence." *Id.* at 707. The proposal proposed by the Debtors inverts this process, impairs the due process rights of wildfire claimants, and risks delaying resolution of the Debtors' wildfire liability and the resolution of this bankruptcy.

Accordingly, the Herndon Parties respectfully request that this Court issue the orders requested by the Tort Committee. *See* Tort Committee Statement at 3-4.

[Signatures to Follow]

| | | |
|---|---|---|
| Dated: August 26, 2019 | | _/s/ Thomas D. Warren_ |
| Los Angeles, CA | | Thomas D. Warren |

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

Deborah Renner (pro hac requested)
drenner@piercebainbridge.com
Claiborne Hane (pro hac requested)
chane@piercebainbridge.com
Michael Eggenberger (pro hac requested)
meggenberger@piercebainbridge.com
20 West 23rd Street, Fifth Floor
New York, New York 10010
(212) 484-9866

-and-

_/s/ Michael I. Gottfried_
Michael I. Gottfried

LANDAU GOTTFRIED & BERGER LLP
Michael Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
(310) 557-0050

*Attorneys for the Herndon Parties*

2