PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for the Herndon Parties*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

1      I am a resident of the State of California, over the age of eighteen years, and not a party to

2 the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA

3 90067. On August 26, 2019, I served the document listed below:

4 **JOINDER TO STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS REGARDING AUGUST 27, 2019 STATUS CONFERENCE ON**

5 **ESTIMATION** in the following manners:

6 ☒    **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with

7      postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection

8      and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the

9      ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day

10      after date of deposit for mailing an affidavit.

11

12      **See Attached List for All Service Recipients**

13 ☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission

14      facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the

15      service list obtained from this Court on the Electronic Mail Notice List.

16      **See Attached List for All Service Recipients**

17      I declare under penalty of perjury that the foregoing is true and correct. Executed at Los

18 Angeles, California on August 26, 2019.

19 By:_/s/ Anastasia Vedrova_

20      Anastasia Vedrova

21

22

23

24

25

26

27

28

## ATTACHED SERVICE LIST

<u>VIA ECF NOTICE LIST</u>

- **Elliot Adler**    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**    annadel.almendras@doj.ca.gov
- **Monique D. Almy**    malmy@crowell.com
- **Dana M. Andreoli**    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**    tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**    Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Chris Bator**    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**    abehlmann@lowenstein.com, elawler@lowenstein.com
- **James C. Behrens**    jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**    jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**    pbenvenutti@kellerbenvenutti.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**    heinz@bindermalter.com
- **Neil Jon Bloomfield**    njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Ameneh Maria Bordi**    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Peter R. Boutin**    peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**    enbrady@jonesday.com
- **W. Steven Bryant**    , molly.batiste-debose@lockelord.com
- **Chane Buck**    cbuck@jonesday.com

2

1. - **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com

2. - **Anthony P. Cali**   anthony.cali@stinson.com, lindsay.petrowski@stinson.com

3. - **Peter C. Califano**   pcalifano@cwclaw.com

4. - **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com

5. - **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com

6. - **Katherine Rose Catanese**   kcatanese@foley.com

7. - **Jennifer Machlin Cecil**   JCecil@winston.com, ECF_SF@winston.com

8. - **Karen J. Chedister**   kchedister@h-jlaw.com

9. - **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com

10. - **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

11. - **Shawn M. Christianson**   schristianson@buchalter.com

12. - **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

13. - **Alicia Clough**   aclough@loeb.com

14. - **John B. Coffman**   john@johncoffman.net

15. - **Kevin G. Collins**   kevin.collins@btlaw.com

16. - **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com

17. - **Donald H. Cram**   dhc@severson.com

18. - **Ashley Vinson Crawford**   avcrawford@akingump.com, tsouthwell@akingump.com

19. - **John Cumming**   jcumming@dir.ca.gov

20. - **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net

21. - **Keith J. Cunningham**   , rkelley@pierceatwood.com

22. - **Keith J. Cunningham**   kcunningham@pierceatwood.com, rkelley@pierceatwood.com

23. - **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com

24. - **Tambra Curtis**   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

25. - **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, bkstaff@sullivanhill.com

26. - **Nicolas De Lancie**   ndelancie@jmbm.com

27. - **Judith A. Descalso**   jad@jdescalso.com, jad_9193@ecf.courtdrive.com

28. - **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com

   - **Kathryn S. Diemer**   kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

3

1     • **John P. Dillman**    houston_bankruptcy@publicans.com

2     • **Jonathan R. Doolittle**    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

3     • **Jennifer V. Doran**    jdoran@hinckleyallen.com

4     • **Dustin M. Dow**    ddow@bakerlaw.com, mcguigan@bakerlaw.com

5     • **Jamie P. Dreher**    jdreher@downeybrand.com

6     • **Cecily Ann Dumas**    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

7     • **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com

8     • **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com

9     • **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

10     • **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com

11     • **Michael Eggenberger**    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com

