

1

2

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

3

4

5

6

Signed and Filed: August 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (admitted *pro hac vice*)
Joseph G. Minias (admitted *pro hac vice*)
Erica L. Kerman (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
        jminias@willkie.com
        ekerman@willkie.com

7

8

9

10

11

12

13

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

14

15

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

16

17

18

19

20

21

22

23

24

25

**In re:**

**PG&E CORPORATION,**

        **-and-**

**PACIFIC GAS AND ELECTRIC**
**COMPANY,**
                **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the lead case,*
*No. 19-30088 (DM)*

Case No. 19-30088 DM
Chapter 11

(Lead Case)
(Jointly Administered)

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ERICA L.**
**KERMAN *PRO HAC VICE***

26

27

28

1

Erica L. Kerman, whose business address and telephone number is

2

**WILLKIE FARR & GALLAGHER LLP**
Erica L. Kerman

3

787 Seventh Avenue

4

New York, NY 10019-6099
Telephone: (212) 728-8000

5

Facsimile: (212) 728-8111
Email: ekerman@willkie.com

6

7

Is an active member in good standing of the bar of New York, having applied in the above-entitled

8

action for admission to practice in the Northern District of California on a *pro hac vice* basis,

9

representing the Ad Hoc Group of Subrogation Claim Holders.

10

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

11

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

12

Service of papers upon and communication with co-counsel designated in the application will

13

constitute notice to the represented party. All future filings in this action are subject to the

14

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

15

Bankruptcy Court for the Northern District of California.

16

** END OF ORDER **

17

18

19

20

21

22

23

24

25

26

27

28