**EXHIBIT A**

1  Robert A. Julian (SBN 884469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email:   rjulian@bakerlaw.com
5  Email:   cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025
   Telephone:    310.820.8800
9  Facsimile:    310.820.8859
   Email:   esagerman@bakerlaw.com
10 Email:   lattard@bakerlaw.com

11 *Counsel for Official Committee of Tort Claimants*

12 **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 **SAN FRANCISCO DIVISION**

14 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
15 | **PG&E CORPORATION** | |
16 | -and- | Chapter 11 (Lead Case) |
17 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
18 | | |
19 | **Debtors** | |
20 | | **ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS ATTACHED TO A REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS** |
21 | ☐ Affects PG& E Corporation | |
22 | ☐ Affects Pacific Gas and Electric Company | |
23 | ■ Affects both Debtors | |
25 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

The Court, having considered the Motion of the Official Committee of Tort Claimants (the "**TCC**") for Entry of an Order Authorizing the Filing of Redacted Documents Attached to a Reply in Support of Motion to Compel Production of Third-Party Contractor Documents (the "**Redaction Motion**"), and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The TCC's Motion for Entry of an Order Authorizing the Filing Under Seal of a Reply in Support of Motion of the TCC to Compel Production of Third-Party Contractor Documents (Docket No. 2626) is dismissed as moot.

2. The Redaction Motion is granted.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

\*\* END OF ORDER \*\*