| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 1160 Battery Street, Suite 100 |
| 3 | San Francisco, CA 94111 |
| | Telephone:   628.208.6434 |
| 4 | Facsimile:   310.820.8859 |
| | Email:  rjulian@bakerlaw.com |
| 5 | Email:  cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| | Lauren T. Attard (SBN 320898) |
| 7 | BAKER & HOSTETLER LLP |
| | 11601 Wilshire Boulevard |
| 8 | Suite 1400 |
| | Los Angeles, CA 90025 |
| 9 | Telephone:   310.820.8800 |
| | Facsimile:   310.820.8859 |
| 10 | Email:  esagerman@bakerlaw.com |
| | Email:  lattard@bakerlaw.com |

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation | **DECLARATION OF KODY KLEBER IN SUPPORT OF REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS** |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:    August 27, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

KODY D. L. KLEBER, under penalty of perjury, declares:

1. I am a partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases.

2. I submit this Declaration in support of the Reply in Support of Motion of the Official Committee of Tort Claimants to Compel Production of Third Party Contractor Documents ("**Motion**").

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. Attached hereto as **EXHIBIT A** is a true and correct copy of document bates-labeled PGE-BK-0000024456, Contract Work Authorization No. C8068 dated March 13, 2018, between Pacific Gas and Electric Company and Quanta Technology, LLC.

5. Attached hereto as **EXHIBIT B** is a true and correct copy of the is a true and correct copy of document bates-labeled PGE-BK-0000028237, Contract Work Authorization No. 4400004292 dated January 8, 2014, between Pacific Gas and Electric Company and Burns & McDonnell Engineering Company, Inc.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on August 26, 2019      */s/ Kody D.L. Kleber*
                                 By: Kody D. L. Kleber
                                 *Admitted Pro Hac Vice*