# EXHIBIT A

# REDACTED VERSION OF THE PROPOSED REDACTED DOCUMENT



Contract Work Authorization

# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C6068 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C523 (Formerly: 4400002785) dated 11/25/2008 (the "MSA") between the below-named Contractor ("Contractor"), a North Carolina Limited Liability Company (LLC), and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the

| | | |
|---|---|---|
| **Contractor's Legal Name:** | Quanta Technology, LLC | **Total Number of Pages:** 3 |
| **Contractor's Address:** | 4020 West Chase Boulevard, Suite 300<br>Raleigh, North Carolina 27607 | |

| | |
|---|---|
| **Project Name:** | FIRE RISK MITIGATION PROJECT |
| **Job Location:** | Contractor's or PG&E's Offices |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor shall provide PG&E support in the Wildfire Risk Mitigation project in the following areas:
- Proactive Deenergization, and
- Design Standards Enhancements,

as described in Attachment 1 – Scope of Work.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work, 1 Page

**CWA TERM:** This CWA is effective upon signature by both parties and expires on 6/01/2018. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of 06/01/2018.

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** ▮▮▮▮▮

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: QUANTA TECHNOLOGY, LLC | |
|---|---|---|---|
| Signature | *Cindi Palmer* (DocuSigned by: 4A4A5BB685F24CF...) | Signature | *Vic Romero* (DocuSigned by: BBA434921E42413...) |
| Name | CINDI PALMER | Name | Vic Romero |
| Title | SR. SOURCING SPECIALIST | Title | Executive Advisor |
| Date | 3/13/2018 | Date | 3/13/2018 |

62-4229 CWA (12-1-08)      Sourcing

Contractor Confidential      PGE-BK-0000024456



Contract Work Authorization

CWA No. C6068
Page 2 of 2

| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Cindi Palmer | Name: | Vic Romero |
| Phone | 925-584-9876 | Phone | 919-428-9332 |
| Email | Cindi.Palmer@pge.com | Email | vromero@Quanta-Technology.com |
| Accounting Reference | 8183982<br>PR105388 | | |
| PG&E Work Supervisor: | Ferhann Jawed, FxJ5 | Phone: | 415-973-4777 |
| INVOICE INSTRUCTIONS: Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | Send ORIGINAL Invoice to: | PG&E Accounts Payable*<br>PO Box 7760<br>San Francisco, CA 94120-7760 | |
| | Send COPY of Invoice to: | Ferhann Jawed<br>FxJ5@pge.com<br>415-973-4777 | |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay.<br>*Note: Contractors using the XIGN System do not need to mail a copy of the invoice to PG&E. | | |

| INTERNAL PG&E USE ONLY | | | |
|---|---|---|---|
| Distribution Date | | | |
| Distribution of Copies: | ☐ Document Services<br>(Signed Original Copy)<br>Mail Code N5D<br>245 MARKET ST., SAN FRANCISCO | ☒ Contractor<br>(Signed Original Copy) | |
| | ☐ Work Supervisor , FxJ5 | ☐ Manager | |
| | ☐ Invoice Approver  FxJ5 | ☐ Supervisor | |
| | ☐ V.P. | ☒ Sourcing/ Purchasing   Contract File | |
| | ☐ Director | ☐ Law | |

62-4229 CWA (12-1-08)          Sourcing

Contractor Confidential                                                                                              PGE-BK-0000024457

DocuSign Envelope ID: 0E5E95F4-74A3-4A17-B1DC-465DF3483210


Pacific Gas and Electric Company

Attachment 1 – Scope of Work and Pricing
PG&E CWA Number: C6068
Quanta Technology, LLC
Page 1 of 1

Contractor shall provide PG&E support in the Wildfire Risk Mitigation project. Wildfire Risk Mitigation is a key goal for electric utilities, especially those in California. The extended drought in recent years has significantly increased the risk of major wildfires. As a result, PG&E continues to evaluate how to significantly reduce that risk and then pursue the opportunities that provide the highest value and on an escalated schedule.

In this effort, contractor shall provide support for three weeks, beginning the week of March 5, 2018. The on- and off-site support will be provided for two topic areas:
- Proactive Deenergization, and
- Design Standards Enhancements.

Support shall be provided by contractor's teams consisting of, Andrija Sadikovic, Zhuoning Liu, and Vic Romero, (On-site support) and Bill Snyder and Jim Bouford (Off-site support).

**Project Description**

**Proactive Deenergization**
Contractor shall provide support in developing the requirements and process for implementation of proactive deenergizing during high risk fire conditions. Requirements related to proactive de-energizing include:
- Identification of the critical at-risk areas
- Identification and implementation of technologies to accomplish the required risk reduction and minimize the customer impact
- Development of operational practices and requirements for implementation
- Identification of effective communication and collaboration processes with public agencies and the public, especially potentially impacted customers

**Design Standards**
Contractor shall provide support for the enhancement of construction standards related to fire risk mitigation, including infrastructure replacement standards. Design standards enhancements being evaluated include, but are not limited to:

- Exempt line equipment replacement
- Non-wood pole & cross-arm design and replacement
- Undergrounding and tree wire/covered conductor strategy
- Conductor ground return and increased protection sensitivity
- Pulse Reclosers

**Pricing and Terms**
Labor support for three weeks at ▇▇▇▇▇ on a Time and Material (T&M) basis.

This price is based on up to 40 hours per week per person for three weeks of on-site support and up to 10 hours per week per person for three weeks of off-site support.

Expenses will be charged at cost. The budget will be evaluated on a regular basis and any change must be pre-approved by PG&E.

Pricing and Terms and Conditions will be in accordance with the Master Service Agreement C523 (formerly: 4400002785) between Quanta Technology and Pacific Gas and Electric.

**Payment Schedule**
Billing will be monthly progress billing.