Jennifer Machlin Cecil (SBN#294806)
Jcecil@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for First Solar, Inc.
and Willow Springs Solar 3, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19 - 30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF WITHDRAWAL OF (i) MOTION OF FIRST SOLAR, INC., FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION AND (ii) MOTION TO FILE UNDER SEAL** |
| ☐ Affects PG&E Corporation <br><br> ☒ Affects Pacific Gas and Electric Company <br><br> ☐ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Hearing Date:** **August 28, 2019** <br> **Time:** **9:30 a.m. (P.T.)** <br><br> Courtroom: Hon. Dennis Montali <br> 450 Golden Gate Avenue <br> 16th Floor, Courtroom 17 <br> San Francisco, CA 94102 |

PLEASE TAKE NOTICE that First Solar, Inc., on behalf of itself and its subsidiary, Willow Springs Solar 3, LLC, hereby withdraws its (i) Motion and Memorandum for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556 [Docket No. 3194], and (ii) Motion Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of an Agreement Under Seal [Docket No. 3196].

Dated: August 27, 2019          WINSTON & STRAWN LLP

By: /s/ Jennifer Machlin Cecil
Jennifer Machlin Cecil (SBN#294806)
David Neier (*admitted pro hac vice*)

*Attorneys for First Solar, Inc.
and Willow Springs Solar 3, LLC*