Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A
**Additional Stipulations**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the lessor (the "**Lessor**") of the real property listed in **Exhibit A**, hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

## RECITALS

A.  On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.  By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

C.  The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court.  Such an order requires the written consent of the Lessor pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

D.  The Lessor agrees to provide the Debtors with such consent.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:

1.  The Lessor consents to, and this Stipulation hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an extension or extensions (the "**Extension**") to the time within which a Debtor must assume any nonresidential real property lease to which it and the Lessor are party (the "**Leases**"), until December 31, 2019 (the "**Extended Deadline**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and including the Extended Deadline.

3.      No further consent of Lessor shall be required for the sole purpose of granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy Code, including beyond the Extended Deadline.

4.      Nothing contained in this Stipulation or any actions taken by the Debtors pursuant to relief consented to herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Leases, are executory or unexpired, as applicable; (e) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Leases.

5.      Nothing contained in this Stipulation shall impair in any way Lessor's right to file a claim for any pre-petition amounts due under the Leases.

6.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

8.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

9.      The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

## EXECUTION PAGE

Dated: August 23, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: _____ */s/ Jane Kim*
 Jane Kim
 Attorneys for Debtors
 and Debtors in Possession

Dated: August / 27 / 2019

LESSOR

By: _____

Capacity: Attorneys for Lessor / Lessor /
Authorized Officer of Lessor
Signatory Name:

BERNARD A. MARASCO

Signatory Address:

%o PARAMOUNT GROUP, INC.
1633 BROADWAY SUITE 1801
NEW YORK, NY 10019

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT A

Name of Lessor:    PPF Paramount One Market Plaza Owner, L.P.

Address:    Floor 23 and 24
One Market Street
San Francisco, California

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19 -30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**") and Pacific Gas and Electric Company (the "**Utility**", and together the "**Debtors**") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the City of San Jose, on behalf of itself and all of its agencies, departments, or instrumentalities through which it acts or does business (collectively, "**San Jose**") hereby submit this stipulation (the "**Stipulation**") consenting to a further extension of time for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "**Bankruptcy Code**"), and represent and agree as follows:

**RECITALS**

A.      On January 29, 2019 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B.      Debtors and San Jose are parties to numerous agreements and Debtors hold numerous permits issued by departments within San Jose that allow the Utility to access certain property owned by San Jose for various purposes (collectively, the "**Agreements/Permits**").

C.      By Order dated May 23, 2019 [Docket No. 2227], the Bankruptcy Court extended the time for the Debtors to assume or reject nonresidential real property leases to August 27, 2019 pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code.

D.      The Debtors propose to seek a further extension of time for the Debtors to reject or assume nonresidential real property leases from the Bankruptcy Court. Such an order requires the written consent of San Jose pursuant to 11 U.S.C. § 365(d)(4)(B)(ii) to the extent that any of the Agreements/Permits constitute nonresidential real property leases.

E.      Neither the Debtors nor San Jose admit that the Agreements/Permits are nonresidential real property leases subject to assumption under section 365 of the Bankruptcy Code or the deadline to assume or reject such nonresidential real property leases in section 365(d)(4) of the Bankruptcy Code. For the avoidance of doubt, and without any prejudice to either the Debtors or San Jose, to the extent any of the Agreements/Permits constitute nonresidential real property leases, San Jose consents to the extension of time to assume or reject such Agreements/Permits as

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

further set forth below.

2

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY

3

STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE

4

UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER

5

THAT:

6

1.      San Jose consents to, and this Stipulation hereby constitutes "prior written

7

consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, for an

8

extension or extensions (the "**Extension**") to the time within which a Debtor must assume any

9

nonresidential real property lease to which it and San Jose are party, including any of the

10

Agreements/Permits which constitute nonresidential real property leases (the "**Leases**"), until the

11

earlier of (i) the expiration of the term of each of the Leases, or (ii) the effective date of a

12

reorganization plan for the Debtors in these Chapter 11 Cases (the "**Extended Deadline**").

13

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within

14

which the Debtors must assume or reject the Leases is extended from August 27, 2019 through and

15

including the Extended Deadline.

16

3.      No further consent of San Jose shall be required for the sole purpose of

17

granting the Extension, and the consent granted pursuant to this Stipulation is without prejudice to

18

the Debtors' right to seek further extensions as provided in section 365(d)(4) of the Bankruptcy

19

Code, including beyond the Extended Deadline.

20

4.      Nothing contained in this Stipulation or any actions taken by the Debtors or

21

San Jose pursuant to relief consented to herein is intended or should be construed as: (a) an

22

admission as to the validity or amount of any particular claim against the Debtors; (b) a waiver of

23

the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to

24

pay any particular claim; (d) an admission by the Debtors or San Jose that any of the

25

Agreements/Permits, are executory contracts or unexpired leases, as applicable; (e) a waiver or

26

limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, including

27

the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

or lease; or (f) an alteration, amendment, or other modification of the terms of the Agreements/Permits.

       5.     The Debtors agree that they will comply with their obligations under section 365(d)(3) of the Bankruptcy Code in respect of any Leases.

       6.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

       7.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

       8.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

       9.     The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

Dated: August 27, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP


By: /s/Jane Kim
    Jane Kim
    Attorneys for Debtors
    and Debtors in Possession


Dated: August, __ 2019

CITY OF SAN JOSE


By: _____
Approved as to form

By: _____
    Nora Frimann
    Assistant City Attorney

    Attorneys for the City of San Jose, including
    all of its agencies, departments, or
    instrumentalities.