DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

DOWNEY BRAND LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |
|---|---|

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

1569553.1

1

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through August 22, 2019, the amount owing to TEICHERT is at least $1,123,321.57, exclusive of accruing interest and other charges, with additional amounts owed and accrued after August 22, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about August 23, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6.  The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7.  The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8.  TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: August 26, 2019

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# Exhibit A

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

AUG 2 3 2019

Sacramento County
Clerk-Recorder
201908230731

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

| | |
|---|---|
| NAME | DOWNEY BRAND LLP |
| MAILING | Scott McElhern |
| ADDRESS | 621 Capitol Mall, 18th Floor |
| | Sacramento, CA 95814 |
| PHONE NUMBER | (916) 444-1000 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A; and

Deactivation of the following gas lines:

14th Avenue between 52nd Street and 58th Street in Sacramento, CA 95820;

57th Street between 14th Avenue and San Francisco Boulevard, Sacramento, CA 95820;

San Francisco Boulevard between 55th Street and 57th Street, Sacramento, CA 95820;

55th Street between San Francisco Boulevard and 19th Avenue, Sacramento, CA 95820;

19th Avenue between 52nd Street and 55th Street, Sacramento, CA 95820;

20th Avenue between Stockton Boulevard and 52nd Street & 53rd Street Alley, Sacramento, CA 95820;

52nd Street & 53rd Street Alley between 19th Avenue and 20th Avenue, Sacramento, CA 95820

2. After deducting all just credits and offsets, the sum of $1,123,321.57, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 1-1/4 inch, 2-inch, 4-inch, and 6-inch high pressure plastic gas main; gas service uprates; gas service replacements; gas transfer services; deactivation of low pressure wrought iron gas main; and deactivation of low pressure plastic gas main.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and

vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.  Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: August 22, 2019           TEICHERT PIPELINES, INC.

By: _____
    Sean Collins, Credit Manager

2

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 22, 2019        TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

