UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                              Case No, 19-30088 (DM)

PG&E CORPORATION                                    Chapter 11

-and-                                               (Lead Case)

PACIFIC GAS AND ELECTRIC COMPANY,                   (Jointly Administered)

                                    Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**                           **GEI CONSULTANTS INC.**
Name of Transferee                                  Name of Transferor

**Address for all Communications/Notices:**        **Name and Current Address of Transferor:**

CONTRARIAN FUNDS, LLC                               GEI CONSULTANTS INC.
411 WEST PUTNAM AVE., SUITE 425                     180 GRAND AVE STE 1410
GREENWICH, CT 06830                                 OAKLAND, CA 94612
ATTN: ALISA MUMOLA                                  ATTN: JOHN B. MAHONEY, ESQ.
Phone: 203-862-8211
Fax:   203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | GEI Consultants Inc. | $694,908.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2795 | GEI Consultants Inc. | $357,004.47 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 2875 | GEI Consultants Inc. | $357,004.47 | PG&E Corporation | 19-30088 |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____                  Date: August 27, 2019
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Annex B

TO:     United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:    Clerk

AND TO:    PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1031591 & 3.1626)

**GEI CONSULTANTS INC** ("Seller"), for good and valuable Consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenuek Ste. 425
Greenwich, CT 06830
Attn:    Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 694,908.00 ("Claim"), which represents 100 % of the total claim amount of $694,908.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 20, 2019.

| | |
|---|---|
| **GEI CONSULTANTS INC** | **CONTRARIAN FUNDS, LLC**<br>By: Contrarian Capital Management, LLC, as Manager |
| By: _____<br>Name: John B. Mahoney, Esq.<br>Title: Vice President & Chief Counsel | By: _____<br>Name: JANICE M. STANTON<br>Title: MEMBER |

Case: 19-30088    Doc# 3713    Filed: 08/27/19    Entered: 08/27/19 09:00:38    Page 2 of 4

## EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:      United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:     Clerk

AND TO:    PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: 2795

**GEI CONSULTANTS, INC.** ("Seller"), for good and valuable Consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CONTRARIAN FUNDS, LLC**
> 411 West Putnam Avenuek Ste. 425
> Greenwich, CT 06830
> Attn:     Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 357,004.47 ("Claim"), which represents 100 % of the total claim amount of $357,004.47, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 20, 2019.

| GEI CONSULTANTS, INC. | CONTRARIAN FUNDS, LLC |
|---|---|
| | By: Contrarian Capital Management, LLC, as Manager |
| By: _[signature]_ | By: _[signature]_ |
| Name: John B. Mahoney, Esq. | Name: |
| Title: Vice President & Chief Counsel | Title: **JANICE M. STANTON** **MEMBER** |

TO:      United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:     Clerk

AND TO:    PG&E CORPORATION ("Debtor")
Case No. 19-30088 ("Case")

Claim #: 2875

**GEI CONSULTANTS, INC.** ("Seller"), for good and valuable Consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenuek Ste. 425
Greenwich, CT 06830
Attn:     Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $357,004.47        ("Claim"), which represents 100% of the total claim amount of $357,004.47, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 20, 2019.

**GEI CONSULTANTS, INC.**

By: _____
Name: John B. Mahoney, Esq.
Title: Vice President & Chief Counsel

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC, as Manager

By: _____
Name:
Title:     JANICE M. STANTON
          MEMBER