1  Gerald Singleton, SBN 208783
   John C. Lemon, SBN 175847
2  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
3  San Diego, CA 92101
   Tel:   (619) 771-3473
4  Fax:   (619) 255-1515
   Email: gerald@slffirm.com
5          john@slffirm.com

6  Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

     I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

     On August 27, 2019, I served the foregoing document(s), described as:

**NOTICE OF SUBPOENA ISSUED TO CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION**

☒    by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒    **ECF SYSTEM** On August 27, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic

1

Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

2

- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

3

- Amy L. Goldman  goldman@lbbslaw.com
- Eric S. Goldstein  egoldstein@goodwin.com
- Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez  mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin  mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman  egoodman@bakerlaw.com
- Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried  mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger  eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy  eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden  cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen  dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins  hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Alaina R. Heine  alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham  t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill  hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue  hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Alexandra S. Horwitz  allie.horwitz@dinsmore.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang  shane.huang@usdoj.gov
- Brian D. Huben  hubenb@ballardspahr.com
- Jonathan Hughes  , jane.rustice@aporter.com
- Michael A. Isaacs  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Ivan C. Jen  ivan@icjenlaw.com
- Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston  jjohnston@jonesday.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian  rjulian@bakerlaw.com
- George H. Kalikman  gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan  gkaplan@fbm.com, calendar@fbm.com

4

- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Bradley C. Knapp    , Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Amy Caton    acaton@kramerlevin.com
- Megan Wassan    mwasson@kramerlevin.com
- Shadi Farzan    sfarzan@sheppardmullon.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

5

- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com

6

| | |
|---|---|
| 1 | • Aram Ordubegian   Ordubegian.Aram@ArentFox.com |
| 2 | • Gabriel Ozel   Gabriel.Ozel@troutman.com, tsinger@houser-law.com |
| | • Margarita Padilla   Margarita.Padilla@doj.ca.gov |
| 3 | • Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com |
| 4 | • Donna Taylor Parkinson   donna@parkinsonphinney.com |
| | • Peter S. Partee   , candonian@huntonak.com |
| 5 | • Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 6 | • Kenneth Pasquale   , mlaskowski@stroock.com |
| | • Charles Scott Penner   penner@carneylaw.com, caragol@carneylaw.com |
| 7 | • Valerie Bantner Peo   vbantnerpeo@buchalter.com |
| | • Danielle A. Pham   danielle.pham@usdoj.gov |

- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders    jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com

- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com

- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan    squan@steyerlaw. Com
- Laurie R. Hager    lhager@sussmanshank.com
- Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey    alisa.lacey@stinson.com
- Robert T. Kugler    robert.kugler@stinson.com
- Thomas J. Salerno    thomas.salerno@stinson.com
- Anthony P. Cali    anthony.cali@stinson.com
- Jonathan D. Marshall    jmarshall@choate.com
- Liam K.Malone    malone@oles.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

