| 1 | Barry S. Glaser, State Bar No. 70968 |
| --- | --- |
| | bglaser@lkfirm.com |
| 2 | **LAMB AND KAWAKAMI LLP** |
| | 333 South Grand Avenue, 42nd Floor |
| 3 | Los Angeles, California 90071 |
| | 213.630.5500 - Telephone |
| 4 | 213.630.5555 - Facsimile |
| 5 | Attorneys for THE COUNTY OF PLACER |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re | Case No. 3:19-30088-DM |
| --- | --- |
| PG&E CORPORATION | Chapter 11 |
| | **SUBSTITUTION OF ATTORNEY** |
| Debtor (s). | [No Hearing Required] |

**TO THE BANKRUPTCY COURT AND ALL OTHER PARTIES IN INTEREST:**

THE COUNTY OF PLACER, Interested Party herein, hereby substitutes **LAMB AND KAWAKAMI LLP**, 333 South Grand Avenue, 42nd Floor, Los Angeles, CA 90071, (213) 630-5500 as their attorney of record in the above Chapter 11 case in place of STECKBAUER WEINHART, LLP, 333 S. Hope Street, 36th Floor, Los Angeles, CA 90071 (213) 229-2868.

///
///
///
///

20028.013/4816-8419-4205.1

We accept this substitution.

THE COUNTY OF PLACER

Dated: August 21, 2019          By: /s/ Brett D. Holt

We concur to this substitution.

STECKBAUER WEINHART, LLP

Dated: July 30, 2019            By:      /s/ Barry S. Glaser
                                         Barry S. Glaser
                                Former Attorneys for THE COUNTY OF PLACER

LAMB AND KAWAKAMI LLP

Dated: August 20, 2019          By:      /s/ Barry S. Glaser
                                         Barry S. Glaser
                                Attorneys for THE COUNTY OF PLACER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 S. Grand Avenue, Suite 4200, Los Angeles, OA 90071

A true and correct copy of the foregoing document entitled (*specify*): Substition of Attorney

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/27/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/27/2019 | Kristina Simonian | /s/ Kristina Simonian |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

# Mailing Information for Case 3:19-30088-DM

## MANUAL NOTICE LIST

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Peter J. Benvenutti<br>Keller & Benvenutti LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | Jane Kim<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 |
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 |
| Dara Levinson Silveira<br>Keller & Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Thomas B. Rupp<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Jason Blumberg<br>Office of the U.S. Trustee<br>501 I St. #7-500<br>Sacramento, CA 95814 |
| Cameron Gulden<br>Office of the United States Trustee<br>300 Booth St., Room 3009<br>Reno, NV 89509 | Lynette C. Kelly<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Timothy S. Laffredi<br>Office of the U.S. Trustee - SF<br>450 Golden Gate Ave.<br>Suite 05-0153<br>San Francisco, CA 94102 | Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | James C. Behrens<br>Milbank, LLP<br>2029 Century Park E, 33rd Fl.<br>Los Angeles, CA 90067 |
| Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Dennis F. Dunne<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Samuel A. Khalil<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 | Thomas R. Kreller<br>Milbank LLP<br>2029 Century Park East, 33rd<br>Los Angeles, CA 90067 |
| Andrew Michael Leblanc<br>Milbank LLP<br>1850 K St., NW, #1100<br>Washington, DC 20006 | Alan J. Stone<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 |
| Alan J. Stone<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 | Chris Bator<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114 |
| Dustin M. Dow<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114 | Cecily Ann Dumas<br>Baker and Hostetler LLP<br>1160 Battery St. #100<br>San Francisco, CA 94111 |
| Joseph M. Esmont<br>Baker & Hostetler LLP<br>127 Public Sq., #2000<br>Cleveland, OH 44147 | Lars H. Fuller<br>Baker & Hostetler LLP<br>1801 California St #4400<br>Denver, CO 80202 |
| Eric R. Goodman<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214 | Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801 |

| | |
|---|---|
| Robert A. Julian<br>Baker and Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025 | Elyssa S. Kates<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Kody D. L. Kleber<br>Baker & Hostetler LLP<br>811 Main St., #1100<br>Houston, TX 77005 | David B. Rivkin, Jr.<br>Baker and Hostetler LLP<br>1050 Connecticut Ave., N.W., #1100<br>Washington, DC 20036 |
| Jorian L. Rose<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Eric E. Sagerman<br>Baker and Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025 |
| Catherine E. Woltering<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214 | |