**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF AUGUST 28, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: August 28, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on August 28, 2019, at 9:30 a.m. (the "**Omnibus Hearing**"), have been withdrawn, continued, or resolved by Court order.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Verwey Motion to Lift Stay**: Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1143**].

    <u>Response Deadline</u>: August 23, 2019, at 4:00 p.m. (Pacific Time).

    <u>Responses Filed</u>:

    A. Debtors' Preliminary Response in Opposition to Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1817**].

    B. Debtors' Supplemental Preliminary Response in Opposition to Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3215**].

    C. Declaration of Anthony Keir in Support of Supplemental Preliminary Response in Opposition to Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3216**].

    <u>Related Documents</u>:

    D. Declaration of Philip Verwey in Support of Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1145**, **1146-1148, 1150-1152**].

    E. Docket Text Order with tentative ruling dated April 19, 2019.

    F. Reply to Preliminary Response in Opposition to Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 1878**].

    G. Supplemental Reply in Response in Supplemental Opposition to Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3269**].

    H. Statement of Debtors Regarding Status of Resolution of Philip Verwey Farms' Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. 3680**].

    I. Order Dropping Verwey Motion from the Calendar [**Dkt. 3693**].

    <u>Status</u>: This matter was dropped from the calendar by the Court's order at Docket Number 3693.

2. **First Solar's Safe Harbor Motion**: Motion and Memorandum of First Solar, Inc., for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 3194**].

Response Deadline: August 21, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Motion of First Solar, Inc. Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of an Agreement under Seal [**Dkt. 3196**].

B. Proposed Document Filed Under Seal [**Dkt. 3198**].

C. Stipulation Between the Debtors and Willow Springs Solar 3, LLC to Permit Termination of Power Purchase Agreement [**Dkt. 3383**].

D. Order Granting Stipulation Between the Debtors and Willow Springs Solar 3, LLC to Permit Termination of Power Purchase Agreement [**Dkt. 3404**].

E. Notice of Withdrawal of (i) Motion of First Solar, Inc., for Entry of an Order Confirming Safe Harbor Protection and (ii) Motion to File Under Seal [**Dkt. 3709**].

Status: This matter has been resolved by stipulation and order [**Dkt. 3404**], and the Motion has been withdrawn.

3. **Discounted EP Assumption Motion**: Third Omnibus Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Certain Contract Price Discounted Energy Procurement [**Dkt. 3345**].

Response Deadline: August 14, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Marino Monardi in Support of the Discounted EP Assumption Motion [**Dkt. 3346**].

B. Request for Entry of Order by Default on Discounted EP Assumption Motion [**Dkt. 3658**].

C. Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving Utility's Third Omnibus Motion to Assume Certain Contract Price Discounted Energy Procurement Agreements [**Dkt. 3673**].

Status: This matter has been resolved by order [**Dkt. 3673**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. **Debtors' Wildfire Fund Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order Authorizing Debtors to Participate in AB-1054 Wildfire Fund [**Dkt. 3444**].

Response Deadline: August 21, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order Authorizing Debtors to Participate in AB-1054 Wildfire Fund [**Dkt. 3636**].

B. Response of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order Authorizing Debtors to Participate in AB-1054 Wildfire Fund [**Dkt. 3664**].

Related Documents:

C. Request for Entry of Order by Default on Wildfire Fund Motion [**Dkt. 3686**].

D. Order Pursuant to U.S.C. §§ 105(a) and 363 Authorizing Debtors to Participate in AB-1054 Wildfire Fund [**Dkt. 3689**].

Status: This matter has been resolved by order [**Dkt. 3689**]

5. **Official Committee of Tort Claimants Schedules Motion**: Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2964**].

Response Deadline: July 30, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the deadline was extended, by stipulation and order, to August 23, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses filed to date.

Related Documents:

A. Declaration of Kody Kleber in Support of Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2965**].

B. Second Notice of Continued Hearing on Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 3682**].

Status: This matter has been continued to the hearing on September 25, 2019, at 9:30 a.m.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 27, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
    Jane Kim

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119