**Exhibit B[3]**

Table B-1: Real Property Leases managed by the Debtors' Corporate Real Estate Strategy & Services Department ("**CRESS**")

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| 1. | 1415 Meridian Plaza Investors LP | Standard Form Office Lease dated April 3, 2003, as amended on August 8, 2011 and April 25, 2016 | 1415 "L" Street, Suite 280, Sacramento, California | $944.00 | Yes |
| 2. | Concord Jet Services, Inc. | Sublease Agreement dated July 23, 2018 as amended on September 4, 2018 | 1448 Sally Ride Drive, Concord, California | $0.00 | Yes |
| 3. | DCPII-SAC-3065 Gold Camp Drive, LLC | Turn Key Datacenter Lease dated May 8, 2012, incorporating the Office Space Rider and POP Room Rider, as amended on May 8, 2012 and August 15, 2012 | 3065 Gold Camp Drive, Rancho Cordova, California | $104,373.00 | Yes |
| 4. | Gwen R. Reynolds and Charles D. Reynolds | Commercial Lease Agreement dated September 21, 2012 | 1413 Granite Lane, Modesto, California | $7,726.00 | No |
| 5. | JFG Capitola-Winfield Partners | Lease Agreement dated March 4, 2008 as amended on July 1, 2010, August 18, 2011 and September 12, 2018 | 1955 41st Avenue, Bldg B-2, Capitola, California | $0.00 | Yes |
| 6. | John D. Souza and Wilma Y. Souza, Trustees of the John D. and Wilma Y. Souza Revocable Trust 2005 dated February 2, 2005 | Office Lease dated November 26, 1996, as amended on March 13, 2017 and June 18, 2019 | 3185 M Street, Merced, California | $0.00 | Yes |
| 7. | Laier and Kantock | Lease Agreement dated October 31, 2002 as amended on June 1, 2003, September 1, 2004, February 10, 2010, October 15, 2010, and May 1, 2013 | 1070 Airport Blvd, Santa Rosa, California | $0.00 | No |
| 8. | Laier and Kantock | Letter Agreement dated April 17, 2018 | 1070 Airport Blvd, Santa Rosa, California | $0.00 | No |
| 9. | Leo Gonzales | Warehouse/ Covered Carport/Office Space Lease dated October 25, 2012, as amended on December 11, 2013, April 4, 2016 and February 1, 2019 | 13410 S. Henderson Road, Caruthers, California | $0.00 | No |
| 10. | Moffett 259, LLC | Lease Agreement dated July 16, 2013, as amended on January 28, 2015 | 90 W. Ashlan Avenue, Suite 110, Clovis, California | $4,802.00 | No |
| 11. | Piedmont Hawthorn Aviation, LLC d/b/a Signature Flight Support | Sub-License Agreement dated September 1, 2010 | 7843 Old Earhart Rd., Hangar L-810A, Oakland, California | $0.00 | No |
| 12. | Realty Income Properties 15, LLC | Lease Agreement dated December 1, 1983, as amended on August 15, 1990 and February 28, 2013 | 425 Beck Avenue, Fairfield, California | $0.00 | Yes |
| 13. | Salem Venture, LLC | Lease Agreement dated June 10, 2009, as amended on August 1, 2014 | 310 Salem Street, Chico, California | $0.00 | No |

---

[3] Inclusion of any lease, contract, or agreement on this **Exhibit B** shall not constitute an admission as to the determination of the legal status of any such lease, contract, or agreement (including whether any such lease, contract, or agreement is an unexpired lease of nonresidential real property, a true lease, or a financing arrangement), and the Debtors reserve all of their rights to reclassify or recharacterize any such lease, contract, or agreement listed on this **Exhibit B**.

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| 14. | Salem Venture, LLC | Parking Spaces Memorandum dated February 10, 2015 | 310 Salem Street, Chico, California | $0.00 | No |
| 15. | Salem Venture, LLC | Lease Agreement dated July 31, 2012, as amended on August 1, 2014 | 340 Salem Street, Chico, California | $0.00 | No |
| 16. | Salem Venture, LLC | Lease dated July 1, 2005, as amended on October 28, 2010 and August 1, 2014 | 344 Salem Street, Suite 1, Chico, California | $0.00 | No |
| 17. | Salem Venture, LLC | Lease dated September 1, 2004, as amended on April 29, 2005, August 31, 2009, and August 1, 2014 | 346 & 350 Salem Street, Chico, California | $24,284.00 | Yes |
| 18. | Santokh S. Toor and Arpinder K Toor as Trustees for the Santokh S. Toor and Arpinder K Toor 2011 Living Trust and AST Farms, LLC | Unrecorded Lease dated March 9, 1989, as amended on June 25, 1991, May 24, 1994, May 15, 1996, May 18, 1999, July 1, 2002, May 15, 2007, April 4, 2010, March 1, 2014, March 1, 2015, and July 25, 2019 | 151 N. Sunrise Blvd., No. 513, Roseville, California | $0.00 | Yes |
| 19. | Sunset Building Company, LLC | Bishop Ranch Building Lease dated September 25, 2012, as amended on November 30, 2012, April 25, 2013, March 16, 2015, and April 4, 2016 | 6111 Bollinger Canyon Rd., Floors 2, 3, and 4, San Ramon, California | $34,570.00 | No |
| 20. | Sunset Building Company, LLC | Bishop Ranch Building Lease dated March 7, 2012, as amended on February 7, 2013, April 25, 2013, July 20, 2013 and December 7, 2017 | 6121 Bollinger Canyon Rd., San Ramon, California | $47,588.00 | Yes |
| 21. | TRC Industrial Center, LLC | Industrial Real Estate Lease (Single Tenant Facility) dated October 31, 2006, as amended on May 2007, January 31, 2014, and July 2, 2019 | 1175 Nichols Drive, Rocklin, California | $1,119.00 | No |
| 22. | Trimble Land Company, LLC; 8026 Lorraine Avenue Series | Standard Industrial Lease – Multi-Tenant and the First and Second Addendums dated October 13, 2007, as amended on May 1, 2008, November 2009, August 2014, and June 25, 2015 | 8026 Lorraine Avenue, Ste. 206, 207, 208, 211, 212, Stockton, California | $92.00 | No |
