1 RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
2 DAVID A. WOOD #272406
dwood@marshackhays.com
3 LAILA MASUD, #311731
lmasud@marshckhays.com
4 MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
5 Tel: 949-333-7777 -/- Fax: 949-333-7778

6 GERALD SINGLETON, #208783
GARY LOCURTO, SBN 270372
7 SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
8 San Diego, CA 92101
Tel. (619) 771-3473
9 Email: gerald@slffirm.com
        john@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and, | (Lead Case Jointly Administered) |
| PACIFIC GAS & ELECTRIC COMPANY, | EX PARTE MOTION OF THE SLF FIRE VICTIM CLAIMANTS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND SLF FIRE CLAIMANTS RE: GRANTING RELIEF FROM THE AUTOMATIC STAY TO JOIN INDISPENSABLE PARTIES |
| Debtors. | |
| Affects: | |
| ☐ PG&E Corporation | |
| ☐ Pacific Gas & Electric Company | |
| ☒ Both Debtors | Related Document: Dkt. No. 3725 |
| * All papers shall be filed in Lead Case, No. 19-30088 (DM). | [No hearing requested] |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

The SLF Claimants[1] (hereafter "**SLF Claimants**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**""), hereby submits this Motion ("**Motion to Shorten Time**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California ("**Bankruptcy Local Rules**"), for entry of an order shortening time for a hearing on SLF's motion for entry of an order approving the stipulation ("**Stipulation**") entered in to between Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the SLF Claimants (Dk. No. 3725) ("**Motion**"). In support of this Application, the SLF Claimants submit the Declaration of Laila Masud ("**Masud Declaration**") filed concurrently herewith. A proposed form of order granting the relief requested herein is attached hereto as **Exhibit "1"** ("**Proposed Order**").

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1.    Jurisdiction**

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a). This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**2.    Basis for the Relief Sought**

Pursuant to Bankruptcy Local Rule 9014-1(c)(2), a hearing on the SLF Claimants Motion requires at least twenty-one (21) days' notice of an opportunity for a hearing. Bankruptcy Local Rule 9006-1(a) provides that, except as set forth therein, "approval of the Court is required to enlarge or to

---

[1] Singleton Law Firm ("SLF") and Marshack Hays LLP, together with several other firms, represent approximately 5,300 victims of the fires started by PG&E Corporation ("PG&E") and/or Pacific Gas and Electric Company ("PGE Company," collectively with PG&E the "Debtors") in 2015 ("Butte Fire"), 2017 (the twenty fires generally referred to as the "North Bay and Wind Complex Fires") and 2018 ("Camp Fire"). The claimants represented by SLF, Marshack Hays LLP and other firms are jointly referred to as the "SLF Claimants."

shorten time to perform any act or file any paper pursuant to the Federal Rules of Civil Procedures, the Bankruptcy Rules, or these Bankruptcy Local Rules," B.L.R. 9006-1(a). The SLF Claimants request that notice be shortened to permit the Motion to be heard as soon as possible, preferably within the next week. The SLF Claimants request that the Court allow any objection to be made orally at the hearing.

Here, SLF Claimants seek relief from stay in order to join certain indispensable parties that were inadvertently left out of a previous request for relief from stay. Generally, relief from stay may be granted to try mass tort personal injury claims when abstention would promote settlement, when liability is at issue, and when determination of the claims is in the public interest. In this case, the court has granted relief from stay for certain preference plaintiffs, indispensable parties and respective insurers to proceed towards a trial with respect to the Tubbs Fire. Unfortunately, certain indispensable parties related to the SLF Claimants were inadvertently not included in the relief requested. By this motion, SLF Claimants seeks approval of the Stipulation that allows those specific indispensable parties to be granted relief from stay to proceed in any Tubbs Fire litigation.

## 3. Notice

Notice of this Motion to Shorten Time will be provided to (i) the Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.); (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors; (iii) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors; (iv) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-in-possession financing facility; (v) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility; (vi) Paul, Weiss, Rifkind,

Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission; (vii) the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); (viii) U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel); (ix) U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission; (x) Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors; (xi) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111 (Attn: Robert A. Julian, Esq., and Cecily A. Dumas, Esq.) and 11601 Wilshire Blvd., Suite 1400, Los Angeles, CA 90025 (Attn: Eric E. Sagerman, Esq., and Lauren T. Attard, Esq.), as counsel for the Official Committee of Tort Claimants; (xii) and those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The SLF Claimants respectfully submits that no further notice is required.

No previous request for relief sought herein has been made by the SLF Claimants to this or any other court.

/ / /

/ / /

Accordingly, the SLF Claimants respectfully request entry of an order granting the Motion to Shorten time, and for such other and further relief as the Court may deem just and appropriate.

Dated: August 27, 2019  MARSHACK HAYS LLP

By: /s/ Laila Masud
_____
RICHARD A. MARSHACK
DAVID A. WOOD
LAILA MASUD
Attorneys for SLF CLAIMANTS

Dated: August 27, 2019  SINGLETON LAW FIRM, APC

By: /s/ Gerald Singleton
_____
GERALD SINGLETON
GARY LOCURTO
Attorneys for SLF CLAIMANTS