EXHIBIT 1

Case: 19-30088    Doc# 3730-1    Filed: 08/27/19    Entered: 08/27/19 19:25:51    Page 1 of 5

1 RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
2 DAVID A. WOOD #272406
dwood@marshackhays.com
3 LAILA MASUD, #311731
lmasud@marshckhays.com
4 MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
5 Tel: 949-333-7777 -/- Fax: 949-333-7778

6 GERALD SINGLETON, #208783
GARY LOCURTO, #270372
7 SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
8 San Diego, CA 92101
Tel. (619) 771-3473
9 Email: gerald@slffirm.com
john@slffirm.com

Attorneys for SLF Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and, | (Lead Case Jointly Administered) |
| PACIFIC GAS & ELECTRIC COMPANY, | ORDER GRANTING EX PARTE MOTION OF THE SLF FIRE VICTIM CLAIMANTS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND SLF FIRE CLAIMANTS RE: GRANTING RELIEF FROM THE AUTOMATIC STAY TO JOIN INDISPENSABLE PARTIES |
| Debtors. | |
| Affects: | |
| ☐ PG&E Corporation | |
| ☐ Pacific Gas & Electric Company | |
| ☒ Both Debtors | |
| * All papers shall be filed in Lead Case, No. 19-30088 (DM). | [No hearing requested] |

/ / /

4836-3335-3890, v. 1

Upon the Motion, dated August 27, 2019 ("**Motion to Shorten Time**"), of the SLF Claimants[1] (hereafter "**SLF Claimants**") pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California ("**Bankruptcy Local Rules**"), for entry of an order shortening time for a hearing on SLF's motion for entry of an order approving the stipulation ("**Stipulation**") entered in to between Debtors and the SLF Claimants (Dk. No. 3725) (the "**Motion**"), as set forth in the Motion to Shorten; and upon consideration of the Masud Declaration submitted in support of the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion to Shorten and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten Time having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Shorten Time; and this Court having determined that the legal and factual basis set forth in the Motion to Shorten Time establish just cause for the relief granted herein; and it appearance that the relief requested in the Motion to Shorten Time is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing the Court orders,

IT IS ORDERED:

1. The Motion to Shorten Time is granted, as provided herein.

2. The hearing on the Motion shall be held on August _____, 2019, at 9:30 a.m. (P.S.T.).

3. Any oppositions or responses to the Motion may be made orally at the time of the hearing on the Motion.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion to Shorten Time.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

***END OF ORDER**

4836-3335-3890, v. 1

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | PG&E Corporation |
| 3 | Attn: President or General Counsel<br>77 Beale Street |
| 4 | P.O. Box 77000 |
| 5 | U.S. Nuclear Regulatory Commission |
| 6 | Attn: General Counsel<br>U.S. NRC Region IV |
| 7 | 1600 E. Lamar Blvd.<br>Arlington, TX 76011 |

4836-3335-3890, v. 1