RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshckhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
Tel: 949-333-7777 -/- Fax: 949-333-7778

GERALD SINGLETON, #208783
GARY LOCURTO, #270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel. (619) 771-3473
Email: gerald@slffirm.com
       john@slffirm.com

Attorneys for SLF Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and, | (Lead Case Jointly Administered) |
| PACIFIC GAS & ELECTRIC COMPANY, | DECLARATION OF LAILA MASUD IN SUPPORT OF EX PARTE MOTION OF THE SLF FIRE VICTIM CLAIMANTS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND SLF FIRE CLAIMANTS GRANTING RELIEF FROM STAY TO JOIN INDISPENSABLE PARTIES RE: TUBBS TRIAL |
| Debtors. | |
| Affects: | |
| ☐ PG&E Corporation | |
| ☐ Pacific Gas & Electric Company | |
| ☒ Both Debtors | |
| * All papers shall be filed in Lead Case, No. 19-30088 (DM). | Related Document: Dkt. No. 3725 |

I, LAILA MASUD declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. I am an associate in the law firm of Marshack Hays LLP, co-counsel of record for the **SLF Claimants**.

5. I make this Declaration in support the Motion of the SLF Claimants ("Motion to Shorten Time") pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California, for entry of an order shortening time for a hearing on SLF Claimant's motion ("Motion") for entry of an order approving the stipulation ("Stipulation") entered into between PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company ("Utility"), as debtors and debtors in possession (collectively, "PG&E" or the "Debtors") and the SLF Fire Victim Claimants[1] comprised of approximately 5,300 victims of the fires started by Debtors in 2015 ("Butte Fire"), 2017 (the twenty fires generally referred to as the "North Bay and Wind Complex Fires") and 2018 ("Camp Fire").

6. On August 22, 2019, I sent an email to Kevin J. Orisini ("Mr. Orsini") and Nathan E. Denning ("Mr. Denning"), counsel for Debtors, inquiring as to whether the Debtors would consent to notice being shortened on the Motion. On August 26, 2019, Mr. Denning consented to any hearing being done on shortened time with respect to the Motion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Irvine, California. Executed on August 27, 2019.

/s/ Laila Masud

LAILA MASUD

---

[1] The claimants represented by SLF, Marshack Hays LLP and other firms are jointly referred to as the "SLF Claimants."