**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2019 THROUGH JUNE 30, 2019**

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 250.00 | $372,240.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 23.10 | $36,960.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 86.90 | $139,040.00 |
| Slack, Richard W. | Litigation | 1987 | $1,225.00 | 95.20 | $118,256.25 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 19.20 | $30,720.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 73.90 | $118,240.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 93.90 | $102,235.00 |
| Heyliger, Adelaja K. | Corporate | 1998 | $1,100.00 | 5.10 | $5,610.00 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 49.80 | $56,025.00 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 210.20 | $216,988.75 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 7.70 | $8,085.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 238.40 | $247,357.50 |
| **Total Partners and Counsel:** | | | | **1,153.40** | **$1,451,757.50** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 27.00 | $16,200.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 10.60 | $10,547.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 97.00 | $96,515.00 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 211.50 | $210,442.50 |
| Silber, Gary | Tax | 2011 | $995.00 | 64.50 | $64,177.50 |
| Golster, Jonathan | Corporate | 2011 | $875.00 | 7.30 | $6,387.50 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 92.40 | $91,938.00 |
| Minga, Jay | Litigation | 2013 | $950.00 | 197.60 | $187,720.00 |
| Silverstein, Chelsea | Litigation | 2013 | $950.00 | 13.80 | $13,110.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 39.20 | $37,240.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 174.10 | $120,129.00 |
| Africk, Max M. | Litigation | 2015 (Louisiana) | $875.00 | 22.70 | $19,862.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 111.60 | $97,650.00 |
| Pitcher, Justin R. | BFR | 2016 (Utah) | $790.00 | 60.30 | $47,637.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 39.90 | $31,521.00 |
| McGrath, Colin | Litigation | 2017 | $690.00 | 68.10 | $46,989.00 |
| McNulty, Shawn C. | Litigation | 2017 | $690.00 | 45.40 | $31,326.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 225.60 | $155,664.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 84.20 | $58,098.00 |
| Gordan, Anna C. | Litigation | 2018 | $690.00 | 11.70 | $8,073.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 199.60 | $111,776.00 |
| Irani, Neeckaum | Litigation | 2018 (Cal) | $560.00 | 23.90 | $13,384.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 35.70 | $19,992.00 |
| Evans, Steven | Litigation | 2019 | $560.00 | 19.80 | $11,088.00 |
| **Total Associates:** | | | | 1,883.50 | $1,507,467.00 |

---

[2] BFR – Business Finance & Restructuring

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $420.00 | 12.40 | $5,208.00 |
| Chan, Herbert | Litigation | $355.00 | 8.00 | $2,840.00 |
| Biratu, Sirak D. | Litigation | $330.00 | 6.20 | $2,046.00 |
| Kleissler, Matthew | BFR | $330.00 | 7.00 | $1,680.00 |
| Peene, Travis J. | BFR | $240.00 | 46.60 | $11,184.00 |
| **Total Paraprofessionals:** | | | **80.20** | **$22,958.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,258.68 | 1,153.40 | $1,451,757.50 |
| Associates | $800.35 | 1,883.50 | $1,507,467.00 |
| Paraprofessionals | $286.26 | 80.20 | $22,958.00 |
| **Blended Attorney Rate** | **$974.42** | | |
| **Total Fees Incurred:** | | **3,117.10** | **$2,982,182.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

---

[3] BFR – Business Finance & Restructuring