# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 10.10 | $7,922.50 |
| 003 | Automatic Stay | 186.90 | $166,344.50 |
| 004 | Bankruptcy Litigation | 579.40 | $554,811.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 424.20 | $406,867.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 30.00 | $19,138.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 260.10 | $237,814.00 |
| 009 | Communications with Client | 20.30 | $20,877.00 |
| 010 | Corporate Governance and Board Issues | 74.40 | $93,534.50 |
| 011 | Customer, Supplier and Vendor Issues | 13.00 | $12,115.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 1.60 | $1,506.50 |
| 013 | Disclosure Statement | 34.00 | $23,769.50 |
| 014 | Employee Issues | 267.40 | $252,924.00 |
| 016 | Exclusivity | 29.60 | $31,020.00 |
| 017 | Executory Contracts/Lease Issues | 95.00 | $53,960.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 126.70 | $128,890.00 |
| 019 | Hearings and Court Matters | 40.70 | $48,263.00 |
| 020 | Legislative Issues/Inverse Reform | 8.60 | $13,497.50 |
| 022 | Non-Working Travel | 82.90 | $54,532.50 |
| 023 | FERC Adversary Proceeding | 18.90 | $19,060.50 |
| 024 | Reclamation/503(b)(9) | 41.60 | $29,785.50 |
| 025 | Regulatory Issues including CPUC and FERC | 18.30 | $22,595.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 53.80 | $35,015.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 6.30 | $4,085.50 |
| 028 | Retention/Fee Application: Other Professionals | 46.00 | $36,054.50 |
| 029 | Schedules/Statement of Financial Affairs | 1.60 | $1,720.00 |
| 030 | Tax Issues | 331.00 | $413,630.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 13.00 | $12,560.50 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 2.80 | $3,781.00 |
| 033 | Utility Issues/Adequate Assurance | 0.30 | $245.50 |
| 035 | Real Estate and Real Property Issues | 53.30 | $57,374.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 194.70 | $179,497.50 |
| 037 | Insurance Issues | 50.60 | $38,991.00 |
| **Total:** | | **3,117.10** | **$2,982,182.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119