**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $20,101.09 |
| Meals | $1,812.41 |
| Travel | $30,288.23 |
| Transportation | $5,488.21 |
| Duplicating | $6,944.80 |
| Telephone | $415.00 |
| **Total Expenses Requested:** | **$65,049.74** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119