# UNITED STATES BANKRUPTCY COURT
## Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **VonWin Capital Management, L.P.** | **Jeffco Painting & Coating, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Scheduled Claim #: 1031929
Scheduled Amount: $32,834.00
POC # / Amt.: 3873 / $36,000.76
POC # / Amt: 2043 / $36,000.76
POC # / Amt: 2049 / $36,000.76

261 Fifth Avenue, 22nd Floor
New York, NY 10016

Debtor: Pacific Gas and Electric Company

Phone: (212) 889-1601
Last Four Digits of Acct #: N/A

Phone: (707) 562-1900
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Wheeler* (Transferee/Transferee's Agent)   Date: 8/28/19