# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 8/29/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Cecily Ann Dumas | cdumas@bakerlaw.com |
| aty | Dennis F. Dunne | ddunne@milbank.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Kevin J. Orsini | Cravath, Swaine & Moore LLP | 825 Eighth Avenue | New York, NY 10019 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

KIMBERLY S. MORRIS, ESQ.   Baker & Hostetler LLP   11601 Wilshire Boulevard Suite 1400   Los Angeles, CA 90025
ABID QURESHI, ESQ.   Akin Gump Strauss Hauer & Feld LLP   1999 Avenue of the Stars Suite 600   Los Angeles, CA 90067
BENJAMIN P. MCCALLEN, ESQ.   Willkie Farr & Gallagher LLP   787 Seventh Avenue   New York, NY 10019
PAUL J. PASCUZZI, ESQ.   Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP   500 Capitol Mall Suite 2250   Sacramento, CA 95814
ALAN W. KORNBERG, ESQ.   SEAN MITCHELL, ESQ.   Paul, Weiss, Rifkind, Wharton & Garrison   1285 Avenue of the Americas   New York, NY 10019
BETH M. BROWNSTEIN, ESQ.   Arent Fox LLP   1301 Avenue of the Americas 42nd Floor   New York, NY 10019
STEVEN M. CAMPORA, ESQ.   Dreyer Babich Buccola Wood Campora, LLP   20 Bicentennial Circle   Sacramento, CA 95826
FRANK M. PITRE, ESQ.   Cotchett, Pitre & McCarthy, LLP   840 Malcolm Road, Suite 200   Burlingame, CA 94010
JAMES O. JOHNSTON, ESQ.   Jones Day   555 South Flower Street   Los Angeles, CA 90071
RICHARD A. MARSHACK, ESQ.   Marshack Hays LLP   870 Roosevelt   Irvine, CA 92620
CRAIG S. SIMON, ESQ.   Berger Kahn   1 Park Plaza Suite 340   Irvine, CA 92614
AMANDA L. RIDDLE, ESQ.   Corey, Luzaich, de Ghetaldi & Riddle LLP   700 El Camino Real   Millbrae, CA 94030

TOTAL: 15