# EXHIBIT A

| TIME SUMMARY BY CATEGORY | | | | |
|---|---|---|---|---|
| Matter | Name | Billing Rate | Hours | Amount |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Reid J. Schar | $982 | 6.4 | $6,284.80 |
| | Coral A. Negron | $714 | 2.5 | $1,785.00 |
| | Emily M. Loeb | $706 | 0.4 | $282.40 |
| | Adrienne Lee Benson | $561 | 1.7 | $953.70 |
| | **TOTAL** | | **11.0** | **$9,305.90** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,118 | 1.1 | $1,229.80 |
| | Matthew L. Haws | $761 | 0.6 | $456.60 |
| | Emily M. Loeb | $706 | 2.6 | $1,835.60 |
| | Carla J. Weiss | $672 | 0.9 | $604.80 |
| | **TOTAL** | | **5.2** | **$4,126.80** |
| **FEDERAL CONTRACTS ADVICE AND COUNSEL (10065)** | | | | |
| | Matthew L. Haws | $761 | 0.5 | $380.50 |
| | **TOTAL** | | **0.5** | **$380.50** |
| **LOCATE & MARK (10111)** | | | | |
| | Reid J. Schar | $982 | 9.5 | $9,329.00 |
| | Randall E. Mehrberg | $893 | 7.0 | $6,251.00 |
| | Brian P. Hauck | $782 | 127.5 | $99,705.00 |
| | David M. Greenwald | $761 | 0.7 | $532.70 |
| | John R. Storino | $757 | 0.5 | $378.50 |
| | Andrew F. Merrick | $714 | 49.5 | $35,343.00 |
| | Emily M. Loeb | $706 | 54.2 | $38,265.20 |
| | Wesley M. Griffith | $663 | 97.4 | $64,576.20 |
| | Andrew C. Noll | $595 | 50.8 | $30,226.00 |
| | Daixi Xu | $506 | 3.5 | $1,771.00 |
| | Samuel Jahangir | $506 | 4.2 | $2,125.20 |
| | Jennifer J. Yun | $506 | 2.4 | $1,214.40 |
| | Sarah L. Norman | $459 | 130.9 | $60,083.10 |
| | Anna K. Lyons | $400 | 76.9 | $30,760.00 |

|  | Name | Rate | Hours | Amount |
|---|---|---|---|---|
|  | Amir A. Shakoorian Tabrizi | $400 | 75.0 | $30,000.00 |
|  | Theresa L. Busch | $327 | 24.5 | $8,011.50 |
|  | **TOTAL** | | **714.5** | **$418,571.80** |
| **FPA ADVICE AND COUNSEL (10146)** | | | | |
|  | Randall E. Mehrberg | $893 | 2.8 | $2,500.40 |
|  | Max Minzner | $740 | 11.0 | $8,140.00 |
|  | Samuel C. Birnbaum | $595 | 1.6 | $952.00 |
|  | Karthik P. Reddy | $561 | 0.2 | $112.20 |
|  | Jason T. Perkins | $459 | 43.6 | $20,012.40 |
|  | **TOTAL** | | **59.2** | **$31,717.00** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
|  | Randall E. Mehrberg | $893 | 4.2 | $3,750.60 |
|  | Angela M. Allen | $701 | 3.7 | $2,593.70 |
|  | William A. Williams | $459 | 4.2 | $1,927.80 |
|  | Marc A. Patterson | $196 | 2.4 | $470.40 |
|  | **TOTAL** | | **14.5** | **$8,742.50** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
|  | Randall E. Mehrberg | $893 | 0.7 | $625.10 |
|  | Angela M. Allen | $701 | 0.3 | $210.30 |
|  | **TOTAL** | | **1.0** | **$835.40** |
| **REGULATORY MATTER (10295)** | | | | |
|  | Reid J. Schar | $982 | 1.0 | $982.00 |
|  | Coral A. Negron | $714 | 0.2 | $142.80 |
|  | Reena Sikdar | $561 | 1.8 | $1,009.80 |
|  | **TOTAL** | | **3.0** | **$2,134.60** |
|  | **GRAND TOTAL** | | **808.9** | **$475,814.50** |