**EXHIBIT B**

| \\ | TIME SUMMARY BY PROFESSIONAL | | | | | |
|---|---|---|---|---|---|---|
| **TITLE** | **NAME OF PROFESSIONAL** | **DEPARTMENT** | **YEAR ADMITTED** | **HOURLY RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| **Partners** | Thomas J. Perrelli | Litigation | 1991 | $1,118 | 1.1 | $1,229.80 |
| | Reid J. Schar | Litigation | 1997 | $982 | 16.9 | $16,595.80 |
| | Randall E. Mehrberg | Energy | 1980 | $893 | 14.7 | $13,127.10 |
| | Brian P. Hauck | Energy | 2001 | $782 | 127.5 | $99,705.00 |
| | David M. Greenwald | Litigation | 1986 | $761 | 0.7 | $532.70 |
| | Matthew L. Haws | Litigation | 2002 | $761 | 1.1 | $837.10 |
| | John R. Storino | Litigation | 2000 | $757 | 0.5 | $378.50 |
| | Max Minzner | Energy | 2000 | $740 | 11 | $8,140.00 |
| | Andrew F. Merrick | Litigation | 2006 | $714 | 49.5 | $35,343.00 |
| | Coral A. Negron | Litigation | 2008 | $714 | 2.7 | $1,927.80 |
| | Emily M. Loeb | Litigation | 2010 | $706 | 57.2 | $40,383.20 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $701 | 4.0 | $2,804.00 |
| **Total Partners & Special Counsel:** | | | | | **286.9** | **$221,004.00** |
| **Associates** | Carla J. Weiss | Litigation | 2011 | $672 | 0.9 | $604.80 |
| | Wesley M. Griffith | Litigation | 2012 | $663 | 97.4 | $64,576.20 |
| | Samuel C. Birnbaum | Litigation | 2015 | $595 | 1.6 | $952.00 |
| | Andrew C. Noll | Litigation | 2014 | $595 | 50.8 | $30,226.00 |
| | Reena Sikdar | Litigation | 2015 | $561 | 1.8 | $1,009.80 |
| | Karthik P. Reddy | Litigation | 2015 | $561 | 0.2 | $112.20 |
| | Daixi Xu | Litigation | 2016 | $506 | 3.5 | $1,771.00 |
| | Jennifer J. Yun | Litigation | 2017 | $506 | 2.4 | $1,214.40 |
| | Samuel Jahangir | Litigation | 2016 | $506 | 4.2 | $2,125.20 |
| | Sarah L. Norman | Litigation | 2017 | $459 | 130.9 | $60,083.10 |
| | Jason T. Perkins | Litigation | 2017 | $459 | 43.6 | $20,012.40 |
| | William A. Williams | Restr. & Bankr. | 2015 | $459 | 4.2 | $1,927.80 |
| | Anna K. Lyons | Litigation | 2018 | $400 | 76.9 | $30,760.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $400 | 75 | $30,000.00 |
| **Law Clerk** | Adrienne Lee Benson | Litigation | 2019 | $561 | 1.7 | $953.70 |
| **Total Associates & Law Clerks:** | | | | | **495.1** | **$246,328.60** |
| **Paralegal** | Theresa L. Busch | Litigation | N/A | $327 | 24.5 | $8,011.50 |
| **Bankr./ Litigation Specialist** | Marc A. Patterson | Restr. & Bankr. | N/A | $196 | 2.4 | $470.40 |
| **Total Paraprofessionals and Other Staff:** | | | | | **26.9** | **$8,481.90** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---:|---:|---:|
| Partners and Special Counsel | $770.32 | 286.9 | $221,004.00 |
| Associates | $497.53 | 495.1 | $246,328.60 |
| Paraprofessionals and other non-legal staff | $315.31 | 26.9 | $8,481.90 |
| **Blended Attorney Rate** | **$597.61** | **782.0** | **$467,332.60** |
| **Total Fees Incurred** | **$588.22** | **808.9** | **$475,814.50** |