**EXHIBIT C**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---:|
| In-City Transportation | $82.20 |
| **TOTAL DISBURSEMENT** | **$82.20** |