# EXHIBIT E

# EXPENSE DETAIL

| | | |
|---|---|---|
| 1 | PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: LEGAL FINANCE SUPPORT GROUP | INVOICE # 9494564 |
| 2 | 77 BEALE STREET<br>B30A | |
| 3 | SAN FRANCISCO, CA 94105 | |
| 4 | CLIENT NUMBER: 56604 | AUGUST 13, 2019 |
| 5 | FOR PROFESSIONAL SERVICES RENDERED<br>THROUGH JUNE 30, 2019: | |
| 7 | EXPENSES | MATTER NUMBER - 10287 |
| 8 | 1907533 | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 6/04/19 | In-City Transportation, JENNIFER J. YUN, 06/04/2019, taxi, 4/26 & 4/29/19. | 25.57 |
| 6/07/19 | In-City Transportation, Monika Kothari, on 04/30/2019; overtime taxi charges. | 17.82 |
| 6/18/19 | In-City Transportation, BRIAN HAUCK, 06/10/2019; taxi ride back to office following meeting. | 38.81 |
| | TOTAL DISBURSEMENTS | $ 82.20 |

INVOICE TOTAL  $ 82.20