| | |
|---|---|
| GREGG M. FICKS (State Bar No. 148093)<br>COBLENTZ PATCH DUFFY & BASS LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br>Email: ef-gmf@cpdb.com<br><br>*Special Counsel to Debtors<br>and Debtors in Possession* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2019 THROUGH MARCH 31, 2019**<br><br>**Objection Deadline:** September 18, 2019 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | Coblentz Patch Duffy & Bass LLP |
| Authorized to Provide Professional Services to: | Special Counsel to Debtors and Debtors in Possession |
| Date of Retention: | July 11, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement is sought: | March 1, 2019 through March 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $99,554.72 (80% of $124,443.40) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,180.37 |

Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Monthly Fee Statement (this "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2019 through March 31, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Coblentz requests allowance and payment of $99,554.72 (representing 80% of a total $124,443.40 of fees incurred during the Fee Period) as compensation for professional services rendered to the Debtors during the Fee Period, and allowance and payment of $1,180.37 (representing 100% of expenses) as reimbursement for actual and necessary expenses incurred by Coblentz during the Fee Period.

Attached hereto as **Exhibit A** is the name of each Coblentz professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement, and the hourly rate and total fees for each professional. Attached hereto as

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**Exhibit B** is a summary of Coblentz hours by task during the Fee Period. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (prevailing Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Coblentz may file a certification of no objection with the Court, after which the Debtors are authorized and directed to pay Coblentz an amount equal to 80% of the total fees and 100% of the total expenses incurred during the Fee Period, as requested in this Monthly Fee Statement. If an objection is properly filed and served, Coblentz may (i) request that the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

DATED: August 28, 2019                COBLENTZ PATCH DUFFY & BASS LLP

By: _____/s/ Gregg M. Ficks_____
Gregg M. Ficks
Special Counsel to Debtors
and Debtors in Possession

| | |
|---|---|
| 1 | **NOTICE PARTIES** |
| 2 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 3 | 77 Beale Street |
| | San Francisco, CA 94105 |
| 4 | Attn: Janet Loduca, Esq. |
| 5 | Keller & Benvenutti LLP |
| | 650 California Street, Suite 1900 |
| 6 | San Francisco, CA 94108 |
| | Attn: Tobias S. Keller, Esq. |
| 7 | Jane Kim, Esq. |
| 8 | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| 9 | New York, NY 10153-0019 |
| | Attn: Stephen Karotkin, Esq. |
| 10 | Jessica Liou, Esq. |
| | Matthew Goren, Esq. |
| 11 | |
| | The Office of the United States Trustee for Region |
| 12 | 17 |
| | 450 Golden Gate Avenue, 5th Floor, Suite #05- |
| 13 | 0153 |
| | San Francisco, CA 94102 |
| 14 | Attn: James L. Snyder, Esq. |
| | Timothy Laffredi, Esq. |
| 15 | |
| | Milbank LLP |
| 16 | 55 Hudson Yards |
| | New York, NY 10001-2163 |
| 17 | Attn: Dennis F. Dunne, Esq. |
| | Sam A Kahlil, Esq. |
| 18 | |
| | Milbank LLP |
| 19 | 2029 Century Park East, 33rd Floor |
| | Los Angeles, CA 90067 |
| 20 | Attn: Paul S. Aronzon, Esq. |
| | Gregory A. Bray, Esq. |
| 21 | Thomas R. Kreller, Esq. |
| 22 | Baker & Hostetler LLP |
| | 11601 Wilshire Blvd, Suite 1400 |
| 23 | Los Angeles, CA 90025-0509 |
| | Attn: Eric E. Sagerman, Esq. |
| 24 | Lauren T. Attard, Esq. |
| 25 | Bruce A. Markell |
| | Fee Examiner |
| 26 | 541 N. Fairbanks Court, Suite 2200 |
| | Chicago, IL 60611-3710 |
| 27 | |
| 28 | |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 • FAX 415.989.1663

Scott H. McNutt
324 Warren Road
San Mateo, CA 94401