# EXHIBIT B

4844-5636-0098.4
Case: 19-30088    Doc# 3741-2    Filed: 08/28/19    Entered: 08/28/19 16:33:30    Page 1 of 2

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019

| TASK CODE[1] | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| C100[2] | Fact Gathering | 12.10 | $4,700.90 |
| C400 | Third Party Communication | 0.70 | $350.00 |
| L110 | Fact Investigation/Development | N/A | N/A |
| L120 | Analysis/Strategy | 44 | $21,950.00 |
| L200 | Pre-Trial Pleadings and Motions | 1.90 | $950.00 |
| L310 | Written Discovery | N/A | N/A |
| L670 | Production | 25.10 | $5,608.00 |
| P100[3] | Project Administration | 20.50 | $12,941.50 |
| P240 | Real and Personal Property | 4.10 | $1,349.40 |
| P300 | Structure/Strategy/Analysis | 96.00 | $62,208.00 |
| P400 | Initial Document Preparation/Filing | 8.10 | $5,248.80 |
| P500 | Negotiation/Revision/Responses | 12.10 | $7,840.80 |
| P600 | Identification | 2.00 | $1,296.00 |
| P700 | Post-Completion/Post-Closing | N/A | N/A |
| Total: | | | $124,443.40 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnotes 2 and 3 below.

[2] Includes 3.90 hours ($2,429.30 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 324693.

[3] Includes 13.70 hours ($8,535.10 in fees) related to Coblentz's Special Counsel Retention Application within attached Invoice 324693, and .7 hours ($453.60 in fees) related to Coblentz's Special Counsel Retention Application within attached Invoice 323007.