# EXHIBIT D

4844-5636-0098.4

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $0.00 |
| Matter | 060 | Current Costs | 1,157.05 |
| Date | 05/29/2019 | | |
| Invoice | 324652 | Total Current Due | $1,157.05 |
| Attorney | Sean P. Coyle | | |

---

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 05/29/2019
Invoice 324652

For Professional Services Rendered and Costs Advanced through 03/30/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| | | Total Current Fees | $0.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | | 1,157.05 |
| | Total Current Costs | $1,157.05 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

---

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

Re:       Case Name:       Land Stewardship
          Our File No.:      02898-357
          Corporate ID:     803093

Invoice No.  323026          Statement Date:  04/09/2019

### SUMMARY of CHARGES

#### Summary of Time

| C. Sands, Douglas | DCS | $648.00 | 94.80 | 61,430.40 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 94.80 | 61,430.40 |
|      | SERVICES TOTAL | 94.80 | 61,430.40 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred          0.00

Invoice Total          **$61,430.40**



**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:  Case Name:     Land Stewardship
    Our File No.:     02898-357
    Corporate ID:     803093

Invoice No. 323026      Statement Date: 04/09/2019

\*   \*   \*   \*   \*   \*   \*   \*   \*   BILLING SUMMARY   \*   \*   \*   \*   \*   \*   \*   \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through March 31, 2019 | $ | 61,430.40 |
| Costs Advanced through March 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 61,430.40 |
| Unpaid Balance Forward | $ | 85,925.56 |
| Total Now Due | $ | 147,355.96 |

E-FILED

Pacific Gas and Electric Company
04/09/2019
Page 3

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/01/19 | Douglas C. Sands | | | |
| P300 | Cal Fire Battle Creek: Review BDR (2.2). | 2.20 | 648.00 | 1,425.60 |
| 03/01/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD: Attention to deed (.5). | 0.50 | 648.00 | 324.00 |
| 03/04/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Telephone conference with D. Albrecht (.8), emails with T. Kelly (.5), telephone conference with T. Kelly (.5). | 1.80 | 648.00 | 1,166.40 |
| 03/04/19 | Douglas C. Sands | | | |
| P300 | Lake Britton: Review revised BDR (1.2). | 1.20 | 648.00 | 777.60 |
| 03/04/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Review BDR (2.1). | 2.10 | 648.00 | 1,360.80 |
| 03/05/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5), update transaction task list (1.3). | 2.80 | 648.00 | 1,814.40 |
| 03/05/19 | Douglas C. Sands | | | |
| P300 | NFMR: Prepare revised transaction summary (0.9), email A. Holtz (0.2). | 1.10 | 648.00 | 712.80 |
| 03/05/19 | Douglas C. Sands | | | |
| P300 | Manzanita: Prepare revised Third Party Use language (.6). | 0.60 | 648.00 | 388.80 |

E-BILLED

Pacific Gas and Electric Company
04/09/2019
Page 4

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/06/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Review revised CE (.7). | 0.70 | 648.00 | 453.60 |
| 03/06/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Revise transaction documents (.9), review revised CE (1.4), prepare transaction summary (1.4). | 3.70 | 648.00 | 2,397.60 |
| 03/07/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens:  Prepare transaction documents and send to client (5.5). | 5.50 | 648.00 | 3,564.00 |
| 03/07/19 | Douglas C. Sands | | | |
| P300 | SJCOE:  Correspondence with D. Ross re documents (.4). | 0.40 | 648.00 | 259.20 |
| 03/07/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Telephone conference with P. Coviello (.4), revise TA (.5), review and comment on BDR (1.3). | 2.20 | 648.00 | 1,425.60 |
| 03/08/19 | Douglas C. Sands | | | |
| P300 | Eel Retained:  Review BDR (.7). | 0.70 | 648.00 | 453.60 |
| 03/08/19 | Douglas C. Sands | | | |
| P300 | Butt Valley:  Revise and send documents to T. Kelly (2.4). | 2.40 | 648.00 | 1,555.20 |
| 03/08/19 | Douglas C. Sands | | | |
| P300 | Fall River:  Revise Grand Deed (.4). | 0.40 | 648.00 | 259.20 |

Pacific Gas and Electric Company
04/09/2019
Page 5

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/08/19 | Douglas C. Sands | | | |
| P300 | Lake Spaulding: Review Lease documents and client memo re same (2.1), Draft TA (1.9), Telephone conference with S. Perez (.1). | 4.10 | 648.00 | 2,656.80 |
| 03/11/19 | Douglas C. Sands | | | |
| P300 | North Fork Feather Retained: Review BDR (2.2). | 2.20 | 648.00 | 1,425.60 |
| 03/11/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor: Prepare and send response memo on third party uses (2.6). | 2.60 | 648.00 | 1,684.80 |
| 03/11/19 | Douglas C. Sands | | | |
| P300 | Lake Spaulding SJ COE: Telephone conference with J. Swenson re open issues (1.1). | 1.10 | 648.00 | 712.80 |
| 03/12/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5). | 1.50 | 648.00 | 972.00 |
| 03/12/19 | Douglas C. Sands | | | |
| P300 | SJ COE: Prepare termination agreement (2.5). | 2.50 | 648.00 | 1,620.00 |
| 03/12/19 | Douglas C. Sands | | | |
| P300 | North Fork Feather: Review BDR (2.5). | 2.50 | 648.00 | 1,620.00 |
| 03/13/19 | Douglas C. Sands | | | |
| P300 | FRN: Correspondence with C. Davis re tribal authority (.3). | 0.30 | 648.00 | 194.40 |

