# EXHIBIT E

## DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019

| Costs Advanced | Amount |
| --- | ---: |
| Taxi – Sean Coyle (Invoice 322510 | $11.84 |
| Taxi – Sean Coyle (Invoice 322510) | $11.48 |
| Certified Copy of Deposition Transcript – U.S. Legal Support – Sac. (Invoice 324652) | $1,157.05 |
| **Total Costs Requested:** | $1,180.37 |

4844-5636-0098.4

Exhibit E