# EXHIBIT A

4841-0384-3746.3
Case: 19-30088    Doc# 3742-1    Filed: 08/28/19    Entered: 08/28/19 16:40:19    Page 1 of 3

# COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
# APRIL 1, 2019 THROUGH APRIL 30, 2019

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from April 1, 2019 through April 30, 2019 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 74.90 | $48,535.20 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 86.00 | $51,775.20 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 26.30 | $16,384.90 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 61.60 | $30,800.00 |
| Robert B. Hodil | Special Counsel | RE | 2003 | $520.00 | 0.70 | $364.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 2.60 | $1,040.00 |
| Leah Collins | Associate | RE | 2016 | $334.00 | 3.90 | $1,302.60 |
| Daniel P. Barsky | Associate | RE | 2017 | $334.00 | 9.00 | $3,006.00 |
| Michael Wilson | Paralegal | RE | N/A | $302.00 | 1.5 | $453.00 |
| Yasmin Jayasuriya | Paralegal | LIT | N/A | $260.00 | 2.30 | $598.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 24.50 | $4,287.50 |
| **Total Professionals:** | | | | | 293.30 | **$162,499.20** |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $608.47 | 249.50 | $151,812.10 |
| Associates | $345.07 | 15.50 | $5,348.60 |
| **Blended Attorney Rate** | **$593.06** | **265.00** | **$157,160.70** |
| Paraprofessionals and other non-legal staff | $188.64 | 28.30 | $5,338.50 |
| **Total Fees Incurred** | | **293.30** | **$162,499.20** |