# EXHIBIT B

4841-0384-3746.3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| TASK[1] CODE | DESCRIPTION* | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 2.20 | $733.00 |
| L120 | Analysis/Strategy | 62.10 | $30,890.00 |
| L130 | Experts/Consultants | 0.30 | $120.00 |
| L200 | Pre-Trial Pleadings and Motions | 1.10 | $550.00 |
| L650 | Review | 21.30 | $3,727.50 |
| L670 | Production | 5.50 | $1,158.00 |
| P100[2] | Project Administration | 50.20 | $31,872.10 |
| P240 | Real and Personal Property | 15.90 | $6,163.00 |
| P300[3] | Structure/Strategy/Analysis | 89.20 | $57,801.60 |
| P400[4] | Initial Document Preparation/Filing | 23.80 | $15,422.40 |
| P500 | Negotiation/Revision/Responses | 20.70 | $13,413.60 |
| P700 | Post-Completion/Post-Closing | 1.00 | $648.00 |
| **Total:** | | **293.30** | **$162,499.20** |

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnotes 2, 3, and 4 below.

[2] Includes 38.50 hours ($24,290.50 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 324649.

[3] Includes 4.90 hours ($3,175.20 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 324649.

[4] Includes .9 hours ($583.20 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 324649.