# EXHIBIT C

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | $46.09 |
| Duplicating | N/A |
| Transcription Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $110.00 |
| Filing Fees | N/A |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| Sacramento Superior Court Case Access System Retrieval Fee | $7.00 |
| **Total Expenses Requested:** | **$163.09** |