# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| Costs Advanced | Amount |
|---|---|
| Messenger Service – Specialized Legal Services, Inc. (Invoice 324650) | $27.50 |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 324650) | $27.50 |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 324650) | $27.50 |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 324650) | $27.50 |
| Taxi – Sean Coyle (Invoice 324650) | $12.04 |
| Taxi – Sean Coyle (Invoice 324650) | $12.29 |
| Taxi – Sean Coyle (Invoice 324650) | $14.76 |
| Parking – Sean Coyle (Invoice 324651) | $7.00 |
| Sacramento Superior Court Case Access System Retrieval Fee (Invoice 324651) | $7.00 |
| **Total Costs Requested:** | **$163.09** |