WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF NO OBJECTION REGARDING FIRST AND SECOND MONTHLY FEE STATEMENTS OF LAZARD FRÈRES & CO. LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH MAY 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt Nos. 2769, 3403] |

**THE MONTHLY FEE STATEMENTS**

On June 26, 2019, Lazard Frères & Co. LLC ("**Lazard**" or the "**Applicant**"), investment banker for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *First Monthly Fee Statement of Lazard Frères & Co. LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 29, 2019 through April 30, 2019* [Docket No. 2769] (the "**First Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

On August 7, 2019, Lazard filed its *Second Monthly Fee Statement of Lazard Frères & Co. LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2019 Through May 31, 2019* [Docket No. 3403] (the "**Second Monthly Fee Statement**," and, together with the First Monthly Fee Statement, the "**Fee Statements**"), pursuant to the Interim Compensation Procedures Order.

The First Monthly Fee Statement was served as described in the Certificate of Service of Alain B. Francoeur filed on July 1, 2019 [Dkt. No. 2804]. The deadline to file responses or oppositions to the First Monthly Fee Statement was July 17, 2019, at 4:00 p.m. (Pacific Time).

The Second Monthly Fee Statement was served as described in the Certificate of Service of Alain B. Francoeur filed on August 12, 2019 [Dkt. No. 3508]. The deadline to file responses or oppositions to the Second Monthly Fee Statement was August 28, 2019, at 4:00 p.m. (Pacific Time).

No oppositions or responses to the Monthly Fee Statements were filed with the Court or received by the Applicant.

Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant in each of the Monthly Fee Statements is annexed hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.
2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to either of the Monthly Fee Statements.
3. This declaration was executed in San Francisco, California.

Dated: August 28, 2019    **KELLER & BENVENUTTI LLP**

By: */s/ Jane Kim*
　　　Jane Kim

*Attorneys for Debtors and Debtors in Possession*

# Exhibit A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Lazard Frères & Co. LLC** (Attorneys for Debtors and Debtors in Possession) | **First Monthly** (01.29.19 to 04.30.19) [Dkt. 2769; filed 06.26.19] | $600,000.00 | $193,796.88 | July 17, 2019, at 4:00 p.m. (Pacific Time) | $480,000.00 | $193,796.88 | $120,000.00 |
| **Lazard Frères & Co. LLC** (Attorneys for Debtors and Debtors in Possession) | **Second Monthly** (05.01.19 to 05.31.19) [Dkt. 3403; filed 08.07.19] | $300,000.00 | $40,802.65 | August 28, 2019, at 4:00 p.m. (Pacific Time) | $240,000.00 | $40,802.65 | $60,000.00 |