BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
JLoeb@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Sabre Industries, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| **In re:** <br><br> **PG&E Corporation and Pacific Gas and Electric Company,** <br><br> Debtors. | Case No. 19-30088 <br><br> (Jointly Administered) <br><br> Chapter: 11 <br><br> **NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' NOTICE OF PROPOSED TREATMENT OF RECLAMATION CLAIMS** <br><br> Re: Dkt. Nos. 3060 and 2789 |

PLEASE TAKE NOTICE that Sabre Industries, Inc. hereby withdraws the *Objection to Debtors' Notice of Proposed Treatment of Reclamation Claims* [Dkt. No. 3060], filed on July 18, 2019.

DATED: 8/29/2019             BLANK ROME LLP


                             By: /s/ Jonathan A. Loeb
                                 Jonathan A. Loeb

                             Attorneys for Sabre Industries, Inc.

134480.00100/121694656v.1

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' NOTICE OF PROPOSED TREATMENT OF RECLAMATION CLAIMS**