Barry S. Glaser
Lamb and Kawakami LLP
333 South Grand Avenue, 42nd Floor
Los Angeles, CA 90071
(213) 630-5500 - Telephone
(213) 630-5555 - Facsimile
bglaser@lkfirm.com – Email

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | CASE NO.: 19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS FOR ATTORNEY BARRY S. GLASER** |

**TO: THE DEBTORS; UNITED STATES TRUSTEE; AND OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective as of August 1, 2019, the new address for Barry S. Glaser, in Case No. 19-30088 (DM) and related cases (hereinafter referred to as the "Lamb and Kawakami LLP"), party in interested in the above captioned case, is as follows:

Barry S. Glaser
Lamb and Kawakami LLP
333 South Grand Avenue, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.630.5500

Dated: August 28, 2019                                    Respectfully Submitted


                                                                      By: /s/ Barry S. Glaser
                                                                      *Barry S. Glaser*

Notice of Change of Address                    - 1 -
NOTICE OF CHANGE OF FIRM AND ADDRESS FOR ATTORNEY BARRY S. GLASER

Case: 19-30088    Doc# 3748    Filed: 08/29/19    Entered: 08/29/19 11:34:44    Page 1 of 5

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Grand Avenue, Suite 4200, Los Angeles, OA 90071

On August 29, 2019, I served the foregoing document(s) described as: **NOTICE OF CHANGE OF FIRM AND ADDRESS FOR ATTORNEY BARRY S. GLASER** on the interested parties in this action, at the addresses listed below, as follows:

[PLEASE SEE ATTACHED SERVICE LIST]

☐ <u>For Collection</u>. By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ <u>Personal Delivery</u>. I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the addresses listed above.

☒ <u>State</u>. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 24, 2018, at Los Angeles, California.

/s/ Kristina Simonian
KRISTINA SIMONIAN

Mailing Information for Case 3:19-30088-DM

## MANUAL NOTICE LIST

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Peter J. Benvenutti<br>Keller & Benvenutti LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | Jane Kim<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 |
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 |
| Dara Levinson Silveira<br>Keller & Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Thomas B. Rupp<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Jason Blumberg<br>Office of the U.S. Trustee<br>501 I St. #7-500<br>Sacramento, CA 95814 |
| Cameron Gulden<br>Office of the United States Trustee<br>300 Booth St., Room 3009<br>Reno, NV 89509 | Lynette C. Kelly<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Timothy S. Laffredi<br>Office of the U.S. Trustee - SF<br>450 Golden Gate Ave.<br>Suite 05-0153<br>San Francisco, CA 94102 | Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | James C. Behrens<br>Milbank, LLP<br>2029 Century Park E, 33rd Fl.<br>Los Angeles, CA 90067 |
| Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Dennis F. Dunne<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Samuel A. Khalil<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 | Thomas R. Kreller<br>Milbank LLP<br>2029 Century Park East, 33rd<br>Los Angeles, CA 90067 |
| Andrew Michael Leblanc<br>Milbank LLP<br>1850 K St., NW, #1100<br>Washington, DC 20006 | Alan J. Stone<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 |
| Alan J. Stone<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 | Chris Bator<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114 |
| Dustin M. Dow<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114 | Cecily Ann Dumas<br>Baker and Hostetler LLP<br>1160 Battery St. #100<br>San Francisco, CA 94111 |
| Joseph M. Esmont<br>Baker & Hostetler LLP<br>127 Public Sq., #2000<br>Cleveland, OH 44147 | Lars H. Fuller<br>Baker & Hostetler LLP<br>1801 California St #4400<br>Denver, CO 80202 |
| Eric R. Goodman<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214 | Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801 |

| | |
|---|---|
| Robert A. Julian<br>Baker and Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025 | Elyssa S. Kates<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Kody D. L. Kleber<br>Baker & Hostetler LLP<br>811 Main St., #1100<br>Houston, TX 77005 | David B. Rivkin, Jr.<br>Baker and Hostetler LLP<br>1050 Connecticut Ave., N.W., #1100<br>Washington, DC 20036 |
| Jorian L. Rose<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Eric E. Sagerman<br>Baker and Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025 |
| Catherine E. Woltering<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214 | |