# SCHEDULE 1

| No. | Consenting Lessor | Extended Deadline[2] |
|---|---|---|
| Lease Expiration or Effective Date | | |
| 1. | 25th District Agricultural Assn. | The earlier of (i) the expiration of the term of each of the Leases (as defined in the Stipulation), or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases. |
| 2. | 3551 Pegasus Partners LP | As above |
| 3. | 3900 West Lane Building | As above |
| 4. | 851-853 Howard St, LLC | As above |
| 5. | Alexander R McGeoch DDS and Carole McGeoch | As above |
| 6. | Arthur N. Clemens, Jr. Trust | As above |
| 7. | Aviation Consultants, Inc. | As above |
| 8. | Barnes Design Inc. | As above |
| 9. | Big Properties of California, LLC | As above |
| 10. | C&S Properties | As above |
| 11. | Central Valley Associates | As above |
| 12. | Christopher J. Corrigan, Trustee, under Trust Agreement dated March 9, 1995, known as the "Christopher J. Corrigan Family Trust" | As above |
| 13. | City and County of San Francisco, on behalf of itself and all of its agencies, departments, or instrumentalities through which it acts or does business | As above |
| 14. | City of Auburn[3] | As above |
| 15. | City of Hollister | As above |
| 16. | City of Vallejo | As above |
| 17. | City of San Jose, on behalf of itself and all of its agencies, departments, or instrumentalities through which it acts or does business | As above |
| 18. | City of Santa Rosa | As above |
| 19. | Civic Center Square, Inc.[4] | As above |
| 20. | Clay LLC | As above |
| 21. | County of Solano | As above |
| 22. | Dana Butcher, as receiver | As above |
| 23. | David J. Martinelli and Gary L. Martinelli, Trustees of the Alice Martinelli Special Trust No. 1 UDT dated December 19, 1998, David Martinelli, Trustee of the Martinelli Family Trust, UDT July 9, 2008, and Gary L. Martinelli | As above |
| 24. | David R. Theobald, Jr. and Linda I. Theobald, as trustees of the Theobald Family Revocable Trust dated February 22, 2007 | As above |

---

[2] The Extended Deadline applies to all non-residential real property leases to which the specific Consenting Lessor and the Debtors are party.

[3] Party to four Extension Leases.

[4] Party to two Extension Leases

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| 25. | Ergonis Land Company, LP | As above |
| 26. | Frankie L. Appling | As above |
| 27. | Gateway Oaks Center, LLC | As above |
| 28. | Geweke Family Partnership Limited Partnership | As above |
| 29. | Granite Creek Apartments | As above |
| 30. | Harsch Investment Corp. | As above |
| 31. | Holly Commerce Center, LLC | As above |
| 32. | Hope Lutheran Church | As above |
| 33. | IBEW Headquarters Building, LLC | As above |
| 34. | James O`Bannon & Gage Chrysler | As above |
| 35. | Jeannie Borden as trustee of the Dan Borden and Jeannie Borden Community Property Living Trust, as restated April 2, 1999. | As above |
| 36. | John Allen Dye | As above |
| 37. | John and Naomi Carlton Family Trust (successor to John H. Carlton), James W. Carlton, Leslie E. Carlton | As above |
| 38. | John S Foggy | As above |
| 39. | Joseph Hensler and Gayle Hensler, trustees of the Hensler Family Trust, dated February 26, 2003 | As above |
| 40. | Kim Dales | As above |
| 41. | KNK Investments | As above |
| 42. | KRE 1330 Broadway Owner LLC | As above |
| 43. | Lawrence Scott Skinner | As above |
| 44. | Louis John Peterson as trustee of the Peterson Survivor's Trust u/a/d April 5, 1996 and the Peterson Marital Trust u/a/d April 5, 1996 | As above |
| 45. | Lujack Enterprises, LLC | As above |
| 46. | Mark and Bonnie Jones dba MBJ Rentals | As above |
| 47. | Marysville Group, LLC | As above |
| 48. | Masonic Hall Association of Colusa | As above |
| 49. | Mason Street Centre, LLC | As above |
| 50. | Mechanical & Irrigation Solutions Inc. | As above |
| 51. | Michael S Kyle | As above |
| 52. | Mount Jackson Building Association, Inc. | As above |
| 53. | MRB Associates | As above |
| 54. | NMD Properties LLC | As above |
| 55. | NMSBPCSLDHB Partnership | As above |
| 56. | O.L.S. Energy-Agnews, Inc. | As above |
| 57. | Opera Plaza Limited Partnership | As above |
| 58. | PAC West Office Equities LP | As above |
| 59. | Promontory – San Luis Obispo L.P. | As above |
| 60. | PW Fund B LP[5] | As above |
| 61. | Redwood Community College District | As above |
| 62. | Rice Airport Operations, LLC | As above |
| 63. | Richard F. Hathaway, Jr. and Karen J. Hathaway, trustees of the Richard F. Hathaway, Jr. and Karen J. Hathaway Family Trust u/d/t dated October 17, 1991 | As above |
| 64. | Roy Gullo Properties | As above |
| 65. | Sasha Shamszad and Merideth Shamszad | As above |
| 66. | Sierra Pacific Properties, Inc | As above |
| 67. | Sonoma Valley Center, LLC | As above |

