| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION RE: THE PRODUCTION OF THE 2015 BUTTE FIRE SETTLEMENT INFORMATION**<br><br>[No Hearing Requested] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties, by and through the Tort Claimants Committee (the "**TCC**") and Pacific Gas and Electric Company and PG&E Corporation (collectively, the "**Debtors**"), hereby reach the following stipulation as to the Debtors' production of settlement information related to the 2015 Butte Fire.

**STIPULATION**

The Debtors and the TCC agree to the Order re: the Production of the 2015 Butte Fire Settlement Information, filed concurrently with this stipulation. Specifically, the parties agree as follows:

1. The Debtors shall redact names, addresses and any other personally identifying information associated with individual claims from the Butte Settlement Documents prior to their production.

2. To the extent that any documents that the Debtors produce as part of the Butte Settlement Documents are subject to mediation confidentiality under Cal. Evid. C. § 1119, the Debtors' production of such documents in these Chapter 11 Cases shall not constitute a violation of any provision governing mediation confidentiality, including Cal. Evid. C. §§ 1115-28.

3. To the extent that any documents that the Debtors produce as part of the Butte Settlement Documents are subject to work product protection or attorney-client privilege under state or federal law, the Debtors' production of such documents in these Chapter 11 Cases shall not constitute a waiver of privilege or work product protection over any other document, or any kind of subject matter waiver. Nothing in this Order shall preclude the TCC from arguing that any work product protection, attorney-client privilege or other protection asserted by Debtors over the Butte Settlement Documents has already been waived by the Debtors. Further, nothing in this order precludes the Debtors from disagreeing with and opposing such argument..

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

So stipulated:

Dated: August 29, 2019                    CRAVATH, SWAINE & MOORE LLP


  __/s/ Kevin J. Orsini_____

 KEVIN J. ORSINI
 Attorney for the Debtors


Dated: August 29, 2019                    BAKER & HOSTETLER LLP


  __/s/ Kimberly S. Morris_____

 KIMBERLY S. MORRIS
 Attorney for the Tort Claimants' Committee