1  Robert A. Julian (SBN 884469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025
   Telephone:    310.820.8800
9  Facsimile:    310.820.8859
   Email:  esagerman@bakerlaw.com
10 Email:  lattard@bakerlaw.com

11 *Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    **Debtors**<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**NOTICE OF WITHDRAWAL OF THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF A REPLY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS**<br><br>**RE: Dkt. Nos. 3626-3630** |

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that the Official Committee of Tort Claimants of PG&E Corporation (the "**TCC**") hereby withdraws the Motion of the Official Committee of Tort Claimants for Entry of an Order Authorizing the Filing Under Seal of a Reply in Support of the Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents (the "**Motion**") (Dkt. No. 3626) and accompanying documents (Dkt. Nos. 3627-3630) filed on August 20, 2019. Since the filing of the Motion, the TCC and counsel for PG&E Corporation and Pacific Gas & Electric Company (collectively, the "**Debtors**") reached an agreement to publicly file the Reply in Support of the Motion of the Official Committee of Tort Claimants to Compel Production of Third-Party Contractor Documents (the "**Reply**") while redacting attachments. In accordance with this agreement, the Reply and supporting documents were filed on August 26, 2019. *See* Dkt. Nos. 3700-3705. Accordingly, the Motion requesting all documents be sealed is hereby withdrawn. |

Dated: August 29, 2019

BAKER & HOSTETLER LLP

By: */s/ Kody D.L. Kleber*
    Kody D. L. Kleber
    *Admitted Pro Hac Vice*

*Counsel for Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES