RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
John C. Lemon, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email: gerald@slffirm.com
 john@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE TORT CLAIMS COMMITTEE'S MOTION TO COMPEL PRODUCTION OF THIRD-PARTY CONTRACTOR DOCUMENTS**<br>**(Docket Nos. 3205-3207)**<br><br>Date: August 27, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: United States Bankruptcy Court: Courtroom 17, 16th Floor<br> San Francisco, CA 94102 |

The Singleton Law Firm (SLF), on behalf of fire victim claimants, hereby join the *Tort Claims Committee's Motion to Compel Production of Third-Party Contractor Documents (Docket Nos. 3205-3207)* filed on July 25, 2019. This matter was heard on August 27, 2019 at 9:30 a.m. (Pacific Time) in Courtroom 17 of the United States Bankruptcy Court. As of the date of the filing of this Joinder, no further pleading has been filed continuing the hearing on the Motion, nor resolving it.

Respectfully submitted,

DATED: August 29, 2019  MARSHACK HAYS LLP

By: /s/ Laila Masud
RICHARD A. MARSHACK
DAVID A. WOOD
LAILA MASUD
Attorneys for SLF CLAIMANTS

Dated: August 29, 2019  SINGLETON LAW FIRM, APC

By: */s Gerald Singleton*
Gerald Singleton
John C. Lemon
Attorneys for the Singleton Law
Firm Fire Victim Claimants