# Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period July 1, 2019 - July 31, 2019

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ 143,884.96 |
| Lodging | 273,924.74 |
| Meals | 34,719.11 |
| Ground Transportation | 42,110.19 |
| Other | 26,833.71 |
| **TOTAL EXPENSES** | **$ 521,472.71** |