Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

## Exhibit A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2019 THROUGH JUNE 30, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 21.00 | $34,440.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 25.10 | $37,148.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 1.50 | $2,302.50 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 1.10 | $ 1,567.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 64.80 | $106,272.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 1.50 | $1,987.50 |
| Torkin, Michael H. | Corporate | 1999 | $1,535 | 27.30 | $41,905.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 57.40 | $70,028.00 |
| DeLott, Steven R. | Corporate | 1988 | $1,220 | 8.80 | $10,736.00 |
| Koslowe, Jamin R. | ECEB | 1996 | $1,220 | 0.80 | $976.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 29.50 | $35,990.00 |
| **Total Partners and Counsel:** | | | | **238.80** | **$343,353.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 4.90 | $3,430.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 10.70 | $10,646.50 |
| Isaacman, Jennifer | Litigation | Not admitted | $590 | 10.40 | $6,136.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 1.50 | $885.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 3.70 | $3,385.50 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 6.80 | $5,712.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 35.50 | $38,872.50 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 23.20 | $19,488.00 |
| Vallejo, Melissa A. | Litigation | Not admitted | $590 | 3.00 | $1,770.00 |
| Yeagley, Alexander | Corporate | 2018 | $700 | 14.70 | $10,290.00 |
| **Total Associates:** | | | | **114.40** | **$100,615.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Kovoor, Thomas G. | Knowledge Management | | $420 | 3.30 | $1,386.00 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 13.50 | $5,400.00 |
| Magsino, Luke | Resource Center | | $265 | 0.30 | $79.50 |
| **Total Paraprofessionals:** | | | | **17.10** | **$6,865.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,437.83 | 238.80 | $343,353.00 |
| Associates | $879.51 | 114.40 | $100,615.50 |
| Paraprofessionals | $401.49 | 17.10 | $6,865.50 |
| Blended Attorney Rate | $1,256.99 | | |
| **Total Fees Incurred** | | **370.30** | **$450,834.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017