**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
JUNE 1, 2019 THROUGH JUNE 30, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$2,538.18** |
|     Online Research | $2,472.78 |
|     Document Retrieval | $65.40 |
| **Meals** | **$300.28** |
| **Travel** | **$9,584.39** |
|     Airfare | $5,790.43 |
|     Hotel | $2,487.00 |
|     Out-of-Town Travel | $1,306.96 |
| **Duplicating** | **$98.10** |
|     Electronic Media Storage | $75.00 |
|     Print & Scan | $23.10 |
| **Courier and Postage** | **$71.16** |
| **Conferencing/Communication** | **$100.93** |
| **Total Expenses Requested:** | **$12,693.04** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017