Simpson Thacher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017

## **Exhibit D**

### FEE SUMMARY DETAIL

**Task: Case Administration (CA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/7/2019 | McLendon, Kathrine | Review updated case calendar. | 0.10 | 122.00 |
| 6/12/2019 | McLendon, Kathrine | Review M. Torkin update regarding M. Moore instructions on case management. | 0.10 | 122.00 |
| 6/13/2019 | Ponce, Mario A. | Teleconfs w/ Cravath and M. Torkin regarding coordination/strategy (0.7). | 0.70 | 1,148.00 |
| 6/14/2019 | McLendon, Kathrine | Review updated case calendar. | 0.10 | 122.00 |
| 6/21/2019 | McLendon, Kathrine | Review updated case calendar. | 0.10 | 122.00 |
| **TOTAL** | | | **1.10** | **$1,636.00** |

**Task: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/1/2019 | Goldin, Nicholas | Communications w/ STB team re: public entity settlement (0.3); review materials re: same (0.5). | 0.80 | 1,184.00 |
| 6/1/2019 | Ponce, Mario A. | Emails re draft Public Entity Settlement (0.7). | 0.70 | 1,148.00 |
| 6/1/2019 | Ponce, Mario A. | Review draft Settlement, various issues (1.0). | 1.00 | 1,640.00 |
| 6/2/2019 | Alcabes, Elisa | Re D&O insurance, review Weil comments to draft motion (0.6); email to Weil, P. Curnin and PG&E re: same (0.2). | 0.80 | 976.00 |
| 6/2/2019 | Curnin, Paul C. | T/c w/ S. Karotkin re: NDA (0.1); t/c Janet Loduca re: NDA (0.2); t/c Ponce re: same (0.2). | 0.50 | 820.00 |
| 6/2/2019 | Sparks Bradley, Rachel | Email to N. Goldin re: matter (0.2). | 0.20 | 219.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/2/2019 | Ponce, Mario A. | Call w/ M. Moore re various issues (0.5). | 0.50 | 820.00 |
| 6/2/2019 | Ponce, Mario A. | Review Pay Governance Comp Report (0.4), emails re same (0.3). | 0.70 | 1,148.00 |
| 6/2/2019 | Torkin, Michael H. | Review and comment on PSA. | 1.00 | 1,535.00 |
| 6/2/2019 | Ponce, Mario A. | Emails, teleconfs, various issues regarding Public Entity Settlement Agreement and potential NDAs and JDAs (1.2). | 1.20 | 1,968.00 |
| 6/2/2019 | Fell, Jamie | Draft/revise board presentation regarding bankruptcy issues. | 2.30 | 2,288.50 |
| 6/3/2019 | Phillips, Jacob M. | Telephonic attendance of meeting of the compensation committee of the Board (1.5). | 1.50 | 1,260.00 |
| 6/3/2019 | Curnin, Paul C. | T/c w/ Weil re: status (0.4); t/c w/ Company and M. Moore re: NDAs (0.4); comments on bankruptcy motion re: D&O insurance (1.2); attend restructuring committee call (1.0). | 3.00 | 4,920.00 |
| 6/3/2019 | Alcabes, Elisa | Re D&O insurance, review/revise draft motion per comments (1.5); review comments to draft declaration (0.4); several t/cs and emails w/ P. Curnin and PG&E re: draft motion (1.2); conference calls/emails w/ Weil, Cravath, internal team re: draft motion and next steps (1.2); email to Cravath and Company re: draft motion (0.5); further review/revise draft motion per further comments (1.0); email w/ Weil, Cravath, PG&E and P. Curnin re: same (0.6). | 6.40 | 7,808.00 |
| 6/3/2019 | Goldin, Nicholas | Communications w/ STB team re: status/workstreams (0.3). | 0.30 | 444.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/3/2019 | Grogan, Gregory T. | Telephonic attendance of meeting of the compensation committee of the Board (1.5). | 1.50 | 2,302.50 |
| 6/3/2019 | Ponce, Mario A. | Conference call w/ M. Moore, J. Loduca, P. Curnin re various Governance issues (0.6). | 0.60 | 984.00 |
| 6/3/2019 | Torkin, Michael H. | Attend Restructuring Committee Call on plan matters (1.2), review Term Sheet (.8). | 2.00 | 3,070.00 |
| 6/3/2019 | Ponce, Mario A. | Restructuring Committee Call (1.2), review materials re same (1.0). | 2.20 | 3,608.00 |
| 6/4/2019 | Curnin, Paul C. | T/c w/ M. Moore re: insurance (0.5); comments on insurance application (0.8). | 1.30 | 2,132.00 |
| 6/4/2019 | Alcabes, Elisa | Re D&O insurance, further review/revise/finalize draft motion per additional comments (2.1); tc/email Weil and Cravath re: same (0.5); tc/email P. Curnin, Company, K. Pasich re: policy (1.5); review/revise draft declaration in support of motion (1.3); several tc/emails w/ P. Curnin, J. Markland, R. Reilly and Weil re: same (0.7). | 6.10 | 7,442.00 |
| 6/4/2019 | Ponce, Mario A. | Review Term Sheet for Plan of Reorganization (0.7). | 0.70 | 1,148.00 |
| 6/4/2019 | Ponce, Mario A. | Restructuring Committee Call (1.2). | 1.20 | 1,968.00 |
| 6/4/2019 | Torkin, Michael H. | Review materials in advance of Restructuring Committee Call (.8); attend call (1.2). | 2.00 | 3,070.00 |
| 6/5/2019 | Curnin, Paul C. | Indemnification contract calls w/ Company (0.4); research and work on agreement (0.6). | 1.00 | 1,640.00 |
| 6/5/2019 | Phillips, Jacob M. | Internal call re: compensation matters (0.3); call w/ bankruptcy counsel re: same (0.2). | 0.50 | 420.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/5/2019 | Alcabes, Elisa | Re D&O insurance, tc/email w/ R. Reilly re: Latham review of motion papers and next steps (0.7); email to Latham re: same (0.3); email to Company re: timetable and preparations for hearing, and executing declaration (0.3). | 1.30 | 1,586.00 |
| 6/5/2019 | Kelley, Karen H. | Teleconfs, e-mail w/M. Ponce re: Indemnification Agreement question. | 0.30 | 427.50 |
| 6/5/2019 | Yeagley, Alexander | Prepare form of Indemnification Agreement. | 0.80 | 560.00 |
| 6/5/2019 | Ponce, Mario A. | Review D&O Insurance Motion. (0.4). | 0.40 | 656.00 |
| 6/5/2019 | Ponce, Mario A. | Emails/issues re Director Compensation issues (0.4). | 0.40 | 656.00 |
| 6/5/2019 | Ponce, Mario A. | Emails/calls/various issues re potential Director Indemnification Agreements (1.2). | 1.20 | 1,968.00 |
| 6/5/2019 | Torkin, Michael H. | Call w S. Karotkin on proposal (1.0), call w Mesterharm on proposal (.5), follow up w M. Ponce on Board equity (.3). | 1.80 | 2,763.00 |
| 6/6/2019 | Goldin, Nicholas | Communications w/ team re: workstreams (0.1); correspondence w/ client re: matter status (0.1). | 0.20 | 296.00 |
