**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| **Research** | | | |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.30 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 3.00 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.30 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.40 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.60 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.80 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 2.70 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.40 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 1.00 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 1.00 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.40 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.20 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 3.00 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.10 |

[1] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.10 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 1.50 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.10 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 0.20 |
| Online Research - Pacer | 5/30/2019 | Charges Calderon, Justin | 1.00 |
| Online Research - Pacer | 6/12/2019 | Charges Sparks Bradley, Rachel | 3.00 |
| Online Research - Pacer | 6/12/2019 | Charges Sparks Bradley, Rachel | 0.20 |
| Online Research - Pacer | 6/14/2019 | Charges Calderon, Justin | 3.00 |
| Online Research - Pacer | 6/14/2019 | Charges Sparks Bradley, Rachel | 3.00 |
| Online Research - Pacer | 6/14/2019 | Charges Sparks Bradley, Rachel | 0.20 |
| Online research | 5/24/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES- ISAACMAN, JENNIFER | 407.91 |
| Online research | 5/24/2019 | MULTI-SEARCH DOCUMENT DISPLAYS- ISAACMAN, JENNIFER | 145.48 |
| Online research | 5/28/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES- ISAACMAN, JENNIFER | 203.95 |
| Online research | 5/28/2019 | MULTI-SEARCH DOCUMENT DISPLAYS- ISAACMAN, JENNIFER | 48.49 |
| Online research | 5/28/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES- ISAACMAN, JENNIFER | 747.84 |
| Online research | 5/28/2019 | MULTI-SEARCH DOCUMENT DISPLAYS- ISAACMAN, JENNIFER | 85.58 |
| Online research | 5/29/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES- ISAACMAN, JENNIFER | 67.98 |
| Online research | 5/29/2019 | MULTI-SEARCH DOCUMENT DISPLAYS- ISAACMAN, JENNIFER | 96.99 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Online research | 5/29/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | 67.98 |
| Online research | 5/31/2019 | COURTALERT.COM, INC. - 05/31/19-Case Search - [San Francisco - CGC-19-573190 & CJC-17-004955] | 40.72 |
| Online research | 6/24/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-ISAACMAN, JENNIFER | 52.74 |
| Online research | 6/24/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | 221.80 |
| Online research | 6/26/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | 221.80 |
| Online research | 6/30/2019 | COURTALERT.COM, INC. - 06/30/19-Case Search - [San Francisco - CGC-19-573190 & CJC-17-004955] | 37.02 |
| Document Retrieval | 6/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Document Retrieval | 6/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Document Retrieval | 6/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Document Retrieval | 6/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Document Retrieval | 6/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Document Retrieval | 6/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 6/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| **Meals** | | | |
| Meals - Travel | 6/19/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal. American Express: WAYFARE TAVERN 0000 SAN FRANCISCO CA American Express: WAYFARE TAVERN 0000 SAN FRANCISCO CA Jun 19, 2019; Mario Ponce. Mario Ponce | 112.36 |
