1 GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
2 One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
3 Telephone: 415.391.4800
Facsimile: 415.989.1663
4 Email: ef-gmf@cpdb.com

5 *Special Counsel to Debtors
and Debtors in Possession*

6

7

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 12 **PG&E CORPORATION,** | Chapter 11 |
| 13     **-and-** | (Lead Case) |
| 14 **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| 15     **Debtors.** | **FOURTH MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2019 THROUGH MAY 31, 2019** |
| 16 ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | |
| 17 ☒ Affects both Debtors | |
| 18 * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | |
| 19 | **Objection Deadline:** September 20, 2019 at 4:00 p.m. (Pacific Time) |
| 20 | [No Hearing Requested] |

21

22

23

24

25

26

27

28

4812-3625-0530.3

1

Case: 19-30088    Doc# 3763    Filed: 08/30/19    Entered: 08/30/19 11:34:40    Page 1 of 5

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1   To:  The Notice Parties

2   Name of Applicant:      Coblentz Patch Duffy & Bass LLP

3   Authorized to Provide Professional Services to:    Special Counsel to Debtors and Debtors in Possession

4
    Date of Retention:      July 11, 2019 *nunc pro tunc* to January 29,
5   2019

6   Period for which compensation and
    reimbursement is sought:      May 1, 2019 through May 31, 2019
7

    Amount of compensation sought as actual,
8   reasonable, and necessary:      $142,500.96 (80% of $178,126.20)

9   Amount of expense reimbursement sought as
    actual, reasonable, and necessary:      $7,208.81
10

11          Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Applicant**"), special counsel to

12   PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its

13   Monthly Fee Statement (this "**Monthly Fee Statement**") for allowance and payment of

14   compensation for professional services rendered and for reimbursement of actual and necessary

15   expenses incurred for the period commencing May 1, 2019 through May 31, 2019 (the "**Fee**

16   **Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P.*

17   *2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of*

18   *Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation**

19   **Procedures Order**").

20          By this Monthly Fee Statement, Coblentz requests allowance and payment of $142,500.96

21   (representing 80% of a total $178,126.20 of fees incurred during the Fee Period) as compensation

22   for professional services rendered to the Debtors during the Fee Period, and allowance and

23   payment of $7,208.81 (representing 100% of expenses) as reimbursement for actual and necessary

24   expenses incurred by Coblentz during the Fee Period.

25          Attached hereto as **Exhibit A** is the name of each Coblentz professional who performed

26   services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered

27   by this Fee Statement, and the hourly rate and total fees for each professional.  Attached hereto as

28
     4812-3625-0530.3             2

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1   **Exhibit B** is a summary of Coblentz hours by task during the Fee Period. Attached hereto as

2   **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit**

3   **D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed

4   expense entries for the Fee Period.

5         **PLEASE TAKE FURTHER NOTICE** that in accordance with the Interim Compensation

6   Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and

7   served on or before 4:00 p.m. (prevailing Pacific Time) on the 21st day (or the next business day if

8   such day is not a business day) following the date the Monthly Fee Statement is served (the

9   "**Objection Deadline**").

10         **PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection

11   Deadline, Coblentz may file a certification of no objection with the Court, after which the Debtors

12   are authorized and directed to pay Coblentz an amount equal to 80% of the total fees and 100% of

13   the total expenses incurred during the Fee Period, as requested in this Monthly Fee Statement. If

14   an objection is properly filed and served, Coblentz may (i) request that the Court approve the

15   amounts subject to objection or (ii) forego payment of such amounts until the next hearing to

16   consider interim or final fee applications, at which time the Court will adjudicate any unresolved

17   objections.

18

19   DATED: August 30, 2019         COBLENTZ PATCH DUFFY & BASS LLP

20

21                       By:       */s/ Gregg M. Ficks*

22                               Gregg M. Ficks

23                               Special Counsel to Debtors
and Debtors in Possession

24

25

26

27

28

4812-3625-0530.3                         3

**NOTICE PARTIES**

1

2 PG&E Corporation
c/o Pacific Gas & Electric Company
3 77 Beale Street
San Francisco, CA 94105
4 Attn: Janet Loduca, Esq.

5 Keller & Benvenutti LLP
650 California Street, Suite 1900
6 San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
7 Jane Kim, Esq.

8 Weil, Gotshal & Manges LLP
767 Fifth Avenue
9 New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
10 Jessica Liou, Esq.
Matthew Goren, Esq.
11

The Office of the United States Trustee for Region
12 17
450 Golden Gate Avenue, 5th Floor, Suite #05-
13 0153
San Francisco, CA 94102
14 Attn: James L. Snyder, Esq.
Timothy Laffredi, Esq.
15

Milbank LLP
16 55 Hudson Yards
New York, NY 10001-2163
17 Attn: Dennis F. Dunne, Esq.
Sam A Kahlil, Esq.
18

Milbank LLP
19 2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
20 Attn: Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.
21 Thomas R. Kreller, Esq.

22 Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
23 Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
24 Lauren T. Attard, Esq.

25 Bruce A. Markell
Fee Examiner
26 541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710

27

28

ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500 · FAX 415.989.1663
415.391.4800
COBLENTZ PATCH DUFFY & BASS LLP

4812-3625-0530.3

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1 | Scott H. McNutt
324 Warren Road
2 | San Mateo, CA  94401
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4812-3625-0530.3