# EXHIBIT A

## COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
## MAY 1, 2019 THROUGH MAY 31, 2019

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from May 1, 2019 through May 31, 2019 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group* | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 68.70 | $44,517.60 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 101.00 | $65,448.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 10.50 | $6,541.50 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 78.40 | $39,200.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 0.70 | $280.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 36.70 | $14,680.00 |
| Daniel P. Barsky | Associate | RE | 2017 | $334.00 | 5.60 | $1,870.40 |
| Leah Collins | Associate | RE | 2016 | $334.00 | 0.50 | $167.00 |
| Doug B. Larson | Paralegal | RE | N/A | $284.00 | 0.30 | $85.20 |
| Yasmin Jayasuriya | Paralegal | LIT | N/A | $260.00 | 4.90 | $1,274.00 |
| Jordan V. Mendoza | Paralegal | LIT | N/A | $250.00 | 8.90 | $2,225.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 10.50 | $1,837.50 |
| **Total Professionals:** | | | | | 326.70 | $178,126.20 |

\* RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

4812-3625-0530.3                     Exhibit A

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $602.12 | 258.60 | $155,707.10 |
| Associates | $390.74 | 43.50 | $16,997.40 |
| **Blended Attorney Rate** | **$571.68** | **302.10** | **$172,704.50** |
| Paraprofessionals and other non-legal staff | $220.39 | 24.60 | $5,421.70 |
| **Total Fees Incurred** | **$545.23** | **326.70** | **$178,126.20** |