# EXHIBIT B

4812-3625-0530.3
Case: 19-30088    Doc# 3763-2    Filed: 08/30/19    Entered: 08/30/19 11:34:40    Page 1 of 2

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY
COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD MAY 1, 2019
THROUGH MAY 31, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 0.10 | $50.00 |
| L110 | Fact Investigation/Development | 36.70 | $14,680.00 |
| L120 | Analysis/Strategy | 78.50 | $39,180.00 |
| L650 | Review | 6.20 | $1,675.00 |
| L670 | Production | 18.60 | $3,911.50 |
| P100[2] | Project Administration | 25.00 | $15,937.50 |
| P240 | Real and Personal Property | 6.40 | $2,122.60 |
| P300[3] | Structure/Strategy/Analysis | 107.70 | $69,789.60 |
| P400 | Initial Document Preparation/Filing | 36.70 | $23,781.60 |
| P500 | Negotiation/Revision/Responses | 10.80 | $6,998.40 |
| **Total:** | | **326.70** | **$178,126.20** |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnotes 2 and 3 below.

[2] Includes 10.50 hours ($6,541.50 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 325370.

[3] Includes 5.80 hours ($3,758.40 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 325370.