# EXHIBIT C

# EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| EXPENSES | AMOUNTS |
| --- | --- |
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | $37.99 |
| Duplicating | N/A |
| Transcription (Deposition) Services | $6,953.62 |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $217.20 |
| Filing Fees | N/A |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$7,208.81** |