# EXHIBIT D

4812-3625-0530.3

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Aichi Daniel

| Re: | Case Name: | General Real Estate (401207) |
|-----|-----------|------------------------------|
|     | Our File No.: | 02898-110 |
|     | Corporate ID: | 401207 |

Invoice No. 325365     Statement Date: 06/12/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.40 | 1,555.20 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 2.40 | 1,555.20 |
| | SERVICES TOTAL: | 2.40 | 1,555.20 |

Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | $1,555.20 |

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA  94120
Attention:  Aichi Daniel

Re:    Case Name:      General Real Estate (401207)
       Our File No.:      02898-110
       Corporate ID:      401207

Invoice No.  325365      Statement Date:  06/12/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through May 31, 2019 | $ | 1,555.20 |
| Costs Advanced through May 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,555.20 |
| Unpaid Balance Forward | $ | 8,440.00 |
| Total Now Due | $ | 9,995.20 |

Client 02898
Matter 110
Invoice 325365

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 05/21/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.50 | 648.00 | 324.00 |
| 05/22/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| 05/23/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 05/24/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 05/28/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.10 | 648.00 | 64.80 |
| 05/29/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 05/31/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| | SERVICES TOTAL | 2.40 | | $1,555.20 |
| | Previous Due | | $ | 8,440.00 |
| | Total Due | | $ | 9,995.20 |

BILLED

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|---|---|---|
| | Our File No.: | 02898-799 |
| | Corporate ID: | 1305080 |

Invoice No. 325366       Statement Date: 06/12/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 37.50 | 24,300.00 |
| P. Barsky, Daniel | DPB | $334.00 | 5.60 | 1,870.40 |
| P. Collins, Leah | LPC | $334.00 | 0.50 | 167.00 |
| B. Larson, Doug | DBL | $284.00 | 0.30 | 85.20 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 10.30 | 6,674.40 |
| P240 | Real and Personal Property | 6.40 | 2,122.60 |
| P300 | Structure/Strategy/Analysis | 1.40 | 907.20 |
| P400 | Initial Document Preparation/Filing | 15.00 | 9,720.00 |
| P500 | Negotiation/Revision/Responses | 10.80 | 6,998.40 |
| | SERVICES TOTAL: | 43.90 | 26,422.60 |

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Aichi Daniel

Re:      Case Name:     Contract Review - Real Estate / Shared Services
           Our File No.:     02898-799
           Corporate ID:     1305080

Invoice No.  325366       Statement Date:  06/12/2019

Costs Advanced and Incurred

Total Costs Advanced and Incurred         0.00

Invoice Total         $26,422.60

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Aichi Daniel

Re:      Case Name:        Contract Review - Real Estate / Shared Services
         Our File No.:       02898-799
         Corporate ID:      1305080

                   Invoice No.  325366      Statement Date: 06/12/2019

         * * * * * * * * * *  BILLING SUMMARY  * * * * * * * * * * *

         Summary of Current Activity:

         Fees for Professional Services Rendered
              through May 31, 2019                    $        26,422.60

         Costs Advanced through May 31, 2019          $             0.00

         Current Invoice Subtotal                     $        26,422.60

         Unpaid Balance Forward                       $       137,035.30

         Total Now Due                                $       163,457.90

Pacific Gas and Electric Company
06/12/2019
Page 4

Client   02898
Matter   799
Invoice  325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/19 | Barbara Milanovich | | | |
| P400 | Vacaville Airport Sublease:  Finalize draft Sublease (.8) and transmit to J. Criswell (.2). | 1.00 | 648.00 | 648.00 |
| 05/01/19 | Barbara Milanovich | | | |
| P400 | Oroville Lease Amendment:  Review revised Amendment (.1), Send email to J. Criswell re Landlord approval (.1). | 0.20 | 648.00 | 129.60 |
| 05/01/19 | Leah P. Collins | | | |
| P240 | (Oroville) Revise Fifth Amendment to Lease. | 0.50 | 334.00 | 167.00 |
| 05/02/19 | Barbara Milanovich | | | |
| P500 | Granite Lease, Modesto Lease Amendment: Review file (.5), Telephone conference with J. Criswell re status (.4). | 0.90 | 648.00 | 583.20 |
| 05/02/19 | Barbara Milanovich | | | |
| P500 | West Lane, Stockton Lease Amendment: Review file (.5), Telephone conference with J. Criswell re status (.2). | 0.70 | 648.00 | 453.60 |
| 05/03/19 | Barbara Milanovich | | | |
| P500 | Eureka Lease:  Read and respond to email correspondence re financing (.4), Draft Lease provision permitting DIP financing (.6). | 1.00 | 648.00 | 648.00 |
| 05/06/19 | Barbara Milanovich | | | |
| P300 | Stockton and Modesto Lease Amendments: Read (.1) and respond to email from J. Criswell re revisions to current drafts of Amendments (.3), Read follow-up email from J. Criswell (.1). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
06/12/2019
Page 5

Client 02898
Matter 799
Invoice 325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/06/19 | Barbara Milanovich | | | |
| P100 | Huntoon, Oroville Lease Amendment: Read email from J. Criswell (.1), Draft Request for Approval of Amendment to W. Coleman (.5). | 0.60 | 648.00 | 388.80 |
| 05/07/19 | Barbara Milanovich | | | |
| P100 | Redding Lease: Listen to voicemail message from J. Criswell (.1), Begin drafting approval as to form (.8). | 0.90 | 648.00 | 583.20 |
| 05/07/19 | Barbara Milanovich | | | |
| P100 | Eureka Lease: Telephone conference with Cravath, DIP financing attorneys, re lien (.4), Revise Lease (.6) and transmit clean and redline copies (.2). | 1.20 | 648.00 | 777.60 |
| 05/07/19 | Barbara Milanovich | | | |
| P100 | Modesto and Stockton Lease Amendments: Draft follow-up email to W. Coleman regarding bankruptcy questions. | 0.40 | 648.00 | 259.20 |
| 05/08/19 | Barbara Milanovich | | | |
| P100 | Roseville Lease Amendment: Review internal emails of J. Criswell, M. Redford and W. Coleman re change in business terms and process for approval. | 0.50 | 648.00 | 324.00 |
| 05/08/19 | Barbara Milanovich | | | |
| P100 | Redding Lease: Telephone conference with J. Criswell (.2), Revise Lease (.2) and transmit substitute pages (.2), Finalize Request for Approval (.4) and transmit same to W. Coleman (.1). | 1.10 | 648.00 | 712.80 |

Pacific Gas and Electric Company
06/12/2019
Page 6

Client 02898
Matter 799
Invoice 325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/13/19 | Barbara Milanovich | | | |
| P100 | Redding Lease: Review email exchanges re execution of Lease. | 0.20 | 648.00 | 129.60 |
| 05/14/19 | Barbara Milanovich | | | |
| P100 | Redding Lease: Read email from W. Coleman re questions (.2), Telephone conference with W. Coleman re same (.3), Telephone conference with J. Criswell re status (.1). | 0.60 | 648.00 | 388.80 |
| 05/15/19 | Barbara Milanovich | | | |
| P300 | Participate in conference call with M. Bond and W. Coleman re lease amendments. | 0.50 | 648.00 | 324.00 |
| 05/16/19 | Barbara Milanovich | | | |
| P100 | Eureka Lease: Read email from M. Redford (.1) and telephone conference with M. Redford re same (.1) Draft request for approval as to form to W. Coleman (.5). | 0.70 | 648.00 | 453.60 |
| 05/16/19 | Barbara Milanovich | | | |
| P400 | Stockton Lease Amendment: Telephone conference with J. Criswell re status (.2), Revise Amendment (.4) and transmit clean and redline copies for internal review (.1). | 0.70 | 648.00 | 453.60 |
| 05/16/19 | Barbara Milanovich | | | |
| P400 | Modesto Lease Amendment: Review current draft (.2), Telephone conference with J. Criswell re status (.4), Begin revising Amendment (.5). | 1.10 | 648.00 | 712.80 |

