# EXHIBIT E

## DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019

| Costs Advanced | Amount |
|---|---:|
| Messenger Service – Specialized Legal Services, Inc. (Invoice 326407) | $99.00 |
| Messenger Service – Specialized Legal Services, Inc. (Invoice 326407) | $118.20 |
| Taxi – Sean Coyle (Invoice 325540) | $11.81 |
| Taxi – Sean Coyle (Invoice 325540) | $12.54 |
| Taxi – Sean Coyle (Invoice 325540) | $13.64 |
| Deposition Transcript and Related Charges – U.S. Legal Support – Sac (Invoice 326406) | $2,902.95 |
| Deposition Transcript and Related Charges – U.S. Legal Support – SF (Invoice 327206) | $1,593.65 |
| Deposition Transcript and Related Charges – U.S. Legal Support – Sac (Invoice 327206) | $2,355.43 |
| Deposition Conference Call Fee – U.S. Legal Support – SF (Invoice 327206) | $101.59 |
| **Total Costs Requested:** | $7,208.81 |