REBECCA J. WINTHROP (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditor ADVENTIST HEALTH SYSTEM/WEST, a California non-profit religious corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**REQUEST FOR SPECIAL NOTICE OF CREDITOR ADVENTIST HEALTH SYSTEM/WEST** |

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, AND TO ALL OTHER PARTIES OF INTEREST:**

PLEASE TAKE NOTICE that the undersigned, counsel to creditor Adventist Health System/West, a California non-profit religious corporation ("Adventist Health"), and pursuant to, *inter alia*, Rules 2002, 9007, and 9014(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required in each of the

above-referenced bankruptcy cases, and copies of all notices, pleadings or papers served or required to be served in such case, be given to and served upon the following:

> REBECCA J. WINTHROP
> NORTON ROSE FULBRIGHT US LLP
> 555 South Flower Street, Forty-First Floor
> Los Angeles, CA 90071
> Telephone: (213) 892-9346
> Facsimile: (213) 892-9494
> Email: rebecca.winthrop@nortonrosefulbright.com
>
> DAVID A. ROSENZWEIG
> NORTON ROSE FULBRIGHT US LLP
> 1301 Avenue of the Americas, Floor 2945
> New York, NY 10019-6022 6
> Telephone: (212) 318-3035
> Facsimile: (212) 318-3400
> Email: david.rosenzweig@nortonrosefulbright.com
>
> ROBERT L. LAYTON
> ADVENTIST HEALTH SYSTEM/WEST
> ONE Adventist Health Way
> Roseville, California 95661
> Telephone: (916) 406-1577
> Email: laytonrl@ah.org

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also, without limitations, notices of any orders or other pleadings, motions, applications, complaints, demands, hearings, requests, petitions, objections, answering or reply papers, disclosure statements, plans of reorganization, and any memoranda or briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, facsimile, e-mail or otherwise.

Neither this Request for Special Notice, nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by Adventist Health to the jurisdiction of this Court or of any other court with respect to proceedings, if any, commenced in these cases or in any case against or otherwise

involving Adventist Health;

(b) a waiver of Adventist Health's (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) arbitration or trial by jury in any proceeding so referred or triable in this case or any case, controversy, or proceeding related to this case, (3) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights claims, actions, set-offs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the above-named party-in-interest expressly reserves; or

(c) consent by Adventist Health to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure.

Dated: August 30, 2019

REBECCA J. WINTHROP
DAVID A. ROSENZWEIG
NORTON ROSE FULBRIGHT US LLP


By: */s/ Rebecca J. Winthrop*
REBECCA J. WINTHROP
Attorneys for Creditor Adventist Health System/West, a California non-profit religious corporation