REBECCA J. WINTHROP (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street Forty-First Floor
Los Angeles, California 90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditor ADVENTIST HEALTH SYSTEM/WEST, a California non-profit religious corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19 - 30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
| Debtors | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, the undersigned, declare that I am employed in Los Angeles, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Norton Rose Fulbright US LLP, 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On August 30, 2019, I served the within:

- **REQUEST FOR SPECIAL NOTICE OF CREDITOR ADVENTIST HEALTH SYSTEM/WEST**

__X__ **TO BE SERVED BY ELECTRONIC MAIL**: On August 30, 2019, a true and correct copy of the above-named document was served via email, addressed to each of the following persons at the email addresses listed below:

Stephen Karotkin
stephen.karotkin@weil.com

Ray C. Schrock, P.C.
ray.schrock@weil.com

Jessica Liou
jessica.liou@weil.com

Matthew Goren
matthew.goren@weil.com

Tobias S. Keller
tkeller@kellerbenvenutii.com

Jane Kim
jkim@kellerbenvenutti.com

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 30, 2019 at Los Angeles, California.

*(signature)*
Evette Rodriguez