# EXHIBIT B

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY
COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD JUNE 1, 2019
THROUGH JUNE 30, 2019

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100[2] | Fact Gathering | 1.70 | $1,059.10 |
| L110 | Fact Investigation/Development | 30.20 | $12,080.00 |
| L120 | Analysis/Strategy | 65.90 | $32,890.00 |
| L130 | Experts/Consultants | 1.10 | $440.00 |
| L330 | Depositions | 8.40 | $3,380.00 |
| L650 | Review | 7.20 | $3,150.00 |
| L670 | Production | 11.30 | $2,003.00 |
| P100[3] | Project Administration | 25.50 | $16,186.50 |
| P240 | Real and Personal Property | 0.50 | $324.00 |
| P300 | Structure/Strategy/Analysis | 54.70 | $35,445.60 |
| P400 | Initial Document Preparation/Filing | 34.80 | $22,550.40 |
| P500 | Negotiation/Revision/Responses | 23.40 | $15,163.20 |
| P700 | Post-Completion/Post-Closing | 0.50 | $324.00 |
| **Total:** | | **274.00** | **$148,515.80** |

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnotes 2 and 3 below.

[2] Includes 1.7 hours ($1,059.10 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 326482.

[3] Includes 13.50 hours ($8,410.50 in fees) related to Coblentz's Special Counsel Retention Application, all contained within attached Invoice 326482.