# EXHIBIT C

# EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | $1,256.60 |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$1,256.60** |