# EXHIBIT D

4844-9181-6866.1
Case: 19-30088    Doc# 3765-4    Filed: 08/30/19    Entered: 08/30/19 12:25:13    Page 1 of 53

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

| Client | 16213 | | Current Fees | $26,750.00 |
|--------|-------|--|--------------|-----------|
| Matter | 056 | | Current Costs | 0.00 |
| Date | 07/03/2019 | | | |
| Invoice | 325908 | | Total Current Due | $26,750.00 |
| Attorney | Sean P. Coyle | | | |

Pacific Gas and Electric Company
Re: CPUC Regulatory Investigation

Date 07/03/2019
Invoice 325908

For Professional Services Rendered and Costs Advanced through 06/30/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 06/03/19 | Sean P. Coyle | |
| | Draft motion to adopt settlement. | 0.70 |
| 06/03/19 | Sean P. Coyle | |
| | Prepare for and attend calls with OII parties and client regarding draft settlement agreement (2.7), review and analyze proposed revisions to settlement agreement (.4), correspond with OII parties regarding same (.1). | 3.20 |

Pacific Gas and Electric Company
07/03/2019
Page 2

Client  16213
Matter  056
Invoice  325908

| Date | | Hours |
|------|------|-------|
| 06/04/19 | Sean P. Coyle | |
| | Draft motion to adopt settlement. | 4.70 |
| 06/04/19 | Sean P. Coyle | |
| | Prepare for and attend settlement conference and meeting with client regarding settlement issues. | 3.00 |
| 06/05/19 | Sean P. Coyle | |
| | Revise motion to adopt settlement and discuss same with client. | 5.30 |
| 06/06/19 | Sean P. Coyle | |
| | Review client revisions to motion to adopt settlement agreement (.3), call with client regarding same (1.2), and revise motion re same (3.6). | 5.10 |
| 06/07/19 | Sean P. Coyle | |
| | Prepare for and attend calls with client and OII parties regarding settlement issues. | 1.30 |
| 06/10/19 | Sean P. Coyle | |
| | Review draft FERC disclosure letter and review record materials to confirm accuracy of same. | 1.10 |
| 06/10/19 | Sean P. Coyle | |
| | Review settlement agreement revisions from Public Advocates Office (.3), correspondence to client and parties regarding same (.8), call with client regarding settlement issues (1.2). | 2.30 |
| 06/11/19 | Sean P. Coyle | |
| | Conduct legal research for record citations in support of motion for adoption of settlement agreement. | 1.00 |

Pacific Gas and Electric Company
07/03/2019
Page 3

Client 16213
Matter 056
Invoice 325908

| 06/11/19 | Sean P. Coyle | |
| --- | --- | --- |
| | Prepare for call with counsel for interested party regarding status of ex parte OII. | 0.50 |
| 06/11/19 | Sean P. Coyle | |
| | Review revisions to settlement materials from OII parties (.5), prepare for and attend client meeting regarding settlement issues (1.7), revise settlement materials (1.4), draft correspondence to OII parties regarding same (.4). | 4.00 |
| 06/11/19 | Sean P. Coyle | |
| | Review correspondence from OII parties regarding settlement status (.3), prepare and provide draft settlement agreement to counsel for Shell (.3). | 0.60 |
| 06/12/19 | Sean P. Coyle | |
| | Prepare for and attend call with OII parties regarding settlement issues (1.5), revise and finalize settlement materials (2.6), draft correspondence to parties and ALJ regarding settlement status (.3). | 4.40 |
| 06/13/19 | Sean P. Coyle | |
| | Call with client regarding bankruptcy language in settlement materials (1.1), finalize settlement materials for distribution (.7). | 1.80 |
| 06/14/19 | Sean P. Coyle | |
| | Review revisions to FERC letter from monitorship counsel. | 0.20 |
| 06/14/19 | Sean P. Coyle | |
| | Calls with client regarding settlement status. | 0.30 |
| 06/19/19 | Sean P. Coyle | |
| | Call with client regarding settlement issues (.5), and review correspondence from OII parties regarding same (.1). | 0.60 |

Pacific Gas and Electric Company
07/03/2019
Page 4

Client  16213
Matter  056
Invoice  325908

| 06/20/19 | Sean P. Coyle | |
|---|---|---|
| | Review summary of potential settlement agreement revisions from OII parties. | 0.10 |
| 06/21/19 | Sean P. Coyle | |
| | Prepare for and attend call with FERC counsel regarding disclosure issue. | 0.70 |
| 06/24/19 | Sean P. Coyle | |
| | Call with client regarding settlement issues. | 0.30 |
| 06/25/19 | Sean P. Coyle | |
| | Conferences with H. Goodson and with client regarding bankruptcy and settlement issues (1.1), correspondence with OII parties regarding same (.1). | 1.20 |
| 06/26/19 | Sean P. Coyle | |
| | Prepare for and attend call with company bankruptcy counsel regarding settlement agreement (.5), revise bankruptcy provision (.6), correspond with OII parties regarding same (.5). | 1.60 |
| 06/27/19 | Sean P. Coyle | |
| | Call with client regarding negotiation of bankruptcy term in settlement agreement. | 0.10 |
| 06/27/19 | Sean P. Coyle | |
| | Prepare for and attend calls with client bankruptcy counsel and OII parties regarding bankruptcy provision in settlement agreement (3.2), revise settlement materials in light of same (2.2), correspond with parties regarding same (.7), analyze settlement and bankruptcy issues (1.0). | 7.10 |

Pacific Gas and Electric Company
07/03/2019
Page 5

Client   16213
Matter  056
Invoice  325908

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/28/19 | Sean P. Coyle | Conferences with client regarding settlement status. | 0.50 |
| 06/28/19 | Sean P. Coyle | Attend call with parties regarding settlement, and revise and finalize settlement materials. | 1.80 |

Total Hours 53.50

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 53.50 | 500.00 | 26,750.00 |

Total Current Fees $26,750.00

Invoice Total $26,750.00

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Client | 16213 | Current Fees | $27,313.00 |
|--------|-------|--------------|------------|
| Matter | 060 | Current Costs | 0.00 |
| Date | 07/03/2019 | | |
| Invoice | 325909 | Total Current Due | $27,313.00 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 07/03/2019
Invoice 325909

For Professional Services Rendered and Costs Advanced through 06/30/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|------|--------------------------|-------|
| 06/03/19 | James F. McKee | |
| | Review and annotate DWR document production. | 7.80 |
| 06/04/19 | James F. McKee | |
| | Review and annotate DWR document production. | 8.00 |

