# EXHIBIT E

## DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Costs Advanced | Amount |
|---|---|
| Deposition Transcript and Related Charges – U.S. Legal Support – Sac. (Invoice 327207) | $1,256.60 |
| **Total Costs Requested:** | **$1,256.60** |