**Exhibit A**

Baker & Hostetler LLP
Attorneys at Law
San Francisco

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM JULY 1, 2019 THROUGH JULY 31, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---|
| Karen M. Lockhart | Chair | $73.24 |