**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Mileage Reimbursement | $45.24 |
| Transportation/Parking/Tolls | $28.00 |
| **Total Expenses Requested:** | **$73.24** |