**Exhibit C**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member:                          Karen M. Lockhart

2. Description of Committee Business:                 Committee Mtg

3. Date of Committee Business:                        July 10, 2019

4. Location of Committee Business:                    Sacramento

5. Dates of Travel                                    July 10, 2019

   Description of trip (start/end locations)          Yuba City to Sacramento
                                                      Sacramento to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

       (1) Air or Rail Fare

       (2) Personal automobile miles at $ .58 per mile        $ 45.24

       Total miles traveled: 78 miles

       (3) Taxi/Uber/Lyft/Public Transportation/Bart

       (4) Parking/Tolls                                       $ 28

       (5) Other (describe)

   (b) Lodging:

       (1) Hotel (excluding meals)

   (c) Meals

       (1) Breakfast

       (2) Dinner

## TOTAL REIMBURSEMENT SOUGHT              $ 73.24

   I hereby certify that the above expenses were incurred by me in connection with attendance at a
Committee meeting or other authorized Committee business.

                                        Karen M. Lockhart