GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SIXTH MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2019 THROUGH JULY 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | **Objection Deadline:** September 20, 2019 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

4824-4584-8738.1

1

| | | |
|---|---|---|
| 1 | To: The Notice Parties | |
| 2 | Name of Applicant: | Coblentz Patch Duffy & Bass LLP |
| 3 | Authorized to Provide Professional Services to: | Special Counsel to Debtors and Debtors in Possession |
| 4 | Date of Retention: | July 11, 2019 *nunc pro tunc* to January 29, 2019 |
| 5 | | |
| 6 | Period for which compensation and reimbursement is sought: | July 1, 2019 through July 31, 2019 |
| 7 | Amount of compensation sought as actual, reasonable, and necessary: | $74,560.54 (80% of $93,200.68) |
| 8 | | |
| 9 | Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| 10 | | |

Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Monthly Fee Statement (this "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2019 through July 31, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Coblentz requests allowance and payment of $74,560.54 (representing 80% of a total $93,200.68 of fees incurred during the Fee Period) as compensation for professional services rendered to the Debtors during the Fee Period. No expense reimbursement is requested during the Fee Period.

Attached hereto as **Exhibit A** is the name of each Coblentz professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement, and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of Coblentz hours by task during the Fee Period. Attached hereto as

4824-4584-8738.1

2

**Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (prevailing Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Coblentz may file a certification of no objection with the Court, after which the Debtors are authorized and directed to pay Coblentz an amount equal to 80% of the total fees and 100% of the total expenses incurred during the Fee Period, as requested in this Monthly Fee Statement. If an objection is properly filed and served, Coblentz may (i) request that the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

DATED: August 30, 2019                        COBLENTZ PATCH DUFFY & BASS LLP

                                              By:      /s/ Gregg M. Ficks
                                                       Gregg M. Ficks
                                                       Special Counsel to Debtors
                                                       and Debtors in Possession

4824-4584-8738.1

3

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
　　　Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
　　　Jessica Liou, Esq.
　　　Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.
　　　Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.
　　　Sam A Kahlil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.
　　　Gregory A. Bray, Esq.
　　　Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
　　　Lauren T. Attard, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710

4824-4584-8738.1

1  Scott H. McNutt
   324 Warren Road
2  San Mateo, CA 94401

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

4824-4584-8738.1