# EXHIBIT A

4824-4584-8738.1
Case: 19-30088    Doc# 3771-1    Filed: 08/30/19    Entered: 08/30/19 15:05:56    Page 1 of 2

# COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
## JULY 1, 2019 THROUGH JULY 31, 2019

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from July 1, 2019 through July 31, 2019 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 62.80 | $40,694.00 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 47.30 | $29,748.38 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 19.80 | $12,335.40 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 12.70 | $6,350.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 3.50 | $1,400.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 4.30 | $1,720.00 |
| Jordan V. Mendoza | Paralegal | LIT | N/A | $200.00 | 0.80 | $200.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 4.30 | $752.50 |
| **Total Professionals:** | | | | | 155.50 | **$93,200.68** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $625.02 | 142.60 | $89,128.18 |
| Associates | $400.00 | 7.80 | $3,120.00 |
| **Blended Attorney Rate** | **$613.35** | **150.40** | **$92,248.18** |
| Paraprofessionals and other non-legal staff | $186.76 | 5.10 | $952.50 |
| **Total Fees Incurred** | **$599.36** | **155.50** | **$93,200.68** |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate