# EXHIBIT B

4824-4584-8738.1
Case: 19-30088    Doc# 3771-2    Filed: 08/30/19    Entered: 08/30/19 15:05:56    Page 1 of 3

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100[2] | Fact Gathering | 6.40 | $3,987.20 |
| L110 | Fact Investigation/Development | 0.10 | $40.00 |
| L120 | Analysis/Strategy | 6.10 | $3,050.00 |
| L130 | Experts/Consultants | 7.20 | $3,310.00 |
| L310 | Written Discovery | 4.60 | $1,840.00 |
| L330 | Depositions | 0.20 | $80.00 |
| L650 | Review | 3.10 | $1,350.00 |
| L670 | Production | 4.30 | $752.50 |
| P100[3] | Project Administration | 19.00 | $11,977.00 |
| P240 | Real and Personal Property | 7.00 | $4,536.00 |
| P300 | Structure/Strategy/Analysis | 52.30 | $32,988.38 |
| P400 | Initial Document Preparation/Filing | 31.00 | $20,088.00 |
| P500 | Negotiation/Revision/Responses | 14.20 | $9,201.60 |
| **Total:** | | **155.50** | **$93,200.68** |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnotes 2 and 3 below.

[2] Includes 6.4 hours ($3,987.20 in fees) related to Coblentz's Special Counsel Retention Application (and related to limited initial work regarding Coblentz's Monthly Fee Statements), all contained within attached Invoice 327877.

[3] Includes 13.4 hours ($8,348.20 in fees) related to Coblentz's Special Counsel Retention Application (and related to limited initial work regarding Coblentz's Monthly Fee Statements), all contained within attached Invoice 327877.

4824-4584-8738.1

Exhibit B