# EXHIBIT C

4824-4584-8738.1
Case: 19-30088    Doc# 3771-3    Filed: 08/30/19    Entered: 08/30/19 15:05:56    Page 1 of 2

# EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| EXPENSES | AMOUNTS |
| --- | --- |
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$0.00** |