# EXHIBIT D

4824-4584-8738.1

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy Coleman

| Re: | Case Name: | General Real Estate (401207) |
|-----|-----------|------------------------------|
| | Our File No.: | 02898-110 |
| | Corporate ID: | 401207 |

Invoice No. 327349        Statement Date: 08/08/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 3.20 | 2,073.60 |
| C. Sands, Douglas | DCS | $648.00 | 0.40 | 259.20 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 3.20 | 2,073.60 |
| P300 | Structure/Strategy/Analysis | 0.40 | 259.20 |
| | SERVICES TOTAL: | 3.60 | 2,332.80 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred         0.00

Invoice Total         <u>$2,332.80</u>

BILLED

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department – Billing
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy Coleman

Re:     Case Name:      General Real Estate (401207)
        Our File No.:   02898-110
        Corporate ID:   401207

Invoice No.  327349     Statement Date:  08/08/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 2,332.80 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 2,332.80 |
| Unpaid Balance Forward | $ | 11,420.80 |
| Total Now Due | $ | 13,753.60 |

Pacific Gas & Electric Company
08/08/2019
Page 3

Client 02898
Matter 110
Invoice 327349

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/02/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 07/10/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.20 | 648.00 | 129.60 |
| 07/15/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.50 | 648.00 | 324.00 |
| 07/17/19 | Barbara Milanovich | | | |
| P100 | Telephone conference with W. Coleman re status of various real estate transactions. | 0.30 | 648.00 | 194.40 |
| 07/23/19 | Barbara Milanovich | | | |
| P100 | Telephone conference with M. Redford re status of various transactions. | 0.20 | 648.00 | 129.60 |
| 07/24/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.40 | 648.00 | 259.20 |
| 07/30/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.90 | 648.00 | 583.20 |
| 07/31/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report. | 0.30 | 648.00 | 194.40 |
| 07/31/19 | Douglas C. Sands | | | |
| P300 | Conferences with B. Milanovich re purchase and sale. | 0.40 | 648.00 | 259.20 |
| | SERVICES TOTAL | 3.60 | | $2,332.80 |

E-BILLED

Pacific Gas & Electric Company
08/08/2019
Page 4

Client 02898
Matter 110
Invoice 327349

| | | |
|---|---|---|
| Previous Due | $ | 11,420.80 |
| Total Due | $ | 13,753.60 |



# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | Contract Review – Real Estate / Shared Services |
|-----|-----------|-------------------------------------------------|
|     | Our File No.: | 02898-799 |
|     | Corporate ID: | 1305080 |

Invoice No. 327351    Statement Date: 08/08/2019

## SUMMARY of CHARGES

## Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 37.80 | 24,494.40 |
|---------------------|-----|---------|-------|-----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 1.70 | 1,101.60 |
| P240 | Real and Personal Property | 2.90 | 1,879.20 |
| P300 | Structure/Strategy/Analysis | 1.40 | 907.20 |
| P400 | Initial Document Preparation/Filing | 17.60 | 11,404.80 |
| P500 | Negotiation/Revision/Responses | 14.20 | 9,201.60 |
|      | SERVICES TOTAL: | 37.80 | 24,494.40 |

## Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|-----------------------------------|------|

E-BILLED

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

| Re: | Case Name: | Contract Review - Real Estate / Shared Services |
|------|------------|------------------------------------------------|
| | Our File No.: | 02898-799 |
| | Corporate ID: | 1305080 |

Invoice No. 327351    Statement Date: 08/08/2019

Invoice Total                                                    $24,494.40

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:     Case Name:       Contract Review - Real Estate / Shared Services
        Our File No.:    02898-799
        Corporate ID:    1305080

Invoice No. 327351      Statement Date: 08/08/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 24,494.40 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 24,494.40 |
| Unpaid Balance Forward | $ | 199,681.10 |
| Total Now Due | $ | 224,175.50 |

E-BILLED

Pacific Gas and Electric Company
08/08/2019
Page 4

Client 02898
Matter 799
Invoice 327351

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/19 | Barbara Milanovich | | | |
| P500 | Cotati Lease: Telephone conference with J. Criswell (.1), Review comments from Landlord's attorney (.2), Revise insurance provisions of Lease (.7), Briefly review Phase I Environmental Report (.5), Revise environmental indemnity (.9), Begin drafting request for approval (1.6). | 4.00 | 648.00 | 2,592.00 |
| 07/01/19 | Barbara Milanovich | | | |
| P240 | Red Bluff Hangar Lease: Telephone conference with N. Harris re background information (.2), Participate in conference call with J. Kent, N. Harris and J. Criswell (.7), Review existing contract with P.J. Helicopters (.7). | 1.60 | 648.00 | 1,036.80 |
| 07/01/19 | Barbara Milanovich | | | |
| P300 | Colusa Lease: Telephone conference with M. Redford (.1), Review draft email from M. Redford to Landlord's attorney (.2), Revise email (.4). | 0.70 | 648.00 | 453.60 |
| 07/02/19 | Barbara Milanovich | | | |
| P400 | Colusa Lease: Draft response to Landlord regarding exercise of option to extend. | 0.60 | 648.00 | 388.80 |
| 07/02/19 | Barbara Milanovich | | | |
| P500 | Cotati Lease: Revise Lease (1.4), Continue drafting request for approval as to form (.7), Exchange multiple emails with Landlord's attorney (.5), Telephone conference with J. Criswell re approval and execution (.2). | 2.80 | 648.00 | 1,814.40 |

