# EXHIBIT E

4824-4584-8738.1
Case: 19-30088    Doc# 3771-5    Filed: 08/30/19    Entered: 08/30/19 15:05:56    Page 1 of 2

## DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Costs Advanced | Amount |
|---|---|
| Total Costs Requested: | $0.00 |

4824-4584-8738.1