

Signed and Filed: August 30, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  DAVID A. WOOD #272406
   dwood@marshackhays.com
3  LAILA MASUD, #311731
   lmasud@marshckhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt, Irvine, CA 92620
5  Tel: 949-333-7777 -/- Fax: 949-333-7778

6  GERALD SINGLETON, #208783
   GARY LOCURTO, #270372
7  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
8  San Diego, CA 92101
   Tel. (619) 771-3473
9  Email: gerald@slffirm.com
           gary@slffirm.com

Attorneys for SLF Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

    and,

PACIFIC GAS & ELECTRIC COMPANY,

        Debtors.

Affects:

☐    PG&E Corporation

☐    Pacific Gas & Electric Company

☒    Both Debtors

* All papers shall be filed in Lead Case,
  No. 19-30088 (DM).

/ / /

Case No. 19-30088 (DM)

Chapter 11

(Lead Case Jointly Administered)

ORDER GRANTING MOTION FOR
ORDER APPROVING STIPULATION
BETWEEN DEBTORS, AND SLF FIRE
CLAIMANTS RE: GRANTING RELIEF
FROM STAY TO JOIN INDISPENSABLE
PARTIES RE: TUBBS TRIAL

Related: Docket 3725

[No hearing requested]

Upon the Motion, dated August 27, 2019 [Docket No. 3725] ("**Motion** "), of the SLF Claimants[1] (hereafter "**SLF Claimants**") for entry of an order approving the stipulation ("**Stipulation**") entered in to between Debtors and the SLF Claimants, as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion to Shorten and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Stipulation Between Debtors, and SLF Fire Victim Claimants Re: Granting Relief from Stay to Join Indispensable Parties Re: Tubbs Trial, attached as Exhibit "1" to the Motion, is approved.

3. The automatic stay is modified as to the SLF Indispensable Parties, namely (1) Jacqueline Tihoni, (2) The T.M. & J.T. Howard 2003 Revocable Trust; (3) Donald Maffioli; and (4) The Edward J. Venturi Family Trust, to the same extent as provided in the TCC RFS Order.

4. The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment that may be obtained by reason of the

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

modification of the automatic stay as provided above.

5. The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment that may be obtained by reason of the modification of the automatic stay as provided above.

***END OF ORDER**

4852-7634-3459, v. 1

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | PG&E Corporation |
| 3 | Attn: President or General Counsel<br>77 Beale Street |
| 4 | P.O. Box 77000 |
| 5 | U.S. Nuclear Regulatory Commission |
| 6 | Attn: General Counsel<br>U.S. NRC Region IV |
| 7 | 1600 E. Lamar Blvd.<br>Arlington, TX 76011 |

4852-7634-3459, v. 1