Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Email: fos@scarpullalaw.com
      pbc@scarpullalaw.com

Attorneys for Creditors
GER HOSPITALITY, LLC and
RICHARD W. CARPENETI

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>X  Affects both Debtors<br> *  All papers shall be filed in the Lead Case,<br>    No. 19-30088(DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that GER HOSPITALITY, LLC and RICHARD W. CARPENETI (hereinafter "GER" and "Carpeneti," respectively, and/or "Creditors"), as creditors and parties-in-interest in the above-captioned case, hereby appears their counsel, Law Offices of Francis O. Scarpulla, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C §§ 101 *et seq*., requests that all notices given or required and all papers served in this case be delivered to and served upon the attorneys identified below at the following address:

.    NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Case: 19-30088   Doc# 3796   Filed: 09/03/19   Entered: 09/03/19 13:47:27   Page 1 of 2

**LAW OFFICES OF FRANCIS O. SCARPULLA**
Attn: Francis O. Scarpulla, Esq.
Attn: Patrick B. Clayton, Esq.
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
T: 415.788.7210
F: 415.788.0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Creditors' rights to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Creditors' rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Creditors' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoff, or recoupments to which Creditors may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED: September 3, 2019

LAW OFFICES OF FRANCIS O. SCARPULLA

By ___/s/ Francis O. Scarpulla_____
           Francis O. Scarpulla

Attorney for Creditors
GER HOSPITALITY, LLC and
RICHARD W. CARPENETI

Case: 19-30088    Doc# 3796    Filed: 09/03/19    Entered: 09/03/19 13:47:27    Page 2 of 2