Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Attorneys for Creditors
GER HOSPITALITY, LLC
and RICHARD W. CARPENETI

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X   Affects both Debtors<br>*   All papers shall be filed in the Lead Case, No. 19-30088(DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

See attached.

---
1
. CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, C.P. Cusick, declare as follows:

    I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 456 Montgomery Street, 17th Floor, San Francisco, CA 94014.

    On September 3, 2019, I served document(s) described as:

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES**

**AND DEMAND FOR SERVICES OF PAPERS**

on the interested parties in this action as follows:

[ ]    BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X]    BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on August 28, 2019 at San Francisco, California.

                                            /s/ C.P. Cusick
                                              C.P. Cusick