JAMES A. SHEPHERD - SBN 264400
**LAW OFFICES OF JAMES SHEPHERD**
3000 Citrus Circle, Suite 204
Walnut Creek, CA 94598
tel (925) 954-7554
fax (925) 281-2341
email: jim@jsheplaw.com

Counsel for Creditor-Lienholder
W. BRADLEY ELECTRIC, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, INC,<br><br>    Debtor in Possession.<br><br>In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor in Possession.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Chapter 11<br><br>Case No. 19-30088 (DM)<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SUBSTITUTION OF ATTORNEY** |

  W. BRADLEY ELECTRIC, INC., a creditor and lienholder herein, substitutes Law Offices of James Shepherd as its counsel of record in the above-captioned cases. W. Bradley Electric, Inc. was formerly represented by Elkington Shepherd LLP herein

Dated: September 3, 2019    W. BRADLEY ELECTRIC, INC.

                By: /s/ Ralph Greenwood
                Its: CFO


                ACCEPTED:
                LAW OFFICES OF JAMES SHEPHERD

Dated: September 4, 2019    By: /s/ James A. Shepherd