GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SECOND SUPPLEMENTAL DECLARATION OF GREGG M. FICKS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) ON BEHALF OF SPECIAL COUNSEL COBLENTZ PATCH DUFFY & BASS LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in Lead Case No. 19-30088 (DM).* | [No Hearing Requested] |

I, Gregg M. Ficks, declare:

1. I am a partner at the law firm of Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Firm**"), resident in Coblentz's San Francisco office located at One Montgomery Street, Suite 3000, San Francisco, CA 94104. I am a member in good standing of the State Bar of California, and of this Court. I submit this Declaration to supplement my declaration dated June 18, 2019 [Docket No. 2596] (the "**Original Declaration**") and my declaration dated July 8, 2019 [Docket No. 2888] (the "**Supplemental Declaration**") (collectively, the "**Initial Declarations**") filed in support of the Application of the above-captioned debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), for an order, pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the employment and retention of Coblentz as one of the Debtors' special counsel effective *nunc pro tunc* to January 29, 2019 (the "**Petition Date**"). Unless otherwise stated in this Declaration, I have personal knowledge of the matters set forth herein.

2. As anticipated in the Original Declaration, this declaration is submitted to supplement information disclosed in the Original Declaration and the Supplemental Declaration. As additional information or further analysis regarding creditors and other parties in interest in these Bankruptcy Cases becomes available or known to Coblentz, one or more supplemental declarations will be submitted to the Court reflecting additional disclosures, if applicable.

3. Since the time of Coblentz's conflicts check for the Initial Declarations, Coblentz has added additional clients that match names on the conflicts check list Chapter 11 bankruptcy counsel to the Debtors provided to Coblentz on or about March 4, 2019, and again, as updated, on or about April 16, 2019. The additional matched clients are as follows:

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Sheedy Drayage Co. | Vendors | Current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Commercial Energy of Montana | Contract Counterparties (includes, PPAs, patents and IP) | Current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on September 4, 2019.

/s/ Gregg M. Ficks
Gregg M. Ficks

16213.101 4835-1408-6306.1

3