

Signed and Filed: September 4, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER RE: THE PRODUCTION OF THE 2015 BUTTE FIRE SETTLEMENT INFORMATION** |

The Court, having considered the *Stipulation Re: the Production of the 2015 Butte Fire Settlement Information* (the "**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") and the Official Committee of Tort Claimants (the "**TCC**"), filed on August 29, 2019 in connection with the above-captioned chapter 11 cases pending before the United States Court for the Northern District of California (the "**Chapter 11 Cases**"), which applies to those responsive settlement documents concerning the 2015 Butte Fire produced by the Debtors (the "**Butte Settlement Documents**") in response to Requests Nos. 2, 6, 7 and 8 of the TCC's Requests for Production of Documents Under Fed. R. Bankr. P. 2004 served on the Debtors on June 27, 2019, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

**1.** The Stipulation is granted.

**2.** The Debtors shall redact names, addresses and any other personally identifying information associated with individual claims from the Butte Settlement Documents prior to their production.

**3.** To the extent that any documents that the Debtors produce as part of the Butte Settlement Documents are subject to mediation confidentiality under Cal. Evid. C. § 1119, the Debtors' production of such documents in these Chapter 11 Cases shall not constitute a violation of any provision governing mediation confidentiality, including Cal. Evid. C. §§ 1115-28.

**4.** To the extent that any documents that the Debtors produce as part of the Butte Settlement Documents are subject to work product protection or attorney-client privilege under state or federal law, the Debtors' production of such documents in these Chapter 11 Cases shall not constitute a waiver of privilege or work product protection over any other document, or any kind of subject matter waiver. Nothing in this Order shall preclude the TCC from arguing that any work product protection, attorney-client privilege or other protection asserted by Debtors over the Butte Settlement Documents has already been waived by the Debtors. Further, nothing in this order precludes the Debtors from disagreeing with and opposing such argument.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: August 29, 2019

BAKER & HOSTETLER LLP

*/s/ Kimberly S. Morris*
Kimberly S. Morris

*Attorneys for Official Committee of Tort Claimants*

**\*\* END OF ORDER \*\***