

KATHRYN A. COLEMAN (SBN 110937)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Counsel for Hyundai Corporation USA*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case Nos. 19-30088 (DM) (Lead Case)<br>19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIM PURSUANT TO 11 U.S.C. § 546(b)(2)** |

PLEASE TAKE NOTICE that Hyundai Corporation USA ("Hyundai") by and through its undersigned counsel, hereby gives notice (the "Notice") of continued perfection of its mechanics lien (the "Mechanics Lien" or the "Lien") under section 546(b)(2) of the United States Bankruptcy Code (the "Code"), as follows:

Hyundai is a corporation that has provided and delivered labor, services, equipment, and materials for the improvement of projects on the real property located in City of Tierra Buena, County of Sutter, California, and more particularly located at Pacific Gas & Electric Company, 2498 Pease Road, Tierra Buena, CA 95993, Parcel ID: 17-230-007 (the "Property"), which is owned or reputed to be owned by Debtor Pacific Gas & Electric Company (the "Debtor"). The delivered labor, services, equipment, and materials were provided to the

1

Debtor pursuant to a contract entered into between Hyundai and the Debtor, effective as of October 3, 2017 (the "Master Agreement"). Under Purchase Order # 2700018090, Change Order No. 2700018090, and Supplement to Change Order No. 2700018090, which arises under the Master Agreement, the Debtor owes $2,047,676.99, plus interest thereon at the legal rate from May 15, 2019, related to the gray colored Transformer, serial # US-200510-010-TCT, which Hyundai manufactured and then installed at the Property.

On August 13, 2019, Hyundai properly perfected its Mechanics Lien under California Civ. Code §§ 8400, et seq. by timely recording its Mechanics Lien in the Official Records of Sutter County, Document # 2019-0010874, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A.

Pursuant to California Civ. Code § 8460, an action to enforce a lien must be commenced within 90 days after the recordation of the mechanics lien. However, due to the automatic stay set forth in section 362 of the Code and effective as of January 29, 2019, Hyundai is precluded from filing a state court action to enforce its Mechanics Lien.

Pursuant to section 546(b)(2) of the Code, Hyundai hereby gives notice in lieu of the commencement of any such action to perfect, maintain, or continue the perfection of its Lien. Hyundai is filing and serving this Notice to preserve, perfect and maintain the perfection of its Lien and its rights in the Property to comply with the requirements set forth in sections 362 and 546 of the Code, California state law, and any other applicable law. By this Notice, the Debtor and other parties in interest are estopped from claiming that the lawsuit to enforce the Mechanics Lien was not timely commenced pursuant to applicable state law. Hyundai intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by section 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

The filing of this Notice shall not be construed as an admission that such filing is required under the Code, the California mechanics lien law, or any other applicable law. In addition, Hyundai does not make any admission of fact or law, and Hyundai asserts that its Lien

is senior to and effective against any entities or persons that may have acquired rights or interests in the Property previously.

Hyundai asserts a secured interest in the Property to the fullest extent allowed by applicable law, including interest under the legal rate from May 15, 2019. Further, Hyundai reserves the right to supplement and/or amend this Notice and reserves any and all other rights under applicable law.

Dated: September 4, 2019
New York, New York

**HUGHES HUBBARD & REED LLP**

By: /s/ *Kathryn A. Coleman*
Kathryn A. Coleman

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
katie.coleman@hugheshubbard.com

*Counsel for Hyundai Corporation USA*

# EXHIBIT A

**RECORDING REQUESTED BY:**
Mr. Sa Hoon Pack
Hyundai Corporation USA
21250 Hawthorne Blvd. #775
Torrance, CA 90503

**WHEN RECORDED MAIL:**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Kathryn A. Coleman, Esq.

2019-0010874

Recorded
Official Records
County of
Sutter
Donna M. Johnston
Clerk Recorder

REC FEE 31.00
INVOLUNTARY LI 7.00
CCI - CONFORME 0.00
HOUSING FEE 75.00

MJ
Page 1 of 6

04:29PM 13-Aug-2019

LIEN NOTICE SENT
GOV. CODE 27297.5

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

# Claim of Mechanics Lien
DOCUMENT TITLE

Separate page pursuant to Government Code § 27361.6

Case: 19-30088    Doc# 3810    Filed: 09/04/19    Entered: 09/04/19 15:42:40    Page 5 of 10

RECORDING REQUESTED BY:
Mr. Sa Hoon Pack
Hyundai Corporation USA
21250 Hawthorne Blvd. #775
Torrance, CA 90503
**AFTER RECORDING RETURN TO:**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Kathryn A. Coleman, Esq.

