| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

NOTICE IS HEREBY GIVEN that PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the Order Granting the Motion of the Official Committee of Tort Claimants for Relief from the Automatic Stay filed August 21, 2019 [Docket No. 3644] and the Order Granting the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay filed August 21, 2019 [Docket No. 3643] (together, the "**Orders**"), and the related Memorandum Decision Regarding Motions for Relief from Stay filed August 16, 2019 [Docket No. 3571] (the "**Memorandum**"). Copies of the foregoing are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively.

Pursuant to 28 U.S.C. § 158(c)(1), the Debtors hereby elect to have the appeal heard by the United States District Court for the Northern District of California (the "**District Court**") rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The Debtors have filed this notice in an abundance of caution to preserve their rights. The District Court, pursuant to 28 U.S.C. § 157(d) and the Order Adopting Recommendation for Withdrawal of Reference of Proceeding in Part; Order of Assignment filed August 22, 2019 [Docket No. 3671], has withdrawn the reference from the Bankruptcy Court presiding over these Chapter 11 Cases with respect to, among other things, the "method of conduct of the estimation proceedings". The estimation proceedings have been assigned to United States District Court Judge James Donato. In light of that withdrawal, the considerations that caused the Bankruptcy Court to lift the automatic stay have changed, and the Debtors intend to file a motion before the District Judge Donato to reinstate the automatic stay based on the new circumstances. The Bankruptcy Court's decision to lift the stay was based on a finding that the result of a state court trial would offer an "important data point" that would provide "guidance . . . in [the Bankruptcy] court's estimation proceedings". (Dkt. No. 3571 at 3). However, since those proceedings will now occur in the District Court before Judge Donato, the District Court is best situated to determine whether lifting the stay will serve the estimation process. The Debtors accordingly do not believe an appeal of the Bankruptcy Court's order lifting the stay is necessary or the right vehicle to address this

issue, but are filing this Notice of Appeal until the parties have an opportunity to confer with the District Court about the appropriate path forward in light of the recent withdrawal of the reference.

The names of all parties to the Order and Memorandum other than the Debtors, and the names, addresses, and telephone numbers of their attorneys, are:

| Moving Party | Counsel |
|---|---|
| Official Committee of Tort Claimants | BAKER & HOSTETLER LLP<br>Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: 628.208.6434<br>Facsimile: 310.820.8859<br>Email: rjulian@bakerlaw.com, cdumas@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com, lattard@bakerlaw.com |
| Official Committee of Unsecured Creditors | MILBANK LLP<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Samuel A. Khalil (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001-2163<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com, skhalil@milbank.com<br><br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>Email: gbray@milbank.com, tkreller@milbank.com |

| | |
|---|---|
| Ad Hoc Committee of Subrogation Claimants* | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (pro hac vice)<br>Joseph G. Minias (pro hac vice)<br>Benjamin P. McCallen (pro hac vice)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: (408) 971-6270<br>Facsimile: (408) 971-6271<br>Email: kdiemer@diemerwei.com |
| Ad Hoc Committee of Senior Unsecured Noteholders* | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (pro hac vice)<br>Ira S. Dizengoff (pro hac vice)<br>David H. Botter (pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, aqureshi@akingump.com<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ashley Vinson Crawford (SBN 257246)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| Certain PG&E Shareholders* | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Co-lead Counsel in the Judicial Council Coordination Proceeding entitled California North Bay Fire Cases | WALKUP, MELODIA, KELLY & SCHOENBERGER<br>Michael A. Kelly (SBN 71460)<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Telephone: 415.981.7210<br>Facsimile: 415.391.6965<br>Email: mkelly@walkuplawoffice.com<br><br>COTCHETT, PITRE & MCCARTHY, LLP<br>Frank M. Pitre (SBN 100077)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>Email: fpitre@cpmlegal.com |
| 10<br>11<br>12<br>13 | Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein | COREY, LUZAICH,<br>DE GHETALDI & RIDDLE LLP<br>Dario de Ghetaldi – Bar No. 126782<br>Amanda L. Riddle – Bar No. 215221<br>Steven M. Berki – Bar No. 245426<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030-0669<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>Email: deg@coreylaw.com, alr@coreylaw.com, smb@coreylaw.com<br><br>DANKO MEREDITH<br>Michael S. Danko – Bar No. 111359<br>Kristine K. Meredith – Bar No. 158243<br>Shawn R. Miller – Bar No. 238447<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>Email: mdanko@dankolaw.com, kmeredith@dankolaw.com, smiller@dankolaw.com<br><br>GIBBS LAW GROUP<br>Eric Gibbs – Bar No. 178658<br>Dylan Hughes – Bar No. 209113<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com, dsh@classlawgroup.com |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | John Caslin and Phyllis Lowe | ROBINS CLOUD LLP<br>Bill Robins III – Bar No. 296101<br>Robert T. Bryson – Bar No. 156953<br>Kevin M. Pollack – Bar No. 272786<br>808 Wilshire Boulevard, Suite 450<br>Santa Monica, CA 90401<br>Tel.: (310) 929-4200 / Fax: (310) 566-5900<br>Email: robins@robinscloud.com, rbryson@robinscloud.com, kpollack@robinscloud.com |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | William Edelen, Roxanne Edelen, The William L. Edelen and Roxanne G. Edelen Trust Agreement dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, The Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven | ABBEY, WEITZENBERG, WARREN & EMERY, PC<br>Brendan M. Kunkle (SB No. 173292)<br>Michael D. Green (SB No. 214142)<br>100 Stony Point Rd, Suite 200<br>Santa Rosa, CA 95401<br>Telephone: (707) 542-5050 Fax:<br>(707) 542-2589<br>Emails: bkunkle@abbeylaw.com; mgreen@abbeylaw.com |
| 17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Don Louis Kamprath, Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, and Greg and Christina Wilson | COTCHETT, PITRE & MCCARTHY, LLP<br>Frank M. Pitre (SBN 100077)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>Email: fpitre@cpmlegal.com<br><br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>Steven M. Campora (SBN 110909)<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Telephone: (916) 379-3500<br>Facsimile: (916) 379-3599<br>Email: scampora@dbbwc.com |

