**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. On August 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) PG&E Corporation, Attn: President or General Counsel, 77 Beale Street, P.O. Box 77000 San Francisco, CA 94105 and (2) U.S. Nuclear Regulatory Commission, Attn: General Counsel, U.S. NRC Region IV, 1600 E. Lamar Blvd. Arlington, TX 76011:

- Order Granting Motion for Order Approving Stipulation Between Debtors, and SLF Fire Claimants Re: Granting Relief from Stay to Join Indispensable Parties Re: Tubbs Trial [Docket No. 3772]

4. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of September 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ABID QURESHI, ESQ. | 1999 Avenue of the Stars Suite 600 | | Los Angeles | CA | 90067-4614 |
| Arent Fox LLP | Attn: BETH M. BROWNSTEIN, ESQ. | 1301 Avenue of the Americas 42nd Floor | | New York | NY | 10019-6040 |
| Baker & Hostetler LLP | Attn: KIMBERLY S. MORRIS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Berger Kahn | Attn: CRAIG S. SIMON, ESQ. | 1 Park Plaza Suite 340 | | Irvine | CA | 92614-2511 |
| Corey, Luzaich, de Ghetaldi & Riddle LLP | Attn: AMANDA L. RIDDLE, ESQ. | 700 El Camino Real | | Millbrae | CA | 94030-2065 |
| Cotchett, Pitre & McCarthy, LLP | Attn: FRANK M. PITRE, ESQ. | 840 Malcolm Road, Suite 200 | | Burlingame | CA | 94010-1413 |
| Cravath, Swaine & Moore LLP | Attn: Kevin J. Orsini | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dreyer Babich Buccola Wood Campora, LLP | Attn: STEVEN M. CAMPORA, ESQ. | 20 Bicentennial Circle | | Sacramento | CA | 95826-2802 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Jones Day | Attn: JAMES O. JOHNSTON, ESQ. | 555 South Flower Street | | Los Angeles | CA | 90071-2300 |
| Marshack Hays LLP | Attn: RICHARD A. MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: ALAN W. KORNBERG, ESQ. & SEAN MITCHELL, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Weil, Gotshal & Manges LLP | Attn: Jessica Liou | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: BENJAMIN P. MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**  PG&E Corporation | Case No.: 19–30088 DM 11  Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on August 27, 2019 was filed on August 28, 2019. The following deadlines apply:

The parties have until Wednesday, September 4, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, September 18, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, September 30, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, November 26, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 9/3/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court