

1    Richard A. Lapping (SBN: 107496)
     Trodella & Lapping LLP
2    540 Pacific Avenue
     San Francisco, CA 94133
3    Telephone:   (415) 399-1015
     Facsimile:    (415) 651-9004
4    *Rich@TrodellaLapping.com*

**Signed and Filed: September 5, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5    Attorneys for Valero Refining Company-California

6

7

8

9

10

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

11    In re:

12    PG&E CORPORATION,

13        -and-

14    PACIFIC GAS & ELECTRIC COMPANY,

15               Debtors.

16    □ Affects PG& Corporation
     ■ Affects Pacific Gas and Electric Company
17    □ Affects both Debtors

18    *All papers shall be filed in the Lead Case,*
     *No. 19-30088 (DM).*

Case No.: 19-30088-DM

Chapter 11

**ORDER APPROVING STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND MOVANT VALERO REFINING COMPANY-CALIFORNIA FOR LIMITED RELIEF FROM THE AUTOMATIC STAY AND LIMITED PRESERVATION OF JURY TRIAL RIGHTS**

[Relates to Docket No. 315]

[No Hearing Requested]

Date:   September 10, 2019
Time:   9:30 a.m.
Place:   Courtroom 17
         450 Golden Gate Avenue, 16th Floor
         San Francisco, California
Judge:  Hon. Dennis Montali

25         On consideration of the Stipulation Between Debtor Pacific Gas and Electric

26    Company and Movant Valero Refining Company-California For Limited Relief from the

27    Automatic Stay and Limited Preservation of Jury Trial Rights filed September 5, 2019 as Dkt.

28    No. 3815 (the "Stipulation"), and this Court having jurisdiction to consider the Motion and the

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, and to consider the Stipulation and its provisions pursuant to that same authority and Federal Rule of Bankruptcy Procedure 4001(d)(4); and consideration of the Motion, the Stipulation and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and sufficient to afford reasonable notice of the material provisions of the Stipulation and opportunity for hearing; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for approval of the Stipulation; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, and good cause appearing,

IT IS HEREBY ORDERED:

1.      The Stipulation is approved.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Approved:

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By:      /s/ Peter J. Benvenutti
         Peter J. Benvenutti
         Attorneys for Debtors
         And Debtors in Possession

* * END OF ORDER * *