# UNITED STATES BANKRUPTCY COURT

Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**
Name of Transferee

Name and Address where notices to transferee should be sent:

**261 Fifth Avenue, 22nd Floor
New York, NY 10016**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: __N/A__

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

**ATPD, Inc.**
Name of Transferor

Scheduled Claim #: **3.360**
Scheduled Amount: **$1,284,318**
Proof of Claim #: **2083**
POC Amount: **$1,096,420.64**
Debtor: **Pacific Gas and Electric Company**

Phone: **(408) 487-1210**
Last Four Digits of Acct #: __N/A__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: *9/5/19.*