# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation
and Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM
Chapter 11

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG&E Corporation & Pacific Gas and Electric Company- Dkt #3812**

**Memorandum Decision Regarding Motions for Relief from Stay**

**Order Granting The Motion of The Ad Hoc Group of Subrogation Claim Holders for Relief from Stay**

**Order Granting the Motion of The Official Committee of Tort Claimants for Relief from Automatic Stay**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Keller & Benvenutti LLP          for PG& E Corporation and
Tobias S. Keller                 Pacific Gas & Electric Company
Jane Kim
650 California St., #1900
San Francisco, CA 94108
**-and-**
Weil, Gotshal & Manges LLP
Stephen Karotkin
Jessica Liou
Ray C. Schrock
767 Fifth Ave.
New York, NY 10153
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Ave.
New York, NY 10019


Baker & Hostetler LLP          for Official Committee of Tort Claimant
Robert A. Julian
Cecily A. Dumas
1160 Battery St., #100
San Francisco, CA 94111
**-and-**
Baker & Hostetler LLP
Eric E. Sagerman
Lauren T. Attard
11601 Wilshire Blvd., #1400
Los Angeles, CA 90025


Milbank LLP                for Official Committee of Unsecured Creditors
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163
**-and-**
Milbank LLP
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

| | |
|---|---|
| Willkie Farr & Gallagher LLP | for Ad Hoc Committee of Subrogation Claimants |
| Matthew A. Feldman | |
| Joseph G. Minias | |
| Benjamin P. McCallen | |
| 787 Seventh Avenue | |
| New York, NY 10019-6099 | |

**-and-**

Diemer & Wei LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113


| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | for Ad Hoc Committee of Senior Unsecured Noteholders |

Michael S. Stamer
Ira S. Dizengoff
David H. Botter
One Bryant Park
New York, New York 10036

 **-and-**

Akin Gump Strauss Hauer & Feld LLP
Ashley Vinson Crawford
580 California Street, Suite 1500
San Francisco, CA 94104


| | |
|---|---|
| JONES DAY | for Certain PG& E Shareholders |
| Bruce S. Bennett | |
| Joshua M. Mester | |
| James O. Johnston | |
| 555 South Flower Street, 15th Floor | |
| Los Angeles, CA 90071-2300 | |


| | |
|---|---|
| Walkup, Melodia, Kelly & Schoenberger | for Judicial Council Coordination Proceeding |
| Michael A. Kelly | Entitled California North Bay Fire Cases |
| 650 California Street, 26th Floor | |
| San Francisco, CA 94108 | |

**-and-**

COTCHETT, PITRE & MCCARTHY, LLP
Frank M. Pitre
840 Malcolm Road, Suite 200
Burlingame, CA 94010

COREY, LUZAICH, DE GHETALDI & RIDDLE LLP          for Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Thompson and Stephen Breitenstein

Dario de Ghetaldi
Amanda L. Riddle
Steven M. Berki
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030-0669
**-and-**
DANKO MEREDITH
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
**-and-**
GIBBS LAW GROUP
Eric Gibbs
Dylan Hughes
505 14th Street, Suite 1110
Oakland, CA 94612


ROBINS CLOUD LLP                    for John Caslin and Phyllis Lowe
Bill Robins III
Robert T. Bryson
Kevin M. Pollack
808 Wilshire Boulevard, Suite 450
Santa Monica, CA 90401


ABBEY, WEITZENBERG, WARREN & EMERY, PC    for William Edelen, Roxanne Edelen, Trust Agreement dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, The Jeremy L. Olsan and Ann M. DuBay Trust dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven
Brendan M. Kunkle
Michael D. Green
100 Stony Point Rd, Suite 200
Santa Rosa, CA 95401


ABBEY, WEITZENBERG, WARREN & EMERY, PC    for Don Louis Kamprath,

| | |
|---|---|
| Frank M. Oitre<br>840 Malcolm Rd., #200<br>Burlingame, CA 94010 | Ruth Kamprath, the<br>Donald L. Kamprath and<br>Ruth Johnson Kamprath Revocable<br>Trust, Elizabeth Fourkas, Pete<br>Fourkas, Alissa Fourkas, the Fourkas<br>Family Trust, and Greg and<br>Christina Wilson |

**-and-**
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
Steven M. Campora
20 Bicentennial Circle
Sacramento, CA 95826

| | |
|---|---|
| PANISH SHEA & BOYLE LLP<br>Brian Panish<br>Rahul Ravipudi<br>Lyssa A. Roberts<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90025 | for Armando A. Berriz,<br>Armando J. Berriz, Carmen T.<br>Meissner, Monica Berriz, and the<br>Estate of Carmen Caldentey Berriz |

| | |
|---|---|
| SINGLETON LAW FIRM, APC<br>Gerald Singleton<br>John C. Lemon<br>450 A Street, 5th Floor<br>San Diego, CA 92101 | for SLF Fire Victim Claimants |

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Avenue<br>New York, NY 10019-6099 | for Amica Mutual Insurance<br>Company, BG Resolution<br>Partners I-A, L.L.C. (an<br>affiliate of The Baupost Group, L.L.C.),<br>Encompass Insurance Company, Fire<br>Insurance Exchange, Hartford Accident &<br>IndemnityCompany, Liberty Insurance<br>Corporation, Mercury Insurance,<br>Nationwide Mutual Insurance Company,<br>and United Services Automobile<br>Association |

**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando Street, Suite 555
San Jose, CA 95113

| | |
|---|---|
| DECHERT LLP | for State Farm MutualAutomobile Insurance |

Allan S. Brilliant                          Company and its affiliates and subsidiaries
Shmuel Vasser
Alaina R. Heine
1095 Avenue of the Americas
New York, New York 10036
**-and-**
DECHERT LLP
Rebecca Weissman
One Bush Street, Suite 1600
San Francisco, California 94104


ENGEL LAW, P.C.                          for Sonoma Clean Power Authority
G. Larry Engel
12116 Horseshoe Lane
Nevada City, CA 95959
**-and-**
BOUTIN JONES INC.
Mart Gorton
Thomas G. Mouzes
555 Capitol Mall, Suite 1500
Sacramento, CA 94814
**-and-**
SONOMA CLEAN POWER AUTHORITY
Jessica Mullan
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404


                              Da'Wana L. Chambers
Date: September 6, 2019              Deputy Clerk