WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON MARINA AND MIKHAIL GELMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**[Re: Dkt No. 1310, 3617]**<br><br>**New Date:**    September 25, 2019<br>    **Time:**       9:30 am<br><br>**Objection Deadline: September 20, 2019 at 4:00 pm Pacific Time** |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2019, Marina and Mikhail Gelman (the "**Gelmans**") filed in these Chapter 11 cases a *Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1)* [Dkt. 1310] (the "**Initial Relief from Stay Motion**"), superseding a similar motion filed on April 3, 2019 [Dkt. 1201].  The preliminary hearing on the Initial Relief from Stay Motion was held on May 9, 2019, and continued by the Bankruptcy Court to September 10, 2019, pursuant to the Memorandum Decision filed May 12, 2019 [Dkt. 1982].

**PLEASE TAKE FURTHER NOTICE** that on August 20, 2019, the Gelmans filed the *Supplement to Their Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Objection to the Bankruptcy Court Adjudicating Movants' Personal Injury Claims* [Dkt. 3617] (the "**Supplemental Relief from Stay Motion**," and, together with the Initial Relief from Stay Motion, the "**Relief from Stay Motion**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to stipulation of the parties, the hearing on the Relief from Stay Motion will be **continued** from September 10, 2019, to **September 25, 2019, at 9:30 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that (1) oppositions or responses to the Relief from Stay Motion by the Debtors or any official committee must be in writing, filed with the Bankruptcy Court so as to be received by no later than **4:00 p.m. (Pacific Time) on September 20, 2019**; (2) all oppositions and responses must be filed and served pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"); and (3) any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | |
|---|---|
| Dated: September 5, 2019 | Dated: September 5, 2019 |
| **KELLER & BENVENUTTI LLP** | **LAW OFFICES OF BORIS E. EFRON** |
| /s/ *Dara L. Silveira* | /s/ *David W. Wessel* |
| Dara L. Silveira | David W. Wessel |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Creditors Marina Gelman and Mikhail Gelman* |