WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

1    NOTICE IS HEREBY GIVEN that PG&E Corporation ("**PG&E Corp.**") and

2    Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession

3    (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter**

4    **11 Cases**"), hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the Order Granting the

5    Motion of the Official Committee of Tort Claimants for Relief from the Automatic Stay filed

6    August 21, 2019 [Docket No. 3644] and the Order Granting the Motion of the Ad Hoc Group of

7    Subrogation Claim Holders for Relief from the Automatic Stay filed August 21, 2019 [Docket

8    No. 3643] (together, the "**Orders**"), and the related Memorandum Decision Regarding Motions

9    for Relief from Stay filed August 16, 2019 [Docket No. 3571] (the "**Memorandum**").  Copies of

10   the foregoing are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively.

11   Pursuant to 28 U.S.C. § 158(c)(1), the Debtors hereby elect to have the appeal heard

12   by the United States District Court for the Northern District of California (the "**District Court**")

13   rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

14   The Debtors have filed this notice in an abundance of caution to preserve their rights.

15   The District Court, pursuant to 28 U.S.C. § 157(d) and the Order Adopting Recommendation for

16   Withdrawal of Reference of Proceeding in Part; Order of Assignment filed August 22, 2019

17   [Docket No. 3671], has withdrawn the reference from the Bankruptcy Court presiding over these

18   Chapter 11 Cases with respect to, among other things, the "method of conduct of the estimation

19   proceedings".  The estimation proceedings have been assigned to United States District Court Judge

20   James Donato.  In light of that withdrawal, the considerations that caused the Bankruptcy Court to

21   lift the automatic stay have changed, and the Debtors intend to file a motion before the District

22   Judge Donato to reinstate the automatic stay based on the new circumstances.  The Bankruptcy

23   Court's decision to lift the stay was based on a finding that the result of a state court trial would

24   offer an "important data point" that would provide "guidance . . . in [the Bankruptcy] court's

25   estimation proceedings".  (Dkt. No. 3571 at 3).  However, since those proceedings will now occur

26   in the District Court before Judge Donato, the District Court is best situated to determine whether

27   lifting the stay will serve the estimation process.  The Debtors accordingly do not believe an appeal

28   of the Bankruptcy Court's order lifting the stay is necessary or the right vehicle to address this

issue, but are filing this Notice of Appeal until the parties have an opportunity to confer with the District Court about the appropriate path forward in light of the recent withdrawal of the reference.

The names of all parties to the Order and Memorandum other than the Debtors, and the names, addresses, and telephone numbers of their attorneys, are:

| Moving Party | Counsel |
|---|---|
| Official Committee of Tort Claimants | BAKER & HOSTETLER LLP<br>Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: 628.208.6434<br>Facsimile: 310.820.8859<br>Email: rjulian@bakerlaw.com, cdumas@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com, lattard@bakerlaw.com |
| Official Committee of Unsecured Creditors | MILBANK LLP<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Samuel A. Khalil (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001-2163<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com, skhalil@milbank.com<br><br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>Email: gbray@milbank.com, tkreller@milbank.com |

| | |
|---|---|
| Ad Hoc Committee of Subrogation Claimants* | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (pro hac vice)<br>Joseph G. Minias (pro hac vice)<br>Benjamin P. McCallen (pro hac vice)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: (408) 971-6270<br>Facsimile: (408) 971-6271<br>Email: kdiemer@diemerwei.com |
| Ad Hoc Committee of Senior Unsecured Noteholders* | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (pro hac vice)<br>Ira S. Dizengoff (pro hac vice)<br>David H. Botter (pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, aqureshi@akingump.com<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ashley Vinson Crawford (SBN 257246)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| Certain PG&E Shareholders* | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com |

| | |
|---|---|
| Co-lead Counsel in the Judicial Council Coordination Proceeding entitled California North Bay Fire Cases | WALKUP, MELODIA, KELLY & SCHOENBERGER<br>Michael A. Kelly (SBN 71460)<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Telephone: 415.981.7210<br>Facsimile: 415.391.6965<br>Email: mkelly@walkuplawoffice.com<br><br>COTCHETT, PITRE & MCCARTHY, LLP<br>Frank M. Pitre (SBN 100077)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>Email: fpitre@cpmlegal.com |
| Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>Dario de Ghetaldi – Bar No. 126782<br>Amanda L. Riddle – Bar No. 215221<br>Steven M. Berki – Bar No. 245426<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030-0669<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>Email: deg@coreylaw.com, alr@coreylaw.com, smb@coreylaw.com<br><br>DANKO MEREDITH<br>Michael S. Danko – Bar No. 111359<br>Kristine K. Meredith – Bar No. 158243<br>Shawn R. Miller – Bar No. 238447<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>Email: mdanko@dankolaw.com, kmeredith@dankolaw.com, smiller@dankolaw.com<br><br>GIBBS LAW GROUP<br>Eric Gibbs – Bar No. 178658<br>Dylan Hughes – Bar No. 209113<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com, dsh@classlawgroup.com |

| | |
|---|---|
| John Caslin and Phyllis Lowe | ROBINS CLOUD LLP<br>Bill Robins III – Bar No. 296101<br>Robert T. Bryson – Bar No. 156953<br>Kevin M. Pollack – Bar No. 272786<br>808 Wilshire Boulevard, Suite 450<br>Santa Monica, CA 90401<br>Tel.: (310) 929-4200 / Fax: (310) 566-5900<br>Email: robins@robinscloud.com, rbryson@robinscloud.com, kpollack@robinscloud.com |
| William Edelen, Roxanne Edelen, The William L. Edelen and Roxanne G. Edelen Trust Agreement dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, The Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven | ABBEY, WEITZENBERG, WARREN & EMERY, PC<br>Brendan M. Kunkle (SB No. 173292)<br>Michael D. Green (SB No. 214142)<br>100 Stony Point Rd, Suite 200<br>Santa Rosa, CA 95401<br>Telephone: (707) 542-5050 Fax: (707) 542-2589<br>Emails: bkunkle@abbeylaw.com; mgreen@abbeylaw.com |
| Don Louis Kamprath, Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, and Greg and Christina Wilson | COTCHETT, PITRE & MCCARTHY, LLP<br>Frank M. Pitre (SBN 100077)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>Email: fpitre@cpmlegal.com<br><br>DREYER BABICH BUCCOLA WOOD CAMPORA, LLP<br>Steven M. Campora (SBN 110909)<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Telephone: (916) 379-3500<br>Facsimile: (916) 379-3599<br>Email: scampora@dbbwc.com |

| | |
|---|---|
| Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz | PANISH SHEA & BOYLE LLP<br>Brian Panish (State Bar No. 116060)<br>Rahul Ravipudi (State Bar No. 204519)<br>Lyssa A. Roberts (State Bar No. 235049)<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90025<br>Telephone: 310.477.1700<br>Email: panish@psblaw.com, ravipudi@psblaw.com, roberts@psblaw.com |
| SLF Fire Victim Claimants | SINGLETON LAW FIRM, APC<br>Gerald Singleton (SBN 208783)<br>John C. Lemon (SBN 175847)<br>450 A Street, 5th Floor<br>San Diego, CA 92101<br>Tel: (619) 771-3473<br>Email: gerald@slffirm.com, john@slffirm.com |
| Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (pro hac vice)<br>Joseph G. Minias (pro hac vice)<br>Benjamin P. McCallen (pro hac vice)<br>787 Seventh Avenue New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: (408) 971-6270<br>Facsimile: (408) 971-6271<br>Email: kdiemer@diemerwei.com |
| State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries | DECHERT LLP<br>Allan S. Brilliant (pro hac vice)<br>Shmuel Vasser (pro hac vice)<br>Alaina R. Heine (pro hac vice)<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212.698.3500<br>Facsimile: 415.698.3599<br>Email: allan.brilliant@dechert.com, shmuel.vasser@dechert.com |

| | |
|---|---|
| | DECHERT LLP<br>Rebecca Weissman (No. 322402)<br>One Bush Street, Suite 1600<br>San Francisco, California 94104<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br>Email:  rebecca.weissman@dechert.com |
| Sonoma Clean Power Authority | ENGEL LAW, P.C.<br>G. Larry Engel (SBN 53484)<br>12116 Horseshoe Lane<br>Nevada City, CA  95959<br>Phone:  415.370.5943<br>Email:  larry@engeladvice.com<br><br>BOUTIN JONES INC.<br>Mart Gorton (SBN 99312)<br>Thomas G. Mouzes (SBN 99446)<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA  94814<br>Phone:  916.321.4444<br>Facsimile:  916.441.7597<br>Email:  mgorton@boutinjones.com<br><br>SONOMA CLEAN POWER AUTHORITY<br>Jessica Mullan (SBN 263435)<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA  95404<br>Phone:  707.8908485<br>Email:  jmullan@sonomacleanpower.org |

For group parties denoted with "*", please see <u>Exhibit D</u> hereto for a detailed list identifying members of the group.

