Case: 19-30088   Doc# 3825-2   Filed: 09/06/19   Entered: 09/06/19 09:32:52   Page 1 of 6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation	Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company	Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG&E Corporation & Pacific Gas and Electric Company- Dkt #3812**

**Memorandum Decision Regarding Motions for Relief from Stay**

**Order Granting The Motion of The Ad Hoc Group of Subrogation Claim Holders for Relief from Stay**

**Order Granting the Motion of The Official Committee of Tort Claimants for Relief from Automatic Stay**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

| Keller & Benvenutti LLP | for PG&E Corporation and |
| --- | --- |
| Tobias S. Keller | Pacific Gas & Electric Company |
| Jane Kim | |
| 650 California St., #1900 | |
| San Francisco, CA 94108 | |

**-and-**

Weil, Gotshal & Manges LLP
Stephen Karotkin
Jessica Liou
Ray C. Schrock
767 Fifth Ave.
New York, NY 10153

**-and-**

Cravath, Swaine & Moore LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Ave.
New York, NY 10019


| Baker & Hostetler LLP | for Official Committee of Tort Claimant |
| --- | --- |
| Robert A. Julian | |
| Cecily A. Dumas | |
| 1160 Battery St., #100 | |
| San Francisco, CA 94111 | |

**-and-**

Baker & Hostetler LLP
Eric E. Sagerman
Lauren T. Attard
11601 Wilshire Blvd., #1400
Los Angeles, CA 90025


| Milbank LLP | for Official Committee of Unsecured Creditors |
| --- | --- |
| Dennis F. Dunne | |
| Samuel A. Khalil | |
| 55 Hudson Yards | |
| New York, NY 10001-2163 | |

**-and-**

Milbank LLP
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>**-and-**<br>Diemer & Wei LLP<br>Kathryn S. Diemer<br>100 West San Fernando St., #555<br>San Jose, CA 95113 | for Ad Hoc Committee of Subrogation Claimants |
| Akin Gump Strauss Hauer & Feld LLP<br><br>Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>One Bryant Park<br>New York, New York 10036<br> -and-<br>Akin Gump Strauss Hauer & Feld LLP<br>Ashley Vinson Crawford<br>580 California Street, Suite 1500<br>San Francisco, CA 94104 | for Ad Hoc Committee of Senior Unsecured Noteholders |
| JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>555 South Flower Street, 15th Floor<br>Los Angeles, CA 90071-2300 | for Certain PG&E Shareholders |
| Walkup, Melodia, Kelly & Schoenberger<br>Michael A. Kelly<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>**-and-**<br>COTCHETT, PITRE & MCCARTHY, LLP<br>Frank M. Pitre<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | for Judicial Council Coordination Proceeding Entitled California North Bay Fire Cases |

| | |
|---|---|
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | for Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Thompson and Stephen Breitenstein |

Dario de Ghetaldi
Amanda L. Riddle
Steven M. Berki
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030-0669
**-and-**
DANKO MEREDITH
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
**-and-**
GIBBS LAW GROUP
Eric Gibbs
Dylan Hughes
505 14th Street, Suite 1110
Oakland, CA 94612

| | |
|---|---|
| ROBINS CLOUD LLP | for John Caslin and Phyllis Lowe |

Bill Robins III
Robert T. Bryson
Kevin M. Pollack
808 Wilshire Boulevard, Suite 450
Santa Monica, CA 90401

| | |
|---|---|
| ABBEY, WEITZENBERG, WARREN & EMERY, PC<br>Brendan M. Kunkle<br>Michael D. Green<br>100 Stony Point Rd, Suite 200<br>Santa Rosa, CA 95401 | for William Edelen, Roxanne Edelen, Trust Agreement dated June 22, 2011, Burton Fohrman, Raleigh Fohrman, The Fohrman Family Trust dated February 3, 1976, Jeremy Olsan, Ann DuBay, Jacob Olsan, The Jeremy L. Olsan and Ann M. DuBay Trust dated November 29, 2011, Kathleen Groppe, Ken Kirven, Brian Kirven, and the Estate of Monte Kirven |
| ABBEY, WEITZENBERG, WARREN & EMERY, PC | for Don Louis Kamprath, |

| | |
|---|---|
| Frank M. Oitre<br>840 Malcolm Rd., #200<br>Burlingame, CA 94010 | Ruth Kamprath, the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust, Elizabeth Fourkas, Pete Fourkas, Alissa Fourkas, the Fourkas Family Trust, and Greg and Christina Wilson |

**-and-**
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
Steven M. Campora
20 Bicentennial Circle
Sacramento, CA 95826

| | |
|---|---|
| PANISH SHEA & BOYLE LLP<br>Brian Panish<br>Rahul Ravipudi<br>Lyssa A. Roberts<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, CA 90025 | for Armando A. Berriz, Armando J. Berriz, Carmen T. Meissner, Monica Berriz, and the Estate of Carmen Caldentey Berriz |

| | |
|---|---|
| SINGLETON LAW FIRM, APC<br>Gerald Singleton<br>John C. Lemon<br>450 A Street, 5th Floor<br>San Diego, CA 92101 | for SLF Fire Victim Claimants |

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Avenue<br>New York, NY 10019-6099 | for Amica Mutual Insurance Company, BG Resolution Partners I-A, L.L.C. (an affiliate of The Baupost Group, L.L.C.), Encompass Insurance Company, Fire Insurance Exchange, Hartford Accident & IndemnityCompany, Liberty Insurance Corporation, Mercury Insurance, Nationwide Mutual Insurance Company, and United Services Automobile Association |

**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando Street, Suite 555
San Jose, CA 95113

| | |
|---|---|
| DECHERT LLP | for State Farm MutualAutomobile Insurance |

| | |
|---|---|
| Allan S. Brilliant<br>Shmuel Vasser<br>Alaina R. Heine<br>1095 Avenue of the Americas<br>New York, New York 10036<br>**-and-**<br>DECHERT LLP<br>Rebecca Weissman<br>One Bush Street, Suite 1600<br>San Francisco, California 94104 | Company and its affiliates and subsidiaries |
| ENGEL LAW, P.C.<br>G. Larry Engel<br>12116 Horseshoe Lane<br>Nevada City, CA 95959<br>**-and-**<br>BOUTIN JONES INC.<br>Mart Gorton<br>Thomas G. Mouzes<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 94814<br>**-and-**<br>SONOMA CLEAN POWER AUTHORITY<br>Jessica Mullan<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA 95404 | for Sonoma Clean Power Authority |

Date: September 6, 2019

<u>Da'Wana L. Chambers</u>
Deputy Clerk