1 MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
2 SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
3 San Diego, California 92101
Telephone: (619) 231-0303
4 Facsimile: (619) 231-4755

5 Attorneys for Righetti Ranch, LP and Righetti
NC, LLC

6

7

8                       **UNITED STATES BANKRUPTCY COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11   In re                                          CASE NO. 19-30088

12   PACIFIC GAS AND ELECTRIC                       **REQUEST FOR SPECIAL NOTICE
     COMPANY,                                       AND REQUEST TO BE INCLUDED
13                                                  ON THE NEF ELECTRONIC
                                                    MAILING LIST**
14                      Debtor.

15
                                                    Honorable Dennis Montali
16

17

18

19        TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE UNITED

20   STATES TRUSTEE, THE DEBTOR, DEBTOR'S COUNSEL AND OTHER

21   INTERESTED PARTIES:

22        PLEASE TAKE NOTICE that Righetti Ranch, LP and Righetti NC, LLC

23   ("RIGHETTI"), appearing through counsel, Michael D. Breslauer, Esq. of Solomon

24   Ward Seidenwurm & Smith, LLP, hereby requests that copies of all notices,

25   pleadings, and other documents filed in the above-referenced bankruptcy case,

26   including all pleadings or notices under Rules 2002 and 9007 of the Federal Rules of

27   Bankruptcy Procedure and Sections 102(1), 342(a) and 1109(b) of the United States

28   Bankruptcy Code, **be served by NEF** as follows:

P:01312053.1:17090.002

**mbreslauer@swsslaw.com**

**wyones@swsslaw.com**

RIGHETTI also requests that copies of all notices, pleadings, and other documents filed in the above-referenced bankruptcy case, including all pleadings or notices under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342(a) and 1109(b) of the United States Bankruptcy Code, **be served by U.S. Mail** as follows:

> **Michael D. Breslauer, Esq.**
> **Solomon Ward Seidenwurm & Smith, LLP**
> **401 B Street, Suite 1200**
> **San Diego, CA  92101**

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by the RIGHETTI of its:

a.    Right to have any final orders in any non-core matters entered only after <u>de novo</u> review by a United States District Court Judge;

b.    Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation <u>vel non</u> of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

c.    Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

d.    Other rights, claims, actions, defenses, setoffs, recoupment  or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

P:01312053.1:17090.002

1    RIGHETTI expressly reserves all the rights listed above.

2    Filing this request for notice or participating in this bankruptcy proceeding

3  shall not be deemed to constitute a concession or admission of jurisdiction in this

4  case or before this Court.

5  DATED: September 6, 2019         Respectfully submitted,

6                                   SOLOMON WARD SEIDENWURM &
                                     SMITH. LLP
7

8                                    By: /s/ Michael D. Breslauer
9                                        MICHAEL D. BRESLAUER
                                         Attorneys for Righetti Ranch, LP and
10                                       Righetti NC, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28