US Bankruptcy Court  
Mailbox 36099  
450 Golden Gate Ave.  
San Francisco, CA, 94102  


FILED  
SEP 06 2019  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA  

William B. Abrams  
1519 Branch Owl Pl.  
Santa Rosa, CA, 95409  

RE: Case Number 19-30088-DM

August 16, 2019

Attention Judge Montali:

My name is William B. Abrams and I am a wildfire survivor who lost everything I own and ran with my family through the flames the night of the Tubbs Fire. I have been following your proceeding closely and have appreciated your thoughtful considerations of the survivors and victims. Through this outside view of the proceedings, I have been concerned that PG&E is pushing for a hasty resolution rather than a correct or thoughtful resolution that considers the important new evidence that indeed PG&E did cause the Tubbs Fire.

I know that the passage of AB-1054 through the State Legislature and signed by the Governor puts added pressure on PG&E for quick resolution so they can take advantage of the new taxpayer funded pool. I am confident that the Governor and the Legislature did not pass this bill with the intent to create an overhasty bankruptcy process but unfortunately some have argued that this is the unintended consequence. However, I urge you to please consider the financial impacts on wildfire victims and survivors who want above all else justice and a fair ruling that can be relied upon. Tubbs wildfire survivors are still in pain and are dealing with continuous financial impacts of the fire (housing scarcity, health issues, job loss, insurance scarcity, etc.). Please, do not put the financial interests of PG&E to artificially prop up their credit rating ahead of the personal and financial interests of the Tubbs wildfire survivors.

In my view, the only way this can be accomplished is through a jury trial. There is no expedited hearing that will make those who were devastated by the Tubbs Fire feel any sense of fairness in a bankruptcy process. As a wildfire survivor, I certainly have compassion for victims of other PG&E caused fires but I would ask you not to trade quicker resolution for those wildfire survivors at the expense of those impacted by the Tubbs Fire. Yes, PG&E will want you to rely solely upon the rushed CAL Fire report despite the growing mountain of evidence that points to PG&E once again being at fault for Tubbs. Somewhere there may be one person who believes that PG&E was at fault for the other 16 wildfires and that coincidentally at that same precise time there was another fire started by some faulty personal wiring but I am not that guy. I will not believe this PG&E constructed and influenced coincidence to scapegoat some unfortunate wildfire victim to reduce their corporate liability and culpability. Please, consider this sentiment as you deliberate on these critical matters.

Sincerely,

William B. Abrams  
Sonoma County Resident  
On Behalf of the Abrams Family