```
STEVEN G. POLARD (SBN 90319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071
Telephone:   (213) 312-2000
Facsimile:   (213) 312-2001
Email:       steven.polard@rmkb.com

Attorneys for Creditor, CREATIVE CEILINGS,
INC.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>    Debtor, | CASE NO. 3:19-BK-30088<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS** |

  PLEASE TAKE NOTICE that the Creative Ceilings, Inc., creditor in the above-captioned bankruptcy case, through its new counsel of record, Ropers, Majeski, Kohn & Bentley which is being substituted in presently, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 4001, 6006, 9007 and 9013, and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case, and all pleadings and other papers served or required to be served in this case be served upon the following:

STEVEN G. POLARD (SBN 90319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@rmkb.com

This Request for Special Notice includes the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, among others, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

This request also includes courtesy notification delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF).

Dated: September 6, 2019

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Steven G. Polard
STEVEN G. POLARD
Attorneys for Creditor, CREATIVE CEILINGS INC.

| | |
|---|---|
| 1 | **CASE NAME:** IN RE PG&E Corporation |
| 2 | **ACTION NO.:** 3:19-BK-30088 |

### CERTIFICATE OF SERVICE

I am a citizen of the United States over the age of 18 years, and not a party to the within action. My business address is 445 S. Figueroa Street, Suite 3000, Los Angeles, CA 90071.

I served the document described as: **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS** by:

**NEF/ CM/ECF.** Pursuant to controlling General Orders and LBR, the above document(s) was served by the Court, on the Registered Participants who have consented to electronic service, via the court's CM/ECF electronic mail (Email) system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on September 6, 2019.

Melissa Tamura
Type Name                                    Signature