**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND UNITED STATES OF AMERICA EXTENDING TIME TO RESPOND TO LEASE ASSUMPTION MOTION**<br><br>Re: Dkt. No. 3726<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the United States of America (the "**United States**"), on the other hand. The Debtors and the United States are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A.      On August 27, 2019, the Debtors filed the *Fifth Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases* [Dkt. No. 3726] (the "**Lease Assumption Motion**"), which is set for a hearing before the Court at 9:30 a.m. on September 24, 2019. Any response or opposition to the Lease Assumption Motion is due by 4:00 p.m. (Pacific Time) on September 10, 2019.

B.      Counsel for the United States has requested, and counsel for the Debtors has agreed, that the time for the United States to respond to the Lease Assumption Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.      The time for the United States to file and serve any response or opposition to the Lease Assumption Motion is extended through 4:00 p.m. (Pacific Time) on September 13, 2019.

[*Signatures on next page*]

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Dated: September 6, 2019

KELLER & BENVENUTTI LLP

/s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors*
*and Debtors in Possession*

Dated: September 6, 2019

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION

/s/ *Danielle A. Pham*
Danielle A. Pham

*Attorneys for United States*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119