```
 1  PORTER LAW GROUP, INC.
    William L. Porter, Esq. [133968]
 2  Hannah C. Kreuser, Esq. [322959]
    7801 Folsom Boulevard, Suite 101
 3  Sacramento, California 95826
    Telephone: 916-381-7868
 4  Facsimile: 916-381-7880

 5  Attorneys for
    TOWNSEND & SCHMIDT MASONRY
 6

 7
                    UNITED STATES BANKRUPTCY COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
 9
```

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors | Case Nos.   19-30088 (DM)<br><br>            19-.0089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corproation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>X  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | **WITHDRAWAL OF PROOFS OF CLAIM BY TOWNSEND & SCHMIDT MASONRY (CLAIM NOS. 2434 AND 2452)** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, TOWNSEND & SCHMIDT MASONRY ("TSM"), by and through its undersigned counsel, hereby respectfully

-1-

withdraws its proofs of claim (Claim Nos. 2434 and 2452) in full. Claim Nos. 2434 and 2452 were filed in this case on April 18, 2019, both in the amount of $65,945.00.

Dated: September 6, 2019                        **PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
Hannah C. Kreuser, Esq.
Attorneys for TOWNSEND & SCHMIDT MASONRY

R:\Production\1\1000-1999 - Porter Law Group\1100-1199\1162 Townsend & Schmidt Masonry\1162.4 PG&E\Withdrawal of Claim.wpd