| | |
|---|---|
| 1<br>2<br>3<br>4 | **PORTER LAW GROUP, INC.**<br>William L. Porter, Esq. [133968]<br>Hannah C. Kreuser, Esq. [322959]<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, California 95826<br>Telephone: 916-381-7868<br>Facsimile: 916-381-7880 |
| 5<br>6 | Attorneys for<br>**TOWNSEND & SCHMIDT MASONRY** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | | |
|---|---|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors | | Case Nos. | 19-30088 (DM)<br><br>19-.0089 (DM) |
| | | Chapter 11<br><br>(Jointly Administered) | |
| ☐ | Affects PG&E Corproation | **TOWNSEND & SCHMIDT MASONRY'S NOTICE OF WITHDRAWAL OF NOTICE PURSUANT TO 11 U.S.C. § 546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** | |
| ☐ | Affects Pacific Gas and Electric Company | | |
| X | Affects both Debtors | | |
| *All papers shall be filed in the Lead Case, No. 19-30088(DM)* | | | |

TOWNSEND & SCHMIDT MASONRY ("TSM"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of Notice of Perfection of Lien against PG&E

-1-

Case: 19-30088    Doc# 3832    Filed: 09/06/19    Entered: 09/06/19 12:50:37    Page 1 of 2

Corporation and Pacific Gas and Electric Company (collectively "Debtors") pursuant to 11 U.S.C. § 546(b)(2) Related to the Perfection, Maintenance and Enforcement of Mechanics Lien Claims ("Notice"). The Notice was filed with this Court on April 12, 2019 at Docket # 1353. This Notice concerned TSM's claim for $65,945.00, which was secured by a mechanics lien against the real property located at 2111 Hillcrest Avenue, Antioch, CA 94509.

Dated: September 6, 2019                    **PORTER LAW GROUP, INC.**

                                             By: /s/ Hannah C.Kreuser
                                                 Hannah C. Kreuser, Esq.
                                                 Attorneys for TOWNSEND & SCHMIDT MASONRY

R:\Production\1\1000-1999 - Porter Law Group\1100-1199\1162 Townsend & Schmidt Masonry\1162.4 PG&E\Withdrawal of Notice.wpd

Case: 19-30088    Doc# 3832    Filed: 09/06/19    Entered: 09/06/19 12:50:37    Page 2 of 2