TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
580 California Street
Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

*-and-*

TROUTMAN SANDERS LLP
Harris B. Winsberg (*admitted pro hac vice*)
Matthew G. Roberts (*admitted pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*Attorneys for Creditors*
*Southern Power Company, on behalf of itself and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E Corporation<br><br>-and-<br><br>Pacific Gas & Electric Company,<br><br>    Debtors.<br><br>❏ Affects PG&E Corporation<br><br>❏ Affects Pacific Gas & Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

Southern Power Company, on behalf of itself and certain of its affiliates (collectively, "**Southern**"), a creditor and interested party herein, hereby gives notice of a change in local counsel *from* Gabriel Ozel (SBN 269098) *to* Marcus T. Hall (SBN 206495) and Katharine L. Malone (SBN 290884), and requests that Mr. Ozel be removed from the Court's electronic e-mail notification list, as follows:

Gabriel Ozel<br>
gabeozel@gmail.com<br>
gozel@nuvasive.com

Harris B. Winsberg and Matthew G. Roberts of Troutman Sanders LLP will remain as lead counsel for Southern with Marcus T. Hall and Katharine L. Malone of Troutman Sanders LLP serving as local counsel of record going forward. The undersigned confirms that Mr. Ozel, Mr. Hall, and Southern have all consented to the foregoing change.

Dated: September 6, 2019      **TROUTMAN SANDERS LLP**

By: /s/ *Katharine L. Malone*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Telephone:  404.885.3000
Facsimile:  404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Marcus T. Hall (SBN 206495)
Katharine L. Malone (SBN 290884)
TROUTMAN SANDERS LLP
580 California Street
Suite 1100
San Francisco, CA 94104
Telephone:  415.477.5700
Facsimile:  415.477.5710
marcus.hall@troutman.com

*Attorneys for Southern Power Company, on behalf of itself and certain of its affiliates*