

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**Signed and Filed: September 6, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND UNITED STATES OF AMERICA EXTENDING TIME TO RESPOND TO LEASE ASSUMPTION MOTION**<br><br>Re: Dkt. No. 3726<br><br>[No Hearing Requested] |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the United States of America (the "**United States**"), on the other hand, filed on September 6, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the United States to file and serve any response or opposition to the Lease Assumption Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on September 13, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: September 6, 2019

UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION

/s/ *Danielle A. Pham*
Danielle A. Pham

*Attorneys for United States*

**END OF ORDER**