

**Signed and Filed: September 6, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|       - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|       Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |

**TENTAVIVE RULINGS ON MOTIONS REGARDING DE MINIMIS ASSET SALES (DKT. NO. 3575) AND SETTLEMENT AND COMPROMISES OF CERTAIN CLAIMS (DKT. NO. 3576)**

De minimis asset sales that implicate Bankruptcy Code Section 363(f) appear to conflict with B.L.R. 6004-1(a) & (b) and FRBP 6004(c), particularly where the respondent(s) has not consented. While it seems unlikely that the type of sales contemplated by this motion will typically involve either no liens or liens that will be paid in full upon the sale, the

-1-

court is not inclined to depart from the well-established practice in this district on sales free and clear of liens that reattached to sale proceeds.

The proposed language suggested by PERA in its limited objection appears reasonable, as do its requested notice provisions.

If Debtors accept the PERA suggestions and delete the abbreviated "free and clear" procedures that trouble the court, they should revise the proposed order accordingly, obtain approval by counsel for PERA and upload it. If that occurs, the motion can be dropped from the September 11, 2019, 9:30 calendar.

The court believes the limited objections of the Public Advocates Office regarding the settlement and compromise of certain claims are well-taken and that Debtors should agree to either of the suggested alternatives. If they do agree, they should revise the proposed order accordingly, obtain approval by counsel for the Public Advocates Office, and upload it. If that occurs, the motion can be dropped from the September 11, 2019, 9:30 calendar.

**\*\*END OF ORDER\*\***