

Signed and Filed: September 6, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATED ORDER APPROVING STIPULATION FOR (1) ADEQUATE PROTECTION OF SETOFF RIGHTS OF PHILIP VERWEY FARMS ("PVF") AND (2) RESOLUTION OF PVF'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>[Relates to Dkt. No. 1141-1145 & 2871]<br><br>Date: July 31, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court has considered the *Stipulation For (1) Adequate Protection Of Setoff Rights Of Philip Verwey Farms ("PVF") And (2) Resolution Of PVF's Motion For Relief From Automatic Stay* filed September 6, 2019 [Dkt. No. 3834] (the "**Stipulation**") between Philip Verwey, dba Philip Verwey Farms ("**PVF**") and Pacific Gas and Electric Company (the "**Utility**" or "**Debtor**"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), entered in settlement of the PVF's *Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553* (the "**Motion**") [Dkt. Nos. 1141 – 1145, 2871], which came on for hearing on July 31, 2019; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"), and to consider the Stipulation and its provisions pursuant to that same authority and Federal Rule of Bankruptcy Procedure 4001(d)(4); and consideration of the Motion, the Stipulation and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and sufficient to afford reasonable notice of the material provisions of the Stipulation and opportunity for hearing; and it appearing that no other or further notice need be provided; and this Court having held a hearing on the Motion, and considered the papers filed in support of and in opposition to the Motion, and the arguments of counsel; and this Court having determined that the legal and factual bases set forth in the Motion and the oppositions thereto establish just cause for approval of the Stipulation; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is approved as an agreement in settlement of the Motion and as providing adequate protection for PVF's claimed setoff rights.

2. The Motion is resolved by the Stipulation.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order. To the extent any other court or tribunal has concurrent jurisdiction over the subject matter of the Stipulation, it shall retain such jurisdiction.

* * * END OF ORDER * * *

Approved:

Dated: September 6, 2019

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ *H. Annie Duong*
_____
H. Annie Duong

*Attorneys for Claimant Philip Verwey dba Philip Verwey Farms*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119