Form 210A (10/06)

# United States Bankruptcy Court
# Northern District of California

In re:     Pacific Gas and Electric Company,
Case No.   19-30088, et al. Jointly administered under Case No. 19-30088

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:                                    Name of Transferor:
**Fair Harbor Capital, LLC**                     3 POINT PAYMENT PROCESSING INC
  As assignee of 3 POINT PAYMENT PROCESSING INC

Name and Address where notices to transferee          Court Claim # (if known): none
should be sent:                                          Amount of Claim: $11,163.00
                                                    Date Claim Filed:

    **Fair Harbor Capital, LLC**                  Name and Address of Transferor:
    Ansonia Finance Station
    PO Box 237037                                    3 POINT PAYMENT
    New York, NY  10023                         PROCESSING INC
                                                      3500 WILLOW LAKE BLVD
                                                      STE 200
                                                      St Paul, MN  55110

Phone:   212 967 4035                               Phone:
Last Four Digits of Acct #:     n/a                 Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:         n/a
Last Four Digits of Acct #:      n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:             /s/*Fredric Glass*                          Date:    September 9, 2019
            Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Northern District of California

In re:      Pacific Gas and Electric Company,
Case No.    19-30088, et al. Jointly administered under Case No. 19-30088

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. none(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 9, 2019.

Name of Transferee:
**Fair Harbor Capital, LLC**
As assignee of 3 POINT PAYMENT PROCESSING INC

Name of Alleged Transferor:
**3 POINT PAYMENT PROCESSING INC**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

3 POINT PAYMENT PROCESSING INC
3500 WILLOW LAKE BLVD
STE 200
St Paul, MN 55110

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                      _____
                                                                                                      Clerk of the Court

3 POINT PAYMENT ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **PG&E Corporation, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$11,163.00**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Northern District of California, Case No 19-30088, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** 3 POINT PAYMENT (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**3 POINT PAYMENT ("Seller")**

PROCESSING, P.O. Box 1067, Mountainside, NJ 07092

Print Name: RICHARD-OAIPONE  Title: CEO
Signature: [signature]  Date: 8/28/19

Phone:

Email:

Updated Address (If Changed): SAME AS ABOVE

**Fair Harbor Capital, LLC ("Purchaser")**

PO Box 237037

New York, NY 10023

Signature: [signature]

Fred Glass

Member Fair Harbor Capital, LLC

4