**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF SEPTEMBER 10, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date:  September 10, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on September 10, 2019, at 9:30 a.m. (Pacific Time) (the "**Omnibus Hearing**"), have been continued or resolved by Court order.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Gelman Relief From Stay Motion**: Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt. 1310**].

   Response Deadline: April 24, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Notice of Preliminary Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1), Filed by Debtors [**Dkt. 1701**].

   B. Preliminary Response in Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [**Dkt. 1822**].

   Related Documents:

   C. Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt 1201**].

   D. Amended Declaration of David W. Wessel in Support of Gelman's Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1311**].

   E. Request for Judicial Notice in Support of Motion for Relief from Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1312**].

   F. Memorandum Decision on Motions for Relief from Stay [**Dkt. 1982**].

   G. Marina and Mikhail Gelman's Supplement to Their Motion for Relief from Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Objection to the Bankruptcy Court Adjudicating Movants' Personal Injury Claims [**Dkt. 3617**].

   H. Declaration of David W. Wessel in Support of Marina and Mikhail Gelman's Supplement to Their Motion for Relief from Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Objection to the Bankruptcy Court Adjudicating Movants' Personal Injury Claims [**Dkt. 3618**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been continued to September 25, 2019 at 9:30 a.m. (Pacific Time).

2. **Valero Motion to Lift Stay**: Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 315**].

Responses Filed:

A. Preliminary Response of Pacific Gas and Electric Company in Opposition to Valero Refining Company – California's Motion for Relief from Stay [**Dkt. 601**].

Related Documents:

B. Declaration of Richard A. Lapping and Request for Judicial Notice in Support of Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 617**].

C. Docket Text Order with tentative ruling dated February 23, 2019.

D. Memorandum Decision on Motions for Relief from Stay [**Dkt. 1982**].

E. Supplement to Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 3609**].

F. Stipulation Between Debtor Pacific Gas and Electric Company and Movan Valero Refining Company – California for Limited Relief from the Automatic Stay and Limited Preservation of Jury Trial Rights [**Dkt. 3815**].

G. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Movan Valero Refining Company – California for Limited Relief from the Automatic Stay and Limited Preservation of Jury Trial Rights [**Dkt. 3819**].

Status: This matter has been resolved by stipulation, approved by this Court on September 5, 2019. [**Dkt. 3819**].

3. **Nathan Relief from Stay Motion**: Motion for Relief from the Automatic Stay, Filed by Wendy Nathan [**Dkt. 2048**].

Response Deadline: June 6, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [**Dkt. 2433**].

B. Joinder of Official Committee of Unsecured Creditors to Debtors' Preliminary Response in Opposition to Wendy Nathan's Motion for Relief from the Automatic Stay [**Dkt. 2434**].

C. Docket Text Order dated June 8, 2019, with Tentative Ruling continuing Nathan Motion for Relief from Stay to September 10, 2019.

D.  Order on Wendy Nathan's Motion for Relief from the Automatic Stay [**Dkt. 2555**].

<u>Status</u>:  This matter has been resolved following mediation.  Because the mediation resulted in a settlement, the Court's order granting limited relief from stay to pursue mediation [**Dkt. 2555**] vacated any further hearing on the Motion.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 9, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*