Craig Solomon Ganz (217254)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Stacy H. Rubin (228347)
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Email: rubins@ballardspahr.com
Telephone: 702.471.7000

*Attorneys for Realty Income Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Pacific Gas and Electric Company<br>☒ Both Debtors | Bankruptcy Case No. 19-30088<br><br>(Lead Case)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Stacy H. Rubin, Esq., of the law firm of Ballard Spahr LLP, counsel to Realty Income Corporation ("RIC") respectfully enters her appearance on the record in the above-captioned voluntary Chapter 11 bankruptcy proceedings under Bankruptcy Rule 9010(b).[1]

PLEASE TAKE FURTHER NOTICE that counsel for RIC hereby requests under Bankruptcy Rules 2002, 3017, 9007, 9010, and any other applicable Bankruptcy Rules, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in either the above-captioned proceedings or in any

---

[1] All references to "Bankruptcy Rule" refer to the Federal Rules of Bankruptcy Procedure.

contested matter or adversary proceedings related thereto, and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to be given to and served upon said counsel at the following address:

Stacy H. Rubin, Esq.
**BALLARD SPAHR LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Email: rubins@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

RESPECTFULLY SUBMITTED this 9th day of September, 2019.

BALLARD SPAHR LLP

By: */s/ Stacy H Rubin*
Craig Solomon Ganz (217254)
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Stacy H. Rubin (228347)
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Email: rubins@ballardspahr.com
Telephone: 702.471.7000

*Attorneys for Realty Income Corp.*