

```
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (pro hac vice)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (pro hac vice)
(ray.schrock@weil.com)
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251
```

Signed and Filed: September 9, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION EXTENDING TIME TO RESPOND TO LEASE ASSUMPTION MOTION**<br><br>Re: Dkt. No. 3726<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and California Department of Forestry and Fire Protection Extending Time to Respond to Lease Assumption Motion* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the California Department of Forestry and Fire Protection ("**CAL FIRE**"), on the other hand, filed on September 9, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for CAL FIRE to file and serve any response or opposition to the Lease Assumption Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on September 13, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: September 9, 2019

XAVIER BECERRA
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General

/s/ Paul J. Pascuzzi
STEVEN H. FELDERSTEIN
PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

*Attorneys for California Department of Forestry and Fire Protection*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119