PG&E Corporation (Case # 19-30088)



FILED
SEP 09 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Aug/29/2019

Judge Montali:

I am writing this letter as a shareholder in PG&E. To blame PG&E as a sole cause of many of these wildfires that occurred in the past couple of years is wrong. Everyone agrees it is the PG&E equipment that may have caused the start of the Fires but the intensity and ferocious of these and massive destruction cannot be blamed upon PG&E alone. Yes, the spark may have come from PG&E, but who supplied the Fuel may be a better question to ask. Here is a direct quote from Cal Fire website.

"Fueled by drought, an unprecedented buildup of dry vegetation and extreme winds, the size and intensity of these wildfires caused the loss of more than 100 lives, destroyed thousands of homes and exposed millions of urban and rural Californians to unhealthy air. While wildfires are a natural part of California's landscape, the fire season in California and across the West is starting earlier and ending later each year. Climate change is considered a key driver of this trend. Warmer spring and summer temperatures, reduced snowpack, and earlier spring snowmelt create longer and more intense dry seasons that increase moisture stress on vegetation and make forests more susceptible to severe wildfire. The length of fire season is estimated to have increased by 75 days across the Sierras and seems to correspond with an increase in the extent of forest fires across the state."

Here is another quote from Cal fire under 2017 Wildfire Season.

In terms of property damage, 2017 was the most destructive wildfire season on record in California at the time. Throughout 2017, the fires destroyed or damaged more than 10,000 structures in the state (destroyed 9,470, damaged 810), a higher tally than the previous nine years combined. In December 2017, strong Santa Ana winds triggered a new round of wildfires, including the massive Thomas Fire in Ventura County. At the time, the Thomas Fire was California's largest modern wildfire, which has since been surpassed by the Mendocino Complex's Ranch Fire in 2018. The December 2017 fires forced over 230,000 people to evacuate, with the 6 largest fires burning over 307,900 acres and more than 1,300 structures. 2017 will be remembered as a year of extremes. It was the third-warmest year on record for the United States, and it was the second-hottest in California, bringing to the surface the question of long-term climate change and its contribution to the 2017 California fires. The hotter temperatures dry out vegetation, making them easier to burn, predisposing vulnerable regions

In short the reasons why these fires were so destructive is because

1. Dry Vegetation build up

2. Extreme Santa Ana Winds

3. Hotter Temperatures than Average.

4. Long Term Climate Change

Many of these are due to Acts of God. So it is a combination of several factors that contributed to the size and destruction of 2017 and 2018 Wildfires but to blame solely on PG&E is a totally wrong. As you can see Fuel is bigger contribution to this destruction than the Spark. Without this Fuel, Tubbs and Campfire would have been a small footnote like several wildfires that occur every year in California. As we can see one of the largest wildfires of the world is now burning in the Amazon. Are there any PG&E lines there?

PG&E cannot be blamed for the ferocious and destructive nature of these fires. Many factors were beyond their control. Part of this blame lies with poor forest management, people building houses and allowing them to build, in high wildfire risk areas and Global Warming.

Respectfully submitted

Luqman Yacub

P.O.Box 1026,
Hartville, OH 44632

330 704 2832.