## Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Partial release information | | | Against | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–6 | 21-18-327 | Humboldt | 6/13/2019 | 2019-010219 | $448,254.63 | | | | Pac. Gas & Elec. Co. | $448,254.63 |
| 2 | 7–12 | 21-18-381 | Alameda | 6/19/2019 | 2019116735 | $22,813.62 | 8/23/2019 | 2019164707 | $1,817.29 | Pac. Gas & Elec. Co. | $20,996.33 |
| 3 | 13–16 | 21-17-434-003 | Sacramento | 6/26/2019 | 201906261024 | $21,436.90 | | | | Pac. Gas & Elec. Co. | $21,436.90 |
| 4 | 17–20 | 21-17-434-004 | Sacramento | 6/26/2019 | 201906261031 | $251,193.92 | | | | Pac. Gas & Elec. Co. | $251,193.92 |
| 5 | 21–26 | 21-17-434-005 | Sacramento | 6/26/2019 | 201906261028 | $17,892.95 | 8/23/2019 | 201908230546 | $571.35 | Pac. Gas & Elec. Co. | $17,321.60 |
| 6 | 27–32 | 21-17-440-002, 21-17-440-003 | Humboldt | 6/27/2019 | 2019-011070 | $17,362.98 | 8/23/2019 | 2019-014678 | $8,735.86 | Pac. Gas & Elec. Co. | $8,627.12 |
| 7 | 33–38 | 21-17-440-005 | Mendocino | 6/27/2019 | 2019-07353 | $36,819.26 | 8/22/2019 | 2019-10248 | $36,454.96 | Pac. Gas & Elec. Co. | $364.30 |
| | | | | | | | | | | Total: | $768,194.80 |