## Exhibit C - Report of Adjustments to Previously Noticed Liens

| Notice information | | | | | Noticed lien information | | | Noticed partial release information | | | Additional release information | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filed | ECF no. | Ex. A ref. no.[1] | Job no(s). | County | Recorded | No. | Amount | Recorded | No. | Amount | Recorded | No. | Amount | Remaining |
| 5/17/2019 | 2073 | 9 | 21-17-428, 21-17-439 | Monterey | 2/22/2019 | 2019007155 | $10,266.00 | | | | 6/4/2019 | 2019022594 | $9,057.17 | $1,208.83 |
| 5/17/2019 | 2073 | 10 | 21-17-439 | Monterey | 2/22/2019 | 2019007164 | $89,099.60 | 5/9/2019 | 2019018486 | $182.85 | 6/4/2019 | 2019022595 | Full | $0.00 |
| 5/17/2019 | 2073 | 22 | 21-17-424 | San Joaquin | 2/26/2019 | 2019-019637 | $2,449.32 | | | | 6/4/2019 | 2019-057984 | Full | $0.00 |
| 5/17/2019 | 2073 | 27 | 21-17-424 | Merced | 2/28/2019 | 2019005838 | $5,633.32 | 5/10/2019 | 2019013490 | $2,082.37 | 6/4/2019 | 2019016188 | Full | $0.00 |

[1] Previously filed § 546(b) notices each attach an **Exhibit A** index of recorded liens and partial releases. This column corresponds with the reference numbers used in those previous filings. For example, the first line denotes ECF no. 2073 and Ex. A ref. no. 9. This entry refers to a lien included in the § 546(b) notice filed at ECF 2073, that lien appearing on that notice's **Exhibit A** index as reference number 9.