# Exhibit D

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

2019022594
Stephen L. Vagnini
Monterey County Clerk-Recorder
06/04/2019 03:09 PM
Recorded at the request of:
OTMK LAW
Titles: 1     Pages: 2
Fees:    $98.00
Taxes:   $0.00
AMT PAID: $98.00

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Monterey, California, on February 22, 2019, as document number 2019007155.

This release is only to the extent of the principal sum of $9,057.17 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: __5/31__, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of ~~Sacramento~~ El Dorado /ns/

On 5/31/19 before me, Nam S. Tran, Notary Public
(insert name and title of officer)
personally appeared Bruce Stimpson /ns/,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Nam S. Tran

[Notary Seal: NAM S. TRAN, COMM. # 2255329, NOTARY PUBLIC - CALIFORNIA, EL DORADO COUNTY, MY COMM. EXP. SEP. 18, 2022]

(Seal)

2019022595
Stephen L. Vagnini
Monterey County Clerk-Recorder
06/04/2019 03:09 PM
Recorded at the request of:
OTMK LAW

Titles: 1   Pages: 2

Fees: $98.00
Taxes: $0.00
AMT PAID: $98.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

# RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762, hereby releases in its entirety that certain Mechanic's Lien which Claimant caused to be recorded in the Official Records of the County Recorder of Monterey County, on February 22, 2019, as document number 2019007164.

The real property affected by this release is described as follows:

**404 North Second Street
King City, CA 93930**

The person against whom the lien was recorded is Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: May 31, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __El Dorado__ )

On __5/3/19__ before me, __Nam S. Tran, Notary Public__
(insert name and title of officer)
personally appeared __Bruce Stimson__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Nam S. Tran__ (Seal)

NAM S. TRAN
COMM. # 2255329
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. SEP. 18, 2022

Case: 19-30088    Doc# 3858-5    Filed: 09/10/19    Entered: 09/10/19 11:59:38    Page 5 of 9
00126585.1

Doc #: 2019-057984
06/04/2019 12:07:03 PM
Page: 1 of 2   Fee: $100.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762, hereby releases in its entirety that certain Mechanic's Lien which Claimant caused to be recorded in the Official Records of the County Recorder of San Joaquin County, on February 26, 2019, as document number 2019-019637.

The real property affected by this release is described as follows:

**9575 East Victor Road
Lodi, CA 95240
APN: 051-120-10**

The person against whom the lien was recorded is Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: May 31, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

**[ACKNOWLEDGMENT ON FOLLOWING PAGE]**

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of   El Dorado   )

On   5/31/19   before me,   Nam S. Tran, Notary Public
(insert name and title of officer)

personally appeared   Bruce Stimson  ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature   Nam S. Tran   (Seal)

[Notary Seal: NAM S. TRAN, COMM. # 2255329, NOTARY PUBLIC - CALIFORNIA, EL DORADO COUNTY, MY COMM. EXP. SEP. 18, 2022]

Recorded in Official Records, MERCED COUNTY
06/04/2019
11:48 AM
re16

**BARBARA J LEVEY**
Merced County Clerk – Recorder

P Public

Doc#: **2019016188**



* $ R 0 0 0 0 2 6 8 8 7 0 $ *

| Titles: 1 | Pages: 2 |
|---|---|
| Fees | 17.00 |
| Taxes | 0.00 |
| Housing Fee | 75.00 |
| PAID | 92.00 |

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762, hereby releases in its entirety that certain Mechanic's Lien which Claimant caused to be recorded in the Official Records of the County Recorder of Merced County, on February 28, 2019, as document number 2019005838.

The real property affected by this release is described as follows:

**940 I Street**
**Los Banos, CA 93635**
**APN: 026-142-008-000**

The person against whom the lien was recorded is Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: May 31, 2019

Roebbelen Contracting, Inc.

By _____
Bruce Stimson
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __El Dorado__ )

On __5/31/19__ before me, __Nam S. Tran, Notary Public__
(insert name and title of officer)
personally appeared __Bruce Stimson__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Nam S. Tran__ (Seal)

NAM S. TRAN
COMM. # 2255329
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. SEP. 18, 2022

Case: 19-30088    Doc# 3858-5    Filed: 09/10/19    Entered: 09/10/19 11:59:38    Page 9 of 9
00126587.1