Craig Solomon Ganz (217254)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Stacy H. Rubin (228347)
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Email: rubins@ballardspahr.com
Telephone: 702.471.7000

*Attorneys for Realty Income Corp.*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Pacific Gas and Electric Company<br>☒ Both Debtors | Bankruptcy Case No. 19-30088<br><br>(Lead Case)<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS OF REALTY INCOME CORPORATION TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 FOR AN ORDER APPROVING ASSUMPTION OF CERTAIN REAL PROPERTY LEASES**<br><br>**("LEASE ASSUMPTION MOTION")**<br><br>Date: September 24, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

Landlord Realty Income Corporation ("RIC"), by and through its undersigned counsel, hereby files this Reservation of Rights to the Debtors' Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases (the "Lease Assumption Motion"), and in support hereof, respectfully states as follows:

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on January 29, 2019. RIC is the owner or agent for the property located at 425 Beck Avenue, Fairfield, California (the "Property"), which Debtor Pacific Gas and Electric Company leases from RIC pursuant to that certain written unexpired Lease Agreement dated December 1, 1983 (including all amendments thereto).

In the Lease Assumption Motion, the Debtors seek an order for approval of the Debtors' assumption of certain nonresidential real property leases and other land-related agreements, authorization for the Debtors to make cure payments and remove liens that were placed on the various properties, and following such payments and removal of liens, barring lessors from asserting any existing default. The Property was identified and included in a schedule of leases with a lien associated thereto (marked as Exhibit B to the Lease Assumption Motion).

RIC is currently unaware of any third-party liens on the Property. However, RIC expects the Debtors to remove any and all such liens by the time of the proposed assumption.

RIC reserves the right to make other objections as may be appropriate, and does not waive and hereby preserves all of its rights, remedies, and arguments with respect to the Property and the treatment of the Property by the Debtors in this matter.

DATED: September 10, 2019    BALLARD SPAHR LLP

By: */s/ Stacy H. Rubin*
Craig Solomon Ganz (217254)
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Stacy H. Rubin (228347)
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Email: rubins@ballardspahr.com
Telephone: 702.471.7000

*Attorneys for Realty Income Corp.*