**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF SEPTEMBER 11, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: September 11, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on September 11, 2019, at 9:30 a.m. (Pacific Time) (the "**Omnibus Hearing**"), have been resolved by Court order.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Willis Towers Watson Retention Application**: Application of Debtors Pursuant to Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Willis Towers Watson US LLC as Human Resource and Compensation Consultants *Nunc Pro Tunc* to the Petition Date [**Dkt. 3649**].

   Response Deadline: September 4, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Mark J. Kazmierowski in Support of Application of Debtors Pursuant to Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Willis Towers Watson US LLC as Human Resource and Compensation Consultants *Nunc Pro Tunc* to the Petition Date [**Dkt. 3650**].

   B. Notice of Filing of Revised Proposed Order Approving Application of Debtors Pursuant to Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Willis Towers Watson US LLC as Human Resource and Compensation Consultants *Nunc Pro Tunc* to the Petition Date [**Dkt. 3806**].

   C. Docket Text Order dated September 6, 2019.

   D. Order Pursuant to Fed. R. Bankr. P. 2014(a) and 2016 Authorizing the Debtors to Retain and Employ Willis Towers Watson US LLC as Human Resource and Compensation Consultants *Nunc Pro Tunc* to the Petition Date [**Dkt. 3856**].

   Status: The Application was granted and dropped from the calendar.

2. **De Minimis Asset Sale Procedures Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [**Dkt. 3575**].

   Response Deadline: September 4, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Securities Lead Plaintiff's Limited Objection to Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [**Dkt. 3802**].

Related Documents:

B. Declaration of John Boken in Support of (I) De Minimis Claims Settlement Procedures Motion and (II) De Minimis Asset Sale Procedures Motion [**Dkt. 3577**].

C. Tentative Rulings on Motions Regarding De Minimis Asset Sales (Dkt. No. 3575) and Settlement and Compromises of Certain Claims (Dkt. No. 3576) [**Dkt. 3836**].

D. Notice of Filing of Revised Proposed Order Approving De Minimis Asset Sale Procedures Motion [**Dkt. 3861**].

Status: The Debtors have submitted a revised proposed order in accordance with the Court's tentative ruling and this matter has been dropped.

3. **De Minimis Claims Settlement Procedures Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed R. Bankr. P. 9019 for Authority to Establish Procedures to Settle and Compromise Certain Claims and Causes of Action [**Dkt. 3576**].

Response Deadline: September 4, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. The Public Advocates Office's Limited Objection to the Motion of Debtors Pursuant to 11 U.S.C. 363(b) and 105(a) and Fed R. Bankr. P. 9019 for Authority to Establish Procedures to Settle and Compromise Certain Claims and Causes of Action [**Dkt. 3797**].

Related Documents:

B. Declaration of John Boken in Support of (I) De Minimis Claims Settlement Procedures Motion and (II) De Minimis Asset Sale Procedures Motion [**Dkt. 3577**].

C. Tentative Rulings on Motions Regarding De Minimis Asset Sales (Dkt. No. 3575) and Settlement and Compromises of Certain Claims (Dkt. No. 3576) [**Dkt. 3836**].

D. Notice of Filing of Revised Proposed Order Approving De Minimis Claims Settlement Procedures Motion [**Dkt. 3852**].

E. Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed R. Bankr. P. 9019 Authorizing the Debtors to Establish Procedures to Settle and Compromise Certain Claims and Causes of Action [**Dkt. 3855**].

Status: The Court entered an order and this matter has been dropped.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 10, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*