UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11<br><br>No. 19-30088 (DM)<br><br>(Jointly Administered) |
|---|---|

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SPCP Group, LLC**
Name of Transferee
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Notices sent to :
SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com

rbeacher@pryorcashman.com

Name and Address where transferee payments should be sent :
SPCP Group, LLC
Mail Code:11084
PO Box 70280
Philadelphia, PA 19176-0280

**DNV GL ENERGY USA, Inc.**
Name of Transferor
Last Four Digits of Acct #: N/A

**Claim No:** 7929
**Debtor:** PG&E Corporation (19-30088)
**Date Filed:** August 23, 2019

**Total Claim Amount:** $15,000.00
**Transferred Amount:** $15,000.00

I declare under penalty of perjury that the information provided in this notice is true and correct

to the best of my knowledge and belief.

SPCP Group LLC

By: ~~[signature]~~ Jennifer Poccia  Date: Sept 10, 2019
Transferee/Transferee's Agent Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. 7929

Bankruptcy Case: PG&E Corporation ("Debtor") Chapter 11 Case No. 19-30088 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**DNV GL ENERGY USA, INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim number 7929 of Seller in the principal amount of $15,000.00 (the "Claim") against Debtor in the Bankruptcy Case in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Case: 19-30088    Doc# 3865    Filed: 09/11/19    Entered: 09/11/19 08:34:04    Page 3 of 5

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

Case: 19-30088    Doc# 3865    Filed: 09/11/19    Entered: 09/11/19 08:34:04    Page 4 of 5

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 5th day of Sepptember 2019.

DNV GL ENERGY USA, INC.

By: _____
Name: Steven Slauter
Title: Treasurer

SPCP GROUP LLC

By: _____
Name: Jennifer Poccia
Title: Authorized Signatory

Case: 19-30088    Doc# 3865    Filed: 09/11/19    Entered: 09/11/19 08:34:04    Page 5 of 5