UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SPCP Group LLC** | **GL PwrSolutions, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

**Court Claim # (if known):** $145,153.00 general unsecured claim set forth as item 3.1672 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".
**Debtor:** Pacific Gas and Electric Company (19-30089)

**Amount of Claim Transferred:** USD $145,153.00

**Name and Address where notices to transferee should be sent:**
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

**Name and Address where transferee payments should be sent (if different from above):**
SPCP Group, LLC
Mail Code: 11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group LLC

By: _____  Date: Sept 10, 2019
Transferee/Transferee's Agent
Jennifer Poccia
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

750351-4-421-v0.1  - 13 -  US-3082-SMT

*Exhibit 1*

Pacific Gas and Electric Company                                   Case Number:    19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.1667 GILROY ECONOMIC DEVELOPMENT CORP<br>7471 MONTEREY ST<br>GILROY, CA 95020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,000 |
| 3.1668 GILTON SOLID WASTE MANAGEMENT INC<br>755 S YOSEMITE AVE<br>OAKDALE, CA 95361 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,653 |
| 3.1669 GL MADERA LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,302 |
| 3.1670 GL MERCED 2 LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $13,512 |
| 3.1671 GL PEACOCK LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $8,655 |
| 3.1672 GL PWR SOLUTIONS INC<br>2777 N STEMMONS FWY STE 1520<br>DALLAS, TX 75207 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $145,153 |
| 3.1673 GL SIRIUS LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $9,733 |
| 3.1674 GLACIAL NATURAL GAS INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.1675 GLADYS LOWENSTEIN<br>16760 LOMA ST.<br>LOS GATOS, CA 95032 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $716 |
| 3.1676 GLASER & ASSOCIATES INC<br>4808 SUNRISE DR<br>MARTINEZ, CA 94553 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $455 |
| 3.1677 GLEN R PALMER<br>1906 LAKE PENINSULA DR<br>HIXSON, TN 37343 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,414 |

Page 153 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 153 of 568
Case: 19-30088    Doc# 3866    Filed: 09/11/19    Entered: 09/11/19 08:42:20    Page 2 of 6

# EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO:     PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No.     $145,153,00 of general unsecured claims set forth as item 3.1672 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**GL PwrSolutions, Inc.,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $145,153.00 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.1672 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges,

understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

Case: 19-30088    Doc# 3866    Filed: 09/11/19    Entered: 09/11/19 08:42:20    Page 4 of 6

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 5th day of September, 2019.

GL PwrSolutions, Inc.

By: _____
Name: Steven Slauter
Title: Treasurer


SPCP GROUP LLC

By: _____
Name: Jennifer Poccia
Title: Authorized Signatory



# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.1667 | GILROY ECONOMIC DEVELOPMENT CORP<br>7471 MONTEREY ST<br>GILROY, CA 95020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,000 |
| 3.1668 | GILTON SOLID WASTE MANAGEMENT INC<br>755 S YOSEMITE AVE<br>OAKDALE, CA 95361 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,653 |
| 3.1669 | GL MADERA LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,302 |
| 3.1670 | GL MERCED 2 LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $13,512 |
| 3.1671 | GL PEACOCK LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $8,655 |
| 3.1672 | GL PWR SOLUTIONS INC<br>2777 N STEMMONS FWY STE 1520<br>DALLAS, TX 75207 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $145,153 |
| 3.1673 | GL SIRIUS LLC<br>604 SUTTER ST STE 250<br>FOLSOM, CA 95630 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $9,733 |
| 3.1674 | GLACIAL NATURAL GAS INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.1675 | GLADYS LOWENSTEIN<br>16760 LOMA ST.<br>LOS GATOS, CA 95032 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $716 |
| 3.1676 | GLASER & ASSOCIATES INC<br>4808 SUNRISE DR<br>MARTINEZ, CA 94553 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $455 |
| 3.1677 | GLEN R PALMER<br>1906 LAKE PENINSULA DR<br>HIXSON, TN 37343 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,414 |

Page 153 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 153 of 568
Case: 19-30088    Doc# 3866    Filed: 09/11/19    Entered: 09/11/19 08:42:20    Page 6 of 6