UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SPCP Group LLC**
Name of Transferee

**DNV GL NETHERLANDS, B.V.**
Name of Transferor

**Court Claim # (if known):** $11,399.00 general unsecured claim set forth as item 3.1257 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

**Debtor:** Pacific Gas and Electric Company **(19-30089)**

**Amount of Claim Transferred:** USD $11,399.00

**Name and Address where notices to transferee should be sent:**
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

**Name and Address where transferee payments should be sent (if different from above):**
SPCP Group, LLC
Mail Code:11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group LLC

By: Jennifer Poccia, Authorized Signatory
Transferee/Transferee's Agent

Sept 10, 2019

***Penalty for making a false statement:*** **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**Trade Payables**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.1248 | DISCOVERY HYDROVAC LLC<br>793 W 11560 S<br>DRAPER, UT 84020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,224,709 |
| 3.1249 | DISTRIBUTED ENERGY FINANCIAL GROUP<br>16 WYNKOOP CT<br>BETHESDA, MD 20817 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,086 |
| 3.1250 | DIVERSIFIED ADJUSTMENT SVC INC<br>600 COON RAPIDS BLVD<br>MINNEAPOLIS, CA 55433 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $26,161 |
| 3.1251 | DIVERSIFIED FIELD SERVICES LLC<br>4741 PELL DR UNIT 6<br>SACRAMENTO, CA 95838 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $9,817 |
| 3.1252 | DLC BURLINGAME<br>999 BAKER WAY<br>SAN MATEO, CA 94404 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $4,405 |
| 3.1253 | DMC POWER<br>623 EAST ARTESIA BOULEVARD<br>CARSON, CA 90746 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $69,675 |
| 3.1254 | DMG NORTH INC<br>4795 HEYER AVE<br>CASTRO VALLEY, CA 94546 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $63 |
| 3.1255 | DMT SOLUTIONS GLOBAL CORP<br>37 EXECUTIVE DR<br>DANBURY, CT 6810 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $913,810 |
| 3.1256 | DNV GL ENERGY SERVICES USA INC<br>1400 RAVELLO DR<br>KATY, TX 77449 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $113,289 |
| 3.1257 | DNV GL NETHERLANDS B V<br>UTRECHTSEWEG 310 6812 AR ARNHE<br>GELDERLAND, 9 6812 AR | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,399 |
| 3.1258 | DNV GL USA INC<br>1400 RAVELLO DR<br>KATY, TX 77449 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,265,393 |

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. $11,399.00 of general unsecured claims set forth as item 3.1257 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**DNV GL NETHERLANDS, B.V.** its successors and assigns ( "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $11,399.00 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.1257 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges,

understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the [•] day of [•], 2019.
10th Sept

DNV GL NETHERLANDS, B.V.

By: [signature]
Name: Dandle van der Meijden
Title: General Director

SPCP GROUP LLC

By: [signature]

Name: Jennifer Poccia
Title: Authorized Signatory

10





## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**Trade Payables**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.1248 | DISCOVERY HYDROVAC LLC<br>793 W 11560 S<br>DRAPER, UT 84020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,224,709 |
| 3.1249 | DISTRIBUTED ENERGY FINANCIAL GROUP<br>16 WYNKOOP CT<br>BETHESDA, MD 20817 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,086 |
| 3.1250 | DIVERSIFIED ADJUSTMENT SVC INC<br>600 COON RAPIDS BLVD<br>MINNEAPOLIS, CA 55433 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $26,161 |
| 3.1251 | DIVERSIFIED FIELD SERVICES LLC<br>4741 PELL DR UNIT 6<br>SACRAMENTO, CA 95838 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $9,817 |
| 3.1252 | DLC BURLINGAME<br>999 BAKER WAY<br>SAN MATEO, CA 94404 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $4,405 |
| 3.1253 | DMC POWER<br>623 EAST ARTESIA BOULEVARD<br>CARSON, CA 90746 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $69,675 |
| 3.1254 | DMG NORTH INC<br>4795 HEYER AVE<br>CASTRO VALLEY, CA 94546 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $63 |
| 3.1255 | DMT SOLUTIONS GLOBAL CORP<br>37 EXECUTIVE DR<br>DANBURY, CT 6810 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $913,810 |
| 3.1256 | DNV GL ENERGY SERVICES USA INC<br>1400 RAVELLO DR<br>KATY, TX 77449 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $113,289 |
| 3.1257 | DNV GL NETHERLANDS B V<br>UTRECHTSEWEG 310 6812 AR ARNHE<br>GELDERLAND, 9 6812 AR | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,399 |
| 3.1258 | DNV GL USA INC<br>1400 RAVELLO DR<br>KATY, TX 77449 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,265,393 |