# EXHIBIT A
## Stipulation

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin *(pro hac vice)*<br>(stephen.karotkin@weil.com) Ray C. Schrock,<br>P.C. *(pro hac vice)* (ray.schrock@weil.com)<br>Jessica Liou *(pro hac vice)*<br>(jessica.liou@weil.com) Matthew Goren *(pro hac vice)* (matthew.goren@weil.com)<br>New York, NY 10153-0119<br>Tel: (212) 310-8000<br>Fax: (212)310-8007<br><br>**KELLER & BENVENUTTI LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (415) 636-9251<br><br>*Attorneys for Debtors and Debtors in Possession* |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,,<br><br>　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTOR AND KATHLEEN PELLEY AND ALLAN PELLEY REGARDING MODIFICATION OF AUTOMATIC STAY** |

This stipulation ("**Stipulation**") is entered into by Pacific Gas and Electric Company, as debtor and debtor in possession ("**Debtor**" or "**PG&E**") and Kathleen Pelley and Allan Pelley (the "**Pelleys**"). The Debtor and the Pelleys are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party.**" The Parties hereby stipulate and agree as follows:

**RECITALS**

A. Since on or around December 30, 1998, Kathleen Pelley has had an ownership interest in the real property commonly known as 3906 Pennsylvania Avenue, Eureka, California, and more particularly identified as Assessor's Parcel Number 016-172-007 (the "3906 Property").

B. Since on or around January 10, 2017, Kathleen Pelley has also been the owner in fee simple of an undivided 50% interest the real property commonly known as 3970 Pennsylvania Avenue, Eureka, California, and more particularly identified as Assessor's Parcel Number 016-172-008 (the "3970 Property").

C. Since on or around January 10, 2017, Allan Pelley has been the owner in fee simple of the other undivided 50% interest the 3907 Property. Hereinafter, the 3906 Property and 3970 Property will be referred to collectively as the "Property."

D. Pursuant to an easement agreement created on August 23, 1945 and recorded on August 28, 1945 in the Official Records of the Humboldt County at Book 276 of Deeds, page 43 (the "1945 Easement"), PG&E owns an easement which gives PG&E the right to, install, and use an underground gas transmission pipeline with necessary valves and other appliances, within a ten foot wide strip of land located on the Property.

E. PG&E owns a second easement through the Property directly adjacent to the 1945 Easement. Pursuant to an easement agreement dated January 11, 1958 and recorded on January 24, 1958 in the Official Records of the Humboldt County at Volume 476, page 225 (the "1958 Easement"), the Easement gives PG&E the right to install, and use an underground gas transmission pipeline, with necessary valves and other appliances, within a ten foot wide strip of land "contiguous to and northerly of the northern boundary line" of the 1945 Easement.

F. On January 29, 2019, Debtor filed for relief under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of California ("this Court").

G. On or about March 12, 2019, the Debtor filed a complaint (the "PG&E Complaint") in the Humboldt County Superior Court (the "Superior Court"), which sought declaratory and injunctive relief relating to PG&E's enforcement of its easement across the Property (the "Humboldt Action").

H. On May 23, 2019, the Pelleys filed a Cross-Complaint against Debtor in the Humboldt Action for quiet title and declaratory relief concerning the same general facts and circumstances as the PG&E Complaint ("Pelleys' Cross-Complaint").

I. On June 21, 2019, Debtor filed a "Notice of Stay of Proceedings" in the Humboldt Action based on their Chapter 11 case filed in this Court, which filing automatically stayed proceedings on the Pelleys' Cross-Complaint, but not PG&E's Complaint.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation shall be effective upon entry of an order by this Court approving it.

2. The automatic stay shall be modified to permit the Pelleys to litigate their Cross-Complaint against the Debtor in the Superior Court and defend themselves against PG&E's Complaint.

3. To the extent applicable, the automatic stay shall be modified to permit the Debtor to continue to litigate PG&E's Complaint in the Superior Court and defend itself against the Pelleys' Cross-Complaint.

4. The relief from stay provided in paragraphs 2 and 3 herein shall not permit, and the automatic stay shall instead remain in effect with respect to, the enforcement by Pelleys of any judgment they may obtain in their favor in the Humboldt Action.

5. Nothing herein shall be deemed to modify or excuse compliance with the requirements or obligations of Pelleys to timely file a proof of claim in the Debtor's chapter 11 case in accordance with any order of this Court governing the filing of claims.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2019 | Dated: July 31, 2019 |
| 2 | WEIL, GOTSHAL & MANGES LLP | FLOYD LAW FIRM |
| 3 | KELLER & BENVENUTTI LLP | |
| 4 | /s/ Peter J. Benvenutti | /s/ Brad Floyd |
| 5 | Peter J. Benvenutti<br>Attorneys for Debtor<br>and Debtor in Possession | Brad Floyd<br>Attorneys for KATHLEEN PELLEY and ALLAN PELLEY |