| | |
|---|---|
| 1 | BERMAN AND TODDERUD LLP |
| 2 | Stan Berman |
| | Eric Todderud |
| 3 | 701 Fifth Avenue, Suite 4200 |
| | Seattle, WA 98104 |
| 4 | Tel: (206) 262-7682 |
| 5 | *Special Counsel for Debtors and Debtors in Possession* |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CONSOLIDATED MONTHLY FEE STATEMENT OF BERMAN AND TODDERUD FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH JUNE 30, 2019** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☑ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Objection Deadline: October 2, 2019 4:00 p.m. (Pacific Time) [No hearing requested] |
| To: | The Notice Parties |
| Name of Applicant: | Berman and Todderud LLP |
| Authorized to Provide Professional Services to: | Debtors in Possession PG&E Corporation and Pacific Gas and Electric Company |
| Date of Retention | February 1, 2019 |

| | |
|---|---|
| Period for Which Compensation and Reimbursement are Sought: | February 1, 2019 through June 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $386,129.92 (80% of $482,662.40) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,400.29 |

Berman and Todderud LLP ("**Berman and Todderud**"), attorneys for debtors PG&E Corporation and Pacific Gas and Electric Company, hereby submits this Consolidated Monthly Fee Statement ("**Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2019 through June 30, 2019 (the "**Fee Period**").[1] This Fee Statement is submitted pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"), and the *Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authorizing the Retention of and Employment Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019*, entered on July 3, 2019 [Docket No. 2860] ("**Retention Order**").

Exhibit **A** to this Fee Statement is the name of each professional who performed services for the Debtors pursuant to authorization of the Retention Order during the Fee Period and the hourly rate and total fees for each professional. **Exhibit B** is a summary of hours during the Fee Period by project. **Exhibit C** contains a summary of expenses incurred during the Fee Period. Attached hereto

---

[1] In the interest of efficiency, Todderud and Berman has consolidated its monthly fee petitions for the period February through June 2019. The firm began work for Pacific Gas and Electric Company on February 1, 2019, when the law firm was formed, but the Retention Order was not issued until early July 2019.

as **Exhibit D** are the detailed time entries for the Fee Period, broken down by month.  **Exhibit E** includes the detailed expense entries for the Fee Period, broken down by month.

**PLEASE TAKE NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.  If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated:  September 11, 2019            Respectfully submitted,

BERMAN AND TODDERUD LLP

By:    */s/ Eric Todderud*  
　　　　Eric Todderud

*Special Counsel for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

1 Bruce A. Markell
  Fee Examiner
2 541 N. Fairbanks Ct., Ste 2200
  Chicago, IL 60611-3710
3
  Scott H. McNutt
4 324 Warren Road
  San Mateo, California 94402
5