# EXHIBIT A

# SUMMARY OF COMPENSATION BY PROFESSIONAL

# FEBRUARY 1, 2019 THROUGH JUNE 30, 2019

# BERMAN AND TODDERUD LLP

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | Feb. 19.7<br>Mar. 61.8<br>Apr. 69.3<br>May 62.8<br>Jun. 57.4<br>**Total 271.0** | Feb. $18,124.00<br>Mar. $56,856.00<br>Apr. $63,756.00<br>May $57,776.00<br>Jun. $52,808.00<br>**Total $249,320.00** |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | Feb. 84.8<br>Mar. 42.3<br>Apr. 107.1<br>May 58.2<br>Jun. 48.5<br>**Total 337.2** | Feb. $58,681.60<br>Mar. $29,271.60<br>Apr. $71,552.80<br>May $40,274.40<br>Jun. $33,562.00<br>**Total $233,342.40** |

| Professionals Totals: | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $793.59 | 608.2 | $482,662.40 |