# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FEBRUARY 1, 2019 THROUGH JUNE 30, 2019**

| Type of Expense | Partner | Amount |
|---|---|---|
| Airfare | Berman | 758.60 |
| Lodging | Berman | 457.74 |
| Ground Transportation | Berman | 183.95 |
| **Total** | | **1400.29** |