**EXHIBIT D**

**February 2019**

**Itemized Time Description**

| Date | Atty | Description | Time | Fees |
|------|------|-------------|------|------|
| 2/1/2019 | Todderud | Attend settlement group call. | 1 | $692.00 |
| 2/1/2019 | Berman | Prepare for and attend settlement group call. | 1.5 | $1,380.00 |
| 2/4/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.8 | $736.00 |
| 2/4/2019 | Berman | Calls and emails and research re interest issue and re amounts owed by Sempra under settlement. | 1.8 | $1,656.00 |
| 2/4/2019 | Todderud | Review retainer letter for escrow accountant. | 0.3 | $207.60 |
| 2/4/2019 | Todderud | Attend PG&E internal call re status and strategy. | 0.5 | $346.00 |
| 2/5/2019 | Berman | Calls and emails re interest issue and re amounts owed by Sempra under settlement. | 0.9 | $828.00 |
| 2/5/2019 | Todderud | Review and revise allocation agreements and telephone with C. Berry (Bates White) re same. | 2.1 | $1,453.20 |
| 2/5/2019 | Todderud | Finalize escrow accountant retainer letter and circulate same for execution. | 0.8 | $553.60 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/2019 | Berman | Discussion and emails re overlays and readme files for same. | 0.8 | $736.00 |
| 2/6/2019 | Todderud | Edit settlement overlay summaries. | 2.8 | $1,937.60 |
| 2/6/2019 | Todderud | Provide comments on draft settlement opt-in notice. | 0.6 | $415.20 |
| 2/6/2019 | Todderud | Review escrow accountant retainer letter and related correspondence. | 1.1 | $761.20 |
| 2/7/2019 | Berman | Prepare for and attend call re overlays and emails re same and discussion of NCPA issues. | 3.2 | $2,944.00 |
| 2/7/2019 | Berman | Emails re Iberdrola settlement and overlay. | 0.3 | $276.00 |
| 2/7/2019 | Todderud | Attend settlement overlay call. | 1.2 | $830.40 |
| 2/7/2019 | Todderud | Review Williams allocation calculations. | 0.7 | $484.40 |
| 2/8/2019 | Todderud | Edit settlement overlay summaries. | 1.2 | $830.40 |
| 2/10/2019 | Todderud | Edit settlement overlay summaries. | 3.4 | $2,352.80 |
| 2/11/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.6 | $552.00 |
| 2/11/2019 | Todderud | Analysis of Williams allocation agreement and | 1.6 | $1,107.20 |

| | | | | |
|---|---|---|---|---|
| | | spreadsheets showing allocations. | | |
| 2/11/2019 | Todderud | Attend PG&E internal call re status and strategy. | 0.3 | $207.60 |
| 2/11/2019 | Todderud | Revise and verify summaries of settlement overlays. | 4.9 | $3,390.80 |
| 2/11/2019 | Todderud | Draft motion for FERC enforcement of disgorgement order against Hafslund. | 1.5 | $1,038.00 |
| 2/12/2019 | Berman | Emails re overlay issues and interest issue. | 0.6 | $552.00 |
| 2/12/2019 | Todderud | Draft motion for FERC enforcement of disgorgement order against Hafslund. | 2.9 | $2,006.80 |
| 2/12/2019 | Todderud | Revise and verify summaries of settlement overlays. | 5 | $3,460.00 |
| 2/13/2019 | Berman | Discussion and emails re interest issue and re SRA overlay issue. | 0.8 | $736.00 |
| 2/13/2019 | Todderud | Draft motion for FERC enforcement of disgorgement order against Hafslund. | 5.8 | $4,013.60 |
| 2/13/2019 | Todderud | Attend telephone conference with E. Li and A. Parks re Williams. | 0.7 | $484.40 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2019 | Todderud | Revise Williams allocation agreement and analyze allocation calculations. | 1.1 | $761.20 |
| 2/13/2019 | Todderud | Revise settlement overlay summaries and telephone with C. Berry re same. | 1 | $692.00 |
| 2/14/2019 | Berman | Prepare for and attend call re overlays. | 1.5 | $1,380.00 |
| 2/14/2019 | Todderud | Attend settlement overlay call. | 1.6 | $1,107.20 |
| 2/14/2019 | Todderud | Review settlement overlay materials. | 0.8 | $553.60 |
| 2/14/2019 | Todderud | Revise Williams allocation agreement and draft emails re same. | 1.2 | $830.40 |
| 2/14/2019 | Todderud | Telephone with S. Rossi (Cal PX) re defaulting suppliers. | 0.5 | $346.00 |
| 2/15/2019 | Todderud | Draft allocation agreements. | 3.6 | $2,491.20 |
| 2/15/2019 | Todderud | Revise settlement overlay summaries. | 1.1 | $761.20 |
| 2/17/2019 | Todderud | Revise settlement overlay summaries. | 1 | $692.00 |
| 2/18/2019 | Todderud | Revise allocation agreements. | 5.1 | $3,529.20 |
| 2/18/2019 | Todderud | Draft email re call with S. Rossi (Cal PX). | 0.1 | $69.20 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 2/18/2019 | Todderud | Locate disbursement instruction records for settlement overlays. | 1.3 | $899.60 |
| 2/18/2019 | Todderud | Inquiries re status of escrow implementation. | 0.4 | $276.80 |
| 2/18/2019 | Todderud | Revise summaries of settlement overlays. | 1.3 | $899.60 |
| 2/19/2019 | Todderud | Draft emails re escrow implementation | 0.2 | $138.40 |
| 2/20/2019 | Berman | Emails and discussion re change of appearance and filing same. | 0.7 | $644.00 |
| 2/20/2019 | Todderud | Draft FERC notice. | 1 | $692.00 |
| 2/20/2019 | Todderud | Revise allocation agreements and conferences re same. | 3.1 | $2,145.20 |
| 2/21/2019 | Berman | Prepare for and attend call re overlays and emails re amounts recovered. | 2.7 | $2,484.00 |
| 2/21/2019 | Todderud | Attend settlement overlay call. | 1.3 | $899.60 |
| 2/21/2019 | Todderud | Revise and circulate allocation agreements. | 2.1 | $1,453.20 |
| 2/21/2019 | Todderud | Revise settlement overlay summaries. | 0.5 | $346.00 |
| 2/22/2019 | Berman | Emails re amounts recovered in settlement. | 0.5 | $460.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/22/2019 | Todderud | Revise settlement overlay summaries. | 4.5 | $3,114.00 |
| 2/22/2019 | Todderud | Finalize FERC notices and file same. | 1 | $692.00 |
| 2/24/2019 | Todderud | Review and circulate settlement overlay summaries. | 0.7 | $484.40 |
| 2/25/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.3 | $276.00 |
| 2/25/2019 | Berman | Attend call re PG&E overlay. | 1.5 | $1,380.00 |
| 2/25/2019 | Todderud | Attend internal call re status and strategy. | 0.3 | $207.60 |
| 2/25/2019 | Todderud | Prepare for and attend call re PG&E overlay and escrow administration. | 1.3 | $899.60 |
| 2/25/2019 | Todderud | Research relevant agreements to coordinate tasks handled by escrow accountant and Bates White. | 0.8 | $553.60 |
| 2/26/2019 | Berman | Prepare for and attend call re amounts recovered. | 1.2 | $1,104.00 |
| 2/26/2019 | Todderud | Prepare for and attend call with PG&E, Bates White, and Baker Newman re escrow implementation. | 1.6 | $1,107.20 |
| 2/27/2019 | Todderud | Finalize and circulate Williams allocation agreement. | 0.2 | $138.40 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2/27/2019 | Todderud | Review escrow documents. | 0.7 | $484.40 |
| 2 | | | | | |
| 3 | 2/28/2019 | Todderud | Assemble information for escrow accountants. | 2.7 | $1,868.40 |
| 4 | | | | | |
| 5 | 2/28/2019 | Todderud | Conferences re status of engagement of escrow accountant. | 1 | $692.00 |
| 6 | | | | | |
| 7 | | | | | |
| 8 | 2/28/2019 | Todderud | Review ER01-889 settlement and draft amendment and emails re same. | 1.9 | $1,314.80 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | 2/28/2019 | Todderud | Edit and standardize settlement overlay summaries. | 1.4 | $968.80 |
| 12 | | | | | |

