# EXHIBIT E

**Expenses**

| Date | Project | Type | Description | Amount |
|---|---|---|---|---|
| 6/18/2019 | Berman | Airfare | Airfare to SF for settlement meeting. | $758.60 |
| 6/18/2019 | Berman | Taxi | Taxi expense in SF for settlement meeting. | $69.60 |
| 6/19/2019 | Berman | Hotel | Galleria Park Hotel -- Room and Taxes -- for settlement meeting in SF | $457.74 |
| 6/19/2019 | Berman | Taxi | Taxi expense in SF for SF settlement meeting. | $54.35 |
| 6/19/2019 | Berman | Parking | Parking expense at airport for SF settlement meeting. | $60.00 |
| **TOTALS** | | | | **$1,400.29** |