# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Decision Regarding Motions for Relief from Stay [Docket No. 3571]
- Order Granting the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay [Docket No. 3643]
- Order Granting the Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay [Docket No. 3644]
- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 3812]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of September 2019, at New York, NY.

_____
Alain B. Francoeur

**Exhibit A**

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ABBEY, WEITZENBERG, WARREN & EMERY, PC | Attn: Brendan M. Kunkle & Michael D. Green | 100 Stony Point Rd, Suite 200 | | Santa Rosa | CA | 95401 |
| ABBEY, WEITZENBERG, WARREN & EMERY, PC | Attn: Frank M. Oitre | 840 Malcolm Rd., #200 | | Burlingame | CA | 94010 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, & David H. Botter | One Bryant Park | | New York | NY | 10036 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street, Suite 1500 | | San Francisco | CA | 94104 |
| Baker & Hostetler LLP | Attn: Robert A. Julian & Cecily A. Dumas | 1160 Battery St., #100 | | San Francisco | CA | 94111 |
| Baker & Hostetler LLP | Attn: Eric E. Sagerman & Lauren T. Attard | 11601 Wilshire Blvd., #1400 | | Los Angeles | CA | 90025 |
| BOUTIN JONES INC. | Attn: Mart Gorton & Thomas G. Mouzes | 555 Capitol Mall, Suite 1500 | | Sacramento | CA | 94814 |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, & Steven M. Berki | 700 El Camino Real, P.O. Box 669 | | Millbrae | CA | 94030-0669 |
| COTCHETT, PITRE & MCCARTHY, LLP | Attn: Frank M. Pitre | 840 Malcolm Road, Suite 200 | | Burlingame | CA | 94010 |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, & Omid H. Nasab | 825 Eighth Ave. | | New York | NY | 10019 |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, & Shawn R. Miller | 333 Twin Dolphin Drive, Suite 145 | | Redwood Shores | CA | 94065 |
| DECHERT LLP | Attn: Allan S. Brilliant, Shmuel Vasser, & Alaina R. Heine | 1095 Avenue of the Americas | | New York | NY | 10036 |
| DECHERT LLP | Attn: Rebecca Weissman | One Bush Street, Suite 1600 | | San Francisco | CA | 94104 |
| DIEMER & WEI LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street, Suite 555 | | San Jose | CA | 95113 |
| DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | 20 Bicentennial Circle | | Sacramento | CA | 95826 |
| ENGEL LAW, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 95959 |
| GIBBS LAW GROUP | Attn: Eric Gibbs & Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 |
| JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, & James O. Johnston | 555 South Flower Street, 15th Floor | | Los Angeles | CA | 90071-2300 |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller & Jane Kim | 650 California St., #1900 | | San Francisco | CA | 94108 |
| Milbank LLP | Attn: Dennis F. Dunne & Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Milbank LLP | Attn: Gregory A. Bray & Thomas R. Kreller | 2029 Century Park East, 33rd Fl. | | Los Angeles | CA | 90067 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | | San Francisco | CA | 94102 |
| PANISH SHEA & BOYLE LLP | Attn: Brian Panish, Rahul Ravipudi, & Lyssa A. Roberts | 11111 Santa Monica Boulevard, Suite 700 | | Los Angeles | CA | 90025 |
| ROBINS CLOUD LLP | Attn: Bill Robins III, Robert T. Bryson, & Kevin M. Pollack | 808 Wilshire Boulevard, Suite 450 | | Santa Monica | CA | 90401 |
| SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 |
| SONOMA CLEAN POWER AUTHORITY | Attn: Jessica Mullan | 50 Santa Rosa Avenue, Fifth Floor | | Santa Rosa | CA | 95404 |
| Walkup, Melodia, Kelly & Schoenberger | Attn: Michael A. Kelly | 650 California Street, 26th Floor | | San Francisco | CA | 94108 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, & Ray C. Schrock | 767 Fifth Ave. | | New York | NY | 10153 |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, & Benjamin P. McCallen | 787 Seventh Avenue | | New York | NY | 10019-6099 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088  Doc# 3878  Filed: 09/11/19  Entered: 09/11/19 13:14:46  Page 4 of 4