UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC GAS AND ELECTRIC CORPORATION,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>,<br><br>　　　　　Appellee. | Case No. 19-cv-05708-HSG |

RE: PG & E CORPORATION  AND PACIFIC GAS AND ELECTRIC COMPANY

　　Bankruptcy Case: 19-30088 DM

　　Adversary No.:

　　BAP No.:

　　Appellant: PG&E and Pacifc Gas and Electric Company

　The appeal has been assigned the following case number, 19-cv-05708-HSGbefore the Honorable Haywood S. Gilliam, Jr. .

　When the parties have perfected the record on appeal in accordance with the federal and local bankruptcy rules, the Bankruptcy Court will transmit to this court either the record or a notice that the record is available electronically.

　Pursuant to the federal and local bankruptcy rules, unless the assigned District Judge orders otherwise, briefs in this matter shall be due in accordance with the following schedule:

<u>Appellant's principal brief</u>: no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket.

<u>Appellee's principal and response brief</u>: no more than 30 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee shall contain both the issues and arguments pertinent to the cross-appeal and the response to the appellant's brief.

<u>Appellant's response and reply brief</u>: no more than 30 days after service of appellee's brief.

<u>Appellee's reply brief</u>: no more than14 days after service of the appellant's response and reply brief, but also no more than 7 days before scheduled argument.

　Briefs shall be in compliance with Bankruptcy Rules 8014-8018, as applicable.

Pursuant to B.L.R 8019-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, unless the judge determines that oral argument is unnecessary under the Bankruptcy Local Rules; in that case, the matter will be deemed submitted for decision.

Dated: 9/11/2019

For the Court

Susan Y. Soong, Clerk

By: Anna Sprinkles
Deputy Clerk

2