# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referencred chapter 11 bankruptcy cases.

2. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**; and via first class mail on the Master Hard Copy Service List attached hereto as **Exhibit B**:

- Notice of Continued Hearing on Marina and Mikhail Gelman's Motion for Relief from the Automatic Stay [Docket No. 3824]

- Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3830]

- Stipulation for (1) Adequate Protection of Setoff Rights of Philip Verwey Farms ("PVF") and (2) Resolution of PVF's Motion for Relief from Automatic Stay [Docket No. 3834]

- Order Granting Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3835]

- Stipulated Order Approving Stipulation for (1) Adequate Protection of Setoff Rights of Philip Verwey Farms ("PVF") and (2) Resolution of PVF's Motion for Relief from Automatic Stay [Docket No. 3837]

3. On September 6, 2019, at my direction and under my supervision, ewmployees of Prime Clerk caused the following documents to be served (1) by the method set forth on Lease Assumptions Parties Service List attached hereto as **Exhibit C**; and (2) via First Class Mail on Attorney General of the United States, Attn: Civil Process Clerk, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001:

- Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3830]

- Order Granting Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3835]

4. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on Law Offices of Boris E. Efron, Attn: David W. Wessel, Esq (service@efronlawfirm.com):

- Notice of Continued Hearing on Marina and Mikhail Gelman's Motion for Relief from the Automatic Stay [Docket No. 3824]

5. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on Philip Verwey dba Philip Verwey Farms, McCormick Barstow LLP (Annie.Duong@mccormickbarstow.com):

- Stipulation for (1) Adequate Protection of Setoff Rights of Philip Verwey Farms ("PVF") and (2) Resolution of PVF's Motion for Relief from Automatic Stay [Docket No. 3834]

- Stipulated Order Approving Stipulation for (1) Adequate Protection of Setoff Rights of Philip Verwey Farms ("PVF") and (2) Resolution of PVF's Motion for Relief from Automatic Stay [Docket No. 3837]

6. Additionally, on September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following document to be delivered via first class mail to U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, PG&E Corp. Chambers Copy, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102:

- Notice of Continued Hearing on Marina and Mikhail Gelman's Motion for Relief from the Automatic Stay [Docket No. 3824]

7. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of September 2019, at New York, NY.

_____
Alain B. Francoeur

3

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 3 of 20

SRF 35700

# Exhibit A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON | laytonrl@ah.org |
| Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | john.mitchell@akerman.com<br>yelena.archiyan@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com |
| ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | Beth.Brownstein@arentfox.com<br>Jordana.Renert@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com<br>steven.fruchter@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Ian.Roberts@BakerBotts.com<br>Kevin.Chiu@BakerBotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Bank of America | Attn: John McCusker | John.mccusker@bami.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | chigashi@bkolaw.com<br>thigham@bkolaw.com |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 7

Case: 19-30088   Doc# 3881   Filed: 09/11/19   Entered: 09/11/19 15:21:05   Page 5 of 20

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey | arocles.aguilar@cpuc.ca.gov<br>geoffrey.dryvynsyde@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | dgooding@choate.com |
| Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | jmarshall@choate.com |
| CKR Law, LLP | Attn: Kristine Takvoryan | otakvoryan@ckrlaw.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | mschierberl@cgsh.com |
| COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'Connor | Attn: Fulton Smith, III | fsmith@cozen.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | bmullan@crowell.com |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com |
| Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | sgarabato@epiqglobal.com |

Exhibit A
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com<br>dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com<br>Amoskowitz@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | jfhallisey@gmail.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn Erin N Brady | erin.brady@hoganlovells.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com |
| Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | katie.coleman@hugheshubbard.com |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com<br>astrabone@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com<br>snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | bfeder@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | bkleinman@kilpatricktownsend.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | acaton@kramerlevin.com<br>mwasson@kramerlevin.com |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com<br>tkelch@lkfirm.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | lwelsh@lkwelshlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Amy.Goldman@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com |
| Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | Craig@MarguliesFaithLaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | demerzian@mccormickbarstow.com |
| McKoool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com<br>Gbray@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com<br>ablevin@mintz.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | Joshua.Bevitz@ndlf.com |
| NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | joe@norcallawgroup.net |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 4 of 7

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 8 of 20

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | david.rosenzweig@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | ATTN: REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | ipachulski@pszjlaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | brosen@proskauer.com |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>sma@proskauer.com |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | steven.polard@rmkb.com |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | joshua.sturm@ropesgray.com |
| ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | erlamblaw@gmail.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | charney@seyfarth.com |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 5 of 7

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 9 of 20

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Shearman & Sterling LLP | Attn: Daniel Laguardia | daniel.laguardia@shearman.com |
| Shearman & Sterling LLP | Attn: C. Luckey McDowell | lucky.mcdowell@shearman.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | sfarzan@sheppardmullin.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com |
| SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | john@slffirm.com |
| SOLOMON WARD SEIDENWURM & SMITH, LLP | Attn: MICHAEL D. BRESLAUER | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Steve Christopher | | sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | pglassman@sycr.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | Erika.Schoenberger@davey.com |
| TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org<br>tlong@turn.org |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com<br>Mwilhelm@W2LG.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | cgray@unioncounsel.net |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |

