**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF REVISED PROPOSED ORDER AND REQUEST FOR ENTRY OF ORDER BY DEFAULT ON ENVIRONMENTAL AGREEMENTS ASSUMPTION MOTION**<br><br>[Re: Dkt No. 3581]<br><br>Date: September 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline**: September 10, 2019<br>4:00 p.m. (Pacific Time) |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Fourth Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Environmental Agreements and (II) Granting Related Relief* ("*Environmental Agreements Assumption Motion*") [Dkt No. 3581] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks an order (i) approving the Debtors' assumption of agreements with four (4) counterparties thereto (collectively, the "**Owners**") that provide the Debtors access to the Owners' property to carry out environmental investigation and, in certain instances, land remediation and restoration obligations and (ii) granting related relief. A proposed order (the "**Original Proposed Order**") was attached as an exhibit to the Motion. A revised proposed order (the "**Revised Proposed Order**"), which reflects that no hearing was held on the Motion, is attached hereto as **Exhibit 1-1**. A redline comparison of the Original Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit 1-2**.

## NOTICE AND SERVICE

A *Notice of Hearing on Fourth Omnibus Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Environmental Agreements and (II) Granting Related Relief* was filed concurrently with the Motion on August 16, 2019 [Dkt. No. 3583] (the "**Notice of Hearing**"). The Motion, the supporting declaration of Margaret A. Pietrasz, and the Notice of Hearing were served as described in the Certificate of Service of Alain B. Francoeur filed on August 21, 2019 [Dkt. No. 3642].

The deadline to file responses or oppositions to the Motion has passed, and no oppositions

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

have been filed with the Court or received by counsel for the Debtors.

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the Revised Proposed Order substantially in the form attached to the hereto, granting the Motion as set forth therein.

Dated: September 12, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*