PORTER LAW GROUP, INC.
William L. Porter, Esq. [133968]
Hannah C. Kreuser, Esq. [322959]
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880
Email: hkreuser@porterlaw.com

Attorneys for
HAMANAKA PAINTING CO., INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

-and-

PACIFIC GAS & ELECTRIC COMPANY,

Debtors

☐ Affects PG&E Corproation
☐ Affects Pacific Gas and Electric Company
X Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088(DM)*

Case Nos.   19-30088 (DM)
            19-.0089 (DM)

Chapter 11

(Jointly Administered)

**HAMANAKA PAINTING CO, INC.'S NOTICE OF WITHDRAWAL OF NOTICE PURSUANT TO 11 U.S.C. § 546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS**

HAMANAKA PAINTING CO., INC. ("HAMANAKA"), by and through its undersigned

-1-

counsel, hereby files this Notice of Withdrawal of Notice of Perfection of Lien against PG&E Corporation and Pacific Gas and Electric Company (collectively "Debtors") pursuant to 11 U.S.C. § 546(b)(2) Related to the Perfection, Maintenance and Enforcement of Mechanics Lien Claims ("Notice"). The Notice was filed with this Court on April 12, 2019 at Docket # 1369. This Notice concerned HAMANAKA's claim for $22,574.27, which was secured by mechanics liens against real properties located in Humboldt and Mendocino Counties.

Dated: September 13, 2019                    **PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
Hannah C. Kreuser, Esq.
Attorneys for HAMANAKA
PAINTING, CO., INC.

R:\Production\1\1000-1999 - Porter Law Group\1600-1699\1685 Hamanaka Painting\Withdrawal of Notice.wpd

-2-