1
**PORTER LAW GROUP, INC.**
William L. Porter, Esq. [133968]
2
Hannah C. Kreuser, Esq. [322959]
7801 Folsom Boulevard, Suite 101
3
Sacramento, California 95826
Telephone: 916-381-7868
4
Facsimile: 916-381-7880
Email: hkreuser@porterlaw.com
5
Attorneys for
6
HAMANAKA PAINTING CO., INC.

7

8
### UNITED STATES BANKRUPTCY COURT
9
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION
10

11
| In re: | Case Nos. | 19-30088 (DM) |
12 |  |  | 19-.0089 (DM) |
13
PG&E CORPORATION

14
Chapter 11
-and-
15
(Jointly Administered)
PACIFIC GAS & ELECTRIC
16
COMPANY,

17
Debtors

18
☐  Affects PG&E Corproation
19
**WITHDRAWAL OF PROOFS OF CLAIM**
☐  Affects Pacific Gas and Electric
20
Company
**BY HAMANAKA PAINTING CO., INC.**
**(CLAIM NOS. 2463 AND 2464)**
21
X  Affects both Debtors

22

23
*All papers shall be filed in the Lead Case,
No. 19-30088(DM)*

24

25
Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, HAMANAKA
26

27
-1-

PAINTING CO., INC. ("HAMANAKA"), by and through its undersigned counsel, hereby respectfully withdraws its proofs of claim (Claim Nos. 2463 and 2464) in full. Claim Nos. 2463 and 2464 were filed in this case on April 18, 2019, both in the amount of $22,574.27.

Dated: September 13, 2019                                **PORTER LAW GROUP, INC.**

                                                         By:  /s/ Hannah C.Kreuser
                                                              Hannah C. Kreuser, Esq.
                                                              Attorneys for HAMANAKA
                                                              PAINTING CO., INC.

R:\Production\1\1000-1999 - Porter Law Group\1600-1699\1685 Hamanaka Painting\Withdrawal of Claim.wpd