# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2019 THROUGH JUNE 30, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | 1,500 | 31.60 | $47,400.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 19.40 | 29,100.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 23.80 | 35,700.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 63.30 | 94,950.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 61.20 | 91,800.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 213.30 | 319,950.00 |
| John D. Buretta | Litigation | 1997 | 1,350 | 12.90 | 17,415.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 118.50 | 159,975.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 21.20 | 28,620.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 16.00 | 17,600.00 |
| **Total Partners:** | | | | **581.20** | **$842,510.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 222.50 | $228,062.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 193.10 | 196,962.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 8.60 | 8,686.00 |
| David A. Herman | Litigation | 2008 | 975 | 56.50 | 55,087.50 |
| Scott Reents | Litigation | 2008 | 975 | 72.70 | 70,882.50 |
| Nathan Denning | Litigation | 2011 | 960 | 223.70 | 214,752.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 56.30 | 54,048.00 |
| Jordan Peterson | Litigation | 2014 | 960 | 61.50 | 59,040.00 |
| Paul Sandler | Corporate | 2014 | 940 | 12.00 | 11,280.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 231.10 | 205,679.00 |
| Michael Zaken | Litigation | 2015 | 890 | 82.50 | 73,425.00 |
| Brendan Benedict | Litigation | 2016 | 855 | 17.50 | 14,962.50 |
| Peter Fountain | Litigation | 2016 | 855 | 163.80 | 140,049.00 |
| Salah M. Hawkins | Litigation | 2016 | 855 | 79.50 | 67,972.50 |
| Matthias Thompson | Litigation | 2016 | 855 | 103.60 | 88,578.00 |
| Grant S. May | Litigation | 2017 | 840 | 232.50 | 195,300.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 20.40 | 17,136.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 92.10 | 77,364.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 14.70 | 12,348.00 |
| Marco Wong | Litigation | 2017 | 840 | 134.10 | 112,644.00 |
| Jessica Choi | Litigation | 2018 | 750 | 133.60 | 100,200.00 |
| Michael Fahner | Corporate | 2018 | 750 | 170.90 | 128,175.00 |
| Allison Kempf | Litigation | 2018 | 750 | 93.10 | 69,825.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 148.30 | 111,225.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 132.40 | 99,300.00 |
| Katherine O'Koniewski | Litigation | 2018 | 750 | 54.80 | 41,100.00 |
| Allison Tilden | Litigation | 2018 | 750 | 107.80 | 80,850.00 |
| Alex Weiss | Litigation | 2018 | 750 | 26.30 | 19,725.00 |
| Sara Bodner | Litigation | 2019 | 595 | 166.30 | 98,948.50 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 89.40 | 53,193.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Margaret Fleming | Corporate | 2019 | 595 | 177.50 | 105,612.50 |
| Sofia Gentel | Litigation | 2019 | 595 | 127.10 | 75,624.50 |
| Ya Huang | Corporate | 2019 | 595 | 31.30 | 18,623.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 129.30 | 76,933.50 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 94.30 | 56,108.50 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 162.60 | 96,747.00 |
| Lauren Phillips | Litigation | 2019 | 595 | 209.00 | 124,355.00 |
| Caleb Robertson | Litigation | 2019 | 595 | 243.80 | 145,061.00 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 173.00 | 102,935.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 145.50 | 82,207.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 178.50 | 100,852.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 200.70 | 83,290.50 |
| Michael Fessler | Litigation | 2011 | 415 | 216.80 | 89,972.00 |
| Jay Holt | Litigation | 1977 | 415 | 196.00 | 81,340.00 |
| Peter Lee | Litigation | 2004 | 415 | 268.30 | 111,344.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 208.00 | 86,320.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 119.20 | 49,468.00 |
| Andrea Naham | Litigation | 1987 | 415 | 345.30 | 143,299.50 |
| Matthew Ng | Litigation | 2014 | 415 | 183.20 | 76,028.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 213.90 | 88,768.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 223.40 | 92,711.00 |
| Dianne Rim | Litigation | 2011 | 415 | 240.40 | 99,766.00 |
| Alain Rozan | Litigation | 1985 | 415 | 277.70 | 115,245.50 |
| Moshe K. Silver | Litigation | 2009 | 415 | 188.20 | 78,103.00 |
| Ryan Spence | Litigation | 2013 | 415 | 229.30 | 95,159.50 |
| Peter Truong | Litigation | 2004 | 415 | 235.00 | 97,525.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 251.80 | 104,497.00 |
| Kimberly Tolman | Litigation | 2014 | 390 | 175.10 | 68,289.00 |
| **Total Associates:** | | | | **8,645.80** | **$5,252,987.50** |

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 44.90 | $17,960.00 |
| Alex Kol | Litigation Technology | 400 | 7.50 | 3,000.00 |
| Justin McMullen | Litigation Technology | 400 | 9.50 | 3,800.00 |
| Vaughn Harper | Litigation Technology | 385 | 8.30 | 3,195.50 |
| Lee Michael Stein | Litigation Technology | 375 | 26.70 | 10,012.50 |
| Roberto Severini | Litigation Technology | 360 | 16.60 | 5,976.00 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 47.10 | 15,778.50 |
| Lauren Ruffin | Litigation Legal Assistant | 335 | 25.90 | 8,676.50 |
| Laura De Feo | Litigation Legal Assistant | 310 | 79.60 | 24,676.00 |
| Elizabeth Greene | Litigation Legal Assistant | 310 | 135.60 | 42,036.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 115.50 | 35,805.00 |
| David Sizer | Litigation Legal Assistant | 310 | 50.00 | 15,500.00 |
| Zachary Sanders | Litigation Legal Assistant | 307.91* | 102.20 | 31,468.00 |
| Jim V. Bell | Litigation Legal Assistant | 305.46* | 156.80 | 47,896.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 303.59* | 198.20 | 60,172.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 8.60 | 2,494.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 21.70 | 6,293.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 290 | 112.20 | 32,538.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 190.30 | 55,187.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 24.50 | 7,105.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 201.50 | 58,435.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 23.80 | 6,902.00 |
| **Total Paraprofessionals:** | | | **1,607.00** | **$494,906.00** |

* These individuals advanced in seniority and their hourly rates increased from $290 to $310 on June 10, 2019. These figures represent their average billing rates for the month.

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,449.60 | 581.20 | $842,510.00 |
| Associates | 607.58 | 8,645.80 | 5,252,987.50 |
| Paraprofessionals | 307.97 | 1,607.00 | 494,906.00 |
| **Blended Attorney Rate** | **$660.62** | | |
| **Total Fees Incurred** | | 10,834.00 | 6,590,403.50 |
| **Less 50% Discount on Non-Working Travel Time** | | | (119,964.25) |
| **Total Adjusted Fees** | | | **$6,470,439.25** |