# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 130.80 | $39,188.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 1.20 | 1,800.00 |
| AUTO | Automatic Stay | 1.60 | 1,632.00 |
| BARN | Bar Date and Claims Noticing Matter | 50.50 | 53,504.50 |
| CASE | General Case Strategy | 290.40 | 273,023.00 |
| CASH | Financing / Cash Collateral | 4.80 | 5,464.00 |
| COMM | Committee Matters | 221.70 | 157,644.50 |
| CRAV | Cravath Retention and Fee Application | 457.10 | 273,589.50 |
| CRED | Creditor Inquiries | 0.60 | 900.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 0 | 0.00 |
| ECUL | Executory Contracts and Unexpired Leases | 0 | 0.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 0.40 | 336.00 |
| GOVR | Corporate Governance and Securities Matters | 160.90 | 166,519.50 |
| HEAR | Hearings and Court Matters | 13.30 | 19,012.50 |
| INVS | Investigations | 290.20 | 183,879.50 |
| NONB | Non-Bankruptcy Litigation | 3,910.00 | 1,917,563.00 |
| OCMS | Other Contested Matters | 0 | 0.00 |
| OPRS | Business Operations Matters | 129.80 | 117,083.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 12.80 | 19,200.00 |
| PUBL | Public Relations Strategy | 30.80 | 31,750.00 |
| REGS | Regulatory & Legislative Matters | 1,293.30 | 813,637.50 |
| TRVL | Non-Working Travel Time | 297.70 | 239,928.50 |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 2.20 | 3,300.00 |
| WILD | Wildfire Claims Matters | 3,533.90 | 2,271,448.00 |
| TOTAL | | 10,834.00 | $6,590,403.50 |

\* - Non-Working Travel Time billed at 50% discount.