## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Meals | $5,999.17 |
| Transportation | 5,571.61 |
| Courier/Mail Services | 1,469.16 |
| Duplicating | 1,494.05 |
| Special Disbursements (including Experts) | 276,086.32 |
| Travel | 83,823.82* |
| **Total Expenses Requested:** | **$374,444.13** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.