Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
**FINESTONE HAYES LLP**
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for Creditor
Far Western Anthropological
Research Group, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re **PG&E Corporation**, Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re **Pacific Gas and Electric Company**, Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **WITHDRAWAL OF CLAIM NO. 5405** |

Far Western Anthropological Research Group, Inc. hereby withdraws its Claim No. 5405 filed on July 31, 2019, as being duplicative of its Claim no. 5440.

Dated September 15, 2019　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　　　Counsel for Creditor
　　　　　　　　　　　　　　　　　　　　　Far Western Anthropological Research Group, Inc.