SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: shm@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>         - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO** |
| 3-4 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Mateo, State of California. My business address is 324 Warren Road, San Mateo, CA 94402. |
| 5 | On September 16, 2019, I served true copies of the following document(s) described as |
| 6-7 | EX PARTE APPLICATION OF FEE EXAMINER TO SET STATUS CONFERENCE SCHEDULING HEARINGS ON FEE APPLICATIONS AND RELATED ISSUES |
| 8 | on the interested parties in this action as follows: |
| 9-10 | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. All registered ECF participants shall receive the NEF transmission at the email addresses on record with the court. |
| 11-12 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 13 | Executed on September 16, 2019, at San Mateo, California. |
| 15-16 | /s/ *Scott H. McNutt*<br>Scott H. McNutt |