| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) |
| | (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) |
| | (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) |
| | (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) |
| | (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue |
| | New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 |
| | Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| 9 | Tobias S. Keller (#151445) |
| | (tkeller@kellerbenvenutti.com) |
| 10 | Jane Kim (#298192) |
| | (jkim@kellerbenvenutti.com) |
| 11 | 650 California Street, Suite 1900 |
| | San Francisco, CA 94108 |
| 12 | Tel: 415 496 6723 |
| | Fax: 650 636 9251 |

13 *Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | **NOTICE OF FILING OF AMENDMENTS TO THE UTILITY'S SCHEDULE A/B: ASSETS – REAL AND PERSONAL PROPERTY** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | [Dkt. No. 904] |
| **Debtors.** | [No hearing requested] |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**PLEASE TAKE NOTICE** that, on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PLEASE TAKE FURTHER NOTICE** that, on March 14, 2019, the Utility filed its *Schedule A/B: Assets – Real and Personal Property* [Docket No. 904] ("**Schedule A/B**"), as required under the Bankruptcy Code., the Bankruptcy Rules, and the Bankruptcy Court's *Order Pursuant to 11 U.S.C. §§ 521(a) and 105(a) and Fed. R. Bankr. P. 1007(c) (i) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (ii) Extending Time to File 2015.3 Reports* [Docket No. 228].

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed certain amendments to the Utility's Schedule A/B (the "**Amendment**") to include additional addresses, descriptions, and other identifying information regarding the Debtor's real property holdings. A copy of the Amendment may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/pge. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.canb.uscourts.gov/cmecf in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that (i) Schedule A/B has been amended solely as set forth in the Amendment, (ii) the Amendment is hereby incorporated into, and comprises and integral part of, the Utility's Schedule A/B, and (iii) the remainder of Schedule A/B remains as previously filed.

**PLEASE TAKE FURTHER NOTICE** that the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities* previously filed with Schedule A/B [Docket No. 897-1] are incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further amend or supplement the schedules of assets and liabilities and statements of financial affairs, including Schedule A/B, from time to time as may be necessary or appropriate.

Dated: September 16, 2019

                                        **WEIL, GOTSHAL & MANGES LLP**
                                        **KELLER & BENVENUTTI LLP**

                                        /s/ *Matthew P. Goren*
                                        Matthew P. Goren

                                        *Attorneys for Debtors and Debtors in Possession*