STEVEN G. POLARD (SBN 90319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@rmkb.com

Attorneys for Creditor, CREATIVE CEILINGS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E Corporation,

    Debtor,

CASE NO. 3:19-BK-30088

**CREATIVE CEILINGS, INC.'S FURTHER NOTICE OF LIEN PERFECTION OF MECHANICS LIEN AND INTENT TO ENFORCE PURSUANT TO 11 U.S.C. §546(b) and 11 U.S.C. §362(b)(3)**

  **PLEASE TAKE NOTICE** that the Creative Ceilings, Inc. ("CC") secured creditor in the above-captioned bankruptcy case files its Notice of Perfection of Mechanics Lien pursuant to Bankruptcy Code §§ 546(b)(2) and 362(b)(3), with the intent to enforce its Mechanics Lien in conformity with the Bankruptcy Code. A true and correct copy of the Mechanics Lien and served Notice of Lien the original of which was recorded in or about May 21, 2019, as Document No.: K769278-00, APN 3592-030 is attached hereto and incorporated hereat as Exhibit "A."

  **YOU ARE HEREBY FURTHER NOTIFIED** that CC intends to continue to enforce its Lien to the fullest extent by the laws of the United States and the State of California, consistent with the U.S. Bankruptcy Code.

///

3:19-BK-30088 – NOTICE OF PERFECTION OF MECHANICS LIEN

Case: 19-30088 Doc# 3903 Filed: 09/16/19 Entered: 09/16/19 17:24:39 Page 1 of 7

By giving this further Notice, CC does not waive the benefit of, and specifically reserves its rights under 11 U.S.C §108(c), which extends the time for foreclosing its lien until the later of the time provided by the state law or thirty (30) days after notice of the termination of expiration of the stay under 11 U.S.C. §§362, 922, 1201, or 1301, as the case may be.

Dated: September 16, 2019

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Steven G. Polard
STEVEN G. POLARD
Attorneys for Creditor, CREATIVE CEILINGS INC.

EXHIBIT "A"

Case: 19-30088    Doc# 3903    Filed: 09/16/19    Entered: 09/16/19 17:24:39    Page 3 of 7

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That Creative Ceilings, Inc. as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of San Francisco State of California, said land described as follows:

STREET ADDRESS: 2180 Harrison Street, San Francisco, CA 94110
LEGAL DESCRIPTION: Commercial Property

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) Acoustical Ceilings and Drywall Construction

Amount due after deducting all just credits and offsets... $ 95,739.30

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: Turner Construction Company

That PG&E Corporation

is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: 3/12/2019      Name of Claimant: Creative Ceilings, Inc.
                      By: _____ (Firm Name)
                                          (Signature)
                      Vice President    (Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Vice President of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on March 20, 2019, in the City of Concord, State of California.

_____, Its Agent

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

### AFFIDAVIT FOR SERVICE ON THE OWNER

California Civil Code Section 8416 (a)(7) and (c)(1)

I, Karen Nilson, Creative Ceilings, Inc. (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: PG&E Corporation

Service Address: 2180 Harrison Street, San Francsico, CA 94110

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

Executed on April 20, 2018, at Concord, CA.

By: [signature]

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

### ALTERNATE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR ORIGINAL CONTRACTOR

California Civil Code Section 8416 (a)(7) and (c)(2)

I, Karen Nilson, Creative Ceiling (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail. Pursuant to California Civil Code Section 8416(c)(2), I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the construction lender or original contractor as follows:

Name and title of person or entity served: Turner Construction Corporation
Serivce Address: 2180 Harrison Street, San Francisco, CA 94110
Executed on April 20, 2018, at Concord, CA.

By: [signature]

| | |
|---|---|
| 1 | **CASE NAME:** IN RE PG&E Corporation |
| 2 | **ACTION NO.:** 3:19-BK-30088 |
| 3 | **CERTIFICATE OF SERVICE** |

I am a citizen of the United States over the age of 18 years, and not a party to the within action. My business address is 445 S. Figueroa Street, Suite 3000, Los Angeles, CA 90071.

I served the document described as: **CREATIVE CEILINGS, INC.'S FURTHER NOTICE OF LIEN PERFECTION OF MECHANICS LIEN AND INTENT TO ENFORCE PURSUANT TO 11 U.S.C. §546(b) and 11 U.S.C. §362(b)(3)** by:

**NEF/ CM/ECF.** Pursuant to controlling General Orders and LBR, the above document(s) was served by the Court, on the Registered Participants who have consented to electronic service, via the court's CM/ECF electronic mail (Email) system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on September 16, 2019.

Melissa Tamura
Type Name                                          Signature