## Amendments to Schedule G

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### General Counsel/Corporate Secretary

| | | | | | |
|---|---|---|---|---|---|
| 2. 154 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00144 | ☐ | AIG PROPERTY CASUALTY | 175 WATER STREET 18TH FLOOR NEW YORK, NY 10038 |
| 2. 155 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00148 | ☐ | ALLIED WORLD ASSURANCE CO. | MIKE WATKINS 27 RICHMOND ROAD PEMBROKE HM 08 |
| 2. 159 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00143 | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LIMITED | THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET FOURTH FLOOR HAMILTON HM 11 |
| 2. 163 GUARANTEE AGREEMENT - PG&E ENERGY SERVICES VENTURES AND QUANTUM VENTURES ASSET PURCHASE | Not Stated | CRPSECGT_00004 | ☑ | CHEVRON U S A | CHEVRON ENVIRONMENTAL MANAGEMENT CO. 6001 BOLLINGER CANYON RD SAN RAMON, CA 94583 |
| 2. 164 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00150 | ☐ | CHUBB BERMUDA INSURANCE LTD. | AARON SHEAD ACE BUILDING 17 WOODBOURNE AVENUE HAMILTON HM 08 |
| 2. 169 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00151 | ☐ | ENERGY INSURANCE MUTUAL LIMITED | SANDRA IMBRIANI 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |

Note: In this amendment, the Debtor has modified or amended the descriptions and other information regarding certain contracts or leases that were previously listed in Schedule G filed by the Debtor on March 14, 2019.

**Amendments to Schedule G**

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 170 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00152 | ☐ | ENERGY INSURANCE SERVICES, INC. | RICHARD HOLDEN<br>409 KING ST<br>STE 201<br>CHARLESTON, SC 29403 |
| 2. 177 GUARANTEE AGREEMENT - PG&E CORPORATION SUPPORT SERVICES, INC. OBLIGATIONS UNDER LEASE | 8/31/2023 | CRPSECGT_00005 | ☑ | IBEW HEADQUARTERS BUILDING, LLC | C/O THE JOHN AKRIDGE CO<br>PO BOX 890236<br>CHARLOTTE, NC 28289-0236 |
| 2. 184 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00158 | ☐ | OIL CASUALTY INSURANCE LTD. | ROLF FISCHER<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08 |
| 2. 192 GUARANTEE AGREEMENT - PACIFIC GAS AND ELECTRIC COMPANY WORKERS' COMPENSATION OBLIGATIONS | Not Stated | CRPSECGT_00001 | ☑ | STATE CALIFORNIA - DEPARTMENT OF TRANSPORTATION | 700 HEINZ STREET<br>BERKELEY, CA 95827 |
| 2. 193 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00154 | ☐ | SWISS RE INTERNATIONAL SE | ARELY SONDEREGGER<br>2A, RUE ALBERT BORSCHETTE<br>LUXEMBOURG 1246 |

Note: In this amendment, the Debtor has modified or amended the descriptions and other information regarding certain contracts or leases that were previously listed in Schedule G filed by the Debtor on March 14, 2019.

**Amendments to Schedule G**

**TOTAL NUMBER OF CONTRACTS: 11**

Note: In this amendment, the Debtor has modified or amended the descriptions and other information regarding certain contracts or leases that were previously listed in Schedule G filed by the Debtor on March 14, 2019.