WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11 (Lead Case) (Jointly Administered)

**NOTICE OF FILING OF AMENDMENTS TO THE DEBTORS' SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

[Dkt. Nos 901, 907]

[No hearing requested]

**PLEASE TAKE NOTICE** that, on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PLEASE TAKE FURTHER NOTICE** that, on March 14, 2019, PG&E Corp. and the Utility each filed its respective *Schedule G: Executory Contracts and Unexpired Leases* [Docket Nos. 901 and 907] (each, a "**Schedule G**"), as required under the Bankruptcy Code., the Bankruptcy Rules, and the Bankruptcy Court's *Order Pursuant to 11 U.S.C. §§ 521(a) and 105(a) and Fed. R. Bankr. P. 1007(c) (i) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (ii) Extending Time to File 2015.3 Reports* [Docket No. 228].

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed certain amendments to each Schedule G (each, an "**Amendment**") to, among other things, (i) include additional contracts or leases, and/or (ii) modify or amend the descriptions and other information regarding certain executory contracts or leases that were previously listed in each Schedule G. Copies of each of the Amendments may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/pge. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.canb.uscourts.gov/cmecf in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that (i) each Schedule G has been amended solely with respect to the agreements set forth in the Amendments, (ii) each of the Amendments is hereby incorporated into, and comprises and integral part of, each Debtors' respective Schedule G, and (iii) the remainder of each respective Schedule G remains as previously filed.

**PLEASE TAKE FURTHER NOTICE** that the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities* previously filed with each Schedule G [Docket No. 897-1] are incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Pursuant to 11 U.S.C. §§* 502(b)(9) and 105(a). Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R.-1 (i) Establishing Deadline for Filing Proofs of Claims, (ii) Establishing the Form and Manner of Notice Thereof, and (iii) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors, dated July 1, 2019 [Docket No. 2806] (the "Bar Date Order"), creditors affected by the Amendments will have until the later of (i) the Bar Date of October 21, 2019 at 5:00 p.m. (Pacific Time) and (ii) thirty (30) days from the date of this Notice to submit proofs of claim in accordance with the Bar Date Order or be forever barred from doing so.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further amend or supplement the schedules of assets and liabilities and statements of financial affairs, including each Schedule G, from time to time as may be necessary or appropriate.

Dated: September 16, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

/s/ *Matthew P. Goren*
Matthew P. Goren

*Attorneys for Debtors and Debtors in Possession*