WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**FILED**
SEP 17 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

BY FAX

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: THE PRODUCTION OF THE BROWNGREER DATABASE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pacific Gas and Electric Company and PG&E Corporation (collectively, "the **Debtors**" and the Tort Claimants Committee (the "**TCC**") jointly submit this stipulation and proposed order relating to individual fire related cases in order to further discussions towards consensual resolution.

## STIPULATION

The Debtors and the TCC agree to the following Order in relation to the TCC's production of BrownGreer database.

So stipulated:

Dated: September 11, 2019

CRAVATH, SWAINE & MOORE LLP

KEVIN J. ORSINI
Attorneys for the Debtors

Dated: Sept. 13, 2019

BAKER & HOSTETLER LLP

ROBERT A. JULIAN
Attorneys for Tort Claimants' Committee

**IT IS SO ORDERED.**

Dated: August [•], 2019

Hon. Dennis Montali
Judge of the United States Bankruptcy Court,
Northern District of California