# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**JULY 1, 2019 THROUGH JULY 31, 2019**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | Jul. 60.50 | Jul. $55,660.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | Jul. 40.80 | Jul. $28,233.60 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $828.17 | 101.30 | $83,893.60 |