# EXHIBIT B

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
JULY 1, 2019 THROUGH JULY 31, 2019**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 101.3 | $83,893.60 |