# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
JULY 1, 2019 THROUGH JULY 31, 2019**

| Type of Expense | Partner | Amount |
|---|---|---|
| Airfare | Berman | $ 899.05 |
| Lodging | Berman | $ 786.26 |
| Ground Transportation | Berman | $ 124.70 |
| **Total** | | **$1,810.01** |