# EXHIBIT D

## ITEMIZED TIME DESCRIPTION FOR THE PERIOD
## JULY 1 THROUGH JULY 31, 2019

| Date | Attorney | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| MO 7/1/2019 | Berman | 0.50 | $920.00 | $460.00 | Prepare for and attend weekly FERC strategy call. |
| MO 7/1/2019 | Todderud | 0.30 | $692.00 | $207.60 | Review mediation agreement |
| MO 7/1/2019 | Todderud | 0.50 | $692.00 | $346.00 | Attend internal call re status and strategy |
| MO 7/1/2019 | Todderud | 0.40 | $692.00 | $276.80 | Emails and conference re retention application |
| TU 7/2/2019 | Todderud | 0.60 | $692.00 | $415.20 | Communications re status of escrow disbursements |
| WE 7/3/2019 | Todderud | 0.80 | $692.00 | $553.60 | Emails re status of retainer application and review same |
| MO 7/8/2019 | Todderud | 0.50 | $692.00 | $346.00 | Prepare for and attend call re retention application |
| MO 7/8/2019 | Todderud | 0.40 | $692.00 | $276.80 | Research procedures for fee recovery in bankruptcy proceeding |
| MO 7/8/2019 | Todderud | 3.50 | $692.00 | $2,422.00 | Draft fee application |
| MO 7/8/2019 | Todderud | 0.50 | $692.00 | $346.00 | Prepare for and attend internal call re status and strategy |
| MO 7/8/2019 | Berman | 0.50 | $920.00 | $460.00 | Prepare for and attend weekly FERC strategy call. |
| TU 7/9/2019 | Berman | 0.50 | $920.00 | $460.00 | Review presentation materials re settlement discussion and emails re same. |
| TU 7/9/2019 | Berman | 1.50 | $920.00 | $1,380.00 | Edit fee request and discussion re same. |
| TU 7/9/2019 | Todderud | 0.30 | $692.00 | $207.60 | Emails re status of escrow disbursements |
| TU 7/9/2019 | Todderud | 3.80 | $692.00 | $2,629.60 | Draft fee application |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| WE 7/10/2019 | Todderud | 0.20 | $692.00 | $138.40 | Confirm escrow disbursement instructions |
| WE 7/10/2019 | Todderud | 3.10 | $692.00 | $2,145.20 | Edit descriptions in bankruptcy and fee application for confidentiality and privilege. |
| TH 7/11/2019 | Todderud | 2.70 | $692.00 | $1,868.40 | Edit descriptions in bankruptcy fee petition and fee application for privilege and confidentiality |
| TH 7/11/2019 | Todderud | 1.50 | $692.00 | $1,038.00 | Attend settlement overlay call |
| TH 7/11/2019 | Berman | 2.50 | $920.00 | $2,300.00 | Prepare for and attend overlay call and emails re overlay analysis. |
| TH 7/11/2019 | Berman | 0.40 | $920.00 | $368.00 | Review presentation materials for settlement discussion and emails re same. |
| FR 7/12/2019 | Berman | 2.80 | $920.00 | $2,576.00 | Prepare for and attend call with California Parties re settlements and emails re settlement discussion issues. |
| FR 7/12/2019 | Todderud | 1.20 | $692.00 | $830.40 | Attend settlement group call |
| MO 7/15/2019 | Todderud | 0.80 | $692.00 | $553.60 | Review settlement negotiation presentation and comment on same |
| MO 7/15/2019 | Berman | 0.50 | $920.00 | $460.00 | Prepare for and attend weekly FERC strategy call. |
| MO 7/15/2019 | Berman | 6.50 | $920.00 | $5,980.00 | Prepare presentation materials for meeting with mediator. |
| TU 7/16/2019 | Berman | 3.80 | $920.00 | $3,496.00 | Revise materials re overlay process and emails re same. |
| TU 7/16/2019 | Berman | 4.00 | $920.00 | $3,680.00 | Emails and discussion re preparation for meeting with mediator. |
| TU 7/16/2019 | Todderud | 1.50 | $692.00 | $1,038.00 | Review settlement overlay materials |
| TU 7/16/2019 | Todderud | 1.60 | $692.00 | $1,107.20 | Finalize fee application |
| WE 7/17/2019 | Todderud | 1.10 | $692.00 | $761.20 | Finalize fee application |
| WE 7/17/2019 | Berman | 1.80 | $920.00 | $1,656.00 | Edit fee examiner application and discussion re same. |

| | Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 1 | WE 7/17/2019 | Berman | 3.20 | $920.00 | $2,944.00 | Review and edit presentation materials for mediator. |
| 2 | | | | | | |
| 3 | TH 7/18/2019 | Berman | 3.60 | $920.00 | $3,312.00 | Prepare for and attend call re overlays and emails re overlay analysis issues. |
| 4 | | | | | | |
| 5 | TH 7/18/2019 | Todderud | 1.90 | $692.00 | $1,314.80 | Prepare for and attend settlement overlay call. |
| 6 | FR 7/19/2019 | Todderud | 1.60 | $692.00 | $1,107.20 | Attend settlement group call |
| 7 | | | | | | |
| 8 | FR 7/19/2019 | Berman | 4.20 | $920.00 | $3,864.00 | Prepare for and attend call with California Parties re settlement and review and edit materials for mediator. |
| 9 | | | | | | |
| 10 | MO 7/22/2019 | Todderud | 1.10 | $692.00 | $761.20 | Revise fee application and research fee recovery requirements |
| 11 | | | | | | |
| 12 | TU 7/23/2019 | Berman | 2.40 | $920.00 | $2,208.00 | Discussion and emails with market participant re overlay process. |
| 13 | WE 7/24/2019 | Berman | 3.50 | $920.00 | $3,220.00 | Review materials for mediator and emails re same. |
| 14 | | | | | | |
| 15 | WE 7/24/2019 | Berman | 0.80 | $920.00 | $736.00 | Emails with market participant re overlay process. |
| 16 | | | | | | |
| 17 | WE 7/24/2019 | Todderud | 3.00 | $692.00 | $2,076.00 | Research CERS period refund obligation under Midway Sunset settlement |
| 18 | WE 7/24/2019 | Berman | 2.80 | $920.00 | $2,576.00 | Emails and discussion re overlay process and next steps. |
| 19 | | | | | | |
| 20 | TH 7/25/2019 | Berman | 7.50 | $920.00 | $6,900.00 | Prepare for and attend meeting with mediator. |
| 21 | FR 7/26/2019 | Todderud | 0.80 | $692.00 | $553.60 | Draft settlement overlay notice |
| 22 | FR 7/26/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Emails with ISO/PX and market participant about overlay process. |
| 23 | | | | | | |
| 24 | FR 7/26/2019 | Berman | 0.40 | $920.00 | $368.00 | Emails re overlay process questions. |
| 25 | | | | | | |
| 26 | FR 7/26/2019 | Todderud | 2.10 | $692.00 | $1,453.20 | Review settlement overlay materials |
| 27 | | | | | | |
| 28 | | | | | | |

| # | Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 1 | MO 7/29/2019 | Todderud | 0.70 | $692.00 | $484.40 | Attend internal call re status and strategy |
| 2 | 2019 | Berman | 0.40 | $920.00 | $368.00 | Emails re market notice concerning overlays. |
| 3 | MO 7/29/2019 | Berman | 0.70 | $920.00 | $644.00 | Prepare for and attend weekly FERC strategy call. |
| 4 | MO 7/29/2019 | Todderud | 2.00 | $692.00 | $1,384.00 | Finalize and submit fee application |
| 5 | TU 7/30/2019 | Todderud | 0.40 | $692.00 | $276.80 | Research status of California Electricity Oversight Board and emails re same |
| 6 | TU 7/30/2019 | Todderud | 0.20 | $692.00 | $138.40 | Edit market notice re settlement overlay process |
| 7 | TU 7/30/2019 | Todderud | 0.70 | $692.00 | $484.40 | Research status of escrow documents and escrow accountant retainer |
| 8 | TU 7/30/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Emails re overlay issues. |
| 9 | WE 7/31/2019 | Berman | 2.80 | $920.00 | $2,576.00 | Emails and discussion re overlay allocation issues. |
| 10 | WE 7/31/2019 | Berman | 0.50 | $920.00 | $460.00 | Discussion re Midway Sunset overlay issues. |
| 11 | WE 7/31/2019 | Todderud | 0.30 | $692.00 | $207.60 | Finalize market notice re settlement overlay process |
| 12 | WE 7/31/2019 | Todderud | 0.50 | $692.00 | $346.00 | Attend call re Midway settlement overlay and review overlay |
| 13 | WE 7/31/2019 | Todderud | 0.20 | $692.00 | $138.40 | Emails re status of California Electricity Oversight Board |