**EXHIBIT E**

# EXPENSES FOR THE PERIOD
# JULY 1 THROUGH JULY 31, 2019

| Date | Attorney | Amount | Description |
|---|---|---|---|
| TH 7/25/2019 | Berman | $899.05 | Airfare to DC for meeting with mediator. (Charging only 50% because also attended meeting on another matter in DC.) |
| TH 7/25/2019 | Berman | $74.50 | Airport parking for trip to DC for meeting with mediator. (Charging only 50% because also attended meeting on another matter in DC.) |
| TH 7/25/2019 | Berman | $11.33 | Taxi in DC for meeting with mediator. |
| TH 7/25/2019 | Berman | $786.26 | Renaissance Hotel in DC for meeting with mediator. (Charging only nights of 7/23 and 7/24 because also attended meeting on another matter in DC.) |
| TH 7/25/2019 | Berman | $38.87 | Taxi to airport in DC for meeting with mediator. |