THE LAW OFFICE OF JOSEPH WEST
Joseph West, California Bar No. 218847
575 E. Locust Ave., Suite 120
Fresno, CA 93720
Tel.: (310) 478-0890
Fax: (866) 624-0763
josephwest@westlawfirmofcalifornia.com

ATTORNEYS FOR CREDITOR:
International Church of the Foursquare Gospel

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors, | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF INTERNATIONAL CHURCH OF THE FOUR SQUARE GOSPEL |
| Affects both debtors | |
| *All papers shall be filed in the Lead Case, No., 19-30088 (DM)* | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that The International Church of the Foursquare Gospel ("Foursquare"), a creditor and party in interest in the above-entitled bankruptcy cases, hereby enters its appearance by and through its counsel The Law Office of Joseph West pursuant to 11 U.S.C. 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Rule 9010").

PLEASE ALSO TAKE NOTICE that The International Church of the Foursquare Gospel hereby requests that all notices, pleadings, documents and correspondence required to be served on creditors, all duly appointed committees, and any other party-in-interest pursuant to 11 U.S.C. §§ 102(1) and 342, Rule 2002 and Rule 9007 of the Federal Rules of Bankruptcy Procedure, order of the Court and otherwise, whether sent by the Court, the debtor or any other party-in-interest in these cases, be served on the following counsel for Foursquare and that the following counsel be added to the Court's master mailing List:

The Law Office of Joseph West,
Joseph West Esq.,
575 E. Locust Ave., Suite 120 Fresno CA 93720;
Telephone (310) 478-0890;
Fax 866-624-0763;
Email: josephwest@westlawfirmofcalifornia.com

---

**NOTICE OF APPEARANCE**

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email or otherwise filed or made with regard to the above referenced cases and any proceedings therein.

PLEASE ALSO TAKE NOTICE that the filing of this Appearance and Request for Notice Document (A) is not and may not be deemed to be (1) a waiver of Foursquare's substantive or procedural rights, including without limitation: (i) the right of entry of a final order in noncore matters only after de novo review by a Federal District Court, (ii) the right to trial by jury in any proceedings so triable in these cases or any case, controversy, or proceedings related to these cases, (iii) the right to have the reference withdrawn by a Federal District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, interests, claims, actions, setoffs, or recoupments, or (2) consent to the jurisdiction of the Court and (B) hereby reserves all Foursquare's rights.

Dated: September 17, 2019      **LAW OFFICE OF JOSEPH WEST**

BY: _____
      **Joseph A. West,**
      **Attorney for Creditor;**
      **The International Church**
      **of the Foursquare Gospel**