Julie E. Oelsner, State Bar No. 125432
**WEINTRAUB TOBIN C**HEDIAK COLEMAN GRODIN
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
Email: joelsner@weintraub.com

Local Counsel for Southwire Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE, CHANGE OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE** that Southwire Company, LLC ("Southwire"), has retained Parker, Hudson, Rainer & Dobbs, LLP, as its attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in place and instead of Dentons US, LLP.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010, 11 U.S.C. §§ 342, and N.D. Cal. L.R. 5-1(c)(2)(A) and (C) (as made applicable by B.L.R. 1001-2(a)), counsel respectfully requests to be added to the master matrix in these cases and that copies of all notices and pleadings in the Chapter 11 Cases directed to Southwire, including in adversary proceedings, be given and served upon Parker, Hudson, Rainer & Dobbs, LLP and Southwire's designated local counsel at the following addresses:

{2729841.DOC;}

| | |
|---|---|
| 1 | Bryan E. Bates, Esq. |
| 2 | Parker, Hudson, Rainer & Dobbs, LLP |
| | 303 Peachtree Street, Suite 3600 |
| 3 | Atlanta, Georgia 30308 |
| | Tel: (404) 420-4333 / Fax: (404) 522-8409 |
| 4 | Email: bbates@phrd.com |

Julie E. Oelsner, Esq.
Weintraub Tobin
400 Capitol Mall
Sacramento, California 95814
Tel: (916) 558-6059 / Fax: (916) 446-1611
Email: joelsner@weintraub.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of Southwire to: (1) have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (4) object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) assert any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which Southwire may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 17, 2019

Respectfully submitted,

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Julie E. Oelsner
    Julie E. Oelsner
    State Bar No. 125432

Local Counsel for Southwire Company, LLC

{2729841.DOC;}

Notice of Appearance
Case No. 19-30088

weintraub tobin chediak coleman grodin
law corporation