Signed and Filed: September 17, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  October 8, 2019<br>Time:  10:00 AM (Pacific Time)<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**ORDER SETTING MOTION TO APPROVE FEE PROCEDURES**

    The Fee Examiner, Bruce A. Markell (the "Examiner"), has requested a status conference on September 25, 2019 regarding various fee request matters. He filed his request on September 16, 2019, without setting a hearing or uploading an order setting the hearing. In his request he has identified issues he would like clarified; in some instances he has made

-1-

recommendations for resolution; in other he seeks guidance or rulings from the court.

Given the importance of these issues to all affected professionals and the potential impact on these estates, the court is unwilling to act as quickly or as summarily as the Examiner proposes.

Instead, the following procedure will apply. No later than September 19, 2019, the Examiner should file a Motion to Approve Fee Procedures, setting forth again his summary of the problems he has observed, his recommended solutions for those problems, and his specific identification of questions (which the court expects to be few or none) for which he has no recommendations and on which he expects direction from the court.

Because many of the affected professionals may be new to any bankruptcy court, or at least this one, the Motion should call to their attention that the procedures being recommended by the Examiner and to be approved by the court will be binding on them in these cases and thus any objections they may have will likely be considered waived if they do not timely make them.

In that regard, the Motion should specifically call to the affected professionals' attention the long-standing published *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* and this Court's long-standing published *Practices and Procedures in Judge Montali's Court*, especially Paragraphs II, J and III, I (re Travel and Conflicts Checks/Ethical Walls), all on the court's website.

There is no need for the Motion to include the first three exhibits to the request, as they are all part of the record.

The Motion should be addressed to the twenty-three professionals as respondents to the Motion (referring to them as "The parties named in the attached exhibit", and attaching Exhibit 4).

The Motion will be set on the Court's regular PG&E calendar for October 8, 2019, at 10:00 AM. ECF service on the respondents (and all other interested parties) will suffice. Any respondents (or anyone else wishing to be heard, especially the United States Trustee), must file their responses to the Motion no later than October 1, 2019, with chambers copies provided. No replies are to be filed.

**\*\*END OF ORDER\*\***