Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ORDER DIRECTING DEBTORS TO SUPPLEMENT SCHEDULES**<br><br>Date: September 25, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16 Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: September 18, 2019 at 4:00 p.m. |

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants (the "**TCC**") hereby withdraws the *Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules* [Dkt. No. 2964] (the "**Motion**") which was filed on July 12, 2019, without prejudice to later seek relief requested in the Motion.

Dated: September 17, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Lars Fuller*
     Lars Fuller

*Counsel for The Official Committee of Tort Claimant*