Signed and Filed: September 17, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER RE: THE PRODUCTION OF THE BROWN GREER DATABASE** |

The parties to the state court proceedings (JCCP No. 4955 California North Bay Fire Cases), negotiated a series of integrated orders entered by Judge Curtis Karnow, coordination judge JCCP 4955, parts of which addressed information concerning claimant specific damages.[1] The Debtors and the Tort Claimants Committee (the "**TCC**") have agreed to adopt many of the claimant-specific systems, procedures and individual protections ordered in the state court in relation to the BrownGreer Portal. The "BrownGreer Portal" refers to the online repository that was used previously in the state court proceedings (JCCP No. 4955 California North Bay Fire Cases), and now as part of these Chapter 11 Cases, to store plaintiff-specific damages and claims-related information, uploaded by law firms representing individual claimants related to their fire-related claims.[2] The BrownGreer Portal contains claimant specific information that can aid the parties in pursuing claimant specific valuation efforts aimed at achieving a consensual resolution of all wildfire claims. BrownGreer does not independently value individual cases. While reports that can be generated from the BrownGreer Portal identifying basic information about the wildfire claims that are being asserted against the Debtors will not themselves provide any party to these Chapter 11 Cases the answer to the global value of tort claims, the exchange of those reports from the BrownGreer database will represent an important step in the process towards providing relevant information that may facilitate a consensual resolution. As reflected in the attached agreement, additional information will need to be entered into BrownGreer to further these efforts.

**IT IS HEREBY ORDERED THAT:**

1. Immediately upon entry of this stipulated order, and subject to the terms of this stipulation and order, BrownGreer shall commence efforts to create secure portals for the Debtor, the TCC and the Unsecured Creditors Committee ("UCC").

2. The first reports from the BrownGreer Portal will be produced to the Debtor, TCC

---

[1] The parties to the state court orders included the debtor, the individual plaintiffs, the insurance carriers, and the public entities.

[2] The insurance carriers and the individual plaintiffs previously agreed to continue the state court systems in this bankruptcy and apply the same systems to the Camp Fire. The individual plaintiffs continued to work within the BrownGreer Portal in order to provide the claimants a better opportunity for inclusion and participation in this bankruptcy and to obtain important insurance data and information under CMO 5.

and the UCC on September 16th subject to the terms of the agreement.

3. The Ad Hoc Equity Group represented by the Jones Day firm may have access to BrownGreer reports through the Debtor, and the Ad Hoc Committee of Senior Unsecured Noteholders represented by the Akin Gump firm may have access to BrownGreer reports through the UCC.

4. Access will be subject to confidentiality agreements and protective orders with respect to the case specific information.

5. The full terms of the agreement between the TCC and the Debtors are attached as Exhibit A to this stipulation and proposed order.

6. The TCC and the Debtor have agreed to meet and confer to discuss formal claimant specific damages discovery that may be necessary in connection with estimation proceedings in the absence of a consensual resolution. (*See* Paragraph 9 to the Attached Agreement).

**\*\* END OF ORDER \*\***