# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## JULY 1, 2019 THROUGH JULY 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from July 1, 2019 through July 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 23.8 | $19,040 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 77 | $61,600 |
| Jane Kim | Partner | 2003[1] | 650 | 39.6 | $25,740 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | .3 | $180 |
| Dara L. Silveira | Associate | 2010 | 400 | 54.3 | $21,720 |
| Thomas B. Rupp | Associate | 2011 | 400 | 88.3 | $35,320 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 92.9 | $13,935 |
| **Total Professionals:** | | | | **376.2** | **$177,535** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 757 | 140.7 | $106,560 |
| Associates | 400 | 142.6 | $57,040 |
| **Blended Attorney Rate** | **577** | **283.3** | **$163,600** |
| Paraprofessionals and other non-legal staff | 150 | 92.9 | $13,935 |
| **Total Fees Incurred** | **472** | **376.2** | **$177,535** |