# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY KELLER & BENVENUTTI LLP
## JULY 1, 2019 THROUGH JULY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 137.6 | $37,030 |
| 004 | General Case Administration | 8.6 | $4,520 |
| 005 | Automatic Stay Proceedings | 89.2 | $56,305 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 2.8 | $2,195 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 36.9 | $16,560 |
| 008 | Professional Retention and Compensation – Other Professionals | 16.3 | $9,675 |
| 009 | Financing and Cash Collateral | .5 | $400 |
| 012 | Tort Committee | 1.9 | $1,490 |
| 013 | U.S. Trustee – Communications | .2 | $130 |
| 014 | Employee Matters | 7.3 | $3,665 |
| 015 | Supplier Issues | 8.3 | $3,915 |
| 016 | General Asset Analysis and Recovery | 1.7 | $1,360 |
| 017 | Sale or Use of Property – Motions | 1.1 | $745 |
| 018 | Executory Contract Issues | 6.4 | $3,730 |
| 019 | Tax Issues | .5 | $325 |
| 021 | Plan – Advice, Strategy and Negotiation | 9.6 | $7,050 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 4.1 | $2,800 |
| 025 | FERC Adversary Proceeding | 1.1 | $760 |
| 026 | Wildfire Litigation | 13.8 | $8,345 |
| 027 | Claims Review | .9 | $515 |
| 028 | Claim Disputes and Resolution | 8.3 | $4,835 |
| 032 | USDC Probation Compliance | .3 | $180 |
| 034 | Third Party Injunction Action (PERA) | .7 | $320 |
| 036 | Miscellaneous Litigation Issues and Advice | 16.6 | $9,805 |
| 037 | Appeals | 1.5 | $880 |
| TOTAL | | **376.2** | **$177,535** |