# EXHIBIT C

# EXPENSE SUMMARY
## JULY 1, 2019 THROUGH JULY 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $11.73 |
| Printing and Duplication | $13,172.10 |
| Transcription Services | $1,591.15 |
| Telephone Conferencing | $0 |
| Messenger | $667.56 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$15,442.54** |