# EXHIBIT E

Case: 19-30088    Doc# 3927-5    Filed: 09/18/19    Entered: 09/18/19 13:48:35    Page 1 of 2



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 072019A  
Date: 09/13/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation - Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 07/09/2019 | E109 Local travel: Uber from USBC to office after July 9 omnibus hearing. | 1.00 | $11.73 | $11.73 |
| Expense | 07/10/2019 | E116 Trial transcripts: eScribers Invoice No. 261601 (July 9, 2019 hearing). | 1.00 | $883.30 | $883.30 |
| Expense | 07/15/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 358648 (June 21 and 25, 2019 deliveries). | 1.00 | $342.94 | $342.94 |
| Expense | 07/15/2019 | E101 Copying: Clear Discovery Invoice No. 0001159 (binders for May 22, 2019 hearing). | 1.00 | $1,587.70 | $1,587.70 |
| Expense | 07/15/2019 | E101 Copying: Clear Discovery Invoice No. 0001191 (binders for June 26, 2019 hearing). | 1.00 | $7,142.70 | $7,142.70 |
| Expense | 07/15/2019 | E101 Copying: Clear Discovery Invoice No. 0001191 (binders for July 9, 2019 hearing). | 1.00 | $1,113.06 | $1,113.06 |
| Expense | 07/28/2019 | E116 Trial transcripts: eScribers Invoice No. 264444 (July 24, 2019 hearing). | 1.00 | $707.85 | $707.85 |
| Expense | 07/29/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 359030 (July 1, 3, and 8, 2019 deliveries). | 1.00 | $324.62 | $324.62 |
| Expense | 07/30/2019 | E101 Copying: Clear Discovery Invoice No. 0001205 (binders for July 8, 2019 hearing). | 1.00 | $3,328.64 | $3,328.64 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $15,442.54 |
| | | | Fees and Expenses Total | $15,442.54 |