BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 683-3702

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF HENRY WEISSMANN IN SUPPORT OF APPLICATION OF DEBTORS TO AMEND ORDER PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS** |

Pursuant to 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows:

I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

I submit this declaration ("**Declaration**") in support of Debtors' Application to Amend Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters (the "**Application to Amend**"), which is being filed contemporaneously herewith. This Declaration also serves as my third supplement to my initial, first and second supplemental declarations, filed on April 1, 2019 [Dkt. No. 1168], April 10, 2019 [Dkt No. 1301], and June 14, 2019 [Dkt No. 2522] in support of the Application of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain MTO as their counsel for certain Specific Matters, effective as of January 29, 2019 (the "**Petition Date**"), pursuant to section 327(e) of title 11 of the United States Code (the "**Application**").[1]

The Application to Amend seeks to amend the Retention Order to clarify and expand the scope of the Specific Matters in two respects.

First, the Debtors have asked MTO to provide advice with regard to regulatory, corporate, transactional, and other legal issues associated with potential structural options in relation to electric distribution systems, including with respect to the recent offer by the City of San Francisco to purchase the Debtors' electrical grid and related assets in the City. The Debtors and MTO believe that this engagement falls within the scope of the Specific Matters, including without limitation, advising and representing the Debtors with respect to issues arising under California law that may affect or relate to the Debtors' reorganization, plan and operations (paragraph 3(f)), as well as other legal services in connection with the Chapter 11 cases.

---

[1] Capitalized terms used but not defined herein shall have the meaning given those terms in the Application or the Application to Amend.

Nevertheless, for the avoidance of doubt, the Debtors seek a further order of this Court amending the Retention Order to clarify that the Specific Matters include this matter.

Second, the Debtors seek authority to retain MTO as counsel in civil litigation arising from the Northern California wildfires. As set out in the Application to Amend, MTO would immediately begin serving as co-counsel with Cravath, Swaine & Moore LLP ("**Cravath**") in the first civil trial against the Debtors arising out of the Tubbs Fire, as to which this Court lifted the automatic stay on August 16, 2019. *See Mem. Decision Regarding Mot. for Relief from Stay* [Doc. No. 3571]. The Debtors would engage MTO as counsel or co-counsel in additional civil litigation matters (including trials) relating to the Northern California wildfires as the Debtors deem appropriate and in the best interests of their estates.

MTO is recognized in Chambers USA's top tier for litigation in California, and many of its litigators are individually ranked. MTO's proposed lead trial counsel for the Tubbs Fire trial, for example, is Brad Brian, one of the nation's leading trial lawyers. A Fellow in the American College of Trial Lawyers, Mr. Brian has successfully tried numerous high stakes and complex cases in Superior Court, including defending Fortress Investment Company in a five-week trial in a lawsuit filed by a former portfolio company and representing DoubleLine Capital and certain of its officers in a trial against Trust Company of the West. In addition to Mr. Brian, MTO can draw on a deep bench of professionals who have a wealth of trial experience in Superior Court.

MTO's proposed retention, moreover, is directly related to MTO's existing representation of the Debtors in wildfire-related matters. Specifically, since June 2018, MTO has been advising and representing the Debtors in connection with potential and actual criminal investigations in connection with the Northern California wildfires. The Retention Order authorized MTO to continue this representation as well as to advise and represent the Debtors with respect in any related civil or administrative proceedings and to coordinate with Debtors' counsel in any related civil actions. From its work on these matters, MTO has become familiar with the facts underlying the claims and defenses in the civil lawsuits arising out of the Northern California wildfires, including the Tubbs Fire.

MTO will continue to undertake reasonable efforts to coordinate with Cravath and other counsel to the Debtors to avoid any unnecessary duplication of work by counsel with respect to this additional matter as it has done with the Specific Matters to date.

In connection with this engagement, MTO conducted a conflict check and determined that certain plaintiffs in the Tubbs Fire litigation are affiliates of GEICO Corporation ("**GEICO**"), including Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, and GEICO County Mutual Insurance Company. GEICO is a current client of MTO in matters that are wholly unrelated to the Specific Matters or the additional matters set forth herein. GEICO has agreed to provide a written conflict waiver consenting to MTO's representation of the Debtors in the Tubbs Fire litigation. That conflict waiver is in the process of being documented.

Another plaintiff in the Tubbs Fire litigation may be related to Starwood Capital Group ("**Starwood**"), a former client of MTO. MTO's prior representation of Starwood was wholly unrelated to the Specific Matters.

I do not believe that MTO's current representation of GEICO, or its former representation of Starwood, creates a conflict of interests, but I have disclosed these representations out of an abundance of caution.

Based on reasonable inquiry, and subject to the disclosures set forth herein and in my earlier declarations, I can attest that MTO does not hold an interest that is adverse to the Debtors or their estates with respect to the matters set forth herein.

Executed within the United States.

DATED: September 18, 2019

By: /s/ Henry Weissmann
Henry Weissmann
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California, 90071
Telephone: (213) 683-9150
Facsimile: (213) 683-5150