# **EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 190.4 | $ 227,528.00 |
| Alex Stevenson | Managing Director | 1,195 | 56.2 | 67,159.00 |
| Brendan Murphy | Managing Director | 1,095 | 225.6 | 247,032.00 |
| Sherman Guillema | Director | 895 | 2.9 | 2,595.50 |
| Peter Gnatowski | Vice President | 795 | 258.6 | 205,587.00 |
| Matt Merkel | Associate | 695 | 101.8 | 70,751.00 |
| Naeem Muscatwalla | Senior Analyst | 495 | 39.1 | 19,354.50 |
| Riley Jacobs | Analyst | 395 | 89.6 | 35,392.00 |
| Alex Gebert | Analyst | 395 | 201.0 | 79,395.00 |
| Jane Su | Professional Support | 250 | 4.6 | 1,150.00 |
| **Subtotal** | | | **1,169.8** | **$ 955,944.00** |
| Less: 50% Discount for Non-Working Travel Time | | | | (17,445.25) |
| **Grand Total** | | | | **$ 938,498.75** |