**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 83.5 | 69,072.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 46.7 | 32,336.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 163.0 | 117,565.00 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 98.3 | 84,298.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 30.4 | 32,938.00 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 9.0 | 8,305.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 20.3 | 22,948.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 49.0 | 51,195.00 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 9.0 | 10,195.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 135.8 | 139,911.00 |
| 13 | Bankruptcy Filings and Document Review | 122.5 | 81,407.50 |
| 14 | Review of Executory Contracts and Related Analysis | 7.8 | 5,731.00 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 50.7 | 32,146.50 |
| 16 | Review of Claims and Related Analysis | 14.7 | 13,536.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 11.3 | 9,903.50 |
| 20 | Benchmarking and Related Analysis | 2.6 | 1,267.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 199.4 | 144,613.00 |
| 24 | Travel Time - Non Working Travel | 29.9 | 34,890.50 |
| 25 | Project Administration | 37.6 | 31,095.00 |
| 27 | Time and Expenses Tracking | - | - |
| 29 | Fee Application Preparation | 48.3 | 32,588.50 |
| **Subtotal** | | **1,169.8** | **955,944.00** |
| | Less: 50% Discount for Non-Working Travel Time | | (17,445.25) |
| **Grand Total** | | **1,169.8** | **$ 938,498.75** |