**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Expense Type | Amount |
|---|---:|
| Airfare | $7,678.14 |
| Ground Transportation (Taxi/Uber/Car Service) | $1,489.56 |
| Hotel Stay (Traveling) | $4,507.23 |
| Internet/Online Fees | $57.97 |
| Meals - In-Town Only | $142.61 |
| Meals - Out-of-Town Travel Only | $1,056.76 |
| Other / Miscellaneous | $123.16 |
| Parking | $320.00 |
| Printing/Photocopying (In-House) | $851.20 |
| Research (Databases) | $4,500.00 |
| Teleconferencing | $118.60 |
| **Total** | **$20,845.23** |