# **Exhibit E**

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| Project Category | Expense Date Per Lincoln Accounting | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 6/6/2019 | 001463 Murphy, Brendan J | Airfare | $ 490.14 |
| Airfare | 6/6/2019 | 001463 Murphy, Brendan J | Airfare | $ 490.14 |
| Airfare | 6/6/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 15.00 |
| Airfare | 6/6/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 27.00 |
| Airfare | 6/7/2019 | 001462 Williams, Brent C | Airfare | $ 674.00 |
| Airfare | 6/7/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 27.00 |
| Airfare | 6/10/2019 | 001206 Stevenson, Alexander W | Airfare | $ 349.96 |
| Airfare | 6/10/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | $ 9.00 |
| Airfare | 6/10/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | $ 10.00 |
| Airfare | 6/10/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 5.00 |
| Airfare | 6/10/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 20.00 |
| Airfare | 6/10/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 30.00 |
| Airfare | 6/12/2019 | 001463 Murphy, Brendan J | Ticketing Fees | $ 30.00 |
| Airfare | 6/13/2019 | 001462 Williams, Brent C | Airfare | $ 725.30 |
| Airfare | 6/14/2019 | 001206 Stevenson, Alexander W | Airfare | $ 98.00 |
| Airfare | 6/14/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | $ 40.00 |
| Airfare | 6/14/2019 | 001462 Williams, Brent C | Airfare | $ 790.30 |
| Airfare | 6/15/2019 | 001462 Williams, Brent C | Airfare | $ 1,658.30 |
| Airfare | 6/25/2019 | 001462 Williams, Brent C | Airfare | $ 1,425.00 |
| Airfare | 6/26/2019 | 001462 Williams, Brent C | Airfare | $ 764.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/8/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | $ 29.60 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/11/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 130.12 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/12/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 13.15 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/12/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 98.80 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/13/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 100.50 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/13/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 75.61 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 79.35 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/13/2019 | 001502 Merkel, Matthew E | Working past 9pm / Late night Transportation | $ 59.62 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/13/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | $ 29.84 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/14/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 82.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 101.66 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 88.46 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/15/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 210.91 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/15/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 21.59 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/15/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 71.08 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/18/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | $ 23.04 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/25/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 20.38 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/25/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | $ 10.57 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/25/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | $ 19.18 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/26/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 69.19 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/26/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | $ 16.52 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/27/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 88.14 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/27/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | $ 21.06 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/27/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | $ 10.53 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/28/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | $ 18.66 |
| Hotel Stay (Traveling) | 6/13/2019 | 001462 Williams, Brent C | Hotel Stay | $ 727.94 |
| Hotel Stay (Traveling) | 6/13/2019 | 001463 Murphy, Brendan J | Hotel Stay | $ 981.48 |
| Hotel Stay (Traveling) | 6/15/2019 | 001206 Stevenson, Alexander W | Hotel Stay | $ 418.20 |
| Hotel Stay (Traveling) | 6/15/2019 | 001462 Williams, Brent C | Hotel Stay | $ 1,041.95 |
| Hotel Stay (Traveling) | 6/16/2019 | 001462 Williams, Brent C | Hotel Stay | $ 181.82 |
| Hotel Stay (Traveling) | 6/27/2019 | 001462 Williams, Brent C | Hotel Stay | $ 605.41 |
| Hotel Stay (Traveling) | 6/28/2019 | 001462 Williams, Brent C | Hotel Stay | $ 550.43 |
| Internet/Online Fees | 6/3/2019 | 001463 Murphy, Brendan J | Internet/Online Fees: Working Travel | $ 17.99 |
| Internet/Online Fees | 6/12/2019 | 001463 Murphy, Brendan J | Internet/Online Fees: Working Travel | $ 20.99 |
| Internet/Online Fees | 6/14/2019 | 001463 Murphy, Brendan J | Internet/Online Fees: Working Travel | $ 18.99 |
| Meals - In-Town Only | 6/6/2019 | 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) | $ 12.50 |
| Meals - In-Town Only | 6/14/2019 | 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | $ 20.00 |
| Meals - In-Town Only | 6/18/2019 | 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | $ 20.00 |
| Meals - In-Town Only | 6/24/2019 | 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | $ 8.47 |
| Meals - In-Town Only | 6/24/2019 | 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | $ 20.00 |
| Meals - In-Town Only | 6/25/2019 | 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | $ 19.17 |
| Meals - In-Town Only | 6/25/2019 | 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | $ 20.00 |
| Meals - In-Town Only | 6/26/2019 | 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | $ 11.71 |
| Meals - In-Town Only | 6/27/2019 | 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | $ 10.76 |
| Meals - Out-of-Town Travel Only | 6/11/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/11/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/12/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/12/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) | $ 32.72 |
| Meals - Out-of-Town Travel Only | 6/12/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) | $ 23.39 |
| Meals - Out-of-Town Travel Only | 6/13/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) | $ 37.31 |
| Meals - Out-of-Town Travel Only | 6/13/2019 | 001463 Murphy, Brendan J | Meals-with counsel (Five Professionals) Capped | $ 200.00 |
| Meals - Out-of-Town Travel Only | 6/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/13/2019 | | Breakfast for Committee Meeting (Five Individuals) | $ 82.14 |
| Meals - Out-of-Town Travel Only | 6/13/2019 | 001462 Williams, Brent C | Meals-with counsel and FA (Five Professionals) Capped | $ 200.00 |
| Meals - Out-of-Town Travel Only | 6/14/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast/Dinner (One Professional) | $ 18.00 |
| Meals - Out-of-Town Travel Only | 6/14/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/14/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/14/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/15/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast/Dinner (One Professional) | $ 7.94 |
| Meals - Out-of-Town Travel Only | 6/15/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/15/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) | $ 15.26 |
| Meals - Out-of-Town Travel Only | 6/25/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/26/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |
| Meals - Out-of-Town Travel Only | 6/26/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | $ 40.00 |

| Other / Miscellaneous | 6/11/2019 | | Messenger Service | $ | 49.50 |
| --- | --- | --- | --- | --- | --- |
| Other / Miscellaneous | 6/14/2019 | 001206 Stevenson, Alexander W | Mileage - Personal Car for Committee meeting | $ | 73.66 |
| Parking | 6/14/2019 | 001206 Stevenson, Alexander W | Parking at Airport | $ | 80.00 |
| Parking | 6/15/2019 | 001462 Williams, Brent C | Parking at Airport | $ | 150.00 |
| Parking | 6/27/2019 | 001462 Williams, Brent C | Parking at Airport | $ | 90.00 |
| Printing/Photocopying (In-House) | 6/30/2019 | | In-house printing | $ | 851.20 |
| Research (Databases) | 6/30/2019 | | Paid research and subscription cost(s) for Client work | $ | 950.00 |
| Research (Databases) | 6/30/2019 | | Paid research and subscription cost(s) for Client work | $ | 3,550.00 |
| Teleconferencing | 6/30/2019 | | Conference Calls 201906 | $ | 118.60 |