# Exhibit A

Proposed Order

| | |
|---|---|
| BAKER & HOSTETLER LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: (628) 208-6434<br>Facsimile: (310) 820-8859<br>Email: rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com |
| Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>Email: esagerman@bakerlaw.com<br>lattard@bakerlaw.com | Ashley Vinson Crawford (SBN 257246)<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| *Counsel to the Official Committee of Tort Claimants* | *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE AD HOC COMMITTEE TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS** |

Upon consideration of the motion (the "Motion") of the Official Committee of Tort Claimants (the "TCC") and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company and PG&E Corporation for an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), terminating the Debtors' exclusive plan filing and solicitation periods (the "Exclusive Periods"); this Court finds and concludes that the Court has jurisdiction over the subject matter of the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; the relief requested in the Motion is in the best interests of the Debtors, their estate and their creditors; notice of the Motion was sufficient, and no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED** that:

1. The Motion is granted to the extent set forth herein.

2. With respect to the TCC and the Ad Hoc Committee, the Debtors' Exclusive Periods are terminated pursuant to section 1121(d) of the Bankruptcy Code, and the TCC and the Ad Hoc Committee may file and solicit a plan of reorganization.

3. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

4. The court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

** END OF ORDER **