| | |
|---|---|
| BAKER & HOSTETLER LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: (628) 208-6434<br>Facsimile: (310) 820-8859<br>Email: rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com |
| Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>Email: esagerman@bakerlaw.com<br>lattard@bakerlaw.com | Ashley Vinson Crawford (SBN 257246)<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| *Counsel to the Official Committee of Tort Claimants* | *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF CECILY A. DUMAS IN SUPPORT OF *EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS**<br><br>[No hearing requested] |

I, Cecily A. Dumas, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1. I am a Partner at Baker & Hostetler LLP ("Baker & Hostetler"), which has an office at 160 Battery Street, San Francisco, California 94111 and is an independent, privately-held, legal firm. I am authorized to make this declaration (this "Declaration") on behalf of Baker & Hostetler. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. Baker & Hostetler was engaged as counsel to the Official Committee of Tort Claimants (the "TCC") effective as of February 2019. I lead a team of Baker & Hostetler professionals on this engagement. I submit this Declaration in support of the Ex Parte *Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Joint Motion to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* (the "Motion").[1]

3. Except where specifically noted, all statements in this Declaration are based upon (a) my personal knowledge developed during the course of my engagement with the TCC, (b) my discussions with advisors of other parties in interest in these chapter 11 cases and other members of my team at Baker & Hostetler and (c) my review of relevant documents and/or my professional opinion based upon my experience. If called to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, discussions, review of documents and/or professional opinion.

4. On September 19, 2019, I conferred with Stephen Karotkin ("Mr. Karotkin"), counsel for Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"), regarding whether the Debtors would consent to notice being shortened on the *Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Docket No. 3940]. Mr. Karotkin informed me that the Debtors would not consent to any hearing being scheduled on shortened time with respect to the Motion.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Dated: San Francisco
September 19, 2019        /s/ Cecily A. Dumas
                          Cecily A. Dumas