Signed and Filed: September 19, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date:  October 8, 2019<br>Time:  10:00 AM (Pacific Time)<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**ORDER ON REQUEST TO SHORTEN TIME**

    The court will not shorten time to hear on September 24, 2019, the joint request to terminate exclusivity filed by the TCC and the Ad Hoc Committee of Senior Unsecured Noteholders (Dkt. No. 3940) in view of the Debtors' opposition to that request.  That is simply not enough time for the court to study and understand the details of the request and opposition, nor for the Debtors to prepare a meaningful response.

Because of the ramifications of terminating exclusivity and the need to keep these cases on track, however, the court will shorten time for the joint request to be heard on October 8, 2019, at 10:00 AM. Debtors' or any other parties' response must be filed no later than October 1, 2019. No replies should be filed.

The status conference on September 24, 2019, at 9:30 AM will remain on calendar. If the Debtors and the TCC agree that continuing it to October 8, 2019, at 10:00 AM would be more productive and efficient, they may file a joint stipulation to that effect by noon on September 23, 2019, in which case the status conference will be continued to that date.

**END OF ORDER**