# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, Debtors

Bankruptcy Case No. 19-30088 (DM)

**PROFESSIONALS ON DOCKET**

| Docket No. | Professional | Interim Application Date | Interim Application Docket No. |
|---|---|---|---|
| 1978 | Axiom Advisors | | |
| 1331 | Baker & Hostetler | 7/15/2019 | 2995 |
| 2860 | Berman & Todderud | | |
| 2067 | Centerview Partners | | |
| 2926 | Coblentz, Patch, Duffy & Bass | | |
| 1683 | Cravath, Swaine & Moore | 8/23/2019 | 3683 |
| 3190 | Deloitte & Touche LLP | | |
| 1977 | Development Specialists, Inc. | | |
| 2253 | Epiq Corporate Restructuring | | |
| 2252 | FTI Consulting | 7/22/2019 | 3137 |
| 2469 | Groom Law Group | | |
| 1679 | Jenner & Block | 8/8/2019 | 3465 |
| 1306 | Keller 7 Benvenutti | 7/19/2019 | 3099 |
| 2503 | KPMG | 7/15/2019 | 2992 |
| 2229 | Lazard Freres & Co., LLC | | |
| 1976 | Lincoln Partners Advisors, LLC | | |
| 1766 | Milbank | 7/19/2019 | 3107 |
| 2502 | Munger Tolles & Olson | 7/15/2019 | 2996 |
| 2230 | PricewaterhouseCoopers LLP | | |
| 1300 | Prime Clerk | | |
| 1979 | Simpson Thacher & Bartlett | 7/23/2019 | 3157 |
| 1298 | Weil Gotshal | 7/15/2019 | 2988 |
| 3856 | Willis Towers Watson | | |