# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Ref. Docket Nos. 3890 and 3891 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 Through June 30, 2019," dated September 13, 2019 [Docket No. 3890], (the "FTI Fee Statement"), and

    b. "Certificate of No Objection Regarding Fifth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 Through June 30, 2019," filed on September 13, 2019 [Docket No. 3891], (the "CNO"),

by causing true and correct copies of the:

    i. FTI Fee Statement, and CNO, to be enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, on September 13, 2019,

    ii. FTI Fee Statement, and CNO, to be delivered via electronic mail to those parties listed on the attached <u>Exhibit B</u>, on September 13, 2019, and

    iii. CNO, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on September 16, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Wing Chan*
                                                  Wing Chan

Sworn to before me this
19th day of September, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES CA 90067

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: PRESIDENT OR GENERAL COUNSEL
77 BEALE STREET
P.O. BOX 77000
SAN FRANCISCO CA 94177

WEIL, GOTSHAL & MANGES LLP
COUNSEL TO DEBTOR
ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN
767 FIFTH AVENUE
NEW YORK NY 10153-0119

FEE EXAMINER
ATTN: BRUCE A. MARKELL
541 N. FAIRBANKS CT., SUITE 2200
CHICAGO, IL 60611-3710

# EXHIBIT B

PG&E CORPORATION – Case No. 19-30088
Electronic Mail Additional Parties

bamexampge@gmail.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com