**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR SEPTEMBER 24, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: September 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
SEPTEMBER 24, 2019, 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTER GOING FORWARD*

1. **Lease Assumption Motion**: Fifth Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases [**Dkt. 3726**].

   Response Deadline: September 10, 2019, at 4:00 p.m. (Pacific Time), except for the United States of America, for whom the response deadline was extended to September 18, 2019 at 12:00 p.m. (Pacific Time), and the California State Lands Commission and the California Department of Forestry and Fire Protection, for whom the response deadline was extended to September 13, 2019 at 4:00 p.m. (Pacific Time) by stipulation.

   Responses Filed:

   A. Reservation of Rights of Realty Income Corporation to the Debtors' Motion Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases [**Dkt. 3859**].

   Related Documents:

   B. Declaration of Mark Redford in Support of Lease Assumption Motion [**Dkt. 3727**].

   C. Declaration of Andrew K. Williams in Support of Lease Assumption Motion [**Dkt. 3728**].

   Status: This matter is going forward on an uncontested basis.

*STATUS CONFERENCE*

2. **Debtors' Chapter 11 Plan**: *Debtors' Joint Chapter 11 Plan of Reorganization* [**Dkt. 3841**].

   Responses Filed:

   A. Status Conference Statement of the Official Committee of Tort Claimants [**Dkt. 3931**].

   B. Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3940**].

   C. Status Conference Statement by TURN and Joinder in Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankuptcy Code [**Dkt. 3946**].

D. Reply of the Ad Hoc Group of Subrogation Claim Holders to the Status Conference Statement of the Official Committee of Tort Claimants [**Dkt. 3961**].

E. Notice of Filing of Amended and Restated Commitment Letter of Certain Members of the Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 3962**].

Related Documents:

F. Summary of Key Elements of Debtors' Joint Chapter 11 Plan of Reorganization Dated September 9, 2019 [**Dkt. 3844**].

G. Debtors' First Amended Joint Chapter 11 Plan of Reorganization [**Dkt. 3966**].

H. Notice of Filing of Debtors' First Amended Joint Chapter 11 Plan of Reorganization [**Dkt. 3967**].

Status: Pursuant to Docket Text Order dated August 27, 2019, the Court will hold a status conference regarding the plan.

## RESOLVED MATTERS

3. **Environmental Agreements Assumption Motion**: Fourth Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Environmental Agreements and (II) Granting Related Relief [**Dkt. 3581**].

Response Deadline: September 10, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Margaret A. Pietrasz in Support of Environmental Agreements Assumption Motion [**Dkt. 3582**].

B. Request for Entry of Default Regarding Fourth Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order (I) Approving Assumption of Environmental Agreements and (II) Granting Related Relief [**Dkt. 3886**].

C. Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 (I) Approving Assumption of Environmental Agreements and (II) Granting Related Relief [**Dkt. 3897**].

Status: This matter has been resolved and has been taken off calendar.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. **Dundon Advisers Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Dundon Advisers LLC as a Financial Adviser *Nunc Pro Tunc* from March 1, 2019 to April 29, 2019 [**Dkt. 3667**].

Response Deadline: September 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Matthew J. Dundon in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Dundon Advisers LLC as a Financial Adviser *Nunc Pro Tunc* from March 1, 2019 to April 29, 2019 [**Dkt. 3668**].

Status: This matter has been resolved by September 18, 2019 docket text order and dropped from the calendar.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 23, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
 Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*