GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS & ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> \* All papers shall be filed in Lead Case No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2019, THROUGH JUNE 30, 2019** <br><br> [Re: Dkt. No. 3765] <br><br> **Objection Deadline:** September 20, 2019 at 4:00 p.m. (Pacific Time) |

On August 30, 2019, Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Fifth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2019 through June 30, 2019* [Dkt. No. 3765] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

On August 30, 2019, the Monthly Fee Statement was served as described in the Certificate of Service of Jamie B. Herszaft (filed September 5, 2019) [Dkt. No. 3817]. The deadline to file responses or oppositions to the Monthly Fee Statement was September 20, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the total fees and one hundred percent (100%) of the total expenses reflected in, and as requested under, the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant hereby is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28, U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner at the firm of Coblentz Patch Duffy & Bass LLP, special counsel to the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and no response or opposition to the Monthly Fee Statement has been filed, and that I have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in San Francisco, California.

DATED: September 23, 2019	COBLENTZ PATCH DUFFY & BASS LLP

By:    */s/ Gregg M. Ficks*
      Gregg M. Ficks
      Special Counsel to Debtors
      and Debtors in Possession

## Exhibit A

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period; Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback of Total Fees Requested |
|---|---|---|---|---|---|---|---|
| Coblentz Patch Duffy & Bass LLP | 06/01/19 – 06/30/19; 08/30/19; [Dkt. No. 3765] | $148,515.80 | $1,256.60 | 09/20/19 | $118,812.64 | $1,256.60 | $29,703.16 |

16213.101 4821-4556-2786.1

| | |
|---|---|
| 1 | **NOTICE PARTIES** |
| 2 | |
| 3 | PG&E Corporation |
|   | c/o Pacific Gas & Electric Company |
| 4 | 77 Beale Street |
|   | San Francisco, CA 94105 |
| 5 | Attn:  Janet Loduca, Esq. |
| 6 | Keller & Benvenutti LLP |
|   | 650 California Street, Suite 1900 |
| 7 | San Francisco, CA 94108 |
|   | Attn:  Tobias S. Keller, Esq. |
| 8 |        Jane Kim, Esq. |
| 9 | Weil, Gotshal & Manges LLP |
|   | 767 Fifth Avenue |
| 10 | New York, NY 10153-0019 |
|    | Attn:  Stephen Karotkin, Esq. |
| 11 |        Jessica Liou, Esq. |
|    |        Matthew Goren, Esq. |
| 12 | |
|    | The Office of the United States Trustee for Region 17 |
| 13 | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
|    | San Francisco, CA 94102 |
| 14 | Attn:  James L. Snyder, Esq. |
|    |        Timothy Laffredi, Esq. |
| 15 | |
|    | Milbank LLP |
| 16 | 55 Hudson Yards |
|    | New York, NY 10001-2163 |
| 17 | Attn:  Dennis F. Dunne, Esq. |
|    |        Sam A Kahlil, Esq. |
| 18 | |
|    | Milbank LLP |
| 19 | 2029 Century Park East, 33rd Floor |
|    | Los Angeles, CA 90067 |
| 20 | Attn:  Paul S. Aronzon, Esq. |
|    |        Gregory A. Bray, Esq. |
| 21 |        Thomas R. Kreller, Esq. |
| 22 | Baker & Hostetler LLP |
|    | 11601 Wilshire Blvd, Suite 1400 |
| 23 | Los Angeles, CA 90025-0509 |
|    | Attn:  Eric E. Sagerman, Esq. |
| 24 |        Lauren T. Attard, Esq. |
| 25 | Bruce A. Markell |
|    | Fee Examiner |
| 26 | 541 N. Fairbanks Court, Suite 2200 |
|    | Chicago, IL 60611-3710 |
| 27 | |
| 28 | |

16213.101 4821-4556-2786.1

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Scott H. McNutt
324 Warren Road
San Mateo, CA  94401

16213.101 4821-4556-2786.1