Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

Attorneys for The Baupost Group, L.L.C.,
as the managing general partner and/or investment
manager of certain entities

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**JOINDER IN REPLY OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO THE STATUS CONFERENCE STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS**<br><br>Date: September 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Baupost Group, L.L.C., as the general partner and/or investment manager for certain entities ("Baupost") hereby submits this Joinder (the "Joinder") in the *Reply of the Ad Hoc Group of Subrogation Claim Holders to the Status Conference Statement of the Official Committee of Tort Claimants* (the "Subrogation Group Reply") [Docket No. 3961]. Baupost is a substantial creditor of

1

these estates, is a major holder of insurance subrogation claims and is a member of the Steering Committee of the Ad Hoc Group of Subrogation Claim Holders (the "Ad Hoc Subrogation Group").[1]

The Subrogation Group Reply explains why the arguments concerning California's made-whole rule presented by the Official Committee of Tort Claimants (the "TCC") in its "Status Conference Statement" [Docket No. 3931] ("TCC Statement") are both speculative and premature. *See* Subrogation Group Reply at 2-5. The objective of these cases, which Baupost fully supports, is to make individual wildfire victims whole for their losses. The TCC's made-whole arguments are only relevant to a scenario in which these cases fail to accomplish that important objective.

Even addressed to such a hypothetical scenario, the TCC's arguments reflect a fundamental misunderstanding of the made-whole rule. Contrary to what the TCC suggests, the made-whole rule would *never* operate to categorically subordinate the claims of all members of the Ad Hoc Subrogation Group to the claims of all individual wildfire victims (assuming, *arguendo*, that the made-whole rule would ever support the subordination of even individual subrogation claims within the context of a Chapter 11 plan). Where the made-whole rule is concerned, "'[an] insurer's obligation runs to its insured, and then only to the extent of the policy limits.'" *Chandler v. State Farm Mut. Auto. Ins. Co.*, 598 F.3d 1115, 1119 (9th Cir. 2010) (quoting *Winkelmann v. Excelsior Ins. Co.*, 85 N.Y.2d 577 (1995)). The insured's right to be made whole does not cross claims, insureds, insurers, or fires. As the TCC appears to acknowledge, made-whole refers to an obligation of an *individual* property insurer to its *individual* insured, and applies only as to the insurer's subrogation claim arising from payments to that insured. *See* TCC Statement at 4.

---

[1] As set forth in the *Third Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019*, Baupost also holds 24,500,000 shares of PG&E Corporation Common Stock and $850,000.00 in other unsecured wildfire-related claims.

2

| | | |
|---|---|---|
| Dated: September 23, 2019 | | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Debra I. Grassgreen*
Isaac M. Pachulski
Debra I. Grassgreen

- and -

Eric Seiler
FRIEDMAN KAPLAN SEILER
AND ADELMAN LLP

*Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities*

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On September 23, 2019, I caused to be served the following documents in the manner stated below:

*Joinder in Reply of the Ad Hoc Group of Subrogation Claim Holders to the Status Conference Statement of the Official Committee of Tort Claimants*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>I caused to be served the above-described document U.S. First class mail pursuant to the procedures set forth above. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 23, 2019 at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## 1. SERVICE VIA NEF

