**EXHIBIT 1-2**
**Redline Comparison**

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2 WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
3 (stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
4 (ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
5 (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
6 (matthew.goren@weil.com)
767 Fifth Avenue
7 New York, NY 10153-0119
Tel: 212 310 8000
8 Fax: 212 310 8007

9

10 KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
11 (tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
12 (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
13 San Francisco, CA 94108
Tel: 415 496 6723
14 Fax: 650 636 9251

15
*Attorneys for Debtors*
16 *and Debtors in Possession*

17 **UNITED STATES BANKRUPTCY COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**
19

20 **In re:**

21 **PG&E CORPORATION**

22 **- and -**

23 **PACIFIC GAS AND ELECTRIC COMPANY,**

24 **Debtors.**

25 ☐ Affects PG&E Corporation

26 ☐ Affects Pacific Gas and Electric Company

27 ☑ Affects both Debtors

28 * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**[PROPOSED] ORDER PURSUANT TO 11 U.S.C § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 APPROVING ASSUMPTION OF CERTAIN REAL PROPERTY LEASES**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Upon the Motion, dated August 27, 2019 (the "**Motion**"),[1] of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to section 365(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 6006-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for an order approving the Debtors' assumption of ~~the~~certain Real Property Leases ~~with the Lessors identified in **Exhibit B** to the Motion~~, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Wells Declaration (as amended on February 2, 2019 [Docket No. 263]), the Redford Declaration, ~~and~~ the Williams Declaration, and the response filed to the Motion [Docket No. 3859]; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion reflects the sound business judgment of the Debtors and is in the best interests of the Debtors, its estate, creditors, shareholders, and all parties in interest; and upon the record of the hearing and all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as provided herein.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

2. Pursuant to section 365 of the Bankruptcy Code, the Debtors' assumption of the Real Property Leases in **Schedule 1** annexed to this Order is hereby approved, effective as of the date of entry of this Order.

3. Assumption of the Real Property Leases shall be effective notwithstanding a dispute over the proposed Cure Payment or payment to remove a Lien. The Debtors are authorized to and shall (i) promptly pay any Cure Payments as soon as practicable after assumption of the Real Property Leases, and (ii) remove any Liens on the Leased Properties (including, if necessary, by payments to the holders of Liens as authorized by the Lien Order). Any disputed Cure Payment or payment to remove a Lien must be paid promptly after the earlier of ~~the date~~ (a) the date on which the Debtors and the applicable Lessor agree to such amounts and (b) in the event the parties cannot agree to such amounts, the date such amounts are specified in a final and non-appealable order entered by this Court ~~determining such amounts~~.

4. Following the payment of the Cure Payment and the removal of the Liens, the non-debtor parties to the Real Property Leases shall be forever barred, estopped, and permanently enjoined from asserting against the Debtors, their successors or assigns, or the property of any of them, any default existing under the Real Property Leases as of the date hereof.

5. Nothing in the Motion or this Order, nor as a result of any payment made pursuant to this Order, shall impair, prejudice, waive or otherwise affect the rights of the Debtors and their estates to subsequently assign any of the Real Property Leases pursuant to, and in accordance with, the requirements of section 365 of the Bankruptcy Code.

6. The Debtors are authorized to file the Motion as an omnibus motion pursuant to Bankruptcy Rule 6006(e), and the limitation on the Motion seeking assumption of no more than 100 executory contracts or unexpired leases in Bankruptcy Rule 6006(f)(6) is waived.

7. The Debtors are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, and documents, and to take any and all actions reasonably necessary or appropriate to perform under the Real Property Leases.

8. The Debtors are authorized to take all steps necessary or appropriate to carry out this

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Order.

9.     This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\* END OF ORDER \*\***

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# SCHEDULE 1

[As Per Exhibit B]

Table B-1: Real Property Leases managed by the Debtors' Corporate Real Estate Strategy & Services Department ("**CRESS**")

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| 1. | 1415 Meridian Plaza Investors LP | Standard Form Office Lease dated April 3, 2003, as amended on August 8, 2011 and April 25, 2016 | 1415 "L" Street, Suite 280, Sacramento, California | $~~944.00~~429.20 | Yes |
| 2. | Concord Jet Services, Inc. | Sublease Agreement dated July 23, 2018 as amended on September 4, 2018 | 1448 Sally Ride Drive, Concord, California | $0.00 | Yes |
| 3. | DCPII-SAC-3065 Gold Camp Drive, LLC | Turn Key Datacenter Lease dated May 8, 2012, incorporating the Office Space Rider and POP Room Rider, as amended on May 8, 2012 and August 15, 2012 | 3065 Gold Camp Drive, Rancho Cordova, California | $104,373.00 | Yes |
| 4. | ~~Gwen R. Reynolds and Charles D.~~Charles Reynolds, II, Administrator of the Estate of Gwendolyn R. Reynolds | Commercial Lease Agreement dated September 21, 2012, as amended on August 27, 2019 | 1413 Granite Lane, Modesto, California | $7,726.00 | No |
| 5. | JFG Capitola-Winfield Partners | Lease Agreement dated March 4, 2008 as amended on July 1, 2010, August 18, 2011 and September 12, 2018 | 1955 41st Avenue, Bldg B-2, Capitola, California | $0.00 | Yes |
| 6. | John D. Souza and Wilma Y. Souza, Trustees of the John D. and Wilma Y. Souza Revocable Trust 2005 dated February 2, 2005 | Office Lease dated November 26, 1996, as amended on March 13, 2017 and June 18, 2019 | 3185 M Street, Merced, California | $0.00 | Yes |
| 7. | Laier and Kantock | Lease Agreement dated October 31, 2002 as amended on June 1, 2003, September 1, 2004, February 10, 2010, October 15, 2010, and May 1, 2013 | 1070 Airport Blvd, Santa Rosa, California | $0.00 | No |
| 8. | Laier and Kantock | Letter Agreement dated April 17, 2018 | 1070 Airport Blvd, Santa Rosa, California | $0.00 | No |
| 9. | Leo Gonzales | Warehouse/ Covered Carport/Office Space Lease dated October 25, 2012, as amended on December 11, 2013, April 4, 2016 and February 1, 2019 | 13410 S. Henderson Road, Caruthers, California | $0.00 | No |
| 10. | Moffett 259, LLC | Lease Agreement dated July 16, 2013, as amended on January 28, 2015 | 90 W. Ashlan Avenue, Suite 110, Clovis, California | $4,802.00 | No |
| 11. | Piedmont Hawthorn Aviation, LLC d/b/a Signature Flight Support | Sub-License Agreement dated September 1, 2010 | 7843 Old Earhart Rd., Hangar L-810A, Oakland, California | $0.00 | No |
| 12. | Realty Income Properties 15, LLC | Lease Agreement dated December 1, 1983, as amended on August 15, 1990 and February 28, 2013 | 425 Beck Avenue, Fairfield, California | $0.00 | Yes |
| 13. | Salem Venture, LLC | Lease Agreement dated June 10, 2009, as amended on | 310 Salem Street, Chico, | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | August 1, 2014 | California | | |
| 14. | Salem Venture, LLC | Parking Spaces Memorandum dated February 10, 2015 | 310 Salem Street, Chico, California | $0.00 | No |
| 15. | Salem Venture, LLC | Lease Agreement dated July 31, 2012, as amended on August 1, 2014 | 340 Salem Street, Chico, California | $0.00 | No |
| 16. | Salem Venture, LLC | Lease dated July 1, 2005, as amended on October 28, 2010 and August 1, 2014 | 344 Salem Street, Suite 1, Chico, California | $0.00 | No |
| 17. | Salem Venture, LLC | Lease dated September 1, 2004, as amended on April 29, 2005, August 31, 2009, and August 1, 2014 | 346 & 350 Salem Street, Chico, California | $24,284.00 | Yes |
| 18. | Santokh S. Toor and Arpinder K Toor as Trustees for the Santokh S. Toor and Arpinder K Toor 2011 Living Trust and AST Farms, LLC | Unrecorded Lease dated March 9, 1989, as amended on June 25, 1991, May 24, 1994, May 15, 1996, May 18, 1999, July 1, 2002, May 15, 2007, April 4, 2010, March 1, 2014, March 1, 2015, and July 25, 2019 | 151 N. Sunrise Blvd., No. 513, Roseville, California | $0.00 | Yes |
| 19. | Sunset Building Company, LLC | Bishop Ranch Building Lease dated September 25, 2012, as amended on November 30, 2012, April 25, 2013, March 16, 2015, and April 4, 2016 | 6111 Bollinger Canyon Rd., Floors 2, 3, and 4, San Ramon, California | $~~34,570.00~~17,871.94 | No |
| 20. | Sunset Building Company, LLC | Bishop Ranch Building Lease dated March 7, 2012, as amended on February 7, 2013, April 25, 2013, July 20, 2013 and December 7, 2017 | 6121 Bollinger Canyon Rd., San Ramon, California | $~~47,588.00~~58,514.80 | Yes |
| 21. | TRC Industrial Center, LLC | Industrial Real Estate Lease (Single Tenant Facility) dated October 31, 2006, as amended on May 2007, January 31, 2014, and July 2, 2019 | 1175 Nichols Drive, Rocklin, California | $1,119.00 | No |
| 22. | Trimble Land Company, LLC; 8026 Lorraine Avenue Series | Standard Industrial Lease – Multi-Tenant and the First and Second Addendums dated October 13, 2007, as amended on May 1, 2008, November 2009, August 2014, and June 25, 2015 | 8026 Lorraine Avenue, Ste. 206, 207, 208, 211, 212, Stockton, California | $92.00 | No |
| 23. | Wes Bradford Properties, LLC | Parking Agreement dated May 9, 2018 | 2007 Eye Street, Bakersfield, California | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Table B-2: Real Property Leases managed by the Debtors' Land and Environmental Management ("**Land Management**")

