WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**SECOND NOTICE OF CONTINUED HEARING ON DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9) <u>SOLELY</u> WITH RESPECT TO CERTAIN CONTINUED CLAIMS**<br><br>[Re: Dkt No. 2896]<br><br>Date: November 19, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on March 1, 2019, the Bankruptcy Court entered that certain *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Dkt. No. 725] (the "**503(b)(9) Procedures Order**"), pursuant to which the Court established certain procedures to govern the resolution of any claims that may be asserted against the Debtors by various claimants (each a "**Claimant**") pursuant to section 503(b)(9) of the Bankruptcy Code (the "**503(b)(9) Claims**").

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2019, in accordance with the 503(b)(9) Procedures Order, the Debtors filed their first omnibus report and objection ("**Objection**") to the 503(b)(9) Claims [Dkt No. 2896] that have been asserted as of the date of that filing by various Claimants. The notice of hearing filed concurrently with the Objection [Dkt No. 2898] established that: (1) the hearing before the Bankruptcy Court on the Objection was scheduled for August 14, 2019, at 9:30 a.m. (Pacific Time) (the "**August 14 Omnibus Hearing**"); (2) any oppositions or responses to the Objection must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 31, 2019 (the "**Response Deadline**"); and (3) all oppositions and responses must have been filed and served on all "Standard Parties" as defined in paragraph 5 of, and otherwise in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors received formal responses to the Objection from the holders of the following 503(b)(9) Claims: Petro-Canada America Lubricants, Inc. (503(b)(9) Claim No. 2505) [Dkt No. 3263], C.H. Reynolds Electric, Inc. (503(b)(9) Claim No. 2639) [Dkt No. 3267], Shiloh IV Lessee, LLC (503(b)(9) Claim No. 2447) [Dkt No. 3284], Marsh Landing LLC (503(b)(9) Claim No. 2026) [Dkt No. 3286], Global Ampersand LLC (503(b)(9) Claim Nos. 1378 and 1842) [Dkt No. 3288], and Hypower, Inc. (503(b)(9) Claim No. 1386) [Dkt No. 3315] (collectively, the "**Responses**" and the claims subject to the Responses, the "**Responding 503(b)(9) Claims**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection, solely with respect to the Responding 503(b)(9) Claims, was previously continued from the August 14 Omnibus Hearing to September 25, 2019 (the "**September 25 Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection, solely with respect to the Responding 503(b)(9) Claims, will be further **continued** from the September 25 Omnibus Hearing to **November 19, 2019, at 10:00 a.m. (Pacific Time)**, in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

1 | **PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 23, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*