Bankruptcy Court                           September 16th, 2019

District 9th San Francisco CA.

TO : Presiding Judge Montali

FAX  415-268-2349

My Proposal is proclaim the Constituional Rights of people (residents) victims to decide the future preservation of vegetation and its forest, a voice that needs be heard in these proceedings.

The quest and vision among our people, to rebuild the land taken away by fires Is to re-inherit its land use by seventy in preserving its Ecology and Bio-varsity as proclaimed in Past Governor Brown Bills passed in Legist ration in California.

The communities loss by fires 2017-2019, are substantially have concerns to their fire victims of their land and life. The Butte County and Northern California, once home to Natives and other Native Americans, needs to reclaim their land for Re-planting trees and vegetation for future generation to the next 100-years or so and develop proper forest management and preservation to wildlife for humans to live on.

The President of the Wildlife Magazine article in Spring issue 2017 stated: "We know that Americans overwhelmingly want a thriving Environmental with Clean water, healthy wildlife". This can be obtainable with the preservation of our forest. Asking the Judge to set policy for P.G.E. TO replant trees they removed.

I'm asking the Presiding Judge in the hearing set for September 17th, 2019, in the Bankruptcy, to set precedence for P.G.E. to invest in conservation programs, in communities ravage by fires over removing the trees, which supports wildlife, Ecology help curb pollution in air, water , sub stain our natural habitats, rivers and creeks, history, cultural heritage. I'm asking for Moratorium to remove trees in fire communities.

*[signature]*

**To:** netcadmissions@fema.dhs.gov
**Subject:** Camp Fire Butte County

16825 South 5Gth Av.
To: Us Fire Marshall/ Fema     Emmitsburg
From : Loren Freeman  Paradise Ca   MD  21727         Summary Camp Fire
                                                       Nov, 8th 2018

This is a summary report that I mentioned to FEMA fire Marshall I would send.

In my report to PGE, This month, I stated the cause was from other entities, Sate of California, Local officials. The true nature of the devastation damages

In California report from Cal-Fire are not accurate. The extent of damages are caused by city and counties disregard to safety, health, environmental procedure

In place before the fires. In the case of the Camp Fire of 2018, The city of Paradise refuse to enforce fire prevention procedure in place, fire management procedure

Mandated by Federal and State Government of the Forest Service. The Butte County did not completed its fire excavation roads escape in event of a wildfire in

Paradise and Magalia. The town of Paradise also failed to implement sufficient warning systems in place that would have reduced the causality. The clean-up will

Execrate the cost of 5 billion dollars for additional cleanup caused by Fire Safe Council, on fire prevention interfering the cleanup process with the additional clean-up

Removing the trees.

I highly recommend their be a full time FEMA inspector on the job site in Paradise, Maglia California. There are other operations with the clean-up that can contribute

The additional cost of the clean-up.

FEMA Trainer – past

Loren Freeman – 925-500-3324
Email: lorenfreeman@hotmail.com

6/2019

*[signature]*