Eric Seiler (*admitted pro hac vice*)
Jason C. Rubinstein
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: 212-833-1100
Email: eseiler@fklaw.com
jrubinstein@fklaw.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general
partner and investment manager for certain entities

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JASON C. RUBINSTEIN *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3 Jason C. Rubinstein, an active member in good standing of the bar of the State of New York and the U.S. Court of Appeals for the Second Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

DOCS_SF:101936.1

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Debra I. Grassgeen (CA Bar No. 169978)
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, CA 94111
> Telephone: (415) 263-7000
> Facsimile: (415) 263-7010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2019

*/s/ Jason C. Rubinstein*
Jason C. Rubinstein



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jason Charles Rubinstein** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of February 2004, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 09, 2019.



*Aprilanne Agostino*

Clerk of the Court