**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF SEPTEMBER 25, 2019, 9:30 A.M. OMNIBUS HEARING**<br><br>Date: September 25, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on September 25, 2019, at 9:30 a.m. (Pacific Time) (the "Omnibus Hearing"), have been withdrawn, resolved by stipulation, or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **TCC's Schedules Motion**: Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2964**].

   Response Deadline: July 30, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the deadline was extended by stipulation to August 23, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Kody Kleber in Support of Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 2965**].

   B. Notice of Withdrawal of Motion of the Official Committee of Tort Claimants for Order Directing Debtors to Supplement Schedules [**Dkt. 3921**]

   Status: This matter was withdrawn by the TCC and taken off calendar by docket order on September 17, 2019.

2. **Gelman Relief From Stay Motion**: Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt. 1310**].

   Response Deadline: September 20, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Notice of Preliminary Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1), Filed by Debtors [**Dkt. 1701**].

   B. Preliminary Response in Opposition to the Gelmans' Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [**Dkt. 1822**].

   Related Documents:

   C. Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support, Filed by Marina Gelman and Mikhail Gelman [**Dkt 1201**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D. Amended Declaration of David W. Wessel in Support of Gelman's Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1311**].

E. Request for Judicial Notice in Support of Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1) [**Dkt. 1312**].

F. Memorandum Decision on Motions for Relief from Stay [**Dkt. 1982**].

G. Marina and Mikhail Gelman's Supplement to Their Motion for Relief from Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Objection to the Bankruptcy Court Adjudicating Movants' Personal Injury Claims [**Dkt. 3617**].

H. Declaration of David W. Wessel in Support of Marina and Mikhail Gelman's Supplement to Their Motion for Relief from Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Objection to the Bankruptcy Court Adjudicating Movants' Personal Injury Claims [**Dkt. 3618**].

I. Stipulation Between Debtor Pacific Gas and Electric Company and Movants Marina and Mikhail Gelman for Limited Relief from the Automatic Stay [**Dkt. 3939**].

J. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Movants Marina and Mikhail Gelman for Limited Relief from the Automatic Stay [**Dkt. 3941**].

Status: This matter was resolved by stipulation and taken off calendar by docket order on September 19, 2019.

3. **Debtors' 503(b)(9) Motion**: Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Petro-Canada America Lubricants, Inc.'s Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Motion of Global Ampersand LLC Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Exhibits under Seal [**Dkt. 3283**].

D. Proposed Document Filed under Seal [**Dkt. 3287**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

E.  Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

F.  Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

G.  Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3288**].

H.  Response of Surf to Snow Environmental Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

I.  Response of U.S. TelePacific Corp. dba TPx Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

J.  Letter from Hypower, Inc. in Partial Acceptance and Partial Objection to Claim Classification [**Dkt. 3315**].

Related Documents:

K.  Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

L.  Notice of Continued Hearing on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) Solely with Respect to Certain Continued Claims [**Dkt. 3516**].

M.  Second Notice of Continued Hearing on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) Solely with Respect to Certain Continued Claims [**Dkt. 3977**].

Status:  This matter has been continued to November 19, 2019.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | |
|---|---|
| Dated: September 24, 2019 | **WEIL, GOTSHAL & MANGES LLP**<br>**KELLER & BENVENUTTI LLP**<br><br>By:    /s/ *Thomas B. Rupp*<br>          Thomas B. Rupp<br><br>*Attorneys for Debtors and Debtors in Possession* |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119