Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 31, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 263.00 | $238,081.78 |
| Kaufmann, Steven M. | Dep't: Litigation<br>Admission: 1984 | $977.50 | 3.00 | $2,932.50 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 171.50 | $142,131.15 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 141.10 | $83,355.03 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 881.20 | $411,961.00 |
| Bausback, Ian K. | Dep't: Litigation<br>Admission: 2014 | $590.75 | 5.70 | $3,367.32 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 198.50 | $117,264.29 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 23.10 | $12,272.00 |
| Nelson, R. Benjamin | Dep't: Litigation<br>Admission: 2014 | $552.50 | 140.10 | $77,405.25 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 331.20 | $225,216.00 |
| Walchuk, Andrew J. | Dep't: Litigation<br>Admission: 2017 | $467.50 | 15.40 | $7,199.50 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 11.5 | $318.75 | 20.40 | $6,502.54 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 58.00 | $18,241.00 |
| | | $306.00 | 34.50 | $10,557.00 |

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Research Services[1] | Dep't: Library<br>Years in Position: Various | $255.00 | 1.50 | $382.50 |
| **Total Incurred:** | | | 2,288.20 | $1,356,868.86 |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | n/a | $(34,611.37) |
| **Total Requested:** | | | 2,288.20 | $1,322,257.49 |

---

[1] The Research Services team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by this group is consolidated into a single line-item on the Timekeeper Summary sections of client bills.

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1711482

| | PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| | **Total Partners, Of Counsel, Associates and Paraprofessionals** | | | |
| | Partners and Counsel | $875.76 | 437.5 | $383,145.43 |
| | Associates and Attorneys | $540.25 | 1,736.3 | $938,040.39 |
| | **Total Incurred by All Attorneys:** | **$607.77** | **2,173.8** | **$1,321,185.82** |
| | Less Client Accommodation for Non-Working Travel (50% of Fees Incurred) | n/a | n/a | $(34,611.37) |
| | **Blended Attorney Rate:** | **$591.85** | **2,173.8** | **$1,286,574.45** |
| | Paraprofessionals and Non-Legal Staff | $311.91 | 114.4 | $35,683.04 |
| | **Total Requested:** | **$577.85** | **2,288.20** | **$1,322,257.49** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105