# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED MORRISON & FOERSTER LLP FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 31, 2019

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 1,130.70 | $648,229.77 |
| C200 | Researching Law | 77.50 | $42,581.66 |
| C312 | Client Counsel - State/Regulatory/Judicial | 173.80 | $123,934.26 |
| C341 | Business Disputes | 3.50 | $3,385.13 |
| P100 | Project Administration | 0.30 | $159.38 |
| P280 | Other | 9.80 | $7,689.56 |
| P300 | Structure/Strategy/Analysis | 703.60 | $442,070.73 |
| P400 | Initial Document Preparation/Filing | 44.30 | $19,595.64 |
| Z016 | Non-Working Travel | 145.40 | $69,222.73 |
| **Total Incurred:** | | **2,288.9** | **$1,356,868.86** |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | n/a | $(34,611.37) |
| **Total Requested:** | | **2,288.9** | **$1,322,257.49** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1711482