# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 31, 2019

| Expense Category | Total Expenses |
|---|---|
| Business Meals | $110.26 |
| Color Copies | $6,000.40 |
| Court Filing Service | $35.00 |
| Meals | $100.00 |
| Messenger Service | $116.34 |
| Miscellaneous Disbursement - Travel WiFi | $60.96 |
| Outside Copying Service | $487.50 |
| Outside Copying Svcs | $18.20 |
| Photocopies | $585.60 |
| Transportation | $41.53 |
| Travel | $26,020.78 |
| Travel Meals | $3,928.61 |
| **Total** | **$37,505.18** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1711482