# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 31, 2019

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5853258
Invoice Date: September 16, 2019

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Disbursements Incurred Through July 31, 2019*

<u>U.S. Dollars</u>

Current Disbursements     37,505.18
**Total This Invoice**     **37,505.18**

Payment may be made by Electronic Funds transfer to the firm's account

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Jul-19 | Photocopies | 585.60 |
| 31-Jul-19 | Color Copies | 6,000.40 |
| 31-Jul-19 | Outside Copying Svcs | 18.20 |
| 31-Jan-19 | Travel, plane, S. Barr, travel to San Francisco, 2/3/19 | 214.52 |
| 03-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 2/3/19 | 14.00 |
| 03-Feb-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 2/3/19 | 13.00 |
| 03-Feb-19 | Travel, hotel, S. Barr, 4-night stay at Omni Hotel, in San Francisco, 2/3-2/8/19 | 1,985.06 |
| 05-Feb-19 | Travel, plane, S. Barr, travel from San Francisco, 2/7/19 | 362.98 |
| 05-Feb-19 | Travel, plane, S. Barr, travel to San Francisco, 2/11/19 | 377.75 |
| 07-Feb-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 2/8/19 | 62.00 |
| 08-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 2/8/19 | 47.00 |
| 11-Feb-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 2/11/19 | 34.69 |
| 11-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 2/11/19 | 43.91 |
| 11-Feb-19 | Travel, hotel, S. Barr, 4-night stay at Marriott, in San Francisco, 2/11-2/15/19 | 1,910.84 |
| 12-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 2/11/19 | 20.00 |
| 12-Feb-19 | Travel, plane, S. Barr, travel to/from San Francisco, 2/19 and 2/22/19 | 602.61 |
| 12-Feb-19 | Travel, plane, S. Barr, travel from San Francisco, 2/15/19 | 615.74 |
| 13-Feb-19 | Travel, plane, S. Barr, travel to San Francisco, 2/18/19 | 362.21 |
| 14-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 2/15/19 | 20.00 |
| 16-Feb-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 2/15/19 | 40.88 |
| 18-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 2/18/19 | 39.00 |
| 24-Feb-19 | Travel, plane, S. Barr, to/from San Francisco, 2/28 and 3/4/19 | 584.60 |
| 28-Feb-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 2/28/19 | 23.00 |
| 28-Feb-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 2/28/19 | 25.00 |
| 04-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 3/4/19 | 63.00 |
| 04-Mar-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 3/4/19 | 59.86 |
| 05-Mar-19 | Travel, plane, S. Barr, traveling to/from San Francisco, 2 round trips, 3/8-3/12 and 3/15-3/18/19 | 1,326.19 |
| 07-Mar-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 3/8/19 | 16.00 |
| 08-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 3/8/19 | 34.54 |
| 12-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 3/12/19 | 34.42 |
| 12-Mar-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 3/12/19 | 8.11 |
| 12-Mar-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 3/12/19 | 33.92 |
| 12-Mar-19 | Travel, hotel, S. Barr, 3 night stay at Hyatt, in San Francisco, 3/12/19-3/15/19 | 1,475.07 |
| 15-Mar-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 3/15/19 | 34.07 |
| 15-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 3/15/19 | 27.00 |
| 16-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 3/18/19 | 27.00 |
| 18-Mar-19 | Travel, plane, S. Barr, travel to San Francisco, 3/25/19 | 214.52 |
| 24-Mar-19 | Travel, taxi/car service, S. Barr, ground travel to airport in St. Louis, 3/25/19 | 43.86 |
| 24-Mar-19 | Travel, taxi/car service, S. Barr, ground travel from airport in San Francisco, 3/25/19 | 20.00 |
| 25-Mar-19 | Travel, plane, S. Barr, travel from San Francisco, 3/25/19 | 397.74 |
| 27-Mar-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 3/27/19 | 6.00 |
| 28-Mar-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 3/28/19 | 15.13 |
| 28-Mar-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 3/28/19 | 11.73 |
| 28-Mar-19 | Travel, plane, S. Barr, travel to/from San Francisco, 4/1 and 4/5/19 | 599.92 |

2

Case: 19-30088   Doc# 3991-5   Filed: 09/24/19   Entered: 09/24/19 15:50:36   Page 3 of 12

