**EXHIBIT A**

**EXHIBIT A**

**HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 18, 2019 THROUGH AUGUST 17, 2019**

| :PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 22.00 |
| Eleanor McManus | Partner | 12.50 |
| Lanny Davis | Partner | 4.00 |
| Alexander Lange | Senior Director | 46.00 |
| Emily Seeley | Account Manager | 29.50 |
| **Total:** | | **114.00** |