**EXHIBIT C**

# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JULY 18, 2019 THROUGH AUGUST 17, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Teleconference Charges (Court Call) | $237.50 |
| **Total Expenses Requested:** | **$237.50** |