# EXHIBIT D

## Detailed Time Entries

# INVOICE



Date: 9/6/2019
Invoice #: 389

Trident DMG
DC 20006-3817
1700 K Street, NW

O: 202-899-3834
F: 202-899-3821
maddie@tridentdmg.com

Bill To:

Official Committee of Tort Claimants

| CLIENT NUMBER | Project | Terms | Due Date: |
|---|---|---|---|
| 337-01 | | Due on receipt | 9/6/2019 |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
| | Fees for strategic communication services for the Period of July 18 through August 17, 2019 | 45,000.00 | 45,000.00 |
| | Miscellaneous expense (CourtCall / 8/14) | 237.50 | 237.50 |

| | |
|---|---|
| Total | $45,237.50 |
| Payments/Credits | $0.00 |
| Balance Due | $45,237.50 |

REMITTANCE ADDRESS:
Trident DMG
1700 K St NW, Suite 825
Washington, DC 20006

Invoice #: 389

www.tridentdmg.com

# SUMMARY OF DETAILS
# (July 18 – August 17 | for Adam Goldberg)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 8/7/19 | 0.5 | Telephone call w/client |
|  | 1.0 | Internal client meetings |
| 8/8/19 | 1.0 | Internal client meetings |
|  | 1.5 | Research and writing |
| 8/9/19 | 3.5 | Telephone calls w/client and outside counsel |
|  | 0.5 | Internal client meetings |
| 8/11/19 | 0.5 | Internal client meetings |
| 8/12/19 | 1.0 | Telephone calls w/client and outside counsel |
|  | 1.0 | Working w/media |
|  | 1.0 | Internal client meetings |
| 8/13/19 | 1.0 | Internal client meetings |
| 8/14/19 | 7.0 | Listen to hearing via CourtCall |
|  | 0.5 | Internal client meetings |
| 8/15/19 | 1.0 | Telephone call w/client and outside counsel |
|  | 0.5 | Internal client meetings |
| 8/16/19 | 0.5 | Internal client meetings |
| **TOTAL** | **22.0** |  |

# SUMMARY OF DETAILS
# (July 18 – August 17 | for Lanny Davis)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
|  |  |  |
| 8/5/19 | 0.5 | Working w/media |
|  | 0.5 | Internal client meeting |
|  |  |  |
| 8/6/19 | 0.5 | Working w/media |
|  | 0.5 | Internal client meeting |
|  |  |  |
| 8/8/19 | 0.5 | Working w/media |
|  | 0.5 | Internal client meeting |
|  |  |  |
| 8/12/19 | 0.5 | Working w/media |
|  | 0.5 | Internal client meeting |
|  |  |  |
| **TOTAL:** | **4.0** |  |

# SUMMARY OF DETAILS
# (July 18 – August 17 | for Alexander Lange)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| | | |
| 8/7/19 | 1.5 | Working w/media |
| | 2.5 | Telephone calls w/client |
| | 1.5 | Research and writing |
| | 0.5 | Internal client meetings |
| | | |
| 8/8/19 | 2.0 | Working w/media |
| | 0.5 | Telephone calls w/client |
| | 0.5 | Telephone call w/client attorneys |
| | | |
| 8/9/19 | 3.0 | Telephone call w/client attorneys |
| | 1.5 | Telephone call w/client |
| | 1.0 | Research and writing |
| | | |
| 8/10/19 | 0.5 | Telephone calls w/client attorney |
| | | |
| 8/11/19 | 1.0 | Telephone call w/client attorneys |
| | 4.0 | Research and writing |
| | | |
| 8/12/19 | 2.0 | Client telephone calls |
| | 2.5 | Working w/media |
| | 0.5 | Research and writing |
| | | |
| 8/13/19 | 2.0 | Working w/media |
| | 1.0 | Telephone calls w/client |
| | | |
| 8/14/19 | 7.0 | Listen to hearing via CourtCall |
| | 0.5 | Working w/media |
| | | |
| 8/15/19 | 2.0 | Client telephone calls |
| | 1.0 | Working w/media |
| | 0.5 | Research and writing |
| | 0.5 | Internal client meetings |

|  |  |  |
|---|---|---|
| 8/16/19 | 0.5 | Internal client meetings |
|  | 2.0 | Research and writing |
|  | 2.5 | Working w/media |
|  | 0.5 | Telephone calls w/client and attorneys |
|  |  |  |
| 8/17/19 | 1.0 | Working w/media |
|  |  |  |
| **TOTAL:** | **46.0** |  |

# SUMMARY OF DETAILS
# (July 18 – August 17 | for Emily Seeley)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| | | |
| 8/7/19 | 1.0 | Client Meetings (Phone) |
| | 2.5 | Media Engagement |
| | 1.0 | Internal Meetings |
| | | |
| 8/8/19 | 1.0 | Internal Meetings |
| | 4.0 | Media Engagement |
| | 1.0 | Research and Writing |
| | | |
| 8/9/19 | 1.5 | Client Meetings (Phone) |
| | 3.0 | Media Engagement |
| | 1.0 | Internal Meetings |
| | | |
| 8/11/19 | 0.5 | Research and Writing |
| | | |
| 8/12/19 | 1.0 | Client Meetings (Phone) |
| | 1.5 | Media Engagement |
| | 1.0 | Research and Writing |
| | | |
| 8/13/19 | 1.5 | Media Engagement |
| | 1.0 | Research and Writing |
| | | |
| 8/14/19 | 2.0 | Research and Writing |
| | | |
| 8/15/19 | 0.5 | Client Meetings (Phone) |
| | 2.0 | Research and Writing |
| | | |
| 8/16/19 | 2.0 | Media Engagement |
| | 0.5 | External Communications – educate outside stakeholders on October deadline and related claims issues |
| | | |
| **TOTAL:** | **29.5** | |

# SUMMARY OF DETAILS
# (July 18 – August 17 | for Eleanor McManus)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 8/7/19 | 1.0 | Internal client meetings |
|  | 1.0 | Telephone calls w/client |
| 8/9/19 | 1.0 | Telephone calls w/client |
|  | 1.5 | Internal client meetings |
| 8/12/19 | 2.0 | Telephone calls w/client |
|  | 1.0 | Internal client meetings |
|  | 1.0 | Work with media |
| 8/13/19 | 1.0 | Internal client meetings |
| 8/14/19 | 1.0 | Internal client meetings |
| 8/15/19 | 1.0 | Internal client meetings |
| 8/16/19 | 1.0 | Telephone calls w/client |
| **TOTAL:** | **12.5** |  |