# EXHIBIT E

**Detailed Expense Entries**



6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

## INVOICE / RECEIPT

08/15/2019 12:48 PM

All amounts below are in U.S. Dollars

COURTCALL ID: 9984959
CASE NUMBER/NAME: 19-30088 / PG&E Corporation

CUSTOMER REF. NUMBER:
PROCEEDING: Hearing
DATE OF HEARING: Wednesday, August 14th, 2019 at 9:30 AM PT
FIRM NAME: Alex Lange - In Pro Per/Pro Se
ATTORNEY/PARTY APPEARING: Alex Lange
TELEPHONE: (914) 584-5969
FAX/EMAIL:
BASIC FEE/LATE FEE: $237.50
AMOUNT PAID: $237.50
PAYMENT NOW DUE: $0.00

The duration of this call was 436 minutes. The 'Basic Fee' above was calculated as follows: $35.00 base fee for the first 45 minutes plus 27 x 15-minute increment(s) at $7.50 each.

**Payment Details**

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $237.50 | American Express | 8/15/2019 12:45:14PM |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT: Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER

PAYMENT BY CHECK OR MONEY ORDER: If a balance is due detach and mail this payment section with your check, payable to: CourtCall LLC, 6383 Arizona Circle, Los Angeles, CA 90045. Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

COURTCALL ID: 9984959
CASE NAME/NUMBER: 19-30088 / PG&E Corporation

CUSTOMER REF. NUMBER:
PROCEEDING: Hearing
DATE OF HEARING: Wednesday, August 14th, 2019 at 9:30 AM PT
FIRM NAME: Alex Lange - In Pro Per/Pro Se
ATTORNEY/PARTY APPEARING: Alex Lange
TELEPHONE: (914) 584-5969

Cindy Unbo ext. 854        INVOICE FOR COURTCALL® APPEARANCE        Copyright © 2019 CourtCall, LLC. All Rights Reserved.