**Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| August 30 2019 | 06/01/19- 06/30/19 | $450,834.00 | $12,693.04 | $360,667.20 | $12,693.04 | $90,166.80 |