# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 9/26/2019
Case: 19−30088     Form ID: TRANSC     Total: 17

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty  Stephen Karotkin  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
   JESSICA LIOU, ESQ.  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
   DENNIS F. DUNNE, ESQ.  Milbank LLP  55 Hudson Yards  New York, NY 10001
   CECILY A. DUMAS, ESQ.  Baker & Hostetler LLP  11601 Wilshire Boulevard Suite 1400  Los Angeles, CA 90025
   ABID QURESHI, ESQ. and DAVID H. BOTTER, ESQ.  MICHAEL S. STAMER, ESQ.  ASHLEY VINSON CRAWFORD, ESQ.  Akin Gump Strauss Hauer & Feld LLP  One Bryant Park  New York, NY 10036
   MATTHEW A. FELDMAN, ESQ.  BENJAMIN P. MCCALLEN, ESQ.  Willkie Farr & Gallagher LLP  787 Seventh Avenue  New York, NY 10019
   PAUL J. PASCUZZI, ESQ.  Felderstein Fitzgerald Willoughby  Pascuzzi & Rios LLP  500 Capitol Mall Suite 2250  Sacramento, CA 95814
   ALAN W. KORNBERG, ESQ.  SEAN MITCHELL, ESQ.  Paul, Weiss, Rifkind, Wharton & Garrison  1285 Avenue of the Americas  New York, NY 10019
   ANDREW I. SILFEN, ESQ.  Arent Fox LLP  1301 Avenue of the Americas 42nd Floor  New York, NY 10019
   FRANK M. PITRE, ESQ.  Cotchett Pitre & McCarthy LLP  840 Malcolm Road Suite 200  Burlingame, CA 94010
   BRUCE BENNETT, ESQ.  Jones Day  555 South Flower Street Fiftieth Floor  Los Angeles, CA 90071
   RICHARD A. MARSHACK, ESQ.  Marshack Hays LLP  870 Roosevelt  Irvine, CA 92620
   MATTHEW J. TROY, ESQ.  U.S. Department of Justice, Civil Div.  P.O. Box 875  Ben Franklin Station  Washington, DC 20044
   REBECCA J. WINTHROP, ESQ.  Norton Rose Fulbright US LLP  555 South Flower Street  Forty−First Floor  Los Angeles, CA 90071
   ROBERT G. HARRIS, ESQ.  Law Offices of Binder and Malter  2775 Park Avenue  Santa Clara, Ca 95050
   G. LARRY ENGEL, ESQ.  Engel Law, PC  12116 Horseshoe Lane  Nevada City, CA 95959
   MATTHEW L. HINKER, ESQ.  O'MELVENY & MYERS LLP  7 Times Square  New York, NY 10036

TOTAL: 17