# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> **- and -** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>  **Debtors.** | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 3350** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                    ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 1, 2019, I caused to be served the "Andrew M. Leblanc Discovery Request Letter to the Honorable Dennis Montali," dated August 1, 2019 [Docket No. 3350], by causing true and correct copies to be:

    a.  enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    a.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    b.  delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102.*

1

2

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

3

4

*/s/ Wing Chan*
Wing Chan

5

Sworn to before me this
6th day of August, 2019

6

*/s/ John Chau*

7

Notary Public, State of New York
No. 01CH6353383

8

Qualified in Queens County
Commission Expires January 23, 2021

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX | COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count  8**

# EXHIBIT B

ACATON@KRAMERLEVIN.COM
MWASSON@KRAMERLEVIN.COM

ADAM.MALATESTA@LW.COM

ADSMITH@PERKINSCOIE.COM

AJANG@JANGLIT.COM
SNOMA@JANGLIT.COM

AKORNBERG@PAULWEISS.COM
BHERMANN@PAULWEISS.COM
WRIEMAN@PAULWEISS.COM
SMITCHELL@PAULWEISS.COM
NDONNELLY@PAULWEISS.COM

ALEX.SHER@HOGANLOVELLS.COM
PETER.IVANICK@HOGANLOVELLS.COM

ALEXANDER.PILMER@KIRKLAND.COM

ALTOGUT@TEAMTOGUT.COM
KORTIZ@TEAMTOGUT.COM
AODEN@TEAMTOGUT.COM
AGLAUBACH@TEAMTOGUT.COM

AMY.PARK@SKADDEN.COM

AMY.QUARTAROLO@LW.COM

ANAHMIAS@MBNLAWYERS.COM

ANDREW.SILFEN@ARENTFOX.COM
BETH.BROWNSTEIN@ARENTFOX.COM
JORDANA.RENERT@ARENTFOX.COM

ANDREW.YAPHE@DAVISPOLK.COM

ANDY.KONG@ARENTFOX.COM
CHRISTOPHER.WONG@ARENTFOX.COM

ANNIE.DUONG@MCCORMICKBARSTOW.C
OM
ANNIE.DUONG@MCCORMICKBARSTOW.C
OM

DEMERZIAN@MCCORMICKBARSTOW.CO
M
AORTIZ@JHWCLAW.COM
SJORDAN@JHWCLAW.COM
ECF@JHWCLAW.COM

APARNA.YENAMANDRA@KIRKLAND.CO
M
ARAM.ORDUBEGIAN@ARENTFOX.COM
AROCLES.AGUILAR@CPUC.CA.GOV
ASMITH@LOCKELORD.COM
AVCRAWFORD@AKINGUMP.COM

AVOBRIENT@MINTZ.COM
ABLEVIN@MINTZ.COM

BANKRUPTCY@COAG.GOV
BANKRUPTCY2@IRONMOUNTAIN.COM
BANKRUPTCYCOURTNOTICES@UNIONCO
UNSEL.NET
ERICH@UNIONCOUNSEL.NET
TMAINGUY@UNIONCOUNSEL.NET
CGRAY@UNIONCOUNSEL.NET
BANKRUPTCYNOTICES@UP.COM
BELVEDERELEGALECF@GMAIL.COM
BENNETT.SPIEGEL@HOGANLOVELLS.CO
M
BGLASER@SWESQ.COM
BKNAPP@LOCKELORD.COM
BLETSCH@BRAYTONLAW.COM
BRIAN.LOHAN@ARNOLDPORTER.COM
STEVEN.FRUCHTER@ARNOLDPORTER.CO
M
BRYAN.BATES@DENTONS.COM
CAROLINE.RECKLER@LW.COM
ANDREW.PARLEN@LW.COM
CBELMONTE@SSBB.COM
PBOSSWICK@SSBB.COM
CHRIS.JOHNSTONE@WILMERHALE.COM
CHRISTOPHER.HARRIS@LW.COM
ANDREW.PARLEN@LW.COM
CP@STEVENSLEE.COM
CRAIG@MARGULIESFAITHLAW.COM
CRIVAS@REEDSMITH.COM
MHOUSTON@REEDSMITH.COM
CSHORE@WHITECASE.COM
CSIMON@BERGERKAHN.COM
CSIMON@BERGERKAHN.COM
CVARNEN@IRELL.COM
ASTRABONE@IRELL.COM
DANDREOLI@STEYERLAW.COM
DANETTE.VALDEZ@DOJ.CA.GOV
ANNADEL.ALMENDRAS@DOJ.CA.GOV
DANIA.SLIM@PILLSBURYLAW.COM
DANIEL.LAGUARDIA@SHEARMAN.COM
DANIEL@THEBKLAWOFFICE.COM
DANIELLE.PHAM@USDOJ.GOV
DANIELLE.PHAM@USDOJ.GOV

