# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **FIRST COMBINED MONTHLY FEE STATEMENT OF AXIOM ADVISORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 15, 2019 THROUGH JULY 31, 2019** |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors | **Objection Deadline: October 17, 2019 at 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | [No hearing requested] |

| | |
|---|---|
| To: | <u>The Notice Parties</u> |
| Name of Applicant: | <u>Axiom Advisors</u> |
| Authorized to Provide Professional Services to: | <u>Government Affairs Consultant for the Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>May 10, 2019 *nunc pro tunc* to March 15, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>March 15, 2019 through July 31, 2019</u> |
| Amount of compensation sought as actual, reasonable, and necessary: | <u>$100,000 (80% of $125,000)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | <u>$242.00</u> |

Axiom Advisors ("<u>Axiom</u>" or the "<u>Applicant</u>"), the governmental affairs consultant for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits its First Combined Monthly Fee Statement (this "<u>Monthly Fee Statement</u>") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the

period commencing March 15, 2019 through July 31, 2019 (the "Fee Period") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, Axiom requests allowance and payment of $100,000 (80% of $125,000) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $242.00 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Axiom during the Fee Period.

Annexed as **Exhibit A** hereto is a schedule for the Fee Period setting forth the total amount of fees and expenses sought to be paid or reimbursed in this Monthly Fee Statement. As reflected in **Exhibit A**, Axiom incurred $125,000 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Axiom seeks payment of $100,000 (80% of the incurred fees). Additionally, Axiom seeks reimbursement for $242.00 of expenses. Attached hereto as **Exhibit B** is a schedule of the number of hours expended by each Axiom professional during the Fee Period. The professionals of Axiom expended a total of 490.5 hours in connection with these chapter 11 cases during the Fee Period. Attached hereto as **Exhibit C** is a detailed itemization of expenses Axiom is seeking reimbursement for in this Fee Statement. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that after the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and

1    directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

2

3

     Dated: September 26, 2019
4

5                                              Respectfully submitted,

6                                              **AXIOM ADVISORS**

7                                              By: */s/ Cassie Gilson*

8

9                                              *Governmental Affairs Consultant for the Official*
                                               *Committee of Unsecured Creditors*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **EXHIBIT A**

Summary of Fees and Expenses for the Fee Period

| Period | Total Fees | Less 20% Holdback | Current Fees (Net of Holdback) | Expenses | Total Fees & Expenses (Incl. of Holdback) | Total Fees & Expenses (Net of Holdback) |
|---|---|---|---|---|---|---|
| 3/15/19-7/31/19 | $125,000 | $25,000 | $100,000 | $242.00 | $125,242.00 | $100,242.00 |

## **EXHIBIT B**

Axiom Advisors

Hourly Details for the Period of
March 15, 2019 through July 31, 2019

| Professional | Title | Hours |
|---|---|---|
| Cassie Gilson | Partner | 215.5 |
| Jason Kinney | Partner | 18.5 |
| Kevin Schmidt | Partner | 92.5 |
| Silvio Ferrari | Associate | 128.5 |
| Debbie Edgar | Legislative Aide | 3.5 |
| Vanessa Sonnier | Legislative Aide | 32.0 |
|  | **Total:** | **490.5** |

## **EXHIBIT C**

Axiom Advisors

Summary of Expenses for the Period of
March 15, 2019 through July 31, 2019

| Date | Explanation | Amount |
|------|-------------|--------|
| 4/3/2019 | Return trip transportation (car service) to Sacramento from San Francisco for UCC Meeting for Jason Kinney and Cassie Gilson | $242.00 |
| | **Total:** | $242.00 |

## EXHIBIT D

Detailed Time Entries for the Fee Period

Case: 19-30088    Doc# 4014    Filed: 09/26/19    Entered: 09/26/19 15:58:34    Page 7 of 30

