

Eric Seiler (*admitted pro hac vice*)
Jason C. Rubinstein
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: 212-833-1100
Email: eseiler@fklaw.com
jrubinstein@fklaw.com

Signed and Filed: September 26, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JASON C. RUBINSTEIN *PRO HAC VICE*** |

Upon the application of Jason C. Rubinstein, whose business address and telephone number is Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516, Telephone: 212-833-1100, and who is an active member in good standing of the bar of the State of New York and the U.S. Court of Appeals for the Second Circuit, for admission to practice in the Northern District of California in the above-entitled action on a *pro hac vice* basis, representing The Baupost Group L.L.C.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

DOCS_SF:101937.1

*vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**