

```
                              Entered on Docket
                              September 26, 2019
                              EDWARD J. EMMONS, CLERK
                              U.S. BANKRUPTCY COURT
                              NORTHERN DISTRICT OF CALIFORNIA
```

1  Dennis F. Dunne (admitted *pro hac vice*)
2  Samuel A. Khalil (admitted *pro hac vice*)     **Signed and Filed: September 26, 2019**
   MILBANK LLP
3  55 Hudson Yards
   New York, New York 10001-2163
4  Telephone: (212) 530-5000
   Facsimile: (212) 530-5219                      _____
5                                                 **DENNIS MONTALI**
   and                                            **U.S. Bankruptcy Judge**
6  Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
   MILBANK LLP
8  2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
9  Telephone: (424) 386-4000
   Facsimile: (213) 629-5063

10 *Proposed Counsel for the Official Committee
   of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
| Debtors and Debtors In Possession. | |
| ☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | |
| * *All papers shall be filed in the lead case, 19-30088 (DM)* | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Erin Elizabeth Dexter, whose business address and telephone number is Milbank, LLP, 1850 K Street, NW, Suite 1100, Washington D.C. 20006, (202) 835-7500, and who is an active member in

good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Official Committee of Unsecured Creditors of PG&E Corporation, et al. in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**