Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official
Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**VERIFIED STATEMENT OF CECILY A. DUMAS IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER (I) CONFIRMING THE SCOPE OF EMPLOYMENT OF BAKER & HOSTETLER LLP, OR ALTERNATIVELY (II) AMENDING THE ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAKER & HOSTETLER LLP, EFFECTIVE AS OF FEBRUARY 15,** |

**2019 (DOC. NO. 1331) (THE "RETENTION ORDER")**

Date: October 22, 2019
Time: 10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102
**Objections Due: October 15, 2019
4:00 p.m. (Pacific Time)**

CECILY A. DUMAS, under penalty of perjury, declares:

1. I am a Partner in the Financial Restructuring Group of Baker & Hostetler LLP ("**Baker**" or the "**Firm**"), counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases (the "**Cases**").

2. I submit this verified statement ("**Verified Statement**") pursuant to section 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in support of the contemporaneously-filed Application (the "**Application**") of the Official Committee of Tort Claimants for Entry of an Order (i) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (ii) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, For an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (the "**Retention Order**"). This Verified Statement also serves as my second supplement to my initial and first verified statements, filed on March 18, 2019 [Dkt. No. 935] and May 14, 2019 [Dkt. No. 1998] in support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, For an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [Dkt. No. 934] (the "**Original Application**").

3. Unless otherwise stated in this Verified Statement, I have knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto. Certain of the

disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Baker and are based on information provided by them to me.

**The Need for the Relief Requested in the Application**

4. The Application seeks either (i) confirmation that the scope of the Retention Order includes Baker's representation of the TCC in connection with the California North Bay Fire Cases, JCCP 4955 (the "**State Court Litigation**"), or alternatively (ii) an amendment of the Retention Order to expressly provide that Baker is authorized to represent the TCC in the State Court Litigation, effective as of August 21, 2019.

5. The TCC has requested that Baker draft pleadings and memoranda in connection with the State Court Litigation, assist in discovery and participate in the litigation to the extent necessary to protect the TCC and all Tubbs fire victims' interests. Baker anticipates that some of the pleadings and memoranda may be filed by the plaintiffs in the State Court Litigation. The TCC believes that under the terms of the Retention Order Baker may represent the TCC in connection with the State Court Litigation in order to protect the interests of the TCC. The State Court Litigation involves claims estimation, confirmation issues, and potential compromise of controversies, all of which come within the scope of the Retention Order. Moreover, Baker is authorized to represent the TCC at hearings and other proceedings before tribunals other than this Court. Baker is also authorized to bring, or participate-in, objections or estimation proceedings with respect to claims and interests.

6. At the time the Original Application was filed, Baker anticipated that all estimation proceedings would take place between the Debtors and the TCC in this Court. Due to the entry of the Order Granting the Motion of the Official Committee of Tort Claimants for Relief from Automatic Stay [Dkt. No. 3644] (the "**Stay Relief Order**"), some of the estimation will essentially take place in the State Court Litigation, in which the TCC is not a party but has significant interests.

7. Out of an abundance of caution, the TCC seeks entry of an order confirming that Baker may represent the TCC and its interests in the State Court Litigation. Alternatively, if the Court determines that the present scope of the Retention Order does not include Baker's and the

TCC's participation in the State Court Litigation, the TCC requests that the Court enter an order amending the Retention Order to authorize Baker to represent the TCC and its interests in connection with the State Court Litigation, *nunc pro tunc* to August 21, 2019.

8. In addition, there will be a number of expert witnesses that will be employed in connection with the State Court Litigation, as well as in connection with any proceedings in this Court or the District Court. Baker intends to employ the experts required for the State Court Litigation in accordance with the procedures established with the U.S. Trustee, the Debtors and the Official Committee of Unsecured Creditors and memorialized by letter dated July 3, 2019. Pursuant to the procedures, expert costs will be reflected on Baker's invoices, fee statements and fee applications as a cost and paid as a pass through cost by Baker. Some of the aforementioned expert witnesses have or will be retained by counsel for the State Court Litigation plaintiffs, but will be paid in accordance with the aforementioned letter dated July 3, 2019.

## Supplemental Disclosures

9. Baker makes the following supplemental disclosures concerning its connections with creditors or other parties in interest in these Cases:

10. The Debtors have identified Simpson, Gumpertz & Heger as a vendor in these Cases, and identified The Vanguard Group, Inc. as a significant shareholder and significant holder of voting securities in these Cases. Baker partners now represent Simpson, Gumpertz & Heger and The Vanguard Group in unrelated matters.

## Baker's Disinterestedness

11. To the best of my knowledge and except as otherwise set forth in my initial and first verified statements and herein, the partners, counsel, associates and employees of Baker: (i) do not have any connections with the Debtors, their known creditors, other known or potential parties in interest, the U.S. Trustee for Region 17 or any person employed in the San Francisco office of the U.S. Trustee, or any United States Bankruptcy Judge for the Northern

*[remainder of page intentionally left blank]*

District of California, and (ii) do not represent any other entity having an adverse interest in connection with these Cases.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on September 25, 2019.

                                            */s/ Cecily A. Dumas*
                                             Cecily A. Dumas

Baker & Hostetler LLP
Attorneys at Law
San Francisco, CA