# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: <u>PG&E Corporation</u>                         Case No. <u>19-30088</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) ( 2 ; Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>DEANGELO BROTHERS LLC</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:   <u>USD$48,313.00</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(570) 459-1112</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

DEANGELO BROTHERS LLC
100 N CONAHAN DR
HAZLETON, PA 18201

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/Terrel Ross</u>                         Date: <u>September 27, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
        Northern District of California
        Attention: Clerk


AND TO: Pacific Gas and Electric Company (Debtor)
        Case No. 19-30089
        (Jointly Administered Under PG&E Corporation and Pacific Gas and Electric Company, et al., Case No. 19-30088)


Claim # N/A


**DeAngelo Brothers, LLC** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$48,313.00 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.


Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th DAY OF September , 2019.


ASSIGNOR: DeAngelo Brothers, LLC                ASSIGNEE: TRC MASTER FUND LLC

_____                     _____
(Signature)                                     (Signature)

Joseph G Ferguson                               ___Terrel Ross___
(Print Name)                                    (Print Name)

Secretary                                       Managing Member
(Title)                                         (Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Trade Payables

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.1182 DAVIS WASTE REMOVAL CO INC<br>P.O. BOX 1170<br>DAVIS, CA 95617 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,996 |
| 3.1183 DAWSON OIL COMPANY<br>4325 PACIFIC ST<br>ROCKLIN, CA 95677 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $20,515 |
| 3.1184 DAY CARTER & MURPHY LLP<br>3620 AMERICAN RIVER DR STE 205<br>SACRAMENTO, CA 95864 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $5,850 |
| 3.1185 DC ELECTRIC GROUP INC<br>P.O. BOX 7525<br>COTATI, CA 94931 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $37,925 |
| 3.1186 DCM SERVICES LLC<br>7601 PENN AVE SOUTH STE A600<br>MINNEAPOLIS, MN 55423-5004 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,694 |
| 3.1187 DDB WORLDWIDE COMMUNICATIONS GROUP<br>600 CALIFORNIA ST 7TH FL<br>SAN FRANCISCO, CA 94108 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,849,538 |
| 3.1188 DDW OPERATING LLC<br>480 GATE 5 RD STE 100<br>SAUSALITO, CA 94965 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $4,453 |
| 3.1189 DE SHAW RENEWABLE INVESTMENTS LLC<br>1166 AVENUE OF THE AMERICAS FL 9<br>NEW YORK, NY 10036 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $70,417 |
| 3.1190 DEAN M KATO<br>423 WASHINGTON ST FIFTH FL<br>SAN FRANCISCO, CA 94111 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,042 |
| 3.1191 DEAN TREADWAY<br>19 ACORN WAY<br>KENTFIELD, CA 94904 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $8,968 |
| 3.1192 DEANGELO BROTHERS LLC<br>100 N CONAHAN DR<br>HAZLETON, PA 18201 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $48,313 |

# Creditor Information for Schedule # 1033081

**Creditor**
DEANGELO BROTHERS LLC
100 N CONAHAN DR
HAZLETON, PA 18201

**Date Filed**

**Claim Number**

**Debtor Name**
Pacific Gas and Electric Company

**Schedule Number**
1033081

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | $48313.00 | | | | | | | | $48313.00 | Scheduled |
| Priority | | | | | | | | | | |
| Secured | | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | | |
| Admin Priority | | | | | | | | | | |
| Total | $48,313.00 | | | | | | | | $48,313.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign*

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ('Schedules') and Statements of Financial Affairs ('Statements') filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as 'disputed', 'contingent', or 'unliquidated' does not constitute an admission that such amounts are not 'disputed', 'contingent', or 'unliquidated.' For the avoidance of doubt, listing a claim on Schedule D as 'secured,' on Schedule E as 'priority,' on Schedule F as 'non-priority,' or listing a contract or lease on Schedule G as 'executory' or 'unexpired,' does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as 'disputed,' 'contingent' or 'unliquidated.'

Print page