Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

## Exhibit A

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2019 THROUGH JULY 31, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases during the Consolidated Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 54.80 | $89,872.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 1.40 | $2,149.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 37.10 | $54,908.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.20 | $285.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 94.00 | $154,160.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 22.30 | $29,547.50 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 20.90 | $32,081.50 |
| Torkin, Michael H. | Corporate | 1999 | $1,535 | 82.70 | $126,944.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 27.90 | $34,038.00 |
| DeLott, Steven R. | Corporate | 1988 | $1,220 | 9.60 | $11,712.00 |
| Koslowe, Jamin R. | ECEB | 1996 | $1,220 | 1.40 | $1,708.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 25.50 | $31,110.00 |
| **Total Partners and Counsel:** | | | | **377.80** | **$568,515.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 22.80 | $15,960.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 11.20 | $9,408.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 29.10 | $28,954.50 |
| Isaacman, Jennifer | Litigation | Not admitted | $590 | 12.90 | $7,611.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 8.30 | $4,897.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 9.40 | $8,601.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 9.10 | $7,644.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 26.80 | $29,346.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 28.90 | $24,276.00 |
| **Total Associates:** | | | | **158.50** | **$136,697.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 0.10 | $45.50 |
| Henderson, Douglas | Paralegal - Litigation | | $375 | 2.50 | $937.50 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 2.00 | $800.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 4.30 | $1,806.00 |
| DeVellis, Mary | Resource Center | | $265 | 1.00 | $265.00 |
| Fuller, Devin | Resource Center | | $265 | 0.50 | $132.50 |
| Mierski, Nathan | Resource Center | | $265 | 2.30 | $609.50 |
| **Total Paraprofessionals:** | | | | **12.70** | **$4,596.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,504.81 | 377.80 | $568,515.50 |
| Associates | $862.44 | 158.50 | $136,697.50 |
| Paraprofessionals | $361.89 | 12.70 | $4,596.00 |
| Blended Attorney Rate | $1,314.96 | | |
| **Total Fees Incurred** | | **549.00** | **$709,809.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017