Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
JULY 1, 2019 THROUGH JULY 31, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$135.53** |
|     Online Research | $73.40 |
|     Document Retrieval | $62.13 |
| **Meals** | **$30.22** |
| **Travel** | **$173.61** |
|     Airfare | --- |
|     Hotel | --- |
|     Out-of-Town Travel | $130.88 |
|     Local Travel | 42.73 |
| **Duplicating** | **$45.74** |
|     Electronic Media Storage | $20.00 |
|     Print & Scan | $25.74 |
| **Courier and Postage** | **---** |
| **Conferencing/Communication** | **$183.49** |
| **Total Expenses Requested:** | **$568.59** |