**Exhibit D**

**FEE SUMMARY DETAIL**

**Task: Case Administration (CA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/2/2019 | Mierski, Nathan | Printed (0.2) and sent to delivery large documents for S. DeLott (0.1). | 0.30 | 79.50 |
| **TOTAL** | | | **30** | **$79.50** |

**Task: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2019 | DeLott, Steven R. | T/c from P. Curnin re: D&O insurance (0.1); review policy (0.5); email R. Martin re: policy (0.4); further internal emails re: same (0.3). | 1.30 | 1,586.00 |
| 7/1/2019 | Curnin, Paul C. | Review legislative update report (0.3); t/c w/ Weil re: D&O insurance (0.5); t/c w/ Loduca re: status (0.2); t/cs w/ Milbank and Weil re: D&O insurance (0.5). | 1.50 | 2,460.00 |
| 7/1/2019 | Goldin, Nicholas | Analysis re: D&O insurance issues (0.3); review OII response (0.2). | 0.50 | 740.00 |
| 7/1/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: insurance analysis (0.3); emails w/ R. Sussman and J. Isaacman re: same (0.3). | 0.60 | 657.00 |
| 7/1/2019 | Phillips, Jacob M. | Prepare director compensation Board summary (1.0). | 1.00 | 840.00 |
| 7/1/2019 | Sussman, Rebecca A. | Email w/ R. Sparks Bradley, J. Isaacman, and J. Fell re: legal research for Board presentation (0.3); legal research re: same (0.8). | 1.10 | 924.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2019 | Isaacman, Jennifer | Internal calls (0.2) and emails re: legal analysis of insurance issues (0.2). | 0.40 | 236.00 |
| 7/1/2019 | Ponce, Mario A. | Restructuring Committee call (1.0); review related materials (.5). | 1.50 | 2,460.00 |
| 7/1/2019 | Ponce, Mario A. | Emails re various Governance issues (0.5). | 0.50 | 820.00 |
| 7/1/2019 | Ponce, Mario A. | Conference call w/ J. Loduca and P. Curnin (0.4). | 0.40 | 656.00 |
| 7/2/2019 | McLendon, Kathrine | Review research and analysis on possible D&O coverage alternatives (0.4); t/c w/ J. Fell re: same (0.2); further conference call w/ R. Sparks Bradley and J. Fell re: D&O coverage analysis for N. Goldin (0.2). | 0.80 | 976.00 |
| 7/2/2019 | Goldin, Nicholas | Analysis re: D&O coverage issues (0.6). | 0.60 | 888.00 |
| 7/2/2019 | Sparks Bradley, Rachel | Review/revise draft memorandum re: insurance issues (2.3); t/c w/ K. McLendon and J. Fell re: same (0.3); t/c w/ R. Sussman re: same (0.2); analysis re: same (0.6); email to N. Goldin re: same (0.1); review CPUC draft filing (0.2); review recent media (0.3). | 4.00 | 4,380.00 |
| 7/2/2019 | Sussman, Rebecca A. | Legal research re: insurance issues (2.4); review and revise summary re: same (1.4); t/c and emails w/ R. Sparks Bradley re: same (1.2). | 5.00 | 4,200.00 |
| 7/2/2019 | Isaacman, Jennifer | Internal calls (0.1) and emails re: legal research of insurance issues (0.2). | 0.30 | 177.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/2/2019 | Ponce, Mario A. | Review OII Safety Compliance Filing (.5); prepare revisions to OII Safety Filing (.5). | 1.00 | 1,640.00 |
| 7/2/2019 | Ponce, Mario A. | Emails regarding various Governance issues (0.4). | 0.40 | 656.00 |
| 7/2/2019 | Torkin, Michael H. | Emails re insurance objection (.1); emails re update (.1); emails re releases (.1). | 0.30 | 460.50 |
| 7/3/2019 | Sparks Bradley, Rachel | Review/revise draft memorandum re: insurance issues (2.6); emails w/ R. Sussman re: same (0.3); emails w/ N. Goldin re: same (0.5). | 3.40 | 3,723.00 |
| 7/3/2019 | Sussman, Rebecca A. | Draft memorandum re: insurance issues (2.8); email w/ R. Sparks Bradley re: same (0.7). | 3.50 | 2,940.00 |
| 7/3/2019 | Ponce, Mario A. | Restructuring Committee call (1.5); review materials for call regarding various issues (.5). | 2.00 | 3,280.00 |
| 7/3/2019 | Torkin, Michael H. | Review objection (D&O) (.5); emails to working group (internal) re same (.2) call w N. Goldin re D&O motion (.2); emails re same (.2); Restructuring Committee call (3.0). | 4.10 | 6,293.50 |
| 7/4/2019 | Goldin, Nicholas | Revise insurance analysis work product (0.6); review Board updates (0.5). | 1.10 | 1,628.00 |
| 7/4/2019 | Sparks Bradley, Rachel | Revise draft memorandum re: insurance issues (1.2); email to N. Goldin re: same (0.1). | 1.30 | 1,423.50 |
| 7/4/2019 | Torkin, Michael H. | Review and comment on D&O response. | 1.30 | 1,995.50 |
| 7/5/2019 | Goldin, Nicholas | Revise insurance analysis work product (0.6); review Board updates (0.2). | 0.80 | 1,184.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/5/2019 | Sparks Bradley, Rachel | Further revise draft memorandum re: insurance issues (0.4); email to P. Curnin, N. Goldin, M. Torkin re: same (0.2). | 0.60 | 657.00 |
| 7/5/2019 | Torkin, Michael H. | Review and comment on revised D&O response. | 0.60 | 921.00 |
| 7/6/2019 | DeLott, Steven R. | Emails w/ E. Alcabes re: reservation of rights letters (0.2); receive and review reservation of rights letters (1.3). | 1.50 | 1,830.00 |
| 7/6/2019 | Fuller, Devin | Document prep. for E. Alcabes (0.5). | 0.50 | 132.50 |
| 7/6/2019 | Torkin, Michael H. | Review emails re legislative issues. | 0.40 | 614.00 |
| 7/7/2019 | Isaacman, Jennifer | Emails w/ team re: reservation of rights letters from various insurers (0.2). | 0.20 | 118.00 |
| 7/7/2019 | Koslowe, Jamin R. | Emails from/to G. Grogan re: 409A issues (0.3). | 0.30 | 366.00 |
| 7/8/2019 | Curnin, Paul C. | Call w/ J. Loduca re: Board issues (0.5). | 0.50 | 820.00 |
| 7/8/2019 | Goldin, Nicholas | Communications w/ team re: D&O motion practice (0.3). | 0.30 | 444.00 |
| 7/8/2019 | Sussman, Rebecca A. | Internal correspondence re: Board meetings (0.3). | 0.30 | 252.00 |
| 7/8/2019 | Kinsel, Kourtney J. | Internal email re: special telephonic board meeting (0.1). | 0.10 | 59.00 |
| 7/8/2019 | Ponce, Mario A. | Review legislative updates (.5); emails, teleconfs, various issues re same w/ Directors (.7). | 1.20 | 1,968.00 |
| 7/8/2019 | Ponce, Mario A. | Conference call w/ J. Loduca/J. Kane, P. Curnin (0.5). | 0.50 | 820.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/8/2019 | Torkin, Michael H. | Review revised D&O response (.4); review legislative and bankruptcy update (.5). | 0.90 | 1,381.50 |
| 7/9/2019 | Curnin, Paul C. | Review Board materials (1.2); attend Board calls (2.0); review public advocates office application and opposition (0.6). | 3.80 | 6,232.00 |
| 7/9/2019 | Ponce, Mario A. | Telephonic Board Meeting (2.5). | 2.50 | 4,100.00 |
| 7/9/2019 | Ponce, Mario A. | Review Board materials (.5); emails, issues re same (.5). | 1.00 | 1,640.00 |
| 7/9/2019 | Ponce, Mario A. | Teleconfs re Director Compensation and Governance issues (0.5). | 0.50 | 820.00 |
| 7/9/2019 | Koslowe, Jamin R. | Call w/ G. Grogan re: director RSU deferrals and 409A issues (0.3). | 0.30 | 366.00 |
| 7/9/2019 | Fell, Jamie | Prep for and attend hearing re: D&O insurance. | 1.40 | 1,393.00 |
| 7/9/2019 | Torkin, Michael H. | Attend telephonic board call (1.0); follow up with M. Ponce re same (.3). | 1.30 | 1,995.50 |
| 7/10/2019 | Curnin, Paul C. | Review media reports (0.3); review underlying documents re: same (0.4); review court order re: same (0.2); calls w/ Company and clients re: same (1.1). | 2.00 | 3,280.00 |
| 7/10/2019 | Goldin, Nicholas | Communications w/ team re: media article (0.3); review court order (0.2). | 0.50 | 740.00 |
