Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Pacer | 6/17/2019 | Charges Calderon, Justin | 1.50 |
| Pacer | 6/17/2019 | Charges LIBRARY, ID | 0.30 |
| Pacer | 6/17/2019 | Charges LIBRARY, ID | 0.30 |
| Pacer | 6/17/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 6/17/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.90 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.20 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 1.50 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.20 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.80 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.60 |
| Pacer | 6/19/2019 | Charges Calderon, Justin | 0.20 |
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 3.00 |

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 0.40 |
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 0.40 |
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 0.40 |
| Pacer | 7/1/2019 | Charges LIBRARY, ID | 0.50 |
| Pacer | 7/3/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 7/3/2019 | Charges LIBRARY, ID | 1.10 |
| Pacer | 7/10/2019 | Charges Alcabes, Elisa | 3.00 |
| Pacer | 7/10/2019 | Charges Alcabes, Elisa | 2.40 |
| Pacer | 7/19/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 7/19/2019 | Charges Calderon, Justin | 0.30 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 0.10 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 3.00 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 0.30 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 3.00 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 1.00 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 1.70 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 0.10 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 1.60 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 2.70 |
| Pacer | 7/22/2019 | Charges Sparks Bradley, Rachel | 1.00 |
| Pacer | 7/23/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 7/24/2019 | Charges Sparks Bradley, Rachel | 0.30 |
| Pacer | 7/24/2019 | Charges Sparks Bradley, Rachel | 0.20 |
| Pacer | 7/24/2019 | Charges Sparks Bradley, Rachel | 0.20 |
| Document Retrieval | 7/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 7/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| **EXPENSE CATEGORY** | **DATE** | **DESCRIPTION** | **AMOUNT ($)[2]** |
|---|---|---|---|
| Document Retrieval | 7/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 7/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - Calderon, Justin | 1.09 |
| Document Retrieval | 7/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - Calderon, Justin | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Meals** | | | |
| Meals - Overtime | 7/3/2019 | JENNIFER ISAACMAN - Overtime Meal | 30.22 |
| **Travel** | | | |
| Local travel | 7/2/2019 | XYZ TWO WAY RADIO SERVICE - XYZ Taxi/07/02/19/2110/ | 42.73 |
| Out-of-town travel | 7/27/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/07/27/19/0749/GOLDIN 10/17 NICHO/3 STAR FARM ROAD PURCHASESTOP:00000WAIT:00000TOLL:000000003192-0004 | 130.88 |
| **Duplication** | | | |
| Electronic Media Storage | 7/8/2019 | CD Rom Data from scanning / master: New York Laspisa, Rosemarie | 20.00 |
| Print from email, color | 7/12/2019 | Print from email, color: New York Kim, Sophie | 25.74 |
| **Conferencing/Communications** | | | |
| Telephone | 6/7/2019 | LOOP UP LLC - Loopup-2019-06-07-00880-SC0765-Elisa Alcabes' Meeting Room Moderated By: 00880 | 5.86 |
| Telephone | 6/11/2019 | LOOP UP LLC - Loopup-2019-06-11-08620-SC1042-Greg Grogan's Meeting Room Moderated By: 08620 | 18.83 |
| Telephone | 6/17/2019 | LOOP UP LLC - Loopup-2019-06-17-15834-SC1763-STB Meeting Room Moderated By: 15834 | 13.71 |
| Telephone | 6/24/2019 | LOOP UP LLC - Loopup-2019-06-24-00880-SC2764-Elisa Alcabes' Meeting Room Moderated By: 00880 | 6.91 |
| Telephone | 6/26/2019 | LOOP UP LLC - Loopup-2019-06-26-00880-SC3138-Elisa Alcabes' Meeting Room Moderated By: 00880 | 3.43 |
| Court Call | 7/10/2019 | COURTCALL LLC - Court Call Telephonic Court Appearance re: PG & E Corp/19-30088 | 42.50 |
| Court Call | 7/25/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | 80.00 |
| Conference Room Services | 7/9/2019 | Snacks - AM | 12.25 |
| **TOTAL** | | | **$568.59** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017