1
2
3
4
5
6
7
8
9   **EXHIBIT A**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SUMMARY OF COMPENSATION BY PROFESSIONAL

## AUGUST 1, 2019 THROUGH AUGUST 31, 2019

## BERMAN AND TODDERUD LLP

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois) 1994 (Washington, D.C.) 2000 (Washington) | $920 | Aug. 48.10 | Aug. $44,252.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*) 2004 (Washington) | $692 | Aug. 28.70 | Aug. $19,860.40 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $834.80 | 76.80 | $64,112.40 |