# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Type of Expense | Partner | Amount |
|---|---|---|
| Airfare | Berman | $1,798.01 |
| Lodging | Berman | $   436.81 |
| Ground Transportation | Berman | $   143.21 |
| **Total** | | **$2,378.03** |