# EXHIBIT D

**August 2019**

**Itemized Time Description**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| TH 8/1/2019 | Todderud | 1.20 | $692.00 | $830.40 | Attend settlement overlay call. |
| TH 8/1/2019 | Todderud | 0.70 | $692.00 | $484.40 | Draft letter regarding PG&E personnel access to escrow account records and emails re same |
| TH 8/1/2019 | Todderud | 1.10 | $692.00 | $761.20 | Analyze Midway Sunset settlement, supplemental agreement, and related emails re liability for shortfalls |
| TH 8/1/2019 | Berman | 1.60 | $920.00 | $1,472.00 | Prepare for and attend call with mediator re settlement issues. |
| TH 8/1/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Prepare for and attend settlement overlay call. |
| TH 8/1/2019 | Berman | 2.40 | $920.00 | $2,208.00 | Draft response re overlay dispute issue and emails re same. |
| FR 8/2/2019 | Berman | 3.50 | $920.00 | $3,220.00 | Emails re overlay dispute and overlay allocation issues. |
| FR 8/2/2019 | Berman | 0.80 | $920.00 | $736.00 | Review FERC order re veil piercing and emails re same. |
| FR 8/2/2019 | Todderud | 1.20 | $692.00 | $830.40 | Draft emails and telephone calls re change of PG&E personnel monitoring escrows |
| FR 8/2/2019 | Todderud | 0.50 | $692.00 | $346.00 | Analyze settlement provisions re COTP charges and conference re same |
| FR 8/2/2019 | Todderud | 0.70 | $692.00 | $484.40 | Review emails re settlement overlay allocation issues |
| MO 8/5/2019 | Todderud | 0.20 | $692.00 | $138.40 | Correspondence re review of escrow account information |
| TH 8/8/2019 | Todderud | 0.50 | $692.00 | $346.00 | Telephone with S. Rossi (Cal PX counsel) re PX Wind Up Charges and draft emails re same |

| | Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 1 | WE 8/14/2019 | Berman | 1.60 | $920.00 | $1,472.00 | Review edits to paper on overlay clearing and emails re same. |
| 2 | TH 8/15/2019 | Berman | 1.00 | $920.00 | $920.00 | Prepare for and attend settlement overlay call. |
| 3 | TH 8/15/2019 | Berman | 1.40 | $920.00 | $1,288.00 | Prepare for and attend call re financial clearing. |
| 4 | TH 8/15/2019 | Berman | 3.50 | $920.00 | $3,220.00 | Calls and emails re settlement offer and overlay dispute response. |
| 5 | FR 8/16/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Prepare for and attend call re settlement offer. |
| 6 | FR 8/16/2019 | Berman | 2.50 | $920.00 | $2,300.00 | Calls and emails re ISO/PX financial clearing process. |
| 7 | SU 8/18/2019 | Berman | 2.80 | $920.00 | $2,576.00 | Prepare for settlement mediation. |
| 8 | MO 8/19/2019 | Berman | 7.50 | $920.00 | $6,900.00 | Prepare for and attend mediation and emails re same. |
| 9 | MO 8/19/2019 | Berman | 0.60 | $920.00 | $552.00 | Call re settlement overlay issues. |
| 10 | MO 8/19/2019 | Todderud | 3.00 | $692.00 | $2,076.00 | Attend conference call of settlement negotiation session |
| 11 | TU 8/20/2019 | Todderud | 2.10 | $692.00 | $1,453.20 | Review materials re settlement overlay and compromises of disputed issues in settlement overlay process |
| 12 | TU 8/20/2019 | Berman | 3.50 | $920.00 | $3,220.00 | Calls and emails re settlement overlay issues. |
| 13 | WE 8/21/2019 | Berman | 4.80 | $920.00 | $4,416.00 | Calls and emails re settlement overlay computations. |
| 14 | WE 8/21/2019 | Todderud | 1.10 | $692.00 | $761.20 | Emails re settlement overlay issues |
| 15 | TH 8/22/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Attend settlement overlay call. |
| 16 | TH 8/22/2019 | Todderud | 1.20 | $692.00 | $830.40 | Attend settlement overlay call |
| 17 | TH 8/22/2019 | Todderud | 0.50 | $692.00 | $346.00 | Edit summary of market clearing process |
| 18 | FR 8/23/2019 | Todderud | 0.20 | $692.00 | $138.40 | Draft email re PX wind-up charge issues |
| 19 | FR 8/23/2019 | Todderud | 2.50 | $692.00 | $1,730.00 | Analyze allocation agreements and need for amendment to implement revised allocation methodology |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| FR 8/23/2019 | Berman | 2.40 | $920.00 | $2,208.00 | Emails and discussion re IOU allocation issues. |
| MO 8/26/2019 | Todderud | 0.40 | $692.00 | $276.80 | Inquiries re status of escrow account access authorization |
| TU 8/27/2019 | Todderud | 0.30 | $692.00 | $207.60 | Draft emails re PX wind-up charges |
| TU 8/27/2019 | Todderud | 0.40 | $692.00 | $276.80 | Draft emails re escrow tax payments |
| TU 8/27/2019 | Todderud | 0.50 | $692.00 | $346.00 | Revise and verify escrow disbursement instructions |
| TU 8/27/2019 | Berman | 2.30 | $920.00 | $2,116.00 | Emails re IOU allocation issues. |
| WE 8/28/2019 | Berman | 1.20 | $920.00 | $1,104.00 | Emails re pending matters at FERC and their status. |
| WE 8/28/2019 | Todderud | 0.90 | $692.00 | $622.80 | Draft and revise notice re settlement overlay status |
| WE 8/28/2019 | Todderud | 1.80 | $692.00 | $1,245.60 | Communications re escrow tax payments and review estimates of same |
| WE 8/28/2019 | Todderud | 0.50 | $692.00 | $346.00 | Review ISO edits to market clearing summary |
| WE 8/28/2019 | Todderud | 0.60 | $692.00 | $415.20 | Emails re tax payments from escrows and locate exemplar of escrow disbursement instructions for tax payments |
| TH 8/29/2019 | Todderud | 3.60 | $692.00 | $2,491.20 | Research and draft amendment to allocation agreements |
| TH 8/29/2019 | Todderud | 0.50 | $692.00 | $346.00 | Correspondence re status of Electricity Oversight Board |
| TH 8/29/2019 | Todderud | 1.10 | $692.00 | $761.20 | Attend settlement overlay call |
| TH 8/29/2019 | Berman | 1.10 | $920.00 | $1,012.00 | Attend settlement overlay call. |
| FR 8/30/2019 | Todderud | 0.40 | $692.00 | $276.80 | Finalize notice re settlement overlay status |
| FR 8/30/2019 | Todderud | 1.00 | $692.00 | $692.00 | Analyze need for amendment to allocation agreements |