# EXHIBIT E

## Expenses
## August 2019

| Date | Attorney | Amount | Description |
|---|---|---|---|
| SU 8/18/2019 | Berman | $23.25 | Taxi from airport in DC for settlement mediation. |
| TU 8/20/2019 | Berman | $1,798.01 | Airfare to attend settlement mediation in DC. |
| TU 8/20/2019 | Berman | $436.81 | Mayflower Hotel in DC for Settlement Mediation. |
| TU 8/20/2019 | Berman | $96.00 | Airport parking for settlement mediation in DC. |
| TU 8/20/2019 | Berman | $23.96 | Taxi to airport in DC from settlement mediation. |