**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY BAKER & HOSTETLER LLP
FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 15.80 | $13,795.00 |
| 003 | Automatic Stay | 55.70 | $43,293.00 |
| 004 | Bankruptcy Litigation | 431.40 | $252,312.50 |
| 005 | Bar Date Motion/Claims Noticing | 124.80 | $72,758.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 94.10 | $37,724.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 139.30 | $123,194.00 |
| 009 | Committee Meetings and Preparation | 247.20 | $208,710.50 |
| 010 | Corporate and Board Issues | 2.50 | $1,104.50 |
| 014 | Employee Issues | 0.80 | $708.00 |
| 015 | Equity Security Holders | 1.00 | $950.00 |
| 016 | Exclusivity | 32.70 | $28,181.50 |
| 017 | Executory Contracts/Lease Issues | 8.40 | $5,663.00 |
| 018 | General Case Strategy (includes communications with Committee) | 52.60 | $45,478.00 |
| 019 | Hearings and Court Matters | 138.20 | $115,507.00 |
| 020 | Legislative Issues | 366.70 | $456,497.00 |
| 021 | Non-Bankruptcy Litigation | 92.60 | $50,447.00 |
| 022 | Non-Working Travel | 488.50 | $281,409.50 |
| 024 | District Court Litigation | 42.20 | $27,066.00 |
| 025 | Regulatory Issues including CPUC and FERC | 337.20 | $257,572.50 |
| 026 | Retention Applications | 69.90 | $51,779.50 |
| 027 | Fee Application: Baker | 58.50 | $35,897.50 |
| 028 | Fee Application: Other Professionals | 19.50 | $14,669.00 |
| 029 | Schedules/Statement of Financial Affairs | 6.10 | $2,991.50 |
| 031 | U.S. Trustee/Fee Examiner Issues | 24.80 | $10,908.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 12.50 | $8,677.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 22.60 | $13,281.00 |
| 034 | Withdraw Reference | 6.70 | $6,462.50 |
| 035 | Real Estate and Real Property Issues | 12.40 | $8,035.50 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0.80 | $608.00 |
| 037 | Investigations | 2.30 | $676.50 |
| 038 | Financial Advisors | 3.60 | $3,420.00 |
| 039 | Other Contested Matters | 35.70 | $28,096.00 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 040 | Operations | 14.90 | $9,321.50 |
| 041 | KEIP Issues | 4.60 | $4,334.00 |
| 042 | Subrogation | 98.40 | $75,817.00 |
| 044 | Wildfire Assistance Fund | 17.40 | $15,112.50 |
| 045 | Asset Analysis and Recovery | 444.20 | $205,322.00 |
| 046 | Tort Claims Estimation | 1,346.40 | $843,231.50 |
| 047 | Class Claims Issues | 1.90 | $2,232.50 |
| **TOTAL** | | **4,874.90** | **$3,363,245.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES