**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| EXPENSES | AMOUNT |
|---|---|
| Airfare | $32,155.46 |
| Automated Research | $6,814.24 |
| Business Meals | $1,991.99 |
| Car Rental | $4,198.92 |
| Color Copies | $731.50 |
| Copier/Duplication | $66.88 |
| Delivery Services | $651.81 |
| Document Specialist | $855.99 |
| Filing Fees | $645.00 |
| Ground Transportation (Local) | $1,357.10 |
| Ground Transportation (Out of Town) | $7,209.08 |
| Lodging | $43,286.63 |
| Meals While Traveling | $3,362.67 |
| Messenger Service | $1,217.46 |
| Mileage Reimbursement | $70.20 |
| On-line Research | $95.30 |
| Other Professional Services (includes Experts) | $571,857.10 |
| Outside Duplicating & Binding | $2,817.71 |
| Postage | $261.64 |
| Teleconference Charges (Court Call) | $2,835.00 |
| Transcripts | $1,844.70 |
| **Total Expenses Requested:** | **$684,326.38** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles