# EXHIBIT A

16213.101 4813-3072-1699.3
Case: 19-30088   Doc# 4038-1   Filed: 09/30/19   Entered: 09/30/19 13:37:00   Page 1 of 3

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

  The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from August 1, 2019 through August 31, 2019 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group* | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 45.90 | $29,743.20 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 59.60 | $37,462.18 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 45.30 | $28,221.90 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 21.10 | $10,550.00 |
| David C. Beach | Of Counsel | LIT | 2003 | $540.00 | 0.40 | $216.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 3.20 | $1,280.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 18.70 | $7,480.00 |
| Michael R. Wilson | Paralegal | RE | N/A | $302 | 26.40 | $7,972.80 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 11.80 | $2,064.00 |
| **Total Professionals:** | | | | | **232.40** | **$124,991.08** |

---

* RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

16213.101 4813-3072-1699.3     Exhibit A

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $616.33 | 172.30 | $106,193.28 |
| Associates | $400.00 | 21.90 | $8,760.00 |
| **Blended Attorney Rate** | **$591.93** | **194.20** | **$114,953.28** |
| Paraprofessionals and other non-legal staff | $262.77 | 38.20 | $10,037.80 |
| **Total Fees Incurred** | **$537.83** | **232.40** | **$124,991.08** |