# EXHIBIT B

16213.101 4813-3072-1699.3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 26.80 | $8,188.80 |
| L110 | Fact Investigation/Development | 1.40 | $560.00 |
| L120 | Analysis/Strategy | 10.30 | $5,080.00 |
| L130 | Experts/Consultants | 5.90 | $2,950.00 |
| L143 | eDiscovery - Identification and Preservation | 0.40 | $200.00 |
| L200 | Pre-Trial Pleadings and Motions | 0.40 | $200.00 |
| L310 | Written Discovery | 6.40 | $2,730.00 |
| L330 | Depositions | 18.00 | $7,490.00 |
| L670 | Production | 11.80 | $2,065.00 |
| P100[2] | Project Administration | 50.90 | $31,850.70 |
| P240 | Real and Personal Property | 6.20 | $4,017.60 |
| P280 | Other | 0.20 | 100.00 |
| P300 | Structure/Strategy/Analysis | 60.80 | $38,239.78 |
| P400 | Initial Document Preparation/Filing | 23.90 | $15,487.20 |
| P500 | Negotiation/Revision/Responses | 7.80 | $5,054.40 |
| P700 | Post-Completion/Post/Closing | 0.60 | $388.80 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] Includes 45.30 hours ($28,221.90 in fees) related to Coblentz's First through Sixth Monthly Fee Statements and related Coblentz retention issues, all contained within attached Invoice 328030.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P800 | Maintenance and Renewal | 0.60 | 388.80 |
| **Total:** | | **232.40** | **$124,991.08** |

16213.101 4813-3072-1699.3

Exhibit B