# EXHIBIT C

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | $1,308.30 |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Litigation Support Vendors | N/A |
| Court Website Subscription Fee for Case No. JCCP4974 | $237.80 |
| **Total Expenses Requested:** | **$1,546.10** |

16213.101 4813-3072-1699.3     Exhibit C