# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Costs Advanced | Amount |
|---|---|
| Deposition Transcript and Related Charges – U.S. Legal Support – Sac (Invoice 328032) | $1,308.30 |
| Sacramento Superior Court Website Subscription Fee for Case No. JCCP4972 (Invoice 328032) | $132.80 |
| Sacramento Superior Court Website Subscription Fee for Case No. JCCP4972 (Invoice 328032) | $105.00 |
| **Total Costs Requested:** | **$1,546.10** |