# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Timothy R. Quinn, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On July 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3.      On July 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4.      On July 31, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5.    On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail  upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of September 2019, at New York, NY.

_____
Timothy R. Quinn

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3120 | Den Hartog Farms, L.P.<br>7497 Kile Road<br>Lodi, CA 95242<br><br>Den Hartog Farms, L.P.<br>The Hartmann Law Firm<br>3425 Brookside Road Ste A<br>Stockton, CA 95219 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | July 22, 2019 |
| 3141 | MCA Connect LLC<br>Attn: Mark Swihart<br>8055 E Tufts Ave Ste 1300<br>Denver, CO 80237 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | July 23, 2019 |
| 3209 | Wright Tree Service of the West, Inc.<br>Attn: Austin Kennedy<br>5930 Grand Avenue<br>West Des Moines, IA 50266 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 31, 2019 |
| 3210 | CN Utility Consulting, Inc.<br>Attn: Austin Kennedy<br>5930 Grand Aveune<br>West Des Moines, IA 50266 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | July 31, 2019 |
| 3234 | Twin Valley Hydro G Neil Tocher Inc Dba Twin Valley Hydro<br>13515 East Fern Road<br>Whitmore, CA 96096 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | July 31, 2019 |

Case: 19-30088    Doc# 4041    Filed: 10/01/19    Entered: 10/01/19 09:18:53    Page 4 of 8

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3250 | Mason, Bruce & Girard, Inc Attn: Mike Lester 707 SW Washington St Ste 1300 Portland, OR 97205 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830<br><br>Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 | 8/13/2019 |
| 3258 | Ep Container Corp. 17115 Jersey Ave Artesia, CA 90701-2636 | Vendor Recovery Fund IV, LLC Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | 8/13/2019 |
| 3274 | Simpson Gumpertz & Heger, Inc. 100 Pine Street, Ste 1600 San Francisco, CA 94111-5202 | Vendor Recovery Fund IV, LLC Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | 8/13/2019 |
| 3292, 3293, 3294, 3295, 3298, 3299, 3300 | Vince Sigal Electric, Inc. Attn: Vince Sigal PO Box 1995 Windsor, CA 95492<br><br>Vince Sigal Electric, Inc. Attn: Vince Sigal 400 Tesconi Circle Santa Rosa, CA 95401 | Whitebox GT Fund, LP Attn: Mark Strefling 3033 Excelsior Blvd, Suite 300 Minneapolis, MN 55416-4675 | 8/13/2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3296, 3297 | Vincent Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vincent Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox GT Fund, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3301 | Canadian Imperial Bank of Commerce,<br>New York Branch<br>Attn: Eric J. De Santis, CFA,<br>Executive Director<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Canadian Imperial Bank of Commerce,<br>New York Branch<br>Mayor Brown LLP<br>Attn: Monique J. Mulcare<br>1221 Avenue of the Americas,<br>12th Floor<br>New York, NY 10020 | Deutsche Bank AG Cayman Islands Branch<br>c/o Deutsche Bank Securities Inc.<br>Attn: Rich Vichaidith<br>60 Wall Street<br>New York, NY 10005 | 8/13/2019 |
| 3303<br>3305<br>3307<br>3309<br>3310<br>3311 | Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox Caja Blanca Fund, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)                    Page 3 of 5

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 3304 | Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox Caja Blanca, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3308<br>3312 | Vincent Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vincent Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox Caja Blanca Fund, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3318<br>3320<br>3321<br>3322<br>3326<br>3327<br>3329 | Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Pandora Select Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3323<br>3325 | Vincent Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vincent Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Pandora Select Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3330<br>3331<br>3333<br>3335<br>3342<br>3343<br>3344 | Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vince Sigal Electric, Inc.<br>Attn: Vince Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3337<br>3339 | Vincent Sigal<br>PO Box 1995<br>Windsor, CA 95492<br><br>Vincent Sigal<br>400 Tesconi Circle<br>Santa Rosa, CA 95401 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | 8/13/2019 |
| 3355 | Bridge Diagnostics, Inc.<br>740 S Pierce Ave Unit 15<br>Louisville, CO 80027<br><br>Bridge Diagnostics, Inc.<br>Charles P. Martien, LLC<br>Charles P. Martien, Esq.<br>1510 28th Street, Suite 100<br>Boulder, CO 80303 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | 8/13/2019 |
| 3359 | Craig Communications Inc<br>647 Tennent Ave Ste 102<br>Pinole, CA 94564<br><br>Craig Communications Inc<br>Attn: Anne Leong<br>70 Washington St. Suite 425<br>Oakland, CA 94607 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | 8/13/2019 |