UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On August 14, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On August 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5. On September 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On September 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of September 2019, at New York, NY.

_____
Timothy R. Quinn

# Exhibit A

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3366 | Ron Dupratt Ford Inc<br>Attn: Corinne Pedroncelli<br>1320 North First St<br>Dixon, CA 95620 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | August 13, 2019 |
| 3377 | MCE Corporation<br>Finestone Hayes LLP<br>Attn: Stephen D. Finestone<br>456 Montgomery St., 20th Floor<br>San Francisco, CA 94104<br><br>MCE Corporation<br>Attn: Jeff Core, President & CEO<br>400 Industrial Way<br>Concord, CA 94520 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | August 13, 2019 |
| 3379 | CAL Engineering Solutions Inc<br>4637 Chabot Dr, Suite 102<br>Pleasanton, CA 94588 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | August 13, 2019 |
| 3381 | City Rise Inc<br>1040 W. Kettleman Lane #388<br>Lodi, CA 95240 | ASM SPV, L.P.<br>ASM Capital<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 13, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3382 | High Country Construction Company<br>65386 Hall Meadow Lane<br>Shaver Lake, CA 93664 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | August 13, 2019 |
| 3385 | Gulf Interstate Engineering Company<br>c/o Sheppard Mullin Richter & Hampton LLP<br>Attn: Ori Katz, Esq.<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>Gulf Interstate Engineering Company<br>Attn: Rick Barnard, President & CEO<br>16010 Barkers Point Lane, Suite 600<br>Houston, TX 77079 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | August 13, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3387<br>3389 | Lyles Utility Construction, LLC<br>Frandzel Robins Bloom & Castro, L.C.<br>Attn: Michael J. Gomez<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017<br><br>Lyles Utility Construction, LLC<br>Attn: Tamara Lynne Lyles, President/CEO<br>P.O. Box 4347<br>Fresno, CA 93744 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 4, 2019 |
| 3408 | AllOne Health Resources Inc<br>Attn: Kevin Madensky<br>PO Box 1167<br>Wilkes-Barre, PA 18703<br><br>AllOne Health Resources Inc<br>Attn: Peter Charles Casteline<br>100 N. Pennsylvania Ave.<br>Wilkes-Barre, PA 18701 | Cedar Glade LP<br>Attn: Robert Minkoff<br>660 Madison Ave, 17th Floor<br>New York, NY 10065 | August 13, 2019 |
| 3455 | Civtel, Inc<br>Attn: Paul Marshall<br>3501 Sunrise Blvd, Ste 15<br>Rancho Cordova, CA 95742 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | August 13, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3457<br>3458 | MGE Underground, Inc<br>Farmer & Ready<br>c/o Paul F. Ready<br>1254 Marsh Street<br>San Luis Obispo, CA 93401<br><br>MGE Underground, Inc<br>PO Box 4189<br>Paso Robles, CA 93447 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | August 14, 2019 |
| 3461<br>3462<br>3464 | YSI Inc<br>1700 Brannum Lane<br>Yellow Springs, OH 45387-1106<br><br>YSI Inc<br>PO Box 640373<br>Cincinnati, OH 45264-0373 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas,<br>28th Floor<br>New York, NY 10019 | August 14, 2019 |
| 3473 | HCI Inc<br>PO Box 5389<br>Norco, CA 92860 | VonWin Capital Management, LP<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | August 14, 2019 |
| 3500 | R & B Company<br>605 Commercial St<br>San Jose, CA 95112 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | August 14, 2019 |
| 3513 | New Pig Corp<br>One Pork Ave<br>Tipton, PA 16684-0304 | VonWin Capital Management, LP<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | August 14, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3514 | Sequoia Brass & Copper, Inc<br>2353 Industrial Pkwy West<br>Hayward, CA 94545 | VonWin Capital Management, LP<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | August 14, 2019 |
| 3525 | Arborworks, Inc<br>40094 Hwy 49, Ste A<br>Oakhurst, CA 93644 | Whitebox Multi-Strategy Parterns, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | September 4, 2019 |
| 3527<br>3528 | Briotix Inc<br>9000 E Nicholas Ave, Ste 104<br>Centennial, CO 80112 | ASM SPV, LP<br>c/o ASM Capital<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | August 15, 2019 |
| 3541 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | Turn, The Utility Reform Network<br>Binder & Matter, LLP<br>Attn: Robert Harris<br>2775 Park Ave.<br>Santa Clara, CA 95050 | September 4, 2019 |
| 3566 | EmpowerTheUser Limited (ETU)<br>Attn: Declan Dagger<br>345 Park Ave<br>17th Floor<br>New York, NY 10154 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | September 4, 2019 |
| 3584 | Mountain G Enterprises, Inc<br>Attn: Beau Weiner, Esq.<br>1180 Iron Point Road, Ste 350<br>Folson, CA 95630 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | September 4, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3585 | Mountain F Enterprises Inc<br>Attn: Beau Weiner<br>1180 Iron Point Road, Ste. 350<br>Folsom, CA 95630 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | September 4, 2019 |
| 3592 | Environmental Alternatives<br>Attn: Jerome Dorris<br>P.O. Box 3940<br>Quincy, CA 95971 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | September 4, 2019 |
