## Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period August 1, 2019 - August 31, 2019

| EXPENSE CATEGORY | | AMOUNT |
|---|---|---:|
| Airfare | $ | 120,780.16 |
| Lodging | | 212,616.95 |
| Meals | | 27,497.69 |
| Ground Transportation | | 37,543.28 |
| Other | | 349.89 |
| **TOTAL EXPENSES** | $ | **398,787.97** |