# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On September 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On September 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

5. On September 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On September 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. On September 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

8. On September 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

9. On September 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

10. On September 25, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

11. On September 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

12. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of October 2019, at New York, NY.

_____
Timothy R. Quinn

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3788 | Calcon Systems Inc.<br>121919 Alcosta Blvd, Suite #9<br>San Ramon, CA 94583 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | September 5, 2019 |
| 3789 | Fletcher's Plumbing and Contracting, Inc.<br>219 Burns Drive<br>Yuba City, CA 95991<br><br>Fletcher's Plumbing and Contracting, Inc.<br>Rich, Fuidge, Bordsen & Galyean, Inc.<br>Attn: Nicole Delerio Rosser<br>1129 D Street<br>Marysville, CA 95901 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | September 5, 2019 |
| 3790<br>3791 | 3 Day Blinds, LLC<br>167 Technology Drive<br>Irvine, CA 92618 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>P.O. Box 165<br>Norwalk, CT 06853 | September 6, 2019 |
| 3792 | Career Institute Inc<br>Attn: Judy Takano<br>10722 Arrow Route Ste 808<br>Rancho Cucamonga, CA 91730 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | September 6, 2019 |
| 3793 | RIM Architects California Inc<br>Attn: Laura Melbostad<br>639 Front St 2nd Fl<br>San Francisco, CA 94111 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 6, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3794 | PMK Contractors, LLC<br>1508 Chabot Court 2nd Floor<br>Hayward, CA 94545 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 6, 2019 |
| 3795 | Montrose Air Quality Services LLC<br>1 Park Plz Ste 1000<br>Irvine, CA 92614 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | September 6, 2019 |
| 3801 | JBR Partners Inc<br>1333 Evans Ave<br>San Francisco, CA 94124 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | September 6, 2019 |
| 3804 | Walker and Associates, Inc<br>7129 Old Hwy 52, PO Box 1029<br>Welcome, NC 27374<br><br>Walker and Associates, Inc<br>PO Box 639309<br>Cincinnati, OH 45263 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 6, 2019 |
| 3821 | Charles Bestor<br>144 Walnut Street<br>Pacific Grove, CA 93950 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 6, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3822 | ATPD, Inc<br>1321 Ridder Park Dr #50<br>San Jose, CA 95131<br><br>ATPD, Inc<br>Attn: Beverly Glass Klinestiver, Attorney at Law<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 6, 2019 |
| 3826 | Cal Pacific Constructors, Inc.<br>Attn: Mary Baker<br>1525 3rd St., Suite A205<br>Riverside, CA 92507 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | September 9, 2019 |
| 3838 | 3 Point Payment Processing Inc<br>3500 Willow Lake Blvd Ste 200<br>St Paul, MN 55110 | Fair Harbor Capital, LLC<br>Ansonia Finace Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | September 11, 2019 |
| 3845 | Snelson Companies, Inc.<br>Western Region<br>Attn: Daryl Visser, P.E.<br>Vice President of Operations<br>601 West State Street<br>Sedro Woolley, WA 98284 | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc.<br>Attn: Brian S. Broyles<br>Corporate Actions<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | September 11, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3846 | ERM-West, Inc<br>Newmeyer & Dillion, LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596<br><br>ERM-West, Inc<br>1277 Treat Boulevard, Suite 500<br>Walnut Creek, CA 94597 | Citigroup Financial Products Inc.<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian s Broyles<br>Corporate Actions<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | September 11, 2019 |
