**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM APRIL 1, 2019 THROUGH AUGUST 31, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---|
| Karen M. Lockhart | Chair | $198.25 |
| Karen K. Gowins | Member | $1,473.31 |