**Exhibit B**

Case: 19-30088    Doc# 4047-2    Filed: 10/01/19    Entered: 10/01/19 15:09:39    Page 1 of 2

**EXPENSE SUMMARY**
**FOR THE PERIOD APRIL 1, 2019 THROUGH AUGUST 31, 2019**

| EXPENSES | AMOUNTS |
|---|---:|
| Mileage Reimbursement | $662.94 |
| Transportation/Parking/Tolls | $449.20 |
| Lodging | $304.86 |
| Meals | $254.56 |
| **Total Expenses Requested:** | **$1,671.56** |