**Exhibit C**

Baker & Hostetler LLP
Attorneys at Law
San Francisco

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: FA review/discussion; Mt w/Lawfirm
3. Date of Committee Business: August 29, 2019
4. Location of Committee Business: Santa Rosa, CA
5. Date of Travel: August 28, 2019 to August 29, 2019
   Description of trip (start/end locations): Yuba City to Santa Rosa to Yuba City

6. Reimbursable Expenses:
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile      $ 153.70
          Total miles traveled: 265 miles
             Yuba City to Santa Rosa to Yuba City
      (3) Taxi/Uber/Lyft/Public Transportation/Bart
      (4) Parking/Tolls
      (5) Other (describe)
   (b) Lodging:
      (1) Hotel (excluding meals)
   (c) Meals
      (1) Breakfast August 29, 2019 - $ 8.00
      (2) Dinner – August 28, 2019 - $26.55
             August 29, 2019 - $10.00

**TOTAL REIMBURSEMENT SOUGHT**      $ 198.75

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

    I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Karen M. Lockhart_ (signature)

Karen M. Lockhart

4-26-2019
NAPA

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: **Karen K Gowins**
2 Description of Committee Business: **Napa Committee Tour**
3 Date of Committee Business: **4-26-19**
4 Location: **Napa**
5 Name of Representative Attending Meeting: **Karen Gowins**
6 Reimbursable Expenses: **357.53**

(a) Transportation:
* (1) ~~Air or Rail Fare~~ Car Rental Chico to Napa — **188.17**
  (2) Personal automobile miles at $ .58 per mile — 146 miles each way
       292 × .58 — **169.36 ?**
  (3) Taxi/Uber/Lyft/Public Transport
  (4) Parking/Tolls
  (5) Other (describe)
(b) Lodging:
  (1) Hotel (excluding meals)
(c) Meals:
  (1) Breakfast
  (2) Lunch (not reimburseable)
  (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — **357.53**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen K Gowins*
(Signature of Committee Member)

*Sacramento 7/10/19*
*all committee meeting*

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: **Karen K. Gowins**
2 Description of Committee Business: **Sacramento in Person Mtng**
3 Date of Committee Business: **7-10-2019**
4 Location: **Sacramento, CA.**
5 Name of Representative Attending Meeting: **Karen G & Committee Members**
6 Reimbursable Expenses

  (a) Transportation:
    (1) ~~Air or Rail Fare~~ **Rental Car** — 90.93
    (2) Personal automobile miles at $ .58 per mile **103 miles from Chico Round trip 206 Total** — 119.48
    (3) Taxi/Uber/Lyft/Public Transport
    (4) Parking/Tolls
    (5) Other (describe)

  (b) Lodging:
    (1) Hotel (excluding meals) — Ø

  (c) Meals:
    (1) Breakfast **Carl's 2 Breakfasts** — 23.94
    (2) Lunch (not reimbursable)
    (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — **$ 234.35**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen K. Gowins*
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: **Karen K. Gowins**
2 Description of Committee Business: **Media - San Francisco Chronicle Bd Mtng**
3 Date of Committee Business: **8-28-2019**
4 Location: **901 Mission St. San Francisco**
5 Name of Representative Attending Meeting: **Karen Gowins & Mike Carlson**
6 Reimbursable Expenses

(a) Transportation:
* (1) ~~Air or Rail Fare~~ Auto Rental (1/2 of trip) — **$71.05**
  (2) Personal automobile miles at $.58 per mile  164 miles one way — **95.12**
  (3) Taxi/Uber/Lyft/Public Transport
  (4) Parking/Tolls  Tolls = 5.00 x 2; Parking = 18.00 — **28.00**
  (5) Other (describe)
(b) Lodging: → 1/2 of 304.87 Rms in Santa Rosa.
  (1) Hotel (excluding meals) for SF Chronicle Mtng — **$152.43**
(c) Meals:
  (1) Breakfast → — **5.68**
  (2) Lunch (not reimburseable) — **∅**
  (3) Dinner — **$67.64**

**TOTAL REIMBURSEMENT SOUGHT** — **$419.92**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

8-31-2019      _Karen K Gowins_
               (Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

8-29-19
Santa Rosa

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: **Karen K Gowins**
2 Description of Committee Business: **Committee In Person Mtng**
3 Date of Committee Business: **8-29-19**
4 Location: **2777 4th St. Santa Rosa Ca.**
5 Name of Representative Attending Meeting: **K Gowins & all Committee**
6 Reimbursable Expenses

(a) Transportation:
   (1) ~~Air or Rail Fare~~ Auto Rental (1/2 of trip)   **$71.05**
   (2) Personal automobile miles at $ .58 per mile  216 miles   **125.28 ?**
   (3) Taxi/Uber/Lyft/Public Transport
   (4) Parking/Tolls
   (5) Other (describe)
(b) Lodging:
   (1) Hotel (excluding meals) 1/2 Bill charged to San Francisco Media Meeting 304.87 Total   **152.43**
(c) Meals:
   (1) Breakfast   **51.43 + 6.81**
   (2) Lunch (not reimburseable)
   (3) Dinner   **54.51**

**TOTAL REIMBURSEMENT SOUGHT**   **$461.51**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

K Gowins
(Signature of Committee Member)