Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
Jordana L. Renert (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
Email: aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

I served document(s) described as:

**STATEMENT OF BOKF, N.A. IN SUPPORT OF THE JOINT MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVITY PERIOD**

on the interested parties in this action as follows:

[x] BY E-MAIL/NEF on October 1, 2019: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[x] BY MAIL on October 1, 2019: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth on the following page.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on October 1, 2019 at Los Angeles, California.

*/s/ Yvonne Li*
YVONNE LI
Declarant

# SERVICE LIST

Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders

Akin Gump Strauss Hauer & Feld LLP
Attn: Michael Stamer, Ira Dizengoff, David Botter, and Abid Qureshi
One Bryant Park
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
Ashley Vinson Crawford
580 California Street, Suite 1500
San Francisco, CA 94104

Debtors

PG&E Corporation and Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
San Francisco, CA 94105

Counsel for Debtors

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.
767 Fifth Avenue
New York, New York 10153

Keller & Benvenutti LLP
Attn: Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Counsel for administrative agent under the Debtors' debtor-in-possession financing facility

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
Frank A. Merola, Esq
2029 Century Park East,
Los Angeles, CA 90067-3086

Counsel for collateral agent under the Debtors' debtor-in-possession financing facility

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.
450 Lexington Avenue
New York, NY 10017

Counsel to the California Public Utilities Commission

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

United States Trustee

Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.
450 Golden Gate Avenue,
5th Floor, Suite #05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

Counsel for United States on behalf of the Federal Energy Regulatory Commission

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106,
Washington DC 20005

Counsel for the Official Committee of Unsecured Creditors

Milbank LLP
Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Tort Claimants

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509