Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, the Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: October 7, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 17, 16th Floor<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 4025 |

**JOINDER BY TURN IN UNITED STATES TRUSTEE'S RESPONSE
TO MOTION TO APPROVE FEE PROCEDURES AND COMMENTS REGARDING
FIRST INTERIM FEE APPLICATIONS**

The Utility Reform Network ("TURN") hereby joins in the United States Trustee's Response to Motion to Approve Fee Procedures and Comments Regarding First Interim Fee Applications [DKT. #4025].

These joint cases involve some 24 employed professionals with fees and costs accruing at a daily total in excess of $1 million. Fees could easily eclipse those incurred in any case in any case in history. Based on past experience, TURN expects PG&E to seek to recover these fees and costs from ratepayers. TURN has an obligation to ask that the Court disallow fees for the egregious billing practices highlighted by the U.S. Trustee in his filing and to ensure that what is allowed is both reasonable and necessary.

The Fee Examiner in these case by his Motion to Approve Fee Procedures [Dkt. #3950] proposes appropriate tools to deal with some of the excesses already being seen in the time records summarized by the United States Trustee. With respect to travel time, TURN believes that the Court should award, as is set forth in the posted PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT July 2018) " … up to two hours of compensation for non-working airplane travel time to account for inevitable delays for security and administration involved in air travel."

Dated: October 1, 2019                                          BINDER & MALTER, LLP


By: /s/ *Robert G. Harris*
       Robert G. Harris

Attorneys for TURN, the Utility Reform Network