**Exhibit B**

**2019 Performance Metrics**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## 2019 Performance Metrics

1. **Safety Metrics (inclusive of all safety-related Performance Metrics) (Weight: 65%):**
    i. **Nuclear Reliability and Safety Indicator (Weight: 5%):** Measures nuclear power generation and safety based on performance indicators for nuclear power generation developed by the nuclear industry and applied to all U.S. nuclear power plants.
    ii. **Public Safety Index (Weight: 25%):** This metric includes two equally weighted sub-metrics:
        a. **Enhanced Vegetation Management** ("**EVM**"): EVM measures how many circuit miles of vegetation have been cleared under the EVM program within high-fire risk areas.
        b. **System Hardening**: System hardening measures completed circuit miles within high-fire risk areas such as the updating or undergrounding of overhead circuitry.
    iii. **First-Time ILI Miles (Weight: 10%):** Measures the number of miles of natural gas transmission pipelines that were successfully inspected for the first time following the introduction of inspection tools (sensors) within the pipelines.
    iv. **Asset Records Duration Index (Weight: 10%):** Tracks the average number of days required to complete appropriate documentation of electric and gas construction projects.
    v. **Serious Injuries and Fatalities Corrective Actions Index (15%):** Measures the quality (as determined by an independent safety expert) and timeliness of corrective actions implemented in response to employee and contractor serious injuries and fatalities events.
2. **Customer Satisfaction (Weight: 10%):** Measures the number of customer complaints escalated to the CPUC.
3. **Financial Performance (Weight: 25%):** Earnings from Operations ("**EFO**"): Measures financial performance from ongoing core operations calculated as net income adjusted for income or expenses associated with events or circumstances outside of ongoing core operations.