CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF PAUL H. ZUMBRO IN SUPPORT OF RETAINED PROFESSIONALS' JOINT RESPONSE TO MOTION TO APPROVE FEE PROCEDURES AND FEE EXAMINER PROTOCOL** |

I, Paul Zumbro, hereby declare that:

1. I am a partner with Cravath, Swaine & Moore LLP ("**Cravath**"), and involved in Cravath's representation of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") in connection with the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2. I respectfully submit this Declaration in support of the Retained Professionals' Joint Response to Motion to Approve Fee Procedures and Fee Examiner Protocol dated October 1, 2019 (the "**Response**").

3. Attached hereto as Exhibit A is a true and correct copy of the markup of edits to the Fee Examiner Protocol [Docket No. 3762, Ex. A] proposed jointly by the Retained Professionals as set forth in the Response.

4. Attached hereto as Exhibit B is a true and correct copy of the revised Fee Examiner Protocol incorporating the edits proposed in Exhibit A.

5. Certain of Cravath's timekeepers listed in Cravath's First Interim Fee Application [Docket No. 3683] were law clerks during the period addressed by the First Interim Fee Application (the "**Cravath Law Clerks**").

6. The educational requirements to become a law clerk at Cravath are the same as those for associates, including, at a minimum, a law degree.

7. All of the Cravath Law Clerks listed in Cravath's First Interim Fee Application passed the Bar Examination prior to starting work at Cravath, and all have since been admitted to the Bar.

8. Prior to their admission to the Bar, Cravath Law Clerks worked under the direct supervision of partners and associates, all of whom are New York-licensed attorneys.

9. Cravath Law Clerks have not argued in Court or taken depositions in these Chapter 11 Cases.

1   I declare under penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct.
3
4   Dated: October 1, 2019
5   New York, New York
6                                        /s/ *Paul H. Zumbro*
7                                        Paul H. Zumbro