```
1  Bruce S. Bennett (SBN 105430)
   Joshua M. Mester (SBN 194783)
2  James O. Johnston (SBN 167330)
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071.2300
   Telephone:  +1.213.489.3939
5  Facsimile:  +1.213.243.2539
   E-mail:     bbennett@jonesday.com
6              jmester@jonesday.com
               jjohnston@jonesday.com
7
   Attorneys for PG&E Shareholders
8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><hr>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY MORGAN R. HIRST *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Morgan R. Hirst, an active member in good standing of the bars of Illinois, U.S. District Court for the Northern District of Illinois, Trial Bar, U.S. Courts of Appeals for the Fifth, Sixth and Seventh Circuits, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing certain PG&E Shareholders, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joshua M. Mester
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
E-mail: jmester@jonesday.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2019

_____
Morgan R. Hirst

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Morgan Reid Hirst

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/04/2001 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of September, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois