## Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information ||| Partial release information ||| Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–10 | 21-17-442 | Placer | 7/12/2019 | 2019-0048862 | $441,465.10 | 9/24/2019 | 2019-0072653 | $16,495.09 | Pac. Gas & Elec. Co. | $424,970.01 |
| 2 | 11–17 | 21-19-305 | Nevada | 7/12/2019 | 20190013095 | $8,940.47 | 9/24/2019 | 20190018690 | Full | Pac. Gas & Elec. Co. | $0.00 |
| 3 | 18–24 | 21-18-333 | Calaveras | 7/31/2019 | 2019-008680 | $36,100.74 | 9/24/2019 | 2019-011178 | $17,003.15 | Pac. Gas & Elec. Co. | $19,097.59 |
| | | | | | | | | | | Total: | $444,067.60 |