# Exhibit B

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

**RECEIVED BY:**

JUL 15 2019

**ROEBBELEN**

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Placer County, California, including improvements located thereon, described as: **PG&E PG&E Auburn Regional Consolidation (Job Number 21-17-442 PO#2700130777 & 2700266423) located at 12789 Earnhart Ave, Auburn CA 95602, APN: 052-010-007-000**.

After deducting all credits and offsets, the sum of **$441,465.10** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the new construction and renovations of facility..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **7/9/2019**

**ROEBBELEN CONTRACTING, INC.**

By_____
        Bruce Stimson
        Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/9/2019, at El Dorado Hills, California.

Bruce Stimson

Exhibit B page 4 of 24
Case: 19-30088    Doc# 4072-2    Filed: 10/02/19    Entered: 10/02/19 10:24:59    Page 4
of 24

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 7/9/2019, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 7/9/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Case: 19-30088   Doc# 4072-2   Filed: 10/02/19   Entered: 10/02/19 10:24:59   Page 5
of 24

Exhibit B page 5 of 24

```
Receipt #:   02794014
07/12/2019 03:37 PM


PLACER, County Recorder
RYAN RONCO

Submitted By: ROEBBELEN CONTRACTING INC

Doc #: 2019-0048862
MECHANICS LIEN
07/12/2019 03:37:54 PM

AUTOMATION TRUST:              $4.00
ELEC RECORDING TRUST:          $1.00
FEES - RECORDER:              $12.00
# DEBTORS FEE:                 $6.00
MICROGRAPHICS TRUST:           $3.00
SB 21 SURCHARGE:               $3.00
SB2 Fee:                      $75.00
                             ---------
Total Document Fees:         $104.00


Total Fees:                  $104.00
Check   - 2712               $104.00
                             ---------
Change:                        $0.00

CLKBZRK9T2, GM
```

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

00132468.1

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Placer County, California, on July 12, 2019, as document number 2019-0048862.

This release is only to the extent of the principal sum of $16,495.09 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: __9/18/19__, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

**[ACKNOWLEDGMENT ON FOLLOWING PAGE]**

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _EL DORADO_ )

On _____9.18.19_____ before me, _Michelle Visentin, Notary Public_

(insert name and title of officer)

personally appeared _____BRUCE STIMSON_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**MICHELLE VISENTIN**
**COMM. # 2146790**
NOTARY PUBLIC-CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 15, 2020

Signature _Michelle Visentin_____

(Seal)

```
Receipt #:   02816716
09/24/2019 11:43 AM


PLACER, County Recorder
RYAN RONCO

Submitted By: FIRST LEGAL SUPPORT /CHUCK

Doc #: 2019-0072653
PARTIAL RELEASE
09/24/2019 11:43:37 AM

AUTOMATION TRUST:                    $3.00
ELEC RECORDING TRUST:                $1.00
FEES - RECORDER:                    $11.00
MICROGRAPHICS TRUST:                 $3.00
SB 21 SURCHARGE:                     $2.00
SB2 Fee:                            $75.00
                                 --------
Total Document Fees:                $95.00


Total Fees:                         $95.00
Check  - 6981                       $95.00
                                 --------
Change:                              $0.00

CLKBZPK9T2. BG
```



RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

Nevada County Recorder
Gregory J. Diaz
Document#: 20190013095
Friday July 12 2019, at 08:53:33 AM
Rec Fee:$23.00    CCF:$1.00 CC:$75.00
Paid: $99.00    CM

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Nevada County, California, including improvements located thereon, described as: **PG&E Grass Valley SC Drying Room (Job Number 21-19-305 PO#27002151330) located at 788 Taylorville Road, Grass Valley, CA 95949, APN: 029-290-016**.

After deducting all credits and offsets, the sum of **$8,940.47** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the installion of heater..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **7/9/2019**

ROEBBELEN CONTRACTING, INC.

By_____

Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/9/2019, at El Dorado Hills, California.

Bruce Stimson

Case: 19-30088    Doc# 4072-2    Filed: 10/02/19    Entered: 10/02/19 10:24:59    Page 13 of 24

Exhibit B page 13 of 24

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 7/9/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 7/9/2019, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips



COPY

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Nevada County Recorder
Gregory J. Diaz
Document#: 20190018690
Tuesday September 24 2019, at 01:46:16 PM
Rec Fee:$20.00     CCF:$2.00 CC:$75.00
Paid: $97.00     KP

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## RELEASE OF MECHANIC'S LIEN

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762, hereby releases in its entirety that certain Mechanic's Lien which Claimant caused to be recorded in the Official Records of the County Recorder of Nevada County, on July 12, 2019, as document number 20190013095.

The real property affected by this release is described as follows:

**788 Taylorville Road**
**Grass Valley, CA 95949**
**APN: 029-290-016**

The person against whom the lien was recorded is Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: ~~May~~ September 18, 2019

Roebbelen Contracting, Inc.

By _____
Bruce Stimson
Its Chief Financial Officer

## [ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _EL DORADO_ )

On _9·18·19_ before me, _Michelle Visentin, Notary Public_
(insert name and title of officer)

personally appeared _Bruce Stimson_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Michelle Visentin_ (Seal)

MICHELLE VISENTIN
COMM. # 2146790
NOTARY PUBLIC-CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 15, 2020

RECEIVED BY:

SEP 05 2019

ROEBBELEN

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762



**2019-008680**

Rebecca Turner, County Clerk-Recorder
Calaveras County, California
07/31/2019 02:13 PM
Recorded by: ROEBBELEN CONTRACTING INC

Pages: 4
Recording Fee: $ 99.00
Taxes: $0.00
Clerk: mpayne Total $99.00

SB2 (2017) Housing Tax G.C. 27388.1

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in Calaveras County, California, including improvements located thereon, described as: **PG&E Angels Camp Generator (Job Number 21-18-333 PO#2700121017) located at 1108 Murphys Grade Road, Angels Camp CA, APN:** 05 8021016 .

After deducting all credits and offsets, the sum of **$36,100.74** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the design/construction for erosion control and backup generator.

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

Case: 19-30088    Doc# 4072-2    Filed: 10/02/19    Entered: 10/02/19 10:24:59    Page 18
of 24

Exhibit B page 18 of 24

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **7/30/2019**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/30/2019, at El Dorado Hills, California.

Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 7/30/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 7/30/2019, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips

Exhibit B page 21 of 24
Case: 19-30088    Doc# 4072-2    Filed: 10/02/19    Entered: 10/02/19 10:24:59    Page 21
of 24

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

**2019-011178**

Rebecca Turner, County Clerk-Recorder
Calaveras County, California
09/24/2019 02:37 PM

COPY OF DOCUMENT RECORDED
Has not been compared with original

***CONFORMED COPY***

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Calaveras County, California, on July 31, 2019, as document number 2019-008680.

This release is only to the extent of the principal sum of $17,003.15 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: _9/18/19_, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

## [ACKNOWLEDGMENT ON FOLLOWING PAGE]

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of *EL DORADO* )

On ___*9·18·19*___ before me, *Michelle Visentin, Notary Public*
(insert name and title of officer)
personally appeared ___*BRUCE STIMSON*___ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHELLE VISENTIN
COMM. # 2146790
NOTARY PUBLIC·CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 16, 2020

Signature *Michelle Visentin*

(Seal)