# Exhibit C - Report of Adjustments to Previously Noticed Liens

| Notice information | | | | | Noticed lien information | | | Noticed partial release information | | | Additional release information | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filed | ECF no. | Ex. A ref. no.[1] | Job no(s). | County | Recorded | No. | Amount | Recorded | No. | Amount | Recorded | No. | Amount | Remaining |
| 5/17/2019 | 2073 | 17 | 21-18-323 | San Joaquin | 2/25/2019 | 2019-019321 | $20,717.69 | 5/9/2019 | 2019-047290 | $1,453.42 | 9/30/2019 | 2019-110100 | Full | $0.00 |

[1] **Exhibit A** indexes are attached to each previously filed § 546(b) notice. This column corresponds with the reference numbers used in those previous filings. For example, a row denoting ECF 2073 and Ex. A. ref. no. 9 would refer to a lien included in the § 546(b) notice filed at ECF 2073, that lien appearing on that notice's **Exhibit A** index as reference number 9.