Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
E-mail:     bbennett@jonesday.com
            jmester@jonesday.com
            jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ANNA KORDAS** ***PRO HAC VICE*** |
|---|---|

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Anna Kordas, an active member in good standing of the bars of New York and New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing certain PG&E Shareholders, in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joshua M. Mester
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
E-mail: jmester@jonesday.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2019

_____
Anna Kordas



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Anna Kordas** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 29th day of April 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 26, 2019.

*Aprilanne Agostino*

**Clerk of the Court**

Case: 19-30088    Doc# 4074    Filed: 10/02/19    Entered: 10/02/19 12:39:01    Page 3 of 3