## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**")
Attn: Clerk

AND TO: AECOM Technical Services, Inc., as Seller

Date: September 26, 2019

Main case name: PG&E Corporation
Main case no.: 19-30088

Pacific Gas and Electric Company ("**Debtor**")
Case No. 19-30089 (the "**Case**")

1. Proof of Claim Number: 9376
   Amount of Claim Transferred: $45,375.00

2. Proof of Claim Number: 9351
   Amount of Claim Transferred: $296,571.00

3. Proof of Claim Number: 9366
   Amount of Claim Transferred: $354,038.00

4. Proof of Claim Number: 9356
   Amount of Claim Transferred: $732.57

5. Proof of Claim Number: 9372
   Amount of Claim Transferred: $8,100.00

6. Proof of Claim Number: 9392
   Amount of Claim Transferred: $106,227.00

7. Proof of Claim Number: 9268
   Amount of Claim Transferred: $264,333.00

8. Proof of Claim Number: 9362
   Amount of Claim Transferred: $452,716.00

9. Proof of Claim Number: 9377
   Amount of Claim Transferred: $230,759.08

10. Proof of Claim Number: 9421
    Amount of Claim Transferred: $173,842.68

AECOM Technical Services, Inc. and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that, subject to the limitations and terms of that certain Assignment of Claim Agreement, it has unconditionally and irrevocably sold, transferred and assigned unto

1

JPMorgan Chase Bank, N.A.
Mail Code: DE3-4127
500 Stanton Christiana Rd., NCC5, Floor 01
Newark, DE 19713
Attention: Brian M. Ercolani
Telephone: 302-634-1486
e-mail address: CLS_Notices@jpmchase.com

and its successors and assigns ("**Buyer**"), all right, title and interest in and to Proof of Claim Numbers 9268, 9351, 9356, 9362, 9366, 9372, 9376, 9377, 9392, 9421 in the respective amounts set forth above (collectively, the "**Claims**") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth above.

| AECOM TECHNICAL SERVICES, INC. | JPMORGAN CHASE BANK, N.A. |
|---|---|
| By: *[signature]* <br> Name: Charles Szuryi <br> Title: Secretary | By: *[signature]* <br> Name: Brian M. Ercolani <br> Title: Operations Manager |