# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 2nd day of October 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ABID QURESHI, ESQ., MICHAEL S. STAMER, ESQ., ASHLEY VINSON CRAWFORD, ESQ., & DAVID H. BOTTER, ESQ. | One Bryant Park | | New York | NY | 10036-6742 |
| Arent Fox LLP | Attn: ANDREW I. SILFEN, ESQ. | 1301 Avenue of the Americas 42nd Floor | | New York | NY | 10019-6040 |
| Baker & Hostetler LLP | Attn: CECILY A. DUMAS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Cotchett Pitre & McCarthy LLP | Attn: FRANK M. PITRE, ESQ. | 840 Malcolm Road Suite 200 | | Burlingame | CA | 94010-1413 |
| Engel Law, PC | Attn: G. LARRY ENGEL, ESQ. | 12116 Horseshoe Lane | | Nevada City | CA | 95959-3570 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Jones Day | Attn: BRUCE BENNETT, ESQ. | 555 South Flower Street Fiftieth Floor | | Los Angeles | CA | 90071-2300 |
| Law Offices of Binder and Malter | Attn: ROBERT G. HARRIS, ESQ. | 2775 Park Avenue | | Santa Clara | CA | 95050-6004 |
| Marshack Hays LLP | Attn: RICHARD A. MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Milbank LLP | Attn: DENNIS F. DUNNE, ESQ. | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Norton Rose Fulbright US LLP | Attn: REBECCA J. WINTHROP, ESQ. | 555 South Flower Street | Forty-First Floor | Los Angeles | CA | 90071 |
| O'MELVENY & MYERS LLP | Attn: MATTHEW L. HINKER, ESQ. | 7 Times Square | | New York | NY | 10036-6524 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: ALAN W. KORNBERG, ESQ. & SEAN MITCHELL, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| U.S. Department of Justice, Civil Div. | Attn: MATTHEW J. TROY, ESQ. | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: JESSICA LIOU, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: MATTHEW A. FELDMAN, ESQ. & BENJAMIN P. MCCALLEN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 |

**Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on September 24, 2019 was filed on September 25, 2019. The following deadlines apply:

The parties have until Wednesday, October 2, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, October 16, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, October 28, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, December 24, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 9/30/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court