**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON DEBTOR'S MOTION PURSUANT TO FED. R. BANKR. P. 4001(d) TO APPROVE STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND KATHLEEN PELLEY AND ALLAN PELLEY REGARDING MODIFICTION OF AUTOMATIC STAY**

[Re: Dkt No. 3874]

**Objection Deadline**: October 2, 2019
4:00 p.m. (Pacific Time)

<u>No hearing requested absent timely objection. If timely objection is filed, hearing reserved for</u>:
Date:  October 22, 2019
Time:  10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtor's Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Debtor Pacific Gas and Electric Company and Kathleen Pelley and Allan Pelley Regarding Modification of Automatic Stay* [Dkt. No. 3874] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks an order approving an agreement between the Utility and Kathleen Pelley and Allan Pelley as embodied in the *Stipulation Between Debtor and Kathleen Pelley and Allan Pelley Regarding Modification of the Automatic Stay* (the "**Stipulation**"), which was attached to the Motion as **Exhibit A**. A proposed order (the "**Proposed Order**") was attached as **Exhibit B** to the Motion.

## NOTICE AND SERVICE

A *Notice of Opportunity for Hearing on Debtor's Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Debtor Pacific Gas and Electric Company and Kathleen Pelley and Allan Pelley Regarding Modification of Automatic Stay* was filed concurrently with the Motion on September 11, 2019 [Dkt. No. 3879] (the "**Notice of Opportunity for Hearing**"). The Motion, the supporting declarations of Jana Contreras [Dkt. No. 3875] and Joseph Echols [Dkt. No. 3876], and the Notice of Opportunity for Hearing were served as described in the Certificate of Service of Jamie B. Herszaft, filed on September 16, 2019 [Dkt. No. 3896].

The deadline to file responses or oppositions to the Motion has passed, and no oppositions have been filed with the Court or received by counsel for the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the Proposed Order substantially in the form attached to the Motion, granting the Motion as set forth therein.

Dated: October 3, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

/s/     *Dara L. Silveira*
          Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*