

Signed and Filed: October 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| Bruce S. Bennett (SBN 105430) | |
| Joshua M. Mester (SBN 194783) | |
| James O. Johnston (SBN 167330) | |
| JONES DAY | |
| 555 South Flower Street | |
| Fiftieth Floor | |
| Los Angeles, CA 90071.2300 | |
| Telephone: +1.213.489.3939 | |
| Facsimile: +1.213.243.2539 | |
| E-mail: bbennett@jonesday.com | |
| jmester@jonesday.com | |
| jjohnston@jonesday.com | |

*Attorneys for PG&E Shareholders*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MORGAN R. HIRST *PRO HAC VICE*** |

NAI-1509180147v1

1  Morgan R. Hirst, whose business address and telephone number is:

2      Morgan R. Hirst
    JONES DAY
3      77 West Wacker Drive, Suite 3500
    Chicago, IL 60601.1692
4      Telephone:    +1.312.782.3939
    Facsimile:    +1.312.782.8585
5      E-mail:    mhirst@jonesday.com

and who is an active member in good standing of the bars of Illinois, U.S. District Court for the Northern District of Illinois, Trial Bar, U.S. Courts of Appeals for the Fifth, Sixth and Seventh Circuits, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing certain PG&E Shareholders.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

COURT SERVICE LIST

None

NAI-1509180147v1