

```
                                    Entered on Docket
                                    October 03, 2019
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  Bruce S. Bennett (SBN 105430)
   Joshua M. Mester (SBN 194783)  **Signed and Filed: October 2, 2019**
2  James O. Johnston (SBN 167330)
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071.2300        _____
   Telephone:    +1.213.489.3939      **DENNIS MONTALI**
5  Facsimile:    +1.213.243.2539      **U.S. Bankruptcy Judge**
   E-mail:       bbennett@jonesday.com
6                jmester@jonesday.com
               jjohnston@jonesday.com
7
   *Attorneys for PG&E Shareholders*
8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

|  | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY GEOFFREY S. STEWART *PRO HAC VICE*** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

NAI-1509173525v1

| | |
|---|---|
| 1 | Geoffrey S. Stewart, whose business address and telephone number is: |
| 2 | |
| 3 | Geoffrey S. Stewart<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001.2113 |
| 4 | Telephone: +1.202.879.3939<br>Facsimile: +1.202.626.1700 |
| 5 | E-mail: gstewart@jonesday.com |

1. and who is an active member in good standing of the bars of New York, District of Columbia, United States Supreme Court, U.S. Court of Appeals for the First, Fourth Sixth, Ninth, Eleventh, and District of Columbia, Circuits and various U.S. District Courts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing certain PG&E Shareholders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

**COURT SERVICE LIST**

None