**Entered on Docket
October 03, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
E-mail: bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANNA KORDAS *PRO HAC VICE*** |

NAI-1509179920v1

Anna Kordas, whose business address and telephone number is:

> Anna Kordas
> JONES DAY
> 250 Vesey Street
> New York, New York 10281.1047
> Telephone:   +1.212.326.3939
> Facsimile:   +1.212.755.7306
> E-mail:        akordas@jonesday.com

and who is an active member in good standing of the bars of New York and New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing certain PG&E Shareholders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

COURT SERVICE LIST

None

NAI-1509179920v1