# Exhibit A

**OCP Declarations and Retention Questionnaires for OCP List Supplement**

# Exhibit A-1

**King & Spalding LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                           Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MEGHAN MAGRUDER, ON BEHALF OF KING & SPALDING LLP** |
| ☒    Affects PG&E Corporation<br>☐    Affects Public Gas and Electric Company<br>☐    Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, MEGHAN MAGRUDER, hereby declare as follows:

1. I am a Partner of King & Spalding LLP, located at 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: legal services in connection with setting up an organization for promoting fire safety in the power industry.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases,

proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on July 15, 2019, at 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309.

*Meghan Magruder* (signature)

Meghan Magruder

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Public Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Meghan Magruder

   King & Spalding LLP, 1180 Peachtree Street, NE, Suite 1600

   Atlanta, GA 30309

2. Date of retention: July 1, 2019

3. Type of services to be provided:

   Legal services

   _____

   _____

4. Brief description of services to be provided:

Legal services in connection with setting up an organization for promoting fire safety in the power industry

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly

    (a) Average hour rate (if applicable): $755

    (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not employed prepetition, but will not exceed $100,000 per month

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 0

Date claim arose: N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: $ none that King & Spalding LLP is aware of

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed.

    1) Representing a client with claims arising under certain credit agreements in the Debtors' bankruptcy proceedings

    2) Giving creditor rights advice and litigation advice with respect to the Debtors' bankruptcy

    3) Representing a contract party in the Debtors' bankruptcy

    4) <u>Investigations related to the Butte Country Wildfire</u>

    5) <u>Attention to issues related to the Official Tort Committee of PG&E</u>

    6) <u>Attention to FERC matters adverse to PG&E related to the Debtors' bankruptcy</u>

9. Name and title of individual completing this form:

<u>Meghan Magruder</u>

Dated: July 15, 2019

*/s/ Meghan Magruder*

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119