**Exhibit A-2**

**NortonRoseFulbright US LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>x Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF Eric D. Tashman, ON BEHALF OF NortonRoseFulbright US LLP** |

I, Eric D. Tashman, hereby declare as follows:

1. I am a Partner of NortonRoseFulbright US LLP, located at 555 California Street, Suite 3300, San Francisco (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide financing advice to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services is limited to advice relating to the drafting and implementation of securitization legislation to allow an instrumentality of the State of California to issue "tax-exempt" bonds for the benefit of the Debtor. If legislation is enacted, it is contemplated that our firm will serve as "bond counsel" to the State Infrastructure Bank or another State of California issuer, and the representation of the Debtor will cease as of our appointment as "bond counsel."

4. The Firm has performed services in the past and may perform services in the future, in matters relating to the chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom represent or are

claimants, creditors or employees of the Debtors, or other parties in interest in these chapter 11 cases. As of the date hereof, those claimants include NextEra (power purchase counterparty), Berry Petroleum (counterparty), Adventist Health Feather River and MRC Global (unsecured creditors). The Firm may also represent, in the future, other claimants, or parties interested in purchasing assets of the Debtor. The Firm is currently bond counsel to the San Francisco Public Utilities Commission. None of the Firm's attorneys involved in performing the Services (other than work for the SFPUC) will participate in providing services to other claimants or creditors.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on July 1, 2019, at San Francisco, California.

_____
Declarant Name

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT            2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>x Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Eric D. Tashman, NortonRoseFulbright US LLP, 555 California Street, Suite 3300, San Francisco, California 94104.

2. Date of retention: 6/19/2019

3. Type of services to be provided:

   Advice on tax exempt borrowings

4. Brief description of services to be provided:

   The drafting and implementation of securitization legislation to allow an instrumentality of the State of California to issue "tax-exempt" bonds for the benefit of the Debtor. If legislation is enacted, it is contemplated that our firm will serve as "bond counsel" to the State Infrastructure

Bank or another State of California issuer, and the representation of the Debtor will cease as of our appointment as "bond counsel."

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly. See attached letter.

   (a) Average hourly rate (if applicable): N/A

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): N/A

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Part of our compensation may be paid at the closing of a financing.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: N/A

Date claim arose: _____

Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

The Firm represents creditors, including power purchase counterparties, of the Debtor. As of the date hereof, those claimants include NextEra (power purchase counterparty), Berry Petroleum (counterparty), Adventist Health Feather River and MRC Global (unsecured creditors). The Firm may also represent, in the future, other claimants, or parties interested in purchasing assets

of the Debtor. The Firm is currently bond counsel to the San Francisco Public Utilities Commission. None of the Firm's attorneys involved in performing the Services (other than work for the SFPUC) will participate in providing services to other claimants or creditors.

9. Name and title of individual completing this form:

Eric D. Tashman, Partner

Dated: July 1, 2019

_____
Signature of Individual Completing Form