# Exhibit A-3

**Perkins Coie LLP**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF DOMINIQUE SHELTON LEIPZIG, ON BEHALF OF PERKINS COIE LLP** |

I, Dominique Shelton Leipzig, hereby declare as follows:

1. I am a partner of Perkins Coie LLP (the "**Firm**"), with my office located at 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721.

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide data and privacy counseling services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Providing counseling advice concerning compliance with the California Consumer Privacy Act.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm has performed services for certain such persons in connection with these chapter 11 cases. The Firm does not have

any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on August 19, 2019, at Los Angeles, California.

*[signature]*

Dominique Shelton Leipzig

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Perkins Coie LLP

    1888 Century Park East, Suite 1700

    Los Angeles, CA 90067-1721

2. Date of retention: August 15, 2019

3. Type of services to be provided:

    Privacy and data security advice to comply with the California Consumer Privacy Act ("CCPA")

4. Brief description of services to be provided:

Provide privacy and data security counseling to PG&E on the CCPA compliance_____

_____

_____

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly_____

   (a) Average hourly rate (if applicable): N/A_____

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

N/A_____

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A_____

_____

_____

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $0_____

Date claim arose: _____

Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: See Exhibit A hereto

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Dominique Shelton Leipzig

Dated: August 19, 2019

Signature of Individual Completing Form

## Exhibit A

A partner in the Firm's San Francisco office holds a claim in connection with the Tubbs wildfire that occurred the evening of October 8, 2019 that resulted in the complete loss of his home. He and his wife are represented by the law firm of Cothchett Pitre and McCarthy, who filed legal action on their behalf against PG&E in San Francisco Superior Court, which was stayed by the Chapter 11 PG&E bankruptcy. It is anticipated that the Cotchett firm will file a formal proof of claim on their behalf in the Chapter 11 proceeding before the claim submission deadline. The precise amount of the claim is subject to proof.

A partner in the Firm's Seattle office holds publicly traded PG&E bonds in the amount of approximately $20,000.

A senior counsel in the Firm's Denver offices owns approximately $50,000 of preferred shares in the Debtor.

A paralegal in the Firm's San Francisco office holds a refund check from the Debtor in the approximate amount of $900.00 made out to his deceased father that he would like to cash.