# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2019 through June 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Adrian Irwin | Senior Associate - Advisory | 135.0 | $ 325 | $ 43,875.00 |
| Aldryn Estacio | Manager - Advisory | 105.3 | $ 400 | $ 42,120.00 |
| Allison Smith | Senior Associate - Advisory | 2.4 | $ 325 | $ 780.00 |
| Anthony Henderson | Senior Associate - Advisory | 30.0 | $ 325 | $ 9,750.00 |
| Arun Mani | Principal- Advisory | 63.1 | $ 500 | $ 31,550.00 |
| Brian Wei | Associate - Advisory | 163.9 | $ 275 | $ 45,072.50 |
| Carlo Toribio | Senior Associate - Advisory | 155.4 | $ 325 | $ 50,505.00 |
| Celeste Campbell | Manager - Bankruptcy | 81.8 | $ 163 | $ 13,292.50 |
| Cole Gallagher | Senior Associate - Advisory | 139.7 | $ 325 | $ 45,402.50 |
| Cy Whitten | Senior Associate - Advisory | 131.8 | $ 325 | $ 42,835.00 |
| Daniel Elmblad | Senior Associate - Advisory | 45.0 | $ 325 | $ 14,625.00 |
| David Ross | Manager - Advisory | 142.3 | $ 400 | $ 56,920.00 |
| Dennis Cha | Associate - Advisory | 185.5 | $ 275 | $ 51,012.50 |
| Dom Gallo | Senior Associate - Advisory | 6.0 | $ 325 | $ 1,950.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 166.0 | $ 400 | $ 66,400.00 |
| Gustavo Garcia | Associate - Advisory | 168.3 | $ 275 | $ 46,282.50 |
| Jack Liacos | Associate - Advisory | 3.0 | $ 275 | $ 825.00 |
| Jason Weng | Senior Associate - Advisory | 146.4 | $ 325 | $ 47,580.00 |
| Jonathan White | Managing Director- Advisory | 40.5 | $ 475 | $ 19,237.50 |
| Juan Gonzalez III | Partner - Advisory | 5.0 | $ 500 | $ 2,500.00 |
| Juanita Garza | Associate - Bankruptcy | 129.4 | $ 138 | $ 17,792.50 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 7.0 | $ 325 | $ 2,275.00 |
| Kirk-Patrick Caron | Manager - Advisory | 34.7 | $ 400 | $ 13,880.00 |
| Kyle McNamara | Director - Advisory | 65.8 | $ 435 | $ 28,623.00 |
| Lucy Cai | Associate - Advisory | 157.7 | $ 275 | $ 43,367.50 |
| Marcus Xu | Senior Associate - Advisory | 120.0 | $ 325 | $ 39,000.00 |
| Mark Ehrhardt | Director - Advisory | 19.1 | $ 435 | $ 8,308.50 |
| Mark Martin | Manager - Advisory | 164.8 | $ 400 | $ 65,920.00 |
| Matt Broida | Director - Advisory | 94.2 | $ 435 | $ 40,977.00 |
| Matthew Bowser | Senior Associate - Advisory | 27.9 | $ 325 | $ 9,067.50 |
| Monica Plangman | Associate Director - Bankruptcy | 13.9 | $ 213 | $ 2,953.75 |
| Phillip Prombo | Manager - Advisory | 14.2 | $ 400 | $ 5,680.00 |
| Preston Devaney | Associate - Advisory | 68.2 | $ 275 | $ 18,755.00 |
| Reid Tucker | Principal - Advisory | 1.0 | $ 500 | $ 500.00 |
| Rita Squalli Houssaini | Manager - Advisory | 43.2 | $ 400 | $ 17,280.00 |
| Scott Stoddard | Director - Advisory | 84.8 | $ 435 | $ 36,888.00 |
| Tia Mason | Senior Associate - Advisory | 104.0 | $ 325 | $ 33,800.00 |
| Tom Schenk | Director - Advisory | 29.1 | $ 435 | $ 12,658.50 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2019 through June 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Wendy Shaffer | Senior Associate - Bankruptcy | 33.6 | $ 150 | $ 5,040.00 | |
| Yiwen Fu | Manager - Advisory | 1.5 | $ 400 | $ 600.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **3,130.5** | | $ **1,035,881.25** | |
| Data Security Services - Exhibit C2 | | | | $ 28,164.00 | (1) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 50,008.83 | (2) |
| **Total Fees** | | | | $ **1,114,054.08** | |
| Out of Pocket Expenses | | | | $ 51,102.77 | |
| **Total Fees and Out of Pocket Expenses** | | | | $ **1,165,156.85** | |
| less Holdback Adjustment (20%) | | | | $ (222,810.82) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | $ **942,346.03** | |
| | | | | | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | $ 330.90 | | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of June 30, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.