# EXHIBIT B

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
June 1, 2019 through June 30, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| Asset Management Services | C1 | 2,869.7 | $ 995,889.00 | |
| Data Security Services | C2 | | $ 28,164.00 | (1) |
| Legal Support Services | C3 | | $ 50,008.83 | (2) |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 4.0 | $ 785.00 | |
| Fee Application Preparation Services | C8 | 256.8 | $ 39,207.25 | |
| **Total** | | **3,130.5** | **$ 1,114,054.08** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of June 30, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.