**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
June 1, 2019 through June 30, 2019

| Category | | Amount |
|---|---|---|
| Airfare | $ | 18,321.00 |
| Lodging | $ | 21,268.11 |
| Meals | $ | 3,503.63 |
| Ground Transportation | $ | 8,010.03 |
| Miscellaneous | $ | - |
| **Total** | **$** | **51,102.77** |

Case: 19-30088    Doc# 4101-4    Filed: 10/04/19    Entered: 10/04/19 09:29:22    Page 1 of 1