# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kirk-Patrick Caron | 05/09/19 | Airfare for roundtrip travel from Portland Airport, ME to San Francisco Airport, CA. Dates: 05/06/19 - 05/09/19 - Flight was cancelled / delayed by 1 day. | $ 716.08 |
| Kirk-Patrick Caron | 05/16/19 | Airfare for roundtrip travel from Boston Logan International Airport, MA to San Francisco Airport, CA. Dates: 05/12/19 - 05/16/19 | $ 822.10 |
| Kirk-Patrick Caron | 05/30/19 | Airfare for roundtrip travel from Boston Logan International Airport, MA to San Francisco Airport, CA. Dates: 05/27/19 - 05/30/19 | $ 739.71 |
| Dennis Cha | 06/02/19 | One-Way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 06/02/19 | $ 181.51 |
| Aldryn Estacio | 06/03/19 | Roundtrip coach airfare from San Diego, CA to San Francisco, CA. Date: 06/03/19 | $ 354.72 |
| Scott Stoddard | 06/04/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA. Date: 06/04/19 | $ 164.49 |
| Mark Ehrhardt | 06/04/19 | Roundtrip coach airfare from Portland, OR to San Francisco, CA. Dates: 06-03-19 06-04-19 | $ 427.30 |
| David Ross | 06/05/19 | Roundtrip coach airfare for D. Ross for travel from Los Angeles, CA to San Francisco, CA. Dates: 06/03/19 - 06/05/19 | $ 291.41 |
| Lucy Cai | 06/05/19 | Coach airfare from Chicago, IL, to San Francisco, CA. Date 06/05/19 | $ 314.60 |
| Dennis Cha | 06/06/19 | One-Way coach airfare from San Francisco, CA to Los Angeles, CA. Date: 06/06/19 | $ 169.40 |
| Scott Stoddard | 06/06/19 | One-way coach airfare from Oakland, CA to Los Angeles, CA. Date: 06/06/19 | $ 206.28 |
| Kyle McNamara | 06/06/19 | One way coach airfare from Los Angeles, CA, to San Francisco, CA. Date 06/06/19 | $ 224.70 |
| Matt Broida | 06/06/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 05/28/19 06/06/19 | $ 532.60 |
| Kirk-Patrick Caron | 06/06/19 | Roundtrip coach airfare from Portland, ME to San Francisco, CA. Dates: 06-02-19 06-06-19 | $ 900.00 |
| Gustavo Garcia | 06/06/19 | Roundtrip coach airfare for travel from Houston, TX to Los Angeles, CA. Dates: 06/02/19 - 06/06/19 | $ 992.68 |
| Kyle McNamara | 06/07/19 | One-way coach airfare from San Francisco, CA to Phoenix, AZ. Date: 06/07/19 | $ 495.80 |
| Tom Schenk | 06/07/19 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA. Dates: 06/06/19 - 06/07/19 | $ 657.89 |
| Preston Devaney | 06/07/19 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. Dates: 06/06/19 06/07/19 | $ 1,171.92 |
| Dennis Cha | 06/09/19 | One-Way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 06/09/19 | $ 173.16 |
| Gustavo Garcia | 06/10/19 | One-way coach airfare from San Antonio, TX to San Francisco, CA. Date: 06/10/19 | $ 323.10 |
| Dennis Cha | 06/13/19 | One-Way coach airfare from San Francisco, CA to Los Angeles, CA. Date: 06/13/19 | $ 177.86 |
| David Ross | 06/13/19 | Roundtrip coach airfare for D. Ross for travel from Los Angeles, CA to San Francisco, CA. Dates: 06/10/19 - 06/13/19 | $ 279.70 |
| Lucy Cai | 06/13/19 | Coach airfare from San Francisco, CA to Chicago, IL. Date 06/13/19 | $ 317.20 |
| Scott Stoddard | 06/13/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA. Date: 06/11/19 06/13/19 | $ 370.77 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Matt Broida | 06/13/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 06/10/19 06/13/19 | $ 575.80 |
| Kirk-Patrick Caron | 06/13/19 | Airfare for roundtrip travel from Portland Airport, ME to San Francisco Airport, CA. Dates: 06/09/19 - 06/13/19 | $ 792.80 |
| Gustavo Garcia | 06/14/19 | One-way coach airfare from Oakland, CA to San Antonio, TX. Date: 06/14/19 | $ 410.74 |
| Arun Mani | 06/14/19 | Airfare from Houston, TX to Los Angeles, CA - San Diego, CA to Houston, TX. Dates: 06/10/19 - 06/14/19 | $ 434.17 |
| Dennis Cha | 06/17/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 06/17/19 | $ 174.10 |
| Lucy Cai | 06/17/19 | One-way coach airfare from Chicago, IL to San Francisco, CA. Date: 06/17/19 | $ 432.70 |
| Scott Stoddard | 06/18/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA. Date: 06/17/19 06/18/19 | $ 353.17 |
| Dennis Cha | 06/20/19 | One-way Airfare from San Francisco, CA to Los Angeles, CA. Date: 06/20/19 | $ 161.31 |
| Lucy Cai | 06/20/19 | Coach airfare from Chicago, IL (ORD) to San Francisco, CA (SFO). Dates: 6/20/19 (First leg cancelled / refunded) | $ 254.16 |
| David Ross | 06/20/19 | Roundtrip coach airfare for travel from Los Angeles, CA (LAX) to San Francisco, CA (SFO) for D. Ross. Dates: 6/17/19 - 6/20/19 | $ 320.20 |
| Gustavo Garcia | 06/20/19 | Roundtrip coach airfare from Houston, TX to Oakland, CA. Dates 06/16/19 06/20/19 | $ 983.98 |
| Dennis Cha | 06/23/19 | One-way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 06/23/19 | $ 160.01 |
| Gustavo Garcia | 06/23/19 | One-way coach airfare for travel from Houston, TX to San Jose, CA. Date: 06-23-19 | $ 432.63 |
| Kyle McNamara | 06/26/19 | Roundtrip airfare from Los Angeles, CA to San Francisco, CA. Date: 06/25/19 - 06/26/19 | $ 363.37 |
| Scott Stoddard | 06/26/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA. Date: 06/23/19 06/26/19 | $ 412.56 |
| Rita Squalli Houssaini | 06/26/19 | Roundtrip coach class airfare from Seattle, WA to San Francisco, CA. Date: 6/25/19 - 6/26/19 | $ 588.40 |
| Dennis Cha | 06/27/19 | One-Way coach airfare from San Francisco, CA to Los Angeles, CA. Date: 06/27/19 | $ 160.01 |
| David Ross | 06/27/19 | Roundtrip coach airfare for travel from Los Angeles, CA (LAX) to San Francisco, CA (SFO) for D. Ross. Dates: 6/24/19 - 6/27/19 | $ 305.91 |
| | | **Air Fare Subtotal** | **$ 18,321.00** |
