| | |
|---|---|
| BAKER & HOSTETLER LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: (628) 208-6434<br>Facsimile: (310) 820-8859<br>Email: rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com |
| Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>Email: esagerman@bakerlaw.com<br>lattard@bakerlaw.com | Ashley Vinson Crawford (SBN 257246)<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| *Counsel to the Official Committee of Tort Claimants* | *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**NOTICE OF FILING OF AMENDED JOINT PLAN TERM SHEET** |

**PLEASE TAKE NOTICE** that on September 19, 2019, the Official Committee of Tort Claimants (the "TCC") in the above-captioned chapter 11 cases and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") filed the *Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [Docket No. 3940] (the "Joint Exclusivity Termination Motion"). The TCC and Ad Hoc Committee's joint plan term sheet (the "Joint Plan Term Sheet") was attached as Exhibit B to the Joint Exclusivity Termination Motion.

**PLEASE TAKE FURTHER NOTICE** that at the status conference on September 24, 2019, the Court directed the Ad Hoc Committee to file an amended Joint Plan Term Sheet (the "Amended Joint Plan Term Sheet") by close of business on September 25, 2019.

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2019 the TCC and Ad Hoc Committee filed the Amended Joint Plan Term Sheet, subject to TCC approval.

**PLEASE TAKE FURTHER NOTICE** that on September 27, 2019 the TCC approved the Amended Joint Plan Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a Second Amended Joint Plan Term Sheet. The Second Amended Joint Plan Term Sheet clarifies that certain public entities would be paid $1 billion consistent with their Plan Support Agreements with the Debtors. A blackline version, which identifies the clarifications to the Amended Joint Plan Term Sheet filed on September 25, 2019, is attached hereto as Exhibit B.

[remainder of page intentionally left blank]

| | | |
|---|---|---|
| Dated: October 4, 2019 | | **BAKER & HOSTETLER LLP** |

By: /s/ Cecily A. Dumas
   Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
   Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)

*Counsel to the Official Committee of Tort Claimants*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ David H. Botter
   Ashley Vinson Crawford (SBN 257246)
   Michael S. Stamer (*pro hac vice*)
   Ira S. Dizengoff (*pro hac vice*)
   David H. Botter (*pro hac vice*)
   Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*