**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit A**
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period May 1, 2019 through May 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Internal Audit Assessment Services* | | *Retention Exhibit #: 01-F* |
| Internal Audit Assessment Services | 37.00 | $21,600.00 |
| *Subtotal - Internal Audit Assessment Services* | *37.00* | *$21,600.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **37.00** | **$21,600.00** |
| **Hourly Services** | | |
| *Strategic Analysis Services* | | *Retention Exhibit #: 03* |
| Project Management Office | 6.00 | $4,680.00 |
| Accounting & Reporting Services | 1,144.10 | $587,861.30 |
| Tax Services | -81.90 | ($51,188.00) |
| Travel Time - Nonworking (@ 50%) | -9.40 | ($7,209.60) |
| *Subtotal - Strategic Analysis Services* | *1,058.80* | *$534,143.70* |
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* |
| Tax Services | 180.10 | $108,328.00 |
| Travel Time - Nonworking (@ 50%) | 9.40 | $7,209.60 |
| *Subtotal - Bankruptcy Tax Advisory Services* | *189.50* | *$115,537.60* |
| **Subtotal - Hours and Compensation - Hourly Services** | **1,248.30** | **$649,681.30** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 6.50 | $3,575.00 |
| Monthly, Interim and Final Fee Applications | 94.00 | $42,600.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *100.50* | *$46,175.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **100.50** | **$46,175.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **1,385.80** | **$717,456.30** |