**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2019 through May 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Internal Audit Assessment Services* | | *Retention Exhibit #: 01-F* | |
| Amanda Cicely Herron | Partner | 22.00 | |
| Zachary Alfred Pucheu | Director | 15.00 | |
| *Subtotal - Internal Audit Assessment Services* | | *37.00* | *$21,600.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **37.00** | **$21,600.00** |