**PG&E Corporation, et al. (Case No. 19-30088 (DM))**         **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period May 1, 2019 through May 31, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| *Internal Audit Assessment Services* | | | | *Retention Exhibit # 01-F* |
| 4/12/2019 | Amanda Cicely Herron | Partner | 0519F0001: Preparation for the Site Visit (04/18) - Determination of approach to the internal audit needs from PG&E management. | 1.00 |
| 4/15/2019 | Amanda Cicely Herron | Partner | 0519F0002: Preparation for the Site Visit (04/18) - Review results and the documentation supporting analysis. | 1.00 |
| 4/18/2019 | Amanda Cicely Herron | Partner | 0519F0003: Meetings with department leadership and stakeholders. | 4.00 |
| 4/18/2019 | Amanda Cicely Herron | Partner | 0519F0004: Continue - Meetings with department leadership and stakeholders. | 4.00 |
| 5/1/2019 | Amanda Cicely Herron | Partner | 0519F0005: Review results and the documentation supporting analysis. | 1.00 |
| 5/2/2019 | Amanda Cicely Herron | Partner | 0519F0006: Review results and the documentation supporting analysis. | 1.00 |
| 5/3/2019 | Amanda Cicely Herron | Partner | 0519F0007: Review results and the documentation supporting analysis. | 1.00 |
| 5/6/2019 | Amanda Cicely Herron | Partner | 0519F0008: Review results and the documentation supporting analysis. | 1.00 |
| 5/7/2019 | Amanda Cicely Herron | Partner | 0519F0009: Review results and the documentation supporting analysis. | 1.00 |
| 5/8/2019 | Amanda Cicely Herron | Partner | 0519F0010: Review results and the documentation supporting analysis. | 1.00 |
| 5/9/2019 | Amanda Cicely Herron | Partner | 0519F0011: Review results and the documentation supporting analysis. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period May 1, 2019 through May 31, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/10/2019 | Amanda Cicely Herron | Partner | 0519F0012: Preparation for the internal audit management workshop. | 1.00 |
| 5/13/2019 | Amanda Cicely Herron | Partner | 0519F0013: Preparation for the internal audit management workshop. | 1.00 |
| 5/13/2019 | Zachary Alfred Pucheu | Director | 0519F0014: Preparation for the internal audit management workshop. | 3.00 |
| 5/14/2019 | Amanda Cicely Herron | Partner | 0519F0015: Preparation for the internal audit management workshop. | 1.00 |
| 5/15/2019 | Amanda Cicely Herron | Partner | 0519F0016: Preparation for the internal audit management workshop. | 1.00 |
| 5/15/2019 | Zachary Alfred Pucheu | Director | 0519F0017: Preparation for the internal audit management workshop. | 1.00 |
| 5/20/2019 | Amanda Cicely Herron | Partner | 0519F0018: Preparation for the internal audit management workshop. | 1.00 |
| 5/20/2019 | Zachary Alfred Pucheu | Director | 0519F0019: Preparation for the internal audit management workshop. | 1.00 |
| 5/21/2019 | Zachary Alfred Pucheu | Director | 0519F0020: Meetings and workshop with the PG&E Internal Audit Management. | 4.00 |
| 5/21/2019 | Zachary Alfred Pucheu | Director | 0519F0021: Continue - Meetings and workshop with the PG&E Internal Audit Management. | 4.00 |
| 5/30/2019 | Zachary Alfred Pucheu | Director | 0519F0022: Summarize findings, including preparation of report. | 2.00 |

*Total - Hours - Internal Audit Assessment Services*     *37.00*

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period May 1, 2019 through May 31, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| **Total - Hours - Fixed Fee Services** | | | | **37.00** |