**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period May 1, 2019 through May 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Strategic Analysis Services* | | | | *Retention Exhibit #: 03* |
| Meredith Marie Strong | Partner | $909 | 19.50 | $17,725.50 |
| Michael P Niland | Partner | $909 | 2.00 | $1,818.00 |
| Terry Bart Stratton | Partner | $909 | -31.50 | ($28,633.50) |
| Marcus S Simms | Partner | $780 | 6.00 | $4,680.00 |
| Chike Azinge | Director | $776 | 116.00 | $90,016.00 |
| Michael John Dixon | Director | $776 | 66.80 | $51,836.80 |
| Walter Andrew Okpych | Director | $776 | 1.00 | $776.00 |
| Leah Kondo Von Pervieux | Director | $707 | -4.30 | ($3,040.10) |
| Trevor Perea | Director | $707 | -4.00 | ($2,828.00) |
| Brian M Choi | Manager | $650 | 47.30 | $30,745.00 |
| Johnnie Mata | Manager | $650 | 122.00 | $79,300.00 |
| Quan Tran | Manager | $650 | 120.00 | $78,000.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | -51.50 | ($23,896.00) |
| John Zachary Pedrick | Senior Associate | $422 | 97.00 | $40,934.00 |
| Ellenor Kathleen Harkin | Associate | $380 | 225.00 | $85,500.00 |
| Lindsay Slocum | Associate | $380 | 162.00 | $61,560.00 |
| Alexander Shartzer | Associate | $300 | 10.00 | $3,000.00 |
| Christina Patricia Faidas | Associate | $300 | 145.10 | $43,530.00 |
| Jesse Hellman | Associate | $300 | 10.40 | $3,120.00 |
| **Subtotal - Strategic Analysis Services** | | | **1,058.80** | **$534,143.70** |
| *Bankruptcy Tax Advisory Services* | | | | *Retention Exhibit #: 05* |
| Julie Allen | Partner | $909 | 0.50 | $454.50 |
| Terry Bart Stratton | Partner | $909 | 45.00 | $40,905.00 |
| Leah Kondo Von Pervieux | Director | $707 | 23.30 | $16,473.10 |
| Trevor Perea | Director | $707 | 15.00 | $10,605.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 87.00 | $40,368.00 |
| David Winter | Associate | $360 | 10.70 | $3,852.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period May 1, 2019 through May 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Krista Fonseca | Associate | $360 | 8.00 | $2,880.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *189.50* | *$115,537.60* |
| **Subtotal - Hourly Services** | | | **1,248.30** | **$649,681.30** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 72.50 | $39,875.00 |
| Nanette J Kortuem | Associate | $225 | 28.00 | $6,300.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *100.50* | *$46,175.00* |
| **Subtotal - Case Administration** | | | **100.50** | **$46,175.00** |
| **Total - Hourly Services and Case Administration** | | | **1,348.80** | **$695,856.30** |