**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period May 1, 2019 through May 31, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* |
|     Airfare | $402.45 |
|     Lodging | $374.50 |
|     Meals | $60.56 |
|     Parking | $48.00 |
|     Public/Ground Transportation | $53.60 |
| *Subtotal - Expenditures Sought for Internal Audit Assessment Services* | *$939.11* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$939.11** |
| **Hourly Services** | |
| *Strategic Analysis Services* | *Retention Exhibit #: 03* |
|     Airfare | $12,625.80 |
|     Lodging | $27,391.32 |
|     Meals | $5,388.20 |
|     Parking | $191.80 |
|     Public/Ground Transportation | $3,018.02 |
| *Subtotal - Expenditures Sought for Strategic Analysis Services* | *$48,615.14* |
| *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* |
|     Airfare | $1,487.56 |
|     Meals | $43.91 |
|     Parking | $64.00 |
|     Public/Ground Transportation | $429.87 |
| *Subtotal - Expenditures Sought for Bankruptcy Tax Advisory Services* | *$2,025.34* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$50,640.48** |
| **Case Administration** | |
| *Bankruptcy Requirements and Other Court Obligations* | |
|     External Charges | $57.50 |
| *Subtotal - Expenditures Sought for Bankruptcy Requirements and Other Court Obligations* | *$57.50* |
| **Subtotal - Expenditures Sought for Case Administration** | **$57.50** |
| **Total - Expenditures Sought for Reimbursement** | **$51,637.09** |