BARBARA A VINSON; LLOYD K VINSON
P.O. BOX 2552
BARSTOW, CA 92312


FILED
OCT - 3 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Pro Se
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                             Debtor.<br>Affects Pacific Gas and Electric Company, being in Lis Pendens by those Plaintiffs, and as Unsecured Creditor in the UNITED STATES NINTH CIRCUIT COURT OF APPEALS, SAN FRANCISCO<br><br>PLAINTIFFS' CASE NO. 18-56382<br>NINTH CIRCUIT COURT OF APPEAL | Bankruptcy Case No. 29-30088<br>Chapter 11 (Jointly administered cases with PG&E Corporation)<br><br>**NOTICE**<br>**RE: FAILURE BY UNITED STATES BAKRUPTY COURT TO INFORM THESE UNSECURED CREDITORS IN RE: RCEIPT OF PROOF OF CLAIMS; AND INTENTIONAL FAILURE BY NINTH CIRCUIT CORT SAN FRANCISCO TO DOCKET THESE PLAINTIFFS MOVING PAPERS FILED IN UNITED STATES NINTH CIRCUIT COURT OF APPEALS** |

     **PLEASE TAKE A NOTICE** that the Plaintiffs hereby alleges that Clerk of this Bankruptcy Court have not informed those Unsecured Creditors that this Bankruptcy Court have received, filed months ago, CREDITORS' PROOF OF CLAIM.

     **PLEASE TAKE A NOTICE** that the Clerk UNITED STATES NINTH CIRCUIT COURT OF APPEALS SAN FRANCISCO, have not docketed any of the Plaintiffs" Moving Papers, filed in 2018, long before the date of the filed Chapter 11 Bankruptcy by this Debtor, in this Bankruptcy Court, effectively not only alleged as **intentional under the Color of Law**, thus constituting "**Fraud upon the Ninth Circuit Court of Appeals**", but effectively causing the Ninth Circuit Court of Appeals to conceal the alleged collusion and cover up with the United State District Court Riverside Division's Judges, the Hon. Kenly Kiya Kato, Magistrate Judge and Hon. Dolly Maizie Gee, Presiding Judge, which moving papers will expose, when docketed, the ultimate "Fraud Upon the Court".

     **PLESE TAKE A NOTICE,** that all of these moving papers filed in the Ninth Circuit must be docketed, due to such serving as the Judicial Notices, in addition to support those Unsecured Creditors Proof of Claim filed in this Court. As an alternative, those Plaintiffs In Pro Se, are seeking Leave of Court to demand such moving paper being docketed and obtain copies of such, to serve as Judicial Notice, since there was no copy made from the originals.

-1-

NOTICE

Date: 9-11-19    *Barbara A. Vinson*
                 Signature

                 *Floyd K Vinson*
                 Signature

-1-