# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JULY 1 THROUGH JULY 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from July 1, 2019 through July 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 18.4 | $17,480.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 39.90 | $55,860.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 23.70 | $21,211.50 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 212.50 | $211,437.50 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 131.50 | $170,950.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 15.10 | $15,024.50 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 2.00 | $1,990.00 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 28.80 | $28,656.00 | Restructuring |
| Bryan H. Heckenlively | Partner | 2009 | $895.00 | 0.80 | $716.00 | Litigation |
| Miriam Kim | Partner | 2002 | $895.00 | 50.40 | $45,108.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 0.60 | $660.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 1.90 | $2,470.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 107.00 | $95,765.00 | Appellate |
| James C. Rutten | Partner | 1997 | $995.00 | 79.70 | $79,301.50 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 0.70 | $980.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 162.20 | $210,860.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 6.20 | $5,518.00 | Corporate / Real Estate |
| Bradley R. Schneider | Of Counsel | 2004 | $890.00 | 2.80 | $2,492.00 | Restructuring |
| Grant R. Arnow | Associate | 2017 | $535.00 | 187.00 | $100,045.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 247.60 | $191,890.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 155.20 | $97,000.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 43.50 | $29,797.50 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 0.70 | $525.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 101.00 | $54,035.00 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Lauren M. Harding | Associate | 2015 | $685.00 | 175.50 | $120,217.50 | Litigation |
| Jan W. Jorritsma | Associate | 2018 | $460.00 | 76.60 | $35,236.00 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 0.40 | $250.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 55.90 | $38,291.50 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 12.40 | $7,750.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 196.30 | $122,687.50 | Litigation |
| Tori N. Stilwell | Associate | 2019 | $315.00 | 29.80 | $9,387.00 | Litigation |
| David W. Walchak | Associate | 2018 | $460.00 | 54.70 | $25,162.00 | Litigation |
| Bobby Malhotra | eDiscovery Attorney | 2008 | $575.00 | 1.00 | $575.00 | N/A |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 200.50 | $76,190.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 136.20 | $55,161.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 93.30 | $42,918.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 100.70 | $38,266.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 154.40 | $58,672.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 72.70 | $33,442.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 86.60 | $39,836.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 66.70 | $25,346.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 108.50 | $43,942.50 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 140.50 | $64,630.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 95.30 | $43,838.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 79.90 | $32,359.50 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $405.00 | 6.70 | $2,713.50 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 41.30 | $16,726.50 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 35.80 | $16,468.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 14.20 | $6,532.00 | N/A |
| Alicia Barlow | Paralegal | N/A | $325.00 | 2.80 | $910.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 10.10 | $3,838.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 29.60 | $7,992.00 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 9.60 | $3,648.00 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Danny R. Munson | Paralegal | N/A | $380.00 | 5.30 | $2,014.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 21.90 | $7,117.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 20.20 | $7,676.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 73.70 | $25,795.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 95.20 | $40,936.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 94.00 | $40,420.00 | N/A |
| Jennifer C. Mendoza | Clerk | N/A | $110.00 | 5.20 | $572.00 | N/A |
| **Total Professionals:** | | | | **4,022.70** | **$2,537,288.50** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,095 | 875.20 | $ 958,470.00 |
| Of Counsel | $ 890 | 9.00 | $ 8,010.00 |
| Associate | $ 623 | 1,336.60 | $ 832,274.00 |
| eDiscovery Atty | $ 575 | 1.00 | $ 575.00 |
| Staff Counsel | $ 417 | 1,433.30 | $ 597,041.00 |
| **Attorneys Total** | **$ 656** | **3,655.10** | **$ 2,396,370.00** |
| Paralegal | $ 334 | 99.50 | $ 33,195.50 |
| ALS | $ 408 | 262.90 | $ 107,151.00 |
| Clerk | $ 110 | 5.20 | $ 572.00 |
| **Paraprofessionals Total** | **$ 383** | **367.60** | **$ 140,918.50** |
| **Grand Total** | **$ 631** | **4,022.70** | **$ 2,537,288.50** |