# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## JULY 1, 2019 THROUGH JULY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 020 | Legislative Issues | 72.20 | $70,184.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 3218.80 | $1,883,313.50 |
| 022 | Non-Working Travel | 39.30 | $38,135.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 80.50 | $54,177.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 536.60 | $439,635.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 75.30 | $51,843.00 |
| **TOTAL** | | **4022.70** | **$2,537,288.50** |