# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## JULY 1, 2019 THROUGH JULY 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $1,129.86 |
| Travel – Airfare | $14,762.36 |
| Travel – Hotel | $13,370.35 |
| Travel – Ground (Local) | $32.00 |
| Travel – Ground (Out of Town) | $4,981.51 |
| Copying Charges | $679.66 |
| Computer Research – Outside | $120.75 |
| Messenger | $156.64 |
| Air Express | $1,556.95 |
| Other Expenses | $659.25 |
| **Total Expenses Requested:** | **$37,449.33** |