| | |
|---|---|
| 1 | ESTELA O. PINO, SBN 112975<br>**PINO & ASSOCIATES**<br>1520 Eureka Rd., Suite 101<br>Roseville, CA 95661<br>Telephone: (916) 641-2288 |
| | |

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>    Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**THE PLAINTIFFS' EXECUTIVE COMMITTEE'S, APPOINTED BY THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF ALAMEDA, IN CASE NO. RG16843631 AND RELATED CASES, JOINDER IN AND SUPPORT FOR THE JOINT MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE**<br><br>DATE: October 7, 2019<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 17<br>        450 Golden Gate Avenue, 16th Fl.<br>        San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NO.: 3940 |

The Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases ("hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"),

party in interest in the above-referenced Chapter 11 cases, by and through its attorneys of record, hereby joins in and supports the Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code (hereinafter referred to as the "Exclusivity Termination Motion") (Docket No. 3940).

## **INTRODUCTION**

The Ghost Ship Warehouse Plaintiffs' Executive Committee was appointed by the Superior Court of the State of California, in and for the County of Alameda (hereinafter referred to as the "Superior Court") in Case No. RG16843631 and related cases, which is based on claims arising out of the catastrophic fire that took place on December 2, 2016, (hereinafter referred to as the "Ghost Ship Plaintiff Cases"). On December 2, 2016, a fire broke out at the building located in City of Oakland, County of Alameda, State of California, bearing Assessor's Parcel Numbers 25-690-10 and 25-690-11, commonly known as the "Ghost Ship Warehouse." The fire at the Ghost Ship Warehouse resulted in thirty-six (36) deaths, the youngest individual to die was seventeen (17) years old, and many others suffered personal injuries and incurred other damages.

There are numerous civil actions pending in the Superior Court, which are being maintained via a "Master Complaint" pending scheme before Honorable Brad Seligman. The plaintiffs in the Ghost Ship Plaintiff Cases (hereinafter referred to as the "Ghost Ship Plaintiffs") have adopted the Second Amended Master Complaint, which is operative against the Debtors[1], and was filed with the Superior Court on January 19, 2018.

In many ways, the tragedy at the Ghost Ship Warehouse has been over shadowed by the subsequent catastrophic wildfires, which occurred in 2017 and 2018. It must be

---

[1] A Third Amended Complaint was filed on April 24, 2019, to amend the allegations against the City of Oakland, another Defendant. Due to the Automatic Stay, the Third Amended Complaint has not been served on the Debtors.

realized; however, that the Ghost Ship Plaintiffs are numerous and have significant claims against these Debtors.

## JOINDER AND STATEMENT

The Ghost Ship Warehouse Plaintiffs' Executive Committee believes that the Exclusivity Termination Motion will foster competition, which will benefit all creditors. While nothing herein should be considered as support for the Term Sheet, proposed jointly by the Official Committee of Tort Claimants (hereinafter referred to as the "TCC") and Ad Hoc Committee of Senior Unsecured Noteholders (hereinafter referred to as the "Bondholders"); however, the Ghost Ship Warehouse Plaintiffs' Executive Committee joins in and supports the Exclusivity Termination Motion.

The Ghost Ship Warehouse Plaintiffs' Executive Committee does hereby reserves the right to join in and support any additional pleadings filed by TCC, Bondholders, creditors, and other parties in interest with regards to the Exclusivity Termination Motion.

## CONCLUSION

Based upon the instant Joinder and the arguments to be presented during the hearing on October 7, 2019, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully requests that the Exclusivity Termination Motion be granted.

Dated: October 4, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: /s/ Estela O. Pino
    Estela O. Pino, Attorneys for the Ghost Ship
    Warehouse Plaintiffs' Executive Committee