**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 7, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  October 7, 2019<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>　　　　Courtroom 17, 16th Floor<br>　　　　San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
OCTOBER 7, 2019, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I:  **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1.  **Order Regarding October 7, 2019 Hearing** [**Dkt. 4092**].

2.  **Fee Procedures Motion**: Fee Examiner's Motion to Approve Fee Procedures [**Dkt. 3950**].

    Response Deadline:  October 1, 2019

    Responses Filed:

    A.  United States Trustee's Response to Motion to Approve Fee Procedures and Comments Regarding First Interim Fee Applications [**Dkt. 4025**].

    B.  Response of Milbank LLP, Counsel to the Official Committee of Unsecured Creditors, to the Fee Examiner's Motion for Approval of Fee Procedures [**Dkt. 4050**].

    C.  Joinder by TURN in United States Trustee's Response to Motion to Approve Fee Procedures and Comments Regarding First Interim Fee Applications [**Dkt. 4054**].

    D.  Retained Professionals' Joint Response to Motion to Approve Fee Procedures and Fee Examiner Protocol [**Dkt. 4064**].

    E.  Declaration of Paul H. Zumbro in Support of Retained Professionals' Joint Response to Motion to Approve Fee Procedures and Fee Examiner Protocol [**Dkt. 4065**].

    Related Documents:

    F.  Order Pursuant to 11 U.S.C. Sections 331 and 105(a) and FRBP 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [**Dkt. 701**].

    G.  Order Appointing Fee Examiner and Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses [**Dkt. 2267**].

    H.  Notice by Fee Examiner of the Terms of Protocol Regarding Submission of Fee Applications As Required by Order Employing Fee Examiner [**Dkt. 3762**].

    I.  Exhibit 1 to Motion to Approve Fee Procedures [**Dkt. 3951**].

    Status:  This matter is going forward on a contested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3. **Status Conference**: Report on briefing schedules and *Cantu* issue.

4. **Exclusivity Termination Motion**: Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 3940**].

Response Deadline: October 1, 2019, except for the Debtors, for whom the response deadline is October 4, 2019 at 12:00 p.m. (Pacific Time).

Responses Filed:

A. International Brotherhood of Electrical Workers, Local Union No. 1245's Joinder to Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4046**].

B. Supplement to Joinder by TURN in Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4048**].

C. Statement of the Official Committee of Unsecured Creditors in Support of the Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4049**].

D. Statement of BOKF, NA in Support of the Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4051**].

E. The Public Advocates Office's Statement of Position re: Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4052**].

F. SLF Claimants' Partial Opposition to and Joinder/Response to Motion of the TCC and Ad Hoc Committee of Senior Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 4056**].

G. Objection of the Ad Hoc Group of Subrogation Claim Holders to the Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4102**].

H. Objection of Certain PG&E Shareholders to Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods [**Dkt. 4115**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I.    The Plaintiffs' Executive Committee's, Appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and Related Cases, Joinder in and Support for the Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4118**].

J.    Debtors' Objection to Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code [**Dkt. 4119**].

<u>Related Documents</u>:

K.    Notice of Filing of Amended and Restated Commitment Letter of Certain Members of the Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 3962**].

L.    Notice of Filing of Amended Joint Plan Term Sheet [**Dkt. 4006**].

M.    Notice of Filing of Amended Joint Plan Term Sheet [**Dkt. 4076**].

N.    Notice of Filing of Amended Commitment Letter of Certain Members of the Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4079**].

O.    Notice of Filing of Amended Joint Plan Term Sheet [**Dkt. 4103**].

<u>Status</u>: This matter is going forward on a contested basis.

**II:**    <u>**MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:**</u>
<u>*JH Kelly, LLC v. AECOM Technical Services, Inc.*, **Adv. Pro. No. 19-03008**</u>

*WITHDRAWN MATTER*

5.    Notice of Status Conference in a Case Removed to Bankruptcy Court [**Dkt. 12**].

<u>Related Documents</u>:

A.    Second Stipulation and Agreement for Order Regarding Response Deadlines and Status Conference [**Dkt. 57**].

B.    Order Approving Second Stipulation and Agreement for Order Regarding Response Deadlines and Status Conference [**Dkt. 58**].

<u>Status</u>: By agreement of the parties, this matter has been taken off calendar.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 4, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*