B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT

### Northern District Of California

In re Pacific Gas and Electric Company Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088.

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SPCP Group LLC** | **Parmeter General Engineers & Services, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # $1,256,858 general unsecured claim set forth as item 3.2785 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14,2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Name and Address where notices to transferee should be sent:

Amount of Claim Transferred: USD $1,256,858.

SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Operations
creditadmin@silverpointcapital.com
administration@silverpointcapital.com

Name and Address where transferee payments should be sent (if different from above):
SPCP Group, LLC
Mail Code:11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

1

SPOP Group LLC

By: _____  By: ____10/4/2019____ Date:
Transferee/Transferee's Agent
Jennifer Pocela
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Exhibit 1* (handwritten)

**Pacific Gas and Electric Company**  Case Number: 19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.2780 | PAR ENVIRONMENTAL SERVICES INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,047 |
| 3.2781 | PAR SYSTEMS INC<br>707 COUNTY ROAD E W<br>SHOREVIEW, MN 55126-7007 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,419,471 |
| 3.2782 | PARADISE RIDGE CHAMBER<br>5550 SKYWAY STE 1<br>PARADISE, CA 95969 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,000 |
| 3.2783 | PARAGON LEGAL GROUP LLC<br>444 N MICHIGAN AVE STE 1200<br>CHICAGO, IL 60611 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $94,560 |
| 3.2784 | PARK & CENTRAL LLC<br>1121 WELLINGTON ST<br>OAKLAND, CA 94602 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,350 |
| 3.2785 | PARMETER GENERAL ENGINEERS<br>3601 REGIONAL PKWY STE F<br>SANTA ROSA, CA 94503 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,256,858 |
| 3.2786 | PARREY HOLDINGS COMPANY LLC<br>30 IVAN ALLEN JR BOULEVARD NW<br>ATLANTA, GA 30308 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,457 |
| 3.2787 | PARSONS ENVIRONMENT AND<br>4701 HEDGEMORE DR<br>CHARLOTTE, NC 28209 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,617,591 |
| 3.2788 | PASICH LLP<br>1100 GLENDON AVE<br>LOS ANGELES, CA 90024 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,290 |
| 3.2789 | PASION TITLE SERVICES INC<br>1100 HASBROUCK WAY<br>ARROYO GRANDE, CA 93420 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $26 |
| 3.2790 | PASSANISI INVESTIGATIONS INC<br>4228 18TH ST<br>SAN FRANCISCO, CA 94114 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $6,165 |

AO 2 (handwritten)

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court")
      Attn: Clerk

AND TO: Pacific Gas and Electric Company (the "Debtor")
        Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case")

   re: $1,256,858 general unsecured claim set forth as item 3.2785 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Parmeter General Engineers & Services, Inc. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC

**Documentation to be sent to**
SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Operations

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to that certain *$1,256,858* general unsecured claim set forth as item *3.2785* on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim"), against the Debtor in the Bankruptcy Case.

DMS#1161091 v.1

OHSUSA:752495281.3

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___October 4___, 2019.

PARMETER GENERAL ENGINEERS & SERVICES, INC.

By: _____

Name Brittony Parmeter
Title President

SPCP GROUP, LLC

By: _____
Jennifer Poccia
Name
Title Authorized Signatory

OHSUSA:752495281.3

Exhibit 1

**Pacific Gas and Electric Company**  Case Number:  19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.2780 | PAR ENVIRONMENTAL SERVICES INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,047 |
| 3.2781 | PAR SYSTEMS INC<br>707 COUNTY ROAD E W<br>SHOREVIEW, MN 55126-7007 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,419,471 |
| 3.2782 | PARADISE RIDGE CHAMBER<br>5550 SKYWAY STE 1<br>PARADISE, CA 95969 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,000 |
| 3.2783 | PARAGON LEGAL GROUP LLC<br>444 N MICHIGAN AVE STE 1200<br>CHICAGO, IL 60611 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $94,560 |
| 3.2784 | PARK & CENTRAL LLC<br>1121 WELLINGTON ST<br>OAKLAND, CA 94602 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,350 |
| 3.2785 | PARMETER GENERAL ENGINEERS<br>3601 REGIONAL PKWY STE F<br>SANTA ROSA, CA 94503 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,256,858 |
| 3.2786 | PARREY HOLDINGS COMPANY LLC<br>30 IVAN ALLEN JR BOULEVARD NW<br>ATLANTA, GA 30308 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,457 |
| 3.2787 | PARSONS ENVIRONMENT AND<br>4701 HEDGEMORE DR<br>CHARLOTTE, NC 28209 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,617,591 |
| 3.2788 | PASICH LLP<br>1100 GLENDON AVE<br>LOS ANGELES, CA 90024 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,290 |
| 3.2789 | PASION TITLE SERVICES INC<br>1100 HASBROUCK WAY<br>ARROYO GRANDE, CA 93420 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $26 |
| 3.2790 | PASSANISI INVESTIGATIONS INC<br>4228 18TH ST<br>SAN FRANCISCO, CA 94114 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $6,165 |