WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF JOSEPH ECHOLS ISO MOTION PURSUANT TO FED. R. BANKR. P. 4001(d) TO APPROVE STIPULATION BETWEEN DEBTORS AND MICHAEL S. DANKO AND MARY S. DANKO FOR MODIFICTION OF AUTOMATIC STAY**<br><br>**Objection Deadline**:   October 25, 2019<br>                          4:00 pm (Pacific Time)<br><br><u>No hearing requested absent timely objection.  If timely objection is filed, hearing reserved for:</u><br><br>Date:    November 13, 2019<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

I, Joseph Echols, hereby declare under penalty of perjury pursuant to section 1746 of title 28 of the United States Code that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Manager at Pacific Gas and Electric Company responsible for the implementation of the Community Pipeline Safety Initiative and am authorized to make this Declaration in that capacity.

2. I file this Declaration in support of the Debtors' *Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Debtors and Michael S. Danko and Mary S. Danko for Modification of Automatic Stay* (the "**Motion**").[1] Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, and, if called upon to do so, I could and would testify competently thereto.

3. Since on or around April 30, 2003, the Dankos have been the owners in fee simple of the residential real property identified as San Mateo County Assessor's Parcel Numbers 068-205-050 and 068-205-040 (together, the "**Property**").

4. The Utility has at all times since February 14, 1947 owned an easement that gives it the right to excavate for, install, replace, maintain, and use an underground gas transmission pipeline within a 7.5 foot-wide strip of land located along the northern boundary line of the Property (the "**Easement**"). The Utility constructed a 24-inch diameter, high-pressure natural gas transmission pipeline within the Easement (the "**Pipeline**"), and the Utility continues to operate and maintain the Pipeline to transport natural gas to serve its customers.

5. The Dankos have caused or permitted to be erected or constructed, and have maintained, a shed and a chicken coop on the Easement (collectively, the "**Structures**"). The Property also contains certain trees that the Dankos have caused or permitted to be planted and grow and maintained on the land subject to the Easement (the "**Incompatible Trees**").

6. Due to various factors, such as their size, species, and distance to the pipeline, the Incompatible Trees interfere with the Utility's use of the land subject to the Easement in ways

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

including, but not limited to, potentially damaging the Utility's underground pipe and pipeline, impeding maintenance crews, and interfering with inspections required by regulatory authorities.

7. Since late 2015, the Utility has attempted to work with the Dankos to obtain their cooperation to remove the Structures and the Incompatible Trees, without success.

8. The Utility has a business need—namely, the removal of the Structures and the Incompatible Trees—to confirm and protect, as promptly as possible, its rights under the Easement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California this 3 day of October, 2019.

/s/ _____
Joseph Echols

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119