| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Stephen Karotkin (*pro hac vice*) |
| 2 | (stephen.karotkin@weil.com) |
| | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | (ray.schrock@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 4 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 5 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 6 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 7 | Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 (Lead Case) (Jointly Administered) |
| PG&E CORPORATION, | |
| | **NOTICE OF OPPORTUNITY FOR HEARING ON DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 4001(d) TO APPROVE STIPULATION BETWEEN DEBTORS AND MICHAEL S. DANKO AND MARY S. DANKO FOR MODIFICTION OF AUTOMATIC STAY** |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | **Objection Deadline**: October 25, 2019 |
| | 4:00 p.m. (Pacific Time) |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | **No hearing requested absent timely objection. If timely objection is filed, hearing reserved for:** |
| ☑ Affects both Debtors | Date: November 13, 2019 |
| | Time: 10:00 a.m. (Pacific Time) |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on October 4, 2019, Debtor Pacific Gas and Electric Company filed the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Debtors and Michael S. Danko and Mary S. Danko for Modification of Automatic Stay* [Dkt. No. 4132] (the "**Motion**") and the Declarations of Jana Contreras [Dkt. No. 4133] and Joseph Echols [Dkt. No. 4134] in support thereof.

**PLEASE TAKE FURTHER NOTICE** that

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing:**

**The tentative hearing date, location and time are: *November 13, 2019, at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102***

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] (the "**Case Management Order**").

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 4, 2019             **WEIL, GOTSHAL & MANGES LLP**

                                       **KELLER & BENVENUTTI LLP**

                                       */s/ Dara L. Silveira*
                                       Dara L. Silveira

                                       *Attorneys for Debtors and Debtors in Possession*