J. Noah Hagey, Esq. (SBN: 262331)
 hagey@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
 theodore@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
 kwasniewski@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
 levine@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

CO-COUNSEL TO THE AD HOC COMMITTEE
OF SENIOR UNSECURED NOTEHOLDERS
OF PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee"), a party in interest in the above-captioned cases, through its co-counsel, BraunHagey & Borden LLP, hereby enters its appearance pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following addresses and further requests to be added to the master service list:

> BRAUNHAGEY AND BORDEN LLP
> 351 California Street, Tenth Floor
> San Francisco, CA 94104
> Telephone: (415) 599-0210
> Facsimile: (415) 276-1808
> Attention:
> J. Noah Hagey
> Jeffrey M. Theodore
> David H. Kwasniewski
> Andrew Levine
> Email: hagey@braunhagey.com
> Email: theodore@braunhagey.com
> Email: kwasniewski@braunhagey.com
> Email: levine@braunhagey.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above- mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, electronic mail, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers*, nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) the Ad Hoc Committee's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) the Ad Hoc Committee's right to have all core matters heard and decided by a District Court Judge; (c) the Ad Hoc Committee's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (d) the Ad Hoc Committee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (e) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (f) any election of remedy, or (g) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Ad Hoc Committee expressly reserves.

Dated: October 4, 2019

**BRAUNHAGEY & BORDEN LLP**

By: */s/ J. Noah Hagey*
    J. Noah Hagey

*Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*