**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JANUARY 29, 2019 THROUGH MAY 31, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2018 NDT Audit Services* | | | | |
| Meredith, Wendy | Managing Director | $380.00 | 0.5 | $190.00 |
| Chhajer, Neha | Senior Manager | $330.00 | 1.5 | $495.00 |
| Jasinski, Samantha | Manager | $290.00 | 1.3 | $377.00 |
| Moolani, Lina | Senior Consultant | $230.00 | 30.3 | $6,969.00 |
| Hamner, Jack | Consultant | $200.00 | 4.0 | $800.00 |
| Ranganathan, Akshaya | Consultant | $200.00 | 51.0 | $10,200.00 |
| **Professional Subtotal:** | | | **88.6** | **$19,031.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2019 Audit Services* | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 5.8 | $2,204.00 |
| Cochran, James | Partner/Principal | $380.00 | 5.5 | $2,090.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 39.3 | $14,934.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 8.6 | $3,268.00 |
| Donahue, Nona | Managing Director | $380.00 | 28.0 | $10,640.00 |
| Meredith, Wendy | Managing Director | $380.00 | 56.1 | $21,318.00 |
| Verma, Sachin | Managing Director | $380.00 | 0.5 | $190.00 |
| Chhajer, Neha | Senior Manager | $330.00 | 13.3 | $4,389.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 31.0 | $10,230.00 |
| Kort, Krystle | Senior Manager | $330.00 | 2.2 | $726.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 74.3 | $24,519.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $330.00 | 0.5 | $165.00 |
| Jasinski, Samantha | Manager | $290.00 | 108.6 | $31,494.00 |
| Majester, Pauli | Manager | $290.00 | 6.5 | $1,885.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 33.6 | $9,744.00 |

| | Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 1 | Azebu, Matt | Senior Consultant | $230.00 | 26.9 | $6,187.00 |
| 2 | Doyle, Ryan | Senior Consultant | $230.00 | 0.4 | $92.00 |
| 3 | Moolani, Lina | Senior Consultant | $230.00 | 35.7 | $8,211.00 |
| 4 | Morley, Carlye | Senior Consultant | $230.00 | 6.4 | $1,472.00 |
| 5 | Rice, Blake | Senior Consultant | $230.00 | 158.5 | $36,455.00 |
| 6 | Varshney, Swati | Senior Consultant | $230.00 | 0.3 | $69.00 |
| 7 | Yuen, Jennifer | Senior Consultant | $230.00 | 37.4 | $8,602.00 |
| 8 | Bhatia, Sagar | Consultant | $200.00 | 0.5 | $100.00 |
| 9 | Biswas, Priyanka | Consultant | $200.00 | 3.0 | $600.00 |
| 10 | Bitra, Rinitha Spurthi | Consultant | $180.00 | 11.0 | $1,980.00 |
| 11 | Chandra, Bipin | Consultant | $120.00 | 0.4 | $48.00 |
| 12 | Choudhury, Viki | Consultant | $200.00 | 5.0 | $1,000.00 |
| 13 | Hamner, Jack | Consultant | $200.00 | 245.3 | $49,060.00 |
| 14 | Hennessy, Vincent | Consultant | $200.00 | 50.9 | $10,180.00 |
| 15 | K, Kavya | Consultant | $120.00 | 1.0 | $120.00 |
| 16 | Medavaram, Prasanth | Consultant | $120.00 | 0.4 | $48.00 |
| 17 | Muller, George | Consultant | $120.00 | 0.5 | $60.00 |
| 18 | Radhakrishnan, Akshay | Consultant | $200.00 | 8.0 | $1,600.00 |
| 19 | Raj, Reshma | Consultant | $180.00 | 8.7 | $1,566.00 |
| 20 | Ranganathan, Akshaya | Consultant | $200.00 | 66.7 | $13,340.00 |
| 21 | Schloetter, Lexie | Consultant | $180.00 | 239.2 | $43,056.00 |
| 22 | Sewell, Kyle | Consultant | $180.00 | 101.3 | $18,234.00 |
| 23 | Sridevi, Sridevi Gaddaph | Consultant | $120.00 | 0.5 | $60.00 |
| 24 | V S S K Prasad, Prasad Ganti | Consultant | $120.00 | 0.7 | $84.00 |
| 25 | Vellanki Mruthyun, Jai Kumar | Consultant | $120.00 | 0.6 | $72.00 |
| | **Professional Subtotal:** | | | **1,423.1** | **$340,092.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### *Accounting Consultations*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Gillam, Tim | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Jones, Jeff | Partner/Principal | $760.00 | 2.4 | $1,824.00 |
| Meredith, Wendy | Managing Director | $760.00 | 5.9 | $4,484.00 |
| **Professional Subtotal:** | | | **8.8** | **$6,688.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **California Wildfires** | | | | |
| Barton, Doug | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Clark, Brian | Partner/Principal | $760.00 | 1.3 | $988.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 10.7 | $8,132.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Meredith, Wendy | Managing Director | $760.00 | 10.1 | $7,676.00 |
| Bush, Amber | Senior Manager | $660.00 | 0.3 | $198.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 0.4 | $264.00 |
| Jasinski, Samantha | Manager | $580.00 | 0.3 | $174.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 3.1 | $1,426.00 |
| Schloetter, Lexie | Consultant | $390.00 | 1.5 | $585.00 |
| **Professional Subtotal:** | | | **29.7** | **$20,963.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **New Accounting Standards** | | | | |
| Meredith, Wendy | Managing Director | $760.00 | 0.9 | $684.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 7.3 | $4,818.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.4 | $812.00 |
| Hennessy, Vincent | Consultant | $390.00 | 6.1 | $2,379.00 |
| Sewell, Kyle | Consultant | $350.00 | 76.2 | $26,670.00 |
| **Professional Subtotal:** | | | **91.9** | **$35,363.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Non-Working Travel** | | | | |
| Sasso, Anthony | Managing Director | $380.00 | 9.5 | $3,610.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 6.5 | $1,885.00 |
| **Professional Subtotal:** | | | **16.0** | **$5,495.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Other Audit-Related Services** | | | | |
| Cochran, James | Partner/Principal | $365.00 | 14.5 | $5,292.50 |
| Meredith, Wendy | Managing Director | $365.00 | 1.0 | $365.00 |
| Giamanco, Patrick | Senior Manager | $325.00 | 18.8 | $6,110.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murdock, Elizabeth | Senior Manager | $325.00 | 2.0 | $650.00 |
| Majester, Pauli | Manager | $295.00 | 16.8 | $4,956.00 |
| Horne, Ben | Senior Consultant | $265.00 | 43.4 | $11,501.00 |
| Sewell, Kyle | Consultant | $225.00 | 1.1 | $247.50 |
| **Professional Subtotal:** | | | **97.6** | **$29,122.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Other Outside of Engagement Scope

