# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD JANUARY 29, 2019 THROUGH MAY 31, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| 2018 NDT Audit Services | 88.6 | $19,031.00 |
| 2019 Audit Services | 1,423.1 | $340,092.00 |
| Accounting Consultations | 8.8 | $6,688.00 |
| California Wildfires | 29.7 | $20,963.00 |
| New Accounting Standards | 91.9 | $35,363.00 |
| Non-Working Travel | 16.0 | $5,495.00 |
| Other Audit-Related Services | 97.6 | $29,122.00 |
| Other Outside of Engagement Scope | 20.4 | $11,307.00 |
| Post Bankruptcy Matters | 331.5 | $193,539.00 |
| Preparation of Fee Applications | 24.0 | $4,800.00 |
| **Fees Category Subtotal :** | **2,131.6** | **$666,400.00** |