# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JANUARY 29, 2019 THROUGH MAY 31, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $6,933.66 |
| Hotel | $6,952.39 |
| Meals | $1,599.82 |
| Transportation | $2,100.57 |
| Parking | $272.19 |
| Internet Access While Traveling | $49.95 |
| Mileage | $6.38 |
| **Expense Category Subtotal :** | **$17,914.96** |