# EXHIBIT E

## EXPENSE DETAIL FOR THE PERIOD
## JANUARY 29, 2019 THROUGH MAY 31, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $11,042.62 |
| Hotel | $6,952.39 |
| Meals | $2,047.23 |
| Transportation | $2,078.05 |
| Parking | $272.19 |
| Telephone: Conference Calls | $8.18 |
| Internet Access While Traveling | $49.95 |
| Mileage | $6.38 |
| **Expense Category Subtotal :** | **$22,456.99** |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Sasso, Anthony | 02/05/2019 | Roundtrip coach airfare from San Francisco, CA to Houston, TX. | $496.08 |
| Sullivan, Mike | 02/05/2019 | Roundtrip coach airfare from San Francisco, CA to Chicago, IL. | $298.01 |
| Blair, Kirk | 02/11/2019 | Roundtrip coach airfare from Parsippany, NJ to San Francisco, CA. | $458.33 |
| Donahue, Nona | 04/10/2019 | Roundtrip coach airfare from Pheonix, AZ to San Francisco, CA. | $618.48 |
| Donahue, Nona | 04/10/2019 | Roundtrip coach airfare from Salt Lake City, CA to San Francisco, CA. | $518.92 |
| Giamanco, Patrick | 04/11/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $645.83 |
| Horne, Ben | 04/11/2019 | Roundtrip coach airfare from Charlotte, NC to San Francisco, CA. | $727.10 |
| Majester, Pauli | 04/11/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $678.76 |
| Nkinzingabo, Rudy | 04/14/2019 | One way coach airfare from Pheonix, AZ to San Francisco, CA. | $232.00 |
| Nkinzingabo, Rudy | 04/17/2019 | One way coach airfare from from San Francisco, CA to Pheonix, AZ. | $232.00 |
| Giamanco, Patrick | 05/13/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $761.56 |
| Pemberton, Tricia | 05/16/2019 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA. | $720.49 |
| Murdock, Elizabeth | 05/22/2019 | Roundtrip coach airfare from San Francisco, CA to Chicago, IL. | $546.10 |
| Subtotal for Airfare: | | | $6,933.66 |
| *Hotel* | | | |
| Blair, Kirk | 02/21/2019 | 1 night hotel accommodation at Marriott in San Francisco, CA. | $404.39 |
| Sasso, Anthony | 02/21/2019 | 1 night hotel accommodation at Marriott in San Francisco, CA. | $404.39 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Hotel* | | | |
| Sullivan, Mike | 02/21/2019 | 1 night hotel accommodation at Marriott in San Francisco, CA. | $404.39 |
| Nkinzingabo, Rudy | 04/14/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Donahue, Nona | 04/15/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $449.66 |
| Nkinzingabo, Rudy | 04/15/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Donahue, Nona | 04/16/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $449.66 |
| Nkinzingabo, Rudy | 04/16/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Giamanco, Patrick | 04/21/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $177.00 |
| Horne, Ben | 04/21/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $241.34 |
| Majester, Pauli | 04/21/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $177.00 |
| Cochran, James | 04/22/2019 | 1 night hotel accommodation at Hyatt in San Francisco, CA. | $435.77 |
| Giamanco, Patrick | 04/22/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $236.40 |
| Horne, Ben | 04/22/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $241.34 |
| Majester, Pauli | 04/22/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $236.40 |
| Horne, Ben | 04/23/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $241.34 |
| Majester, Pauli | 04/23/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $275.98 |
| Horne, Ben | 04/24/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $241.34 |
| Majester, Pauli | 04/24/2019 | 1 night hotel accommodation at Sheraton in San Francisco, CA. | $275.98 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|

## Hotel

| | | | |
|---|---|---|---|
| Donahue, Nona | 04/29/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Gillam, Tim | 05/19/2019 | 1 night hotel accommodation at Los Angeles hotel in Los Angeles, CA. | $299.66 |
| Cochran, James | 05/21/2019 | 1 night hotel accommodation at Marriott in San Francisco, CA. | $404.39 |
| Subtotal for Hotel: | | | $6,952.39 |

## Internet Access While Traveling

| | | | |
|---|---|---|---|
| Gillam, Tim | 05/22/2019 | Internet access while traveling to perform client work. | $49.95 |
| Subtotal for Internet Access While Traveling: | | | $49.95 |

