FILED

OCT 08 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

| | |
|---|---|
| From: | Andreas Krebs |
| To: | Lorena Parada |
| Subject: | URGENT Email from affected citizen (to Judge Montali) |
| Date: | Saturday, October 5, 2019 1:17:13 PM |

Dear Ms. Parada,

Can you please forward this note to the Honorable Judge Montali. My name is Andreas Krebs and I like many other Americans have tried to prepare for my retirement with savings. I have a good portion of my savings in PG&E because I thought this was a safe stock and also a way to invest in my community. I was born and raised in California and have been living in the Bay Area for over 20 years. I've read that a group of creditors is trying to take control of PG&E and wipe out all shareholders. This would be devastating for my retirement. Please please consider the average person that has invested their hard earned retirement money into PG&E.

I don't even know how to address the greed and gall of these creditors that would want to wipe out average people's savings in order to profit by taking over PG&E. I can imagine they are arguing this is the best for the people, but this is driven purely by greed.

Please see this for what it is and don't wipe out my (and many others') savings.

Sincerely,

Andreas Krebs
San Francisco
415-319-2037