# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 10/10/2019
Case: 19−30088     Form ID: TRANSC     Total: 20

**Recipients of Notice of Electronic Filing:**
aty     Paul H. Zumbro     mao@cravath.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
     KEVIN J. ORSINI, ESQ.     Cravath, Swaine & Moore LLP     825 Eighth Avenue     New York, NY 10019
     STEPHEN KAROTKIN, ESQ.     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
     SCOTT H. MCNUTT, ESQ.     McNutt Law Group LLP     219 9th Street     San Francisco, CA 94103
     TIMOTHY S. LAFFREDI, AUST     Office of the United States Trustee     450 Golden Gate Avenue     5th Floor, Suite 05−0153     San Francisco, CA 94102
     ROBERT G. HARRIS, ESQ.     Binder & Malter LLP     2775 Park Avenue     Santa Clara, CA 95050
     DENNIS F. DUNNE, ESQ.     Milbank, LLP     55 Hudson Yards     New York, NY 10001
     GREGORY A. BRAY, ESQ.     Milbank LLP     2029 Century Park East 33rd Floor     Los Angeles, CA 90067
     ABID QURESHI, ESQ.     Akin Gump Strauss Hauer & Feld LLP     One Bryant Park     New York, NY 10036
     ROBERT A. JULIAN, ESQ.     CECILY A. DUMAS, ESQ.     Baker & Hostetler LLP     11601 Wilshire Boulevard Suite 1400     Los Angeles, CA 90025
     ELIZABETH A. GREEN, ESQ.     Baker & Hostetler LLP     SunTrust Center, Suite 2300     200 South Orange Avenue     Orlando, FL 32801
     RICHARD A. MARSHACK, ESQ.     Marshack Hays LLP     870 Roosevelt     Irvine, CA 92620
     BRADLEY C. KNAPP, ESQ.     Locke Lord LLP     601 Poydras Street Suite 2660     New Orleans, LA 70130
     ALISA C. LACEY, ESQ.     Stinson LLP     1850 North Central Avenue Suite 2100     Phoenix, AZ 85004
     MATTHEW A. FELDMAN, ESQ.     Willkie Farr & Gallagher LLP     787 Seventh Avenue     New York, NY 10019
     BRUCE BENNETT, ESQ.     Jones Day     555 South Flower Street Fiftieth Floor     Los Angeles, CA 90071
     FRANK PITRE, ESQ.     Cotchett Pitre and McCarthy LLP     840 Malcolm Road Suite 200     Burlingame, CA 94010
     STEVEN J. SKIKOS, ESQ.     STEVEN J. SKIKOS, ESQ. Skikos Attorneys     One Sansome Street Suite 2830     San Francisco, CA 94104
     ESTELA O. PINO, ESQ.     Pino & Associates     1520 Eureka Road Suite 101     Roseville, CA 95661
     MARY E. ALEXANDER, ESQ.     Mary Alexander & Associates, P.C.     44 Montgomery Street Suite 1303     San Francisco, CA 94104

TOTAL: 19