# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No, 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from **SHAW PIPELINE SERVICES INC to CONTRARIAN FUNDS, LLC** filed on September 26, 2019, (Docket #4009) is hereby withdrawn by Contrarian Funds, LLC.

By:_____/s/ Alisa Mumola_____
      Transferee/Transferee's Agent

Date: October 9, 2019

# File a Document :

19-30088 PG&E Corporation

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (San Francisco) |
| Assets: y | Judge: DM | Case Flag: CLMAGT, DsclsDue, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from entered on 9/26/2019 at 6:17 AM PDT and filed on 9/26/2019
**Case Name:** PG&E Corporation
**Case Number:** 19-30088
**Document Number:** 4009

**Docket Text:**
Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Shaw Pipeline Services Inc. (Claim No. 1369, Amount $68,457.02); Shaw Pipeline Services Inc. (Claim No. 3736, Amount $53,947.92) To Contrarian Funds, LLC. Fee Amount $50 Filed by Creditor Contrarian Funds, LLC. (Mumola, Alisa)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Shaw Pipeline E2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/26/2019] [FileNumber=35767401-0] [861f17e292851173b82a29b2d38cf7dc1d9622dc70e3123aab028c902b325d5226 6b4949ba35794dc5514583ac1c73b11a1d019260da1c7647925f9c9b7acc0b]]

**19-30088 Notice will be electronically mailed to:**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, pspencer@steyerlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No, 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **SHAW PIPELINE SERVICES INC** |
|---|---|
| Name of Transferee | Name of Transferor |

| **Address for all Communications/Notices:** | **Name and Current Address of Transferor:** |
|---|---|
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>Phone: 203-862-8211<br>Fax:    203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | SHAW PIPELINE SERVICES INC<br>1725 W RENO ST<br>BROKEN ARROW, OK 74012<br>ATTN: JEREMY ROTE |

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | SHAW PIPELINE SERVICES INC | $27,919.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 1369 | SHAW PIPELINE SERVICES INC | $68,457.02 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 3736 amends Claim No. 1369 | SHAW PIPELINE SERVICES INC | $53,947.92 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____        Date:  September 26, 2019
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1033225 & 3.3317)

**SHAW PIPELINE SERVICES INC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenue, Ste. 425
Greenwich, CT 06830
Attn: Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 27,919.00 ("Claim"), which represents 100 % of the total claim amount of $27,919.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated XXXXXX 24, 2019.
September

**SHAW PIPELINE SERVICES INC**

By: _/s/_
Name: Jeremy Rite
Title: Controller

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC, as Manager

By: _/s/_
Name:
Title: **JANICE M. STANTON**
**MEMBER**

Case: 19-30088    Doc# 4164    Filed: 10/09/19    Entered: 10/09/19 06:26:10    Page 4 of 6

# EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: **1369**

**SHAW PIPELINE SERVICES INC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenue, Ste. 425
Greenwich, CT 06830
Attn: Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $68,457.02 ("Claim"), which represents 100 % of the total claim amount of $68,457.02, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated September 24, 2019.

| SHAW PIPELINE SERVICES INC | CONTRARIAN FUNDS, LLC |
|---|---|
| By: [signature] | By: Contrarian Capital Management, LLC, as Manager |
| Name: Jeremy Rose | By: [signature] |
| Title: Controller | Name: |
| | Title: JANICE M. STANTON, MEMBER |

EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:      United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:     Clerk

AND TO:      PG&E CORPORATION ("Debtor")
Case No. 19-30088 ("Case")

Claim #: 3736

**SHAW PIPELINE SERVICES INC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenue, Ste. 425
Greenwich, CT 06830
Attn:     Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 53,947.92 ("Claim"), which represents 100 % of the total claim amount of $53,947.92, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated XXXXX 24, 2019.
September

SHAW PIPELINE SERVICES INC

By: _____
Name: Jeremy Rite
Title: Controller

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as Manager
By: _____
Name:
Title:

**JANICE M. STANTON**
**MEMBER**