
**Entered on Docket**
**October 09, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 9, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

```
                UNITED STATES BANKRUPTCY COURT

                NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br>Date: October 23, 2019<br>Time: 10:00 AM<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**ORDER DENYING DEBTORS' SECOND EXCLUSIVITY EXTENSION MOTION**

On September 25, 2019, debtors PG&E Corporation and Pacific Gas and Electric Company filed a motion pursuant to 11 U.S.C. § 1121(d) to further extend exclusive periods (the "Second Exclusivity Extension Motion") and set it for hearing on October 23, 2019 at 10:00 a.m. For the reasons set forth in this court's Order Granting Joint Motion of The Official Committee of Tort Claimants and The Ad Hoc Committee of Senior Unsecured

Noteholders to Terminate The Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of The Bankruptcy Code (entered contemporaneously with this order), the court hereby DENIES the Second Exclusivity Extension Motion and takes it OFF the October 23, 2019, calendar.

**END OF ORDER**