DAVID M. FELDMAN, NY SBN 2633881
  dfeldman@gibsondunn.com
  (*pro hac vice application pending*)
MATTHEW K. KELSEY, NY SBN 4250296
  mkelsey@gibsondunn.com
  (*pro hac vice application pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

MICHAEL S. NEUMEISTER, SBN 274220
  mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
  mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS & ELECTRIC COMPANY,**<br>                          **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DAVID M. FELDMAN'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, DAVID M. FELDMAN, an active member in good standing of the bar of NEW YORK, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Ad Hoc Committee of Holders of Trade Claims in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael S. Neumeister
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
E-mail: mneumeister@gibsondunn.com
Telephone: 213.229.7000
Facsimile: 213.229.7520

In addition, attached hereto is a certificate of good standing from the State of New York. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2019

David M. Feldman

Gibson, Dunn & Crutcher LLP

- 2 -
DAVID M. FELDMAN'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 19-30088    Doc# 4181    Filed: 10/10/19    Entered: 10/10/19 15:03:06    Page 2 of 5

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAVID MICHAEL FELDMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **August 8, 1994**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 9, 2019**

289

Clerk of the Court

| | |
|---|---|
| DAVID M. FELDMAN, NY SBN 2633881<br>   dfeldman@gibsondunn.com<br>   (*pro hac vice application pending*)<br>MATTHEW K. KELSEY, NY SBN 4250296<br>   mkelsey@gibsondunn.com<br>   (*pro hac vice application pending*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>MICHAEL S. NEUMEISTER, SBN 274220<br>   mneumeister@gibsondunn.com<br>MICHELLE CHOI, SBN 313557<br>   mchoi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for the Ad Hoc Committee of Holders of Trade Claims* | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING DAVID M. FELDMAN'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

DAVID M. FELDMAN, whose business address and telephone number is

Gibson, Dunn & Crutcher LLP

200 Park Avenue

New York, NY 10166-0193

Telephone: 212.351.4000

and who is an active member in good standing of the bar of NEW YORK having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing* Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***

- 2 -

ORDER GRANTING DAVID M. FELDMAN'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 19-30088    Doc# 4181    Filed: 10/10/19    Entered: 10/10/19 15:03:06    Page 5 of 5