| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DAVID M. FELDMAN, NY SBN 2633881<br>  dfeldman@gibsondunn.com<br>  (*pro hac vice application pending*)<br>MATTHEW K. KELSEY, NY SBN 4250296<br>  mkelsey@gibsondunn.com<br>  (*pro hac vice application pending*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |
| 7<br>8<br>9<br>10<br>11 | MICHAEL S. NEUMEISTER, SBN 274220<br>  mneumeister@gibsondunn.com<br>MICHELLE CHOI, SBN 313557<br>  mchoi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| 12 | *Attorneys for the Ad Hoc Committee of Holders of Trade Claims* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **MATTHEW K. KELSEY'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, MATTHEW K. KELSEY, an active member in good standing of the bar of NEW YORK, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Ad Hoc Committee of Holders of Trade Claims in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Michael S. Neumeister
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> E-mail: mneumeister@gibsondunn.com
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

In addition, attached hereto is a certificate of good standing from the State of New York. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2019

_____
Matthew K. Kelsey

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MATTHEW K KELSEY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 20, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 9, 2019**

290

*Clerk of the Court*