# EXHIBIT A

# Proposed Order

Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel: (424) 500-8551
Fax: (424) 500-8951

Attorneys for Western Electricity
Coordinating Council

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 <br> (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING MOTION OF WESTERN ELECTRICITY COORDINATING COUNSEL TO FILE PROOFS OF CLAIM AND ANY AMENDMENTS THERETO UNDER SEAL** |
| Debtors. | |
| ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | [No Hearing Required] |

The Court having considered the *Motion of Western Electricity Coordinating Council to File Proofs of Claim and any Amendments Thereto Under Seal* (the "<u>Motion</u>"), filed by Western Electricity Coordinating Council ("<u>WECC</u>"), filed on October 10, 2019,[1]

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. WECC is authorized to file its proofs of claims against the Debtor, and any amendments thereto, under seal pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. WECC's proofs of claims are confidential, shall remain under seal, and shall not be made available to anyone without the written consent of WECC and the Debtor, except that copies of the proofs of claim shall be provided to the Court on a strictly confidential basis.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion.