Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel: (424) 500-8551
Fax: (424) 500-8951

Attorneys for Western Electricity
Coordinating Council

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF FILING OF MOTION OF WESTERN ELECTRICITY COORDINATING COUNCIL TO FILE PROOFS OF CLAIM AND ANY AMENDMENTS THERETO UNDER SEAL**<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that on October 10, 2019, Western Electricity Coordinating Council ("WECC") filed a motion (the "Motion") pursuant to sections 105(a) of title 11 of the United States Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* for entry of an order authorizing WECC to file under seal its proofs of claim in Pacific Gas and Electric Company's bankruptcy case, as well as any amendments thereto. In support of the Motion, WECC also filed the Declaration of Heather M. Laws contemporaneously therewith.

DATED: October 10, 2019
ZOLKIN TALERICO LLP

By: /s/ Derrick Talerico
Derrick Talerico
David B. Zolkin
Attorneys for Western Electricity Coordinating Council

- 1 -