# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2019 THROUGH JUNE 30, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ken Ziman | Managing Director | n/a | 176.5 | n/a |
| Gregory Hort | Director | n/a | 79.0 | n/a |
| Christian Tempke | Director | n/a | 21.3 | n/a |
| Eli Silverman | Vice President | n/a | 286.0 | n/a |
| Daniel Katz | Associate | n/a | 106.0 | n/a |
| Nathan Mooney | Associate | n/a | 206.5 | n/a |
| Matt Strain | Associate | n/a | 115.0 | n/a |
| Luke Cummings | Analyst | n/a | 230.5 | n/a |
| Liam Fine | Analyst | n/a | 21.0 | n/a |
| Kevin Hatch | Analyst | n/a | 193.5 | n/a |
| Dan Liotta | Analyst | n/a | 27.5 | n/a |
| TJ Nzewi | Analyst | n/a | 54.0 | n/a |
| Logan Piper | Analyst | n/a | 93.0 | n/a |
| Mackenzie Peebles | Analyst | n/a | 61.0 | n/a |
| **TOTALS** | | n/a | **1,670.8** | **$300,000.00** |