# EXHIBIT B

## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 481.3 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 81.0 | n/a |
| Preparation and/or review of Court Filings | 97.5 | n/a |
| Court Testimony/Deposition and Preparation | 0.0 | n/a |
| Valuation Analysis | 7.5 | n/a |
| Capital Structure Review and Analysis | 321.0 | n/a |
| Merger & Acquisition Activity | 0.0 | n/a |
| Financing including DIP and Exit Financing | 108.3 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 570.0 | n/a |
| Fee Application, Engagement | 4.0 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **1,670.8** | **$300,000.00** |