# EXHIBIT C

## EXPENSE SUMMARY
### FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $3,803.62 |
| Employee Meals | | 281.79 |
| Legal Fees | | 147,851.26 |
| Meals – Meetings/Travel | | 1,870.22 |
| Travel | | 32,653.79 |
| **Total Expenses** | | **$186,460.68** |