# EXHIBIT D

## DETAIL OF HOURS EXPENDED
## FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

## Summary of Services Rendered by Project

| Code | Project Description | Jun-19 |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 481.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 81.0 |
| 3 | Preparation and/or Review of Court Filings | 97.5 |
| 4 | Court Testimony/Deposition and Preparation | -- |
| 5 | Valuation Analysis | 7.5 |
| 6 | Capital Structure Review and Analysis | 321.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 108.3 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 570.3 |
| 10 | Fee Application, Engagement | 4.0 |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,670.8** |

## Summary of Services Rendered by Professional

| # | Name (Title) | Jun-19 |
|---|---|---|
| 5 | Ken Ziman (Managing Director) | 176.5 |
| 7 | Greg Hort (Director) | 79.0 |
| 8 | Christian Tempke (Director) | 21.3 |
| 11 | Eli Silverman (Vice President) | 286.0 |
| 14 | Dan Katz (Associate) | 106.0 |
| 16 | Nathan Mooney (Associate) | 206.5 |
| 17 | Matthew Strain (Associate) | 115.0 |
| 18 | Luke Cummings (Analyst) | 230.5 |
| 19 | Liam Fine (Financial Analyst) | 21.0 |
| 20 | Kevin Hatch (Financial Analyst) | 193.5 |
| 22 | Dan Liotta (Financial Analyst) | 27.5 |
| 27 | TJ Nzewi (Financial Analyst) | 54.0 |
| 28 | Logan Piper (Financial Analyst) | 93.0 |
| 29 | Mackenzie Peebles (Financial Analyst) | 61.0 |
| **Total** | | **1,670.8** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

## Ken Ziman (Managing Director)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/19 | Internal game planning discussion | 1 | 1 |
| 6/1/19 | Capital structure analysis | 2.5 | 6 |
| 6/1/19 | Exit financing analysis | 2 | 8 |
| 6/1/19 | Business Plan Sensitivity Analysis | 1.5 | 5 |
| 6/2/19 | Internal game planning discussion | 0.5 | 1 |
| 6/2/19 | Capital structure analysis | 1 | 6 |
| 6/2/19 | Exit financing analysis | 1.5 | 8 |
| 6/2/19 | POR Term Sheet Model Discussion with Company | 0.5 | 3 |
| 6/3/19 | Restructuring Subcommittee Meeting | 1.25 | 1 |
| 6/3/19 | Recurring Advisor Call | 1.75 | 1 |
| 6/3/19 | Travel to San Francisco for Company | 9 | 1 |
| 6/3/19 | Company Business Plan Discussion | 1 | 1 |
| 6/4/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/4/19 | Travel back to New York from San Francisco for Company | 9 | 1 |
| 6/5/19 | Diligence Call with Advisor of Third-Party | 1.5 | 1 |
| 6/5/19 | Exit financing discussion with Company's advisors | 1 | 2 |
| 6/5/19 | Internal game planning discussion for preparation of Board / Company materials | 1 | 1 |
| 6/6/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/6/19 | Company Diligence Meeting with Advisor of Third-Party | 0.75 | 2 |
| 6/7/19 | Exit financing discussion with Company advisors | 2 | 8 |
| 6/7/19 | Internal game planning discussion for preparation of Board / Company materials | 1 | 1 |
| 6/10/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/10/19 | Call with company and third parties | 0.5 | 1 |
| 6/10/19 | Discussion with Bank Regarding Exit Financing | 0.75 | 8 |
| 6/10/19 | Analysis related to business plan | 1.75 | 2 |
| 6/10/19 | Tax considerations analysis | 0.5 | 9 |
| 6/10/19 | Capital structue analysis | 2.5 | 6 |
| 6/11/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/11/19 | Recurring Advisor Call | 1.25 | 1 |
| 6/11/19 | Restructuring Subcommittee Meeting | 1.25 | 1 |
| 6/11/19 | Analysis related to business plan | 0.5 | 2 |
| 6/11/19 | Development of board materials | 2 | 6 |
| 6/12/19 | Call with Company | 1 | 1 |
| 6/12/19 | Tax analysis | 0.75 | 9 |
| 6/12/19 | Discussion with PJT | 4 | 1 |
| 6/13/19 | Recurring Advisor Call | 0.5 | 1 |
| 6/13/19 | Travel to San Francisco for Company | 9 | 1 |
| 6/14/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/14/19 | Credit Rating Discussion | 1 | 2 |
| 6/14/19 | Travel back to New York from San Francisco for Company | 9 | 1 |
| 6/14/19 | Discussion with Weil and Company to Discuss CPUC Meeting | 0.5 | 1 |
| 6/16/19 | Discussion with PG&E / Weil / MTO Regarding Preparation of Materials for Meeting with Board | 1 | 2 |
| 6/17/19 | Travel to San Francisco for Company | 9 | 1 |
| 6/17/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/17/19 | Diligence Meeting with CPUC, Ducera and the Company | 1.5 | 2 |
| 6/17/19 | Company Diligence Meeting with Advisor of Third-Party | 2 | 2 |
| 6/17/19 | Wildfire fund analysis | 1 | 6 |
| 6/17/19 | Preparation of Board materials | 1 | 6 |
| 6/18/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/18/19 | Restructuring Subcommittee Call | 1 | 1 |
| 6/18/19 | Discussion Reagrding Exit Financing | 1 | 8 |
| 6/18/19 | Credit Rating Discussion | 1 | 6 |
| 6/18/19 | Wildfire fund analysis | 2 | 6 |
| 6/18/19 | Meetings with advisors | 3 | 1 |
| 6/18/19 | Meetings with management | 2 | 9 |
| 6/18/19 | Preparation of materials for rating agency | 2.5 | 6 |
| 6/19/19 | Meetings with advisors | 4 | 1 |
| 6/19/19 | Meetings with management | 3 | 9 |
| 6/19/19 | Subcommittee meeting | 2 | 9 |
| 6/19/19 | Business plan analysis | 1.5 | 2 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/19/19 | Exit financing analysis | 1 | 8 |
| 6/19/19 | Call with Rothschild | 1 | 1 |
| 6/19/19 | Discussion with PG&E | 1 | 1 |
| 6/19/19 | Recurring Advisor Call | 1.25 | 1 |
| 6/19/19 | Discussion with PJT and Company | 0.25 | 1 |
| 6/20/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/20/19 | Credit Rating Discussion | 1 | 6 |
| 6/20/19 | Preparation of materials for rating agency | 2.5 | 6 |
| 6/21/19 | Travel back to New York from San Francisco for Company | 9 | 1 |
| 6/21/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/21/19 | Credit Rating Discussion | 2 | 6 |
| 6/24/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/25/19 | Travel to San Francisco for Company | 9 | 1 |
| 6/25/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/25/19 | Discussion with PJT, Weil and Company | 1 | 1 |
| 6/25/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 3 | 3 |
| 6/25/19 | Exit financing analysis | 1.5 | 8 |
| 6/26/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 2.5 | 3 |
| 6/26/19 | Discussion with PG&E | 0.75 | 1 |
| 6/26/19 | Recurring Advisor Call | 1.25 | 1 |
| 6/27/19 | Call with Bank Regarding Exit Financing | 0.25 | 8 |
| 6/27/19 | Recurring Advisor Call | 0.75 | 1 |
| 6/27/19 | Company and UCC Professionals Call | 1 | 1 |
| 6/27/19 | Credit Rating Discussion | 0.5 | 6 |
| 6/27/19 | Travel back to New York from San Francisco for Company | 9 | 1 |
| 6/27/19 | Meeting with Subrogation Claimants | 3.5 | 2 |
| 6/28/19 | Internal game planning discussion for preparation of Board / Company materials | 0.5 | 1 |
| 6/30/19 | Meeting with PG&E | 0.5 | 1 |
| 6/30/19 | Credit Rating Discussion | 0.5 | 6 |
| **Jun-19** | **Monthly Subtotal** | **176.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

