**EXHIBIT E**

**DETAIL OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019**

**PG&E Corporation**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**June 1, 2019 - June 30, 2019**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fee: June 1, 2019 - June 30, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

## Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $3,803.62 |
| Employee Meals | 281.79 |
| Legal Fees [3] | 147,851.26 |
| Meals-Meetings/Travel | 1,870.22 |
| Travel | 32,653.79 |
| **TOTAL** | **$186,460.68** |

---

[1] *Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].*

[2] *Additional expense detail will be furnished upon request.*

[3] *For legal representation of Lazard. See attached invoices.*

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 08/07/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Air | 6/6/2019 | Ken Ziman | Flt EWR/SFO OW 05/14/2019 / AMEX | 866.42 |
| Travel - Air | 6/6/2019 | Ken Ziman | Flt EWR/SFO RT 05/06/2019 / AMEX | 705.00 |
| Travel - Air | 6/6/2019 | Ken Ziman | Flt SFO/EWR OW 05/08/2019 / AMEX | 1,008.55 |
| Travel - Air | 6/6/2019 | Ken Ziman | Flt EWR/SFO RT 05/21/2019 / AMEX | 1,007.30 |
| Travel - Air | 6/6/2019 | Ken Ziman | Flt SFO/JFK OW 05/16/2019 / AMEX | 655.60 |
| Travel - Air | 6/10/2019 | Kevin Hatch | AA/JFK/SFO - coach 04/23/2019 / AMEX | 2,176.90 |
| Travel - Air | 6/10/2019 | Kevin Hatch | Delta/SFO/JFK - coach 04/25/2019 / AMEX | 1,658.60 |
| Travel - Air | 6/11/2019 | Gregory Hort | UNITED AIRLINES  EWR/SFO/EWR 05/09/2019 / AMEX | 1,392.00 |
| Travel - Air | 6/11/2019 | Eli Silverman | AA/SFO/JFK - coach 05/24/2019 / AMEX | 1,934.96 |
| Travel - Air | 6/11/2019 | Eli Silverman | UA/EWR/SFO - coach 05/21/2019 / AMEX | 1,603.55 |
| Travel - Air | 6/11/2019 | Eli Silverman | AA/JFK/SFO - coach 04/23/2019 / AMEX | 1,350.33 |
| Travel - Air | 6/11/2019 | Eli Silverman | Delta/SFO/JFK - coach 05/02/2019 / AMEX | 1,658.60 |
| Travel - Air | 6/11/2019 | Eli Silverman | AA/JFK/SFO - coach 05/05/2019 / AMEX | 2,176.90 |
| Travel - Air | 6/11/2019 | Eli Silverman | United/EWR/SFO - coach 05/20/2019 / AMEX | 1,607.30 |
| Travel - Air | 6/11/2019 | Eli Silverman | American Express ticketing fee 05/05/2019 / AMEX | 6.00 |
| Travel - Air | 6/11/2019 | Eli Silverman | AA/SFO/JFK - coach 05/22/2019 / AMEX | 2,272.71 |
| Travel - Air | 6/11/2019 | Eli Silverman | Delta/SFO/JFK - coach 04/25/2019 / AMEX | 1,658.60 |
| Travel - Air | 6/11/2019 | Eli Silverman | UA/EWR/SFO - coach 04/30/2019 / AMEX | 1,662.08 |
| Travel - Air | 6/24/2019 | Liam Fine | JETBLUE  JFK/SFO 04/23/2019 / AMEX | 406.85 |
| Travel - Air | 6/24/2019 | Liam Fine | JETBLUE  SFO/JFK 04/25/2019 / AMEX | 406.85 |
| **Travel - Air Total** | | | | **26,215.10** |
| Car Services - After Hours | 6/10/2019 | Kevin Hatch | Saturday - home-NYC/Lazard 04/20/2019 Time: 10:47 / AMEX | 40.99 |
| Car Services - After Hours | 6/10/2019 | Kevin Hatch | Lazard/home-NYC 04/25/2019 Time: 22:18 / AMEX | 18.62 |
| Car Services - After Hours | 6/10/2019 | Kevin Hatch | Home-NYC/Lazard - tip item #4 04/20/2019 Time: 10:47 / AMEX | 2.56 |
| Car Services - After Hours | 6/10/2019 | Kevin Hatch | Saturday - Lazard/Rye, NY-home 04/20/2019 Time: 14:05 / AMEX | 78.93 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/18/2019 Time: 01:00 / AMEX | 28.50 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/17/2019 Time: 22:00 / AMEX | 28.50 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/19/2019 Time: 08:46 / AMEX | 31.96 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/19/2019 Time: 22:00 / AMEX | 31.22 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/14/2019 Time: 00:51 / AMEX | 31.32 |
| Car Services - After Hours | 6/11/2019 | Matthew Strain | Uber - Lazard Office to home 04/19/2019 Time: 19:19 / AMEX | 30.83 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/01/2019 Time: 23:10 / AMEX | 26.59 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/11/2019 Time: 15:41 / AMEX | 28.11 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | NYCTAXI Office/home 05/06/2019 Time: 23:00 / AMEX | 13.35 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 04/26/2019 Time: 01:53 / AMEX | 23.87 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 04/22/2019 Time: 00:19 / AMEX | 24.27 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 08/07/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 6/24/2019 | Liam Fine | White and Blue Taxi Office/home 05/05/2019 Time: 22:45 / AMEX | 12.74 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 04/29/2019 Time: 23:37 / AMEX | 22.90 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 04/15/2019 Time: 01:02 / AMEX | 24.10 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/09/2019 Time: 00:05 / AMEX | 25.12 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/08/2019 Time: 22:20 / AMEX | 26.35 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/13/2019 Time: 22:42 / AMEX | 26.28 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Offie/home 05/11/2019 Time: 09:55 / AMEX | 25.19 |
| Car Services - After Hours | 6/24/2019 | Liam Fine | UBER Office/home 05/02/2019 Time: 00:11 / AMEX | 24.59 |
| **Car Services - After Hours Total** | | | | **626.89** |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from SFO to Ritz SF 05/14/2019 / AMEX | 33.21 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from home to airport 04/26/2019 / AMEX | 76.37 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from home to EWR 05/05/2019 / AMEX | 81.79 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from office to EWR 04/29/2019 / AMEX | 91.54 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from EWR to JFK 04/29/2019 / AMEX | 93.25 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from EWR to home 05/01/2019 / AMEX | 53.14 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from SFO to hotel 05/06/2019 / AMEX | 40.65 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from PGE office to SFO 05/07/2019 / AMEX | 32.38 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from JFK to home 05/08/2019 / AMEX | 71.10 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from SFO to hotel 04/30/2019 / AMEX | 30.94 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | tip from #31 05/01/2019 / AMEX | 7.18 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from hotel to client offic 04/30/2019 / AMEX | 7.21 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | Car from home to EWR 05/14/2019 / AMEX | 92.02 |
| Car Services - Business Travel | 6/6/2019 | Ken Ziman | tip from #27 05/01/2019 / AMEX | 2.00 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/PG&E office 05/08/2019 / AMEX | 15.35 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/PG&E office 05/07/2019 / AMEX | 10.48 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Home-NYC/JFK airport 05/05/2019 / AMEX | 88.78 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/PG&E office/San Fran 05/01/2019 / AMEX | 19.14 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | BLACKLANE  #7326340 BERLIN 05/08/2019 / AMEX | 99.48 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | PG&E/SFO airport 05/08/2019 / AMEX | 84.32 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | PG&E office/hotel - San Fran 05/07/2019 / AMEX | 17.96 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | JFK airport/home-NYC 05/03/2019 / AMEX | 86.31 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | JFK airport/home-NYC 04/25/2019 / AMEX | 84.88 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Home-NYC/EWR airport 04/30/2019 / AMEX | 80.39 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Dinner/hotel - San Fran 05/01/2019 / AMEX | 20.33 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | SFO airport/hotel 04/30/2019 / AMEX | 102.40 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | SFO airport/hotel - SanFran 04/23/2019 / AMEX | 103.80 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 08/07/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | PG&E office/hotel - SanFran 05/01/2019 / AMEX | 16.13 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/dinner/San Fran 05/01/2019 / AMEX | 19.81 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/PG&E office/San Fran 05/02/2019 / AMEX | 15.26 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE INTERNATIONAL Secaucus 05/09/2019 / AMEX | 94.02 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | UBER TRIP     HELP UBER 05/08/2019 / AMEX | 76.41 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Dinner/hotel/SanFran 05/06/2019 / AMEX | 26.21 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Client dinner/hotel - San Fran 04/25/2019 / AMEX | 27.04 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | SFO airport/hotel 05/05/2019 / AMEX | 84.49 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Lazard/JFK airport 04/23/2019 / AMEX | 85.43 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/restaurant - San Fran. 04/25/2019 / AMEX | 31.27 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE INT'L EWR/home 04/16/2019 / AMEX | 86.64 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/restaurant - San Fran. 04/24/2019 / AMEX | 10.53 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Hotel/San Francisco airport 04/25/2019 / AMEX | 97.07 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE 4Seasons Hotel to 77 Beale St to SFO 05/10/2019 / AMEX | 142.86 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE SFO to 77 Beale St then to SFO airport 04/16/2019 / AMEX | 165.19 |
