Signed and Filed: October 11, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

DAVID M. FELDMAN, NY SBN 2633881
  dfeldman@gibsondunn.com
  (*pro hac vice application pending*)
MATTHEW K. KELSEY, NY SBN 4250290
  mkelsey@gibsondunn.com
  (*pro hac vice application pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

MICHAEL S. NEUMEISTER, SBN 274220
  mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
  mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING MATTHEW D. MCGILL'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

- 1 -
ORDER GRANTING MATTHEW D. MCGILL'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

MATTHEW D. MCGILL, whose business address and telephone number is

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.

Washington, DC 20036-5306

Telephone: 202.955.8500

and who is an active member in good standing of the bar of NEW YORK having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing* Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***