# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Notice of Transcript Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of October 2019, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

SRF 36569

# Exhibit A

Exhibit A
Notice of Transcript Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: ABID QURESHI, ESQ. | One Bryant Park | | New York | NY | 10036-6742 | |
| Baker & Hostetler LLP | Attn: ROBERT A. JULIAN, ESQ. and CECILY A. DUMAS, ESQ. | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025-0509 | |
| Baker & Hostetler LLP | Attn: ELIZABETH A. GREEN, ESQ. | SunTrust Center, Suite 2300 | 200 South Orange Ave | Orlando | FL | 32801-3432 | |
| Binder & Malter LLP | Attn: ROBERT G. HARRIS, ESQ. | 2775 Park Avenue | | Santa Clara | CA | 95050-6004 | |
| Cotchett Pitre and McCarthy LLP | Attn: FRANK PITRE, ESQ. | 840 Malcolm Road | Suite 200 | Burlingame | CA | 94010-1413 | |
| Cravath, Swaine & Moore LLP | Attn: KEVIN J. ORSINI, ESQ. | 825 Eighth Avenue | | New York | NY | 10019-7475 | |
| Jones Day | Attn: BRUCE BENNETT, ESQ. | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 | |
| Locke Lord LLP | Attn: BRADLEY C. KNAPP, ESQ. | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130-6032 | |
| Marshack Hays LLP | Attn: RICHARD A. MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620-3663 | |
| Mary Alexander & Associates, P.C | Attn: MARY E. ALEXANDER, ESQ. | 44 Montgomery Street | Suite 1303 | San Francisco | CA | 94104-4615 | |
| McNutt Law Group LLP | Attn: Scott H. McNutt, Esq. | 219 9th Street | | San Francisco | CA | 94103-3806 | |
| Milbank LLP | Attn: GREGORY A. BRAY, ESQ. | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067-2901 | |
| Milbank, LLP | Attn: Dennis F. Dunne, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | |
| Office of the United States Trustee | Attn: TIMOTHY S. LAFFREDI, AUST | 450 Golden Gate Avenue | 5th Floor, Suite 05-015 | San Francisco | CA | 94102-3661 | |
| Pino & Associates | Attn: ESTELA O. PINO, ESQ. | 1520 Eureka Road | Suite 101 | Roseville | CA | 95661-2849 | |
| Skikos, Crawford, Skikos & Joseph, LLP | Attn: STEVEN J. SKIKOS, ESQ. | One Sansome Street | Suite 2830 | San Francisco | CA | 94104-4435 | |
| Stinson LLP | Attn: ALISA C. LACEY, ESQ. | 1850 North Central Avenue | Suite 2100 | Phoenix | AZ | 85004-4584 | |
| Weil, Gotshal & Manges LLP | Attn: STEPHEN KAROTKIN, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 | |
| Willkie Farr & Gallagher LLP | Attn: MATTHEW A. FELDMAN, ESQ. | 787 Seventh Avenue | | New York | NY | 10019-6099 | |