Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER (I) CONFIRMING THE SCOPE OF EMPLOYMENT OF BAKER HOSTETLER LLP, OR ALTERNATIVELY (II) AMENDING THE ORDER APPROVING THE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002**<br><br>Date: October 22, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br>Re: Docket No. 4018 |

The Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases, by its attorneys Milbank LLP, hereby reserves all rights regarding the *Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019* (the "Amended Application") [Docket No. 4018], including the right to be heard at the hearing on the Amended Application.

DATED: October 15, 2019　　　　　　MILBANK LLP

　　　　　　　　　　　　　　　　　　 */s/ Gregory A. Bray*
　　　　　　　　　　　　　　　　　　GREGORY A. BRAY
　　　　　　　　　　　　　　　　　　DENNIS F. DUNNE
　　　　　　　　　　　　　　　　　　SAMUEL A. KHALIL
　　　　　　　　　　　　　　　　　　THOMAS R. KRELLER

　　　　　　　　　　　　　　　　　　*Counsel for the Official Committee of Unsecured Creditors*