**EXHIBIT A**

**Exhibit A**
Compensation by Professional
For the Period July 1, 2019 to July 31, 2019

| **Professional** | **Title** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 75.50 | $ 50,690.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 177.60 | 107,200.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 109.10 | 59,282.50 |
| Nicholas Troszak | Managing Director | 485.00 | 143.90 | 65,062.75 |
| James Armstrong | Director | 375.00 | 56.50 | 21,187.50 |
| Shelly Cuff | Director | 360.00 | 165.30 | 57,780.00 |
| Spencer Ferrero | Director | 350.00 | 68.30 | 23,905.00 |
| Andrew Wagner | Director | 350.00 | 48.50 | 16,975.00 |
| Thomas Frey | Sr. Associate | 325.00 | 13.80 | 4,485.00 |
| | | | 858.50 | $ 406,567.75 |