**EXHIBIT B**

**Exhibit B**
Compensation by Work Task Code
For the Period July 1, 2019 to July 31, 2019

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| **Fee Application/Client Billing** | | | | |
| R. Brian Calvert | Sr. Managing Director | $ 640.00 | 5.80 | $ 3,712.00 |
| Spencer Ferrero | Director | 350.00 | 25.10 | 8,785.00 |
| | Activity Total | | 30.90 | 12,497.00 |
| **Claims Analysis/Objections** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 72.50 | $ 49,662.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 151.60 | 97,024.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 97.10 | 55,832.50 |
| Nicholas Troszak | Managing Director | 485.00 | 124.40 | 60,334.00 |
| Shelly Cuff | Director | 360.00 | 155.70 | 56,052.00 |
| Andrew Wagner | Director | 350.00 | 48.50 | 16,975.00 |
| James Armstrong | Director | 375.00 | 56.50 | 21,187.50 |
| Spencer Ferrero | Director | 350.00 | 43.20 | 15,120.00 |
| Thomas Frey | Sr. Associate | 325.00 | 13.80 | 4,485.00 |
| | Activity Total | | 763.30 | $ 376,672.50 |
| **Travel (at 1/2 Billing Rate)** | | | | |
| Bradley Sharp | President & CEO | $ 342.50 | 3.00 | $ 1,027.50 |
| R. Brian Calvert | Sr. Managing Director | 320.00 | 20.20 | 6,464.00 |
| Thomas Jeremiassen | Sr. Managing Director | 287.50 | 12.00 | 3,450.00 |
| Nicholas Troszak | Managing Director | 242.50 | 19.50 | 4,728.75 |
| Shelly Cuff | Director | 180.00 | 9.60 | 1,728.00 |
| | Activity Total | | 64.30 | $ 17,398.25 |
| | Total | | 858.50 | $ 406,567.75 |