**EXHIBIT C**

Case: 19-30088    Doc# 4209-3    Filed: 10/15/19    Entered: 10/15/19 14:16:33    Page 1 of 2

**Exhibit C**

Expense Summary

For the Period July 1, 2019 to July 31, 2019

| Reimbursable Expense | Amount |
|---|---|
| Airfare | $ 5,434.24 |
| Hotel | 340.86 |
| Meals | 646.49 |
| Transportation | 897.88 |
| Miscellaneous | 269.76 |
| **Total Expenses** | **$ 7,589.23** |