**EXHIBIT E**

**Exhibit E**
Expense Detail
For the Period July 1, 2019 to July 31, 2019

**Reimbursable Expenses**

### Airfare

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 06/27/19 | Nick Troszak | Round trip airfare from Los Angeles to Sacramento (including change fee) to attend case meetings. | $ 416.60 |
| 07/03/19 | Brian Calvert | Round trip airfare from Burbank to Sacramento to attend case meetings. | 593.96 |
| 07/07/19 | Nick Troszak | Round trip airfare from Burbank to Sacramento to attend case meetings. | 543.96 |
| 07/16/19 | Brad Sharp | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| 07/17/19 | Brian Calvert | Round trip airfare from Burbank to Oakland to attend case meetings. | 611.96 |
| 07/17/19 | Nick Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| 07/17/19 | Thomas Jeremiassen | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| 07/23/19 | Nick Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| 07/26/19 | Brian Calvert | Round trip airfare from Burbank to San Francisco to attend case meetings. | 571.96 |
| 07/26/19 | Thomas Jeremiassen | One way airfare from Burbank to San Francisco to attend case meetings. | 260.98 |
| 07/29/19 | Thomas Jeremiassen | One way airfare from Oakland to Reno after attending case meetings. | 186.98 |
| | | Total Airfare | $ 5,434.24 |

### Hotel

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 07/31/19 | Brian Calvert | Hotel stay at Marriott Waterfront while traveling to San Francisco to attend case meetings. | $ 340.86 |
| | | Total Hotel | $ 340.86 |

### Meals

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 07/01/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Mandy Yedidsion. | $ 120.00 |
| 07/08/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff, Spencer Ferrero, Matthew Sorenson and Andrew Wagner. | 160.00 |
| 07/12/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero | 116.61 |
| 07/13/19 | Nick Troszak | Breakfast at Starbucks while traveling to northern California to attend case meetings. | 7.40 |
| 07/16/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero | 120.00 |
| 07/17/19 | Nick Troszak | Breakfast at Oak Pete's Coffee while traveling to northern California to attend case meetings. | 7.88 |
| 07/25/19 | Nick Troszak | Breakfast at Burbank Airport Food while traveling to northern California to attend case meetings. | 4.30 |
| 07/25/19 | Nick Troszak | Lunch at Oak Pizza while traveling to northern California to attend case meetings. | 24.29 |
| 07/31/19 | Brian Calvert | Dinner at Marriott Waterfront while traveling to northern California to attend case meetings. | 40.00 |
| 07/31/19 | Brian Calvert | Lunch at MCS Burbank while traveling to San Francisco to attend case meetings. | 19.25 |
| 07/31/19 | Tom Jeremiassen | Lunch at MCS Burbank while traveling to San Francisco to attend case meetings. | 26.76 |
| | | Total Meals | $ 646.49 |

### Transportation

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 07/11/19 | Nick Troszak | Parking at Burbank airport while traveling to Sacramento for case meetings. | $ 24.00 |
| 07/11/19 | Brian Calvert | Parking at Burbank airport while traveling to Sacramento for case meetings. | 24.00 |
| 07/13/19 | Nicholas Troszak | Rental car for Nick Troszak while traveling to northern California to attend case meetings. | 247.74 |
| 07/17/19 | Brad Sharp | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 31.09 |
| 07/17/19 | Brad Sharp | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for ca | 20.00 |
| 07/17/19 | Brian Calvert | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for ca | 20.00 |
| 07/17/19 | Tom Jeremiassen | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| 07/17/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| 07/17/19 | Tom Jeremiassen | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for ca | 22.00 |
| 07/17/19 | Brad Sharp | Taxi from Burbank airport to home while traveling to San Francisco for case meetings. | 40.45 |
| 07/19/19 | Nick Troszak | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| 07/19/19 | Nick Troszak | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for ca | 22.00 |
| 07/22/19 | Brian Calvert | Mileage to/from attorney's office in LA for case meetings. | 20.56 |
| 07/22/19 | Shelly Cuff | Uber from home to attorney's office in LA for case meetings | 25.95 |
| 07/22/19 | Shelly Cuff | Uber from attorney's office in LA to home for case meetings. | 27.98 |
| 07/23/19 | Brian Calvert | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 31.03 |
| 07/23/19 | Brian Calvert | Mileage to/from attorney's office in LA for case meetings. | 20.56 |
| 07/23/19 | Shelly Cuff | Uber from home to attorney's office in LA for case meetings | 25.99 |
| 07/23/19 | Shelly Cuff | Uber from attorney's office in LA to home for case meetings. | 22.51 |
| 07/26/19 | Nick Troszak | Uber from Oakland airport to meeting location for case meetings. | 63.15 |
| 07/26/19 | Nick Troszak | Uber from meeting location to Oakland airport for case meetings. | 64.87 |
| 07/26/19 | Nick Troszak | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| 07/31/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 48.00 |
| | | Total Transportation | $ 897.88 |

### Miscellaneous Expenses

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 07/01/19 | DSI | AT&T Teleconference | $ 68.07 |
| 07/08/19 | DSI | PACER charges | 57.20 |
| 07/24/19 | Shelly Cuff | Wi-Fi while flying from Los Angeles to Chicago | 17.99 |
| 07/31/19 | Nicholas Troszak | Wi-Fi while flying from Burbank to Sacramento | 8.00 |

**Exhibit E**
Expense Detail
For the Period July 1, 2019 to July 31, 2019

| Date | | Description | | Amount |
|---|---|---|---|---|
| 07/31/19 | DSI | Photocopy charges - Los Angeles (943 pages @$0.10/page) | | 94.30 |
| 07/31/19 | DSI | Photocopy charges - Chicago (242 pages @$0.10/page) | | 24.20 |
| | | | Total Miscellaneous $ | 269.76 |
| | | | Total Expenses $ | 7,589.23 |