**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 202.8 | $ 242,346.00 |
| Alex Stevenson | Managing Director | 1,195 | 42.8 | 51,146.00 |
| Brendan Murphy | Managing Director | 1,095 | 237.8 | 260,391.00 |
| Sherman Guillema | Director | 895 | 2.0 | 1,790.00 |
| Peter Gnatowski | Vice President | 795 | 264.5 | 210,277.50 |
| Matt Merkel | Associate | 695 | 103.3 | 71,793.50 |
| Erik Ellingson | Associate | 695 | 33.7 | 23,421.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 52.5 | 25,987.50 |
| Riley Jacobs | Analyst | 395 | 177.2 | 69,994.00 |
| Alex Gebert | Analyst | 395 | 199.3 | 78,723.50 |
| Jane Su | Professional Support | 250 | 2.1 | 525.00 |
| **Subtotal** | | | 1,318.0 | $ 1,036,395.50 |
| Less: 50% Discount for Non-Working Travel Time | | | | (9,085.00) |
| **Grand Total** | | | | **$ 1,027,310.50** |