**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 85.4 | $ 58,883.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 29.7 | 18,041.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 105.0 | 72,025.00 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 6.0 | 3,570.00 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 20.6 | 16,217.00 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 1.5 | 1,402.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 36.4 | 40,948.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 65.1 | 68,884.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 44.0 | 33,320.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 104.1 | 103,589.50 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 134.3 | 95,508.50 |
| 14 | Review of Executory Contracts and Related Analysis | 118.1 | 75,149.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 91.2 | 65,314.00 |
| 16 | Review of Claims and Related Analysis | 17.5 | 13,552.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 12.0 | 8,340.00 |
| 20 | Benchmarking and Related Analysis | 6.4 | 4,128.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 206.2 | 172,799.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 17.4 | 16,713.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 38.8 | 37,056.00 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 39.8 | 28,941.00 |
| 26 | Travel Time - Non Working Travel | 16.0 | 18,170.00 |
| 27 | Project Administration | 57.2 | 47,789.50 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 65.3 | 36,053.50 |
| **Subtotal** | | **1,318.0** | **1,036,395.50** |
| | Less: 50% Discount for Non-Working Travel Time | | (9,085.00) |
| **Grand Total** | | **1,318.0** | **$ 1,027,310.50** |