**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Expense Type | Amount |
| --- | ---: |
| Airfare | $6,902.14 |
| Data Processing / Materials For Committee | $69.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $1,601.91 |
| Hotel Stay (Traveling) | $3,378.32 |
| Internet/Online Fees | $101.93 |
| Meals - In-Town Only | $249.55 |
| Meals - Out-of-Town Travel Only | $538.08 |
| Other / Miscellaneous | $247.50 |
| Parking | $90.00 |
| Printing/Photocopying (In-House) | $661.15 |
| Research (Databases) | $4,500.00 |
| Teleconferencing | $87.17 |
| **Total** | **$18,427.10** |