# Exhibit E

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 7/2/2019 | 001463 Murphy, Brendan J | Airfare | 516.03 |
| Airfare | 7/2/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/2/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/2/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/2/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/8/2019 | 001206 Stevenson, Alexander W | Airfare | 366.14 |
| Airfare | 7/8/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 9.00 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Airfare | 763.41 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Airfare | 377.10 |
| Airfare | 7/12/2019 | 001462 Williams, Brent C | Airfare | 549.00 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Airfare | 471.30 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/12/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/16/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/20/2019 | 001462 Williams, Brent C | Airfare | 290.00 |
| Airfare | 7/22/2019 | 001462 Williams, Brent C | Airfare | 659.00 |
| Airfare | 7/23/2019 | 001463 Murphy, Brendan J | Airfare | 410.00 |
| Airfare | 7/24/2019 | 001462 Williams, Brent C | Airfare - Change Fee | 300.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/25/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 22.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 7/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 5.00 |
| Airfare | 7/29/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 25.00 |
| Airfare | 7/29/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 25.00 |
| Data Processing / Materials For Committee | 7/31/2019 | | Data Processing Materials for Committee Meetings | 69.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/9/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 21.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/9/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/10/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 26.97 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/10/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 11.04 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/11/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 21.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/11/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 17.90 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/14/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 29.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/16/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/19/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 27.70 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/21/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 75.58 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/21/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 14.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/22/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 118.66 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/22/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 75.66 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/22/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 25.26 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 78.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 96.05 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.48 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 21.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 25.44 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/23/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 40.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001502 Merkel, Matthew E | Working past 9pm / Late night Transportation | 80.46 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 89.64 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 29.02 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.75 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 20.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 11.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/24/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 13.44 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/25/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 80.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/25/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 81.45 |

| | | | |
|---|---|---|---|
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/25/2019 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 21.03 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/25/2019 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 20.39 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/25/2019 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.57 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/27/2019 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 11.85 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/28/2019 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 25.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/28/2019 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 22.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/29/2019 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 29.06 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/30/2019 001652 Gnatowski, Peter | Working past 9pm / Late night Transportation | 103.70 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/30/2019 001502 Merkel, Matthew E | Working past 9pm / Late night Transportation | 70.39 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/30/2019 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 20.28 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 7/31/2019 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 18.46 |
| Hotel Stay (Traveling) | 7/22/2019 001463 Murphy, Brendan J | Hotel Stay | 286.65 |
| Hotel Stay (Traveling) | 7/25/2019 001206 Stevenson, Alexander W | Hotel Stay | 1,115.98 |
| Hotel Stay (Traveling) | 7/26/2019 001463 Murphy, Brendan J | Hotel Stay | 1,394.40 |
| Hotel Stay (Traveling) | 7/31/2019 001463 Murphy, Brendan J | Hotel Stay | 581.29 |
| Internet/Online Fees | 7/22/2019 001463 Murphy, Brendan J | Internet/Online Fees | 32.99 |
| Internet/Online Fees | 7/24/2019 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Internet/Online Fees | 7/25/2019 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Meals - In-Town Only | 7/1/2019 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/1/2019 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | 11.61 |
| Meals - In-Town Only | 7/9/2019 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | 8.36 |
| Meals - In-Town Only | 7/10/2019 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/16/2019 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | 17.73 |
| Meals - In-Town Only | 7/20/2019 001502 Merkel, Matthew E | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/21/2019 001693 Ellingson, Erik | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/24/2019 001473 Gebert, Alexander M | Working past 8pm / In-Office Dinner (One Professional) | 11.87 |
| Meals - In-Town Only | 7/24/2019 001502 Merkel, Matthew E | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/25/2019 001502 Merkel, Matthew E | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/26/2019 001502 Merkel, Matthew E | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/27/2019 001597 Jacobs, Riley | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/30/2019 001502 Merkel, Matthew E | Working past 8pm / In-Office Dinner (One Professional) Capped | 20.00 |
| Meals - In-Town Only | 7/30/2019 001693 Ellingson, Erik | Working past 8pm / In-Office Dinner (One Professional) | 19.98 |
| Meals - Out-of-Town Travel Only | 7/21/2019 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/23/2019 001463 Murphy, Brendan J | Meals-with counsel (Five Professionals) Capped | 200.00 |
| Meals - Out-of-Town Travel Only | 7/23/2019 001206 Stevenson, Alexander W | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/23/2019 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/24/2019 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/24/2019 001206 Stevenson, Alexander W | Travel Meal - Breakfast/Dinner (One Professional) | 15.88 |
| Meals - Out-of-Town Travel Only | 7/24/2019 001206 Stevenson, Alexander W | Travel Meal - Breakfast/Dinner (One Professional) | 34.97 |
| Meals - Out-of-Town Travel Only | 7/25/2019 001462 Williams, Brent C | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/25/2019 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) | 7.23 |
| Meals - Out-of-Town Travel Only | 7/26/2019 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Meals - Out-of-Town Travel Only | 7/26/2019 001463 Murphy, Brendan J | Travel Meal - Breakfast/Dinner (One Professional) Capped | 40.00 |
| Other / Miscellaneous | 7/9/2019 | Messenger Service for materials for Committee Meeting | 247.50 |
| Parking | 7/25/2019 001462 Williams, Brent C | Parking at Airport | 90.00 |
| Printing/Photocopying (In-House) | 7/31/2019 | WL Copies - 201907 | 661.15 |
| Research (Databases) | 7/31/2019 | Paid research and subscription cost(s) for Client work | 3,550.00 |
| Research (Databases) | 7/31/2019 | Paid research and subscription cost(s) for Client work | 950.00 |
| Teleconferencing | 7/31/2019 | Conference Calls 201907 | 87.17 |