Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel:    (424) 500-85512
Fax:    (424) 500-8951

Attorneys for Western Electricity
Coordinating Council

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE OF WESTERN ELECTRICITY COORDINATING COUNCIL'S MOTION TO FILE PROOFS OF CLAIM UNDER SEAL, AND RELATED PLEADINGS**<br><br>[No Hearing Requested] |

I, Martha E. Araki, do declare and states as follows:

1. I am employed in Los Angeles County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Zolkin Talerico LLP, 12121 Wilshire Boulevard, Suite 1120, Los Angeles, California 90025.

2. I certify that on October 10, 2019, I caused to be served a true and correct copy of the following documents via the Court's electronic case filing and noticing system:

- *Motion of Western Electricity Coordinating Council to File Proofs of Claim Under Seal* (the "Sealing Motion") [Docket No. 4187];
- *Declaration of Heather M. Laws in Support of Motion of Western Electricity Coordinating Council to File Proofs of Claim Under Seal* (the "Laws Declaration") [Docket No. 4188];
- *Notice of Motion of Western Electricity Coordinating Council to File Proofs of Claim Under Seal* (the "Sealing Notice") [Docket No. 4189].

3. On October 11, 2019, I caused to be served a true and correct copy of the Sealing Motion, the Laws Declaration and the Sealing Notice, via e-mail, upon the Core/2002 E-Mail Service List, attached hereto as Exhibit A.

4. Further, on October 11, 2019, I caused to be served a true and correct copy of the Sealing Motion, the Laws Declaration and the Sealing Notice, via U.S. First Class Mail, upon the Standard Parties – Core/2002 First Class Mail Service List attached hereto as Exhibit B.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 14th day of October, 2019, at Castaic, California.

                               */s/ Martha E. Araki*
                               Martha E. Araki

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON | ONE Adventist Health Way | | Roseville | CA | 95661 | | laytonrl@ah.org |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | RASymm@aeraenergy.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | 2001 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | john.mitchell@akerman.com; yelena.archiyan@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | 1999 Avenue of the Stars | Suite 600 | Los Angeles | CA | 90067 | | dsimonds@akingump.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | andy.kong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | 250 West 55th Street | | New York | NY | 10019 | | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A115 | | Bedminster | NJ | 07921 | | Jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | James.Potter@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | Danette.Valdez@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | martharomerolaw@gmail.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 | | Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 | | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | jrowland@bakerdonelson.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | summersm@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | 1225 17th Street | Suite 2300 | Denver | CO | 80202 | | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | John.mccusker@bami.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | ssummy@baronbudd.com; jfiske@baronbudd.com |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | 350 South Grand Avenue, Suite 2200 | | Los Angeles | CA | 90071-3485 | | chigashi@bkolaw.com; thigham@bkolaw.com |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore | 10940 Wilshire Boulevard, 17th Floor | | Los Angeles | CA | 90024 | | rgoldman@baumhedlundlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | misola@brotherssmithlaw.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, a | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | arocles.aguilar@cpuc.ca.gov; candace.morey@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | melaniecruz@chevron.com; marmstrong@chevron.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | | dgooding@choate.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | Two International Place | | Boston | MA | 02110 | | jmarshall@choate.com |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan | 1800 Century Park East, 14th Floor | | Los Angeles | CA | 90067 | | otakvoryan@ckrlaw.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | One Liberty Plaza | | New York | NY | 10006 | | mschierberl@cgsh.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann | 111 East Broadway, 11th Floor | | Salt Lake City | UT | 84111 | | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III | 101 Montgomery Street | Suite 1400 | San Francisco | CA | 94101 | | fsmith@cozen.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | bmullan@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | dgrassgreen@gmail.com |
| Counsel for Capital Power Corporation and | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | oscar.pinkas@dentons.com |
| Counsel for Capital Power Corporation and | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | Lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | bryan.bates@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | peter.wolfson@dentons.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | david.riley@dlapiper.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | 409 - 13th Street | 10th Floor | Oakland | CA | 94612 | | sally@elkshep.com; jim@elkshep.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | 777 Third Avenue, 12th Floor | | New York | NY | 10017 | | sgarabato@epiqglobal.com |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | | sfelderstein@ffwplaw.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | sory@fdlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | ehg@classlawgroup.com; dsh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com |
| Counsel to Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0193 | | dfeldman@gibsondunn.com; mkelsey@gibsondunn.com |
| Counsel to Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | mchoi@gibsondunn.com |
| Counsel to Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 | | mmcgill@gibsondunn.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo | 1717 Arch Street | Suite 400 | Philadelphia | PA | 19103 | | vuocolod@gtlaw.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com |
| Counsel to Creditors KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | 465 California St., Ste. 405 | | San Francisco | CA | 94104 | | jfhallisey@gmail.com |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center Blvd. | | Bonita Springs | FL | 34134 | | Sharon.petrosino@hercrentals.com |
| Counsel for McKinsey & Company, Inc. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | bennett.spiegel@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | 875 Third Avenue | | New York | NY | 10022 | | alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | erin.brady@hoganlovells.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | robert.labate@hklaw.com |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | One Battery Park Plaza | | New York | NY | 10004 | | katie.coleman@hugheshubbard.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | ppartee@huntonak.com |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | mjdube@ca.ibm.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | cvarnen@irell.com; astrabone@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | mstrub@irell.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | Bankruptcy2@ironmountain.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | robert.albery@jacobs.com |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | ajang@janglit.com; snoma@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | jdt@jdthompsonlaw.com |

