# EXHIBIT A

Case: 19-30088    Doc# 4215-1    Filed: 10/16/19    Entered: 10/16/19 08:35:03    Page 1 of 2

# COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2019 THROUGH AUGUST 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from August 1, 2019 through August 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 32.5 | $26,000 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 78.4 | $62,720 |
| Jane Kim | Partner | 2003[1] | 650 | 62.9 | $40,885 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 4.2 | $2,520 |
| Dara L. Silveira | Associate | 2010 | 400 | 66.2 | $26,480 |
| Thomas B. Rupp | Associate | 2011 | 400 | 58 | $23,200 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 96.7 | $14,505 |
| **Total Professionals:** | | | | **398.9** | **$196,310** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 742 | 178 | $132,125 |
| Associates | 400 | 124.2 | $49,680 |
| **Blended Attorney Rate** | **602** | **302.2** | **$181,805** |
| Paraprofessionals and other non-legal staff | 150 | 96.7 | $14,505 |
| **Total Fees Incurred** | **492** | **398.9** | **$196,310** |