# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY KELLER & BENVENUTTI LLP
## AUGUST 1, 2019 THROUGH AUGUST 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 157.5 | $50,585 |
| 004 | General Case Administration | 19.5 | $9,465 |
| 005 | Automatic Stay Proceedings | 84.4 | $57,090 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 3.5 | $2,700 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 15.1 | $7,820 |
| 008 | Professional Retention and Compensation – Other Professionals | 15.7 | $8,525 |
| 009 | Financing and Cash Collateral | .3 | $240 |
| 014 | Employee Matters | 3.9 | $1,960 |
| 015 | Supplier Issues | 5.3 | $2,520 |
| 017 | Sale or Use of Property – Motions | 4.6 | $2,205 |
| 018 | Executory Contract Issues | 21.1 | $10,990 |
| 021 | Plan – Advice, Strategy and Negotiation | 13.1 | $8,905 |
| 025 | FERC Adversary Proceeding | .1 | $80 |
| 026 | Wildfire Litigation | 15.2 | $10,825 |
| 027 | Claims Review | 2.8 | $1,750 |
| 028 | Claim Disputes and Resolution | 1.8 | $1,080 |
| 032 | USDC Probation Compliance | 4.3 | $2,600 |
| 034 | Third Party Injunction Action (PERA) | 5.6 | $2,880 |
| 036 | Miscellaneous Litigation Issues and Advice | 23.4 | $12,730 |
| 037 | Appeals | 1.7 | $1,360 |
| **TOTAL** | | **398.9** | **$196,310** |