# EXHIBIT C

# EXPENSE SUMMARY
## AUGUST 1, 2019 THROUGH AUGUST 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $13.24 |
| Printing and Duplication | $7,838.85 |
| Transcription Services | $6,304.10 |
| Telephone Conferencing | $87.50 |
| Messenger | $1,326.58 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$15,570.27** |