# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 82019A  
Date: 10/16/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 08/02/2019 | E116 Trial transcripts: eScribers Invoice No. 265811 (July 31, 2019 hearing). | 1.00 | $217.80 | $217.80 |
| Expense | 08/08/2019 | E105 Telephone: CourtCall for Peter Benvenutti (August 7, 2019 hearing). | 1.00 | $87.50 | $87.50 |
| Expense | 08/12/2019 | E116 Trial transcripts: eScriber Invoice No. 267110 (August 7, 2019 hearing). | 1.00 | $713.90 | $713.90 |
| Expense | 08/14/2019 | E116 Trial transcripts: eScriber Invoice No. 267399 (August 9, 2019 hearing). | 1.00 | $707.85 | $707.85 |
| Expense | 08/14/2019 | E101 Copying: Clear Discovery Invoice No. 001215 (August 13, 2019 hearing). | 1.00 | $1,661.27 | $1,661.27 |
| Expense | 08/14/2019 | E101 Copying: Clear Discovery Invoice No. 001216 (August 14, 2019 hearing). | 1.00 | $4,659.16 | $4,659.16 |
| Expense | 08/19/2019 | E101 Copying: Disclosure Statement from the 2001 PG&E case from the Federal Records Center. | 1.00 | $134.00 | $134.00 |
| Expense | 08/22/2019 | E101 Copying: Clear Discovery Invoice No. 001214 (August 9, 2019 hearing). | 1.00 | $1,384.42 | $1,384.42 |
| Expense | 08/22/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 359475 (July 22, July 24, and July 26, 2019 deliveries). | 1.00 | $265.98 | $265.98 |
| Expense | 08/22/2019 | E116 Trial transcripts: eScribers Invoice No. 267861 (August 13, 2019 hearing). | 1.00 | $1,143.45 | $1,143.45 |
| Expense | 08/27/2019 | E109 Local travel: Uber ride from USBC to office. | 1.00 | $13.24 | $13.24 |
| Expense | 08/30/2019 | E116 Trial transcripts: eScribers Invoice No. 268315 (August 14, 2019 hearing). | 1.00 | $2,057.00 | $2,057.00 |
| Expense | 08/30/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 360193 (August 2019 deliveries). | 1.00 | $1,060.60 | $1,060.60 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 08/30/2019 | E116 Trial transcripts: eScribers Invoice No. 270504 (August 27, 2019 hearing). | 1.00 | $296.45 | $296.45 |
| Expense | 08/30/2019 | E116 Trial transcripts: eScribers Invoice No. 270655 (August 27, 2019 hearing). | 1.00 | $1,167.65 | $1,167.65 |

| **Time Keeper** | **Time** | **Rate** | **Fees and Expenses Total** |
|---|---|---|---|
| | | Fees and Expenses Subtotal | $15,570.27 |
| | | Fees and Expenses Total | $15,570.27 |