**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2019 THROUGH JULY 31, 2019**

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 285.70 | $432,800.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 18.00 | $28,800.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 48.80 | $78,080.00 |
| Slack, Richard W. | Litigation | 1987 | $1,225.00 | 93.50 | $110,861.25 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 24.40 | $39,040.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 29.60 | $47,360.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 3.60 | $5,130.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 193.10 | $203,492.50 |
| Schrock, Ray C. | BFR | 1998 (IL) | $1,550.00 | 35.10 | $54,405.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,175.00 | 2.20 | $2,585.00 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 58.70 | $62,550.00 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 232.90 | $236,715.00 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 8.30 | $8,715.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 224.40 | $230,050.00 |
| Mishkin, Jessie B. (Counsel) | Litigation | 2007 | $1,050.00 | 15.00 | $15,750.00 |
| **Total Partners and Counsel:** | | | | **1,273.30** | **$1,556,333.75** |

---
[1] BFR – Business Finance & Restructuring

Case: 19-30088    Doc# 4218-1    Filed: 10/16/19    Entered: 10/16/19 09:48:45    Page 1 of 4

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 40.10 | $24,060.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 11.70 | $11,641.50 |
| Seales, Jannelle Marie | Corporate | 2009 | $995.00 | 3.00 | $2,985.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 40.40 | $40,198.00 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 208.90 | $206,910.25 |
| Silber, Gary | Tax | 2011 | $995.00 | 67.10 | $66,764.50 |
| Bitter, Blake | Tax | 2011 (VA) | $980.00 | 9.40 | $9,212.00 |
| Golster, Jonathan | Corporate | 2011 | $875.00 | 4.80 | $4,200.00 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 141.50 | $140,792.50 |
| Minga, Jay | Litigation | 2013 | $950.00 | 144.50 | $137,275.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 74.70 | $70,965.00 |
| Gwen, Daniel | BFR | 2014 | $950.00 | 33.90 | $32,205.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 199.20 | $135,205.50 |
| Cohen, Dori Y. | Litigation | 2015 | $920.00 | 2.80 | $2,576.00 |
| Engelmyer, Lauren | Litigation | 2015 | $920.00 | 44.00 | $40,480.00 |
| Africk, Max M. | Litigation | 2015 (LA) | $875.00 | 34.70 | $30,362.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 91.40 | $79,975.00 |
| Pitcher, Justin R. | BFR | 2016 (UT) | $790.00 | 19.50 | $15,405.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 30.20 | $23,858.00 |
| Steel, Patrick M. | BFR | 2017 | $790.00 | 57.90 | $45,741.00 |
| McGrath, Colin | Litigation | 2017 | $690.00 | 112.80 | $77,832.00 |
| McNulty, Shawn C. | Litigation | 2017 | $690.00 | 19.50 | $13,455.00 |
| Zangrillo, Anthony | Corporate | 2018 | $690.00 | 14.40 | $9,936.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 138.50 | $95,565.00 |
| Neuhauser, David | Corporate | 2018 | $690.00 | 2.50 | $1,725.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 149.80 | $103,362.00 |
| Gordan, Anna C. | Litigation | 2018 | $690.00 | 20.60 | $14,214.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 195.40 | $109,424.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $560.00 | 20.00 | $11,200.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 106.80 | $59,808.00 |
| Evans, Steven | Litigation | 2019 | $560.00 | 22.40 | $12,544.00 |

[2] BFR – Business Finance & Restructuring

| | | | | | |
|---|---|---|---|---|---|
| Sonkin, Cliff | BFR | * | $560.00 | 113.60 | $63,616.00 |
| **Total Associates:** | | | | **2,176.00** | **$1,693,492.75** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $420.00 | 30.60 | $12,852.00 |
| Hoilett, Leason | Litigation | $385.00 | 3.80 | $1,463.00 |
| Fabsik, Paul | BFR | $375.00 | 6.30 | $2,362.50 |
| Chan, Herbert | Litigation | $355.00 | 9.20 | $3,266.00 |
| Olvera, Rene A. | BFR | $355.00 | 3.00 | $1,065.00 |
| Ting, Lara | Litigation Support | $360.00 | 12.50 | $4,500.00 |
| Nudelman, Peter | Litigation Support | $345.00 | 3.50 | $1,207.50 |
| Bogota, Alejandro | Litigation Support | $330.00 | 2.00 | $660.00 |
| Biratu, Sirak D. | Litigation | $330.00 | 30.60 | $10,098.00 |
| Peene, Travis J. | BFR | $240.00 | 26.80 | $6,432.00 |
| Zaslav, Benjamin | BFR | $240.00 | 5.10 | $1,224.00 |
| **Total Paraprofessionals:** | | | **133.40** | **$45,130.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,222.28 | 1,273.30 | $1,556,333.75 |
| Associates | $778.26 | 2,176.00 | $1,693,492.75 |
| Paraprofessionals | $338.31 | 133.40 | $45,130.00 |
| **Blended Attorney Rate** | **$942.17** | | |
| **Total Fees Incurred:** | | **3,582.70** | **$3,294,956.50** |

[3] BFR – Business Finance & Restructuring