**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 13.90 | $7,784.00 |
| 002 | Asset Sales/363 Sales | 6.00 | $3,925.50 |
| 003 | Automatic Stay | 224.60 | $192,036.00 |
| 004 | Bankruptcy Litigation | 467.30 | $401,440.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 115.00 | $109,337.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 27.90 | $18,838.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 421.50 | $419,690.00 |
| 009 | Communications with Client | 16.20 | $14,523.00 |
| 010 | Corporate Governance and Board Issues | 104.60 | $124,910.00 |
| 011 | Customer, Supplier and Vendor Issues | 9.30 | $8,575.50 |
| 013 | Disclosure Statement | 120.50 | $88,000.50 |
| 014 | Employee Issues | 259.10 | $238,116.00 |
| 016 | Exclusivity | 515.20 | $523,382.50 |
| 017 | Executory Contracts/Lease Issues | 175.50 | $134,758.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 146.70 | $139,105.00 |
| 019 | Hearings and Court Matters | 72.40 | $89,893.00 |
| 020 | Legislative Issues/Inverse Reform | 28.80 | $33,167.00 |
| 022 | Non-Working Travel | 136.60 | $82,751.50 |
| 023 | FERC Adversary Proceeding | 6.20 | $5,975.50 |
| 024 | Reclamation/503(b)(9) | 73.30 | $48,365.50 |
| 025 | Regulatory Issues including CPUC and FERC | 14.30 | $17,780.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 109.30 | $81,310.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 2.30 | $1,256.00 |
| 028 | Retention/Fee Application: Other Professionals | 41.10 | $28,228.50 |
| 029 | Schedules/Statement of Financial Affairs | 2.10 | $2,257.50 |
| 030 | Tax Issues | 205.00 | $238,251.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 0.10 | $107.50 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 4.20 | $4,922.50 |
| 035 | Real Estate and Real Property Issues | 28.00 | $35,660.50 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 169.60 | $142,117.50 |
| 037 | Insurance Issues | 66.10 | $58,490.50 |
| **Total:** | | **3,582.70** | **$3,294,956.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119