**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $20,186.37 |
| Court Reporting | $2,932.15 |
| Duplicating | $25,117.03 |
| Firm Messenger Service | $151.82 |
| Meals | $3,105.38 |
| CourtCall | $197.50 |
| Transportation | $9,339.27 |
| Travel | $63,091.92 |
| **Total Expenses Requested:** | **$124,121.44** |