
**FILED**
OCT 16 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**CITIGROUP FINANCIAL PRODUCTS INC.**
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Kenneth Keeley
Citigroup Global Markets
388 Greenwich Street, Trading Tower 6th Floor
New York, NY 10013

-and-

Brian S. Broyles
Corporate Actions
1615 Brett Road OPS III
New Castle, DE 19720

Name of Transferor
**ARB, INC.**
Phone: (949) 598-9242
Last Four Digits of Acct #: N/A

Case: In re: PG&E Corporation and Pacific Gas & Electric Company

Case No.: 19-30089 (DM) (Jointly Administered)

Claim No: **17455**

Date Claim Filed: October 8, 2019

Total Amount of Claim: $23,194,577.91

Transferred Amount of Claim: $23,194,577.91

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian S. Broyles — Authorized Signatory
Transferee/Transferee's Agent                                             Date: October 15, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:    PG&E Corporation and Pacific Gas & Electric Company ("Debtors")
Case No. 19-30088 (DM) (Jointly Administered) ("Bankruptcy Case")

ARB, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred, and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title, and interest in and to the claims of Seller against the Debtors, docketed as Claim No. 17455 (collectively the "Claims") in the Debtors' Bankruptcy Case pending in the United States Bankruptcy Court, for the Northern District of California ("Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable Local Bankruptcy Rules, or other applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of October 15, 2019.

| ARB, INC. | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: *(signature)* | By: *(DocuSigned by: BSBL / 4D05618B5CD9437...)* |
| Name: JOHN PERISCH | Name: |
| Title: EVP/CLO | Title: Brian S. Broyles - Authorized Signatory |

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065942 -- MT

October 16, 2019
10:47:13

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $25.00 CH
Check#.: 25943569953

Total-> $25.00

FROM: DAMIEN MORRIS