# UNITED STATES BANKRUPTCY COURT
Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **VonWin Capital Management, L.P.** | **Luis Santa Clara Marriott - Ramos** |
| Name of Transferee | **Santa Clara Marriott (Marriott Hotel Services, Inc.)** |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:

Scheduled Claim #: **1034739, 937947, 952508**
Scheduled Amount: **$9,782.00**
Proof of Claim #: **1889**
POC Amount: **$12,724.00**
Proof of Claim #: **927**
POC Amount: **$9,782.00**

**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**

Debtor: **Pacific Gas and Electric Company**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: **N/A**

Phone: **(408) 988-1500**
Last Four Digits of Acct #: **N/A**

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: **10/16/19**
Transferee/Transferee's Agent