**VORYS, SATER, SEYMOUR AND PEASE LLP**
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8322
Facsimile: (614) 719-4663
E-mail: tscobb@vorys.com

*Attorney for Vertiv Corporation, also formerly known as Liebert Corporation, and as successor by merger to Vertiv Services, Inc.; and Vertiv North America, Inc., successor by merger to Alber*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　　- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>**Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE INCLUDED ON THE NEF ELECTRONIC MAILING LIST** |

The undersigned, as counsel for Vertiv Corporation, also formerly known as Liebert Corporation, and as successor by merger to Vertiv Services, Inc.; and Vertiv North America, Inc., successor by merger to Alber (individually and collectively, "Vertiv"), respectfully requests pursuant to Bankruptcy Rules 2002 and 9010(b) that all notices given or required to be given and all papers served or required to be served in this case also be given and served, whether electronically or otherwise, on:

　　　　　　　　　Tiffany Strelow Cobb, Esq.
　　　　　　　　　Vorys, Sater, Seymour and Pease LLP
　　　　　　　　　52 East Gay Street
　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　Telephone: (614) 464-8322
　　　　　　　　　Facsimile: (614) 719-4663
　　　　　　　　　E-mail: tscobb@vorys.com

PLEASE TAKE FURTHER NOTICE that neither this Request for Notice nor any later appearance, pleading, claim, or suit shall constitute a consent to the jurisdiction of this Court, waive the above-named person's right to have final orders in non-core matters entered only after *de novo* review by a district judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which the above named individual or entity is or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: October 16, 2019    VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH # 0067516)
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8322
Facsimile: (614) 719-4663
E-mail: tscobb@vorys.com

*Attorney for Vertiv Corporation, also formerly known as Liebert Corporation, and as successor by merger to Vertiv Services, Inc.; and Vertiv North America, Inc., successor by merger to Alber*

# CERTIFICATE OF SERVICE

I, Tiffany Strelow Cobb declare as follows: I am employed in the County of Franklin, state of Ohio; I am over the age of eighteen years and am not a party to this action; my business address is 52 East Gay Street, Columbus, OH 43125, in said county and state.

I certify that on October 10, 2019, I served **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE INCLUDED ON THE NEF ELECTRONIC MAILING LIST** on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 16, 2019

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH # 0067516)