# EXHIBIT C

```
 1           UNITED STATES BANKRUPTCY COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5    In re:                        )
                                    )
 6                                  )
                                    )
      PG&E CORPORATION,             )
 7                                  )  Bankruptcy Case
                                    )
 8        -and-                     )  No. 19-30088(DM)
                                    )
 9                                  )
                                    )
      PACIFIC GAS and ELECTRIC      )
10    COMPANY,                      )
                                    )
11         Debtors.                 )
                                    )
12
13


14
15
16     RULE 30(b)(6) VIDEOTAPED DEPOSITION of BAUPOST
17              BY:  JOSHUA GREENHILL
18      _____
19                    TAKEN ON
20
                TUESDAY, OCTOBER 15, 2019
21
22
23

      REPORTED BY:
24    JESSIE WAACK, RDR, CRR, CCRR, CCR, NYACR, NYRCR
      JOB NO.:  170325
25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14          Q.    My only question about the

15    document, sir, is if you look at the

16    page numbers on the bottom of the page,

17    page 4, you will see Baupost identified

18    on that page as well as a statement of

19    Baupost's holdings of both subrogation

20    claims and common stock.

21              Do you see that?

22          A.    I do.

23          Q.    My only question to you, sir,

24    is if, to your knowledge, this statement

25    which was filed with the Court

Case: 19-30088    Doc# 4235-3    Filed: 10/16/19    Entered: 10/16/19 15:39:12    Page 3
of 6

1 accurately represents Baupost's

2 holdings?

3          MR. SEILER:  At the time it

4     was filed?

5          MR. QURESHI:  At the time it

6     was filed.

7          MR. SEILER:  You can answer.

8          THE WITNESS:  At the time it

9     was filed, yes.

10 BY MR. QURESHI:

11     Q.    Have those holdings changed

12 since the time it was filed?

13          MR. SEILER:  You can answer.

14          THE WITNESS:  Our shares of

15     PG&E Corporation common stock have

16     not changed.  $850,000 in other

17     unsecured wildfire related claims

18     have not changed.  Our wildfire

19     relates subrogation claims have

20     changed.

21 BY MR. QURESHI:

22     Q.    How has that changed?

23     A.    It's increased.

24     Q.    To what amount?

25     A.    Approximately --

1    MR. SEILER:  Do you know what

2    amount would be for this purpose

3    or --

4         THE WITNESS:  Yeah.

5    MR. SEILER:  How would -- how

6    would you --

7         THE WITNESS:  Yeah.

8    MR. SEILER:  Because this --

9    if you look at Footnote 1, it

10   defines what that includes.

11   MR. QURESHI:  Apples to

12   apples with what's in the 2019.

13   MR. SEILER:  Okay.

14        THE WITNESS:  Let me read

15   Footnote 9, please.

16  BY MR. QURESHI:

17   Q.    Sure.

18        MR. SEILER:  You also need to

19   read -- I think --

20        THE WITNESS:  I see it.

21        MR. SEILER:  Of the -- the

22   little Footnote 1.

23        THE WITNESS:  Yeah, my

24   best -- this is my best guess that

25   number again would be

Case: 19-30088   Doc# 4235-3   Filed: 10/16/19   Entered: 10/16/19 15:39:12   Page 5 of 6

1       approximately 6 billion.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25