# EXHIBIT D

```
 1              UNITED STATES BANKRUPTCY COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    _____
 6    In re:                            )
                                        )
 7    PG&E CORPORATION,                 )
 8        and                           ) No. 19-30088 (DM)
 9    PACIFIC GAS AND ELECTRIC COMPANY,) Chapter 11
10            Debtors.                  )
11    _____)
12
13
14      VIDEOTAPED 30(b)(6) DEPOSITION OF JASON WELLS
15                San Francisco, California
16               Friday, October 11, 2019
17                       Volume I
18
19
20    Reported by:
21    CATHERINE A. RYAN, RMR, CRR
22    CSR No. 8239
23    Job No. 3565644
24
25    PAGES 1 - 212

                                                  Page 1
```

Veritext Legal Solutions
866 299-5127

```
 1              UNITED STATES BANKRUPTCY COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   _____
 6   In re:                            )
 7                                     )
 8   PG&E CORPORATION,                 )
 9        and                          )  No. 19-30088 (DM)
10   PACIFIC GAS AND ELECTRIC COMPANY,)  Chapter 11
11            Debtors.                 )
12   _____)
13
14
15         Videotaped 30(b)(6) deposition of
16   JASON WELLS, Volume I, taken on behalf of the
17   Official Committee of Tort Claimants, at Walkup,
18   Melodia, Kelly & Schoenberger, 650 California
19   Street, 26th Floor, San Francisco California,
20   beginning at 10:31 a.m. and ending at 4:49 p.m., on
21   Friday, October 11, 2019, before CATHERINE A. RYAN,
22   Certified Shorthand Reporter No. 8239.
23
24
25
                                                   Page 2
```

```
 1    conclusion.  Also, I'm not sure this is in the          10:47:31
 2    scope, but he can answer.
 3              THE WITNESS:  May I -- may I have a minute
 4    to read it?
 5              MR. RICHARDSON:  Sure.                         10:47:39
 6              (Pause.)
 7              THE WITNESS:  I don't recall the purpose
 8    of this provision.
 9    BY MR. RICHARDSON:
10         Q    Are you familiar at all with California       10:48:06
11    insurance regulations?
12         A    Vaguely, as it's come up in the -- the --
13    in and around these topics.
14         Q    At any point in the negotiations, did the
15    subrogation claim holders demand that a settlement      10:48:22
16    with the debtors include payment of fire victims'
17    deductibles?
18         A    I don't recall that demand, but I,
19    personally, wasn't part of the settlement
20    negotiations directly as part of the process to         10:48:38
21    assess the -- what the company was willing to offer
22    and ultimately settle for.
23         Q    At any time during the negotiations, did
24    you hear any discussion suggesting that the
25    subrogation claim holders intended to allocate part     10:48:52
```

```
 1    of their settlement to fire victims' deductibles?           10:48:55

 2         A    I had not heard that, no.

 3              MR. ORSINI:  Are we done with this one?

 4              MR. RICHARDSON:  Yes.

 5              Exhibit 4.                                        10:49:20

 6              (Exhibit 002-BK-004 was marked for

 7              identification.)

 8              THE WITNESS:  Thank you.

 9    BY MR. RICHARDSON:

10         Q    Now, I realize your name is not on this           10:49:51

11    email chain, so I won't ask you if you've seen the

12    email, but do you see in the first line where

13    there's a reference a draft of the side letter

14    agreement between the Baupost Creditors and PG&E?

15         A    I see that reference in the attachments,          10:50:05

16    yes.

17         Q    Are you familiar with a side letter

18    agreement between the Baupost Creditors and PG&E?

19              MR. ORSINI:  Objection.  Scope.

20              But you can answer.                               10:50:16

21              THE WITNESS:  I'm not aware of any side

22    letter agreement.  I do see reference in the body of

23    the email to a Nondisclosure Agreement, and I am

24    aware of that.

25    //
```