REBECCA J. WINTHROP (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19 - 30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, the undersigned, declare that I am employed in New York, New York. I am over the age of 18 years and not a party to the within entitled action. My business address is Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019.

I certify that on October 16, 2019, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all "Standard Parties" listed in **Exhibit A**:

- The Adventist Claimants' Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter Into Restructuring Support Agreement With the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement With Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [DE # 3992].

I certify that on October 16, 2019, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on October 17, 2019 at New York, NY.

*/s/ James A. Copeland*
James A. Copeland

DOCUMENT PREPARED ON RECYCLED PAPER

**Exhibit A**

**Weil, Gotshal & Manges LLP**
stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov

**Milbank LLP**
ddunne@milbank.com
skhalil@milbank.com
paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com
astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

DOCUMENT PREPARED ON RECYCLED PAPER

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
danielle.pham@usdoj.gov

**Akin Gump Strauss Hauer & Feld LLP**
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
avcrawford@akingump.com

**Diemer & Wei, LLP**
kdiemer@diemerwei.com

**Willkie Farr & Gallagher LLP**
mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com

**Exhibit B**

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001

DOCUMENT PREPARED ON RECYCLED PAPER