Form 210A (10/06)

# United States Bankruptcy Court
# Northern District of California

In re:      Pacific Gas and Electric Company,
Case No.      19-30088, ET AL. Jointly administered under Case No. 19-30088

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:      Name of Transferor:
**Fair Harbor Capital, LLC**      **Tito Balling Inc. DBA CALIFORNIA WATER SERVICES**
As assignee of Tito Balling Inc. DBA CALIFORNIA WATER SERVICES

Name and Address where notices to transferee should be sent:

     **Fair Harbor Capital, LLC**
     **Ansonia Finance Station**
     **PO Box 237037**
     **New York, NY 10023**

Court Claim # (if known): 1430
Amount of Claim: $13,471.20
Date Claim Filed:

Name and Address of Transferor:

     Tito Balling Inc. DBA
     CALIFORNIA WATER
     SERVICES
     PO Box 343
     Coalinga, CA 93210

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      /s/*Fredric Glass*      Date:    October 17, 2019
     Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Northern District of California

In re:       Pacific Gas and Electric Company,
Case No.   19-30088, ET AL. Jointly administered under Case No. 19-30088

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. 1430(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 17, 2019.

Name of Transferee:                           Name of Alleged Transferor:
**Fair Harbor Capital, LLC**         Tito Balling Inc. DBA CALIFORNIA WATER SERVICES
As assignee of Tito Balling Inc. DBA CALIFORNIA WATER SERVICES

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

Tito Balling Inc. DBA
CALIFORNIA WATER
SERVICES
PO Box 343
Coalinga, CA 93210

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                                                       Clerk of the Court

Agreement. Failure or delay on the part of Purchaser to exercise any right, power or privilege hereunder shall not operate as a waiver thereof.

## Notice of Transfer and Waiver of Notice

**TITO BALLING INC ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **PG&E Corporation, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$14,166.00**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Northern District of California, Case No 19-30088, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** TITO BALLING INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

| | |
|---|---|
| **TITO BALLING INC ("Seller")** <br> 700 W ELM <br> COALINGA, CA 93210 <br><br> Print Name: ERIC BALLING Title: PRESIDENT <br><br> Signature: _Erk Ball, R_ Date: _10/3/19_ <br><br> Phone: <br><br> Email <br><br> Updated Address (If Changed): _____ | **Fair Harbor Capital, LLC ("Purchaser")** <br> PO Box 237037 <br> New York, NY 10023 <br><br> Signature: <br><br> Fred Glass Jr for [illegible] <br> Member Fair Harbor Capital, LLC |