WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION AMONG PARTIES EXTENDING TIME TO FILE SUBMISSIONS WITH RESPECT TO FEE EXAMINER PROTOCOL**<br><br>Re: Dkt. No. 3950<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by and among Bruce Markell, as Court-appointed Fee Examiner (the "**Fee Examiner**") in the above-captioned cases, the Office of the United States Trustee (the "**U.S. Trustee**"), and the undersigned professionals (collectively, the "**Parties**," and each, a "**Party**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On September 19, 2019, the Fee Examiner filed the *Motion to Approve Fee Procedures* [Dkt. No. 3950] (the "**Fee Examiner Protocol Motion**"), which the Court heard on October 7, 2019 (the "**Hearing**").

B. At the conclusion of the Hearing, the Court directed that the Parties meet and confer with respect to the protocol proposed by the Fee Examiner (the "**Fee Examiner Protocol**"), and that the following be filed by October 17, 2019 (collectively, the "**Further Submissions**"):

    a. A revised Fee Examiner Protocol based upon the Parties' meet-and-confer;

    b. A response by the Fee Examiner to the oppositions filed to the Fee Examiner Protocol; and

    c. A statement from a senior officer of PG&E Corporation regarding his or her position on the matters.

C. Based upon productive discussions held pursuant to the Court's meet and confer suggestion, the Parties are working towards amending the existing protocol to address all objections made to date and have mutually agreed to extend the deadline for the filing of the Further Submissions.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Parties to file the Further Submissions is extended through October 24, 2019.

*[Signatures on Next Page]*

Dated: October 17, 2019

| KELLER & BENVENUTTI LLP | OFFICE OF THE UNITED STATES TRUSTEE |
|---|---|
| /s/ *Jane Kim* | /s/ *Jason Blumberg* |
| Jane Kim | Jason Blumberg<br>Trial Attorney |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorney for Andrew R. Vara,*<br>*Acting United States Trustee for Region 3*[1] |
| BRUCE MARKELL | MILBANK LLP |
| /s/ *Bruce Markell* | /s/ *Thomas Kreller* |
| Bruce Markell | Thomas Kreller |
| *Court-Appointed Fee Examiner* | *Attorneys for the Official Committee of*<br>*Unsecured Creditors* |
| CRAVATH, SWAINE & MOORE LLP | BAKER & HOSTETLER LLP |
| /s/ *Paul H. Zumbro* | /s/ *Elizabeth A. Green* |
| Paul H. Zumbro | Elizabeth A. Green |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for the Official Committee of*<br>*Tort Claimants* |

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.