JEFFREY C. KRAUSE, SBN 94053
   jkrause@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
   mrosenthal@gibsondunn.com
ALAN MOSKOWITZ, NY SBN 4760476
   amoskowitz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorney for Topaz Solar Farms LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the appearance of Genevieve G. Weiner, Esq. on behalf of Topaz Solar Farms LLC in the above-entitled action is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, upon her in these cases should be discontinued.

Dated: October 17, 2019

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey C. Krause*
Jeffrey C. Krause
Michael A. Rosenthal
Alan Moskowitz

Attorneys for Topaz Solar Farms LLC