**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363 AND 105(a) FOR AN ORDER APPROVING TERMS OF EMPLOYMENT FOR NEW CHIEF EXECUTIVE OFFICER AND PRESIDENT OF PACIFIC GAS AND ELECTRIC COMPANY**<br><br>[Relates to Dkt. No. 4060]<br><br>Date:  October 22, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br><br>**Objection Deadline:**<br>        **October 15, 2019 at 4:00 p.m. (PT)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of Pacific Gas and Electric Company* [Dkt. No. 4060] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an order approving the terms of employment for Andrew M. Vesey as Chief Executive Officer ("**CEO**") and President of the Utility. A proposed order (the "**Original Proposed Order**") was attached as an exhibit to the Motion.

## NOTICE AND SERVICE

A *Notice of Hearing on Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of Pacific Gas and Electric Company* was filed concurrently with the Motion on October 1, 2019 [Dkt. No. 4063] (the "**Notice of Hearing**"). The Motion, its supporting declarations of Dinyar Mistry and Lane T. Ringlee, and the Notice of Hearing were served as described in the Certificate of Service of Alain B. Francoeur filed on October 4, 2019 [Dkt. No. 4120].

The deadline to file responses or oppositions to the Motion has passed, and no oppositions have been filed with the Court or received by counsel for the Debtors. The Debtors have received informal comments on the Motion from the Official Committee of Unsecured Creditors (the "**UCC**"), the Official Committee of Tort Claimants (the "**TCC**"), and the United States Trustee (the "**UST**"). The Debtors have agreed to certain changes to the Original Proposed Order to address the comments of the UCC, TCC, and UST regarding (i) the requirements of AB 1054, (ii) the reporting of the calculations for the CEO's performance-based compensation to the UCC (with a copy provided to the TCC), and (iii) a

clarification that any severance due and payable during the Chapter 11 Cases will be made pursuant to section 503(c)(2) of the Bankruptcy Code. A revised form of proposed order (the "**Revised Proposed Order**") reflecting these agreed upon changes is attached hereto as **Exhibit A**. A redline comparison of the Original Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit B**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney of the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the Revised Proposed Order substantially in the form attached hereto as **Exhibit A**, granting the Motion as set forth therein.

Dated: October 17, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/    *Thomas B. Rupp*
                 Thomas B. Rupp

        *Attorneys for Debtors and Debtors in Possession*