**EXHIBIT A**

# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---:|
| Adam Goldberg | Partner | 14.00 |
| Eleanor McManus | Partner | 30.50 |
| Lanny Davis | Partner | 30.00 |
| Alexander Lange | Senior Director | 82.50 |
| Emily Seeley | Account Manager | 66.50 |
| **Total:** | | **223.50** |