**EXHIBIT B**

**EXHIBIT B**

**HOURS BY TASK FOR**
**FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Meetings and Telephone Calls with Client and/or Client Attorney | 30.00 |
| Internal Client Meetings | 19.50 |
| Research and Writing | 18.50 |
| Working with the Media | 31.50 |
| Listening to, or Attending, Court Hearings | 14.00 |
| Communications with External Stakeholders | .50 |
| TOTAL | **223.50** |