**EXHIBIT C**

# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Conference Calls (incurred on 8/12/2019) | $508.56 |
| Court Costs | $85.00 |
| Airfare/ Train Fare | $7,478.08 |
| Lodging | $1,716.00 |
| Ground Transportation | $1,703.75 |
| Business Meals | $308.12 |
| **Total Expenses Requested:** | **$11,799.51** |