**EXHIBIT E**

**EXHIBIT E**

**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019**

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|------|--------------|----------------|--------|
| 8/12/2019* | | Conference Calls | $508.56 |
| 8/27/2019 | | Court Costs | $42.50 |
| 8/28/2019-8/29/2019 | Lanny Davis | Airfare/ Train Fare | $1,975.59 |
| 8/28/2019-8/29/2019 | Lanny Davis | Lodging | $429.00 |
| 8/28/2019-8/29/2019 | Lanny Davis | Ground Transportation | $1,000.93 |
| 8/28/2019-8/29/2019 | Lanny Davis | Business Meals | $23.57 |
| 8/28/2019-8/29/2019 | Lanny Davis | Ground Transportation | $280.00 |
| 8/28/2019-8/29/2019 | Alex Lange | Airfare/ Train Fare | $2,119.59 |
| 8/28/2019-8/29/2019 | Alex Lange | Lodging | $429.00 |
| 8/28/2019-8/29/2019 | Alex Lange | Ground Transportation | $74.21 |
| 8/28/2019-8/29/2019 | Alex Lange | Business Meals | $169.14 |
| 8/28/2019-8/29/2019 | Alex Lange | Court Costs | $42.50 |
| 8/28/2019-8/29/2019 | Alex Lange | Ground Transportation | $103.37 |
| 8/28/2019-8/29/2019 | Emily Seeley | Airfare/ Train Fare | $2,205.60 |
| 8/28/2019-8/29/2019 | Emily Seeley | Lodging | $429.00 |
| 8/28/2019-8/29/2019 | Emily Seeley | Business Meals | $20.72 |
| 8/28/2019-8/29/2019 | Emily Seeley | Ground Transportation | $69.36 |
| 8/28/2019-8/29/2019 | Emily Seeley | Ground Transportation | $52.06 |
| 8/28/2019-8/29/2019 | Eleanor McManus | Airfare/ Train Fare | $1,177.30 |
| 8/28/2019-8/29/2019 | Eleanor McManus | Lodging | $429.00 |
| 8/28/2019-8/29/2019 | Eleanor McManus | Business Meals | $3.80 |

---
*Omitted from First Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 18, 2019 through August 17, 2019.

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 8/28/2019-8/29/2019 | Eleanor McManus | Business Meals | $90.89 |
| 8/28/2019-8/29/2019 | Eleanor McManus | Ground Transportation | $77.45 |
| 8/28/2019-8/29/2019 | Eleanor McManus | Ground Transportation | $46.37 |
| **TOTAL** | | | $11,799.51 |