# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

North American Fence & Railing, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

North American Fence & Railing, Inc.
c/o Rogers Joseph O'Donnell
Attn: Aaron P. Silberman, Lauren B. Kramer
311 California Street
San Francisco, CA 94104

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)_____

Filed on _____ / _____ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 4258    Filed: 10/17/19    Entered: 10/17/19 16:04:16    Page 1 of 34

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 54,916.00 _____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Contract for labor, services, equipment, and/or materials for construction and improvement of projects on real property; mechanic's lien

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe: Real property

Basis for perfection: Mechanics lien; Notice of Continued Perfection of Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ Unknown

Amount of the claim that is secured: $ 54,916.00

Amount of the claim that is unsecured: $ 0 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 4258    Filed: 10/17/19    Entered: 10/17/19 16:04:16    Page 2 of 34

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/17/19   (mm/dd/yyyy)

*Signature*

Print the name of the person who is completing and signing this claim:

| Name | Aaron P. Silberman | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Rogers Joseph O'Donnell | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 311 California Street, 10th Floor | | |
| | Number       Street | | |
| | San Francisco | CA | 94104 |
| | City | State | ZIP Code |
| Contact phone | (415) 956-2828 | Email | asilberman@rjo.com |

Case: 19-30088    Doc# 4258    Filed: 10/17/19    Entered: 10/17/19 16:04:16    Page 3 of 34

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of **January 29, 2019.**

- Fill in the caption at the top of the form.

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

## Do not file these instructions with your form

1     ROGERS JOSEPH O'DONNELL
     Aaron P. Silberman (State Bar No. 161021)
2     asilberman@rjo.com
     Lauren B. Kramer (State Bar No. 259821)
3     lkramer@rjo.com
     Emily A. Wieser (State Bar No. 311315)
4     ewieser@rjo.com
     311 California Street
5     San Francisco, California 94104
     Telephone:  415.956.2828
6     Facsimile:  415.956.6457

7     Attorneys for
     NORTH AMERICAN
8     FENCE & RAILING, INC.

9

10                UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14     In re                     Case No. 19-30088 DM (Lead Case)

15     PG&E CORPORATION,        (Jointly Administered with Case No. 19-
                                      30089 DM)
16          and

17     PACIFIC GAS AND ELECTRIC        Chapter 11
     COMPANY
18                         **NOTICE OF CONTINUED**
             Debtors.         **PERFECTION OF MECHANICS LIEN**
19                         **PURSUANT TO 11 U.S.C. § 546(b)(2)**

20     ☐  Affects PG&E Corporation

21     ☒  Affects Pacific Gas and Electric
         Company
22

23     ☐  Affects both Debtors.

24     *  All papers shall be filed in the
         Lead Case No. 19-30088 DM.
25

26

27            North American Fence & Railing, Inc. ("NAFR"), by and through its

28 undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under

Notice of Continued Perfection of Mechanic Lien Pursuant to 11 U.S.C. § 546(b)(2) - Case No. 19-30088 DM
Case: 19-30088    Doc# 3459    Filed: 08/08/19    Entered: 08/08/19 10:57:02    Page 1 of   497761.1
Case: 19-30088    Doc# 4258    Filed: 10/17/19    Entered: 10/17/19 16:04:16    Page 6 of
34

11 U.S.C. § 546(b)(2), as follows:

     1.     NAFR is a corporation that has provided and delivered labor, services, equipment, and/or materials for the construction and improvement of projects on real property located in the County of San Mateo, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors").

     2.     Through May 13, 2019, the amount owing to NAFR is at least $54,916.00.

     3.     NAFR properly perfected its mechanics lien under California Civil Code §§ 8400, et seq., by timely recording its mechanics lien ("Claim of Lien") in the Official Records of San Mateo County, State of California, as more fully described in its Claim of Lien, a true and correct copy of which is attached hereto as Exhibit A.

     4.     Pursuant to California Civil Code § 8400, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, NAFR is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that, when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing property or commencing an action. See 11 U.S.C. § 546(b)(2); *In re Baldwin Builders*, 232 B.R. 406 (9th Cir. 1999).

     5.     Accordingly, NAFR hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. NAFR is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the

lawsuit to enforce NAFR's mechanics lien was not timely commenced pursuant to applicable state law. NAFR intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, NAFR does not make any admission of fact or law, and NAFR asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed a waiver of NAFR's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. NAFR reserves all rights, including the right to amend or supplement this notice.

Dated: August 8, 2019                    ROGERS JOSEPH O'DONNELL


By:  /s Aaron P. Silberman
     AARON P. SILBERMAN

     Attorney for
     NORTH AMERICAN FENCE &
     RAILING, INC.

# EXHIBIT A

2019-037568

**2019-037568**

12:38 pm 05/20/19 MLL Fee: 102.00
Count of Pages 2
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

RECORDING REQUESTED BY:

North American Fence & Railing, Inc.

AND WHEN RECORDED MAIL TO:

North American Fence & Railing, Inc.

515 23rd Avenue
Oakland, CA 94606

*SR0002701888$*

SPACE ABOVE THIS LINE FOR RECORDER'S USE –

# MECHANICS LIEN

The undersigned claimant, North American Fence & Railing, Inc., 515 23rd Avenue, Oakland, CA 94606, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

The labor, services, equipment, and/or materials, were furnished for the construction of those buildings, improvements, or structures, now upon that certain parcel of land situated in the County of San Mateo, State of California, said land described as follows: 3150 Geneva Avenue, (Daly City), Brisbane, CA.

The sum of $54,916.00 together with interest thereon at the rate of 0.00 percent per annum from May 13, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Chain link fences.

Claimant furnished the work and/or materials at the request of, or under contract with: Turner Construction Company, 300 Frank H. Ogawa Plaza, #150, Oakland, CA 94612.

The owner(s) or reputed owner(s) of the property are: Pacific Gas and Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: North American Fence & Railing, Inc.

By: _____

Naomi Samuela / Authorized Agent

## VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien. I have read said claim of mechanics lien and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2019, at San Diego, California.

Firm Name: North American Fence & Railing, Inc.

_____

Naomi Samuela / Authorized Agent

## PROOF OF SERVICE AFFIDAVIT
## DECLARATION OF SERVICE BY MAIL
### California Civil Code Section 8416 (a)(7) & (c)(1)

I, Naomi Samuela, as Lien Preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 3150 Geneva Avenue, (Daly City), Brisbane, CA by first class certified mail, postage prepaid, on May 13, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas and Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on May 13, 2019, at San Diego, California.

Firm Name: North American Fence & Railing, Inc.

Naomi Samuela / Authorized Agent
(69593)

## NOTICE OF MECHANICS LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

**North American Fence & Railing**
515 23rd. Avenue
Oakland, CA  94606-0000
(510) 436-0755   Fax (510) 534-5405

CUSTOMER #: 00043
INVOICE #: 4974
INVOICE DATE: 01/24/19
DUE DATE: 02/23/19

BILL TO:
TURNER CONSTRUCTION COMPANY
300 FRANK H. OGAWA PLAZA
SUITE 510
OAKLAND, CA  94612
P.O./Project # 4700109422

JOB:  188046
TURNER CONSTRUCTION
PG&E WAREHOUSES
BRISBANE, CA

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| | | | 54,916.00 |
| | | SUBTOTAL: | 54,916.00 |
| | | LESS RETENTION: | -5,491.60 |
| | | NET DUE: | 49,424.40 |

## Thank you for your business!

INDEX PO INVOICES - 10.0 % RET

PO Number: 4700109422
Reference Number: SP-11302018
Document Date: 12/04/18
Amount: $54,916.00
Header Text: 11/2018

# AIA Document G702™ — 1992

## Application and Certificate for Payment

**TO OWNER:**
Turner Construction (SFO)
311 California Street, Suite 450
San Francisco California 94104
**FROM CONTRACTOR:**
North American Fence & Railing Inc.
515 - 23rd Ave
Oakland, California 94606

**PROJECT:**
PG&E Warehouses Brisbane
3150 Geneva Avenue
Brisbane California 94005
**VIA ARCHITECT:**

**APPLICATION NO:** 2
**PERIOD TO:** 11/30/18
**CONTRACT FOR:**4700109422 - Fencing & Gates
**CONTRACT DATE:** 08/30/18
**PROJECT NOS:** 300451-180027

**Distribution to:**
OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 124,488.00 |
| 2. Net change by Change Orders | | 29,107.00 |
| 3. CONTRACT SUM TO DATE (Line 1+2) | $ | 153,595.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE (Column G on G703) | $ | 112,001.00 |
| 5. RETAINAGE: | | |
| a. 10.0% of Completed Work<br>(Column D + E on G703) | $ 11,200.10 | |
| b. 0.0% of Stored Material<br>(Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 11,200.10 |
| 6. TOTAL EARNED LESS RETAINAGE<br>(Line 4 Less Line 5 Total) | $ | 100,800.90 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT<br>(Line 6 from prior Certificate) | $ | 51,376.50 |
| 8. CURRENT PAYMENT DUE | $ | 49,424.40 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE<br>(Line 3 less Line 6) | $ | 52,794.10 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0.00 | $0.00 |
| Total approved this Month | $29,107.00 | $0.00 |
| TOTALS | $29,107.00 | $0.00 |
| NET CHANGES by Change Order | $ 29,107.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** North American Fence & Railing Inc.

By: *Kira Comini*     Date: December 04, 2018

State of:     County of:
Subscribed and sworn to before me this
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ................................................ $ 49,424.40
*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
**ARCHITECT:**

By:     Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ — 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org

*Continuation Sheet (page 2)*

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 000.00 | SCTOH.HD323100/2 X 1 50" Gate and Added Fence Material Cost | 29,102.00 | 0.00 | 26,102.00 | 0.00 | 26,102.00 | 100% | 0.00 | 2,910.10 |
| 100 | Project Safety Submittals/X Network Certification | 21,000.00 | 21,000.00 | 0.00 | 0.00 | 21,000.00 | 100% | 0.00 | 2,100.00 |
| 101 | Mobilization | 12,458.00 | 12,458.00 | 0.00 | 0.00 | 12,458.00 | 100% | 0.00 | 1,245.80 |
| 102 | Submittals | 6,225.00 | 6,225.00 | 0.00 | 0.00 | 6,225.00 | 100% | 0.00 | 622.50 |
| 103 | Material | 57,354.00 | 26,677.00 | 5,999.00 | 0.00 | 54,656.00 | 95.0% | 2,865.00 | 5,465.60 |
| 104 | Labor | 38,226.00 | 0.00 | 0.00 | 0.00 | 4,735.00 | 15.0% | 32,501.00 | 473.50 |
| 105 | Closeout | 6,225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 6,225.00 | 0.00 |
| | GRAND TOTAL | $151,595.00 | $57,005.00 | $54,996.00 | $0.00 | $112,001.00 | 73.9% | $41,594.00 | $11,200.10 |

# SUBCONTRACT WORK ORDER

**Turner Construction Company**

| Subcontractor:<br>**North American Fence & Railing, Inc**<br>**515 23rd Avenue**<br>**Oakland, CA, 94606-5306** | Office:<br>**Bay Area** | | Date:<br>**08/30/2018** |
|---|---|---|---|
| | Contract:<br>**PG&E Warehouses, Brisbane** | | Project Number:<br>**180027** |
| | Subcontract Work:<br>**Fencing & Gates** | Sub#<br>**10026080** | Work Order#<br>**4700109422** |

The terms and conditions of the Master Subcontract dated <u>**05/24/2016**</u> shall govern this Subcontract Work Order (SWO) with the exception of those modifications listed below:

1. Project:   **PG&E Warehouses, Brisbane**

2. Premises:   **3150 Geneva Avenue, Brisbane, CA, 94005**

3. Architect:

4. Owner:   **PG&E Corporation**

5. Date of General Contract:<u>**09/04/2017**</u>

6. Overhead Markup:  **See formula for Changes**

7. Profit Markup: **See formula for Changes**

8. Reserve applicable to this SWO is as follows:   **10.00%**

9. All invoices are to be identified to the above referenced SWO Number. Invoices are to be submitted to **Turner Construction Company,** located at **300 Frank H.Ogawa Plz, Ste 510, Oakland, CA, 94612** .

10. Insurance Requirements

    1.     Worker's Compensation in accordance with Laws of the State in which the Work is situated.

    2.     General Liability:   $ **2,000,000.00**   / combined single limit.<br>           General Aggregate: $ **2,000,000.00**

    __X__. Subcontractor Election A). The above insurance coverages shall be provided by insurance companies selected by the Subcontractor .

or

    ____. Subcontractor Election B). The above insurance coverages shall be provided through a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for Subcontractor and enrolled Lower Tiers.

        ____. Subcontractor Election B, Sub-Part B-1. Project utilizes a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** Subcontractor is an Excluded Prime Tier with Enrolled Lower Tier Subcontractors.         $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for enrolled Lower Tiers.

or

    ____. Subcontractor Election C). The above insurance coverages shall be provided through an Owner Controlled Insurance Program (OCIP.)

    3.     Automobile Liability : $ **1,000,000.00** / per accident

1

4.    Additional Insured: **TURNER CONSTRUCTION COMPANY, PACIFIC GAS AND ELECTRIC COMPANY (PG&E), ITS DIRECTORS, OFFICERS, AGENTS AND EMPLOYEES..**

11.  100% Payment & Performance Bonds (Y/N): **No**

A.    If a Payment and Performance Bond is required by this SWO, Subcontractor and its surety hereby agree to execute and deliver to Turner in connection with the issuance of Change Orders under this SWO, Rider "A" amendments increasing the amount (penal sum) of the performance and payment bonds when Subcontractor is requested by Turner to do so. The reasonable premiums or other charges paid by Subcontractor for the procurement of the Rider "A" amendment requested by Turner will be paid as a part of the Change Order.

12.  SWO Amount:  **$ 124,488.00**

13.  Additional Provisions:
      **See 2A and 16A**

**North American Fence & Railing, Inc**

BY: *Kira Comini*
— F8B24A60D7C540F...
President

9/25/2018

**Turner Construction Company**

BY: *Chris Parker*
— AB14F... **Chris Parker**
**Procurement Manager**

9/27/2018

JM     EH

2

**PG&E (EER) WAREHOUSES BRISBANE**                                    **DATE: 08/30/18**
**BRISBANE, CA**
**TURNER PROJECT # 180027**
**FENCING & GATES**

**ADDITIONAL PROVISIONS**

1. **The Subcontract Price is comprised of the following:**

    | | |
    |---|---|
    | Base Bid – Fencing & Gates | $ 124,488.00 |
    | **Total Subcontract Price** | **$ 124,488.00** |

2. **Payment and Performance Bonds** in accordance with Article XXIV and Attachment B of this Subcontract will NOT be required.

3. **Alternates:** The Subcontractor will provide the following Alternate Prices to be used for changes in the Work as directed by Turner. The alternate Prices listed below include all material, labor, fringes, taxes, overhead, profit and bond costs (if applicable). The inclusion of these Alternate Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Alternate Prices and Article IX of the Subcontract.

    | | | | | |
    |---|---|---|---|---|
    | AP1 | **N/A** | ADD/DEDUCT | $ | LS |
    | AP2 | **N/A** | | $ | |
    | AP3 | **N/A** | | $ | |
    | AP4 | **N/A** | | $ | |

4. **Unit Prices:** The Subcontractor will provide the following Unit Prices to be used for changes in the Work as directed by Turner. The unit prices listed below include all material, labor, fringes, taxes, insurance, overhead, and profit. The inclusion of these Unit Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Unit Prices, the "Formula for Changes" and Article IX of the Subcontract. **NOT USED AT THIS TIME**

5. **Labor Rates:** The Subcontractor will provide labor rates at an appropriate time to Turner Construction Company Labor rates shall be verified by project team as necessary for work performed in accordance with Article IX of the Subcontract. The rates shall include onsite workman's compensation, general liability and exclude overhead and profit: **NOT USED AT THIS TIME**

6. **Preliminary Schedule:** All work will be performed in accordance with Turner Construction Project Schedule.

7. Subcontractor is responsible for builders risk insurance deductibles if the cause of the deductible is their responsibility.

8. Unless otherwise directed or authorized, in writing, by Contractor, all Applications for Payment and all supporting documents for Subcontractor and its sub-subcontractors and suppliers, shall be in electronic format and shall be submitted to Contractor using the Textura payment management system proscribed by Contractor. Subcontractor shall be responsible for the fees and costs owed associated with Subcontractor's use of the Textura payment management system. Subcontractor shall include a similar provision in its sub-subcontracts and purchase orders.

2A

**PG&E (EER) WAREHOUSES BRISBANE**                          **DATE: 08/30/18**
**BRISBANE, CA**
**TURNER PROJECT # 180027**
**FENCING & GATES**

<b>ADDITIONAL PROVISIONS</b>

1.    The Work shall be performed in accordance with the following Drawings, Specifications and Correspondence:

DRAWINGS:  Item No. 03 Attachment A, Drawing List Dated 08/13/18

SPECIFICATIONS: The Subcontractor is responsible for the Work as referenced in the entire set of Specifications published for the Project, specifically including

        General Conditions
        Division 1 - General Requirements

CORRESPONDENCE ATTACHED TO CONTRACT:

        Item No. 11 - Turner's **Attachment D** - Insurance Requirements dated 6/19/2017
        Item No. 06 – PGE – Newark Warehouse Project Schedule dated 08/14/18 (Run Date)
        Item No. 04 - Turner's **Attachment B 5** - Scope of Work dated 08/29/18

CORRESPONDENCE FOUND ONLINE (LINK): https://www.dropbox.com/sh/rw2kfaq3qncp36y/AAD8cTx8WQmMMlyBCQis8Vf2a?dl=0

        Item No. 04 - Turner's **Attachment B 1-4** – General Scope of Work dated 6/14/2017
        ~~Item No. 05 – Bid Form~~
        ~~Item No. 05.1 – Non Collusion Affidavit (for Public Work Only)~~
        ~~Item No. 05.2 – Sub Listing Form – Public Work Only~~
        Item No. 07 – Turner Contract Form 36 CA
        ~~Item No. 10 - Turner's **Attachment C** – Additional Provisions for Design Build Subcontractors dated 6/19/2017~~
        Item No. 11 - Turner's **Attachment D** - Insurance Requirements dated 6/19/2017
        ~~Item No. 12 – Turner's Attachment F – Public Works Addendum~~
        Item No. 13 – Turner's **Formula for Changes** dated 6/19/2017
        ~~Item No. 14A – Payment Bond Form~~
        ~~Item No. 14B – Performance Bond Form~~
        Item No. 15 - Turner's **Subcontractor Procedures Manual** dated 6/19/2017
        Item No. 16A – Norcal Environmental Health and Safety Requirements dated 2017
        Item No. 17 - Turner's **Construction Waste Management Plan** dated 6/19/2017
        ~~Item No. 18 – SB854FactSheet_6.30.2014~~
        Item No. 19.1 – Turner Accelerated Payment Program Sub Communication
        Item No. 19.2 – Accelerated Payment Program Rider California Version
        Item No. 20 – EEO Policy
        Item No. 21 – Policy against Harassment
        PGE – ERTC Newark Greater Bay Area Earthquake Emergency Restoration
        PGE – Project Environment Review Newark
        PGE – Small Area Substation Construction A-ESCP ETIC Rev12.29.10
        PGE – Stockpile A-ESCP_2017_03
        PGE – Exhibit 1A Diversity Statement dated 8.14.11
        PGE – Exhibit 8 and 8A – NERC Requirements 4.2016
        PGE – Good Housekeeping A-ESCP-Feb 2013
        PGE – ISN FAQ's 07.11.2017
        PGE – Supplier Code of Conduct
        PGE – Contractor Safety Program Requirements
        PGE – Newark Warehouse Project 12.01.017
        Fremont – Waste Handling Plan

2.    The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with **the Carpenters 46 Northern California Counties Conference Board**. Subcontractor and all lower tier subcontractors performing work covered by Turner's Carpenter Agreement will do so under the terms of said agreement and, if performing such work with its own forces, shall become signatory to the applicable Carpenters Agreement as a condition for performing the work.

    The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with the **Northern California District Council of Laborers**. The Subcontractor shall perform all work covered by Turner's Laborers Agreement in accordance with all terms and conditions of said agreement, including the payment of wages and fringe benefits.

    Subcontractor acknowledges that terms and conditions of the labor agreements with the unions identified above, may require that Subcontractor comply with additional labor agreements with unions affiliated with the AFL-CIO but not listed herein. When the terms and conditions of the noted labor agreements so require, Subcontractor shall perform its jobsite work pursuant to all terms and conditions of an appropriate labor agreement with a union affiliated with the AFL-CIO.

16A

DocuSign Envelope ID: 833133F6-D459-41C8-A8AC-0BFA94F5AF32

**PG&E (EER) WAREHOUSES BRISBANE**                    DATE: 08/30/18
**BRISBANE, CA**
**TURNER PROJECT # 180027**
**FENCING & GATES**

### ADDITIONAL PROVISIONS

Should there be picketing on Turner's jobsite and Turner establishes a reserve gate for the Subcontractor's purpose, it shall be the obligation of Subcontractor to continue the proper performance of its work without interruption or delay. Should Turner, at its sole discretion, establish a reserve gate system on the project, the Subcontractor warrants that its employees and suppliers will use the reserved gate(s) designated for their use by Turner. Failure to perform in accordance with this provision shall constitute a material breach of the Subcontract.

Subcontractor further promises and agrees that it will bind and require all of its subcontractors and their subcontractors performing jobsite work of the type covered by any of the labor agreements referenced above to agree to all of the foregoing promises and undertakings, to the same effect as herein provided with respect to Subcontractor.

16B

DocuSign Envelope ID: 833133F6-D459-41C8-A8AC-0BFA94F5AF32

# Turner

---

## Attachment B – Scope of Work

**5.0**  **SCOPE OF WORK:**  **Fencing and Gates**

a.  **General Scope of Work:** The Work of this Agreement shall include but shall not be limited to the engineering, design, supervision, labor, equipment, tools, material, supplies, incidentals, scaffolding, cranes, operations and activities required by the Contract Documents or reasonably inferable by Subcontractor as necessary to produce the results intended by the Contract Documents. Work will be performed in a safe, expeditious, orderly, and workmanlike manner, in the best manner known to each respective trade, in compliance with all applicable codes and as permitted by all Authorities Having Jurisdiction (AHJ).

b.  **Specific Contract Documents:** This Scope of Work includes ALL work within the following Specification Sections.

| Spec Section | Description |
|---|---|
| Division 32 | Exterior Improvements |
| | |
| | |
| | |
| | |
| | |
| | |

c.  The Specification Sections listed below contain specific work that is included as related to the scope of Work in this bid package. Other Sections may apply and the Subcontractor shall review all Specification Sections accordingly for work required to provide a complete system, and for coordination with other work.

| Spec Section | Description |
|---|---|
| Division 3 | Concrete |
| | |
| | |
| | |
| | |
| | |
| | |

d.  The specific and standard inclusions listed below are intended to clarify and shall not limit in any way the responsibility for the Work included in the Specification Sections above.

e.  Certain aspects and/or components of Subcontractor's work may be performance-based (e.g. the work shall be engineered by Subcontractor or Subcontractor's engineer to perform in accordance with the Contract Documents – where indicated). If this is the case, Subcontractor shall engineer/design all components and connections as required to install the Work in accordance with manufacturer's warranty provisions. Components not shown on the Contract Documents, and required to effect completion of the Work, are included in

Case: 19-30088    Doc# 4258    Filed: 10/17/19    Entered: 10/17/19 16:04:16    Page 20 of 34

# Turner

**PG&E Brisbane Warehouses**
**Turner Project #180027**
**Fencing and Gates**

08/29/18
Item No. 04

---

**Attachment B – Scope of Work**

Subcontractor's scope. Subcontractor shall submit said components for Architect's review and coordination with contiguous work.

f.   CONTRACT TYPE: This bid package will be under the award of a **Plan and Specification** subcontract.  This is a **lump sum** contract.

## 5.1   SPECIFIC INCLUSIONS:

a.   Provide Fencing and Gates as noted in the Contract Documents, including items that are not necessarily shown on the contract drawings but are required for installation of a complete system.  If there are incomplete details for this scope of work, please bring to Turner's attention for clarification.  Scope of work includes fencing and gates and all accessories as per the contract drawings or (includes decorative fencing and gates, chain link fencing and gates, barbed wire, etc.)

b.   Provide for multiple deliveries to support just-in-time deliveries per the project schedule.

c.   Provide all fencing, gates and hardware indicated in the contract drawings and described within the specifications. This includes any incidental work not shown or specified to provide the complete system, including, but not limited to structural supports and guide rails.

d.   Provide excavation and concrete for all fence footings. Includes guide track concrete. Provide sleeves and posts as required. Off-haul all spoils.

e.   Any work involving removal or handling of hazardous or contaminated soil is excluded.

f.   Includes installation of knox boxes furnished by Turner.

g.   Protect adjacent work. All areas adjacent to work shall be left in same condition as received, +/- 0.10' to top of subgrade.

h.   Where fencing occurs at mow strip, asphalts or sidewalks, include cost to install post out of sequence from fencing. Include coordination cost with other trades.

i.   Provide sleeves and embeds for fencing and gates. Include layout and coordination with other trades.

j.   Provide any cutting, disposal and patch back of asphalt or concrete if required.

k.   Provide V-track for rolling gates embedded in concrete.

l.   Field measure prior to shop drawings or fabrication. Layout included for this scope of work.

m.   Include multiple move-ins as areas become ready.

## 5.2   STANDARD INCLUSIONS:

a.   As it relates to this scope of work, wherever the Contract Documents refer to CM, CM at Risk, Construction Manager at Risk, or Contractor, it is in reference to the Subcontractor performing this scope of work.

b.   The Subcontractor has thoroughly reviewed the construction documents and acknowledges that care and coordination will be required to coordinate the work with all other trades.  No additional cost shall be claimed by or paid to the Subcontractor for reasonable and normal adjustments resulting from the coordination of its work with that of other trades. Reasonable and normal shall be as determined by Turner Construction.

c.   No additional cost shall be claimed or paid for elements not sized on the drawings so long as the eventual sizing is reasonable for the design as intended.

# Turner

**PG&E Brisbane Warehouses**
**Turner Project #180027**
**Fencing and Gates**

08/29/18
Item No. 04

---

### Attachment B – Scope of Work

d. If there is an inconsistency in the work shown on the contract documents, i.e. civil/architectural vs. that shown on the details, assume the drawing showing the greater scope of work to be correct.

e. Provide work in full compliance with the requirements of this Subcontract, the Contract Documents, all applicable codes, and with any agency having jurisdiction over the work. In the event of a conflict, the more stringent requirement or higher level of quality shall be provided by Subcontractor at no additional cost.

f. It is the Subcontractor's responsibility to address any questions for items shown on the contract drawings, reports, and specifications prior to bid. Any questions regarding the designs as shown on the contract documents, asked after the awarding of a contract, will be the responsibility of the Subcontractor.

g. The subcontractor has visited the project site, is aware of the conditions at and adjacent to the site, and is fully familiar with all of the Contract Documents. Additionally the Subcontractor agrees that it has satisfied itself as to what the Subcontractor anticipates will be the character, quality, and quantity of surface and subsurface materials or obstacles that may be encountered during the performance of this Subcontract at the Project Site.

h. All pricing provided by this Subcontractor is valid for the duration of construction and is not subject to material or labor escalation.

i. All excavated slopes shall be maintained and protected in accordance with the Contract Documents, OSHA standards, and any other jurisdictional authority.

j. All equipment on site shall meet City, County and local air emission standards.

k. Subcontractor shall take necessary precautions during fueling, greasing, or minor repairs of on-site equipment to ensure no chemicals or materials contaminate soils.

l. This Subcontractor shall provide all layout, and field engineering required for the performance of this work, including protection of reference points and replacement of such points that are lost or damaged during the execution of this work.

m. Obtain approval by Structural Engineer of Record prior to making any penetrations or modifications of structural building components. All work to make penetrations required for this system is by this Subcontractor.

n. Subcontractor is responsible for repairing any damages caused by their crews and equipment. All requirements and services identified in the Subcontractor Procedures Manual are part of these documents (permits, labor, EEO, temporary power, temporary water, storage, line and grade, hoists, safety, etc.).

o. Shop drawings are to provide detailed information to the reviewer that materials and installation will conform to the project design. Shop drawings are to include adequate placing information including key plans, plan views, sections, elevations, dimensions, clearances, and other details as required for the proper installation of all materials. Coordinate shop drawings and details with Turner's project schedule & work sequencing.

p. Furnish any templates required for installation of work.

q. Coordinate with all other trades as required for special locations and point of connections for this scope of work.

r. Coordinate all deliveries with the Turner Superintendent and comply with local governing agencies regarding delivery times and routes.

s. Include off-hours stocking if required by Turner.

# Turner

---

### Attachment B – Scope of Work

t.　　　Provide (furnish and install, typical) all material deliveries bundled, tagged, and sequenced for off-loading to match project schedule and sequencing as provided by Turner.

u.　　　All material tags are to be of a permanent nature that will weather job site conditions.

v.　　　Provide unloading and hoisting of own materials as required.

w.　　　Required to maintain a 'B' rating or better in ISNetworld throughout the duration of the project. Should contractor score drop below 'B' rating, subcontractor is responsible for any impacts to schedule or work.

x.　　　Adhere to the project's Stormwater Pollution Prevention Plan (SWPPP).

y.　　　Adhere to Turner Environmental Health and Safety Plan (EHASP).

z.　　　Complete Tuner onsite safety orientation.


## 5.3　EXCLUSIONS:

a.　　　Permits

b.　　　Testing & Inspections except for re-testing due to failures.

c.　　　Hand digging of footing excavations.


## 5.4　UNIT PRICES:

The Subcontractor will provide the following unit prices in accordance with 5a - c for work performed in accordance with Article IX of the Subcontract. The rates are **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP, and shall be valid for the duration of the project. Subcontractor shall accept the unit prices for changes to the Work as noted in Subcontractor's completed bid form. Provide unit prices on the Bid Package Bid Form. Provide unit pricing for adding or deducting whole units of work. Any changes to the Contract Sum will be based on the net amount of adds or deducts. Unit costs listed are solely for calculating costs associated with changes to work in the Contract Documents.
N/A


## 5.5　ALTERNATES:

In accordance with item 5, provide the following Alternate prices **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP. Alternate prices are applicable for the duration of the project.

N/A

DocuSign Envelope ID: 833133F6-D459-41C8-A8AC-0BFA94F5AF32

# Turner

---

**Attachment B – Scope of Work**

**5.6** <u>**SCHEDULE:**</u>

a. All work will be performed in accordance to Item No. 06 Project Schedule dated 8/14/18 (Run date) for Martin Site. All work to be tied to durations identified in schedule. Start date and sequencing subject to change.

b. Refer to Item No. 06 – Project Schedule for preliminary project schedule. Base bid pricing is to include all necessary schedule requirements per the project schedule including stacking of work in different sequences. Item No. 06 – Project Schedule is for reference only as a guide to be used for sequencing and durations in the proposal development process. The below additional schedule requirements are mandatory to be included in the base bid and take precedence over the Project Schedule.

c. Procurement Schedule – At the time of contract award, provide lead time information for the following items: Fencing and Gates. Required to provide submittals within 1 week of contract execution.

DocuSign Envelope ID: 833133F6-D459-41C8-A8AC-0BFA94F5AF32

# Turner
### Construction Company
300 Frank H. Ogawa Plaza, Suite 510
Oakland, CA 94612
**(510) 267-0787**
*Insurance Requirements*

---

**Please review these insurance requirements for the** PG&E WAREHOUSES - BRISBANE **projects to submit (2) certificates and endorsements that meet the following requirements PRIOR TO MOBILIZING ONSITE**

**Make sure you have the following:**

☐ You meet the minimum limits for your scope of work. **(refer to chart below)**

☐ These additional insured's are named on the cert. & the endorsement:

**TURNER CONSTRUCTION COMPANY, PACIFIC GAS AND ELECTRIC COMPANY (PG&E), ITS DIRECTORS, OFFICERS, AGENTS AND EMPLOYEES.**

☐ The endorsement has CG 20 10 11 85 or equivalent wording:

 -Covers Completed Operations or "**your work**" (Ongoing Ops is Unacceptable)

 -Stating that "**This policy is primary** and any other insurance maintained by the additional insured's shall be excess and non-contributory."

☐ Remember to **cross out** "will endeavor" and everything after "to the left" in the cancellation box.

  ▪ If cannot cross out, have a signed letter on letterhead stating unable to provide.

☐ In general liability-aggregate make sure the "project box" is checked.

☐ Include your most **current worker's compensation** information* with a minimum of $1M coverage.

☐ Please make sure you have $1M **Auto liability** and $1M **Umbrella/Excess liability**\*.

☐ Please make sure you have $3M **Professional liability (E&O)** \*. (Design Build ONLY)

☐ Please make sure you have $5M/Occurrence & $10M aggregate **Pollution Liability** (Asbestos Abatement/Remediation ONLY)

☐ **PLEASE PROVIDE VALID ENDORSEMENT (with above requirements).**

☐ Please provide us with a renewal (up to date) insurance certificate.

---

**Project Info:**
**Project Name: PG&E Warehouses - Brisbane**
**Project Address: 3150 Geneva Ave, Brisbane CA 94014**
**Project No.: 180027**
*Email the certificates and proper endorsements to mguzman@tcco.com, Jamassey@tcco.com and Bagacia@tcco.com
If you should have any questions, feel free to contact Marlene Guzman, at 510-267-8105

---

**$2 MM (per occurrence & aggregate)**
Landscaping
Fencing
AC Paving, Curb & Gutter
Rough Carpentry
Ornamental Iron
Finish Carpentry & Casework
Insulation
Doors, Frames & Hardware
Overhead Doors & Grilles
Drywall & Plaster
Ceramic Tile
Acoustic Ceiling Tile
Flooring
Paint
Toilet Partitions/Access
Window Coverings
Specialties and Signage
Bleachers & Playground Equipment
Equipment and Furnishings
**Note: For non-urban sites -$2 Million
can be reduced to $1 Million

**$3 MM (per occurrence & aggregate)**
Site Utilites
Site & Building Concrete (CIP on Metal Deck)
Masonry
Stone Pavers
Exterior Wall Stone
Rebar
Structural & Miscellaneous Iron
Space Frame
Sheetmetal
Waterproofing
Windows-Glazing, Storefront, Curtain Wall
Caulking
Elevators
Fire Protection
HVAC/Plumbing/Controls
Electrical
Scaffolding

**$5 MM (per occurrence & aggregate)**
Non-Structural Demolition
Shoring
Foundation Concrete or CIP Frame
Structural Steel (no Tower Crane)
Metal Deck
Roofing
Exterior Wall (no Tower Crane)
Precast Concrete (No Tower Crane)
Theater Rigging
Grandstands
Window Washing Equipment
Mobile Cranes/Material & Man Hoists
**$10 MM (per occurrence & aggregate)**
Tower Cranes

**$20 MM (per occurrence & aggregate)**
Structural Demolition

**Note:
On Subcontracts >$5M limits equal to
Contract value up to $10M max.

---

1ST COI Holder: Turner Construction Company 300 Frank H. Ogawa Plaza, Suite 510. Oakland, CA 94612
2ND COI Holder: Pacific Gas and Electric Company c/o Exigis. One Market, Spear Tower. San Francisco, CA 94105

Attachment "D" - Insurance

To the fullest extent permitted by law, the Subcontractor hereby assumes the entire responsibility and liability for any and all physical and economic, actual or potential damage or injury of any kind or nature whatever (including death, business interruption or loss of use resulting therefrom) to all persons and entities, whether employees of any tier of the Subcontractor or otherwise, or to all property; or as a result of a perceived risk of such damage or injury (including actions taken to avoid or contain such actual or potential damage or injury, whether required or incurred by a public authority or otherwise); caused by, resulting from, arising out of or occurring in connection with the Subcontractor's Work, Subcontractor's breaches of obligations under this Agreement, or its willful or negligent acts or omissions in the execution of the Work, or in preparation for the Work, or any extension, modification, or amendment to the Work by change order or otherwise. Should any claims for such physical and economic, actual or potential damage or injury (including death resulting therefrom) be made or asserted, whether or not such claims are based upon an Indemnified Party's alleged negligence or participation in the wrong or upon any alleged breach of any statutory duty or obligation on the part of an Indemnified Party, to the full extent permitted by law, including without limitation California Civil Code Sections 2782 and 2782.05, if applicable, the Subcontractor agrees to indemnify and save harmless the Indemnified Party from and against any and all such claims and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Party may directly or indirectly sustain, suffer or incur as a result thereof and the Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Party, the immediate defense of any action at law or in equity which may be brought against the Indemnified Party upon or by reason of such claims and to pay on behalf of the Indemnified Party, upon demand, the amount of any judgment that may be entered against the Indemnified Party in any such action. Nothing contained in this Agreement requires Subcontractor to indemnify the Indemnified Party for Indemnified Party's own active negligence or willful misconduct.

To the fullest extent permitted by law, including without limitation California Civil Code Sections 2782 and 2782.05, if applicable, Subcontractor's duty to defend, save harmless and indemnify the Indemnified Parties is effective immediately upon tender of written notice by an Indemnified Party requesting that Subcontractor undertake its duty to defend and indemnify the Indemnified Parties. The Subcontractor's obligations under all of the terms and provisions of Article XXIII shall remain in force and effect.

In furtherance to but not in limitation of the indemnity provisions in this Agreement, Subcontractor hereby expressly and specifically agrees that its obligation to indemnify, defend and save harmless as provided in this Agreement shall not in any way be affected or diminished by any statutory or constitutional immunity it enjoys from suits by its own employees or from limitations of liability or recovery under worker's compensation laws.
Nothing in this Agreement shall be deemed to relieve the Subcontractor of its obligations and responsibilities under a project wrap-up insurance program. To the fullest extent allowed by law, including without limitation California Civil Code Section 2782.9, where there are claims for losses and costs covered by such wrap-up program, the Subcontractor, if enrolled, shall be required to make a contribution towards the deductibles and/or self-insured retentions under such wrap-up insurance program.

Before commencing the Work, the Subcontractor shall procure and maintain, at his own expense, until completion and final acceptance of the Work at least the following insurance for offsite from insurance companies satisfactory to Turner:
1. WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE in accordance with laws of the State in which the Work is situated.
2. COMMERCIAL GENERAL LIABILITY INSURANCE INCLUDING COMPLETED OPERATIONS, CONTRACTUAL LIABILITY INSURANCE AGAINST THE LIABILITY ASSUMED HEREINABOVE, and including CONTRACTORS' PROTECTIVE LIABILITY INSURANCE if the Subcontractor sublets to another all or any portion of the Work, with the following minimum limits:
    Per Occurrence and in the Aggregate: See table below for limits. Contact a representative from Turner Construction Company with any questions or if your trade is not listed.

| **$2 MM (per occurrence & aggregate)** | **$3 MM (per occurrence & aggregate)** | **$5 MM (per occurrence & aggregate)** |
|---|---|---|
| Landscaping | Site Utilites | Non-Structural Demolition |
| Fencing | Site & Building Concrete (CIP on Metal Deck) | Shoring |
| AC Paving, Curb & Gutter | Masonry | Foundation Concrete or CIP Frame |
| Rough Carpentry | Stone Pavers | Structural Steel (no Tower Crane) |
| Ornamental Iron | Exterior Wall Stone | Metal Deck |
| Finish Carpentry & Casework | Rebar | Roofing |
| Insulation | Structural & Miscellaneous Iron | Exterior Wall (no Tower Crane) |
| Doors, Frames & Hardware | Space Frame | Precast Concrete (No Tower Crane) |
| Overhead Doors & Grilles | Sheetmetal | Theater Rigging |
| Drywall & Plaster | Waterproofing | Grandstands |
| Ceramic Tile | Windows-Glazing, Storefront, Curtain Wall | Window Washing Equipment |
| Acoustic Ceiling Tile | Caulking | Mobile Cranes/Material & Man Hoists |
| Flooring | Elevators | **$10 MM (per occurrence & aggregate)** |
| Paint | Fire Protection | Tower Cranes |
| Toilet Partitions/Access | HVAC/Plumbing/Controls | |
| Window Coverings | Electrical | **$20 MM (per occurrence & aggregate)** |
| Specialties and Signage | Scaffolding | Structural Demolition |
| Bleachers & Playground Equipment | | |
| Equipment and Furnishings | | |
| **Note: For non-urban sites -$2 Million | | **Note: |
| can be reduced to $1 Million | | On Subcontracts >$5M limits equal to |
| | | Contract value up to $10M max. |

3. COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE covering all owned, non-owned and hired automobiles used in connection with the Work, with the following minimum limits:
    Bodily Injury (including death) $ 1,000,000 per accident and Property Damage
4. ALL RISK CONTRACTOR'S EQUIPMENT INSURANCE COVERAGE shall be provided by all Subcontractors utilizing a crane or other equipment in connection with the performance of the Work and insured to the full value of equipment.
Before commencing the Work, the Subcontractor shall furnish a certificate, satisfactory to Turner, from each insurance company showing that the above insurance is in force, stating policy numbers, dates of expiration and limits of liability thereunder, and thereunder, and further providing that should any of the described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions. Subcontractor shall advise Contractor of the amount of any Deductible or Self-Insured Retention that exists on any policies of insurance on the face of the certificates provided. Subcontractor shall be responsible for and agrees to pay and/or reimburse Contractor for any such Deductible or Self-Insured Retention. Turner, the Owner and their directors, officers and employees shall be named as an additional insured under these policies of insurance.
The policy shall be endorsed to stipulate that the insurance afforded the additional insureds, including "excess" policies, shall apply as primary insurance and that any other insurance maintained by **Turner and the Owner shall be in excess only and shall not be called upon to contribute with this insurance.**
If the Subcontractor fails to procure and maintain such insurance, Turner shall have the right, but not the obligation, to procure and maintain the said insurance for and in the name of the Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

DocuSign Envelope ID: 833133F6-D459-41C5-A8AC-0BFFA94F5AF32

PGEW-Sol&21 - 82-99

| # | Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | PG&E - 2018.08.13 Martin Yard Warehouse | 718 | 31-Mar-16 A | 10-Nov-19 |
| 2 | | **Martin Yard Project Milestones** | 718 | 11-Jul-16 A | 10-Nov-19 |
| 3 | MS-00 | Project Notice-To-Proceed | 0 | 11-Jul-16 A | |
| 4 | MS-40 | Submit Building Permit | 0 | 19-Oct-17 A | |
| 5 | MS-50 | Obtain Building Permit | 0 | | 09-Jul-18 A |
| 6 | MS-60 | Construction Start | 0 | 06-Aug-18 A | |
| 7 | MS-10 | Foundations Complete | 0 | | 12-Oct-18 |
| 8 | MS-20 | Building Shell Complete | 0 | | 19-Dec-18 |
| 9 | MS-30 | Substantially Weathertight | 0 | | 14-Jan-19 |
| 10 | MS-129 | Substantial Completion - Building | 0 | | 18-Mar-19 |
| 11 | MS-90 | Substantial Completion | 0 | | 21-Mar-19 |
| 12 | MS-99 | Final Close Out — Project Complete | 0 | | 10-Apr-19 |
| 13 | | **Martin Yard Summary** | 161 | 09-Jul-18 A | 29-Mar-19 |
| 14 | | **Martin Yard Project Design** | 572 | 31-May-16 A | 11-Jul-16 A |
| 15 | | Martin Yard Project Design (0% - 42%) | 15 | 28-Jun-16 A | 27-Jul-16 A |
| 16 | | Martin Yard Project Schematic Design (30%) | 158 | 28-Jun-16 A | 02-Feb-17 A |
| 17 | | Martin Yard Project Design Development (60%) | 181 | 23-Dec-17 A | 19-Jul-17 A |
| 18 | | Martin Yard Project Design Development (100%) | 348 | 05-May-16 A | 12-Sep-17 A |
| 19 | | Martin Yard Project Construction Documents (I- 2) | 239 | 06-Oct-16 A | 05-Jul-18 A |
| 20 | | Phase 1: Procurement of long lead Items | 63 | 06-Mar-17 A | 31-May-17 A |
| 21 | | Phase 2 CMP | 246 | 01-Aug-17 A | 09-Jul-18 A |
| 23 | | **Martin Yard Project Procurement** | 217 | 05-Jan-18 A | 12-Nov-18 |
| 24 | | **Martin Yard Project Permitting** | 241 | 05-Jul-17 A | 13-Aug-18 |
| 25 | | **Martin Yard Project Construction** | 175 | 21-Jun-18 A | 18-Mar-19 |
| 26 | | **Mobilize** | 33 | 21-Jun-18 A | 07-Aug-18 A |
| 27 | M100 | Mobilize to Site | 5 | 21-Jun-18 A | 27-Jun-18 A |
| 28 | M110 | Prepare site for Alvah Const. to Relocate | 15 | 22-Jun-18 A | 17-Jul-18 A |
| 29 | M120 | Relocate Alvah Cons. (PG&E) | 5 | 17-Jul-18 A | 27-Jul-18 A |
| 30 | M170 | Implement Onsite Safety Program (ISNET) | 2 | 24-Jul-18 A | 25-Jul-18 A |
| 31 | M130 | GPR | 2 | 20-Jul-18 A | 31-Jul-18 A |
| 32 | M150 | Set-up Fencing & Connexes for Yard Relocation | 5 | 06-Aug-18 A | 07-Aug-18 A |
| 33 | M160 | Mobilize for Soil Removal | 1 | 06-Aug-18 A | 06-Aug-18 A |
| 34 | M140 | Begin Construction | 0 | 06-Aug-18 A | |
| 35 | | **Demo** | 57 | 02-Aug-18 A | 05-Sep-18 |
| 36 | DR100 | Clear & Grub Site | 2 | 02-Aug-18 A | 03-Aug-18 A |
| 37 | DR110 | Demo Fence, Gates & Bollards | 3 | 06-Aug-18 A | 10-Aug-18 A |
| 38 | DR130 | Demo Power Poles | 2 | 09-Aug-18 A | 17-Aug-18 A |
| 39 | DR120 | PG&E to Relocate Guy Wire | 1 | 15-Aug-18 | 15-Aug-18 |
| 40 | DR140 | Demo Existing AC Paving | 5 | 27-Aug-18 | 27-Aug-18 |
| 41 | DR150 | Demo Chip Seal | 2 | 28-Aug-18 | 30-Aug-18 |
| 42 | DR160 | Demo Abandon Utilities | 3 | 31-Aug-18 | 05-Sep-18 |
| 43 | | **Underground Utilities** | 57 | 02-Aug-18 A | 31-Oct-18 |
| 44 | UG100 | Survey for Underground | 2 | 02-Aug-18 A | 03-Aug-18 A |
| 45 | UG110 | Pot Hole for Utilities | 4 | 02-Aug-18 A | 23-Aug-18 |
| 46 | UG240 | SFPUC Pothole Permit | 3 | 13-Aug-18 | 17-Aug-18 |
| 47 | UG250 | PG&E Electrical Pothole Inspection | 9 | 13-Aug-18 | 23-Aug-18 |
| 48 | UG230 | Layout Site Electrical | 5 | 28-Aug-18 | 04-Sep-18 |
| 49 | UG120 | Excavate for Elect. Trenches | 5 | 05-Sep-18 | 11-Sep-18 |
| 50 | UG160 | Excavate for Light Pole Bases | 2 | 05-Sep-18 | 06-Sep-18 |
| 51 | UG270 | Install Rebar Cage at Light Pole Bases | 5 | 07-Sep-18 | 13-Sep-18 |

Milestones / annotations on timeline:
- Obtain Building Permit
- Construction Start
- Foundations Complete
- Building Shell Complete
- Substantially Weathertight
- Substantial Completion - Building
- Substantial Completion
- Final Close Out — Project Complete
- Re-Design Fire Water & Obtain Permit
- Submit for High Bay Storage Permit
- Mobilize to Site
- Prepare site for Alvah Const. to Relocate
- Relocate Alvah Cons. (PG&E)
- Implement Onsite Safety Program (ISNET)
- GPR
- Set-up Fencing & Connexes for Yard Relocation
- Mobilize for Soil Removal
- Begin Construction
- Clear & Grub Site, Clear & Grub Site
- Demo Fence, Gates & Bollards
- Demo Power Poles, Demo Power Poles
- PG&E to Relocate Guy Wire
- Demo Existing AC Paving
- Demo Chip Seal
- Demo Abandon Utilities
- Survey for Underground
- Pot Hole for Utilities, Pot Hole for Utilities
- SFPUC Pothole Permit
- PG&E UG Electrical Pothole Inspection
- Layout Site Electrical
- Excavate for Elect. Trenches
- Excavate for Light Pole Bases
- Install Rebar Cage at Light Pole Bases

Legend:
- Remaining Level of Effort — Remaining...
- Actual Level of Effort — Critical Rem...
- Actual Work — Milestone

**Turner**

PG&E Brisbane Warehouse
Milestone Schedule

Data Date: 13-Aug-18
Run Date: 14-Aug-18
12:44
Page 1 of 3

DocuSign Envelope ID: 83313DFB-D459-41C8-A9AC-0BFA94F5AF52

PGEW-Sol&21 - B2-99

| # | Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|---|
| 52 | UG140 | Install Conduit for Site Lighting | 7 | 12-Sep-18 | 20-Sep-18 |
| 53 | UG130 | Install 12"Fire Water Pipe | 5 | 13-Sep-18 | 19-Sep-18 |
| 54 | UG300 | Pour Light Pole Bases | 3 | 14-Sep-18 | 17-Sep-18 |
| 55 | UG150 | Install PIV | 1 | 20-Sep-18 | 20-Sep-18 |
| 56 | UG160 | Install New Water Meter & Backflow Preventer | 2 | 20-Sep-18 | 21-Sep-18 |
| 57 | UG280 | Site Electrical Inspections | 2 | 21-Sep-18 | 24-Sep-18 |
| 58 | UG290 | Backfill Electrical Trenches | 2 | 25-Sep-18 | 26-Sep-18 |
| 59 | UG170 | Install 12" Fire Riser Pipe | 1 | 26-Sep-18 | 26-Sep-18 |
| 60 | UG180 | Install Fireline to Fire Hydrants | 5 | 27-Sep-18 | 03-Oct-18 |
| 61 | UG310 | Install Christy Boxes | 5 | 04-Oct-18 | 10-Oct-18 |
| 62 | UG190 | Test Pipe | 5 | 04-Oct-18 | 10-Oct-18 |
| 63 | UG200 | Chlorination | 5 | 11-Oct-18 | 17-Oct-18 |
| 64 | UG210 | Bacteria Testing | 5 | 18-Oct-18 | 24-Oct-18 |
| 65 | UG220 | Tie into Existing | 5 | 25-Oct-18 | 31-Oct-18 |
| 66 | | Earthwork | 18 | 18-Sep-18 | 11-Oct-18 |
| 67 | EW100 | Cut Site | 5 | 18-Sep-18 | 24-Sep-18 |
| 68 | EW110 | Lime Treat Rough Grade Site | 3 | 25-Sep-18 | 27-Sep-18 |
| 69 | EW120 | Compact Site to 95% Compaction | 5 | 28-Sep-18 | 04-Oct-18 |
| 70 | EW130 | Finish Grade/Subgrade | 5 | 05-Oct-18 | 11-Oct-18 |
| 71 | | Building Pad / Footings | 19 | 13-Aug-18 | 07-Sep-18 |
| 72 | BP160 | Install Fencing & Gates Posts | 5 | 13-Aug-18 | 17-Aug-18 |
| 73 | BP220 | Install Handrails | 2 | 20-Aug-18 | 21-Aug-18 |
| 74 | BP100 | Excavate Building Pad (NIC Footings) | 5 | 24-Aug-18 | 28-Aug-18 |
| 75 | BP110 | Backfill & Compact Bldg Pad | 3 | 29-Aug-18 | 31-Aug-18 |
| 76 | BP120 | Compaction Test at Bldg Pad | 1 | 31-Aug-18 | 31-Aug-18 |
| 77 | BP310 | Excavate Footings | 4 | 04-Sep-18 | 07-Sep-18 |
| 78 | BP130 | Form / Rebar for SOG & Planters @ Perimeter of Building | 8 | 17-Sep-18 | 26-Sep-18 |
| 79 | BP140 | Pour Concrete for SOG & Planters @ Perimeter of Building | 7 | 27-Sep-18 | 05-Oct-18 |
| 80 | BP200 | Allow Time for SOG Cure | 5 | 08-Oct-18 | 12-Oct-18 |
| 81 | BP300 | Site Flatwork / Paving 1st Lift | 9 | 12-Oct-18 | 24-Oct-18 |
| 82 | BP155 | SOG Complete | 0 | | 12-Oct-18 |
| 83 | BP170 | Install Bollards | 2 | 15-Oct-18 | 16-Oct-18 |
| 84 | BP180 | Install Valley Gutters | 3 | 17-Oct-18 | 19-Oct-18 |
| 85 | BP210 | Install Ramp Fixtures | 5 | 17-Oct-18 | 23-Oct-18 |
| 86 | BP240 | Paint Bollards, Handrails & Doors & Frames | 5 | 25-Oct-18 | 31-Oct-18 |
| 87 | BP230 | Provide Electrical Connections for Mobile Generator | 1 | 29-Oct-18 | 29-Oct-18 |
| 88 | BP250 | AC Paving 2nd Lift | 5 | 15-Jan-19 | 22-Jan-19 |
| 89 | BP260 | Install Fence Mesh & Barbed Wire | 5 | 23-Jan-19 | 29-Jan-19 |
| 90 | BP270 | Striping of Site | 2 | 23-Jan-19 | 24-Jan-19 |
| 91 | BP290 | Install Landscaping | 5 | 23-Jan-19 | 29-Jan-19 |
| 92 | BP280 | Replace K-Rails | 1 | 25-Jan-19 | 25-Jan-19 |
| 93 | BP300 | Mark Existing Storm Drain Inlets | 1 | 25-Jan-19 | 25-Jan-19 |
| 94 | | Metal Building | 31 | 06-Nov-18 | 25-Jan-19 |
| 95 | MB100 | Erect Metal Building Structure | 30 | 06-Nov-18 | 19-Dec-18 |
| 96 | MB110 | Roofing System | 15 | 20-Dec-18 | 14-Jan-19 |
| 97 | MB120 | Metal Building Complete | 0 | | 14-Jan-19 |
| 98 | | MEP Rough-In | 38 | 15-Jan-19 | 28-Feb-19 |
| 99 | RIF100 | MEF / Low Voltage Rough-In and Set Equipment | 9 | 15-Jan-19 | 28-Jan-19 |
| 100 | RIF110 | Install sprinkler Mains | 9 | 15-Jan-19 | 22-Jan-19 |
| 101 | RIF120 | Install branch Lines & Sprinkler Heads | 5 | 23-Jan-19 | 29-Jan-19 |
| 102 | RIF130 | Install Electrical Panels / Low Voltage Wire | 2 | 24-Jan-19 | 25-Jan-19 |
| 103 | RIF140 | Power & Light Fixtures | 10 | 30-Jan-19 | 12-Feb-19 |
| 104 | RIF150 | Paint Concrete Floor Markings | 1 | 13-Feb-19 | 13-Feb-19 |
| 105 | RIF160 | Install Doors & Hardware | 10 | 14-Feb-19 | 28-Feb-19 |

Legend: Remaining Level of Effort / Remaining / Critical Rem... / Milestone / Actual Level of Effort / Actual Work

PG&E Brisbane Warehouse
Milestone Schedule

Turner

Case 19-30088   Doc# 4258   Filed 10/17/19   Entered 10/17/19 16:04:16   Page 28 of 34

DocuSign Envelope ID: 833133F6-D454-41C8-A9AC-0BFFA94F5AF32

PGEW-Sol&21-82-99

| Activity ID | Activity Name | Original Duration | Start | Finish |
|---|---|---|---|---|
| RIF170 | Install Low Voltage Devices / Hardware | 7 | 14-Feb-19 | 25-Feb-19 |
| RIF180 | Install Signage | 2 | 26-Feb-19 | 27-Feb-19 |
| RIF200 | Install Plywood Wall Backing | 5 | 26-Feb-19 | 04-Mar-19 |
| RIF190 | Install Racks | 10 | 05-Mar-19 | 18-Mar-19 |
| **Project Close Out** | | 29 | 01-Mar-19 | 10-Apr-19 |
| C0100 | Start-Up & Testing of Building | 6 | 01-Mar-19 | 08-Mar-19 |
| C0110 | Contractor Pre-Punch List | 1 | 01-Mar-19 | 01-Mar-19 |
| C0120 | PG&E Prepares Owner's Punchlist | 2 | 04-Mar-19 | 05-Mar-19 |
| C0130 | Subs Address Owners Punch list Items | 2 | 06-Mar-19 | 07-Mar-19 |
| C0140 | Life Safety Pre Test | 1 | 11-Mar-19 | 12-Mar-19 |
| C0150 | Life Safety Test | 1 | 15-Mar-19 | 15-Mar-19 |
| C0160 | Final Inspections | 4 | 18-Mar-19 | 21-Mar-19 |
| C0170 | Substantial Completion | 0 | | 21-Mar-19 |
| C0180 | Project Closeout | 14 | 22-Mar-19 | 10-Apr-19 |
| C0190 | Demobilization | 0 | 26-Mar-19 | 29-Mar-19 |
| **Pull Plan - 1** | | 0 | | |
| **Pull Plan - 2** | | 0 | | |

Legend:
- Remaining Level of Effort — Remaining
- Actual Level of Effort — Critical Rem...
- Actual Work
- ◆ Milestone

**Turner**

**PG&E Brisbane Warehouse**
Milestone Schedule

Data Date: 13-Aug-18
Run Date: 14-Aug-18
12:44
Page 3 of 3

**Turner**
TCCo NorCal

Printed on Wed Apr 18, 2018 at 03:00 pm PDT

Job #: 180027 PG&E Martin Warehouse
3150 Geneva Avenue
Brisbane, California 94014

## Initial Submittal Final (10/12/17)

| Drawing No. | Drawing Title | Revision No. | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| **Cover Sheet** | | | | | |
| CS-1 | COVER SHEET | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| CS-2.1 | CODE ANALYSIS AND EXIT DIAGRAM | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| CS-3.1 | CALGREEN CHECKLIST | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| CS-3.2 | CALGREEN CHECKLIST | 0 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Civil** | | | | | |
| C-1.0 | EXISTING CONDITIONS PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-2.0 | SITE PREPARATION PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-3.0 | LAYOUT PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-4.0 | BUILDING PAD AND DRAINAGE PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-4.1 | FEMA FLOOD MAP | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-5.0 | UTILITY PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-6.0 | EROSION CONTROL PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-6.1 | CONSTRUCTION BMP PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-7.1 | CONSTRUCTION DETAILS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-7.2 | CONSTRUCTION DETAILS FLOW-THROUGH PLANTER | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-7.3 | CONSTRUCTION DETAILS WATER | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| C-7.4 | CONSTRUCTION DETAILS WATER | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Architectural** | | | | | |
| A-1.1 | FLOOR PLAN AND ROOF PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| A-5.1 | BUILDING ELEVATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| A-6.1 | BUILDING SECTIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| A-8.1 | DOOR SCHEDULE AND DETAILS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| ASD-0.1 | AERIAL SITE PLAN | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| ASD-1.2 | SITE DETAILS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Structural** | | | | | |
| S0.1 | NOTES & MATERIAL PROPERTIES | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S0.2 | STRUCTURAL SPECIAL INSPECTION AND TESTING | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S0.3 | FOUNDATION NOTES AND SCHEDULE | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S1.0 | FOUNDATION PLAN | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S2.0 | SECTIONS AND DETAILS | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S2.1 | CONCRETE STAIR AND PIPE BOLLARD DETAILS | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| S3.0 | TYPICAL DETAILS AND LIGHT POLE FOUNDATION | 1 | 09/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Electrical** | | | | | |
| E0.1 | SYMBOLS LIST, ABBREVIATION | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| E1.1 | SITE PLAN - ELECTRICAL | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| E1.1P | SITE PLAN - PHOTOMETRICS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| E2.1 | FLOOR PLAN - ELECTRICAL | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| E3.1 | RISER DIAGRAM AND DETAILS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |



DocuSign Envelope ID: 833133F6-D459-41C8-A8AC-0BFA94F5AF32


TCCo NorCal

Printed on Wed Apr 18, 2018 at 03:00 pm PDT

Job #: 180027 PG&E Martin Warehouse
3150 Geneva Avenue
Brisbane, California 94014

| Drawing No. | Drawing Title | Revision No. | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| 1.1 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.2 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.3 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.4 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.5 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.6 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.7 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 1.8 | TITLE 24 CALCULATIONS | 1 | 10/12/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Pre-Fab Building** | | | | | |
| 1 | COVER SHEET | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 2 | CODES AND LOADS | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 3 | ERECTION NOTES | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 4 | ANCHOR ROD PLAN | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 5 | PRIMARY AND ROOF BRACING PLAN | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 6 | PORTAL FRAME ELEVATION ALONG A | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 7 | PORTAL FRAME ELEVATION ALONG A | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 8 | FRAME CROSS SECTION AT FRAME LINE(S) 1 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 9 | FRAME CROSS SECTION AT FRAME LINE(S) 2 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 10 | FRAME CROSS SECTION AT FRAME LINE(S) 3 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 11 | FRAME CROSS SECTION AT FRAME LINE(S) 4 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 12 | FRAME CROSS SECTION AT FRAME LINE(S) 5 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 13 | FRAME CROSS SECTION AT FRAME LINE(S) 6 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 14 | FRAME CROSS SECTION AT FRAME LINE(S) 7 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 15 | PORTAL FRAME ELEVATION ALONG F | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 16 | PORTAL FRAME ELEVATION ALONG F | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 17 | PRIMARY BRACING SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 18 | ROOF SECONDARY PLAN | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 19 | ROOF SECONDARY SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 20 | ROOF SECONDARY SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 21 | SECONDARY ELEVATION AT 1 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 22 | SECONDARY ELEVATION AT A | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 23 | SECONDARY ELEVATION AT 7 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 24 | SECONDARY ELEVATION AT F | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 25 | WALL SECONDARY SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 26 | WALL SECONDARY SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 27 | ROOF COVERING PLAN | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 28 | COVERING ELEVATION AT 1 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 29 | COVERING ELEVATION AT A | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 30 | COVERING ELEVATION AT 7 | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 31 | COVERING ELEVATION AT F | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 32 | COVERING & TRIM SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 33 | COVERING & TRIM SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| 34 | COVERING & TRIM SED'S | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |

Case: 19-30088   Doc# 4258   Filed: 10/17/19   Entered: 10/17/19 16:04:16   Page 31 of 34

| Drawing No. | Drawing Title | Revision No. | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| T6 | COVERING PERSPECTIVE | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| M7 | MRD50 DRAWING | 1 | 06/29/2017 | 10/16/2017 | Initial Submittal Final (10/12/17) |
| **Fire Protection** | | | | | |
| FP1 OF 4 | UNDERGROUND PLAN | 0 | 05/16/2017 | 05/16/2017 | 100% Package (Original Design) (05/16/17) |
| FP2 OF 4 | DETAILS | 0 | 05/16/2017 | 05/16/2017 | 100% Package (Original Design) (05/16/17) |
| FP3 OF 4 | DETAILS AND SCHEDULES | 0 | 05/16/2017 | 05/16/2017 | 100% Package (Original Design) (05/16/17) |
| FP4 OF 4 | PIPING DETAIL | 0 | 05/16/2017 | 05/16/2017 | 100% Package (Original Design) (05/16/17) |
| **Racking** | | | | | |
| R1.1 | PLAN VIEW | 0 | 06/05/2017 | 06/05/2017 | 100% Package (Original Design) (05/16/17) |
| RE1.1 | ELEVATION VIEW | 0 | 06/05/2017 | 06/05/2017 | 100% Package (Original Design) (05/16/17) |
| RCE 1 OF 1 | RACKING DETAILS | 0 | 06/05/2017 | 06/05/2017 | 100% Package (Original Design) (05/16/17) |

Printed on Fri Jun 15, 2018 at 08:55 am PDT

Job #: 180027 PG&E Martin Warehouse
3150 Geneva Avenue
Brisbane, California 94014

# Turner
CCCo NorCal

# Current Specifications

| Number | Description | Revision | Issued Date | Received Date | Set |
|---|---|---|---|---|---|
| **00 - Procurement and Contracting Requirements** | | | | | |
| 00 01 10 | Table of Contents | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 00 32 93 00 | Plants | | | | None |
| **01 - General Requirements** | | | | | |
| 01 00 00 | General Requirements | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 01 20 00 | Project Submittals | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 01 33 00 | Submittal Procedures | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 01 60 00 | Product Requirements | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 01 70 00 | Execution Requirements | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 01 74 19 | Construction Waste Management | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **02 - Existing Conditions** | | | | | |
| 02 41 19 | Selective Demolition | 0 | 11/21/17 | 12/1/17 | 12/11/17 Email from Heidi |
| **03 - Concrete** | | | | | |
| 03 10 00 | Concrete Forming and Accessories | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 03 20 00 | Concrete Reinforcing | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 03 30 00 | Cast-In-Place Concrete | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **05 - Metals** | | | | | |
| 05 12 00 | Structural Steel Framing | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 05 50 00 | Metal Fabrications | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **06 - Wood, Plastics, and Composites** | | | | | |
| 06 16 00 | Sheathing | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **07 - Thermal and Moisture Protection** | | | | | |
| 07 62 00 | Sheet Metal Flashing and Trim | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 07 72 36 | Automatic Smoke Vents | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 07 90 00 | Joint Sealants | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **08 - Openings** | | | | | |
| 08 11 13 | Steel Doors | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 08 12 00 | Steel Frames | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 08 33 00 | Overhead Coiling Doors | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 08 71 00 | Door Hardware | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 08 74 00 | Access Control Hardware | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **09 - Finishes** | | | | | |
| 09 90 00 | Paints and Coatings | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **10 - Specialties** | | | | | |
| 10 52 00 | Fire Extinguishers | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |

# Turner
CCCo NorCal

Printed on Fri Jun 15, 2018 at 08:55 am PDT

Job #: 180027 PG&E Martin Warehouse
3150 Geneva Avenue
Brisbane, California 94014

| Number | Description | Revision | Issued Date | Received Date | Set |
|---|---|---|---|---|---|
| **33 - Special Construction** | | | | | |
| 13 12 00 | Pre-Engineered Structures | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **16 - Electrical** | | | | | |
| 16 00 00 | Electrical - General Requirements and Basic Materials and Methods | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 16 30 00 | Communication Systems | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 16 50 00 | Lighting and Lighting Controls | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **31 - Earthwork** | | | | | |
| 31 10 00 | Site Clearing | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |
| 31 20 00 | Earth Moving | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |
| 31 63 29 | Drilled Concrete Piers and Shafts | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 312319 | Dewatering | 0 | 11/21/17 | 12/1/17 | 12/11/17 Email from Heidi |
| **32 - Exterior Improvements** | | | | | |
| 32 11 00 | Base Courses | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |
| 32 12 16 | Asphalt Paving | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |
| 32 13 13 | Concrete Paving | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 32 31 13 | Chain Link Fences and Gates | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| **33 - Utilities** | | | | | |
| 33 10 00 | Water Utilities | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |
| 33 41 00 | Storm Utility Drainage Piping | 0 | 06/12/17 | 06/12/17 | 100% (Original Design) |
| 33 46 00 | Subdrainage | 1 | 11/21/17 | 12/11/17 | 12/11/17 Email from Heidi |

Case: 19-30088   Doc# 4259   Filed: 10/17/19   Entered: 10/17/19 16:04:16   Page 34
of 34