DAVID B. LEVANT (*pro hac vice*)
david.levant@stoel.com
JENNIFER L. MERSING (*pro hac vice pending*)
jennifer.mersing@stoel.com
JENNIFER N. SLOCUM (*pro hac vice*)
jennifer.slocum@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Avangrid Renewables, LLC, et al.,
Enel Green Power North America, Inc. et al. and
Enel X, Capital Dynamics, Inc. et al., FTP Power
LLC, et al., Gill Ranch Storage, LLC,
Project Mustang, and sPower*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jennifer L. Mersing, an active member in good standing of the bar of the State of Washington, the bar of the State of New York, and the bar of the District of Columbia, hereby applies for admission to practice in the Bankruptcy Court

for the Northern District of California on a *pro hac vice* basis representing each of Avangrid Renewables, LLC, et al.[1], Enel Green Power North America, Inc. et al. and Enel X[2], Capital Dynamics, Inc. et al.[3], FTP Power LLC, et al.[4], Gill Ranch Storage, LLC, Project Mustang[5], and sPower[6] in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State and the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 15, 2019.

/s/ Jennifer L. Mersing
Jennifer L. Mersing

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC, et al.: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.

[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc., et al. and Enel X: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC, and Rock Creek Hydro, LLC.

[3] This representation includes the following subsidiaries of Capital Dynamics, Inc., et al.: CA Flats Solar 130, LLC, CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, North Star Solar, LLC, and Solar Star California XIII, LLC.

[4] This representation includes the following subsidiaries of FTP Power LLC, et al.: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.

[5] This representation includes the following subsidiaries of Project Mustang: RE Mustang LLC, RE Mustang 3 LLC, and RE Mustang 4 LLC.

[6] This representation includes the following subsidiaries of sPower: Adera Solar, LLC, 65HK 8ME, LLC, 67RK 8ME, LLC, and 87RL 8ME, LLC.

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 50752 |
| OF | ) | **CERTIFICATE** |
| JENNIFER LYNN MERSING | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**JENNIFER LYNN MERSING**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 24, 2016, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 9th day of September, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

Case: 19-30088    Doc# 4260    Filed: 10/17/19    Entered: 10/17/19 16:17:29    Page 3 of 5



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jennifer Lynn Mersing

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of January, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of September, 2019**.

*Robert D Mayberger*

Clerk

Case: 19-30088    Doc# 4260    Filed: 10/17/19    Entered: 10/17/19 16:17:29    Page 4 of 5



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jennifer Lynn Mersing

was duly qualified and admitted on September 11, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
September 6, 2019.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.