DAVID B. LEVANT (*pro hac vice*)
david.levant@stoel.com
ANDREW H. MORTON (*pro hac vice pending*)
andrew.morton@stoel.com
JENNIFER N. SLOCUM (*pro hac vice*)
jennifer.slocum@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Avangrid Renewables, LLC, et al.,
Enel Green Power North America, Inc. et al. and
Enel X, Capital Dynamics, Inc. et al., FTP Power
LLC, et al., Gill Ranch Storage, LLC,
Project Mustang, and sPower*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>   **Debtors.** <br><br> ☐   Affects PG&E Corporation <br> ☐   Affects Pacific Gas and Electric Company <br> ☒   Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew H. Morton, an active member in good standing of the bar of the State of Washington and the bar of the State of New York, hereby applies for admission to practice in the Bankruptcy Court for the Northern District of California on

a *pro hac vice* basis representing each of Avangrid Renewables, LLC, et al.[1], Enel Green Power North America, Inc. et al. and Enel X[2], Capital Dynamics, Inc. et al.[3], FTP Power LLC, et al.[4], Gill Ranch Storage, LLC, Project Mustang[5], and sPower[6] in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 15, 2019.

/s/ *Andrew H. Morton*
Andrew H. Morton

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC, et al.: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.
[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc., et al. and Enel X: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC, and Rock Creek Hydro, LLC.
[3] This representation includes the following subsidiaries of Capital Dynamics, Inc., et al.: CA Flats Solar 130, LLC, CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, North Star Solar, LLC, and Solar Star California XIII, LLC.
[4] This representation includes the following subsidiaries of FTP Power LLC, et al.: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.
[5] This representation includes the following subsidiaries of Project Mustang: RE Mustang LLC, RE Mustang 3 LLC, and RE Mustang 4 LLC.
[6] This representation includes the following subsidiaries of sPower: Adera Solar, LLC, 65HK 8ME, LLC, 67RK 8ME, LLC, and 87RL 8ME, LLC.

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 49467 |
| OF | ) | **CERTIFICATE** |
| ANDREW MORTON | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ANDREW MORTON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 14, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 17th day of September, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ANDREW HOWARD MORTON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 29, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**September 19, 2019**

9713

_Clerk of the Court_