**Entered on Docket**
**October 18, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: October 17, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)

825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING STIPULATION AMONG PARTIES EXTENDING TIME TO FILE SUBMISSIONS WITH RESPECT TO FEE EXAMINER PROTOCOL** <br><br> Re: Dkt. No. 3950 <br><br> [No Hearing Requested] |

The Court having considered the *Stipulation Among Parties Extending Time to File Submissions with Respect to Fee Examiner Protocol* ("**Stipulation**"), filed on October 17, 2019; and, pursuant to such stipulation and agreement of the Parties (as such term is defined in the Stipulation), and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Parties to file the Further Submissions (as such term is defined in the Stipulation) is extended through October 24, 2019.

[*Signatures on next page*]

APPROVED AS TO FORM AND CONTENT:

Dated: October 17, 2019

| | |
|---|---|
| BRUCE MARKELL | OFFICE OF THE UNITED STATES TRUSTEE |
| /s/ *Bruce Markell* <br> Bruce Markell <br> *Court-Appointed Fee Examiner* | /s/ *Jason Blumberg* <br> Jason Blumberg <br> Trial Attorney <br> *Attorney for Andrew R. Vara,* <br> *Acting United States Trustee for Region 3*[1] |
| CRAVATH, SWAINE & MOORE LLP | MILBANK LLP |
| /s/ *Paul H. Zumbro* <br> Paul H. Zumbro <br> *Attorneys for Debtors* <br> *and Debtors in Possession* | /s/ *Thomas Kreller* <br> Thomas Kreller <br> *Attorneys for the Official Committee of* <br> *Unsecured Creditors* |
| | BAKER & HOSTETLER LLP |
| | /s/ *Elizabeth A. Green* <br> Elizabeth A. Green <br> *Attorneys for the Official Committee of* <br> *Tort Claimants* |

**END OF ORDER**

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.