Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date: November 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Objection Deadline: November 6, 2019 |

The Official Committee of Tort Claimants (the "**TCC**"), hereby submits this Motion (the "**Motion**"), pursuant to sections 105(a) and 501 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3003(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order granting the following relief:

1. An Order extending the bar date of October 21, 2019 to January 31, 2020, on the ground that a substantial number of fire victims have been unable to file proofs of claim in this case, because they erroneously believe they may not file claims, have not received notice of the case, and/or are physically, mentally and/or emotionally impaired as a result of the trauma, injuries and living conditions caused by the Debtors' fires.

2. In the alternative, an Order extending the bar date of October 21, 2019 to December 5, 2019; appointing an independent Court-Appointed Expert pursuant to Fed. R. Evid. 706 to investigate the extent to which fire victims have not received notice of the current bar date, erroneously believe they may not file claims in this case, and/or are physically, mentally or emotionally impaired from filing claims by the current or extended bar date; and extending the bar date past December 5, 2019, up through a maximum extension of January 31, 2020, to the extent the Court determines following receipt of the Court-Appointed Expert's report that there is cause for such a further extension.

3. An Order appointing a Court-Appointed Fiduciary to educate the fire victims and to assist the fire victims to file claims, to the extent the Fiduciary determines the victims are under physical, mental or emotional circumstances that impair their ability to file claims without assistance.

In support of the Motion, the TCC submits the Declarations of Richard Barton (the "**Barton Declaration**"), Mikko Bojarsky (the "**Bojarsky Declaration**"), Lynda Bradway (the "**Bradway Declaration**"), Nathanial Brown (the "**Brown Declaration**"), Samantha Chocktoot (the "**Chocktoot Declaration**"), Elizabeth Davis (the "**Davis Declaration**"), Marjorie Everidge (the "**Everidge Declaration**"), Brooke Gardner (the "**B Gardner Declaration**"), Mary Gardner

2

(the "**M Gardner Declaration**"), Patricia Garrison (the "**Garrison Declaration**"), Ryan Mooney (the "**Mooney Declaration**"), Dr. Scheherazade Shamsavari (the "**Shamsavari Declaration**") Steven Thomas (the "**Thomas Declaration**"), Roger K. Pitman, M.D. (the "**Pitman Declaration**"), James Drinkhall (the "**Drinkhall Declaration**") and Robert A. Julian (the "**Julian Decl**.") filed contemporaneously herewith.  A proposed form of order granting the relief requested herein is attached hereto as **Exhibit A** (the "**Proposed Order**").

Dated: October 18, 2019

BAKER & HOSTETLER LLP

By:   /s/ *Robert Julian*
      Robert Julian

*Counsel for The Official Committee of Tort Claimants*