# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 47977 |
| OF | ) | CERTIFICATE |
| CHRISTOPHER LEE YOUNG | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER LEE YOUNG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 10, 2014, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of July, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

Case: 19-30088    Doc# 4295-1    Filed: 10/18/19    Entered: 10/18/19 15:14:19    Page 1 of 1