Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF ROBERT A. JULIAN IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:    November 13, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA  94102<br>Objection Deadline:  November 6, 2019 |

# DECLARATION OF ROBERT A. JULIAN

I, Robert A. Julian, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1. I am a partner at Baker & Hostetler LLP ("**Baker & Hostetler**"), which has an office at 1160 Battery Street, San Francisco, California 94111 and is an independent, privately-held, legal firm. I am authorized to make this declaration (this "**Declaration**") on behalf of Baker & Hostetler. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. I submit this Declaration in support of the TCC's motion for entry of an order extending the bar date, filed contemporaneously herewith.

2. Except where specifically noted, all statements in this Declaration are based upon (a) my personal knowledge developed during the course of my engagement with the TCC, (b) my discussions with advisors of other parties in interest in these chapter 11 cases and other members of our team at Baker & Hostetler and (c) my review of relevant documents and/or my professional opinion based upon my experience. If called to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, discussions, review of documents and/or professional opinion.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of relevant pages of the Transcript of Proceedings of Proceedings before the Hon. James Donato, Judge, United States District Court for the Northern District of California, held in Case No. 19-05257 JD on October 7, 2019.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Order No. 1 re Estimation Proceedings, dated October 9, 2019, Docket No. 112, in Case No. 19-05257 JD, in the United States Bankruptcy Court for the Northern District of California, San Francisco Division, which I obtained from the Court's ECF filing system.

1.     5.     Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Scheduling Order, dated October 11, 2019, Docket No. 113, in Case No. 19-05257 JD, in the United States Bankruptcy Court for the Northern District of California, San Francisco Division, which I obtained from the Court's ECF filing system.

Dated:   San Francisco, CA
          October 18, 2019        /s/ *Robert A. Julian*
                                       Robert A. Julian

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO