Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF MIKKO BOJARSKY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE** <br><br> Date:    November 13, 2019 <br> Time:   9:30 a.m. (Pacific Time) <br> Place:   United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA  94102 <br> Objection Deadline:  November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Bankr. Case No. 19-30088-DM <br><br> **DECLARATION OF MIKKO BOJARSKY IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** <br><br> Date: TBD <br> Time: TBD <br> Place: United States Bankruptcy Court <br>     Courtroom 17, 16th Floor <br>     San Francisco, CA  94102 |

I, Mikko Bojarsky, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. At the time of the Tubbs fire, my wife and I owned and lived in a home in Coffey Park in Santa Rosa, CA with our pets.

1

3. At 2:30 in the morning on the day of the Tubbs fire, I was awoken by my wife. Outside, we saw what we thought were propane tank explosions, and it looked like a fire storm. We heard a police officer on a bullhorn telling people to evacuate while risking his life to keep us safe. We had 5 minutes to gather our pets and leave. We were stuck in stop and go traffic while evacuating.

4. Our home was completely destroyed in the fire. We are intending to rebuild but it is taking time with our insurance.

5. I have been on the phone with various adjusters from my insurance company over 10 times, and they have never told me that they are filing a claim with PG&E for my losses in this bankruptcy. They also never told me about my rights to file in this case. This is frustrating because we are underinsured for our losses.

6. I do not recall receiving a notice from PG&E about my rights in this bankruptcy. If I did, I assume I thought it was junk mail and threw it away. When I heard about filing a claim, I went online to PG&E's website to learn more about it. It took me a while to find the claims form on the website, and the form itself was very confusing.

7. I had no idea that insurance companies had settled with PG&E on the Tubbs fire. This is confusing to me because I thought that Cal Fire had stated that PG&E had no liability in the Tubbs fire. I recently found out that not only did the insurance company submit a claim for Tubbs cases, but they also settled them.

8. I am afraid that others like me do not know about their rights to file a claim in this bankruptcy. I myself had no idea I could recover my losses from PG&E until a friend told me about my ability to file a claim a few weeks ago. I recently talked with a former neighbor and a colleague at work, and they did not know they could file a claim. I am amazed that so many people have no idea this is going on, and I hope that more people who have lost their homes like me can have an ability to file a claim in this bankruptcy.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2019 in <u>Forestville, California.</u>

_____
Mikko Bojarsky