Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LYNDA BRADWAY IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:    November 13, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA  94102<br>Objection Deadline:  November 6, 2019 |

| | |
|---|---|
| 1 | Steven J. Skikos (SBN 148110) |
| 2 | Gregory T. Skikos (SBN 176531) |
|   | Matthew J. Skikos (SBN 269765) |
| 3 | **SKIKOS, CRAWFORD, SKIKOS & JOSEPH** |
|   | One Sansome Street, Suite 2830 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: 415-546-7300 |
| 5 | Facsimile: 415-546-7301 |
|   | sskikos@skikos.com |
| 6 | gskikos@skikos.com |
| 7 | mskikos@skikos.com |
| 8 | *Attorneys for Declarant* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

   -and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

           **Debtors.**

Bankr. Case No. 19-30088-DM

**DECLARATION OF LYNDA BRADWAY IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE**

Date: TBD
Time: TBD
Place: United States Bankruptcy Court
      Courtroom 17, 16th Floor
      San Francisco, CA 94102

I, Lynda Bradway, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I used to reside on Washo Court in Magalia, California. On November 8, 2018, the mobile home I rented was destroyed by the Camp Fire. I had lived in the home for

four years. I did not have insurance. As a result of the fire, I lost my home, all my personal belongings, and my entire community.

3. My sister was in the process of moving back in with me. She had just been hired for a new job at Grocery Outlet in Paradise on Clark Road.

4. On the morning of the fire, my sister and I fled my home to a parking lot in Magalia. We quickly became trapped and were escorted through the fire and down the hill by the sheriffs and firefighters. My sister left her car behind and it was destroyed. If it were not for these first responders directing us to safety, we would have died.

5. I was low on gas but kept driving. We decided to "go for it" since we had no choice. As we drove down the hill, we were surrounded by flames on both sides of the car and we nearly ran out of gas.

6. After the fire, I stayed at a shelter at a church in Oroville, California until I could find housing. I was unable to locate housing anywhere in Northern California. My ex-husband offered me temporary housing in San Diego. With no other options, I relocated 600 miles away to San Diego and now live at his place. Since the fire, I can only drive short distance, such as just down the street. My daughter will drive me if I need to go far. It is very hard. I don't have a job and my disability has run out. There was not really any talk about PG&E or the fires in San Diego.

7. The Grocery Outlet in Paradise also burned down and my sister lost her job.

8. Since I was a renter, and not a homeowner, I was under the belief that I did not qualify to bring a lawsuit or claim against PG&E for my losses. At the same time, I heard that PG&E might file for bankruptcy, but I didn't know they did. So, I believed that money was not available to compensate fire victims anyway.

9. I did receive a notice, but I wasn't sure what to do. I thought it might be scam. I do not recall it coming with the normal PG&E envelope that PG&E customers get. The questions were confusing; I didn't understand what they meant. It is very difficult for me to talk about the fire and for me to have to relive my experiences both during and

after the fire. Even reading the questions caused me distress.

10. A friend suggested that I reach out to a law firm and double-check whether I could recover for my losses. After speaking with an attorney, I learned that PG&E had money available to pay fire victims, that renters qualify in addition to homeowners, and that I was eligible to recover for the loss of my property and other damages. I would not have signed up as a claimant in this proceeding if my friend did not inform me that I might have a claim, and if my lawyers did not help me understand my right to participate.

11. I have two sisters who suffered losses in the Camp Fire, and I have since alerted them to pursue their claims, as well. They didn't know they could file claims until I told them.

12. I feel there are many other people who are uninformed about their right to recover damages in this bankruptcy case or even that there is a deadline.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2019 in San Diego, California.

*Lynda Bradway* (signature)

Lynda Bradway