Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF SAMANTHA CHOCKTOOT IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:    November 13, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102<br>Objection Deadline: November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.** | Bankr. Case No. 19-30088-DM<br><br>**DECLARATION OF SAMANTHA CHOCKTOOT IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA  94102 |

I, Samantha Chocktoot, declare as follows:

1. I am over 62 years of age. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I owned a mobile home and rented a space at the Acres of Paradise Mobile Home Park in Paradise, California. I had lived in Paradise since early 2000 before the fire.

3. On that morning, I received no notice that the fire was approaching. I heard pounding on my back door.  The woman said there is a fire coming my way. My neighbor said, "come on let's go…we need to get out of here now."  I saw flames coming out behind her trailer. We got to the road and could see flames everywhere.

4. I tried to get my cat to evacuate with me, but I was not able to. When I got outside, the park was on fire.  The fire was moving so fast, and there were flames everywhere.  As we drove through the flames, it was as dark as dark can be. We barely escaped with our lives.

5. My home and belongings were completely destroyed as a result of the Camp Fire on November 8, 2018. I miss living in my neighborhood community. I felt secure with the people around me.

6. The events of that day still haunt me, and my life will not be the same. Fire scares the daylights out of me.  The neighbor had a BBQ the other day.  The smoke and the smell threw me into to a panic.

7. I got money from FEMA.  I bought a travel trailer in January.  I couldn't find a place to put it.  I now live in the back yard of a house in Los Molinos, in Tehama county.  I'm almost out of money.

8. Since the fire, I do not recall receiving a notice from PG&E that I could file a claim for my losses in the bankruptcy case. If they sent one to me, I did not see it. I did get a lot of junk mail and advertisements back then though. I don't get much of anything now.

9. While I was in a shelter in Gridley, there was a lot of talk and a lot of misinformation. I do not think I heard PG&E filed for bankruptcy. I was in shock for such a long time that I don't remember much that was said about this case.

10. Recently, in August of this year, my cousin informed me that I could pursue a claim against PG&E and recover for the losses I sustained in the fire.  If it were not for my cousin, I would not have learned about the cutoff date to file a claim.

11. I'm sure there are many other fire victims who like me had no idea of their ability to recover their losses or what was going on with PG&E. I did not have insurance for my home or possessions. This case is my only opportunity to recover some of what I lost.

12. I'm submitting this declaration because I want to help people. All the other fire survivors should have the same chance that I now have. I'm asking the court to let them in.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October 2019 in Los Molinos, California.

*Samantha Chocktoot*

Samantha Chocktoot