Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                         **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF ELIZABETH DAVIS IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:    November 13, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br>Objection Deadline: November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Bankr. Case No. 19-30088-DM <br><br> **DECLARATION OF ELIZABETH DAVIS IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** <br><br> Date: TBD <br> Time: TBD <br> Place: United States Bankruptcy Court <br>　　　　Courtroom 17, 16th Floor <br>　　　　San Francisco, CA 94102 |

I, Elizabeth Davis, declare as follows:

1. I am 91 years of age. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I owned a mobile home and rented a space at the Sherwood Mobile Home Park in Paradise, California. My home and possessions were completely destroyed in the

Camp Fire on November 8, 2018.

3. At 9:30 in the morning, the manager knocked on the door and told me to get out because the fire was coming. It was pitch black even thought it was morning. I grabbed my dog, Tinkerbell, and got into the car. There were flames on both sides. I saw cars on the side of the road on fire, and the traffic was so bad. I was only going five miles per hour. I drove through the flames on the road. Now, I don't want to drive anymore. I had to flee for my life, and I feel fortunate that I made it out alive.

4. Before the fire, I was independent. My life was uprooted and will never be the same. I live with my daughter now in Napa, California.

5. I had insurance on my mobile home at the time of the fire. However, my coverage was not enough to purchase another home, let alone replace my belongings. In my discussions with my insurer, the adjuster never disclosed that the insurance companies are seeking reimbursement from PG&E for the payments made to me and other fire victims. The insurance adjuster never told me that I had a right to seek compensation from PG&E. I am underinsured, and my claim is still open.

6. I do not recall ever receiving any notice from PG&E about filing a claim before the deadline or that there was money available to compensate me for my losses. I have been a PG&E customer for as long as I can remember, and I know what the PG&E envelope looks like. I don't think there was anything about my rights in any of their billing statements.

7. I thought I wasn't a victim because I got out alive. I never received any information that PG&E has billions of dollars available. I thought I was not qualified to make a claim.

8. I later found out PG&E went bankrupt. I also thought bankruptcy meant no money.

9. In August 2019, my daughter and I contacted a lawyer. I submit this declaration in the hopes that others in my situation will have more time to understand their rights,

as well.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2019 in Napa, California.

*Elizabeth Davis* (signature)
Elizabeth Davis