Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                **Debtors.**<br><br>□ Affects PG&E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MARJORIE EVERIDGE IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:     November 13, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>             Courtroom 17, 16th Floor<br>             San Francisco, CA  94102<br>Objection Deadline:  November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankr. Case No. 19-30088-DM |
| **PG&E CORPORATION** | **DECLARATION OF MARJORIE EVERIDGE IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Date: TBD |
| | Time: TBD |
| **Debtors.** | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

I, Marjorie Everidge, declare as follows:

1. I am 82 years old. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I owned five properties in Glen Ellen, California, one of which was my residence on O'Donnell Lane. All five properties were completely destroyed by the Nuns Fire on

1

October 8, 2017.

3. My family moved to Glen Ellen in 1952. I have spent 65 years building my life here.

4. On the night of the fire, my daughter-in-law called at 12:15am and told us to evacuate. My husband Archie and I grabbed a few things and left. We called our renters and told them to do the same. We spent the next two nights in a parking lot. After we evacuated, my son David came to the house to look for us. When he got there, he saw our house on fire and had no idea if we were inside. We couldn't speak to him until two days later to let him know we were alive.

5. In total, I lost four homes, a separate three-car garage, my mother's precious heirlooms, as well as the tragic loss of 53 trees. I also lost my tenants and the rental income. My spouse Archie is an artist. He lost his artwork and supplies. We lost everything that we built together over the years.

6. I had insurance at the time of the fire. The coverage is nowhere near sufficient to replace what we lost. We can only afford to rebuild one of the four houses. But we are going to do what we can. Even when we are done, it will just be a house and not truly our home.

7. Until recently, I thought that since I had insurance coverage, I could not bring a claim against PG&E for my losses. In all my discussions with the adjusters, they never disclosed that the insurance companies were trying to get reimbursed by PG&E for the payments made under my policy. Then I found out that PG&E has agreed to pay them $11 billion.

8. I also thought the fire was caused by the wind.

9. I do not recall receiving any notice from PG&E regarding the bankruptcy or my right to submit a claim. Fortunately, I heard through word of mouth from my neighbors about the claims process and that I might be able to recover some of my losses. I decided to contact an attorney. This is the only reason I knew that I could participate and make a claim in the bankruptcy.

2

10. We are living in a 420-square-foot room near our lot. The insurance company is still giving me a hard time just to receive my basic coverage payments. If PG&E isn't bankrupt and it's planning to pay billions of dollars to the insurance companies, I am only seeking my fair share of the pot.

11. If not for the advice of my friends, I would have missed the upcoming deadline to file my claim in the bankruptcy and the only real chance my husband and I have to rebuild our lives. My neighbors need more time to understand the process, so they don't get left behind.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October, 2019 in Glen Ellen, California.

*Marjorie P Everidge*
Marjorie Everidge

3