Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:      310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF BROOKE GARDNER IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:   November 13, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA  94102<br>Objection Deadline:  November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

   **-and-**

**PACIFIC GAS AND ELECTRIC COMPANY,**

               **Debtors.**

Bankr. Case No. 19-30088-DM

**DECLARATION OF BROOKE GARDNER IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE**

Date: TBD
Time: TBD
Place: United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

I, Brooke Gardner, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. Before the Camp Fire, I rented a home on Purdue Court in Magalia, California. I had lived in Magalia my whole life until the fire, nearly 30 years.

3. The morning of the fire, my husband and I were working from home. I saw smoke and billows outside. There were high winds. We started to pack essentials, and I called my sister and told her to get out. My husband went to check on an elderly neighbor. He saw the smoke closing in on our home, and we fled with our two young children (3-year-old son and 10-month-old daughter).

4. We tried to go to south to Paradise. We didn't realize the fire was there. The roads were blocked so we turned around to go north. We were low on gas and it took us an hour to refuel. Cars were running into each other, and the gas station was chaos. The fire was a ¼ mile away. While we were waiting for gas, we saw the smoke coming towards us. We thought we would have to ditch the car and make a run for it with our children.

5. We decided to take a small dirt road that I knew about. We slowly inched our way to Chico. From the time we left until the time we got to Chico, it took 6 hours for us to get to safety. We barely escaped. I thought I was going to lose my children and my life. My family and I are still dealing with the emotional trauma, not to mention the financial difficulties.

6. The home and all our possessions were completely destroyed, except for the few items we kept in storage. Immediately before the fire, we had begun the process of remodeling the home at our own expense. We had just canceled our renter's insurance because we were preparing to purchase the home. We then decided not to for reasons unrelated to the fire. But when the fire struck, we were still renters, and we have no insurance coverage to pay for our losses.

7. Following the fire, we were unable to afford housing anywhere in California. We were forced to relocate over 500 miles away in late November and now live in Caldwell, Idaho. It was very hard to move away from all our good friends and family and the community I lived in for my entire life.

8. I was also forced to resign from my job. Currently, I'm out of work.

9. I do not recall ever receiving notice from PG&E about the bankruptcy or the claims process. I had no idea that I was even entitled to file a claim. I thought bankruptcy meant the case was over.

10. A close friend of mine called to tell me that I was eligible to file a claim. If it wasn't for her, I would not have learned of my rights. She encouraged me to file. I learned that renters are eligible, and there is money available to compensate my family and the other fire survivors for our losses. I didn't learn any of this from PG&E. I certainly never received any communication from PG&E telling me that there is money available to pay for my losses in the bankruptcy.

11. I am afraid there are many people in my position who do not know they can recover their losses by filing a claim. I am also afraid that they do not know about the deadline coming up.

12. I'm afraid many people in my position will not get the information in time.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2019 in Caldwell, Idaho.

*Brooke Gardner*

Brooke Gardner