Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                  Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF PATRICIA GARRISON IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:    November 13, 2019<br>Time:    9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102<br>Objection Deadline: November 6, 2019 |

Thomas Tosdal (SBN 67834)
Tosdal Law Firm
777 S. Highway 101
Ste. 215
Solana Beach, CA 92075
(858) 877-0223
tom@tosdallaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankr. Case No. 19-30088-DM |
| **PG&E CORPORATION** | **DECLARATION OF PATRICIA GARRISON IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Date: TBD |
| | Time: TBD |
| **Debtors.** | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

I, Patricia Garrison, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I was a resident of Paradise, California, for three decades before the Camp Fire destroyed the town and neighboring communities. The fire destroyed my home and possessions as

well as the homes and possessions of 25 of my immediate and extended family members. My daughter and her family were almost killed by the fire; she said "Good-bye" to my husband and me on the phone but she miraculously survived.

3. Before my retirement, I served as an educator in the Oroville City Elementary School District in Oroville, California, most recently as the Principal of the Stanford Elementary School. My husband, Kirk Trostle, is a member of the Tort Claimants Committee and the former Chief of Police of the cities of Chico and Oroville, which are near Paradise.

4. My husband and I were first displaced to Anderson, California, which is an hour and a half drive from Paradise. Recently, we moved into a 400 square foot apartment in Paradise. I have kept in touch with former residents in person, on the phone, and by social media.

5. From my conversations with fire victims of the Camp Fire, I have noticed that there are many common misunderstandings and gaps of information that reflect their understanding of the bankruptcy.

- Some fire victims do not understand why they should file a proof of claim in this bankruptcy; they do not understand the benefits of filing a proof of claim.

- Some fire victims have not received a proof of claim form; often because they have been displaced and are no longer receiving mail at their former address.

- Some fire victims have stated the information regarding the proof of claim is lost among the many flyers, emails, and post cards they are receiving from marketing law offices.

- Some fire victims believe that there is no point in filing a claim because PG&E is bankrupt and has no money to give them.

- Some fire victims believe that they are not entitled to make a claim if they received any money from their insurance company.

- Some fire victims believe that they can file a claim if they lost their home, but are unaware of other claims that are recoverable such as emotional distress.

- Other fire victims believe that if they were renting, they do not have a claim to make.

- Some fire victims do not know that if they were uninsured or underinsured they can still make a claim.

6. There are thousands of people who need information and time to make an informed participation decision based upon facts and the truth.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October, 2019 in Hemet, California.

*Patricia Garrison*
Patricia Garrison

*Patricia Garrison*