Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:  628.208.6434
Facsimile:   310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF DR. SCHEHERAZADE SHAMSAVARI IN SUPPORT MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE**<br><br>Date:   November 13, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA  94102<br>Objection Deadline:  November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorneys for Declarant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankr. Case No. 19-30088-DM |
| **PG&E CORPORATION** | **DECLARATION OF DR. SCHEHERAZADE SHAMSAVARI IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Date: TBD |
| **Debtors.** | Time: TBD |
| | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

I, Scheherazade Shamsavari, declare as follows:

1. I am 71 years old. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I am a registered art therapy practitioner, a children's ambassador to Mexico, an

1

1. author, and a PhD. I have served on the boards of various national charities.
3. As a widow nearing retirement age, dealing with the aftermath of the Tubbs Fire has been simply overwhelming.
4. At the time of the Tubbs Fire on October 8, 2017, I was almost finished building my dream home on Skyfarm Drive in Santa Rosa, California. The house was 90% complete, and I was two months away from moving in. The fire completely destroyed the house, the mature oak trees on my lot, and the entire Fountaingrove neighborhood.
5. My home was insured. I have been a customer with the same insurance company for 45 years. I thought the insurance company would take care of me when I needed them. But I have had to fight with the adjusters every step of the way just to receive my basic coverage payments. My claim is still open two years later. I recently learned that I am significantly underinsured. In all my discussions with adjusters, however, they never told me that I could pursue recovery for my losses from PG&E. They never informed me that the insurance companies were already negotiating a settlement with PG&E for $11 billion in reimbursement for the payments made under my policy and those of the other fire survivors.
6. I did not understand my legal rights against PG&E until recently. After the fire, I was caring for my aging parents, trying to rebuild my home amid the skyrocketing construction costs, and struggling with my insurer, all on my own. I had heard that some people were suing PG&E, but I didn't think I had the energy to bring a lawsuit and go to court. I thought that it would be too much.
7. I also heard that victims of the Tubbs Fire, such as myself, were not eligible for compensation anyway.
8. I do not recall receiving any notice from PG&E that I have the right to pursue a claim in the bankruptcy proceeding or that the deadline to do so is quickly approaching.
9. I regularly drive from Santa Rosa to Novato on Highway 101. I have never seen a

PG&E billboard about the bankruptcy or the claim deadline.

10. Thankfully, a close friend consulted an attorney and she suggested that I do the same. Had it not been for her, I would not have known to speak with an attorney or learned that I could recover my losses from PG&E in this case.

11. I want to help other people like me get the information they need before they are left out.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October, 2019 in Santa Rosa, California.

*Scheherazade Shamsavari*
Scheherazade Shamsavari, Ph.D., ATR