Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                            **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF STEVEN THOMAS IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE** <br><br> Date: November 13, 2019 <br> Time: 9:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br>         Courtroom 17, 16th Floor <br>         San Francisco, CA 94102 <br> Objection Deadline: November 6, 2019 |

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com
gskikos@skikos.com
mskikos@skikos.com

*Attorney for Declarant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankr. Case No. 19-30088-DM |
| **PG&E CORPORATION** | **DECLARATION OF STEVEN THOMAS IN SUPPORT OF MOTION TO EXTEND CLAIMS BAR DATE** |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Date: TBD<br>Time: TBD |
| **Debtors.** | Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Steven Thomas, declare as follows:

1. I am 56 years old. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I owned my home on O'Donnell Lane in Glen Ellen, California. My property had two homes – the main house and a rental. Both houses were completely destroyed by

1

the Nuns Fire that occurred on October 8, 2017.

3. On the night of the fire, I went to bed at 11:00pm. At around 1:30am, my tenant from the rental unit came pounding on my bedroom window saying we had to evacuate. My spouse and I left without taking anything – no passports, no belongings. We drove to the Safeway parking lot in Sonoma. We saw fire 360 degrees all around us. At 6:00am, we drove back home. When we got there, we could only stand and watch as both houses on our property were totally engulfed in flames. It was surreal.

4. As a result of the fire, I lost two homes, my cat, and a lifetime of possessions. I also lost a good tenant and the income from my rental property. My lot sits along Sonoma Creek. The trees are still dying off two years later.

5. I have spent the past two years trying to recover from this disaster. I have logged countless hours dealing with my insurance company, mortgage lender, and building contractor. Given the shortfall in my insurance coverage, I can only afford to rebuild one of the homes that I lost in the fire. Many of my neighbors are in the same situation. They are tired of fighting all these battles and I'm afraid they are going to give up.

6. After the fires, I saw advertisements about all the safety measures PG&E was taking to protect us from another disaster, but I never saw any communications from PG&E about how their equipment started the fires in the first place.

7. I did not know I could recover damages from PG&E, especially after the company filed for bankruptcy. I recall receiving a claim form in the mail, but I did not understand the significance and probably thought it was junk mail.

8. Fortunately, I learned about the claims process and my rights in the bankruptcy from a Q&A that one of my neighbors wrote. It cleared up a lot of misconceptions I had about the case. If I had not received her email, I would not have understood my rights as a creditor, that PG&E has money available to pay claims, that I would not be taking money away from other fire survivors or rate payers if I pursued my claim,

2

and that I needed to act before the October 21st deadline.

9. My insurance company required that I sign a letter acknowledging its "subrogation rights" in my policy. I did not know exactly what this meant, but thought I had to sign. My insurer never explained that it was making a claim against PG&E for my losses.

10. A few weeks ago, I read that PG&E has agreed to pay the insurance companies $11 billion in reimbursement. I was shocked. If PG&E has tens of billions of dollars, it should go to all these fire victims who are in desperate need of help to put their lives back together.

11. My neighbors and I are not litigious. We do not want to be victims. We do not want to be defined by the fire. We want to put this experience behind us. But we should not have to sit on the sidelines while investors step in ahead of us and profit.

12. I am providing this declaration because I only recently obtained the facts and information necessary to understand my rights in this bankruptcy. The other members of my community should be afforded the same opportunity.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October, 2019 in Glen Ellen, California.

                                                                 Steven Thomas