Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **MOTION TO FILE REDACTED DECLARATION OF JAMES DRINKHALL IN SUPPORT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date: November 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**"), by and through its undersigned counsel, hereby submits this motion ("**Redaction Motion**") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* (the "**Local Procedures**") for entry of an order authorizing the TCC to file a redacted Declaration of James Drinkhall ("**Drinkhall Declaration**") in Support of the TCC's motion to extend the bar date ("**Bar Date Motion**").

In support of this Redaction Motion, the TCC submits the Declaration of David J. Richardson filed contemporaneously herewith. A proposed form of order granting the relief requested herein is annexed as **Exhibit A**.

## MEMORANDUM AND POINTS OF AUTHORITIES

### I. JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This Redaction Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

### II. BASIS FOR RELIEF REQUESTED

Section 105(a) of the Bankruptcy Code allows a court to "issue any order . . . that is necessary or appropriate to carry out the provisions of the title." 11 U.S.C. § 105(a). Section 107(c) further provides that a court may "protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property: (A) Any means of identification . . . ." The Bankruptcy Rules similarly authorize the Court to "require redaction of additional information" for cause. Bankruptcy Rule 9037.

Finally, Local Procedures require that a request to redact portions of a document be narrowly tailored to sealable materials. *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents*.

The TCC seeks to redact the names of the individual fire victims whose stories are related in the Drinkhall Declaration. These names are being redacted to avoid disturbing individual fire victims' privacy. These fire victims provided detailed private information pertaining to certain impairments that have constrained their respective ability to comply with the claims bar date in these Cases, and have shared such private information for the benefit of all fire victims. Their individual identity is not relevant or necessary for the general public to understand the points made in the Bar Date Motion. Contemporaneously herewith, the TCC is sending a confidential unredacted Drinkhall Declaration to the Debtors.

### III. NOTICE

Notice of this motion is being provided in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered on May 14, 2019 [Docket No. 1996].

**WHEREFORE**, the TCC respectfully requests that the Court grant the Redaction Motion and allow the TCC to file the redacted Drinkhall Declaration.

Dated: October 18, 2019

BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
      David J. Richardson

*Counsel for The Official Committee of Tort Claimant*