Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF DAVID J. RICHARDSON IN SUPPORT OF MOTION TO FILE REDACTED DECLARATION OF JAMES DRINKHALL IN SUPPORT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE** |

DAVID J. RICHARDSON, under penalty of perjury, declares:

1. I am Counsel at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases.

2. I submit this Declaration in support of the TCC's motion ("**Redaction Motion**") for entry of an order authorizing the filing of the redacted declaration of James Drinkhall ("**Drinkhall Declaration**") in support of the TCC's Motion Pursuant to 11 U.S.C. §§ 105(A) and 501 and Fed. R. Bankr. P. 3003(C) for Entry of an Order Extending the Bar Date ("**Bar Date Motion**").

3. After individuals' attorneys brought facts and declarations to the TCC this month concerning various impairments and circumstances that have prevented individual claimants from filing claims prior to the claims bar date, lead trial counsel for the TCC conducted his own investigation by traveling this past weekend to the FEMA emergency housing site for Camp Fire survivors, together with investigator James Drinkhall ("**Drinkhall**"), where they interviewed survivors and corroborated the facts described in the victims' Declarations.

4. The Drinkhall Declaration contains the names and stories of these individual fire victims that Drinkhall interviewed, but also includes certain personal information that is relevant to the nature of the impairments discussed in the Bar Date Motion, but should be protected from disclosure with connection to their identities. These individuals' names and identities are unnecessary for the general public to understand the scope of the problem identified in the Bar Date Motion.

5. Contemporaneously herewith, the TCC is transmitting and unredacted copy of the Drinkhall Declaration to the Debtors.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Dated: Los Angeles
October 16, 2019      /s/ *David J. Richardson*
                      David J. Richardson