Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | **NOTICE OF FILING OF MOTION TO FILE REDACTED DECLARATION OF JAMES DRINKHALL IN SUPPORT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF AN ORDER EXTENDING THE BAR DATE** |
| ☐ Affects PG&E Corporation  <br>☐ Affects Pacific Gas and Electric Company  <br>■ Affects both Debtors  <br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:  November 13, 2019  <br>Time:  9:30 a.m. (Pacific Time)  <br>Place:  United States Bankruptcy Court  <br>Courtroom 17, 16th Floor  <br>San Francisco, CA 94102  <br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on October 18, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed a motion (the "**Redaction Motion**") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California* for an entry of an order granting the TCC's request to file a redacted declaration of James Drinkhall. In support of this Redaction Motion, the TCC also filed the Declaration of David J. Richardson contemporaneously therewith.

Dated: October 18, 2019

                                          BAKER & HOSTETLER LLP

                                          By: */s/ David J. Richardson*
                                                   David J. Richardson

                                          *Counsel for The Official Committee of Tort Claimant*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO