HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**TIGER NATURAL GAS INC.'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2019<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 13, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Dennis of United States Bankruptcy Court, Northern District of California located at 450 Golden Gate Avenue, San Francisco,

#71010010_v1

1
NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY NO. 19-30089 (DM)

| | |
|---|---|
| 1 | California, 16th Floor, Courtroom 17, Tiger Natural Gas, Inc. ("Tiger"), will and hereby does |
| 2 | move the Court for relief from the automatic stay. |
| 3 | |
| 4 | DATED: October 18, 2019 |
| 5 | Respectfully submitted, |
| 6 | HOLLAND & KNIGHT LLP |
| 7 | By: /s/ *Leah E. Capritta* |
| 8 | Leah E. Capritta |
| 9 | *Attorneys for Tiger Natural Gas, Inc.* |

#71010010_v1