HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**TIGER NATURAL GAS INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2019<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Tiger Natural Gas, Inc.'s ("Tiger") respectfully asks that the Court take judicial notice of documents from the case styled

#71000727_v1

1

TIGER'S REQUEST FOR JUDICIAL NOTICE RE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY                NO. 19-30089 (DM)

*Tiger Natural Gas, Inc. v. Pacific Gas and Electric Company et al.*, Case No. 4:16-CV-0671-JSW, currently pending in the District of Northern California (the "District Court Case"), listed below in connection with Tiger's concurrently-filed Motion for Relief from the Automatic Stay:

    Exhibit 1: Tiger's Complaint;

    Exhibit 2: Minute Entry Regarding Initial Case Management Conference;

    Exhibit 3: Order Denying Defendant's Motion for Temporary Stay or Extension of Time to Complete Limited Discovery;

    Exhibit 4: Order on Discovery Dispute Regarding Requests for Production of Documents;

    Exhibit 5: Order Granting Motion to Extend Fact Discovery Deadline;

    Exhibit 6: Order Regarding Discovery Dispute; and

    Exhibit 7: Case docket.

    Fed. R. Evid. 201 allows district courts to take judicial notice of facts that are either generally known within their territorial jurisdiction, or that can be accurately and readily determined from sources whose accuracy cannot reasonably be questions. The rule allows courts to take judicial notice of court filings and other matters of public record. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F. 3d 741, 746 n. 6 (9th Cir. 2006).

    Tiger requests this Court take judicial notice of court documents in the District Court Case. These documents are appropriate subjects of a Request for Judicial Notice because they are publically available, readily available on Pacer.gov, and there can be no question as to their authenticity. Accordingly, Tiger requests that the Court take judicial notice of Exhibits 1–7, which are attached as exhibits to the Declaration of Leah E. Capritta filed in support of Tiger's Motion for Relief from the Automatic Stay.

Dated: October 18, 2019        HOLLAND & KNIGHT LLP

                                    By:    /s/ *Leah E. Capritta*
                                          Leah E. Capritta

                                    *Attorneys for Tiger Natural Gas, Inc.*

#71000727_v1        2
TIGER'S REQUEST FOR JUDICIAL NOTICE RE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY    NO. 19-30089 (DM)

Case: 19-30088   Doc# 4322-4   Filed: 10/18/19   Entered: 10/18/19 18:29:08   Page 2 of 3

| | |
|---|---|
| 1 | |
| 2 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |