HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

Charles L. Coleman III (65496)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
E-mail: charles.coleman@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: November 13, 2019<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

1

I, Philip Dobbs, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, CA 94111.

2. I certify that on October 18, 2019, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **RELIEF FROM STAY COVER SHEET**
- **TIGER NATURAL GAS INC.'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
- **TIGER NATURAL GAS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **DECLARATION OF LEAH E. CAPRITTA IN SUPPORT OF TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed at San Francisco, California.

Dated: October 18, 2019

By: _/s/ Philip Dobbs_
Philip Dobbs