1  HOLLAND & KNIGHT LLP
   Thomas D. Leland (Pro Hac)
2  Leah E. Capritta (Pro Hac)
   1801 California Street, Suite 5000
3  Denver, Colorado 80202
   Telephone: (303) 974-6660
4  Fax: (303) 974-6659
   Email: thomas.leland@hklaw.com
5  leah.capritta@hklaw.com

6  HOLLAND & KNIGHT LLP
   Vince Farhat (SBN 183794)
7  400 South Hope Street, 8th Floor
   Los Angeles, CA 90071
8  Telephone: (213) 896-2400
   Facsimile: (213) 896-2450
9  Email: vince.farhat@hklaw.com

10
   Attorneys for
11 UNITED ENERGY TRADING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**UNITED ENERGY TRADING, LLC'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:　November 13, 2019<br>Time:　10:00 AM<br>Judge:　Hon. Dennis Montali<br>Ctrm:　17 |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 13, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Dennis of United States Bankruptcy

#71009905_v1

1

NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY　　　　　　NO. 19-30089 (DM)

Court, Northern District of California located at 450 Golden Gate Avenue, San Francisco, California, 16th Floor, Courtroom 17, United Energy Trading, LLC ("UET"), will and hereby does move the Court for relief from the automatic stay.

DATED: October 18, 2019

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        By:   /s/ *Leah E. Capritta*
                Leah E. Capritta

        *Attorneys for United Energy Trading, LLC*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

#71009905_v1

NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

3