HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for
UNITED ENERGY TRADING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**UNITED ENERGY TRADING, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:    November 13, 2019<br>Time:   10:00 AM<br>Judge:  Hon. Dennis Montali<br>Ctrm:   17 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, United Energy Trading, LLC ("UET") respectfully asks that the Court take judicial notice of documents from the case styled *United Energy Trading, LLC v. Pacific Gas and Electric Company, et al.*, Case No. 3:15-CV-

02383 (RS), currently pending in the District of Northern California (the "District Court Case"), listed below in connection with UET's concurrently-filed Motion for Relief from the Automatic Stay:

Exhibit 1: Second Amended Complaint;

Exhibit 2: Order Regarding Motions for Partial Summary Judgment;

Exhibit 3: Order Denying UET's Motion to Exclude & PG&E's Motion to Exclude;

Exhibit 4: Further Joint Case Management Statement; and

Exhibit 5: Case docket.

Fed. R. Evid. 201 allows district courts to take judicial notice of facts that are either generally known within their territorial jurisdiction, or that can be accurately and readily determined from sources whose accuracy cannot reasonably be questions. The rule allows courts to take judicial notice of court filings and other matters of public record. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F. 3d 741, 746 n. 6 (9th Cir. 2006).

UET requests this Court take judicial notice of court documents in the District Court Case. These documents are appropriate subjects of a Request for Judicial Notice because they are publically available, readily available on Pacer.gov, and there can be no question as to their authenticity. Accordingly, UET requests that the Court take judicial notice of Exhibits 1–5, which are attached as exhibits to the Declaration of Leah E. Capritta filed in support of UET's Motion for Relief from the Automatic Stay.

Dated: October 18, 2019          HOLLAND & KNIGHT LLP

By:      /s/ *Leah E. Capritta*
       Leah E. Capritta

*Attorneys for United Energy Trading, LLC*

1
2
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28