1  HOLLAND & KNIGHT LLP
   Thomas D. Leland (Pro Hac)
2  Leah E. Capritta (Pro Hac)
   1801 California Street, Suite 5000
9  Denver, Colorado 80202
   Telephone: (303) 974-6660
10 Fax: (303) 974-6659
   Email: thomas.leland@hklaw.com
11 leah.capritta@hklaw.com

12 Charles L. Coleman III (65496)
   50 California Street, Suite 2800
13 San Francisco, CA 94111
   Telephone: (415) 743-6900
14 Fax: (415) 743-6910
   E-mail: charles.coleman@hklaw.com

15
   Attorneys for
16 UNITED ENERGY TRADING, LLC

17

18                    **UNITED STATES BANKRUPTCY COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

21
   In re                           )   CASE NO. 19-30088 (DM)
22                                  )
   PACIFIC GAS AND ELECTRIC         )   Chapter 11
23 COMPANY,                         )
                                    )   CERTIFICATE OF SERVICE
24        Debtor.                   )
                                    )
25                                  )   Date:  November 13, 2019
                                    )   Time:  10:00 AM
26                                  )   Judge: Hon. Dennis Montali
                                    )   Ctrm:  17
27                                  )
                                    )
28                                  )

                                    1

I, Philip Dobbs, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, CA 94111.

2. I certify that on October 18, 2019, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **RELIEF FROM STAY COVER SHEET**
- **UNITED ENERGY TRADING, LLC'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **UNITED ENERGY TRADING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
- **UNITED ENERGY TRADING, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **DECLARATION OF LEAH E. CAPRITTA IN SUPPORT OF UNITED ENERGY TRADING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed at San Francisco, California.

Dated: October 18, 2019

By: /s/ Philip Dobbs
Philip Dobbs

# EXHIBIT A
Notice Parties Service List Served as set forth below:

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Rachael Foust, Jessica Liou, Matthew Goren | 767 Fifth Avenue New York, NY 10153-0119 | stephen.karotkin@weil.com rachael.foust@weil.com jessica.liou@weil.com matthew.goren@weil.com | Email |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | 650 California Street, Suite 1900 San Francisco, CA 94108 | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com | Email |
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street P.O. Box 770000 San Francisco, CA 94105 | | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq | 450 Golden Gate Avenue 5th Floor, Suite #05-0153 San Francisco, CA 94102 | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards New York, NY 10001-2163 | ddunne@milbank.com skhalil@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park E, 33rd Floor Los Angeles, CA 90067 | Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com | Email |
| Fee Examiner | | Attn: Bruce A. Markell | 541 N. Fairbanks Court, Suite 2200 Chicago, IL 60611-3710 | bamexampge@gmail.com pge@legaldecoder.com traceyrgallegos@gmail.com | Email |
| Counsel to Fee Examiner | Scott H. McNutt | Scott H. McNutt | 324 Warren Road San Mateo, CA 94402 | smcnutt@ml-sf.com | Email |