# EXHIBIT A

## COMPONSATION BY PROFESSIONAL
## AUGUST 1, 2019 THROUGH AUGUST 31, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 300.80 | $447,520.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 21.00 | $33,600.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 65.10 | $104,160.00 |
| Slack, Richard W. | Litigation | 1987 | $1,225.00 | 47.50 | $54,633.75 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 16.40 | $26,240.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 38.20 | $61,120.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 5.80 | $8,265.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 132.60 | $141,852.50 |
| Schrock, Ray C. | BFR | 1998 (IL) | $1,550.00 | 32.20 | $49,910.00 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 10.50 | $11,812.50 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 275.70 | $267,030.00 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 14.10 | $14,805.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 170.80 | $174,741.25 |
| Mishkin, Jessie B. (Counsel) | Litigation | 2007 | $1,050.00 | 10.70 | $11,235.00 |
| **Total Partners and Counsel:** | | | | **1,141.40** | **$1,406,925.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 26.20 | $15,720.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 16.70 | $16,616.50 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 192.80 | $177,657.25 |
| Silber, Gary | Tax | 2011 | $995.00 | 55.90 | $55,620.50 |
| Bitter, Blake | Tax | 2011 (VA) | $980.00 | 91.10 | $89,278.00 |
| Golster, Jonathan | Corporate | 2011 | $875.00 | 1.00 | $875.00 |
| Nersesyan, Yelena | Corporate | 2011 | $875.00 | 2.10 | $1,837.50 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 57.40 | $57,113.00 |
| Minga, Jay | Litigation | 2013 | $950.00 | 62.50 | $59,375.00 |
| Nikic, Nicholas G. | Corporate | 2013 | $790.00 | 5.30 | $4,187.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 53.00 | $50,350.00 |
| Gwen, Daniel | BFR | 2014 | $950.00 | 15.60 | $14,820.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 137.30 | $94,737.00 |
| Cohen, Dori Y. | Litigation | 2015 | $920.00 | 1.00 | $920.00 |
| Engelmyer, Lauren | Litigation | 2015 | $920.00 | 10.60 | $9,752.00 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 95.00 | $83,125.00 |
| Pitcher, Justin R. | BFR | 2016 (UT) | $790.00 | 4.40 | $3,476.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 30.80 | $24,332.00 |
| Steel, Patrick M. | BFR | 2017 | $790.00 | 94.30 | $74,497.00 |
| McGrath, Colin | Litigation | 2017 | $690.00 | 82.00 | $56,580.00 |
| McNulty, Shawn C. | Litigation | 2017 | $690.00 | 2.90 | $2,001.00 |
| Zangrillo, Anthony | Corporate | 2018 | $690.00 | 11.70 | $8,073.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 59.50 | $41,055.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 70.50 | $44,160.00 |
| Gordan, Anna C. | Litigation | 2018 | $690.00 | 38.50 | $23,736.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 175.40 | $97,020.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $560.00 | 4.80 | $2,688.00 |
| Roarty, Charles | Tax | 2018 | $560.00 | 10.50 | $5,880.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 24.40 | $13,664.00 |

---

[2] BFR – Business Finance & Restructuring

| Evans, Steven | Litigation | 2019 | $560.00 | 7.30 | $4,088.00 |
| Sonkin, Cliff | BFR | * | $560.00 | 37.40 | $20,944.00 |
| **Total Associates:** | | | | **1,477.90** | **$1,154,177.75** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $420.00 | 6.70 | $2,814.00 |
| Fabsik, Paul | BFR | $375.00 | 2.90 | $1,087.50 |
| Ting, Lara | Litigation Support | $360.00 | 7.10 | $2,556.00 |
| Chan, Herbert | Litigation | $355.00 | 3.80 | $1,349.00 |
| Altman-DeSole, Jacob | BFR | $240.00 | 2.30 | $552.00 |
| Keschner, Jason | BFR | $240.00 | 1.40 | $336.00 |
| Peene, Travis J. | BFR | $240.00 | 34.80 | $8,352.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **59.00** | **$17,046.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,232.63 | 1,141.40 | $1,406,925.00 |
| Associates | $780.96 | 1,477.90 | $1,154,177.75 |
| Paraprofessionals and Other Non-Legal Staff | $288.92 | 59.00 | $17,046.50 |
| **Blended Attorney Rate** | **$977.78** | | |
| **Total Fees Incurred:** | | **2,678.30** | **$2,578,149.25** |

---

[3] BFR – Business Finance & Restructuring