**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 12.50 | $9,804.00 |
| 003 | Automatic Stay | 64.00 | $56,050.50 |
| 004 | Bankruptcy Litigation | 298.50 | $265,446.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 111.90 | $107,348.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 20.30 | $11,799.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 395.40 | $439,677.50 |
| 009 | Communications with Client | 8.60 | $8,072.50 |
| 010 | Corporate Governance and Board Issues | 74.70 | $88,896.00 |
| 011 | Customer, Supplier and Vendor Issues | 8.80 | $8,116.50 |
| 013 | Disclosure Statement | 110.60 | $88,247.50 |
| 014 | Employee Issues | 202.00 | $186,472.00 |
| 015 | Equity Committee | 1.20 | $1,250.00 |
| 016 | Exclusivity | 88.70 | $101,535.00 |
| 017 | Executory Contracts/Lease Issues | 126.20 | $95,572.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 108.40 | $100,247.00 |
| 019 | Hearings and Court Matters | 174.40 | $199,856.00 |
| 020 | Legislative Issues/Inverse Reform | 10.20 | $11,427.50 |
| 021 | Non-Bankruptcy Litigation | 0.30 | $168.00 |
| 022 | Non-Working Travel | 195.10 | $111,239.25 |
| 024 | Reclamation/503(b)(9) | 21.60 | $15,186.00 |
| 025 | Regulatory Issues including CPUC and FERC | 33.00 | $36,711.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 61.50 | $42,284.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 1.90 | $1,321.50 |
| 028 | Retention/Fee Application: Other Professionals | 23.40 | $17,421.50 |
| 029 | Schedules/Statement of Financial Affairs | 4.80 | $5,632.50 |
| 030 | Tax Issues | 337.60 | $381,180.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 3.80 | $3,901.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 4.70 | $3,754.00 |
| 035 | Real Estate and Real Property Issues | 81.90 | $80,670.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 81.00 | $88,528.00 |
| 037 | Insurance Issues | 11.30 | $10,333.50 |
| **Total:** | | **2,678.30** | **$2,578,149.25** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119