**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $32,073.09 |
| Court Reporting | $3,172.45 |
| Duplicating | $5,382.00 |
| Firm Messenger Service | $466.09 |
| Process Service | $365.49 |
| Meals | $2,052.93 |
| CourtCall | $175.00 |
| Transportation | $5,346.90 |
| Travel | $28,392.76 |
| **Total Expenses Requested:** | **$77,426.71** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119