

Signed and Filed: October 20, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>             Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANDREW H. MORTON *PRO HAC VICE*** |

Andrew H. Morton, whose address and telephone number are:

> Andrew H. Morton
> STOEL RIVES LLP
> 600 University Street, Suite 3600
> Seattle, WA 98101
> Telephone: 208.624.0900
> Facsimile: 206.386.7500
> E-mail: andrew.morton@stoel.com

and who is an active member in good standing of the bar of the State of Washington and the bar of the State of New York having applied in the above-entitled action for admission to practice in the

Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing Avangrid Renewables, LLC, et al.[1], Enel Green Power North America, Inc. et al. and Enel X[2], Capital Dynamics, Inc. et al.[3], FTP Power LLC, et al.[4], Gill Ranch Storage, LLC, Project Mustang[5], and sPower[6].

IT IS HEREBY ORDERED THAT the application of Andrew H. Morton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC, et al.: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.
[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc. et al. and Enel X: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC, and Rock Creek Hydro, LLC.
[3] This representation includes the following subsidiaries of Capital Dynamics, Inc., et al.: CA Flats Solar 130, LLC, CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, North Star Solar, LLC, and Solar Star California XIII, LLC.
[4] This representation includes the following subsidiaries of FTP Power LLC, et al.: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.
[5] This representation includes the following subsidiaries of Project Mustang: RE Mustang LLC, RE Mustang 3 LLC, and RE Mustang 4 LLC.
[6] This representation includes the following subsidiaries of sPower: Adera Solar, LLC, 65HK 8ME, LLC, 67RK 8ME, LLC, and 87RL 8ME, LLC.