Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
Diane Marger Moore, Esq. (*Pro Hac Vice*)
dmargermoore@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- **and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF JOINDER IN MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF ORDER EXTENDING THE BAR DATE**<br><br>**Date:** November 13, 2019<br>**Time:** 9:30 a.m. (Pacific Time)<br>**Place:** United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br>**Objection Deadline:** November 6, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Creditors Majesti Mai Bagorio, et al., hereby join in the motion of the Official Committee Of Tort Claimants pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. p. 3003(c) for entry of order extending the bar date [Docket #4292].

In addition to the grounds urged by the Official Committee Of Tort Claimants for extending the bar date to January 31, 2020 for fire victims to file proofs of claim, this court should note that people are still trying to cope with claims and claims adjusters, and coming to us as late as today. They had no clear warning about the deadlines since they were not represented. We have clients who were surprised to learn that they had little time left to file. The magnitude of the tragedy and the total displacement of people and their lives - many having lost their home and virtually everything they owned and cherished, some having been rendered homeless by loss of job in addition to loss of home -- has placed them at a disadvantage when it comes to trying to put their lives back together, on the one hand, and taking steps to protect their rights on the other.

Dated: October 21, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BAUM HEDLUND ARISTEI GOLDMAN

　　　　　　　　　　　　　　　　　　　　　　/S/ Ronald L.M. Goldman
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Ronald L.M. Goldman
　　　　　　　　　　　　　　　　　　　　　Diane Marger Moore, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditors,
　　　　　　　　　　　　　　　　　　　　　Majesti Mai Bagorio, et al.

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California 90024. On this day, October 19, 2019, I served the following document(s) in the manner described below:

**NOTICE OF JOINDER IN MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 501 AND FED. R. BANKR. P. 3003(c) FOR ENTRY OF ORDER EXTENDING THE BAR DATE**

✘ **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on October 21, 2019.

*Diane Marger Moore*
DIANE MARGER MOORE