LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Roger F. Liu (SBN 218345)
rliu@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888

Attorneys for Creditor
MCGUIRE AND HESTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**MCGUIRE AND HESTER'S
NOTICE OF PERFECTION OF LIEN
(11 USC §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

    You are hereby notified that McGuire and Hester (hereinafter "MH") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets, of $59,966.42, for labor, equipment, material, and services provided by MH, generally described as earthwork

1

**MCGUIRE AND HESTER'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)
Case: 19-30088    Doc# 4334    Filed: 10/21/19    Entered: 10/21/19 12:03:57    Page 1 of 2
S:\ALRDOCS\13776\1\00233739.DOCX

incorporated in and constituting improvements to the real property commonly known as 4940 Allison Parkway, Vacaville, California 95688. The purported owner of the property in question is Pacific Gas and Electric Company, 77 Beale Street, San Francisco, California 94105 and P.O. Box 997300, Sacramento, California 95899. MH furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, Turner Construction Company, 1211 H Street, Sacramento, California 95814. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien.

You are further notified that MH intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: October 21, 2019

LEONIDOU & ROSIN
Professional Corporation


By _____ */s/ A. Robert Rosin* _____
A. Robert Rosin
Attorneys for McGuire and Hester

2
**MCGUIRE AND HESTER'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)
S:\ALRDOCS\13776\1\00233739.DOCX

Case: 19-30088   Doc# 4334   Filed: 10/21/19   Entered: 10/21/19 12:03:57   Page 2 of 2