12     • **Joseph A. Eisenberg**    JAE1900@yahoo.com

13     • **Sally J. Elkington**    sally@elkshep.com, ecf@elkshep.com

14     • **Michele Ellison**    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

15     • **David Emerzian**    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com

16     • **G. Larry Engel**    larry@engeladvice.com

17     • **Krista M. Enns**    kenns@beneschlaw.com

18     • **Joseph M. Esmont**    jesmont@bakerlaw.com

19     • **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

20     • **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

21     • **Michael S. Etkin**    metkin@lowenstein.com

22     • **Jacob M. Faircloth**    jacob.faircloth@smolsonlaw.com

23     • **Michael C. Fallon**    mcfallon@fallonlaw.net, manders@fallonlaw.net

24     • **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net

25     • **Matthew A. Feldman**    mfeldman@willkie.com

26     • **Mark E. Felger**    mfelger@cozen.com

27     • **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

28     • **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com

4

| | |
|---|---|
| 1 | • **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com |
| 2 | • **Stephen D. Finestone**    sfinestone@fhlawllp.com |
| 3 | • **Timothy M. Flaherty**    tflaherty@mpplaw.com |
| 4 | • **Daniel I. Forman**    dforman@willkie.com |
| 5 | • **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com |
| 6 | • **Jonathan Forstot**    , john.murphy@troutman.com |
| 7 | • **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| 8 | • **Carolyn Frederick**    cfrederick@prklaw.com |
| 9 | • **Peter Friedman**    pfriedman@omm.com |
| 10 | • **Roger F. Friedman**    rfriedman@rutan.com, csolorzano@rutan.com |
| 11 | • **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| 12 | • **Lars H. Fuller**    lfuller@bakerlaw.com |
| 13 | • **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law |
| 14 | • **Gregg M. Galardi**    gregg.galardi@ropesgray.com |
| 15 | • **Richard L. Gallagher**    richard.gallagher@ropesgray.com |
| 16 | • **Oscar Garza**    ogarza@gibsondunn.com |
| 17 | • **Paul R. Gaus**    paul.gaus@mccormickbarstow.com |
| 18 | • **Duane M. Geck**    dmg@severson.com |
| 19 | • **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 20 | • **Janet D. Gertz**    jgertz@btlaw.com, amattingly@btlaw.com |
| 21 | • **Barry S. Glaser**    bglaser@swesq.com |
| 22 | • **Paul R. Glassman**    glassmanp@gtlaw.com |
| 23 | • **Gabriel I. Glazer**    gglazer@pszjlaw.com |
| 24 | • **Gabrielle Glemann**    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 25 | • **Matthew A. Gold**    courts@argopartners.net |
| 26 | • **Eric D. Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 27 | • **Amy L. Goldman**    goldman@lbbslaw.com |
| 28 | • **Eric S. Goldstein**    egoldstein@goodwin.com |
| | • **Rhonda Stewart Goldstein**    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |

5

- **Richard H. Golubow**    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**    mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**    egoodman@bakerlaw.com
- **Mark A. Gorton**    mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**    eric@rhrc.net
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**    cameron.m.gulden@usdoj.gov
- **Laurie Hager**    lhager@sussmanshank.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**    chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com

6

1 • **Michael R. Hogue**    hoguem@gtlaw.com, frazierl@gtlaw.com

2 • **David Holtzman**    david.holtzman@hklaw.com

3 • **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com

4 • **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com

5 • **Shane Huang**    shane.huang@usdoj.gov

6 • **Brian D. Huben**    hubenb@ballardspahr.com

7 • **Jonathan Hughes**    , jane.rustice@aporter.com

8 • **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

9 • **Mark V. Isola**    mvi@sbj-law.com

10 • **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

11 • **J. Eric Ivester**    , Andrea.Bates@skadden.com

12 • **Ivan C. Jen**    ivan@icjenlaw.com

13 • **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com

14 • **James O. Johnston**    jjohnston@jonesday.com

15 • **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

16 • **Andrew Jones**    andrew@ajoneslaw.com

17 • **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com

18 • **Robert A. Julian**    rjulian@bakerlaw.com

19 • **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com

20 • **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com

21 • **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com

22 • **Robert B. Kaplan**    rbk@jmbm.com

23 • **Eve H. Karasik**    ehk@lnbyb.com

24 • **Elyssa S. Kates**    ekates@bakerlaw.com

25 • **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com

26 • **William M. Kaufman**    wkaufman@smwb.com

27 • **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com

28 • **Tobias S. Keller**    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

• **Lynette C. Kelly**    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Case: 19-30088    Doc# 3698-1    Filed: 08/26/19    Entered: 08/26/19 15:54:59    Page 8 of 17

- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, angela.stevens@procopio.com

- **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com

- **Samuel M. Kidder**    skidder@ktbslaw.com

- **Marc Kieselstein**    , carrie.oppenheim@kirkland.com

- **Jane Kim**    jkim@kellerbenvenutti.com

- **Kody D. L. Kleber**    kkleber@bakerlaw.com, dmartinez@bakerlaw.com

- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com

- **Thomas F. Koegel**    tkoegel@crowell.com

- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com

- **Alan W. Kornberg**    , akornberg@paulweiss.com

- **Bernard Kornberg**    bjk@severson.com

- **David I. Kornbluh**    dik@millermorton.com, mhr@millermorton.com

- **Lauren Kramer**    lkramer@rjo.com, mriney@rjo.com

- **Jeffrey C. Krause**    jkrause@gibsondunn.com, psantos@gibsondunn.com

- **Thomas R. Kreller**    tkreller@milbank.com

- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com

- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com

- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

- **Robert T. Kugler**    robert.kugler@stinson.com

- **Boris Kukso**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

- **Alisa C. Lacey**    alisa.lacey@stinson.com, karen.graves@stinson.com

- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

- **Richard A. Lapping**    rich@trodellalapping.com

- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

- **Michael Lauter**    mlauter@sheppardmullin.com

- **Kenneth T. Law**    klaw@bbslaw.com

- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com

- **Andrew Michael Leblanc**    ALeblanc@milbank.com

- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

8

1      • **Edward J. Leen**    eleen@mkbllp.com

2      • **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com

3      • **Bryn G. Letsch**    bletsch@braytonlaw.com

4      • **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com

5      • **Andrew H. Levin**    alevin@wcghlaw.com

6      • **David Levine**    dnl@groom.com

7      • **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com

8      • **Dara Levinson Silveira**    dsilveira@kellerbenvenutti.com

9      • **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com, alewicki@diemerwei.com

10      • **William S. Lisa**    , jcaruso@nixonpeabody.com

11      • **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

12      • **Jonathan A. Loeb**    jon.loeb@bingham.com

13      • **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com

14      • **Jane Luciano**    jane-luciano@comcast.net

15      • **Kerri Lyman**    klyman@irell.com, lgauthier@irell.com

16      • **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

17      • **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com

18      • **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

19      • **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

20      • **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

21      • **Liam K. Malone**    malone@oles.com, shahin@oles.com

22      • **Michael W. Malter**    michael@bindermalter.com

23      • **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com

24      • **Geoffrey E. Marr**    gemarr59@hotmail.com

25      • **Richard A. Marshack**    rmarshack@marshackhays.com, lbuchanan@marshackhays.com

26      • **Catherine Martin**    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

27      • **Laila Masud**    lmasud@marshackhays.com, 8649808420@filings.docketbird.com

28      • **David P. Matthews**    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

     • **Patrick C. Maxcy**    patrick.maxcy@snrdenton.com

- **Benjamin P. McCallen**    bmccallen@willkie.com

- **Thomas E. McCurnin**    tmccurnin@bkolaw.com, kescano@bkolaw.com

- **Hugh M. McDonald**    hugh.mcdonald@troutman.com, john.murphy@troutman.com

- **Hugh M. McDonald**    , john.murphy@troutman.com

- **C. Luckey McDowell**    Luckey.McDowell@Shearman.com

- **Scott H. McNutt**    SMcNutt@ml-sf.com, csnell@ml-sf.com

- **Thomas Melone**    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

- **Peter Meringolo**    peter@pmrklaw.com

- **Frank A. Merola**    lacalendar@stroock.com, mmagzamen@stroock.com

- **Joshua M. Mester**    jmester@jonesday.com

- **Matthew D. Metzger**    belvederelegalecf@gmail.com

- **Randy Michelson**    randy.michelson@michelsonlawgroup.com

- **Joseph G. Minias**    jminias@willkie.com

- **M. David Minnick**    dminnick@pillsburylaw.com, docket@pillsburylaw.com

- **Nancy Mitchell**    nmitchell@omm.com

- **Thomas C. Mitchell**    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

- **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com

- **Aaron J. Mohamed**    ajm@brereton.law, aaronmohamedlaw@gmail.com

- **Kevin Montee**    kmontee@monteeassociates.com

- **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com

- **Diane Marger Moore**    dmargermoore@baumhedlundlaw.com

- **Erika L. Morabito**    emorabito@foley.com, hsiagiandraughn@foley.com

- **Candace J. Morey**    cjm@cpuc.ca.gov

- **Courtney L. Morgan**    morgan.courtney@pbgc.gov

- **Joshua D. Morse**    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

- **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutininc.com

- **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com

- **Michael S. Myers**    myersms@ballardspahr.com, hartt@ballardspahr.com

- **Alan I. Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com

10

- **David L. Neale**    dln@lnbrb.com
- **David L. Neale**    dln@lnbyb.com
- **David Neier**    dneier@winston.com
- **Brittany J. Nelson**    bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins**    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**    mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Gregory C. Nuti**    gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**    joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**    matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**    smo@smolsonlaw.com
- **Aram Ordubegian**    Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**    gozel@nuvasive.com, gabeozel@gmail.com
- **Margarita Padilla**    Margarita.Padilla@doj.ca.gov
- **Amy S. Park**    amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**    donna@parkinsonphinney.com
- **Peter S. Partee**    , candonian@huntonak.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**    , mlaskowski@stroock.com
- **Jennifer Pastarnack**    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- **Charles Scott Penner**    penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Danielle A. Pham**    danielle.pham@usdoj.gov
- **Thomas R. Phinney**    tom@parkinsonphinney.com
- **R. Alexander Pilmer**    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**    epino@epinolaw.com, rmahal@epinolaw.com

11

- **Gregory Plaskett**   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**   mplevin@crowell.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **William L. Porter**   bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Stacey C. Quan**   squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**   jreisner@irell.com
- **Jack A. Reitman**   , srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **Daniel Robertson**   robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**   mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **Jorian L. Rose**   jrose@bakerlaw.com
- **Paul M. Rosenblatt**   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **Allan Robert Rosin**   arrosin@alr-law.com
- **Jay M. Ross**   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**   grougeau@brlawsf.com

1 • **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

2 • **Thomas B. Rupp**    trupp@kellerbenvenutti.com

3 • **Eric E. Sagerman**    esagerman@bakerlaw.com, pgedocket@bakerlaw.com

4 • **Robert Sahyan**    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com

5 • **Jonathan C. Sanders**    jsanders@stblaw.com

6 • **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com

7 • **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com

8 • **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

9 • **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com

10 • **Sblend A. Sblendorio**    sas@hogefenton.com

11 • **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com

12 • **Bradley R. Schneider**    bradley.schneider@mto.com

13 • **Harvey S. Schochet**    Harveyschochet@dwt.com

14 • **Lisa Schweitzer**    lschweitzer@cgsh.com

15 • **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com

16 • **David B. Shemano**    dshemano@pwkllp.com

17 • **James A. Shepherd**    jim@elkshep.com, ecf@elkshep.com

18 • **Leonard M. Shulman**    lshulman@shbllp.com

19 • **Andrew I. Silfen**    andrew.silfen@arentfox.com

20 • **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com

21 • **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com

22 • **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com

23 • **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com

24 • **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

25 • **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com

26 • **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com

27 • **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

28 • **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com

• **Randye B. Soref**    rsoref@polsinelli.com

1 • **Bennett L. Spiegel**   blspiegel@jonesday.com

2 • **Michael St. James**   ecf@stjames-law.com

3 • **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com

4 • **Harriet A. Steiner**   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

5 • **Lillian G. Stenfeldt**   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com

6 • **Lillian G. Stenfeldt**   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

7 • **Cheryl L. Stengel**   clstengel@outlook.com, stengelcheryl40@gmail.com

8 • **David M. Stern**   dstern@ktbslaw.com

9 • **Alan J. Stone**   AStone@milbank.com, DMcCracken@Milbank.com

10 • **Rebecca Suarez**   rsuarez@crowell.com

11 • **Brad T. Summers**   summerst@lanepowell.com, docketing-pdx@lanepowell.com

12 • **Kristine Theodesia Takvoryan**   ktakvoryan@ckrlaw.com

13 • **Kesha Tanabe**   kesha@tanabelaw.com

14 • **Elizabeth Lee Thompson**   ethompson@stites.com, docketclerk@stites.com

15 • **John C. Thornton**   jct@andrewsthornton.com, aandrews@andrewsthornton.com

16 • **Meagan S. Tom**   Meagan.tom@lockelord.com, autodocket@lockelord.com

17 • **Edward J. Tredinnick**   etredinnick@greeneradovsky.com

18 • **Matthew Jordan Troy**   matthew.troy@usdoj.gov

19 • **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com

20 • **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com

21 • **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com

22 • **Marta Villacorta**   marta.villacorta@usdoj.gov

23 • **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

24 • **Riley C. Walter**   ecf@W2LG.com

25 • **Phillip K. Wang**   phillip.wang@rimonlaw.com

26 • **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

27 • **Lindsi M. Weber**   lweber@polsinelli.com, yderac@polsinelli.com

28 • **Genevieve G. Weiner**   gweiner@gibsondunn.com

• **Rebecca Weissman**   rebecca.weissman@dechert.com

14

| | |
|---|---|
| 1 | • **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com |
| 2 | • **David Walter Wessel**   DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| 3 | • **Drew M. Widders**   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| 4 | • **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 5 | • **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com |
| 6 | • **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 7 | • **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 8 | • **Ryan A. Witthans**   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| 9 | • **Risa Lynn Wolf-Smith**   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 10 | • **Douglas Wolfe**   dwolfe@asmcapital.com |
| 11 | • **Catherine E. Woltering**   cwoltering@bakerlaw.com |
| 12 | • **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov |
| 13 | • **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com |
| 14 | • **Kirsten A. Worley**   kw@wlawcorp.com, admin@wlawcorp.com |
| 15 | • **Antonio Yanez**   ayanez@willkie.com |
| 16 | • **Cathy Yanni**   cathy@cathyyanni.com, pstrunk@browngreer.com |
| 17 | • **Andrew Yaphe**   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 18 | • **Tacie H. Yoon**   tyoon@crowell.com |
| 19 | • **Bennett G. Young**   byoung@jmbm.com, jb8@jmbm.com |
| 20 | • **Paul H. Zumbro**   mao@cravath.com |
| 21 | • **Brittany Zummer**   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 22 | • **Dario de Ghetaldi**   deg@coreylaw.com, lf@coreylaw.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTACHED SERVICE LIST**

<u>VIA US MAIL</u>

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |

16