3

## EXHIBIT A

| | |
|---|---|
| 4965 9th Avenue, Sacramento, CA 95820 | 5024 10th Avenue, Sacramento, CA 95820 |
| 5001 9th Avenue, Sacramento, CA 95820 | 5032 10th Avenue, Sacramento, CA 95820 |
| 5009 9th Avenue, Sacramento, CA 95820 | 5040 10th Avenue, Sacramento, CA 95820 |
| 5017 9th Avenue, Sacramento, CA 95820 | 5048 10th Avenue, Sacramento, CA 95820 |
| 5025 9th Avenue, Sacramento, CA 95820 | 5056 10th Avenue, Sacramento, CA 95820 |
| 5033 9th Avenue, Sacramento, CA 95820 | 5068 10th Avenue, Sacramento, CA 95820 |
| 5041 9th Avenue, Sacramento, CA 95820 | 5081 10th Avenue, Sacramento, CA 95820 |
| 5049 9th Avenue, Sacramento, CA 95820 | 4917 11th Avenue, Sacramento, CA 95820 |
| 5057 9th Avenue, Sacramento, CA 95820 | 4925 11th Avenue, Sacramento, CA 95820 |
| 5065 9th Avenue, Sacramento, CA 95820 | 4933 11th Avenue, Sacramento, CA 95820 |
| 5073 9th Avenue, Sacramento, CA 95820 | 4941 11th Avenue, Sacramento, CA 95820 |
| 5109 9th Avenue, Sacramento, CA 95820 | 4951 11th Avenue, Sacramento, CA 95820 |
| 5115 9th Avenue, Sacramento, CA 95820 | 5009 11th Avenue, Sacramento, CA 95820 |
| 5000 9th Avenue, Sacramento, CA 95820 | 5017 11th Avenue, Sacramento, CA 95820 |
| 5008 9th Avenue, Sacramento, CA 95820 | 5025 11th Avenue, Sacramento, CA 95820 |
| 5016 9th Avenue, Sacramento, CA 95820 | 5033 11th Avenue, Sacramento, CA 95820 |
| 5024 9th Avenue, Sacramento, CA 95820 | 5041 11th Avenue, Sacramento, CA 95820 |
| 5032 9th Avenue, Sacramento, CA 95820 | 5049 11th Avenue, Sacramento, CA 95820 |
| 5040 9th Avenue, Sacramento, CA 95820 | 5057 11th Avenue, Sacramento, CA 95820 |
| 5048 9th Avenue, Sacramento, CA 95820 | 5065 11th Avenue, Sacramento, CA 95820 |
| 5056 9th Avenue, Sacramento, CA 95820 | 5073 11th Avenue, Sacramento, CA 95820 |
| 5064 9th Avenue, Sacramento, CA 95820 | 5107 11th Avenue, Sacramento, CA 95820 |
| 5072 9th Avenue, Sacramento, CA 95820 | 5115 11th Avenue, Sacramento, CA 95820 |
| 5100 9th Avenue, Sacramento, CA 95820 | 4916 11th Avenue, Sacramento, CA 95820 |
| 5118 9th Avenue, Sacramento, CA 95820 | 4926 11th Avenue, Sacramento, CA 95820 |
| 3410 50th Street, Sacramento, CA 95820 | 4932 11th Avenue, Sacramento, CA 95820 |
| 3405 50th Street, Sacramento, CA 95820 | 4942 11th Avenue, Sacramento, CA 95820 |
| 3424 50th Street, Sacramento, CA 95820 | 4948 11th Avenue, Sacramento, CA 95820 |
| 3425 50th Street, Sacramento, CA 95820 | 4956 11th Avenue, Sacramento, CA 95820 |
| 3524 50th Street, Sacramento, CA 95820 | 3604 50th Street, Sacramento, CA 95820 |
| 3525 50th Street, Sacramento, CA 95820 | 5000 11th Avenue, Sacramento, CA 95820 |
| 5001 10th Avenue, Sacramento, CA 95820 | 5008 11th Avenue, Sacramento, CA 95820 |
| 5009 10th Avenue, Sacramento, CA 95820 | 5016 11th Avenue, Sacramento, CA 95820 |
| 5017 10th Avenue, Sacramento, CA 95820 | 5024 11th Avenue, Sacramento, CA 95820 |
| 5025 10th Avenue, Sacramento, CA 95820 | 5032 11th Avenue, Sacramento, CA 95820 |
| 5033 10th Avenue, Sacramento, CA 95820 | 5040 11th Avenue, Sacramento, CA 95820 |
| 5041 10th Avenue, Sacramento, CA 95820 | 5048 11th Avenue, Sacramento, CA 95820 |
| 5049 10th Avenue, Sacramento, CA 95820 | 5056 11th Avenue, Sacramento, CA 95820 |
| 5057 10th Avenue, Sacramento, CA 95820 | 5064 11th Avenue, Sacramento, CA 95820 |
| 5065 10th Avenue, Sacramento, CA 95820 | 5106 11th Avenue, Sacramento, CA 95820 |
| 5073 10th Avenue, Sacramento, CA 95820 | 3601 50th Street, Sacramento, CA 95820 |
| 5000 10th Avenue, Sacramento, CA 95820 | 4917 12th Avenue, Sacramento, CA 95820 |
| 5008 10th Avenue, Sacramento, CA 95820 | 4925 12th Avenue, Sacramento, CA 95820 |
| 5016 10th Avenue, Sacramento, CA 95820 | 4933 12th Avenue, Sacramento, CA 95820 |

| | |
|---|---|
| 4941 12th Avenue, Sacramento, CA 95820 | 4948 13th Avenue, Sacramento, CA 95820 |
| 4949 12th Avenue, Sacramento, CA 95820 | 4956 13th Avenue, Sacramento, CA 95820 |
| 4957 12th Avenue, Sacramento, CA 95820 | 4964 13th Avenue, Sacramento, CA 95820 |
| 5001 12th Avenue, Sacramento, CA 95820 | 5000 13th Avenue, Sacramento, CA 95820 |
| 5009 12th Avenue, Sacramento, CA 95820 | 5008 13th Avenue, Sacramento, CA 95820 |
| 5017 12th Avenue, Sacramento, CA 95820 | 5016 13th Avenue, Sacramento, CA 95820 |
| 5025 12th Avenue, Sacramento, CA 95820 | 5024 13th Avenue, Sacramento, CA 95820 |
| 5033 12th Avenue, Sacramento, CA 95820 | 5032 13th Avenue, Sacramento, CA 95820 |
| 5041 12th Avenue, Sacramento, CA 95820 | 5040 13th Avenue, Sacramento, CA 95820 |
| 5049 12th Avenue, Sacramento, CA 95820 | 5048 13th Avenue, Sacramento, CA 95820 |
| 5057 12th Avenue, Sacramento, CA 95820 | 5054 13th Avenue, Sacramento, CA 95820 |
| 5065 12th Avenue, Sacramento, CA 95820 | 5064 13th Avenue, Sacramento, CA 95820 |
| 5073 12th Avenue, Sacramento, CA 95820 | 5072 13th Avenue, Sacramento, CA 95820 |
| 4926 12th Avenue, Sacramento, CA 95820 | 4957 13th Avenue, Sacramento, CA 95820 |
| 4932 12th Avenue, Sacramento, CA 95820 | 5001 13th Avenue, Sacramento, CA 95820 |
| 4942 12th Avenue, Sacramento, CA 95820 | 3722 50th Street, Sacramento, CA 95820 |
| 4948 12th Avenue, Sacramento, CA 95820 | 4821 11th Avenue, Sacramento, CA 95820 |
| 5000 12th Avenue, Sacramento, CA 95820 | 4825 11th Avenue, Sacramento, CA 95820 |
| 5008 12th Avenue, Sacramento, CA 95820 | 4833 11th Avenue, Sacramento, CA 95820 |
| 5016 12th Avenue, Sacramento, CA 95820 | 4847 11th Avenue, Sacramento, CA 95820 |
| 5024 12th Avenue, Sacramento, CA 95820 | 4849 11th Avenue, Sacramento, CA 95820 |
| 5032 12th Avenue, Sacramento, CA 95820 | 4857 11th Avenue, Sacramento, CA 95820 |
| 5040 12th Avenue, Sacramento, CA 95820 | 4873 11th Avenue, Sacramento, CA 95820 |
| 5048 12th Avenue, Sacramento, CA 95820 | 4878 11th Avenue, Sacramento, CA 95820 |
| 5056 12th Avenue, Sacramento, CA 95820 | 4901 11th Avenue, Sacramento, CA 95820 |
| 5066 12th Avenue, Sacramento, CA 95820 | 4826 11th Avenue, Sacramento, CA 95820 |
| 5072 12th Avenue, Sacramento, CA 95820 | 4836 11th Avenue, Sacramento, CA 95820 |
| 5074 12th Avenue, Sacramento, CA 95820 | 4840 11th Avenue, Sacramento, CA 95820 |
| 4923 13th Avenue, Sacramento, CA 95820 | 4850 11th Avenue, Sacramento, CA 95820 |
| 4925 13th Avenue, Sacramento, CA 95820 | 4856 11th Avenue, Sacramento, CA 95820 |
| 4933 13th Avenue, Sacramento, CA 95820 | 4864 11th Avenue, Sacramento, CA 95820 |
| 4941 13th Avenue, Sacramento, CA 95820 | 4900 11th Avenue, Sacramento, CA 95820 |
| 4949 13th Avenue, Sacramento, CA 95820 | 4910 11th Avenue, Sacramento, CA 95820 |
| 5009 13th Avenue, Sacramento, CA 95820 | 3649 Stockton Boulevard, Sacramento, CA 95820 |
| 5017 13th Avenue, Sacramento, CA 95820 | 4825 12th Avenue, Sacramento, CA 95820 |
| 5025 13th Avenue, Sacramento, CA 95820 | 4835 12th Avenue, Sacramento, CA 95820 |
| 5033 13th Avenue, Sacramento, CA 95820 | 4841 12th Avenue, Sacramento, CA 95820 |
| 5041 13th Avenue, Sacramento, CA 95820 | 4849 12th Avenue, Sacramento, CA 95820 |
| 5063 13th Avenue, Sacramento, CA 95820 | 4901 12th Avenue, Sacramento, CA 95820 |
| 5065 13th Avenue, Sacramento, CA 95820 | 4909 12th Avenue, Sacramento, CA 95820 |
| 5067 13th Avenue, Sacramento, CA 95820 | 3701 Stockton Boulevard, Sacramento, CA 95820 |
| 5069 13th Avenue, Sacramento, CA 95820 | 4824 12th Avenue, Sacramento, CA 95820 |
| 4916 13th Avenue, Sacramento, CA 95820 | 4832 12th Avenue, Sacramento, CA 95820 |
| 4924 13th Avenue, Sacramento, CA 95820 | 4844 12th Avenue, Sacramento, CA 95820 |
| 4932 13th Avenue, Sacramento, CA 95820 | 4900 12th Avenue, Sacramento, CA 95820 |
| 4940 13th Avenue, Sacramento, CA 95820 | 4912 12th Avenue, Sacramento, CA 95820 |

| | |
|---|---|
| 3711 Stockton Blvd, Sacramento, CA 95820 | 5136 11th Avenue, Sacramento, CA 95820 |
| 4900 13th Avenue, Sacramento, CA 95820 | 3608 52nd Street, Sacramento, CA 95820 |
| 4908 13th Avenue, Sacramento, CA 95820 | 3608 1/2 52nd Street, Sacramento, CA 95820 |
| 4907 13th Avenue, Sacramento, CA 95820 | 3616 52nd Street, Sacramento, CA 95820 |
| 4909 13th Avenue, Sacramento, CA 95820 | 3617 52nd Street, Sacramento, CA 95820 |
| 3717 Stockton Boulevard, Sacramento, CA 95820 | 3625 52nd Street, Sacramento, CA 95820 |
| 3731 Stockton Boulevard, Sacramento, CA 95820 | 3635 52nd Street, Sacramento, CA 95820 |
| 3733 Stockton Boulevard, Sacramento, CA 95820 | 3641 52nd Street, Sacramento, CA 95820 |
| 3749 Stockton Boulevard, Sacramento, CA 95820 | 3649 52nd Street, Sacramento, CA 95820 |
| 3741 Stockton Boulevard, Sacramento, CA 95820 | 3701 52nd Street, Sacramento, CA 95820 |
| 4903 13th Avenue, Sacramento, CA 95820 | 3709 52nd Street, Sacramento, CA 95820 |
| 4905 13th Avenue, Sacramento, CA 95820 | 3624 52nd Street, Sacramento, CA 95820 |
| 5123 9th Avenue, Sacramento, CA 95820 | 3632 52nd Street, Sacramento, CA 95820 |
| 5132 9th Avenue, Sacramento, CA 95820 | 3640 52nd Street, Sacramento, CA 95820 |
| 5134 9th Avenue, Sacramento, CA 95820 | 3654 52nd Street, Sacramento, CA 95820 |
| 5131 9th Avenue, Sacramento, CA 95820 | 3700 52nd Street, Sacramento, CA 95820 |
| 3420 52nd Street, Sacramento, CA 95820 | 3702 52nd Street, Sacramento, CA 95820 |
| 3420 1/2 52nd Street, Sacramento, CA 95820 | 3533 52nd Street, Sacramento, CA 95820 |
| 3424 52nd Street, Sacramento, CA 95820 | 3541 52nd Street, Sacramento, CA 95820 |
| 3426 52nd Street, Sacramento, CA 95820 | 5201 11th Avenue, Sacramento, CA 95820 |
| 3428 52nd Street, Sacramento, CA 95820 | 3601 52nd Street, Sacramento, CA 95820 |
| 3432 52nd Street, Sacramento, CA 95820 | 3611 52nd Street, Sacramento, CA 95820 |
| 3500 52nd Street, Sacramento, CA 95820 | 3720 52nd Street, Sacramento, CA 95820 |
| 3510 52nd Street, Sacramento, CA 95820 | 3736 52nd Street, Sacramento, CA 95820 |
| 3516-A 52nd Street, Sacramento, CA 95820 | 3738 52nd Street, Sacramento, CA 95820 |
| 3516-B 52nd Street, Sacramento, CA 95820 | 3804 52nd Street, Sacramento, CA 95820 |
| 3516-C 52nd Street, Sacramento, CA 95820 | 5139 14th Avenue, Sacramento, CA 95820 |
| 3526 52nd Street, Sacramento, CA 95820 | 3717 52nd Street, Sacramento, CA 95820 |
| 3530 52nd Street, Sacramento, CA 95820 | 3725 52nd Street, Sacramento, CA 95820 |
| 3417 52nd Street, Sacramento, CA 95820 | 3733 52nd Street, Sacramento, CA 95820 |
| 3417 1/2 52nd Street, Sacramento, CA 95820 | 3741 52nd Street, Sacramento, CA 95820 |
| 3425 52nd Street, Sacramento, CA 95820 | 3801 52nd Street, Sacramento, CA 95820 |
| 3425 1/2 52nd Street, Sacramento, CA 95820 | 5500 55th Street, Sacramento, CA 95820 |
| 3433 52nd Street, Sacramento, CA 95820 | 5504 55th Street, Sacramento, CA 95820 |
| 3501 52nd Street, Sacramento, CA 95820 | 4115 55th Street, Sacramento, CA 95820 |
| 3509 52nd Street, Sacramento, CA 95820 | |
| 3515 52nd Street, Sacramento, CA 95820 | |
| 3525 52nd Street, Sacramento, CA 95820 | |
| 5131 11th Avenue, Sacramento, CA 95820 | |
| 5123 11th Avenue, Sacramento, CA 95820 | |
| 5124 11th Avenue, Sacramento, CA 95820 | |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

7

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On August 23, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on August 23, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1