9

| | | |
|---|---|---|
| 1 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Office of the United States Trustee for Region 17 |
| 2 | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq. | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| 3 | | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 4 | 1285 Avenue of the Americas | San Francisco, CA 94102 |
| | New York, NY 10019-6064 | |
| 5 | U.S. Nuclear Regulatory Commission | U.S. Department of Justice |
| 6 | Attn: General Counsel | Attn: Danielle A. Pham, Esq. |
| | Washington, DC 20555-0001 | 1100 L Street, NW, Room 7106, Washington DC 20005 |
| 7 | | *Served via CM/ECF Only* |
| 8 | | |
| 9 | Milbank LLP | Milbank LLP |
| | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 10 | 55 Hudson Yards | 2029 Century Park East, 33rd Floor |
| 11 | New York, NY 10001-2163 | Los Angeles, CA 90067 |
| | *Served via CM/ECF Only* | |
| 12 | | |
| 13 | Baker & Hostetler LLP | STEPHEN MOELLER-SALLY |
| | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | MATTHEW L. McGINNIS |
| 14 | | ROPES & GRAY LLP |
| | 11601 Wilshire Boulevard, Suite 1400 | 800 Boylston Street |
| 15 | Los Angeles, CA 90025-0509 | Boston, MA 02199-3600 |
| | *Pro Hac Vice* | *Request for Special Notice* |
| 16 | *Served via CM/ECF Only* | |
| 17 | GREGG M. GALARDI | Leonard P. Goldberger, Esq. |
| 18 | KEITH H. WOFFORD/DANIEL G. EGAN | STEVENS & LEE, P.C. |
| | ROPES & GRAY LLP | 620 Freedom Business Center, Suite 200 |
| 19 | 1211 Avenue of the Americas | King of Prussia, PA 19406 |
| | New York, NY 10036-8704 | *Request for Special Notice* |
| 20 | *Request for Special Notice* | |
| 21 | Constantine D. Pourakis, Esq. | Central Valley Associate, L.P. |
| 22 | STEVENS & LEE, P.C. | c/o Ronald K. Brown Jr. |
| | 485 Madison Avenue, 20th Floor | Law Offices of Ronald K. Brown, Jr. |
| 23 | New York, NY 10022 | 901 Dove Street, Suite 120 |
| | *Request for Special Notice* | Newport Beach, CA 92660 |
| 24 | | *Request for Special Notice* |
| 25 | Peter Friedman | Matthew L. Hinker |
| 26 | O'MELVENY & MYERS LLP | Nancy A. Mitchell |
| | 1625 Eye Street, NW | Matthew L. Hinker |
| 27 | Washington, DC 20006 | O'MELVENY & MYERS LLP |
| | *Pro Hac Vice* | 7 Times Square |
| 28 | | New York, New York 10036 |

10

Case: 19-30088    Doc# 3715-1    Filed: 08/27/19    Entered: 08/27/19 10:49:16    Page 10 of 11

| | | |
|---|---|---|
| 1 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut | SUSSMAN SHANK LLP<br>Laurie R. Hager |
| 2 | Kyle J. Ortiz<br>Amy M. Oden | Howard M. Levine<br>1000 SW Broadway, Suite 1400 |
| 3 | Amanda C. Glaubach<br>One Penn Plaza, Suite 3335 | *Request for Special Notice CM/ECF Only* |
| 4 | New York, NY 10119 | |
| 5 | *Pro Hac Vice* | |
| 6 | Public Advocates Office California | Stinson LLP |
| 7 | Public Utilities Commission<br>Darwin E. Farrar (SBN 152735) | Alisa C. Lacey<br>Robert T. Kugler |
| 8 | 505 Van Ness Avenue San Francisco,<br>California 94102 | Thomas J. Salerno<br>Anthony P. Cali |
| 9 | *Request for Special Notice* | 1850 N. Central Ave., #2100 Phoenix, AZ 85004 |
| 10 | | *Request for Special Notice* |
| 11 | | |
| 12 | CHOATE, HALL & STEWART LLP<br>Jonathan D. Marshall, Esq | BAKER & HOSTETLER LLP<br>Lars H. Fuller, Esq. |
| 13 | Two International Place<br>Boston Massachusetts 02110 | 1801 California Street, Suite 4400<br>Denver, CO 80202-2662 |
| 14 | *Pro Hac Vice* | *Pro Hac Vice* |
| 15 | GROOM LAW GROUP | MILBANK, LLP |
| 16 | Katherine B. Cohn, Esq.<br>David N. Levine, Esq. | Alan J. Stone, Esq.<br>55 Hudson Yards |
| 17 | 1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006 | New York, NY 10001-2163<br>*Pro Hac Vice* |
| 18 | *Pro Hac Vice* | |
| 19 | Eric Seiler | Isaac M. Pachulski |
| 20 | FRIEDMAN KAPLAN SEILER &<br>ADELMAN LLP | Debra I. Grassgreen<br>Gabriel I. Glazer |
| 21 | 7 Times Square<br>New York, NY 10036-6516 | PACHULSKI STANG ZIEHL & JONES LLP |
| 22 | *Pro Hac Vice* | 150 California Street, 15th Floor San Francisco, CA 94111 |
| 23 | | *Pro Hac Vice* |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2019, at San Diego, California.

                                                        /s/ Tyler Waters
                                                          Tyler Waters