| 23. | Wes Bradford Properties, LLC | Parking Agreement dated May 9, 2018 | 2007 Eye Street, Bakersfield, California | $0.00 | No |

Table B-2: Real Property Leases managed by the Debtors' Land and Environmental Management ("**Land Management**")

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 1. | Alameda County | Telecommunications Agreement / San Leandro Hill | CRPSECLIC4_722503 | $0.00 | No |
| 2. | Alcalde Ranch LLC | Access Road / Alcalde Hill | CRPSECLIC4_763403 | $0.00 | No |
| 3. | American Tower Corporation | Telecommunications Agreement / Bear Mountain / Calaveras | CRPSECLIC4_675303 | $0.00 | No |
| 4. | American Tower Corporation | Telecommunications Agreement / Carson | CRPSECLIC4_757103 | $0.00 | No |
| 5. | American Tower Corporation | Telecommunications Agreement / Double Mountain | CRPSECLIC4_576303 | $0.00 | No |
| 6. | American Tower Corporation | Telecommunications Agreement / Echo Summit | CRPSECLIC4_363403 | $0.00 | No |
| 7. | American Tower Corporation | Telecommunications Agreement / Flash II | CRPSECLIC4_699403 | $0.00 | No |
| 8. | American Tower Corporation | Telecommunications Agreement / Jackson Butte | CRPSECLIC4_5603 | $0.00 | No |
| 9. | American Tower Corporation | Telecommunications Agreement / Loma Prieta Peak | CRPSECLIC4_473203 | $0.00 | No |
| 10. | American Tower Corporation | Telecommunications Agreement / Montara Peak | CRPSECLIC4_504703 | $0.00 | No |
| 11. | American Tower Corporation | Telecommunications Agreement / Mt. Aukum | CRPSECLIC4_756903 | $0.00 | No |
| 12. | American Tower Corporation | Telecommunications Agreement / Panoche Mountain | CRPSECLIC4_756603 | $0.00 | No |
| 13. | American Tower Corporation | Telecommunications Agreement / Placerville | CRPSECLIC4_757303 | $0.00 | No |
| 14. | American Tower Corporation | Telecommunications Agreement / Rocky Ridge | CRPSECLIC4_504603 | $0.00 | No |
| 15. | American Tower Corporation | Telecommunications Agreement / Round Top | CRPSECLIC4_4103 | $0.00 | No |
| 16. | American Tower Corporation | Telecommunications Agreement / San Bruno Mountain | CRPSECLIC4_1103 | $0.00 | No |
| 17. | American Tower Corporation | Telecommunications Agreement / Soledad Peak | CRPSECLIC4_711703 | $0.00 | No |
| 18. | American Tower Corporation | Telecommunications Agreement / Strawberry | CRPSECLIC4_757003 | $0.00 | No |
| 19. | American Tower Corporation | Telecommunications Agreement / Timber Mountain | CRPSECLIC4_505703 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 20. | American Tower Corporation | Telecommunications Agreement / Whitehall | CRPSECLIC4_757203 | $0.00 | No |
| 21. | Aspen Forest Investment Company, LLC | Cloud Seeding License - Osborne Ridge | CRPSECLIC4_600403 | $0.00 | No |
| 22. | Bank of Stockton, Trustee of the Ann LaRue Matlow Trust | Telecommunications Agreement / Mount Elizabeth | CRPSECLIC4_358003 | $0.00 | No |
| 23. | Bayley Family Trust | Telecommunications Agreement / Mt. Vaca - Bayley | CRPSECLIC4_26503 | $0.00 | No |
| 24. | Bear Communications | Telecommunications Agreement / Bear Mountain(Fresno) | CRPSECLIC4_477403 | $0.00 | No |
| 25. | Beckman Tower | Telecommunications Agreement / Meadow Lakes | CRPSECLIC4_702503 | $0.00 | No |
| 26. | Bill Blas | Telecommunications Agreement / Signal Peak - Summit Communications | CRPSECLIC4_575303 | $0.00 | No |
| 27. | Bivins, Michael | Telecommunications Agreement / Cisco Buttes | CRPSECLIC4_20903 | $0.00 | No |
| 28. | BKS Cambria LLC | Telecommunications Agreement / Cambria AFB | CRPSECLIC4_722103 | $0.00 | No |
| 29. | BLM | Telecommunications Agreement / Telegraph Hill | CRPSECLIC1_04930 | $0.00 | No |
| 30. | BLM | Panoche Mountain (Emergency Power) | CRPSECLIC4_771003 | $0.00 | No |
| 31. | Blue Mountain Minerals PR LLC | Telecommunications Easement / Lime Mountain (Building & Power) | CRPSECLIC4_5203 | $0.00 | No |
| 32. | BNS Electronics, Inc. | Telecommunications Agreement / Santa Ynez Peak | CRPSECLIC4_769603 | $0.00 | No |
| 33. | C & C Equipment Company | Telecommunications Agreement / Big Rock Ridge | CRPSECLIC4_394803 | $0.00 | No |
| 34. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Joaquin Ridge | CRPSECLIC4_5403 | $0.00 | No |
| 35. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Laughlin Ridge (L-0429) | CRPSECLIC4_395203 | $0.00 | No |
| 36. | CAL FIRE, Technical Service, Lands | Mt. Bullion (Access Road & Emerg Power) | CRPSECLIC4_5103 | $0.00 | No |
| 37. | CAL FIRE, Technical Service, Lands | Pine Hill Lookout - DGS | CRPSECLIC4_18803 | $0.00 | No |
| 38. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Telegraph Hill (Access Road) | CRPSECLIC4_46503 | $0.00 | No |
| 39. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Williams Hill (Calandra) | CRPSECLIC4_466303 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 40. | California, State of | Camp San Luis Obispo / Seismic Monitoring Station | CRPSECLIC1_04630 | $0.00 | No |
| 41. | California Broadcasting Company | Telecommunications Agreement / Shasta Bally (KRCR) | CRPSECLIC4_28303 | $0.00 | No |
| 42. | California Resources Corporation | PG&E Substation / Kettleman Hills 70kV | CRPSECLIC4_6503 | $0.00 | No |
| 43. | CALIFORNIA STATE UNIV TRUSTEES | Telecommunications Agreement / California State University, Chico (L002722) | CRPSECLIC1_03805 | $0.00 | No |
| 44. | California State University, Chico | Telecommunications Agreement / Mt. Hough | CRPSECLIC4_492803 | $0.00 | No |
| 45. | California Water Service Water Company | Crestview | CRPSECLIC4_768503 | $0.00 | No |
| 46. | Calpine Corporation | River Oaks Substation | CRPSECLIC4_772203 | $0.00 | No |
| 47. | Carousel Broadcasting, Inc. | Telecommunications Agreement / Keddie Ridge | CRPSECLIC4_708903 | $0.00 | No |
| 48. | Chevron USA, Inc. | Coalinga #2 S/S | CRPSECLIC4_6703 | $0.00 | No |
| 49. | Chrisman, William | Sierra City Generator Site | CRPSECLIC4_22103 | $0.00 | No |
| 50. | City of Clovis | PG&E General Construction Yard / 3500 Block N. Lind Avenue, Clovis | CRPSECLIC4_584003 | $0.00 | No |
| 51. | ComSites West LLC | Telecommunications Agreement / Berryessa Peak | CRPSECLIC4_385603 | $0.00 | No |
| 52. | ComSites West LLC | Telecommunications Agreement / Manzanita Lake | CRPSECLIC4_723503 | $0.00 | No |
| 53. | ComSites West LLC* | Telecommunications Agreement / Oregon Peak | CRPSECLIC4_751403 | $0.00 | No |
| 54. | ComSites West LLC* | Telecommunications Agreement / Round Mountain | CRPSECLIC4_698203 | $0.00 | No |
| 55. | Contra Costa County | Telecommunications Agreement / Highland Peak - CC County | CRPSECLIC4_2703 | $0.00 | No |
| 56. | Contra Costa County | Telecommunications Agreement / Nadeen Hill (aka Cummings Peak) | CRPSECLIC4_504403 | $0.00 | No |
| 57. | Contra Costa County | PG&E San Ramon Valley Conference Center Parking | CRPSECLIC4_676503 | $0.00 | No |
| 58. | County of Alameda - Tesla Fiber Optic | Telecommunications Agreement / Tesla Fiber Optic-County of Alameda Altamont Pass-TC APN: 009B-7875-3 | CRPSECLIC4_715903 | $0.00 | No |
| 59. | County of Monterey | Telecommunications Agreement / Huckleberry Hill | CRPSECLIC4_571303 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 60. | Crown Castle | Telecommunications Agreement / Boonville | CRPSECLIC4_767603 | $0.00 | No |
| 61. | Crown Castle | Telecommunications Agreement / Monument Peak | CRPSECLIC4_709003 | $0.00 | No |
| 62. | Crown Castle | Telecommunications Agreement / Rocks Road | CRPSECLIC4_765803 | $0.00 | No |
| 63. | Crown Castle International | Telecommunications Agreement / Deadwood Peak | CRPSECLIC4_702603 | $0.00 | No |
| 64. | Crown Communications Inc. | Telecommunications Agreement / Arroyo Grande Peak | CRPSECLIC4_473603 | $0.00 | No |
| 65. | Crystal Communications | Telecommunications Agreement / Mount Jackson | CRPSECLIC4_720103 | $0.00 | No |
| 66. | Dawson Company LLC | Cloud Seeding License / Dawson Tamarack | CRPSECLIC4_594203 | $0.00 | No |
| 67. | Dell'Orto, Stan and Robin | Cloud Seeding License / DellOrto | CRPSECLIC4_594103 | $0.00 | No |
| 68. | East Bay Municipal Utility District (EBMUD) | Bill Payment Drop Boxes at EBMUD Offices | CRPSECLIC4_589003 | $0.00 | No |
| 69. | East Bay Municipal Utility District (EBMUD) | EBMUD Wood Sub - Oakland | CRPSECLIC4_338903 | $0.00 | No |
| 70. | East Bay Municipal Utility District (EBMUD) | Oak S/S at el. Cerrito Filter Plant | CRPSECLIC4_2303 | $0.00 | No |
| 71. | East Bay Municipal Utility District (EBMUD) | Orinda Junction Regulator Site | CRPSECLIC4_2803 | $0.00 | No |
| 72. | East Bay Regional Park District | Telecommunications Agreement / Clayton Hill | CRPSECLIC4_702703 | $0.00 | No |
| 73. | Eldorado National Forest | SUP-Cole Creek Weir-M-52-AMA85 | CRPSECLIC4_716903 | $0.00 | No |
| 74. | Escola, Emery S. | Telecommunications Agreement / Mathison Peak | CRPSECLIC4_394903 | $0.00 | No |
| 75. | Everest Infrastructure Partners | Telecommunications Agreement / Stover Mountain (Lease ID# 2458-CA) | CRPSECLIC4_745303 | $0.00 | No |
| 76. | Everest Infrastructure Partners | Telecommunications Agreement / Inskip Mountain - Citizen's Telecom (Frontier/Jones Lang LaSalle) | CRPSECLIC4_407903 | $0.00 | No |
| 77. | Everest Infrastructure Partners | Telecommunications Agreement / Oregon Mountain (Verizon/Johnson Controls) | CRPSECLIC4_28403 | $0.00 | No |
| 78. | Fisher Wireless Services, Inc. | Telecommunications Agreement / San Hedrin Mountain | CRPSECLIC4_717903 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 79. | Forest Service (USFS) | Telecommunications Agreement / Shovel Grave | CRPSECLIC1_00139 | $0.00 | No |
| 80. | Forest Service (USFS) | Telecommunications Agreement / Sawmill Peak | CRPSECLIC1_00357 | $0.00 | No |
| 81. | Forest Service (USFS) | Telecommunications Agreement / Red Hill | CRPSECLIC1_00413 | $0.00 | No |
| 82. | Forest Service (USFS) | Telecommunications Agreement / Butt Lake | CRPSECLIC1_00495 | $0.00 | No |
| 83. | Forest Service (USFS) | Telecommunications Agreement / Rattlesnake Hill and Keddie Peak | CRPSECLIC1_00438 | $0.00 | No |
| 84. | Forest Service (USFS) | Telecommunications Agreement / Red Mountain (also called PIT 3 PH Telecom Site) | CRPSECLIC1_00537 | $0.00 | No |
| 85. | Forest Service (USFS) | Telecommunications Agreement / S.U.P. for a Passive Microwave Reflector (MODOC NF) | CRPSECLIC1_02986 | $0.00 | No |
| 86. | Forest Service (USFS) | Telecommunications Agreement / S.U.P. for a Pass Reflector (Hall Mountain) | CRPSECLIC1_00890 | $0.00 | No |
| 87. | Forest Service (USFS) | Telecommunications Agreement / Switchyard Road (Hall Mountain) | CRPSECLIC1_00891 | $0.00 | No |
| 88. | Forest Service (USFS) | Telecommunications Agreement / Passive Reflector (Hall Mountain) | CRPSECLIC1_00892 | $0.00 | No |
| 89. | Forest Service (USFS) | Telecommunications Agreement / Pass Reflector (Hall Mountain) | CRPSECLIC1_00897 | $0.00 | No |
| 90. | Forest Service (USFS) | Telecommunications Agreement / Passive Communications Repeater (Wishon Dam) | CRPSECLIC1_00920 | $0.00 | No |
| 91. | Forest Service (USFS) | Telecommunications Agreement / Haas-McCall telecom site | CRPSECLIC1_00937 | $0.00 | No |
| 92. | Forest Service (USFS) | Telecommunications Agreement / Patterson Bluffs | CRPSECLIC1_00943 | $0.00 | No |
| 93. | Forest Service (USFS) | Telecommunications Agreement / Rodgers Ridge | CRPSECLIC1_00944 | $0.00 | No |
| 94. | Forest Service (USFS) | Telecommunications Agreement / Tassajera Peak | CRPSECLIC1_01763 | $0.00 | No |
| 95. | Forest Service (USFS) | Telecommunications Agreement / Plummer Peak | CRPSECLIC1_00585 | $0.00 | No |
| 96. | Forest Service (USFS) | Telecommunications Agreement / Plummer Peak | CRPSECLIC1_00586 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 97. | Forest Service (USFS) | Telecommunications Agreement / Hogback and Pit 7 Communications Sites | CRPSECLIC1_00613 | $0.00 | No |
| 98. | Forest Service (USFS) | Telecommunications Agreement / Tamarack Peak Communications Site | CRPSECLIC1_00643 | $0.00 | No |
| 99. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00631 | $0.00 | No |
| 100. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00632 | $0.00 | No |
| 101. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00633 | $0.00 | No |
| 102. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00634 | $0.00 | No |
| 103. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space Nonexclusive; Misc Lines; To Install and Maintain a 12 Inch Oil Line, a 6 Inch Oil Flushing Line; a Water Intake System, a Telephone Cable, and a 3 Inch Electrical Cable in Conduit Vicinity Grain terminal | CRPSECLIC1_02074 | $0.00 | No |
| 104. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space Nonexclusive; Pipeline; To Lease Wharf Space | CRPSECLIC1_02091 | $0.00 | No |
| 105. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space; Electric Line; To Land Submarine Cable at Pier 5 and Space for Cable House | CRPSECLIC1_02097 | $0.00 | No |
| 106. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Zion | CRPSECLIC1_01727 | $0.00 | No |
| 107. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Lease L-161 / Pine Hill Lookout; CDF# 4CA41659 | CRPSECLIC1_01728 | $0.00 | No |
| 108. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Bullion | CRPSECLIC1_01729 | $0.00 | No |
| 109. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Bullion RVL | CRPSECLIC1_01730 | $0.00 | No |
| 110. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Lease L-057 / Joaquin Ridge | CRPSECLIC1_01731 | $0.00 | No |
| 111. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Joaquin Ridge | CRPSECLIC1_01732 | $0.00 | No |
| 112. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Joaquin Ridge / Black Mountain | CRPSECLIC1_01733 | $0.00 | No |
| 113. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Joaquin Ridge / Black Mountain | CRPSECLIC1_01734 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 114. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Banner Mountain (Cal Fire) | CRPSECLIC4_704403 | $0.00 | No |
| 115. | Forestry and Fire Protection, California Department of | Calandra Lookout (2550 Square Feet for Operating and Maintaining and Electronic Broadcasting Facility) | CRPSECLIC1_01735 | $0.00 | No |
| 116. | General Services, California Department of | Telecommunications Agreement / 12 Square Feet of Radio Vault Space | CRPSECLIC1_01803 | $0.00 | No |
| 117. | Georgetown Divide Public Utility District | Telecommunications Agreement / Hotchkiss Hill | CRPSECLIC4_381103 | $0.00 | No |
| 118. | Gerber & Wells Cattle Company | Telecommunications Agreement / Mt. Oso | CRPSECLIC4_4903 | $0.00 | No |
| 119. | Grandview Acres Homeowners Association | Access Road Agreement (Cloverdale Jct. Switching Station) | CRPSECLIC4_770403 | $0.00 | No |
| 120. | GTP Towers I , LLC | Telecommunications Agreement / Brown Butte | CRPSECLIC4_627703 | $0.00 | No |
| 121. | Hearney Properties, LLC | Telecommunications Agreement / Cloverdale Peak | CRPSECLIC4_14403 | $0.00 | No |
| 122. | Hewitson Farms | Telecommunications Agreement / Arco-Kettleman Passive Site | CRPSECLIC4_543303 | $0.00 | No |
| 123. | Honolulu Hills Holdings, LLC | Telecommunications Agreement / Honolulu Hills (HLULU) | CRPSECLIC4_720803 | $0.00 | No |
| 124. | Humboldt Bay Harbor, Recreation & Conservation District | Humboldt Bay Harbor / Electric Transmission Crossing | CRPSECLIC4_375303 | $0.00 | No |
| 125. | Incline Partners, L.L.C. | Telecommunications Agreement / Mt. Rosco (Bodega Bay) | CRPSECLIC4_395103 | $0.00 | No |
| 126. | Johannesen, Norman (Andy) | Telecommunications Agreement / Pratt Mountain (Garberville) | CRPSECLIC4_386503 | $0.00 | No |
| 127. | KGUA / Native Media Resource Center | Telecommunications Agreement / Fish Rock Road, Gualala KGUA Telecom Site | CRPSECLIC4_722303 | $0.00 | No |
| 128. | Lassen National Forest | Telecommunications Agreement / Pit #3 - Passive Reflector (USFS Red Mountain) | CRPSECLIC4_23503 | $0.00 | No |
| 129. | Lassen National Forest | Telecommunications Agreement / Butt Lake MW Site / Beldon Lake Almanor, Proj 2105 | CRPSECLIC4_23203 | $0.00 | No |
| 130. | Lassen National Forest | Telecommunications Agreement / Red Hill (Plumas National Forest) | CRPSECLIC4_23103 | $0.00 | No |
| 131. | Lassen National Forest | Telecommunications Agreement / Sawmill Peak | CRPSECLIC4_426503 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 132. | Lee Scazighini | Telecommunications Agreement / Santa Rita Peak (Access Road) | CRPSECLIC4_566703 | $0.00 | No |
| 133. | Lidwell, Joseph B. | Lease for Washington Generator Site | CRPSECLIC4_627803 | $0.00 | No |
| 134. | Los Osos Valley Memorial Park, Inc. | Port of Diablo Canyon Emergency Response Plan | CRPSECLIC4_32503 | $0.00 | No |
| 135. | Los Padres National Forest | SLD091 / Mt. Lowe (Seismic Equipment for DCPP) | CRPSECLIC4_596903 | $0.00 | No |
| 136. | M&T CHICO RANCH | Durham Gas Meter Lot | CRPSECLIC4_27603 | $0.00 | No |
| 137. | Margaret Urroz, surviving trustee of the "Ferrin and Margaret Urroz Declaration of Trust established May 28, 2010 | Lease for Environmental Remediation and Related Activities Dated September 1, 2014 | CRPSECLIC4_744003 | $0.00 | No |
| 138. | Marin Municipal Water District | Telecommunications Agreement / Mt. Tamalpais | CRPSECLIC4_395803 | $0.00 | No |
| 139. | Masaji Mark Yuyama and Eleanor Kukuyo Yuama, trustees to the Masaji Mark Yuyama and Eleanor Kukuyo Yuama Revocable Living Trust Agreement dated August 29, 2000 | Lease for Environmental Remediation and Related Activities Dated February 1, 2016, as Amended on April 12, 2016, April 4, 2018, and July 30, 2019 | CRPSECLIC4_745203 | $0.00 | No |
| 140. | Michael Lynn Mapel and others | Telecommunications Agreement / Alcalde Hill | CRPSECLIC4_768103 | $0.00 | No |
| 141. | Mitty, Marilyn Madsen | Telecommunications Agreement / Red Rock Mountain | CRPSECLIC4_473803 | $0.00 | No |
| 142. | Monterey, County of | Telecommunications Agreement / Lease Agreement between Private Parties and PG&E and Use Permit from Monterey County | CRPSECLIC1_04041 | $0.00 | No |
| 143. | Morris, William | Yellow Bunk House (previously Ridge Cabin) | CRPSECLIC4_10803 | $0.00 | No |
| 144. | Napa County | Telecommunications Agreement / Atlas Peak TC Site | CRPSECLIC4_422503 | $0.00 | No |
| 145. | Nevada Irrig Dist | Telecommunications Agreement / Signal Peak (Red Mountain) | CRPSECLIC1_00333 | $0.00 | No |
| 146. | Norman B. Livermore & Sons, G.P. d/b/a Montesol Company | Telecommunications Agreement / Mt. St. Helena – Montesol / ComSites West | CRPSECLIC4_395303 | $0.00 | No |
| 147. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03850 | $0.00 | No |
| 148. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03851 | $0.00 | No |
| 149. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03852 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 150. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03853 | $0.00 | No |
| 151. | Pacific Union College Attn: Bill Cochran | Telecommunications Agreement / Pacific Union College Radio Site | CRPSECLIC4_392103 | $0.00 | No |
| 152. | PCWA-Bowman Pipe Replacement | Telecommunications Agreement / Forest Hill | CRPSECLIC4_19703 | $0.00 | No |
| 153. | Pedroncelli, Christine | Telecommunications Agreement / Ridge Ranch | CRPSECLIC4_394103 | $0.00 | No |
| 154. | Peninsula Corridor Joint Powers Board | 16' gas main crossing under SPRR tracks at culvert st in San Jose. Lease 122009 | CRPSECLIC1_04012 | $0.00 | No |
| 155. | Picacho Ranch | Telecommunications Agreement / Picacho Peak | CRPSECLIC4_720903 | $0.00 | No |
| 156. | Pinnacle Towers Inc. | Telecommunications Agreement / Tuscan Butte Mountain (Account: 390882, Crown Site: 871122, License: 169869) | CRPSECLIC4_28003 | $0.00 | No |
| 157. | Ponderosa Telephone Company | Telecommunications Agreement / Mercer Mountain | CRPSECLIC4_5003 | $0.00 | No |
| 158. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Enlargement of Trapezoidal Area at Northwest Corner of Harbor Terrace Property, 1.7 Acres. Memo 2232-11-0044, dated 9-19-2011, recorded 2011046691 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03516 | $0.00 | No |
| 159. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Diablo Canyon Power Plant (DCPP) Access Road Enlargement and DCPP Siren Location. Memo 2232-11-0043, dated 9-19-2011, recorded 2011046690 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03517 | $0.00 | No |
| 160. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Diablo Canyon Power Plant (DCPP) Access Road Enlargement and DCPP Siren Location. Memo 2232-11-0043, dated 9-19-2011, | CRPSECLIC1_03518 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | recorded 2011046690 extends lease 25 yrs to 6-30-2036. | | | |
| 161. | Port of San Luis Harbor District | Lease Agreement between PG&E-Owner & Port of San Luis Harbor District for Enlargement of Trapezoidal Area at Northwest Corner of Harbor Terrace Property, 1.7 Acres. Memo 2232-11-0044, dated 9-19-2011, recorded 2011046691 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03519 | $0.00 | No |
| 162. | Prati, Edward V. & others / WHR Inc | Eagle Rock Sub (Geysers Unit 11) | CRPSECLIC4_16403 | $0.00 | No |
| 163. | Public Services Director | Telecommunications Agreement / Buckingham Peak (County of Lake) | CRPSECLIC4_704303 | $0.00 | No |
| 164. | PW Ranch Trust | Telecommunications Agreement / Call Mountain (PW Ranch) | CRPSECLIC4_697003 | $0.00 | No |
| 165. | PWM, Inc. | Telecommunications Agreement / Barry Ridge (Humboldt County)(Kneeland) | CRPSECLIC4_494503 | $0.00 | No |
| 166. | PWM, Inc. | Telecommunications Agreement / Barry Ridge | CRPSECLIC4_737503 | $0.00 | No |
| 167. | PWM, Inc. | Telecommunications Agreement / Fickle Hill | CRPSECLIC4_746603 | $0.00 | No |
| 168. | RCF Investments, LLC | Lease for Environmental Remediation and Related Activities Dated March 3, 2015, as Amended May 13, 2019 | CRPSECLIC4_745803 | $0.00 | No |
| 169. | Rebecca Gallup | Road Fees / Rio Dell Jct. Sub | CRPSECLIC4_505403 | $0.00 | No |
| 170. | San Francisco State University | Fuel Cell SFSU California State University | CRPSECLIC4_633903 | $0.00 | No |
| 171. | San Luis Obispo County | Emergency Operations Facility | CRPSECLIC4_32903 | $0.00 | No |
| 172. | San Luis Obispo County | Emergency Operations Facility (DCPP) | CRPSECLIC4_488703 | $0.00 | No |
| 173. | San Mateo County, Real Property Div. | Telecommunications Agreement / Rolfe Hill | CRPSECLIC4_466203 | $0.00 | No |
| 174. | SBA Communications Corp. | Telecommunications Agreement / Mt. Barham | CRPSECLIC4_705303 | $0.00 | No |
| 175. | Serena Ames County of San Luis Obispo County Government Center | San Luis Obispo DCPP Joint Information Center | CRPSECLIC4_737303 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 176. | Shasta - Trinity National Forest | Telecommunications Agreement / PIT #7 Passive Reflector | CRPSECLIC4_28603 | $0.00 | No |
| 177. | Shasta - Trinity National Forest | Telecommunications Agreement / CAL IDA | CRPSECLIC4_21903 | $0.00 | No |
| 178. | Shasta - Trinity National Forest | Telecommunications Agreement / Hogback Mountain | CRPSECLIC4_28503 | $0.00 | No |
| 179. | Shasta - Trinity National Forest | Telecommunications Agreement / Plummer Peak | CRPSECLIC4_426403 | $0.00 | No |
| 180. | Shasta - Trinity National Forest | Telecommunications Agreement / Tamarack Peak | CRPSECLIC4_29003 | $0.00 | No |
| 181. | Sierra First Baptist Church | Alta Service Center Parking (Hydro) | CRPSECLIC4_610803 | $0.00 | No |
| 182. | Sierra Pacific Industries | Telecommunications Agreement / Signal Peak | CRPSECLIC4_357703 | $0.00 | No |
| 183. | Sierra Pacific Industries | Telecommunications Agreement / Hatchet Mountain | CRPSECLIC4_23403 | $0.00 | No |
| 184. | Sierra Pacific Industries | Cloud Seeding License | CRPSECLIC4_594503 | $0.00 | No |
| 185. | Sierra Pacific Industries | Cloud Seeding License / Dyer Mountain | CRPSECLIC4_511703 | $0.00 | No |
| 186. | Sierra Pacific Industries | License - Bypass Road, Material Storage for Tiger Creek area (Hydro) | CRPSECLIC4_929504 | $0.00 | No |
| 187. | Sierra Pacific Industries | Road Agreement / Bunchgrass | CRPSECLIC4_596303 | $0.00 | No |
| 188. | Sierra Pacific Industries | Access Road / Keddie Ridge | CRPSECLIC4_777903 | $0.00 | No |
| 189. | Sierra Woods Lodge, LLC | Snow Cat Parking (43440 Laing Road, Emigrant Gap) | CRPSECLIC4_706803 | $0.00 | No |
| 190. | Six Rivers National Forest | Telecommunications Agreement / Horse Mountain | CRPSECLIC4_494403 | $0.00 | No |
| 191. | Six Rivers National Forest | Mosquito Creek Cabin (Used exclusively by PG&E Employees while performing maintenance work) | CRPSECLIC4_497603 | $0.00 | No |
| 192. | Sonoma County Ag Preservation and Open Space District | Telecommunications Agreement / Sonoma Mountain | CRPSECLIC4_395003 | $0.00 | No |
| 193. | South Feather Water and Power | Telecommunications Agreement / Sunset Hill | CRPSECLIC4_21803 | $0.00 | No |
| 194. | Southern California Edison | PG&E Substation / Magunden Sub | CRPSECLIC4_6303 | $0.00 | No |
| 195. | Southern California Edison Co. - Rosemead | Telecommunications Agreement / Government Peak | CRPSECLIC4_5503 | $0.00 | No |
| 196. | Southern California Gas Co. | Telecommunications Agreement / Double Mountain | CRPSECLIC4_48003 | $0.00 | No |
| 197. | Southern Pacific Company | Telecommunications Agreement / Pampa Peak | CRPSECLIC4_460203 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 198. | State CALFIRE | Cold Springs Lookout - CALFIRE | CRPSECLIC4_763803 | $0.00 | No |
| 199. | State Lands Commission | PRC 8677.1 / Pipeline crossings (Latham Slough, Old River, and Middle River) PG&E Line 57C | CRPSECLIC1_00003 | $452.62 | No |
| 200. | State Lands Commission | PRC 8777.1 / Gas pipeline crossings (Consumnes & Mokelumne Rivers) | CRPSECLIC1_00005 | $0.00 | No |
| 201. | State Lands Commission | PRC 8856.1 / Gas pipeline, north of Woodland, Sutter/Yolo Cos. | CRPSECLIC1_00007 | $0.00 | No |
| 202. | State Lands Commission | PRC 8827.1 / 60 kv crossing Feather River near Marysville & Yuba City. | CRPSECLIC1_00008 | $0.00 | No |
| 203. | State Lands Commission | PRC 8827.1 / 60 kv crossing Feather River near Marysville & Yuba City. | CRPSECLIC1_00009 | $0.00 | No |
| 204. | State Lands Commission | PRC 8915.1 / 115 kv line crossings of Yuba River and Bear River in Yuba and Sutter Counties. | CRPSECLIC1_00010 | $0.00 | No |
| 205. | State Lands Commission | PRC 6703.2 / 0.355 acres / Briceburg JCT-Mariposa 70 kv Pole Line. | CRPSECLIC1_00014 | $0.00 | No |
| 206. | State Lands Commission | PRC 8885.1 / Gill Ranch Storage LLC | CRPSECLIC1_00015 | $0.00 | No |
| 207. | State Lands Commission | PRC 8863.1 / Gill Ranch Storage LLC | CRPSECLIC1_00016 | $0.00 | No |
| 208. | State Lands Commission | PRC 8863.1 / Pipeline crossings of San Joaquin River & Fresno Slough. | CRPSECLIC1_00017 | $0.00 | No |
| 209. | State Lands Commission | PRC 8877.1 / 0.206 acres / Kings River, Reedley, Fresno County / 70 kv to 115 kv transmission line. | CRPSECLIC1_00018 | $0.00 | No |
| 210. | State Lands Commission | PRC 8871.1 / 0.206 acres / Kings River, Reedley, Fresno County / 70 kv to 115 kv transmission line. | CRPSECLIC1_00019 | $0.00 | No |
| 211. | State Lands Commission | PRC 9347.1 / Cooling water discharge channel (Diablo Canyon Power Plant) | CRPSECLIC1_00020 | $0.00 | No |
| 212. | State Lands Commission | PRC 505.9 / Airport Road Bridge / gas pipeline and communication lines | CRPSECLIC1_00023 | $0.00 | No |
| 213. | State Lands Commission | PRC 7526 / 8.08 acres / PG&E Line 300A (San Bernardino County) | CRPSECLIC1_00027 | $0.00 | No |
| 214. | State Lands Commission | PRC 9490 / 115 kv line crossing the Feather River | CRPSECLIC1_00028 | $0.00 | No |
| 215. | State Lands Commission | PRC 5438.1A / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_03849 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 216. | State Lands Commission | PRC 5438.1B / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04143 | $0.00 | No |
| 217. | State Lands Commission | PRC 5438.1C / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04144 | $0.00 | No |
| 218. | State Lands Commission | PRC 5438.1D / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04149 | $0.00 | No |
| 219. | State Lands Commission | PRC 5438.1E / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04162 | $0.00 | No |
| 220. | State Lands Commission | PRC 5438.1F / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04253 | $0.00 | No |
| 221. | State Lands Commission | PRC 6205.1 / Maintenance of Various Elect Distrib Facilities | CRPSECLIC1_04900 | $0.00 | No |
| 222. | State Lands Commission | PRC 8737.9 / Monitoring wells extending from the Colorado River shoreline within the Havasu National Wildlife Refuge (San Bernardino County) | CRPSECLIC1_00026 | $0.00 | No |
| 223. | State of California - CHP - Admin Services | Telecommunications Agreement / East Bristol Radio Site | CRPSECLIC4_8503 | $0.00 | No |
| 224. | State of California - CHP - Telecom Unit | Telecommunications Agreement / Auberry Peak | CRPSECLIC4_5803 | $0.00 | No |
| 225. | State of California - Dept. Gen. Svc. | Telecommunications Agreement / Mt Diablo | CRPSECLIC4_3503 | $0.00 | No |
| 226. | State of California - Dept. of Forestry and Fire Protection | Telecommunications Agreement / Cahto Peak (L-1790) | CRPSECLIC4_410103 | $0.00 | No |
| 227. | State of California - DGS Real Estate Services | Telecommunications Agreement / Cobb Mountain (CHP) | CRPSECLIC4_376003 | $0.00 | No |
| 228. | State of California - DGS Real Estate Services | Telecommunications Agreement / Ruby Bluff (CHP / L-1516) | CRPSECLIC4_363003 | $0.00 | No |
| 229. | State of California - State Lands Commission (SLC) | PRC 2158 / Rodman Mountain (Access Road) | CRPSECLIC4_8603 | $0.00 | No |
| 230. | Stephens, John D. | Telecommunications Agreement / Bald Mountain (Road Maintenance Agreement) | CRPSECLIC4_507003 | $0.00 | No |
| 231. | Suzanne Marie Valoff, as Trustee of the WP & JC Portnoff Revocable Trust | Telecommunications Agreement / Portnoff Peak | CRPSECLIC4_734103 | $0.00 | No |
| 232. | The Trustees of the California State University | Fuel Cell California State University East Bay | POWGEN_00243 | $0.00 | No |
| 233. | Tor Broadcasting Corporation | Telecommunications Agreement / Sutter Buttes | CRPSECLIC4_391403 | $0.00 | No |
| 234. | Tuolumne County Public Works | Groveland Material Storage Yard | CRPSECLIC4_572803 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 235. | U.S. Bureau of Land Management (BLM Central Coast) | Telecommunications Agreement / Santa Rita Peak | CRPSECLIC4_473903 | $0.00 | No |
| 236. | U.S. Bureau of Land Management (BLM Applegate) | Telecommunications Agreement / Haney Mountain | CRPSECLIC4_23603 | $0.00 | No |
| 237. | U.S. Bureau of Land Management (BLM Bakersfield) | Telecommunications Agreement / Kerckhoff #2 | CRPSECLIC4_477903 | $0.00 | No |
| 238. | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Tiger Creek | CRPSECLIC4_509903 | $0.00 | No |
| 239. | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Mt. Bullion | CRPSECLIC4_480503 | $0.00 | No |
| 240. | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Telegraph Hill | CRPSECLIC4_468803 | $0.00 | No |
| 241. | U.S. Bureau of Land Management (BLM Needles) | Telecommunications Agreement / Sacramento Mountain | CRPSECLIC4_478503 | $0.00 | No |
| 242. | U.S. Bureau of Reclamation | Telecommunications Agreement / Grapevine Pass | CRPSECLIC4_375903 | $0.00 | No |
| 243. | U.S. Coast Guard, CEU Oakland | Telecommunications Agreement / Point Sur (Monterey) | CRPSECLIC4_391703 | $0.00 | No |
| 244. | U.S. Forest Service - Stanislaus NF - Summit Ranger District | SUP-Summit Ranger Station, Precipitation and Temperature Gauge | CRPSECLIC4_614603 | $0.00 | No |
| 245. | U.S. Forest Service, Eldorado NF, Amador Ranger District | Telecommunications Agreement / SUP - Lower Bear River (ID AMA260) | CRPSECLIC4_634403 | $0.00 | No |
| 246. | U.S. Forest Service, Eldorado NF, Amador Ranger District | Telecommunications Agreement / SUP - Salt Springs Microwave and Penstock #2 | CRPSECLIC4_598003 | $0.00 | No |
| 247. | U.S. Forest Service / Los Padres NF (Santa Maria) | Tassajera Peak, SLD438001 | CRPSECLIC4_473703 | $0.00 | No |
| 248. | U.S. Forest Service / Modoc NF | Telecommunications Agreement / Happy Camp | CRPSECLIC4_23903 | $0.00 | No |
| 249. | U.S. Forest Service / Modoc NF | Telecommunications Agreement / Tionesta Passive | CRPSECLIC4_494703 | $0.00 | No |
| 250. | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Bald Eagle Peak | CRPSECLIC4_481703 | $0.00 | No |
| 251. | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Beldon South | CRPSECLIC4_23003 | $0.00 | No |
| 252. | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Rock Creek (Plumas NF) | CRPSECLIC4_482003 | $0.00 | No |
| 253. | U.S. Forest Service / Plumas NF | Cloud Seeding License / Almanor (Red Hill) | CRPSECLIC4_768003 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 254. | U.S. Forest Service / Plumas NF | Cloud Seeding License / Almanor (Keddie & Rattle) | CRPSECLIC4_767903 | $0.00 | No |
| 255. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Clear Lake (KRG54) | CRPSECLIC4_524503 | $0.00 | No |
| 256. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Fence Meadow (KGR256) | CRPSECLIC4_767803 | $0.00 | No |
| 257. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Haas-McCall (KGR53) | CRPSECLIC4_518603 | $0.00 | No |
| 258. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Hall Mountain (KGR40) | CRPSECLIC4_437803 | $0.00 | No |
| 259. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Patterson Bluffs (KGR51) | CRPSECLIC4_478303 | $0.00 | No |
| 260. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Rodgers Ridge (KGR52) | CRPSECLIC4_518703 | $0.00 | No |
| 261. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Switch Yard (KGR55) | CRPSECLIC4_524403 | $0.00 | No |
| 262. | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Wishon Dam (KGR57) | CRPSECLIC4_379103 | $0.00 | No |
| 263. | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Shovel Grave (STF400125) | CRPSECLIC4_482303 | $0.00 | No |
| 264. | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Forebay Lookout (STF400118) | CRPSECLIC4_477803 | $0.00 | No |
| 265. | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Mt. Reba (STF5) | CRPSECLIC4_470503 | $0.00 | No |
| 266. | U.S. Forest Service / Stanislaus NF | SUP-Relief Reservoir EAP-Stream Gauge-STF1018 | CRPSECLIC4_716603 | $0.00 | No |
| 267. | U.S. Forest Service / Stanislaus NF | Relief Dam Cabin & Water System | CRPSECLIC4_545703 | $0.00 | No |
| 268. | U.S. Forest Service / Stanislaus NF - Fiscal | Telecommunications Agreement / Spring Gap (STF400118) | CRPSECLIC4_478603 | $0.00 | No |
| 269. | U.S. Forest Service / Tahoe National Forest | SUP-Stream Gauges at Lang's Crossing, Lower Lindsey, Trap Creek and Clear Creek | CRPSECLIC4_602203 | $0.00 | No |
| 270. | Union Pacific Railroad Company | Telecommunications Agreement / Mt. Judah | CRPSECLIC4_21303 | $0.00 | No |
| 271. | Union Pacific Railroad Company | Rock Crest Camp (Hydro) | CRPSECLIC4_493803 | $0.00 | No |
| 272. | Union Pacific Railroad Company | TIN 94-6001323 (Placer County) Exclusive Use of a Private Roadway | CRPSECLIC1_04593 | $0.00 | No |
| 273. | Union Pacific Railroad Company | TIN 94-6001323 / Rock Crest Camp / Tobin, CA (Audit # 41436] | CRPSECLIC1_04595 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 274. | Union Pacific Railroad Company | LD 2124-06-0207 Lease of Property (Hydro) | CRPSECLIC4_929505 | $0.00 | No |
| 275. | University of California - Berkeley | PG&E Substation / Grizzly Sub | CRPSECLIC4_2503 | $0.00 | No |
| 276. | USDA Forest Service - Tahoe National Forest | SUP - Bowman Rd. Road Use Permit RUP #17-53-04-001 | CRPSECLIC4_600103 | $0.00 | No |
| 277. | USFS Stanislaus National Forest | SUP-Main Tuolumne Canal Road Access | CRPSECLIC4_596203 | $0.00 | No |
| 278. | USFS Stanislaus National Forest | SUP-Sand Bar Powerline | CRPSECLIC4_717603 | $0.00 | No |
| 279. | Verizon (Airtouch) – Cust. #154090 | Telecommunications Agreement / Orland Buttes | CRPSECLIC4_426303 | $0.00 | No |
| 280. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Harlow Mountain - Vertical Bridge | CRPSECLIC4_30403 | $0.00 | No |
| 281. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Harris Grade | CRPSECLIC4_737603 | $0.00 | No |
| 282. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Fremont Peak | CRPSECLIC4_31103 | $0.00 | No |
| 283. | Whiskeytown NRA | Telecommunications Agreement / Shasta Bally - National Park Service | CRPSECLIC4_660803 | $0.00 | No |
| 284. | White Ash Broadcasting, Incorporated | Telecommunications Agreement / Round Mountain (Kern County) | CRPSECLIC4_729203 | $0.00 | No |
| 285. | Williams Holding Company | PG&E Substation / Palmer Sub | CRPSECLIC4_503803 | $0.00 | No |
| 286. | Wirth, Vesta E. & Others | Access Road / Berryessa Peak | CRPSECLIC4_386803 | $0.00 | No |
| 287. | Yuba County Water Agency | Colgate Powerhouse Control Room | CRPSECLIC4_525203 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119