Pacific Gas and Electric Company
04/09/2019
Page 6

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/13/19 | Douglas C. Sands | | | |
| P300 | SJCOE Spaulding: Revise Agreement (1.1), email same to S. Perez (.3). | 1.40 | 648.00 | 907.20 |
| 03/13/19 | Douglas C. Sands | | | |
| P300 | Butte Creek: Revise summary (.1), send to P. Coviello (.1). | 0.20 | 648.00 | 129.60 |
| 03/13/19 | Douglas C. Sands | | | |
| P300 | Almanor: Correspondence re CE review (.4), prepare review documents (.6), circulate documents (.3). | 1.30 | 648.00 | 842.40 |
| 03/13/19 | Douglas C. Sands | | | |
| P300 | Manzanita: Correspondence with C. Davis re CE modification (.5). | 0.50 | 648.00 | 324.00 |
| 03/14/19 | Douglas C. Sands | | | |
| P300 | Humbug: Revise TA (.9), email T. Kelly (.2). | 1.20 | 648.00 | 777.60 |
| 03/14/19 | Douglas C. Sands | | | |
| P300 | Manzanita: Revise TA (.3), revise CE (.7), email with P. Coviello (.3). | 1.30 | 648.00 | 842.40 |
| 03/14/19 | Douglas C. Sands | | | |
| P300 | SJCOE Sky Camp: Correspondence re termination (.3), Revise deed language (1.1), email re same (.5), email re termination (.6). | 2.40 | 648.00 | 1,555.20 |
| 03/14/19 | Douglas C. Sands | | | |
| P300 | Hat Creek 2: Correspondence with C. Davis re tribal approval requirements (.7). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
04/09/2019
Page 7

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/15/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Email S. Perez re deed update (.2). | 0.20 | 648.00 | 129.60 |
| 03/15/19 | Douglas C. Sands | | | |
| P300 | FRM:  Email M. Pietrasz re LLC environmental obligations (.5). | 0.50 | 648.00 | 324.00 |
| 03/15/19 | Douglas C. Sands | | | |
| P300 | Fall River RCE:  Email re document finalization (.2). | 0.20 | 648.00 | 129.60 |
| 03/15/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor Forest:  Update documents to conform to Humbug (5.1), email T. Kelly (.2). | 5.30 | 648.00 | 3,434.40 |
| 03/15/19 | Douglas C. Sands | | | |
| P300 | SJCOE:  Email re deed changes (.2). | 0.20 | 648.00 | 129.60 |
| 03/18/19 | Douglas C. Sands | | | |
| P300 | NFMR:  Review sampling results (.4), email T. Kelly (.2). | 0.60 | 648.00 | 388.80 |
| 03/18/19 | Douglas C. Sands | | | |
| P300 | Lake Spaulding SJCOE:  Draft documents (4.2), email J. Swenson (.4). | 4.60 | 648.00 | 2,980.80 |
| 03/18/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Correspondence with C. Davis re NDA (.4). | 0.40 | 648.00 | 259.20 |

Pacific Gas and Electric Company
04/09/2019
Page 8

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/19/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.6). | 1.60 | 648.00 | 1,036.80 |
| 03/19/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD: Prepare transaction summary (1.4), revise documents (.4), email with approval (.4). | 2.10 | 648.00 | 1,360.80 |
| 03/19/19 | Douglas C. Sands | | | |
| P300 | Humbug: Review BDR (1.4), email T. Kelly (.2). | 1.60 | 648.00 | 1,036.80 |
| 03/19/19 | Douglas C. Sands | | | |
| P300 | Almanor: Review CEs and PTRs for call (2.0), conference call (.5), review revised CE (.3). | 2.80 | 648.00 | 1,814.40 |
| 03/20/19 | Douglas C. Sands | | | |
| P300 | Spaulding Sky Mountain: Review title (.8), telephone conference with J. Swenson (.6), correspondence with S. Schweigerdt (.3). | 1.70 | 648.00 | 1,101.60 |
| 03/20/19 | Douglas C. Sands | | | |
| P300 | Butt Creek: Revise documents (.7), email client with approval (.4). | 1.10 | 648.00 | 712.80 |
| 03/20/19 | Douglas C. Sands | | | |
| P300 | Butt Valley: Revise documents (1.3), prepare summary (.8), email client with approval (.4). | 2.50 | 648.00 | 1,620.00 |

E-BILLED

Pacific Gas and Electric Company
04/09/2019
Page 9

Client 02898
Matter 357
Invoice 323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/21/19 | Douglas C. Sands | | | |
| P300 | Lyons Retained: Weekly call with P. Coviello, E. Healy, T. Kelly, E. Routt (.5), review BDR (.7). | 1.20 | 648.00 | 777.60 |
| 03/21/19 | Douglas C. Sands | | | |
| P300 | Sky Mountain: Conference call with J. Swenson, S. Schweigerdt, S. Anderson, D. Genzler, K. Velasco, T. Brown, and E. Healy re conveyance mechanics (1.3). | 1.30 | 648.00 | 842.40 |
| 03/21/19 | Douglas C. Sands | | | |
| P300 | NFMR: Revise deed (.9), email A. Holtz (.4). | 1.30 | 648.00 | 842.40 |
| 03/21/19 | Douglas C. Sands | | | |
| P300 | Conference call with M. Pietrasz, S. Hug, M. Schonherr, J. Swenson, T. Kelly and D. Ross to discuss environmental obligations (1.2). | 1.20 | 648.00 | 777.60 |
| 03/22/19 | Douglas C. Sands | | | |
| P300 | Butt Valley: Revise Summary (.1). | 0.10 | 648.00 | 64.80 |
| 03/22/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens: Correspondence with C. Davis re document delivery (.2). | 0.20 | 648.00 | 129.60 |
| 03/22/19 | Douglas C. Sands | | | |
| P300 | Almanor: Review CEs (1.1), email S. Schweigerdt (.2). | 1.30 | 648.00 | 842.40 |

RE-BILLED

Pacific Gas and Electric Company
04/09/2019
Page 10

Client  02898
Matter  357
Invoice  323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/22/19 | Douglas C. Sands | | | |
| P300 | Humbug: Review documents (.4), send approval (.2), correspondence with T. Kelly (.5), revise TA (.9), telephone conference with P. Coviello (.4). | 2.40 | 648.00 | 1,555.20 |
| 03/25/19 | Douglas C. Sands | | | |
| P300 | Almanor: Review revised CEs (.6), email stewardship council (.2). | 0.80 | 648.00 | 518.40 |
| 03/25/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Review lease documents (.2), email S. Hug (.1). | 0.30 | 648.00 | 194.40 |
| 03/26/19 | Douglas C. Sands | | | |
| P300 | Almanor Forest: BDR review (1.1). | 1.10 | 648.00 | 712.80 |
| 03/26/19 | Douglas C. Sands | | | |
| P300 | Lyons: Revise documents (.5), issue approval memo (.4), email working group (.3). | 1.20 | 648.00 | 777.60 |
| 03/26/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.4). | 1.40 | 648.00 | 907.20 |
| 03/27/19 | Douglas C. Sands | | | |
| P300 | Lyons: Correspondence with S. Stanford re closing authorization (.2). | 0.20 | 648.00 | 129.60 |

Pacific Gas and Electric Company
04/09/2019
Page 11

Client   02898
Matter   357
Invoice   323026

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/27/19 | Douglas C. Sands | | | |
| P300 | Almanor Trail:  Correspondence with C. Davis re BDR (.2). | 0.20 | 648.00 | 129.60 |
| 03/28/19 | Douglas C. Sands | | | |
| P300 | Lyons:  Weekly closing call with P. Coviello, E. Healy, E. Routt and T. Kelly (.5). | 0.50 | 648.00 | 324.00 |
| 03/28/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Email with M. Schonherr re closing delays (.4). | 0.40 | 648.00 | 259.20 |
| 03/29/19 | Douglas C. Sands | | | |
| P300 | USFS Battle Creek:  Correspondence with T. Kelly re document comments (.2). | 0.20 | 648.00 | 129.60 |
| | SERVICES TOTAL | 94.80 | | $61,430.40 |
| | Previous Due | | $ | 85,925.56 |
| | Total Due | | $ | 147,355.96 |

E-BILLED

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|-----|------------|--------------------------------------------------|
|     | Our File No.: | 02898-799 |
|     | Corporate ID: | 1305080 |

Invoice No. 323007    Statement Date: 04/09/2019

## SUMMARY of CHARGES

### Summary of Time

| Name | | | Rate | Hours | Amount |
|------|--|--|------|-------|--------|
| Milanovich, Barbara | BAM | | $648.00 | 26.00 | 16,848.00 |
| P. Collins, Leah | LPC | | $334.00 | 3.70 | 1,235.80 |
| H. Brandt, Angie | AHB | | $248.00 | 3.50 | 868.00 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 3.50 | 868.00 |
| P100 | Project Administration | 4.60 | 2,980.80 |
| P240 | Real and Personal Property | 3.70 | 1,235.80 |
| P300 | Structure/Strategy/Analysis | 1.20 | 777.60 |
| P400 | Initial Document Preparation/Filing | 8.10 | 5,248.80 |
| P500 | Negotiation/Revision/Responses | 12.10 | 7,840.80 |
| | SERVICES TOTAL: | 33.20 | 18,951.80 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|---|---|---|
| | Our File No.: | 02898-799 |
| | Corporate ID: | 1305080 |

Invoice No. 323007    Statement Date: 04/09/2019

Total Costs Advanced and Incurred    0.00

Invoice Total    $18,951.80

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

Re:     Case Name:       Contract Review - Real Estate / Shared Services
        Our File No.:    02898-799
        Corporate ID:    1305080

Invoice No. 323007     Statement Date: 04/09/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through March 31, 2019 | $ | 18,951.80 |
| Costs Advanced through March 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 18,951.80 |
| Unpaid Balance Forward | $ | 80,532.50 |
| Total Now Due | $ | 99,484.30 |

E BILLED

Pacific Gas and Electric Company
04/09/2019
Page 4

Client   02898
Matter   799
Invoice  323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/19 | Barbara Milanovich | | | |
| P100 | Caruthers Lease Amendment:  Draft and transmit request for approval. | 0.60 | 648.00 | 388.80 |
| 03/04/19 | Barbara Milanovich | | | |
| P100 | Yosemite Ave., Manteca:  Begin drafting request for approval. | 1.00 | 648.00 | 648.00 |
| 03/04/19 | Barbara Milanovich | | | |
| P500 | Opera Plaza Lease Amendment:  Review and revise new security deposit provision (0.8), Transmit clean and redline copies to J. Criswell (0.1). | 0.90 | 648.00 | 583.20 |
| 03/05/19 | Barbara Milanovich | | | |
| P100 | 226 East Yosemite Manteca, Finalize and transmit request for approval. | 0.30 | 648.00 | 194.40 |
| 03/05/19 | Barbara Milanovich | | | |
| P500 | 3900 W. March Lane, Stockton: Telephone call with J. Criswell (.20), Revise Lease Amendment to reflect holdover and add bankruptcy provision (1.0) and transmit clean and redline copies (.20). | 1.40 | 648.00 | 907.20 |
| 03/05/19 | Barbara Milanovich | | | |
| P500 | Opera Plaza: Telephone call with J. Criswell (.10), Revise Amendment to provide for return of security deposit (1.0). | 1.10 | 648.00 | 712.80 |
| 03/11/19 | Barbara Milanovich | | | |
| P100 | Participate in conference call with Weil Gothshal and W. Coleman re conflict check, billing format and accrued time. | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
04/09/2019
Page 5

Client 02898
Matter 799
Invoice 323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 226 East Yosemite Avenue, Manteca: Review lease documents. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 435 West Main Street, Quincy: Review lease documents. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 435 West Main Street, Quincy: Draft option notice letter. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 226 East Yosemite, Manteca: Draft option notice letter and prepare redline. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 1567 Huntoon Street, Oroville: Draft option notice letter and prepare redline. | 0.30 | 248.00 | 74.40 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 500 West Napa Street, Sonoma: Review lease documents. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 1567 Huntoon Street, Oroville: Review lease documents. | 0.40 | 248.00 | 99.20 |
| 03/11/19 | Leah P. Collins | | | |
| P240 | Discuss option notice drafting with A. Brandt. | 0.30 | 334.00 | 100.20 |

BILLED

Pacific Gas and Electric Company
04/09/2019
Page 6

Client 02898
Matter 799
Invoice 323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/12/19 | Barbara Milanovich | | | |
| P400 | Review notices exercising options to extend for 226 E. Yosemite Ave., Manteca, 500 W. Napa St., Sonoma, 435 W. Main St., Quincy and 1567 Huntoon St., Oroville. | 0.80 | 648.00 | 518.40 |
| 03/12/19 | Leah P. Collins | | | |
| P240 | 435 West Main, Quincy: Draft Option Notice. | 0.30 | 334.00 | 100.20 |
| 03/12/19 | Leah P. Collins | | | |
| P240 | 1567 Huntoon, Oroville: Draft Option Notice. | 0.30 | 334.00 | 100.20 |
| 03/12/19 | Leah P. Collins | | | |
| P240 | Attend to correspondence related to Option Notices. | 0.40 | 334.00 | 133.60 |
| 03/12/19 | Leah P. Collins | | | |
| P240 | 500 West Napa, Sonoma: Draft Option Notice. | 0.40 | 334.00 | 133.60 |
| 03/12/19 | Leah P. Collins | | | |
| P240 | 226 East Yosemite, Manteca: Draft Option Notice. | 0.40 | 334.00 | 133.60 |
| 03/14/19 | Barbara Milanovich | | | |
| P100 | Read and respond to email from W. Coleman re status of Lease Amendments and drafting bankruptcy provision. | 0.30 | 648.00 | 194.40 |
| 03/15/19 | Barbara Milanovich | | | |
| P500 | Eureka Lease (California Redwood Company): Telephone conference with M. Redford re business terms (0.3), Revise Lease (3.2). | 3.50 | 648.00 | 2,268.00 |

UBILLED

Pacific Gas and Electric Company
04/09/2019
Page 7

Client   02898
Matter   799
Invoice   323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/18/19 | Barbara Milanovich | | | |
| P100 | Read email from W. Coleman re status of option exercise notices for Yosemite Ave., Manteca, Napa St., Sonoma, Main St., Quincy and Huntoon, Oroville (0.2), Telephone conference with M. Redford re deadlines to exercise notices (0.2), Read emails from M. Redford re status of notices (0.2). | 0.60 | 648.00 | 388.80 |
| 03/18/19 | Barbara Milanovich | | | |
| P500 | Eureka Lease: Finalize mark-up of initial Lease draft (1.6) and transmit to M. Redford (0.2). | 1.80 | 648.00 | 1,166.40 |
| 03/19/19 | Barbara Milanovich | | | |
| P500 | 3080 M St., Merced: Review Landlord's mark-up of Lease (0.5), Telephone conference with J. Criswell re same (0.6), Read email re additional revision (0.1). | 1.20 | 648.00 | 777.60 |
| 03/20/19 | Barbara Milanovich | | | |
| P500 | 5151 Highway 101 North, Eureka Lease: Participate in conference call with M. Redford and brokers to discuss internal mark-up of Lease (0.7), Revise Lease and transmit clean and redline copies (0.8). | 1.50 | 648.00 | 972.00 |
| 03/20/19 | Barbara Milanovich | | | |
| P500 | 3080 M St., Merced: Revise Lease regarding roof warranty (0.3), Review Matrix of Landlord and Tenant Repair and Maintenance responsibilities (0.4). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
04/09/2019
Page 8

Client 02898
Matter 799
Invoice 323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/21/19 | Barbara Milanovich | | | |
| P300 | One Market Sublease: Review Consent to Sublease (.5) and respond to email from W. Coleman re non-disturbance protection for Subtenant (.4). | 0.90 | 648.00 | 583.20 |
| 03/21/19 | Barbara Milanovich | | | |
| P100 | Read and respond to emails re option exercise notices (.2), Draft approval of option exercise notices for Manteca, Sonoma, Quincy and Oroville (.4). | 0.60 | 648.00 | 388.80 |
| 03/22/19 | Barbara Milanovich | | | |
| P300 | 135 N. Center St., Turlock Lease: Read email from J. Criswell (0.1) and review Lease re holdover rights (.2). | 0.30 | 648.00 | 194.40 |
| 03/22/19 | Leah P. Collins | | | |
| P240 | Turlock: Review lease documents for holdover provision. | 0.40 | 334.00 | 133.60 |
| 03/28/19 | Barbara Milanovich | | | |
| P400 | 1900 Addison Street, Berkeley: Exchange emails with J. Criswell re involvement of brokers (.1), Read email from W. Coleman (.1), Begin drafting Amendment extending term (1.4). | 1.60 | 648.00 | 1,036.80 |
| 03/28/19 | Barbara Milanovich | | | |
| P100 | Read multiple emails from W. Coleman requesting preparation of lease amendments and exercise notices (.4), Conference with L. Collins re preparation of holdover notices (.1). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
04/09/2019
Page 9

Client 02898
Matter 799
Invoice 323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/28/19 | Angie H. Brandt | | | |
| C100 | 624 N Street, Sanger: Draft option notice letter and prepare redline. | 0.40 | 248.00 | 99.20 |
| 03/28/19 | Angie H. Brandt | | | |
| C100 | 624 N Street, Sanger: Review lease documents. | 0.40 | 248.00 | 99.20 |
| 03/29/19 | Barbara Milanovich | | | |
| P400 | Review holdover notices for Sanger and Turlock (0.4), Conference with L. Collins re same (0.2). | 0.60 | 648.00 | 388.80 |
| 03/29/19 | Barbara Milanovich | | | |
| P400 | 1175 Nichols, Rocklin: Review Letter of Intent (0.5), Begin drafting Third Amendment to Lease (2.5). | 3.00 | 648.00 | 1,944.00 |
| 03/29/19 | Barbara Milanovich | | | |
| P400 | 1900 Addison St., Berkeley: Finalize initial draft of Fourth Amendment to Lease (0.2) and transmit same (0.1). | 0.30 | 648.00 | 194.40 |
| 03/29/19 | Leah P. Collins | | | |
| P240 | Addision - Berkeley: Review of Fourth Amendment. | 0.20 | 334.00 | 66.80 |
| 03/29/19 | Leah P. Collins | | | |
| P240 | Turlock: Drafting holdover notice. | 0.50 | 334.00 | 167.00 |
| 03/29/19 | Leah P. Collins | | | |
| P240 | Sanger: Drafting holdover notice. | 0.50 | 334.00 | 167.00 |

Pacific Gas and Electric Company
04/09/2019
Page 10

Client  02898
Matter  799
Invoice  323007

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/30/19 | Barbara Milanovich | | | |
| P400 | 1175 Nichols Dr., Rocklin:  Review existing lease and amendments (1.0), Draft Lease Amendment (.8). | 1.80 | 648.00 | 1,166.40 |
| | SERVICES TOTAL | 33.20 | | $18,951.80 |
| | Previous Due | | $ | 80,532.50 |
| | Total Due | | $ | 99,484.30 |

E-BILLED

## Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Matthew Dudley

| Re: | Case Name: | Hinkley CA Purchases |
|-----|------------|----------------------|
|     | Our File No.: | 02898-376 |
|     | Corporate ID: | 501619 |

Invoice No. 323006    Statement Date: 04/09/2019

### SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.00 | 1,296.00 |
| W. Wilson, Michael | MRW | $302.00 | 4.40 | 1,328.80 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 4.40 | 1,328.80 |
| P600 | Completion/Closing | 2.00 | 1,296.00 |
|      | SERVICES TOTAL: | 6.40 | 2,624.80 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred                                      0.00

Invoice Total                                                          **$2,624.80**

UN-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Matthew Dudley

Re:      Case Name:      Hinkley CA Purchases
         Our File No.:      02898-376
         Corporate ID:      501619

Invoice No. 323006          Statement Date: 04/09/2019

\* \* \* \* \* \* \* \* \* \*      BILLING SUMMARY      \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through March 31, 2019 | $ | 2,624.80 |
| Costs Advanced through March 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 2,624.80 |
| Unpaid Balance Forward | $ | 47,195.27 |
| Total Now Due | $ | 49,820.07 |

Pacific Gas and Electric Company
04/09/2019
Page 3

Client  02898
Matter  376
Invoice  323006

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/19 | Barbara Milanovich | | | |
| P600 | Conference with M. Wilson re status of Decker/Reder closing and issuance of title policy (0.2), Telephone conference with M. Dudley re same (0.3), Participate in all hands conference call to review status of closing (0.5), Review escrow instructions (0.6). | 1.60 | 648.00 | 1,036.80 |
| 03/04/19 | Michael W. Wilson | | | |
| C100 | Prepare draft Reder escrow closing instructions to Title Company. | 0.50 | 302.00 | 151.00 |
| 03/04/19 | Michael W. Wilson | | | |
| C100 | Review Reder closing issues and tasks with B. Milanovich and M. Dudley. | 2.00 | 302.00 | 604.00 |
| 03/04/19 | Michael W. Wilson | | | |
| C100 | Transaction status conference call with Hinkley team. | 0.50 | 302.00 | 151.00 |
| 03/05/19 | Barbara Milanovich | | | |
| P600 | Reder: Conference with M. Wilson regarding escrow instructions (.20), Review final escrow instructions and transmit same (.20). | 0.40 | 648.00 | 259.20 |
| 03/05/19 | Michael W. Wilson | | | |
| C100 | Update Reder escrow closing instructions. | 0.30 | 302.00 | 90.60 |
| 03/11/19 | Michael W. Wilson | | | |
| C100 | Attention to Reder closing. | 0.30 | 302.00 | 90.60 |

Pacific Gas and Electric Company
04/09/2019
Page 4

Client 02898
Matter 376
Invoice 323006

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/14/19 | Michael W. Wilson | | | |
| C100 | Review Reder owner's policy of title insurance (.3) and send corrections to Title Company (.1). | 0.40 | 302.00 | 120.80 |
| 03/14/19 | Michael W. Wilson | | | |
| C100 | Update transaction tracking chart. | 0.40 | 302.00 | 120.80 |
| | SERVICES TOTAL | 6.40 | | $2,624.80 |
| | Previous Due | | $ | 47,195.27 |
| | Total Due | | $ | 49,820.07 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department – Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Aichi Daniel

Re:  Case Name:  General Real Estate (401207)
Our File No.:  02898-110
Corporate ID:  401207

Invoice No. 323005  Statement Date: 05/29/2019

### SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.20 | 1,425.60 |
| H. Brandt, Angie | AHB | $248.00 | 0.30 | 74.40 |

| Item | Activity | | Total Hours | Total Fees |
|---|---|---|---|---|
| C100 | Fact Gathering | | 0.30 | 74.40 |
| P100 | Project Administration | | 2.20 | 1,425.60 |
| | SERVICES TOTAL: | | 2.50 | 1,500.00 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred                                     0.00

Invoice Total                                                      $1,500.00

RE-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA  94120
Attention:  Aichi Daniel

Re:    Case Name:        General Real Estate (401207)
       Our File No.:     02898-110
       Corporate ID:     401207

Invoice No.  323005        Statement Date:  05/29/2019

* * * * * * * * *   BILLING SUMMARY   * * * * * * * * *

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through March 31, 2019 | $ | 1,500.00 |
| Costs Advanced through March 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,500.00 |
| Unpaid Balance Forward | $ | 6,940.00 |
| Total Now Due | $ | 8,440.00 |

E-BILLED

Pacific Gas & Electric Company
05/29/2019
Page 3

Client 02898
Matter 110
Invoice 323005

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 03/01/19 | Barbara Milanovich | | | |
| P100 | Finalize Transaction Status Report. | 0.60 | 648.00 | 388.80 |
| 03/11/19 | Angie H. Brandt | | | |
| C100 | 500 West Napa Street, Sonoma: Draft option notice letter and prepare redline. | 0.30 | 248.00 | 74.40 |
| 03/12/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| 03/18/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report re option notices and Eureka Lease. | 0.20 | 648.00 | 129.60 |
| 03/25/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| 03/26/19 | Barbara Milanovich | | | |
| P100 | Telephone conference with J. Criswell re status of various Lease documents. | 0.20 | 648.00 | 129.60 |
| 03/28/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 03/29/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| | SERVICES TOTAL | 2.50 | | $1,500.00 |
| | Previous Due | | $ | 6,940.00 |
| | Total Due | | $ | 8,440.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Aichi Daniel

| Re: | Case Name: | Purchase of Gabany Property (Sonoma County) |
|---|---|---|
| | Our File No.: | 16213-094 |
| | Corporate ID: | 1807439 |

Invoice No.  323003     Statement Date:  04/09/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| B. Larson, Doug | DBL | $284.00 | 0.40 | 113.60 |

| Item | Activity | | Total Hours | Total Fees |
|---|---|---|---|---|
| P240 | Real and Personal Property | | 0.40 | 113.60 |
| | SERVICES TOTAL: | | 0.40 | 113.60 |

### Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | $113.60 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Aichi Daniel

Re:          Case Name:        Purchase of Gabany Property (Sonoma County)
             Our File No.:       16213-094
             Corporate ID:      1807439

             Invoice No.  323003          Statement Date:  04/09/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

Fees for Professional Services Rendered
    through March 31, 2019                          $            113.60

Costs Advanced through March 31, 2019              $              0.00

Current Invoice Subtotal                           $            113.60

Unpaid Balance Forward                             $         20,200.00

Total Now Due                                      $         20,313.60

Pacific Gas and Electric Company
04/09/2019
Page 3

Client 16213
Matter 094
Invoice 323003

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/19 | Doug B. Larson | | | |
| P240 | Email to title company regarding title policy. | 0.10 | 284.00 | 28.40 |
| 03/06/19 | Doug B. Larson | | | |
| P240 | Review title policy (.2), communications with title company regarding policy revisions (.1). | 0.30 | 284.00 | 85.20 |
| | SERVICES TOTAL | 0.40 | | $113.60 |
| | Previous Due | | $ | 20,200.00 |
| | Total Due | | $ | 20,313.60 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $2,940.00 |
| Matter | 060 | Current Costs | 0.00 |
| Date | 04/03/2019 | | |
| Invoice | 322511 | Total Current Due | $2,940.00 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 04/03/2019
Invoice 322511

For Professional Services Rendered and Costs Advanced through 03/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|---|---|---|
| 03/07/19 | Viet Doan | |
| | Process production documents and update production database. | 2.80 |
| 03/12/19 | Viet Doan | |
| | Process production documents and update production database. | 1.60 |
| 03/20/19 | Sean P. Coyle | |
| | Prepare for client meeting regarding case status and discovery strategy. | 0.70 |

Pacific Gas and Electric Company
04/03/2019
Page 2

Client   16213
Matter   060
Invoice   322511

| 03/21/19 | Mark L. Hejinian | |
|---|---|---|
| | Attend call with plaintiffs' counsel re: case and upcoming deadlines. | 0.30 |
| 03/21/19 | Sean P. Coyle | |
| | Attend call with plaintiffs' counsel regarding case management issues. | 0.40 |
| 03/22/19 | Mark L. Hejinian | |
| | Analyze discovery and case status in conjunction with draft CMC Statement received from lead plaintiffs counsel. | 0.20 |
| 03/22/19 | Sean P. Coyle | |
| | Review and analyze proposed case management submission. | 0.40 |
| 03/27/19 | Viet Doan | |
| | Download and update Concordance database with DWR production volume 010. | 4.60 |
| 03/27/19 | Sean P. Coyle | |
| | Review and comment upon draft case management submission in advance of next case management conference. | 0.20 |
| 03/28/19 | Viet Doan | |
| | Download DWR011 production and update production database. | 1.80 |
| | Total Hours | 13.00 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 1.70 | 500.00 | 850.00 |
| Mark L. Hejinian | 0.50 | 400.00 | 200.00 |
| Viet Doan | 10.80 | 175.00 | 1,890.00 |

EJ BILLED

Pacific Gas and Electric Company
04/03/2019
Page 3

Client    16213
Matter    060
Invoice   322511

| | |
|---|---|
| Total Current Fees | $2,940.00 |
| Invoice Total | $2,940.00 |

E-BILLED

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

| Client | 16213 | Current Fees | $25,918.00 |
|--------|-------|--------------|------------|
| Matter | 056 | Current Costs | 23.32 |
| Date | 04/03/2019 | | |
| Invoice | 322510 | Total Current Due | $25,941.32 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company                          Date 04/03/2019
Re: CPUC Regulatory Investigation                         Invoice 322510

For Professional Services Rendered and Costs Advanced through 03/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 03/01/19 | Sean P. Coyle | |
| | Review correspondence from OII parties regarding scheduling of meet and confer, and draft correspondence to parties regarding response to ALJ's email ruling. | 0.40 |
| 03/07/19 | Sean P. Coyle | |
| | Call with client regarding meet and confer and pre-hearing conference. | 0.30 |

Pacific Gas and Electric Company
04/03/2019
Page 2

Client   16213
Matter   056
Invoice  322510

| 03/08/19 | Sean P. Coyle | |
| | Prepare for meet and confer with OII parties. | 0.40 |
| 03/08/19 | Sean P. Coyle | |
| | Prepare draft status report. | 1.70 |
| 03/08/19 | Sean P. Coyle | |
| | Call with client regarding meet and confer strategy. | 0.50 |
| 03/10/19 | Sean P. Coyle | |
| | Correspondence to J. Leslie on behalf of Shell regarding meet and confer and prehearing conference statement. | 0.30 |
| 03/10/19 | Sean P. Coyle | |
| | Review client revisions to draft prehearing conference statement. | 0.30 |
| 03/10/19 | Sean P. Coyle | |
| | Prepare for meet and confer with OII parties. | 1.80 |
| 03/11/19 | Sean P. Coyle | |
| | Analyze materials to be included in proposed joint record. | 0.20 |
| 03/11/19 | Sean P. Coyle | |
| | Attention to staffing issues. | 0.20 |
| 03/11/19 | Sean P. Coyle | |
| | Prepare for and attend meet and confer meeting with OII parties. | 5.20 |
| 03/11/19 | Sean P. Coyle | |
| | Revise preharing conference statement and circulate to client and OII parties. | 1.80 |

Pacific Gas and Electric Company
04/03/2019
Page 3

Client 16213
Matter 056
Invoice 322510

| 03/12/19 | Sean P. Coyle | |
| | Finalize prehearing conference statement. | 0.40 |
| 03/13/19 | Sean P. Coyle | |
| | Prepare for prehearing conference. | 3.20 |
| 03/13/19 | Yasmin L. Jayasuriya | |
| | Organize documents for joint record. | 0.10 |
| 03/13/19 | Yasmin L. Jayasuriya | |
| | Organize documents for joint record. | 0.30 |
| 03/14/19 | Sean P. Coyle | |
| | Prepare for prehearing conference. | 4.10 |
| 03/14/19 | Yasmin L. Jayasuriya | |
| | Organize joint record materials. | 3.20 |
| 03/15/19 | Sean P. Coyle | |
| | Prepare for and attend prehearing conference. | 3.50 |
| 03/15/19 | Sean P. Coyle | |
| | Review and analyze emails potentially to be included in the record of the case and identify key emails for client review. | 1.30 |
| 03/15/19 | Yasmin L. Jayasuriya | |
| | Prepare joint record materials. | 3.90 |

Pacific Gas and Electric Company
04/03/2019
Page 4

Client 16213
Matter 056
Invoice 322510

| 03/18/19 | Sean P. Coyle | |
| | Review draft materials for potential joint record, correspondence to OII parties, and call with client regarding same. | 2.60 |
| 03/18/19 | Yasmin L. Jayasuriya | |
| | Prepare and organize joint record materials. | 4.50 |
| 03/19/19 | Sean P. Coyle | |
| | Review and finalize materials for client review relation to potential joint record of phase 2. | 1.10 |
| 03/19/19 | Yasmin L. Jayasuriya | |
| | Communicate with vendor regarding copies and specifications for joint record binders. | 0.20 |
| 03/19/19 | Yasmin L. Jayasuriya | |
| | Review proposed joint record and redact same. | 0.60 |
| 03/19/19 | Yasmin L. Jayasuriya | |
| | Organize joint record materials. | 0.50 |
| 03/19/19 | Yasmin L. Jayasuriya | |
| | Communicate with vendor regarding preparing binder with proposed joint record documents. | 0.30 |
| 03/20/19 | Sean P. Coyle | |
| | Review and finalize binder of potential joint record emails for client review (.4), discuss same with client (.6). | 1.00 |
| 03/20/19 | Yasmin L. Jayasuriya | |
| | Review potential joint record email binder. | 0.50 |

RE-BILLED

Pacific Gas and Electric Company
04/03/2019
Page 5

Client 16213
Matter 056
Invoice 322510

| 03/21/19 | Sean P. Coyle | |
| | Coordinate next meet and confer (.3), delivery of joint record materials to OII parties (.1). | 0.40 |
| 03/21/19 | Sean P. Coyle | |
| | Call with client and M. Wilson regarding case strategy. | 1.60 |
| 03/21/19 | Yasmin L. Jayasuriya | |
| | Communicate with vendor joint record materials. | 0.20 |
| 03/22/19 | Sean P. Coyle | |
| | Prepare for meet and confer with OII parties. | 0.20 |
| 03/22/19 | Sean P. Coyle | |
| | Supervise legal assistant regarding provision of potential record materials to OII parties. | 0.70 |
| 03/25/19 | Sean P. Coyle | |
| | Analyze scheduling, logistics, and potential record materials in preparation for upcoming meet and confer. | 1.00 |
| 03/26/19 | Sean P. Coyle | |
| | Prepare for and attend meet and confer with OII parties regarding potential joint record materials including client meeting regarding same. | 3.20 |
| 03/27/19 | Sean P. Coyle | |
| | Prepare a set of materials for redaction consideration by client. | 1.70 |
| 03/28/19 | Sean P. Coyle | |
| | Prepare for and attend client meeting regarding phase 2 strategy and potential redactions to joint record materials. | 3.70 |

UN-BILLED

Pacific Gas and Electric Company
04/03/2019
Page 6

Client 16213
Matter 056
Invoice 322510

---

03/28/19    Sean P. Coyle

Prepare proposed redaction set to be provided to OII parties (1.0),          1.20
draft correspondence to OII parties regarding potential redactions,
and revised term sheet (.2).

03/29/19    Sean P. Coyle

Correspondence to OII parties regarding potential record redactions          0.40
and revised term sheet.

Total Hours          58.70

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 44.40 | 500.00 | 22,200.00 |
| Yasmin L. Jayasuriya | 14.30 | 260.00 | 3,718.00 |

Total Current Fees          $25,918.00

| Costs Advanced | Amount |
|---|---|
| Taxi - Sean Coyle | 11.84 |
| Taxi - Sean Coyle | 11.48 |

Total Current Costs          $23.32

Invoice Total          $25,941.32

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | 2019 Bankruptcy General Advice and Counsel |
|-----|------------|--------------------------------------------|
|     | Our File No.: | 16213-101 |
|     | Corporate ID: | 1907533 |

Invoice No. 324693    Statement Date: 05/31/2019

### SUMMARY of CHARGES

### Summary of Time

| M. Ficks, Gregg | GMF | $623.00 | 17.60 | 10,964.80 |
|-----------------|-----|---------|-------|-----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 3.90 | 2,429.70 |
| P100 | Project Administration | 13.70 | 8,535.10 |
| | SERVICES TOTAL: | 17.60 | 10,964.80 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred                                         0.00

Invoice Total                                                      $10,964.80

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:     Case Name:      2019 Bankruptcy General Advice and Counsel
        Our File No.:       16213-101
        Corporate ID:       1907533

Invoice No.  324693     Statement Date:  05/31/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through March 31, 2019 | $ | 10,964.80 |
| Costs Advanced through March 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 10,964.80 |
| Unpaid Balance Forward | $ | 0.00 |
| Total Now Due | $ | 10,964.80 |

E-BILLED

Pacific Gas and Electric Company
05/31/2019
Page 3

Client   16213
Matter   101
Invoice   324693

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/19 | Gregg M. Ficks | | | |
| C100 | Initial review of e-mail and attachment from Weil, Gotshal re bankruptcy retention (0.2); legal analysis re same (0.2). | 0.40 | 623.00 | 249.20 |
| 03/05/19 | Gregg M. Ficks | | | |
| C100 | Review Bankruptcy Court PACER website and filings re retention of professionals and applications and objections to same following information from Weil, Gotshal re retention application (.7); plan responsive e-mail for Ms. Milanovich to send to Weil, Gotshal re retention application issues (.9). | 1.60 | 623.00 | 996.80 |
| 03/06/19 | Gregg M. Ficks | | | |
| C100 | Review and analyze Bankruptcy Court and United States Trustee employment and fee application Guidelines following communications with Ms. Milanovich and Weil, Gotshal re same (.4). | 0.40 | 623.00 | 249.20 |
| 03/07/19 | Gregg M. Ficks | | | |
| C100 | Review and analyze e-mail from Weil, Gotshal re Coblentz inquiries re conflicts check and related matters for employment application and fee applications (.3); summary legal research re same (.3); conduct conference with Coblentz Accounting, COO re: employment procedures and conflicts check for Coblentz retention re same (.9) | 1.50 | 623.00 | 934.50 |

Pacific Gas and Electric Company
05/31/2019
Page 4

Client    16213
Matter   101
Invoice   324693

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/11/19 | Gregg M. Ficks | | | |
| P100 | Coblentz employment retention application conference with Ms. Milanovich, including in preparation for conference call with Weil, Gotshal re same (0.2), conduct conference call with Weil, Gotshal re same (0.7), follow-up conference with Ms. Milanovich re setting up conflicts check and billing information re same (0.1). | 1.00 | 623.00 | 623.00 |
| 03/19/19 | Gregg M. Ficks | | | |
| P100 | Supervise initial conflicts check based on Weil, Gotshal bankruptcy conflicts report (0.5). | 0.50 | 623.00 | 311.50 |
| 03/20/19 | Gregg M. Ficks | | | |
| P100 | Plan and prepare follow-up e-mail to Ms. Foust of Weil, Gotshal re pending issues and matters re Coblentz Application for Retention as Special Counsel in PG&E bankruptcy case (0.9). | 0.90 | 623.00 | 560.70 |
| 03/25/19 | Gregg M. Ficks | | | |
| P100 | Exchange e-mails with Ms. Foust of Weil Gotshal re status of employment applications for special counsel including re conflicts check re same (0.4), review Bankruptcy Court PACER docket re status of special counsel employment applications, including review of filed applications re same in preparation for Coblentz employment application (0.5), telephone conference with Ms. Kim (local bankruptcy counsel to PG&E) re same (0.2), begin preparation of Coblentz special counsel employment application re same (0.7). | 1.80 | 623.00 | 1,121.40 |

UNBILLED

Pacific Gas and Electric Company
05/31/2019
Page 5

Client 16213
Matter 101
Invoice 324693

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/26/19 | Gregg M. Ficks | | | |
| P100 | Exchange e-mails with Ms. Foust of Weil, Gotshal re Coblentz special counsel employment application, conflicts check re same, and application forms for same (0.2), prepare special counsel employment application re same (0.5), plan and prepare internal e-mails to Coblentz partners working on PG&E matters re preparation of portions of employment application re descriptions of PG&E work and scope of work in applicable matters (1.2), supervise conflicts check on Pelican report (0.3), plan and prepare e-mail to Coblentz attorneys and paralegals re any applicable connections under United States Trustee Guidelines (0.5). | 2.70 | 623.00 | 1,682.10 |
| 03/27/19 | Gregg M. Ficks | | | |
| P100 | Exchange e-mails with Ms. Foust at Weil, Gotshal re conflicts checklist for Coblentz employment application (0.1), supervise Coblentz conflicts staff re same (0.2), prepare employment application re same (0.3). | 0.60 | 623.00 | 373.80 |
| 03/28/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz retention application in PG&E bankruptcy case (0.5), supervise conflicts staff re running conflicts report re same (0.2), review and analyze PACER bankruptcy case docket and filings re matters affecting retention application (0.2). | 0.90 | 623.00 | 560.70 |

Pacific Gas and Electric Company
05/31/2019
Page 6

Client 16213
Matter 101
Invoice 324693

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/29/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz application and declaration re employment in PG&E bankruptcy case (2.5), revise and finalize e-mail to Coblentz attorneys and paraprofessionals re connections to PG&E re same (0.6), review responses re same (0.2), conference with Coblentz attorneys or paralegals re same (0.3), prepare internal e-mail to Coblentz Accounting department re fees, costs, invoice, and payment information for inclusion in Coblentz employment application in PG&E bankruptcy case (0.5). | 4.10 | 623.00 | 2,554.30 |
| 03/30/19 | Gregg M. Ficks | | | |
| P100 | Prepare Declaration in support of Coblentz application for employment as special counsel (1.0), review PACER and docket in previous Pacific Gas and Electric Company bankruptcy case regarding information for same (0.2). | 1.20 | 623.00 | 747.60 |
| | SERVICES TOTAL | 17.60 | | $10,964.80 |
| | Previous Due | | $ | 0.00 |
| | Total Due | | $ | 10,964.80 |