---

[5] Party to two Extension Leases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| 68. | South Valley Apartments, LLC - dba Rafael Town Center | As above |
| 69. | Stemken Park | As above |
| 70. | Steven F. Potter & Diann P. Potter | As above |
| 71. | Stockton City Center 16, LLC | As above |
| 72. | Stoneridge Westbridge Shopping Center, LLC | As above |
| 73. | STT Investments LLC | As above |
| 74. | T.W. DuFour and Associates[6] | As above |
| 75. | The City of Clovis | As above |
| 76. | The State of California | As above |
| 77. | The Roland S Ball Revocable Trust and the Gerald A Williams Family Trust | As above |
| 78. | Tusker Corporation | As above |
| 79. | W. P. Davies Oil Company | As above |
| 80. | Warren A. Plaskett and Karen D. Plaskett, trustees of the Warren A. Plaskett and Karen D. Plaskett Living Trust dated 1989 | As above |
| | Other | |
| 81. | Community First Credit Union | The earlier of (i) June 30, 2020, or (ii) the effective date of a reorganization plan for the Debtors in these Chapter 11 Cases. |
| 82. | Creekside Business Park Owner LLC | As above |
| 83. | Enerland LLC | November 30, 2019 |
| 84. | Nearon Sunset, LLC | January 31, 2020 |
| 85. | PGE Starpoint, LLC, PGE 1, LLC, PGE 2, LLC, PGE 3, LLC, PGE 4, LLC, PGE 5, LLC, PGE 6, LLC, PGE 7, LLC, PGE 8, LLC, PGE 9, LLC, PGE 10, LLC, PGE 11, LLC, PGE 12, LLC, PGE 13, LLC, PGE 14, LLC, PGE 15, LLC, PGE 16, LLC, PGE 17, LLC, PGE 18, LLC, PGE 19, LLC, PGE 20, LLC, PGE 21, LLC, and PGE 26, LLC, as tenants-in-common. | November 30, 2019 |
| 86. | PPF Paramount One Market Plaza Owner, L.P. | December 31, 2019 |
| 87. | Roseville Parkway 20, LLC, JCP Lincoln, LLC, and Pappas Lincoln, LLC, as tenants-in-common | An extension to the time within which a Debtor must obtain an order or orders authorizing the assumption or rejection of any of the Leases (as defined in the Stipulation), until the earlier of (i) the expiration of the term of each of the Leases, or (ii) the date of the hearing on a motion seeking approval of a disclosure statement, pursuant to section 1125 of the Bankruptcy Code, in these Chapter 11 Cases. |

---

[6] Party to two Extension Leases.

Case: 19-30088    Doc# 3749-1    Filed: 08/29/19    Entered: 08/29/19 15:01:36    Page 3 of 3