| 6/6/2019 | Alcabes, Elisa | Re D&O insurance, review Latham comments to draft motion (0.6) and email to P. Curnin re: same (0.2); revise draft motion and declaration re: same (1.8); email to Company, Weil, Cravath and Latham re: revisions to draft motion and timetable for hearing (0.7); email EIS re: D&O Policy (0.3); email J. Markland re: next steps re: motion and hearing (0.2). | 3.80 | 4,636.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/6/2019 | Kelley, Karen H. | Teleconfs w/ M. Ponce re: Director Compensation, Ad Hoc Board Governance question. | 0.30 | 427.50 |
| 6/6/2019 | Ponce, Mario A. | Emails/conference calls w/ M. Lefell and M. Moore re Ad Hoc Restructuring Committee mandate and Compensation, emails/re same (1.0). | 1.00 | 1,640.00 |
| 6/6/2019 | Ponce, Mario A. | Emails/various issues regarding Director issues regarding Indemnification Agreements (1.4). | 1.40 | 2,296.00 |
| 6/6/2019 | Yeagley, Alexander | Prepare Agreement regarding Director Indemnification. | 3.30 | 2,310.00 |
| 6/7/2019 | Phillips, Jacob M. | Draft summary of Compensation Committee duties and role of independent advisors (3.2). | 3.20 | 2,688.00 |
| 6/7/2019 | Curnin, Paul C. | Attend weekly Board call (1.0). | 1.00 | 1,640.00 |
| 6/7/2019 | Alcabes, Elisa | Re D&O insurance, tc/email w/ Weil re: draft motion (0.4); email Latham re: same (0.2); review/revise draft hearing preparation materials (1.0); email to P. Curnin re: same (0.3); review additional comments to draft Q&A talking points and prep further comments to same (0.7); email to PG&E and P. Curnin re: same (0.4); conference call w/ EIS re: insurance policy issues (0.7); review/revise draft re: D&O insurance issues (0.6); email team re: same (0.2); tc/email w/ J. Isaacman re: D&O motion and next steps re: same (0.3). | 4.80 | 5,856.00 |
| 6/7/2019 | Purushotham, Ravi | Review of presentation for Compensation Committee with J. Levine. | 0.30 | 397.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/7/2019 | Torkin, Michael H. | Call with M. Ponce regarding Board discussions (.2); review Compensation Committee notes (.1). | 0.30 | 460.50 |
| 6/7/2019 | Levine, Jeff P. | Revise draft Compensation Committee presentation overview. | 0.80 | 732.00 |
| 6/7/2019 | Ponce, Mario A. | Emails, various Compensation Committee issues (0.5). | 0.50 | 820.00 |
| 6/7/2019 | Yeagley, Alexander | Prepare Indemnification Agreement. | 2.10 | 1,470.00 |
| 6/7/2019 | Ponce, Mario A. | Review/revise Director Indemnification Agreement and compare Delaware and California models (2.5); emails, teleconfs, various issues re same (1.0). | 3.50 | 5,740.00 |
| 6/8/2019 | Goldin, Nicholas | Review settlement proposal (0.3); communications w/ team re: same (0.1). | 0.40 | 592.00 |
| 6/9/2019 | Goldin, Nicholas | Review plaintiffs' draft settlement term sheet (0.2); communications w/ team re: same (0.1). | 0.30 | 444.00 |
| 6/9/2019 | Curnin, Paul C. | Emails w/ M. Moore & R. Barren re: matter (0.8). | 0.80 | 1,312.00 |
| 6/9/2019 | Alcabes, Elisa | Re D&O insurance, email to Weil re: final motion and executed declaration (0.5); email to Company re: same (0.3). | 0.80 | 976.00 |
| 6/9/2019 | Ponce, Mario A. | Emails, various issues re Director Indemnity Agreement draft (0.6). | 0.60 | 984.00 |
| 6/9/2019 | Ponce, Mario A. | Review/comments, emails, various issues regarding Public Entity Settlement agreement (1.7). | 1.70 | 2,788.00 |
| 6/10/2019 | Curnin, Paul C. | Teleconference w/ Company and counsel re: indemnity agreements (0.9); t/c w/ Company re: CPP reports (0.5); | 2.50 | 4,100.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | t/c w/ client re: indemnity (0.7); check in call w/ Company (0.4). | | |
| 6/10/2019 | Goldin, Nicholas | T/c w/ Company re: CPP (0.5); communications w/ team re: workstreams (0.2). | 0.70 | 1,036.00 |
| 6/10/2019 | Alcabes, Elisa | Re D&O insurance, email w/ Weil and Company re: executed Declaration (0.3); tc/email w/ Weil and P. Curnin re: D&O insurance motion (0.5); tc/email PG&E re: Q&A re: D&O motion (0.3) and review/comment on further revised draft re: same (0.4). | 1.50 | 1,830.00 |
| 6/10/2019 | Yeagley, Alexander | Meet with M. Ponce re: Indemnification Agreement. | 0.10 | 70.00 |
| 6/10/2019 | Yeagley, Alexander | Call with M. Ponce and M. Torkin re: Indemnification Agreement. | 0.20 | 140.00 |
| 6/10/2019 | Yeagley, Alexander | Call with B. Wong, J. Loduca, M. Ponce, M. Torkin, P. Curnin and representatives of Cravath re: Indemnification Agreement (.3) and follow-up notes (.1). | 0.40 | 280.00 |
| 6/10/2019 | Purushotham, Ravi | Call on Indemnification Agreements. | 0.30 | 397.50 |
| 6/10/2019 | Kelley, Karen H. | Prepare e-mail to M. Ponce re: Indemnification Agreement question (.3); teleconfs w/ M. Ponce regarding same (.2). | 0.50 | 712.50 |
| 6/10/2019 | Torkin, Michael H. | Call w/ M. Ponce and client regarding Indemnification Agreement (.3); follow up w/ M. Ponce and A. Yeagley (.2). | 0.50 | 767.50 |
| 6/10/2019 | Ponce, Mario A. | Corporate Governance call w/ J. Loduca (0.5). | 0.50 | 820.00 |
| 6/10/2019 | Ponce, Mario A. | Emails, various issues regarding CPUC Proposed Decision (0.6). | 0.60 | 984.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/10/2019 | Ponce, Mario A. | Conference call w/ Company/Cravath re Director Indemnification Agreements (.5), follow-up w/ M. Torkin and A. Yeagley regarding same (.2); revisions, issues regarding same, review Disclosure issues (.7). | 1.40 | 2,296.00 |
| 6/10/2019 | Yeagley, Alexander | Prepare and finalize Indemnification Agreement. | 3.40 | 2,380.00 |
| 6/11/2019 | Curnin, Paul C. | T/c Restructuring Committee Call (0.8). | 0.80 | 1,312.00 |
| 6/11/2019 | Sussman, Rebecca A. | Email w/ N. Goldin re: Board meeting and director requests (0.3). | 0.30 | 252.00 |
| 6/11/2019 | Alcabes, Elisa | Re D&O insurance, emails w/ P. Curnin, J. Isaacman and N. Goldin re: filing and hearing on motion (0.5). | 0.50 | 610.00 |
| 6/11/2019 | Phillips, Jacob M. | Discussion w/ internal/external team re: compensation issues (0.5). | 0.50 | 420.00 |
| 6/11/2019 | Yeagley, Alexander | Review PGE Board Materials for general update on legal matters related to the Board of Directors. | 0.30 | 210.00 |
| 6/11/2019 | Ponce, Mario A. | Review materials, emails/issues re Indemnity Agreement (0.7). | 0.70 | 1,148.00 |
| 6/11/2019 | Ponce, Mario A. | Distribute Indemnity Agreement to Directors w/ explanatory note (0.7). | 0.70 | 1,148.00 |
| 6/11/2019 | Ponce, Mario A. | Review revised Public Entity Settlement Agreement, teleconfs/emails regarding same (0.8). | 0.80 | 1,312.00 |
| 6/11/2019 | Yeagley, Alexander | Finalize and coordinate execution of Indemnification Agreements. | 2.10 | 1,470.00 |
| 6/11/2019 | Ponce, Mario A. | Restructuring Committee call (1.3) and call w/ M. Torkin regarding same (.2). | 1.50 | 2,460.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/11/2019 | Torkin, Michael H. | Emails regarding settlement (.3); call with M. Ponce regarding settlement (.5); emergence call with G. Grogan regarding Director Compensation (.2); call with M. Ponce regarding Restructuring Committee call (.2); review materials for Restructuring Committee call (.8). | 2.00 | 3,070.00 |
| 6/12/2019 | Goldin, Nicholas | Revise work product re: CPP (1.0). | 1.00 | 1,480.00 |
| 6/12/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: CPP Committee issues (0.2); analysis re: same (0.5). | 0.70 | 766.50 |
| 6/12/2019 | Alcabes, Elisa | Re D&O insurance, email to Weil and P. Curnin re: response to inquiry re: coverage (0.5); tc/email w/ EIS re: policy (0.3) and prep further markup re: same (0.5); email Company and K. Pasich re: same (0.2); tc/email w/ S. DeLott re: motion and next steps re: motion (0.5); review/revise draft policy (1.2) and prepare comments to same (0.6); further email to Company et al. re: revisions to draft and next steps (0.6); review Company email and attachments re: Unsecured Creditors Committee's requests (0.7); email to P. Curnin re: same (0.3); compile documents re: request (0.7) and email to Company and P. Curnin re: same (0.1). | 6.20 | 7,564.00 |
| 6/12/2019 | Phillips, Jacob M. | Prepare summary document of recommendations to Compensation Committee regarding compensation issues (0.6). | 0.60 | 504.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/12/2019 | DeLott, Steven R. | T/c from E. Alcabes to discuss D&O insurance issues, background (0.5); review draft D&O motion and declaration (0.8); review policies (1.0). | 2.30 | 2,806.00 |
| 6/12/2019 | Yeagley, Alexander | Coordinate execution of Indemnification Agreement. | 0.20 | 140.00 |
| 6/12/2019 | Ponce, Mario A. | Documents, emails, various issues regarding Board Meeting, Restructuring Committee (1.7). | 1.70 | 2,788.00 |
| 6/13/2019 | Alcabes, Elisa | Re D&O insurance, tc/email w/ EIS re: policy and next steps (0.5); email to PG&E re: UCC requests (0.3); email to K. Pasich, P. Curnin, J. Isaacman and S. DeLott re: policy (0.7); further revise draft policy (0.5); tc/email Weil and PG&E re: issues re: D&O insurance (0.5). | 2.50 | 3,050.00 |
| 6/13/2019 | DeLott, Steven R. | Email from E. Alcabes re: policy (0.1); review draft of policy (1.3); email to E. Alcabes re: same (0.1). | 1.50 | 1,830.00 |
| 6/13/2019 | Isaacman, Jennifer | Review and confirm provisions of D&O policy per E. Alcabes (1.1). | 1.10 | 649.00 |
| 6/13/2019 | Torkin, Michael H. | Email w/ Cravath regarding settlement (.1); review same (.3); call w/ M. Ponce re same (.2); email w/ M. Moore regarding same (.1). | 0.70 | 1,074.50 |
| 6/13/2019 | Ponce, Mario A. | Review Public Entity Settlement Agreement revisions, various issues, emails/teleconfs re same (1.2). | 1.20 | 1,968.00 |
| 6/14/2019 | Goldin, Nicholas | Correspondence w/ team re: Board issues and CPP (0.2). | 0.20 | 296.00 |
| 6/14/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: CPP committee issues (0.2); revise CPP committee document (1.9). | 2.10 | 2,299.50 |
| 6/14/2019 | Yeagley, Alexander | Coordinate execution of Indemnification Agreements. | 0.40 | 280.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/14/2019 | Ponce, Mario A. | Emails regarding OII Safety/NorthStar (0.6). | 0.60 | 984.00 |
| 6/14/2019 | Ponce, Mario A. | Review materials regarding Board Meeting (0.7). | 0.70 | 1,148.00 |
| 6/14/2019 | Torkin, Michael H. | Attend Board Meeting. | 0.80 | 1,228.00 |
| 6/14/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.0). | 1.00 | 1,640.00 |
| 6/16/2019 | Goldin, Nicholas | Draft material re: CPP Committee (1.3); correspondence w/ team re: same (0.1). | 1.40 | 2,072.00 |
| 6/16/2019 | Sussman, Rebecca A. | Review and revise CPP material (0.4). | 0.40 | 336.00 |
| 6/17/2019 | Sparks Bradley, Rachel | Further emails w/ N. Goldin re: CPP committee issues (0.2); revise CPP committee document (0.4). | 0.60 | 657.00 |
| 6/17/2019 | Goldin, Nicholas | Prepare material for CPP Committee (1.2); call w/ team re: bird issues (0.2). | 1.40 | 2,072.00 |
| 6/17/2019 | Koslowe, Jamin R. | Call from G. Grogan re: 409A issues related to elections (0.2); regulatory analysis re: same (0.6). | 0.80 | 976.00 |
| 6/17/2019 | Phillips, Jacob M. | Discussion with Compensation Committee re: compensation issues (0.5). | 0.50 | 420.00 |
| 6/17/2019 | Alcabes, Elisa | Re D&O insurance motion, conference call w/ Weil, Latham and PG&E re: issues (0.3) and follow-up emails re: same (0.3). | 0.60 | 732.00 |
| 6/17/2019 | Yeagley, Alexander | Coordinate execution of Indemnification Agreements. | 0.40 | 280.00 |
| 6/17/2019 | Levine, Jeff P. | Review and revise form 8-K regarding compensation arrangements. | 0.70 | 640.50 |
| 6/17/2019 | Ponce, Mario A. | Review 8-K regarding Compensation, emails/teleconfs regarding same (0.4). | 0.40 | 656.00 |
| 6/17/2019 | Ponce, Mario A. | Review NorthStar materials/summary regarding | 0.80 | 1,312.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | participation in Board Meetings, emails various issues regarding same (0.8). | | |
| 6/18/2019 | Goldin, Nicholas | Review Board materials (0.6). | 0.60 | 888.00 |
| 6/18/2019 | Alcabes, Elisa | Email to Company and Weil re: documents re: D&O insurance motion (0.5). | 0.50 | 610.00 |
| 6/18/2019 | Sussman, Rebecca A. | Correspondence w/ STB team re: press release (0.1) and review of same (0.1); email w/ vendor re: documents (0.2). | 0.40 | 336.00 |
| 6/18/2019 | Yeagley, Alexander | Review Officer Indemnification Agreement B. Wong. | 0.10 | 70.00 |
| 6/18/2019 | Purushotham, Ravi | Review of Board materials. | 0.20 | 265.00 |
| 6/18/2019 | Ponce, Mario A. | Review various Company emails (0.5). | 0.50 | 820.00 |
| 6/18/2019 | Ponce, Mario A. | Restructuring Committee Call (1.0), review materials regarding same (.5). | 1.50 | 2,460.00 |
| 6/18/2019 | Torkin, Michael H. | Review materials for Restructuring Committee call (.7); attend call (1.0). | 1.70 | 2,609.50 |
| 6/19/2019 | Goldin, Nicholas | Review preparation material re: CPUC interviews (1.0); call w/ clients re: same (0.5). | 1.50 | 2,220.00 |
| 6/19/2019 | Sussman, Rebecca A. | Correspondence w/ Cravath et al. re: document preservation (0.3). | 0.30 | 252.00 |
| 6/19/2019 | Purushotham, Ravi | Review of documents relating to Restructuring Committee mandate. | 0.40 | 530.00 |
| 6/19/2019 | Ponce, Mario A. | Emails/issues re Restructuring Committee (0.7). | 0.70 | 1,148.00 |
| 6/19/2019 | Torkin, Michael H. | Review Restructuring Committee materials (.5) and attend restructuring call (1.4). | 1.90 | 2,916.50 |
| 6/19/2019 | Ponce, Mario A. | Prepare for Board meeting (working travel) (4.8). | 4.80 | 7,872.00 |
| 6/20/2019 | Goldin, Nicholas | Attend Board and Committee meetings (5.0). | 5.00 | 7,400.00 |
| 6/20/2019 | Sparks Bradley, Rachel | Analysis re: legal issues for Board presentation (0.9); email | 1.10 | 1,204.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| | | to J. Fell and R. Sussman re: same (0.2). | | |
| 6/20/2019 | Sussman, Rebecca A. | Correspondence with STB paralegal, Latham, PwC, and Cravath re: documents preservation (0.6); emails w/ STB team re: Board presentation (0.3). | 0.90 | 756.00 |
| 6/20/2019 | Alcabes, Elisa | Re D&O insurance motion, email Company et al. re: follow-up questions (0.3); email to STB team re: D&O insurance motion hearing (0.2). | 0.50 | 610.00 |
| 6/20/2019 | McLendon, Kathrine | Emails w/ internal team regarding hearing on motion on D&O insurance, objection deadline, and coordination with Weil. | 0.20 | 244.00 |
| 6/20/2019 | Torkin, Michael H. | Attend Board call (restructuring/chapter 11 discussion) (3.0); attn to D&O motion, including call w S. Karotkin regarding same (.3). | 3.30 | 5,065.50 |
| 6/20/2019 | Ponce, Mario A. | Attend Board meeting (5.0). | 5.00 | 8,200.00 |
| 6/21/2019 | Alcabes, Elisa | Re D&O Insurance Motion, review/revise policy re: final comments (1.0) and emails w/ Company et al. re: same (0.3); emails w/ STB team re: next steps re: motion (0.3). | 1.60 | 1,952.00 |
| 6/21/2019 | Sussman, Rebecca A. | Review of R. Sparks Bradley's revisions to Board presentation (0.9); internal calls w/ team re: revising same (0.6). | 1.50 | 1,260.00 |
| 6/21/2019 | Fell, Jamie | Revise presentation for Board regarding bankruptcy issues (.7); emails and call w/ B. Sussman and J. Isaacman re: same (.3). | 1.00 | 995.00 |
| 6/21/2019 | Ponce, Mario A. | Attend Board meeting (4.0), review Board materials (working travel) (4.0). | 8.00 | 13,120.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/24/2019 | Goldin, Nicholas | Communications w/ team re: status (0.2); review public entity settlement materials (0.4). | 0.60 | 888.00 |
| 6/24/2019 | Isaacman, Jennifer | Call w/ Weil, AlixPartners, and PG&E re: D&O insurance matters (0.4). | 0.40 | 236.00 |
| 6/24/2019 | Curnin, Paul C. | T/c w/ Company, in-house counsel, Weil re: insurance motion (0.8); review/revise OII draft (2.2). | 3.00 | 4,920.00 |
| 6/24/2019 | DeLott, Steven R. | Email from E. Alcabes re: motion (0.1); review UCC questions re: D&O insurance motion (0.3); pre-call w/ E. Alcabes, Weil and PG&E re: same (0.7); review revised draft of policy (0.6). | 1.70 | 2,074.00 |
| 6/24/2019 | Sussman, Rebecca A. | Track document collection issues (1.1). | 1.10 | 924.00 |
| 6/24/2019 | Ponce, Mario A. | Weekly call w/ J. Loduca (0.5). | 0.50 | 820.00 |
| 6/24/2019 | Ponce, Mario A. | Review letter regarding subrogation claims (.8); call w/ M. Torkin regarding same (.2). | 1.00 | 1,640.00 |
| 6/24/2019 | Torkin, Michael H. | Call with M. Moore regarding plan matters (.5); review WFG letter regarding subrogation claims (.7); call with M. Ponce re same (.2). | 1.40 | 2,149.00 |
| 6/25/2019 | Goldin, Nicholas | Review settlement communications (0.6); Board update re: same (0.2). | 0.80 | 1,184.00 |
| 6/25/2019 | Sussman, Rebecca A. | Draft tracking chart for document retention (0.5); draft outline of document operations for R. Sparks Bradley and R. Artale (0.8); update Board presentation per comments from R. Sparks Bradley (0.5) and call w/ team re: same (0.2); call w/ Cravath, PwC and Latham re: document collection (0.5). | 2.50 | 2,100.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/25/2019 | Alcabes, Elisa | Re D&O Insurance Motion, several tc/email EIS re: UCC questions re: policy, EIS/EIM structure and coverage issues (1.0); review EIS standard endorsements for policy (0.5); prepare talking points for UCC call (0.8) and email team re: same (0.1); conference call w/ UCC et al. re: motion (0.8); follow-up tc/emails w/ team re: same (0.8); confer/email w/ J. Isaacman (0.4) and conference call w/ J. Isaacman and Weil re: next steps in response to objections to motion (0.3); email to P. Curnin, PG&E re: proposed responses to UCC follow-up questions (1.2). | 5.90 | 7,198.00 |
| 6/25/2019 | Curnin, Paul C. | Review CPUC draft document (0.5); insurance call w/ UCC et al. (0.8); t/c w/ client re: update (0.2); review correspondence from subrogation counsel (0.5). | 2.00 | 3,280.00 |
| 6/25/2019 | DeLott, Steven R. | Email from E. Alcabes re: status (0.1); review proposed talking points for call w/ UCC advisors (0.3); call w/ UCC advisors et al. re: D&O motion (0.8); emails re: follow-up requests from UCC advisors (0.2). | 1.40 | 1,708.00 |
| 6/25/2019 | Isaacman, Jennifer | Call w/ E. Alcabes, Weil and PG&E re: D&O insurance matters (0.8); meeting w/ E. Alcabes to discuss next steps re: D&O insurance motion (0.5). | 1.30 | 767.00 |
| 6/25/2019 | Isaacman, Jennifer | Internal calls and emails re: post-petition claims analysis (0.4). | 0.40 | 236.00 |
| 6/25/2019 | Yeagley, Alexander | Coordinate execution of PG&E Indemnification Agreements. | 0.20 | 140.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/25/2019 | Ponce, Mario A. | Follow-up with Directors regarding Indemnification Agreements (0.4). | 0.40 | 656.00 |
| 6/25/2019 | Ponce, Mario A. | Comments to draft OII Safety/Compliance Filing (1.0). | 1.00 | 1,640.00 |
| 6/26/2019 | Sparks Bradley, Rachel | Further emails w/ N. Goldin re: CPP committee issues (0.2); revise CPP committee document (0.2). | 0.40 | 438.00 |
| 6/26/2019 | Isaacman, Jennifer | Call w/ J. Markland, E. Alcabes, and S. DeLott re: possible objections to bankruptcy motion for D&O insurance (0.3). | 0.30 | 177.00 |
| 6/26/2019 | Isaacman, Jennifer | Revise Board presentation (0.5); calls and emails w/ team re: same (0.3). | 0.80 | 472.00 |
| 6/26/2019 | Goldin, Nicholas | Review CPP Committee material (0.5); review draft OII response (0.3). | 0.80 | 1,184.00 |
| 6/26/2019 | DeLott, Steven R. | T/c w/ E. Alcabes and Company re: D&O insurance (0.4). | 0.40 | 488.00 |
| 6/26/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email Company, Weil and STB team re: UCC follow-up requests (0.5); tc/email w/ EIS re: UCC request (0.2) and review same (0.2); prepare draft response to UCC follow-up requests (0.8); email to P. Curnin re: same (0.4); tc/email w/ Weil re: policy (0.5); prepare draft responses to potential objections to motion (0.5) and tc/email J. Isaacman re: same (0.4); email J. Markland re: next steps re: motion and upcoming hearing (0.3) conference call w/ Company and STB team re: hearing (0.5) and follow-up email to P. Curnin re: same (0.2); email to | 4.80 | 5,856.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
|  |  | Alix Partners re: UCC follow-up questions (0.3). |  |  |
| 6/26/2019 | Magsino, Luke | Revise CPP document per N. Goldin (0.3). | 0.30 | 79.50 |
| 6/26/2019 | Sussman, Rebecca A. | Review and revise director presentation per comments from R. Sparks Bradley (2.4); call w/ N. Goldin re: document collection (0.2). | 2.60 | 2,184.00 |
| 6/26/2019 | Curnin, Paul C. | Revise CPP process document (0.9); comment on CPUC draft document (0.6). | 1.50 | 2,460.00 |
| 6/26/2019 | Ponce, Mario A. | Call w/ M. Lefell regarding Restructuring Committee (0.2). | 0.20 | 328.00 |
| 6/26/2019 | Yeagley, Alexander | Coordinate execution of Indemnification Agreements. | 0.60 | 420.00 |
| 6/26/2019 | Fell, Jamie | Review/comment on Board presentation regarding bankruptcy issues. | 0.80 | 796.00 |
| 6/26/2019 | Levine, Jeff P. | Prepare draft Restructuring Committee resolutions. | 1.70 | 1,555.50 |
| 6/26/2019 | Ponce, Mario A. | Restructuring Committee Call(1.2). | 1.20 | 1,968.00 |
| 6/26/2019 | Ponce, Mario A. | Review/revisions to Restructuring Committee Charter, emails, issues re same (1.3). | 1.30 | 2,132.00 |
| 6/26/2019 | Torkin, Michael H. | Attend Board call (1.2); review of minutes and materials for same (.4). | 1.60 | 2,456.00 |
| 6/27/2019 | Isaacman, Jennifer | Call w/ J. Markland re: notice of deposition (0.1); emails re: same (0.2). | 0.30 | 177.00 |
| 6/27/2019 | Isaacman, Jennifer | Revise Board presentation (0.5). | 0.50 | 295.00 |
| 6/27/2019 | Sussman, Rebecca A. | Emails w/ STB team re: R. Sparks Bradley's revisions to Board presentation (0.5); call w/ R. Sparks Bradley re: same (0.2); emails w/ N. Goldin, R. Sparks Bradley, and PwC re: documents (0.3); emails w/ | 1.20 | 1,008.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | STB team re: D&O coverage (0.2). | | |
| 6/27/2019 | Curnin, Paul C. | Attend Board call (0.9) and review materials re: same (0.1). | 1.00 | 1,640.00 |
| 6/27/2019 | Sparks Bradley, Rachel | Revise Board analysis/presentation (1.5); emails w/ J. Fell, R. Sussman, and J. Isaacman re: same (0.7). | 2.20 | 2,409.00 |
| 6/27/2019 | Goldin, Nicholas | Review CPP Committee material (0.6); review OII draft response (0.2); correspondence w/ Company and client re: CPP Committee material (0.2). | 1.00 | 1,480.00 |
| 6/27/2019 | Yeagley, Alexander | Coordinate execution of Indemnification Agreement. | 0.10 | 70.00 |
| 6/27/2019 | Ponce, Mario A. | Emails, various issues and call w/ M. Torkin regarding updates and plan (0.5). | 0.50 | 820.00 |
| 6/27/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.0). | 1.00 | 1,640.00 |
| 6/27/2019 | Ponce, Mario A. | Restructuring Committee Call (1.3) and review materials for same (.2). | 1.50 | 2,460.00 |
| 6/27/2019 | Torkin, Michael H. | Attend Restructuring Call (1.3); call w/ M Ponce regarding status and plan (.5); email w/ M. Moore regarding plan (.2). | 2.00 | 3,070.00 |
| 6/28/2019 | Sussman, Rebecca A. | Correspondence w/ STB team re: director meetings (0.3); correspondence w/ Cravath and PwC re: document collection (0.2). | 0.50 | 420.00 |
| 6/28/2019 | Curnin, Paul C. | Review OII order (0.4); attend restructuring subcommittee call (0.6) and prepare for same (0.3). | 1.30 | 2,132.00 |
| 6/28/2019 | Levine, Jeff P. | Revise draft Restructuring Committee resolutions | 0.50 | 457.50 |
| 6/28/2019 | Ponce, Mario A. | Revisions to Restructuring Committee Mandate, emails regarding same (0.5). | 0.50 | 820.00 |
| 6/28/2019 | Ponce, Mario A. | Restructuring Committee Call (1.0). | 1.00 | 1,640.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/30/2019 | DeLott, Steven R. | Email from E. Alcabes re: UCC response to D&O insurance motion (0.5); email from P. Curnin re: same (0.1); review file (0.1); email and t/cs w/ team re: same (0.5); further emails w/ P. Curnin, E. Alcabes re: same (0.3). | 1.50 | 1,830.00 |
| 6/30/2019 | Curnin, Paul C. | T/c w/ S. Karotkin re: insurance (0.3). | 0.30 | 492.00 |
| **TOTAL** | | | **238.60** | **$317,178.00** |

**Task Code: Claims Administration and Objections (CM)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/7/2019 | Torkin, Michael H. | Call with S. Karotkin regarding bar date motions. | 0.50 | 767.50 |
| **TOTAL** | | | **0.50** | **$767.50** |

**Task Code: Fee/Employment Applications (FA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/3/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley re: finalizing first consolidated monthly fee statement (0.2); follow-ups w/ R. Sparks Bradley, J. Fell re: same (0.2). | 0.40 | 488.00 |
| 6/4/2019 | Sparks Bradley, Rachel | Prepare fee application materials (2.9); emails w/ K. McLendon, N. Goldin, M. Vallejo re: same (0.7). | 3.60 | 3,942.00 |
| 6/4/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley re: status of completion of first consolidated monthly statement and review of disbursement information (0.2). | 0.20 | 244.00 |
| 6/4/2019 | Vallejo, Melissa A. | Review and prepare fee application materials (1.9); emails w/ R. Sparks Bradley re: same (0.2). | 2.10 | 1,239.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/5/2019 | Sparks Bradley, Rachel | Prepare fee application materials (4.7); emails w/ K. McLendon, M. Vallejo re: same (0.7). | 5.40 | 5,913.00 |
| 6/5/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley re: status of statement preparation (0.1); review PG&E update re: electronic statement submission process (0.1); further emails w/ R. Sparks Bradley re: revised drafts of statements for electronic submission (0.1); review revised drafts of statements for matters (2.0); emails w/ N. Goldin and R. Sparks Bradley re: additional comments (0.4). | 2.70 | 3,294.00 |
| 6/5/2019 | Goldin, Nicholas | Emails w/ team re: fee application materials (0.2). | 0.20 | 296.00 |
| 6/5/2019 | Vallejo, Melissa A. | Review and prepare fee application materials (0.8); emails w/ R. Sparks Bradley re: same (0.1). | 0.90 | 531.00 |
| 6/5/2019 | McLendon, Kathrine | Review draft April statement for first consolidated monthly statement (.7) and email R. Sparks Bradley and A. Yeagley re: comments and finalizing same (.3). | 1.00 | 1,220.00 |
| 6/6/2019 | Goldin, Nicholas | Correspondence w/ STB team re: fee application materials (0.1). | 0.10 | 148.00 |
| 6/6/2019 | Sparks Bradley, Rachel | Prepare fee application materials (1.5); numerous emails w/ K. McLendon, N. Goldin, team re: same (0.9). | 2.40 | 2,628.00 |
| 6/6/2019 | McLendon, Kathrine | Continue review and comment on statements for matters (1.4); emails w/ N. Goldin and R. Sparks Bradley re: same (0.3); internal emails accounting team re: ebilling process and timetable (0.1). | 1.80 | 2,196.00 |
| 6/6/2019 | Sussman, Rebecca A. | Prepare fee application materials (3.3); emails w/ team re: same (0.4). | 3.70 | 3,108.00 |
| 6/7/2019 | Isaacman, Jennifer | O/c w/ N. Goldin re: fee application (0.3). | 0.30 | 177.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/7/2019 | Sparks Bradley, Rachel | Prepare fee application materials (3.9); t/cs w/ N. Goldin re: same (0.3); numerous emails w/ K. McLendon, N. Goldin, team re: same (1.6). | 5.80 | 6,351.00 |
| 6/7/2019 | McLendon, Kathrine | Review additional revisions to statements (0.4) and emails w/ R. Sparks Bradley and accounting re: same (0.1). | 0.50 | 610.00 |
| 6/7/2019 | McLendon, Kathrine | Review further revised drafts of statements (1.4); emails w/ N. Goldin and R. Sparks Bradley re: final comments (0.5); review further email from PG&E re: ebill process and timing to file with Court after Company review (0.1); further internal emails w/ R. Sparks Bradley and accounting re: finalizing statements for matters (0.3). | 2.30 | 2,806.00 |
| 6/7/2019 | Goldin, Nicholas | Review fee application materials (2.0). | 2.00 | 2,960.00 |
| 6/7/2019 | McLendon, Kathrine | Review revised statement for Board representation matters and prep additional comments (.7); conf call w/ J. Levine and A. Yeagley regarding comments on statement for board representation (.2); further internal emails w/ M. Ponce and accounting re finalizing statement (.2). | 1.10 | 1,342.00 |
| 6/10/2019 | McLendon, Kathrine | Review internal update on submission of first monthly bills (0.1); review PG&E emails re: resubmission of invoices and procedures (0.1); review further PG&E email re: applicable task codes and internal emails re: same (0.1). | 0.30 | 366.00 |
| 6/10/2019 | McLendon, Kathrine | Review internal update on status of submission of first monthly bills. | 0.10 | 122.00 |
| 6/11/2019 | McLendon, Kathrine | Emails w/ accounting re: Company request on task codes (0.1); review task codes in use by other billers (0.1) and t/c w/ accounting re: same (0.1) and call w/ PG&E team re: handling | 0.70 | 854.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | of task codes (0.2); further internal emails w/ accounting team re: coordinating task codes with PG&E internal for e-billing (0.2). | | |
| 6/14/2019 | Sparks Bradley, Rachel | Prepare fee application materials (0.4). | 0.40 | 438.00 |
| 6/19/2019 | McLendon, Kathrine | Emails w/ M. Ponce and accounting re: Project Mountain e-billing and submission to court. | 0.20 | 244.00 |
| 6/21/2019 | McLendon, Kathrine | Brief review draft of proposed fee auditor protocol (0.2); email w/ accounting team re: same and anticipated process changes (0.1). | 0.30 | 366.00 |
| 6/24/2019 | McLendon, Kathrine | Emails w/ accounting team and Fell re: proposed fee auditor changes in billing process (0.2). | 0.20 | 244.00 |
| 6/25/2019 | McLendon, Kathrine | Emails w/ J. Fell re: preparation of first monthly statement for filing with court (0.2). | 0.20 | 244.00 |
| 6/25/2019 | Fell, Jamie | Preparing first draft of interim compensation motion and related exhibits. | 1.70 | 1,691.50 |
| 6/26/2019 | McLendon, Kathrine | Begin review draft first monthly statement for court filing (0.2) and emails and call w/ J. Fell re: preliminary comments (0.2); continue review and comment on revised first consolidated monthly fee statement (0.2) and emails w/ J. Fell re: additional revisions (0.1); emails accounting re: PG&E signoff based on e-filed bills and draft fee statements for May (0.2). | 0.90 | 1,098.00 |
| 6/26/2019 | Fell, Jamie | Prepare monthly consolidated compensation statement and related exhibits (.9) coordination w/billing and support staff re: same (.3). | 1.20 | 1,194.00 |
| 6/27/2019 | McLendon, Kathrine | T/c w/ J. Fell re: completion of first consolidated monthly fee statement for filing (0.2). | 0.20 | 244.00 |
| 6/27/2019 | Fell, Jamie | Prepare and finalize consolidated monthly compensation statement and related exhibits. | 1.30 | 1,293.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/28/2019 | Sparks Bradley, Rachel | Prepare fee application materials (0.6); emails w/ N. Goldin and K. McLendon re: same (0.4). | 1.00 | 1,095.00 |
| 6/28/2019 | Goldin, Nicholas | Review fee application material (0.6). | 0.60 | 888.00 |
| 6/28/2019 | McLendon, Kathrine | Numerous internal emails w/ J. Fell and accounting re: finalizing first statement for filing and service (0.5); t/c w/ J. Fell re: same and Ledes files (0.2); further emails Torkin, Fell and accounting re: submission to fee examiner and service on other notice parties (0.3). | 1.00 | 1,220.00 |
| 6/28/2019 | Fell, Jamie | Draft/prep, file and serve fee applications and related documents. | 2.40 | 2,388.00 |
| 6/30/2019 | Sparks Bradley, Rachel | Prepare fee application materials (2.1). | 2.10 | 2,299.50 |
| **TOTAL** | | | **51.30** | **$55,782.50** |

**Task Code: Litigation – Contested Matters and Adversary Proceedings (LI)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/24/2019 | Alcabes, Elisa | Re D&O Insurance Motion, tc/emails w/ Company et al. re: policy terms and questions (1.9); prepare for (0.2) and conference call w/ Weil and Company et al. re: preparation for call with UCC re: motion (0.8); commence preparation for UCC call (0.5). | 3.40 | 4,148.00 |
| 6/27/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email Alix Partners and J. Isaacman re: responses to UCC inquiries (0.3). | 0.30 | 366.00 |
| **TOTAL** | | | **3.70** | **$4,514.00** |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/1/2019 | McLendon, Kathrine | Review revised drafts of PSAs with PSEs (0.3); emails w/ P. Curnin, M. Torkin, and N. Goldin re: same (0.2). | 0.50 | 610.00 |
| 6/2/2019 | McLendon, Kathrine | Additional emails w/ P. Curnin, M. Torkin and N. Goldin re: proposed comments on public entities' plan support agreements (0.2). | 0.20 | 244.00 |
| 6/3/2019 | McLendon, Kathrine | Internal meeting re: review of plan precedents re: provisions for inclusion in plan (0.5); follow-up internal emails re: plan precedents (0.6). | 1.10 | 1,342.00 |
| 6/4/2019 | McLendon, Kathrine | Emails w/ M. Torkin re: status of review of plan precedents (0.1). | 0.10 | 122.00 |
| 6/4/2019 | Ponce, Mario A. | Review Board specification for Director 15 (0.4). | 0.40 | 656.00 |
| 6/6/2019 | McLendon, Kathrine | Review draft summary of precedent plan provisions and certain of the precedents (1.0); internal emails re: comments and follow-up matters (0.3). | 1.30 | 1,586.00 |
| 6/6/2019 | Torkin, Michael H. | Call with M. Ponce regarding emergence capital structure. | 0.50 | 767.50 |
| 6/8/2019 | McLendon, Kathrine | Begin review of additional comments on draft PSAs with public entities (0.3). | 0.30 | 366.00 |
| 6/9/2019 | McLendon, Kathrine | Further review of proposed additional comments to draft PSAs with public entities (0.3); internal emails w/ P. Curnin, M. Torkin and N. Goldin re: proposed comments (0.2). | 0.50 | 610.00 |
| 6/9/2019 | Torkin, Michael H. | Review and comment on PSA. | 1.00 | 1,535.00 |
| 6/10/2019 | Torkin, Michael H. | Review Support Agreement and emails to internal working group re same. | 1.10 | 1,688.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/11/2019 | Curnin, Paul C. | T/c w/ K. Schmidt re: order (0.2); review plan of support agreement (0.8). | 1.00 | 1,640.00 |
| 6/11/2019 | McLendon, Kathrine | Review and prepare preliminary comments on memo re: possible precedent plan provisions (2.8); emails w/ M. Torkin and J. Fell re: memo regarding plan precedent provisions and possible follow-ups (0.2). | 3.00 | 3,660.00 |
| 6/11/2019 | Purushotham, Ravi | Review of Plan Support Agreement. | 0.30 | 397.50 |
| 6/12/2019 | McLendon, Kathrine | Emails w/ M. Torkin re: review and analysis of plan precedents (0.2); internal email and t/c re: follow-up matters on plan precedents (0.2); email to STB library re: follow-up matters re: plan precedents (0.2). | 0.60 | 732.00 |
| 6/12/2019 | Torkin, Michael H. | Review release precedents chart (.7); call with M. Moore regarding work plan (.5) | 1.20 | 1,842.00 |
| 6/13/2019 | McLendon, Kathrine | Review additional plan precedents re: plan provisions (0.3); emails w/ internal team and library re: same (0.2); review additional materials re: plan precedents to be analyzed and considered (1.2). | 1.70 | 2,074.00 |
| 6/14/2019 | McLendon, Kathrine | Review additional plan precedents (0.5) and emails library re: additional requests (0.2); further review plan precedents re: updates and revisions (0.6) and additional emails library re: requests (0.2). | 1.50 | 1,830.00 |
| 6/17/2019 | McLendon, Kathrine | Internal emails re: review and inclusion of additional plan precedents and status (0.3); review additional plan precedents for memo re: same (0.5). | 0.80 | 976.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/20/2019 | McLendon, Kathrine | Internal conference re: review of plan precedents (0.3). | 0.30 | 366.00 |
| 6/25/2019 | McLendon, Kathrine | Review and comment revised draft of plan precedents outline (1.2); internal emails re: further questions on outline and additional materials to be reviewed (0.5). | 1.70 | 2,074.00 |
| 6/25/2019 | McLendon, Kathrine | Review Ad Hoc Committee Motion to Terminate Exclusivity and Plan Term Sheet. | 0.90 | 1,098.00 |
| 6/25/2019 | Ponce, Mario A. | Review Unsecured Creditors' Committee Motion regarding Exclusivity (1.0). | 1.00 | 1,640.00 |
| 6/26/2019 | McLendon, Kathrine | Email to M. Torkin and J. Fell re: status of research and analysis on plan precedents (0.1). | 0.10 | 122.00 |
| 6/27/2019 | McLendon, Kathrine | Emails w/ M. Torkin re: follow up matters on plan precedent analysis (0.2). | 0.20 | 244.00 |
| **TOTAL** | | | **21.30** | **$28,222.50** |

**Task Code: Fact Investigation/Development (L110)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/4/2019 | Kinsel, Kourtney J. | Review new filings in safety OII (0.4); update chronology re: same (0.3). | 0.70 | 413.00 |
| 6/5/2019 | Sparks Bradley, Rachel | Email to P. Curnin and N. Goldin re: strategy issues / next steps (0.6). | 0.60 | 657.00 |
| 6/6/2019 | Sussman, Rebecca A. | T/c w/ R. Sparks Bradley re: work product (0.4). | 0.40 | 336.00 |
| 6/6/2019 | Sparks Bradley, Rachel | T/c w/ R. Sussman re: work product (0.4); review documents re: same (0.7). | 1.10 | 1,204.50 |
| 6/7/2019 | Sussman, Rebecca A. | Internal and external t/cs and emails re: client documents (3.0). | 3.00 | 2,520.00 |
| 6/11/2019 | Sussman, Rebecca A. | T/c w/ J. Isaacman re: work product (0.3); t/c w/ R. Sparks Bradley re: work product (0.4). | 0.70 | 588.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/11/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin and Company re: requests (0.3). | 0.30 | 328.50 |
| 6/11/2019 | Isaacman, Jennifer | T/c w/ R. Sussman re: written analysis work product (0.2). | 0.20 | 118.00 |
| 6/11/2019 | Goldin, Nicholas | T/c w/ client re: CPP (0.4); communications w/ team re: workstreams (0.5). | 0.90 | 1,332.00 |
| 6/12/2019 | Kinsel, Kourtney J. | Email to N. Goldin re: document (0.1). | 0.10 | 59.00 |
| 6/12/2019 | Sussman, Rebecca A. | Emails w/ R. Sparks Bradley re: request from N. Goldin (0.2); email w/ client re: document retention (0.1); review correspondence re: client meeting (0.2). | 0.50 | 420.00 |
| 6/12/2019 | Isaacman, Jennifer | Revise written analysis work product (1.2). | 1.20 | 708.00 |
| 6/13/2019 | Isaacman, Jennifer | Revise written analysis work product (2.0). | 2.00 | 1,180.00 |
| 6/14/2019 | Sussman, Rebecca A. | Call w/ R. Sparks Bradley re: Alsup order (0.3); revise work product re: same (1.9); call w/ J. Isaacman re: status of work product (0.3). | 2.50 | 2,100.00 |
| 6/14/2019 | Isaacman, Jennifer | Revise written analysis work product (1.6). | 1.60 | 944.00 |
| 6/14/2019 | Kinsel, Kourtney J. | Review recent OII filings (0.1). | 0.10 | 59.00 |
| 6/25/2019 | Kinsel, Kourtney J. | Review Safety OII docket (0.3); update chronology re: same (0.3). | 0.60 | 354.00 |
| 6/26/2019 | Sussman, Rebecca A. | Call w/ R. Artale re: document collection (0.4); draft summary of document collection plan for N. Goldin (0.3). | 0.70 | 588.00 |
| 6/27/2019 | Laspisa, Rosemarie | Reviewed Director Documents and electronic documents (4.5); prepare additional documents for retention (2.0). | 6.50 | 2,600.00 |
| 6/28/2019 | Sparks Bradley, Rachel | Emails w/ R. Sussman and Cravath re: documents (0.5); t/c w/ R. Sussman re: same (0.2). | 0.70 | 766.50 |
| **TOTAL** | | | **24.40** | **$17,275.50** |

**Task Code: Analysis/Strategy (L120)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/13/2019 | Goldin, Nicholas | Communications w/ client re: filings (0.1); review litigation related filings (0.3). | 0.40 | 592.00 |
| 6/14/2019 | Calderon, Justin | Review Weil draft of motion to stay the securities action (3.7); email to R. Sparks Bradley re: same (0.3). | 4.00 | 2,800.00 |
| 6/17/2019 | Goldin, Nicholas | Review and revise adversary proceeding brief re: securities action stay (1.5). | 1.50 | 2,220.00 |
| 6/17/2019 | Alcabes, Elisa | Re D&O motion to enjoin securities litigation against directors and officers, review draft brief in support of motion (0.5) and emails w/ team (N. Goldin, R. Sparks Bradley, P. Curnin) re: preliminary comments to same (0.3); prep mark-up of D&O insurance-related sections of draft brief (1.6); further tc/email team re: same (0.5). | 2.90 | 3,538.00 |
| 6/17/2019 | Sparks Bradley, Rachel | Review brief re: securities action (2.4); emails w/ N. Goldin, E. Alcabes, Latham re: same (0.8). | 3.20 | 3,504.00 |
| 6/18/2019 | Goldin, Nicholas | Review/revise motion papers re: securities action stay (2.0); communications w/ team re: same (0.4). | 2.40 | 3,552.00 |
| 6/18/2019 | Alcabes, Elisa | Re D&O motion to enjoin securities litigation, email Latham, N. Goldin and R. Sparks Bradley re: revised draft brief and declaration (0.4); review/revise draft brief re: D&O insurance-related issues and declaration (1.0); tc/email N. Goldin re: same (0.3); email to Latham re: final comments to draft brief and declaration (0.5). | 2.20 | 2,684.00 |
| 6/18/2019 | Sparks Bradley, Rachel | Review revised brief re: securities action (0.6); emails w/ N. Goldin, E. Alcabes re: same (0.3). | 0.90 | 985.50 |
| 6/19/2019 | Calderon, Justin | Review adversary proceeding petition documents (0.4); email | 0.70 | 490.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| | | to R. Sparks Bradley re: same (0.1); calendar same (0.2). | | |
|---|---|---|---|---|
| 6/19/2019 | Sparks Bradley, Rachel | Review new adversary proceeding filings (0.6); email to J. Calderon re: same (0.1). | 0.70 | 766.50 |
| **TOTAL** | | | **18.90** | **$21,132.00** |

**Task Code: Pre-Trial Pleadings and Motion (L200)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/10/2019 | Calderon, Justin | Calendar new Hagberg CMC date (0.2). | 0.20 | 140.00 |
| **TOTAL** | | | **0.20** | **$140.00** |

**Task Code: eDiscovery - Collection (L620)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/20/2019 | Laspisa, Rosemarie | Reviewed documents received for review (2.0) and prepare of document repository for same (1.0). | 3.00 | 1,200.00 |
| **TOTAL** | | | **3.00** | **$1,200.00** |

**Task Code: e-Discovery - Processing (L630)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 6/20/2019 | Kovoor, Thomas G. | Process new data for Eclipse review per R. Sussman (3.3). | 3.30 | 1,386.00 |
| 6/26/2019 | Laspisa, Rosemarie | Review of Director Documents (2.0); external distribution of Director documents to PwC for storage (0.5). | 2.50 | 1,000.00 |
| 6/28/2019 | Laspisa, Rosemarie | Review Board of Director documents scanned per R. Sussman (1.5). | 1.50 | 600.00 |
| **TOTAL** | | | **7.30** | **$2,986.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017