| Meals - Travel | 6/20/2019 | MARIO A. PONCE - Hotel - Out of Town Travel Meal; Meal. Jun 20, 2019; Mario Ponce. Mario Ponce | 58.92 |
| Meals - Travel | 6/21/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal American Express: TST* PALIO 300509743 SAN FRANCISCO CA American Express: TST* PALIO 300509743 SAN FRANCISCO CA Jun 21, 2019; Mario Ponce. Mario Ponce | 129.00 |
| **Travel** | | | |
| Airfare | 5/7/2019 | Michael H. Torkin - Airfare; Airfare TKT# 27973583300025 AIRLINE/AIR C 05/07/19 20190515JFKSFOJFK American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY May 07, 2019; Michael Torkin. | 2,696.60 |
| Airfare | 5/7/2019 | Michael H. Torkin - Airfare; Travel service fee TKT# 89007668026270 AIRLINE/AIR C 05/07/19 American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY May 07, 2019; Michael Torkin. | 55.00 |
| Airfare | 5/13/2019 | Michael H. Torkin - Airfare; Airfare TKT# 27973602902626 AIRLINE/AIR C 05/13/19 | 300.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| | | 20190514JFKSFOJFK CC00 B6B6B6 COOK TRAVEL INC NEW YORK NY TORKI American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY May 13, 2019; Michael Torkin. | |
| Airfare | 6/12/2019 | MARIO A. PONCE - Airfare; Airfare American Express: AMERICAN AIRLINES NEW YORK NY American Express: AMERICAN AIRLINES NEW YORK NY Jun 12, 2019; Mario Ponce. | 1,340.89 |
| Airfare | 6/12/2019 | MARIO A. PONCE - Airfare; Airfare American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Jun 12, 2019; Mario Ponce. | 55.00 |
| Airfare | 6/13/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Jun 13, 2019; Mario Ponce. | 1,342.94 |
| Hotel | 5/16/2019 | Michael H. Torkin - Lodging; Hotel in CA FOL# 53644738 HYATT HOTELS 05/16/19 May 16, 2019; Michael Torkin. | 1,348.18 |
| Hotel | 6/21/2019 | MARIO A. PONCE - Lodging; Hotel Jun 21, 2019; Mario Ponce. | 1,138.82 |
| Out-of-town travel | 5/14/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel May 14, 2019 | 96.36 |
| Out-of-town travel | 5/15/2019 | Michael H. Torkin - Out of Town Travel; Taxi in CA American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 15, 2019; Michael Torkin. | 75.85 |
| Out-of-town travel | 5/15/2019 | Michael H. Torkin - Out of Town Travel; Taxi to hotel in San Francisco American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 15, 2019; Michael Torkin. | 15.99 |
| Out-of-town travel | 5/15/2019 | Michael H. Torkin - Out of Town Travel; Taxi from home American Express: LEROS POINT TO POINT VALHALLA NY American Express: LEROS POINT TO POINT VALHALLA NY May 15, 2019; Michael Torkin. | 204.74 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Out-of-town travel | 5/15/2019 | Michael H. Torkin - Out of Town Travel; 5/14 taxi office-JFK American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 15, 2019; Michael Torkin. | 137.20 |
| Out-of-town travel | 5/16/2019 | Michael H. Torkin - Out of Town Travel; Taxi in CA American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 16, 2019; Michael Torkin. | 93.25 |
| Out-of-town travel | 5/16/2019 | Michael H. Torkin - Out of Town Travel; Taxi in CA American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 16, 2019; Michael Torkin. | 24.16 |
| Out-of-town travel | 5/16/2019 | Michael H. Torkin - Out of Town Travel; Taxi from PG&E office American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 16, 2019; Michael Torkin. | 95.52 |
| Out-of-town travel | 5/17/2019 | Michael H. Torkin - Out of Town Travel; Taxi from JFK American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA May 17, 2019; Michael Torkin. | 262.57 |
| Out-of-town travel | 6/19/2019 | MARIO A. PONCE - Out of Town Travel; Taxi American Express: HMAN TAXI SERVICE 02 DALY CITY CA American Express: HMAN TAXI SERVICE 02 DALY CITY CA Jun 19, 2019; Mario Ponce. | 56.70 |
| Out-of-town travel | 6/19/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/06/19/19/1320/PONCE MARIO A./JFKSTOP:00000WAIT:00240TOLL:000625002658-0002 | 93.69 |
| Out-of-town travel | 6/22/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/06/22/19/0112/PONCE MARIO A./22 ORCHARD HILL LANE GREESTOP:00000WAIT:00000TOLL:000625002658-0002 | 150.93 |
| **Duplication** | | | |
| Electronic Media Storage | 6/27/2019 | CD Duplicating: New York Laspisa, Rosemarie | 30.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[1] |
|---|---|---|---|
| Electronic Media Storage | 6/27/2019 | DVD Production / Master: New York Laspisa, Rosemarie | 25.00 |
| Electronic Media Storage | 6/28/2019 | CD Rom Data from scanning / master: New York Laspisa, Rosemarie | 20.00 |
| Print & Scan | 6/11/2019 | Print from email, color: New York Phillips, Jacob M. | 10.08 |
| Print & Scan | 6/12/2019 | Print from email, color: New York Phillips, Jacob M. | 12.42 |
| Print & Scan | 6/27/2019 | Color Copies 8.5x11: New York Laspisa, Rosemarie | 0.60 |
| **Conferencing/Communications** | | | |
| Telephone | 5/6/2019 | LOOP UP LLC - Loopup-2019-05-06-00905-SC0665-Mario Ponce's Meeting Room Moderated By: 00905 | 2.68 |
| Telephone | 5/7/2019 | LOOP UP LLC - Loopup-2019-05-07-00880-SC0851-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.35 |
| Telephone | 5/7/2019 | LOOP UP LLC - Loopup-2019-05-07-00880-SC0890-Elisa Alcabes' Meeting Room Moderated By: 00880 | 14.29 |
| Telephone | 5/8/2019 | LOOP UP LLC - Loopup-2019-05-08-00880-SC1095-Elisa Alcabes' Meeting Room Moderated By: 00880 | 1.48 |
| Telephone | 5/8/2019 | LOOP UP LLC - Loopup-2019-05-08-00880-SC1021-Elisa Alcabes' Meeting Room Moderated By: 00880 | 14.57 |
| Telephone | 5/9/2019 | LOOP UP LLC - Loopup-2019-05-09-00880-SC1210-Elisa Alcabes' Meeting Room Moderated By: 00880 | 3.25 |
| Telephone | 5/9/2019 | LOOP UP LLC - Loopup-2019-05-09-08620-SC1189-Greg Grogan's Meeting Room Moderated By: 08620 | 5.32 |
| Telephone | 5/10/2019 | LOOP UP LLC - Loopup-2019-05-10-15003-SC1338-Jamie Fell's Meeting Room Moderated By: 15003 | 7.13 |
| Telephone | 5/10/2019 | LOOP UP LLC - Loopup-2019-05-10-08620-SC1368-Greg Grogan's Meeting Room Moderated By: 08620 | 11.88 |
| Telephone | 5/14/2019 | LOOP UP LLC - Loopup-2019-05-14-00880-SC1666-Elisa Alcabes' Meeting Room Moderated By: 00880 | 4.67 |
| Telephone | 5/14/2019 | LOOP UP LLC - Loopup-2019-05-14-00880-SC1623-Elisa Alcabes' Meeting Room Moderated By: 00880 | 5.82 |
| Telephone | 5/15/2019 | LOOP UP LLC - Loopup-2019-05-15-00880-SC1914-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.05 |
| Telephone | 5/15/2019 | LOOP UP LLC - Loopup-2019-05-15-00880-SC1915-Elisa Alcabes' Meeting Room Moderated By: 00880 | 2.17 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| **EXPENSE CATEGORY** | **DATE** | **DESCRIPTION** | **AMOUNT ($)[1]** |
|---|---|---|---|
| Telephone | 5/20/2019 | LOOP UP LLC - Telephone Loopup-2019-05-20-00905-SC2382-Mario Ponce's Meeting Room Moderated By: 00905 | 2.57 |
| Telephone | 5/20/2019 | LOOP UP LLC - Loopup-2019-05-20-11862-SC2368-Ravi Purushotham's Meeting Room Moderated By: 11862 | 7.57 |
| Telephone | 5/21/2019 | LOOP UP LLC - Loopup-2019-05-21-14336-SC2549-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | 2.71 |
| Telephone | 5/24/2019 | LOOP UP LLC - Loopup-2019-05-24-00880-SC3005-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.10 |
| Telephone | 5/24/2019 | LOOP UP LLC - Loopup-2019-05-24-00880-SC3008-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.38 |
| Telephone | 5/24/2019 | LOOP UP LLC - Loopup-2019-05-24-00880-SC2997-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.19 |
| Telephone | 5/24/2019 | LOOP UP LLC - Loopup-2019-05-24-00880-SC3009-Elisa Alcabes' Meeting Room Moderated By: 00880 | 0.93 |
| Telephone | 5/28/2019 | LOOP UP LLC - Loopup-2019-05-28-00880-SC3110-Elisa Alcabes' Meeting Room Moderated By: 00880 | 4.79 |
| Telephone | 5/29/2019 | LOOP UP LLC - Loopup-2019-05-29-00880-SC3328-Elisa Alcabes' Meeting Room Moderated By: 00880 | 8.03 |
| **TOTAL** | | | **$12,693.04** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017