Pacific Gas and Electric Company
06/12/2019
Page 7

Client   02898
Matter   799
Invoice  325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/22/19 | Barbara Milanovich | | | |
| P400 | Vacaville Airport Sublease:  Review email from J. Criswell (.1) and revise Sublease (.3), Telephone conference with J. Criswell re open issues in draft Sublease (.5). | 0.90 | 648.00 | 583.20 |
| 05/22/19 | Barbara Milanovich | | | |
| P300 | Telephone conference with J. Criswell re status of various lease amendments. | 0.40 | 648.00 | 259.20 |
| 05/23/19 | Barbara Milanovich | | | |
| P100 | Conference call with M. Redford and J. Criswell re status of various Lease Amendments. | 0.60 | 648.00 | 388.80 |
| 05/23/19 | Barbara Milanovich | | | |
| P500 | Van Ness (Opera Plaza) Lease Amendment: Review Amendment from Landlord's attorney (.5), Telephone conference with J. Criswell re business terms (.2), Exchange emails with W. Coleman re certain provisions (.4), Revise Amendment (.3). | 1.40 | 648.00 | 907.20 |
| 05/23/19 | Barbara Milanovich | | | |
| P100 | 275 S. Madera, Kerman:  Read email from W. Coleman re new Lease Amendment (.1), Coordinate with D. Barsky re drafting Amendment (.2). | 0.30 | 648.00 | 194.40 |
| 05/23/19 | Daniel P. Barsky | | | |
| P240 | 275 S. Madera, Kerman:  Review LOI for Kerman lease extension (.2) and correspondence with B. Milanovich re same (.2). | 0.40 | 334.00 | 133.60 |

Pacific Gas and Electric Company
06/12/2019
Page 8

Client 02898
Matter 799
Invoice 325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/24/19 | Barbara Milanovich | | | |
| P500 | Opera Plaza:  Telephone conference with J. Criswell (.2), Finalize and transmit clean and redline copies of Lease Amendment (.3). | 0.50 | 648.00 | 324.00 |
| 05/24/19 | Barbara Milanovich | | | |
| P400 | Kerman Lease Amendment:  Review letter of intent (.5), Read receivership order (.4), Investigate vesting (.3). | 1.20 | 648.00 | 777.60 |
| 05/24/19 | Doug B. Larson | | | |
| P240 | 275 S. Madera Avenue, Kerman: Research regarding vested owner. | 0.30 | 284.00 | 85.20 |
| 05/28/19 | Barbara Milanovich | | | |
| P400 | 275 S. Madera Ave., Kerman:  Review and revise draft Fourth Amendment to Lease. | 1.80 | 648.00 | 1,166.40 |
| 05/28/19 | Barbara Milanovich | | | |
| P500 | 3185 M Street. Merced:  Telephone conference with J. Criswell re background information (.3), Review Landlord's draft Lease Amendment (.4), Begin revising Amendment (.5) | 1.20 | 648.00 | 777.60 |
| 05/28/19 | Barbara Milanovich | | | |
| P400 | Vacaville Hangar Sublease:  Work on draft Sublease. | 2.60 | 648.00 | 1,684.80 |
| 05/28/19 | Daniel P. Barsky | | | |
| P240 | 275 S. Madera, Kerman: Draft fourth amendment to lease. | 5.20 | 334.00 | 1,736.80 |

E-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 9

Client 02898
Matter 799
Invoice 325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/29/19 | Barbara Milanovich | | | |
| P400 | 275 S. Madera, Kerman:  Finalize draft Fourth Amendment to Lease (1.9), and transmit same (.1), Review comments from J. Criswell (.2), Revise Amendment in response to comments (.4). | 2.60 | 648.00 | 1,684.80 |
| 05/29/19 | Barbara Milanovich | | | |
| P500 | 529 Pearson Road, Paradise:  Review exchange of correspondence relating to business terms (.2) and Landlord's draft Lease (.8), Telephone conference with J. Criswell re comments (.4). | 1.40 | 648.00 | 907.20 |
| 05/29/19 | Barbara Milanovich | | | |
| P400 | 3185 M Street, Merced:  Finalize initial draft of Second Amendment to Lease (1.2) and transmit to PG&E (.1), Telephone conference with J. Criswell re Amendment (.6), Telephone conference with W. Coleman re Amendment (.3), Revise Amendment (.4), and transmit clean and redline copies (.2), Read email from M. Redford re status (.1). | 2.90 | 648.00 | 1,879.20 |
| 05/29/19 | Barbara Milanovich | | | |
| P100 | West Lane, Stockton, Fifth Amendment to Lease: Read email from J. Criswell (.1), Begin drafting request for approval (.6). | 0.70 | 648.00 | 453.60 |
| 05/30/19 | Barbara Milanovich | | | |
| P500 | 529 Pearson Rd., Paradise:  Telephone conference with J. Criswell re business terms (.3), Revise Lease (1.4). | 1.70 | 648.00 | 1,101.60 |

Pacific Gas and Electric Company
06/12/2019
Page 10

Client 02898
Matter 799
Invoice 325366

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/30/19 | Barbara Milanovich | | | |
| P100 | Caruthers Third Amendment to Lease: Read email from J. Criswell (.1), and telephone conference with J. Criswell re same (.2). | 0.30 | 648.00 | 194.40 |
| 05/30/19 | Barbara Milanovich | | | |
| P100 | 3900 West Lane, Stockton: Finalize Request for Approval as to Form (.3), Read email from W. Coleman (.2), Telephone conference with J. Criswell re reconciliation (.2), Revise Fifth Amendment (.7). | 1.40 | 648.00 | 907.20 |
| 05/31/19 | Barbara Milanovich | | | |
| P100 | Caruthers Lease: Draft Request for Approval (.3) and transmit same (.1). | 0.40 | 648.00 | 259.20 |
| 05/31/19 | Barbara Milanovich | | | |
| P100 | 3900 West Lane, Stockton: Revise Request for Approval of Lease Amendment (.3) and transmit same (.1). | 0.40 | 648.00 | 259.20 |
| 05/31/19 | Barbara Milanovich | | | |
| P500 | Paradise Lease: Telephone conference with J. Criswell re density and use of yard area (.2), Revise Lease (1.5) and transmit clean and redline copies (.1), Read response from Landlord (.2). | 2.00 | 648.00 | 1,296.00 |
| | SERVICES TOTAL | 43.90 | | $26,422.60 |
| | Previous Due | | $ | 137,035.30 |
| | Total Due | | $ | 163,457.90 |

UN BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

| Re: | Case Name: | General Advice and Counsel - Surplus Disposition |
|-----|------------|--------------------------------------------------|
|     | Our File No.: | 16213-089 |
|     | Corporate ID: | 1807145 |

Invoice No. 325367          Statement Date: 06/12/2019

## SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 7.20 | 4,665.60 |
|---------------------|-----|---------|------|----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 1.00 | 648.00 |
| P400 | Initial Document Preparation/Filing | 6.20 | 4,017.60 |
|      | SERVICES TOTAL: | 7.20 | 4,665.60 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred                    0.00

Invoice Total                                        $4,665.60

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

Re:      Case Name:     General Advice and Counsel - Surplus Disposition
          Our File No.:     16213-089
          Corporate ID:    1807145

Invoice No. 325367     Statement Date: 06/12/2019

\* \* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through May 31, 2019 | $ | 4,665.60 |
| Costs Advanced through May 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 4,665.60 |
| Unpaid Balance Forward | $ | 2,721.60 |
| Total Now Due | $ | 7,387.20 |

E-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 3

Client 16213
Matter 089
Invoice 325367

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/21/19 | Barbara Milanovich | | | |
| P400 | Exchange multiple emails with G. Guerra (.4), Revise Purchase Agreement template (1.3) and transmit clean and redline copies (.3). | 2.00 | 648.00 | 1,296.00 |
| 05/23/19 | Barbara Milanovich | | | |
| P300 | Briefly review comments to Purchase Agreement (.4), Read and respond to email from D. Harnish (.3), Review Disclosure Exhibit (.1) and send email re same (.2). | 1.00 | 648.00 | 648.00 |
| 05/24/19 | Barbara Milanovich | | | |
| P400 | Read and respond to email from D. Harnish re form Purchase Agreement (.2), Review and revise Disclosure Exhibit (.8). | 1.00 | 648.00 | 648.00 |
| 05/25/19 | Barbara Milanovich | | | |
| P400 | Revise Master Template for Purchase Agreement (1.0) and transmit clean and redline copies (.3), Draft Template for simpler transaction (1.7), and transmit clean and redline copies (.2). | 3.20 | 648.00 | 2,073.60 |
| | SERVICES TOTAL | 7.20 | | $4,665.60 |
| | Previous Due | | $ | 2,721.60 |
| | Total Due | | $ | 7,387.20 |

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | | |
|-----|-----|-----|
| | Case Name: | 2019 Bankruptcy General Advice and Counsel |
| | Our File No.: | 16213-101 |
| | Corporate ID: | 1907533 |

Invoice No. 325370      Statement Date: 06/12/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 5.80 | 3,758.40 |
| M. Ficks, Gregg | GMF | $623.00 | 10.50 | 6,541.50 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 10.50 | 6,541.50 |
| P300 | Structure/Strategy/Analysis | 5.80 | 3,758.40 |
| | SERVICES TOTAL: | 16.30 | 10,299.90 |

Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | <u>$10,299.90</u> |

E-BILLED

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:  Case Name:       2019 Bankruptcy General Advice and Counsel
     Our File No.:     16213-101
     Corporate ID:     1907533

Invoice No. 325370     Statement Date: 06/12/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through May 31, 2019 | $ | 10,299.90 |
| Costs Advanced through May 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 10,299.90 |
| Unpaid Balance Forward | $ | 39,013.70 |
| Total Now Due | $ | 49,313.60 |

E-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 3

Client   16213
Matter   101
Invoice  325370

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/19 | Douglas C. Sands | | | |
| P300 | Review conflict reports (5.4). | 5.40 | 648.00 | 3,499.20 |
| 05/07/19 | Douglas C. Sands | | | |
| P300 | Review conflicts searches (0.4). | 0.40 | 648.00 | 259.20 |
| 05/07/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz application and supporting papers re employment as special counsel in bankruptcy case (1.2), review and analyze bankruptcy case PACER docket re status of filings, proceedings, and objections re special counsel re same (0.2). | 1.40 | 623.00 | 872.20 |
| 05/08/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz application and supporting papers re employment as special counsel in bankruptcy case including conflicts analysis for Exhibit to declaration re same (1.5). | 1.50 | 623.00 | 934.50 |
| 05/09/19 | Gregg M. Ficks | | | |
| P100 | Prepare application, declaration, and exhibits for Coblentz application for employment as special counsel in bankruptcy case including conflicts review, analysis, and preparation of exhibit to declaration re same (6.1), prepare e-mail to PG&E bankruptcy counsel re same (0.3). | 6.40 | 623.00 | 3,987.20 |
| 05/10/19 | Gregg M. Ficks | | | |
| P100 | Investigate matter re disclosure on Coblentz application for retention as special counsel including internal e-mails re same (0.2), review matter status and exchange e-mails with PG&E bankruptcy counsel re same (0.1). | 0.30 | 623.00 | 186.90 |

RE-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 4

Client   16213
Matter   101
Invoice  325370

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/14/19 | Gregg M. Ficks | | | |
| P100 | Review matter status re Coblentz application for employment as special counsel, and prepare follow-up e-mail to PG&E bankruptcy counsel re same (0.1). | 0.10 | 623.00 | 62.30 |
| 05/17/19 | Gregg M. Ficks | | | |
| P100 | Plan and prepare follow-up e-mail to Weil, Gotshal re Coblentz application for employment as special counsel in bankruptcy case (0.1). | 0.10 | 623.00 | 62.30 |
| 05/23/19 | Gregg M. Ficks | | | |
| P100 | Review status of Coblentz employment application in PG&E bankruptcy case (0.1), plan and exchange e-mails with Ms. Faust and Ms. Carens at Weil Gotshal re same (0.3). | 0.40 | 623.00 | 249.20 |
| 05/30/19 | Gregg M. Ficks | | | |
| P100 | Review status of Coblentz employment application and prepare e-mail to Ms. Foust re same, including providing supplemental information re disclosure regarding Coblentz new hire from Weil Gotshal (0.3). | 0.30 | 623.00 | 186.90 |
| | SERVICES TOTAL | 16.30 | | $10,299.90 |
| | Previous Due | | $ | 39,013.70 |
| | Total Due | | $ | 49,313.60 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $31,724.00 |
| Matter | 056 | Current Costs | 37.99 |
| Date | 06/18/2019 | | |
| Invoice | 325540 | Total Current Due | $31,761.99 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company                                     Date 06/18/2019
Re: CPUC Regulatory Investigation                                   Invoice 325540

For Professional Services Rendered and Costs Advanced through 05/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|---|---|---|
| 05/01/19 | Sean P. Coyle | |
| | Revised phase two stipulations for joint record. | 1.90 |
| 05/01/19 | Yasmin L. Jayasuriya | |
| | Attention to joint record materials. | 0.20 |

Pacific Gas and Electric Company
06/18/2019
Page 2

Client 16213
Matter 056
Invoice 325540

| 05/03/19 | Sean P. Coyle | |
| | Revise phase two stipulations and review revisions from TURN. | 0.50 |
| 05/06/19 | Sean P. Coyle | |
| | Revise phase two stipulations to reflect proposed edits by OII parties, organize revised potential joint record emails and update redactions thereto, attend calls with client regarding joint record, and correspond with OII parties regarding same. | 6.30 |
| 05/07/19 | Sean P. Coyle | |
| | Prepare for meet and confer with OII parties. | 1.10 |
| 05/07/19 | Sean P. Coyle | |
| | Organize materials for revised proposed joint record and provide instructions to paralegal regarding copies of same. | 0.60 |
| 05/07/19 | Sean P. Coyle | |
| | Call with client regarding preparation for meet and confer with OII parties. | 0.30 |
| 05/07/19 | Yasmin L. Jayasuriya | |
| | Organize proposed joint record documents and rename the same with tab numbers and check it for accuracy and communicate with the vendor regarding copies of same. | 0.80 |
| 05/08/19 | Sean P. Coyle | |
| | Draft summary of email search criteria for phase two discovery. | 2.20 |
| 05/08/19 | Sean P. Coyle | |
| | Prepare for and attend meet and confer with OII parties. | 3.60 |

Pacific Gas and Electric Company
06/18/2019
Page 3

Client 16213
Matter 056
Invoice 325540

| 05/08/19 | Yasmin L. Jayasuriya | |
| | Review and quality check joint record binders. | 0.50 |
| 05/09/19 | Sean P. Coyle | |
| | Review client's revisions to summary of discovery process for phase two of proceeding, and revise summary. | 0.60 |
| 05/09/19 | Sean P. Coyle | |
| | Call with client regarding briefing for board of directors, and review analysis regarding same | 0.80 |
| 05/10/19 | Sean P. Coyle | |
| | Calls with client regarding joint record issues, and draft and revise joint record materials. | 4.30 |
| 05/13/19 | Sean P. Coyle | |
| | Analyze approach to search of discovery materials for prominent individuals and correspond with data vendor regarding same. | 0.50 |
| 05/13/19 | Sean P. Coyle | |
| | Review discovery materials for high profile mentions. | 0.80 |
| 05/13/19 | Sean P. Coyle | |
| | Correspondence to counsel for Shell regarding joint record submission. | 0.20 |
| 05/13/19 | Sean P. Coyle | |
| | Call with client regarding settlement issues. | 0.50 |
| 05/13/19 | Sean P. Coyle | |
| | Call with client regarding FERC and joint record filing issues, and organize and provide client key documents regarding FERC issues. | 1.70 |

Pacific Gas and Electric Company
06/18/2019
Page 4

Client  16213
Matter  056
Invoice  325540

| 05/13/19 | Sean P. Coyle | |
| | Review combined PDF draft of joint record materials to be submitted to Commission. | 0.30 |
| 05/13/19 | Sean P. Coyle | |
| | Revise joint record submissions in response to comments from OII parties. | 0.50 |
| 05/13/19 | Yasmin L. Jayasuriya | |
| | Review and finalize joint record documents. | 2.40 |
| 05/13/19 | Yasmin L. Jayasuriya | |
| | Remove confidential stamps from joint record materials. | 0.70 |
| 05/14/19 | Sean P. Coyle | |
| | Analyze OII parties' settlement counteroffer and potential responses thereto on issue of advice letter proceedings. | 0.20 |
| 05/14/19 | Sean P. Coyle | |
| | Prepare for and attend meet and confer with OII parties. | 3.30 |
| 05/14/19 | Sean P. Coyle | |
| | Prepare for and attend calls with client regarding settlement strategy and joint record submission. | 1.00 |
| 05/14/19 | Sean P. Coyle | |
| | Revise joint record materials to prepare for filing. | 1.30 |
| 05/14/19 | Sean P. Coyle | |
| | Review discovery materials for prominent individuals. | 0.70 |

Pacific Gas and Electric Company
06/18/2019
Page 5

Client   16213
Matter   056
Invoice  325540

| 05/14/19 | Yasmin L. Jayasuriya | |
| | Review Joint record production and file transfer same to client. | 0.30 |
| 05/15/19 | Sean P. Coyle | |
| | Correspondence to client regarding review of discovery for high profile individuals. | 0.40 |
| 05/15/19 | Sean P. Coyle | |
| | Review correspondence regarding submission of joint record materials. | 0.10 |
| 05/16/19 | Sean P. Coyle | |
| | Analyze OII parties' settlement counterproposal (.2), draft response thereto (1.4), and call with client regarding same (.8). | 2.40 |
| 05/17/19 | Sean P. Coyle | |
| | Prepare for and attend meeting with client regarding settlement proposal. | 1.80 |
| 05/17/19 | Sean P. Coyle | |
| | Revise settlement counterproposal. | 0.20 |
| 05/19/19 | Sean P. Coyle | |
| | Analyze and organize record materials supporting key settlement provision, and correspond with client regarding same. | 0.60 |
| 05/21/19 | Sean P. Coyle | |
| | Prepare for and attend settlement conference with OII parties. | 3.70 |
| 05/23/19 | Sean P. Coyle | |
| | Review and revise response to counter offer, and correspond with client regarding same. | 1.20 |

Pacific Gas and Electric Company
06/18/2019
Page 6

Client 16213
Matter 056
Invoice 325540

| 05/23/19 | Sean P. Coyle | |
| | Review pricing-related discovery materials for potential review by counsel on FERC issues. | 1.00 |
| 05/23/19 | Sean P. Coyle | |
| | Review counter offer (.2), discuss same with client (.5). | 0.70 |
| 05/24/19 | Sean P. Coyle | |
| | Prepare for and attend call with client regarding settlement issues. | 0.40 |
| 05/24/19 | Sean P. Coyle | |
| | Prepare for and attend settlement conference and revise settlement term sheet in light of same. | 4.30 |
| 05/24/19 | Sean P. Coyle | |
| | Analyze settlement terms for implications in other company matters. | 0.50 |
| 05/28/19 | Sean P. Coyle | |
| | Review question from ALJ and analyze potential response thereto. | 0.60 |
| 05/29/19 | Sean P. Coyle | |
| | Draft settlement agreement (2.9), discuss same with client (.6). | 3.50 |
| 05/30/19 | Sean P. Coyle | |
| | Draft settlement agreement (2.3), attend call with client regarding same (1.2). | 3.50 |
| 05/31/19 | Sean P. Coyle | |
| | Revise settlement agreement (2.4), attend call with client regarding same (.4). | 2.80 |
| | Total Hours | 65.80 |

Client 16213
Matter 056
Invoice 325540

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 60.90 | 500.00 | 30,450.00 |
| Yasmin L. Jayasuriya | 4.90 | 260.00 | 1,274.00 |
| | | Total Current Fees | $31,724.00 |

| Costs Advanced | Amount |
|---|---|
| Taxi - Sean Coyle | 11.81 |
| Taxi - Sean Coyle | 13.64 |
| Taxi - Sean Coyle | 12.54 |
| Total Current Costs | $37.99 |
| Invoice Total | $31,761.99 |

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $27,772.50 |
| Matter | 060 | Current Costs | 0.00 |
| Date | 06/18/2019 | | |
| Invoice | 325541 | Total Current Due | $27,772.50 |
| Attorney | Sean P. Coyle | | |

E-BILLED

Pacific Gas and Electric Company                     Date 06/18/2019
Re: DWR - Oroville Dam                                     Invoice 325541

For Professional Services Rendered and Costs Advanced through 05/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|---|---|---|
| 05/01/19 | Viet Doan | |
| | Download, process document productions and update production databases. | 10.50 |
| 05/01/19 | Sean P. Coyle | |
| | Review discovery materials from DWR relating to upcoming depositions of DWR representatives. | 1.30 |

Pacific Gas and Electric Company
06/18/2019
Page 2

Client   16213
Matter   060
Invoice   325541

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 05/01/19 | Jordan V. Mendoza | |
| | Review DWR document productions for relevant documents within newest production volumes and discuss same with case team. | 0.70 |
| 05/02/19 | Sean P. Coyle | |
| | Correspondence with client regarding document collection issues. | 0.10 |
| 05/02/19 | Sean P. Coyle | |
| | Analyze discovery status and upcoming deadlines in case. | 0.50 |
| 05/02/19 | James F. McKee | |
| | Review pleadings and key reports regarding dam crisis. | 0.50 |
| 05/02/19 | Jordan V. Mendoza | |
| | Search recent production volumes for potential hot documents and prepare relevant findings for attorney review. | 2.00 |
| 05/03/19 | James F. McKee | |
| | Review key documents regarding dam crisis. | 3.00 |
| 05/06/19 | Sean P. Coyle | |
| | Draft correspondence to K. Lim regarding data collection issues. | 0.80 |
| 05/06/19 | Sean P. Coyle | |
| | Analyze strategy for upcoming DWR PMQ depositions. | 0.60 |
| 05/06/19 | James F. McKee | |
| | Review and analyze key documents regarding dam crisis. | 0.80 |
| 05/07/19 | Sean P. Coyle | |
| | Review deposition materials for DWR PMQ on dam maintenance. | 0.50 |

Pacific Gas and Electric Company
06/18/2019
Page 3

Client   16213
Matter   060
Invoice  325541

| 05/08/19 | Jordan V. Mendoza | |
| | Apply search terms to recent document productions and prepare findings for further attorney review. | 0.50 |
| 05/09/19 | James F. McKee | |
| | Review independent Forensic Team Report. | 1.30 |
| 05/10/19 | James F. McKee | |
| | Review independent Forensic Team Report. | 0.20 |
| 05/13/19 | Sean P. Coyle | |
| | Attend deposition of S. Sarkisian telephonically. | 2.20 |
| 05/14/19 | Jordan V. Mendoza | |
| | Apply search terms to recent DWR production, and prepare relevant findings for attorney review. | 1.80 |
| 05/15/19 | Jordan V. Mendoza | |
| | Review recent productions for relevant and hot documents and prepare same for attorney review. | 1.50 |
| 05/16/19 | Sean P. Coyle | |
| | Analyze discovery and case management scheduling issues and correspond with plaintiffs' liaison counsel regarding discovery. | 0.30 |
| 05/19/19 | Sean P. Coyle | |
| | Analyze strategy for developing discovery specific to tower relocation claims as part of coordinated discovery proceedings. | 0.50 |

Pacific Gas and Electric Company
06/18/2019
Page 4

Client    16213
Matter    060
Invoice   325541

| 05/20/19 | Sean P. Coyle | |
|---|---|---|
| | Analyze plan for taking client specific discovery in context of coordinated discovery proceedings and identifying expert in dam safety issues. | 1.50 |
| 05/20/19 | Sean P. Coyle | |
| | Research dam safety experts. | 0.30 |
| 05/20/19 | Sean P. Coyle | |
| | Review key discovery documents and analyze plan for authentication of same during discovery and in preparation for summary judgment. | 1.40 |
| 05/20/19 | James F. McKee | |
| | Review deposition transcripts for key admissions and facts. | 2.50 |
| 05/21/19 | Sean P. Coyle | |
| | Review key DWR discovery materials as part of analysis of plan for taking PG&E-specific discovery in context of coordinated discovery proceeding. | 1.90 |
| 05/21/19 | James F. McKee | |
| | Review deposition transcripts for key admissions and facts. | 5.60 |
| 05/22/19 | James F. McKee | |
| | Review deposition transcripts and document discovery for facts in need of development. | 3.90 |
| 05/23/19 | James F. McKee | |
| | Review deposition transcripts and document discovery for facts in need of development. | 1.80 |

Pacific Gas and Electric Company
06/18/2019
Page 5

Client 16213
Matter 060
Invoice 325541

| Date | Timekeeper / Description | Hours |
|------|--------------------------|-------|
| 05/24/19 | Sean P. Coyle | |
| | Analyze strategy for identifying dam safety expert. | 0.30 |
| 05/24/19 | Sean P. Coyle | |
| | Prepare for and attend call with plaintiffs' liaison counsel regarding discovery issues. | 0.70 |
| 05/29/19 | Sean P. Coyle | |
| | Analyze joint discovery proposals from liaison counsel. | 0.20 |
| 05/29/19 | James F. McKee | |
| | Review DWR document productions. | 4.70 |
| 05/29/19 | Jordan V. Mendoza | |
| | Review recent productions and prepare new, relevant items for review by case team. | 2.40 |
| 05/30/19 | Mark L. Hejinian | |
| | Analyze strategies for document review, depositions, and search terms for DWR. | 0.70 |
| 05/30/19 | Sean P. Coyle | |
| | Analyze key documents and additional potential search terms to be provided to DWR for document discovery. | 1.70 |
| 05/30/19 | James F. McKee | |
| | Review DWR document production set. | 5.70 |
| 05/31/19 | Sean P. Coyle | |
| | Analyze and summarize potential search terms to be proposed to DWR as part of their document production methodology. | 1.00 |

UN-BILLED

Pacific Gas and Electric Company
06/18/2019
Page 6

Client 16213
Matter 060
Invoice 325541

| 05/31/19 | Sean P. Coyle | |
| | Review key discovery materials. | 1.70 |
| | | |
| 05/31/19 | James F. McKee | |
| | Review DWR document productions. | 6.70 |
| | Total Hours | 74.30 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 17.50 | 500.00 | 8,750.00 |
| Mark L. Hejinian | 0.70 | 400.00 | 280.00 |
| James F. McKee | 36.70 | 400.00 | 14,680.00 |
| Jordan V. Mendoza | 8.90 | 250.00 | 2,225.00 |
| Viet Doan | 10.50 | 175.00 | 1,837.50 |
| | | Total Current Fees | $27,772.50 |
| | | | |
| | | Invoice Total | $27,772.50 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $0.00 |
| Matter | 060 | Current Costs | 2,902.95 |
| Date | 07/11/2019 | | |
| Invoice | 326406 | Total Current Due | $2,902.95 |
| Attorney | Sean P. Coyle | | |

---

Pacific Gas and Electric Company                    Date 07/11/2019
Re: DWR - Oroville Dam                               Invoice 326406

For Professional Services Rendered and Costs Advanced through 05/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| | | Total Current Fees | $0.00 |

| Costs Advanced | Amount |
|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 2,902.95 |
| Total Current Costs | $2,902.95 |

Pacific Gas and Electric Company
07/11/2019
Page 2

Client   16213
Matter   060
Invoice   326406

Invoice Total        $2,902.95



**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:     Case Name:        Local Community Energy Fire Resiliency
        Our File No.:     16213-106
        Corporate ID:     1907571

Invoice No. 326437       Statement Date: 07/15/2019

### SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 21.60 | 13,996.80 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 1.80 | 1,166.40 |
| P300 | Structure/Strategy/Analysis | 4.30 | 2,786.40 |
| P400 | Initial Document Preparation/Filing | 15.50 | 10,044.00 |
| | SERVICES TOTAL: | 21.60 | 13,996.80 |

#### Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

| Invoice Total | **$13,996.80** |
|---|---|

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:     Case Name:     Local Community Energy Fire Resiliency
        Our File No.:     16213-106
        Corporate ID:    1907571

           Invoice No.  326437        Statement Date:  07/15/2019

* * * * * * * * *  BILLING SUMMARY  * * * * * * * * * *

Summary of Current Activity:

Fees for Professional Services Rendered
   through May 31, 2019                    $         13,996.80

Costs Advanced through May 31, 2019       $              0.00

Current Invoice Subtotal                  $         13,996.80

Unpaid Balance Forward                    $            648.00

Total Now Due                             $         14,644.80

E-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 3

Client   16213
Matter   106
Invoice   326437

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | 05/01/19  Barbara Milanovich | | | |
| P400 | Public Safety Power Shutoff Program:  Review License Agreement for Base Camp (.4), Telephone conference with W. Coleman re background information and questions (.6), Telephone conference with M. Dewey and W. Coleman re operational issues relating to License Agreement (.6), Draft License Agreement (3.5) and transmit clean and redline copies (.3). | 5.40 | 648.00 | 3,499.20 |
| | 05/02/19  Barbara Milanovich | | | |
| P400 | Public Safety Power Shutoff Program:  Read email re insurance (.2), Revise License Agreement for use in connection with PSPS Event (.8) and transmit to W. Coleman (.1), Telephone conference with W. Coleman re License Agreement (.7), Further revise License Agreement (1.1) and transmit clean and redline copies highlighting open issues (.6). | 3.50 | 648.00 | 2,268.00 |
| | 05/02/19  Barbara Milanovich | | | |
| P400 | Base Camp License Agreement:  Telephone conference with W. Coleman re Amendment to Base Camp License Agreement to expand use to include Customer Resource Centers (.3), Draft Amendment (.9) and transmit clean and redline copies (.2). | 1.40 | 648.00 | 907.20 |
| | 05/03/19  Barbara Milanovich | | | |
| P400 | Participate in internal conference call with M. Dewey, G. Bivens and W. Coleman re License Agreement for Customer Resource Centers and Amendment to License Agreement for Base Camp (.8), Revise License Agreement and Amendment (1.0) and transmit clean and redline copies (.3). | 2.10 | 648.00 | 1,360.80 |

Pacific Gas and Electric Company
07/15/2019
Page 4

Client   16213
Matter   106
Invoice  326437

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 05/07/19 | Barbara Milanovich | | | |
| P300 | Read email from G. Bivens re comments to License Agreement (.2), Draft email to W. Coleman re response to comments (.4). | 0.60 | 648.00 | 388.80 |
| 05/08/19 | Barbara Milanovich | | | |
| P300 | License Agreement:  Read email from G. Bivens re comments to License Agreement (.3), Send response to W. Coleman (.2), Revise License Agreement to expand use (.2) and transmit same (.1), Read (.1) and respond to email from G. Bivens re third party consents (.2), Read response (.1). | 1.20 | 648.00 | 777.60 |
| 05/09/19 | Barbara Milanovich | | | |
| P400 | Revise Base Camp License Amendment to expand use (.2), Transmit clean and redline copies to W. Coleman (.1). | 0.30 | 648.00 | 194.40 |
| 05/10/19 | Barbara Milanovich | | | |
| P400 | Base Camp:  Read email from G. Bivens re comments to Base Camp License Agreement Amendment (.2), Send follow-up email (.1), Read response (.1), Revise Amendment (1.0), Transmit clean and redline copies (.2). | 1.60 | 648.00 | 1,036.80 |
| 05/14/19 | Barbara Milanovich | | | |
| P400 | Base Camp - Review email from E. Del Rosario regarding Amendment to Base Camp License Agreement to clarify PSPS License Area (.2), Revise Amendment (.8) Transmit clean and redline copies (.2). | 1.20 | 648.00 | 777.60 |

E-FILED

Pacific Gas and Electric Company
07/15/2019
Page 5

Client   16213
Matter  106
Invoice  326437

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/15/19 | Barbara Milanovich | | | |
| P300 | PSPS License Agreement: Telephone conference with W. Coleman re use of Amendment in connection with negotiated Base Camp License Agreements (.3), Read email correspondence re same (.2). | 0.50 | 648.00 | 324.00 |
| 05/16/19 | Barbara Milanovich | | | |
| P100 | Read multiple emails from E. Del Rosario re existing License Agreements (.3), Briefly review spreadsheet (.2), Conference with D. Sweeny re review of License Agreements to highlight material revisions (.5). | 1.00 | 648.00 | 648.00 |
| 05/17/19 | Barbara Milanovich | | | |
| P100 | PSPS License Agreements: Conferences with D. Sweeny re review of existing Base Camp License Agreement (.6), Read and respond to email from E. Del Rosario (.2). | 0.80 | 648.00 | 518.40 |
| 05/20/19 | Barbara Milanovich | | | |
| P300 | PSPS License Agreement: Review spreadsheet of variances in Base Camp License Agreements from standard form and underlying agreements. | 1.30 | 648.00 | 842.40 |
| 05/21/19 | Barbara Milanovich | | | |
| P300 | PSPS License Agreement: Prepare for (.2) and participate in conference call with E. Del Rosario and W. Coleman re existing Base Camp License Agreements (.5). | 0.70 | 648.00 | 453.60 |
| | SERVICES TOTAL | 21.60 | | $13,996.80 |
| | Previous Due | | $ | 648.00 |
| | Total Due | | $ | 14,644.80 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $0.00 |
| Matter | 060 | Current Costs | 4,050.67 |
| Date | 08/06/2019 | | |
| Invoice | 327206 | Total Current Due | $4,050.67 |
| Attorney | Sean P. Coyle | | |

---

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 08/06/2019
Invoice 327206

For Professional Services Rendered and Costs Advanced through 05/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| | | Total Current Fees | $0.00 |

| Costs Advanced | Amount |
|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,593.65 |
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 2,355.43 |
| Deposition Costs - US Legal Support, Inc. (CA Reporting) | 101.59 |
| Total Current Costs | $4,050.67 |

Pacific Gas and Electric Company
08/06/2019
Page 2

Client 16213
Matter 060
Invoice 327206

Invoice Total    $4,050.67



**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Michelle Wilson

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $0.00 |
| Matter | 056 | Current Costs | 217.20 |
| Date | 07/11/2019 | | |
| Invoice | 326407 | Total Current Due | $217.20 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: CPUC Regulatory Investigation

Date 07/11/2019
Invoice 326407

For Professional Services Rendered and Costs Advanced through 05/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| | Total Current Fees | | $0.00 |

| Costs Advanced | Amount |
|---|---|
| Messenger Service - Specialized Legal Services, Inc. | 99.00 |
| Messenger Service - Specialized Legal Services, Inc. | 118.20 |
| Total Current Costs | $217.20 |
| Invoice Total | $217.20 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|---|---|---|
| | Our File No.: | 02898-357 |
| | Corporate ID: | 803093 |

Invoice No.  325383      Statement Date:  06/12/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 95.20 | 61,689.60 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 95.20 | 61,689.60 |
| | SERVICES TOTAL: | 95.20 | 61,689.60 |

| Costs Advanced and Incurred | |
|---|---|
| Total Current Costs | $0.00 |
| Total Costs Advanced and Incurred | 0.00 |
| Invoice Total | $61,689.60 |

E-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

Re:         Case Name:        Land Stewardship
            Our File No.:       02898-357
            Corporate ID:      803093

                    Invoice No.  325383        Statement Date:  06/12/2019

        *  *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *

        Summary of Current Activity:

        Fees for Professional Services Rendered
            through May 31, 2019                          $          61,689.60

        Costs Advanced through May 31, 2019             $               0.00

        Current Invoice Subtotal                         $          61,689.60

        Unpaid Balance Forward                           $         198,353.56

        Total Now Due                                    $         260,043.16

Pacific Gas and Electric Company
06/12/2019
Page 3

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/19 | Douglas C. Sands | | | |
| P300 | Email M. Doyan re Cal Fire transaction (.5). | 0.50 | 648.00 | 324.00 |
| 05/02/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Weekly call with P. Coviello, E. Healy, P. Vienneau, T. Kelly (.5) | 0.50 | 648.00 | 324.00 |
| 05/02/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor Forest: Revise deed (.6), email C. Berkey and S. Perez (.2), Conference call with C. Berkey, S. Perez and T. Kelly (.5). | 1.30 | 648.00 | 842.40 |
| 05/02/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Weekly call with P. Coviello, E. Healy, T. Kelly, P. Kirk, J. Hunt (.4), telephone conference with T. Kelly re CE (.2). review BDR (.5). | 1.10 | 648.00 | 712.80 |
| 05/06/19 | Douglas C. Sands | | | |
| P300 | Cal Fire: Revise documents with property information (.8), email P. Coviello (.1). | 0.90 | 648.00 | 583.20 |
| 05/06/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Review BDR (4.6). | 4.60 | 648.00 | 2,980.80 |
| 05/07/19 | Douglas C. Sands | | | |
| P300 | Battle Creek Retained: Correspondence with D. Miller re Third Party Use Agreements (.5), revise CE (.5), circulate CE with explanation (.1). | 1.10 | 648.00 | 712.80 |

E-FILED

Pacific Gas and Electric Company
06/12/2019
Page 4

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/07/19 | Douglas C. Sands | | | |
| P300 | EEL: Correspondence re title (.4), weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.8), telephone conference with T. Kelly (.4). | 1.60 | 648.00 | 1,036.80 |
| 05/07/19 | Douglas C. Sands | | | |
| P300 | Review deliverables in preparation for call (.9), weekly call (1.4), revise pending matters report (.7). | 3.00 | 648.00 | 1,944.00 |
| 05/07/19 | Douglas C. Sands | | | |
| P300 | Cal Fire: Correspondence with W. Coleman (.1). | 0.10 | 648.00 | 64.80 |
| 05/08/19 | Douglas C. Sands | | | |
| P300 | Almanor: Revise documents (.9), email to working group with documents (.3). | 1.20 | 648.00 | 777.60 |
| 05/08/19 | Douglas C. Sands | | | |
| P300 | Wetlands: Review BDR responses and reply to C. Davis re those responses (.3). | 0.30 | 648.00 | 194.40 |
| 05/08/19 | Douglas C. Sands | | | |
| P300 | Eel: Prepare execution versions of deeds and EAs (5.2), correspondence with A. Cole re CE changes (.5), telephone conference with B. Snyder and T. Kelly re subdivisions issues (.6), email working group re subdivision issues (.4), email working group re acreage counts (.2). | 6.90 | 648.00 | 4,471.20 |
| 05/09/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Weekly call with P. Coviello, E. Healy, T. Kelly, P. Kirk, J. Hunt (.5). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
06/12/2019
Page 5

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/09/19 | Douglas C. Sands | | | |
| P300 | Cow Creek:  Weekly call with P. Coviello, E. Healy, P. Vienneau, T. Kelly (.5). | 0.50 | 648.00 | 324.00 |
| 05/09/19 | Douglas C. Sands | | | |
| P300 | Maidu Trail:  Review BDR request and advise client on issue (.5). | 0.50 | 648.00 | 324.00 |
| 05/09/19 | Douglas C. Sands | | | |
| P300 | Review pending matters spreadsheet from D. Ross (.9). | 0.90 | 648.00 | 583.20 |
| 05/10/19 | Douglas C. Sands | | | |
| P300 | Cow Creek:  Prepare execution version of CE (1.5), review BDR (.7). | 2.20 | 648.00 | 1,425.60 |
| 05/10/19 | Douglas C. Sands | | | |
| P300 | Battle Creek:  Finalize CE (.3), prepare transaction summary (.8), prepare escrow instructions (.8). | 1.90 | 648.00 | 1,231.20 |
| 05/10/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor:  Conference call with D. Ross, S. Hug, T. Kelly, S. Perez, E. Healy, S. Schweigerdt, M. Tolbert, R. Medina, J. Turrini re third party uses (1.1). | 1.10 | 648.00 | 712.80 |
| 05/10/19 | Douglas C. Sands | | | |
| P300 | Burney:  Correspondence with S. Perez re grazing license issue (.6). | 0.60 | 648.00 | 388.80 |
| 05/13/19 | Douglas C. Sands | | | |
| P300 | Eels:  Correspondence with M. LaPeña (.4). | 0.40 | 648.00 | 259.20 |

Pacific Gas and Electric Company
06/12/2019
Page 6

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/13/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Correspondence with J. Hunt re HO2 Exhibit (.3), correspondence with J. Hunt re escrow letter (.4). | 0.70 | 648.00 | 453.60 |
| 05/13/19 | Douglas C. Sands | | | |
| P300 | SJCOE: Review document comments (.4), Review tenant comments (.4), email J. Swenson (.3). | 1.10 | 648.00 | 712.80 |
| 05/13/19 | Douglas C. Sands | | | |
| P300 | Fall River Gun Club: Email J. Swenson with transaction questions (.6), draft TA (2.2). | 2.80 | 648.00 | 1,814.40 |
| 05/14/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens: Update deed (.6). | 0.60 | 648.00 | 388.80 |
| 05/14/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (.9). | 0.90 | 648.00 | 583.20 |
| 05/14/19 | Douglas C. Sands | | | |
| P300 | Fall River Gun Club: Prepare draft documents (1.1). | 1.10 | 648.00 | 712.80 |
| 05/14/19 | Douglas C. Sands | | | |
| P300 | SJCOE: Preparation for termination agreement negotiation call (.9), Agreement negotiation (1.2), correspondence with J. Swenson (.3). | 2.40 | 648.00 | 1,555.20 |

UT BILLED

Pacific Gas and Electric Company
06/12/2019
Page 7

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/14/19 | Douglas C. Sands | | | |
| P300 | Eel River: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.7), correspondence with title company (.2). | 0.90 | 648.00 | 583.20 |
| 05/14/19 | Douglas C. Sands | | | |
| P300 | Lake Britton: Review BDR update (.8). | 0.80 | 648.00 | 518.40 |
| 05/15/19 | Douglas C. Sands | | | |
| P300 | Eel: Respond to title email (1.3), correspondence re deed issue (.3), correspondence with B. Snyder re deed issue (.1). | 1.70 | 648.00 | 1,101.60 |
| 05/15/19 | Douglas C. Sands | | | |
| P300 | Almanor: Revise documents to reflect comments of C. Berkey (2.2), telephone conference with B. Snyder (.5), correspondence with B. Snyder (.2). | 2.90 | 648.00 | 1,879.20 |
| 05/15/19 | Douglas C. Sands | | | |
| P300 | Burney: Telephone conference with S. Perez re deed (.4), revise deed (.7), email M. Millington (.4). | 1.50 | 648.00 | 972.00 |
| 05/16/19 | Douglas C. Sands | | | |
| P300 | Burney: Correspondence with J. Swenson (.1). | 0.10 | 648.00 | 64.80 |
| 05/16/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Revise escrow letter (.6), weekly call with P. Coviello, E. Healy, T. Kelly, P. Kirk, J. Hunt (.5). | 1.10 | 648.00 | 712.80 |

UN-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 8

Client   02898
Matter   357
Invoice   325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/16/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Review open items (.3), weekly call with P. Coviello, E. Healy, P. Vienneau, T. Kelly (.5). | 0.80 | 648.00 | 518.40 |
| 05/16/19 | Douglas C. Sands | | | |
| P300 | Gun Club: Review leases (1.2), correspondence with J. Swenson (.3), telephone conference with P. Coviello (.2). | 1.70 | 648.00 | 1,101.60 |
| 05/17/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Correspondence with S. Perez re grant deed (.2). | 0.20 | 648.00 | 129.60 |
| 05/17/19 | Douglas C. Sands | | | |
| P300 | Fall River Gun Club: Revise documents (2.7), circulate to client (.2). | 2.90 | 648.00 | 1,879.20 |
| 05/17/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Telephone conference with J. Hunt (.4), revise escrow letter (.5), email working group (.2). | 1.10 | 648.00 | 712.80 |
| 05/20/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens: Review and revise CE (2.9). | 2.90 | 648.00 | 1,879.20 |
| 05/20/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Review grant deed revisions (1.1), email S. Perez (.2). | 1.30 | 648.00 | 842.40 |
| 05/20/19 | Douglas C. Sands | | | |
| P300 | Eel: Revise and circulate documents (1.2), correspondence with A. Cole (.2). | 1.40 | 648.00 | 907.20 |

E-BILLED

Pacific Gas and Electric Company
06/12/2019
Page 9

Client 02898
Matter 357
Invoice 325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/21/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.7). | 1.70 | 648.00 | 1,101.60 |
| 05/21/19 | Douglas C. Sands | | | |
| P300 | Battle Creek: Circulate escrow letter (.3). | 0.30 | 648.00 | 194.40 |
| 05/21/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Conference call with S. Perez and T. Kelly re deed reservations (1.2). | 1.20 | 648.00 | 777.60 |
| 05/21/19 | Douglas C. Sands | | | |
| P300 | Cal Fire: Correspondence with J. Swenson re easement exemplars (.3). | 0.30 | 648.00 | 194.40 |
| 05/21/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.8), correspondence with B. Snyder re deeds and descriptions (.3), review BDRs (.3). | 1.40 | 648.00 | 907.20 |
| 05/22/19 | Douglas C. Sands | | | |
| P300 | Eel 1 & 2: Revise deeds (.4), correspondence with title (.3), email working group (.4), correspondence with B. Snyder (.2), review and revise tribal resolutions (1.3). | 2.60 | 648.00 | 1,684.80 |
| 05/22/19 | Douglas C. Sands | | | |
| P300 | Gun Club: Conference call re haz mats (.6), correspondence with M. Schonherr (.3), revise TA (.4), email M. Pietrasz (.2). | 1.50 | 648.00 | 972.00 |

Pacific Gas and Electric Company
06/12/2019
Page 10

Client  02898
Matter  357
Invoice  325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/23/19 | Douglas C. Sands | | | |
| P300 | Eel River:  Conference call with title company (1.2). | 1.20 | 648.00 | 777.60 |
| 05/23/19 | Douglas C. Sands | | | |
| P300 | Battle Creek:  Finalize escrow letter (.4), conference call with P. Coviello, E. Healy, T. Kelly, P. Kirk, J. Hunt (.5). | 0.90 | 648.00 | 583.20 |
| 05/23/19 | Douglas C. Sands | | | |
| P300 | Cow Creek:  Conference call (.5), draft summary (.9), draft escrow letter (.8), approve as to form (.3), circulate final documents (.5). | 3.00 | 648.00 | 1,944.00 |
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Gun Club:  Correspondence with C. Davis (.4). | 0.40 | 648.00 | 259.20 |
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor:  Preparation for signing (.3), telephone conference with C. Davis re BDR (.3). | 0.60 | 648.00 | 388.80 |
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Battle Creek:  Correspondence re escrow (.2). | 0.20 | 648.00 | 129.60 |
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Sky Mountain:  Correspondence with J. Swenson (.3). | 0.30 | 648.00 | 194.40 |
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD:  Review BDR (1.1). | 1.10 | 648.00 | 712.80 |

Pacific Gas and Electric Company
06/12/2019
Page 11

Client   02898
Matter   357
Invoice   325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/24/19 | Douglas C. Sands | | | |
| P300 | Eel River:  Conference call with title company (1.1). | 1.10 | 648.00 | 712.80 |
| 05/28/19 | Douglas C. Sands | | | |
| P300 | Battle Creek:  Correspondence with S. Stanford re closing (.2). | 0.20 | 648.00 | 129.60 |
| 05/28/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (.8). | 0.80 | 648.00 | 518.40 |
| 05/28/19 | Douglas C. Sands | | | |
| P300 | Eel 1 & 2:  Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.5), review and revise CEs (2.6). | 3.10 | 648.00 | 2,008.80 |
| 05/28/19 | Douglas C. Sands | | | |
| P300 | Fall River Gun Club:  Correspondence with M. Pietrasz re TA add (.4). | 0.40 | 648.00 | 259.20 |
| 05/29/19 | Douglas C. Sands | | | |
| P300 | Eel:  Review BDR and provide comments (2.9). | 2.90 | 648.00 | 1,879.20 |
| 05/29/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor Trail:  Review BDR (1.1). | 1.10 | 648.00 | 712.80 |
| 05/30/19 | Douglas C. Sands | | | |
| P300 | Fall River Gun Club:  Revise documents and send to C. Davis (.6). | 0.60 | 648.00 | 388.80 |

analysis
Pacific Gas and Electric Company
06/12/2019
Page 12

Client  02898
Matter  357
Invoice  325383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 05/30/19 | Douglas C. Sands | | | |
| P300 | Eels:  Correspondence re parcel count (.3). | 0.30 | 648.00 | 194.40 |
| 05/30/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor:  Prepare execution/exhibit documents (.8), prepare transaction summary (1.4), Prepare approval as to form (.4) | 2.60 | 648.00 | 1,684.80 |
| 05/30/19 | Douglas C. Sands | | | |
| P300 | Cow Creek:  Weekly call with P. Coviello, E. Healy, P. Vienneau, T. Kelly (.5). | 0.50 | 648.00 | 324.00 |
| 05/31/19 | Douglas C. Sands | | | |
| P300 | Burney:  Prepare BDR completion instructions for C. Davis (.6). | 0.60 | 648.00 | 388.80 |
| 05/31/19 | Douglas C. Sands | | | |
| P300 | Eel:  Telephone conference with CE holder re BDR comments (.4), correspondence with TK re open title issues (.2). | 0.60 | 648.00 | 388.80 |
| 05/31/19 | Douglas C. Sands | | | |
| P300 | Philbrook:  Prepare written response to CE comment on third party use expansions (1.1). | 1.10 | 648.00 | 712.80 |
| | SERVICES TOTAL | 95.20 | | $61,689.60 |
| | Invoice Total | | | $61,689.60 |

E-BILLED