Pacific Gas and Electric Company
07/03/2019
Page 2

Client 16213
Matter 060
Invoice 325909

| | | |
|---|---|---|
| 06/05/19 | Mark L. Hejinian | |
| | Review key DWR documents. | 1.80 |
| 06/05/19 | Viet Doan | |
| | Download and update DWR production database. | 1.60 |
| 06/05/19 | Sean P. Coyle | |
| | Telephonically attend deposition of J. Leahigh. | 1.60 |
| 06/06/19 | Sean P. Coyle | |
| | Review key documents from DWR discovery. | 2.20 |
| 06/06/19 | Sean P. Coyle | |
| | Analyze status of discovery projects and strategy for written discovery to DWR. | 0.40 |
| 06/07/19 | Sean P. Coyle | |
| | Prepare for and attend call with client regarding data collection issues. | 0.40 |
| 06/09/19 | Sean P. Coyle | |
| | Review key documents from DWR productions. | 1.10 |
| 06/10/19 | Mark L. Hejinian | |
| | Attention to expert search. | 0.20 |
| 06/10/19 | Viet Doan | |
| | Document download, process and update production database. | 1.70 |

Pacific Gas and Electric Company
07/03/2019
Page 3

Client 16213
Matter 060
Invoice 325909

| Date | Name / Description | Hours |
|------|-------------------|-------|
| 06/10/19 | Sean P. Coyle | |
| | Update tracking memorandum regarding discovery tasks and review key documents from DWR discovery productions. | 1.80 |
| 06/10/19 | Yasmin L. Jayasuriya | |
| | Review and find attachment to document in DWR case. | 0.30 |
| 06/11/19 | Viet Doan | |
| | Document search per provided search terms for DWR production volume 12-15 and create issue tags in database. | 3.20 |
| 06/11/19 | Sean P. Coyle | |
| | Review key documents from DWR discovery. | 1.10 |
| 06/11/19 | James F. McKee | |
| | Review DWR document production. | 1.60 |
| 06/13/19 | Sean P. Coyle | |
| | Review key documents from DWR productions. | 1.20 |
| 06/14/19 | Viet Doan | |
| | Download DWR production volume DWR016 and DWR017. | 1.20 |
| 06/14/19 | James F. McKee | |
| | Review DWR document production. | 0.10 |
| 06/17/19 | Mark L. Hejinian | |
| | Review and analyze potential experts. | 0.40 |

Pacific Gas and Electric Company
07/03/2019
Page 4

Client 16213
Matter 060
Invoice 325909

| Date | Name / Description | Hours |
|------|-------------------|-------|
| 06/17/19 | Viet Doan | |
| | Update DWR production database with volume DWR016 and DWR017 and perform document search and tag per provided search terms. | 2.10 |
| 06/17/19 | Sean P. Coyle | |
| | Review and analyze key documents from DWR discovery. | 2.80 |
| 06/18/19 | Mark L. Hejinian | |
| | Prepare for DWR deposition. | 0.20 |
| 06/19/19 | Mark L. Hejinian | |
| | Prepare for deposition of DWR. | 0.20 |
| 06/20/19 | Mark L. Hejinian | |
| | Telephonically attend deposition of DWR PMK D. Duval. | 4.90 |
| 06/20/19 | James F. McKee | |
| | Review DWR documents. | 1.90 |
| 06/21/19 | Mark L. Hejinian | |
| | Analyze expert search issues. | 0.50 |
| 06/21/19 | Sean P. Coyle | |
| | Review key documents from DWR productions. | 0.60 |
| 06/21/19 | James F. McKee | |
| | Review DWR documents. | 1.20 |
| 06/24/19 | Mark L. Hejinian | |
| | Review DWR discovery. | 0.60 |

E-BILLED

Pacific Gas and Electric Company
07/03/2019
Page 5

Client 16213
Matter 060
Invoice 325909

| Date | Name / Description | Hours |
|------|-------------------|-------|
| 06/24/19 | Viet Doan | |
| | Download DRW018 and DWR019 production and update production database. | 1.20 |
| 06/24/19 | Sean P. Coyle | |
| | Analyze status of discovery work and review of potential expert candidates. | 0.80 |
| 06/24/19 | Sean P. Coyle | |
| | Review key documents from DWR discovery. | 1.70 |
| 06/24/19 | James F. McKee | |
| | Analyze discovery tasks and status. | 0.80 |
| 06/25/19 | Sean P. Coyle | |
| | Supervise associate regarding deposition of T. Craddock. | 0.20 |
| 06/25/19 | James F. McKee | |
| | Prepare for deposition of T. Craddock. | 0.10 |
| 06/26/19 | Mark L. Hejinian | |
| | Review DWR documents. | 1.70 |
| 06/26/19 | James F. McKee | |
| | Attend telephonically deposition of Ted Craddock. | 2.80 |
| 06/27/19 | Mark L. Hejinian | |
| | Review DWR documents. | 2.20 |

Pacific Gas and Electric Company  
07/03/2019  
Page 6

Client 16213  
Matter 060  
Invoice 325909

| 06/27/19 | James F. McKee | | |
| | Analyze DWR document production. | | 0.20 |
| 06/27/19 | Jordan V. Mendoza | | |
| | Review discovery and prepare relevant items for attorney review. | | 1.80 |
| 06/28/19 | Mark L. Hejinian | | |
| | Review and analyze DWR documents. | | 3.10 |
| 06/28/19 | Sean P. Coyle | | |
| | Review key documents from DWR productions. | | 1.50 |
| 06/28/19 | James F. McKee | | |
| | Review DWR document production. | | 0.10 |
| | | Total Hours | 70.90 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 17.40 | 500.00 | 8,700.00 |
| Mark L. Hejinian | 15.80 | 400.00 | 6,320.00 |
| James F. McKee | 24.60 | 400.00 | 9,840.00 |
| Jordan V. Mendoza | 1.80 | 250.00 | 450.00 |
| Yasmin L. Jayasuriya | 0.30 | 260.00 | 78.00 |
| Viet Doan | 11.00 | 175.00 | 1,925.00 |
| | | Total Current Fees | $27,313.00 |
| | | Invoice Total | $27,313.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department – Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Aichi Daniel

Re: 
| | |
|---|---|
| Case Name: | General Real Estate (401207) |
| Our File No.: | 02898-110 |
| Corporate ID: | 401207 |

Invoice No. 326432     Statement Date: 07/15/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.20 | 1,425.60 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 2.20 | 1,425.60 |
| | SERVICES TOTAL: | 2.20 | 1,425.60 |

### Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 0.00 |

| | |
|---|---|
| Invoice Total | **$1,425.60** |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department – Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Aichi Daniel

| Re: | Case Name: | General Real Estate (401207) |
|-----|------------|------------------------------|
|     | Our File No.: | 02898-110 |
|     | Corporate ID: | 401207 |

Invoice No. 326432    Statement Date: 07/15/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through June 30, 2019 | $ | 1,425.60 |
| Costs Advanced through June 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,425.60 |
| Unpaid Balance Forward | $ | 9,995.20 |
| Total Now Due | $ | 11,420.80 |

E-BILLED

Pacific Gas & Electric Company
07/15/2019
Page 3

Client   02898
Matter   110
Invoice   326432

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/07/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 06/13/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| 06/14/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 06/17/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Report. | 0.30 | 648.00 | 194.40 |
| 06/20/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 06/24/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 06/25/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 06/27/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| | SERVICES TOTAL | 2.20 | | $1,425.60 |
| | Previous Due | | $ | 9,995.20 |
| | Total Due | | $ | 11,420.80 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

Re:     Case Name:      Contract Review – Real Estate / Shared Services
        Our File No.:    02898-799
        Corporate ID:   1305080

Invoice No. 326433     Statement Date: 07/15/2019

## SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 55.90 | 36,223.20 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 9.80 | 6,350.40 |
| P300 | Structure/Strategy/Analysis | 6.70 | 4,341.60 |
| P400 | Initial Document Preparation/Filing | 18.30 | 11,858.40 |
| P500 | Negotiation/Revision/Responses | 21.10 | 13,672.80 |
| | SERVICES TOTAL: | 55.90 | 36,223.20 |

### Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

RE-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

Re:     Case Name:      Contract Review - Real Estate / Shared Services
        Our File No.:   02898-799
        Corporate ID:   1305080

              Invoice No.  326433      Statement Date: 07/15/2019

        Invoice Total                                              $36,223.20

E-BILLED

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Aichi Daniel

Re:      Case Name:     Contract Review – Real Estate / Shared Services
          Our File No.:      02898-799
          Corporate ID:     1305080

Invoice No. 326433      Statement Date: 07/15/2019

* * * * * * * * * BILLING SUMMARY * * * * * * * * * *

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through June 30, 2019 | $ | 36,223.20 |
| Costs Advanced through June 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 36,223.20 |
| Unpaid Balance Forward | $ | 163,457.90 |
| Total Now Due | $ | 199,681.10 |

Pacific Gas and Electric Company
07/15/2019
Page 4

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/01/19 | Barbara Milanovich | | | |
| P500 | 1175 Nichols Dr., Rocklin: Revise Third Amendment to Lease. | 0.40 | 648.00 | 259.20 |
| 06/03/19 | Barbara Milanovich | | | |
| P500 | 1175 Nichols Dr., Rocklin: Revise Third Amendment to Lease in response to Landlord's comments (.4), Transmit clean and redline copies (.1). | 0.50 | 648.00 | 324.00 |
| 06/04/19 | Barbara Milanovich | | | |
| P500 | 1175 Nichols Dr., Rocklin: Exchange emails with J. Criswell (.2), Revise Third Amendment to Lease to address payment of water bills (.7), Transmit clean and redline copies (.2). | 1.10 | 648.00 | 712.80 |
| 06/04/19 | Barbara Milanovich | | | |
| P500 | Sunrise Ave., Roseville: Telephone conference with J. Criswell re business terms (.2), Revise Tenth Amendment to Lease, including provision relating to mechanics lien (.6), Transmit clean and redline copies (.2). | 1.00 | 648.00 | 648.00 |
| 06/05/19 | Barbara Milanovich | | | |
| P500 | Kerman Lease Amendment: Review comments from Landlord (.2), Exchange emails with J. Criswell (.2), Revise Lease Amendment (.4). | 0.80 | 648.00 | 518.40 |
| 06/05/19 | Barbara Milanovich | | | |
| P100 | Opera Plaza Lease Amendment: Draft request for approval to W. Coleman. | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
07/15/2019
Page 5

Client   02898
Matter   799
Invoice  326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 06/05/19 | Barbara Milanovich | | | |
| P500 | Paradise Lease:  Review revised Lease from Landlord (.6), Telephone conference with J. Criswell re changes (.4), Draft email to W. Coleman re certain open issues (.3). | 1.30 | 648.00 | 842.40 |
| 06/06/19 | Barbara Milanovich | | | |
| P300 | Participate in conference call with M. Bond regarding issues related to assumption of various leases (1.2), summarize notes from call (.3). | 1.50 | 648.00 | 972.00 |
| 06/06/19 | Barbara Milanovich | | | |
| P100 | 275 S. Madera Avenue, Kerman:  Finalize request for approval of Fourth Amendment to Lease. | 1.40 | 648.00 | 907.20 |
| 06/10/19 | Barbara Milanovich | | | |
| P500 | Rocklin:  Revise Third Amendment to Lease (.5), transmit clean and redline copies (.1). | 0.60 | 648.00 | 388.80 |
| 06/10/19 | Barbara Milanovich | | | |
| P500 | 3185 M Street, Merced:  Revise Second Amendment to Lease (.8) and transmit clean and redline copies (.2), telephone conference with J. Criswell re Amendment (.3), Draft email to W. Coleman re bankruptcy text (.2). | 1.50 | 648.00 | 972.00 |
| 06/10/19 | Barbara Milanovich | | | |
| P100 | Kerman Lease Amendment:  Read email from W. Coleman (.1), Telephone conference with J. Criswell re status (.1), Respond to email from W. Coleman (.1). | 0.30 | 648.00 | 194.40 |

Pacific Gas and Electric Company
07/15/2019
Page 6

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/10/19 | Barbara Milanovich | | | |
| P500 | Paradise Lease:  Review notes re open issues in Lease (.4), Telephone conference with J. Criswell re same (.3), Telephone conference with Landlord's attorney re open issues (.5). | 1.20 | 648.00 | 777.60 |
| 06/11/19 | Barbara Milanovich | | | |
| P500 | 1175 Nicholas Drive, Rocklin: Revise Third Amendment to Lease (.60), Transmit clean and redline copies (.20). | 0.80 | 648.00 | 518.40 |
| 06/11/19 | Barbara Milanovich | | | |
| P100 | Paradise Lease:  Review final draft (.20), Draft request for approval as to form (1.4), Transmit final Lease and cumulative redline (.20). | 1.80 | 648.00 | 1,166.40 |
| 06/11/19 | Barbara Milanovich | | | |
| P500 | 3185 M Street, Merced: Telephone call with J. Criswell re: business terms (.20), Revise Second Amendment to Lease (1.0), Transmit clean and redline copies (.20). | 1.40 | 648.00 | 907.20 |
| 06/12/19 | Barbara Milanovich | | | |
| P500 | Granite Lane, Modesto:  Telephone conference with J. Criswell re rent reconciliation (.2), Review email re same (.1). | 0.30 | 648.00 | 194.40 |
| 06/13/19 | Barbara Milanovich | | | |
| P300 | Draft emails to M. Bond re bankruptcy-related issues in Lease Amendments (.5), Telephone conference with M. Bond re same (.2). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
07/15/2019
Page 7

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 06/14/19 | Barbara Milanovich | | | |
| P500 | Granite Lane, Modesto: Revise First Amendment to Lease (1.2), Transmit clean and redline copies to J. Criswell (.2), Telephone conference with J. Criswell re same (.5), Send email to M. Bond re rent reconciliation (.2), Revise Amendment (.4). | 2.50 | 648.00 | 1,620.00 |
| 06/14/19 | Barbara Milanovich | | | |
| P300 | Cousteau Lane, Davis: Read letter from Landlord's attorney re mechanic's lien (.1), Telephone conference with M. Redford re same (.2), Transmit letter to M. Bond (.2). | 0.50 | 648.00 | 324.00 |
| 06/14/19 | Barbara Milanovich | | | |
| P500 | 1173 Nichols Dr., Rocklin: Revise Amendment. | 0.40 | 648.00 | 259.20 |
| 06/15/19 | Barbara Milanovich | | | |
| P400 | Gravenstein Highway, Cotati: Review letter of intent (.5), Work on initial draft of Lease (4.3). | 4.80 | 648.00 | 3,110.40 |
| 06/17/19 | Barbara Milanovich | | | |
| P400 | Cotati Lease: Finalize draft Lease (1.9), transmit to J. Criswell (.2). | 2.10 | 648.00 | 1,360.80 |
| 06/17/19 | Barbara Milanovich | | | |
| P300 | 202 Cousteau, Davis: Telephone conference with M. Redford and J. Criswell re strategy (.5), Telephone conference with M. Bond, M. Redford and J. Criswell re mechanic's lien (.4), Begin drafting response to Landlord re lien (.5). | 1.40 | 648.00 | 907.20 |

E-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 8

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | 06/17/19 Barbara Milanovich | | | |
| P500 | Granite Lane, Modesto: Read email from M. Bond (.2), Telephone conference with J. Criswell re status (.2), Revise Amendment. (.5), Transmit clean and redline copies (.1). | 1.00 | 648.00 | 648.00 |
| | 06/17/19 Barbara Milanovich | | | |
| P300 | Nichols, Rocklin: Telephone conference with M. Redford and M. Bond re status (.2). | 0.20 | 648.00 | 129.60 |
| | 06/18/19 Barbara Milanovich | | | |
| P400 | Cotati Lease: Telephone conference with J. Criswell re comments to Lease draft. | 0.60 | 648.00 | 388.80 |
| | 06/18/19 Barbara Milanovich | | | |
| P500 | 3189 M St, Merced Lease: Review Landlord's revisions to Second Amendment (.2), Telephone conference with J. Criswell re same (.2). | 0.40 | 648.00 | 259.20 |
| | 06/18/19 Barbara Milanovich | | | |
| P400 | Vacaville Airport Sublease: Draft Sublease. | 0.50 | 648.00 | 324.00 |
| | 06/18/19 Barbara Milanovich | | | |
| P400 | 202 Costeau, Davis Lease: Draft letter to Landlord's attorney re mechanics lien. | 0.60 | 648.00 | 388.80 |
| | 06/19/19 Barbara Milanovich | | | |
| P400 | Cotati Lease: Telephone conference with J. Criswell re comments (.8), Read email from insurance department (.2), Revise Lease (1.1). | 2.10 | 648.00 | 1,360.80 |

UN-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 9

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/19/19 | Barbara Milanovich | | | |
| P300 | 202 Cousteau Pl., Davis: Review email from Landlord's attorney re mechanic's lien. | 0.10 | 648.00 | 64.80 |
| 06/19/19 | Barbara Milanovich | | | |
| P100 | 3185 M St., Merced: Draft request for approval as to form (.9), Telephone conference with M. Bond (.2), Exchange emails with A. Kim (.3). | 1.40 | 648.00 | 907.20 |
| 06/20/19 | Barbara Milanovich | | | |
| P400 | Vacaville Hangar Sublease: Revise Sublease (.8), Transmit redline to J. Criswell (.1). | 0.90 | 648.00 | 583.20 |
| 06/20/19 | Barbara Milanovich | | | |
| P100 | Roseville Tenth Amendment to Lease: Read email from J. Criswell (.1), Draft Request for Approval as to Form (1.0). | 1.10 | 648.00 | 712.80 |
| 06/20/19 | Barbara Milanovich | | | |
| P400 | Cotati Lease: Finalize draft (.2), Transmit redline copy (.1). | 0.30 | 648.00 | 194.40 |
| 06/21/19 | Barbara Milanovich | | | |
| P100 | Roseville Lease: Finalize Request for Approval of Tenth Amendment to Lease. | 0.50 | 648.00 | 324.00 |
| 06/21/19 | Barbara Milanovich | | | |
| P300 | Colusa Lease: Review letter from Landlord and related documents (.3), Telephone conference with M. Redford re same (.2). | 0.50 | 648.00 | 324.00 |

E-BT LLED

Pacific Gas and Electric Company
07/15/2019
Page 10

Client  02898
Matter  799
Invoice  326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/21/19 | Barbara Milanovich | | | |
| P400 | Vacaville Hangar Sublease:  Telephone conference with J. Criswell re Sublease draft (.5), Revise Sublease (1.2). | 1.70 | 648.00 | 1,101.60 |
| 06/24/19 | Barbara Milanovich | | | |
| P400 | 480 Rio Lindo, Chico:  Review exchange of emails regarding use of parking spaces (.3), Telephone conference with M. Redford re same (.3), Begin drafting Parking License Agreement (.6). | 1.20 | 648.00 | 777.60 |
| 06/25/19 | Barbara Milanovich | | | |
| P400 | 480 Rio Lindo, Chico:  Draft Parking License Agreement (2.6), Transmit to M. Redford (.1), Telephone conference with M. Redford re comments (.4), Revise Agreement (.3), Transmit revised Agreement (.1). | 3.50 | 648.00 | 2,268.00 |
| 06/25/19 | Barbara Milanovich | | | |
| P300 | Colusa:  Telephone conference with M. Redford re status. | 0.20 | 648.00 | 129.60 |
| 06/26/19 | Barbara Milanovich | | | |
| P100 | Red Bluff Hangar Lease:  Review exchange of emails outlining business terms (.6), Send email to A. Kim (.2), Telephone conference with N. Harris (.1). | 0.90 | 648.00 | 583.20 |
| 06/26/19 | Barbara Milanovich | | | |
| P100 | 1175 Nichols, Rocklin:  Read email from J. Criswell (.1), Revise Lease (.3), Transmit clean and redline copies to J. Criswell (.1), Begin drafting request for approval as to form (.8). | 1.30 | 648.00 | 842.40 |

Pacific Gas and Electric Company
07/15/2019
Page 11

Client 02898
Matter 799
Invoice 326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/26/19 | Barbara Milanovich | | | |
| P300 | Colusa: Telephone conference with M. Redford re status. | 0.20 | 648.00 | 129.60 |
| 06/27/19 | Barbara Milanovich | | | |
| P500 | Cotati Lease: Review Landlord's mark-up of Lease. | 1.40 | 648.00 | 907.20 |
| 06/27/19 | Barbara Milanovich | | | |
| P100 | Vacaville Hangar Sublease: Telephone conference with J. Criswell re status. | 0.10 | 648.00 | 64.80 |
| 06/27/19 | Barbara Milanovich | | | |
| P100 | 1175 Nichols, Rocklin: Finalize request for approval (.3), Transmit same with cumulative redline (.2). | 0.50 | 648.00 | 324.00 |
| 06/27/19 | Barbara Milanovich | | | |
| P300 | Colusa: Telephone conference with M. Redford (.1), Send email to M. Bond (.1). | 0.20 | 648.00 | 129.60 |
| 06/28/19 | Barbara Milanovich | | | |
| P500 | Cotati Lease: Telephone conference with J. Criswell re Landlord's mark-up of Lease (.7), Revise Lease (2.1). | 2.80 | 648.00 | 1,814.40 |
| 06/28/19 | Barbara Milanovich | | | |
| P300 | Colusa Lease: Review Lease and amendments (.8), Participate in conference call with M. Bond, M. Redford and J. Criswell (.4). | 1.20 | 648.00 | 777.60 |

Pacific Gas and Electric Company
07/15/2019
Page 12

Client  02898
Matter  799
Invoice  326433

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/29/19 | Barbara Milanovich | | | |
| P500 | Cotati Lease: Revise Lease in response to Landlord's comments (1.5), Transmit clean and redline copies to PG&E (.2). | 1.70 | 648.00 | 1,101.60 |
| | SERVICES TOTAL | 55.90 | | $36,223.20 |
| | Previous Due | | $ | 163,457.90 |
| | Total Due | | $ | 199,681.10 |

E-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | Lyons Land and Cattle, Merced |
|-----|------------|-------------------------------|
|     | Our File No.: | 16213-047 |
|     | Corporate ID: | 1606602 |

Invoice No. 326434    Statement Date: 07/15/2019

### SUMMARY of CHARGES

#### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 0.50 | 324.00 |
|---------------------|-----|---------|------|--------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P700 | Post-Completion/Post-Closing | 0.50 | 324.00 |
|      | SERVICES TOTAL: | 0.50 | 324.00 |

Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|-----------------------------------|------|

| Invoice Total | $324.00 |
|---------------|---------|

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Lyons Land and Cattle, Merced |
|-----|------------|-------------------------------|
|     | Our File No.: | 16213-047 |
|     | Corporate ID: | 1606602 |

Invoice No.  326434          Statement Date:  07/15/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through June 30, 2019 | $ | 324.00 |
| Costs Advanced through June 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 324.00 |
| Unpaid Balance Forward | $ | 4,576.00 |
| Total Now Due | $ | 4,900.00 |

Pacific Gas and Electric Company
07/15/2019
Page 3

Client   16213
Matter   047
Invoice   326434

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/07/19 | Barbara Milanovich | | | |
| P700 | Review Deposit and Reimbursement Agreement (.3), telephone conference with M. Redford re same (.2). | 0.50 | 648.00 | 324.00 |
| | SERVICES TOTAL | 0.50 | | $324.00 |
| | Previous Due | | $ | 4,576.00 |
| | Total Due | | $ | 4,900.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID:·94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

Re:        Case Name:     General Advice and Counsel - Surplus Disposition
             Our File No.:     16213-089
             Corporate ID:    1807145

Invoice No. 326435     Statement Date: 07/15/2019

## SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 17.20 | 11,145.60 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P240 | Real and Personal Property | 0.50 | 324.00 |
| P400 | Initial Document Preparation/Filing | 14.40 | 9,331.20 |
| P500 | Negotiation/Revision/Responses | 2.30 | 1,490.40 |
| | SERVICES TOTAL: | 17.20 | 11,145.60 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred           0.00

Invoice Total             **$11,145.60**

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

Re:       Case Name:       General Advice and Counsel - Surplus Disposition
          Our File No.:     16213-089
          Corporate ID:     1807145

Invoice No. 326435       Statement Date: 07/15/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through June 30, 2019 | $ | 11,145.60 |
| Costs Advanced through June 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 11,145.60 |
| Unpaid Balance Forward | $ | 7,387.20 |
| Total Now Due | $ | 18,532.80 |

E-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 3

Client   16213
Matter   089
Invoice   326435

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/01/19 | Barbara Milanovich | | | |
| P400 | Revise Purchase Agreement template - no CPUC approval, no environmental issues (.8), Transmit clean and redline copies (.1). | 0.90 | 648.00 | 583.20 |
| 06/03/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re comments to Purchase Agreement template (1.2), Revise template (.9), Transmit clean and redline copies (.1). | 2.20 | 648.00 | 1,425.60 |
| 06/05/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re templates (.3), Revise Purchase Agreement (no CPUC, no environmental issues) (.4), Read email from D. Harnish (.1), Begin preparing template including CPUC approval (.6). | 1.40 | 648.00 | 907.20 |
| 06/15/19 | Barbara Milanovich | | | |
| P400 | Read email from P. Pietrasz re environmental provisions (.2), Revise Purchase Agreement (.3). | 0.50 | 648.00 | 324.00 |
| 06/18/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re revisions to Lease (.2), Revise Template 1 (.4), Transmit clean and redline copies (.1). | 0.70 | 648.00 | 453.60 |
| 06/21/19 | Barbara Milanovich | | | |
| P400 | Read and respond to email correspondence (.2), Begin drafting Purchase Agreement Template 2 (2.6). | 2.80 | 648.00 | 1,814.40 |

Pacific Gas and Electric Company
07/15/2019
Page 4

Client 16213
Matter 089
Invoice 326435

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/22/19 | Barbara Milanovich | | | |
| P400 | Prepare draft Purchase Agreement Template 2 (2.0), Transmit clean and redline copies to D. Harnish (.2). | 2.20 | 648.00 | 1,425.60 |
| 06/24/19 | Barbara Milanovich | | | |
| P500 | Review Instructions to complete Exhibit C Disclosures (.5), Telephone conference with D. Harnish re comments to same (.5), Revise Instructions (1.1), Transmit clean and redline copies (.2). | 2.30 | 648.00 | 1,490.40 |
| 06/25/19 | Barbara Milanovich | | | |
| P400 | Read email from D. Harnish re comments to Completing exhibit C Disclosures (.1), Revise same (.1), Transmit final to D. Harnish (.1). | 0.30 | 648.00 | 194.40 |
| 06/28/19 | Barbara Milanovich | | | |
| P240 | Read emails re CPUC approval (.2), Telephone conference with D. Harnish re Purchase Agreement - Template 2 (.3). | 0.50 | 648.00 | 324.00 |
| 06/29/19 | Barbara Milanovich | | | |
| P400 | Purchase Agreement Template 2: Review comments of D. Harnish (.6), Revise Purchase Agreement (2.1). | 2.70 | 648.00 | 1,749.60 |
| 06/30/19 | Barbara Milanovich | | | |
| P400 | Identify provisions to include in PSA Template 3. | 0.70 | 648.00 | 453.60 |
| | SERVICES TOTAL | 17.20 | | $11,145.60 |
| | Previous Due | | $ | 7,387.20 |
| | Total Due | | $ | 18,532.80 |

## Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Local Community Energy Fire Resiliency |
|-----|------------|----------------------------------------|
|     | Our File No.: | 16213-106 |
|     | Corporate ID: | 1907571 |

Invoice No.  326438          Statement Date: 07/15/2019

### SUMMARY of CHARGES

#### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 2.10 | 1,360.80 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P400 | Initial Document Preparation/Filing | 2.10 | 1,360.80 |
|      | SERVICES TOTAL: | 2.10 | 1,360.80 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred                                    0.00

Invoice Total                                                   $1,360.80

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:       Case Name:       Local Community Energy Fire Resiliency
             Our File No.:        16213-106
             Corporate ID:      1907571

           Invoice No.  326438       Statement Date:  07/15/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through June 30, 2019 | $ | 1,360.80 |
| Costs Advanced through June 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,360.80 |
| Unpaid Balance Forward | $ | 14,644.80 |
| Total Now Due | $ | 16,005.60 |

Client   16213
Matter   106
Invoice  326438

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 06/11/19 | Barbara Milanovich | | | |
| P400 | PSPS License Agreement:  Read email from E. Del Rosario re Yolo Co. Fairground License Agreement (.20), Telephone conference with E. Del Rosario re same (.20), Review existing License Agreements (.30), Revise Amendment to Base Camp License Agreement (1.2), Transmit clean and redline copies (.20). | 2.10 | 648.00 | 1,360.80 |
| | SERVICES TOTAL | 2.10 | | $1,360.80 |
| | Previous Due | | $ | 14,644.80 |
| | Total Due | | $ | 16,005.60 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | 2019 Bankruptcy General Advice and Counsel |
|-----|------------|--------------------------------------------|
|     | Our File No.: | 16213-101 |
|     | Corporate ID: | 1907533 |

Invoice No. 326482     Statement Date: 07/15/2019

## SUMMARY of CHARGES

### Summary of Time

| M. Ficks, Gregg | GMF | $623.00 | 15.20 | 9,469.60 |
|-----------------|-----|---------|-------|----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| C100 | Fact Gathering | 1.70 | 1,059.10 |
| P100 | Project Administration | 13.50 | 8,410.50 |
| | SERVICES TOTAL: | 15.20 | 9,469.60 |

Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|-----------------------------------|------|

| Invoice Total | **$9,469.60** |
|---------------|---------------|

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:    Case Name:      2019 Bankruptcy General Advice and Counsel
       Our File No.:    16213-101
       Corporate ID:    1907533

            Invoice No.  326482      Statement Date: 07/15/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

Fees for Professional Services Rendered
     through June 30, 2019                    $          9,469.60

Costs Advanced through June 30, 2019         $              0.00

Current Invoice Subtotal                     $          9,469.60

Unpaid Balance Forward                       $         49,313.60

Total Now Due                                $         58,783.20

E-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 3

Client   16213
Matter   101
Invoice   326482

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 06/10/19 | Gregg M. Ficks | | | |
| P100 | Plan and prepare e-mail to Weil Gotshal re status of review of Coblentz Application for Employment as Special Counsel (0.2), review and exchange responsive e-mails with Weil Gotshal re same, including initial review of proposed revisions for application by Weil Gotshal re same (0.4). | 0.60 | 623.00 | 373.80 |
| 06/11/19 | Gregg M. Ficks | | | |
| P100 | Detailed review and analysis of proposed revisions to Coblentz special counsel application received from Weil Gotshal, including summary research re disinterestedness requirements under Bankruptcy Code (0.7), plan and prepare responsive e-mail to Weil Gotshal re same (0.3), prepare revisions to Coblentz special counsel employment papers following same (0.3). | 1.30 | 623.00 | 809.90 |
| 06/12/19 | Gregg M. Ficks | | | |
| P100 | Telephone conference with Ms. Foust of Weil Gotshal re Coblentz application for employment as special counsel in bankruptcy case (0.2), review e-mail and e-mail string from client representatives re description of real estate work for application re same (0.1). | 0.30 | 623.00 | 186.90 |

Pacific Gas and Electric Company
07/15/2019
Page 4

Client 16213
Matter 101
Invoice 326482

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/16/19 | Gregg M. Ficks | | | |
| P100 | Review and analyze recent Bankruptcy Court Order and case filings re employment of other special counsel for effect on Coblentz application for employment as special counsel and re Section 327 requirements re same (0.2), revise Coblentz application and supporting papers re employment as special counsel following same, and following proposed revisions and comments to application from Weil, Gotshal (1.7), prepare e-mail to Weil, Gotshal re same (0.1). | 2.00 | 623.00 | 1,246.00 |
| 06/17/19 | Gregg M. Ficks | | | |
| P100 | Legal analysis re additional disclosures on Coblentz employment application including conference with partner re potential new matter related to debtors (0.4), prepare Coblentz application, declaration, and supporting papers and exhibits re employment as special counsel in PG&E bankruptcy case (3.9), e-mails and review of case authority from Weil Gotshal re same (0.2), plan and prepare detailed e-mail to Weil Gotshal re revised proposed Coblentz employment papers and case issues and filing details re same (0.9). | 5.40 | 623.00 | 3,364.20 |
| 06/18/19 | Gregg M. Ficks | | | |
| P100 | E-mails and telephone conference with Ms. Foust at Weil Gotshal re Coblentz special counsel employment application and supporting papers (0.5), revise and finalize application, declarations, exhibits, and order re Coblentz employment as special counsel in PG&E bankruptcy case (3.3). | 3.80 | 623.00 | 2,367.40 |

Pacific Gas and Electric Company
07/15/2019
Page 5

Client 16213
Matter 101
Invoice 326482

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/21/19 | Gregg M. Ficks | | | |
| C100 | Review e-mail from Fee Examiner Bruce Markell re monthly statement of attorneys' fees and attorneys' fees procedures in PG&E bankruptcy case (0.1). | 0.10 | 623.00 | 62.30 |
| 06/27/19 | Gregg M. Ficks | | | |
| C100 | Review and analyze e-mail from Weil, Gotshal re inquiries from United States Trustee re Coblentz application to be retained as special counsel in PG&E bankruptcy case (0.2), internal inquiries and investigation re same, including communications with Coblentz accounting staff and relevant paralegal re same (.9), plan and prepare responsive e-mails to Weil, Gotshal re same (0.5). | 1.60 | 623.00 | 996.80 |
| 06/28/19 | Gregg M. Ficks | | | |
| P100 | Review and exchange e-mails with Weil Gotshal re United States Trustee responses to Coblentz answers to U.S. Trustee employment application inquiries, and re establishing ethical wall as requested by United States Trustee re same (0.1). | 0.10 | 623.00 | 62.30 |

|  | SERVICES TOTAL | 15.20 | | $9,469.60 |
|  | Previous Due | | $ | 49,313.60 |
|  | Total Due | | $ | 58,783.20 |

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| | | | |
|---|---|---|---|
| Client | 16213 | Current Fees | $3,400.00 |
| Matter | 060 | Current Costs | 1,256.60 |
| Date | 08/06/2019 | | |
| Invoice | 327207 | Total Current Due | $4,656.60 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company
Re: DWR - Oroville Dam

Date 08/06/2019
Invoice 327207

For Professional Services Rendered and Costs Advanced through 06/30/2019

DWR - Oroville Dam
PG&E File No. 1706888

| Date | Professional/Description | Hours |
|---|---|---|
| 06/05/19 | James F. McKee | |
| | Review and annotate DWR document production and Sarkisian deposition transcript. | 5.20 |
| 06/06/19 | James F. McKee | |
| | Conference with M. Hejinian and S. Coyle regarding document review assignments. | 0.50 |

Pacific Gas and Electric Company
08/06/2019
Page 2

Client 16213
Matter 060
Invoice 327207

| 06/10/19 | James F. McKee | | | |
|---|---|---|---|---|
| | Review DWR documents. | | | 2.80 |
| | | | Total Hours | 8.50 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| James F. McKee | 8.50 | 400.00 | 3,400.00 |
| | | Total Current Fees | $3,400.00 |

| Costs Advanced | Amount |
|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,256.60 |
| Total Current Costs | $1,256.60 |
| Invoice Total | $4,656.60 |

E-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

Re:    Case Name:    Land Stewardship
        Our File No.:    02898-357
        Corporate ID:    803093

Invoice No. 326453    Statement Date: 07/15/2019

### SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $648.00 | 48.00 | 31,104.00 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 48.00 | 31,104.00 |
| | SERVICES TOTAL: | 48.00 | 31,104.00 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred    0.00

Invoice Total    $31,104.00

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:        Case Name:        Land Stewardship
           Our File No.:        02898-357
           Corporate ID:        803093

                        Invoice No.  326453        Statement Date: 07/15/2019

*  *  *  *  *  *  *  *  *  *  *  **  BILLING SUMMARY**  *  *  *  *  *  *  *  *  *  *  *

     Summary of Current Activity:

        Fees for Professional Services Rendered
           through June 30, 2019                        $          31,104.00

     Costs Advanced through June 30, 2019           $                0.00

        Current Invoice Subtotal                        $          31,104.00

        Unpaid Balance Forward                          $        265,379.16

        Total Now Due                                   $        296,483.16

E-FILED

Pacific Gas and Electric Company
07/15/2019
Page 3

Client 02898
Matter 357
Invoice 326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 06/03/19 | Douglas C. Sands | | | |
| P300 | Bucks: Correspondence with C. Davis (.4). | 0.40 | 648.00 | 259.20 |
| 06/03/19 | Douglas C. Sands | | | |
| P300 | Eel River: Revise CEs (.4), telephone conference with P. Coviello (.3), correspondence with MLT (.4), review BDRs (.8). | 1.90 | 648.00 | 1,231.20 |
| 06/04/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call P. Coviello, E. Healy, A. Cole, M. La Pena (.5), correspondence with M. LaPeña (.3). | 0.80 | 648.00 | 518.40 |
| 06/04/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5). | 1.50 | 648.00 | 972.00 |
| 06/05/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Review deed issues (.2), correspondence with T. Kelly re same (.3). | 0.50 | 648.00 | 324.00 |
| 06/05/19 | Douglas C. Sands | | | |
| P300 | Eel: Review CofCs and email B. Snyder re same (.2). | 0.40 | 648.00 | 259.20 |
| 06/05/19 | Douglas C. Sands | | | |
| P300 | Bucks: Correspondence with C. Davis (.2). | 0.20 | 648.00 | 129.60 |

SUBMITTED

Pacific Gas and Electric Company
07/15/2019
Page 4

Client 02898
Matter 357
Invoice 326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/06/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Telephone conference with P. Coviello (.4), revise CE (.3), Email with P. Vienu (.2) | 0.90 | 648.00 | 583.20 |
| 06/06/19 | Douglas C. Sands | | | |
| P300 | Kings River: Weekly call (Kick Off) with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert (.5). | 0.50 | 648.00 | 324.00 |
| 06/06/19 | Douglas C. Sands | | | |
| P300 | Bucks: Telephone conference with C. Davis (.9). | 0.90 | 648.00 | 583.20 |
| 06/10/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Telephone conference with T. Kelly re deed (.8). | 0.80 | 648.00 | 518.40 |
| 06/10/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Finalize escrow letter (.8). | 0.80 | 648.00 | 518.40 |
| 06/10/19 | Douglas C. Sands | | | |
| P300 | Eel: Correspondence with title company (1.4). | 1.40 | 648.00 | 907.20 |
| 06/11/19 | Douglas C. Sands | | | |
| P300 | Cow Creek: Correspondence with title (.3). | 0.30 | 648.00 | 194.40 |
| 06/11/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matter (1.4). | 1.40 | 648.00 | 907.20 |

E-BILLED

Pacific Gas and Electric Company
07/15/2019
Page 5

Client   02898
Matter   357
Invoice   326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/11/19 | Douglas C. Sands | | | |
| P300 | Eel River:  Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.8). | 0.80 | 648.00 | 518.40 |
| 06/12/19 | Douglas C. Sands | | | |
| P300 | Eel:  Review proposed sovereign immunity waiver (.2). | 0.20 | 648.00 | 129.60 |
| 06/12/19 | Douglas C. Sands | | | |
| P300 | Cow Creek:  Correspondence with working group (.4). | 0.40 | 648.00 | 259.20 |
| 06/13/19 | Douglas C. Sands | | | |
| P300 | Folsom:  Telephone conference with J. Swenson (.4). | 0.40 | 648.00 | 259.20 |
| 06/13/19 | Douglas C. Sands | | | |
| P300 | Manzanita Retained:  Telephone conference with D. Miller re BDR (.4). | 0.40 | 648.00 | 259.20 |
| 06/13/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Kick off call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.5). | 0.50 | 648.00 | 324.00 |
| 06/13/19 | Douglas C. Sands | | | |
| P300 | Kings River:  Kick off call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert (.5). | 0.50 | 648.00 | 324.00 |
| 06/14/19 | Douglas C. Sands | | | |
| P300 | Eel:  Review and comment on final legal opinion (1.4). | 1.40 | 648.00 | 907.20 |

Pacific Gas and Electric Company
07/15/2019
Page 6

Client 02898
Matter 357
Invoice 326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 06/17/19 | Douglas C. Sands | | | |
| P300 | Eel: Prepare closing letter to organize escrow (4.5). | 4.50 | 648.00 | 2,916.00 |
| 06/18/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (.9). | 0.90 | 648.00 | 583.20 |
| 06/18/19 | Douglas C. Sands | | | |
| P300 | Fall River RCD: Review CE changes (1.1), prepare amendment (.4), correspondence with T. Kelly (.2). | 1.70 | 648.00 | 1,101.60 |
| 06/18/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.7). | 0.70 | 648.00 | 453.60 |
| 06/18/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor, Wetlands: Prepare execution documents (2.1). | 2.10 | 648.00 | 1,360.80 |
| 06/19/19 | Douglas C. Sands | | | |
| P300 | Telephone conference with P. Coviello re "version control" issues and how to address (.5). | 0.50 | 648.00 | 324.00 |
| 06/19/19 | Douglas C. Sands | | | |
| P300 | Compile pending matters list (.6). | 0.60 | 648.00 | 388.80 |
| 06/20/19 | Douglas C. Sands | | | |
| P300 | Review CPUC proposed policy and materials (2.0), conference call to discuss with R. Doidge, M. Schonherr, G. Guerra, M. Plummer (1.1). | 3.10 | 648.00 | 2,008.80 |

E-FILED

Pacific Gas and Electric Company
07/15/2019
Page 7

Client 02898
Matter 357
Invoice 326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/20/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor Wetlands: Revise documents (1.4). | 1.40 | 648.00 | 907.20 |
| 06/20/19 | Douglas C. Sands | | | |
| P300 | Humbug - Weekly closing call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.7). | 0.70 | 648.00 | 453.60 |
| 06/20/19 | Douglas C. Sands | | | |
| P300 | Kings - Weekly closing call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert. | 0.50 | 648.00 | 324.00 |
| 06/21/19 | Douglas C. Sands | | | |
| P300 | Eel: Revise escrow letter (.4). | 0.40 | 648.00 | 259.20 |
| 06/21/19 | Douglas C. Sands | | | |
| P300 | Review documents from T. Kelly (2.2). | 2.20 | 648.00 | 1,425.60 |
| 06/21/19 | Douglas C. Sands | | | |
| P300 | Philbrook: Correspondence with T. Kelly re CE issue (.5). | 0.50 | 648.00 | 324.00 |
| 06/21/19 | Douglas C. Sands | | | |
| P300 | Almanor Wetlands: Correspondence with C. Davis (.2). | 0.20 | 648.00 | 129.60 |
| 06/24/19 | Douglas C. Sands | | | |
| P300 | Review and revise talking points for CPUC tribal ROFO policy (1.8). | 1.80 | 648.00 | 1,166.40 |

Pacific Gas and Electric Company
07/15/2019
Page 8

Client 02898
Matter 357
Invoice 326453

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/24/19 | Douglas C. Sands | | | |
| P300 | Cal Fire Bear River: Correspondence with J. Swenson (.3). | 0.30 | 648.00 | 194.40 |
| 06/25/19 | Douglas C. Sands | | | |
| P300 | Philbrook: Review lease sent by T. Kelly (.4) and email T. Kelly (.2). | 0.60 | 648.00 | 388.80 |
| 06/25/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.5), correspondence with S. Stanford (.4). | 0.90 | 648.00 | 583.20 |
| 06/26/19 | Douglas C. Sands | | | |
| P300 | Eel: Review closing costs (1.3), review opinions (.3), prepare summary (1.4), correspondence with P. Coviello re deed (.4), telephone conference with S. Stanford (.3). | 3.70 | 648.00 | 2,397.60 |
| 06/27/19 | Douglas C. Sands | | | |
| P300 | USFS Lake Britton: Correspondence with T. Kelly re railroad agreement (.2). | 0.20 | 648.00 | 129.60 |
| 06/27/19 | Douglas C. Sands | | | |
| P300 | Kings River: Weekly call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert (.5). | 0.50 | 648.00 | 324.00 |
| 06/27/19 | Douglas C. Sands | | | |
| P300 | Humbug: Weekly call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.5). | 0.50 | 648.00 | 324.00 |
| 06/28/19 | Douglas C. Sands | | | |
| P300 | Kings River: Prepare execution CE (1.4), review PTR (.5), email P. Coviello (.3). | 2.20 | 648.00 | 1,425.60 |

Pacific Gas and Electric Company
07/15/2019
Page 9

Client 02898
Matter 357
Invoice 326453

| | | |
|---|---|---|
| SERVICES TOTAL | 48.00 | $31,104.00 |
| Previous Due | $ | 265,379.16 |
| Total Due | $ | 296,483.16 |

E-BILLED