Pacific Gas and Electric Company
08/08/2019
Page 5

Client  02898
Matter  799
Invoice  327351

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/03/19 | Barbara Milanovich | | | |
| P300 | Colusa Lease:  Review email response from Landlord's attorney (0.2), Telephone conference with M. Redford re same (0.3), Read subsequent email from Landlord's attorney (0.2). | 0.70 | 648.00 | 453.60 |
| 07/03/19 | Barbara Milanovich | | | |
| P240 | Red Bluff Hangar Lease:  Telephone conference with N. Harris re terms of Lease. | 0.30 | 648.00 | 194.40 |
| 07/03/19 | Barbara Milanovich | | | |
| P100 | Cotati Lease:  Send followup email to Landlord's attorney (0.1), Read response (0.1), Transmit request for approval (0.2). | 0.40 | 648.00 | 259.20 |
| 07/08/19 | Barbara Milanovich | | | |
| P400 | Red Bluff Hangar Lease:  Review exchange of emails regarding business terms and property profile (0.7), Begin drafting Lease (4.6). | 5.30 | 648.00 | 3,434.40 |
| 07/09/19 | Barbara Milanovich | | | |
| P400 | Red Bluff Hangar Lease:  Work on draft of Lease. | 2.60 | 648.00 | 1,684.80 |
| 07/10/19 | Barbara Milanovich | | | |
| P400 | Red Bluff:  Draft Warehouse Lease. | 0.70 | 648.00 | 453.60 |
| 07/11/19 | Barbara Milanovich | | | |
| P400 | Red Bluff Warehouse Lease:  Finalize initial draft Lease (.4), transmit to J. Criswell (.1). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
08/08/2019
Page 6

Client   02898
Matter   799
Invoice   327351

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/12/19 | Barbara Milanovich | | | |
| P400 | Red Bluff Hangar Lease: Telephone conference with J. Criswell re comments to Lease (.07), Exchange emails with N. Harris re Lease (.2). | 0.90 | 648.00 | 583.20 |
| 07/15/19 | Barbara Milanovich | | | |
| P400 | Red Bluff Hangar Lease: Read email correspondence (.2), Telephone conference with J. Criswell re business terms (.4), Revise Lease (.5). | 1.10 | 648.00 | 712.80 |
| 07/16/19 | Barbara Milanovich | | | |
| P400 | Red Bluff: Revise Hangar Lease (1.1) and transmit to J. Criswell (.1). | 1.20 | 648.00 | 777.60 |
| 07/25/19 | Barbara Milanovich | | | |
| P100 | Red Bluff Hangar Lease: Exchange emails with J. Criswell (.2), Draft request for approval as to form (1.1). | 1.30 | 648.00 | 842.40 |
| 07/26/19 | Barbara Milanovich | | | |
| P240 | Chico Lease Amendments: Telephone conference with J. Criswell re background information (.2). | 0.20 | 648.00 | 129.60 |
| 07/26/19 | Barbara Milanovich | | | |
| P500 | Red Bluff Hangar Lease: Telephone conference with J. Criswell re environmental testing (.4), Begin revising Lease (.4). | 0.80 | 648.00 | 518.40 |

Pacific Gas and Electric Company
08/08/2019
Page 7

Client   02898
Matter   799
Invoice  327351

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/27/19 | Barbara Milanovich | | | |
| P400 | 310 Salem, Chico:  Review email from J. Criswell re terms of Lease extension (.3), Draft Second Amendment to Lease (1.8) and transmit same (.2). | 2.30 | 648.00 | 1,490.40 |
| 07/27/19 | Barbara Milanovich | | | |
| P500 | Red Bluff Hangar Lease:  Revise Lease (.2), Transmit clean and redline copies (.2). | 0.40 | 648.00 | 259.20 |
| 07/27/19 | Barbara Milanovich | | | |
| P240 | Chico Leases:  Briefly review four existing Leases, amendments, and parking agreement. | 0.80 | 648.00 | 518.40 |
| 07/28/19 | Barbara Milanovich | | | |
| P500 | 1393 North Point, San Francisco:  Review Amendment of Master Lease and Amendment and Assignment of PG&E Sublease. | 1.50 | 648.00 | 972.00 |
| 07/29/19 | Barbara Milanovich | | | |
| P500 | North Point:  Revise Sublease Assignment and Amendment. | 1.40 | 648.00 | 907.20 |
| 07/29/19 | Barbara Milanovich | | | |
| P500 | Red Bluff Hangar Lease:  Telephone conference with J. Criswell (.2), Revise (.2) and transmit clean and redline copies (.1). | 0.50 | 648.00 | 324.00 |
| 07/29/19 | Barbara Milanovich | | | |
| P400 | 310 Salem St., Chico:  Telephone conference with J. Criswell re comments to Lease Amendment (.7), Revise Amendment (.9). | 1.60 | 648.00 | 1,036.80 |

Pacific Gas and Electric Company
08/08/2019
Page 8

Client  02898
Matter  799
Invoice  327351

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/30/19 | Barbara Milanovich | | | |
| P400 | 310 Salem St., Chico:  Revise Lease Amendment (.5) and transmit same (.1), Read and respond to email correspondence (.2). | 0.80 | 648.00 | 518.40 |
| 07/30/19 | Barbara Milanovich | | | |
| P500 | Red Bluff Hangar Lease:  Read email from J. Criswell re taxes (.1), Telephone conference with J. Criswell re same (.1), Revise Lease (.5) and transmit clean and redline copies (.1), Finalize Request for Approval (.6). | 1.40 | 648.00 | 907.20 |
| 07/30/19 | Barbara Milanovich | | | |
| P500 | North Point, San Francisco:  Revise Landlord's draft Assignment and Amendment of Sublease (1.2) and transmit clean and redline copies (.1), Read email from J. Criswell (.1). | 1.40 | 648.00 | 907.20 |

|  |  | SERVICES TOTAL | 37.80 | | $24,494.40 |
|---|---|---|---|---|---|
|  |  | Previous Due | | $ | 199,681.10 |
|  |  | Total Due | | $ | 224,175.50 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|-----|-----------|------------------|
|     | Our File No.: | 02898-357 |
|     | Corporate ID: | 803093 |

Invoice No. 327463    Statement Date: 08/09/2019

### SUMMARY of CHARGES

### Summary of Time

| C. Sands, Douglas | DCS | $648.00 | 46.40 | 30,067.20 |
|-------------------|-----|---------|-------|-----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 46.40 | 30,067.20 |
|      | SERVICES TOTAL: | 46.40 | 30,067.20 |
|      | Courtesy Discount | | (902.02) |

**Costs Advanced and Incurred**

| Total Costs Advanced and Incurred | 0.00 |
|-----------------------------------|------|

| **Invoice Total** | **$29,165.18** |
|-------------------|----------------|

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:    Case Name:      Land Stewardship
       Our File No.:    02898-357
       Corporate ID:    803093

Invoice No. 327463        Statement Date: 08/09/2019

\* \* \* \* \* \* \* \* \* \*   BILLING SUMMARY   \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 30,067.20 |
| Less Courtesy Discount | $ | (902.02) |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 29,165.18 |
| Unpaid Balance Forward | $ | 296,483.16 |
| Total Now Due | $ | 325,648.34 |

E-BILLED

Pacific Gas and Electric Company
08/09/2019
Page 3

Client 02898
Matter 357
Invoice 327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Correspondence re deed revisions (0.4). | 0.40 | 648.00 | 259.20 |
| 07/02/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.5). | 0.50 | 648.00 | 324.00 |
| 07/02/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.3). | 1.30 | 648.00 | 842.40 |
| 07/03/19 | Douglas C. Sands | | | |
| P300 | Eel: Correspondence with M. LaPèna (0.4). | 0.40 | 648.00 | 259.20 |
| 07/03/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Call with T. Kelly and S. Perez (0.5). | 0.50 | 648.00 | 324.00 |
| 07/08/19 | Douglas C. Sands | | | |
| P300 | Humbug: Review TA (.9), correspondence with T. Kelly (.8), telephone conference with T. Kelly (.5). | 2.20 | 648.00 | 1,425.60 |
| 07/09/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.1). | 1.10 | 648.00 | 712.80 |

E-BILLED

Pacific Gas and Electric Company
08/09/2019
Page 4

Client 02898
Matter 357
Invoice 327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/09/19 | Douglas C. Sands | | | |
| P300 | Eel: Weekly call with P. Coviello, E. Healy, A. Cole, M. La Pena (.6). | 0.60 | 648.00 | 388.80 |
| 07/09/19 | Douglas C. Sands | | | |
| P300 | Humbug: Prepare final documents (2.9). | 2.90 | 648.00 | 1,879.20 |
| 07/10/19 | Douglas C. Sands | | | |
| P300 | Humbug: Revise closing documents (1.1), email open items list to client (.5). | 1.60 | 648.00 | 1,036.80 |
| 07/11/19 | Douglas C. Sands | | | |
| P300 | Humbug: Weekly call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.5). | 0.50 | 648.00 | 324.00 |
| 07/11/19 | Douglas C. Sands | | | |
| P300 | Philbrook: Correspondence with J. Swenson re cabins (.5). | 0.50 | 648.00 | 324.00 |
| 07/11/19 | Douglas C. Sands | | | |
| P300 | Kings: Weekly call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert (.5). | 0.50 | 648.00 | 324.00 |
| 07/12/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Revise deed (.7), revise TA (.9), revise EA (1.5). | 3.10 | 648.00 | 2,008.80 |
| 07/12/19 | Douglas C. Sands | | | |
| P300 | Philbrook: Call re CE provisions allowing cabin changes (0.5). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
08/09/2019
Page 5

Client 02898
Matter 357
Invoice 327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/12/19 | Douglas C. Sands | | | |
| P300 | FRM Gun Club: Review CE (.5), email C. Davis re same (.7). | 0.70 | 648.00 | 453.60 |
| 07/15/19 | Douglas C. Sands | | | |
| P300 | FRM Gun Club: Correspondence with C. Davis (0.2). | 0.20 | 648.00 | 129.60 |
| 07/16/19 | Douglas C. Sands | | | |
| P300 | Eel: Conference call (.5), prepare closing documents (.7), revise escrow letter (.6). | 1.80 | 648.00 | 1,166.40 |
| 07/17/19 | Douglas C. Sands | | | |
| P300 | Fall River Mills: Revise and send amendment (.2). | 0.20 | 648.00 | 129.60 |
| 07/17/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens: Correspondence with M. Schonherr re easement issues (.3), correspondence with E. Fred re BDR and easement issues (.3). | 0.60 | 648.00 | 388.80 |
| 07/17/19 | Douglas C. Sands | | | |
| P300 | Eel: Revise 593-C for Eel 2(.2), telephone conference with P. Coviello re document signing (.4). | 0.60 | 648.00 | 388.80 |
| 07/17/19 | Douglas C. Sands | | | |
| P300 | Almanor Wetlands: Review documents from J. Swenson (.3), correspondence with C. Davis (.2). | 0.50 | 648.00 | 324.00 |

Pacific Gas and Electric Company
08/09/2019
Page 6

Client 02898
Matter 357
Invoice 327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/18/19 | Douglas C. Sands | | | |
| P300 | Almanor Wetlands:  Correspondence re document execution and title (.6). | 0.60 | 648.00 | 388.80 |
| 07/18/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Weekly call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.5). | 0.50 | 648.00 | 324.00 |
| 07/18/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Deed revision call with S. Perez and T. Kelly (.5). | 0.50 | 648.00 | 324.00 |
| 07/18/19 | Douglas C. Sands | | | |
| P300 | Burney Gardens:  Correspondence re cultural easement (.3), review BDR (2.1). | 2.40 | 648.00 | 1,555.20 |
| 07/19/19 | Douglas C. Sands | | | |
| P300 | Eel:  Finalize escrow letter (.5), correspondence with A. Cole including review title re same (.6). | 1.10 | 648.00 | 712.80 |
| 07/19/19 | Douglas C. Sands | | | |
| P300 | Almanor Forest:  Correspondence re deed update (.3), revise deed (.3). | 0.60 | 648.00 | 388.80 |
| 07/19/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Correspondence re title issue (0.5). | 0.50 | 648.00 | 324.00 |
| 07/22/19 | Douglas C. Sands | | | |
| P300 | Eel 1 and 2: Prepare exhibits C (.7), telephone conference with A. Cole (.4), correspondence with S. Stanford (.4), correspondence with M. LaPena (.3). | 1.80 | 648.00 | 1,166.40 |

Pacific Gas and Electric Company
08/09/2019
Page 7

Client  02898
Matter  357
Invoice  327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/22/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Email D. Ross (0.2). | 0.20 | 648.00 | 129.60 |
| 07/23/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.5). | 1.50 | 648.00 | 972.00 |
| 07/23/19 | Douglas C. Sands | | | |
| P300 | Eel:  Review final documents (1.1), correspondence re open closing items (1.0), correspondence with title (.2), telephone conference with P. Coviello (.2). | 2.50 | 648.00 | 1,620.00 |
| 07/23/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Revise deed (0.7). | 0.70 | 648.00 | 453.60 |
| 07/23/19 | Douglas C. Sands | | | |
| P300 | Kings:  Correspondence re information issue (0.4). | 0.40 | 648.00 | 259.20 |
| 07/24/19 | Douglas C. Sands | | | |
| P300 | Eel:  Correspondence re closing (0.2). | 0.20 | 648.00 | 129.60 |
| 07/25/19 | Douglas C. Sands | | | |
| P300 | Kings:  Weekly call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert (.5). | 0.50 | 648.00 | 324.00 |
| 07/25/19 | Douglas C. Sands | | | |
| P300 | Burney:  Correspondence with M. Schonherr (0.4). | 0.40 | 648.00 | 259.20 |

Pacific Gas and Electric Company
08/09/2019
Page 8

Client   02898
Matter   357
Invoice  327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/25/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Weekly call with P. Coviello, C. Berkey, T. Kelly, S. Douthit, E. Healy, K. Holbrook, A. Baker, K. Thomas (.5). | 0.50 | 648.00 | 324.00 |
| 07/26/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Revise and send documents (0.6). | 0.60 | 648.00 | 388.80 |
| 07/26/19 | Douglas C. Sands | | | |
| P300 | Philbrook:  Revise CE (0.5). | 0.50 | 648.00 | 324.00 |
| 07/29/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor, Wetlands:  Prepare summary for client (0.6). | 0.60 | 648.00 | 388.80 |
| 07/30/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC team call (P. Coviello, D. Ross, J. Swenson, M. Schonherr, C. Davis, R. Doidge, R. Medina) regarding scheduling and pending LCC matters (1.7). | 1.70 | 648.00 | 1,101.60 |
| 07/30/19 | Douglas C. Sands | | | |
| P300 | SJCOE Lake Spaulding review and respond to document comments (1.4). | 1.40 | 648.00 | 907.20 |
| 07/30/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor Wetlands:  Revise documents (1.4). | 1.40 | 648.00 | 907.20 |

Pacific Gas and Electric Company
08/09/2019
Page 9

Client  02898
Matter  357
Invoice  327463

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 07/31/19 | Douglas C. Sands | | | |
| P300 | Kings River:  Review encroachment issues paper (1.1), conference call with P. Coviello, E. Healy, C. Davis, C. Barnes, M. Tolbert to discuss (.6), review CE (.6). | 2.30 | 648.00 | 1,490.40 |
| 07/31/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Revise closing documents (1.4), email working group re same (.4). | 1.80 | 648.00 | 1,166.40 |
| | SERVICES TOTAL | 46.40 | | $30,067.20 |
| | Less Courtesy Discount | | | (902.02) |
| | Subtotal | | $ | 29,165.18 |
| | Previous Due | | $ | 296,483.16 |
| | Total Due | | $ | 325,648.34 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Michelle Wilson

| | | | | |
|---|---|---|---|---|
| Client | 16213 | Current Fees | | $1,950.00 |
| Matter | 056 | Current Costs | | 0.00 |
| Date | 08/06/2019 | | | |
| Invoice | 327202 | Total Current Due | | $1,950.00 |
| Attorney | Sean P. Coyle | | | |

Pacific Gas and Electric Company
Re: CPUC Regulatory Investigation

Date 08/06/2019
Invoice 327202

For Professional Services Rendered and Costs Advanced through 07/31/2019

Ex Parte Legal Services
PG&E File No. 1907471

| Date | Professional/Description | Hours |
|---|---|---|
| 07/02/19 | Sean P. Coyle | |
| | Revise disclosure letter to FERC including researching underlying factual issues relating to same. | 2.60 |
| 07/09/19 | Sean P. Coyle | |
| | Revise letter to FERC regarding disclosure of pricing information. | 0.60 |

Pacific Gas and Electric Company
08/06/2019
Page 2

Client 16213
Matter 056
Invoice 327202

| 07/15/19 | Sean P. Coyle | |
|---|---|---|
| | Review and analyze revisions to FERC disclosure letter by client's FERC counsel (.6), draft correspondence to client regarding same (.1). | 0.70 |
| | Total Hours | 3.90 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 3.90 | 500.00 | 1,950.00 |
| | | Total Current Fees | $1,950.00 |
| | | Invoice Total | $1,950.00 |

E-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Client | 16213 | Current Fees | $8,472.50 |
| Matter | 060 | Current Costs | 0.00 |
| Date | 08/06/2019 | | |
| Invoice | 327203 | Total Current Due | $8,472.50 |
| Attorney | Sean P. Coyle | | |

Pacific Gas and Electric Company                                    Date 08/06/2019
Re: DWR – Oroville Dam                                              Invoice 327203

For Professional Services Rendered and Costs Advanced through 07/31/2019

DWR - Oroville Dam
PG&E File No. 1706888

| **Date** | **Professional/Description** | **Hours** |
|---|---|---|
| 07/01/19 | Jordan V. Mendoza | |
| | Review documents regarding case timeline, compile related attachments/emails, and prepare same for use by case team. | 0.80 |
| 07/02/19 | Mark L. Hejinian | |
| | Expert witness search. | 0.20 |

Pacific Gas and Electric Company
08/06/2019
Page 2

Client   16213
Matter   060
Invoice   327203

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/10/19 | Mark L. Hejinian | Prepare for and attend call with potential dam expert Rogers. | 0.70 |
| 07/10/19 | Sean P. Coyle | Call with potential expert. | 0.50 |
| 07/11/19 | Mark L. Hejinian | Analyze dam expert candidates. | 0.50 |
| 07/11/19 | Sean P. Coyle | Schedule call with plaintiffs' liaison counsel regarding status of various discovery tasks. | 0.10 |
| 07/11/19 | Sean P. Coyle | Analyze qualifications of potential engineering and geology expert. | 1.30 |
| 07/12/19 | Mark L. Hejinian | Call with plaintiff's counsel regarding state of discovery and DWR document searches. | 0.30 |
| 07/12/19 | Sean P. Coyle | Prepare for and attend call with plaintiffs liaison regarding status of discovery. | 0.40 |
| 07/15/19 | Sean P. Coyle | Review key documents from DWR production. | 1.00 |
| 07/16/19 | Sean P. Coyle | Review documents from DWR production that are responsive to PG&E-specific search terms including organizing same by key document category. | 1.30 |

Pacific Gas and Electric Company
08/06/2019
Page 3

Client   16213
Matter   060
Invoice  327203

| | | |
|---|---|---|
| 07/16/19 | James F. McKee | |
| | Review DWR document production. | 0.10 |
| 07/18/19 | Mark L. Hejinian | |
| | Strategize search terms for DWR document search. | 0.30 |
| 07/18/19 | Mark L. Hejinian | |
| | Analyze dam expert candidates. | 1.00 |
| 07/18/19 | Viet Doan | |
| | Download document production and update production database. | 2.60 |
| 07/18/19 | Sean P. Coyle | |
| | Analyze potential geotechnical engineering experts. | 1.50 |
| 07/18/19 | James F. McKee | |
| | Draft interrogatories and requests for admission. | 2.00 |
| 07/19/19 | Mark L. Hejinian | |
| | Analyze potential experts. | 0.20 |
| 07/19/19 | Sean P. Coyle | |
| | Calls to potential expert witnesses. | 0.40 |
| 07/19/19 | James F. McKee | |
| | Draft requests for admission and interrogatories. | 0.90 |
| 07/20/19 | Sean P. Coyle | |
| | Correspondence with potential geotechnical expert. | 0.10 |

Pacific Gas and Electric Company
08/06/2019
Page 4

Client 16213
Matter 060
Invoice 327203

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 07/22/19 | Viet Doan | Update production database. | 0.40 |
| 07/22/19 | Viet Doan | Download document production and update production database. | 0.50 |
| 07/22/19 | James F. McKee | Draft requests for admission and interrogatories. | 1.10 |
| 07/23/19 | Viet Doan | Update production database. | 0.40 |
| 07/23/19 | Sean P. Coyle | Attend meet and confer call with DWR regarding discovery productions and search terms (.5), analyze potential date ranges for electronic discovery requests to DWR (.6). | 1.10 |
| 07/23/19 | James F. McKee | Review deposition notices in preparation for same. | 0.10 |
| 07/24/19 | Sean P. Coyle | Analyze electronic discovery search terms and date ranges to request for DWR document collection (.4), draft correspondence to plaintiffs' liaison counsel regarding same (.2). | 0.60 |
| 07/24/19 | James F. McKee | Review deposition notices in preparation for same. | 0.10 |
| 07/26/19 | Viet Doan | Download document production and update production database. | 0.40 |

E-FILED

Pacific Gas and Electric Company
08/06/2019
Page 5

Client   16213
Matter   060
Invoice  327203

| 07/29/19 | Mark L. Hejinian | | | |
|---|---|---|---|---|
| | Call with potential expert. | | | 0.30 |
| 07/29/19 | Sean P. Coyle | | | |
| | Prepare for and attend call with potential engineering expert. | | | 0.50 |
| | | | Total Hours | 21.70 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sean P. Coyle | 8.80 | 500.00 | 4,400.00 |
| Mark L. Hejinian | 3.50 | 400.00 | 1,400.00 |
| James F. McKee | 4.30 | 400.00 | 1,720.00 |
| Jordan V. Mendoza | 0.80 | 250.00 | 200.00 |
| Viet Doan | 4.30 | 175.00 | 752.50 |
| | | Total Current Fees | $8,472.50 |
| | | Invoice Total | $8,472.50 |

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:      Case Name:       Lyons Land and Cattle, Merced
         Our File No.:      16213-047
         Corporate ID:     1606602

Invoice No. 327353      Statement Date: 08/08/2019

### SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 1.10 | 712.80 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P240 | Real and Personal Property | 1.10 | 712.80 |
| | SERVICES TOTAL | 1.10 | 712.80 |

### Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

| **Invoice Total** | **$712.80** |
|---|---|

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:  Case Name:     Lyons Land and Cattle, Merced
     Our File No.:   16213-047
     Corporate ID:   1606602

Invoice No.  327353     Statement Date:  08/08/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 712.80 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 712.80 |
| Unpaid Balance Forward | $ | 4,900.00 |
| Total Now Due | $ | 5,612.80 |

Pacific Gas and Electric Company
08/08/2019
Page 3

Client   16213
Matter   047
Invoice  327353

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/29/19 | Barbara Milanovich | | | |
| P240 | Review correspondence from Lyons. | 0.30 | 648.00 | 194.40 |
| 07/31/19 | Barbara Milanovich | | | |
| P240 | Participate in conference call with bankruptcy counsel and Alix Partners re Pipeline Agreement (.5), Telephone conference with Lyons counsel (.2), Send email to M. Redford (.1). | 0.80 | 648.00 | 518.40 |
| | SERVICES TOTAL | 1.10 | | $712.80 |
| | Previous Due | | $ | 4,900.00 |
| | Total Due | | $ | 5,612.80 |

E-BILLED

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

| Re: | Case Name: | General Advice and Counsel – Surplus Disposition |
| --- | --- | --- |
| | Our File No.: | 16213-089 |
| | Corporate ID: | 1807145 |

Invoice No.  327354        Statement Date:  08/08/2019

### SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 13.80 | 8,942.40 |
| --- | --- | --- | --- | --- |

| Item | Activity | Total Hours | Total Fees |
| --- | --- | --- | --- |
| P100 | Project Administration | 0.70 | 453.60 |
| P240 | Real and Personal Property | 1.60 | 1,036.80 |
| P300 | Structure/Strategy/Analysis | 0.60 | 388.80 |
| P400 | Initial Document Preparation/Filing | 10.90 | 7,063.20 |
| | SERVICES TOTAL: | 13.80 | 8,942.40 |

### Costs Advanced and Incurred

| | Total Current Costs | $0.00 |
| --- | --- | --- |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415.391.4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

Re:        Case Name:    General Advice and Counsel – Surplus Disposition
           Our File No.:    16213-089
           Corporate ID:   1807145

        Invoice No.  327354     Statement Date:  08/08/2019

Total Costs Advanced and Incurred                  0.00

Invoice Total                                 $8,942.40

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

Re:       Case Name:     General Advice and Counsel – Surplus Disposition
             Our File No.:     16213-089
             Corporate ID:   1807145

Invoice No. 327354     Statement Date: 08/08/2019

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 8,942.40 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 8,942.40 |
| Unpaid Balance Forward | $ | 18,532.80 |
| Total Now Due | $ | 27,475.20 |

Pacific Gas and Electric Company
08/08/2019
Page 4

Client 16213
Matter 089
Invoice 327354

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/19 | Barbara Milanovich | | | |
| P240 | Read emails relating to CPUC approval (0.2). | 0.20 | 648.00 | 129.60 |
| 07/17/19 | Barbara Milanovich | | | |
| P100 | Telephone conference with D. Harnish re status of transactions (.2), Telephone conference with W. Coleman re Purchase Agreement templates (.5). | 0.70 | 648.00 | 453.60 |
| 07/18/19 | Barbara Milanovich | | | |
| P400 | Revise Purchase Agreement Template 1 (.4), Transmit clean and redline copies to D. Harnish (.2), Read email from W. Coleman re Purchase Agreement Template 2 (.1). | 0.70 | 648.00 | 453.60 |
| 07/19/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re comments to Template 2 (.6), Revise Template 2 (1.5), Transmit clean and redline copies (.2), Read and respond to email correspondence (.5). | 2.80 | 648.00 | 1,814.40 |
| 07/22/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re Instructions to Drafter for PSA Template 1 (.2), Revise same (.4), Transmit redline copy (.1). | 0.70 | 648.00 | 453.60 |
| 07/22/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re PSA Template 2 (.2), Revise same (.1), Transmit revised text (.1). | 0.40 | 648.00 | 259.20 |

E-FILED

Pacific Gas and Electric Company
08/08/2019
Page 5

Client 16213
Matter 089
Invoice 327354

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/22/19 | Barbara Milanovich | | | |
| P300 | Draft email to G. Guerra and W. Coleman re remedies (0.6). | 0.60 | 648.00 | 388.80 |
| 07/23/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with W. Coleman re modification to remedies (.2), Revise Instructions to Drafter for Template 1 (.2), Begin drafting Template 3 (.5). | 0.90 | 648.00 | 583.20 |
| 07/24/19 | Barbara Milanovich | | | |
| P400 | Draft Purchase Agreement Template 3 (0.3). | 1.20 | 648.00 | 777.60 |
| 07/25/19 | Barbara Milanovich | | | |
| P400 | Draft Purchase Agreement Template 3 (0.3). | 0.30 | 648.00 | 194.40 |
| 07/26/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish (.2), Draft Template 3 (.6). | 0.80 | 648.00 | 518.40 |
| 07/27/19 | Barbara Milanovich | | | |
| P240 | Research amount of deposits under Purchase Agreements (1.0). | 1.00 | 648.00 | 648.00 |
| 07/27/19 | Barbara Milanovich | | | |
| P400 | Finalize preliminary draft of Purchase Agreement Template 3 (1.8), Transmit clean and redline copies for internal review (.3). | 2.10 | 648.00 | 1,360.80 |
| 07/29/19 | Barbara Milanovich | | | |
| P240 | Finalize email to D. Polsley re earnest money deposits. | 0.40 | 648.00 | 259.20 |

E-BILLED

Pacific Gas and Electric Company
08/08/2019
Page 6

Client   16213
Matter   089
Invoice   327354

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|----------------|-------|------|--------|
| 07/30/19 | Barbara Milanovich | | | |
| P400 | Briefly review proposed revisions to Purchase Agreement Template 3 (.4), Draft email outlining issues (.6). | 1.00 | 648.00 | 648.00 |
| | SERVICES TOTAL | 13.80 | | $8,942.40 |
| | Invoice Total | | | $8,942.40 |

E-BILLED

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:    Case Name:        Local Community Energy Fire Resiliency
       Our File No.:     16213-106
       Corporate ID:     1907571

Invoice No. 327355        Statement Date: 08/08/2019

## SUMMARY of CHARGES

### Summary of Time

Milanovich, Barbara          BAM        $648.00          2.50          1,620.00

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P400 | Initial Document Preparation/Filing | 2.50 | 1,620.00 |
| | SERVICES TOTAL: | 2.50 | 1,620.00 |

### Costs Advanced and Incurred

Total Costs Advanced and Incurred                              0.00

Invoice Total                                              $1,620.00



**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:      Local Community Energy Fire Resiliency
         Our File No.:      16213-106
         Corporate ID:      1907571

Invoice No.  327355      Statement Date:  08/08/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 1,620.00 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,620.00 |
| Unpaid Balance Forward | $ | 16,005.60 |
| Total Now Due | $ | 17,625.60 |

E-BILLED

Pacific Gas and Electric Company
08/08/2019
Page 3

Client 16213
Matter 106
Invoice 327355

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 07/22/19 | Barbara Milanovich | | | |
| P400 | Public Safety Power Shutoff Program: Review draft License Agreement covering multiple properties. | 0.70 | 648.00 | 453.60 |
| 07/23/19 | Barbara Milanovich | | | |
| P400 | Draft PSPS License Agreement with Costco (1.7), Transmit same to client (.1). | 1.80 | 648.00 | 1,166.40 |
| | SERVICES TOTAL | 2.50 | | $1,620.00 |
| | Previous Due | | $ | 16,005.60 |
| | Total Due | | $ | 17,625.60 |

E-BILLED

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

| Re: | Case Name: | Richmond Substation S Land Sale |
|-----|------------|----------------------------------|
| | Our File No.: | 16213-045 |
| | Corporate ID: | 1807144 |

Invoice No.  327356        Statement Date: 08/08/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 4.40 | 2,851.20 |
| C. Sands, Douglas | DCS | $648.00 | 0.50 | 324.00 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P240 | Real and Personal Property | 1.40 | 907.20 |
| P300 | Structure/Strategy/Analysis | 3.50 | 2,268.00 |
| | SERVICES TOTAL: | 4.90 | 3,175.20 |

Costs Advanced and Incurred

Total Costs Advanced and Incurred                              0.00

Invoice Total                                    $3,175.20

E-BILLED

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Grant Guerra

Re:     Case Name:        Richmond Substation S Land Sale
        Our File No.:      16213-045
        Corporate ID:      1807144

            Invoice No. 327356      Statement Date: 08/08/2019

* * * * * * * * *  BILLING SUMMARY  * * * * * * * * *

Summary of Current Activity:

   Fees for Professional Services Rendered
        through July 31, 2019                    $        3,175.20

   Costs Advanced through July 31, 2019          $            0.00

   Current Invoice Subtotal                      $        3,175.20

   Unpaid Balance Forward                        $            0.00

   Total Now Due                                 $        3,175.20

Pacific Gas and Electric Company
08/08/2019
Page 3

Client 16213
Matter 045
Invoice 327356

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 07/18/19 | Barbara Milanovich | | | |
| P240 | Participate in conference call with D. Harnish, D. Polsley and M. Pietraz to discuss status of transaction (1.1), Summarize notes from call (.3). | 1.40 | 648.00 | 907.20 |
| 07/30/19 | Barbara Milanovich | | | |
| P300 | Draft email to D. Polsely re issues related to potential purchase of parcel (0.8). | 0.80 | 648.00 | 518.40 |
| 07/30/19 | Douglas C. Sands | | | |
| P300 | Telephone conference with B. Milanovich re: potential purchase of parcel (0.5). | 0.50 | 648.00 | 324.00 |
| 07/31/19 | Barbara Milanovich | | | |
| P300 | Briefly review Purchase Agreement (.5), Telephone conference with D. Polsley re same (.9), Draft email summarizing major issues (.8). | 2.20 | 648.00 | 1,425.60 |
| | SERVICES TOTAL | 4.90 | | $3,175.20 |
| | Previous Due | | $ | 0.00 |
| | Total Due | | $ | 3,175.20 |

**Coblentz
Patch Duffy
& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | 2019 Bankruptcy General Advice and Counsel |
|---|---|---|
| | Our File No.: | 16213-101 |
| | Corporate ID: | 1907533 |

Invoice No.  327877     Statement Date:  08/26/2019

### SUMMARY of CHARGES

#### Summary of Time

| M. Ficks, Gregg | GMF | $623.00 | 19.80 | 12,335.40 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| C100 | Fact Gathering | 6.40 | 3,987.20 |
| P100 | Project Administration | 13.40 | 8,348.20 |
| | SERVICES TOTAL: | 19.80 | 12,335.40 |

Costs Advanced and Incurred

| Total Costs Advanced and Incurred | 0.00 |
|---|---|

| Invoice Total | **$12,335.40** |
|---|---|

E-BILLED

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department – Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:  Case Name:      2019 Bankruptcy General Advice and Counsel
     Our File No.:    16213-101
     Corporate ID:    1907533

Invoice No. 327877      Statement Date: 08/26/2019

\* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 31, 2019 | $ | 12,335.40 |
| Costs Advanced through July 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 12,335.40 |
| Unpaid Balance Forward | $ | 58,783.20 |
| Total Now Due | $ | 71,118.60 |

E-BILLED

Pacific Gas and Electric Company  
08/26/2019  
Page 3

Client   16213  
Matter   101  
Invoice   327877

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/19 | Gregg M. Ficks | | | |
| P100 | Internal e-mails re Coblentz application for employment as special counsel to PG&E and effect on third party representation disclosed in employment application (0.2), instruct paralegal re ethical wall around PG&E matters as requested by United States Trustee (0.1), review PACER website docket and case filings re status of bankruptcy case, matters, and objections re Coblentz employment application (0.2). | 0.50 | 623.00 | 311.50 |
| 07/02/19 | Gregg M. Ficks | | | |
| P100 | Review PACER website docket re status of case filings and objections to Coblentz Application for Employment as Special Counsel (0.1), undertake establishing ethical wall around corporate paralegal as requested by United States Trustee re Coblentz Application for Employment as Special Counsel (0.2), review and analyze e-mail from Ms. Foust and attached objections to Coblentz Application for Employment as Special Counsel in PG&E bankruptcy case (0.3), internal e-mails and investigation re factual background and waiver letter re objections re Ghost Ship matter re same (1.1), plan and prepare responsive e-mails to Ms. Foust re same (0.3), voicemail from Ms. Dumas re tort holders objection to Coblentz application, and prepare e-mail to Weil Gotshal re same (0.1). | 2.10 | 623.00 | 1,308.30 |

Pacific Gas and Electric Company
08/26/2019
Page 4

Client  16213
Matter  101
Invoice  327877

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/03/19 | Gregg M. Ficks | | | |
| P100 | Further review and analysis of limited objections to Coblentz employment application re Coblentz connections to creditors in PG&E bankruptcy case, including legal and conflict analysis re same under Bankruptcy Code Section 327(e) and California Rules of Professional Conduct (0.5), internal investigation re issues raised in Limited Objections re same, including multiple conferences with relevant Coblentz partners re same (1.2), telephone conference with Ms. Foust of Weil Gotshal re same (0.1), exchange e-mails with Ms. Foust re same (0.1), begin preparation of Supplemental Declaration of Gregg Ficks for filing in Bankruptcy Court re same (0.6). | 2.50 | 623.00 | 1,557.50 |
| 07/05/19 | Gregg M. Ficks | | | |
| P100 | Review and analyze conflicts report re entities referenced in Limited Objections to Coblentz Application for Employment as Special Counsel in PG&E bankruptcy case (0.4), further investigation re same including e-mails and telephone calls with Coblentz partners, and e-mail to Coblentz conflicts staff re same (0.6), plan and exchange e-mails with Ms. Foust at Weil, Gotshal re same (0.2). | 1.20 | 623.00 | 747.60 |

Pacific Gas and Electric Company
08/26/2019
Page 5

Client 16213
Matter 101
Invoice 327877

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 07/06/19 | Gregg M. Ficks | | | |
| P100 | Due diligence re Coblentz Application for Employment as Special Counsel re issues raised by objecting parties, including further review and analysis of Coblentz conflicts check report re same (0.8), prepare Supplemental Declaration of Gregg Ficks for filing in support of Coblentz Application for Employment as Special Counsel addressing issues raised by objecting parties (2.1), prepare e-mail to Ms. Foust at Weil Gotshal re same (0.0), prepare e-mail to Tort Claimants Committee counsel re same (0.0). | 2.90 | 623.00 | 1,806.70 |
| 07/08/19 | Gregg M. Ficks | | | |
| P100 | Further due diligence re connections disclosed in Coblentz Application for Employment as Special Counsel following objections re same, and in preparation of Supplemental Declaration of Gregg Ficks re same (0.9), telephone conference with counsel for TCC re same (0.1), telephone conference with Estela Pino, counsel to Plaintiffs' Executive Committee in Alameda County action re same (0.2), review, analyze, and exchange multiple follow-up e-mails with Ms. Pino re same (0.9), prepare e-mail to creditor attorney Mary Alexander re same (0.0), revise and finalize Supplemental Declaration of Gregg Ficks re same (0.4), internal e-mails with Coblentz attorneys and Coblentz conflicts staff re same (0.6), prepare for hearing on Coblentz Application for Employment as Special Counsel, including review of case docket, case filings, and filed hearing Agenda, and preparation of hearing binder (0.8). | 3.90 | 623.00 | 2,429.70 |

Pacific Gas and Electric Company
08/26/2019
Page 6

Client 16213
Matter 101
Invoice 327877

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/09/19 | Gregg M. Ficks | | | |
| C100 | Prepare for hearing on Coblentz application for employment as special counsel in PG&E bankruptcy case (0.5), internal San Francisco travel and attend hearing on Coblentz application for employment as special counsel in PG&E bankruptcy case (2.5), Coblentz e-mails and attorney communications re establishing confidentiality barriers re relevant matters following hearing on application (0.6), plan and prepare e-mail to Ms. Foust at Weil, Gotshal re fee procedures and deadlines for approved professionals in case (0.4). | 4.00 | 623.00 | 2,492.00 |
| 07/11/19 | Gregg M. Ficks | | | |
| C100 | Review Bankruptcy Court PACER docket re status of entry of Order approving Coblentz application for employment as special counsel, and review entered Order re same (0.1), e-mails with Weil, Gotshal and Keller Benvenutti re same (0.2). | 0.30 | 623.00 | 186.90 |
| 07/16/19 | Gregg M. Ficks | | | |
| C100 | Review case docket re Monthly Fee Statements and requirements re same (0.2). | 0.20 | 623.00 | 124.60 |
| 07/18/19 | Gregg M. Ficks | | | |
| P100 | Exchange e-mails with Ms. Foust re attorney Monthly Fee Statements and Fee Application procedures and forms in PG&E bankruptcy case, and begin preparation of forms for Coblentz re same (0.3). | 0.30 | 623.00 | 186.90 |

Pacific Gas and Electric Company
08/26/2019
Page 7

Client   16213
Matter   101
Invoice  327877

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/19/19 | Gregg M. Ficks | | | |
| C100 | Review e-mail and attachments from Ms. Foust re Monthly Fee Statements and related fee procedures (0.2), prepare Coblentz Monthly Fee Statement form re same (0.2), review e-mail from Fee Examiner Bruce Markell re professional fee issues (0.1). | 0.50 | 623.00 | 311.50 |
| 07/31/19 | Gregg M. Ficks | | | |
| C100 | Prepare Fee Statement forms and prepare First Monthly Fee Statement and Certificate of No Objection re same (1.4). | 1.40 | 623.00 | 872.20 |
| | SERVICES TOTAL | 19.80 | | $12,335.40 |
| | Previous Due | | $ | 58,783.20 |
| | Total Due | | $ | 71,118.60 |

E-BILLED