For Recorder's Use

# CLAIM OF MECHANICS LIEN
(Cal. Civ. Code § 8416, et seq.)

Hyundai Corporation USA ("Claimant") hereby claims a mechanics lien on the real property in the City of Tierra Buena, County of Sutter, California, and more particularly located at Pacific Gas & Electric Company, 2498 Pease Road, Tierra Buena, CA 95993, Parcel ID 17-230-007 (the "Property"), owned or reputed to be owned by Pacific Gas & Electric Company, for the sum of $2,047,676.99, plus interest thereon at the legal rate from May 15, 2019, which is due and unpaid (after deducting all just credits and offsets) for labor, services, materials and equipment furnished by Claimant, pursuant to a contract entered into by Claimant and Pacific Gas & Electric Company, effective as of October 3, 2017 (the "Master Agreement"). Under Purchase Order # 2700018090, Change Order No. 2700018090, and Supplement to Change Order No. 2700018090, which arises under the Master Agreement, Claimant is due and unpaid for labor, services, materials and equipment related to the gray colored Transformer, serial # US-200510-010-TCT, located at the Property.

Claimant was contracted to furnish the same by/furnished the same to Pacific Gas & Electric Company under contract with Steve Coleman, Senior Director of Sourcing at Pacific Gas & Electric Company. The name and address of the owner(s) or reputed owners(s) of the real property is/are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Dated: August 12, 2019

By: /s/ Sa Hoon Pack
Sa Hoon Pack

Hyundai Corporation USA
21250 Hawthorne Blvd. #775
Torrance, CA 90503
Telephone: (424) 254-2390
Email: shpack@hyundaicorp.com

## VERIFICATION

3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of Los Angeles  )

On August 12, 2019 before me, Maria Alejandra Kaiser, Notary Public,
    Date                               Here Insert Name and Title of the Officer
personally appeared Sa Hoon Pack
                                       Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                  Signature of Notary Public

Place Notary Seal Above

――――――――― **OPTIONAL** ―――――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: CLAIM OF MECHANICS LIEN
Document Date: 8/12/2019      Number of Pages: 2
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: Sa Hoon Pack
☒ Corporate Officer — Title(s): CEO & PRESIDENT
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

I am the President of Hyundai Corporation USA and the foregoing Claim of Mechanics Lien is true of my own knowledge, except for matters stated in it on the basis of my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 12, 2019

By: /s/ _____
Sa Hoon Pack

Hyundai Corporation USA
21250 Hawthorne Blvd. #775
Torrance, CA 90503
Tel: (424) 254-2390
shpack@hyundaicorp.com

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

5

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of _Los Angeles_  

On _August 12, 2019_ before me, _Maria Alejandra Kaiser, Notary Public_,  
　　　Date　　　　　　　　　　　　　　Here Insert Name and Title of the Officer  
personally appeared _Sa Hoon Pack_  
　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_  
　　　　　Signature of Notary Public

[Notary Seal: MARIA ALEJANDRA KAISER, Notary Public - California, Los Angeles County, Comm. #2285877, My Comm. Expires May 18, 2023]

Place Notary Seal Above

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _NOTICE OF MECHANICS LIEN_  
Document Date: _8/12/2019_　　　　　　　　Number of Pages: _1_  
Signer(s) Other Than Named Above: ___

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _Sa Hoon Pack_  
☑ Corporate Officer — Title(s): _CEO / PRESIDENT_  
☐ Partner — ☐ Limited ☐ General  
☐ Individual　☐ Attorney in Fact  
☐ Trustee　　☐ Guardian or Conservator  
☐ Other: ___  
Signer Is Representing: ___

Signer's Name: ___  
☐ Corporate Officer — Title(s): ___  
☐ Partner — ☐ Limited ☐ General  
☐ Individual　☐ Attorney in Fact  
☐ Trustee　　☐ Guardian or Conservator  
☐ Other: ___  
Signer Is Representing: ___

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5907

## PROOF OF SERVICE

**KATHRYN A. COLEMAN**, an attorney, herby certifies under penalty of perjury that on August 12, 2019, she caused a true and correct copy of Hyundai Corporation USA's CLAIM OF MECHANICS LIEN and NOTICE OF MECHANICS LIEN on Pacific Gas & Electric Company named below by certified mail, return receipt requested, at the address shown below:

        Owner: Pacific Gas & Electric Company
               77 Beale Street
               San Francisco, CA 94105

Dated: August 12, 2019
       New York, New York       **HUGHES HUBBARD & REED LLP**

                                        By: */s/*    *Kathryn A. Coleman*
                                                Kathryn A. Coleman

                                          One Battery Park Plaza
                                          New York, New York 10004
                                          Tel: (212) 837-6000
                                          Fax: (212) 422-4726
                                          katie.coleman@hugheshubbard.com

                                          *Counsel for Hyundai Corporation USA*

END OF DOCUMENT