| | |
|---|---|
| Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz | PANISH SHEA & BOYLE LLP<br>Brian Panish (State Bar No. 116060)<br>Rahul Ravipudi (State Bar No. 204519)<br>Lyssa A. Roberts (State Bar No. 235049)<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90025<br>Telephone: 310.477.1700<br>Email: panish@psblaw.com, ravipudi@psblaw.com, roberts@psblaw.com |
| SLF Fire Victim Claimants | SINGLETON LAW FIRM, APC<br>Gerald Singleton (SBN 208783)<br>John C. Lemon (SBN 175847)<br>450 A Street, 5th Floor<br>San Diego, CA 92101<br>Tel: (619) 771-3473<br>Email: gerald@slffirm.com, john@slffirm.com |
| Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (pro hac vice)<br>Joseph G. Minias (pro hac vice)<br>Benjamin P. McCallen (pro hac vice)<br>787 Seventh Avenue New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: (408) 971-6270<br>Facsimile: (408) 971-6271<br>Email: kdiemer@diemerwei.com |
| State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries | DECHERT LLP<br>Allan S. Brilliant (*pro hac vice*)<br>Shmuel Vasser (*pro hac vice*)<br>Alaina R. Heine (*pro hac vice*)<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212.698.3500<br>Facsimile: 415.698.3599<br>Email: allan.brilliant@dechert.com, shmuel.vasser@dechert.com |

| | |
|---|---|
| | DECHERT LLP<br>Rebecca Weissman (No. 322402)<br>One Bush Street, Suite 1600<br>San Francisco, California 94104<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br>Email: rebecca.weissman@dechert.com |
| Sonoma Clean Power Authority | ENGEL LAW, P.C.<br>G. Larry Engel (SBN 53484)<br>12116 Horseshoe Lane<br>Nevada City, CA 95959<br>Phone: 415.370.5943<br>Email: larry@engeladvice.com<br><br>BOUTIN JONES INC.<br>Mart Gorton (SBN 99312)<br>Thomas G. Mouzes (SBN 99446)<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 94814<br>Phone: 916.321.4444<br>Facsimile: 916.441.7597<br>Email: mgorton@boutinjones.com<br><br>SONOMA CLEAN POWER AUTHORITY<br>Jessica Mullan (SBN 263435)<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA 95404<br>Phone: 707.8908485<br>Email: jmullan@sonomacleanpower.org |

For group parties denoted with "*", please see Exhibit D hereto for a detailed list identifying members of the group.

Dated: September 4, 2019   **CRAVATH, SWAINE & MOORE LLP**
                                                    **WEIL, GOTSHAL & MANGES LLP**
                                                    **KELLER & BENVENUTTI LLP**

                                                    By: /s/ *Paul H. Zumbro*
                                                           Paul H. Zumbro

                                                  *Attorneys for Debtors and Debtors in Possession*