Dated:  September 4, 2019

**CRAVATH, SWAINE & MOORE LLP**
**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: */s/ Paul H. Zumbro*
       Paul H. Zumbro

*Attorneys for Debtors and Debtors in Possession*



1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard
8  Suite 1400
   Los Angeles, CA 90025
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: lattard@bakerlaw.com

11
   *Counsel for Official Committee of Tort Claimants*
12

Signed and Filed: August 21, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

13          **UNITED STATES BANKRUPTCY COURT**
14          **NORTHERN DISTRICT OF CALIFORNIA**
            **SAN FRANCISCO DIVISION**

15 **In re:**                              Bankruptcy Case
                                           No. 19-30088 (DM)
16 **PG&E CORPORATION**
                                           Chapter 11
17      **-and-**                          (Lead Case)
                                           (Jointly Administered)
18 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**
19                          **Debtors.**   **ORDER GRANTING THE MOTION OF**
                                           **THE OFFICIAL COMMITTEE OF**
20 □ Affects PG&E Corporation             **TORT CLAIMANTS FOR RELIEF**
                                           **FROM AUTOMATIC STAY**
21 □ Affects Pacific Gas and Electric Company

22 ■ Affects both Debtors

23 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*
24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Official Committee of Tort Claimants (the "**TCC**"), on July 2, 2019, filed a motion (the "**Motion**") (Dkt. No. 2842),[1] pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of Bankruptcy Procedure and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California for entry of an order terminating the automatic stay to permit certain individuals to proceed to a jury trial on their personal injury and property damage claims against the Debtors arising from the 2017 Tubbs Fire in the California Superior Court, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order the claims of those individuals to proceed to a jury trial with preference pursuant to Code of Civil Procedure section 36. On July 9, 2019, the TCC filed an amendment to the Motion to include a number of individuals with personal injury, wrongful death and property damage claims, as listed on **Exhibit A** hereto (the "**Tubbs Preference Plaintiffs**") (Dkt. No. 2904).

The following joinders were filed to the Motion: (1) the joinder by Co-Lead Counsel to the North Bay Fire Cases, dated July 2, 2019 (Dkt. No. 2850); (2) the joinder by Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein, dated July 3, 2019 (Dkt. No. 2861); (3) the joinder by John Caslin and Phyllis Lowe, dated July 11, 2019 (Dkt. No. 2929); (4) the joinder by William Edelen, Roxanne Edelen, The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust Dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, the Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven, dated July 11, 2019 (Dkt. No. 2930); (5) the joinder by Don Louis Kamprath, Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, Greg Wilson, and Christina Wilson, dated July 11, 2019 (Dkt. No. 2942); (7) the joinder by Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz, dated July 11, 2019 (Dkt. No. 2943); and (8) the joinder by the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Case: 19-30088    Doc# 3642-1   Filed: 08/09/19   Entered: 08/09/19 09:53:35    Page 20
of 59

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Singleton Law Firm Victim Claimants, dated July 18, 2019, to add the individuals listed on **Exhibit B** hereto (Dkt. No. 3067).

The Ad Hoc Group of Subrogation Claim Holders[2], on July 3, 2019, filed a Motion for Relief from the Automatic Stay, dated July 3, 2019 (the "**Subrogation Motion**") (Dkt. No. 2863). The following joinders were filed to the Subrogation Motion: (1) the joinder filed on behalf of AMICA Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an Affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association, dated July 12, 2019 (Dkt. No. 2959) (the "**July 12 Joinder**"); and (2) the joinder by State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries, dated July 15, 2019 (Dkt. No. 2983) (the "**July 15 Joinder**"). The parties to the July 12 Joinder and the July 15 Joinder are collectively referred to herein as the "**Subrogation Joining Parties**."

On July 19, 2019, the following papers were filed in opposition to the Motion and the Subrogation Motion: (1) the Debtors filed an objection (Dkt. No. 3104) and the declaration of Kevin J. Orsini in support thereof (Dkt. No. 3105); (2) the Official Committee of Unsecured Creditors filed an objection (Dkt. No. 3101) and the declaration of Thomas R. Kreller in support thereof (Dkt. No. 3102); (3) the Ad Hoc Committee of Senior Unsecured Noteholders filed a joinder to the Official Committee of Unsecured Creditors' objection (Dkt. No 3106); and (4) certain PG&E shareholders filed an objection (Dkt. No. 3108).

On August 7, 2019, Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein and Stephen Breitenstein filed a reply in support of their joinder in the Motion (Dkt. No. 3407), Sonoma Clean Power Authority filed a statement and a reservation of rights on the Motion and the Subrogation Motion (Dkt. No. 3415), and the Singleton Law Firm Victim Claimants filed a response in support of the Motion (Dkt. No. 3449).

---

[2] The Ad Hoc Group of Subrogation Claim Holders includes all of the members listed on Exhibit A to the Third Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders filed on July 17, 2019 (Dkt. No. 3020).

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On August 14, 2019, the Court held a hearing on the Motion, the Subrogation Motion, and the joinders thereto. The Court considered the Motion, the declarations of Steven M. Campora, Robert A. Julian, and Brent C. Williams, the amended declaration of Michael A. Kelly, the joinders to the Motion, the replies in support of the Motion, the Subrogation Motion, the declaration of Benjamin P. McCallen, the joinders to the Subrogation Motion, the oppositions of the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Senior Unsecured Noteholders, and the PG&E shareholders, and the declarations of Kevin J. Orsini and Thomas R. Kreller. On August 16, 2019, the Court issued its Decision Regarding Motions for Relief from Stay ("**Memorandum Decision**") (Dkt. No. 3571).

Now therefore, the Court having considered the papers and the argument of counsel at the hearing, and for the reasons stated in the Memorandum Decision, **IT IS HEREBY ORDERED THAT**:

1.　　The Motion and the joinders thereto are granted and the automatic stay is terminated as to the alleged preference plaintiffs listed on Exhibits A and B hereto, to take any actions necessary or appropriate to prosecute their claims against the Debtors arising solely from the 2017 Tubbs Fire as set forth in the Complaints against the Debtors, attached to the Motion, and as may be amended, to judgment, and to request the California Superior Court in the California North Bay Fire Cases, JCCP 4955, to order the Tubbs Preference Plaintiffs' claims to trial with preference pursuant to Code of Civil Procedure section 36.

2.　　The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment that may be obtained by reason of the termination of the automatic stay as provided above.

3.　　Notwithstanding Bankruptcy Rule 4001(a)(3), or any other Bankruptcy Rule, this Order shall be immediately effective and enforceable upon its entry.

4.　　This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**EXHIBIT A**

**Alleged Tubbs Preference Plaintiffs Identified in the Motion and Alleged Indispensable Parties Thereto**

Barbara Thompson (Joinder Dkt. No. 2861)

> Indispensable Party:  John Thompson (Joinder Dkt. No. 2861)

> Indispensable Party:  Matthew Thompson (Joinder Dkt. No. 2861)

> Indispensable Party:  Peter Thompson (Joinder Dkt. No. 2861)

Raymond Breitenstein (Joinder Dkt. No. 2861)

> Indispensable Party:  Stephen Breitenstein (Joinder Dkt. No. 2861)

John Caslin (Joinder Dkt. No. 2929)

Phyllis Lowe (Joinder Dkt. No. 2929)

William Edelen (Joinder Dkt. No. 2930)

> Indispensable Party:  Roxanne Edelen (Joinder Dkt. No. 2930)

> Indispensable Party:  The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011 (Joinder Dkt. No. 2930)

Burton Fohrman (Joinder Dkt. No. 2930)

> Indispensable Party:  Raleigh Fohrman (Joinder Dkt. No. 2930)

> Indispensable Party:  The Fohrman Family Trust Dated February 3, 1976 (Joinder Dkt. No. 2930)

> Indispensable Party:  Jeremy Olsan (Joinder Dkt. No. 2930)

> Indispensable Party:  Ann DuBay (Joinder Dkt. No. 2930)

> Indispensable Party:  Jacob Olsan (Joinder Dkt. No. 2930)

> Indispensable Party:  The Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011 (Joinder Dkt. No. 2930)

Heirs of decedent Monte Kirven (Kathleen Groppe, Ken Kirven and Brian Kirven) (Joinder Dkt. No. 2930)

> Indispensable Party:  Kathleen Groppe (Joinder Dkt. No. 2930)

> Indispensable Party:  Ken Kirven (Joinder Dkt. No. 2930)

> Indispensable Party:  Brian Kirven (Joinder Dkt. No. 2930)

> Indispensable Party:  The Estate of Monte Kirven (Joinder Dkt. No. 2930)

- 1 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Don Louis Kamprath (Joinder Dkt. No. 2942)

    <u>Indispensable Party</u>:  Ruth Kamprath (Joinder Dkt. No. 2942)

    <u>Indispensable Party</u>:  The Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust (Joinder Dkt. No. 2942)

Elizabeth Fourkas (Joinder Dkt. No. 2942)

    <u>Indispensable Party</u>:  Pete Fourkas (Joinder Dkt. No. 2942)

    <u>Indispensable Party</u>:  Alissa Fourkas (Joinder Dkt. No. 2942)

    <u>Indispensable Party</u>:  The Fourkas Family Trust (Joinder Dkt. No. 2942)

Greg Wilson (Joinder Dkt. No. 2942)

Christina Wilson (Joinder Dkt. No. 2942)

Armando A. Berriz (Joinder Dkt. No. 2943)

Heirs of Carmen Caldentey Berriz (Armando J. Berriz, Carmen T. Meissner, Monica Berriz) (Joinder Dkt. No. 2943)

    <u>Indispensable Party</u>:  The Estate of Carmen Caldentey Berriz (Joinder Dkt. No. 2943)

    <u>Indispensable Party</u>:  Armando J. Berriz (Joinder Dkt. No. 2943)

    <u>Indispensable Party</u>:  Carmen T. Meissner (Joinder Dkt. No. 2943)

    <u>Indispensable Party</u>:  Monica Berriz (Joinder Dkt. No. 2943)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

**Exhibit B**

**Preference Plaintiffs Identified in Joinder of Singleton Law Firm Victim Claimants (Dkt. No. 3067)**

Thomas Milton Howard

Catherine Maffioli

Glenda Samson

Barbara Spengler

Evelyn Venturi

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## SERVICE LIST

2

3    U.S. Nuclear Regulatory Commission
   Attn: General Counsel
4    Washington, D.C. 20555-0001

5    PG&E Corporation and
   Pacific Gas and Electric Company
6    Attn: Janet Loduca
   77 Beale Street
7    P.O. Box 770000
   San Francisco, CA 94105

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

# Notice Recipients

District/Off: 0971–3          User: bgapuz                    Date Created: 8/21/2019

Case: 19–30088               Form ID: pdfeoc                 Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          PG&E Corporation          77 Beale Street          P.O. Box 770000          San Francisco, CA 94177
            U.S. Nuclear Regulatory Commission          Attn: General Counsel          Washington, D.C. 205550001
            PG&E Corporation and          Pacific Gas and Electric Company          Attn: Janet Loduca          77 Beale
            Street          P.O. Box 770000          San Francisco, CA 94105

                                                                                TOTAL: 3



1

**DIEMER & WEI, LLP**

2

Kathryn S. Diemer (#133977)

3

100 West San Fernando Street, Suite 555
San Jose, CA 95113

4

Telephone: (408) 971-6270
Facsimile: (408) 971-6271

5

Email: kdiemer@diemerwei.com

6

**WILLKIE FARR & GALLAGHER LLP**

7

Matthew A. Feldman (*pro hac vice*)

8

Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)

9

787 Seventh Avenue

10

New York, NY 10019-6099
Telephone: (212) 728-8000

11

Facsimile: (212) 728-8111
Email: mfeldman@willkie.com

12

    jminias@willkie.com
    bmccallen@willkie.com

13

*Counsel for Ad Hoc Group of Subrogation*

14

*Claim Holders*

Signed and Filed: August 21, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

15

**UNITED STATES BANKRUPTCY COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

17

In re:

18

PG&E CORPORATION,

19

    - and -

20

PACIFIC GAS AND ELECTRIC

21

COMPANY,
                          Debtors.

22

☐ Affects PG&E Corporation

23

☐ Affects Pacific Gas and Electric

24

Company
☑ Affects both Debtors

25

26

*All papers shall be filed in the lead*

27

*case, No. 19-30088 (DM)*

28

Case No. 19-30088

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER GRANTING THE MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR RELIEF FROM THE AUTOMATIC STAY**

The Official Committee of Tort Claimants (the "**TCC**"), on July 2, 2019, filed a motion (the "**Motion**") (Dkt. No. 2842),[1] pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), sections 1334(c) and 1452(b) of title 28, Rules 4001 and 5011(b) of the Federal Rules of Bankruptcy Procedure and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California for entry of an order terminating the automatic stay to permit certain individuals to proceed to a jury trial on their personal injury and property damage claims against the Debtors arising from the 2017 Tubbs Fire in the California Superior Court, and to request the Court in the California North Bay Fire Cases, JCCP 4955, to order the claims of those individuals to proceed to a jury trial with preference pursuant to Code of Civil Procedure section 36. On July 9, 2019, the TCC filed an amendment to the Motion to include a number of individuals with personal injury, wrongful death and property damage claims, as listed on **Exhibit A** hereto (the "**Tubbs Preference Plaintiffs**") (Dkt. No. 2904).

The following joinders were filed to the Motion: (1) the joinder by Co-Lead Counsel to the North Bay Fire Cases, dated July 2, 2019 (Dkt. No. 2850); (2) the joinder by Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein, dated July 3, 2019 (Dkt. No. 2861); (3) the joinder by John Caslin and Phyllis Lowe, dated July 11, 2019 (Dkt. No. 2929); (4) the joinder by William Edelen, Roxanne Edelen, The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust Dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, the Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven, dated July 11, 2019 (Dkt. No. 2930); (5) the joinder by Don Louis Kamprath, Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, Greg Wilson, and Christina

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Wilson, dated July 11, 2019 (Dkt. No. 2942); (7) the joinder by Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz, dated July 11, 2019 (Dkt. No. 2943); and (8) the joinder by the Singleton Law Firm Victim Claimants, dated July 18, 2019, to add the individuals listed on **Exhibit B** hereto (Dkt. No. 3067).

The Ad Hoc Group of Subrogation Claim Holders[2], on July 3, 2019, filed a Motion for Relief from the Automatic Stay, dated July 3, 2019 (the "**Subrogation Motion**") (Dkt. No. 2863). The following joinders were filed to the Subrogation Motion: (1) the joinder filed on behalf of AMICA Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an Affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & Indemnity Company, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association, dated July 12, 2019 (Dkt. No. 2959) (the "**July 12 Joinder**"); and (2) the joinder by State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries, dated July 15, 2019 (Dkt. No. 2983) (the "**July 15 Joinder**"). The parties to the July 12 Joinder and the July 15 Joinder are collectively referred to herein as the "**Subrogation Joining Parties**."

On July 19, 2019, the following papers were filed in opposition to the Motion and the Subrogation Motion: (1) the Debtors filed an objection (Dkt. No. 3104) and the declaration of Kevin J. Orsini in support thereof (Dkt. No. 3105); (2) the Official Committee of Unsecured Creditors filed an objection (Dkt. No. 3101) and the declaration of Thomas R. Kreller in support thereof (Dkt. No. 3102); (3) the Ad Hoc Committee of Senior Unsecured Noteholders filed a joinder to the Official Committee of Unsecured Creditors' objection (Dkt. No 3106); and (4) certain PG&E shareholders filed an objection (Dkt. No. 3108).

On August 7, 2019, Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein and Stephen Breitenstein filed a reply in support of their

---

[2] The Ad Hoc Group of Subrogation Claim Holders includes all of the members listed on Exhibit A to the Third Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders filed on July 17, 2019 (Dkt. No. 3020).

joinder in the Motion (Dkt. No. 3407), Sonoma Clean Power Authority filed a statement and a reservation of rights on the Motion and the Subrogation Motion (Dkt. No. 3415), and the Singleton Law Firm Victim Claimants filed a response in support of the Motion (Dkt. No. 3449).

On August 14, 2019, the Court held a hearing on the Motion, the Subrogation Motion, and the joinders thereto. The Court considered the Motion, the declarations of Steven M. Campora, Robert A. Julian, and Brent C. Williams, the amended declaration of Michael A. Kelly, the joinders to the Motion, the replies in support of the Motion, the Subrogation Motion, the declaration of Benjamin P. McCallen, the joinders to the Subrogation Motion, the oppositions of the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Senior Unsecured Noteholders, and the PG&E shareholders, and the declarations of Kevin J. Orsini and Thomas R. Kreller. On August 16, 2019, the Court issued its Decision Regarding Motions for Relief from Stay ("**Memorandum Decision**") (Dkt. No. 3571).

Now therefore, the Court having considered the papers and the argument of counsel at the hearing, and for the reasons stated in the Memorandum Decision, **IT IS HEREBY ORDERED THAT:**

1. The Subrogation Motion and the joinders thereto are granted and the automatic stay is terminated as requested in the Subrogation Motion to allow the members of the Ad Hoc Group of Subrogation Claim Holders, including the Subrogation Joining Parties, and the respective insurers for the preference plaintiffs listed on Exhibits A and B hereto, to pursue to judgment their claims against the Debtors regarding the issue of the Debtors' liability for the Tubbs Fire in the California Superior Court, where the claims are currently pending in JCCP 4955.

2. The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment that may be obtained by reason of the termination of the automatic stay as provided above.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), or any other Bankruptcy Rule, this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

*** END OF ORDER ***

**EXHIBIT A**

**Alleged Tubbs Preference Plaintiffs Identified in the Motion and Alleged Indispensable Parties Thereto**

Barbara Thompson (Joinder Dkt. No. 2861)

    <u>Indispensable Party</u>: John Thompson (Joinder Dkt. No. 2861)

    <u>Indispensable Party</u>: Matthew Thompson (Joinder Dkt. No. 2861)

    <u>Indispensable Party</u>: Peter Thompson (Joinder Dkt. No. 2861)

Raymond Breitenstein (Joinder Dkt. No. 2861)

    <u>Indispensable Party</u>: Stephen Breitenstein (Joinder Dkt. No. 2861)

John Caslin (Joinder Dkt. No. 2929)

Phyllis Lowe (Joinder Dkt. No. 2929)

William Edelen (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Roxanne Edelen (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: The William L. Edelen and Roxanne G. Edelen Trust Agreement Dated June 22, 2011 (Joinder Dkt. No. 2930)

Burton Fohrman (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Raleigh Fohrman (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: The Fohrman Family Trust Dated February 3, 1976 (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Jeremy Olsan (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Ann DuBay (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Jacob Olsan (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: The Jeremy L. Olsan and Ann M. DuBay Trust Dated November 29, 2011 (Joinder Dkt. No. 2930)

Heirs of decedent Monte Kirven (Kathleen Groppe, Ken Kirven and Brian Kirven) (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Kathleen Groppe (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Ken Kirven (Joinder Dkt. No. 2930)

    <u>Indispensable Party</u>: Brian Kirven (Joinder Dkt. No. 2930)

1        <u>Indispensable Party</u>:  The Estate of Monte Kirven (Joinder Dkt. No. 2930)

2    Don Louis Kamprath (Joinder Dkt. No. 2942)

3        <u>Indispensable Party</u>:  Ruth Kamprath (Joinder Dkt. No. 2942)

4        <u>Indispensable Party</u>:  The Donald L. Kamprath and Ruth Johnson Kamprath Revocable
         Trust (Joinder Dkt. No. 2942)

5    Elizabeth Fourkas (Joinder Dkt. No. 2942)

6        <u>Indispensable Party</u>:  Pete Fourkas (Joinder Dkt. No. 2942)

7        <u>Indispensable Party</u>:  Alissa Fourkas (Joinder Dkt. No. 2942)

8        <u>Indispensable Party</u>:  The Fourkas Family Trust (Joinder Dkt. No. 2942)

9    Greg Wilson (Joinder Dkt. No. 2942)

10   Christina Wilson (Joinder Dkt. No. 2942)

11   Armando A. Berriz (Joinder Dkt. No. 2943)

12   Heirs of Carmen Caldentey Berriz (Armando J. Berriz, Carmen T. Meissner, Monica Berriz)
13   (Joinder Dkt. No. 2943)

14       <u>Indispensable Party</u>:  The Estate of Carmen Caldentey Berriz (Joinder Dkt. No. 2943)

15       <u>Indispensable Party</u>:  Armando J. Berriz (Joinder Dkt. No. 2943)

16       <u>Indispensable Party</u>:  Carmen T. Meissner (Joinder Dkt. No. 2943)

17       <u>Indispensable Party</u>:  Monica Berriz (Joinder Dkt. No. 2943)

**EXHIBIT B**

**Preference Plaintiffs Identified in Joinder of Singleton Law Firm Victim Claimants (Dkt. No. 3067)**

Thomas Milton Howard

Catherine Maffioli

Glenda Samson

Barbara Spengler

Evelyn Venturi

ECF Recipients Only.



Signed and Filed: August 16, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

      Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

)  Bankruptcy Case
)  No. 19-30088-DM
)
)  Chapter 11
)
)  Jointly Administered
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## MEMORANDUM DECISION REGARDING MOTIONS FOR RELIEF FROM STAY

      The Official Committee of Tort Claimants (the "TCC") filed a motion for relief from

stay on July 2, 2019 (Dkt. 2842) and the Ad Hoc Group of Subrogation Claim Holders filed a

similar motion on July 3, 2019 (Dkt. 2863) (together the "Motions"). Several parties joined and

opposed, and the Motions came on for hearing on August 14, 2019. Subsequently, the matters

were submitted.

-1-

This court has jurisdiction over these contested matters pursuant to 28 U.S.C. §§ 157(b) and 1334(b). They are core proceedings under 28 U.S.C. § 157(b)(2)(A) and (G). Venue is appropriate in this court. 28 U.S.C. § 1409(a).

**I.     BACKGROUND**

The parties seek relief from the automatic stay in order to pursue state court litigation which will decide whether Debtors caused and are liable for the wildfire known as the "Tubbs Fire," which all parties agree is the largest and most destructive fire of the Northern California wildfires that occurred in 2017 and 2018. By the movants' estimate, the potential damages could account for as much as two-thirds of Debtors' liability for the wildfires in Northern California. The TCC seeks relief from stay as to eight individuals listed in Exhibit A to their motion who are entitled to statutory preference for trial under California Code of Civil Procedure § 36 (the "Preference Plaintiffs") in the San Francisco Superior Court, as coordinated litigation (the "Coordination Proceeding"). The Ad Hoc Group of Subrogation Claim Holders seek relief to determine Debtors' liability in the same litigation.

**II.     ANALYSIS**

A bankruptcy court shall lift the automatic stay for cause, which is not defined in the Bankruptcy Code but is decided on a case-by-case basis. *See* 11 U.S.C. § 362(d)(1); *Christensen v. Tucson Estates, Inc. (In re Tucson Estates, Inc.)*, 912 F.2d 1162, 1166 (9th Cir. 1990). If a bankruptcy court may abstain from deciding issues that could be decided by an imminent state court trial involving the same issues, cause may exist to allow the state court trial to go forward. *Id.* (citation omitted). To determine whether cause exists, courts often use the twelve factors set forth in *In re Curtis*, 40 B.R. 795, 800 (Bankr. D.Utah 1984) (the "*Curtis* factors"), which are as follows (excluding the factors irrelevant to this proceeding): whether the relief will result in a partial or complete resolution of the issues; the lack of any connection with or interference with the bankruptcy case; whether a specialized tribunal has been established to hear the particular cause of action and whether that tribunal has the expertise to hear such cases; whether the litigation in another forum would prejudice the interests of other creditors, the creditor's committee and other interested parties; the interests of judicial economy and the expeditious and economical determination of litigation for the parties; whether the

-2-

1   foreign proceedings have progressed to the point where the parties are prepared for trial,

2   and the impact of the stay and the "balance of hurt."  *See also (Kronemyer v. Am.*

3   *Contractors Indemn. Co. ( In re Kronemyer)*, 405 B.R. 915, 921 (B.A.P. 9th Cir. 2009)

4   ("We agree that the *Curtis* factors are appropriate, nonexclusive, factors to consider in

5   deciding whether to grant relief from the automatic stay to allow pending litigation to

6   continue in another forum.")

7           Here, cause exists to grant relief from stay, both including and independent of the *Curtis*

8   factors.  First, relief from stay will definitively bring a resolution as to Debtors' liability in the

9   Tubbs fire, and provide an important data point that most likely will facilitate resolution of the

10  wildfire tort claims in this case.  Also relevant to the bankruptcy proceeding is the guidance it

11  may provide in this court's estimation proceedings under 11 U.S.C. § 502(c).

12          Debtors are correct in their opposition to the TCC's motion when they state that

13  resolution of the Tubbs fire proceedings is central to this case.  However, commencement of

14  this litigation, while connected to the bankruptcy, will not interfere with the bankruptcy case.

15  The state court trial may proceed on a parallel track to the proceedings in this court.  The state

16  court is also suited for a proceeding which consists entirely of state law issues, and it may be

17  aided by the Coordination Proceeding in order to resolve these issues and the several parties

18  implicated.  Further, there is nothing to show that other creditors would be prejudiced if relief

19  were granted, and while they do not appear to be completely ready for trial, the parties filed this

20  action prior to the bankruptcy and, as further discussed below, are on a schedule for resolution.

21          In addition, the interest of judicial economy and an expeditious determination has been

22  served in this case.  The TCC has identified the Preference Plaintiffs as entitled to statutory

23  preference pursuant to state procedural law.  *See* Cal. Civ. Proc. Code § 36 (West).  On petition

24  of the Preference Plaintiffs, which petition meets the standard laid out in CCP § 36, the state

25  court shall set the matter for trial no more than 120 days after granting the motion for

26  preference.  Consequently, a trial in state court is likely to commence in an expeditious fashion

27  once a preference determination has been made.  Thus, the *Curtis* factors weigh in favor of

28  relief from stay.

-3-

Finally, cause exists to grant relief from stay to advance these cases towards the necessary and stated goals of all the parties: a just resolution of the claims of victims of the wildfires that have ravaged Northern California in recent years. The pressure to adjudicate these claims in a prompt fashion comes from bankruptcy considerations, moral duties, and even legislative deadlines. *See* Assembly Bill No. 1054, Chapter 3 § 3291. The statutorily ensured commencement of a trial on the Tubbs fire moves toward liquidating these tort claims and helps with the imperfect method of estimating claims as must be done here in the bankruptcy court. In sum, although a handful of plaintiffs proceeding to trial does not resolve many claims in this case, it advances the goals of this bankruptcy far better than stayed, stagnant proceedings. All arguments to the contrary ignore the urgent need for resolution, the inherent suitability of the state court to bring about that resolution, and the importance of that resolution to the future conduct of these bankruptcy cases.

### III. CONCLUSION

The Ad Hoc Group of Subrogation Claim Holders' motion is GRANTED as requested to determine liability in the Coordination Proceeding. The TCC's motion is GRANTED and the stay is lifted as to Preference Plaintiffs and any other parties entitled to the same preference as brought forth in the joinders filed to the Motions.

Counsel for the parties are requested to submit orders consistent with this memorandum decision that identify the parties entitled to relief from stay. Relief from stay will be effective upon entry of those orders. The 14 day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

The court will issue a further order regarding coordination and communication with the state court proceedings following the August 27, 2019 status conference in this case.[1]

### *** END OF MEMORANDUM DECISION ***

---

[1] The court expects that litigation counsel for Debtors will work collaboratively with plaintiffs' counsel to expedite rather than delay the pre-trial process to a get to a jury trial promptly. The shoe might be on the other foot when it is time to schedule the final estimation hearings.

-4-

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D-1 – Ad Hoc Committee of Subrogation Claimants**

# Exhibit D

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Ace American Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $12,000,000.00 | |
| AIG Europe Limited | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $112,404.50 | |
| Allianz Global Corporate & Specialty | 1 Progress Point Parkway, Ste. 200 O'Fallon, MO 63368 | $98,459,917.87 | $5,390,500.00 in Senior Notes[2] |
| Allied World Assurance Company | 199 Water Street 24th Flr. New York, NY 10038 | $10,966,215.44 | |
| Allstate Insurance Company and certain affiliates | 2775 Sanders Road, Suite A2E Northbrook, IL 60062 | $767,827,493.00 | $37,285,000.00 in Senior Notes |
| Alternative Insurance Corporation | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $235,035.80 | |

---

[1] Amounts listed herein are on account of claims paid to underlying insured parties affected by various California wildfires. Every member of the Ad Hoc Subrogation Group holds additional claims against the Debtors based on undisclosed internal reserves and future unknown amounts that have neither been paid or reserved for.

[2] "Senior Notes" shall have the meaning ascribed to it in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Dkt. No. 263].

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| American General Insurance Company DBA ANPAC General Insurance Company | 1949 E. Sunshine Springfield, MO 65899 | $4,488,843.76 | |
| American Guarantee and Liability Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD[3] | |
| Certain affiliates of American International Group, Inc. ("AIG")[4] | 175 Water Street New York, NY 10038 | $333,299,328.37 | |
| American Modern Insurance Group | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $198,558.45 | |
| American National Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $15,680.88 | |
| Amica Mutual Insurance Company | 100 Amica Way Lincoln, RI 02865 | $35,014,454.00 | |
| AmTrust North America | P.O. Box 650872 Dallas, TX 75265 | $10,074,129.00 | |

---

[3] Where a party's only wildfire related subrogation claims is listed as "TBD", such party's claims are based on undisclosed internal reserve amounts.

[4] Members of the Ad Hoc Subrogation Group include: AIG Europe Limited; AIG Property Casualty Company; AIG Specialty Insurance Company; American Home Assurance Company; Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire Insurance Company.

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| AmTrust Syndicate 1206 | 1 Great Tower Street London EC3R 5AA | TBD | |
| Arch Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $11,240.45 | |
| American Reliable Insurance Company | P.O. Box 6099 Scottsdale, AZ 85261 | $96,794,363.29 | |
| Armed Forces Insurance Exchange | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $7,208,701.33 | |
| ArgoGlobal London | c/o Peninsula Insurance Bureau 2832 Lent Road Apopka, FL 32712 | $2,216,346.42 | |
| ASI Select Insurance Corp. | 1 ASI Way N St. Petersburg, FL 33702 | $14,167,681.01 | |
| Aspen Insurance | 155 Federal Street, Suite 602 Boston, MA 02110 | $6,769,491.09 | |
| Aspen Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $1,601,164.38 | |

Case: 19-30088 Doc# 3025-4 Filed: 07/17/19 Entered: 07/17/19 09:36:35 Page 35 of 59

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| "Assurant" Group of Carriers[5] | 260 Interstate North Circle SE Atlanta, GA 30339 | $29,443,581.68 | |
| Attestor Capital LLP | 7 Seymour Street, Fourth Floor London, XO W1H 7JW | $655,313,342.00[6] | 8,518,514 shares of PG&E Corporation Common Stock $158,077,000.00 in Senior Notes $10,000,000.00 in Revolving Credit Facility principal[7] |
| The Baupost Group, L.L.C.[8] | 10 St. James Avenue Suite 1700 Boston, Massachusetts 02116 | $3,387,748,268.90[9] | 24,500,000 shares of PG&E Corporation Common Stock $850,000.00 in other unsecured wildfire-related claims |
| Berkley National Insurance Company | 222 South 9th Street, Suite 2700 Minneapolis, MN 55402 | $4,876,779.57 | |
| Berkley Regional Insurance Company | 222 South 9th Street, Suite 2700 Minneapolis, MN 55402 | $98,440.35 | |

---

[5] Members of the Ad Hoc Subrogation Group include: American Bankers Insurance Company; American Bankers Insurance Company of Florida; American Security Insurance Company; Standard Guaranty Insurance Company; Voyager Indemnity Insurance Company.

[6] Includes indirect exposure to subrogation claims, which provide economic interest to the subrogation claims arising from payments made (or to be made) by insurers to underlying insured parties affected by various California wildfires.

[7] "Revolving Credit Facility" shall have the meaning ascribed to it in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Dkt. No. 263].

[8] Disclosed information reflects funds and investment vehicles controlled by The Baupost Group, L.L.C.

[9] The amounts reflected herein are based on information received from the insurers who were the original holders of these claims and who have made or will make payments to their respective insured policyholders that give rise to, or are otherwise related to, these claims. The Baupost Group L.L.C. has not independently verified such information which remains subject to change based on information subsequently received. The Baupost Group L.L.C. expressly reserves the right to amend or modify the information set forth in this Bankruptcy Rule 2019 Statement, whether based on information that is subsequently received, or for any other reason.

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Berkshire Hathaway Guard Ins. | P.O. Box 1368 Wilkes Barre, PA 18703 | $5,298,837.50 | |
| Berkshire Hathaway Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $722,900.00 | |
| Brit Global Specialty | The Leadenhall Building 122 Leadenhall Street London EC3V 4AB | $23,820,342.45 | |
| California Casualty Indemnity Exchange | 1875 S. Grant Street, Ste. 800 P.O. Box M San Mateo, CA 94402 | $44,534,274.67 | |
| California Fair Plan Association | 3425 Wilshire Boulevard, Suite 1200 Los Angeles CA 90010 | $40,668,908.36 | |
| California Insurance Guarantee Association | 101 North Brand Boulevard, 6th Floor Glendale, CA 91203  P.O. Box 29066 Glendale, CA 91209 | $69,984,665.00 | |
| California Mutual Insurance Company | 650 San Benito Street Ste. 250 Hollister, CA 95023 | $242,500.00 | |
| Century National | P.O. Box 628 Cypress, CA 90630 | $100,000.00 | |

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain Underwriters at Lloyds, London | | TBD | |
| Chubb Custom Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $5,931,468.33 | |
| Chubb Group[10] | 436 Walnut Street, 4th Floor Philadelphia, PA 19106 | $28,828,529.59 | $1,025,000.00 in Senior Notes Insurance policies: unliquidated and contingent[11] |
| Church Mutual Insurance | PO Box 342 Merrill, WI 54452 | $18,440,546.12 | |
| CNA Insurance Company | 801 West Warrenville Road, Ste 700 Lisle, IL 60532 | $28,087,621.32 | |
| Continental Casualty Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |
| Crestmont Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $1,000,000.00 | |

---

[10]     Members of the Ad Hoc Subrogation Group include: Bankers Standard Insurance Company; Chubb Custom Insurance Company; Chubb Insurance Company of New Jersey; Chubb National Insurance Company; Federal Insurance Company; Great Northern Insurance Company; Illinois Union Insurance Company; Indemnity Insurance Company of North America; Pacific Indemnity Company; Vigilant Insurance Company; Westchester Fire Insurance Company (Apa); and ACE American Insurance Company (collectively, the "**Chubb Group**").

[11]     Certain Chubb entities are party to various insurance policies and agreements with PG&E and its affiliates.

Case: 19-30088    Doc# 3025-1    Filed: 07/17/19    Entered: 07/17/19 09:36:35    Page 38 of 58

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Crusader Insurance Company | 26050 Mureau Road Calabasas, CA 91302-3171 | $423,717.00 | |
| The Dentists Insurance Company | | TBD | |
| Employers Mutual Casualty Company | 717 Mulberry Des Moines, IA 50306 P.O. Box 712 Des Moines, IA 50306 | $308,468.00 | |
| Endurance American Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |
| Endurance Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $16,860.68 | |
| Essentia Ins. Co. | 141 Rivers Edge Dr. Ste 200 Traverse City, MI 49684 | TBD | |
| Everest Indemnity Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $363,185.10 | |
| Everest National Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $3,000,000.00 | |

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain affiliates of Farmers Insurance Exchange | 6301 Owensmouth Woodland Hills, CA 91367 | $2,388,995,676.32 | |
| Federated Insurance | P.O. Box 486 Owatonna, MN 55060 | $1,758,448.24 | |
| First Specialty Insurance Corporation | 1200 Main Street Kansas City, MO 64105 | TBD | |
| GCube Insurance Services, Inc. | 100 Bayview Circle, Ste. 505 Newport Beach, CA 92660 | TBD | |
| General Security Indemnity Company of Arizona | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $6,849,746.71 | |
| Generali U.S. Branch | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $22,480.90 | |
| Grange Insurance Association | 200 Cedar St. Seattle, WA 98121 | $32,399,064.52 | |
| Great American Insurance Company and certain affiliates[12] | Great American Insurance Group P.O. Box 5425 Cincinnati, OH 45201-5425 | $81,098,617.90 | |

---

[12] Members of the Ad Hoc Subrogation Group include: Great American Spirit Insurance Company; Great American Assurance Company; Great American Alliance Insurance Company; Great American Insurance Company; Great American Insurance Company of New York; and Great American E&S Insurance Company.

Case: 19-30088 Doc# 3802-1 Filed: 09/04/19 Entered: 09/04/19 09:36:35 Page 40 of 78

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Government Employees Insurance Company and certain affiliates | 5260 Western Avenue Chevy Chase, MD 20815 | $11,276,719.68 | |
| GuideOne Insurance | PO Box 14543 Des Moines, IA 50306-3543 | TBD | |
| The Hanover Insurance Group | 440 Lincoln Street Worcester, MA 01653 | $19,196,114.00 | |
| Hartford Accident & Indemnity Company and certain affiliates[13] | 1 Hartford Plaza, Hartford, CT 06155 | $335,882,101.00 | $4,549,000.00 in Senior Notes |
| HDI Global SE | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $12,000,000.00 | |
| International Insurance Company of Hannover SE | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $44,961.80 | |
| Ironshore Insurance Ltd. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $713,186.34 | |

---

[13] Members of the Ad Hoc Subrogation Group include: Hartford Casualty Insurance Company; Hartford Fire Insurance Company; Hartford Underwriters Insurance Company; Property & Casualty Ins. Company of Hartford; Sentinel Insurance Company Ltd.; Trumbull Insurance Company; and Twin City Fire Insurance Company.

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Ironshore Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $22,480.90 | |
| KBIC Insurance Company | 55 Challenger Road, Suite 302 Ridgefield Park, NJ 07660 | $1,304,991.34 | |
| Kemper Auto \| Alliance United | 8260 LBJ Freeway, Suite 400 Dallas, Texas 75243 | $26,348,619.34 | |
| Landmark American Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $213,186.34 | |
| Certain Affiliates of Liberty Mutual Insurance Company ("Liberty") | 175 Berkeley Street Boston, MA 02117 | $678,063,568.00 | $122,860,717.00 in surety bonds, unliquidated and contingent[14] Insurance policies: unliquidated and contingent[15] |
| Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies[16] | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $21,325,851.00 | |

---

[14] Liberty continues to write new bonds in the ordinary course of business post-petition.

[15] Liberty is party to various surety bonds, insurance policies and related agreements with PG&E and its affiliates.

[16] Members of the Ad Hoc Subrogation Group include underwriters to policy numbers: 10492-04, 10942-01, 16463W18, B0507L16360-521, B1230AP56189A17, B1230AP01428A18-16247, B128415509W18, B1353DG1700356000, B57635DAA, H3X000266, H3X000540, H3X000606, H3X000642, H3X000697, H3X000826, H3X000910, LSI100402-05, LSI100966-04, LSI103618-01, N17NA10020, P17A1770A001, PG1700158, PIV105114, PIV105143, PIV105626, PIV105719, PIV106514, PIV106864, PIV110301, PIV119634, PLNMBLV00001318, PN1600673AGA, PN1700079, PN1700089, PN1700157, PN1700364, PRPNA1701511, PSLPL106107, PTNAM1701507, PTNAM1701688, PTNAM1802877, PTNAM1802878, PTNAM1802879, PTNAM1802896, W1D52B160101, and W1DC80180201.

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain Underwriters at Lloyd's London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates | 301 Route 17 North, Suite 401 Rutherford, NJ 07070 | $7,456,230.85 | |
| Lloyds of London Novae 2007 Syndicate | 777 Main St. Fort Worth, TX 76102 | $903,745.13 | |
| Mapfre USA | 11 Gore Road Webster, MA 01570 | $8,747,210.34 | 4,000 shares of PG&E Corporation Common Stock |
| Markel Service, Incorporated[17] | 4521 Highwoods Parkway Glen Allen, VA 23060 | $26,706,285.00 | |
| Maxum Indemnity Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $106,593.17 | |
| Maxum Specialty Insurance Group | 3655 North Point Parkway Suite 600 Alpharetta, GA 30005 | $167,036.14 | |
| Mercury Insurance and certain affiliates | 555 W. Imperial Highway Brea, CA 92821 | $63,489,833.00 | |
| Metropolitan Direct Property & Casualty | 500 MetLife Way Freeport, IL 61032 | $6,812,891.97 | |

---

[17] On behalf of its affiliated insurers, Evanston Insurance Company, Markel American Insurance Company, and Markel Insurance Company.

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| National Fire & Marine Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |
| Nationwide Mutual Insurance Company and certain affiliates | One Nationwide Plaza, Columbus, Ohio 43215 | $844,157,320.89 | |
| Nautilus Insurance Company | 600 Las Colinas Blvd., Ste. 1400 Irving, TX 75039 | $20,896.00 | |
| Nonprofits Insurance Alliance | P.O. Box 8507 Santa Cruz, CA 95061-8507 | $4,258,177.00 | |
| OneBeacon / Atlantic Specialty Ins. Co. | 188 Inverness Dr. West, Ste. 600 Englewood, CO 80112 | $384,885.46 | |
| Pacific Specialty Insurance Co. | 2200 Geng Road Palo Alto, CA 94303 | $45,259,283.34 | |
| Pharmacists Mutual Insurance Company | P.O. Box 360, Algona, Iowa 50511 | $652,000.00 | |
| Philadelphia Indemnity Insurance Company | One Bala Plaza, Suite 100 Bala Cynwyd, PA 19004 | $22,785,967.27 | |
| The Princeton Excess and Surplus Lines Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $290,848.35 | |

**Exhibit D**

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| The Progressive Corporation | 6300 Wilson Mills Road Mayfield Village, OH 44143 | $11,852,398.08 | 63,500 shares of PG&E Corporation Common Stock |
| PURE Insurance | 44 S. Broadway, Suite 301 White Plains, NY 10601 | $10,545,017.55 | |
| QBE Americas, Inc. | One QBE Way Sun Prairie, WI 53596 | $80,403,727.00 | |
| Rite Aid Corporation and Thrifty Payless, Inc. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $2,750,000.00 | |
| RSUI Group, Inc. | 945 East Paces Ferry Road, Suite 1800 Atlanta, GA 30326 | $48,354.38 | |
| RSUI Indemnity Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | TBD | |
| Selective Insurance Company of America; Mesa Underwriters Specialty Insurance Company | 40 Wantage Ave. Branchville, NJ 07826 | $1,188,619.06 | |
| Sentry Select Insurance Company | P.O. Box #8043 Stevens Point, WI 54481 | TBD | |

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Star Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $15,419.67 | |
| Starr Surplus Lines Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $745,392.18 | |
| Starr Technical Risks | 5151 San Felipe Suite #200 Houston, TX 77056 | $241,771.89 | |
| State Farm Mutual Automobile Insurance Company and certain affiliates | One State Farm Plaza Bloomington, IL 61710 | $2,497,028,505.00 | $305,500,000.00 in Senior Notes $3,250,000.00 in Non-Wildfire Subrogation Claims $530,000.00 in Contractual Obligations under Prepetition Settlement Agreement |
| Stillwater Insurance Group | 12500 I St., Ste. 100 Omaha, NE 68137 | $8,964,358.14 | |
| Sutter Insurance Company | 1301 Redwood Way, Suite 200 Petaluma, CA 94954 | $838,200.00 | |
| Tokio Marine American Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $14,224.00 | |
| TOPA Insurance Co. | 24025 Park Sorrento, Suite 300 Calabasas, CA 91302 | $631,000.00 | |

- 14 -

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| TPG Sixth Street Partners, LLC[18] | 3100 McKinney Ave., Suite 1030 Dallas, TX 75201 | $391,381,542.00[19] | 1,000,000 shares of PG&E Corporation Common Stock $335,521,000.00 in Senior Notes $9,884,084.00 in Revolving Credit Facility principal |
| The Travelers Indemnity Company and certain of its property casualty insurance affiliates[20] | 1 Tower Square, 0000-08MS Hartford, CT 06183 | $664,857,946.00 | $40,000,000.00 in Senior Notes |
| TWE Insurance Company Pte. Ltd. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $3,641,450.00 | |
| United Fire & Casualty Financial Pacific | PO Box 73909 Cedar Rapids, IA 52407 | $4,526,457.00 | |

---

[18] Disclosed information reflects funds and investment vehicles controlled by affiliates of TPG Sixth Street Partners, LLC.

[19] The amounts reflected herein are based on information received from the insurers who hold legal title to and issued the policies relating to these claims, and who have made or will make payments to their respective insured policyholders that give rise to, or are otherwise related to, these claims. TPG Sixth Street Partners, LLC has not independently verified such information which remains subject to change based on information subsequently received. TPG Sixth Street Partners, LLC expressly reserves the right to amend or modify the information set forth in this Bankruptcy Rule 2019 Statement, whether based on information that is subsequently received, or for any other reason.

[20] Members of the Ad Hoc Subrogation Group include: Travelers Casualty Insurance Company of America; Travelers Indemnity Company of Connecticut; Travelers Property Casualty Company of America; The Travelers Indemnity Company of America; St Paul Fire and Marine, The Travelers Indemnity Company; Travelers Commercial Insurance Company; The Standard Fire Insurance Company; The Travelers Home and Marine Insurance Company; Travelers Property Casualty Insurance Company; Fidelity and Guaranty Insurance Underwriters Inc.; The Northfield Insurance Company; Northland Insurance; Constitution State Services, LLC.

| NAME | ADDRESS | WILDFIRE RELATED SUBROGATION CLAIMS[1] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|---|
| Certain affiliates of United Services Automobile Association[21] | 9800 Fredericksburg San Antonio, TX 78288 | $532,829,646.00 | $20,000,000.00 in Senior Notes $38,000 in other claims |
| United Specialty Insurance Company | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $1,518,656.34 | |
| United States Liability Insurance Company | 1190 Devon Park Drive Wayne, PA 19087 | $401,790.00 | |
| Tudor Insurance Company and certain affiliates[22] | 300 Kimball Drive, Suite 500 Parsippany NJ 07054 | $3,913,658.23 | |
| Wawanesa General Insurance Co. | 9050 Friars Rd. San Diego, CA 92108 | $1,926,522.57 | |
| XL America Insurance, Inc. | c/o Denenberg Tuffley, PLLC 28411 Northwestern Hwy, Suite 600 Southfield, MI 48034 | $13,084,303.38 | |
| Zenith Insurance Company | P.O. Box 619083 Roseville, CA 95661-9083 | $3,987,318.25 | |
| Zurich American Insurance Company | 1299 Zurich Way Schaumburg, IL 60196 | $43,971,489.13 | |

---

[21] Members of the Ad Hoc Subrogation Group include: United Services Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; Garrison Property and Casualty Company, and affiliates companies.

[22] Members of the Ad Hoc Subrogation Group include: Western World Insurance Company.

**Exhibit D-2 – Ad Hoc Committee of Noteholders**

# Exhibit D

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Angelo, Gordon & Co., L.P. | 245 Park Avenue New York, NY 10167 | $54,004,000 in Senior Utility Notes[1]; 600,000 shares of PG&E Stock |
| Apollo Global Management LLC | 9 West 57th Street 43rd Floor New York, NY 10019 | $356,026,000 in Senior Utility Notes; $110,000,000 in Utility L/C Reimbursement; $93,000,000 in DIP Term Loans[2]; $31,000,000 in Delayed DIP Term Loans[3] |

---

[1] "Senior Utility Notes" means the senior notes issued by Pacific Gas and Electric Company (the "Utility") under (a) that certain Indenture, dated as of April 22, 2005, between Utility and The Bank of New York Company, as trustee (in such capacity, the "Trustee"), which amends and restates that certain Indenture of Mortgage, dated as of March 11, 2004, relating to the issuance of certain notes which are no longer outstanding, other than $3,000M principal amount of 6.05% senior notes due March 1, 2034, and (i) 1st Supplemental Indenture, dated as of March 13, 2007, relating to $700M principal amount of 5.80% senior notes due March 1, 2037 (ii) 3rd Supplemental Indenture, dated as of March 3, 2008, relating to $400M principal amount of 6.35% senior notes due Feb 15, 2038, (iii) 6th Supplemental Indenture, dated as of March 6, 2009, relating to $550M principal amount of 6.25% senior notes due March 1, 2039, (iv) 8th Supplemental Indenture, dated as of November 18, 2009, relating to $550M principal amount of 5.40% senior notes due January 15, 2040, (v) 9th Supplemental Indenture, dated as of April 1, 2010, relating to $250M principal amount of 5.80% senior notes due March 1, 2037, (vi) 10th Supplemental Indenture, dated as of September 15, 2010, relating to $550M principal amount of 3.50% senior notes due October 1, 2020, (vii) 12th Supplemental Indenture, dated as of November 18, 2010, relating to $250M principal amount of 3.50% senior notes due October 1, 2020 and $250M principal amount of 5.40% senior notes due January 15, 2040, (viii) 13th Supplemental Indenture, dated as of May 13, 2011, relating to $300M principal amount of 4.25% senior notes due May 15, 2021, (ix) 14th Supplemental Indenture, dated as of September 12, 2011, relating to $250M principal amount of 3.25% senior notes due September 15, 2021, (x)16th Supplemental Indenture, dated as of December 1, 2011, relating to $250M principal amount of 4.50% senior notes due December 15, 2041, (xi) 17th Supplemental Indenture, dated as of April 16, 2012, relating to $400M principal amount of 4.45% senior notes due April 15, 2042, (xii) 18th Supplemental Indenture, dated as of August 16, 2012, relating to $400M principal amount of 2.45% senior notes due August 15, 2022 and $350M principal amount of 3.75% senior notes due August 15, 2042, (xiii) 19th Supplemental Indenture, dated as of June 14, 2013, relating to $375M principal amount of 3.25% senior notes due June 15, 2023 and $375M principal amount of 4.60% senior notes due June 15, 2043, (xiv) 20th Supplemental Indenture, dated as of November 12, 2013, relating to $300M principal amount of 3.85% senior notes due November 15, 2023 and $500M principal amount of 5.125% senior notes due November 15, 2043, (xv) 21st Supplemental Indenture, dated as of November 12, 2013, relating to $450M principal amount of 3.75% senior notes due February 15, 2024 and $450M principal amount of 4.75% senior notes due February 15, 2044, (xvi) 23rd Supplemental Indenture, dated as of August 18, 2014, relating to $350M principal amount of 3.40% senior notes due August 15, 2024 and $225M principal amount of 4.75% senior notes due February 15, 2044, (xvii) 24th Supplemental Indenture, dated as of November 6, 2014, relating to $500M principal amount of 4.30% senior notes due March 15, 2045, (xviii) 25th Supplemental Indenture, dated as of June 12, 2015, relating to $400M principal amount of 3.50% senior notes due June 15, 2025 and $100M principal amount of 4.30% senior notes due March 15, 2045, (xix) 26th Supplemental Indenture, dated as of November 5, 2015, relating to $200M principal amount of 3.50% senior notes due June 15, 2025 and $450M principal amount of 4.25% senior notes due March 15, 2046, (xx) 27th Supplemental Indenture, dated as of March 1, 2016, relating to $600M principal amount of 2.95% senior notes due March 1, 2026, (xxi) 28th Supplemental Indenture, dated as of December 1, 2016, relating to $400M principal amount of 4.00% senior notes due December 1, 2046, (xxii) 29th Supplemental Indenture, dated as of March 10, 2017, relating to $400M principal amount of 3.30% senior notes due March 15, 2027 and $200M principal amount of 4.00% senior notes due December 1, 2046, (b) that certain Indenture, dated as of March 10, 2017, between Utility and the Trustee, relating to $1,150M principal amount of 3.30% senior notes due December 1, 2027 and $850M principal amount of 3.95% of senior notes due 2047 and (c) that certain Indenture, dated as of August 6, 2018, between Utility and the Trustee, as supplemented by 1st Supplemental Indenture, dated as of August 6, 2018, relating to $500M principal amount of 4.25% senior notes due 2023 and $300M principal amount of 4.65% senior notes due 2028.

[2] "DIP Term Loans" means the term loans under that senior secured, superpriority debtor-in-possession new money credit, guaranty and security agreement (the "DIP Credit Agreement") in an aggregate principal amount of $1,500,000,000.

[3] "Delayed DIP Term Loans" means the delayed draw term loans under the DIP Credit Agreement in an aggregate principal amount of $500,000,000.

# Exhibit D

| | | |
|---|---|---|
| Aurelius Capital Management, LP | 535 Madison Avenue<br>31st Floor<br>New York, NY 10022 | $99,500,000 in Senior Utility Notes<br>624,933 shares of PG&E Stock |
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | $158,260,000 in Senior Utility Notes<br>$161,983,142.89 in Utility Revolver Loans[4]<br>$88,113,595 in Utility L/C Reimbursement<br>$15,000,000 in HoldCo Revolver Loans[5]<br>$60,000,000 in HoldCo Term Loans[6] |
| Capital Group | 333 South Hope Street<br>55th Floor<br>Los Angeles, CA 90071 | $398,000,000 in Senior Utility Notes |
| CarVal Investors | 461 Fifth Avenue<br>New York, NY 10017 | $164,734,000 in Senior Utility Notes |
| Castle Hook Partners LP[7] | 250 West 55th Street<br>New York, NY 10019 | $102,750,000 in Senior Utility Notes<br>473,709 shares of PG&E Stock |
| Citadel Advisors LLC | 520 Madison Avenue<br>New York, NY 10022 | $553,500,000 in Senior Utility Notes<br>3,540,569 shares of PG&E Stock<br>Short Positions in Call Options of 102,400 shares of PG&E Stock<br>Put Options in 794,000 shares of PG&E Stock |
| Citigroup Global Markets[8] | 390 Greenwich Street, 4th Floor<br>New York, NY 10013 | $43,967,000 in Senior Utility Notes<br>$6,000,000 in Utility Revolver Loans<br>$13,240,723 in HoldCo Revolver Loans<br>$27,801,750 in Trade Claims |
| Cyrus Capital Partners, L.P. | 65 East 55th Street<br>6th Floor<br>New York, NY 10022 | $86,454,000 in Senior Utility Notes |

2

---

[4] "Utility Revolver Loans" means loans under that certain Second Amended and Restated Credit Agreement, dated as of April 27, 2015 by and between the Utility and Citibank, N.A. as administrative agent (in such capacity, the "Revolving Agent").

[5] "HoldCo Revolver Loans" means loans under that certain Second Amended and Restated Credit Agreement, dated as of April 27, 2015 by and between PG&E and the Revolving Agent.

[6] "HoldCo Term Loans" means loans under that certain Term Loan Credit Agreement, dated as of April 16, 2018, by and between PG&E and Mizuho Bank, Ltd., as administrative agent.

[7] Castle Hook Partners ("Castle Hook") recently joined the Ad Hoc Committee. Castle Hook's reported holdings are as of July 12, 2019.

[8] These holdings apply only to Citigroup's distressed trading desk.

| Entity | Address | Holdings |
|---|---|---|
| Davidson Kempner Capital Management LP | 520 Madison Avenue 30th Floor New York, NY 10022 | $821,700,000 in Senior Utility Notes $55,000,000 in Utility Revolver Loans 6,022,000 shares of PG&E Stock |
| Deutsche Bank Securities Inc. | 60 Wall Street 4th Floor New York, NY 10005 | $216,764,000 in Senior Utility Notes $11,920,017 in Utility Revolver Loans $87,788,253 in Utility L/C Reimbursement Put Options in 1,825,000 shares of PG&E Stock $100,000,000 in Wildfire Subrogation Claims |
| Diameter Capital Partners LP | 24 West 40th Street 5th Floor New York, NY 10018 | $151,748,000 in Senior Utility Notes $39,901,244 in Utility Revolver Loans 965,000 shares of PG&E Stock $17,000,000 in a Bilateral Utility Loan $10,972,746 in Trade Claims |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | $1,425,803,000 in Senior Utility Notes |
| Farallon Capital Management, L.L.C. | One Maritime Plaza Suite 2100 San Francisco, CA 94111 | $353,120,000 in Senior Utility Notes $53,580,000 in Utility Revolver Loans |
| Fir Tree Partners | 55 West 46th Street 29th Floor New York, NY 10036 | $79,430,000 in Senior Utility Notes |
| Oaktree Capital Management, L.P. | 333 South Grand Avenue 28th Floor Los Angeles, CA 90071 | $158,747,000 in Senior Utility Notes 1,215,000 shares of PG&E Stock $3,750,000 in DIP Term Loans $24,900,869 in Utility Revolver Loans $10,000,000 in Utility Term Loans[9] |
| Och-Ziff Capital Management Group LLC | 9 West 57th Street 39th Floor New York NY 10019 | $407,799,000 in Senior Utility Notes $11,250,000 in DIP Term Loans $3,750,000 in Delayed DIP Term Loans 1,714,023 shares of PG&E Stock Call Options of 1,121 shares of PG&E Stock |

3

---

[9] "Utility Term Loans" means loans under that certain term loan agreement dated as of February 23, 2018 by and among the Utility, The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") and U.S. Bank National Association, as lenders, joint lead arranger and joint bookrunners and BTMU as administrative agent.

## Exhibit D

| | | |
|---|---|---|
| Pacific Investment Management Company LLC | 650 Newport Center Drive<br>Newport Beach, CA 92660 | $2,051,882,000 in Senior Utility Notes<br>$220,000,000 in Utility Term Loans<br>$634,500,000 in DIP Term Loans<br>$211,500,000 in Delayed DIP Term Loans |
| Pacific Life Insurance Company | 700 Newport Center Drive<br>Newport Beach, CA 92660 | $86,287,000 in Senior Utility Notes |
| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas<br>21st Floor<br>New York, NY 10019 | $95,949,000 in Senior Utility Notes<br>621,815 shares of PG&E Stock<br>Short Positions in Call Options of 325,000 shares of PG&E Stock |
| Senator Investment Group LP | 510 Madison Avenue<br>Suite 28<br>New York, NY 10022 | $214,796,000 in Senior Utility Notes |
| Taconic Capital Advisors LP | 280 Park Avenue<br>5th Floor<br>New York, NY 10017 | $135,873,000 in Senior Utility Notes<br>$10,000,000 in Utility Revolver Loans<br>$25,000,000 in Utility L/C Reimbursement<br>300,000 shares of PG&E Stock |
| Third Point LLC | 390 Park Avenue<br>New York, NY 10022 | $543,671,000 in Senior Utility Notes |
| Värde Partners, Inc. | 901 Marquette Avenue South<br>Minneapolis, MN 55402 | $879,828,000 in Senior Utility Notes<br>$21,486,655 in Utility Revolver Loans<br>$12,500,000 in Utility L/C Reimbursement<br>1,171,403 Short Positions in PG&E Shares |

4

# Exhibit D-3 – Certain PG&E Shareholders

**Exhibit D**

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| 683 Capital Partners, LP<br>3 Columbus Circle, Suite 2205<br>New York, NY 10019 | PG&E Common Shares: | 1,950,000 |
| | Short Call Options:[1] | 100,000 |
| | Short Put Options: | 200,000 |
| Abrams Capital Management, LP, on behalf of certain funds and accounts<br>222 Berkeley Street, 21st Floor<br>Boston, MA 02116 | PG&E Common Shares: | 25,000,000 |
| | Subrogation Claims: | $72,302,208 |
| Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts<br>610 Broadway, 6th Floor<br>New York, NY 10012 | PG&E Common Shares: | 23,290,000 |
| | Utility Bonds: | $317,239,000 |
| | DIP Loan Obligations:[2] | $22,500,000 |
| Caspian Capital LP, on behalf of certain funds and accounts<br>10 East 53rd Street, 35th Floor,<br>New York, NY 10022 | PG&E Common Shares: | 3,674,375 |
| | Utility Preferred Shares: | 144,595 |
| | Utility Bonds: | $48,138,000 |
| | DIP Loan Obligations: | $10,000,000 |
| | PG&E Revolver: | $1,464,886 |
| | PG&E Term Loan: | $13,535,114 |
| Centerbridge Partners, L.P., on behalf of certain funds and accounts<br>375 Park Avenue, 11th Floor<br>New York, NY 10152 | PG&E Common Shares: | 9,624,417 |
| | Call Options (Long Position): | 600 |
| | Call Options (Short Position): | 200,600 |
| | Utility Preferred Shares: | 80,884 |
| | Utility Revolver: | $4,940,653 |
| | Utility Bonds: | $297,338,000 |
| | Subrogation Claims: | $47,968,767 |

---

[1] Options are shown herein as exercisable shares.

[2] DIP Loan Obligations include undrawn commitments, if any.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| D.E. Shaw Galvanic Portfolios, L.L.C., D.E. Shaw Kalon Portfolios, L.L.C., and D.E. Shaw Orienteer Portfolios, L.L.C., 1166 Ave. of the Americas, 9th Floor New York, NY 10036 | PG&E Common Shares: | 7,120,718 |
| | Call Options: | 564,300 |
| | Put Options: | 988,500 |
| | Utility Bonds: | $27,000,000 |
| Fidelity Management & Research Company, on behalf of certain funds and accounts 245 Summer Street Boston, MA 02210 | PG&E Common Shares: | 12,461,820 |
| | Utility Bonds: | $298,000,000 |
| First Pacific Advisors, LP, on behalf of certain funds and accounts 11601 Wilshire Blvd #1200 Los Angeles, CA 90025 | PG&E Common Shares: | 4,702,923 |
| Governors Lane LP, on behalf of certain funds and accounts 510 Madison Avenue New York, NY 10022 | PG&E Common Shares: | 1,081,198 |
| | Call Options: | 600,000 |
| | Utility Bonds: | $64,025,000 |
| HBK Master Fund L.P., c/o HBK Services LLC 2300 North Field Street, Suite 2200 Dallas, TX 75201 | PG&E Common Shares: | 2,024,614 |
| | Utility Bonds: | $57,400,000 |
| | DIP Loan Obligations: | $125,000,000 |
| | Utility Revolver: | $236,555,694 |
| | Utility L/C Reimbursement: | $91,691,780 |
| Knighthead Capital Management, LLC, on behalf of certain funds and accounts 1140 Avenue of the Americas, 12th Fl New York, NY 10036 | PG&E Common Shares: | 13,654,521 |
| | Call Options: | 3,448,000 |
| | Utility Bonds: | $51,760,000 |
| Latigo Partners, LP, on behalf of certain funds and accounts 450 Park Avenue, 12th Floor New York, NY 10022 | PG&E Common Shares: | 1,735,000 |
| | Call Options: | 1,000,000 |
| | Utility Bonds: | $27,000,000 |

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
| --- | --- | --- |
| Meadowfin, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022 | PG&E Common Shares:<br>Utility Bonds: | 5,000,000<br>$480,236,000 |
| Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients[3]<br>535 Madison Ave.<br>New York, NY 10022 | PG&E Common Shares:<br>Utility Bonds: | 2,561,610<br>$21,254,000 |
| MSD Partners, L.P., on behalf of certain funds and accounts<br>645 Fifth Ave, 21st Floor<br>New York, NY, 10022 | PG&E Common Shares:<br>Short Call Options:<br>Short Put Options:<br>Utility Bonds:<br>DIP Loan Obligations: | 2,676,554<br>1,700,000<br>1,000,000<br>$67,500,000<br>$75,000,000 |
| MSD Capital, L.P.,<br>645 Fifth Ave, 21st Floor<br>New York, NY, 10022 | PG&E Common Shares: | 57,233 |
| Newtyn Management, LLC, on behalf of certain funds and accounts<br>60 East 42nd Street, Suite 960,<br>New York, NY 10165 | PG&E Common Shares:<br>Call Options: | 2,929,485<br>200,000 |
| Nut Tree Master Fund, LP, by its investment advisor, Nut Tree Capital Management, LP<br>Two Penn Plaza, 24th Floor<br>New York, NY 10121 | PG&E Common Shares: | 2,000,000 |
| Owl Creek Asset Management, L.P., on behalf of certain funds and accounts<br>640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | PG&E Common Shares:<br>Subrogation Claims: | 4,839,349<br>$14,934,609 |

---

[3] Disclosable economic interests held as of July 16, 2019.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Pentwater Capital Management LP, on behalf of certain funds and accounts 614 Davis Street Evanston, IL 60201 | PG&E Common Shares: | 4,573,200 |
| | Net Short Utility Bonds: | $29,161,000 |
| | Net Exposure Equity Derivatives:[4] | (3,760,000) |
| Redwood Capital Management, LLC, on behalf of certain funds and accounts 910 Sylvan Ave Englewood Cliffs, NJ 07632 | PG&E Common Shares: | 12,981,393 |
| | Utility Bonds: | $107,962,000 |
| Sachem Head Capital Management LP, on behalf of certain funds and accounts[5] 250 West 55th St., 34th Floor New York, NY 10019 | PG&E Common Shares: | 4,575,000 |
| Serengeti Asset Management LP, on behalf of certain funds and accounts[6] 632 Broadway, 12th Floor New York, NY 10012 | PG&E Common Shares: | 1,000,000 |
| Silver Point Capital, L.P., on behalf of certain funds and accounts Two Greenwich Plaza Greenwich, CT 06830 | PG&E Common Shares: | 13,565,173 |
| | PG&E Common Shares Swaps: | 958,827 |
| | Utility Bonds: | $296,730,666.51 |
| | Subrogation Claims: | $22,397,514.23 |
| | Trade Vendor Claims: | $8,626,980.26 |
| | PG&E Revolver and Term Loans: | $79,200,000 |

[4] Equity derivatives (long and short options and swaps) with various maturities and strike prices, net exposure if executed, whether or not contracts have any intrinsic value presently.

[5] Disclosable economic interests held as of July 18, 2019.

[6] Disclosable economic interests held as of July 15, 2019.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Steadfast Capital Management LP ("SCM"), on behalf of certain funds, whether advised directly by SCM or an affiliate thereof<br>450 Park Avenue, 20th Floor<br>New York, NY 10022 | PG&E Common Shares: | 7,042,258 |
| SteelMill Master Fund LP<br>c/o PointState Capital LP[7]<br>40 West 57th Street, 25th Floor<br>New York, NY 10019 | PG&E Common Shares: | 5,767,048 |
| | Long Call Options: | 50,000 |
| | Short Call Options: | 100,000 |
| | Utility Bonds: | $353,985,000 |
| Stonehill Capital Management LLC, on behalf of certain funds<br>885 Third Ave., 30th Floor<br>New York, NY 10022 | PG&E Common Shares: | 4,279,971 |
| | Short Position: | 525,000 |
| | Utility Preferred Shares: | 796,633 |
| | Utility Bonds: | $28,464,000 |
| Warlander Asset Management, LP, on behalf of certain funds and accounts<br>250 West 55th Street, 33rd Floor<br>New York, NY 10019 | PG&E Common Shares: | 1,797,123 |
| York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates<br>767 5th Avenue, 17th Floor<br>New York, NY 10153 | PG&E Common Shares: | 3,533,082 |
| | Utility Bonds: | $271,330,000 |

---

[7] Disclosable economic interests held as of July 8, 2019.