**March 2019**

**Itemized Time Description**

| Date | Atty | Description | Time | Fees |
|------|------|-------------|------|------|
| 3/1/2019 | Todderud | Prepare for and attend settlement overlay call. | 1.6 | $1,107.20 |
| 3/1/2019 | Berman | Prepare for and attend call re overlays. | 1.8 | $1,656.00 |
| 3/1/2019 | Todderud | Verify account statements and related materials sent by escrow agent and forward same to escrow accountant. | 0.5 | $346.00 |
| 3/4/2019 | Berman | Prepare for and attend weekly FERC strategy call and emails re interest issue. | 1.1 | $1,012.00 |
| 3/4/2019 | Todderud | Research allocation agreement provisions re refund offsets. | 1.1 | $761.20 |
| 3/4/2019 | Todderud | Attend internal call re status and strategy. | 0.6 | $415.20 |
| 3/4/2019 | Todderud | Analysis, conferences and emails re retainer of consultants and accountants to Cal parties. | 2.5 | $1,730.00 |
| 3/4/2019 | Todderud | Research and draft letter to Escrow Agent re parties to escrow agreements. | 2.1 | $1,453.20 |

| | | | | |
|---|---|---|---|---|
| 3/4/2019 | Todderud | Review ER01-889 settlement and draft amendment. | 0.8 | $553.60 |
| 3/5/2019 | Berman | Prepare for and attend call re Bates White retention and payment issues. | 0.7 | $644.00 |
| 3/5/2019 | Todderud | Emails re escrow administration. | 0.5 | $346.00 |
| 3/5/2019 | Todderud | Attend call with C. Berry re status of Bates White retainer agreement and invoices. | 0.6 | $415.20 |
| 3/5/2019 | Todderud | Conferences and emails re Bates White and Baker Newman retainers. | 2.8 | $1,937.60 |
| 3/5/2019 | Todderud | Revise letter to Escrow Agent re EOB escrow participation as party to escrow agreements. | 0.4 | $276.80 |
| 3/6/2019 | Berman | Research and emails re ER01-889 amendment and re Bates White retention. | 0.9 | $828.00 |
| 3/6/2019 | Todderud | Revise allocation agreements. | 1.4 | $968.80 |
| 3/7/2019 | Todderud | Attend settlement overlay call. | 1.2 | $830.40 |
| 3/7/2019 | Berman | Prepare for and attend call re overlays. | 1.4 | $1,288.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/2019 | Todderud | Telephone with C. Berry re escrow implementation issues and draft email re same. | 0.7 | $484.40 |
| 3/7/2019 | Todderud | Finalize allocation agreements. | 2.1 | $1,453.20 |
| 3/8/2019 | Todderud | Emails re escrow administration. | 0.4 | $276.80 |
| 3/11/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.8 | $736.00 |
| 3/11/2019 | Todderud | Attend call re strategy and status. | 0.8 | $553.60 |
| 3/11/2019 | Todderud | Emails re Electricity Oversight Board and escrow disbursements. | 1.1 | $761.20 |
| 3/12/2019 | Todderud | Finalize disbursement instructions. | 1.3 | $899.60 |
| 3/12/2019 | Todderud | Emails re Baker Newman and Bates White retainers. | 0.9 | $622.80 |
| 3/13/2019 | Todderud | Edit ER01-889 settlement amendment. | 3.8 | $2,629.60 |
| 3/13/2019 | Todderud | Locate documents re refund rerun. | 0.2 | $138.40 |
| 3/13/2019 | Todderud | Emails re invoices and disbursements to escrow accountant and consultants. | 0.3 | $207.60 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 3/13/2019 | Berman | Edit ER01-889 settlement amendment. | 0.8 | $736.00 |
| 3/14/2019 | Todderud | Attend settlement overlay call | 1.6 | $1,107.20 |
| 3/14/2019 | Todderud | Emails re escrow disbursements. | 0.4 | $276.80 |
| 3/14/2019 | Todderud | Review allocation agreements. | 1.2 | $830.40 |
| 3/14/2019 | Todderud | Edit draft amendment to ER01-889 settlement and review 2017 settlement agreement. | 0.8 | $553.60 |
| 3/14/2019 | Berman | Prepare for and attend settlement overlay call. | 1.8 | $1,656.00 |
| 3/14/2019 | Berman | Emails re potential settlement discussions with supplier. | 0.8 | $736.00 |
| 3/15/2019 | Todderud | Revise and review draft ER01-889 settlement amendment. | 0.4 | $276.80 |
| 3/15/2019 | Todderud | Emails re escrow disbursements. | 0.5 | $346.00 |
| 3/15/2019 | Todderud | Verify accuracy of settlement overlay summaries. | 0.4 | $276.80 |
| 3/15/2019 | Berman | Prepare for and attend call re potential settlement discussions with supplier and emails re same. | 1.4 | $1,288.00 |

| | | | | |
|---|---|---|---|---|
| 3/15/2019 | Berman | Emails and discussion re amounts owed by Sempra under settlement. | 1.6 | $1,472.00 |
| 3/18/2019 | Todderud | Attend call re status and strategy. | 0.6 | $415.20 |
| 3/18/2019 | Todderud | Administer escrows. | 1.7 | $1,176.40 |
| 3/18/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.7 | $644.00 |
| 3/18/2019 | Berman | Draft notice re FERC overlay process and emails re same. | 1.5 | $1,380.00 |
| 3/19/2019 | Todderud | Draft Sempra allocation agreement. | 4.1 | $2,837.20 |
| 3/19/2019 | Todderud | Review edits to ER01-889 settlement amendment. | 0.2 | $138.40 |
| 3/19/2019 | Todderud | Edit and analyze draft notice to FERC re status of settlement overlay process | 0.5 | $346.00 |
| 3/19/2019 | Todderud | Calls and emails re status of escrow disbursement instructions. | 0.4 | $276.80 |
| 3/19/2019 | Todderud | Inquiries re status of escrow accountant retainer letter. | 0.3 | $207.60 |

| | | | | |
|---|---|---|---|---|
| 3/19/2019 | Todderud | Analyze FCA true-up provisions. | 0.6 | $415.20 |
| 3/19/2019 | Berman | Emails and research re FCA true-up. | 4.5 | $4,140.00 |
| 3/19/2019 | Berman | Research Sempra allocation issues. | 0.8 | $736.00 |
| 3/20/2019 | Todderud | Conferences re escrow disbursements | 0.3 | $207.60 |
| 3/20/2019 | Todderud | Draft motion for FERC enforcement of Hafslund disgorgement order. | 0.3 | $207.60 |
| 3/20/2019 | Berman | Edit and draft Hafslund motion. | 3.8 | $3,496.00 |
| 3/21/2019 | Berman | Prepare for and attend settlement overlay call. | 1.8 | $1,656.00 |
| 3/21/2019 | Berman | Draft email to parties re settlement overlay process and revise joint status report re overlay process. | 3.6 | $3,312.00 |
| 3/21/2019 | Berman | Emails and discussion re FCA true-up. | 2 | $1,840.00 |
| 3/22/2019 | Berman | Emails re overlay notice and re FCA true-up. | 0.8 | $736.00 |
| 3/25/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.7 | $644.00 |
| 3/25/2019 | Berman | Calls and emails re finalizing overlays for | 4.5 | $4,140.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | distribution and final overlay questions. | | |
| 3/26/2019 | Berman | Prepare for and attend call with Cal Parties re overlay distribution and research re overlays. | 3.5 | $3,220.00 |
| 3/26/2019 | Todderud | Telephone discussions with escrow agent and verify disbursement instructions. | 0.3 | $207.60 |
| 3/27/2019 | Berman | Revise and file Hafslund motion and emails re same. | 2.8 | $2,576.00 |
| 3/27/2019 | Berman | Calls and emails re overlays and review same and emails re overlay joint status report. | 5 | $4,600.00 |
| 3/28/2019 | Berman | Prepare for and attend call with Sempra re settlement issues. | 2.7 | $2,484.00 |
| 3/28/2019 | Berman | Prepare for and attend call re overlays and emails re overlay distribution. | 3.4 | $3,128.00 |
| 3/29/2019 | Berman | Prepare for and attend call re potential settlement with supplier. | 0.6 | $552.00 |
| 3/29/2019 | Berman | Final overlay review and distribute overlays to parties and emails re same. | 6 | $5,520.00 |

**April 2019**

**Itemized Time Description**

| Date | Atty | Description | Time | Fees |
|------|------|-------------|------|------|
| 4/1/2019 | Todderud | Attend call re status and strategy | 0.5 | $346.00 |
| 4/1/2019 | Todderud | Revise Joint Settlement Overlay Notice and prepare same for filing. | 1.3 | $899.60 |
| 4/1/2019 | Todderud | Draft Sempra allocation agreement. | 1 | $692.00 |
| 4/1/2019 | Todderud | Emails re case status. | 1.4 | $968.80 |
| 4/1/2019 | Berman | Calls and emails re El Paso overlay. | 1.5 | $1,380.00 |
| 4/1/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.5 | $460.00 |
| 4/2/2019 | Todderud | Prepare for and attend call re Midway Sunset overlay. | 1.3 | $899.60 |
| 4/2/2019 | Todderud | Review Sempra allocation agreement and allocation calculations. | 1.8 | $1,245.60 |
| 4/2/2019 | Todderud | Review settlement overlays provided to market participants. | 3 | $2,076.00 |
| 4/2/2019 | Berman | Prepare for and attend calls re Midway Sunset overlay and emails re same. | 2.5 | $2,300.00 |
| 4/2/2019 | Berman | Discuss and research Duke and Reliant issues re amounts owed under settlement. | 1.8 | $1,656.00 |

| | Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1 / 2 | 4/3/2019 | Todderud | Research liability and benefit provisions in allocation agreements. | 2.1 | $1,453.20 |
| 3 / 4 | 4/3/2019 | Berman | Prepare for and attend call re Midway Sunset overlay. | 0.8 | $736.00 |
| 5 | 4/4/2019 | Todderud | Attend settlement overlay call. | 1 | $692.00 |
| 6 / 7 / 8 | 4/4/2019 | Todderud | Revise Sempra allocation agreement and research Sempra settlement obligations. | 3.5 | $2,422.00 |
| 9 / 10 | 4/4/2019 | Todderud | Analyze Idacorp allocation agreement to determine payment status and conference re same. | 0.4 | $276.80 |
| 11 / 12 | 4/4/2019 | Todderud | Conferences re status of allocation agreements. | 0.5 | $346.00 |
| 13 | 4/4/2019 | Berman | Prepare for and attend settlement overlay call. | 1.2 | $1,104.00 |
| 14 / 15 | 4/4/2019 | Berman | Emails re potential settlement. | 0.4 | $368.00 |
| 16 / 17 | 4/4/2019 | Berman | Research and emails re amounts owed by Sempra under settlement. | 1.5 | $1,380.00 |
| 18 | 4/5/2019 | Todderud | Revise and finalize allocation agreements. | 3.8 | $2,629.60 |
| 19 | 4/5/2019 | Todderud | Review Cal Polar and APX settlement overlays. | 2.1 | $1,453.20 |
| 20 / 21 | 4/5/2019 | Todderud | Emails re escrow accountant invoices and review same. | 0.3 | $207.60 |
| 22 / 23 / 24 | 4/5/2019 | Berman | Calls, emails, and research re Sempra, El Paso, APX, Duke, and Reliant overlay issues. | 3.5 | $3,220.00 |
| 25 | 4/8/2019 | Todderud | Attend internal call re status and strategy. | 0.5 | $346.00 |
| 26 / 27 | 4/8/2019 | Todderud | Review settlement overlays. | 3.4 | $2,352.80 |
| 28 | | | | | |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 4/8/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.5 | $460.00 |
| 4/9/2019 | Todderud | Prepare for and attend call re APX overlay. | 1.4 | $968.80 |
| 4/9/2019 | Todderud | Prepare for and attend call with assignees of Cal Polar re Cal Polar settlement overlay. | 2.2 | $1,522.40 |
| 4/9/2019 | Todderud | Conferences re escrow account tax filings and review same. | 0.8 | $553.60 |
| 4/9/2019 | Todderud | Review status of allocation agreements. | 0.6 | $415.20 |
| 4/9/2019 | Berman | Calls, emails, and research re APX overlay issues. | 4.2 | $3,864.00 |
| 4/10/2019 | Todderud | Prepare summary chart of allocation agreements. | 3.4 | $2,352.80 |
| 4/10/2019 | Todderud | Conferences re escrow tax filings. | 1.1 | $761.20 |
| 4/10/2019 | Todderud | Confirm edits to draft amendment of ER01-889 settlement. | 0.3 | $207.60 |
| 4/10/2019 | Berman | Emails re issues arising in potential settlement negotiations with supplier. | 0.3 | $276.00 |
| 4/11/2019 | Todderud | Analyze allocation agreement provisions for accuracy and consistency and revise summary of allocation agreement status. | 2 | $1,384.00 |
| 4/11/2019 | Todderud | Revise and circulate escrow disbursement instructions. | 0.9 | $622.80 |
| 4/11/2019 | Todderud | Conferences re escrow disbursement issues. | 0.7 | $484.40 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/11/2019 | Todderud | Review and reconcile revised calculations of Sempra allocation factors. | 0.6 | $415.20 |
| 4/11/2019 | Berman | Calls and emails re SMUD and APX overlay issues. | 2.8 | $2,576.00 |
| 4/12/2019 | Todderud | Draft Shell allocation agreement. | 2.8 | $1,937.60 |
| 4/12/2019 | Todderud | Oversee escrow disbursements. | 3.6 | $2,491.20 |
| 4/12/2019 | Todderud | Prepare for and attend call with counsel for assignees of Cal Polar re settlement overlay. | 1 | $692.00 |
| 4/15/2019 | Todderud | Attend internal call re status and strategy. | 0.9 | $622.80 |
| 4/15/2019 | Todderud | Conferences re escrow disbursements. | 1.5 | $1,038.00 |
| 4/15/2019 | Berman | Research settlement issues for potential settlement negotiations and emails re same. | 1.4 | $1,288.00 |
| 4/15/2019 | Berman | Research and emails re APX overlay issues. | 2.2 | $2,024.00 |
| 4/15/2019 | Todderud | Review allocation agreements | 1.1 | $761.20 |
| 4/15/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.5 | $460.00 |
| 4/16/2019 | Todderud | Revise Sempra and Shell allocation agreements | 1.4 | $968.80 |
| 4/16/2019 | Todderud | Review California IOUs' settlement overlays. | 0.7 | $484.40 |
| 4/16/2019 | Todderud | Review Hafslund Answer and prior pleadings. | 0.3 | $207.60 |
| 4/16/2019 | Todderud | Edit allocation agreements. | 1.5 | $1,038.00 |
| 4/17/2019 | Todderud | Conferences re escrow disbursements. | 1 | $692.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 4/17/2019 | Todderud | Prepare for settlement overlay meetings. | 1.2 | $830.40 |
| 4/17/2019 | Todderud | Edit allocation agreements. | 1.5 | $1,038.00 |
| 4/17/2019 | Berman | Review and discuss Hafslund Answer. | 0.7 | $644.00 |
| 4/17/2019 | Berman | Review and discuss El Paso Electric overlay. | 1.6 | $1,472.00 |
| | | | | |
| 4/18/2019 | Todderud | Draft email re escrow disbursements and conferences re same | 0.7 | $484.40 |
| 4/18/2019 | Todderud | Attend settlement overlay call. | 1.4 | $968.80 |
| 4/18/2019 | Berman | Prepare for and attend settlement overlay call. | 1.4 | $1,288.00 |
| 4/18/2019 | Berman | Review and discuss SMUD and El Paso Electric overlay issues. | 2.5 | $2,300.00 |
| 4/19/2019 | Todderud | Review protest of Southern Cities to opt-ins and review opt-in summaries | 1.6 | $1,107.20 |
| 4/19/2019 | Todderud | Review emails re FCA true ups and conference re same. | 0.6 | $415.20 |
| 4/19/2019 | Todderud | Analyze APX overlay, APX settlement, and materials re same. | 1.5 | $1,038.00 |
| 4/19/2019 | Berman | Research and emails re SMUD, APX, and Midway Sunset overlay issues. | 4.8 | $4,416.00 |
| 4/21/2019 | Todderud | Draft response to Hafslund answer. | 4.3 | $2,975.60 |
| 4/21/2019 | Todderud | Prepare materials re application for retention in PG&E bankruptcy. | 1.1 | $761.20 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/2019 | Berman | Emails re Midway Sunset overlay issues. | 0.7 | $644.00 |
| 4/22/2019 | Todderud | Review opt-in protest of southern cities and review settlements of protesting parties. | 0.4 | $276.80 |
| 4/22/2019 | Todderud | Attend call with PG&E re status and strategy. | 0.6 | $415.20 |
| 4/22/2019 | Todderud | Revise response to Hafslund answer. | 1.6 | $1,107.20 |
| 4/22/2019 | Todderud | Edit FERC filing materials for ER01-889 settlement. | 2.1 | $1,453.20 |
| 4/22/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.6 | $552.00 |
| 4/22/2019 | Berman | Research and emails re APX, El Paso Power, El Paso Electric overlay issues. | 2.8 | $2,576.00 |
| 4/22/2019 | Berman | Calls, research, and emails re FCA true-up issues. | 2.5 | $2,300.00 |
| 4/23/2019 | Todderud | Verify escrow instructions with escrow agent. | 0.2 | $138.40 |
| 4/23/2019 | Todderud | Revise and edit FERC filing materials for ER01-889 settlement. | 0.7 | $484.40 |
| 4/23/2019 | Todderud | Review emails re settlement overlays. | 1.9 | $1,314.80 |
| 4/23/2019 | Berman | Research and emails re El Paso Power and APX overlay issues. | 1.5 | $1,380.00 |
| 4/24/2019 | Todderud | Prepare draft application for retention in bankruptcy court | 4.6 | $3,183.20 |
| 4/24/2019 | Todderud | Review settlement overlays and related correspondence. | 1.2 | $830.40 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/24/2019 | Todderud | Research re issues for potential settlement with supplier.. | 0.4 | $276.80 |
| 4/24/2019 | Berman | Research, calls, and emails re El Paso Power, SMUD, and SRP overlays. | 3 | $2,760.00 |
| 4/24/2019 | Berman | Calls, research, and emails re FCA issues. | 2.8 | $2,576.00 |
| 4/24/2019 | Berman | Edit response to Hafslund. | 1.7 | $1,564.00 |
| 4/25/2019 | Todderud | Attend settlement overlay call. | 1.5 | $1,038.00 |
| 4/25/2019 | Todderud | Draft application for retention in bankruptcy proceedings and associated pleadings | 4.8 | $3,321.60 |
| 4/25/2019 | Todderud | Provide comments on Southern Cities' protest of opt-in notice. | 0.3 | $207.60 |
| 4/25/2019 | Berman | Prepare for and attend settlement overlay call. | 1.5 | $1,380.00 |
| 4/25/2019 | Berman | Edit response to Southern Cities. | 1.8 | $1,656.00 |
| 4/26/2019 | Todderud | Draft response to El Paso Electric motion to intervene and conference re same. | 1.3 | $899.60 |
| 4/26/2019 | Todderud | Draft application for retention in bankruptcy proceedings and related pleadings. | 3.5 | $2,422.00 |
| 4/26/2019 | Todderud | Edit response to Hafslund answer | 0.4 | $276.80 |
| 4/26/2019 | Berman | Draft response to El Paso Electric and emails re same. | 2.8 | $2,576.00 |
| 4/26/2019 | Berman | Review and edit bankruptcy retention materials. | 1.2 | $1,104.00 |

| Date | Atty | Description | Time | Fees |
|---|---|---|---|---|
| 4/29/2019 | Todderud | Revise application for retention in bankruptcy proceedings and circulate for review | 2.6 | $1,799.20 |
| 4/29/2019 | Todderud | Attend PG&E call re status and strategy | 0.6 | $415.20 |
| 4/29/2019 | Todderud | Finalize response to Hafslund answer and prepare for filing. | 1.2 | $830.40 |
| 4/29/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.6 | $552.00 |
| 4/29/2019 | Berman | Prepare memo re FCA issues. | 2.5 | $2,300.00 |
| 4/29/2019 | Berman | Review and revise APX notice re overlays. | 1.6 | $1,472.00 |
| 4/30/2019 | Todderud | Analyze materials re FCA true-up. | 0.3 | $207.60 |
| 4/30/2019 | Todderud | Conferences and emails re escrow issues. | 0.3 | $207.60 |
| 4/30/2019 | Todderud | Research allocation issues under SMUD settlement. | 1 | $692.00 |
| 4/30/2019 | Todderud | Review southern cities' withdrawal of protest | 0.3 | $207.60 |
| 4/30/2019 | Berman | Prepare memo re FCA issues. | 2.7 | $2,484.00 |
| 4/30/2019 | Berman | Edit APX overlay notice and emails re same. | 2.4 | $2,208.00 |

### May 2019

### Itemized Time Description

| Date | Atty | Description | Time | Fees |
|---|---|---|---|---|
| 5/1/2019 | Todderud | Finalize and file Answer to El Paso Electric motion to intervene | 1.2 | $830.40 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 5/1/2019 | Berman | Correspondence re APX overlay issues. | 3.2 | $2,944.00 |
| 5/1/2019 | Berman | Edit pleading re Southern Cities. | 0.5 | $460.00 |
| 5/2/2019 | Berman | Emails and discussion re long term contract proceeding. | 2.8 | $2,576.00 |
| 5/2/2019 | Todderud | Review internal summary prepared by PG&E of settlement issues | 0.3 | $207.60 |
| 5/2/2019 | Todderud | Review emails re FCA issues | 0.3 | $207.60 |
| 5/2/2019 | Todderud | Emails re escrow account statements | 0.2 | $138.40 |
| 5/3/2019 | Todderud | Research PPM settlement escrow requirements and correspondence re same | 2.9 | $2,006.80 |
| 5/3/2019 | Todderud | Edit letter to PPM re escrows | 0.4 | $276.80 |
| 5/6/2019 | Todderud | Review Bates White invoices and conference re same | 0.6 | $415.20 |
| 5/6/2019 | Todderud | Conferences and emails re escrow issues | 0.9 | $622.80 |
| 5/6/2019 | Todderud | Attend internal call re status and strategy | 0.5 | $346.00 |
| 5/6/2019 | Berman | Prepare for and attend weekly FERC strategy meeting and provide advice re long term contract and overlay allocation issues. | 4.5 | $4,140.00 |
| 5/7/2019 | Berman | Emails and discussion re long term contract and overlay issues. | 3.5 | $3,220.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/7/2019 | Todderud | Draft and circulate escrow disbursement instructions | 1 | $692.00 |
| 5/7/2019 | Todderud | Research and draft email re pending issues for escrows | 1.2 | $830.40 |
| 5/7/2019 | Todderud | Review materials re settlement overlays | 1.7 | $1,176.40 |
| 5/8/2019 | Todderud | Review settlement overlays | 1.1 | $761.20 |
| 5/8/2019 | Todderud | Review edits to ER01-889 settlement amendment and FERC filing materials | 1 | $692.00 |
| 5/8/2019 | Todderud | Investigate status of Sempra settlement payment | 0.6 | $415.20 |
| 5/8/2019 | Todderud | Prepare for and attend call with JP Morgan Chase re escrow issues | 1.5 | $1,038.00 |
| 5/8/2019 | Berman | Edit ER01-889 materials. | 2.9 | $2,668.00 |
| 5/8/2019 | Berman | Research and emails re payment issues under Sempra settlement. | 1.5 | $1,380.00 |
| 5/9/2019 | Berman | Attend call re overlay issues and emails re same. | 1.8 | $1,656.00 |
| 5/9/2019 | Todderud | Attend settlement overlay call | 1.4 | $968.80 |
| 5/9/2019 | Todderud | Conferences and emails re escrow issues | 1.5 | $1,038.00 |
| 5/9/2019 | Todderud | Research Enron interpleader settlement and related documents re repayment requirements | 0.6 | $415.20 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2019 | Todderud | Review SMUD settlement for allocation issues | 0.6 | $415.20 |
| 5/10/2019 | Todderud | Review settlement overlays | 0.9 | $622.80 |
| 5/10/2019 | Todderud | Assemble signatures for amendment to escrow agreement | 0.3 | $207.60 |
| 5/10/2019 | Todderud | Review summary of Enron interpleader payouts | 0.4 | $276.80 |
| 5/10/2019 | Berman | Research and email re FCA issues. | 3.6 | $3,312.00 |
| 5/13/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.6 | $552.00 |
| 5/13/2019 | Todderud | Finalize amendment to 2008 escrow agreement | 1.7 | $1,176.40 |
| 5/13/2019 | Todderud | Review proposed legislation re Electricity Oversight Board settlements | 0.3 | $207.60 |
| 5/13/2019 | Todderud | Escrow disbursement confirmation call | 0.2 | $138.40 |
| 5/13/2019 | Todderud | Attend call re status and strategy | 0.4 | $276.80 |
| 5/13/2019 | Todderud | Review ER01-889 filing | 0.3 | $207.60 |
| 5/14/2019 | Todderud | Research status of escrow authorized representatives and emails re same | 3.3 | $2,283.60 |
| 5/14/2019 | Todderud | Review emails re fuel cost allowance issues | 1.6 | $1,107.20 |
| 5/14/2019 | Berman | Calls and emails re FCA and issues re potential settlement negotiations. | 3.4 | $3,128.00 |

| | Date | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| | 5/15/2019 | Berman | Review Hafslund pleading and discussion re same. | 0.4 | $368.00 |
| | 5/15/2019 | Todderud | Review Hafslund answer and conference re same | 0.4 | $276.80 |
| | 5/15/2019 | Todderud | Conferences and emails re PX status | 0.3 | $207.60 |
| | 5/16/2019 | Todderud | Attend settlement overlay call | 1.2 | $830.40 |
| | 5/16/2019 | Todderud | Attend call re FCA compromise | 0.3 | $207.60 |
| | 5/16/2019 | Todderud | Review interest shortfall analysis | 0.8 | $553.60 |
| | 5/16/2019 | Todderud | Research SMUD settlement correspondence | 1 | $692.00 |
| | 5/16/2019 | Todderud | Emails re escrow issues | 0.4 | $276.80 |
| | 5/16/2019 | Berman | Attend overlay call and emails and discussion re true-ups and interest shortfall. | 6.2 | $5,704.00 |
| | 5/17/2019 | Berman | Research interest shortfall issues and emails re same. | 6.5 | $5,980.00 |
| | 5/17/2019 | Todderud | Email and telephone with J. Ryan (Steptoe) re PPM escrow invoice | 0.2 | $138.40 |
| | 5/20/2019 | Todderud | Attend internal call re status and strategy | 0.8 | $553.60 |
| | 5/20/2019 | Todderud | Review and analyze settlement overlay materials | 2.4 | $1,660.80 |
| | 5/20/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.8 | $736.00 |

| | Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1<br>2 | 5/20/2019 | Berman | Discussion and emails re interest shortfall. | 1.2 | $1,104.00 |
| 3<br>4 | 5/21/2019 | Berman | Emails and discussion re interest shortfall calculations. | 2.1 | $1,932.00 |
| 5 | 5/21/2019 | Berman | Research Reliant and APX overlay issues. | 0.4 | $368.00 |
| 6<br>7<br>8 | 5/21/2019 | Todderud | Research and draft memo re unsatisfied obligations under Reliant settlement and draft emails re same | 3.1 | $2,145.20 |
| 9<br>10 | 5/21/2019 | Todderud | Review updated calculations of interest shortfalls | 0.8 | $553.60 |
| 11<br>12 | 5/21/2019 | Todderud | Review status of ER01-889 settlement amendment filing | 0.4 | $276.80 |
| 13<br>14 | 5/22/2019 | Todderud | Review emails re interest shortfall calculations and conference re same | 0.9 | $622.80 |
| 15<br>16<br>17 | 5/22/2019 | Todderud | Review Reliant settlement and draft motion to correct PX payments | 2.8 | $1,937.60 |
| 18<br>19 | 5/22/2019 | Berman | Emails and discussion re interest shortfall issues. | 2.2 | $2,024.00 |
| 20<br>21 | 5/23/2019 | Berman | Prepare for and attend settlement overlay call. | 1.6 | $1,472.00 |
| 22<br>23<br>24 | 5/23/2019 | Berman | Emails and research re interest shortfall, settlement excesses, and re claims process for overlay amounts. | 2.8 | $2,576.00 |
| 25<br>26 | 5/23/2019 | Todderud | Prepare for and attend settlement overlay call | 1.6 | $1,107.20 |
| 27 | | | | | |
| 28 | | | | | |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/23/2019 | Todderud | Review Reliant settlement and draft email re Reliant payments | 1 | $692.00 |
| 5/23/2019 | Todderud | Emails re Authorized Representatives for escrow transactions | 0.4 | $276.80 |
| 5/24/2019 | Todderud | Review emails re charge type 485 | 0.8 | $553.60 |
| 5/24/2019 | Todderud | Review Midway Sunset settlement overlay | 0.6 | $415.20 |
| 5/24/2019 | Todderud | Analyze allocation provisions in generator settlements | 1.5 | $1,038.00 |
| 5/24/2019 | Berman | Emails and research re claims process for overlay amounts and re allocation of participation shortfalls and excesses. | 3.5 | $3,220.00 |
| 5/28/2019 | Berman | Calls and emails re claim process for overlay amounts. | 0.8 | $736.00 |
| 5/28/2019 | Berman | Emails and research re BPA adjustment overlay issues. | 0.5 | $460.00 |
| 5/29/2019 | Berman | Emails re claim process for overlay amounts. | 0.7 | $644.00 |
| 5/29/2019 | Todderud | Review settlement overlay materials | 1.4 | $968.80 |
| 5/30/2019 | Todderud | Telephone with C. Berry (Bates White) re issues with early allocation agreements and review Duke, Reliant and Mirant settlements and allocation agreements | 3.1 | $2,145.20 |
| 5/30/2019 | Berman | Prepare for and attend call re | 1.4 | $1,288.00 |

| | | | | |
|---|---|---|---|---|
| | | settlement negotiatkinos. | | |
| 5/31/2019 | Todderud | Attend settlement group call | 0.6 | $415.20 |
| 5/31/2019 | Todderud | Prepare for and attend settlement overlay call | 2.5 | $1,730.00 |
| 5/31/2019 | Berman | Prepare for and attend overlay call and discussions re interest shortfall issues. | 3.4 | $3,128.00 |

## June 2019

## Itemized Time Description

| Date | Atty | Description | Time | Fees |
|------|------|-------------|------|------|
| 6/3/2019 | Todderud | Attend call re status and strategy | 0.7 | $484.40 |
| 6/3/2019 | Todderud | Inquiries re status of escrow accountant payments | 0.3 | $207.60 |
| 6/3/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.7 | $644.00 |
| 6/3/2019 | Berman | Prepare for and attend call re SDG&E overlay issues. | 2.8 | $2,576.00 |
| 6/3/2019 | Todderud | Research overlay issues in Reliant and Mirant allocation agreements and settlements . | 4.7 | $3,252.40 |
| 6/4/2019 | Berman | Emails re Reliant payments. | 0.4 | $368.00 |
| 6/4/2019 | Todderud | Review settlement overlays and emails re pending settlement overlay issues. | 2.1 | $1,453.20 |
| 6/4/2019 | Berman | Emails re opt in motion. | 0.5 | $460.00 |
| 6/4/2019 | Berman | Emails re SDG&E overlay issues. | 0.8 | $736.00 |
| 6/4/2019 | Todderud | Review opt-in motion and Midway Sunset settlement | 0.4 | $276.80 |
| 6/4/2019 | Todderud | Conferences and emails re Reliant payment | 0.7 | $484.40 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2019 | Todderud | Emails re status of allocation agreements and review same | 0.7 | $484.40 |
| 6/5/2019 | Todderud | Review opt-in motion of Banning and review Midway Sunset settlement | 0.6 | $415.20 |
| 6/5/2019 | Berman | Emails with ISO re overlay issues. | 0.4 | $368.00 |
| 6/6/2019 | Berman | Prepare for and attend settlement overlay call. | 1.4 | $1,288.00 |
| 6/6/2019 | Berman | Analyze overlay results and emails re same. | 1.5 | $1,380.00 |
| 6/6/2019 | Todderud | Edit settlement negotiations presentation materials | 0.9 | $622.80 |
| 6/6/2019 | Berman | Edit settlement negotiation presentation materials. | 1.4 | $1,288.00 |
| 6/6/2019 | Todderud | Attend settlement overlay call | 1.3 | $899.60 |
| 6/6/2019 | Todderud | Escrow implementation | 0.5 | $346.00 |
| 6/7/2019 | Todderud | Attend settlement group call | 1.2 | $830.40 |
| 6/7/2019 | Todderud | Review correspondence re APX settlement and review settlement status | 1.1 | $761.20 |
| 6/7/2019 | Berman | Prepare for and attend call with California Parties re settlement. | 1.2 | $1,104.00 |
| 6/7/2019 | Berman | Research and prepare responses to | 4.6 | $4,232.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | SRP re overlay questions. | | |
| 6/7/2019 | Berman | Prepare for and attend discussion with ISO re overlays. | 3.2 | $2,944.00 |
| 6/7/2019 | Todderud | Edit settlement negotiation materials | 0.4 | $276.80 |
| 6/10/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.4 | $368.00 |
| 6/10/2019 | Todderud | Attend internal call re status and strategy | 0.4 | $276.80 |
| 6/10/2019 | Todderud | Monitor status of Reliant payment | 0.2 | $138.40 |
| 6/11/2019 | Todderud | Review edits to bankruptcy retention application and declaration and conference and email re same | 1.1 | $761.20 |
| 6/11/2019 | Berman | Edit retention pleadings. | 0.7 | $644.00 |
| 6/13/2019 | Berman | Prepare for and attend call with California Parties re overlays. | 2.2 | $2,024.00 |
| 6/13/2019 | Todderud | Attend settlement overlay call | 2 | $1,384.00 |
| 6/13/2019 | Todderud | Inquiries re status of Reliant payment | 0.3 | $207.60 |
| 6/14/2019 | Todderud | Analyze pending allocation agreements and master allocation agreement for issues re time period allocations | 1.8 | $1,245.60 |
| 6/14/2019 | Todderud | Review settlement overlay materials | 0.6 | $415.20 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/16/2019 | Berman | Emails re cost offsets for overlay calculations. | 0.4 | $368.00 |
| 6/17/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.4 | $368.00 |
| 6/17/2019 | Berman | Prepare for meeting with potential settling supplier and emails re same. | 2.8 | $2,576.00 |
| 6/17/2019 | Todderud | Review and finalize bankruptcy retention application and conference re same | 2.1 | $1,453.20 |
| 6/17/2019 | Todderud | Review emails re settlement negotiations | 0.3 | $207.60 |
| 6/17/2019 | Todderud | Inquiries re Reliant escrow payment | 0.3 | $207.60 |
| 6/18/2019 | Todderud | Review and edit bankruptcy retention application | 1.1 | $761.20 |
| 6/18/2019 | Todderud | Telephone with Susan Rossi (Cal PX) re APX payments | 0.2 | $138.40 |
| 6/18/2019 | Berman | Edit retention application and emails re same. | 0.5 | $460.00 |
| 6/18/2019 | Berman | Prepare for settlement negotiation meeting. | 3 | $2,760.00 |
| 6/19/2019 | Berman | Meet with supplier for potential settlement negotiations and discussion re same. | 4.5 | $4,140.00 |
| 6/19/2019 | Todderud | Draft email to Susan Rossi (Cal PX) | 0.2 | $138.40 |
| 6/20/2019 | Berman | Prepare summary for ISO re overlay. | 6.5 | $5,980.00 |

| | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| | 6/20/2019 | Todderud | Research settlement offers between Cal Parties and supplier entering settlement negotiations | 0.6 | $415.20 |
| | 6/21/2019 | Berman | Prepare summary for ISO re overlays. | 5 | $4,600.00 |
| | 6/21/2019 | Todderud | Review fee examiner protocols in PG&E bankruptcy and conference re same | 0.7 | $484.40 |
| | 6/21/2019 | Todderud | Review escrow account invoices | 0.3 | $207.60 |
| | 6/21/2019 | Todderud | Review allocation provisions in generator settlements | 2.1 | $1,453.20 |
| | 6/24/2019 | Todderud | Attend call re status and strategy | 0.6 | $415.20 |
| | 6/24/2019 | Todderud | Edit market clearing summary | 2.8 | $1,937.60 |
| | 6/24/2019 | Todderud | Review settlement overlay cost offset analysis and related materials | 1.5 | $1,038.00 |
| | 6/24/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.6 | $552.00 |
| | 6/24/2019 | Berman | Revise overlay summary for ISO and emails re same. | 2.5 | $2,300.00 |
| | 6/24/2019 | Berman | Emails and discussion re overlay timing and refund calculations in overlay. | 0.8 | $736.00 |
| | 6/25/2019 | Todderud | Discussions and emails re status of escrow accountant retainer agreement | 1.1 | $761.20 |

| | Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| | 6/25/2019 | Todderud | Review escrow disbursements and conferences re same | 1 | $692.00 |
| | 6/26/2019 | Todderud | Conferences and emails re escrow accountant | 1.2 | $830.40 |
| | 6/26/2019 | Todderud | Edit notice re status of settlement overlay process | 1.2 | $830.40 |
| | 6/26/2019 | Todderud | Review emails re settlement negotiations logistics | 0.5 | $346.00 |
| | 6/26/2019 | Berman | Draft notice re overlays and emails re same. | 1.4 | $1,288.00 |
| | 6/26/2019 | Berman | Discussions re unresolved overlay issues and emails re same. | 1.2 | $1,104.00 |
| | 6/27/2019 | Berman | Prepare for and attend call with California Parties re settlement overlays. | 1.7 | $1,564.00 |
| | 6/27/2019 | Berman | Review overlay results and emails re same. | 1.5 | $1,380.00 |
| | 6/27/2019 | Todderud | Attend settlement overlay call | 1.7 | $1,176.40 |
| | 6/27/2019 | Todderud | Analyze and verify chart from J. Ryan (Steptoe) summarizing settlement provisions re allocation of risks | 3.5 | $2,422.00 |
| | 6/28/2019 | Todderud | Prepare for and attend settlement group call | 1.4 | $968.80 |
| | 6/28/2019 | Todderud | Finalize and circulate disbursement instructions | 1.1 | $761.20 |

| | | | | |
|---|---|---|---|---|
| 6/28/2019 | Todderud | Finalize and file notice re settlement overlay status | 1 | $692.00 |
| 6/28/2019 | Berman | Prepare for and attend call with California Parties re settlement issues and follow-up emails re same. | 2.4 | $2,208.00 |