# **Exhibit B**

Exhibit B
Master Hard Copy Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>One Front Street<br>Suite 3200<br>San Francisco CA 94111 |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms<br>7647 North Fresno Street<br>Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. 2020 Eye Street Bakersfield CA 93301 |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements 1390 Market Street 7th Floor San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel U.S. NRC Region IV 1600 E. Lamar Blvd. Arlington TX 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel Washington DC 20555-0001 |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke 601 Union Street Suite 4100 Seattle WA 98101-2380 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 2 of 2

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 14 of 20

# **Exhibit C**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1415 Meridian Plaza Investors LP | Taylor Waterman | 1415 L Street | Suite 780 | | SACRAMENTO | CA | 95814 | Taylor@aktproperties.com | First Class Mail and Email |
| Alameda County | Rachel Johnson | 1401 Lakeside Drive, 6th Floor | | | Oakland | CA | 94612-4305 | | First Class Mail |
| Alcalde Ranch LLC | Natasha Hunt | P.O. Box 648 | | | Coalinga | CA | 93210 | | First Class Mail |
| American Tower Corporation | David Flint | 750 Park of Commerce Blvd, Suite 300 | | | Boca Raton | FL | 33487-3612 | | First Class Mail |
| Aspen Forest Investment Company, LLC | Chuck Toeniskoetter | 1960 The Alameda, Suite #20 | | | San Jose | CA | 95126 | | First Class Mail |
| Bank of Stockton, Trustee of the Ann LaRue Matlow Trust | John K. La Rue, Manager | P.O. Box 1030 | | | Aptos | CA | 95001 | | First Class Mail |
| BAYLEY FAMILY TRUST | William Bayley | P.O. Box 255528 | | | Sacramento | CA | 95865 | | First Class Mail |
| Bear Communications | Attn.: Pat Fennacy | 4777 N. Del Mar Avenue | | | Fresno | CA | 93704 | | First Class Mail |
| Beckman Tower | Carl & Nancy Beckman | 4861 N. Grantland | | | Fresno | CA | 93723 | | First Class Mail |
| Bill Blas | Bill Bas | P.O. Box 1796 | | | Truckee | CA | 96160 | bblas@summitcom1.com | First Class Mail and Email |
| Bivins, Michael | Michael Bivins | POST OFFICE BOX # 507 | | | Alta | CA | 95701 | | First Class Mail |
| BKS Cambria LLC | Bernd Schaefers | 2320 Thompson Way # L | | | Santa Maria | CA | 93455 | | First Class Mail |
| BLM | Christine Sloand | Central Coast Field Office | 940 2nd Avenue | | Marina | CA | 93933-6009 | | First Class Mail |
| BLM | Heather Daniels, Realty Specialist | 5152 Hillsdale Circle | | | El Dorado Hills | CA | 95762 | | First Class Mail |
| Blue Mountain Minerals PR LLC | Attn: Steven Brooks, Vice President of Operations | 24599 Marble Quarry Rd. | | | Columbia | CA | 95310 | | First Class Mail |
| BNS Electronics, Inc. | Attn: James E. Evans, President | Attn: Jill Thach | 923 Laguna St., Suite C | | Santa Barbara | CA | 93101 | | First Class Mail |
| C & C Equipment Company | Carol Sutton | P.O. Box 1138 | | | Eastsound | WA | 98245 | | First Class Mail |
| CAL FIRE, Technical Service, Lands | ATTN: Lorina Pisi | P.O. Box 94426 | | | Sacramento | CA | 94244-2460 | | First Class Mail |
| CALIFORNIA, STATE OF | Attn: Chief Executive Officer | 1303 10th Street, Suite 1173 | | | Sacramento | CA | 95814 | | First Class Mail |
| CALIFORNIA BROADCASTING COMPANY | Vincent J. Carstons | 755 Auditorium Dr | | | Redding | CA | 96001 | | First Class Mail |
| California Resources Corporation | Kelly Mallory, Land Specialist | 9600 Ming Avenue, Suite 300 | | | Bakersfield | CA | 93311 | | First Class Mail |
| CALIFORNIA STATE UNIV TRUSTEES | Attn: Chief Executive Officer | 1430 N Street Suite 5602 | | | Sacramento | CA | 95814 | | First Class Mail |
| California State Universiy, Chico | Attn: Sara Rumiano | 400 W. 1st Street | | | Chico | CA | 95929 | | First Class Mail |
| California Water Service Water Company | Director Corporate Real Estate | 1720 N. First Street | | | San Jose | CA | 95112 | | First Class Mail |
| Calpine Corporation | Attn: An officer, a managing or general agent | 4160 Dublin Corporate Way #100 | | | Dublin | CA | 94568 | | First Class Mail |
| Carousel Broadcasting, Inc. | Attn: Paul Fink | 554 White Avenue | | | Chico | CA | 95926 | | First Class Mail |
| CHEVRON USA INC. | Attn: An officer, a managing or general agent | Exploration, Land and Production Accounting | P.O. Box 840672 | | Dallas | TX | 75284-0672 | | First Class Mail |
| Chrisman, William | William Chrisman | P. O. Box 627 | | | Williams | CA | 95987 | | First Class Mail |
| City and County of San Francisco | Attn: Chief Executive Officer | 25 Van Ness Ave. Suite 400 | | | San Francisco | CA | 94102 | | First Class Mail |
| City and County of San Francisco - Airport Dist. | Attn: Chief Executive Officer | Airport Commission | SF International Airport | | San Francisco | CA | 94128 | | First Class Mail |
| City of Clovis | c/o Robert K. Ford, General Services Director | City Hall, 1033 Fifth Street | | | Clovis | CA | 93612 | | First Class Mail |
| ComSites West LLC | Attn: Accounts Receivable | 2555 Third St | Suite 200 | | Sacramento | CA | 95818 | | First Class Mail |
| ComSites West LLC* | Jay Feick | Notices: 5660 Freeport Blvd., Ste. 201 | | | Sacramento | CA | 95822 | | First Class Mail |
| Concord Jet Services, Inc. | Jonathan Kendler | P.O. Box 787 | | | Concord | CA | 94522 | jkendler@centurymgmt.com | First Class Mail and Email |
| Contra Costa County | Attn: Chief Executive Officer | Public Works Dept | 255 Glacier Drive | | Martinez | CA | 94553 | | First Class Mail |
| County of Alameda - Tesla Fiber Optic | Alexander Madrid | Assistant Chief Real Estate Division-Public W | 399 Elmhurst St. Room 204A | | Hayward | CA | 94544-1395 | | First Class Mail |
| County of Monterey | Dave Dalby | 1590 Moffett Street | | | Salinas | CA | 93905 | | First Class Mail |
| Crown Castle | c/o Michael Ferrari | 1500 Corporate Drive | | | Canonsburg | PA | 15317 | | First Class Mail |
| Crown Castle International | Attn: Meredith Norris, Account Manager | Property Management Department | 1200 Augusta Drive, Suite 600 | | Houston | TX | 77057 | | First Class Mail |
| Crown Communications Inc | Dennis Wilborn, P.E. | 6601 Owens Drive, Suite 250 | | | Pleasanton | CA | 95488 | Dennis.Wilborn@crowncastle.com | First Class Mail and Email |
| Crystal Communications | Michelle Rodriguez | 1601 Neptune Drive | | | San Leandro | CA | 94577 | | First Class Mail |
| Dawson Company LLC | Michael Germain and Danette Dawson-Germain | 14030 Barlupi Circle | | | Sonora | CA | 95370 | | First Class Mail |
| DCPII-SAC-3065 Gold Camp Drive, LLC | Sarah Wayson | 4890 W. Kennedy Boulevard | Suite 650 | c/o Carter Validus | Tampa | FL | 33609 | swayson@cvreit.com | First Class Mail and Email |
| Dell'Orto, Stan and Robin | Stan and Robin Dell'Orto | 6512 Hwy 26 | | | Mokelumne Hill | CA | 95245 | | First Class Mail |
| EAST BAY MUNICIPAL UTILITY DISTRICT (EBMUD) | Attn: Stephen Boeri - Real Estate Services | 375 Eleventh St. | | | Oakland | CA | 94607-4240 | | First Class Mail |
| East Bay Regional Park District | John Bouyea - Sr Right of Way Agent | 2950 Peralta Oaks Court | | | Oakland | CA | 94605 | | First Class Mail |
| Eldorado National Forest | Ramon Lopez | Lease Contracting Officer | 1600 Tollhouse Road | | Clovis | CA | 93611 | | First Class Mail |
| Enerland LLC | John R. Briggs, Esq | McDonough, Holland & Allen | 555 Capitol Mall, 9th Floor | | Sacramento | CA | 95814 | | First Class Mail |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Enerland LLC | Mark Gorton | Boutin Jones Inc. | 555 Capitol Mall, Suite 1500 | | Sacramento | CA | 95814 | mgorton@boutinjones.com | First Class Mail and Email |
| Enerland LLC | Robert Mussetter | PO Box 789 | | | Williams | CA | 95987 | | First Class Mail |
| Enerland, LLC | Sue Noack | P. O. Box 410 | | | Colusa | CA | 95932 | | First Class Mail |
| Escola, Emery S. | Steven D. Schlafer | Schlafer Family Trust | P.O. Box 1037 | | Mendocino | CA | 95460 | | First Closa Mail |
| Everest Infastructure Partners | Mike Mackey | 1435 Bedford Ave, Suite 108 | | | Pittsburgh | PA | 14459 | | First Class Mail |
| Everest Infrastructure Partners | Mike Mackey | 1435 Bedford Avenue, Suite 108 | | | Pittsburgh | PA | 14459 | | First Class Mail |
| Everest Infrastructure Partners | Mike Mackey | Everest Infrastructure Partners | 1435 Bedford Avenue, Suite 108 | | Pittsburgh | PA | 15259 | | First Class Mail |
| Fisher Wireless Services, Inc. | Sue Fisher | 14530 South Commercial | | | Blythe | CA | 92225 | | First Class Mail |
| FOREST SERVICE (USFS) | Annette Lambert, Christine Meyers, Jennifer Womack, Joe Stubbendick, Lisa Wrenn, Nancy Barrera, Vicki L. Collins | 1400 Independence Avenue, SW | | | Washington | DC | 20250-1111 | | First Class Mail |
| FOREST SERVICE (USFS) | Annette Lambert, Lands Officer | Sierra National Forest, High Sierra District | 29688 Auberry Road | P.O. Box 559 | Prather | CA | 93651 | | First Class Mail |
| FOREST SERVICE (USFS) | Christine Meyers, Lands Officer | Stanislaus National Forest, Mi-Wok Ranger District | 24695 Highway 108 | P.O. Box 100 | Mi Wuk Village | CA | 95346 | | First Class Mail |
| FOREST SERVICE (USFS) | Dan Smith, USFS - Plumas NF | 875 Mitchell Ave | | | Oroville | CA | 95965 | | First Class Mail |
| FOREST SERVICE (USFS) | USFS Modoc NF, ATTN: Jayne Biggerstaff | 800 West 12th St | | | Alturas | CA | 96101 | | First Class Mail |
| FOREST SERVICE (USFS) | Vicki L. Collins, Lands & Minerals Program Manager | Los Padres National Forest | 6750 Navigator Way, Suite 150 | | Goleta | CA | 93117 | | First Class Mail |
| FORESTRY AND FIRE PROTECTION, CA DEPT OF | Attn: Chief Executive Officer | 1416 9th Street | | | Sacramento | CA | 944246 | | First Class Mail |
| FORESTRY AND FIRE PROTECTION, CA DEPT OF | Lorina Pisi - CalFire | Cal Fire | P.O. Box 944246 | 1300 U Street | Sacramento | CA | 944244-2460 | | First Class Mail |
| FORESTRY AND FIRE PROTECTION, CA DEPT OF | Lorina Pisi, T&V Manager | CalFire | P.O. Box 944246 | 1300 U Street | Sacramento | CA | 94244-2460 | | First Class Mail |
| GENERAL SERVICES, CA DEPT OF | Attn: Deborah Mac Millan, Senior Real Estate Officer | Real Estate Division, Real Property Services Section, SOLD Unit | 707 3rd St., 5th Floor | | West Sacrament | CA | 95605 | | First Class Mail |
| Georgetown Divide Public Utility District | Hank White - General Manager | P.O. Box 4240 | | | Georgetown | CA | 95634 | | First Class Mail |
| Gerber & Wells Cattle Company | c/o Cammy Wells | Gerber & Wells Cattle Company, Inc | P.O. Box 303 | | Westley | CA | 95387 | | First Class Mail |
| Grandview Acres Homeowners Association | Grandview Acres Homeowners Association, ATTN: Linda Clougherty | 1380 Trimble Lane | | | Cloverdale | CA | 95425 | | First Class Mail |
| GTP Towers I , LLC | Kathrynn Campbell | 750 Park of Commerce Blvd., Suite 300 | Boca Raton, Fl | | Boca Raton | FL | 33487-3612 | | First Class Mail |
| Gwen R. Reynolds and Charles D. Reynolds | P.O. Box 1221 | | | | MODESTO | CA | 95353 | | First Class Mail |
| Hearney Properties, LLC | Judith Hearney-Hurley | 320 Keller Street | | | Petaluma | CA | 94952 | | First Class Mail |
| Hewitson Farms | Darla Harrel | HC-1, Box 1 | 39482 Highway 33 | | Avenal | CA | 93204 | | First Class Mail |
| Honolulu Hills Holdings, LLC | Darrell R. Melton | P.O. Box 226 | | | Taft | CA | 93268 | | First Class Mail |
| Humboldt Bay Harbor, Recreation & Conservation District | Attn: An officer, a managing or general agent | Woodley Island Marina | P.O. Box 1030 | | Eureka | CA | 95502-1030 | | First Class Mail |
| Incline Partners, L.L.C. | Attn: Michael Flynn, Site Manager | P.O. Box 3740 | | | Incline Village | NV | 89450 | | First Class Mail |
| JFG Capitola-Winfield Partners | Paul Biagini | 333 W. EL CAMINO REAL | Suite 240 | | SUNNYVALE | CA | 94087-1969 | paul@biaginiproperties.com | First Class Mail and Email |
| Johannesen, Norman (Andy) | Andy Johannesen | P.O. Box 24 | | | Whitethorn | CA | 95589 | | First Class Mail |
| John D. Souza and Wilma Y. Souza, Trustees of the John D. and Wilma Y. Souza Revocable Trust 2005 dated February 2, 2005 | John Souza | P.O. Box 752 | | | WEAVERVILLE | CA | 96093 | yve@velotech.net | First Class Mail and Email |
| KGUA/ Native Media Resource Center | Attn: Susan Ruschmeyer | 33501 South Highway One, Unit 50 | | | Gualala | CA | 95445 | | First Class Mail |
| Laier and Kantock | Glenn A. Kantock | 1080 Airport Blvd. | | | Santa Rosa | CA | 95403-1005 | Jaslaier@sonic.net | First Class Mail and Email |
| Lassen National Forest | Nancy Barrera - Lassen NF | 1400 Independence Avenue, SW | | | Washington | DC | 20250-1111 | | First Class Mail |
| Lassen National Forest | Nancy Barrera - Lassen NF | 2550 Riverside Drive | | | Susanville | CA | 96130 | | First Class Mail |
| Lee Scazighini | HC 3 Box 98 | Los Gatos Canyon Rd. | | | Coalinga | CA | 93210-9310 | | First Class Mail |
| Leo Gonzales | P.O. Box 459 | | | | CARUTHERS | CA | 93609 | lg.gonzalescorp@att.net | First Class Mail and Email |
| Lidwell, Joseph B. | Joeeph B. Lidwell | PO Box 7 | | | Washington | CA | 95986-0007 | | First Class Mail |
| Los Osos Valley Memorial Park, Inc. | Attn: An officer, a managing or general agent | 90 Millard Coddington/2260 Los Osos Valley Rd | P. O. Box 6190 | | Los Osos | CA | 93412 | | First Class Mail |
| Los Padres National Forest | Vicki L. Collins | 6750 Navigator Way, Suite 150 | | | Goleta | CA | 93117 | | First Class Mail |
| M&T CHICO RANCH | Attn: An officer, a managing or general agent | 3964 Chico River Road | | | Chico | CA | 95928 | | First Class Mail |
| Margaret Urroz, surviving trustee of the "Ferrin and Margaret Urroz Declaration of Trust established May 28, 2010 | Margaret Urroz | 5140 West Spruce Ave. | | | Fresno | CA | 93722 | | First Class Mail |
| Marin Municipal Water District | Dain Anderson | 220 Nellen Avenue | | | Corte Madera | CA | 94925 | | First Class Mail |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 2 of 5

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 17 of 20

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Masaji Mark Yuyama and Eleanor Kukuyo Yuama, trustees to the Masaji Mark Yuyama and Eleanor Kukuyo Yuama Revocable Living Trust | Agreement dated August 29, 2000 | Masaji Mark Yuyama and Eleanor Kukuyo Yuama | P.O. Box 5515 | | Fresno | CA | 93755 | | First Class Mail |
| Michael Lynn Mapel and others | Michael Lynn Mapel | P.O. Box 1331 | | | Coalinga | CA | 93210 | | First Class Mail |
| Mitty, Marilyn Madsen | c/o Maralee Gene Velasco, Successor Trustee | Marilyn Joan Madsen Mitty Trust | 410 Oak Hill Drive | | Lompoc | CA | 93436 | | First Class Mail |
| Moffett 259, LLC | Attn: Tony Ho | 1432 Old Bayshore Hwy | | | SAN JOSE | CA | 95112 | tony@midas-re.com | First Class Mail and Email |
| MONTEREY, COUNTY OF | Lynnette Beardsall, Management Analyst II | Information Technology Department, Contracts Division | 1590 Moffett Street | | Salinas | CA | 93905 | | First Class Mail |
| Morris, William | William Morris | 2812 J Street | | | Eureka | CA | 95501 | | First Class Mail |
| Napa County | Eric Parks, Comm. Dept. Manager | Napa County | 650 Imperial Way | | Napa | CA | 94559 | | First Class Mail |
| NEVADA IRRIG DIST | Bill Morrow | P.O. Box 1019 | | | Grass Valley | CA | 95945 | | First Class Mail |
| Norman B. Livermore & Sons, G.P. dba Montesol Company | Attn: An officer, a managing or general agent | Accord Communications (Site Manager) | 414 Mason Street, #802 | | San Francisco | CA | 94102-721 | | First Class Mail |
| O.L.S. ENERGY AGNEWS INC | Vivek Vig | 717 TEXAS AVENUE, SUITE 1000 | | | Houston | TX | 77002 | | First Class Mail |
| OROVILLE-WYANDOTTE IRRIG DIST | South Feather Water and Power, ATTN: Power Division Manager | 2310 Oro Quincy Highway | | | Oroville | CA | 95966 | | First Class Mail |
| Pacific Union College Attn: Bill Cochran | Bill Cochran | 1 Angwin Avenue | | | Angwin | CA | 94508 | | First Class Mail |
| PCWA-Bowman Pipe Replacement | Attn: Rick Lund | P.O. Box 6570 | | | Auburn | CA | 95604 | | First Class Mail |
| Pedroncelli, Christine | Maureen Davidson | Ridge Ranch LLC | 22100 Walling Road | | Geyserville | CA | 95441 | | First Class Mail |
| PENINSULA CORRIDOR JOINT POWERS BOARD | Attn: An officer, a managing or general agent | 1250 San Carlos Avenue | | | San Carlos | CA | 94070-1306 | | First Class Mail |
| Picacho Ranch | Attn: Jeri Rosa, CPA | Picacho Ranch LLC, c/o Office of Craig Bernard CPA | 900 East Main Street, Suite 104 | | Santa Maria | CA | 93454 | | First Class Mail |
| Piedmont Hawthorn Aviation, LLC d/b/a Signature Flight Services | Adam Clark | 8433 Earhart Road | | | Oakland | CA | 94621 | adam.clark@signatureflight.com | First Class Mail and Email |
| Pinnacle Towers Inc. | Jessica Dernosek | P.O. Box 409250 | | | Atlanta | GA | 30384-9250 | | First Class Mail |
| PONDEROSA TELEPHONE COMPANY | Attn.: Matthew Boos, General Manager | P.O. Box 21 | | | O'Neals | CA | 93645 | | First Class Mail |
| Port of San Francisco | Monica Corral | Pier 1, The Embarcadero | | | San Francisco | CA | 94111 | | First Class Mail |
| Port of San Francisco | Monico Corral | Pier 1, The Embarcadero | | | San Francisco | CA | 94111 | | First Class Mail |
| Port of San Francisco | Monico Corral | Pier 1, The Embarcardero | | | San Francisco | CA | 94111 | | First Class Mail |
| PORT SAN LUIS HARBOR DIST | Andrea Lueker | 3950 Avila Beach Drive | P.O. Box 249 | | San Luis Obispo | CA | 93424 | | First Class Mail |
| PPF Paramount One Market Plaza Owner, L.P. | Christine Mann, Area Asset Manager/General Manager | One Market Plaza, Spear Tower, Suite 1300 | | | SAN FRANCISCO | CA | 94105 | cmann@paramount-group.com | First Class Mail and Email |
| Prati, Edward V. & others / WHR Inc | Attn: Richard J. Wall | 2001 Union St. | Suite 300 | | San Francisco | CA | 94123 | | First Class Mail |
| Public Services Director | Jeff Rein, Deputy Public Services Director | County of Lake | 255 N. Forbes Street | | Lakeport | CA | 95453 | | First Class Mail |
| PW Ranch Trust | Paul Wattis | P.O. Box 198 | | | Paicines | CA | 95043 | | First Class Mail |
| PWM, Inc. | Thomas J. McMurray | P.O. Box 1032 | 2039 Williams Street - Fed Ex/ | | Eureka | CA | 95502 | | First Class Mail |
| RCF Investments, LLC | Renata Carter-Ford | 4568 N. Meridian Avenue | | | Fresno | CA | 93720 | | First Class Mail |
| Realty Income Properties 15, LLC | Kirk Carson (Legal) | P.O. Box 842428 | c/o Realty Income Corporation | Attn: Portfolio Management | Los Angeles | CA | 90084-2428 | kcarson@realtyincome.com | First Class Mail and Email |
| Rebecca Gallup | P.O. Box 44 | | | | Hydesville | CA | 95547 | | First Class Mail |
| Salem Venture, LLC | Pete Halimi, President | P O Box 895 | | | CARMICHAEL | CA | 95609 | pete@oraclepdi.com | First Class Mail and Email |
| San Francisco Port Commission | Director of Real Estate | Pier 1 The Embarcadero | | | San Francisco | CA | 94111 | | First Class Mail |
| San Francisco State University | Robert E. Hutson | 1600 Holloway Blvd | | | San Francisco | CA | 94132 | | First Class Mail |
| SAN FRANCISCO, CITY AND COUNTY OF | Attn: Chief Executive Officer | 1 Drive Carlton B. Goodlet Place, City Hall, Room 244 | | | San Francisco | CA | 94102-4689 | | First Class Mail |
| San Luis Obispo County | Attn: Chief Executive Officer | County Government Center | 1087 Santa Rosa | | San Luis Obispo | CA | 93408 | | First Class Mail |
| San Mateo County, Real Property Div | Matthew Chidester - Real Property Agent | 455 County Center, 4th Floor | | | Redwood City | CA | 94063 | | First Class Mail |
| Santokh S. Toor and Arpinder K Toor as Trustees for the Santokh S. Toor and Arpinder K Toor 2011 Living Trust and AST Farms, LLC | Santokh S. Toor and Arpinder K Toor | 27725 Road 92 | | | VISALIA | CA | 93277 | | First Class Mail |
| Sasha Shamszad and Merideth Shamszad | Attn: Ari King | 1600 Shattuck Avenue | Suite 106 | | Berkeley | CA | 94709 | ari@sgrealestateco.com | First Class Mail and Email |
| SBA COMMUNICATIONS CORP | Leah Shephard, Regional Site Manager | 5900 Broken Sound Parkway NW | | | Boca Raton | FL | 33487-2797 | | First Class Mail |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Serena AmesCounty of San Luis ObispoCounty Government Center | Attn: Chief Executive Officer | 1055 Monterey St | | | San Luis Obispo | CA | 93408 | | First Class Mail |
| Shasta - Trinity National Forest | Shasta Lake Ranger Station | 14225 Holiday Road | | | Redding | CA | 96003 | | First Class Mail |
| Sierra First Baptist Church | Attn: An officer, a managing or general agent | P.O. Box 659 | | | Alta | CA | 95701 | | First Class Mail |
| SIERRA PACIFIC INDUSTRIES | Attn: Gary Blanc | P.O. Box 496014 | | | Redding | CA | 96049-6014 | | First Class Mail |
| Sierra Pacific Industries | Jay Francis - District Manager | PO Box 132 | | | Martell | CA | 95654-0132 | | First Class Mail |
| Sierra Pacific Industries | Susan Witherspoon | P. O. Box 496014 | | | Redding | CA | 96049-6014 | | First Class Mail |
| Sierra Woods Lodge, LLC | Nancy Cahill | Teen Challenge of Monterey Bay | P.O. Box 1807 | | Watsonville | CA | 95077 | | First Class Mail |
| Six Rivers National Forest | George Fry | 1330 Bayshore Way | | | Eureka | CA | 95501 | | First Class Mail |
| Sonoma County Ag Preservation and Open Space District | Kathleen Marsh, Stewardship Coordinator | 747 Mendocino Ave | Suite 100 | | Santa Rosa | CA | 95401-4859 | | First Class Mail |
| South Feather Water and Power | Attn: Power Division Manager | P.O. Box 581 | 2310 Oro-Quincy Highway | | Oroville | CA | 95965-0581 | | First Class Mail |
| Southern California Edison | Cindy Calemmo | 1225 south Blackstone | | | Tulare | CA | 93274 | | First Class Mail |
| Southern California Edison Co. - Rosemead | Attn.: Carrier Solutions - Administration Dept. | 2244 Walnut Grove Avenue, GO 1, Quad 4A | Jai Downs - Contract Manager | | Rosemead | CA | 91770 | | First Class Mail |
| Southern California Gas Co. | Martha I. Solano | c/o Sempra Energy Corporate Real Estate | 555 W. 5th Street | 17th Floor | Los Angeles | CA | 90013 | | First Class Mail |
| SOUTHERN PACIFIC COMPANY | Rita Rodriguez | TS Contract Management | 2301 Lou Menk Drive | Steve Whallon | Fort Worth | TX | 76131 | | First Class Mail |
| State CALFIRE | Lorina Pisi | 1300 U Street, Suite 100 | | | Sacramento | CA | 95818 | | First Class Mail |
| State Lands Commission | Brian Bugsch, Chief, Land Management Division / Jennifer Lucchesi, Executive Officer | 100 Howe Ave. | Suite 100 South | | Sacramento | CA | 95825 | Brian.Bugsch@slc.ca.gov Jennifer.Lucchesi@slc.ca.gov | First Class Mail and Email |
| STATE LANDS COMMISSION | Brian Bugsch, Chief, Land Management Division / Jennifer Lucchesi, Executive Officer | 100 Howe Avenue | | | Sacramento | CA | 95825 | | First Class Mail |
| State of California - CHP - Admin Services | Andrea Becker, Telecommunications Systems Analyst II | Telecom Section - Leasing | P.O. Box 942900 | Attn.: Theresa Campbell | Sacramento | CA | 94298-2900 | | First Class Mail |
| State of California - CHP - Telecom Unit | Michelle Allee | P.O. Box 942898 | 601 N. 7th St. Bldg C | | Sacramento | CA | 95605-0001 | | First Class Mail |
| State of California - Dept. Gen. Svc. | Kimberley Tsumura | 707 Third Street, 5th Floor | | | West Sacramento | CA | 95605 | | First Class Mail |
| State of California - Dept. of Forestry and Fire Protection | Irene Anderson | P.O. Box 944236 | | | Sacramento | CA | 94244 | | First Class Mail |
| State of California - DGS Real Estate Services | Kim Tsumura | 707 3rd St., 5th Floor | P.O. Box 989053 | | West Sacramento | CA | 95798-9053 | | First Class Mail |
| State of California - State Lands Commission (SLC) | Land Management Division - Surface Lands | 100 Howe Avenue, Suite 100 South | | | Sacramento | CA | 95825-8202 | | First Class Mail |
| Stephens, John D. | John D. Stephens | P.O. Box 509 | | 17852 Oakdale Ranch Lane | Esparto | CA | 95627 | | First Class Mail |
| Sunset Building Company, LLC | Attn: Al Green | 2600 CAMINO RAMON | SUITE 201 | | SAN RAMON | CA | 94583 | servicerequest@bishopranch.com | First Class Mail and Email |
| Suzanne Marie Valoff, as Trustee of the WP & JC Portnoff Revocable Trust | Suzanne Valoff, Director | Oak Pass Corp. | P.O. Box 2087 | | Rogue River | OR | 97537 | | First Class Mail |
| The Trustees of the California State University | Len Pettis - Chief of Plant, Energy and Utilities | 401 Golden Shore #136 | | | Long Beach | CA | 90802 | | First Class Mail |
| TOR BROADCASTING CORPORATION | Charlie Feick | 50 Sunrise Blvd | | | Colusa | CA | 95932 | | First Class Mail |
| TRC Industrial Center, LLC | Tim Crowley | 2175-C PFE ROAD | | | ROSEVILLE | CA | 95747 | mshorey@symmetry-group.com | First Class Mail and Email |
| Trimble Land Company, LLC and 8026 Lorraine Avenue Series | Attn: Ryan Hogan | 1950 West Corporate Way | PMB Box 21778 | | Anaheim | CA | 92801 | ryan.hogan20@gmail.com | First Class Mail and Email |
| Tuolumne County Public Works | Public Works Director | 2 South Green Street | | | Sonora | CA | 95370 | | First Class Mail |
| U.S. Bureau of Land Managemt (BLM Central Coast) | Christine Sloand, Realty Specialist | 940 2nd Avenue | 20 Hamilton Ct. | | Marina | CA | 93933 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Applegate) | Jesus Cedeno, Realty Specialist | Applegate Field Office | 708 W. 12th Street | | Alturas | CA | 96101 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Bakersfield) | Christina Castellon, Realty Specialist | Bakersfield Field Office | 3801 Pegasus Drive | Attn.: Daniel Vaughn | Bakersfield | CA | 93308 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Mother Lode) | Elizabeth Meyer-Shields, Field Manager | 5152 Hillsdale Circle | 63 Natoma Street | | El Dorado Hills | CA | 95762 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Mother Lode) | Heather Daniels, Realty Specialist | 5152 Hillsdale Circle | 63 Natoma Street | | El Dorado Hills | CA | 95762 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Mother Lode) | Heather Fullerton, Realty Specialist | 5152 Hillsdale Circle | 63 Natoma Street | | El Dorado Hills | CA | 95762 | | First Class Mail |
| U.S. Bureau of Land Managemt. (BLM Needles) | John Russell Hansen, Realty Specialist | Needles Field Office | 1303 South Highway 95 | Attn.: Mary Lou Hamman | Needles | CA | 92363 | | First Class Mail |
| U.S. Bureau of Reclamation | Irene Hobbs | 2666 North Grove Industrial Drive, Ste. 106 | | | Fresno | CA | 93727-155` | | First Class Mail |
| U.S. Coast Guard, CEU Oakland | Attn: Beverly Freitas, Senior Real Property Specialist | Department of Homeland Security | Planning and Real Property Section, Asset Line Management Branch | 1301 Clay St. | Oakland | CA | 94612-5203 | | First Class Mail |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 4 of 5

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 19 of 20

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| U.S. Forest Service - Stanislaus NF - Summit Ranger District | S.L. Moore | #1 Pinecrest Lake Road | | | Pinecrest | CA | 95364 | | First Class Mail |
| U.S. Forest Service, Eldorado NF, Amador Ranger District | Micki Smith | 26820 Silver Drive | | | Pioneer | CA | 95666 | | First Class Mail |
| U.S. Forest Service/Los Padres NF (Santa Maria) | David Betz, Lands Officer | Santa Lucia Ranger District | 1616 Carlotti Drive | | Santa Maria | CA | 93454 | | First Class Mail |
| U.S. Forest Service/Modoc NF | Attn: Jayne Biggerstaff | 800 West 12th Street | | | Alturas | CA | 96101 | | First Class Mail |
| U.S. Forest Service/Plumas NF | Attn: Dan Smith | 875 Mitchell Avenue | | | Oroville | CA | 95965 | | First Class Mail |
| U.S. Forest Service/Sierra NF | Attn.: James Boynton, Forest Supervisor | 1600 Tollhouse Road | | | Clovis | CA | 93611 | | First Class Mail |
| U.S. Forest Service/Stanislaus NF | Ann Denton - District Ranger | Mi-Wok Ranger District | P.O. Box 100 | | Mi Wuk Village | CA | 95346 | | First Class Mail |
| U.S. Forest Service/Stanislaus NF - Fiscal | Attn.: Pat Fraklin, Fiscal | 19777 Greenley Road | | | Sonora | CA | 95370 | | First Class Mail |
| U.S. Forest Service/Tahoe National Forest | Forest Supervisor | 631 Coyote Street | | | NEVADA CITY | CA | 95959 | | First Class Mail |
| UNION PACIFIC RAILROAD COMPANY | Attn: An officer, a managing or general agent | 10248 Lake Spaulding Rd | Spaulding Camp (employee Housing) Building 5861 | | Nevada City | CA | 95959 | | First Class Mail |
| Union Pacific Railroad Company | Rodney S. Carroll, Senior Director - Property Management | 12567 Collections Center Drive | 1400 Douglas Street, Stop 0690 | | Omaha | NE | 68179 | | First Class Mail |
| UNION PACIFIC RAILROAD COMPANY | Rodney S. Carroll, Senior Director - Property Management | Tom McGovern | 1400 Douglas Street, Stop 0690 | | Omaha | NE | 68179 | | First Class Mail |
| UNION PACIFIC RAILROAD COMPANY | Tom McGovern | 1400 Douglas Street, Stop 0640 | | | Omaha | NE | 68179 | | First Class Mail |
| UNIVERSITY OF CALIFORNIA-Berkeley | Bill Stewart, Director, Center for Forestry | College of Natural Resources | 137 Mulford Hall, MC 3114 | | Berkeley | CA | 94720 | | First Class Mail |
| USDA Forest Service - Tahoe National Forest | Sharon Hernandez | 22830 Foresthill Road | | | ForestHill | CA | 95631 | | First Class Mail |
| USFS Stanislaus National Forest | Beth Martinez | 19777 Greenley Road | | | Sonora | CA | 95370 | | First Class Mail |
| Verizon (Airtouch) -Cust #154090 | Attn: Network Real Estate | 180 Washington Valley RD | | ATTN: Network Real Estate | Bedminster | NJ | 07921 | | First Class Mail |
| Vertical Bridge Tower, LLC | Mindy Fields | 750 Park of Commerce Drive, Suite 200 | | | Boca Raton | FL | 33487 | | First Class Mail |
| Wes Bradford Properties, LLC | Lorinda Hoffmann | 1800 19th Street | | | BAKERSFIELD | CA | 93301 | hoffmann@cliffordandbradford.com | First Class Mail and Email |
| Whiskeytown NRA | Jim Milestone | PO Box 188 | | | Whiskeytown | CA | 96095 | | First Class Mail |
| White Ash Broadcasting, Incorporated | Attn: Joe Moore, Director, Valley Public Radio | 2589 Alluvial Avenue | | | Clovis | CA | 93611 | | First Class Mail |
| Williams Holding Company | Attn: An officer, a managing or general agent | 1801 Century Park East, Ste. 2400 | | | Los Angeles | CA | 90067-2326 | | First Class Mail |
| Wirth, Vesta E. & Others | Vesta E. Wirth | 914 Sycamore Lane | | | Woodland | CA | 95695 | | First Class Mail |
| Yuba County Water Agency | General Manager | 1220 F Street | | | Marysville | CA | 95901 | | First Class Mail |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 5 of 5

Case: 19-30088    Doc# 3881    Filed: 09/11/19    Entered: 09/11/19 15:21:05    Page 20 of 20