| | |
|---|---|
| Elliot Adler eadler@theadlerfirm.com, bzummer@theadlerfirm.com | Ameneh Maria Bordi ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com |
| Annadel A. Almendras annadel.almendras@doj.ca.gov | Peter R. Boutin peter.boutin@kyl.com, lara.joel@kyl.com |
| Monique D. Almy malmy@crowell.com | Erin N. Brady enbrady@jonesday.com |
| Dana M. Andreoli dandreoli@steyerlaw.com, pspencer@steyerlaw.com | Michael D. Breslauer mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| Anne Andrews aa@andrewsthornton.com, aandrews@andrewsthornton.com | W. Steven Bryant , molly.batiste-debose@lockelord.com |
| Richard L. Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com | Chane Buck cbuck@jonesday.com |
| Tyson Arbuthnot tarbuthnot@rjo.com, jyeung@rjo.com | Elizabeth J. Cabraser ecabraser@lchb.com, awolf@lchb.com |
| Lauren T. Attard lattard@bakerlaw.com, agrosso@bakerlaw.com | Anthony P. Cali anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com | Peter C. Califano pcalifano@cwclaw.com |
| Todd M. Bailey Todd.Bailey@ftb.ca.gov | Steven M. Campora scampora@dbbwc.com, nlechuga@dbbwc.com |
| Kathryn E. Barrett keb@svlg.com, amt@svlg.com | Leah E. Capritta leah.capritta@hklaw.com, lori.labash@hklaw.com |
| Chris Bator cbator@bakerlaw.com, jmcguigan@bakerlaw.com | Katherine Rose Catanese kcatanese@foley.com |
| Ronald S. Beacher rbeacher@pryorcashman.com | Jennifer Machlin Cecil JCecil@winston.com, ECF_SF@winston.com |
| Hagop T. Bedoyan hbedoyan@kleinlaw.com, ecf@kleinlaw.com | Karen J. Chedister kchedister@h-jlaw.com |
| Andrew David Behlmann abehlmann@lowenstein.com, elawler@lowenstein.com | Christina Lin Chen christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| James C. Behrens jbehrens@milbank.com, mkoch@milbank.com | Richard A. Chesley richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| Jacob Taylor Beiswenger jbeiswenger@omm.com, llattin@omm.com | Shawn M. Christianson schristianson@buchalter.com |
| Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com | Robert N.H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Robert Berens rberens@smtdlaw.com, sr@smtdlaw.com | Alicia Clough aclough@loeb.com |
| Heinz Binder heinz@bindermalter.com | John B. Coffman john@johncoffman.net |
| Neil Jon Bloomfield njbloomfield@njblaw.com, gklump@njblaw.com | Kevin G. Collins kevin.collins@btlaw.com |
| Jason Blumberg jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV | Manuel Corrales mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| | Donald H. Cram dhc@severson.com |

| | | |
|---|---|---|
| 1 | Ashley Vinson Crawford avcrawford@akingump.com, dkrasa-berstell@akingump.com | Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 2 | | |
| 3 | John Cumming    jcumming@dir.ca.gov | Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com |
| 4 | J. Russell Cunningham rcunningham@dnlc.net, emehr@dnlc.net | Michael Eggenberger meggenberger@piercebainbridge.com, gchang@piercebainbridge.com |
| 5 | Keith J. Cunningham    , rkelley@pierceatwood.com | |
| 6 | Keith J. Cunningham kcunningham@pierceatwood.com, rkelley@pierceatwood.com | Joseph A. Eisenberg    JAE1900@yahoo.com |
| 7 | | Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 8 | James D. Curran jcurran@wolkincurran.com, dstorms@wolkincurran.com | David Emerzian david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com |
| 9 | Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org | G. Larry Engel    larry@engeladvice.com |
| 10 | | Krista M. Enns    kenns@beneschlaw.com |
| 11 | Jonathan S. Dabbieri dabbieri@sullivanhill.com, bkstaff@sullivanhill.com | Joseph M. Esmont    jesmont@bakerlaw.com |
| 12 | | Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com. |
| 13 | Nicolas De Lancie    ndelancie@jmbm.com | |
| 14 | Judith A. Descalso    , jad_9193@ecf.courtdrive.com | Richard W. Esterkin richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 15 | Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com | Michael S. Etkin    metkin@lowenstein.com |
| 16 | Kathryn S. Diemer kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com | Jacob M. Faircloth jacob.faircloth@smolsonlaw.com |
| 17 | | Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net |
| 18 | John P. Dillman houston_bankruptcy@publicans.com | Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net |
| 19 | Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com | Matthew A. Feldman    mfeldman@willkie.com |
| 20 | Jennifer V. Doran    jdoran@hinckleyallen.com | Mark E. Felger    mfelger@cozen.com |
| 21 | Dustin M. Dow    ddow@bakerlaw.com, mcguigan@bakerlaw.com | James J. Ficenec James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| 22 | Jamie P. Dreher jdreher@downeybrand.com | John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| 23 | Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov | Kimberly S. Fineman kfineman@nutihart.com, nwhite@nutihart.com |
| 24 | Cecily Ann Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com | Stephen D. Finestone sfinestone@fhlawllp.com |
| 25 | | Timothy M. Flaherty    tflaherty@mpplaw.com |
| 26 | Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com | Daniel I. Forman    dforman@willkie.com |
| 27 | Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com | Jonathan Forstot jonathan.forstot@troutman.com, john.murphy@troutman.com |
| 28 | | |

| | | |
|---|---|---|
| 1 | Jonathan Forstot, john.murphy@troutman.com | Richard H. Golubow rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 2 | Matthew Hampton Foushee hampton.foushee@hoganlovells.com, hfoushee@gmail.com | Michael J. Gomez mgomez@frandzel.com, dmoore@frandzel.com |
| 3 | Carolyn Frederick cfrederick@prklaw.com | Michael W. Goodin mgoodin@clausen.com, mgenova@clausen.com |
| 4 | Peter Friedman pfriedman@omm.com | Eric R. Goodman egoodman@bakerlaw.com |
| 5 | Roger F. Friedman rfriedman@rutan.com, csolorzano@rutan.com | Mark A. Gorton mgorton@boutinjones.com, cdomingo@boutininc.com |
| 6 | Xiyi Fu jackie.fu@lockelord.com, taylor.warren@lockelord.com | Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com |
| 7 | Lars H. Fuller lfuller@bakerlaw.com | Michael I. Gottfried mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| 8 | Larry W. Gabriel lgabriel@bg.law, nfields@bg.law | Louis Gottlieb Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 9 | Gregg M. Galardi gregg.galardi@ropesgray.com | Eric A. Grasberger eric.grasberger@stoel.com, docketclerk@stoel.com |
| 10 | Richard L. Gallagher richard.gallagher@ropesgray.com | Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 11 | Craig Solomon Ganz ganzc@ballardspahr.com, hartt@ballardspahr.com | Eric A. Gravink eric@rhrc.net |
| 12 | Oscar Garza ogarza@gibsondunn.com | Elizabeth A. Green egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| 13 | Paul R. Gaus paul.gaus@mccormickbarstow.com | Stuart G. Gross sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 14 | Duane M. Geck dmg@severson.com | Elizabeth M. Guffy eguffy@lockelord.com, autodocket@lockelord.com |
| 15 | Evelina Gentry evelina.gentry@akerman.com, rob.diwa@akerman.com | Cameron Gulden cameron.m.gulden@usdoj.gov |
| 16 | Janet D. Gertz jgertz@btlaw.com, amattingly@btlaw.com | Laurie Hager lhager@sussmanshank.com |
| 17 | Barry S. Glaser bglaser@swesq.com | Oren Buchanan Haker oren.haker@stoel.com, rene.alvin@stoel.com |
| 18 | Paul R. Glassman glassmanp@gtlaw.com | Kristopher M. Hansen dmohamed@stroock.com, mmagzamen@stroock.com |
| 19 | Gabriel I. Glazer gglazer@pszjlaw.com | Robert G. Harris rob@bindermalter.com |
| 20 | Gabrielle Glemann gabrielle.glemann@stoel.com, rene.alvin@stoel.com | Christopher H. Hart chart@nutihart.com, nwhite@nutihart.com |
| 21 | Matthew A. Gold courts@argopartners.net | Bryan L. Hawkins bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 22 | Eric D. Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com | Christopher V. Hawkins hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 23 | Amy L. Goldman goldman@lbbslaw.com | |
| 24 | Eric S. Goldstein egoldstein@goodwin.com | |
| 25 | Rhonda Stewart Goldstein Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu | |

| | | |
|---|---|---|
| 1 | Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| 2 | | Robert A. Julian    rjulian@bakerlaw.com |
| 3 | Jennifer C. Hayes    jhayes@fhlawllp.com | George H. Kalikman  gkalikman@schnader.com, sdavenport@schnader.com |
| 4 | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com | |
| 5 | Cristina A. Henriquez  chenriquez@mayerbrown.com | Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com |
| 6 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com | Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| 7 | Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com | Robert B. Kaplan    rbk@jmbm.com |
| 8 | | Eve H. Karasik    ehk@lnbyb.com |
| 9 | James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com | Elyssa S. Kates    ekates@bakerlaw.com |
| 10 | Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com | Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 11 | David Holtzman  david.holtzman@hklaw.com | William M. Kaufman    wkaufman@smwb.com |
| 12 | Alexandra S. Horwitz  allie.horwitz@dinsmore.com | Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| 13 | Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com | Tobias S. Keller  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| 14 | | Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| 15 | Shane Huang    shane.huang@usdoj.gov | Gerald P. Kennedy  gerald.kennedy@procopio.com, angela.stevens@procopio.com |
| 16 | Brian D. Huben    hubenb@ballardspahr.com | |
| 17 | Jonathan Hughes    , jane.rustice@aporter.com | Erica L. Kerman    ekerman@willkie.com |
| 18 | Michael A. Isaacs  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com | Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 19 | Mark V. Isola    mvi@sbj-law.com | Samuel M. Kidder    skidder@ktbslaw.com |
| 20 | J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 21 | J. Eric Ivester    , Andrea.Bates@skadden.com | Jane Kim    jkim@kellerbenvenutti.com |
| 22 | Ivan C. Jen    ivan@icjenlaw.com | Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| 23 | Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com | Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 24 | | Thomas F. Koegel    tkoegel@crowell.com |
| 25 | James O. Johnston  jjohnston@jonesday.com | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 26 | Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com | Alan W. Kornberg    , akornberg@paulweiss.com |
| 27 | | Bernard Kornberg    bjk@severson.com |
| 28 | Andrew Jones    andrew@ajoneslaw.com | David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |

| | | |
|---|---|---|
| 1 | Lauren Kramer    lkramer@rjo.com, mriney@rjo.com | Dara Levinson Silveira dsilveira@kellerbenvenutti.com |
| 2 | Jeffrey C. Krause jkrause@gibsondunn.com, psantos@gibsondunn.com | Alexander James Demitro Lewicki kdiemer@diemerwei.com, alewicki@diemerwei.com |
| 3 | Thomas R. Kreller    tkreller@milbank.com | William S. Lisa    , jcaruso@nixonpeabody.com |
| 4 | Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com | William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 5 | Hannah C. Kreuser hkreuser@porterlaw.com, ooberg@porterlaw.com | Jonathan A. Loeb    jon.loeb@bingham.com |
| 6 | Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com | John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 7 | Robert T. Kugler    robert.kugler@stinson.com | Jane Luciano    jane-luciano@comcast.net |
| 8 | Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov | Kerri Lyman    klyman@irell.com, lgauthier@irell.com |
| 9 | Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com | John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 10 | Timothy S. Laffredi timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov | Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| 11 | Richard A. Lapping rich@trodellalapping.com | Tracy L. Mainguy tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 12 | Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com | Samuel R. Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| 13 | Michael Lauter mlauter@sheppardmullin.com | Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 14 | Kenneth T. Law    klaw@bbslaw.com | Katharine Malone    malonek@gtlaw.com, knightj@gtlaw.com |
| 15 | Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com | Liam K. Malone    malone@oles.com, shahin@oles.com |
| 16 | Andrew Michael Leblanc ALeblanc@milbank.com | Michael W. Malter michael@bindermalter.com |
| 17 | Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com | Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| 18 | Edward J. Leen    eleen@mkbllp.com | Geoffrey E. Marr    gemarr59@hotmail.com |
| 19 | Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com | Richard A. Marshack rmarshack@marshackhays.com, lbuchanan@marshackhays.com |
| 20 | Bryn G. Letsch    bletsch@braytonlaw.com | Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| 21 | David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com | Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com |
| 22 | Andrew H. Levin    alevin@wcghlaw.com | David P. Matthews jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 23 | David Levine    dnl@groom.com | |
| 24 | Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| 1 | Patrick C. Maxcy patrick.maxcy@snrdenton.com | Candace J. Morey    cjm@cpuc.ca.gov |
| 2 | Benjamin P. McCallen bmccallen@willkie.com | Courtney L. Morgan morgan.courtney@pbgc.gov |
| 3 | Thomas E. McCurnin tmccurnin@bkolaw.com, kescano@bkolaw.com | Joshua D. Morse Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| 4 | | |
| 5 | Hugh M. McDonald hugh.mcdonald@troutman.com, john.murphy@troutman.com | Thomas G. Mouzes tmouzes@boutinjones.com, cdomingo@boutininc.com |
| 6 | | |
| 7 | Hugh M. McDonald    , john.murphy@troutman.com | Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 8 | C. Luckey McDowell Luckey.McDowell@Shearman.com | Michael S. Myers myersms@ballardspahr.com, hartt@ballardspahr.com |
| 9 | Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com | Alan I. Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| 10 | Thomas Melone Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com | |
| 11 | | David L. Neale    dln@lnbrb.com |
| 12 | Peter Meringolo    peter@pmrklaw.com | David L. Neale    dln@lnbyb.com |
| 13 | Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com | David Neier    dneier@winston.com |
| | | Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 14 | Joshua M. Mester    jmester@jonesday.com | Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com |
| 15 | Matthew D. Metzger belvederelegalecf@gmail.com | Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 16 | Randy Michelson randy.michelson@michelsonlawgroup.com | Mario R. Nicholas mario.nicholas@stoel.com, cherie.clark@stoel.com |
| 17 | Joseph G. Minias    jminias@willkie.com | |
| 18 | M. David Minnick dminnick@pillsburylaw.com, docket@pillsburylaw.com | Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| 19 | Nancy Mitchell    nmitchell@omm.com | Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 20 | Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com | Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| 21 | | |
| 22 | John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com | Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov |
| 23 | Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com | Matthew Jon Olson    matt@macfern.com, ecf@macfern.com |
| 24 | Kevin Montee kmontee@monteeassociates.com | Steven M. Olson    smo@smolsonlaw.com |
| 25 | David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com | Aram Ordubegian Ordubegian.Aram@ArentFox.com |
| 26 | | Gabriel Ozel    , gabeozel@gmail.com |
| 27 | Diane Marger Moore dmargermoore@baumhedlundlaw.com | Gabriel Ozel    gozel@nuvasive.com, gabeozel@gmail.com |
| 28 | Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com | Margarita Padilla Margarita.Padilla@doj.ca.gov |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| 1 | Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com | Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| 2 | Donna Taylor Parkinson donna@parkinsonphinney.com | Paul F. Ready smeyer@farmerandready.com |
| 3 | Peter S. Partee    , candonian@huntonak.com | Caroline A. Reckler caroline.reckler@lw.com |
| 4 | Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com | David M. Reeder    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com |
| 5 | Kenneth Pasquale    , mlaskowski@stroock.com | |
| 6 | Jennifer Pastarnack jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com | Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 7 | | Jeffrey M. Reisner    jreisner@irell.com |
| 8 | Charles Scott Penner penner@carneylaw.com, caragol@carneylaw.com | Jack A. Reitman   , srichmond@lgbfirm.com |
| 9 | | Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 10 | Valerie Bantner Peo vbantnerpeo@buchalter.com | Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 11 | Danielle A. Pham    danielle.pham@usdoj.gov | |
| 12 | Thomas R. Phinney tom@parkinsonphinney.com | David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| 13 | R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com | Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 14 | | Lacey E. Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 15 | M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com | |
| 16 | Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com | Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com |
| 17 | Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM | Julie H. Rome-Banks julie@bindermalter.com |
| 18 | | |
| 19 | Mark D. Plevin    mplevin@crowell.com | Jorian L. Rose    jrose@bakerlaw.com |
| | Steven G. Polard    spolard@eisnerlaw.com | Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| 20 | Mark D. Poniatowski    ponlaw@ponlaw.com | |
| 21 | William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com | Allan Robert Rosin    arrosin@alr-law.com |
| 22 | Christopher E. Prince cprince@lesnickprince.com | Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| 23 | Douglas B. Provencher    dbp@provlaw.com | Gregory A. Rougeau grougeau@brlawsf.com |
| 24 | Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com | Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| 25 | Amy C. Quartarolo    amy.quartarolo@lw.com | |
| 26 | Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com | Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 27 | Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com | Thomas B. Rupp trupp@kellerbenvenutti.com |
| 28 | | |

| | | |
|---|---|---|
| 1 | Eric E. Sagerman esagerman@bakerlaw.com, pgedocket@bakerlaw.com | Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 2 | | Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 3 | Robert Sahyan rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com | Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| 4 | Jonathan C. Sanders    jsanders@stblaw.com | Randye B. Soref    rsoref@polsinelli.com |
| 5 | Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com | Bennett L. Spiegel    blspiegel@jonesday.com |
| 6 | | Michael St. James    ecf@stjames-law.com |
| 7 | Lovee Sarenas Lovee.sarenas@lewisbrisbois.com | Howard J. Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 8 | Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com | Harriet A. Steiner harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 9 | Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com | Lillian G. Stenfeldt lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 10 | Sblend A. Sblendorio    sas@hogefenton.com | |
| 11 | Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com | Lillian G. Stenfeldt lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| 12 | Daren M Schlecter daren@schlecterlaw.com, info@schlecterlaw.com | Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 13 | | |
| 14 | Bradley R. Schneider bradley.schneider@mto.com | David M. Stern    dstern@ktbslaw.com |
| 15 | Harvey S. Schochet Harveyschochet@dwt.com | Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com |
| 16 | Lisa Schweitzer    lschweitzer@cgsh.com | Rebecca Suarez    rsuarez@crowell.com |
| 17 | Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com | Brad T. Summers summerst@lanepowell.com, docketing-pdx@lanepowell.com |
| 18 | David B. Shemano    dshemano@pwkllp.com | Kristine Theodesia Takvoryan ktakvoryan@ckrlaw.com |
| 19 | Leonard M. Shulman    lshulman@shbllp.com | |
| 20 | Andrew I. Silfen andrew.silfen@arentfox.com | Kesha Tanabe    kesha@tanabelaw.com |
| 21 | Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com | Elizabeth Lee Thompson ethompson@stites.com, docketclerk@stites.com |
| 22 | Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com | John C. Thornton jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 23 | Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com | Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com |
| 24 | Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com | |
| 25 | Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com | Edward J. Tredinnick etredinnick@greeneradovsky.com |
| 26 | | Matthew Jordan Troy matthew.troy@usdoj.gov |
| 27 | Jennifer N. Slocum jennifer.slocum@stoel.com, docketclerk@stoel.com | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Andrew Van Ornum avanornum@vlmglaw.com, hchea@vlmglaw.com | Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| 2 | | |
| 3 | Shmuel Vasser shmuel.vasser@dechert.com, brett.stone@dechert.com | Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 4 | Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com | David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 5 | Marta Villacorta    marta.villacorta@usdoj.gov | Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| 6 | John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com | Risa Lynn Wolf-Smith rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 7 | | |
| 8 | Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com | Douglas Wolfe    dwolfe@asmcapital.com |
| 9 | Riley C. Walter    ecf@W2LG.com | Catherine E. Woltering cwoltering@bakerlaw.com |
| 10 | Phillip K. Wang    phillip.wang@rimonlaw.com | Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| 11 | Philip S. Warden philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com | Christopher Kwan Shek Wong christopher.wong@arentfox.com |
| 12 | Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com | Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| 13 | | |
| 14 | Genevieve G. Weiner gweiner@gibsondunn.com | Antonio Yanez    ayanez@willkie.com |
| 15 | Rebecca Weissman rebecca.weissman@dechert.com | Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
| 16 | Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com | Andrew Yaphe andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 17 | David Walter Wessel DWessel@efronlawfirm.com, hporter@chdlawyers.com | Tacie H. Yoon    tyoon@crowell.com |
| 18 | | Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 19 | Joseph West    westjoseph@earthlink.net, josephw998@gmail.com | Paul H. Zumbro    mao@cravath.com |
| 20 | Drew M. Widders dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com | Brittany Zummer bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 21 | | Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |
| 22 | Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com | |