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 1. | Alameda County | Telecommunications Agreement / San Leandro Hill | CRPSECLIC4_722503 | $0.00 | No |
| 2. | Alcalde Ranch LLC | Access Road / Alcalde Hill | CRPSECLIC4_763403 | $0.00 | No |
| 3. | American Tower Corporation | Telecommunications Agreement / Bear Mountain / Calaveras | CRPSECLIC4_675303 | $0.00 | No |
| 4. | American Tower Corporation | Telecommunications Agreement / Carson | CRPSECLIC4_757103 | $0.00 | No |
| 5. | American Tower Corporation | Telecommunications Agreement / Double Mountain | CRPSECLIC4_576303 | $0.00 | No |
| 6. | American Tower Corporation | Telecommunications Agreement / Echo Summit | CRPSECLIC4_363403 | $0.00 | No |
| 7. | American Tower Corporation | Telecommunications Agreement / Flash II | CRPSECLIC4_699403 | $0.00 | No |
| 8. | American Tower Corporation | Telecommunications Agreement / Jackson Butte | CRPSECLIC4_5603 | $0.00 | No |
| 9. | American Tower Corporation | Telecommunications Agreement / Loma Prieta Peak | CRPSECLIC4_473203 | $0.00 | No |
| 10. | American Tower Corporation | Telecommunications Agreement / Montara Peak | CRPSECLIC4_504703 | $0.00 | No |
| 11. | American Tower Corporation | Telecommunications Agreement / Mt. Aukum | CRPSECLIC4_756903 | $0.00 | No |
| 12. | American Tower Corporation | Telecommunications Agreement / Panoche Mountain | CRPSECLIC4_756603 | $0.00 | No |
| 13. | American Tower Corporation | Telecommunications Agreement / Placerville | CRPSECLIC4_757303 | $0.00 | No |
| 14. | American Tower Corporation | Telecommunications Agreement / Rocky Ridge | CRPSECLIC4_504603 | $0.00 | No |
| 15. | American Tower Corporation | Telecommunications Agreement / Round Top | CRPSECLIC4_4103 | $0.00 | No |
| 16. | American Tower Corporation | Telecommunications Agreement / San Bruno Mountain | CRPSECLIC4_1103 | $0.00 | No |
| 17. | American Tower Corporation | Telecommunications Agreement / Soledad Peak | CRPSECLIC4_711703 | $0.00 | No |
| 18. | American Tower Corporation | Telecommunications Agreement / Strawberry | CRPSECLIC4_757003 | $0.00 | No |
| 19. | American Tower Corporation | Telecommunications Agreement / | CRPSECLIC4_505703 | $0.00 | No |

Case: 19-30088   Doc# 3973-2   Filed: 09/23/19   Entered: 09/23/19 14:31:27   Page 8 of 29

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | Timber Mountain | | | |
| 20. | American Tower Corporation | Telecommunications Agreement / Whitehall | CRPSECLIC4_757203 | $0.00 | No |
| 21. | Aspen Forest Investment Company, LLC | Cloud Seeding License - Osborne Ridge | CRPSECLIC4_600403 | $0.00 | No |
| 22. | Bank of Stockton, Trustee of the Ann LaRue Matlow Trust | Telecommunications Agreement / Mount Elizabeth | CRPSECLIC4_358003 | $0.00 | No |
| 23. | Bayley Family Trust | Telecommunications Agreement / Mt. Vaca - Bayley | CRPSECLIC4_26503 | $0.00 | No |
| 24. | Bear Communications | Telecommunications Agreement / Bear Mountain(Fresno) | CRPSECLIC4_477403 | $0.00 | No |
| 25. | Beckman Tower | Telecommunications Agreement / Meadow Lakes | CRPSECLIC4_702503 | $0.00 | No |
| 26. | Bill Blas | Telecommunications Agreement / Signal Peak - Summit Communications | CRPSECLIC4_575303 | $0.00 | No |
| 27. | Bivins, Michael | Telecommunications Agreement / Cisco Buttes | CRPSECLIC4_20903 | $0.00 | No |
| 28. | BKS Cambria LLC | Telecommunications Agreement / Cambria AFB | CRPSECLIC4_722103 | $0.00 | No |
| 29. | BLM | Telecommunications Agreement / Telegraph Hill | CRPSECLIC1_04930 | $0.00 | No |
| 30. | BLM | Panoche Mountain (Emergency Power) | CRPSECLIC4_771003 | $0.00 | No |
| 31. | Blue Mountain Minerals PR LLC | Telecommunications Easement / Lime Mountain (Building & Power) | CRPSECLIC4_5203 | $0.00 | No |
| 32. | BNS Electronics, Inc. | Telecommunications Agreement / Santa Ynez Peak | CRPSECLIC4_769603 | $0.00 | No |
| 33. | C & C Equipment Company | Telecommunications Agreement / Big Rock Ridge | CRPSECLIC4_394803 | $0.00 | No |
| 34. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Joaquin Ridge | CRPSECLIC4_5403 | $0.00 | No |
| 35. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Laughlin Ridge (L-0429) | CRPSECLIC4_395203 | $~~0.00~~18,522.00 | No |
| 36. | CAL FIRE, Technical Service, Lands | Mt. Bullion (Access Road & Emerg Power) | CRPSECLIC4_5103 | $0.00 | No |
| 37. | CAL FIRE, Technical Service, Lands | Pine Hill Lookout - DGS | CRPSECLIC4_18803 | $0.00 | No |
| 38. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Telegraph Hill (Access Road) | CRPSECLIC4_46503 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|-----|--------|-----------------------------------|------------------|--------------|------|
| 39. | CAL FIRE, Technical Service, Lands | Telecommunications Agreement / Williams Hill (Calandra) | CRPSECLIC4_466303 | $0.00 | No |
| 40. | California, State of | Camp San Luis Obispo / Seismic Monitoring Station | CRPSECLIC1_04630 | $0.00 | No |
| 41. | California Broadcasting Company | Telecommunications Agreement / Shasta Bally (KRCR) | CRPSECLIC4_28303 | $0.00 | No |
| 42. | California Resources Corporation | PG&E Substation / Kettleman Hills 70kV | CRPSECLIC4_6503 | $0.00 | No |
| 43. | CALIFORNIA STATE UNIV TRUSTEES | Telecommunications Agreement / California State University, Chico (L002722) | CRPSECLIC1_03805 | $0.00 | No |
| 44. | California State University, Chico | Telecommunications Agreement / Mt. Hough | CRPSECLIC4_492803 | $0.00 | No |
| 45. | California Water Service Water Company | Crestview | CRPSECLIC4_768503 | $0.00 | No |
| 46. | Calpine Corporation | River Oaks Substation | CRPSECLIC4_772203 | $0.00 | No |
| 47. | Carousel Broadcasting, Inc. | Telecommunications Agreement / Keddie Ridge | CRPSECLIC4_708903 | $0.00 | No |
| 48. | Chevron USA, Inc. | Coalinga #2 S/S | CRPSECLIC4_6703 | $0.00 | No |
| 49. | Chrisman, William | Sierra City Generator Site | CRPSECLIC4_22103 | $0.00 | No |
| 50. | City of Clovis | PG&E General Construction Yard / 3500 Block N. Lind Avenue, Clovis | CRPSECLIC4_584003 | $0.00 | No |
| 51. | ComSites West LLC | Telecommunications Agreement / Berryessa Peak | CRPSECLIC4_385603 | $0.00 | No |
| 52. | ComSites West LLC | Telecommunications Agreement / Manzanita Lake | CRPSECLIC4_723503 | $0.00 | No |
| 53. | ComSites West LLC* | Telecommunications Agreement / Oregon Peak | CRPSECLIC4_751403 | $0.00 | No |
| 54. | ComSites West LLC* | Telecommunications Agreement / Round Mountain | CRPSECLIC4_698203 | $0.00 | No |
| 55. | Contra Costa County | Telecommunications Agreement / Highland Peak - CC County | CRPSECLIC4_2703 | $0.00 | No |
| 56. | Contra Costa County | Telecommunications Agreement / Nadeen Hill (aka Cummings Peak) | CRPSECLIC4_504403 | $0.00 | No |
| 57. | Contra Costa County | PG&E San Ramon Valley Conference Center Parking | CRPSECLIC4_676503 | $0.00 | No |
| 58. | County of Alameda - Tesla Fiber Optic | Telecommunications Agreement / Tesla Fiber Optic-County of Alameda Altamont Pass-TC APN: 009B-7875-3 | CRPSECLIC4_715903 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 59. | County of Monterey | Telecommunications Agreement / Huckleberry Hill | CRPSECLIC4_571303 | $0.00 | No |
| 60. | Crown Castle | Telecommunications Agreement / Boonville | CRPSECLIC4_767603 | $0.00 | No |
| 61. | Crown Castle | Telecommunications Agreement / Monument Peak | CRPSECLIC4_709003 | $0.00 | No |
| 62. | Crown Castle | Telecommunications Agreement / Rocks Road | CRPSECLIC4_765803 | $0.00 | No |
| 63. | Crown Castle International | Telecommunications Agreement / Deadwood Peak | CRPSECLIC4_702603 | $0.00 | No |
| 64. | Crown Communications Inc. | Telecommunications Agreement / Arroyo Grande Peak | CRPSECLIC4_473603 | $0.00 | No |
| 65. | Crystal Communications | Telecommunications Agreement / Mount Jackson | CRPSECLIC4_720103 | $0.00 | No |
| 66. | Dawson Company LLC | Cloud Seeding License / Dawson Tamarack | CRPSECLIC4_594203 | $0.00 | No |
| 67. | Dell'Orto, Stan and Robin | Cloud Seeding License / DellOrto | CRPSECLIC4_594103 | $0.00 | No |
| 68. | East Bay Municipal Utility District (EBMUD) | Bill Payment Drop Boxes at EBMUD Offices | CRPSECLIC4_589003 | $0.00 | No |
| 69. | East Bay Municipal Utility District (EBMUD) | EBMUD Wood Sub - Oakland | CRPSECLIC4_338903 | $0.00 | No |
| 70. | East Bay Municipal Utility District (EBMUD) | Oak S/S at el. Cerrito Filter Plant | CRPSECLIC4_2303 | $0.00 | No |
| 71. | East Bay Municipal Utility District (EBMUD) | Orinda Junction Regulator Site | CRPSECLIC4_2803 | $0.00 | No |
| 72. | East Bay Regional Park District | Telecommunications Agreement / Clayton Hill | CRPSECLIC4_702703 | $0.00 | No |
| 73. | Eldorado National Forest | SUP-Cole Creek Weir-M-52-AMA85 | CRPSECLIC4_716903 | $0.00 | No |
| 74. | Escola, Emery S. | Telecommunications Agreement / Mathison Peak | CRPSECLIC4_394903 | $0.00 | No |
| 75. | Everest Infrastructure Partners | Telecommunications Agreement / Stover Mountain  (Lease ID# 2458-CA) | CRPSECLIC4_745303 | $0.00 | No |
| 76. | Everest Infrastructure Partners | Telecommunications Agreement / Inskip Mountain - Citizen's Telecom (Frontier/Jones Lang LaSalle) | CRPSECLIC4_407903 | $0.00 | No |
| 77. | Everest Infrastructure Partners | Telecommunications Agreement / Oregon Mountain (Verizon/Johnson Controls) | CRPSECLIC4_28403 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 78. | Fisher Wireless Services, Inc. | Telecommunications Agreement / San Hedrin Mountain | CRPSECLIC4_717903 | $0.00 | No |
| 79. | Forest Service (USFS) | Telecommunications Agreement / Shovel Grave | CRPSECLIC1_00139 | $0.00 | No |
| 80. | Forest Service (USFS) | Telecommunications Agreement / Sawmill Peak | CRPSECLIC1_00357 | $0.00 | No |
| 81. | Forest Service (USFS) | Telecommunications Agreement / Red Hill | CRPSECLIC1_00413 | $0.00 | No |
| 82. | Forest Service (USFS) | Telecommunications Agreement / Butt Lake | CRPSECLIC1_00495 | $0.00 | No |
| 83. | Forest Service (USFS) | Telecommunications Agreement / Rattlesnake Hill and Keddie Peak | CRPSECLIC1_00438 | $0.00 | No |
| 84. | Forest Service (USFS) | Telecommunications Agreement / Red Mountain (also called PIT 3 PH Telecom Site) | CRPSECLIC1_00537 | $0.00 | No |
| 85. | Forest Service (USFS) | Telecommunications Agreement / S.U.P. for a Passive Microwave Reflector (MODOC NF) | CRPSECLIC1_02986 | $0.00 | No |
| 86. | Forest Service (USFS) | Telecommunications Agreement / S.U.P. for a Pass Reflector (Hall Mountain) | CRPSECLIC1_00890 | $0.00 | No |
| 87. | Forest Service (USFS) | Telecommunications Agreement / Switchyard Road (Hall Mountain) | CRPSECLIC1_00891 | $0.00 | No |
| 88. | Forest Service (USFS) | Telecommunications Agreement / Passive Reflector (Hall Mountain) | CRPSECLIC1_00892 | $0.00 | No |
| 89. | Forest Service (USFS) | Telecommunications Agreement / Pass Reflector (Hall Mountain) | CRPSECLIC1_00897 | $0.00 | No |
| 90. | Forest Service (USFS) | Telecommunications Agreement / Passive Communications Repeater (Wishon Dam) | CRPSECLIC1_00920 | $0.00 | No |
| 91. | Forest Service (USFS) | Telecommunications Agreement / Haas-McCall telecom site | CRPSECLIC1_00937 | $0.00 | No |
| 92. | Forest Service (USFS) | Telecommunications Agreement / Patterson Bluffs | CRPSECLIC1_00943 | $0.00 | No |
| 93. | Forest Service (USFS) | Telecommunications Agreement / Rodgers Ridge | CRPSECLIC1_00944 | $0.00 | No |
| 94. | Forest Service (USFS) | Telecommunications Agreement / Tassajera Peak | CRPSECLIC1_01763 | $0.00 | No |
| 95. | Forest Service (USFS) | Telecommunications Agreement / Plummer Peak | CRPSECLIC1_00585 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 96. | Forest Service (USFS) | Telecommunications Agreement / Plummer Peak | CRPSECLIC1_00586 | $0.00 | No |
| 97. | Forest Service (USFS) | Telecommunications Agreement / Hogback and Pit 7 Communications Sites | CRPSECLIC1_00613 | $0.00 | No |
| 98. | Forest Service (USFS) | Telecommunications Agreement / Tamarack Peak Communications Site | CRPSECLIC1_00643 | $0.00 | No |
| 99. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00631 | $0.00 | No |
| 100. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00632 | $0.00 | No |
| 101. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00633 | $0.00 | No |
| 102. | Forest Service (USFS) | Shasta-Trinity NF; Lease | CRPSECLIC1_00634 | $0.00 | No |
| 103. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space Nonexclusive; Misc Lines; To Install and Maintain a 12 Inch Oil Line, a 6 Inch Oil Flushing Line, a Water Intake System, a Telephone Cable, and a 3 Inch Electrical Cable in Conduit Vicinity Grain terminal | CRPSECLIC1_02074 | $0.00 | No |
| 104. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space Nonexclusive; Pipeline; To Lease Wharf Space | CRPSECLIC1_02091 | $0.00 | No |
| 105. | Forest Service (USFS) | San Francisco Port Commission; License to Use Space; Electric Line; To Land Submarine Cable at Pier 5 and Space for Cable House | CRPSECLIC1_02097 | $0.00 | No |
| 106. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Zion | CRPSECLIC1_01727 | $0.00 | No |
| 107. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Lease L-161 / Pine Hill Lookout; CDF# 4CA41659 | CRPSECLIC1_01728 | $0.00 | No |
| 108. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Bullion | CRPSECLIC1_01729 | $0.00 | No |
| 109. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Mt. Bullion RVL | CRPSECLIC1_01730 | $0.00 | No |
| 110. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Lease L-057 / Joaquin Ridge | CRPSECLIC1_01731 | $0.00 | No |
| 111. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Joaquin Ridge | CRPSECLIC1_01732 | $0.00 | No |
| 112. | Forestry and Fire Protection, California | Telecommunications Agreement / | CRPSECLIC1_01733 | $0.00 | No |

Case: 19-30088    Doc# 3973-2    Filed: 09/23/19    Entered: 09/23/19 14:31:27    Page 13 of 29

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | Department of | Joaquin Ridge / Black Mountain | | | |
| 113. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Joaquin Ridge / Black Mountain | CRPSECLIC1_01734 | $0.00 | No |
| 114. | Forestry and Fire Protection, California Department of | Telecommunications Agreement / Banner Mountain (Cal Fire) | CRPSECLIC4_704403 | $0.006,163.69 | No |
| 115. | Forestry and Fire Protection, California Department of | Calandra Lookout (2550 Square Feet for Operating and Maintaining and Electronic Broadcasting Facility) | CRPSECLIC1_01735 | $0.00 | No |
| 116. | General Services, California Department of | Telecommunications Agreement / 12 Square Feet of Radio Vault Space | CRPSECLIC1_01803 | $0.00 | No |
| 117. | Georgetown Divide Public Utility District | Telecommunications Agreement / Hotchkiss Hill | CRPSECLIC4_381103 | $0.00 | No |
| 118. | Gerber & Wells Cattle Company | Telecommunications Agreement / Mt. Oso | CRPSECLIC4_4903 | $0.00 | No |
| 119. | Grandview Acres Homeowners Association | Access Road Agreement (Cloverdale Jct. Switching Station) | CRPSECLIC4_770403 | $0.00 | No |
| 120. | GTP Towers I , LLC | Telecommunications Agreement / Brown Butte | CRPSECLIC4_627703 | $0.00 | No |
| 121. | Hearney Properties, LLC | Telecommunications Agreement / Cloverdale Peak | CRPSECLIC4_14403 | $0.00 | No |
| 122. | Hewitson Farms | Telecommunications Agreement / Arco-Kettleman Passive Site | CRPSECLIC4_543303 | $0.00 | No |
| 123. | Honolulu Hills Holdings, LLC | Telecommunications Agreement / Honolulu Hills (HLULU) | CRPSECLIC4_720803 | $0.00 | No |
| 124. | Humboldt Bay Harbor, Recreation & Conservation District | Humboldt Bay Harbor / Electric Transmission Crossing | CRPSECLIC4_375303 | $0.00 | No |
| 125. | Incline Partners, L.L.C. | Telecommunications Agreement / Mt. Rosco (Bodega Bay) | CRPSECLIC4_395103 | $0.00 | No |
| 126. | Johannesen, Norman (Andy) | Telecommunications Agreement / Pratt Mountain (Garberville) | CRPSECLIC4_386503 | $0.00 | No |
| 127. | KGUA / Native Media Resource Center | Telecommunications Agreement / Fish Rock Road, Gualala KGUA Telecom Site | CRPSECLIC4_722303 | $0.00 | No |
| 128. | Lassen National Forest | Telecommunications Agreement / Pit #3 - Passive Reflector (USFS Red Mountain) | CRPSECLIC4_23503 | $0.00 | No |
| 129. | Lassen National Forest | Telecommunications Agreement / Butt Lake MW Site / Beldon Lake Almanor, Proj 2105 | CRPSECLIC4_23203 | $0.00 | No |

Case: 19-30088    Doc# 3973-2    Filed: 09/23/19    Entered: 09/23/19 14:31:27    Page 14 of 29

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 130. | Lassen National Forest | Telecommunications Agreement / Red Hill (Plumas National Forest) | CRPSECLIC4_23103 | $0.00 | No |
| 131. | Lassen National Forest | Telecommunications Agreement / Sawmill Peak | CRPSECLIC4_426503 | $0.00 | No |
| 132. | Lee Scazighini | Telecommunications Agreement / Santa Rita Peak (Access Road) | CRPSECLIC4_566703 | $0.00 | No |
| 133. | Lidwell, Joseph B. | Lease for Washington Generator Site | CRPSECLIC4_627803 | $0.00 | No |
| 134. | Los Osos Valley Memorial Park, Inc. | Port of Diablo Canyon Emergency Response Plan | CRPSECLIC4_32503 | $0.00 | No |
| 135. | Los Padres National Forest | SLD091 / Mt. Lowe (Seismic Equipment for DCPP) | CRPSECLIC4_596903 | $0.00 | No |
| 136. | M&T CHICO RANCH | Durham Gas Meter Lot | CRPSECLIC4_27603 | $0.00 | No |
| 137. | Margaret Urroz, surviving trustee of the "Ferrin and Margaret Urroz Declaration of Trust established May 28, 2010 | Lease for Environmental Remediation and Related Activities Dated September 1, 2014 | CRPSECLIC4_744003 | $0.00 | No |
| 138. | Marin Municipal Water District | Telecommunications Agreement / Mt. Tamalpais | CRPSECLIC4_395803 | $0.00 | No |
| 139. | Masaji Mark Yuyama and Eleanor Kukuyo Yuama, trustees to the Masaji Mark Yuyama and Eleanor Kukuyo Yuama Revocable Living Trust Agreement dated August 29, 2000 | Lease for Environmental Remediation and Related Activities Dated February 1, 2016, as Amended on April 12, 2016, April 4, 2018, and July 30, 2019 | CRPSECLIC4_745203 | $0.00 | No |
| 140. | Michael Lynn Mapel and others | Telecommunications Agreement / Alcalde Hill | CRPSECLIC4_768103 | $0.00 | No |
| 141. | Mitty, Marilyn Madsen | Telecommunications Agreement / Red Rock Mountain | CRPSECLIC4_473803 | $0.00 | No |
| 142. | Monterey, County of | Telecommunications Agreement / Lease Agreement between Private Parties and PG&E and Use Permit from Monterey County | CRPSECLIC1_04041 | $0.00 | No |
| 143. | Morris, William | Yellow Bunk House (previously Ridge Cabin) | CRPSECLIC4_10803 | $0.00 | No |
| 144. | Napa County | Telecommunications Agreement / Atlas Peak TC Site | CRPSECLIC4_422503 | $0.00 | No |
| 145. | Nevada Irrig Dist | Telecommunications Agreement / Signal Peak (Red Mountain) | CRPSECLIC1_00333 | $0.00 | No |
| 146. | Norman B. Livermore & Sons, G.P. d/b/a Montesol Company | Telecommunications Agreement / Mt. St. Helena – Montesol / ComSites West | CRPSECLIC4_395303 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 147. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03850 | $0.00 | No |
| 148. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03851 | $0.00 | No |
| 149. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03852 | $0.00 | No |
| 150. | Oroville-Wyandotte Irrig Dist | Telecommunications Agreement / Sunset Hill | CRPSECLIC1_03853 | $0.00 | No |
| 151. | Pacific Union College Attn: Bill Cochran | Telecommunications Agreement / Pacific Union College Radio Site | CRPSECLIC4_392103 | $0.00 | No |
| 152. | PCWA-Bowman Pipe Replacement | Telecommunications Agreement / Forest Hill | CRPSECLIC4_19703 | $0.00 | No |
| 153. | Pedroncelli, Christine | Telecommunications Agreement / Ridge Ranch | CRPSECLIC4_394103 | $0.00 | No |
| 154. | Peninsula Corridor Joint Powers Board | 16' gas main crossing under SPRR tracks at culvert st in San Jose. Lease 122009 | CRPSECLIC1_04012 | $0.00 | No |
| 155. | Picacho Ranch | Telecommunications Agreement / Picacho Peak | CRPSECLIC4_720903 | $0.00 | No |
| 156. | Pinnacle Towers Inc. | Telecommunications Agreement / Tuscan Butte Mountain (Account: 390882, Crown Site: 871122, License: 169869) | CRPSECLIC4_28003 | $0.00 | No |
| 157. | Ponderosa Telephone Company | Telecommunications Agreement / Mercer Mountain | CRPSECLIC4_5003 | $0.00 | No |
| 158. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Enlargement of Trapezoidal Area at Northwest Corner of Harbor Terrace Property, 1.7 Acres. Memo 2232-11-0044, dated 9-19-2011, recorded 2011046691 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03516 | $0.00 | No |
| 159. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Diablo Canyon Power Plant (DCPP) Access Road Enlargement and DCPP Siren Location. Memo 2232-11-0043, dated 9-19-2011, recorded 2011046690 extends lease | CRPSECLIC1_03517 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | 25 yrs to 6-30-2036. | | | |
| 160. | Port of San Luis Harbor District | Lease Agreement between PG&E and Port of San Luis Harbor District for Diablo Canyon Power Plant (DCPP) Access Road Enlargement and DCPP Siren Location. Memo 2232-11-0043, dated 9-19-2011, recorded 2011046690 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03518 | $0.00 | No |
| 161. | Port of San Luis Harbor District | Lease Agreement between PG&E-Owner & Port of San Luis Harbor District for Enlargement of Trapezoidal Area at Northwest Corner of Harbor Terrace Property, 1.7 Acres. Memo 2232-11-0044, dated 9-19-2011, recorded 2011046691 extends lease 25 yrs to 6-30-2036. | CRPSECLIC1_03519 | $0.00 | No |
| 162. | Prati, Edward V. & others / WHR Inc | Eagle Rock Sub (Geysers Unit 11) | CRPSECLIC4_16403 | $0.00 | No |
| 163. | Public Services Director | Telecommunications Agreement / Buckingham Peak (County of Lake) | CRPSECLIC4_704303 | $0.00 | No |
| 164. | PW Ranch Trust | Telecommunications Agreement / Call Mountain (PW Ranch) | CRPSECLIC4_697003 | $0.00 | No |
| 165. | PWM, Inc. | Telecommunications Agreement / Barry Ridge (Humboldt County)(Kneeland) | CRPSECLIC4_494503 | $0.00 | No |
| 166. | PWM, Inc. | Telecommunications Agreement / Barry Ridge | CRPSECLIC4_737503 | $0.00 | No |
| 167. | PWM, Inc. | Telecommunications Agreement / Fickle Hill | CRPSECLIC4_746603 | $0.00 | No |
| 168. | RCF Investments, LLC | Lease for Environmental Remediation and Related Activities Dated March 3, 2015, as Amended May 13, 2019 | CRPSECLIC4_745803 | $0.00 | No |
| 169. | Rebecca Gallup | Road Fees / Rio Dell Jct. Sub | CRPSECLIC4_505403 | $0.00 | No |
| 170. | San Francisco State University | Fuel Cell SFSU California State University | CRPSECLIC4_633903 | $0.00 | No |
| 171. | San Luis Obispo County | Emergency Operations Facility | CRPSECLIC4_32903 | $0.00 | No |
| 172. | San Luis Obispo County | Emergency Operations Facility | CRPSECLIC4_488703 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | (DCPP) | | | |
| 173. | San Mateo County, Real Property Div. | Telecommunications Agreement / Rolfe Hill | CRPSECLIC4_466203 | $0.00 | No |
| 174. | SBA Communications Corp. | Telecommunications Agreement / Mt. Barham | CRPSECLIC4_705303 | $0.00 | No |
| 175. | Serena Ames County of San Luis Obispo County Government Center | San Luis Obispo DCPP Joint Information Center | CRPSECLIC4_737303 | $0.00 | No |
| 176. | Shasta - Trinity National Forest | Telecommunications Agreement / PIT #7 Passive Reflector | CRPSECLIC4_28603 | $0.00 | No |
| 177. | Shasta - Trinity National Forest | Telecommunications Agreement / CAL IDA | CRPSECLIC4_21903 | $0.00 | No |
| 178. | Shasta - Trinity National Forest | Telecommunications Agreement / Hogback Mountain | CRPSECLIC4_28503 | $0.00 | No |
| 179. | Shasta - Trinity National Forest | Telecommunications Agreement / Plummer Peak | CRPSECLIC4_426403 | $0.00 | No |
| 180. | Shasta - Trinity National Forest | Telecommunications Agreement / Tamarack Peak | CRPSECLIC4_29003 | $0.00 | No |
| 181. | Sierra First Baptist Church | Alta Service Center Parking (Hydro) | CRPSECLIC4_610803 | $0.00 | No |
| 182. | Sierra Pacific Industries | Telecommunications Agreement / Signal Peak | CRPSECLIC4_357703 | $0.00 | No |
| 183. | Sierra Pacific Industries | Telecommunications Agreement / Hatchet Mountain | CRPSECLIC4_23403 | $0.00 | No |
| 184. | Sierra Pacific Industries | Cloud Seeding License | CRPSECLIC4_594503 | $0.00 | No |
| 185. | Sierra Pacific Industries | Cloud Seeding License / Dyer Mountain | CRPSECLIC4_511703 | $0.00 | No |
| 186. | Sierra Pacific Industries | License - Bypass Road, Material Storage for Tiger Creek area (Hydro) | CRPSECLIC4_929504 | $0.00 | No |
| 187. | Sierra Pacific Industries | Road Agreement / Bunchgrass | CRPSECLIC4_596303 | $0.00 | No |
| 188. | Sierra Pacific Industries | Access Road / Keddie Ridge | CRPSECLIC4_777903 | $0.00 | No |
| 189. | Sierra Woods Lodge, LLC | Snow Cat Parking (43440 Laing Road, Emigrant Gap) | CRPSECLIC4_706803 | $0.00 | No |
| 190. | Six Rivers National Forest | Telecommunications Agreement / Horse Mountain | CRPSECLIC4_494403 | $0.00 | No |
| 191. | Six Rivers National Forest | Mosquito Creek Cabin (Used exclusively by PG&E Employees while performing maintenance work) | CRPSECLIC4_497603 | $0.00 | No |
| 192. | Sonoma County Ag Preservation and Open Space District | Telecommunications Agreement / Sonoma Mountain | CRPSECLIC4_395003 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 193. | South Feather Water and Power | Telecommunications Agreement / Sunset Hill | CRPSECLIC4_21803 | $0.00 | No |
| 194. | Southern California Edison | PG&E Substation / Magunden Sub | CRPSECLIC4_6303 | $0.00 | No |
| 195. | Southern California Edison Co. - Rosemead | Telecommunications Agreement / Government Peak | CRPSECLIC4_5503 | $0.00 | No |
| 196. | Southern California Gas Co. | Telecommunications Agreement / Double Mountain | CRPSECLIC4_48003 | $0.00 | No |
| 197. | Southern Pacific Company | Telecommunications Agreement / Pampa Peak | CRPSECLIC4_460203 | $0.00 | No |
| 198. | State CALFIRE | Cold Springs Lookout - CALFIRE | CRPSECLIC4_763803 | $0.00 | No |
| 199. | State Lands Commission | PRC 8677.1 / Pipeline crossings (Latham Slough, Old River, and Middle River) PG&E Line 57C | CRPSECLIC1_00003 | $452.62 | No |
| 200. | State Lands Commission | PRC 8777.1 / Gas pipeline crossings (Consumnes & Mokelumne Rivers) | CRPSECLIC1_00005 | $0.00 | No |
| 201. | State Lands Commission | PRC 8856.1 / Gas pipeline, north of Woodland, Sutter/Yolo Cos. | CRPSECLIC1_00007 | $0.00 | No |
| 202. | State Lands Commission | PRC 8827.1 / 60 kv crossing Feather River near Marysville & Yuba City. | CRPSECLIC1_00008 | $0.00 | No |
| 203. | State Lands Commission | PRC 8827.1 / 60 kv crossing Feather River near Marysville & Yuba City. | CRPSECLIC1_00009 | $0.00 | No |
| 204. | State Lands Commission | PRC 8915.1 / 115 kv line crossings of Yuba River and Bear River in Yuba and Sutter Counties. | CRPSECLIC1_00010 | $0.00213.74 | No |
| 205. | State Lands Commission | PRC 6703.2 / 0.355 acres / Briceburg JCT-Mariposa 70 kv Pole Line. | CRPSECLIC1_00014 | $0.00 | No |
| 206. | State Lands Commission | PRC 8885.1 / Gill Ranch Storage LLC | CRPSECLIC1_00015 | $0.00 | No |
| 207. | State Lands Commission | PRC 8863.1 / Gill Ranch Storage LLC | CRPSECLIC1_00016 | $0.00 | No |
| 208. | State Lands Commission | PRC 8863.1 / Pipeline crossings of San Joaquin River & Fresno Slough. | CRPSECLIC1_00017 | $0.00 | No |
| 209. | State Lands Commission | PRC 8877.1 / 0.206 acres / Kings River, Reedley, Fresno County / 70 kv to 115 kv transmission line. | CRPSECLIC1_00018 | $0.00 | No |
| 210. | State Lands Commission | PRC 8871.1 / 0.206 acres / Kings River, Reedley, Fresno County / 70 kv to 115 kv transmission line. | CRPSECLIC1_00019 | $0.00 | No |
| 211. | State Lands Commission | PRC 9347.1 / Cooling water discharge channel (Diablo Canyon | CRPSECLIC1_00020 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|-----|--------|-----------------------------------|------------------|--------------|------|
| | | Power Plant) | | | |
| 212. | State Lands Commission | PRC 505.9 / Airport Road Bridge / gas pipeline and communication lines | CRPSECLIC1_00023 | $0.00 | No |
| 213. | State Lands Commission | PRC 7526 / 8.08 acres / PG&E Line 300A (San Bernardino County) | CRPSECLIC1_00027 | $0.00 | No |
| 214. | State Lands Commission | PRC 9490 / 115 kv line crossing the Feather River | CRPSECLIC1_00028 | $0.006,641.11 | No |
| 215. | State Lands Commission | PRC 5438.1A / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_03849 | $0.00 | No |
| 216. | State Lands Commission | PRC 5438.1B / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04143 | $0.00 | No |
| 217. | State Lands Commission | PRC 5438.1C / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04144 | $0.00 | No |
| 218. | State Lands Commission | PRC 5438.1D / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04149 | $0.00 | No |
| 219. | State Lands Commission | PRC 5438.1E / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04162 | $0.00 | No |
| 220. | State Lands Commission | PRC 5438.1F / Gas Pipelines and Necessary Appurtenances | CRPSECLIC1_04253 | $0.00 | No |
| 221. | State Lands Commission | PRC 6205.1 / Maintenance of Various Elect Distrib Facilities | CRPSECLIC1_04900 | $0.00 | No |
| 222. | State Lands Commission | PRC 8737.9 / Monitoring wells extending from the Colorado River shoreline within the Havasu National Wildlife Refuge (San Bernardino County) | CRPSECLIC1_00026 | $0.00617.81 | No |
| 223. | State Lands Commission | PRC 1531.2 / State school land in a portion of Section 16, T28S R41E, MDM, near the unincorporated community of Searles | CRPSECLIC1_06060 | $0.00 | No |
| 224. | State Lands Commission | PRC 2839.1 / McDonald Island Gas Storage Field | CRPSECLIC1_00004 | $0.00 | No |
| 225. | State Lands Commission | PRC 6794.2 / State lieu land in a portion of Section 33, T11N R8W, MDM, near Middletown. Unpaved access road, known as Pine Flat Road | CRPSECLIC1_00022 | $0.00 | No |
| 226. | State Lands Commission | PRC 6827.1 / 76 greater-than60kV | CRPSECLIC1_05910 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|-----|--------|-----------------------------------|------------------|--------------|------|
| | | electric tranmission lines, fiber-optic cables, and related facilities in various waterways. | | | |
| 227 | State Lands Commission | PRC 7083.2 / Road right of way, Section 27-34, T18N R11W | CRPSECLIC1_06061 | $0.00 | No |
| 228 | State Lands Commission | PRC 7265.2 / 12 kV electrical distribution line, State-owned school land within a portion of Section 16, T37N R3E, north of Burney | CRPSECLIC1_00012 | $0.00 | No |
| 229 | State Lands Commission | PRC 7525.2 / 25 ft right of way for gas pipeline and communication line, S1/2 S1/2 of Section 26 and S1/2 S1/4 of Section 27, T9N R2E, SBM | CRPSECLIC1_06062 | $0.00 | No |
| 230 | State Lands Commission | PRC 8416.1 / Horizontally directionally drilled 4 1/2-inch-diameter natural gas pipeline, Burns Cutoff, between Roberts Island and Rough and Ready Island, near the city of Stockton | CRPSECLIC1_00001 | $0.00 | No |
| 231 | State Lands Commission | PRC 8664.1 / Horiztal directionally drilled (HDD) 20-inch diameter welded steel natural gas pipeline, Sacramento River, in the cities of Sacramento and West Sacramento | CRPSECLIC1_00006 | $0.00 | No |
| 232 | State Lands Commission | PRC 9105.9 / Salp bubble curtain pilot project, Intake Cove, Diablo Canyon Power Plant near Avila Beach | CRPSECLIC1_06063 | $0.00 | No |
| 233 | State Lands Commission | PRC 9424.1 / Less-than-60-kV electric distribution lines and related facilities, Feather River, adjacent to 2nd and 5th Street, city of Yuba City, Sutter County and River Front Park, city of Marysville, Yuba County | CRPSECLIC1_06064 | $0.00 | No |
| 234 | State Lands Commission | PRC 9524.1 / Electrical overhead transmission line and a fiber-optic cable, Crossing the San Joaquin | CRPSECLIC1_06065 | $5,014.70 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| | | River, near Fresno | | | |
| 235. | State Lands Commission | PRC 383 / State-owned school land near Redding, within a portion of Section 36, T32N R6W, MDM, and a portion of Section 36, T33N R9W, MDM. One 115 kV transmission line and one 12 kV distribution line. | CRPSECLIC1_00024 | $0.00 | No |
| 236. | State Lands Commission | PRC 5391/ State-owned school land located within a portion of Section 16, T35N R5E, MDM, near Fall River Mills. 60 kV electric transmission line | CRPSECLIC1_00011 | $0.00 | No |
| 237. ~~223.~~ | State of California - CHP - Admin Services | Telecommunications Agreement / East Bristol Radio Site | CRPSECLIC4_8503 | $0.00 | No |
| 238. ~~224.~~ | State of California - CHP - Telecom Unit | Telecommunications Agreement / Auberry Peak | CRPSECLIC4_5803 | $0.00 | No |
| 239. ~~225.~~ | State of California - Dept. Gen. Svc. | Telecommunications Agreement / Mt Diablo | CRPSECLIC4_3503 | $0.00 | No |
| 240. ~~226.~~ | State of California - Dept. of Forestry and Fire Protection | Telecommunications Agreement / Cahto Peak (L-1790) | CRPSECLIC4_410103 | $~~0.00~~19,143.00 | No |
| 241. ~~227.~~ | State of California - DGS Real Estate Services | Telecommunications Agreement / Cobb Mountain (CHP) | CRPSECLIC4_376003 | $0.00 | No |
| 242. ~~228.~~ | State of California - DGS Real Estate Services | Telecommunications Agreement / Ruby Bluff (CHP / L-1516) | CRPSECLIC4_363003 | $0.00 | No |
| 243. ~~229.~~ | State of California - State Lands Commission (SLC) | PRC 2158 / Rodman Mountain (Access Road) | CRPSECLIC4_8603 | $~~0.00~~500.46 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 244. ~~230~~ | Stephens, John D. | Telecommunications Agreement / Bald Mountain (Road Maintenance Agreement) | CRPSECLIC4_507003 | $0.00 | No |
| 245. ~~231~~ | Suzanne Marie Valoff, as Trustee of the WP & JC Portnoff Revocable Trust | Telecommunications Agreement / Portnoff Peak | CRPSECLIC4_734103 | $0.00 | No |
| 246. ~~232~~ | The Trustees of the California State University | Fuel Cell  California State University East Bay | POWGEN_00243 | $0.00 | No |
| 247. ~~233~~ | Tor Broadcasting Corporation | Telecommunications Agreement / Sutter Buttes | CRPSECLIC4_391403 | $0.00 | No |
| 248. ~~234~~ | Tuolumne County Public Works | Groveland Material Storage Yard | CRPSECLIC4_572803 | $0.00 | No |
| 249. ~~235~~ | U.S. Bureau of Land Management (BLM Central Coast) | Telecommunications Agreement / Santa Rita Peak | CRPSECLIC4_473903 | $0.00 | No |
| 250. ~~236~~ | U.S. Bureau of Land Management (BLM Applegate) | Telecommunications Agreement / Haney Mountain | CRPSECLIC4_23603 | $0.00 | No |
| 251. ~~237~~ | U.S. Bureau of Land Management (BLM Bakersfield) | Telecommunications Agreement / Kerckhoff #2 | CRPSECLIC4_477903 | $0.00 | No |
| 252. ~~238~~ | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Tiger Creek | CRPSECLIC4_509903 | $0.00 | No |
| 253. ~~3~~ | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Mt. Bullion | CRPSECLIC4_480503 | $0.00 | No |

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 9. | | | | | |
| 254. 40. | U.S. Bureau of Land Management (BLM Mother Lode) | Telecommunications Agreement / Telegraph Hill | CRPSECLIC4_468803 | $0.00 | No |
| 255. 41. | U.S. Bureau of Land Management (BLM Needles) | Telecommunications Agreement / Sacramento Mountain | CRPSECLIC4_478503 | $0.00 | No |
| 256. 42. | U.S. Bureau of Reclamation | Telecommunications Agreement / Grapevine Pass | CRPSECLIC4_375903 | $0.00 | No |
| 257. 43. | U.S. Coast Guard, CEU Oakland | Telecommunications Agreement / Point Sur (Monterey) | CRPSECLIC4_391703 | $0.00 | No |
| 258. 44. | U.S. Forest Service - Stanislaus NF - Summit Ranger District | SUP-Summit Ranger Station, Precipitation and Temperature Gauge | CRPSECLIC4_614603 | $0.00 | No |
| 259. 45. | U.S. Forest Service, Eldorado NF, Amador Ranger District | Telecommunications Agreement / SUP - Lower Bear River (ID AMA260) | CRPSECLIC4_634403 | $0.00 | No |
| 260. 46. | U.S. Forest Service, Eldorado NF, Amador Ranger District | Telecommunications Agreement / SUP - Salt Springs Microwave and Penstock #2 | CRPSECLIC4_598003 | $0.00 | No |
| 261. 47. | U.S. Forest Service / Los Padres NF (Santa Maria) | Tassajera Peak, SLD438001 | CRPSECLIC4_473703 | $0.00 | No |
| 262. 48. | U.S. Forest Service / Modoc NF | Telecommunications Agreement / Happy Camp | CRPSECLIC4_23903 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 263. ~~49~~ | U.S. Forest Service / Modoc NF | Telecommunications Agreement / Tionesta Passive | CRPSECLIC4_494703 | $0.00 | No |
| 264. ~~50~~ | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Bald Eagle Peak | CRPSECLIC4_481703 | $0.00 | No |
| 265. ~~51~~ | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Beldon South | CRPSECLIC4_23003 | $0.00 | No |
| 266. ~~52~~ | U.S. Forest Service / Plumas NF | Telecommunications Agreement / Rock Creek (Plumas NF) | CRPSECLIC4_482003 | $0.00 | No |
| 267. ~~53~~ | U.S. Forest Service / Plumas NF | Cloud Seeding License / Almanor (Red Hill) | CRPSECLIC4_768003 | $0.00 | No |
| 268. ~~54~~ | U.S. Forest Service / Plumas NF | Cloud Seeding License / Almanor (Keddie & Rattle) | CRPSECLIC4_767903 | $0.00 | No |
| 269. ~~55~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Clear Lake (KRG54) | CRPSECLIC4_524503 | $0.00 | No |
| 270. ~~56~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Fence Meadow (KGR256) | CRPSECLIC4_767803 | $0.00 | No |
| 271. ~~57~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Haas-McCall (KGR53) | CRPSECLIC4_518603 | $0.00 | No |
| 272. ~~58~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Hall Mountain (KGR40) | CRPSECLIC4_437803 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 273. ~~590~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Patterson Bluffs (KGR51) | CRPSECLIC4_478303 | $0.00 | No |
| 274. ~~600~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Rodgers Ridge (KGR52) | CRPSECLIC4_518703 | $0.00 | No |
| 275. ~~601~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Switch Yard (KGR55) | CRPSECLIC4_524403 | $0.00 | No |
| 276. ~~602~~ | U.S. Forest Service / Sierra NF | Telecommunications Agreement / Wishon Dam (KGR57) | CRPSECLIC4_379103 | $0.00 | No |
| 277. ~~603~~ | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Shovel Grave (STF400125) | CRPSECLIC4_482303 | $0.00 | No |
| 278. ~~604~~ | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Forebay Lookout (STF400118) | CRPSECLIC4_477803 | $0.00 | No |
| 279. ~~605~~ | U.S. Forest Service / Stanislaus NF | Telecommunications Agreement / Mt. Reba (STF5) | CRPSECLIC4_470503 | $0.00 | No |
| 280. ~~606~~ | U.S. Forest Service / Stanislaus NF | SUP-Relief Reservoir EAP-Stream Gauge-STF1018 | CRPSECLIC4_716603 | $0.00 | No |
| 281. ~~607~~ | U.S. Forest Service / Stanislaus NF | Relief Dam Cabin & Water System | CRPSECLIC4_545703 | $0.00 | No |
| 282. ~~608~~ | U.S. Forest Service / Stanislaus NF - Fiscal | Telecommunications Agreement / Spring Gap (STF400118) | CRPSECLIC4_478603 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 283. ~~697~~ | U.S. Forest Service / Tahoe National Forest | SUP-Stream Gauges at Lang's Crossing, Lower Lindsey, Trap Creek and Clear Creek | CRPSECLIC4_602203 | $0.00 | No |
| 284. ~~707~~ | Union Pacific Railroad Company | Telecommunications Agreement / Mt. Judah | CRPSECLIC4_21303 | $0.00 | No |
| 285. ~~717~~ | Union Pacific Railroad Company | Rock Crest Camp (Hydro) | CRPSECLIC4_493803 | $0.00 | No |
| 286. ~~727~~ | Union Pacific Railroad Company | TIN 94-6001323 (Placer County) Exclusive Use of a Private Roadway | CRPSECLIC1_04593 | $0.00 | No |
| 287. ~~737~~ | Union Pacific Railroad Company | TIN 94-6001323 / Rock Crest Camp / Tobin, CA (Audit # 41436] | CRPSECLIC1_04595 | $0.00 | No |
| 288. ~~747~~ | Union Pacific Railroad Company | LD 2124-06-0207 Lease of Property (Hydro) | CRPSECLIC4_929505 | $0.00 | No |
| 289. ~~757~~ | University of California - Berkeley | PG&E Substation / Grizzly Sub | CRPSECLIC4_2503 | $0.00 | No |
| 290. ~~767~~ | USDA Forest Service - Tahoe National Forest | SUP - Bowman Rd. Road Use Permit RUP #17-53-04-001 | CRPSECLIC4_600103 | $0.00 | No |
| 291. ~~777~~ | USFS Stanislaus National Forest | SUP-Main Tuolumne Canal Road Access | CRPSECLIC4_596203 | $0.00 | No |
| 292. ~~787~~ | USFS Stanislaus National Forest | SUP-Sand Bar Powerline | CRPSECLIC4_717603 | $0.00 | No |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No. | Lessor | Real Property Lease (if available) | PG&E Contract ID | Cure Payment | Lien |
|---|---|---|---|---|---|
| 293. 790. | Verizon (Airtouch) – Cust. #154090 | Telecommunications Agreement / Orland Buttes | CRPSECLIC4_426303 | $0.00 | No |
| 294. 80. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Harlow Mountain - Vertical Bridge | CRPSECLIC4_30403 | $0.00 | No |
| 295. 81. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Harris Grade | CRPSECLIC4_737603 | $0.00 | No |
| 296. 82. | Vertical Bridge Tower, LLC | Telecommunications Agreement / Fremont Peak | CRPSECLIC4_31103 | $0.00 | No |
| 297. 83. | Whiskeytown NRA | Telecommunications Agreement / Shasta Bally - National Park Service | CRPSECLIC4_660803 | $0.00 | No |
| 298. 84. | White Ash Broadcasting, Incorporated | Telecommunications Agreement / Round Mountain (Kern County) | CRPSECLIC4_729203 | $0.00 | No |
| 299. 85. | Williams Holding Company | PG&E Substation / Palmer Sub | CRPSECLIC4_503803 | $0.00 | No |
| 300. 86. | Wirth, Vesta E. & Others | Access Road / Berryessa Peak | CRPSECLIC4_386803 | $0.00 | No |
| 301. 87. | Yuba County Water Agency | Colgate Powerhouse Control Room | CRPSECLIC4_525203 | $0.004,174.26 | No |

Case: 19-30088    Doc# 3973-2    Filed: 09/23/19    Entered: 09/23/19 14:31:27    Page 28 of 29

| Summary report: Litéra® Change-Pro TDC 10.1.0.800 Document comparison done on 9/23/2019 5:15:35 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://WEILDMS/WEIL/97185000/1 ||
| **Modified DMS:** iw://WEILDMS/WEIL/97185000/4 ||
| **Changes:** ||
| Add | 82 |
| Delete | 83 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 14 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 179 |