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---|
| 29-Mar-19 | Travel, plane, S. Barr, travel to/from San Francisco, 4/15 and 4/19/19 | 496.52 |
| 29-Mar-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 3/29/19 | 32.93 |
| 01-Apr-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 4/1/19 | 34.49 |
| 01-Apr-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 4/1/19 | 57.60 |
| 01-Apr-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 4/1/19 | 33.43 |
| 01-Apr-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 4/1/19 | 32.93 |
| 02-Apr-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 4/2/19 | 34.49 |
| 06-Apr-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 4/5/19 | 36.69 |
| 06-Apr-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 4/5/19 | 39.69 |
| 15-Apr-19 | Travel, hotel, S. Barr, 4-night stay at Galleria Park Hotel, in San Francisco, 4/15-19/19 | 1,467.24 |
| 16-Apr-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 4/15/19 | 41.97 |
| 16-Apr-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 4/15/19 | 38.96 |
| 20-Apr-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 4/19/19 | 34.95 |
| 20-Apr-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 4/19/19 | 36.42 |
| 25-Apr-19 | Travel, plane, S. Barr, travel to/from San Francisco, 4/29 and 5/2/19 | 499.54 |
| 29-Apr-19 | Travel, hotel, S. Barr, 3-night stay at Hyatt, in San Francisco, 4/29-5/2/19 | 1,268.97 |
| 29-Apr-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 4/29/19 | 38.25 |
| 30-Apr-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 4/29/19 | 33.04 |
| 03-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 5/2/19 | 37.76 |
| 03-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 5/2/19 | 41.59 |
| 13-May-19 | Travel, plane, S. Barr, travel to/from San Francisco, 5/14 and 5/17/19 | 490.35 |
| 14-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 5/14/19 | 30.00 |
| 14-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 5/14/19 | 33.61 |
| 16-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 5/17/19 | 34.46 |
| 16-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 5/17/19 | 32.95 |
| 17-May-19 | Travel, plane, S. Barr, travel from San Francisco, change ticket fee, 5/17/19 | 75.00 |
| 17-May-19 | Travel, hotel, S. Barr, 3-night stay at Hotel Vitale, in San Francisco, 5/14-5/17/19 | 1,572.03 |
| 17-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 5/17/19 | 34.70 |
| 19-May-19 | Travel, plane, S. Barr, travel to/from San Francisco, 5/20 and 5/23/19 | 536.34 |
| 20-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 5/20/19 | 30.40 |
| 20-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 5/20/19 | 10.50 |
| 20-May-19 | Travel, hotel, S. Barr, 3-night stay at Omni Hotel, in San Francisco, 5/20-5/23/19 | 1,275.06 |
| 21-May-19 | Travel, plane, S. Barr, travel to/from San Francisco, 5/28 and 5/30/19 | 493.86 |
| 24-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 5/23/19 | 50.02 |
| 24-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 5/23/19 | 38.06 |
| 28-May-19 | Travel, hotel, S. Barr, 2-night stay at Hyatt, in San Francisco, 5/28-5/30/19 | 1,024.60 |
| 28-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 5/28/19 | 37.37 |
| 28-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, 5/28/19 | 36.15 |
| 30-May-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 5/30/19 | 34.68 |
| 30-May-19 | Travel, plane, S. Barr, travel from San Francisco, baggage fee, 5/30/19 | 75.00 |
| 31-May-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in Denver, 5/30/19 | 39.70 |
| 13-Jun-19 | Travel, plane, S. Barr, travel to San Francisco, 6/18-19/19 | 324.96 |
| 18-Jun-19 | Travel, hotel, S. Barr, one-night stay at Hyatt, in San Francisco, 6/18/19 | 341.10 |
| 18-Jun-19 | Travel, hotel, S. Barr, one night stay at Hyatt, in San Francisco, taxes, 6/18/19 | 56.42 |
| 18-Jun-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco, 6/18/19 | 31.00 |
| 18-Jun-19 | Travel, taxi/car service, S. Barr, ground travel to hotel, in San Francisco, 6/18/19 | 32.25 |
| 19-Jun-19 | Travel, taxi/car service, S. Barr, ground travel, in San Francisco, 6/19/19 | 35.84 |
| 20-Jun-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in San Francisco, 6/19/19 | 48.58 |
| 28-Jun-19 | Travel, hotel, S. Barr, five-night stay at Hyatt, in San Francisco to attend OII meeting, | 143.20 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---|
| | taxes, 6/28-7/3/19 | |
| 28-Jun-19 | Travel, taxi/car service, S. Barr, ground travel to airport, in Denver, travelling to San Francisco to attend OII meeting, 6/28/19 | 31.02 |
| 28-Jun-19 | Travel, taxi/car service, S. Barr, ground travel from airport, in San Francisco to attend OII meeting, 6/28/19 | 31.79 |
| 28-Jun-19 | Travel, plane, S. Barr, travel to San Francisco to attend OII meeting, 6/28/19 | 353.18 |
| 28-Jun-19 | Travel, hotel, S. Barr, five-night stay at Hyatt, in San Francisco to attend OII meeting, 6/28-7/3/19 | 850.50 |
| 29-Jun-19 | Travel, parking, J. Hill, to attend OII meeting, 6/29/19 | 27.00 |
| 29-Jun-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco to attend OII meeting, 6/29/19 | 7.75 |
| 30-Jun-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco to attend OII meeting, 6/30/19 | 15.00 |
| 30-Jun-19 | Travel, parking, S. Barr, at hotel, in San Francisco to attend OII meeting, 6/28-7/3/19 | 15.00 |
| 02-Jul-19 | Travel, plane, S. Barr, travel to San Francisco, 7/2/19 | 353.18 |
| 03-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/3/19 | 41.41 |
| 05-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/5/19 | 40.53 |
| 05-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/5/19 | 32.60 |
| 09-Jul-19 | Travel, taxi/car service, A. Floyd, ground travel in San Ramon for meeting, 7/9/19 | 17.45 |
| 09-Jul-19 | Travel, taxi/car service, A. Floyd, ground travel in San Ramon for meeting, 7/9/19 | 18.10 |
| 11-Jul-19 | Travel, taxi/car service, A. Floyd, ground travel in San Ramon for meeting, 7/11/19 | 33.66 |
| 26-Jul-19 | Travel, plane, S. Barr, travel to San Francisco, 7/26/19 | 181.70 |
| 29-Jul-19 | Travel, plane, S. Barr, travel to San Francisco, 7/29/19 | 353.18 |
| 29-Jul-19 | Travel, hotel, S. Barr, one-night stay at Hyatt, San Francisco, 7/29/19 | 242.10 |
| 30-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/30/19 | 8.81 |
| 30-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/30/19 | 8.69 |
| 30-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/30/19 | 32.02 |
| 30-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/30/19 | 44.80 |
| 31-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/31/19 | 33.66 |
| 31-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/31/19 | 39.88 |
| 31-Jul-19 | Travel, taxi/car service, S. Barr, ground travel in San Francisco, 7/31/19 | 25.25 |
| 12-Jul-19 | Court filing service, CourtCall, charge for telephonic court appearances | 35.00 |
| 19-Feb-19 | Business meals, 6 attendees, PG&E lunch meeting, 2/19/19 | 110.26 |
| 29-Jan-19 | Travel meals, S. Barr, dinner, in San Francisco, 1/29/19 | 40.00 |
| 30-Jan-19 | Travel meals, S. Barr, lunch, in San Francisco, 1/30/19 | 7.00 |
| 01-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/1/19 | 40.00 |
| 02-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/2/19 | 5.41 |
| 03-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/3/19 | 32.39 |
| 03-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/3/19 | 29.98 |
| 03-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/3/19 | 12.63 |
| 04-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/4/19 | 12.36 |
| 04-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/4/19 | 27.88 |
| 04-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/4/19 | 12.47 |
| 05-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/5/19 | 10.75 |
| 05-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/5/19 | 18.05 |
| 05-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/5/19 | 27.34 |
| 06-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/6/19 | 12.90 |
| 06-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/6/19 | 19.83 |
| 06-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/6/19 | 21.16 |

| Date | Description | Value |
|---|---|---:|
| 07-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/7/19 | 15.78 |
| 07-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/7/19 | 4.15 |
| 07-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/7/19 | 6.05 |
| 11-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/11/19 | 5.72 |
| 11-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/11/19 | 21.06 |
| 11-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/11/19 | 4.67 |
| 12-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/12/19 | 24.81 |
| 12-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/12/19 | 28.55 |
| 12-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/12/19 | 35.84 |
| 13-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/13/19 | 8.25 |
| 13-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/13/19 | 12.36 |
| 13-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/13/19 | 13.76 |
| 14-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/14/19 | 18.11 |
| 14-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/14/19 | 9.10 |
| 14-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/14/19 | 16.17 |
| 15-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/15/19 | 7.76 |
| 15-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/15/19 | 22.46 |
| 15-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/15/19 | 16.23 |
| 16-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/16/19 | 25.88 |
| 18-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/18/19 | 13.66 |
| 18-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/18/19 | 11.32 |
| 19-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/19/19 | 23.67 |
| 19-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/19/19 | 11.32 |
| 19-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/19/19 | 40.00 |
| 20-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/20/19 | 26.20 |
| 20-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/20/19 | 10.99 |
| 20-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/20/19 | 16.17 |
| 21-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/21/19 | 18.11 |
| 21-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/21/19 | 40.00 |
| 21-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/21/19 | 13.13 |
| 22-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/22/19 | 3.95 |
| 22-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/22/19 | 11.98 |
| 25-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/25/19 | 22.61 |
| 25-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/25/19 | 10.75 |
| 25-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/25/19 | 24.24 |
| 26-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/26/19 | 4.00 |
| 26-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/26/19 | 9.77 |
| 26-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/26/19 | 23.68 |
| 27-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/27/19 | 10.75 |
| 27-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/27/19 | 15.89 |
| 27-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/27/19 | 25.82 |
| 28-Feb-19 | Travel meals, S. Barr, breakfast, in San Francisco, 2/28/19 | 8.34 |
| 28-Feb-19 | Travel meals, S. Barr, lunch, in San Francisco, 2/28/19 | 15.94 |
| 28-Feb-19 | Travel meals, S. Barr, dinner, in San Francisco, 2/28/19 | 19.86 |
| 04-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/4/19 | 19.62 |
| 04-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/4/19 | 17.07 |
| 04-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/4/19 | 19.52 |
| 05-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/5/19 | 15.49 |
| 05-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/5/19 | 29.26 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---|
| 05-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/5/19 | 5.75 |
| 06-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/6/19 | 8.28 |
| 06-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/6/19 | 20.19 |
| 06-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/6/19 | 10.75 |
| 07-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/7/19 | 12.36 |
| 07-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/7/19 | 40.00 |
| 08-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/8/19 | 40.00 |
| 08-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/8/19 | 10.75 |
| 08-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/8/19 | 11.04 |
| 11-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/11/19 | 2.65 |
| 12-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/12/19 | 27.03 |
| 12-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/12/19 | 23.73 |
| 13-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/13/19 | 40.00 |
| 13-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/13/19 | 21.27 |
| 13-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/13/19 | 9.75 |
| 14-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/14/19 | 23.69 |
| 14-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/14/19 | 12.36 |
| 14-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/14/19 | 32.54 |
| 15-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/15/19 | 11.50 |
| 15-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/15/19 | 33.87 |
| 15-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/15/19 | 11.86 |
| 26-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/26/19 | 7.38 |
| 26-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/26/19 | 4.08 |
| 26-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/26/19 | 32.61 |
| 27-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/27/19 | 26.61 |
| 27-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/27/19 | 10.67 |
| 27-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/27/19 | 15.06 |
| 28-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/28/19 | 40.00 |
| 28-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/28/19 | 2.09 |
| 29-Mar-19 | Travel meals, S. Barr, dinner, in San Francisco, 3/29/19 | 40.00 |
| 29-Mar-19 | Travel meals, S. Barr, lunch, in San Francisco, 3/29/19 | 12.44 |
| 29-Mar-19 | Travel meals, S. Barr, breakfast, in San Francisco, 3/29/19 | 14.35 |
| 01-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/1/19 | 36.38 |
| 01-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/1/19 | 24.00 |
| 01-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/1/19 | 14.62 |
| 02-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/2/19 | 13.80 |
| 02-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/2/19 | 20.69 |
| 02-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/2/19 | 15.60 |
| 03-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/3/19 | 7.85 |
| 03-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/3/19 | 17.45 |
| 03-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/3/19 | 26.39 |
| 04-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/4/19 | 15.80 |
| 04-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/4/19 | 19.04 |
| 05-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/5/19 | 18.80 |
| 05-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/5/19 | 15.08 |
| 05-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/5/19 | 35.61 |
| 15-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/15/19 | 21.97 |
| 15-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/15/19 | 40.00 |
| 16-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/16/19 | 12.37 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---|
| 16-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/16/19 | 7.66 |
| 16-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/16/19 | 40.00 |
| 17-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/17/19 | 17.80 |
| 17-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/17/19 | 7.25 |
| 17-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/17/19 | 38.63 |
| 18-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/18/19 | 11.06 |
| 18-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/18/19 | 5.78 |
| 18-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/18/19 | 19.25 |
| 19-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/19/19 | 29.42 |
| 19-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/19/19 | 13.93 |
| 19-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/19/19 | 5.43 |
| 20-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/20/19 | 9.32 |
| 20-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/20/19 | 11.75 |
| 29-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/29/19 | 14.62 |
| 29-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/29/19 | 5.45 |
| 29-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/29/19 | 40.00 |
| 30-Apr-19 | Travel meals, S. Barr, lunch, in San Francisco, 4/30/19 | 17.56 |
| 30-Apr-19 | Travel meals, S. Barr, dinner, in San Francisco, 4/30/19 | 25.99 |
| 30-Apr-19 | Travel meals, S. Barr, breakfast, in San Francisco, 4/30/19 | 15.90 |
| 01-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/1/19 | 28.27 |
| 01-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/1/19 | 5.42 |
| 01-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/1/19 | 14.19 |
| 02-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/2/19 | 6.70 |
| 02-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/2/19 | 40.00 |
| 02-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/2/19 | 10.54 |
| 03-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/3/19 | 39.78 |
| 14-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/14/19 | 32.16 |
| 14-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/14/19 | 34.18 |
| 14-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/14/19 | 11.97 |
| 15-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/15/19 | 20.45 |
| 15-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/15/19 | 9.05 |
| 15-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/15/19 | 27.18 |
| 16-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/16/19 | 18.90 |
| 16-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/16/19 | 34.31 |
| 16-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/16/19 | 18.63 |
| 17-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/17/19 | 28.45 |
| 17-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/17/19 | 19.74 |
| 17-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/17/19 | 18.86 |
| 20-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/20/19 | 12.11 |
| 20-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/20/19 | 3.45 |
| 21-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/21/19 | 32.00 |
| 21-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/21/19 | 18.40 |
| 21-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/21/19 | 13.92 |
| 22-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/22/19 | 40.00 |
| 22-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/22/19 | 4.95 |
| 22-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/22/19 | 13.29 |
| 23-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/23/19 | 25.80 |
| 23-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/23/19 | 16.85 |
| 24-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/23/19 | 15.95 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---|
| 28-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/28/19 | 12.78 |
| 28-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/28/19 | 40.00 |
| 28-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/28/19 | 8.74 |
| 29-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/29/19 | 21.42 |
| 29-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/29/19 | 17.39 |
| 29-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/29/19 | 10.75 |
| 30-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/30/19 | 10.68 |
| 30-May-19 | Travel meals, S. Barr, lunch, in San Francisco, 5/30/19 | 17.56 |
| 30-May-19 | Travel meals, S. Barr, dinner, in San Francisco, 5/30/19 | 40.00 |
| 31-May-19 | Travel meals, S. Barr, breakfast, in San Francisco, 5/31/19 | 14.54 |
| 18-Jun-19 | Travel meals, S. Barr, lunch, in San Francisco, 6/18/19 | 14.25 |
| 18-Jun-19 | Travel meals, S. Barr, dinner, in San Francisco, 6/18/19 | 40.00 |
| 18-Jun-19 | Travel meals, S. Barr, breakfast, in San Francisco, 6/18/19 | 8.04 |
| 19-Jun-19 | Travel meals, S. Barr, breakfast, in San Francisco, 6/19/19 | 29.30 |
| 19-Jun-19 | Travel meals, S. Barr, lunch, in San Francisco, 6/19/19 | 15.23 |
| 19-Jun-19 | Travel meals, S. Barr, dinner, in San Francisco, 6/19/19 | 29.97 |
| 28-Jun-19 | Travel meals, S. Barr, lunch, in San Francisco to attend OII meeting, 6/28/19 | 34.98 |
| 29-Jun-19 | Travel meals, S. Barr, dinner, in San Francisco to attend OII meeting, 6/29/19 | 40.00 |
| 29-Jun-19 | Travel meals, S. Barr, lunch, in San Francisco to attend OII meeting, 6/29/19 | 13.94 |
| 29-Jun-19 | Travel meals, S. Barr, breakfast, in San Francisco to attend OII meeting, 6/29/30 | 29.02 |
| 30-Jun-19 | Travel meals, S. Barr, breakfast, in San Francisco to attend OII meeting, 6/30/19 | 7.05 |
| 30-Jun-19 | Travel meals, S. Barr, lunch, in San Francisco to attend OII meeting, 6/30/19 | 17.45 |
| 01-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/1/19 | 10.00 |
| 01-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/1/19 | 12.85 |
| 01-Jul-19 | Travel meals, S. Barr, dinner, in San Francisco, 7/1/19 | 34.51 |
| 02-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/2/19 | 17.01 |
| 02-Jul-19 | Travel meals, S. Barr, dinner, in San Francisco, 7/2/19 | 40.00 |
| 02-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/2/19 | 14.95 |
| 03-Jul-19 | Travel meals, S. Barr, dinner, in San Francisco, 7/3/19 | 40.00 |
| 03-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/3/19 | 13.44 |
| 04-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/4/19 | 24.46 |
| 04-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/4/19 | 15.60 |
| 04-Jul-19 | Travel meals, S. Barr, dinner, in San Francisco, 7/4/19 | 26.23 |
| 05-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/5/19 | 5.00 |
| 05-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/5/19 | 29.42 |
| 29-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/29/19 | 9.09 |
| 29-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/29/19 | 12.05 |
| 30-Jul-19 | Travel meals, S. Barr, lunch, in San Francisco, 7/30/19 | 16.09 |
| 30-Jul-19 | Travel meals, S. Barr, breakfast, in San Francisco, 7/30/19 | 12.44 |
| 30-Jul-19 | Travel meals, S. Barr, dinner, in San Francisco, 7/30/19 | 40.00 |
| 25-Jul-19 | Outside copying service, Veritext/New York Reporting Company LLC, copy of filing for administrative law judge Darcie Houck | 487.50 |
| 24-Jul-19 | Messenger service, C. Middleman, delivery to CPUC Docket Office | 13.68 |
| 31-Jul-19 | Messenger Service CAPITOL COURIERS, INC., Courtesy Copy to Administrative Judge | 102.66 |
| 29-Mar-19 | Travel, WiFi, S. Barr, travel to San Francisco, 3/29/19 | 15.99 |
| 15-Apr-19 | Travel, WiFi, S. Barr, travel to San Francisco, 4/15/19 | 14.99 |
| 29-Apr-19 | Travel, WiFi, S. Barr, travel to San Francisco, 4/29/19 | 14.99 |
| 23-May-19 | Travel, WiFi, S. Barr, travel to San Francisco, 5/23/19 | 14.99 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

| Date | Description | Value |
|---|---|---:|
| 06-Feb-19 | Local meals, R. Nelson, dinner, OT meal, 9:13 pm, 2/6/19 | 20.00 |
| 07-Feb-19 | Local meals, R. Nelson, dinner, OT meal, 9:01pm, 2/7/19 | 20.00 |
| 13-Mar-19 | Local meals, R. Nelson, dinner, OT meal, 8:21 pm, 3/13/19 | 20.00 |
| 21-Mar-19 | Local meals, R. Nelson, dinner, OT meal, 8:55 pm, 3/21/19 | 20.00 |
| 25-Mar-19 | Local meals, R. Nelson, dinner, OT meal, 8:00 pm, 3/25/19 | 20.00 |
| 26-Mar-19 | Local travel, taxi/car service, R. Nelson, 9:43 pm, 3/26/19 | 41.53 |
| | **Current Disbursements** | **37,505.18** |



# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Disbursements | 37,505.18 |
| **Total Amount Due** | **37,505.18** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5853258  
Invoice Date: September 16, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 16-Sep-19 | 5851437 | USD | 1,318,238.68 | 0.00 | 1,318,238.68 |