DAREN@SCHLECTERLAW.COM

DAVID.LEVANT@STOEL.COM

DAVID.RILEY@DLAPIPER.COM
ERIC.GOLDBERG@DLAPIPER.COM

DAVID.SELIGMAN@KIRKLAND.COM

DBP@PROVLAW.COM

DDUNNE@MILBANK.COM
SKHALIL@MILBANK.COM

DEG@COREYLAW.COM
ALR@COREYLAW.COM
SMB@COREYLAW.COM
SM@COREYLAW.COM

DFELDER@ORRICK.COM

DGOODING@CHOATE.COM

DGRASSGREEN@GMAIL.COM

DLN@LNBYB.COM

DMG@SEVERSON.COM
DHC@SEVERSON.COM
BJK@SEVERSON.COM

DMINNICK@PILLSBURYLAW.COM

DMINTZ@ORRICK.COM

DMOON@STROOCK.COM

DNEIER@WINSTON.COM

DSHEMANO@SHEMANOLAW.COM

DSIMONDS@AKINGUMP.COM

DVD@SVLG.COM
KEB@SVLG.COM

EADLER@THEADLERFIRM.COM
GEMARR59@HOTMAIL.COM
BZUMMER@THEADLERFIRM.COM
OLATIFI@THEADLERFIRM.COM

EADLER@THEADLERFIRM.COM
GEMARR59@HOTMAIL.COM
BZUMMER@THEADLERFIRM.COM
OLATIFI@THEADLERFIRM.COM

ECF@STJAMES-LAW.COM

EFILE@PBGC.GOV
ROBERTSON.DANIEL@PBGC.GOV

EGOLDSTEIN@GOODWIN.COM

EGUFFY@LOCKELORD.COM

EHG@CLASSLAWGROUP.COM
DSH@CLASSLAWGROUP.COM

EHK@LNBYB.COM

ELI.VONNEGUT@DAVISPOLK.COM
DAVID.SCHIFF@DAVISPOLK.COM
TIMOTHY.GRAULICH@DAVISPOLK.COM

EMORABITO@FOLEY.COM
BNELSON@FOLEY.COM

EPINO@EPINOLAW.COM

ERIC.IVESTER@SKADDEN.COM

ERIC.MAY@YOLOCOUNTY.ORG

ERIKA.SCHOENBERGER@DAVEY.COM

ERIN.BRADY@HOGANLOVELLS.COM

ERLAMBLAW@GMAIL.COM

ESAGERMAN@BAKERLAW.COM
LATTARD@BAKERLAW.COM

ESSERMAN@SBEP-LAW.COM
TAYLOR@SBEP-LAW.COM

ETHOMPSON@STITES.COM

ETREDINNICK@GREENERADOVSKY.COM

EVELINA.GENTRY@AKERMAN.COM

FMEROLA@STROOCK.COM

FPITRE@CPMLEGAL.COM
ACORDOVA@CPMLEGAL.COM
ABLODGETT@CPMLEGAL.COM

FSMITH@COZEN.COM

GABRIEL.OZEL@TROUTMAN.COM

GABRIELLE.GLEMANN@STOEL.COM

GANZC@BALLARDSPAHR.COM
MYERSMS@BALLARDSPAHR.COM

GERALD.KENNEDY@PROCOPIO.COM

GERALD@SLFFIRM.COM
JOHN@SLFFIRM.COM

GHOFMANN@COHNEKINGHORN.COM

GJONES@DYKEMA.COM

GKALIKMAN@SCHNADER.COM

GREGG.GALARDI@ROPESGRAY.COM
KEITH.WOFFORD@ROPESGRAY.COM
DANIEL.EGAN@ROPESGRAY.COM

GROUGEAU@BRLAWSF.COM

GWEINER@GIBSONDUNN.COM
JKRAUSE@GIBSONDUNN.COM

HAMPTON.FOUSHEE@HOGANLOVELLS.C
OM

HARRIET.STEINER@BBKLAW.COM

HARRIS.WINSBERG@TROUTMAN.COM
MATTHEW.ROBERTS2@TROUTMAN.COM

HARTLT@BALLARDSPAHR.COM

HBEDOYAN@KLEINLAW.COM
ECF@KLEINLAW.COM

HILL@SULLIVANHILL.COM
HAWKINS@SULLIVANHILL.COM
DABBIERI@SULLIVANHILL.COM

HOGUEM@GTLAW.COM
HOUSTON_BANKRUPTCY@PUBLICANS.C
OM
HOWARD.SEIFE@NORTONROSEFULBRIGH
T.COM
ANDREW.ROSENBLATT@NORTONROSEFU
LBRIGHT.COM
CHRISTY.RIVERA@NORTONROSEFULBRI
GHT.COM
HUBENB@BALLARDSPAHR.COM
HUBENB@BALLARDSPAHR.COM
HUGH.MCDONALD@TROUTMAN.COM
HUGH.RAY@PILLSBURYLAW.COM
IAN.ROBERTS@BAKERBOTTS.COM
KEVIN.CHIU@BAKERBOTTS.COM

IMAC@MACFERN.COM
INFO@NORCALLAWGROUP.NET
JOE@NORCALLAWGROUP.NET
IVAN@ICJENLAW.COM
JACKIE.FU@LOCKELORD.COM
JAE1900@YAHOO.COM
JAMES.FICENEC@NDLF.COM
JOSHUA.BEVITZ@NDLF.COM

JAMES.L.SNYDER@USDOJ.GOV
TIMOTHY.S.LAFFREDI@USDOJ.GOV
MARTA.VILLACORTA@USDOJ.GOV

JAMES.POTTER@DOJ.CA.GOV
JAMES.POTTER@DOJ.CA.GOV
MARGARITA.PADILLA@DOJ.CA.GOV

JANE-LUCIANO@COMCAST.NET
JBEISWENGER@OMM.COM
JCUMMING@DIR.CA.GOV
JCURRAN@WOLKINCURRAN.COM
JDOOLITTLE@REEDSMITH.COM
JDORAN@HINCKLEYALLEN.COM

JDSOKOL@LAWSSL.COM
KCOLES@LAWSSL.COM

JDT@JDTHOMPSONLAW.COM
JFIERO@PSZJLAW.COM
JG5786@ATT.COM
JLOWENTHAL@STEYERLAW.COM
JLUCAS@PSZJLAW.COM
GGLAZER@PSZJLAW.COM
DGRASSGREEN@PSZJLAW.COM
IPACHULSKI@PSZJLAW.COM

JMARSHALL@CHOATE.COM
JMILLS@TAYLORENGLISH.COM
JMULLAN@SONOMACLEANPOWER.ORG
JOHN.MCCUSKER@BAMI.COM
JOHN.MOE@DENTONS.COM
JOSHUA.MORSE@DLAPIPER.COM
JRAPISARDI@OMM.COM
NMITCHELL@OMM.COM
DSHAMAH@OMM.COM

JRAWLINS@WINSTON.COM
JREISNER@IRELL.COM
KLYMAN@IRELL.COM

JROWLAND@BAKERDONELSON.COM
JSANDERS@STBLAW.COM
JSMITH@MCKOOLSMITH.COM
JULIA.MOSEL@SCE.COM
PATRICIA.CIRUCCI@SCE.COM

KCAPUZZI@BENESCHLAW.COM
MBARRIE@BENESCHLAW.COM

KCUNNINGHAM@PIERCEATWOOD.COM
KDIEMER@DIEMERWEI.COM
KDWBANKRUPTCYDEPARTMENT@KELLE
YDRYE.COM
BFEDER@KELLEYDRYE.COM
KECKHARDT@HUNTONAK.COM
KENNS@BENESCHLAW.COM
KFINEMAN@NUTIHART.COM
GNUTI@NUTIHART.COM
CHART@NUTIHART.COM

KHANSEN@STROOCK.COM
EGILAD@STROOCK.COM
MGAROFALO@STROOCK.COM

KHANSEN@STROOCK.COM
EGILAD@STROOCK.COM
MGAROFALO@STROOCK.COM
HOLSEN@STROOCK.COM
MSPEISER@STROOCK.COM
KPASQUALE@STROOCK.COM
SMILLMAN@STROOCK.COM

KKLEE@KTBSLAW.COM
DSTERN@KTBSLAW.COM
SKIDDER@KTBSLAW.COM

KLAMB@LKFIRM.COM
MSLATTERY@LKFIRM.COM
TKELCH@LKFIRM.COM

KMONTEE@MONTEEASSOCIATES.COM
KW@WLAWCORP.COM
KWINICK@CLARKTREV.COM
LARRY@ENGELADVICE.COM
LAUREN.MACKSOUD@DENTONS.COM
LEO.CROWLEY@PILLSBURYLAW.COM
LESLIE.FREIMAN@EDPR.COM
RANDY.SAWYER@EDPR.COM

LGABRIEL@BG.LAW
LGOLDBERG@EBCE.ORG
LILLIAN.STENFELDT@RIMONLAW.COM
LKRESS@LOCKELORD.COM
LMCGOWEN@ORRICK.COM
LOVEE.SARENAS@LEWISBRISBOIS.COM
AMY.GOLDMAN@LEWISBRISBOIS.COM
SCOTT.LEE@LEWISBRISBOIS.COM
JASMIN.YANG@LEWISBRISBOIS.COM

LPG@STEVENSLEE.COM
LROCHESTER@BAKERDONELSON.COM
JHAYDEN@BAKERDONELSON.COM
LSCHWEITZER@CGSH.COM
MSCHIERBERL@CGSH.COM
LSHULMAN@SHBLLP.COM
MLOWE@SHBLLP.COM
LUCKY.MCDOWELL@SHEARMAN.COM
LWEBER@POLSINELLI.COM
LWELSH@LKWELSHLAW.COM
MALEVINSON@ORRICK.COM
MALEXANDER@MARYALEXANDER.COM
MALMY@CROWELL.COM

MALONE@OLES.COM
MANNYCORRALES@YAHOO.COM
MARC.KIESELSTEIN@KIRKLAND.COM
MARK.BANE@ROPESGRAY.COM
MATTHEW.ROOSE@ROPESGRAY.COM

MARK.MCKANE@KIRKLAND.COM
MICHAEL.ESSER@KIRKLAND.COM

MARK_MINICH@KINDERMORGAN.COM
MARTHAEROMEROLAW@GMAIL.COM
MATT@LESNICKPRINCE.COM
CPRINCE@LESNICKPRINCE.COM

MATTHEW.TROY@USDOJ.GOV
MATTHEW.TROY@USDOJ.GOV
MBIENENSTOCK@PROSKAUER.COM
BROSEN@PROSKAUER.COM
MZERJAL@PROSKAUER.COM

MBUSENKELL@GSBBLAW.COM
MDANKO@DANKOLAW.COM
KMEREDITH@DANKOLAW.COM
SMILLER@DANKOLAW.COM

MEAGAN.TOM@LOCKELORD.COM
MELANIECRUZ@CHEVRON.COM
MARMSTRONG@CHEVRON.COM

METKIN@LOWENSTEIN.COM
ABEHLMANN@LOWENSTEIN.COM
GOLIVERA@LOWENSTEIN.COM

MFELDMAN@WILLKIE.COM
JMINIAS@WILLKIE.COM
DFORMAN@WILLKIE.COM

MFELGER@COZEN.COM
MFERULLO@NIXONPEABODY.COM
MFIRESTEIN@PROSKAUER.COM
LRAPPAPORT@PROSKAUER.COM
SMA@PROSKAUER.COM

MGOODIN@CLAUSEN.COM
MGORTON@BOUTINJONES.COM
MGROTEFELD@GHLAW-LLP.COM
MOCHOA@GHLAW-LLP.COM
WPICKETT@GHLAW-LLP.COM

MHOUSTON@REEDSMITH.COM
MHOWERY@REEDSMITH.COM
MICHAEL.ISAACS@DENTONS.COM

MICHAEL.TORKIN@STBLAW.COM
NGOLDIN@STBLAW.COM
KMCLENDON@STBLAW.COM
JAMIE.FELL@STBLAW.COM

MICHAEL@BINDERMALTER.COM
ROB@BINDERMALTER.COM
HEINZ@BINDERMALTER.COM

MISOLA@BROTHERSSMITHLAW.COM
MJB@HOPKINSCARLEY.COM
JROSS@HOPKINSCARLEY.COM

MJDUBE@CA.IBM.COM
MKELLY@WALKUPLAWOFFICE.COM
KBAGHDADI@WALKUPLAWOFFICE.COM
MSCHUVER@WALKUPLAWOFFICE.COM

MLAUTER@SHEPPARDMULLIN.COM
MORGAN.COURTNEY@PBGC.GOV
EFILE@PBGC.GOV

MOSBY_PERROW@KINDERMORGAN.COM
MPLEVIN@CROWELL.COM
BMULLAN@CROWELL.COM

MROSENTHAL@GIBSONDUNN.COM
AMOSKOWITZ@GIBSONDUNN.COM

MSCOHEN@LOEB.COM
ACLOUGH@LOEB.COM

MSTAMER@AKINGUMP.COM
IDIZENGOFF@AKINGUMP.COM
DBOTTER@AKINGUMP.COM

MSTRUB@IRELL.COM
MTONEY@TURN.ORG
TLONG@TURN.ORG

MYUFFEE@WINSTON.COM
NANETTE@RINGSTADLAW.COM
NAVI.DHILLON@BAKERBOTTS.COM
NGO.MELISSA@PBGC.GOV
EFILE@PBGC.GOV

NJBLOOMFIELD@NJBLAW.COM
OKATZ@SHEPPARDMULLIN.COM
MLAUTER@SHEPPARDMULLIN.COM
SFARZAN@SHEPPARDMULLIN.COM

OREN.HAKER@STOEL.COM
OSCAR.PINKAS@DENTONS.COM
OTAKVORYAN@CKRLAW.COM

OWEN.CLEMENTS@SFCITYATTY.ORG
CATHERYN.DALY@SFCITYATTY.ORG

PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
TKRELLER@MILBANK.COM

PCALIFANO@CWCLAW.COM
PETER.BOUTIN@KYL.COM
PETER.WELSH@ROPESGRAY.COM
JOSHUA.STURM@ROPESGRAY.COM
PATRICIA.CHEN@ROPESGRAY.COM

PETER.WOLFSON@DENTONS.COM
PETER@PMRKLAW.COM
PFRIEDMAN@OMM.COM
PGETEAM@PRIMECLERK.COM
SERVICEQA@PRIMECLERK.COM

PGLASSMAN@SYCR.COM
PHILIP.WARDEN@PILLSBURYLAW.COM
PHILLIP.WANG@RIMONLAW.COM
PMUNOZ@REEDSMITH.COM
PPARTEE@HUNTONAK.COM
PWP@PATTIPREWITTLAW.COM
RA-LI-UCTS-BANKRUPT@STATE.PA.US
RANDY.MICHELSON@MICHELSONLAWGROUP.COM
RASYMM@AERAENERGY.COM
RBEACHER@PRYORCASHMAN.COM
RBK@JMBM.COM
BYOUNG@JMBM.COM

RFRIEDMAN@RUTAN.COM
PBLANCHARD@RUTAN.COM

RGOLUBOW@WCGHLAW.COM
RHONDA.GOLDSTEIN@UCOP.EDU
RICH@TRODELLALAPPING.COM
RILEYWALTER@W2LG.COM
MWILHELM@W2LG.COM

RJULIAN@BAKERLAW.COM
CDUMAS@BAKERLAW.COM

RKAMPFNER@WHITECASE.COM
RLALAWYER@YAHOO.COM
ROBERT.ALBERY@JACOBS.COM
ROBERT.LABATE@HKLAW.COM
DAVID.HOLTZMAN@HKLAW.COM

ROBINS@ROBINSCLOUD.COM
RBRYSON@ROBINSCLOUD.COM

RPEDONE@NIXONPEABODY.COM

RPINKSTON@SEYFARTH.COM
CHARNEY@SEYFARTH.COM

RSIMONS@REEDSMITH.COM

RSOREF@POLSINELLI.COM

RWOLF@HOLLANDHART.COM

SALLY@ELKSHEP.COM
JIM@ELKSHEP.COM

SAMUEL.MAIZEL@DENTONS.COM

SANFRANCISCO@SEC.GOV

SBRYANT@LOCKELORD.COM

SC2104271@GMAIL.COM

SCAMPORA@DBBWC.COM

SCHRISTIANSON@BUCHALTER.COM
VBANTNERPEO@BUCHALTER.COM

SECBANKRUPTCY@SEC.GOV

SFELDERSTEIN@FFWPLAW.COM
PPASCUZZI@FFWPLAW.COM

SFINESTONE@FHLAWLLP.COM
SFINESTONE@FHLAWLLP.COM
JHAYES@FHLAWLLP.COM
RWITTHANS@FHLAWLLP.COM

SGARABATO@EPIQGLOBAL.COM

SGROSS@GROSSKLEINLAW.COM

SHANE.HUANG@USDOJ.GOV

SHANE.HUANG@USDOJ.GOV

SHARON.PETROSINO@HERCRENTALS.COM

SHIGGINS@ANDREWSTHORNTON.COM
JCT@ANDREWSTHORNTON.COM
AA@ANDREWSTHORNTON.COM

SMO@SMOLSONLAW.COM

SORY@FDLAW.COM

SQUAN@STEYERLAW.COM

SSALLY@ROPESGRAY.COM
MATTHEW.MCGINNIS@ROPESGRAY.COM

SSUMMY@BARONBUDD.COM
JFISKE@BARONBUDD.COM

STEINBERGH@GTLAW.COM

STEPHEN.HESSLER@KIRKLAND.COM

STEPHEN.KAROTKIN@WEIL.COM
MATTHEW.GOREN@WEIL.COM
JESSICA.LIOU@WEIL.COM

SUMMERSM@BALLARDSPAHR.COM

SUMMERST@LANEPOWELL.COM

SUNNY.SARKIS@STOEL.COM

TAMBRA.CURTIS@SONOMA-COUNTY.ORG

TBLISCHKE@WILLIAMSKASTNER.COM

TCMITCHELL@ORRICK.COM

TDUBBS@LABATON.COM
LGOTTLIEB@LABATON.COM
CVILLEGAS@LABATON.COM
JDUBBIN@LABATON.COM

TJB@BRANDILAW.COM

TKELLER@KELLERBENVENUTTI.COM
JKIM@KELLERBENVENUTTI.COM

TKOEGEL@CROWELL.COM

TLAURIA@WHITECASE.COM
MBROWN@WHITECASE.COM

TMCCURNIN@BKOLAW.COM
CHIGASHI@BKOLAW.COM
THIGHAM@BKOLAW.COM

TODD.BAILEY@FTB.CA.GOV

TOM@PARKINSONPHINNEY.COM

TYOON@CROWELL.COM

VAVILAPLANA@FOLEY.COM

VUOCOLOD@GTLAW.COM

WAGSTAFFE@WVBRLAW.COM
BUSCH@WVBRLAW.COM

WLISA@NIXONPEABODY.COM

WONG.ANDREA@PBGC.GOV
EFILE@PBGC.GOV

WS@WAYNESILVERLAW.COM

YELENA.ARCHIYAN@AKERMAN.COM
JOHN.MITCHELL@AKERMAN.COM