Axiom Advisors Inc.
Hourly Details for the Period of
March 15, 2019 through July 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Cassie Gilson | 3/15/2019 | 0.0 | Date retained and commenced work |
| Cassie Gilson | 3/15/2019 | 1.0 | Review bills and amendments |
| Cassie Gilson | 3/18/2019 | 0.5 | Prepare and attend eetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 3/19/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 3/19/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 3/21/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/21/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/21/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 3/22/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 3/22/2019 | 1.0 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 3/25/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 3/27/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 3/28/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/28/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/29/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| **April 2019** | | | |
| Cassie Gilson | 4/1/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 4/1/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 4/2/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 4/3/2019 | 6.0 | Attend and travel to/from San Francisco for UCC meeting |
| Cassie Gilson | 4/4/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/4/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/5/2019 | 1.0 | Prepare and attend call with FTI re: position statement development |
| Cassie Gilson | 4/5/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/5/2019 | 1.0 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 4/8/2019 | 0.5 | Review bills and amendments |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 4/8/2019 | 1.0 | Call with UCC public affairs committee re: revised position statement |
| Cassie Gilson | 4/8/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/9/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 4/10/2019 | 1.0 | Review UCC draft materials |
| Cassie Gilson | 4/10/2019 | 1.0 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 4/11/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/12/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/15/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/16/2019 | 0.5 | Prepare and attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 4/16/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 4/17/2019 | 1.0 | UCC public affairs committee call |
| Cassie Gilson | 4/18/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/18/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/22/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 4/22/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/23/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 4/23/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 4/23/2019 | 4.0 | Attend Senate Natural Resources Committee hearing re: SB 247 |
| Cassie Gilson | 4/24/2019 | 2.5 | Attend Assembly Utilities and Energy Committee hearing re: AB 235 and AB 1363 |
| Cassie Gilson | 4/24/2019 | 2.5 | Attend Assembly Insurance Committee hearing re: AB 740 |
| Cassie Gilson | 4/24/2019 | 1.5 | Attend Assembly Appropriations Committee hearing re: AB 868 |
| Cassie Gilson | 4/25/2019 | 1.5 | Prepar and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/25/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/25/2019 | 1.0 | UCC public affairs committee call |
| Cassie Gilson | 4/25/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/25/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 4/29/2019 | 1.0 | Review bills and amendments |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 4/29/2019 | 2.0 | Monitor meeting of the Commission on Catastrophic Wildfire Cost and Recovery |
| Cassie Gilson | 4/29/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 4/30/2019 | 0.5 | Prepare and attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 4/30/2019 | 0.5 | Call with Milbank re: compliance and retention |
| **May 2019** | | | |
| Cassie Gilson | 5/1/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 5/1/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/1/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 5/2/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/2/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/6/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 5/6/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 5/6/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/7/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 5/7/2019 | 0.5 | Review UCC draft materials |
| Cassie Gilson | 5/7/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 5/8/2019 | 1.5 | Attend Senate Insurance Information Hearing on wildfires and homeowners insurance |
| Cassie Gilson | 5/8/2019 | 2.5 | Prepare for and attend Senate Wildfire Select Committee hearing |
| Cassie Gilson | 5/8/2019 | 3.5 | Attend Joint Information Hearing on Pre and Post-Wildfire Planning & Housing Delivery at the Local Level |
| Cassie Gilson | 5/9/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/10/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/10/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/13/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 5/13/2019 | 0.5 | Prepare and attend UCC public affairs committee call |
| Cassie Gilson | 5/13/2019 | 2.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/14/2019 | 0.5 | Prepare and attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 5/14/2019 | 0.5 | UCC call re: public affairs messaging |
| Cassie Gilson | 5/14/2019 | 1.0 | Call with public affairs professionals to discuss month end messaging |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 5/14/2019 | 3.0 | Attend Joint Information Hearing on 2019 wildfire season preparedness |
| Cassie Gilson | 5/15/2019 | 1.0 | UCC public affairs committee call |
| Cassie Gilson | 5/15/2019 | 2.0 | Attend Assembly Utilities and Energy Committee hearing on the management of PG&E |
| Cassie Gilson | 5/16/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/16/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/16/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/17/2019 | 0.5 | Review UCC draft materials |
| Cassie Gilson | 5/20/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 5/20/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Cassie Gilson | 5/20/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/21/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 5/21/2019 | 2.5 | Attend Assembly Utilities and Energy Committee hearing on investor owned utility wildfire mitigation |
| Cassie Gilson | 5/21/2019 | 1.0 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 5/22/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/23/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/24/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/28/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 5/28/2019 | 1.0 | Review bills and amendments |
| Cassie Gilson | 5/28/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 5/29/2019 | 0.5 | Call re: update from wildfire commission recommendations |
| Cassie Gilson | 5/29/2019 | 1.0 | Call with UCC public affairs subcommittee |
| Cassie Gilson | 5/30/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/30/2019 | 0.5 | Call with UCC consulting team re: wildfire SB 901 commission report |
| Cassie Gilson | 5/31/2019 | 1.0 | Review UCC draft materials |
| Cassie Gilson | 5/31/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |

**June 2019**

| | | | |
|---|---|---|---|
| Cassie Gilson | 6/3/2019 | 0.5 | Review UCC draft materials |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 6/3/2019 | 0.5 | Prepare for and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/4/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 6/4/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 6/4/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/4/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 6/6/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/6/2019 | 1.0 | Review UCC draft materials |
| Cassie Gilson | 6/6/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/7/2019 | 6.5 | Monitor meeting of the Commission on Catastrophic Wildfire Cost and Recovery |
| Cassie Gilson | 6/7/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/10/2019 | 2.5 | Prepare and attend Senate Select committee on the Catastrophic Wildfire Cost and Recovery Commission's report re: public comment |
| Cassie Gilson | 6/10/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/11/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 6/11/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 6/11/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/11/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 6/12/2019 | 1.0 | Prepare for UCC lobby day |
| Cassie Gilson | 6/12/2019 | 1.0 | Call with UCC public affairs subcommittee re: messaging and meeting with legislators |
| Cassie Gilson | 6/12/2019 | 1.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Cassie Gilson | 6/12/2019 | 2.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/13/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/13/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/17/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 6/17/2019 | 0.5 | Prepare for UCC lobby day |
| Cassie Gilson | 6/17/2019 | 2.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/18/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 6/18/2019 | 0.5 | Review UCC draft materials |
| Cassie Gilson | 6/18/2019 | 0.5 | Call with FTI re: UCC lobby day on 6/24-25/2019 |
| Cassie Gilson | 6/18/2019 | 2.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/20/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 6/20/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/20/2019 | 0.5 | Call with FTI re: Wildfire fund |
| Cassie Gilson | 6/20/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/21/2019 | 1.0 | Prepare for UCC lobby day |
| Cassie Gilson | 6/21/2019 | 1.0 | Prepare for and attend call with public affairs committee to discuss media, messigning and UCC lobby day on 6/24-25/2019 |
| Cassie Gilson | 6/24/2019 | 10.5 | Lead UCC lobby day |
| Cassie Gilson | 6/25/2019 | 1.0 | Call with UCC committee re: plan exclusivity |
| Cassie Gilson | 6/25/2019 | 3.0 | Lead UCC lobby day |
| Cassie Gilson | 6/26/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/26/2019 | 1.5 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Cassie Gilson | 6/27/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/27/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 6/27/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/27/2019 | 1.0 | Call with UCC public affairs subcommittee re: lobby day debrief |
| Cassie Gilson | 6/27/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 6/28/2019 | 1.0 | Review UCC draft materials |
| Cassie Gilson | 6/28/2019 | 0.5 | Attend call with public affairs subcommittee re: governor's wildfire fund |
| Cassie Gilson | 6/28/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

**July 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 7/1/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/2/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 7/2/2019 | 0.5 | Review UCC draft materials |
| Cassie Gilson | 7/2/2019 | 0.5 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/3/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 7/3/2019 | 1.0 | Prepare and attend UCC public affairs subcommittee call re: media and government outreach strategy in advance of Summer Recess |
| Cassie Gilson | 7/3/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/5/2019 | 1.0 | Attend UCC call re: AB 1054 |
| Cassie Gilson | 7/5/2019 | 1.5 | Attend Senate Energy, Utilities and Communications hearing re: AB 1054 |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 7/5/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 7/8/2019 | 2.5 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Cassie Gilson | 7/8/2019 | 2.0 | Attend Senate Committee on Appropriations re: wildfire bills |
| Cassie Gilson | 7/8/2019 | 4.5 | Attend Senate Committee on Natural Resources re: wildfire bills |
| Cassie Gilson | 7/8/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/9/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 7/9/2019 | 2.5 | Attend Assembly Joint Legislative Committee on Climate Change Policies |
| Cassie Gilson | 7/10/2019 | 1.0 | Review bills and amendments |
| Cassie Gilson | 7/10/2019 | 3.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Cassie Gilson | 7/11/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 7/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 7/11/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/12/2019 | 0.5 | Review UCC draft materials |
| Cassie Gilson | 7/12/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/16/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 7/16/2019 | 1.0 | Attend UCC call re: exclusivity |
| Cassie Gilson | 7/16/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/17/2019 | 1.0 | Prepare and attend UCC call re: exclusivity |
| Cassie Gilson | 7/18/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 7/18/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/22/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/22/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/23/2019 | 1.0 | Prepare and attend UCC call re: exclusivity |
| Cassie Gilson | 7/23/2019 | 1.0 | Attend UCC call re: exclusivity (follow up) |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 7/24/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/25/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 7/25/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 7/26/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 7/26/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 7/30/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 7/31/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

215.5

Axiom Advisors Inc.
Hourly Details for the Period of
March 15, 2019 through July 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Jason Kinney | 3/15/2019 | 0.0 | Date retained and commenced work |
| Jason Kinney | 3/21/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 3/28/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **April 2019** | | | |
| Jason Kinney | 4/3/2019 | 6.0 | Attend and travel to/from San Francisco for UCC meeting |
| Jason Kinney | 4/4/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 4/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 4/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 4/19/2019 | 0.5 | Review UCC draft materials |
| **May 2019** | | | |
| Jason Kinney | 5/2/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 5/3/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 5/10/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 5/10/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 5/16/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 5/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 5/29/2019 | 0.5 | Review UCC draft materials |
| **June 2019** | | | |
| Jason Kinney | 6/6/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 6/13/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 6/14/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 6/20/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 6/21/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 6/27/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **July 2019** | | | |
| Jason Kinney | 7/3/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 7/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 7/12/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 7/25/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 7/26/2019 | 0.5 | Review UCC draft materials |
| Jason Kinney | 7/31/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

18.5

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Kevin Schmidt | 3/15/2019 | 0.0 | Date retained and commenced work |
| Kevin Schmidt | 3/21/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 3/21/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 3/28/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 3/28/2019 | 0.5 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 3/29/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| | | | |
| **April 2019** | | | |
| Kevin Schmidt | 4/2/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 4/3/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 4/4/2019 | 1.5 | Prepare and attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 4/8/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 4/9/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 4/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 4/12/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 4/12/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 4/12/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 4/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 4/19/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 4/22/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 4/23/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 4/23/2019 | 2.0 | Attend Senate Natural Resources Committee hearing re: SB 247 |
| Kevin Schmidt | 4/24/2019 | 1.5 | Attend Assembly Utilities and Energy Committee hearing re: AB 235 and AB 1363 |
| Kevin Schmidt | 4/24/2019 | 1.0 | Attend Assembly Insurance Committee hearing re: AB 740 |
| Kevin Schmidt | 4/24/2019 | 1.5 | Attend Assembly Appropriations Committee hearing re: AB 868 |
| Kevin Schmidt | 4/24/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Schmidt | 4/26/2019 | 1.0 | Review UCC draft materials |
| Kevin Schmidt | 4/29/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 4/29/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 4/30/2019 | 1.0 | Review UCC draft materials |

**May 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Schmidt | 5/1/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 5/1/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 5/1/2019 | 0.5 | Prepare for UCC call |
| Kevin Schmidt | 5/2/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 5/2/2019 | 0.5 | Prepare and and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 5/7/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 5/8/2019 | 1.5 | Attend Senate Insurance Information Hearing on wildfires and homeowners insurance |
| Kevin Schmidt | 5/8/2019 | 2.5 | Attend Senate Wildfire Select Committee hearing |
| Kevin Schmidt | 5/8/2019 | 2.0 | Attend Joint Information Hearing on Pre and Post-Wildfire Planning & Housing Delivery at the Local Level |
| Kevin Schmidt | 5/8/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 5/8/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 5/10/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 5/10/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 5/13/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 5/14/2019 | 1.5 | Attend Joint Information Hearing on 2019 wildfire season preparedness |
| Kevin Schmidt | 5/15/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 5/15/2019 | 2.0 | Attend Assembly Utilities and Energy Committee hearing on the management of PG&E |
| Kevin Schmidt | 5/15/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 5/16/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 5/21/2019 | 1.5 | Attend Assembly Utilities and Energy Committee hearing on investor owned utility wildfire mitigation |
| Kevin Schmidt | 5/22/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 5/22/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 5/23/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 5/23/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Schmidt | 5/24/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 5/28/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 5/28/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 5/30/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 5/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

**June 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Schmidt | 6/3/2019 | 1.0 | Review UCC draft materials |
| Kevin Schmidt | 6/3/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 6/4/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 6/6/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 6/6/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 6/7/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 6/7/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 6/10/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 6/10/2019 | 1.5 | Attend Senate Select committee on the Catastrophic Wildfire Cost and Recovery Commission's report re: public comment |
| Kevin Schmidt | 6/10/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 6/10/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 6/11/2019 | 0.5 | Prepare and attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 6/11/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 6/12/2019 | 1.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Kevin Schmidt | 6/13/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 6/14/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 6/14/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 6/17/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 6/24/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 6/25/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 6/26/2019 | 1.5 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Kevin Schmidt | 6/27/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **July 2019** | | | |
| Kevin Schmidt | 7/1/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 7/2/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 7/3/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 7/3/2019 | 1.0 | Review UCC draft materials |
| Kevin Schmidt | 7/3/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 7/3/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 7/5/2019 | 1.5 | Prepare for and attend Senate Energy, Utilities and Communications hearing re: AB 1054 |
| Kevin Schmidt | 7/8/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 7/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 7/8/2019 | 1.0 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Kevin Schmidt | 7/8/2019 | 1.0 | Attend Senate Committee on Appropriations re: wildfire bills |
| Kevin Schmidt | 7/8/2019 | 2.0 | Attend Senate Committee on Natural Resources re: wildfire bills |
| Kevin Schmidt | 7/8/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 7/9/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Kevin Schmidt | 7/9/2019 | 1.5 | Attend Assembly Joint Legislative Committee on Climate Change Policies |
| Kevin Schmidt | 7/10/2019 | 1.0 | Review UCC draft materials |
| Kevin Schmidt | 7/10/2019 | 2.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Kevin Schmidt | 7/10/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 7/11/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 7/11/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 7/12/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 7/24/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Schmidt | 7/25/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Kevin Schmidt | 7/25/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 7/26/2019 | 0.5 | Review UCC draft materials |
| Kevin Schmidt | 7/31/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

92.5

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Silvio Ferrari | 3/15/2019 | 0.0 | Date retained and commenced work |
| Silvio Ferrari | 3/15/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/18/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 3/20/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/20/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 3/21/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/21/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 3/22/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/22/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 3/25/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/26/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 3/27/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 3/28/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/28/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 3/29/2019 | 1.0 | Review bills and amendments |
| **April 2019** | | | |
| Silvio Ferrari | 4/1/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/3/2019 | 3.5 | Monitor meeting of the Commission on Catastrophic Wildfire Cost and Recovery |
| Silvio Ferrari | 4/3/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 4/4/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/4/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/5/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/8/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 4/9/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/10/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/10/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 4/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/12/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/12/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 4/15/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/16/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 4/16/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/17/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 4/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/18/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 4/22/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/23/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/23/2019 | 4.0 | Attend Senate Natural Resources Committee hearing re: SB 247 |
| Silvio Ferrari | 4/24/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/24/2019 | 2.5 | Attend Assembly Utilities and Energy Committee hearing re: AB 235 and AB 1363 |
| Silvio Ferrari | 4/24/2019 | 2.5 | Attend Assembly Insurance Committee hearing re: AB 740 |
| Silvio Ferrari | 4/24/2019 | 1.5 | Attend Assembly Appropriations Committee hearing re: AB 868 |
| Silvio Ferrari | 4/25/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 4/25/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/25/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 4/26/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/29/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 4/29/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/29/2019 | 2.0 | Monitor meeting of the Commission on Catastrophic Wildfire Cost and Recovery |
| Silvio Ferrari | 4/29/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 4/30/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 4/30/2019 | 0.5 | Review bills and amendments |

**May 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 5/1/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 5/1/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 5/2/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/2/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/3/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/6/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 5/7/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/8/2019 | 1.5 | Attend Senate Insurance Information Hearing on wildfires and homeowners insurance |
| Silvio Ferrari | 5/8/2019 | 2.5 | Attend Senate Wildfire Select Committee hearing |
| Silvio Ferrari | 5/8/2019 | 3.5 | Attend Joint Information Hearing on Pre and Post-Wildfire Planning & Housing Delivery at the Local Level |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 5/9/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 5/9/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 5/10/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/13/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/14/2019 | 3.0 | Attend Joint Information Hearing on 2019 wildfire season preparedness |
| Silvio Ferrari | 5/15/2019 | 2.0 | Attend Assembly Utilities and Energy Committee hearing on the management of PG&E |
| Silvio Ferrari | 5/16/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 5/16/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/17/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 5/20/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/20/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 5/21/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 5/21/2019 | 2.5 | Attend Assembly Utilities and Energy Committee hearing on investor owned utility wildfire mitigation |
| Silvio Ferrari | 5/22/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/22/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 5/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/24/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 5/28/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 5/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/30/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

**June 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 6/3/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/3/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/4/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 6/5/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/6/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 6/6/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/7/2019 | 0.5 | Review bills and amendments |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 6/7/2019 | 6.5 | Monitor meeting of the Commission on Catastrophic Wildfire Cost and Recovery |
| Silvio Ferrari | 6/7/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 6/10/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 6/10/2019 | 2.5 | Attend Senate Select committee on the Catastrophic Wildfire Cost and Recovery Commission's report re: public comment |
| Silvio Ferrari | 6/10/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/11/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 6/12/2019 | 1.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Silvio Ferrari | 6/12/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 6/13/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/13/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 6/13/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/14/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/17/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/18/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 6/19/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/20/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 6/20/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 6/21/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 6/26/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 6/26/2019 | 1.5 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Silvio Ferrari | 6/27/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

**July 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 7/1/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 7/1/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 7/2/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 7/2/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 7/3/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 7/5/2019 | 1.5 | Attend Senate Energy, Utilities and Communications hearing re: AB 1054 |
| Silvio Ferrari | 7/8/2019 | 1.0 | Review bills and amendments |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Silvio Ferrari | 7/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 7/8/2019 | 2.5 | Attend Senate Committee on Energy, Utilities and Communications re: wildfire bills |
| Silvio Ferrari | 7/8/2019 | 2.0 | Attend Senate Committee on Appropriations re: wildfire bills |
| Silvio Ferrari | 7/8/2019 | 4.5 | Attend Senate Committee on Natural Resources re: wildfire bills |
| Silvio Ferrari | 7/9/2019 | 2.5 | Attend Assembly Joint Legislative Committee on Climate Change Policies |
| Silvio Ferrari | 7/10/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 7/10/2019 | 3.0 | Attend Senate Committee on Insurance re: wildfire bills |
| Silvio Ferrari | 7/10/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 7/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 7/12/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 7/12/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 7/30/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 7/31/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 7/31/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

128.5

Axiom Advisors Inc.
Hourly Details for the Period of
March 15, 2019 through July 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Debbie Edgar | 3/15/2019 | 0.0 | Date retained and commenced work |
| Debbie Edgar | 3/27/2019 | 0.5 | Call with Milbank re: compliance and retention |
| **April 2019** | | | |
| Debbie Edgar | 4/2/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Debbie Edgar | 4/9/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Debbie Edgar | 4/23/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Debbie Edgar | 4/30/2019 | 0.5 | Call with Milbank re: compliance and retention |
| **May 2019** | | | |
| Debbie Edgar | 5/6/2019 | 0.5 | Call with Milbank re: compliance and retention |
| Debbie Edgar | 5/20/2019 | 0.5 | Call with Milbank re: compliance and retention |
| | | 3.5 | |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2019** | | | |
| Vanessa Sonnier | 3/15/2019 | 0.0 | Date retained and commenced work |
| Vanessa Sonnier | 3/15/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/18/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/20/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/22/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/25/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/26/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 3/29/2019 | 0.5 | Bill and amendment tracking |
| | | | |
| **April 2019** | | | |
| Vanessa Sonnier | 4/1/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/4/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/5/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/8/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/8/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/10/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/15/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/17/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/22/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/24/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/25/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/26/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/29/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 4/30/2019 | 0.5 | Bill and amendment tracking |
| | | | |
| **May 2019** | | | |
| Vanessa Sonnier | 5/2/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/3/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/6/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/9/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/13/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/16/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/20/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/23/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/24/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/28/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/30/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 5/31/2019 | 0.5 | Bill and amendment tracking |
| | | | |
| **June 2019** | | | |
| Vanessa Sonnier | 6/3/2019 | 0.5 | Bill and amendment tracking |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vanessa Sonnier | 6/4/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/5/2019 | 1.0 | Make legislative appointments for UCC lobby day |
| Vanessa Sonnier | 6/7/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/10/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/11/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/11/2019 | 1.5 | Make legislative appointments for UCC lobby day |
| Vanessa Sonnier | 6/12/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/14/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/17/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/17/2019 | 0.5 | Make legislative appointments for UCC lobby day |
| Vanessa Sonnier | 6/19/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/20/2019 | 1.0 | Make legislative appointments for UCC lobby day |
| Vanessa Sonnier | 6/21/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/24/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/25/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/26/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/27/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 6/28/2019 | 0.5 | Bill and amendment tracking |

**July 2019**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vanessa Sonnier | 7/1/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/2/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/5/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/8/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/9/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/10/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/11/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 7/12/2019 | 0.5 | Bill and amendment tracking |

32.0

| | |
|---|---|
| 1 | <div align="center">**Notice Parties**</div> |
| 2 | PG&E Corporation |
| 3 | c/o Pacific Gas & Electric Company<br>Attn:   Janet Loduca, Esq. |
| 4 | 77 Beale Street<br>San Francisco, CA 94105 |
| 5 | Weil, Gotshal & Manges LLP |
| 6 | Attn:   Stephen Karotkin, Esq.<br>       Jessica Liou, Esq. |
| 7 |       Matthew Goren, Esq.<br>767 Sixth Avenue |
| 8 | New York, NY 10153-0119 |
| 9 | Keller & Benvenutti LLP<br>Attn:   Tobias S. Keller, Esq. |
| 10 |       Jane Kim, Esq<br>650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| 12 | The Office of the United States Trustee for Region 17<br>Attn:   James L. Snyder, Esq. |
| 13 |       Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 14 | San Francisco, CA 94102 |
| 15 | Baker & Hostetler LLP<br>Attn:   Eric Sagerman, Esq. and |
| 16 |       Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400 |
| 17 | Los Angeles, CA 90025-0509 |