| 7/10/2019 | Sparks Bradley, Rachel | Analysis re: media issues per N. Goldin (0.7); emails w/ K. | 1.10 | 1,204.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | Kinsel and N. Goldin re: same (0.4). | | |
| 7/10/2019 | Sussman, Rebecca A. | Review N. Goldin correspondence re: media article (0.3). | 0.30 | 252.00 |
| 7/10/2019 | Kinsel, Kourtney J. | Review July 10, 2019 media article (0.3); analysis re: documents per N. Goldin (1.3). | 1.60 | 944.00 |
| 7/10/2019 | Ponce, Mario A. | Restructuring Committee Call (1.5); review materials for call (.5). | 2.00 | 3,280.00 |
| 7/10/2019 | Ponce, Mario A. | Emails, teleconfs, various issues re Governance matters (1.3). | 1.30 | 2,132.00 |
| 7/10/2019 | Koslowe, Jamin R. | Calls w/ G. Grogan re: taxation issues (0.5); call to B. Robbins re: same (0.3). | 0.80 | 976.00 |
| 7/10/2019 | Torkin, Michael H. | Attend restructuring committee call (1.8); review emails re Judge Alsop order and order (.5). | 2.30 | 3,530.50 |
| 7/11/2019 | Curnin, Paul C. | Review legislation proposals (1.1); review Butte County DA requests and subpoenas (0.5); t/c w/ J. Loduca re: media report (0.3). | 1.90 | 3,116.00 |
| 7/11/2019 | Sussman, Rebecca A. | Email w/ N. Goldin re: company request (0.3); review notes from client meeting re: same (0.5); email w/ P. Curnin re: client meeting (0.2); correspondence w/ STB team re: research (0.3). | 1.30 | 1,092.00 |
| 7/11/2019 | Ponce, Mario A. | Review documents, various issues re governance matters and director compensation issues (1.2); emails, teleconfs re governance and director compensation issues (1.0). | 2.20 | 3,608.00 |
| 7/12/2019 | Curnin, Paul C. | Review CPUC documents (1.0); attend Board meeting call (1.0). | 2.00 | 3,280.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/12/2019 | Goldin, Nicholas | Prepare revised Board minutes (0.2); call w/ former employee (0.3); attend Board call (1.3). | 1.80 | 2,664.00 |
| 7/12/2019 | Sparks Bradley, Rachel | Review draft Board committee minutes (0.5); emails w/ N. Goldin re: same (0.1). | 0.60 | 657.00 |
| 7/12/2019 | Kinsel, Kourtney J. | Internal email re: next special telephonic meeting (0.1). | 0.10 | 59.00 |
| 7/12/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.2); review materials re same (.6). | 1.80 | 2,952.00 |
| 7/12/2019 | Torkin, Michael H. | Attend board call. | 1.20 | 1,842.00 |
| 7/14/2019 | Torkin, Michael H. | Emails with directors (.5); consider CoC issues (1.0); call with S. Karotkin (.3). | 1.80 | 2,763.00 |
| 7/15/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: process (0.2). | 0.20 | 328.00 |
| 7/15/2019 | Ponce, Mario A. | Call w/ J. Loduca/P. Curnin re various issues (0.5). | 0.50 | 820.00 |
| 7/15/2019 | Ponce, Mario A. | Restructuring Committee Call (1.5). | 1.50 | 2,460.00 |
| 7/15/2019 | Ponce, Mario A. | Review documents, emails, various issues (1.0). | 1.00 | 1,640.00 |
| 7/15/2019 | Ponce, Mario A. | Teleconfs w/ Directors re various issues (0.5). | 0.50 | 820.00 |
| 7/15/2019 | Purushotham, Ravi | Review of 10Q. | 0.60 | 795.00 |
| 7/15/2019 | Torkin, Michael H. | Restructuring Committee call. | 1.50 | 2,302.50 |
| 7/16/2019 | Alcabes, Elisa | Re D&O Insurance, email company (J. Markland, B. Pelham) and P. Curnin re: binding coverage and funding cell (0.5). | 0.50 | 610.00 |
| 7/16/2019 | Curnin, Paul C. | Multiple t/cs w/ M. Ponce, Brownell, Cravath, J. Loduca, Weil re: Board meeting (2.9); attend Board meeting (0.9); review Board materials (0.5). | 4.30 | 7,052.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/16/2019 | Goldin, Nicholas | Attend Board & Committee calls (4.7); memo to file re: matter (1.5). | 6.20 | 9,176.00 |
| 7/16/2019 | Kinsel, Kourtney J. | Internal email re: upcoming Board committee meeting (0.1). | 0.10 | 59.00 |
| 7/16/2019 | Ponce, Mario A. | Telephonic Board Meeting (2.3). | 2.30 | 3,772.00 |
| 7/16/2019 | Ponce, Mario A. | Review Board Materials (0.7). | 0.70 | 1,148.00 |
| 7/16/2019 | Ponce, Mario A. | Pre-calls w/ Chairman/P. Curnin/Cravath (0.7). | 0.70 | 1,148.00 |
| 7/16/2019 | Ponce, Mario A. | Review Draft 10Q (1.3). | 1.30 | 2,132.00 |
| 7/16/2019 | Purushotham, Ravi | Board meeting (2.3); followup emails re same (.7). | 3.00 | 3,975.00 |
| 7/16/2019 | Torkin, Michael H. | Attend board call. | 2.50 | 3,837.50 |
| 7/16/2019 | Torkin, Michael H. | Review 10Q and comment on same. | 0.90 | 1,381.50 |
| 7/17/2019 | Alcabes, Elisa | Confer w/ M. Torkin and M. Ponce re: subrogation claimant issues (0.4). | 0.40 | 488.00 |
| 7/17/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: matter (0.5); attend CPP committee call (1.0); attend restructuring committee call (1.0). | 2.50 | 4,100.00 |
| 7/17/2019 | Goldin, Nicholas | Attend Board call (1.0); communications w/ team re: strategy (0.8). | 1.80 | 2,664.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/17/2019 | Ponce, Mario A. | Restructuring Committee Meeting (2.2). | 2.20 | 3,608.00 |
| 7/17/2019 | Ponce, Mario A. | Review KEIP/CEO compensation objections (0.5). | 0.50 | 820.00 |
| 7/17/2019 | Purushotham, Ravi | Restructuring committee meeting (2.2); followup re same (1.3). | 3.50 | 4,637.50 |
| 7/17/2019 | Torkin, Michael H. | Attend restructuring committee call (3.0). | 3.00 | 4,605.00 |
| 7/18/2019 | Curnin, Paul C. | Review various Company documents (1.0); attend Board committee call (0.5); t/c w/ client re: matter status (0.5). | 2.00 | 3,280.00 |
| 7/18/2019 | Goldin, Nicholas | Analysis re: budgets/forecasts (0.2). | 0.20 | 296.00 |
| 7/18/2019 | Phillips, Jacob M. | Call w/ compensation committee member and M. Torkin re: employee compensation approval process in bankruptcy (0.5). | 0.50 | 420.00 |
| 7/18/2019 | Torkin, Michael H. | Call w/ compensation committee member re: employee compensation approval process in bankruptcy (0.5). | 0.50 | 767.50 |
| 7/18/2019 | Ponce, Mario A. | Review various bankruptcy motions/filings (1.2). | 1.20 | 1,968.00 |
| 7/18/2019 | Ponce, Mario A. | Teleconfs w/ N. Brownell, A. Wolff re issues (0.5). | 0.50 | 820.00 |
| 7/18/2019 | Ponce, Mario A. | Emails re various Governance issues (0.3). | 0.30 | 492.00 |
| 7/19/2019 | Alcabes, Elisa | Re D&O Insurance, email PG&E (B. Pelham) and insurer re: status of issuance of insurance policy (0.3); email P. Curnin re: same (0.2). | 0.50 | 610.00 |
| 7/19/2019 | Curnin, Paul C. | Attend Board meeting call (1.1); review Board materials (0.6); revise response to Court order re: media (1.6). | 3.30 | 5,412.00 |
| 7/19/2019 | Goldin, Nicholas | Communications w/ team re: file in response to court order (0.3); analysis re: forecasting | 0.80 | 1,184.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| | | per company request (0.3); common interest call re: strategy (0.2). | | |
| 7/19/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin and STB internal re: Company inquiries re: next steps (1.2). | 1.20 | 1,314.00 |
| 7/19/2019 | Phillips, Jacob M. | Call w/ compensation committee members re: compensation approval motion and objections (1.5). | 1.50 | 1,260.00 |
| 7/19/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.3). | 1.30 | 2,132.00 |
| 7/19/2019 | Ponce, Mario A. | Restructuring Committee Meeting (1.3); review materials re same (.2). | 1.50 | 2,460.00 |
| 7/19/2019 | Ponce, Mario A. | Review/revise memo re Talking Points (1.0); emails re same for meeting w/ Governor (.2). | 1.20 | 1,968.00 |
| 7/19/2019 | Kelley, Karen H. | Prep. e-mail to M. Ponce re: board evaluation advice. | 0.20 | 285.00 |
| 7/19/2019 | Torkin, Michael H. | Attend Restructuring Committee call (1.3); attend board call (1.7); follow up with M. Ponce (.1). | 3.10 | 4,758.50 |
| 7/20/2019 | Alcabes, Elisa | Re D&O insurance issues, email company (R. Reilly) re: coverage letter (0.2); review same (0.3). | 0.50 | 610.00 |
| 7/21/2019 | Ponce, Mario A. | Emails, documents, various issues re potential NDAs with Equity Group and competitive process for plan financing (2.0). | 2.00 | 3,280.00 |
| 7/21/2019 | Torkin, Michael H. | Review emails re settlements and NDA (.6); consider settlement questions from M. Moore (.7); attend Restructuring Committee call (1.5). | 2.80 | 4,298.00 |
| 7/22/2019 | Curnin, Paul C. | Review restructuring committee materials (2.2); attend restructuring committee call (1.6). | 3.80 | 6,232.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/22/2019 | Goldin, Nicholas | Communications w/ team re: documents (0.3); attend restructuring communication call (0.3). | 0.60 | 888.00 |
| 7/22/2019 | Ponce, Mario A. | Emails, teleconfs, various issues re proposed NDAs with Equity Group and plan financing (1.3). | 1.30 | 2,132.00 |
| 7/22/2019 | Ponce, Mario A. | Restructuring Committee meeting (1.3); review materials (.2). | 1.50 | 2,460.00 |
| 7/22/2019 | Ponce, Mario A. | Teleconfs, emails w/ PGE re various Governance issues (0.8). | 0.80 | 1,312.00 |
| 7/22/2019 | Ponce, Mario A. | Weekly call w/ J. Loduca, J. Kane (0.5). | 0.50 | 820.00 |
| 7/22/2019 | Purushotham, Ravi | Restructuring committee call (1.3); followup re same (.2). | 1.50 | 1,987.50 |
| 7/22/2019 | Purushotham, Ravi | Call with L. Cheng re restructuring committee charter. | 0.40 | 530.00 |
| 7/22/2019 | Purushotham, Ravi | Review of board materials. | 0.40 | 530.00 |
| 7/22/2019 | Torkin, Michael H. | Restructuring committee call (1.5); Call with S. Karotkin re same (.4); review NDA (.3); call with M. Ponce re same (.3). | 2.50 | 3,837.50 |
| 7/23/2019 | Ponce, Mario A. | Teleconfs, emails, documents, various issues re Governance matters (2.8). | 2.80 | 4,592.00 |
| 7/23/2019 | Purushotham, Ravi | Audit committee meeting (2.0); review of bylaws and charter in response to questions from N. Brownell (.5). | 2.50 | 3,312.50 |
| 7/24/2019 | Alcabes, Elisa | Re D&O insurance issues, tc/email w/ R. Martin re: final D&O Policy (0.5). | 0.50 | 610.00 |
| 7/24/2019 | Curnin, Paul C. | Attend restructuring committee call (1.0). | 1.00 | 1,640.00 |
| 7/24/2019 | Goldin, Nicholas | Call w/ company re: documents (0.3); communications w/ team re: workstreams (0.4) | 0.70 | 1,036.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/24/2019 | Ponce, Mario A. | Review materials for Restructuring Committee meeting (.5); emails re various issues (.5). | 1.00 | 1,640.00 |
| 7/24/2019 | Purushotham, Ravi | Restructuring committee meeting (1.0); d related followup (.3). | 1.30 | 1,722.50 |
| 7/24/2019 | Torkin, Michael H. | Attend Restructuring Committee call. | 1.50 | 2,302.50 |
| 7/25/2019 | Curnin, Paul C. | Attend Board meeting call (1.0). | 1.00 | 1,640.00 |
| 7/25/2019 | Phillips, Jacob M. | Call with compensation committee advisors and PG&E HR re: compensation matters (0.5). | 0.50 | 420.00 |
| 7/25/2019 | Kinsel, Kourtney J. | Internal emails re: upcoming special telephonic Board meeting (0.1). | 0.10 | 59.00 |
| 7/25/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.0). | 1.00 | 1,640.00 |
| 7/25/2019 | Ponce, Mario A. | Restructuring Committee Call (1.5); emails, teleconfs re related issues (2.1). | 3.60 | 5,904.00 |
| 7/25/2019 | Ponce, Mario A. | Teleconfs w/ Board members re Governance (1.0). | 1.00 | 1,640.00 |
| 7/25/2019 | Purushotham, Ravi | Board meeting (1.0); followup on emails and questions from directors (.4). | 1.40 | 1,855.00 |
| 7/25/2019 | Torkin, Michael H. | Attend board call. | 1.00 | 1,535.00 |
| 7/26/2019 | Alcabes, Elisa | Re D&O insurance issues, tc/email PG&E (B. Pelham) re: policy issues (0.5); review/revise final draft policy re: same (0.8). | 1.30 | 1,586.00 |
| 7/26/2019 | Frankel, Andrew T. | Review stay relief motion (0.2), communications w/ M. Torkin et al re: subrogation issues (0.3). | 0.50 | 767.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/26/2019 | Curnin, Paul C. | Multiple t/c's w/ clients and management re: matter (1.3). | 1.30 | 2,132.00 |
| 7/26/2019 | Goldin, Nicholas | Calls w/ team re: liability issues (1.7); revise draft court submissions (2.5); emails w/ team re: same (0.4). | 4.60 | 6,808.00 |
| 7/26/2019 | Phillips, Jacob M. | Informal compensation committee meeting to discuss compensation matters (0.5). | 0.50 | 420.00 |
| 7/26/2019 | Ponce, Mario A. | Meetings, teleconfs, emails, various issues re Governance matters (4.0). | 4.00 | 6,560.00 |
| 7/26/2019 | Ponce, Mario A. | Restructuring Committee Call (1.8). | 1.80 | 2,952.00 |
| 7/26/2019 | Ponce, Mario A. | Review materials (0.7). | 0.70 | 1,148.00 |
| 7/26/2019 | Purushotham, Ravi | Review of questions in emails from directors. | 0.10 | 132.50 |
| 7/26/2019 | Torkin, Michael H. | Restructuring committee call (2.0); call with K. Liang re same (.5); call S. Qusba and M. Ponce (.5). | 3.00 | 4,605.00 |
| 7/27/2019 | Frankel, Andrew T. | Call w/ M. Torkin, S. Qusba et al re: subrogation issues (0.2); address committee questions re: same (0.3). | 0.50 | 767.50 |
| 7/27/2019 | Curnin, Paul C. | Revise draft court submission (1.1); conference call w/ team re: strategy (0.7). | 1.80 | 2,952.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/27/2019 | Goldin, Nicholas | Correspondence w/ team re: matter (0.3); call w/ team re: same (0.5); review draft court submission (0.2). | 1.00 | 1,480.00 |
| 7/27/2019 | Ponce, Mario A. | Emails, teleconfs, various issues re Governance (3.0). | 3.00 | 4,920.00 |
| 7/28/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: matter (0.5). | 0.50 | 820.00 |
| 7/28/2019 | Goldin, Nicholas | Revise draft court response (0.9); correspondence re: same (0.1); review correspondence re: estimation issues (0.3). | 1.30 | 1,924.00 |
| 7/28/2019 | Ponce, Mario A. | Teleconferences, emails, various issues re Governance (3.0). | 3.00 | 4,920.00 |
| 7/29/2019 | Alcabes, Elisa | Re D&O insurance, email EIS and team re: final policy as issued (0.2); review same (0.4). | 0.60 | 732.00 |
| 7/29/2019 | Curnin, Paul C. | Attend Board calls (1.7); review Board materials (0.4); t/cs w/ directors re: matter (0.9). | 3.00 | 4,920.00 |
| 7/29/2019 | Goldin, Nicholas | Call w/ company re: draft court submission (0.5); communications w/ team re: same (0.2); attention to correspondence re: estimation issues (0.5); call w/ team re: same (0.2). | 1.40 | 2,072.00 |
| 7/29/2019 | Phillips, Jacob M. | Review and revise Board materials (3.5). | 3.50 | 2,940.00 |
| 7/29/2019 | Sussman, Rebecca A. | Review of OII request (0.4); review of correspondence re: document collection and review (0.8); emails w/ R. Sparks Bradley and Cravath re: same (0.4). | 1.60 | 1,344.00 |
| 7/29/2019 | Ponce, Mario A. | Meetings, conference calls, emails, various Governance issues (5.0). | 5.00 | 8,200.00 |
| 7/29/2019 | Ponce, Mario A. | Restructuring Committee Calls (3.5). | 3.50 | 5,740.00 |
| 7/29/2019 | Ponce, Mario A. | Review board materials (1.5). | 1.50 | 2,460.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 7/29/2019 | Levine, Jeff P. | Review organizational documents and California law re: questions from directors. | 1.00 | 915.00 |
| 7/29/2019 | Egenes, Erica M. | Review of background materials. | 1.20 | 1,008.00 |
| 7/29/2019 | Egenes, Erica M. | Research re board governance matters and fiduciary duties. | 1.80 | 1,512.00 |
| 7/29/2019 | Torkin, Michael H. | Coordinate director questions and review emails re same (.8); review board materials (1.2); attend meeting by phone with WGM, JD, PJT, Lazard (2.0); attend restructuring committee call (2.5); attend second restructuring committee call (1.3); call with S. Qusba (.2); call with M. Ponce (.3). | 8.30 | 12,740.50 |
| 7/30/2019 | Curnin, Paul C. | T/c w/ Cravath re: strategy (0.5); attend restructuring committee call (1.0); t/c w/ Weil re: bankruptcy plan (0.5); t/c w/ company re: same (0.6); revise draft court submissions (1.9). | 4.50 | 7,380.00 |
| 7/30/2019 | Goldin, Nicholas | Review estimation material (0.9); communications w/ team re: same (0.6); call w/ company counsel re: same (0.5); review revised court submissions (1.2); communications w/ team re: same (0.5). | 3.70 | 5,476.00 |
| 7/30/2019 | Phillips, Jacob M. | Review and revise Board materials (0.5). | 0.50 | 420.00 |
| 7/30/2019 | Ponce, Mario A. | Restructuring Committee Meetings (2.0). | 2.00 | 3,280.00 |
| 7/30/2019 | Ponce, Mario A. | Emails, teleconfs, meetings, various issues re Restructuring Committee and Subrogation claimant negotiations (6.7). | 6.70 | 10,988.00 |
| 7/30/2019 | Purushotham, Ravi | Meeting with M. Ponce, J. Levin and E. Egenes (1.4); Restructuring Committee call (1.4); review of settlement | 3.40 | 4,505.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | agreement and followup w company (.6). | | |
| 7/30/2019 | Fell, Jamie | Calls w/ CSM and WGM re: estimation process (1.0); call w/ Milbank re: estimation (.7); internal follow-up, discussion, and prepare analysis for client (.8). | 2.50 | 2,487.50 |
| 7/30/2019 | Levine, Jeff P. | Attend internal status meeting with M. Ponce, R. Purushotham and E. Egenes re: matter status generally. | 1.00 | 915.00 |
| 7/30/2019 | Levine, Jeff P. | Attend meeting of restructuring committee with M. Ponce, P. Curnin, S. Qusba and M. Torkin. | 2.10 | 1,921.50 |
| 7/30/2019 | Levine, Jeff P. | Prepare summary of restructuring committee meeting. | 1.50 | 1,372.50 |
| 7/30/2019 | Egenes, Erica M. | Research re corporate governance and fiduciary duty matters. | 0.90 | 756.00 |
| 7/30/2019 | Egenes, Erica M. | Prep for (.2) and internal status conference with M. Ponce, R. Purushotham and J. Levine (.9). | 1.10 | 924.00 |
| 7/31/2019 | Frankel, Andrew T. | Internal communications re: subrogation strategy (0.4). | 0.40 | 614.00 |
| 7/31/2019 | Curnin, Paul C. | Multiple calls re: strategy w/ J. Loduca, K. Orsini, S. Karotkin, J. Kane, clients (4.4); full restructuring committee conference call re: settlement and court submissions (2.1). | 6.50 | 10,660.00 |
| 7/31/2019 | Goldin, Nicholas | Review court filings (0.7); communications w/ team and clients re: same (0.3); attend Board committee call (1.8); communications w/ team re: same (0.2). | 3.00 | 4,440.00 |
| 7/31/2019 | Phillips, Jacob M. | Call w/ company counsel re: draft compensation materials (1.1). | 1.10 | 924.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/31/2019 | Sussman, Rebecca A. | Legal research for Directors per question from N. Goldin (0.6); correspondence w/ J. Calderon and N. Goldin re: same (0.6); draft summary of outstanding questions for N. Goldin (0.7); email w/ N. Goldin, R. Sparks Bradley, and company re: call (0.2). | 2.10 | 1,764.00 |
| 7/31/2019 | Calderon, Justin | Research re: subrogation issues (3.5). | 3.50 | 2,450.00 |
| 7/31/2019 | Ponce, Mario A. | Restructuring Committee Executive Session (2.0). | 2.00 | 3,280.00 |
| 7/31/2019 | Ponce, Mario A. | Emails, teleconfs, internal meetings, various issues re subrogation claimant negotiations, Restructuring Committee (4.6). | 4.60 | 7,544.00 |
| 7/31/2019 | Ponce, Mario A. | Conference call w/ Nominating/Governance Committee re various issues (1.2). | 1.20 | 1,968.00 |
| 7/31/2019 | Purushotham, Ravi | Call w N. Brownell and other directors and followup re same (1.2); call on board minute submission to CPUC (.3); restructuring committee call (2.0); followup matters (.3). | 3.80 | 5,035.00 |
| 7/31/2019 | Levine, Jeff P. | T/c with M. Ponce, N. Goldin, E. Egenes and nominating and governance committee re: director responsibilities. | 1.50 | 1,372.50 |
| 7/31/2019 | Levine, Jeff P. | T/c with R. Purushotham re: CPUC minute publication request. | 0.30 | 274.50 |
| 7/31/2019 | Levine, Jeff P. | Attend Board call. | 2.00 | 1,830.00 |
| 7/31/2019 | Egenes, Erica M. | Research re SEC disclosure requirements. | 2.10 | 1,764.00 |
| 7/31/2019 | Egenes, Erica M. | Prep for (.3) and call with N. Brownell, A. Wolff, K. Schmidt, M. Leffell, M. Ponce, | 1.50 | 1,260.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | R. Purushotham and J. Levine re board roles and status updates on bankruptcy workstreams (1.2). | | |
| 7/31/2019 | Egenes, Erica M. | Prep for and call with Cravath, Munger Tolles, R. Purushotham and J. Levine re PGE board minutes. | 0.40 | 336.00 |
| 7/31/2019 | Egenes, Erica M. | Prep for (.3) and call with restructuring committee members in prep for restructuring committee meeting (1.9). | 2.20 | 1,848.00 |
| 7/31/2019 | Torkin, Michael H. | Emails with team re Restructuring Committee call (.7); call with M. Ponce, P. Curnin and N. Goldin re same (.5); call with S. Qusba (.2); call with M. Ponce (.2); review emails (.7); attend Restructuring committee call (2.0). | 4.30 | 6,600.50 |
| TOTAL | | | 319.20 | $450,665.00 |

**Task Code: Court Hearings (CH)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/9/2019 | DeLott, Steven R. | Attend telephonically hearing on D&O insurance motion (0.8). | 0.80 | 976.00 |
| 7/9/2019 | Goldin, Nicholas | Attend Court Hearing re: D&O motion (0.8); communications w/ team re: same (0.3); review updates of same (0.4). | 1.50 | 2,220.00 |
| 7/24/2019 | Torkin, Michael H. | Attend exclusivity hearing. | 1.50 | 2,302.50 |
| TOTAL | | | 3.80 | $5,498.50 |

**Task Code: Claims Administration and Objections (CM)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| Torkin, Michael H. | Call with M. Ponce and E. Alcabes re subrogation claims (.5); call with K. Orsini re same (.2). | 0.70 | 1,074.50 | 1,074.50 |
| **TOTAL** | | | **0.70** | **$1,074.50** |

**Task Code: Fee/Employment Applications (FA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2019 | McLendon, Kathrine | Further internal emails w/ accounting and J. Fell re: expense receipts requested by fee examiner and next monthly statement (0.2). | 0.20 | 244.00 |
| 7/1/2019 | Goldin, Nicholas | Prepare fee application materials (0.2). | 0.20 | 296.00 |
| 7/1/2019 | Sparks Bradley, Rachel | Prepare fee application materials (1.9); emails w/ N. Goldin re: same (0.2). | 2.10 | 2,299.50 |
| 7/2/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley re: status of preparation and submission of fee statement for May (0.2); further email w/ R. Sparks Bradley re: statements for outside directors' matters (0.1). | 0.30 | 366.00 |
| 7/2/2019 | Goldin, Nicholas | Prepare fee application materials (0.4). | 0.40 | 592.00 |
| 7/2/2019 | McLendon, Kathrine | Emails J. Fell re: prep of monthly statement for May (.20); brief review draft May statement and email J. Fell re: same (.20). | 0.40 | 488.00 |
| 7/5/2019 | McLendon, Kathrine | Review and comment on May monthly statement (0.4); email | 0.60 | 732.00 |

Case: 19-30088   Doc# 4032-4   Filed: 09/30/19   Entered: 09/30/19 08:29:53   Page 19 of 37

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| | | to R. Sparks Bradley re: same (0.2). | | |
| 7/5/2019 | McLendon, Kathrine | Review and comment on statement for May (.8); email M. Ponce re same (.1). | 0.90 | 1,098.00 |
| 7/8/2019 | Sparks Bradley, Rachel | Prepare fee application materials (1.7); emails w/ finance team, N. Goldin re: same (0.8). | 2.50 | 2,737.50 |
| 7/9/2019 | McLendon, Kathrine | Emails w/ J. Fell and accounting re: first interim fee application (0.2). | 0.20 | 244.00 |
| 7/12/2019 | McLendon, Kathrine | Emails w/ J. Fell re: preparation of first interim fee application and precedents (0.5). | 0.50 | 610.00 |
| 7/12/2019 | Fell, Jamie | Review of invoices and time records (.5); draft/prepare interim fee application and accompanying exhibits (1.4). | 1.90 | 1,890.50 |
| 7/15/2019 | McLendon, Kathrine | Review and comment on draft first interim fee application (1.1); t/c/emails w/ J. Fell re: comments on draft interim fee application and confirmation of various items (0.3); emails and calls w/ M. Torkin and J. Fell re: comments on first interim fee application and filing timetable (0.5); review and comment on revised draft of first quarterly interim fee application (1.0). | 2.90 | 3,538.00 |
| 7/15/2019 | Fell, Jamie | Draft/revise interim fee application, summary cover and exhibits. | 1.60 | 1,592.00 |
| 7/15/2019 | Torkin, Michael H. | Interim fee application review (.3). | 0.30 | 460.50 |
| 7/16/2019 | McLendon, Kathrine | Meeting w/ M. Torkin and J. Fell re: first quarterly interim fee application (0.3); prepare additional updated disclosures for STB retention per conflicts | 3.60 | 4,392.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | updates (0.3); emails w/ M. Torkin and J. Fell re: quarterly disclosure updates for retention (0.2); prepare draft second supplemental M. Torkin declaration (1.6); email J. Fell follow-up matters on second supplemental Torkin declaration (0.1); further review and comment on draft interim fee application (0.4); review of case and N.D. Ca. requirements (0.4); t/c w/ J. Fell re: outstanding matters for first interim fee application (0.3). | | |
| 7/16/2019 | Fell, Jamie | Meeting w/ K. McLendon and M. Torkin re: interim fee application and application of section 363, 327 and fee guidelines (.4); review fee guidelines and procedures (.7), draft/revise interim fee application (.8). | 1.90 | 1,890.50 |
| 7/16/2019 | Torkin, Michael H. | Meet with J. Fell and K. McLendon re interim fee application. | 0.50 | 767.50 |
| 7/17/2019 | McLendon, Kathrine | Emails w/ J. Fell re: revised interim fee application (0.2); begin review and comment on revised draft of first interim fee application (0.8); continue review and comment on revised draft of first interim fee application (0.9), including emails w/ J. Fell re: follow-up matters (0.2); review further revisions to first interim fee application (0.2) and email to J. Fell re: additional comments (0.1). | 2.40 | 2,928.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/17/2019 | Sparks Bradley, Rachel | Emails w/ J. Fell re: fee application materials (0.3); emails w/ N. Goldin re: Company inquiries re: same (0.7). | 1.00 | 1,095.00 |
| 7/17/2019 | Fell, Jamie | Draft/revise interim fee application and accompanying exhibits (2.0); review of invoices/time records/spreadsheets in support thereof (.7). | 2.70 | 2,686.50 |
| 7/18/2019 | McLendon, Kathrine | Emails w/ M. Torkin and J. Fell re: comments on first interim fee application (0.2); continue review revised first interim fee app (0.2); emails accounting team and J. Fell re: payment of first consolidated monthly fee statement and CNO (0.2); review and comment on draft CNO for first monthly statement (0.2); email to J. Fell and accounting re: timetable for same (0.1). | 0.90 | 1,098.00 |
| 7/18/2019 | Fell, Jamie | Review invoices, budgets and corr. w/ billing re: required information needed for interim fee application and exhibits (.6); prepare accompanying exhibits to interim fee application (.8); drafting certification of no objection re: monthly fee statement (.3). | 1.70 | 1,691.50 |
| 7/18/2019 | Torkin, Michael H. | Review and comment on interim fee application. | 0.80 | 1,228.00 |
| 7/19/2019 | McLendon, Kathrine | Emails w/ J. Fell re: finalizing first interim fee application and internal comments (0.2). | 0.20 | 244.00 |
| 7/21/2019 | Fell, Jamie | Revise and finalize and prepare for filing Interim fee application and accompanying exhibits. | 1.00 | 995.00 |
| 7/22/2019 | McLendon, Kathrine | Emails w/ J. Fell re: finalizing first interim fee application and | 2.50 | 3,050.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | M. Torkin supplemental declaration (0.2); further internal emails re: finalizing first interim fee application (0.1); review R. Sparks Bradley comments on fee application (0.2); email accounting team re: finalized fee auditor protocol (0.1); email B. Markell re: billing process email lists (0.1); review docket re: CNO filing on first consolidated monthly statement (0.1); email J. Fell re: filing of CNO (0.1); review revised draft of first interim fee application and prepared comments thereon (1.2); t/c w/ J. Fell re: fee application revisions and budget exhibit (0.1); internal emails MCO and J. Fell re: filing of revised CNO (0.2); t/c w/ J. Fell re: further comments on interim fee application (0.1). | | |
| 7/22/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin and J. Fell re: fee application materials (0.8). | 0.80 | 876.00 |
| 7/22/2019 | Fell, Jamie | Review of budget and rate comparables (.5); draft/revise interim fee application and exhibits, and discussion w/ R. Sparks Bradley re: same (.5); draft and file certificate of no objection to first monthly fee statement (.5) | 1.50 | 1,492.50 |
| 7/23/2019 | McLendon, Kathrine | Emails to P. Curnin and M. Ponce re: first consolidated fee statement and first interim fee application (0.2); emails w/ J. Fell and MCO re: filing of first interim fee application (0.2); review final version of interim fee application in prep for filing (0.2); t/c w/ J. Fell re: review | 0.70 | 854.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | final exhibits for first interim fee application (0.1). | | |
| 7/23/2019 | Goldin, Nicholas | Review fee application materials (0.5). | 0.50 | 740.00 |
| 7/23/2019 | Sparks Bradley, Rachel | Further emails w/ N. Goldin and J. Fell re: fee application materials (0.8); revise same (0.3). | 1.10 | 1,204.50 |
| 7/23/2019 | Fell, Jamie | Draft/finalize and file interim fee application and exhibits. | 1.30 | 1,293.50 |
| 7/23/2019 | Torkin, Michael H. | Emails with internal group re CNO for monthly fee statement and invoicing issues (.3). | 0.30 | 460.50 |
| 7/24/2019 | McLendon, Kathrine | Emails w/ J. Fell re: filing of M. Torkin second supplemental disclosure (0.2); review and comment on notice to accompany second supplemental declaration of M. Torkin and email J. Fell re: same and filing thereof (0.3). | 0.50 | 610.00 |
| 7/24/2019 | Fell, Jamie | Draft and file second M. Torkin supplemental disclosure and notice thereof. | 1.00 | 995.00 |
| 7/26/2019 | McLendon, Kathrine | Review accounting team's questions re: implementation of fee auditor protocol and respond (0.5); further email to accounting team re: associate step rate increases (0.1). | 0.60 | 732.00 |
| 7/29/2019 | McLendon, Kathrine | Emails w/ R. Sparks Bradley and J. Fell re: preparation and filing of STB monthly statement for May (0.1); email to Foust and Carens re: fee auditor protocol matters (0.1). | 0.20 | 244.00 |
| 7/29/2019 | Sparks Bradley, Rachel | Emails w/ K. McLendon and J. Fell re: interim compensation application (0.4); t/c w/ J. Fell, R. Sussman, J. Calderon re: drafting of same (0.5). | 0.90 | 985.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/29/2019 | Sussman, Rebecca A. | Call w/ J. Fell, R. Sparks Bradley, and J. Calderon re: fee application (0.4); review of documents re: same (0.8); calls w/ R. Sparks Bradley, J. Calderon, K. Kinsel, and M. Vallejo re: same (0.4). | 1.60 | 1,344.00 |
| 7/29/2019 | Calderon, Justin | Draft May fee application in bankruptcy case (3.0). | 3.00 | 2,100.00 |
| 7/29/2019 | Fell, Jamie | Draft/revise second monthly fee statement (.6); t/c w/ R. Sparks Bradley and J. Calderon re: same (.5). | 1.10 | 1,094.50 |
| 7/30/2019 | McLendon, Kathrine | Emails w/ J. Fell re: LEDES fee request from UST (0.1). | 0.10 | 122.00 |
| 7/30/2019 | Sussman, Rebecca A. | Review J. Calderon draft fee application (0.4); email w/ J. Calderon and J. Fell re: same (0.1). | 0.50 | 420.00 |
| 7/30/2019 | Calderon, Justin | Draft May fee application in bankruptcy case (2.9). | 2.90 | 2,030.00 |
| 7/31/2019 | McLendon, Kathrine | Review and comment on draft monthly fee statement for May (0.3); further emails w/ J. Fell re: monthly statement for May (0.1); emails w/ accounting team and J. Fell re: January-April consolidated monthly (0.1). | 0.50 | 610.00 |
| 7/31/2019 | Fell, Jamie | Revise/finalize (.5) and file and serve second monthly fee statement (.5). | 1.00 | 995.00 |
| **TOTAL** | | | **54.30** | **$58,457.00** |

**Task Code: Litigation – Contested Matters and Adversary Proceedings (LI)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email P. Curnin, S. DeLott and Weil (T. Schinckel) re: policy | 0.50 | 610.00 |

| | | | | |
|---|---|---|---|---|
| | | | language issue raised in UCC Objection (0.5). | | |
| 7/1/2019 | Isaacman, Jennifer | Prepare for objection filing to D&O motion (0.5). | 0.50 | 295.00 |
| 7/2/2019 | Alcabes, Elisa | Re D&O Insurance Motion, participate telephonically in preparation of J. Markland for deposition (1.5), and email P. Curnin and Weil (T. Schinckel) re: same (0.5); email S. DeLott re: policy issue (0.4). | 2.40 | 2,928.00 |
| 7/2/2019 | DeLott, Steven R. | Email from E. Alcabes re: policy issue (0.2); review policy (0.3); email from J. Fell re: same (0.1); receive and review UCC's Objection to D&O Insurance Motion (0.8); analysis re: same (0.5). | 1.90 | 2,318.00 |
| 7/2/2019 | Curnin, Paul C. | Prep. J. Markland for deposition (2.5); analysis re: creditors' committee objection (0.8). | 3.30 | 5,412.00 |
| 7/2/2019 | Isaacman, Jennifer | Draft response to objections to D&O insurance motion (1.5). | 1.50 | 885.00 |
| 7/3/2019 | Alcabes, Elisa | Re D&O Insurance Motion, review UCC Objection to Motion (0.9); email to J. Isaacman: preparation of draft reply to same (0.5); review/revise draft Reply (1.5); email/confer J. Isaacman re: same (0.5); email to P. Curnin and Weil re: comments to draft Reply (0.4). | 3.80 | 4,636.00 |
| 7/3/2019 | DeLott, Steven R. | Emails w/ R. Martin re: policy (0.2); receive and review emails from E. Alcabes and J. Fell re: process and arguments for replying to UCC Objection to D&O Insurance Motion (0.3); send comments to J. Fell and working group re: same (0.1); further emails w/ working group re: same (0.3); email | 1.70 | 2,074.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | from J. Isaacman re: same (0.1); receive and review draft reply to UCC Objection (0.2); analysis of same (0.5). | | |
| 7/3/2019 | Curnin, Paul C. | Revise draft reply D&O Motion (1.3). | 1.30 | 2,132.00 |
| 7/3/2019 | Goldin, Nicholas | Communications w/ team re: D&O insurance issues (0.3); further communications w/ team re: insurance related motion practice (0.5). | 0.80 | 1,184.00 |
| 7/3/2019 | Isaacman, Jennifer | Draft response to UCC's objection to D&O insurance motion (7.2). | 7.20 | 4,248.00 |
| 7/4/2019 | DeLott, Steven R. | Receive and review M. Torkin's comments to draft response to UCC objection to D&O insurance motion (0.2); receive and review revised draft of response (0.3). | 0.50 | 610.00 |
| 7/4/2019 | Isaacman, Jennifer | Revise response to UCC objection to D&O motion per comments (2.1). | 2.10 | 1,239.00 |
| 7/5/2019 | Alcabes, Elisa | Re D&O Insurance Motion, review revised draft reply to UCC Objection (0.7); email J. Isaacman re: same (0.3); email P. Curnin, M. Torkin and Weil re: further revisions to same (0.4). | 1.40 | 1,708.00 |
| 7/5/2019 | DeLott, Steven R. | Receive and review further comments from M. Torkin to UCC D&O insurance objection (0.2); receive and review proposed revision from N. Goldin (0.2); receive and review further revised response (0.2); receive and review UCC's supplemental objection (0.3); email from P. Curnin re: analysis of supplemental objection (0.2). | 1.10 | 1,342.00 |
| 7/5/2019 | Curnin, Paul C. | Comment on D&O reply motion papers (0.8). | 0.80 | 1,312.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| 7/5/2019 | Isaacman, Jennifer | Revise response to UCC objection to D&O motion per comments (0.7). | 0.70 | 413.00 |
|---|---|---|---|---|
| 7/6/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email P. Curnin, S. DeLott and J. Isaacman re: reservation of rights letters from PG&E insurers re: prepetition claims (0.6); tc/email w/ D. Fuller re: same (0.5); review compiled letters (0.8) and email J. Isaacman re: same (0.2). | 2.10 | 2,562.00 |
| 7/7/2019 | DeLott, Steven R. | Receive and review supplemental declaration of J. Markland in support of D&O insurance motion (0.3); receive and review revised draft of Reply to UCC objection to D&O insurance motion (0.5). | 0.80 | 976.00 |
| 7/9/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email to Weil (T. Schinckel), STB team and PG&E re: grant of motion (0.2). | 0.20 | 244.00 |
| 7/10/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email Weil and Company (J. Markland) re: next steps re: policy (0.4); email to J. Markland re: Participation Agreement and premium issue (0.2). | 0.60 | 732.00 |
| 7/11/2019 | Alcabes, Elisa | Re D&O Insurance Motion, email insurer and company (J. Markland) re: Participation Agreement and premium issue (0.3); email Weil and company re: order granting Motion (0.2). | 0.50 | 610.00 |
| 7/19/2019 | Alcabes, Elisa | Re D&O insurance issues, review PERA opposition to motion to stay securities litigation (0.5). | 0.50 | 610.00 |
| 7/19/2019 | Franklin, Janie Marie | Communications w/ team re: case update (0.1). | 0.10 | 45.50 |
| 7/20/2019 | Alcabes, Elisa | Re D&O insurance issues, email PG&E (R. Reilly) re: PERA opposition (0.3). | 0.30 | 366.00 |

| | | | | |
|---|---|---|---|---|
| 7/21/2019 | Alcabes, Elisa | Re D&O insurance issues, email P. Curnin and R. Perrin re: PERA opposition brief and call to discuss same (0.3). | 0.30 | 366.00 |
| 7/22/2019 | Alcabes, Elisa | Re D&O insurance issues, review/analyze D&O insurance policies re: arguments asserted in PERA opposition brief (1.0); email to P. Curnin and N. Goldin re: same (0.4); prepare for (0.3) and conference call w/ Weil (K. Kramer and others), P. Curnin, N. Goldin and Latham (R. Perrin) re: reply in further support of stay motion (0.5); follow-up t/cs w/ K. Kramer and N. Goldin re: same (0.4). | 2.60 | 3,172.00 |
| 7/22/2019 | Sparks Bradley, Rachel | Review filed opposition re: securities adversary proceeding (1.4); emails w/ N. Goldin and J. Calderon re: same (0.5). | 1.90 | 2,080.50 |
| 7/23/2019 | Calderon, Justin | Review securities plaintiffs' opposition to PG&E motion for preliminary injunction (0.9), incl. research of caselaw re: same (3.1). | 4.00 | 2,800.00 |
| 7/24/2019 | Alcabes, Elisa | Re D&O insurance issues, tc/email PG&E (R. Reilly) re: insurance issues for reply in further support motion to stay securities litigation (0.5). | 0.50 | 610.00 |
| 7/24/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin re: securities adversary proceeding (0.5); analysis re: same (0.4). | 0.90 | 985.50 |
| 7/24/2019 | Calderon, Justin | Further review securities plaintiffs' opposition to PG&E motion for preliminary injunction (0.5), incl. rsrch. of caselaw re: same (2.8). | 3.30 | 2,310.00 |
| 7/29/2019 | Alcabes, Elisa | Review/revise draft Reply in further support of stay of Securities Litigation re: D&O insurance arguments (4.7); tc/email company and team re: same (0.3). | 5.00 | 6,100.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/29/2019 | Calderon, Justin | Review and revise draft of reply brief ISO motion for preliminary injunction (2.8); email to R. Sparks Bradley re: same (0.2). | 3.00 | 2,100.00 |
| 7/29/2019 | Sparks Bradley, Rachel | Review reply brief on adversary proceeding re: securities actions (0.9); emails w/ J. Calderon and E. Alcabes re: same (0.5). | 1.40 | 1,533.00 |
| 7/30/2019 | Alcabes, Elisa | Re D&O insurance, further revise draft Reply in further support of stay of Securities Litigation re: D&O insurance issues (1.0); email team re: same (0.3); email Weil team re: same (0.2). | 1.50 | 1,830.00 |
| 7/30/2019 | Calderon, Justin | Further review and revise draft of reply ISO motion for preliminary injunction (3.1). | 3.10 | 2,170.00 |
| 7/31/2019 | Alcabes, Elisa | Re D&O insurance, review revised draft Reply from Weil (K. Kramer) (0.7); prep mark-up re: same (0.5); email K. Kramer re: same (0.2). | 1.40 | 1,708.00 |
| **TOTAL** | | | **65.50** | **$67,256.50** |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2019 | Mierski, Nathan | Prepare plan table according to Jurisdiction and date per associate request (2.0). | 2.00 | 530.00 |
| 7/2/2019 | McLendon, Kathrine | Review revised and updated analysis of plan precedents and comment thereon (1.0); internal emails re: additional questions on plan precedents (0.2). | 1.20 | 1,464.00 |
| 7/7/2019 | Torkin, Michael H. | Review estimation article. | 0.50 | 767.50 |
| 7/11/2019 | Curnin, Paul C. | Review bankruptcy proposals (1.4). | 1.40 | 2,296.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/11/2019 | Torkin, Michael H. | Call with S. Karotkin (.1); review Exclusivity Objection (.8). | 0.90 | 1,381.50 |
| 7/12/2019 | Ponce, Mario A. | Review and consider issues re exclusivity termination (1.2). | 1.20 | 1,968.00 |
| 7/15/2019 | Curnin, Paul C. | T/c w/ M. Ponce and M. Torkin re: bankruptcy proposals (0.6). | 0.60 | 984.00 |
| 7/15/2019 | Torkin, Michael H. | Review estimation motion (.7); call with Ponce and Curnin re board call preparation (.5);; call with A. Wolff re bankruptcy emergence questions (.5); call with S. Karotkin on bankruptcy matters (.1); review 1054 legislation (.8). | 2.60 | 3,991.00 |
| 7/17/2019 | Ponce, Mario A. | Review Jones Day POR Term Sheet (1.2). | 1.20 | 1,968.00 |
| 7/17/2019 | Ponce, Mario A. | Review Elliott revised POR Term Sheet (1.1). | 1.10 | 1,804.00 |
| 7/17/2019 | Torkin, Michael H. | Review ad hoc TS (.8); review plan TS (.8); call with S. Karotkin re same (.2); call with J. Mesterharm re status (.3). | 2.10 | 3,223.50 |
| 7/23/2019 | Torkin, Michael H. | Review bankruptcy papers for exclusivity (.5); call with B. Bennett re shareholder group (.3); call with K. Liang re status of exclusivity (.3). | 1.10 | 1,688.50 |
| 7/26/2019 | McLendon, Kathrine | Conf call M. Torkin, S. Qusba, N. Goldin and J. Fell re responding to client questions re strategic issues re plan (.5); further emails M. Torkin and J. Fell re plan issues (.1). | 0.60 | 732.00 |
| 7/26/2019 | Qusba, Sandy | T/c with M. Ponce regarding status (.5); correspondence with STB team regarding next steps (.8). | 1.30 | 1,995.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/26/2019 | Fell, Jamie | Call w/ M. Torkin, N. Goldin, K. McLendon and S. Qusba re: estimation motions and procedures, related issues and discussion for research (.7); review estimation motion and follow-up research/draft summary and talking points (1.4). | 2.10 | 2,089.50 |
| 7/26/2019 | Torkin, Michael H. | Call with STB group re estimation issues (.5); review research re same (3.0). | 3.50 | 5,372.50 |
| 7/27/2019 | McLendon, Kathrine | Prep email to STB team re issues posed by board inquiries re strategic plan matters (.8); review case law re estimation matters (.3); prep email J. Fell re analysis re board inquiries (.3); review and comment on email memo prepared by J. Fell re board inquiries on strategic plan matters (.3). | 1.70 | 2,074.00 |
| 7/27/2019 | Purushotham, Ravi | Call w M. Ponce, S. Qusba, M. Torkin re plan protocol. | 0.40 | 530.00 |
| 7/27/2019 | Qusba, Sandy | Call with M. Torkin regarding existing structure (1.0); t/c with M. Ponce, M. Torkin, P. Curnin, K. McLendon and J. Fell regarding restructuring committee questions and review same (1.5). | 2.50 | 3,837.50 |
| 7/27/2019 | Fell, Jamie | Research and drafting memo/talking points re: estimation motion and estimation procedures (4.5) and calls w/ M. Torkin, S. Qusba, N. Goldin, K. McLendon and A. Frankel re: same (.7) | 5.20 | 5,174.00 |
| 7/27/2019 | Torkin, Michael H. | Attention to estimation issues and review materials (3.8); calls with S. Qusba re estimation and | 8.10 | 12,433.50 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | other plan issues (1.5); call with M. Ponce re plan protocol (.5); call with M. Ponce, P. Curnin, S. Qusba re protocol (.8); call with M. Moore (.5); internal call re estimation (.5); call with A. Kornberg (.5). | | |
| 7/28/2019 | McLendon, Kathrine | Review and comment on J. Fell revised memo re strategic plan considerations for board. | 0.50 | 610.00 |
| 7/28/2019 | Qusba, Sandy | Review and comment on draft responses to Restructuring committee questions (1.5); t/c and correspondence with M. Torkin regarding same (.8); t/c with K. Liang, M. Torkin and D. Dunne regarding case status (1.0); t/c with K. Ziman regarding same (1.3); correspondence with STB team regarding same (.6). | 5.20 | 7,982.00 |
| 7/28/2019 | Fell, Jamie | Draft/revise of memo/talking points re: estimation motion. | 1.20 | 1,194.00 |
| 7/28/2019 | Torkin, Michael H. | Call with S. Karotkin re protocol (.4); call with M. Ponce re status (.2); call with S. Qusba re calls (.3); follow up call with S. Qusba (.2); call with Lazard and WGM and STB re protocol (.7); call with Milbank re same (.7); review emails re fire and estimation issues (2.2). | 4.70 | 7,214.50 |
| 7/29/2019 | Qusba, Sandy | Attend meeting with K. Orsini, S. Karotkin, K. Ziman, B. Bennett, S. Zelin and others regarding plan protocol and next steps (2.5); t/c with STB team and restructuring committee regarding next steps (.2); t/c with STB team, restructuring Committee, Lazard, Weil and Cravath | 5.70 | 8,749.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | regarding estimation of certain liabilities (2.0); t/c with M. Torkin, M. Ponce and restructuring committee regarding next steps (1.0). | | |
| 7/30/2019 | McLendon, Kathrine | Calls w/S. Karotkin and K. Orsini and STB team re: estimation motion and proposals (1.30); follow-up conference M. Torkin and S. Qusba re: estimation motion and considerations and board follow-up (.30); call w/D. Dunne and A. Leblanc and STB team re: estimation motion and proposal (.70); T/C J. Fell re: followup matters re: estimation matters for board (.20). | 2.50 | 3,050.00 |
| 7/30/2019 | Qusba, Sandy | T/c with S. Karotkin, K. Orsini, M. Torkin, K. McLendon and M. Ponce regarding update (1.2); t/c with K. McLendon, M. Torkin, D. Dunne and A. Leblanc regarding estimation (1.0); t/c with Restructuring Committee, S. Karotkin, K. Orsini, P. Curnin, M. Torkin, M. Ponce and R. Purushotham regarding estimation and subrogation claimants (2.0). | 4.20 | 6,447.00 |
| 7/30/2019 | Torkin, Michael H. | Call w CSM and WGM re estimation procedures (1.5); internal follow up thereafter (.2); call with Milbank re same (1.0); Restructuring Committee call re estimation (1.9); follow up call with M. Ponce (.2); follow up emails with K. Liang (.1); review emails from Restructuring Committee re settlements (.3). | 5.20 | 7,982.00 |
| 7/31/2019 | Qusba, Sandy | Review correspondence with restructuring committee (.4) and | 2.00 | 3,070.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | correspondence with M. Torkin, M. Ponce, N. Goldin and P. Curnin regarding same (.3); t/c with same and restructuring committee regarding next steps (1.3) | | |
| 7/31/2019 | Torkin, Michael H. | Call with K. Liang re estimation issues. | 0.80 | 1,228.00 |
| **TOTAL** | | | **73.30** | **$103,831.50** |

**Task Code: Fact Investigation/Development (L110)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/3/2019 | Kinsel, Kourtney J. | Assess CPUC OII cases for new developments to add to tracking chronology (0.1). | 0.10 | 59.00 |
| 7/11/2019 | Goldin, Nicholas | Communications w/ team re: court order (0.5); t/c w/ former employee re: facts (0.3); communications w/ team re: same (0.3); review media article (0.2); communications w/ team re: same (0.2). | 1.50 | 2,220.00 |
| 7/11/2019 | Sparks Bradley, Rachel | Emails w/ N. Goldin and client re: requests (0.3). | 0.30 | 328.50 |
| 7/15/2019 | Goldin, Nicholas | Call w/ company re: documents (0.4); communications w/ team re: workstreams and strategy (0.7). | 1.10 | 1,628.00 |
| 7/15/2019 | Sparks Bradley, Rachel | T/c w/ N. Goldin, R. Sussman and Company re: requests (0.3); prep. for same (0.3); o/c w/ N. Goldin re: strategy / next steps (0.5). | 1.10 | 1,204.50 |
| 7/15/2019 | Sussman, Rebecca A. | Calls w. K. Kinsel re: outline for meeting (0.3); meeting w/ N. Goldin and R. Sparks Bradley re: requests (0.3) and prepare for same (0.3); meeting w/ R. Sparks Bradley re: same | 1.40 | 1,176.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (0.3); call w/ Company re: same (0.2). | | |
| 7/15/2019 | Kinsel, Kourtney J. | T/c w/ R. Sussman re: upcoming telephone interviews (0.1); prep. and send paper mailings (0.2). | 0.30 | 177.00 |
| 7/16/2019 | Laspisa, Rosemarie | Review custodian files re: scanning of hard copy docs (2.0). | 2.00 | 800.00 |
| 7/18/2019 | Goldin, Nicholas | Communications w/ team re: court order (0.2). | 0.20 | 296.00 |
| 7/18/2019 | Sussman, Rebecca A. | Call w/ K. Kinsel re: fact meeting and client meetings (0.4). | 0.40 | 336.00 |
| 7/18/2019 | Kinsel, Kourtney J. | Prepare outline for fact meeting (2.2); review documents for same (0.9). | 3.10 | 1,829.00 |
| 7/19/2019 | Sussman, Rebecca A. | Review draft response to court order per request from N. Goldin (0.7); call w/ counsel for Company employee (0.2); call w/ N. Goldin re: same (0.1); review and revise meeting outline (1.5). | 2.50 | 2,100.00 |
| 7/22/2019 | Sussman, Rebecca A. | Call w/ Company counsel re: documents (0.3); draft summary re: same for N. Goldin and R. Sparks Bradley (0.2); correspondence w/ N. Goldin re: clients and documents (0.4). | 0.90 | 756.00 |
| 7/24/2019 | Henderson, Douglas | Review client originals against scanned set of same to assure completeness and accuracy (2.5). | 2.50 | 937.50 |
| 7/24/2019 | Sussman, Rebecca A. | Legal analysis (0.9); draft summary re: same for P. Curnin and N. Goldin (0.4); call w/ N. Goldin and Company re: director documents (0.4); meeting w/ N. Goldin re: same (0.3) and prepare for same (0.2); review and revise litigation summary (0.3); emails | 3.90 | 3,276.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| | | w/ paralegal re: document collection (0.3); review key summary and documents re: collection of director documents (1.1). | | |
| 7/26/2019 | Sussman, Rebecca A. | Call w/ K. Kinsel re: client talking points (0.2) and email re: same (0.3). | 0.50 | 420.00 |
| 7/27/2019 | DeVellis, Mary | Print (0.8) and deliver documents for Nicholas Goldin (0.2). | 1.00 | 265.00 |
| 7/29/2019 | Kinsel, Kourtney J. | Draft client talking points (1.1). | 1.10 | 649.00 |
| 7/30/2019 | Sussman, Rebecca A. | Review and revise draft talking points (0.9); review relevant case law (0.5) and draft summary to N. Goldin re: same (0.6). | 2.00 | 1,680.00 |
| 7/30/2019 | Kinsel, Kourtney J. | Further draft talking points (1.5); email to R. Sussman re: same (0.2). | 1.70 | 1,003.00 |
| TOTAL | | | 27.60 | $21,140.50 |

**Task Code: e-Discovery - Processing (L630)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 7/2/2019 | Kovoor, Thomas G. | Prepare data to stage to Eclipse review platform per communications w/ R. Sussman (2.5). | 2.50 | 1,050.00 |
| 7/8/2019 | Kovoor, Thomas G. | Process new data for Eclipse review per communications w/ R. Sussman (1.8). | 1.80 | 756.00 |
| TOTAL | | | 4.30 | $1,806.00 |