| 3593 | Eugene Mcfadden<br>1600 Powerhouse Rd<br>Potter Valley, CA 95469 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | September 4, 2019 |
| 3594 | David Sweet<br>19392 Flintstone Ave<br>Redding, CA 96003 | ASM SPV, LP<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | September 4, 2019 |
| 3595 | Anderson Burton Construction Inc.<br>Attn: Sandy Davis<br>121 Nevada St<br>Arroyo Grande, CA 93420<br><br>Anderson Burton Construction Inc.<br>c/o Tanabe Law<br>Attn: Kesha Tanabe, Attorney<br>4304 34th Ave. S.<br>Minneapolis, MN 55416 | Cedar Glade LP<br>Attn: Kesha L. Tanabe, Esq<br>660 Madison Ave., 17th Floor<br>New York, NY 10065 | September 4, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3600 | Energy Solutions LLC<br>299 S Main St Ste 1700<br>Salt Lake City , UT 84111 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | September 4, 2019 |
| 3602 | SAFETY SOLUTIONS<br>ATTN: JIM HOWE<br>4811 TELEGRAPH AVE., #502<br>OAKLAND, CA 94609 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 4, 2019 |
| 3603 | N Consulting Engineers, Inc.<br>Attn: Andrew Davies<br>220 Newport Center Drive, Ste 11-262<br>Newport Beach, CA 92660 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 4, 2019 |
| 3604 | Jensen Hughes Inc<br>Attn: Theo Page<br>3610 Commerce Dr Ste 817<br>Baltimore, MD 21227 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 4, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3606 | D P Nicoli, Inc.<br>Attn: Stephanie Nanna<br>17888 SW McEvan Rd<br>Lake Oswego, OR 97035<br><br>D P Nicoli, Inc.<br>Attn: Stephani, Vice President<br>121 SW Morrison, St, Suite 1100<br>Portland, OR 97201 | SPCP Group, LLC<br>Attn: Brian Jarmain<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | September 4, 2019 |
| 3607 | D P Nicoli Inc<br>19600 SW Cipole Rd<br>Tualatin, OR 97062 | SPCP Group, LLC<br>Attn: Brian Jarmain<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | September 4, 2019 |
| 3611 | Coating Specialists and Inspection<br>P.O. Box 801357<br>Santa Clara, CA 91380 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 4, 2019 |
| 3638<br>3639 | Hydratight Operations, Inc.<br>Attn: Jason Jones<br>12 World's Fair Dr., Suite A<br>Somerset, NJ 08873 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 4, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3660 | Telvent USA LLC<br>Hinckley Allen<br>Attn: Jennifer V. Doran, Esq.<br>28 State Street<br>Boston, MA 02109<br><br>Telvent USA LLC<br>Gregory Martin McLellan, Chief Financial Officer<br>14400 Hollister Rd, Suite 400<br>Houston, TX 77066 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | September 4, 2019 |
| 3661 | Schneider Electric USA Inc.<br>Hinckley Allen<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109<br><br>Schneider Electric USA Inc.<br>Attn: Steven M. Brown, Credit Manager<br>200 North Martingdale Road<br>Schaumburg, IL 60173 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | September 4, 2019 |
| 3662<br>3663 | Schneider Electric Systems USA, Inc.<br>Hinckley Allen<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109<br><br>Schneider Electric Systems USA, Inc.<br>14526 Collection Center Drive<br>Chicago, IL 60693 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | September 4, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3670 | Infosys Limited<br>Attn: Srikanth Srivivasan<br>4009 Miranda Avenue<br>Suite 100<br>Palo Alto, CA 94304 | Sencha Funding, LLC<br>Managed by Farallon Capital Management, LLC<br>Attention: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 4, 2019 |
| 3675 | Arborworks, Inc.<br>Sweeney Mason Wilson & Bosomworth<br>Attn: William M. Kaufman<br>983 University Ave., Ste 104C<br>Los Gatos, CA 95032-7637<br><br>Arborworks, Inc.<br>40094 Highway 49, Suite A<br>Oakhurst, CA 93644 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | September 4, 2019 |
| 3676 | Bastion Security Inc.<br>15618 SW 72nd Ave.<br>Portland, OR 97224<br><br>Cam Guard Systems Inc.<br>255 N Lincoln Ave.<br>Corona, CA 92882 | Sencha Funding, LLC<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 4, 2019 |
| 3712 | Reax Engineering, Inc.<br>Attn: Chris Lautenberger<br>2342 Shattuck Ave #127<br>Berkeley, CA 94707 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | September 5, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3713 | Gei Consultants, Inc.<br>Worley Law, P.C.<br>1572 Second Avenue<br>San Diego, CA 92101<br><br>Gei Consultants, Inc.<br>400 Unicorn Park Drive<br>Woburn, MA 01801<br><br>Gei Consultants, Inc.<br>Attn: John B. Mahoney, Esq.<br>180 Grand Ave Ste 1410<br>Oakland, CA 94612 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | September 5, 2019 |
| 3716 | Fluid Components International LLC<br>1755 La Costa Meadows Dr<br>San Marcos, CA 92078 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 5, 2019 |
| 3720 | Procedure Solutions Management LLC<br>P.O. Box 566<br>Port Salerno, FL 34992-0566 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 5, 2019 |
| 3737 | Jeffco Painting & Coating Inc<br>1260 Railroad Ave Bldg 750<br>Vallejo, CA 94590 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 5, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3740 | SodexoMagic, LLC<br>9801 Washingtonian Blvd<br>Gaithersburg, MD 20878 | Sencha Funding, LLC<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 5, 2019 |
| 3759 | Shi International Corp<br>Attn: Akif Nizam<br>290 Davidson Ave<br>Somerset, NJ 08873 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 6, 2019 |