| 3947<br>3848 | Wilson Sonsini Goodrich & Rosati, Professional Corporation<br>Attn: Donald E. Bradley<br>Chief Legal Officer<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>Wilson Sonsini Goodrich & Rosati, Professional Corporation<br>Attn: Mary Anne Pedroni, Controller<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S Broyles<br>Corporate Actions<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | September 11, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3853 | Digital Mobile Innovations LLC<br>Attn: Michael Altshuler<br>6550 Rock Spring Dr 7th Fl<br>Bethesda, MD 20817 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 11, 2019 |
| 3860 | Guida Surveying, Inc<br>Law Offices of Michael G. Spector<br>Attn: Michael G. Spector<br>2677 N. Main St., Suite 910<br>Santa Ana, CA 92705<br><br>Guida Surveying, Inc.<br>Attn: Ralph Guida IV<br>9241 Irvine Blvd., Suite 100<br>Irvine, CA 92618 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | September 11, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3865 | DNV GL Energy USA, Inc.<br>Eversheds Sutherland (US) LLP<br>Attn: Mark Sherrill<br>1001 Fanni Street Suite 3700<br>Houston, TX 77002<br><br>DNV GL Energy USA, Inc.<br>Attn: Steven Slauter, Treasurer<br>155 Grand Avenue, Suite 500<br>Oakland, CA 94612 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |
| 3866 | GL Pwr Solutions Inc<br>2777 N Stemmons Fwy Ste 1520<br>Dallas, TX 75207 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3867 | GL PwrSolutions, Inc.<br>Eversheds Sutherland (US) LLP<br>Attn: Mark Sherrill<br>1001 Fannin Street Suite 3700<br>Houston, TX 77002<br><br>GL PwrSolutions, Inc.<br>Attn: Steven Slauter, Treasurer<br>1400 Ravello Dr.<br>Houston, TX 77449 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |
| 3868 | DNV GL USA Inc<br>1400 Ravello Dr<br>Katy, TX 77449 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3869 | DNV GL USA, Inc<br>Eversheds Sutherland (US) LLP<br>Attn: Mark Sherrill<br>1001 Frannin St., Suite 3700<br>Houston, TX 77449<br><br>DNV GL USA, Inc<br>Attn: Steven Slauter, Treasurer<br>1400 Ravello Dr.<br>Houston, TX 77449 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |
| 3870 | DNV GL Netherlands, B.V.<br>Utrechtseweg 310 6812 Ar Arnhe<br>Gelderland 9 6812 AR, Netherlands | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3871 | DNV GL Netherlands, B.V.<br>P.O. Box 9035<br>Arnhem 6800ET Netherlands<br><br>DNV GL Netherlands, B.V.<br>Eversheds Sutherland (US) LLP<br>Attn: Mark Sherrill<br>1001 Fanin Street Suite 3700<br>Houston, TX 77002 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |
| 3872 | DNV GL Energy Services USA Inc<br>1400 Ravello Dr<br>Katy, TX 77449 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3873 | DNV GL Energy Services USA, Inc<br>Eversheds Sutherland (US) LLP<br>Attn: Mark Sherrill<br>1001 Fannin Street Suite 3700<br>Houston, TX 77002<br><br>DNV GL Energy Services USA, Inc.<br>Attn: Luann Keefe<br>155 Grand Avenue, Suite 500<br>Oakland, CA 94612 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code 11084<br>P.O. Box 70280<br>Philadelphia, PA 19176-0280 | September 12, 2019 |
| 3887 | Ackley Ranch LLC<br>33300 State Highway 139A<br>Tule Lake, CA 96134 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 16, 2019 |
| 3895 | Far Western Anthropological Research Group<br>2727 Del Rio Place Ste A<br>Davie, CA 95673 | Olympus Peak Asset Management LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 17, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3908 | Enercon Services, Inc.<br>500 Townpark Lane<br>Kennesaw, GA 30144<br><br>Enercon Services, Inc.<br>PO Box 269031<br>Oklahoma City, OK 73126-9031<br><br>Enercon Services, Inc.<br>Moyers Martin, LLP<br>Patrick D. O'Connor, Attorney<br>401 S. Boston Ave., #1100<br>Tulsa, OK 74103 | Sencha Funding, LLC<br>c/o Farallon Capital<br>Management, L.L.C<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco. CA 94111 | September 19, 2019 |
| 3909 | New Context Services, Inc.<br>717 Market Street, Suite 200<br>San Francisco, CA 94103 | Sencha Funding, LLC<br>c/o Farallon Capital<br>Management, L.L.C<br>Attn: Michael G. Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco. CA 94111 | September 19, 2019 |
| 3910 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand<br>11 West 42nd Street, 9th Floor<br>New York, NY 10036 | September 19, 2019 |
| 3911 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand<br>11 West 42nd Street, 9th Floor<br>New York, NY 10036 | September 19, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3912 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand<br>11 West 42nd Street, 9th Floor<br>New York, NY 10036 | September 19, 2019 |
| 3913 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand<br>11 West 42nd Street, 9th Floor<br>New York, NY 10036 | September 19, 2019 |
| 3923 | Far Western Anthropological Research Group<br>2727 Del Rio Place<br>Davie, CA 95618 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 19, 2019 |
| 3928 | Pacific Plumbing & Sewer Service, Inc<br>329 Sango Court<br>Milpitas, CA 95035 | VonWin Capital Management, LP<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 19, 2019 |
| 3934 | Suez WTS Services USA, Inc<br>12 Old Hollow Road, Suite B<br>Trumbull, CT 06611 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17 North, Suite 703<br>Rutherford, NJ 07070 | September 19, 2019 |
| 3935 | Clean Harbor Environmental Services, Inc.<br>Michael R. McDonald, Esq.<br>P.O. Box 9149<br>42 Longwater Drive<br>Norwell, MA 02061-9149 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 25, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3936 | Safety-Kleen Systems, Inc.<br>Michael R. McDonald, Esq.<br>P.O. Box 9149<br>42 Longwater Drive<br>Norwell, MA 02061-9149 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 25, 2019 |
| 3984 | Oakley Executive RV and Boat Storage<br>223 Foster Street<br>Martinez, CA 94553<br><br>Oakley Executive RV and Boat Storage<br>5220 Neroly Road<br>Oakley, CA 94561 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | September 30, 2019 |
| 3988 | Fence It Inc<br>2485 Notre Dame Blvd Ste 370 #31<br>Chico, CA 95928 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | September 30, 2019 |
| 3997 | Herc Rentals Inc.<br>27500 Riverview Center Blvd., 2nd Floor<br>Bonita Springs, FL 34134 | JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani<br>Mail Code: DE3-4127<br>500 Stanton Christiana Rd., NCC5, Floor 01<br>Newark, DE 19713 | September 30, 2019 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4009 | Shaw Pipeline Services Inc<br>Attn: Jeremy Rote<br>1725 W Reno St<br>Broken Arrow, OK 74012<br><br>Shaw Pipeline, Inc<br>150 Executive Park Blvd<br>Suite 3790<br>San Francisco, CA 94134-3309 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave, Suite 425<br>Greenwich, CT 08630<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | September 30, 2019 |
| 4010 | Transformer Technologies, LLC<br>4709 Turner Rd SE<br>Salem, OR 97317 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | September 30, 2019 |
| 4022 | DeAngelo Brothers, LLC<br>100 N Conahan Drive<br>Hazleton, PA 18201 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | September 30, 2019 |
| 4023 | DeAngelo Brothers, LLC<br>Joseph G. Ferguson, General Counsel<br>100 N Conahan Drive<br>Hazleton, PA 18201 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | September 30, 2019 |
| 4026 | Specialist Staffing Solutions Inc<br>Attn: Gareth Jonathan<br>2 Houston Ctr 909 Fannin, Ste.P350<br>Houston, TX 77010 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | September 30, 2019 |
| 4028 | ETIC<br>2285 Morello Ave<br>Pleasant Hill, CA 94523 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | September 30, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4029 | Safety-Kleen Systems, Inc<br>Michael R. McDonald, Esq.<br>PO Box 9149<br>42 Longwater Drive<br>Norwell, MA 02061-9149 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 30, 2019 |
| 4030 | Clean Harbors Environmental Services, Inc.<br>Michael R. McDonald, Esq.<br>PO Box 9149<br>42 Longwater Drive<br>Norwell, MA 02061-9149 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | September 30, 2019 |