| Kirk-Patrick Caron | 05/07/19 | Lodging for 1 night (05/06/19 - 05/07/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kirk-Patrick Caron | 05/08/19 | Lodging for 1 night (05/07/19 - 05/08/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kirk-Patrick Caron | 05/09/19 | Lodging for 1 night (05/08/19 - 05/09/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kirk-Patrick Caron | 05/13/19 | Lodging for 1 night (05/12/19 - 05/13/19) while traveling to perform work for PG&E. | $ 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kirk-Patrick Caron | 05/14/19 | Lodging for 1 night (05/13/19 - 05/14/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 05/15/19 | Lodging for 1 night (05/14/19 - 05/15/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 05/15/19 | Lodging for 1 night (05/14/19 - 05/15/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 05/16/19 | Lodging for 1 night (05/15/19 - 05/16/19) while traveling to perform work for PG&E. | $ | 112.06 |
| Kirk-Patrick Caron | 05/28/19 | Lodging for 1 night (05/27/19 - 05/28/19) while traveling to perform work for PG&E. | $ | 112.06 |
| Kirk-Patrick Caron | 05/29/19 | Lodging for 1 night (05/28/19 - 05/29/19) while traveling to perform work for PG&E. | $ | 213.23 |
| Kirk-Patrick Caron | 05/30/19 | Lodging for 1 night (05/29/19 - 05/30/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matt Broida | 06/01/19 | Lodging for 1 night (05/31/19 - 06/01/19) while traveling to perform work for PG&E. | $ | 263.80 |
| Matt Broida | 06/02/19 | Lodging for 1 night (06/01/19 - 06/02/19) while traveling to perform work for PG&E. | $ | 263.80 |
| Gustavo Garcia | 06/03/19 | Lodging for 1 night (06/02/19 - 06/03/19) while traveling to perform work for PG&E. | $ | 226.54 |
| Matt Broida | 06/03/19 | Lodging for 1 night (06/02/19 - 06/03/19) while traveling to perform work for PG&E. | $ | 237.71 |
| David Ross | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matt Broida | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gustavo Garcia | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Mark Ehrhardt | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 300.00 |
| David Ross | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matt Broida | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ | 237.71 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Gustavo Garcia | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ 249.07 |
| Scott Stoddard | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ 300.00 |
| Matt Broida | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ 237.71 |
| Scott Stoddard | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ 237.71 |
| Gustavo Garcia | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ 249.07 |
| Lucy Cai | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Tom Schenk | 06/06/19 | Lodging for 1 night (06-06-19 - 06-07-19) while traveling. | $ 300.00 |
| Dennis Cha | 06/06/19 | Lodging for 4 nights (06/02/19 - 06/06/19) while traveling. | $ 1,065.36 |
| Kyle McNamara | 06/07/19 | Lodging for 1 night (06/06/19 - 06/07/19) while traveling to perform work for PG&E. | $ 300.00 |
| Preston Devaney | 06/07/19 | Lodging for 1 night (06/06/19 - 06/07/19) while traveling to perform work for PG&E. | $ 300.00 |
| Lucy Cai | 06/09/19 | Lodging for 1 night (06/08/19 - 06/09/19) while traveling to perform work for PG&E. | $ 300.00 |
| Lucy Cai | 06/10/19 | Lodging for 1 night (06/09/19 - 06/10/19) while traveling to perform work for PG&E. | $ 237.71 |
| Arun Mani | 06/10/19 | Lodging for 1 night (06/09/19 - 06/10/19) while traveling to perform work for PG&E. | $ 286.66 |
| David Ross | 06/11/19 | Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 237.71 |
| Gustavo Garcia | 06/11/19 | Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 237.71 |
| Lucy Cai | 06/11/19 | Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 237.71 |
| Matt Broida | 06/11/19 | Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 237.71 |
| David Ross | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ 237.71 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gustavo Garcia | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matt Broida | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Scott Stoddard | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ | 237.71 |
| David Ross | 06/13/19 | Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gustavo Garcia | 06/13/19 | Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 06/13/19 | Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matt Broida | 06/13/19 | Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Scott Stoddard | 06/13/19 | Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Dennis Cha | 06/13/19 | Lodging for 4 nights (06/09/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 963.03 |
| Gustavo Garcia | 06/14/19 | Lodging for 1 night (06/13/19 - 06/14/19) while traveling to perform work for PG&E. | $ | 252.19 |
| Gustavo Garcia | 06/17/19 | Lodging for 1 night (06/16/19 - 06/17/19) while traveling to perform work for PG&E. | $ | 183.64 |
| David Ross | 06/18/19 | Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 06/18/19 | Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 239.21 |
| Gustavo Garcia | 06/18/19 | Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Scott Stoddard | 06/18/19 | Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 266.34 |
| David Ross | 06/19/19 | Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 237.71 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Lucy Cai | 06/19/19 | Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 239.21 |
| Gustavo Garcia | 06/19/19 | Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Gustavo Garcia | 06/20/19 | Lodging for 1 night (06/19/19 - 06/20/19) while traveling to perform work for PG&E. | $ | 249.07 |
| David Ross | 06/20/19 | Lodging for 1 night (06/19/19 - 06/20/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 06/20/19 | Lodging for 1 night (06/19/19 - 06/20/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Dennis Cha | 06/20/19 | Lodging for 3 nights (06/17/19 - 06/20/19) while traveling to perform work for PG&E. | $ | 870.86 |
| Gustavo Garcia | 06/24/19 | Lodging for 1 night (06/23/19 - 06/24/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Scott Stoddard | 06/24/19 | Lodging for 1 night (06/23/19 - 06/24/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Gustavo Garcia | 06/25/19 | Lodging for 1 night (06/24/19 - 06/25/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Scott Stoddard | 06/25/19 | Lodging for 1 night (06/24/19 - 06/25/19) while traveling to perform work for PG&E. | $ | 266.34 |
| David Ross | 06/25/19 | Lodging for 1 night (06/24/19 - 06/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| David Ross | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gustavo Garcia | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Scott Stoddard | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Kyle McNamara | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Rita Squalli Houssaini | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gustavo Garcia | 06/27/19 | Lodging for 1 night (06/26/19 - 06/27/19) while traveling to perform work for PG&E. | $ | 189.01 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| David Ross | 06/27/19 | Lodging for 1 night (06/26/19 - 06/27/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Scott Stoddard | 06/27/19 | Lodging for 1 night (06/26/19 - 06/27/19) while traveling to perform work for PG&E. | $ | 300.00 |
| | | **Lodging Subtotal** | **$** | **21,268.11** |
| Kirk-Patrick Caron | 05/06/19 | Out of town breakfast while traveling. | $ | 10.40 |
| Kirk-Patrick Caron | 05/06/19 | Out of town dinner while traveling | $ | 15.08 |
| Kirk-Patrick Caron | 05/07/19 | Out of town breakfast while traveling. | $ | 3.60 |
| Kirk-Patrick Caron | 05/07/19 | Out of town dinner while traveling | $ | 16.92 |
| Kirk-Patrick Caron | 05/08/19 | Out of town breakfast while traveling. | $ | 4.70 |
| Kirk-Patrick Caron | 05/08/19 | Out of town dinner while traveling. | $ | 24.81 |
| Kirk-Patrick Caron | 05/09/19 | Out of town breakfast while traveling. | $ | 7.35 |
| Kirk-Patrick Caron | 05/09/19 | Out of town dinner while traveling. | $ | 10.80 |
| Kirk-Patrick Caron | 05/13/19 | Out of town breakfast while traveling. | $ | 6.70 |
| Kirk-Patrick Caron | 05/13/19 | Out of town dinner at JFK airport. | $ | 40.00 |
| Kirk-Patrick Caron | 05/14/19 | Out of town breakfast while traveling. | $ | 7.00 |
| Kirk-Patrick Caron | 05/14/19 | Out of town dinner while traveling. | $ | 33.50 |
| Kirk-Patrick Caron | 05/15/19 | Out of town breakfast while traveling. | $ | 7.95 |
| Kirk-Patrick Caron | 05/15/19 | Out of town dinner while traveling. | $ | 9.54 |
| Kirk-Patrick Caron | 05/16/19 | Out of town breakfast while traveling. | $ | 3.70 |
| Kirk-Patrick Caron | 05/16/19 | Out of town dinner while traveling. | $ | 5.73 |
| Gustavo Garcia | 05/17/19 | Out of town breakfast while traveling. | $ | 15.69 |
| Kirk-Patrick Caron | 05/27/19 | Out of town breakfast while traveling. | $ | 3.85 |
| Kirk-Patrick Caron | 05/28/19 | Out of town breakfast while traveling. | $ | 4.20 |
| Kirk-Patrick Caron | 05/28/19 | Out of town dinner while traveling. | $ | 19.57 |
| Kirk-Patrick Caron | 05/29/19 | Out of town breakfast while traveling. | $ | 2.95 |
| Kirk-Patrick Caron | 05/29/19 | Out of town dinner while traveling. | $ | 16.74 |
| Kirk-Patrick Caron | 05/30/19 | Out of town breakfast while traveling. | $ | 6.19 |
| Kirk-Patrick Caron | 05/30/19 | Out of town dinner while traveling | $ | 20.16 |
| Matt Broida | 06/02/19 | Out of town breakfast on 6/2 while traveling. | $ | 4.00 |
| Kirk-Patrick Caron | 06/02/19 | Out of town dinner while traveling. | $ | 11.65 |
| Gustavo Garcia | 06/02/19 | Out of town dinner while traveling. | $ | 37.00 |
| Matt Broida | 06/02/19 | Out of town dinner on 6/2 while traveling. | $ | 40.00 |
| Dennis Cha | 06/03/19 | Out of town breakfast while traveling. | $ | 10.00 |
| Mark Ehrhardt | 06/03/19 | Out of town breakfast while traveling. | $ | 10.00 |
| Kirk-Patrick Caron | 06/03/19 | Out of town dinner while traveling. | $ | 15.08 |
| Gustavo Garcia | 06/03/19 | Out of town dinner while traveling. | $ | 23.00 |
| Aldryn Estacio | 06/03/19 | Out of town dinner while traveling. | $ | 25.67 |
| Dennis Cha | 06/03/19 | Out of town dinner while traveling. | $ | 40.00 |
| Mark Ehrhardt | 06/03/19 | Out of town dinner while traveling. | $ | 40.00 |
| Mark Ehrhardt | 06/04/19 | Out of town breakfast while traveling. | $ | 6.90 |
| Gustavo Garcia | 06/04/19 | Out of town breakfast while traveling. | $ | 8.98 |
| Matt Broida | 06/04/19 | Out of town breakfast on 6/4 while traveling. | $ | 9.38 |
| Gustavo Garcia | 06/04/19 | Out of town dinner while traveling. | $ | 9.58 |
| Dennis Cha | 06/04/19 | Out of town breakfast while traveling. | $ | 10.00 |
| David Ross | 06/04/19 | Out of town breakfast for D. Ross on 6/4. | $ | 11.01 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kirk-Patrick Caron | 06/04/19 | Out of town breakfast while traveling. | $ 13.44 |
| Kirk-Patrick Caron | 06/04/19 | Out of town dinner while traveling. | $ 19.48 |
| David Ross | 06/04/19 | Out of town dinner for D. Ross on 6/4. | $ 24.69 |
| Matt Broida | 06/04/19 | Out of town dinner on 6/4 while traveling. | $ 31.78 |
| Scott Stoddard | 06/04/19 | Out of town dinner with S. Stoddard and D. Cha (both KPMG). | $ 80.00 |
| Kirk-Patrick Caron | 06/05/19 | Out of town breakfast while traveling. | $ 6.59 |
| David Ross | 06/05/19 | Out of town breakfast for D. Ross on 6/5. | $ 8.84 |
| Matt Broida | 06/05/19 | Out of town breakfast on 6/5 while traveling. | $ 9.38 |
| Scott Stoddard | 06/05/19 | Out of town breakfast while traveling. | $ 9.70 |
| Dennis Cha | 06/05/19 | Out of town breakfast while traveling. | $ 10.00 |
| Lucy Cai | 06/05/19 | Out of town breakfast while traveling. | $ 10.95 |
| Kirk-Patrick Caron | 06/05/19 | Out of town dinner while traveling. | $ 18.94 |
| Dennis Cha | 06/05/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/05/19 | Out of town dinner while traveling. | $ 40.00 |
| Matt Broida | 06/05/19 | Out of town dinner on 6/5 while traveling. | $ 40.00 |
| Scott Stoddard | 06/05/19 | Out of town dinner while traveling. | $ 40.00 |
| Kirk-Patrick Caron | 06/06/19 | Out of town breakfast while traveling. | $ 3.34 |
| Scott Stoddard | 06/06/19 | Out of town breakfast while traveling. | $ 9.50 |
| Dennis Cha | 06/06/19 | Out of town breakfast while traveling. | $ 10.00 |
| Gustavo Garcia | 06/06/19 | Out of town dinner while traveling. | $ 10.83 |
| Preston Devaney | 06/06/19 | Out of town breakfast while traveling. | $ 13.50 |
| Matt Broida | 06/06/19 | Out of town dinner on 6/6 while traveling. | $ 16.32 |
| Kirk-Patrick Caron | 06/06/19 | Out of town breakfast while traveling. | $ 16.77 |
| Dennis Cha | 06/06/19 | Out of town dinner at airport while traveling. | $ 24.13 |
| Lucy Cai | 06/06/19 | Out of town dinner on 6/6. | $ 33.56 |
| Scott Stoddard | 06/06/19 | Out of town dinner while traveling. | $ 33.73 |
| Preston Devaney | 06/07/19 | Out of town breakfast while traveling. | $ 13.97 |
| Preston Devaney | 06/07/19 | Out of town dinner while traveling. | $ 25.65 |
| Kyle McNamara | 06/07/19 | Out of town breakfast in San Francisco, CA, while working on PG&E engagement. | $ 34.12 |
| Kyle McNamara | 06/07/19 | Dinner in San Francisco while working on PG&E engagement with C. Gallagher, K. McNamara and P. Devaney (all KPMG) | $ 120.00 |
| Lucy Cai | 06/08/19 | Out of town dinner at hotel while traveling while traveling. | $ 40.00 |
| Arun Mani | 06/09/19 | Out of town dinner - self only | $ 8.88 |
| Matt Broida | 06/10/19 | Out of town breakfast on 6/10 while traveling | $ 3.00 |
| Gustavo Garcia | 06/10/19 | Out of town breakfast while traveling. | $ 4.82 |
| Gustavo Garcia | 06/10/19 | Out of town dinner while traveling. | $ 7.00 |
| Dennis Cha | 06/10/19 | Out of town breakfast while traveling. | $ 10.00 |
| Lucy Cai | 06/10/19 | Out of town breakfast while traveling on 6/10. | $ 11.97 |
| Arun Mani | 06/10/19 | Out of town breakfast | $ 18.02 |
| Dennis Cha | 06/10/19 | Out of town dinner while traveling. | $ 21.00 |
| Matt Broida | 06/10/19 | Out of town dinner on 6/10 while traveling. | $ 21.60 |
| Arun Mani | 06/10/19 | Out of dinner while traveling. | $ 21.85 |
| Lucy Cai | 06/10/19 | Out of town dinner on 6/10 while traveling while traveling. | $ 30.30 |
| Lucy Cai | 06/11/19 | Out of town breakfast on 6/11 while traveling while traveling. | $ 7.22 |
| Gustavo Garcia | 06/11/19 | Out of town breakfast while traveling. | $ 9.20 |
| Matt Broida | 06/11/19 | Out of town breakfast on 6/11 while traveling. | $ 9.32 |
| David Ross | 06/11/19 | Out of town breakfast while traveling. | $ 10.00 |
| Dennis Cha | 06/11/19 | Out of town breakfast while traveling. | $ 10.00 |
| Scott Stoddard | 06/11/19 | Out of town breakfast while traveling. | $ 10.70 |
| Gustavo Garcia | 06/11/19 | Out of town dinner while traveling. | $ 30.16 |
| Lucy Cai | 06/11/19 | Out of town dinner on 6/11 while traveling while traveling. | $ 33.56 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Dennis Cha | 06/11/19 | Out of town dinner while traveling. | $ 36.06 |
| David Ross | 06/11/19 | Out of town dinner for D. Ross on 6/11. | $ 40.00 |
| Scott Stoddard | 06/11/19 | Out of town dinner while traveling | $ 40.00 |
| Lucy Cai | 06/12/19 | Out of town breakfast on 6/12 while traveling while traveling. | $ 7.22 |
| David Ross | 06/12/19 | Out of town breakfast while traveling. | $ 8.84 |
| Dennis Cha | 06/12/19 | Out of town breakfast while traveling. | $ 10.00 |
| Scott Stoddard | 06/12/19 | Out of town breakfast while traveling. | $ 10.00 |
| Lucy Cai | 06/12/19 | Out of town dinner on 6/12 while traveling while traveling. | $ 36.89 |
| David Ross | 06/12/19 | Out of town dinner for D. Ross on 6/12. | $ 40.00 |
| Gustavo Garcia | 06/12/19 | Out of town dinner while traveling. | $ 40.00 |
| Matt Broida | 06/12/19 | Out of town dinner on 6/12 while traveling. | $ 40.00 |
| Scott Stoddard | 06/12/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/13/19 | Out of town breakfast while traveling. | $ 3.95 |
| Matt Broida | 06/13/19 | Out of town breakfast on 6/13 while traveling. | $ 4.78 |
| Lucy Cai | 06/13/19 | Out of town breakfast while traveling. | $ 7.22 |
| Scott Stoddard | 06/13/19 | Out of town breakfast while traveling. | $ 9.45 |
| Dennis Cha | 06/13/19 | Out of town breakfast while traveling. | $ 10.00 |
| David Ross | 06/13/19 | Out of town breakfast while traveling. | $ 11.01 |
| Scott Stoddard | 06/13/19 | Out of town dinner while traveling. | $ 26.94 |
| Gustavo Garcia | 06/13/19 | Out of town dinner while traveling. | $ 39.60 |
| Dennis Cha | 06/13/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/14/19 | Out of town breakfast while traveling. | $ 8.56 |
| Gustavo Garcia | 06/16/19 | Out of town breakfast while traveling. | $ 3.73 |
| David Ross | 06/17/19 | Out of town breakfast for D. Ross 6/17. | $ 7.04 |
| Scott Stoddard | 06/17/19 | Out of town breakfast while traveling. | $ 11.45 |
| Dennis Cha | 06/17/19 | Out of town dinner while traveling. | $ 21.08 |
| Gustavo Garcia | 06/17/19 | Out of town dinner while traveling. | $ 23.00 |
| Gustavo Garcia | 06/17/19 | Out of town breakfast while traveling. | $ 26.40 |
| David Ross | 06/17/19 | Out of town dinner for D. Ross 6/17. | $ 37.96 |
| Scott Stoddard | 06/17/19 | Out of town dinner while traveling. | $ 40.00 |
| Dennis Cha | 06/18/19 | Out of town breakfast while traveling. | $ 8.21 |
| David Ross | 06/18/19 | Out of town breakfast for D. Ross 6/18. | $ 8.84 |
| Lucy Cai | 06/18/19 | Out of town breakfast while traveling. | $ 10.00 |
| David Ross | 06/18/19 | Out of town dinner for D. Ross 6/18. | $ 15.70 |
| Scott Stoddard | 06/18/19 | Out of town breakfast while traveling. | $ 17.11 |
| Dennis Cha | 06/18/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/18/19 | Out of town dinner while traveling. | $ 40.00 |
| Lucy Cai | 06/18/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/19/19 | Out of town breakfast while traveling. | $ 8.04 |
| David Ross | 06/19/19 | Out of town breakfast for D. Ross 6/19/19. | $ 10.00 |
| Lucy Cai | 06/19/19 | Out of town breakfast while traveling on 6/19. | $ 11.78 |
| Dennis Cha | 06/19/19 | Out of town dinner while traveling. | $ 34.23 |
| David Ross | 06/19/19 | Out of town dinner for D. Ross on 6/19. | $ 40.00 |
| Gustavo Garcia | 06/20/19 | Out of town breakfast while traveling. | $ 4.99 |
| Dennis Cha | 06/20/19 | Out of town dinner while traveling. | $ 11.60 |
| Gustavo Garcia | 06/20/19 | Out of town dinner while traveling. | $ 30.00 |
| David Ross | 06/20/19 | Out of town breakfast for D. Ross on 6/20. | $ 30.16 |
| Lucy Cai | 06/20/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 06/23/19 | Out of town breakfast while traveling. | $ 4.15 |
| Gustavo Garcia | 06/24/19 | Out of town breakfast while traveling. | $ 3.45 |
| Dennis Cha | 06/24/19 | Out of town dinner while traveling. | $ 12.08 |
| Scott Stoddard | 06/24/19 | Out of town breakfast while traveling. | $ 12.30 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| David Ross | 06/24/19 | Dinner while traveling. | $ | 40.00 |
| Gustavo Garcia | 06/24/19 | Out of town dinner while traveling. | $ | 40.00 |
| Gustavo Garcia | 06/25/19 | Out of town breakfast while traveling. | $ | 8.49 |
| David Ross | 06/25/19 | Out of town dinner for D. Ross on 6/25. | $ | 10.00 |
| Dennis Cha | 06/25/19 | Out of town breakfast while traveling. | $ | 10.00 |
| Scott Stoddard | 06/25/19 | Out of town breakfast while traveling. | $ | 12.45 |
| Gustavo Garcia | 06/25/19 | Out of town dinner while traveling. | $ | 23.03 |
| Kyle McNamara | 06/25/19 | Out of town breakfast in San Francisco, CA, while working on PG&E engagement. | $ | 25.00 |
| Kyle McNamara | 06/25/19 | Out of town dinner in San Francisco, CA, while working on PG&E engagement. | $ | 25.00 |
| David Ross | 06/25/19 | Breakfast while traveling. | $ | 40.00 |
| Dennis Cha | 06/25/19 | Out of town dinner while traveling for D. Cha (KPMG). | $ | 40.00 |
| Scott Stoddard | 06/25/19 | Out of town dinner while traveling. | $ | 40.00 |
| Rita Squalli Houssaini | 06/26/19 | Out of town breakfast incurred in San Francisco, CA while performing work for PG&E. | $ | 3.00 |
| Kyle McNamara | 06/26/19 | Breakfast in San Francisco, CA, while working on PG&E engagement. | $ | 8.92 |
| David Ross | 06/26/19 | Out of town breakfast for D. Ross on 6/26. | $ | 10.00 |
| Dennis Cha | 06/26/19 | Out of town breakfast while traveling. | $ | 10.00 |
| Scott Stoddard | 06/26/19 | Out of town breakfast while traveling. | $ | 10.00 |
| Gustavo Garcia | 06/26/19 | Out of town breakfast while traveling. | $ | 13.15 |
| Rita Squalli Houssaini | 06/26/19 | Out of town dinner incurred in San Francisco, CA while performing work for PG&E. | $ | 22.70 |
| Scott Stoddard | 06/26/19 | Out of town dinner while traveling. | $ | 40.00 |
| David Ross | 06/26/19 | Out of town dinner on 6/26 for D. Cha, D. Ross, and G. Garcia, (all KPMG). | $ | 120.00 |
| David Ross | 06/27/19 | Out of town breakfast for D. Ross on 6/27. | $ | 11.01 |
| Scott Stoddard | 06/27/19 | Out of town breakfast while traveling. | $ | 15.00 |
| Dennis Cha | 06/27/19 | Out of town dinner while traveling. | $ | 15.50 |
| Gustavo Garcia | 06/27/19 | Out of town breakfast while traveling. | $ | 15.87 |
| Scott Stoddard | 06/27/19 | Out of town dinner while traveling. | $ | 40.00 |
| Scott Stoddard | 06/28/19 | Out of town breakfast while traveling | $ | 15.00 |
| Gustavo Garcia | 06/30/19 | Out of town dinner while traveling. | $ | 13.50 |
| Scott Stoddard | 06/30/19 | Out of town breakfast while traveling | $ | 15.00 |
| | | **Meals Subtotal** | **$** | **3,503.63** |
| Kirk-Patrick Caron | 05/06/19 | Ground transportation via Taxi for travel from San Francisco Airport to San Francisco hotel. | $ | 58.50 |
| Kirk-Patrick Caron | 05/07/19 | Ground transportation via BART for travel from Dublin, CA to San Francisco, CA | $ | 7.00 |
| Kirk-Patrick Caron | 05/07/19 | Ground transportation via LYFT for travel from San Francisco office to hotel. | $ | 11.62 |
| Kirk-Patrick Caron | 05/07/19 | Ground transportation via LYFT for travel from San Francisco to client site in San Ramon. | $ | 74.46 |
| Kirk-Patrick Caron | 05/08/19 | Ground transportation via LYFT for travel from San Francisco office to hotel. | $ | 14.19 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Kirk-Patrick Caron | 05/08/19 | Ground transportation via LYFT for travel from San Ramon Conference Center to Dublin, CA Bart station. | $ 16.12 |
| Kirk-Patrick Caron | 05/08/19 | Ground transportation via LYFT for travel from hotel to San Francisco office. | $ 24.53 |
| Kirk-Patrick Caron | 05/09/19 | Ground transportation via LYFT for travel from San Francisco office to hotel. | $ 10.37 |
| Kirk-Patrick Caron | 05/09/19 | Ground transportation via LYFT for travel from hotel to San Francisco office. | $ 12.20 |
| Kirk-Patrick Caron | 05/09/19 | Ground transportation via Concord Coaches / Bus to the airport from my home. | $ 30.00 |
| Kirk-Patrick Caron | 05/09/19 | Ground transportation via LYFT for travel from San Francisco office to Airport (SFO). | $ 47.83 |
| Kirk-Patrick Caron | 05/13/19 | Fuel for Car Rental for 1 day (05-13-19). | $ 13.75 |
| Kirk-Patrick Caron | 05/13/19 | Parking at Lodging for 1 night (05/12/19 - 05/13/19) while traveling to perform work for PG&E. | $ 35.91 |
| Kirk-Patrick Caron | 05/13/19 | Car Rental for 1 day (05-13-19). | $ 58.82 |
| Kirk-Patrick Caron | 05/15/19 | Ground transportation via LYFT for travel from office to hotel. | $ 34.00 |
| Kirk-Patrick Caron | 05/16/19 | Ground transportation via taxi for travel to the airport (Logan) from Boston office. | $ 20.30 |
| Kirk-Patrick Caron | 05/16/19 | Tolls for Car Rental for 4 days (05/12/19 - 05/16/19). | $ 28.85 |
| Kirk-Patrick Caron | 05/16/19 | Fuel for Car Rental for 2 days (05-15-19 - 05-16-19). | $ 29.17 |
| Kirk-Patrick Caron | 05/16/19 | Car Rental for 2 days (05-15-19 - 05-16-19). | $ 58.82 |
| Kirk-Patrick Caron | 05/16/19 | Airport parking Boston, Airport (05/12 - 05/16). | $ 66.00 |
| Kirk-Patrick Caron | 05/29/19 | Tolls for Car rental for 2 days (05/28 - 05/29). | $ 21.71 |
| Kirk-Patrick Caron | 05/29/19 | Fuel for Car rental for 2 days (05/28 - 05/29). | $ 28.32 |
| Kirk-Patrick Caron | 05/29/19 | Car rental for 2 days (05/28 - 05/29). | $ 100.71 |
| Kirk-Patrick Caron | 05/30/19 | Ground transportation via LYFT for travel from hotel to San Francisco office. | $ 13.33 |
| Kirk-Patrick Caron | 05/30/19 | Ground transportation via LYFT for travel from San Francisco to San Francisco Airport, CA. | $ 85.45 |
| Matthew Bowser | 05/30/19 | Gas for Car Rental for 3 days (05/28 - 05/30). | $ 16.00 |
| Matthew Bowser | 05/30/19 | Tolls for Car Rental for 3 days (05/28 - 05/30). | $ 28.60 |
| Kirk-Patrick Caron | 05/30/19 | Ground transportation via LYFT for travel from rental car facility to San Francisco hotel. | $ 34.40 |
| Gustavo Garcia | 05/30/19 | Toll charges for Car Rental for 6 days (05/27/19 - 05/30/19). | $ 40.07 |
| Kirk-Patrick Caron | 05/30/19 | Ground transportation via Concord Coaches / Bus for roundtrip travel to the airport from my home. | $ 50.00 |
| Kirk-Patrick Caron | 05/31/19 | Ground transportation via LYFT for travel from bus station to home. | $ 25.34 |
| Gustavo Garcia | 06/02/19 | Ground transportation via UBER for travel from home to airport. | $ 14.83 |
| Dennis Cha | 06/02/19 | Ground transportation via LYFT for travel from home to Los Angeles, CA Airport. | $ 27.35 |
| Gustavo Garcia | 06/02/19 | Ground transportation via UBER for travel from airport to client site. | $ 33.85 |
| David Ross | 06/03/19 | Ground transportation via Lyft for travel from home to Los Angeles Airport for D. Ross. | $ 12.71 |
| Aldryn Estacio | 06/03/19 | Roundtrip via Bart Transit for travel from San Francisco Airport (SFO) to Embarcadero in San Francisco City, CA. | $ 19.30 |
| Matt Broida | 06/03/19 | Ground transportation via LYFT from hotel to PG&E San Ramon office on 6/3. | $ 25.26 |
| Aldryn Estacio | 06/03/19 | Airport parking for 1 day (06/03). | $ 32.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Mark Ehrhardt | 06/03/19 | Ground transportation via UBER for travel from hotel to client site for design session with PG&E. | $ 59.27 |
| Mark Ehrhardt | 06/03/19 | Ground transportation via UBER for travel from airport to hotel. | $ 71.75 |
| Gustavo Garcia | 06/04/19 | Ground transportation via Uber for travel from client site to hotel. | $ 7.20 |
| Mark Ehrhardt | 06/04/19 | Ground transportation via UBER for travel from hotel to dinner while traveling. | $ 25.01 |
| Mark Ehrhardt | 06/04/19 | Ground transportation via UBER for travel from dinner to hotel while traveling. | $ 25.28 |
| David Ross | 06/04/19 | Parking at lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ 30.00 |
| Mark Ehrhardt | 06/04/19 | Ground transportation via UBER from hotel to PG&E Tableau Dashboard Design Session at PG&E site. | $ 67.93 |
| Mark Ehrhardt | 06/04/19 | Ground transportation from airport to home. | $ 68.38 |
| David Ross | 06/05/19 | Fuel for Car Rental for D. Ross for 3 days (06/03 - 06/05/19). | $ 11.69 |
| David Ross | 06/05/19 | Ground transportation via Uber for travel from Los Angeles Airport to home. | $ 12.58 |
| Lucy Cai | 06/05/19 | Ground transportation via Uber from client site to hotel. | $ 29.71 |
| David Ross | 06/05/19 | Parking at lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ 30.00 |
| Scott Stoddard | 06/05/19 | Parking at Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ 30.00 |
| Matt Broida | 06/05/19 | Ground transportation via LYFT for travel from PG&E San Ramon to hotel on 06/05. | $ 30.62 |
| David Ross | 06/05/19 | Tolls for Car Rental for D. Ross for 3 days (06/03 - 06-05/19). | $ 47.35 |
| David Ross | 06/05/19 | Car Rental for D. Ross for 3 days (06/03 - 06/05/19). | $ 137.73 |
| Gustavo Garcia | 06/06/19 | Ground transportation via Uber for travel from hotel to client offices. | $ 8.89 |
| Gustavo Garcia | 06/06/19 | Ground transportation via UBER for travel to home from airport. | $ 15.93 |
| Dennis Cha | 06/06/19 | Tolls for Car Rental for 5 days (06/02 - 06-06/19). | $ 17.43 |
| Preston Devaney | 06/06/19 | Ground transportation via UBER for travel from home to airport. | $ 20.74 |
| Lucy Cai | 06/06/19 | Ground transportation via Uber from hotel to client site | $ 21.36 |
| Matt Broida | 06/06/19 | Ground transportation via LYFT for travel from hotel to PG&E San Ramon on 6/6. | $ 27.47 |
| Dennis Cha | 06/06/19 | Ground transportation via LYFT for travel from Los Angeles, CA (LAX) airport to home. | $ 31.90 |
| Matt Broida | 06/06/19 | Ground transportation via LYFT for travel to home from Houston, TX Airport (IAH) on 06/06. | $ 33.32 |
| Gustavo Garcia | 06/06/19 | Ground transportation via UBER for travel to airport from client site. | $ 35.48 |
| Kyle McNamara | 06/06/19 | Ground transportation from San Francisco airport to downtown San Francisco to work on PG&E engagement. | $ 42.69 |
| Matt Broida | 06/06/19 | Ground transportation via LYFT for travel from San Ramon office to San Francisco Airport (SFO) on 06/06. | $ 68.02 |
| Tom Schenk | 06/06/19 | Ground transportation via UBER for travel to Chicago, IL airport from home. | $ 106.89 |
| Scott Stoddard | 06/06/19 | Parking for 3 days (06/04/19 - 06/06/19) at airport. | $ 120.00 |
| Scott Stoddard | 06/06/19 | Car Rental for 3 days (06/04/19 - 06/06/19). | $ 153.76 |
| Dennis Cha | 06/06/19 | Car Rental for 5 days (06/02 - 06-06/19). | $ 190.84 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel from PG&E offices to hotel | $ 7.62 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Preston Devaney | 06/07/19 | Ground transportation via UBER for travel from hotel to PG&E office. | $ 15.53 |
| Kyle McNamara | 06/07/19 | Reimbursable mileage for roundtrip travel to home from Phoenix airport. (32 miles @.58 = $18.56). | $ 18.56 |
| Preston Devaney | 06/07/19 | Ground transportation via UBER for travel from PG&E site to airport. | $ 29.81 |
| Kirk-Patrick Caron | 06/07/19 | Ground transportation via Concord Coaches / Bus to the airport from my home. | $ 30.00 |
| Kyle McNamara | 06/07/19 | Ground transportation from San Francisco to San Francisco (SFO) Airport after working on PG&E engagement. | $ 34.45 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel from hotel to San Francisco, CA Airport (SFO). | $ 36.55 |
| Kirk-Patrick Caron | 06/07/19 | Ground transportation via LYFT for travel from KPMG San Francisco office to Airport. | $ 41.55 |
| Kyle McNamara | 06/07/19 | Parking at Phoenix Airport for 2 days (06/06 - 06/07) while working on PG&E engagement. | $ 54.00 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel to San Francisco Airport from hotel. | $ 59.29 |
| Tom Schenk | 06/08/19 | Ground transportation from hotel to PG&E offices. | $ 6.00 |
| Kirk-Patrick Caron | 06/08/19 | Ground transportation via LYFT for travel from bus station to home. | $ 22.34 |
| Preston Devaney | 06/08/19 | Ground transportation from airport to home (next day arrival) | $ 24.29 |
| Dennis Cha | 06/09/19 | Ground transportation via LYFT for travel from home to Los Angeles, CA (LAX) airport. | $ 34.15 |
| Arun Mani | 06/09/19 | Ground transportation via Square for travel from Residence to Houston, Texas Airport (IAH). | $ 85.00 |
| David Ross | 06/10/19 | Ground transportation via Lyft for travel from home to airport for D. Ross. | $ 14.61 |
| Matt Broida | 06/10/19 | Ground transportation via LYFT for travel from home to Houston, TX Airport (IAH) on 6/10. | $ 27.05 |
| Arun Mani | 06/10/19 | Ground transportation via UBER to travel from PG&E to San Francisco (SFO) Airport. | $ 91.24 |
| David Ross | 06/11/19 | Ground transportation via train for travel from Walnut Creek to Downtown San Francisco for PG&E meetings. | $ 15.00 |
| David Ross | 06/11/19 | Parking for Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 30.00 |
| Lucy Cai | 06/11/19 | Parking - Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ 30.00 |
| David Ross | 06/12/19 | Parking for Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ 30.00 |
| Lucy Cai | 06/12/19 | Parking at Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ 30.00 |
| Scott Stoddard | 06/12/19 | Parking at Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ 30.00 |
| Matt Broida | 06/12/19 | Ground transportation via LYFT for travel from PG&E downtown to Hotel 6/11 Ride from PG&E downtown to Hotel | $ 43.19 |
| David Ross | 06/13/19 | Ground transportation via LYFT for travel from Airport to home for D. Ross on 6/13. | $ 12.82 |
| Scott Stoddard | 06/13/19 | Fuel for Car Rental for 3 days (06/11/19 - 06/13/19). | $ 20.00 |
| Dennis Cha | 06/13/19 | Tolls for Car Rental for 5 days (06/09/19 - 06/13/19). | $ 20.71 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| David Ross | 06/13/19 | Tolls for rental car for travel to / from PG&E office for 4 days (6/10 - 6/13). | $ | 26.85 |
| David Ross | 06/13/19 | Parking for Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Scott Stoddard | 06/13/19 | Parking at Lodging for 1 night (06/12/19 - 06/13/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 06/13/19 | Ground transportation via LYFT for travel from Houston, TX Airport (IAH) to home on 6/13. | $ | 34.75 |
| Lucy Cai | 06/13/19 | Tolls for Rental car for 9 days (06-05-19 - 06/13/19) while traveling at client site. | $ | 37.33 |
| Lucy Cai | 06/13/19 | Fuel for Rental car for 9 days (06-05-19 - 06/13/19) while traveling at client site. | $ | 45.52 |
| Dennis Cha | 06/13/19 | Ground transportation via travel from Los Angeles, CA (LAX) airport to home. | $ | 45.81 |
| Lucy Cai | 06/13/19 | Ground transportation via Taxi from airport to home. | $ | 51.75 |
| Matt Broida | 06/13/19 | Ground transportation via LYFT for travel from San Ramon to San Francisco, CA Airport (SFO) on 6/13. | $ | 67.87 |
| Scott Stoddard | 06/13/19 | Car Rental for 3 days (06/11/19 - 06/13/19). | $ | 111.91 |
| Scott Stoddard | 06/13/19 | Parking for 3 days (06/11/19 - 06/13/19) at airport. | $ | 120.00 |
| David Ross | 06/13/19 | Car Rental for D. Ross for 4 days (6/10 - 6/13). | $ | 196.52 |
| Lucy Cai | 06/13/19 | Rental car for 9 days (06-05-19 - 06/13/19) while traveling at client site. | $ | 212.55 |
| Dennis Cha | 06/13/19 | Car Rental for 5 days (06/09/19 - 06/13/19). | $ | 223.02 |
| Gustavo Garcia | 06/14/19 | Fuel for Car Rental for 5 days (06/10 - 06-14/19). | $ | 20.27 |
| Gustavo Garcia | 06/14/19 | Ground transportation via UBER from airport to home. | $ | 25.68 |
| Gustavo Garcia | 06/14/19 | Car Rental for 5 days (06/10 - 06-14/19). | $ | 177.80 |
| Gustavo Garcia | 06/15/19 | Parking at Lodging for 1 night (06/14/19 - 06/15/19) while traveling to perform work for PG&E. | $ | 14.40 |
| Gustavo Garcia | 06/16/19 | Ground transportation via UBER for travel from home to airport. | $ | 14.50 |
| Matt Broida | 06/16/19 | Ground transportation via LYFT for travel from home to Houston, TX Airport (IAH) on 6/16. | $ | 32.33 |
| Gustavo Garcia | 06/16/19 | Ground transportation via UBER from airport to client site. | $ | 33.25 |
| Gustavo Garcia | 06/17/19 | Ground transportation via UBER from hotel to client site. | $ | 7.20 |
| David Ross | 06/17/19 | Ground transportation via Lyft for travel from home to airport 6/17 for D. Ross. | $ | 14.90 |
| Lucy Cai | 06/17/19 | Ground transportation via Lyft from home to airport while traveling at client site | $ | 86.09 |
| Gustavo Garcia | 06/18/19 | Ground transportation via UBER from hotel to client site. | $ | 9.40 |
| Scott Stoddard | 06/18/19 | Parking In San Francisco for PG&E Status Update Meeting. | $ | 24.00 |
| David Ross | 06/18/19 | Parking at Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Lucy Cai | 06/18/19 | Parking at Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Scott Stoddard | 06/18/19 | Parking for 2 days (06/17/19 - 06/18/19) at Airport. | $ | 80.00 |
| Scott Stoddard | 06/18/19 | Car Rental for 2 days (06/17/19 - 06/18/19). | $ | 164.01 |
| Gustavo Garcia | 06/19/19 | Ground transportation via UBER from client site to hotel. | $ | 7.99 |
| David Ross | 06/19/19 | Tolls for driving to PG&E office for D. Ross (6/17 - 6/19). | $ | 21.35 |
| David Ross | 06/19/19 | Parking at Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 30.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Lucy Cai | 06/19/19 | Parking at Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 30.00 |
| David Ross | 06/19/19 | Car Rental for D. Ross for 3 days (6/17 - 6/19). | $ | 115.11 |
| Gustavo Garcia | 06/20/19 | Ground transportation via UBER from hotel to client site. | $ | 7.63 |
| David Ross | 06/20/19 | Ground transportation via Lyft for travel from Airport to home for D. Ross. | $ | 12.82 |
| Gustavo Garcia | 06/20/19 | Ground transportation via UBER for travel from airport to home. | $ | 15.68 |
| Dennis Cha | 06/20/19 | Tolls for Car Rental for 4 days (06/17 - 06/20/19). | $ | 21.80 |
| David Ross | 06/20/19 | Tolls for driving to PG&E Office for D. Ross | $ | 21.80 |
| David Ross | 06/20/19 | Ground transportation via Lyft for travel from office to San Francisco Airport (SFO) for D. Ross on 6/20. | $ | 25.81 |
| Lucy Cai | 06/20/19 | Ground transportation via Uber from office to airport while traveling | $ | 27.63 |
| Dennis Cha | 06/20/19 | Ground transportation via LYFT for travel from Los Angeles (LAX) airport to home. | $ | 27.86 |
| Gustavo Garcia | 06/20/19 | Ground transportation via UBER from client site to airport. | $ | 34.96 |
| Lucy Cai | 06/20/19 | Tolls for Rental car for 4 days (06-17 - 06/20/19) while traveling at client site. | $ | 41.75 |
| Lucy Cai | 06/20/19 | Ground transportation via Lyft from office to hotel | $ | 48.10 |
| Lucy Cai | 06/20/19 | Ground transportation via Taxi from airport to home | $ | 57.50 |
| Lucy Cai | 06/20/19 | Rental car for 4 days (06-17 - 06/20/ 19) while traveling at client site. | $ | 141.66 |
| Dennis Cha | 06/20/19 | Car Rental for 4 days (06/17 - 06/20/19). | $ | 230.38 |
| Dennis Cha | 06/23/19 | Ground transportation via LYFT for travel from home to Los Angeles, CA (LAX) airport. | $ | 34.14 |
| David Ross | 06/24/19 | Ground transportation via Lyft for travel from home to airport on 6/24 for D. Ross. | $ | 14.68 |
| David Ross | 06/24/19 | Parking at Lodging for 1 night (06/24/19 - 06/25/19) while traveling to perform work for PG&E. | $ | 72.00 |
| Kyle McNamara | 06/25/19 | Ground transportation via UBER for travel from Airport to Hotel. | $ | 40.33 |
| Kyle McNamara | 06/25/19 | Ground transportation via UBER for travel from hotel to client site. | $ | 40.82 |
| David Ross | 06/26/19 | Tolls for D. Ross driving to PG&E Office 6/24-6/25 | $ | 20.25 |
| David Ross | 06/26/19 | Parking at Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Kyle McNamara | 06/26/19 | Ground transportation via Uber for travel from hotel to client offices. | $ | 35.04 |
| Rita Squalli Houssaini | 06/26/19 | Ground transportation via LYFT for travel from San Francisco, CA Airport (SFO) to Hotel. | $ | 36.67 |
| Kyle McNamara | 06/26/19 | Ground transportation via UBER for travel from client site to Airport. | $ | 47.33 |
| Rita Squalli Houssaini | 06/26/19 | Parking expense in Seattle airport while travelling to San Francisco for PG&E work for 2 days (06/25/19 - 06/26/19) | $ | 57.00 |
| Dennis Cha | 06/27/19 | Tolls for Car Rental for 5 days (06/23/19 - 06/27/19). | $ | 2.14 |
| David Ross | 06/27/19 | Ground transportation via Lyft for travel from Airport to home for D. Ross on 6/27. | $ | 12.55 |
| Lucy Cai | 06/27/19 | Tolls for Rental car for 4 days (06-24/19 - 06/27/ 19) while traveling at client site. | $ | 25.50 |
| David Ross | 06/27/19 | Parking at Lodging for 1 night (06/26/19 - 06/27/19) while traveling to perform work for PG&E. | $ | 30.00 |
| David Ross | 06/27/19 | Tolls for driving to PG&E Office for D. Ross 6/25-6/27. | $ | 37.80 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
June 1, 2019 through June 30, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Scott Stoddard | 06/27/19 | Parking for 4 days (06/23/19 - 06/27/19) at Airport. | $ | 160.00 |
| David Ross | 06/27/19 | Rental Car for D. Ross for 4 days (6/24 - 6/27). | $ | 200.50 |
| Scott Stoddard | 06/27/19 | Car Rental for 5 days (06/23/19 - 06/27/19). | $ | 210.02 |
| Gustavo Garcia | 06/27/19 | Car Rental for 5 days (06/23/19 - 06-27/19). | $ | 216.74 |
| Scott Stoddard | 06/28/19 | Tolls for Car Rental for 5 days (06/23/19 - 06/27/19). | $ | 8.95 |
| Gustavo Garcia | 06/30/19 | Ground transportation via UBER for travel from home to airport. | $ | 25.38 |
| | | **Total Ground Transportation** | **$** | **8,010.03** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **51,102.77** |