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Meredith, Wendy | Managing Director | $760.00 | 2.8 | $2,128.00 |
| Livezey, Dale | Senior Manager | $660.00 | 1.4 | $924.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 6.4 | $4,224.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.1 | $638.00 |
| Guthrie, Jillian | Consultant | $390.00 | 8.7 | $3,393.00 |
| **Professional Subtotal:** | | | **20.4** | **$11,307.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Post Bankruptcy Matters

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Blair, Kirk | Partner/Principal | $760.00 | 8.1 | $6,156.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 30.6 | $23,256.00 |
| Graf, Bill | Partner/Principal | $760.00 | 0.4 | $304.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 3.6 | $2,736.00 |
| Vitola, Paul | Partner/Principal | $760.00 | 4.3 | $3,268.00 |
| Bihm, Christy | Managing Director | $760.00 | 0.5 | $380.00 |
| Donahue, Nona | Managing Director | $760.00 | 21.5 | $16,340.00 |
| Meredith, Wendy | Managing Director | $760.00 | 47.9 | $36,404.00 |
| Perez Zaldivar, Ignacio | Managing Director | $760.00 | 0.9 | $684.00 |
| Sasso, Anthony | Managing Director | $760.00 | 11.9 | $9,044.00 |
| Sullivan, Mike | Managing Director | $760.00 | 10.7 | $8,132.00 |
| Yanchisin, Helen | Managing Director | $760.00 | 1.0 | $760.00 |
| Buechele, Stephanie | Senior Manager | $660.00 | 2.2 | $1,452.00 |
| Chhajer, Neha | Senior Manager | $660.00 | 0.5 | $330.00 |
| Kort, Krystle | Senior Manager | $660.00 | 1.0 | $660.00 |
| Lang, Mary | Senior Manager | $660.00 | 2.0 | $1,320.00 |
| Luong, Mimi | Senior Manager | $660.00 | 2.2 | $1,452.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 26.1 | $17,226.00 |
| Jasinski, Samantha | Manager | $580.00 | 3.7 | $2,146.00 |
| Moore, Catherine | Manager | $580.00 | 3.7 | $2,146.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Nkinzingabo, Rudy | Manager | $580.00 | 3.2 | $1,856.00 |
| Moolani, Lina | Senior Consultant | $460.00 | 9.5 | $4,370.00 |
| Rice, Blake | Senior Consultant | $460.00 | 1.1 | $506.00 |
| Bitra, Rinitha Spurthi | Consultant | $390.00 | 1.5 | $585.00 |
| Hennessy, Vincent | Consultant | $390.00 | 88.1 | $34,359.00 |
| Schloetter, Lexie | Consultant | $390.00 | 11.3 | $4,407.00 |
| Sewell, Kyle | Consultant | $390.00 | 34.0 | $13,260.00 |
| **Professional Subtotal:** | | | **331.5** | **$193,539.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Preparation of Fee Applications*

| | | | | |
|---|---|---:|---:|---:|
| Gutierrez, Dalia | Project Controller | $200.00 | 24.0 | $4,800.00 |
| **Professional Subtotal:** | | | **24.0** | **$4,800.00** |
| **Total** | | | **2,131.6** | **$666,400.00** |