## Meals

| | | | |
|---|---|---|---|
| Sasso, Anthony | 02/20/2019 | Dinner at airport during travel in Housotn, TX. | $50.00 |
| Sasso, Anthony | 02/21/2019 | Dinner in San Francisco, CA. | $50.00 |
| Sullivan, Mike | 02/21/2019 | Breakfast at airport during travel in Houston, TX. | $7.99 |
| Blair, Kirk | 02/22/2019 | Lunch for K. Blair, A. Sasso in San Francisco, CA. | $50.00 |
| Blair, Kirk | 02/22/2019 | Breakfast in San Francisco, CA. | $11.08 |
| Blair, Kirk | 02/22/2019 | Dinner in San Francisco, CA. | $17.38 |
| Sasso, Anthony | 02/22/2019 | Breakfast in San Francisco, CA. | $15.00 |
| Nkinzingabo, Rudy | 04/14/2019 | Dinner in San Francisco, CA. | $32.12 |
| Donahue, Nona | 04/15/2019 | Dinner in San Francisco, CA. | $29.94 |
| Yuen, Jennifer | 04/15/2019 | Breakfast in San Francisco, CA. | $10.10 |
| Yuen, Jennifer | 04/15/2019 | Dinner in San Francisco, CA. | $32.76 |
| Yuen, Jennifer | 04/15/2019 | Lunch in San Francisco, CA. | $10.10 |
| Donahue, Nona | 04/16/2019 | Dinner in San Francisco, CA. | $50.00 |
| Donahue, Nona | 04/16/2019 | Lunch in San Francisco, CA. | $25.00 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|

### Meals

| | | | |
|---|---|---|---|
| Donahue, Nona | 04/16/2019 | Breakfast in San Francisco, CA. | $15.00 |
| Yuen, Jennifer | 04/16/2019 | Breakfast in San Francisco, CA. | $10.15 |
| Yuen, Jennifer | 04/16/2019 | Lunch in San Francisco, CA. | $10.15 |
| Donahue, Nona | 04/17/2019 | Dinner in San Francisco, CA. | $15.95 |
| Donahue, Nona | 04/17/2019 | Lunch in San Francisco, CA. | $13.63 |
| Yuen, Jennifer | 04/17/2019 | Dinner in San Francisco, CA. | $37.20 |
| Yuen, Jennifer | 04/17/2019 | Lunch in San Francisco, CA. | $10.65 |
| Giamanco, Patrick | 04/21/2019 | Dinner in San Francisco, CA. | $8.99 |
| Horne, Ben | 04/21/2019 | Lunch in San Francisco, CA. | $18.22 |
| Horne, Ben | 04/21/2019 | Dinner in San Francisco, CA. | $38.21 |
| Horne, Ben | 04/21/2019 | Breakfast in San Francisco, CA. | $8.54 |
| Majester, Pauli | 04/21/2019 | Dinner at airport during travel in Austin, TX. | $13.05 |
| Cochran, James | 04/22/2019 | Lunch in San Francisco, CA. | $25.00 |
| Cochran, James | 04/22/2019 | Dinner for P. Giamanco, B. Murdock, J. Cochran in San Francisco, CA. | $150.00 |
| Giamanco, Patrick | 04/22/2019 | Breakfast in San Francisco, CA. | $14.47 |
| Horne, Ben | 04/22/2019 | Breakfast in San Francisco, CA. | $3.60 |
| Majester, Pauli | 04/22/2019 | Breakfast in Atlanta, GA. | $6.81 |
| Majester, Pauli | 04/22/2019 | Dinner in San Francisco, CA. | $27.82 |
| Giamanco, Patrick | 04/23/2019 | Breakfast in San Francisco, CA. | $7.99 |
| Majester, Pauli | 04/23/2019 | Breakfast in San Francisco, CA. | $8.50 |
| Majester, Pauli | 04/23/2019 | Lunch for P. Majester, B. Horne in San Francisco, CA. | $50.00 |
| Majester, Pauli | 04/23/2019 | Dinner for P. Majester, B. Horne in San Francisco, CA. | $100.00 |
| Gillam, Tim | 04/24/2019 | Lunch in San Francisco, CA. | $25.00 |
| Gillam, Tim | 04/24/2019 | Breakfast in San Francisco, CA. | $5.50 |
| Horne, Ben | 04/24/2019 | Lunch in San Francisco, CA. | $19.56 |
| Majester, Pauli | 04/24/2019 | Lunch in San Francisco, CA. | $15.49 |
| Majester, Pauli | 04/24/2019 | Breakfast in San Francisco, CA. | $8.00 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
## Expenses Sorted by Category for the Fee Period
January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Meals* | | | |
| Majester, Pauli | 04/24/2019 | Dinner in San Francisco, CA. | $50.00 |
| Horne, Ben | 04/25/2019 | Lunch in San Francisco, CA. | $9.93 |
| Majester, Pauli | 04/25/2019 | Breakfast in San Francisco, CA. | $10.21 |
| Gillam, Tim | 04/26/2019 | Dinner in San Francisco, CA. | $40.29 |
| Donahue, Nona | 04/30/2019 | Dinner in San Francisco, CA. | $50.00 |
| Hennessy, Vincent | 05/01/2019 | Lunch in San Francisco, CA. | $19.32 |
| Donahue, Nona | 05/02/2019 | Dinner in San Francisco, CA. | $50.00 |
| Murdock, Elizabeth | 05/02/2019 | Lunch in San Francisco, CA with B. Rice, M. Azebu, A. Schloetter, J.Hamner, E. Murdock, S. Jasinski | $150.00 |
| Hennessy, Vincent | 05/03/2019 | Team breakfast in San Francisco, CA. | $33.10 |
| Gillam, Tim | 05/07/2019 | Breakfast in San Francisco, CA. | $4.61 |
| Gillam, Tim | 05/07/2019 | Lunch in San Francisco, CA. | $25.00 |
| Cochran, James | 05/21/2019 | Dinner in San Francisco, CA. | $50.00 |
| Gillam, Tim | 05/21/2019 | Breakfast in Los Angeles, CA. | $13.44 |
| Cochran, James | 05/22/2019 | Breakfast in San Francisco, CA. | $9.97 |
| Gillam, Tim | 05/28/2019 | Lunch in San Francisco, CA. | $25.00 |
| **Subtotal for Meals:** | | | **$1,599.82** |
| *Mileage* | | | |
| Giamanco, Patrick | 04/21/2019 | Mileage from Dunwoody, GA to airport in Atlanta, GA - 11 miles | $6.38 |
| **Subtotal for Mileage:** | | | **$6.38** |
| *Parking* | | | |
| Nkinzingabo, Rudy | 04/17/2019 | Airport parking in Pheonix, AZ - 3 days. | $48.00 |
| Cochran, James | 04/23/2019 | Airport parking in Atlanta, GA - 7 days. | $61.00 |
| Giamanco, Patrick | 04/24/2019 | Airport parking in Atlanta, GA - 2 days. | $38.19 |
| Horne, Ben | 04/25/2019 | Airport parking in Charlotte, NC - 4 days. | $45.00 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|

## Parking

| | | | |
|---|---|---|---|
| Donahue, Nona | 04/30/2019 | Airport parking in Phoenix, AZ - 2 days. | $28.00 |
| Gillam, Tim | 05/20/2019 | Airport parking in San Francisco, CA - 2 days. | $52.00 |
| Subtotal for Parking: | | | $272.19 |

## Transportation

| | | | |
|---|---|---|---|
| Blair, Kirk | 02/21/2019 | Car service from Parsippany (home) to airport in Newark, NJ. | $99.88 |
| Blair, Kirk | 02/21/2019 | Uber from aiport to hotel in San Francisco, CA. | $31.65 |
| Blair, Kirk | 02/21/2019 | Gratuity for uber from aiport to hotel in San Francisco, CA. | $5.00 |
| Sasso, Anthony | 02/21/2019 | Uber from aiport to hotel in San Francisco, CA. | $37.93 |
| Sullivan, Mike | 02/21/2019 | Uber from airport to hotel in San Francisco, CA. | $31.13 |
| Sullivan, Mike | 02/21/2019 | Uber from hotel to client site in San Francisco, CA. | $11.53 |
| Sullivan, Mike | 02/22/2019 | Uber from hotel to client site in San Francisco, CA. | $8.50 |
| Sullivan, Mike | 02/22/2019 | Uber from client office to airport in San Francisco, CA. | $34.40 |
| Sullivan, Mike | 02/22/2019 | Uber from client office to hotel in San Francisco, CA. | $17.43 |
| Sullivan, Mike | 02/22/2019 | Gratuity for uber from client office to airport in San Francisco, CA. | $3.00 |
| Sullivan, Mike | 02/22/2019 | Gratuity for uber from hotel to client site in San Francisco, CA. | $1.00 |
| Sullivan, Mike | 02/22/2019 | Gratuity for uber from client office to hotel in San Francisco, CA. | $3.00 |
| Blair, Kirk | 02/23/2019 | Car service from Newark airport to home (Parsippany, NJ). | $141.13 |
| Sasso, Anthony | 02/23/2019 | Car service from airport in Newark, NJ to home | $154.24 |
| Sullivan, Mike | 02/24/2019 | Car service from home to airport in Newark, NJ. | $38.10 |
| Sullivan, Mike | 02/24/2019 | Car service from airport to home in Newark, NJ. | $44.45 |
| Sasso, Anthony | 02/25/2019 | Gratuity for uber from aiport to hotel in San Francisco, CA. | $5.00 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
## Expenses Sorted by Category for the Fee Period
January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Transportation* | | | |
| Nkinzingabo, Rudy | 04/14/2019 | Uber to airport (from home) in Pheonix, AZ | $54.29 |
| Donahue, Nona | 04/15/2019 | Lyft from airport to hotel in San Francisco, CA. | $32.02 |
| Donahue, Nona | 04/15/2019 | Lyft from Salt Lake City office to airport in Salt Lake City, UT. | $11.42 |
| Donahue, Nona | 04/17/2019 | Taxi from PG&E office to airport in San Francisco, CA. | $10.00 |
| Nkinzingabo, Rudy | 04/17/2019 | Uber from client office to airport in San Francisco, CA. | $28.82 |
| Donahue, Nona | 04/18/2019 | Lyft from PG&E office to airport in San Francisco, CA. | $28.33 |
| Majester, Pauli | 04/21/2019 | Uber from home to airport in Atlanta, GA. | $24.61 |
| Giamanco, Patrick | 04/22/2019 | Uber from airport to hotel in San Francisco, CA. | $69.14 |
| Giamanco, Patrick | 04/22/2019 | Uber from hotel to client site in San Francisco, CA. | $12.64 |
| Horne, Ben | 04/22/2019 | Uber from aiport to hotel in San Francisco, CA. | $33.69 |
| Cochran, James | 04/23/2019 | Taxi from airport to hotel in San Francisco, CA. | $97.67 |
| Cochran, James | 04/23/2019 | Taxi from PGE office to airport in San Francisco, CA. | $66.00 |
| Giamanco, Patrick | 04/23/2019 | Uber from client site to airport in San Francisco, CA. | $40.07 |
| Horne, Ben | 04/23/2019 | Uber from client site to hotel in San Francisco, CA. | $17.47 |
| Majester, Pauli | 04/24/2019 | Uber from client office to hotel in San Francisco, CA. | $16.37 |
| Majester, Pauli | 04/24/2019 | Uber from hotel to client site in San Francisco, CA. | $11.98 |
| Horne, Ben | 04/25/2019 | Uber from hotel to airport in San Francisco, CA. | $65.34 |
| Horne, Ben | 04/25/2019 | Uber from PGE office to hotel in San Francisco, CA. | $7.45 |
| Majester, Pauli | 04/25/2019 | Uber from hotel to airport in San Francisco, CA. | $40.10 |
| Majester, Pauli | 04/26/2019 | Uber from airport to home in Atlanta, GA. | $31.31 |
| Donahue, Nona | 04/27/2019 | Lyft from airport to hotel in San Francisco, CA. | $15.18 |
| Donahue, Nona | 04/30/2019 | Lyft from hotel to airport in San Francisco, CA. | $32.78 |
| Donahue, Nona | 05/01/2019 | Gratuity for lyft from airport to hotel in San Francisco, CA. | $6.00 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
## Expenses Sorted by Category for the Fee Period
January 29, 2019 - May 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|

### Transportation

| | | | |
|---|---|---|---|
| Donahue, Nona | 05/01/2019 | Lyft from airport to hotel in San Francisco, CA. | $31.07 |
| Murdock, Elizabeth | 05/02/2019 | Taxi for Pacific Gas and Electric Company safe ride after 9pm; San Francsisco, CA | $17.55 |
| Murdock, Elizabeth | 05/02/2019 | Taxi for Pacific Gas and Electric Company safe ride after 9pm; San Francsisco, CA | $7.26 |
| Gillam, Tim | 05/19/2019 | Car service from airport to hotel in Los Angeles, CA. | $79.60 |
| Basilico, Ellen | 05/20/2019 | Car services from LA office to airport in Burbank, CA. | $77.09 |
| Cochran, James | 05/20/2019 | Uber from home to airport in Atlanta, GA. | $59.83 |
| Gillam, Tim | 05/20/2019 | Car service from Deloitte office to airport in Los Angeles, CA. | $69.60 |
| Murdock, Elizabeth | 05/21/2019 | Taxi for Pacific Gas and Electric Company to Hakkasan w s jasinski and l Schloetter; San Francisco, CA | $39.06 |
| Cochran, James | 05/22/2019 | Uber from hotel to PGE office in San Francisco, CA. | $16.36 |
| Cochran, James | 05/22/2019 | Uber from meeting at PGE office to airport in San Francisco, CA. | $86.25 |
| Cochran, James | 05/23/2019 | Uber from meeting at PGE office to airport in San Francisco, CA. | $99.18 |
| Cochran, James | 05/24/2019 | Taxi from airport to hotel in San Francisco, CA. | $97.67 |
| Subtotal for Transportation: | | | $2,100.57 |
| Total | | | $17,914.96 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 29, 2019 - May 31, 2019

## Recapitulation

| Category | Amount |
|---|---:|
| Hotel | $6,952.39 |
| Airfare | $6,933.66 |
| Transportation | $2,100.57 |
| Meals | $1,599.82 |
| Parking | $272.19 |
| Internet Access While Traveling | $49.95 |
| Mileage | $6.38 |