### Eli Silverman (Vice President)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/19 | Internal game planning discussion | 1 | 1 |
| 6/1/19 | Capital structure analysis | 5 | 6 |
| 6/1/19 | Exit financing analysis | 4 | 8 |
| 6/1/19 | Business Plan Sensitivity Analysis | 3 | 5 |
| 6/2/19 | Internal game planning discussion | 1 | 1 |
| 6/2/19 | Capital structure analysis | 3 | 6 |
| 6/2/19 | Exit financing analysis | 3 | 8 |
| 6/2/19 | Travel from NYC to SF | 9 | 1 |
| 6/3/19 | Internal POR modeling discussion | 2 | 3 |
| 6/3/19 | Diligence team meeting | 1.5 | 1 |
| 6/3/19 | Business Plan Sensitivity Analysis | 3 | 5 |
| 6/3/19 | Business plan discussion | 1.5 | 2 |
| 6/4/19 | PG&E advisor recurring call | 1 | 1 |
| 6/4/19 | Internal discussion/analysis to prepare for meeting with Governor's advisors | 1 | 6 |
| 6/4/19 | Discussion with advisors regarding exit financing | 0.5 | 8 |
| 6/4/19 | Preparation of Board materials | 4 | 6 |
| 6/5/19 | Aggregation of hours | 3 | 1 |
| 6/5/19 | Exit financing discussion with Company's advisors | 1 | 8 |
| 6/5/19 | Internal game planning discussion for preparation of Board materials | 1 | 1 |
| 6/5/19 | Diligence team meeting | 1.5 | 1 |
| 6/5/19 | Preparation of Board materials | 8 | 6 |
| 6/6/19 | PG&E advisor recurring call | 1 | 1 |
| 6/6/19 | Preparation of Board materials | 7 | 6 |
| 6/6/19 | Travel from to SF to NYC | 9 | 1 |
| 6/7/19 | Capital structue analysis with Company | 1 | 6 |
| 6/7/19 | Exit financing discussion with Company advisors | 2 | 8 |
| 6/7/19 | Exit financing analysis | 3 | 8 |
| 6/7/19 | Analysis of Company PPA Contracts / Counterparties | 3 | 9 |
| 6/8/19 | Preparation of Board materials | 4 | 6 |
| 6/8/19 | Capital structue analysis | 6 | 6 |
| 6/9/19 | Preparation of Board materials | 3 | 6 |
| 6/10/19 | Analysis related to business plan | 4 | 2 |
| 6/10/19 | Tax considerations analysis | 1 | 9 |
| 6/10/19 | Capital structue analysis | 6 | 6 |
| 6/11/19 | PG&E advisor recurring call | 1 | 1 |
| 6/11/19 | Analysis related to business plan | 1 | 2 |
| 6/11/19 | Development of board materials | 4 | 6 |
| 6/11/19 | Travel from NYC to SF | 9 | 1 |
| 6/12/19 | Diligence team meeting | 1.5 | 1 |
| 6/12/19 | Discussion with AlixPartners | 1 | 1 |
| 6/12/19 | Tax analysis | 1.5 | 9 |
| 6/12/19 | Discussion with PJT | 4 | 1 |
| 6/13/19 | Discussion with UCC professionals | 0.5 | 1 |
| 6/13/19 | Diligence team meeting | 1 | 1 |
| 6/13/19 | Development of board materials | 5 | 6 |
| 6/13/19 | Travel from SF to NYC | 9 | 1 |
| 6/14/19 | Exit financing discussion with Company | 1 | 1 |
| 6/14/19 | Exit financing analysis | 6 | 8 |
| 6/15/19 | Preparation of Board materials | 5 | 6 |
| 6/16/19 | Diligence team meeting | 1 | 1 |
| 6/16/19 | Development of board materials | 5 | 6 |
| 6/16/19 | PG&E advisor recurring call | 1 | 1 |
| 6/17/19 | Travel to San Francisco | 9 | 1 |
| 6/17/19 | Wildfire fund analysis | 2 | 6 |
| 6/17/19 | Preparation of Board materials | 3 | 6 |
| 6/18/19 | Insurance analysis | 2 | 9 |
| 6/18/19 | PG&E advisor recurring call | 1 | 1 |
| 6/18/19 | Wildfire fund analysis | 2 | 6 |
| 6/18/19 | Meetings with advisors | 3 | 1 |
| 6/18/19 | Meetings with management | 2 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/18/19 | Prearation of materials for rating agency | 5 | 6 |
| 6/19/19 | Meetings with advisors | 4 | 1 |
| 6/19/19 | Meetings with management | 3 | 9 |
| 6/19/19 | Subcommittee meeting | 2 | 9 |
| 6/19/19 | Business plan discussion with AlixPartners | 3 | 2 |
| 6/19/19 | Exit financing analysis | 2 | 8 |
| 6/19/19 | Call with Rothschild | 1 | 1 |
| 6/20/19 | PG&E advisor recurring call | 1 | 1 |
| 6/20/19 | Preparation of materials for rating agency | 5 | 6 |
| 6/21/19 | Travel to New York | 9 | 1 |
| 6/21/19 | Credit rating analysis | 2 | 6 |
| 6/22/19 | Preparation of Board materials | 2 | 6 |
| 6/22/19 | Business model discussion | 1 | 2 |
| 6/22/19 | Capital structure analysis | 5 | 6 |
| 6/23/19 | Preparation of Board materials | 2 | 6 |
| 6/24/19 | Business plan discussion with AlixPartners | 1.5 | 2 |
| 6/24/19 | Peer credit rating analysis | 1 | 6 |
| 6/24/19 | Capital structure analysis | 5 | 6 |
| 6/25/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 6 | 3 |
| 6/25/19 | Exit financing analysis | 3 | 8 |
| 6/25/19 | PG&E advisor recurring call | 1 | 1 |
| 6/26/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 6 | 3 |
| 6/26/19 | Restructuring subcommittee meeting | 1 | 1 |
| 6/26/19 | Exit financing analysis | 4 | 8 |
| 6/27/19 | Discussion with equity holders advisors | 3 | 1 |
| 6/27/19 | PG&E advisor recurring call | 1 | 1 |
| 6/27/19 | Discussion with UCC professionals | 1 | 1 |
| 6/27/19 | Capital structure analysis | 2 | 6 |
| 6/28/19 | Business plan discussion with AlixPartners | 1 | 1 |
| 6/28/19 | Development of Board materials | 3 | 6 |
| 6/29/19 | Development of Board materials | 2 | 6 |
| 6/30/19 | Internal game planning discussion | 1 | 1 |
| 6/30/19 | Exit financing analysis | 3 | 8 |
| 6/30/19 | Development of Board materials | 4 | 6 |
| Jun-19 | **Monthly Subtotal** | 286.0 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| | Greg Hort (Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/3/19 | Board Materials Preparation/Travel | 16 | 2 |
| 6/4/19 | Board Materials Preparation/Travel | 16 | 2 |
| 6/6/19 | calls with advisors/management | 2 | 1 |
| 6/7/19 | calls with advisors/management | 2 | 1 |
| 6/8/19 | calls with advisors/management | 2.5 | 1 |
| 6/9/19 | calls with advisors/management | 2.5 | 1 |
| 6/10/19 | calls with advisors/management | 3.5 | 1 |
| 6/11/19 | calls with advisors/management | 3 | 1 |
| 6/13/19 | calls with advisors/management | 2 | 1 |
| 6/14/19 | calls with advisors/management | 5 | 1 |
| 6/17/19 | calls with advisors/management | 1 | 1 |
| 6/18/19 | calls with advisors/management | 3 | 1 |
| 6/19/19 | calls with advisors/management | 5 | 1 |
| 6/20/19 | calls with advisors/management | 2.5 | 1 |
| 6/21/19 | calls with advisors/management | 2 | 1 |
| 6/24/19 | calls with advisors/management | 4 | 1 |
| 6/25/19 | calls with advisors/management | 3 | 1 |
| 6/26/19 | calls with advisors/management | 1.5 | 1 |
| 6/27/19 | calls with advisors/management | 2.5 | 1 |
| **Jun-19** | **Monthly Subtotal** | **79.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

### Christian Tempke (Director)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/19 | Internal catchup call | 0.5 | 1 |
| 6/2/19 | Review of discussion materials and comments | 0.5 | 1 |
| 6/3/19 | Business plan follow up call | 1.0 | 2 |
| 6/3/19 | Restructuring sub committee call | 1.5 | 1 |
| 6/3/19 | Review of engagement letter and fee calculation | 2.5 | 10 |
| 6/4/19 | Standing Advisor call | 0.5 | 1 |
| 6/4/19 | Restructuring sub committee call | 1.0 | 1 |
| 6/5/19 | Board module call - coordination | 1.0 | 2 |
| 6/6/19 | Standing Advisor call | 0.5 | 1 |
| 6/9/19 | Call re stakeholder materials | 0.5 | 1 |
| 6/10/19 | Catchup call with PJT | 0.5 | 1 |
| 6/10/19 | Internal catchup and coordination call | 0.5 | 1 |
| 6/10/19 | Restructuring sub committee call | 1.0 | 1 |
| 6/12/19 | Call with PJT re status update | 1.0 | 1 |
| 6/14/19 | Internal call re emergence capital structure | 1.0 | 1 |
| 6/24/19 | Review of fee application and comments | 1.5 | 10 |
| 6/25/19 | Standing Advisor call | 0.5 | 1 |
| 6/25/19 | Review of exit financing scenarios | 1.0 | 8 |
| 6/25/19 | Call with Company and advisors re exit financing | 1.0 | 8 |
| 6/27/19 | Call with potential lender | 0.5 | 8 |
| 6/27/19 | Standing Advisor call | 0.5 | 1 |
| 6/27/19 | Review of legislation and & POR analysis | 0.5 | 2 |
| 6/27/19 | Call with potential lender | 0.5 | 8 |
| 6/27/19 | Status call with PJT | 0.5 | 1 |
| 6/30/19 | Internal call re stakeholder meeting | 0.5 | 1 |
| 6/30/19 | Review of POR term sheets, comments | 0.8 | 8 |
| **Jun-19** | **Monthly Subtotal** | **21.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| | Dan Katz (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/2/19 | POR Scenario Analysis | 6 | 9 |
| 6/3/19 | Business Plan Review | 1 | 1 |
| 6/4/19 | Business Plan Review | 1 | 1 |
| 6/5/19 | Workstreams Discussion | 1 | 1 |
| 6/6/19 | POR Scenario Analysis | 8 | 9 |
| 6/7/19 | POR Scenario Analysis | 5 | 9 |
| 6/8/19 | POR Scenario Analysis | 2 | 9 |
| 6/10/19 | ECB Discussion | 2 | 1 |
| 6/11/19 | Model Review | 1 | 1 |
| 6/12/19 | Equity Committee Call | 1 | 1 |
| 6/13/19 | Tax Analysis | 1 | 1 |
| 6/14/19 | ECB Discussion | 1 | 1 |
| 6/17/19 | POR Scenario Analysis | 5 | 9 |
| 6/18/19 | Working Session at Company Headquarters | 8 | 1 |
| 6/19/19 | Working Session at Company Headquarters | 8 | 1 |
| 6/20/19 | POR Scenario Analysis | 8 | 9 |
| 6/21/19 | POR Scenario Analysis | 6 | 1 |
| 6/22/19 | POR Scenario Analysis | 8 | 9 |
| 6/23/19 | POR Scenario Analysis | 4 | 9 |
| 6/24/19 | Review Model Assumptions | 5 | 1 |
| 6/24/19 | Call with AlixPartners | 1 | 1 |
| 6/25/19 | ECF Discussion | 1 | 1 |
| 6/26/19 | POR Scenario Analysis | 5 | 9 |
| 6/27/19 | Call with AlixPartners | 1 | 1 |
| 6/28/19 | Business Plan Review | 6 | 1 |
| 6/29/19 | POR Scenario Analysis | 5 | 9 |
| 6/30/19 | POR Scenario Analysis | 5 | 9 |
| **Jun-19** | **Monthly Subtotal** | **106.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

### Nathan Mooney (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/19 | Internal game planning discussion | 1 | 1 |
| 6/1/19 | Capital structure analysis | 3 | 6 |
| 6/1/19 | Exit financing analysis | 4 | 8 |
| 6/2/19 | Internal game planning discussion | 1 | 1 |
| 6/2/19 | Capital structure analysis | 3 | 6 |
| 6/2/19 | Exit financing analysis | 3 | 8 |
| 6/3/19 | Internal POR modeling discussion | 2 | 3 |
| 6/3/19 | Diligence team meeting | 1.5 | 1 |
| 6/3/19 | Business plan discussion | 1.5 | 2 |
| 6/4/19 | PG&E advisor recurring call | 1 | 1 |
| 6/4/19 | Internal discussion/analysis to prepare for meeting with Governor's advisors | 1 | 6 |
| 6/4/19 | Discussion with advisors regarding exit financing | 0.5 | 8 |
| 6/4/19 | Preparation of Board materials | 1.5 | 6 |
| 6/5/19 | Aggregation of hours | 3 | 1 |
| 6/5/19 | Exit financing discussion with Company's advisors | 1 | 8 |
| 6/5/19 | Internal game planning discussion for preparation of Board materials | 1 | 1 |
| 6/5/19 | Diligence team meeting | 1.5 | 1 |
| 6/5/19 | Prearation of Board materials | 5 | 6 |
| 6/6/19 | PG&E advisor recurring call | 1 | 1 |
| 6/6/19 | Preparation of Board materials | 5 | 6 |
| 6/7/19 | Capital structue analysis with Company | 1 | 6 |
| 6/7/19 | Exit financing discussion with Company advisors | 2 | 8 |
| 6/7/19 | Exit financing analysis | 3 | 8 |
| 6/8/19 | Preparation of Board materials | 4 | 6 |
| 6/9/19 | Preparation of Board materials | 3 | 6 |
| 6/10/19 | Analysis related to business plan | 2 | 2 |
| 6/10/19 | Tax considerations analysis | 1 | 9 |
| 6/10/19 | Capital structue analysis | 6 | 6 |
| 6/11/19 | PG&E advisor recurring call | 1 | 1 |
| 6/11/19 | Analysis related to business plan | 1 | 2 |
| 6/11/19 | Development of board materials | 1 | 6 |
| 6/12/19 | Diligence team meeting | 1.5 | 1 |
| 6/12/19 | Discussion with AlixPartners | 1 | 1 |
| 6/12/19 | Tax analysis | 1.5 | 9 |
| 6/12/19 | Discussion with PJT | 1 | 1 |
| 6/13/19 | Discussion with UCC professionals | 0.5 | 1 |
| 6/13/19 | Diligence team meeting | 1 | 1 |
| 6/13/19 | Development of board materials | 5 | 6 |
| 6/14/19 | Exit financing discussion with Company | 1 | 1 |
| 6/14/19 | Exit financing analysis | 6 | 8 |
| 6/15/19 | Preparation of Board materials | 5 | 6 |
| 6/16/19 | Diligence team meeting | 1 | 1 |
| 6/16/19 | Development of board materials | 5 | 6 |
| 6/16/19 | PG&E advisor recurring call | 1 | 1 |
| 6/17/19 | Travel to San Francisco | 9 | 1 |
| 6/17/19 | Wildfire fund analysis | 2 | 6 |
| 6/17/19 | Preparation of Board materials | 3 | 6 |
| 6/18/19 | Insurance analysis | 2 | 9 |
| 6/18/19 | PG&E advisor recurring call | 1 | 1 |
| 6/18/19 | Wildfire fund analysis | 2 | 6 |
| 6/18/19 | Meetings with advisors | 3 | 1 |
| 6/18/19 | Meetings with management | 2 | 9 |
| 6/19/19 | Meetings with advisors | 4 | 1 |
| 6/19/19 | Meetings with management | 2 | 9 |
| 6/19/19 | Subcommittee meeting | 2 | 9 |
| 6/19/19 | Business plan discussion with AlixPartners | 3 | 2 |
| 6/19/19 | Exit financing analysis | 2 | 8 |
| 6/19/19 | Call with Rothschild | 1 | 1 |
| 6/20/19 | PG&E advisor recurring call | 1 | 1 |
| 6/20/19 | Prearation of materials for rating agency | 4 | 6 |

### Nathan Mooney (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/20/19 | Travel to New York | 9 | 1 |
| 6/21/19 | Credit rating analysis | 2 | 6 |
| 6/22/19 | Preparation of Board materials | 2 | 6 |
| 6/22/19 | Business model discussion | 1 | 2 |
| 6/22/19 | Capital structure analysis | 5 | 6 |
| 6/23/19 | Preparation of Board materials | 2 | 6 |
| 6/24/19 | Business plan discussion with AlixPartners | 1.5 | 2 |
| 6/24/19 | Peer credit rating analysis | 1 | 6 |
| 6/24/19 | Capital structure analysis | 5 | 6 |
| 6/25/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 4 | 3 |
| 6/25/19 | Exit financing analysis | 3 | 8 |
| 6/25/19 | PG&E advisor recurring call | 1 | 1 |
| 6/26/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 4 | 3 |
| 6/26/19 | Restructuring subcommittee meeting | 1 | 1 |
| 6/26/19 | Exit financing analysis | 4 | 8 |
| 6/27/19 | Discussion with equity holders advisors | 3 | 1 |
| 6/27/19 | PG&E advisor recurring call | 1 | 1 |
| 6/27/19 | Discussion with UCC professionals | 1 | 1 |
| 6/27/19 | Capital structure analysis | 2 | 6 |
| 6/28/19 | Business plan discussion with AlixPartners | 1 | 1 |
| 6/28/19 | Development of Board materials | 3 | 6 |
| 6/29/19 | Development of Board materials | 2 | 6 |
| 6/30/19 | Internal game planning discussion | 1 | 1 |
| 6/30/19 | Exit financing analysis | 3 | 8 |
| 6/30/19 | Development of Board materials | 4 | 6 |
| **Jun-19** | **Monthly Subtotal** | **206.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

### Matthew Strain (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/2/19 | POR Scenario Analysis | 6 | 9 |
| 6/3/19 | Business Plan Review | 4 | 1 |
| 6/4/19 | Business Plan Review | 3 | 1 |
| 6/5/19 | Workstreams Discussion | 2 | 1 |
| 6/6/19 | POR Scenario Analysis | 8 | 9 |
| 6/7/19 | POR Scenario Analysis | 4 | 9 |
| 6/8/19 | POR Scenario Analysis | 3 | 9 |
| 6/10/19 | ECB Discussion | 2 | 1 |
| 6/11/19 | Model Review | 4 | 1 |
| 6/12/19 | Equity Committee Call | 2 | 1 |
| 6/13/19 | Tax Analysis | 4 | 1 |
| 6/14/19 | ECB Discussion | 2 | 1 |
| 6/17/19 | POR Scenario Analysis | 5 | 9 |
| 6/18/19 | Working Session at Company Headquarters | 7 | 1 |
| 6/19/19 | Working Session at Company Headquarters | 8 | 1 |
| 6/20/19 | POR Scenario Analysis | 6 | 9 |
| 6/21/19 | POR Scenario Analysis | 5 | 1 |
| 6/22/19 | POR Scenario Analysis | 6 | 9 |
| 6/23/19 | POR Scenario Analysis | 4 | 9 |
| 6/24/19 | Review Model Assumptions | 4 | 1 |
| 6/24/19 | Call with AlixPartners | 4 | 1 |
| 6/25/19 | ECF Discussion | 1 | 1 |
| 6/26/19 | POR Scenario Analysis | 5 | 9 |
| 6/27/19 | Call with AlixPartners | 1 | 1 |
| 6/28/19 | Business Plan Review | 6 | 1 |
| 6/29/19 | POR Scenario Analysis | 5 | 9 |
| 6/30/19 | POR Scenario Analysis | 4 | 9 |
| **Jun-19** | **Monthly Subtotal** | **115.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| Luke Cummings (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/1/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 6/2/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 6/3/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 6/3/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 6/4/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 6/5/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 6/6/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 6/7/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/8/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 6/9/19 | Update ability to finance liabilities analysis | 4.5 | 9 |
| 6/10/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 6/11/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 6/12/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/13/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 6/14/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 6/15/19 | Update ability to finance liabilities analysis | 6.5 | 9 |
| 6/16/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/17/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 6/18/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 6/19/19 | Meetings at Client Site Pertaining to Business Plan | 8 | 1 |
| 6/20/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/21/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/22/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/23/19 | Update ability to finance liabilities analysis | 7.5 | 9 |
| 6/24/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 6/25/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 6/26/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 6/27/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 6/28/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 6/29/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 6/30/19 | Update ability to finance liabilities analysis | 5 | 9 |
| Jun-19 | Monthly Subtotal | 230.5 | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

| Liam Fine (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/3/19 | Update ability to finance liabilities analysis | 6.0 | 9 |
| 6/4/19 | Update ability to finance liabilities analysis | 6.0 | 9 |
| 6/5/19 | Update ability to finance liabilities analysis | 3.0 | 9 |
| 6/6/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/7/19 | Update ability to finance liabilities analysis | 2.0 | 9 |
| **Jun-19** | **Monthly Subtotal** | **21.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

### Kevin Hatch (Financial Analyst)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/19 | Internal game planning discussion | 1 | 1 |
| 6/1/19 | Capital structure analysis | 3 | 6 |
| 6/1/19 | Exit financing analysis | 4 | 8 |
| 6/2/19 | Internal game planning discussion | 1 | 1 |
| 6/2/19 | Capital structure analysis | 3 | 6 |
| 6/2/19 | Exit financing analysis | 3 | 8 |
| 6/3/19 | Internal POR modeling discussion | 2 | 3 |
| 6/3/19 | Diligence team meeting | 1.5 | 1 |
| 6/3/19 | Business plan discussion | 1.5 | 2 |
| 6/4/19 | PG&E advisor recurring call | 1 | 1 |
| 6/4/19 | Internal discussion/analysis to prepare for meeting with Governor's advisors | 1 | 6 |
| 6/4/19 | Discussion with advisors regarding exit financing | 0.5 | 8 |
| 6/4/19 | Preparation of Board materials | 1.5 | 6 |
| 6/5/19 | Aggregation of hours | 3 | 1 |
| 6/5/19 | Exit financing discussion with Company's advisors | 1 | 8 |
| 6/5/19 | Internal game planning discussion for preparation of Board materials | 1 | 1 |
| 6/5/19 | Diligence team meeting | 1.5 | 1 |
| 6/5/19 | Prearation of Board materials | 5 | 6 |
| 6/6/19 | PG&E advisor recurring call | 1 | 1 |
| 6/6/19 | Preparation of Board materials | 5 | 6 |
| 6/7/19 | Capital structue analysis with Company | 1 | 6 |
| 6/7/19 | Exit financing discussion with Company advisors | 2 | 8 |
| 6/7/19 | Exit financing analysis | 3 | 8 |
| 6/8/19 | Preparation of Board materials | 3 | 6 |
| 6/9/19 | Preparation of Board materials | 3 | 6 |
| 6/10/19 | Analysis related to business plan | 2 | 2 |
| 6/10/19 | Tax considerations analysis | 1 | 9 |
| 6/10/19 | Capital structue analysis | 6 | 6 |
| 6/11/19 | PG&E advisor recurring call | 1 | 1 |
| 6/11/19 | Analysis related to business plan | 1 | 2 |
| 6/11/19 | Development of board materials | 1 | 6 |
| 6/12/19 | Diligence team meeting | 1.5 | 1 |
| 6/12/19 | Discussion with AlixPartners | 1 | 1 |
| 6/12/19 | Tax analysis | 1.5 | 9 |
| 6/12/19 | Discussion with PJT | 1 | 1 |
| 6/13/19 | Discussion with UCC professionals | 0.5 | 1 |
| 6/13/19 | Diligence team meeting | 1 | 1 |
| 6/13/19 | Development of board materials | 5 | 6 |
| 6/14/19 | Exit financing discussion with Company | 1 | 1 |
| 6/14/19 | Exit financing analysis | 6 | 8 |
| 6/15/19 | Preparation of Board materials | 5 | 6 |
| 6/16/19 | Diligence team meeting | 1 | 1 |
| 6/16/19 | Development of board materials | 5 | 6 |
| 6/16/19 | PG&E advisor recurring call | 1 | 1 |
| 6/17/19 | Wildfire fund analysis | 2 | 6 |
| 6/17/19 | Preparation of Board materials | 3 | 6 |
| 6/18/19 | Insurance analysis | 2 | 9 |
| 6/18/19 | PG&E advisor recurring call | 1 | 1 |
| 6/18/19 | Wildfire fund analysis | 2 | 6 |
| 6/19/19 | Business plan discussion with AlixPartners | 3 | 2 |
| 6/19/19 | Exit financing analysis | 2 | 8 |
| 6/20/19 | PG&E advisor recurring call | 1 | 1 |
| 6/20/19 | Prearation of materials for rating agency | 4 | 6 |
| 6/21/19 | Credit rating analysis | 2 | 6 |
| 6/22/19 | Preparation of Board materials | 2 | 6 |
| 6/22/19 | Business model discussion | 1 | 2 |
| 6/22/19 | Capital structure analysis | 5 | 6 |
| 6/23/19 | Preparation of Board materials | 2 | 6 |
| 6/24/19 | Business plan discussion with AlixPartners | 1.5 | 2 |
| 6/24/19 | Peer credit rating analysis | 1 | 6 |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

| Kevin Hatch (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/24/19 | Capital structure analysis | 6 | 6 |
| 6/25/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 9 | 3 |
| 6/25/19 | Exit financing analysis | 3 | 8 |
| 6/25/19 | PG&E advisor recurring call | 1 | 1 |
| 6/26/19 | Analysis of ad-hoc noteholders motion to terminate exlusivity and POR term sheet | 8 | 3 |
| 6/26/19 | Restructuring subcommittee meeting | 1 | 1 |
| 6/26/19 | Exit financing analysis | 4 | 8 |
| 6/27/19 | Discussion with equity holders advisors | 1 | 1 |
| 6/27/19 | PG&E advisor recurring call | 1 | 1 |
| 6/27/19 | Discussion with UCC professionals | 1 | 1 |
| 6/27/19 | Capital structure analysis | 6 | 6 |
| 6/28/19 | Business plan discussion with AlixPartners | 1 | 1 |
| 6/28/19 | Development of Board materials | 6 | 6 |
| 6/29/19 | Development of Board materials | 7 | 6 |
| 6/30/19 | Internal game planning discussion | 1 | 1 |
| 6/30/19 | Exit financing analysis | 3 | 8 |
| 6/30/19 | Development of Board materials | 4 | 6 |
| Jun-19 | Monthly Subtotal | 193.5 | |

## PG&E Corp.
## Lazard Frères & Co. LLC
### June 1, 2019 - June 30, 2019

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | Dan Liotta (Financial Analyst) | | |
| 6/1/19 | Exit Financing Work | 2 | 1 |
| 6/4/19 | Security / PPA Analysis | 2 | 9 |
| 6/5/19 | Security / PPA Analysis | 3 | 9 |
| 6/6/19 | PG&E Hours | 7.5 | 3 |
| 6/7/19 | Security / PPA Analysis | 2 | 9 |
| 6/8/19 | Security / PPA Analysis | 2 | 9 |
| 6/11/19 | Tax Analysis / Other Analysis | 5 | 9 |
| 6/12/19 | Tax Analysis / Other Analysis | 3 | 9 |
| 6/14/19 | Tax Analysis / Other Analysis | 1 | 9 |
| Jun-19 | **Monthly Subtotal** | 27.5 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| \_\_ | TJ Nzewi (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/11/19 | Internal game planning discussion | 1 | 1 |
| 6/11/19 | Internal game planning discussion | 0.5 | 1 |
| 6/11/19 | Internal meeting with PG&E | 1 | 1 |
| 6/11/19 | Internal game planning discussion | 1 | 1 |
| 6/11/19 | Preparation of board materials | 2 | 3 |
| 6/12/19 | PG&E advisor recurring call | 1 | 1 |
| 6/13/19 | PG&E stakeholder in-person meeting | 1.5 | 1 |
| 6/14/19 | Credit rating analysis | 3 | 3 |
| 6/15/19 | Credit rating analysis | 4 | 3 |
| 6/16/19 | Credit rating analysis | 4 | 3 |
| 6/17/19 | Credit rating analysis | 4 | 3 |
| 6/18/19 | Credit rating analysis | 4 | 3 |
| 6/18/19 | Internal game planning discussion | 1 | 1 |
| 6/19/19 | Credit rating analysis | 5 | 3 |
| 6/20/19 | Internal game planning discussion | 1 | 1 |
| 6/21/19 | Internal game planning discussion | 2 | 1 |
| 6/25/19 | Credit rating analysis | 3 | 3 |
| 6/26/19 | Credit rating analysis | 4 | 3 |
| 6/26/19 | Internal game planning discussion | 1 | 1 |
| 6/27/19 | PG&E advisor recurring call | 1 | 1 |
| 6/27/19 | Credit rating analysis | 4 | 3 |
| 6/28/19 | Credit rating analysis | 4 | 3 |
| 6/30/19 | PG&E advisor recurring call | 1 | 1 |
| **Jun-19** | **Monthly Subtotal** | **54.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2019 - June 30, 2019**

| | Logan Piper (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/10/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/11/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/12/19 | Update ability to finance liabilities analysis | 3.0 | 9 |
| 6/13/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/14/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/15/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/16/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/17/19 | Update ability to finance liabilities analysis | 6.0 | 9 |
| 6/18/19 | Update ability to finance liabilities analysis | 2.0 | 9 |
| 6/19/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/20/19 | Update ability to finance liabilities analysis | 6.0 | 9 |
| 6/21/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/22/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/23/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/24/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/25/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/26/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/27/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/28/19 | Update ability to finance liabilities analysis | 5.0 | 9 |
| 6/29/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| 6/30/19 | Update ability to finance liabilities analysis | 4.0 | 9 |
| **Jun-19** | **Monthly Subtotal** | **93.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2019 - June 30, 2019

| | Mackenzie Peebles (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/10/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 6/11/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/12/19 | Update ability to finance liabilities analysis | 2 | 9 |
| 6/13/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/14/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/15/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/16/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 6/17/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/18/19 | Update ability to finance liabilities analysis | 1 | 9 |
| 6/19/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/20/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 6/21/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/22/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/23/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/24/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/25/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 6/26/19 | Update ability to finance liabilities analysis | 2 | 9 |
| 6/27/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/28/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 6/29/19 | Update ability to finance liabilities analysis | 1 | 9 |
| 6/30/19 | Update ability to finance liabilities analysis | 2 | 9 |
| Jun-19 | **Monthly Subtotal** | **61.0** | |