| Car Services - Business Travel | 6/11/2019 | Eli Silverman | Dinner/hotel/San Fran 05/01/2019 / AMEX | 21.51 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE SFO Airport to Four Seasons hotel 05/09/2019 / AMEX | 91.51 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE EWR Airport to Home (Hoboken, NJ) 05/10/2019 / AMEX | 78.82 |
| Car Services - Business Travel | 6/11/2019 | Gregory Hort | EMPIRE Home (Hoboken, NJ) to EWR airport 04/16/2019 / AMEX | 81.73 |
| Car Services - Business Travel | 6/24/2019 | Liam Fine | UBER TRIP     HELP UBER 04/24/2019 / AMEX | 21.66 |
| Car Services - Business Travel | 6/24/2019 | Liam Fine | EMPIRE EWR to NY home 04/25/2019 / AMEX | 111.14 |
| Car Services - Business Travel | 6/24/2019 | Liam Fine | EMPIRE SFO to hotel 04/23/2019 / AMEX | 91.51 |
| Car Services - Business Travel | 6/24/2019 | Liam Fine | EMPIRE Laz office to EWR 04/23/2019 / AMEX | 96.11 |
| Car Services - Business Travel | 6/24/2019 | Liam Fine | EMPIRE hotel to SFO 04/25/2019 / AMEX | 78.01 |
| **Car Services - Business Travel Total** | | | | **3,176.73** |
| Travel - Hotels | 6/6/2019 | Ken Ziman | Hotel 1 night @$489 04/30/2019 / AMEX | 400.00 |
| Travel - Hotels | 6/6/2019 | Ken Ziman | Hotel 2 nights @$574/599 05/07/2019 / AMEX | 800.00 |
| Travel - Hotels | 6/10/2019 | Kevin Hatch | Ritz Carlton/SanFran - 2 nts @ 04/23/2019 / AMEX | 800.00 |
| Travel - Hotels | 6/11/2019 | Eli Silverman | Ritz/San Fran - 2nts @ $400 05/02/2019 / AMEX | 800.00 |
| Travel - Hotels | 6/11/2019 | Eli Silverman | Ritz/SanFran - 2nts at $400 05/08/2019 / AMEX | 800.00 |
| Travel - Hotels | 6/11/2019 | Gregory Hort | FOUR SEASONS SAN FRA SAN FRANC 05/10/2019 / AMEX | 400.00 |
| Travel - Hotels | 6/11/2019 | Eli Silverman | Ritz/San Fran - 2 nts @ $400 04/25/2019 / AMEX | 800.00 |
| Travel - Hotels | 6/11/2019 | Eli Silverman | Ritz/San Fran 1nt @ $400 05/06/2019 / AMEX | 400.00 |
| Travel - Hotels | 6/24/2019 | Liam Fine | RITZ CARLTON SAN FRAN 2 nites 04/25/2019 / AMEX | 800.00 |
| **Travel - Hotels Total** | | | | **6,000.00** |
| Travel - WiFi/Data fees - airlines/hotels | 6/6/2019 | Ken Ziman | Wifi on plane 04/28/2019 / AMEX | 49.00 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - WiFi/Data fees - airlines/hotels | 6/10/2019 | Kevin Hatch | American/Wifi - JFK/SFO 04/23/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 6/10/2019 | Kevin Hatch | Delta/Wifi for IPad - SFO/JFK 04/25/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 6/10/2019 | Kevin Hatch | Delta/Wifi for IPhone- SFO/JFK 04/25/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Eli Silverman | WiFi access on airplane 04/15/2019 / AMEX | 9.95 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Eli Silverman | American wifi access-airplane 04/23/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | UNITED AIRLINES    HOUSTON 05/10/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | UNITED AIRLINES    HOUSTON 05/10/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | FOUR SEASONS SAN FRA SAN FRANC 05/10/2019 / AMEX | 21.95 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | UNITED AIRLINES    HOUSTON 04/16/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | UNITED AIRLINES    HOUSTON 05/09/2019 / AMEX | 32.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Eli Silverman | Delta wifi - SFO/JFK 04/25/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Gregory Hort | GOGO UAL INFLT WIFI 877-350-0 04/16/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Eli Silverman | Airplane WiFi - EWR/SFO/JFK 04/30/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 6/11/2019 | Eli Silverman | Ameican wifi - JFK/SFO 05/05/2019 / AMEX | 16.00 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **438.69** |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Dinner/Bistango/NY - 1p 05/12/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 04/20/2019 / AMEX | 19.87 |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Dinner/Roasted Kitchen/NY 04/27/2019 / AMEX | 23.78 |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Dinner/Mulberry Vine/NY - 1p 05/06/2019 / AMEX | 24.98 |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Dinner/Bistango/NY - 1p 04/19/2019 / AMEX | 24.28 |
| Employee Meals - In Office | 6/10/2019 | Kevin Hatch | Dinner/Mighty Quinn's/NY - 1p 04/28/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/11/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 05/09/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/11/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 04/22/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/11/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 05/13/2019 / AMEX | 13.88 |
| Employee Meals - In Office | 6/11/2019 | Eli Silverman | Dinner/Sweetgreen/NYC - 1p 05/03/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/11/2019 | Eli Silverman | Dinner/Sweetgreen/NYC - 1p 04/29/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 6/24/2019 | Liam Fine | MANGIA        NEW YORK 05/08/2019 / AMEX | 25.00 |
| **Employee Meals - In Office Total** | | | | **281.79** |
| Employee Meals - Travel/Other | 6/10/2019 | Kevin Hatch | Dinner/hotel/SanFran - 1p 04/24/2019 / AMEX | 44.39 |
| Employee Meals - Travel/Other | 6/10/2019 | Kevin Hatch | Lunch/Spring Cafe/SanFran - 2p 04/24/2019 / AMEX | 41.40 |
| Employee Meals - Travel/Other | 6/10/2019 | Kevin Hatch | Lunch/JFK airport - 1p 04/23/2019 / AMEX | 17.07 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 05/07/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/Spring Cafe/SanFran - 1p 04/30/2019 / AMEX | 20.62 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/Sprig/San Fran - 1p 05/01/2019 / AMEX | 21.11 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 05/01/2019 / AMEX | 65.00 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunchr/Sprig Cafe/SanFran - 1p 05/07/2019 / AMEX | 20.11 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/Al Horno Lean/NY - 1p 05/11/2019 / AMEX | 38.08 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | TST* FRAICHE -BFAST SFO 05/10/2019 / AMEX | 16.73 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | 665 - DISTRICT MARKET SF - Dinner 04/16/2019 / AMEX | 60.79 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | FOUR SEASONS SF Lunch 05/10/2019 / AMEX | 15.19 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | FOUR SEASONS SF Dinner 05/10/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | 665 - DISTRICT MARKE SAN FRAN Lunch 05/09/2019 / AMEX | 8.11 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/SFO airport - 1p 05/08/2019 / AMEX | 26.58 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/Sprig/San Fran - 1p 05/02/2019 / AMEX | 17.32 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/RosaMexicano/SanFran-6p 04/24/2019 / AMEX | 390.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/Sprig Cafe/SanFran - 1p 05/06/2019 / AMEX | 32.28 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/JFK airport - 1p 05/05/2019 / AMEX | 25.95 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 05/08/2019 / AMEX | 12.55 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 05/05/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Bkfst/Starbucks/San Fran - 1p 05/07/2019 / AMEX | 4.95 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Breakfast/Ritz/San Fran - 1p 04/25/2019 / AMEX | 28.63 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 04/24/2019 / AMEX | 33.63 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 04/23/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Bkfst/Spring Cafe/SanFran - 1p 04/30/2019 / AMEX | 2.60 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Bkfst/hotel/San Fran - 1p 05/01/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 6/11/2019 | Eli Silverman | Dinner/SFO airport - 1p 05/02/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 5/11/2019 | Eli Silverman | Dinner/JFK airport - 1p 05/05/2019 / AMEX | 38.10 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | MOURAD SAN FRAN DINNER 5p 05/09/2019 / AMEX | 306.90 |
| Employee Meals - Travel/Other | 6/11/2019 | Gregory Hort | SPRIG CAFE Lunch San Franc 04/16/2019 / AMEX | 10.75 |
| Employee Meals - Travel/Other | 6/18/2019 | Liam Fine | THE RITZ HOTEL DINNER 04/24/2019 / Cash | 41.82 |
| Employee Meals - Travel/Other | 6/18/2019 | Liam Fine | PARALLEL 37 DINNER 04/24/2019 / Cash | 65.00 |
| Employee Meals - Travel/Other | 6/24/2019 | Liam Fine | RITZ CARLTON SF Dinner 04/25/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 6/24/2019 | Liam Fine | NAPA FARMS MARKET SF Lunch 04/25/2019 / AMEX | 17.53 |
| Employee Meals - Travel/Other | 6/24/2019 | Liam Fine | PARADIES JFK Lunch 04/23/2019 / AMEX | 17.04 |
| Employee Meals - Travel/Other | 6/24/2019 | Liam Fine | AV CC JAMBA JUICE Lunch 04/26/2019 / AMEX | 9.99 |
| **Employee Meals - Travel/Other Total** | | | | **1,870.22** |
| Legal Fees | 4/29/2019 | | LGL SVCS REND MAR'19-PG&E | 243.39 |
| Legal Fees | 4/29/2019 | | LGL SVCS REND MAR'19-PG&E | 67,814.00 |
| Legal Fees | 6/21/2019 | | LGL SVCS REND APRIL '19 | 2,015.37 |
| Legal Fees | 6/21/2019 | | LGL SVCS REND APRIL '19 | 77,778.50 |
| **Legal Fees Total** | | | | **147,851.26** |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 08/07/2019**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| CLOSING BALANCE as of 08/07/2019 | | | | 186,460.68 |



**Katten**
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

STEVEN J. REISMAN
sreisman@katten.com
212.940.8700 direct
212.940.8776 fax

May 7, 2019

VIA EMAIL: naomi.wiesen@lazard.com

Naomi Wiesen, Esq.
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020-5900

Re:   *In re PG&E Corporation*
      **United States Bankruptcy Court, Northern District of California**
      Bankruptcy Case No. 19-30088 (DM)

Dear Neal:

I hope this letter finds you well.

Attached please find our Billing Statement for services rendered and expenses incurred in connection with the above captioned chapter 11 cases in the amount of **$68,057.39** for the time period of **March 1, 2019** through and including **March 31, 2019** (the "Fee Period").

The work we performed during the Fee Period included:

- Reviewing and analyzing U.S. Trustee's comments to retention papers, conferring with client and Weil on same, and incorporating into papers as appropriate;

- Negotiating with U.S. Trustee's Office on revised order language to resolve comments and potential objections;

- Conducting legal research relevant to U.S. Trustee's Office's comments to Lazard's retention application;

- Coordinating with Weil on timing of filing of the retention application, and scheduling of hearing on same;

- Conducting diligence on potential *Pillowtex* objection by U.S. Trustee;

- Attending to responding to questions regarding the potential magnitude and appropriateness of fees raised by the Official Committee of Unsecured Creditors and Tort Claimants' Committee;

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations



- Preparing for potential objection to Lazard's retention application and attending court hearing on same; and

- Monitoring court hearings and court filings of significance to Lazard.

We would appreciate the processing of the attached Billing Statement for payment at your earliest convenience. If you have any questions, please feel free to contact me at (212) 940-8700 or at sreisman@katten.com.

It is our privilege and pleasure to be of service, and we appreciate and value the trust and confidence you have placed in us.

My best.

Sincerely,

Steven J. Reisman

Attachment



# Katten

**Katten Muchin Rosenman LLP**

Direct Billing inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

575 Madison Avenue
New York, NY 10022-2585

April 29, 2019

Lazard Freres & Co LLC
Attn: Naomi Wiesen
Managing Director and Counsel
30 Rockefeller Plaza
New York, NY 10112

Invoice No. 1301540374
Client No. 391608
Matter No. 00003

FEIN: 36-2796532

Re: <u>PG&E - Pacific Gas & Electric</u> (391608.00003)

For legal services rendered through March 31, 2019 ............................................................. $67,814.00

Disbursements and other charges................................................................................. $243.39

**CURRENT INVOICE TOTAL:** $68,057.39

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Mar 19 | Reisman, Steven | Update re: matters related to PG&E case, compensation procedures and next steps (.40) | 0.40 |
| 01 Mar 19 | Foudy, Theresa | Reviewing Interim Compensation Procedures and editing summary of same for client (.60); calling Weil to update client on retention applications (.10) | 0.70 |
| 01 Mar 19 | Giglio, Cindi | Email with T. Foudy re: interim compensation order (.10) | 0.10 |
| 03 Mar 19 | Foudy, Theresa | Review and respond to E. Silverman email regarding objection deadline for retention applications (.10) | 0.10 |
| 04 Mar 19 | Reisman, Steven | Update re: matters related to PG&E including Lazard retention and follow up re: comments and revisions to documentation related to same (.70) | 0.70 |
| 04 Mar 19 | Foudy, Theresa | Confer with Weil's R. Foust by email and phone concerning resolution of UST's comments to retention application and timing of filing of same (.40); draft email to UST's office regarding response to comments (.40); draft update email to client regarding same (.20); review and respond to K. Ziman email regarding same (.10) | 1.10 |
| 05 Mar 19 | Foudy, Theresa | Draft email to Weil on filing of fee applications (.10) | 0.10 |
| 06 Mar 19 | Foudy, Theresa | Call with Lazard to discuss timing of filing of retention applications and responding to UST comments (.20); draft email to UST regarding response to comments (.10); draft update email to client regarding same (.20); draft email to L. Lersner regarding case management order (.10) | 0.60 |
| 06 Mar 19 | Lersner, Lindsay | Review and prepare summary of key terms of Case Management Order (1.20); review disclosure requirements in connection with Lazard retention (.90) | 2.10 |
| 07 Mar 19 | Reisman, Steven | Attend to update on matters re: PG&E and retention of professional including review of emails re: same (1.30); review email from United States Trustee office re: feedback on Lazard retention application and terms of retention as well as comments to order and feedback on same (.40); discussions with T. Foudy re: same as well as mark up of response to United States Trustees office and review materials re: indemnification provisions and ability to get reimbursed for expenses as well as for filing fee app in the Ninth Circuit (2.10) | 3.80 |
| 07 Mar 19 | Reisman, Steven | Coordinate matters re: *Pillowtex* analysis and follow up re: same given concerns raised by United States Trustee's office for additional information (1.40) | 1.40 |
| 07 Mar 19 | Foudy, Theresa | Review and draft response to email from UST regarding responses to comments and draft revised order (.90); confer with S. Reisman concerning same (.40); exchange emails with client on same (.20); call with Weil on same and timing of filing applications (.30); review Judge's procedures and law relevant to | 2.80 |

2

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | comments (.70); confer with L. Lersner on same (.20); review summary of terms of case management order relevant to representation of Lazard in connection with retention (.10) | |
| 07 Mar 19 | Lersner, Lindsay | Review orders in prior cases involving Lazard and representative members of U.S. Trustee's office (.30); confer with T. Foudy re: same (.20); conduct legal research on allowance of fees for preparation of fee applications and prepare summary of same (2.30); review *Pillowtex* case and analyze Lazard fees based on same (4.00) | 6.80 |
| 08 Mar 19 | Reisman, Steven | Attend to follow up re: Lazard PG&E retention application as well as review of comments and feedback to office of the United States Trustee re: same (.80); confer with T. Foudy re: *Pillowtex* analysis and n eed for follow up re: invoices, terms of agreement and preparation of chart re: same (.60); review of proposed retention order for Lazard and comments to same (.40); general follow up on PG&E chapter 11 case, case status, update on retention of other professionals (.90) | 2.70 |
| 08 Mar 19 | Foudy, Theresa | Draft email to client regarding comments from UST (.10) | 0.10 |
| 09 Mar 19 | Foudy, Theresa | Review L. Lersner *Pillowtex* analysis and draft follow-up question regarding same (.20) | 0.20 |
| 11 Mar 19 | Reisman, Steven | Update re: issues related to *Pillowtex* analysis and confer with T. Foudy and follow up re: matters related same (1.80) | 1.80 |
| 11 Mar 19 | Foudy, Theresa | Draft email to UST office following up on response to comments (.10); edit and finalize emails to Lazard regarding follow-up documents on *Pillowtex* analysis (.30); review Pillowtex case in connection with same (.30); confer with S. Reisman on *Pillowtex* case and analysis (.20); exchange emails with L. Lersner on *Pillowtex* analysis (.20); exchange emails with Weil on communications with UST's office and update on timing for filing of retention applications (.20) | 1.30 |
| 11 Mar 19 | Giglio, Cindi | Correspondence related to compilation of documents for *Pillowtex* analysis (.20) | 0.20 |
| 11 Mar 19 | Lersner, Lindsay | Research the meaning of "promptly" under the law (.50); draft email response to T. Foudy re: *Pillowtex* (.30); draft email to Lazard re: additional documents ne eded for *Pillowtex* analysis (.40); revise same based on comments from S. Reisman (.50) | 1.70 |
| 12 Mar 19 | Reisman, Steven | Follow up re: comments to Lazard's retention agreement and feedback from office of the United States Trustee re: Lazard retention, application and proposed order as well as review of information related to *Pillowtex* analysis and documentation from client re: same (1.70) | 1.70 |
| 12 Mar 19 | Foudy, Theresa | Review information from B. Dunn on additional | 0.60 |

3

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | follow-up on *Pillowtex* analysis and draft instructions to L. Lersner regarding analysis of same (.30); review response from UST regarding comments to retention application and draft emails to Weil and S. Reisman regarding same (.30) | |
| 12 Mar 19 | Lersner, Lindsay | Review invoices from Lazard for two years of payment history and update *Pillowtex* analysis based on same (3.50) | 3.50 |
| 13 Mar 19 | Reisman, Steven | Review matters related to PG&E chapter 11 case and Lazard retention and review and sign off on retention application and Ken Ziman affidavit (1.70) | 1.70 |
| 13 Mar 19 | Foudy, Theresa | Exchange emails with client, Weil and UST on remaining comments, sign-off, finalizing of documents, and filing of Retention Application (.70); edit draft application for further comment from UST (.40); finalize and obtain signature for Ziman declaration (.20); telephonically monitor hearing on approval of DIP Motion for which D. Kurtz provided declaration (2.00) | 3.30 |
| 14 Mar 19 | Foudy, Theresa | Exchange emails with client, UST, and Weil on finalizing and filing retention application (.60) | 0.60 |
| 16 Mar 19 | Foudy, Theresa | Draft email to L. Lersner regarding preparation for retention hearing (.10) | 0.10 |
| 18 Mar 19 | Reisman, Steven | Review materials re: Lazard retention application and general status and timing of hearing (.30) | 0.30 |
| 18 Mar 19 | Lersner, Lindsay | Review and organize materials for Lazard retention application (1.20) | 1.20 |
| 18 Mar 19 | Wang, Thomas | Update internal calendar per L. Lersner (.10) | 0.10 |
| 21 Mar 19 | Foudy, Theresa | Update call with R. Foust in regards to informal objections on retention application and plan in regards to hearing date (.20) | 0.20 |
| 25 Mar 19 | Reisman, Steven | Update re: Lazard fee structure and discussions re: potential objections as well as follow up re: upcoming hearing date and possible need for adjournment of same and obtaining documentation to support fee to be entered by Lazard in PG&E bankruptcy case (1.20) | 1.20 |
| 25 Mar 19 | Foudy, Theresa | Review and respond to N. Wiesen email regarding hearing date (.10); review email concerning Committee due diligence and precedent fee structures and direct research in regards to same (.20) | 0.30 |
| 26 Mar 19 | Foudy, Theresa | Review L. Lersner research on precedent fee arrangements involving caps on crediting of restructuring fee (.10); draft email to client on same (.30) | 0.40 |
| 26 Mar 19 | Lersner, Lindsay | Conduct research to find examples of other investment bankers capping fee crediting (2.80) | 2.80 |
| 27 Mar 19 | Reisman, Steven | Discussions with counsel for tort committee re: Lazard retention and concerns re: same and comparative analysis of proposed compensation to be paid to Lazard, discussions with T. Foudy re: same and follow | 1.80 |

4

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | up with client (1.80) | |
| 27 Mar 19 | Foudy, Theresa | Call with counsel for Tort Claimants' Committee and follow-up discussion with C. Giglio regarding same (.50); edit and finalize email to client summarizing call (.20); monitor hearing on DIP motion which was supported by affidavit of D. Kurtz (1.30) | 2.00 |
| 27 Mar 19 | Giglio, Cindi | Participate in call with counsel for Tort Committee and draft follow up correspondence re: same (1.40) | 1.40 |
| 28 Mar 19 | Reisman, Steven | Coordinate with T. Foudy re: preparation of chart and prepare for client call to discuss issues re: compensation and follow up re: tort claimants' committee counsels request for support for fees to be earned by Lazard (1.10) | 1.10 |
| 28 Mar 19 | Foudy, Theresa | Draft email to client regarding comparables chart (.10); exchange emails with S. Reisman on response to tort claimants' committee (.20); review components of fees in preparation for client call (.10); call with client on response to tort claimants' committee and follow-up discussion with S. Reisman on preparing for litigation (1.00); call with W. Dorsey on same (.30); review information on preparing pro hac vice admission and pertinent rules on appearances (.30); review and respond to email from tort claimants' committee counsel (.20); review emails from client on communications with creditors' committee advisors and iHeart media (.10) | 2.30 |
| 28 Mar 19 | Giglio, Cindi | Participate in call to discuss strategy for responding to Tort Committee's requests re: fees (1.00) | 1.00 |
| 28 Mar 19 | Lersner, Lindsay | Update chart re: fees in large Chapter 11 cases (.30); review local bankruptcy rules, local civil rules and Judge Montali's procedures and practices in response to questions from T. Foudy re: procedure for objections and replies to retention applications and draft responses to same (3.40); conduct legal research re: objections and responses to investment banker retention applications (2.10) | 5.80 |
| 29 Mar 19 | Reisman, Steven | Attend to matters re: efforts to resolve potential objections to Lazard's retention in the PG&E bankruptcy case and discussions throughout the day with K.Ziman, N. Wiesen and T. Foudy; review materials re: comparative fees of Lazard in other cases; update re: adjournment of hearing; update re: adjournment of objection deadline; participate in call with Tort Committee Counsel (2.20) | 2.20 |
| 29 Mar 19 | Foudy, Theresa | Review information on fee caps to resolve objections, including in iHeart media (.30); review email from tort claimants' committee requesting adjournment of Lazard retention application hearing (.10); exchange emails with Weil and client on request for adjournment of Lazard retention application hearing by tort | 3.10 |

5

## PROFESSIONAL SERVICES

Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | claimants' committee (.40); call with R. Foust on same (.20); call with K. Ziman on same (.20); confer with S. Reisman on same (.30); confer with L. Lersner regarding draft responses to objection by tort claimants' committee (.30); draft email to client regarding analysis of scenarios requested by tort claimants' committee counsel (.30); review chart of comparable fees drafted by client (.40); draft email response to tort claimants' counsel regarding adjournment request (.10); draft email regarding filing of pro hac vice application (.10); draft email to Weil regarding research question for local counsel (.10); review and respond to Weil email regarding UCC request for extension of objection deadline and exchange emails with client regarding same (.30) | |
| 29 Mar 19 | Lersner, Lindsay | Conduct legal research re: objections and responses to investment banker retention applications (1.90); discuss response with T. Foudy (.30); conduct legal research for precedent from Judge Montali (1.20) | 3.40 |
| 30 Mar 19 | Reisman, Steven | Update re: discussions with Tort committee and review precedent for fees (.40) | 0.40 |
| 30 Mar 19 | Foudy, Theresa | Review analysis provided by Lazard of scenarios suggested by tort claimants' committee (.30) | 0.30 |
| 30 Mar 19 | Lersner, Lindsay | Review precedent objections and replies to investment banker applications (1.60) | 1.60 |
| 31 Mar 19 | Foudy, Theresa | Call with Lazard to discuss analysis of scenarios requested by Tort Claimant's Committee and approach to same (.40); draft email to S. Reisman regarding same (.10); draft email to Weil regarding hearing adjournment request (.10) | 0.60 |
| | | **TOTALS:** | 73.70 |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00003: PG&E - Pacific Gas & Electric

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 44843 | Foudy, Theresa | 20.80 | 1,050.00 | $21,840.00 |
| 44904 | Giglio, Cindi | 2.70 | 965.00 | $2,605.50 |
| 44932 | Lersner, Lindsay | 28.90 | 605.00 | $17,484.50 |
| 44842 | Reisman, Steven | 21.20 | 1,220.00 | $25,864.00 |
| 45083 | Wang, Thomas | 0.10 | 200.00 | $20.00 |
| | **TOTAL:** | 73.70 | | $67,814.00 |

## DISBURSEMENTS

Matter 00003: PG&E - Pacific Gas & Electric

| Date | Description | Amount |
|---|---|---|
| 06 Mar 19 | VENDOR: Foudy, Theresa A. INVOICE#: 3153044803061638 DATE: 3/6/2019 Court Call Charges Court Call Charges CC ID 9599527 Date Incurred: 02/26/19 | 35.00 |
| 08 Mar 19 | VENDOR: Foudy, Theresa A. INVOICE#: 3160633503082037 DATE: 3/8/2019 Court Call Charges Court Call Charges CC ID 9599530 Date Incurred: 03/07/19 | 87.50 |
| 13 Mar 19 | VENDOR: Pacer Service Center; INVOICE#: KM3277-FEB19-NYC; DATE: 3/13/2019 - Acct #KM3277: Pacer Court Cost Incurred in February 2019, New York. | 34.10 |
| 26 Mar 19 | PAYEE: Arkadin Inc.; REQUEST#: 809887; DATE: 3/25/2019. - To record Arkadin Teleconferencing charges, Inv. No. INUS190200791 dated 02/28/2019; Conference Call for Lindsay Lersner on 2/19/19. Conference ID 11424766 | 5.82 |
| 29 Mar 19 | VENDOR: Reisman, Steven J. INVOICE#: 3211944003291837 DATE: 3/29/2019 Uber Service Charge Uber Service Charge Date Incurred: 03/28/19 | 42.25 |
| 31 Mar 19 | Westlaw Legal Research: LERSNER,LINDSAY on 03/29/2019 | 38.72 |
| | **TOTAL:** | **$243.39** |

## SUMMARY OF DISBURSEMENTS

Matter 00003: PG&E - Pacific Gas & Electric

| | |
|---|---|
| Telephone Charges | $5.82 |
| Legal Research | $38.72 |
| Court Costs | $34.10 |
| Local Transportation | $42.25 |
| CourtCall | $122.50 |
| **TOTAL:** | **$243.39** |

| | |
|---|---|
| **MATTER TOTAL:** | **$68,057.39** |



**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

STEVEN J. REISMAN
sreisman@katten.com
212.940.8700 direct
212.940.8776 fax

May 9, 2019

<u>VIA EMAIL: naomi.wiesen@lazard.com</u>

Naomi Wiesen, Esq.
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020-5900

Re:   *In re PG&E Corporation*
      **United States Bankruptcy Court, Northern District of California**
      <u>Bankruptcy Case No. 19-30088 (DM)</u>

Dear Neal:

        I hope this letter finds you well.

        Attached please find our Billing Statement for services rendered and expenses incurred in connection with the above captioned chapter 11 cases in the amount of **$79,793.87** for the time period of **April 1, 2019** through and including **April 30, 2019** (the "Fee Period").

        The work we performed during the Fee Period included:

- Reviewing and analyzing other retention applications raising similar issues to Lazard's;

- Reviewing objections by U.S. Trustee's Office to other financial advisors' retention applications;

- Conducting legal research relevant to disclosure issue raised by departure of professionals to potential party in interest;

- Drafting supplemental declaration to make additional disclosure;

- Reviewing court orders on issues with other financial advisors' retention applications and analyzing applications for Court concerns relating to Lazard's application;

- Responding to questions regarding the potential magnitude and appropriateness of fees raised by the Official Committee of Unsecured Creditors and Tort Claimants' Committee and negotiating resolutions of same;

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations



- Coordinating with counsel for other financial advisors on responding to retention issues raised by Court;

- Preparing for potential objection to Lazard's retention application and obtaining *pro hac vice* admission to appear at court hearing on same; and

- Monitoring court hearings and court filings of significance to Lazard.

We would appreciate the processing of the attached Billing Statement for payment at your earliest convenience. If you have any questions, please feel free to contact me at (212) 940-8700 or at sreisman@katten.com.

It is our privilege and pleasure to be of service, and we appreciate and value the trust and confidence you have placed in us.

My best.

Sincerely,

Steven J. Reisman

Attachment

cc:     Theresa A. Foudy, Esq. (w/attachments, By Email: theresa.foudy@kattenlaw.com)
        (Katten Muchin Rosenman LLP)



## Katten

**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Carla Harmon**
212-940-6512
carla.harmon@kattenlaw.com

575 Madison Avenue
New York, NY 10022-2585

May 9, 2019

Lazard Freres & Co LLC
Attn: Naomi Wiesen
Managing Director and Counsel
30 Rockefeller Plaza
New York, NY 10112

Invoice No. 1301540375
Client No. 391608
Matter No. 00003

FEIN: 36-2796532

Re: <u>PG&E - Pacific Gas & Electric</u> (391608.00003)

For legal services rendered through April 30, 2019 ................................................................ $77,778.50

Disbursements and other charges....................................................................................... $2,015.37

**CURRENT INVOICE TOTAL:** $79,793.87

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

# PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Apr 19 | Foudy, Theresa | Exchange emails with client, Weil on extension of objection deadline and adjourning hearing date (.30); review and comment on draft notice of adjournment (.10); exchange emails with counsel for tort claimants' committee on adjournment and continuing discussions (.30); review and respond to email from W. Dorsey regarding hearing preparation (.10) | 0.80 |
| 02 Apr 19 | Reisman, Steven | Update re: discussions with various parties re: adjournment of hearing on Lazard retention application and supporting documentation for reasonableness of Lazard's fees (.40) | 0.40 |
| 02 Apr 19 | Foudy, Theresa | Confer with W. Dorsey on preparation of reply defending reasonableness of amount of fees (.30); review filed Notice of Adjournment and forward same to client (.10) | 0.40 |
| 03 Apr 19 | Reisman, Steven | Follow up re: PG&E matters and various calls re: same related to Lazard retention (.60) | 0.60 |
| 03 Apr 19 | Wang, Thomas | Update internal calendar with dates related to Lazard's retention (.20) | 0.20 |
| 05 Apr 19 | Foudy, Theresa | Review and respond to email from counsel for tort claimants' committee (.10) | 0.10 |
| 06 Apr 19 | Foudy, Theresa | Exchange emails with counsel for Tort Claimants' Committee on call to discuss Lazard retention application (.10) | 0.10 |
| 08 Apr 19 | Foudy, Theresa | Draft email to K. Ziman in regards to scheduled call with Tort Claimants' Committee (.10) | 0.10 |
| 09 Apr 19 | Foudy, Theresa | Review and respond to K. Ziman email regarding update on negotiations regarding fees (.20); review other retention applications of financial advisors in regards to indemnification requests (.80); monitor court hearing on retention applications (3.00); draft summary of hearing and other retention applications pertinent to indemnification requests (.30) | 4.30 |
| 10 Apr 19 | Reisman, Steven | Attend to matters re: PG&E including update on today's hearing and prepare for conference call with J. Rose on behalf of tort claimants' committee re: feedback from tour claimants committee on Lazard's compensation proposal and participate in conference call with T. Foudy and C. Giglio re: terms of Lazard's retention and comparable retention analysis of other investment banking firms and negotiations re: same (2.20); participate in update call with T. Foudy and C. Giglio along with K. Ziman of Lazard re: retention of Lazard, feedback from tout claimants' committee counsel and next steps (.50) | 2.70 |
| 10 Apr 19 | Foudy, Theresa | Monitor Court hearing (in part) (1.30); review materials on Lazard's fees, comparables, and tort claimant committee's "scenarios" in preparation for call with tort claimant committee's counsel (.70); pre-meet | 3.50 |

2

## PROFESSIONAL SERVICES
### Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | with S. Reisman and C. Giglio for call with tort claimants' committee counsel (.30); call with tort claimants' committee counsel (.50); call with K. Ziman to discuss same (.30); confer with A. Arotsky on review of other retention applications in regards to indemnification issue (.20); attend to obtaining admission pro hac vice to appears for Lazard at retention hearing (.20) | |
| 10 Apr 19 | Giglio, Cindi | Prepare for and attend call to discuss fee issues with counsel to Tort Committee, including pre-meet with S. Reisman and T. Foudy (1.10) | 1.10 |
| 10 Apr 19 | Arotsky, Allison | Meet with T. Foudy re: indemnification provisions (.20); review procedures for pro hac vice admission and email Z. Modabber in California office re: same (.50); begin review of retention applications for provisions re: indemnification (.50) | 1.20 |
| 11 Apr 19 | Tomey, Gregory | Obtain Certificate of Good Standings for T. Foudy from the Appellate Division Second Department (1.50) | 1.50 |
| 11 Apr 19 | Reisman, Steven | Update re: indemnification and compensation matters in connection with Lazard's retention and next steps (.80) | 0.80 |
| 11 Apr 19 | Foudy, Theresa | Review updated client chart regarding comparable fees (.10); draft response email to client regarding same (.10) | 0.20 |
| 11 Apr 19 | Arotsky, Allison | Review and analyze retention applications by estate professionals and orders entered on retention applications for indemnification provisions and create chart summarizing same (3.80); create chart comparing Lazard fee structure with Committee's proposed investment banker's proposed fee structure (1.60) | 5.40 |
| 12 Apr 19 | Mazzeo, Peter | Purchase one Certificate of Good Standing from the Appellate Division First Department (1.30) | 1.30 |
| 12 Apr 19 | Reisman, Steven | Attend to numerous discussions and emails and follow up re: efforts to resolve issues with respect to Lazard's compensation in PG&E case and scheduling of discussion with counsel for official committee of tort claimants to discuss settlement terms, scheduling, extension of objections deadline and other matters related to same (1.40) | 1.40 |
| 12 Apr 19 | Foudy, Theresa | Call with W. Dorsey to discuss preparation of reply papers on magnitude of fees and introducing evidence in regards to comparables (.30); confer with A. Arotsky regarding same (.20); review sample objections to magnitude of fees of financial advisors and replies to same (.70); marshal evidence on comparable fees and caps on crediting in preparation for call with tort committee's counsel (.40); exchange emails with S. Reisman and tort claimants' counsel on follow-up call (.20); call with K. Ziman on progress of negotiations (.10); draft email to S. Reisman regarding | 2.70 |

3

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | same (.10); exchange emails with N. Wiesen regarding scheduling of call (.10); call with Weil's R. Foust on progress of discussions, objection deadline, and time for replies (.30); review chart from A. Arotsky on other retention applications in case and handling of indemnification issue in same (.20); draft email to A. Arotsky in response to same (.10) | |
| 12 Apr 19 | Arotsky, Allison | Draft pro hac vice applications and orders and draft email to Z. Modabber re: same (2.30); review sample objections and responses to applications to retain investment bankers (1.10) | 3.40 |
| 13 Apr 19 | Foudy, Theresa | Review email from Tort Claimants' counsel (.10); draft email to S. Reisman regarding K. Ziman strategy (.10) | 0.20 |
| 13 Apr 19 | Lersner, Lindsay | Review and prepare summary of Motion to Appoint Fee Examiner filed by U.S. Trustee (.60) | 0.60 |
| 15 Apr 19 | Reisman, Steven | Update re: potential disclosure/conflict issue re: Lazard retention and potential departure of senior executive and need for follow up re: same (.80) | 0.80 |
| 15 Apr 19 | Foudy, Theresa | Review summary/docket update regarding motion to appoint fee examiner and motion papers (.70); review and edit draft pro hac vice applications and proposed orders (.90); call with K. Ziman and N. Wiesen regarding potential additional disclosure issue (.30); draft email to S. Reisman regarding same (.30); confer with A. Arotsky regarding research in connection with same (.20); exchange emails with T. Wang regarding future omnibus hearing dates (.10); call with R. Foust on negotiations with the Committees, and possible extension of objection deadline/adjournment of hearing (.30); review research results from A. Arotsky and give further direction in connection with same (.20) | 3.00 |
| 15 Apr 19 | Giglio, Cindi | Review email from T. Foudy regarding potential conflict issue (.30) | 0.30 |
| 15 Apr 19 | Arotsky, Allison | Research and draft response to T. Foudy questions re: potential disclosure/ conflicts issue, including applicable legal standard and discuss same with T. Foudy (3.50); conduct legal research re: standard re; "disinterested person," "adverse interest," and requirement for disclosure of connections to the bankruptcy court and begin drafting memo re: same (4.20); begin drafting response in support of Lazard retention application (1.00) | 8.70 |
| 15 Apr 19 | Wang, Thomas | Respond to T. Foudy re: future omnibus hearing dates (.10); circulate calendar notices re: same (.70) | 0.80 |
| 16 Apr 19 | Reisman, Steven | Review additional disclosure issue and participate in calls with K. Ziman and N. Wiesen re: same and follow up (.50); discussion re: journey hearing with T. Foudy (.10); follow up re: Tort claimants and application to retain financial advisor and potential impact on decision by PG&E to retain Lazard and | 1.00 |

4

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | terms of engagement of DSI (.40) | |
| 16 Apr 19 | Foudy, Theresa | Confer with S. Reisman on new disclosure issue (.10); call with K. Ziman on same and adjourning hearing date (.30); call with N. Wiesen on same (.20); call with R. Foust on adjourning hearing date and objection deadline (.30); draft email to A. Arotsky and W. Dorsey with timing update (.10); review emails with counsel for Official Committees addressing same (.20) | 1.20 |
| 16 Apr 19 | Arotsky, Allison | Review Official Committee of Tort Claimants Application to retain Development Specialists, Inc. and circulate to team with summary (.50); continue drafting memo re; "disinterested person," "adverse interest," and requirement for disclosure of connections to the bankruptcy court (3.80) | 4.30 |
| 17 Apr 19 | Reisman, Steven | General update on matters related to PG&E bankruptcy case as well as update on retention of various advisors, terms of same and potential impact on Lazard and trying to resolve potential objection by various committees to terms of Lazard's retention including total compensation to be earned (.80) | 0.80 |
| 17 Apr 19 | Foudy, Theresa | Review and forward to client filed notice of adjournment of hearing and objection deadlines (.10); review summary of newly-filed financial advisor retention application (.10); review and summarize for client U.S. Trustee's objection to application to retain Centerview as financial advisor to the Unsecured Creditor's Committee (.50); draft instructions to A. Arotsky concerning calendars and chart of advisor's retention applications (.10); review A. Arotsky's memo on disclosure/interest issues raised by managing director's discussions with creditor (.30) | 1.10 |
| 17 Apr 19 | Arotsky, Allison | Revise memo re; "disinterested person," "adverse interest," and requirement for disclosure of connections to the bankruptcy court (3.20); review UST Objection to Centerview Retention and the Application to Retain Axiom Advisors as Government Affairs Consultant, circulate summaries to team, and update chart of professional retention applications (1.00) | 4.20 |
| 17 Apr 19 | Wang, Thomas | Circulate calendar notices for updated dates re: Lazard's retention (.10) | 0.10 |
| 18 Apr 19 | Foudy, Theresa | Review case precedent addressing similar factual issue and draft email to Lazard concerning facts and holding of same (.60); call with N. Wiesen and K. Ziman on update in regards to client discussions and next steps with disclosures and fee cap issues (.60); provide instruction to A. Arotsky regarding draft supplemental disclosure and review C. Bhandari disclosures in PG&E in regards to style of same (.30) | 1.50 |
| 18 Apr 19 | Arotsky, Allison | Prepare form of draft supplemental affidavit of K. Ziman in support of Lazard retention (1.50) | 1.50 |

5

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 19 Apr 19 | Foudy, Theresa | Review new UCC application to retain additional advisor and update of chart of retention applications and terms (.30) | 0.30 |
| 21 Apr 19 | Foudy, Theresa | Review and respond to client email regarding disclosure question (.10) | 0.10 |
| 22 Apr 19 | Reisman, Steven | Attend to matters re: Lazard and additional PG&E disclosure as well as follow up on issues related to compensation proposal and dealing with various official and unofficial committees related to Lazard's retention and compensation (1.10); participate in conference call with K. Ziman and N. Weisen along with T. Foudy to discuss matters related to same (.50); follow up re: same (.40) | 2.00 |
| 22 Apr 19 | Foudy, Theresa | Call with client on disclosure issue involving G. Bilicic and follow-up discussion with C. Giglio (.70); drafting supplemental disclosure to cover both disclosure regarding additional names of potential parties in interest and G. Bilicic (1.40); review and incorporate comments from N. Wiesen and K. Ziman into same (.30) | 2.40 |
| 22 Apr 19 | Giglio, Cindi | Call to discuss additional disclosure issue and related follow up (.70) | 0.70 |
| 22 Apr 19 | Wang, Thomas | Update internal calendar with new time for 4/22 hearing (.10) | 0.10 |
| 23 Apr 19 | Dorsey, William J. | Continue preparations for upcoming hearing; review and analyze fee applications for similar engagements (2.10) | 2.10 |
| 23 Apr 19 | Reisman, Steven | Update re: status of PG&E case, matters addressed at today's omnibus hearing and next steps (.60) | 0.60 |
| 23 Apr 19 | Foudy, Theresa | Review hearing agenda for April 23 omnibus (.10); review order on retention applications and draft summary of same for Lazard (.40); provide instruction to A. Arotsky concerning evaluation of potential issues in Lazard retention application in light of same (.10); review A. Arotsky analysis and draft email with follow-up questions (.30); review court order on indemnification for negligence (.10); confer with counsel for Centerview regarding same and other issues raised in court's order on retention application (.40); draft email to Centerview concerning arguments on indemnification for negligence (.60); follow-up on finalization and filing of pro hac vice application (.30); draft email to client regarding court order on indemnification for negligence (.10) | 2.40 |
| 23 Apr 19 | Lersner, Lindsay | Review documents filed by proposed investment bankers and financial advisors to Official Committee of Unsecured Creditors and Tort Claimants and identify contacts at same (.90) | 0.90 |
| 23 Apr 19 | Arotsky, Allison | Follow-up regarding pro hac vice applications (.40); compare points raised in Court Order Regarding Issues | 3.20 |

6

# PROFESSIONAL SERVICES
## Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | with Retention with Lazard application to identify areas where Court may have similar issues with the Lazard application (2.30); review statement issued by the Court re: its view on indemnity for negligence and circulate update to team (.50) | |
| 24 Apr 19 | Reisman, Steven | Review disclosure re: potential resignation of Lazard senior employee and emails re: same (.40) | 0.40 |
| 24 Apr 19 | Foudy, Theresa | Monitor by CourtCall PG&E hearing at which retention applications from other professionals addressed (1.70); draft summary in regards to same for client (.60); revise draft additional disclosure in response to client comments (.30); review PG&E docket for filings relevant to retention applications (.10) | 2.70 |
| 24 Apr 19 | Giglio, Cindi | Review emails related to disclosure issues (.10) | 0.10 |
| 25 Apr 19 | Foudy, Theresa | Review and respond to email from counsel for Centerview regarding retention applications hearing (.10); follow-up on filing of pro hac vice admissions (.10) | 0.20 |
| 25 Apr 19 | Arotsky, Allison | Revise and finalize pro hac vice applications for filing and follow-up needed to obtain a ECF login for S. Reisman, following court procedures for requesting a waiver and communications re: same (3.50) | 3.50 |
| 25 Apr 19 | Wang, Thomas | Compile proofs of filing and send to A. Arotsky (.10) | 0.10 |
| 25 Apr 19 | Wang, Thomas | Complete ECF registration form for Bankruptcy Court for the Northern District of California on behalf of S. Reisman (.20); draft letter from S. Reisman to the Clerk of Court re: obtaining a waiver for ECF training and submit for attorney review (.70) | 0.90 |
| 26 Apr 19 | Arotsky, Allison | Attend to follow-up re: request to court for ECF login credentials and filing of Pro Hac Vice Applications (.40) | 0.40 |
| 29 Apr 19 | Foudy, Theresa | Call with K. Ziman and N. Wiesen to discuss timing, content and update in regards to additional disclosure (.30); review and draft response to K. Ziman regarding Judge's comments/views on financial advisor compensation pursuant to sections 328 as compared to sections 330 and 331 of the Bankruptcy Code (.50); review Judge's orders, language in other financial advisors' proposed orders, and hearing audiotape in connection with same (1.10) | 1.90 |
| 30 Apr 19 | Reisman, Steven | Update re: status of negotiations and request for adjournment (.40) | 0.40 |
| 30 Apr 19 | Foudy, Theresa | Review email from Weil regarding request for extension of objection deadline for UCC (.10); exchange emails with client regarding same (.10); calls with Weil to discuss same and preview of additional disclosure with UST (.30); draft update summary for S. Reisman (.10) | 0.60 |
| | | **TOTALS:** | 88.30 |

7

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

|  | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44935 | Arotsky, Allison | 35.80 | 730.00 | $26,134.00 |
| 34312 | Dorsey, William J. | 2.10 | 880.00 | $1,848.00 |
| 44843 | Foudy, Theresa | 29.80 | 1,050.00 | $31,290.00 |
| 44904 | Giglio, Cindi | 2.20 | 965.00 | $2,123.00 |
| 44932 | Lersner, Lindsay | 1.50 | 605.00 | $907.50 |
| 44245 | Mazzeo, Peter | 1.30 | 185.00 | $240.50 |
| 44842 | Reisman, Steven | 11.90 | 1,220.00 | $14,518.00 |
| 44273 | Tomey, Gregory | 1.50 | 185.00 | $277.50 |
| 45083 | Wang, Thomas | 2.20 | 200.00 | $440.00 |
| | **TOTAL:** | **88.30** | | **$77,778.50** |

8

# DISBURSEMENTS

Matter 00003: PG&E - Pacific Gas & Electric

| Date | Description | Amount |
|---|---|---|
| 15 Apr 19 | VENDOR: Clerk of the Supreme Court - Missouri; INVOICE#: 041519; DATE: 4/15/2019 - This is for a Certificate of Good Standing for William Dorsey in the state of Missouri. | 5.00 |
| 15 Apr 19 | VENDOR: Clerk of the Supreme Court - Illinois; INVOICE#: 041519; DATE: 4/15/2019 - This is for a Certificate of Good Standing for William Dorsey in the state of Illinois. | 15.00 |
| 16 Apr 19 | VENDOR: Pacer Service Center; INVOICE#: KM3277-MAR19-NYC; DATE: 4/15/2019 - Acct #KM3277: Pacer Court Cost Incurred in March 2019, New York. | 4.50 |
| 19 Apr 19 | VENDOR: Petty Cash; INVOICE#: 04199; DATE: 4/19/2019 Paid for certificate of Good Standing...g tomey | 10.00 |
| 22 Apr 19 | VENDOR: Federal Express Corporation INVOICE#: 652861713 DATE: 4/22/2019<br>From: Clerk of the Illinois Supreme To: William Dorsey KATTEN MUCHIN ROSENMAN LLP 525 WEST MONROE STREET,CHICAGO IL,60661 US: On: 4/16/2019; Tracking ID: 795708598090 | 12.58 |
| 22 Apr 19 | VENDOR: Federal Express Corporation INVOICE#: 652861713 DATE: 4/22/2019<br>From: William Dorsey To: Clerk of the Supreme Court of Attn: Certificates 207 W HIGH ST,JEFFERSON CITY MO,65101 US: On: 4/15/2019; Tracking ID: 786653968716 | 11.58 |
| 22 Apr 19 | VENDOR: Federal Express Corporation INVOICE#: 652861713 DATE: 4/22/2019<br>From: To: William Dorsey KATTEN MUCHIN ROSENMAN LLP 525 WEST MONROE STREET,CHICAGO IL,60661 US: On: 4/17/2019; Tracking ID: 795708585414 | 12.58 |
| 22 Apr 19 | VENDOR: Federal Express Corporation INVOICE#: 652861713 DATE: 4/22/2019<br>From: William Dorsey To: Clerk of the Illinois Supreme Supreme Court Building 200 E CAPITOL AVE,SPRINGFIELD IL,62701 US: On: 4/15/2019; Tracking ID: 786654309599 | 11.58 |
| 23 Apr 19 | VENDOR: Reisman, Steven J. INVOICE#: 3264357004231605 DATE: 4/23/2019 CourtCall charges for client re: Inv# 9599541 CourtCall charges for client re: Inv# 9599541 Date Incurred: 03/27/19 | 65.00 |
| 23 Apr 19 | VENDOR: Reisman, Steven J. INVOICE#: 3264357004231605 DATE: 4/23/2019 CourtCall charges for client re: Inv# 9599544 CourtCall charges for client re: Inv# 9599544 Date Incurred: 04/09/19 | 140.00 |
| 23 Apr 19 | VENDOR: Reisman, Steven J. INVOICE#: 3264357004231605 DATE: 4/23/2019 CourtCall charges for client re: Inv# 9599549 CourtCall charges for client re: Inv# 9599549 Date Incurred: 04/10/19 | 102.50 |
| 25 Apr 19 | VENDOR: Clerk of Bankruptcy Court; INVOICE#: 042519; DATE: 4/25/2019 Pro Hac Vice Application of Steven Reisman | 310.00 |
| 26 Apr 19 | VENDOR: Clerk of Bankruptcy Court; INVOICE#: 042519A; DATE: 4/26/2019 Pro Hac Vice Application of Theresa Foudy | 310.00 |
| 26 Apr 19 | VENDOR: Clerk of Bankruptcy Court; INVOICE#: 042519B; DATE: 4/26/2019 Pro Hac Vice Application of William Dorsey | 310.00 |
| 29 Apr 19 | VENDOR: Reisman, Steven J. INVOICE#: 3282480104291604 DATE: 4/29/2019 CourtCall charges for client re: Inv# 9599552 CourtCall | 72.50 |

## DISBURSEMENTS
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Description | Amount |
|---|---|---|
| | charges for client re: Inv# 9599552 Date Incurred: 04/23/19 | |
| 29 Apr 19 | VENDOR: Reisman, Steven J. INVOICE#: 3282480104291604 DATE: 4/29/2019 CourtCall charges for client re: Inv# 9599554 CourtCall charges for client re: Inv# 9599554 Date Incurred: 04/24/19 | 72.50 |
| 30 Apr 19 | Westlaw Legal Research: AROTSKY,ALLISON on 04/15/2019 | 192.55 |
| 30 Apr 19 | Westlaw Legal Research: AROTSKY,ALLISON on 04/16/2019 | 357.50 |
| | **TOTAL:** | **$2,015.37** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: PG&E - Pacific Gas & Electric

| | |
|---|---|
| Courier | $48.32 |
| Legal Research | $550.05 |
| Court Costs | $964.50 |
| CourtCall | $452.50 |
| **TOTAL:** | **$2,015.37** |

**MATTER TOTAL:**  $79,793.87