Exhibit A
Core/2002 Service List
**E-Mail - Non-NEF Parties**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | bfeder@kelleydrye.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | Two Embarcadero Center, Suite 1900 | | San Francisco | CA | 94111 | | bkleinman@kilpatricktownsend.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | mosby_perrow@kindermorgan.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | stephen.hessler@kirkland.com; |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | marc.kieselstein@kirkland.com; |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | mark.mckane@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | david.seligman@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | kklee@ktbslaw.com |
| Counsel for PG&E Holdco Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | 1177 Avenue of the Americas | | New York | NY | 10036 | | acaton@kramerlevin.com; mwasson@kramerlevin.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | tdubbs@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | 333 South Grand Avenue | Suite 4200 | Los Angeles | CA | 90071 | | klamb@lkfirm.com; tkelch@lkfirm.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | christopher.harris@lw.com; andrew.parlen@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | andrew.parlen@lw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | pwp@pattiprewittlaw.com |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | 456 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | | pbc@scarpullalaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | 4550 California Avenue, Second Floor | | Bakersfield | CA | 93309 | | lwelsh@lkwelshlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | tjb@brandilaw.com |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | Amy.Goldman@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | sbryant@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | mscohen@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | One Lowenstein Drive | | Roseland | NJ | 070068 | | golivera@lowenstein.com |
| Interested Party | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | imac@macfern.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUTIE 470 | ENCINO | CA | 91436 | | Craig@MarguliesFaithLaw.com |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | 870 Roosevelt | | Irvine | CA | 92620 | | dwood@marshackhays.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | malexander@maryalexander.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | 1221 Avenue of the Americas | | New York | NY | 10020 | | btrust@mayerbrown.com; jcdebaca@mayerbrown.com |

Page 4 of 8

Case: 19-30088    Doc# 4213    Filed: 10/15/19    Entered: 10/15/19 23:39:05    Page 6 of 11

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | Counsel for A.J. Excavation Inc. | 7647 North Fresno Street | Fresno | CA | 93720 | | demerzian@mccormickbarstow.com |
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | Attn: James H. Smith | One Bryant Park, 47th Floor | | New York | NY | 10036 | | jsmith@mckoolsmith.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | Paronzon@milbank.com; Gbray@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | avobrient@mintz.com; ablevin@mintz.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | Exchange Place | 53 State Street | Boston | MA | 02109 | | rpedone@nixonpeabody.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | joe@norcallawgroup.net |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | 1301 Avenue of the Americas, Floor 2945 | | New York | NY | 10019-6022 | | david.rosenzweig@nortonrosefulbright.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | jrapisardi@omm.com; dshamah@omm.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | James.L.Snyder@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | lmcgowen@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | dfelder@orrick.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005-1706 | | dmintz@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | ipachulski@pszjlaw.com |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree Street, Suite 3600 | | Atlanta | GA | 30308 | | bbates@phrd.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | leo.crowley@pillsburylaw.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave FL 9 | | New York | NY | 10022 | | pgeteam@PrimeClerk.com; serviceqa@primeclerk.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | mfirestein@proskauer.com; sma@proskauer.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose L.S. | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | mhowery@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | rsimons@reedsmith.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 808 Wilshire Boulevard | Site 450 | Santa Monica | CA | 90401 | | robins@robinscloud.com; rbryson@robinscloud.com |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | 445 South Figueroa Street, Suite 3000 | | Los Angeles | CA | 90071 | | steven.polard@rmkb.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | mark.bane@ropesgray.com; matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | keith.wofford@ropesgray.com; daniel.egan@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | ssally@ropesgray.com; matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | pblanchard@rutan.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | 1550 Humboldt Road, Suite 4 | | CHICO | CA | 95928 | | erlamblaw@gmail.com |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | charney@seyfarth.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | Suite 3300 | Houston | TX | 77002 | | lucky.mcdowell@shearman.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 | | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | dshemano@shemanolaw.com |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | Four Embarcadero Center, 17th Floor | | San Francisco | CA | 94111-4109 | | sfarzan@sheppardmullin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | mlowe@shbllp.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | One North Market Street | Suite 200 | San Jose | CA | 95113 | | dvd@svlg.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com; jamie.fell@stblaw.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 | | john@slffirm.com |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | mbreslauer@swsslaw.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95494 | | jmullan@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | Julia.Mosel@sce.com; patricia.cirucci@sce.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | PO Box 281 | | Altaville | CA | 95221 | | sc2104271@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | lpg@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | cp@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | 235 Pine Street | 15th Floor | San Francisco | CA | 94104 | | jlowenthal@steyerlaw.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | pglassman@sycr.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | fmerola@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | dmoon@stroock.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | SERVICE EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | esserman@sbep-law.com; taylor@sbep-law.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | jmills@taylorenglish.com |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | 3300 Douglas Blvd. | Ste. 100 | Roseville | CA | 95661 | | daniel@thebklawoffice.com |
| Counsel for The Davey Tree Expert | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | 44240 | | Erika.Schoenberger@davey.com |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq. | 575 E. Locust Ave., Suite 120 | | Fresno | CA | 93720 | | joesephwest@westlawfirmofcalifornia.com |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | harris.winsberg@troutman.com; matthew.roberts2@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | 785 Market St | Suite 1400 | San Francisco | CA | 94103 | | mtoney@turn.org; tlong@turn.org |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | bankruptcynotices@up.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | secbankruptcy@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Su | San Francisco | CA | 94104 | | sanfrancisco@sec.gov |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | wagstaffe@wvbrlaw.com;busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | rileywalter@W2LG.com; Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | cgray@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boule | Miami | FL | 33131-2352 | | tlauria@whitecase.com; mbrown@whitecase.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | myuffee@winston.com |

# Exhibit B
## Core/2002 Service List
### US First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CA | 95603 | |
| Counsel to Ruckman-Leal Creditors, | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel | 2020 Eye Street | | Bakersfield | CA | 93301 | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | |