**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:     310.556.1802
Email:          *rsoref@polsinelli.com*

*Attorneys for Whitebox Multi-Strategy Partners, LP*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br>_____<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**JOINTLY ADMINISTERED)NOTICE OF CONTINUED PERFECTION OF MECHANICS LIENS PURSUANT TO 11 U.S.C. § 546(B)(2)** |

Whitebox Multi-Strategy Partners, LP ("**Whitebox**") hereby files its Notice of Continued Perfection of Mechanics' Liens Pursuant to 11 U.S.C. § 546(b)(2) (the "Notice") and in support thereof states as follows:

      1.    On January 29, 2019 (the "**Petition Date**"), the above-captioned debtors (the "**Debtors**") filed voluntary Chapter 11 bankruptcy petitions.

      2.    Before the Petition Date,  Steven C. Seegert d/b/a Seegert Construction (the "**Transferee Creditor**") provided excavation labor, services, equipment, and materials for works of improvement  ("Excavation Work") owned by Pacific Gas & Electric Company located in the

following counties, all of which are located in the State of California: Stanislaus, Glenn, Merced, Butte, Mendocino, Santa Clara, Santa Cruz, Monterey, and Sacramento ("collectively, the "Properties.")

3.      The Excavation Work performed and provided to Debtor by the Transferee Creditor is a "work of improvement" as defined under California Civ.Code § 8050(a).

4.      Under California Civ. Code §8414, a claimant other than a direct contractor may not enforce a lien unless the claimant records a claim of lien within the following time frames:

(a)     After the claimant ceases to provide work.

(b)     Before the earlier of the following time frames:

(1)     Ninety days after completion of the work of improvement.

(2)     Thirty days after the owner records a notice of completion or cessation.

5.      The Transferee Creditor recorded its claims of lien arising from the Excavation Work against the Properties (collectively, "Mechanic's Liens").

6.      On or about July 10, 2019  the Transferee Creditor transferred their claims arising from the Mechanic's Liens to Whitebox as evidenced by the multiple Transfer of Claim Other Than For Security filed in the above-captioned cases ("Mechanic's Lien Claims") [Dkt. No. 2919].

7.      Through the filing of this Notice, the amounts owing to Whitebox on account of the Mechanic's Lien Claims is at least $941,367.61, not including interest and other charges, with additional amounts accrued and owed after the filing of this Notice.

8.      The Transferee properly perfected the Mechanic's Liens pursuant to California Civil Code §§ 8400 *et. seq.* by timely recording its liens against the Properties in the above-named counties. *See* Cal. Civ. Code § 8412. An index of the Mechanic's Liens is attached as **Exhibit A** and true and correct copies of the Mechanic's Liens are collectively attached as **Exhibit B** to this Notice.[1]

---

[1]     To the extent that there is a discrepancy between this Notice, the index attached as Exhibit A, and the recorded Mechanic's Liens attached as Exhibit B, the recorded Mechanic's Liens documents shall control. Whitebox reserves the right to modify the liens, such as to increase or decrease the amount.

70916579.2

9. Pursuant to California Civil Code § 8460, an action to enforce a lien must be filed within 90 days after recordation of the lien. The automatic stay imposed by 11 U.S.C. § 362(a) precludes Whitebox from filing an action to enforce its Mechanic's Liens. When applicable law requires commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the action was not filed prior to the bankruptcy petition date, then the claimant must instead give notice within the time fixed by law for filing the action. 11 U.S.C. § 546(b); *Village Nurseries v. Gould (In re Baldwin Builders),* 232 B.R. 406, 410–15 (B.A.P. 9th Cir. 1999); see *Village Nurseries v. Greenbaum,* 101 Cal. App. 4th 26 (2002).

10. Pursuant to 11 U.S.C. §546(b), Whitebox hereby gives notice of its rights as a perfected lienholder pursuant to California's law as to the Mechanic's Liens in lieu of commencement of any action to perfect, maintain, or continue such liens . To comply with all applicable law, including California state law and bankruptcy law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), Whitebox is filing and serving this Notice to preserve, perfect, maintain, and continue the perfection of its Mechanic's Liens and its lien rights in the properties identified therein. This Notice constitutes the legal equivalent of having commenced an action to foreclose the Mechanic's Liens in the proper court. Whitebox asserts its secured interests in the Properties and intends to enforce its lien rights to the fullest extent permitted by law. The interests perfected, maintained, and/or continued by the Liens extend to the proceeds, products, rents, and profits of the liened properties.

11. Whitebox reserves any and all rights under applicable law, including the right to amend or supplement this Notice.

Dated: October 21, 2019                                    POLSINELLI LLP

                                    By:  _____/s/ Randye B. Soref_____
                                                            Randye B. Soref

                                                *Attorney for Creditor Whitebox Multi-Strategy Partners, LP*

EXHIBIT "A"

66870506.1

## EXHIBIT A

### Index of Mechanic's Liens

| County | Document ID | Amount of Claim |
|---|---|---|
| Stanislaus | 2019-0016975-00 | $163,926.33 |
| Glenn | 2019-1076 | $163,926.33 |
| Merced | 2019008030 | $163,926.33 |
| Butte | 2019-0016663 | $163,926.33 |
| Mendocino | 2019-02929 | $163,926.33 |
| Santa Clara | 24140406 | $29,787.94 |
| Santa Clara | 24140407 | $31,955.26 |
| Santa Cruz | 2019-0007296 | $29,983.67 |
| Monterey | 2019011126 | $30,009.09 |
| Sacramento | 201903280782 | $543,297.33 |
| Sacramento | 201903280783 | $543,297.33 |

70916579.2

# EXHIBIT "B"

Stanislaus, County Recorder
Donna Linder Co Recorder Office
DOC- 2019-0016975-00
Acct 402-Counter Customers
Thursday, MAR 21, 2019 11:28:56
Ttl Pd $117.00    Rcpt # 0004246051
OJC/R2/1-6

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

### Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
     residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Stanislaus _____, State of California, and more particularly described as (address and/or sufficient description): 309 Merced St. Newman, CA 95360

APN # 128-022-003-000

2.    After deducting all just credits and offsets, the sum of $163,926.33 _____, together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: New Spoils Area Upgrades to include a New Canopy

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 309 Merced St. Newman, CA 95360

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691

Dated 3/8/2019

(Signature)  *Steven Seegert*
             *Seegert construction*
             *SNR. PM.*

## VERIFICATION

I, Steven C. Seegert _____, am the: Owner _____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

⚹ *see attached preliminary*
  *notice*

(Signature)  *Steven Seegert*
             *Seegert construction*
             *SNR. PM.*

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, Steven Seegert _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas & Electric Company

Title or capacity of person served (if appropriate): _____

Service address: 245 Market Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8 , 20 19 (date) at West Sacramento (city), California (county), California.

By: _____
(Signature of person making service)
Steven Seegert

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ , 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94105 **OFFICIAL USE**

Certified Mail Fee $3.50

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $2.80
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $0.55

Total Postage and Fees $6.85

03/08/2019

Sent To PG&E

Street and Apt. No., or PO Box No. 245 Market St.

City, State, ZIP+4 San Francisco, CA 94105

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 3090 0000 3277 8436

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG&E
245 Market St.
San Francisco, CA 94105

9590 9402 4239 8121 4393 54

2. Article Number *(Transfer from service label)*

7018 3090 0000 3277 8436

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
                                        MAR 1 2 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

NOTICE SENT
Gov. Code 27297.5

Recorded at the request of:
SEEGERT CONSTRUCTION

03/20/2019 12:33 PM
Fee: $100.00 Pgs: 3

OFFICIAL RECORDS
Sendy Perez, Clerk-Recorder
Glenn County, CA

Recording requested by (name):
 Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
 Steven Seegert dBA: Seegert Construction

 3098 Industrial Blvd.

 West Sacramento, CA 95691

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Steven Seegert dBA: Seegert Construction ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Glenn , State of California, and more particularly described as (address and/or sufficient description): 249 N. Yolo St. Willows, CA 95490
 APN # 005-221-005-000

2.   After deducting all just credits and offsets, the sum of $163,926.33 , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: New Spoils Bays and Cover

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric

5.   Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691 .

Dated 3/8/2019

(Signature)

**VERIFICATION**

 I, Steven C. Seegert , am the: Owner ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, _Steven Seegert_ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _Pacific Gas & Electric_

Title or capacity of person served (if appropriate): _____

Service address: _245 Market Street, San Francisco, CA 94105_

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on _March 8_, 20_19_ (date) at _West Sacramento_ (city), _California_ (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94105

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $2.80 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.55 |
| Total Postage and Fees | $6.85 |

Postmark Here

03/08/2019

Sent To PG&E

Street and Apt. No., or PO Box No. 245 Market St.

City, State, ZIP+4® San Francisco, CA 94105

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 3090 0000 3277 8412

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG& E

245 Market St.

San Francisco, CA 94105

9590 9402 4239 8121 4388 83

2. Article Number *(Transfer from service label)*

7018 3090 0000 3277 8412

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Juorio M    MAR 1 2 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Recorded in Official Records, MERCED COUNTY

**BARBARA J LEVEY**

Merced County Clerk – Recorder

VCC VitalCheck Counter

03/21/2019
10:27 AM
RE20

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

Doc#: **2019008030**

**\* S R 0 0 0 0 2 5 6 0 7 7 $ \***

| | |
|---|---|
| Titles: 1 | Pages: 6 |
| Fees | 29.00 |
| Taxes | 0.00 |
| Housing Fee | 75.00 |
| PAID | 104.00 |

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of
        residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Merced    , State of California, and more particularly described as (address and/or sufficient description): 560 West 15th St. Merced, CA 95340

APN # 031-231-005

2.    After deducting all just credits and offsets, the sum of $163,926.33    , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Construction of New Spoils Bays and Cover

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company    (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 560 West 15th St. Merced, CA 95340

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691

Dated 3/8/2019

(Signature) *Steven Seegert*
*Seegert Construction*

## VERIFICATION

I, Steven C. Seegert    , am the: Owner    ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature) *Steven Seegert*
*Seegert Construction*

NOTICE OF MECHANICS LIEN CLAIM
ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Steven Seegert _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas & Electric Company _____

Title or capacity of person served (if appropriate): _____

Service address: 245 Market St., San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8 ____, 20 19 ____ (date) at West Sacramento ____ (city), California ____ (county), California.

By: _____
(Signature of person making service)
*Steven Seegert*
*Seegert Construction*

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94105

~~OFFICIAL USE~~

| | |
|---|---|
| Certified Mail Fee $3.50 | |
| $ | $2.80 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ _$0.00_
☐ Return Receipt (electronic)         $ _$0.00_     Postmark
☐ Certified Mail Restricted Delivery  $ _$0.00_     Here
☐ Adult Signature Required            $ _$0.00_
☐ Adult Signature Restricted Delivery $

Postage            $1.00
$

Total Postage and Fees    $7.30
$

03/08/2019

Sent To    PG&E
Street and Apt No., or PO Box No.    245 Market St
City, State, ZIP+4®    San Francisco, CA 94105

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 3996 6436

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG&E
245 Market St
San Francisco CA 94105

9590 9402 4698 8323 0156 45

2. Article Number (Transfer from service label)
7018 1830 0000 3996 6436

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _AAMC_    ☑ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAR 1 2 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

Recorded
Official Records
County of
Butte
CANDACE J. GRUBBS
County Clerk-Recorder

10:12AM 26-Mar-2019

REC FEE        21.00
COPIES .        0.50
SB2 TAX        75.00

SM
Page 1 of 3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
　☐ recorded concurrently "in connection with" transfer subject to DTT
　☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
　☐ Fee cap of $225.00 reached　☐ Not related to real property

1.   Steven Seegert dBA: Seegert Construction   ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Butte , State of California, and more particularly described as (address and/or sufficient description): 2226 Veatch Street, Oroville, CA 95965

APN # 035-250-082

2.   After deducting all just credits and offsets, the sum of $163,926.33 , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Civil Construction Work
*Create canopy over existing spoils.*

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 2226 Veatch Street, Oroville, CA 95965

5.   Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691 .

Dated 3/8/2019

(Signature)

## VERIFICATION

I, Steven C. Seegert , am the: Owner ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### ·California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, _Steven Seegert_ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _Pacific Gas & Electric Company_

Title or capacity of person served (if appropriate): _____

Service address: _2226 Veatch Street, Oroville, CA 95965_

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on _March 8_, 20_19_ (date) at _West Sacramento_ (city), _California_ (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG & E
245 Market St
San Francisco CA 94105

9590 9402 4698 8323 0156 38

2. Article Number *(Transfer from service label)*

7018 2290 0001 8500 6784

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
C. Date of Delivery
MAR 1 2 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO CA 94105

Certified Mail Fee $3.50
$ $2.80
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.55
$
Total Postage and Fees $6.85
$

Postmark Here
03/08/2019

Sent To PG & E
Street and Apt. No., or PO Box No. 245 Market St
City, State, ZIP+4® San Francisco CA 94105

PS Form **3800**, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 8500 6784

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

2019-02929
Recorded at the request of
SEEGERT CONSTRUCTION
03/20/2019 10:15 AM
Fee: $103.00   Pgs: 1 of 6

OFFICIAL RECORDS
Katrina Bartolomie - Clerk-Recorder
Mendocino County, CA

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

## (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction      ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Mendocino , State of California, and more particularly described as (address and/or sufficient description): 1601 Baechtel Road, Willits, CA 95490

   APN # 007-210-0100

2.    After deducting all just credits and offsets, the sum of $163,926.33 , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Construction of New Spoils Bays and Cover

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 1601 Baechtel Road, Willits, CA 95490

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691 .

Dated 3/8/2019

(Signature)

## VERIFICATION

I, Steven C. Seegert , am the: Owner ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)

### NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Steven Seegert _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas & Electric Company _____

Title or capacity of person served (if appropriate): _____

Service address: 245 Market Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8 , 20 19 (date) at West Sacramento (city), California (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

P.G&E
245 Market St
San Francisco CA 94105

9590 9402 4698 8323 0156 52

2. Article Number (Transfer from service label)

7018 2290 0001 8500 6999

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 1 2 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO CA 94105   OFFICIAL USE

Certified Mail Fee   $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ $2.80
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage   $0.55

Total Postage and Fees   $6.85

Sent To   P.G&E
Street and Apt. No., or PO Box No.   245 MARKET ST
City, State, ZIP+4   San Francisco CA 94105

03/08/2019

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

# Invoice

| Date | Invoice # |
| --- | --- |
| 12/18/2018 | 1404 |

| Bill To |
| --- |
| Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 2700206351 | Net 45 | 17-080 - PG&E Richmond ... |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Seegert Construction Invoice for PG&E WR #2700206351 | 250,000.00 | 250,000.00 |
| | **Total** | | $250,000.00 |

# APPLICATION AND CERTIFICATE FOR PAYMENT (AIA DOCUMENT G702)

**TO (OWNER):** Pacific Gas & Electric Company
245 Market Street, Room 543, Mail Code N5D
PO Box 770000
San Francisco, CA 94177
**Attention:** Austin Paulsen

**PROJECT:** PG&E Richmond Dispenser Relocation - Civil Work

**APPLICATION NO.** 1

**APPLICATION DATE:** 12/18/2018

Seegert Construction Job # 17-080

**FROM**
**CONTRACTOR:** Seegert Construction
3098 Industrial Blvd.
West Sacramento, CA 95691

**PG&E CWA#** 2700206351

**PERIOD TO:** 12/18/2018

---

### CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
| Approved this Month | | |
| Number | Date Approved | | |
| | | | |
| **TOTALS** | $0 | $0 |
| Net change by Change Orders ------------------ | | $0 |

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM................................................. | $ | 499,105.93 |
| 2. Net Change by Change Orders............................................ | $ | 0.00 |
| 3. CONTRACT SUM TO DATE.................................................. | $ | 499,105.93 |
| 4. TOTAL COMPLETED & STORED TO DATE........................ | $ | 250,000.00 |
| 5. RETAINAGE: | | |
|    a. ____0____ % of Completed Work $ 0.00 | | |
|    b. ____0____ % of Stored Material $ 0.00 | | |
|    Total Retainage........................................................... | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE................................... | $ | 250,000.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. | $ | 0.00 |
| **8. CURRENT PAYMENT DUE.................................................** | $ | **250,000.00** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE.......................... | $ | 249,105.93 |

State of: CALIFORNIA      County of: SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all the amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

Subscribed and sworn (or affirmed) to before me this _____ day of _____ 2018

Notary Public:

My Commission expires:

**CONTRACTOR:**

By: _____ Date: __12/18/2018__

Amount Certified.......................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By: _____ Date: _____

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified.......................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By: _____ Date: _____

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**CONDITIONAL WAIVER AND RELEASE
ON PROGRESS PAYMENT**

**Civil Code Sections 8122 – 8138**

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

Name of Claimant: Seegert Construction
Name of Customer: Pacific Gas & Electric Company
Job Location: PG&E Richmond Service Center
Owner: Pacific Gas & Electric Company
Through Date: 12/18/2018

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job through the Through Date of this document. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check: Pacific Gas & Electric
Amount of Check: $ 250,000.00
Check Payable to: Seegert Construction

**Exceptions**

This document does not affect any of the following:
(1) Retentions.
(2) Extras for which the claimant has not received payment.
(3) The following progress payments for which the claimant has previously given a conditional waiver and release but has not received payment:
Date(s) of waiver and release:_____
Amount(s) of unpaid progress payment(s): $_____
(4) Contract rights, including (A) a right based on rescission, abandonment, or breach of contract, and (B) the right to recover compensation for work not compensated by the payment.

**Signature**

Claimant's Signature:
Claimant's Title: Steven Seegert, Owner
Date of Signature: 12/18/2018

1/9/19

# Invoice

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

| Date | Invoice # |
| --- | --- |
| 12/20/2018 | 1409 |

| Bill To |
| --- |
| Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 2700188271 | Net 45 | 18-077 PG&E Spoils Areas ... |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700188271. Project had 90 Total Hours to Date. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services.<br>12/20/2018<br>Steven Seegert / Date<br>APPROVED FOR TIME & SCOPE<br>STEFAN RUBENDALL<br>PG&E 1/10/19 | 149,523.90 | 149,523.90 |
| | **Total** | | $149,523.90 |

Seegert Const Inv #1409 PGE PO 2700188271 APP 20190110.pdf 01/10/2019 28

# APPLICATION AND CERTIFICATE FOR PAYMENT (AIA DOCUMENT G702)

TO (OWNER): Pacific Gas & Electric Company
PO Box 770000
San Francisco, CA 94177
**Attention:** Stefan Rubendall

PROJECT: PG&E Spoils Area Upgrades - Southern Sites

APPLICATION NO. 1

APPLICATION DATE: 12/20/2018

Seegert Construction Job # 18-077

**FROM**
**CONTRACTOR: Seegert Construction**
3098 Industrial Blvd.
West Sacramento, CA 95691

PG&E CWA# 2700188271

PERIOD TO: 12/31/2018

CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by owner | | | |
| Approved this Month | | | |
| Number | Date Approved | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | | $0 | $0 |
| Net change by Change Orders ------------------- | | | $0 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all the amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:**

By: _____ Date: __12/20/2018__ ✓

ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

*NOT APPLICABLE*

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM................................................. | $ | 285,897.17 |
| 2. Net Change by Change Orders........................................... | $ | 0.00 |
| 3. CONTRACT SUM TO DATE................................................. | $ | 285,897.17 |
| 4. TOTAL COMPLETED & STORED TO DATE.......................... | $ | 149,523.90 |
| 5. RETAINAGE: | | |
|    a. _0_ % of Completed Work $ | 0.00 | |
|    b. _0_ % of Stored Material $ | 0.00 | |
|    Total Retainage........................................................... | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE.................................. | $ | 149,523.90 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. | $ | 0.00 |
| 8. **CURRENT PAYMENT DUE**................................................. | $ | **149,523.90** ✓ |
| 9. BALANCE TO FINISH, PLUS RETAINAGE........................... | $ | 136,373.27 |

State of: CALIFORNIA      County of: SAN FRANCISCO

Subscribed and sworn (or affirmed) to before me this    day of    2018

Notary Public:

My Commission expires:

*NOT APPLICABLE*

Amount Certified.............................................................. $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By:_____ Date: _____

Amount Certified.............................................................. $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By:_____ Date: _____

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**CONDITIONAL WAIVER AND RELEASE**
**ON PROGRESS PAYMENT**

**Civil Code Sections 8122 – 8138**

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

Name of Claimant: Seegert Construction
Name of Customer: Pacific Gas & Electric Company
Job Location: Various Sites, California
Owner: Pacific Gas & Electric Company
Through Date: 12/31/2018

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job through the Through Date of this document. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check: Pacific Gas & Electric
Amount of Check: $ 149,523.90 ✓
Check Payable to: Seegert Construction

**Exceptions**

This document does not affect any of the following:
(1) Retentions.
(2) Extras for which the claimant has not received payment.
(3) The following progress payments for which the claimant has previously given a conditional waiver and release but has not received payment:
Date(s) of waiver and release:_____
Amount(s) of unpaid progress payment(s): $_____
(4) Contract rights, including (A) a right based on rescission, abandonment, or breach of contract, and (B) the right to recover compensation for work not compensated by the payment.

**Signature**

Claimant's Signature:
Claimant's Title: Steven Seegert, Owner
Date of Signature: 12/20/2018

# ENDORSED COPY

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

**24140406**

Regina Alcomendras
Santa Clara County - Clerk-Recorder

03/22/2019 12:55 PM

Titles: 1     Pages: 3
Fees: $110.00
Taxes: $0
Total: $110.00

Recorder's Use Only

## CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Santa Clara _____, State of California, and more  particularly described as (address and/or sufficient description): 6402 Santa Teresa Blvd. San Jose, CA 95119 _____

2.    After deducting all just credits and offsets, the sum of $29,787.94 _____, together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and Preconstruction Work _____

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 6402 Santa Teresa Blvd. San Jose, CA 95119 _____

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691 _____

Dated 3/8/2019 _____

_____
(Signature)   *Steven Seegert*

## VERIFICATION

I, Steven C. Seegert _____, am the: Owner _____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019 _____

_____
(Signature)   *Steven Seegert*

## NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Steven Seegert (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas & Electric Company

Title or capacity of person served (if appropriate):

Service address: 245 Market Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8 , 20 19 (date) at West Sacramento (city), California (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO CA 94105 ~~OFFICIAL USE~~

| Certified Mail Fee | $3.50 | |
|---|---|---|
| $ | $2.80 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

| Postage | $0.55 |
|---|---|
| $ | |
| Total Postage and Fees | $6.85 |
| $ | |

03/08/2019

Sent To  P G & E
Street and Apt. No., or PO Box No.
245 MARKET ST.
City, State, ZIP+4®
San francisco, CA. 94105

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 8500 6937

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG & E
245 Market St
San Francisco CA 94105

9590 9402 4698 8323 0156 07

2. Article Number *(Transfer from service label)*
7018 2290 0001 8500 6937

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                  ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
                                     MAR 1 2 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

# ENDORSED COPY

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

## 24140407

Regina Alcomendras
Santa Clara County - Clerk-Recorder

03/22/2019 12:55 PM

Titles: 1      Pages: 3
Fees:  $110.00
Taxes: $0
Total: $110.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Santa Clara County _____, State of California, and more particularly described as (address and/or sufficient description): 10900 N Blaney Avenue, Cupertino, CA 95014

2.    After deducting all just credits and offsets, the sum of $31,955.26 _____, together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design & Preconstrcution Work

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 10900 N Blaney Avenue, Cupertino, CA 95014

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691

Dated 3/8/2019

(Signature)  *Steven Seegert*

## VERIFICATION

I, Steven C. Seegert _____, am the: Owner _____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)  *Steven Seegert*

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, _Steven Seegert_____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _Pacific Gas & Electric Company_____

Title or capacity of person served (if appropriate): _____

Service address: _245 Market Street, San Francisco, CA 94105_____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on _March 8_____, 20_19___ (date) at _West Sacramento___ (city), _California_____
(county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____
(county), California.

By: _____
(Signature of person making service)



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 1830 0000 3996 6245

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $2.30 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $

| Postage | $0.55 |
|---|---|
| $ | |
| Total Postage and Fees | $6.35 |
| $ | |

Postmark Here

03/08/2019

Sent To *PG3E*
Street and Apt. No., or PO Box No. *245 Market St.*
City, State, ZIP+4® *San Francisco, CA 94105*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG3E
245 'market St.
San Francisco, CA 94105

9590 9402 4239 8121 4388 90

2. Article Number *(Transfer from service label)*

7018 1830 0000 3996 6245

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☑ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
  MAR 1 2 2019

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

**2019-0007296 03/22/2019 11:54:46 AM**
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $105.00
COUNTY TAX: $0.00
CITY TAX: $0.00

MLIE
3 PGS
RCD157

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.  Steven Seegert dBA: Seegert Construction ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Santa Cruz, State of California, and more particularly described as (address and/or sufficient description): 615 7th Avenue, Santa Cruz, CA 95062
APN # 026-281-105

2.  After deducting all just credits and offsets, the sum of $29,983.67, together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design & Preconstruction Work

3.  Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.  The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 615 7th Avenue, Santa Cruz, CA 95062

5.  Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691

Dated 3/8/2019

(Signature) _Steven Seegert_

## VERIFICATION

I, Steven C. Seegert, am the: Owner ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature) _Steven Seegert_

**NOTICE OF MECHANICS LIEN CLAIM**
**ATTENTION!**

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, _Steven Seegert_ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _Pacific Gas & Electric Company_

Title or capacity of person served (if appropriate): _____

Service address: _245 Market Street, San Francisco, CA 94105_

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on _March 8_ , 20_19_ (date) at _West Sacramento_ (city), _California_ (county), California.

By: _Steven Seegert_
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

P.G & E
245 Market St
San Francisco, CA 94105

9590 9402 4239 8121 4393 61

2. Article Number (Transfer from service label)

7018 1830 0000 3996 6467

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                 MAR 1 2 2019
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94105    OFFICIAL USE

Certified Mail Fee  $3.50                    0459
$                                            03
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                   $0.55
Total Postage and Fees
$                   $6.85

8 2019  Postmark Here

03/08/2019

Sent To  PG & E
Street and Apt. No., or PO Box No.  245 Market St
City, State, ZIP+4®  San Francisco CA 94105

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 3996 6467

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

Stephen L. Vagnini
Monterey County Clerk-Recorder
03/22/2019 10:57 AM
Recorded at the request of:
STEVEN SEEGERT

Titles: 1     Pages: 6
Fees: $117.00
Taxes: $0.00
AMT PAID: $117.00

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

### (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction                    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Monterey , State of California, and more particularly described as (address and/or sufficient description): 2311 Garden Road, Monterey, CA 93940
APN # 013-311-003

2.    After deducting all just credits and offsets, the sum of $30,009.09 , together with interest at the rate of NA per annum from NA (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design & Preconstruction Work

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric 2311 Garden Road, Monterey, CA 93940

5.    Claimant's address is: 3098 Industrial Blvd., West Sacramento, CA 95691

Dated 3/8/2019

(Signature) *Steven seegert owner Seegert construction*

## VERIFICATION

I, Steven C. Seegert , am the: Owner ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury that the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature) *Steven Seegert owner Seegert construction*

*"see attached exhibit "A"*

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, Steven Seegert _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas & Electric Company _____

Title or capacity of person served (if appropriate): _____

Service address: 245 Market Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8 _____, 20 19 ___ (date) at West Sacramento ___ (city), California _____ (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20 _____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94105 ~~OFFICIAL USE~~

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $2.80 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.55
$
Total Postage and Fees $6.85
$

Postmark
Here

03/08/2019

Sent To *PG&E*
Street and Apt. No., or PO Box No. *245 MARKET ST*
City, State, ZIP+4® *SAN FRANCISCO CA 94105*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 8500 6951

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PG&E
245 Market St.
San Francisco, CA 94105

9590 9402 4239 8121 4389 68

2. Article Number (Transfer from service label)
7018 2290 0001 8500 6951

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 MAR 1 2 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2019 | 1423 |

| Bill To |
|---------|
| Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2700208410 | Net 45 | 18-092 PG&E Chico Respo... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700208410. Project had 62 Total Hours to Date. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services.<br><br>_____  1/30/19<br>Steven Seegert              /     Date | 22,142.52 | 22,142.52 |

| | **Total** | **$22,142.52** |
|---|---|---|

# APPLICATION AND CERTIFICATE FOR PAYMENT  (AIA DOCUMENT G702)

**TO (OWNER):** Pacific Gas & Electric Company
245 Market Street, Room 543, Mail Code N5D
PO Box 770000
San Francisco, CA 94177
**Attention:** Mark Sarconi
**Attention:**

**PROJECT:** PG&E Chico Rio Lindo Upgrades

**APPLICATION NO.** 1

**APPLICATION DATE:** 1/30/2019

Seegert Construction Job # 18-092

**FROM**
**CONTRACTOR: Seegert Construction**
3098 Industrial Blvd.
West Sacramento, CA 95691

**PG&E CWA#** 2700208410

**PERIOD TO:** 1/30/2019

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

## CONTRACTOR'S APPLICATION FOR PAYMENT

### CHANGE ORDER SUMMARY

| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| | | |
| Approved this Month | | |
| Number | Date Approved | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | | $0 | $0 |
| Net change by Change Orders ------------------- | | | $0 |

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM................................................. | $ | | 124,513.04 |
| 2. Net Change by Change Orders.......................................... | $ | | 0.00 |
| 3. CONTRACT SUM TO DATE................................................. | $ | | 124,513.04 |
| 4. TOTAL COMPLETED & STORED TO DATE........................ | $ | | 23,344.62 |
| 5. RETAINAGE: | | | |
| a. ___0___ % of Completed Work $ | | 1,202.10 | |
| b. ___0___ % of Stored Material $ | | 0.00 | |
| Total Retainage.................................................... | $ | | 1,202.10 |
| 6. TOTAL EARNED LESS RETAINAGE..................................... | $ | | 22,142.52 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. | $ | | 0.00 |
| **8. CURRENT PAYMENT DUE................................................** | $ | | **22,142.52** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE.......................... | $ | | 102,370.52 |

State of:  CALIFORNIA          County of:  SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all  the  amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

Subscribed and sworn (or affirmed) before me this          day of                    2019

Notary Public:

My Commission expires:

**CONTRACTOR:**

By: _____          Date: ___1/30/2019___

Amount Certified......................................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By: _____ Date: _____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified......................................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By: _____ Date: _____

This certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein.  Issuance, payment and acceptance of payment are  without  prejudice  to  any  rights  of the Owner or Contractor under this Contract.

**CONDITIONAL WAIVER AND RELEASE
ON PROGRESS PAYMENT**

**Civil Code Sections 8122 – 8138**

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

| | |
|---|---|
| Name of Claimant: | Seegert Construction |
| Name of Customer: | Pacific Gas & Electric Company |
| Job Location: | 460/470 Rio Lindo Ave., Chico, CA |
| Owner: | Pacific Gas & Electric Company |
| Through Date: | 1/30/2019 |

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job through the Through Date of this document. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

| | |
|---|---|
| Maker of Check: | Pacific Gas & Electric |
| Amount of Check: $ | 22,142.52 |
| Check Payable to: | Seegert Construction |

**Exceptions**

This document does not affect any of the following:
(1) Retentions.
(2) Extras for which the claimant has not received payment.
(3) The following progress payments for which the claimant has previously given a conditional waiver and release but has not received payment:
Date(s) of waiver and release:_____
Amount(s) of unpaid progress payment(s): $_____
(4) Contract rights, including (A) a right based on rescission, abandonment, or breach of contract, and (B) the right to recover compensation for work not compensated by the payment.

**Signature**

| | |
|---|---|
| Claimant's Signature: | |
| Claimant's Title: | Steven Seegert, Owner |
| Date of Signature: | 1/30/2019 |

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2019 | 1434 |

| Bill To |
|---------|
| Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2700234275 | Net 45 | 18-065 PG&E Ridgecrest C... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700234275. Project had 273 Total Hours to Date. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services.

Steven Seegert            /      Date        2/27/19 | 88,342.30 | 88,342.30 |
|  | **Total** |  | $88,342.30 |

# APPLICATION AND CERTIFICATE FOR PAYMENT (AIA DOCUMENT G702)

**TO (OWNER):** Pacific Gas & Electric Company
245 Market Street, Room 543, Mail Code N5D
PO Box 770000
San Francisco, CA 94177
**Attention:** Austin Paulsen

**PROJECT:** PG&E Ridgecrest CNG Support Work

**APPLICATION NO.** 1

**APPLICATION DATE:** 2/27/2019

Seegert Construction Job # 18-065

**FROM**
**CONTRACTOR:** Seegert Construction
3098 Industrial Blvd.
West Sacramento, CA 95691

**PG&E CWA#** 2700234275

**PERIOD TO:** 2/27/2019

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
| **Approved this Month** | | |
| Number | Date Approved | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $0 | $0 |
| Net change by Change Orders ------------------- | | $0 |

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM............................................... | $ | 88,342.30 |
| 2. Net Change by Change Orders........................................ | $ | 0.00 |
| 3. CONTRACT SUM TO DATE.............................................. | $ | 88,342.30 |
| 4. TOTAL COMPLETED & STORED TO DATE........................ | $ | 88,342.30 |
| 5. RETAINAGE: | | |
|    a. _____0_____ % of Completed Work    $    0.00 | | |
|    b. _____0_____ % of Stored Material    $    0.00 | | |
|    Total Retainage.......................................................... | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE................................... | $ | 88,342.30 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. | $ | 0.00 |
| 8. **CURRENT PAYMENT DUE**............................................ | $ | **88,342.30** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE.......................... | $ | 0.00 |

State of: CALIFORNIA       County of: SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all the amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

Subscribed and sworn (or affirmed) to before me this      day of      2019

Notary Public:

My Commission expires:

**CONTRACTOR:**

By: _____     Date:    2/27/2019

Amount Certified....................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By: _____ Date: _____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified....................................................... $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By: _____ Date: _____

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

## Civil Code Sections 8122 – 8138

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

Name of Claimant:  Seegert Construction
Name of Customer:  Pacific Gas & Electric
Job Location:  Ridgecrest, CA
Owner:  Pacific Gas & Electric

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check:  Pacific Gas & Electric
Amount of Check: $  88,342.30
Check Payable to:  Seegert Construction

**Exceptions**

This document does not affect any of the following:
Disputed claims for extras in the amount of:       $      0

**Signature**

Claimant's Signature:
Claimant's Title:  Steven Seegert, Owner
Date of Signature:  2/27/2019

# Invoice

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

| Date | Invoice # |
|------|-----------|
| 2/28/2019 | 1435 |

**Bill To**

Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2700222289 | Net 45 | 18-014 PG&E San Rafael F... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700222289. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services.<br><br>Steven Seegert        /    Date        2/28/19 | 10,447.44 | 10,447.44 |

| | **Total** | $10,447.44 |
|---|---|---|

# APPLICATION AND CERTIFICATE FOR PAYMENT  (AIA DOCUMENT G702)

| | | |
|---|---|---|
| **TO (OWNER):** Pacific Gas & Electric Company<br>245 Market Street<br>PO Box 770000<br>San Francisco, CA 94177 | **PROJECT:** PG&E San Rafael AST Installation - Change Order #3 | **APPLICATION NO.**  1 |
| **Attention:**  Sandy Lee  spl3@pge.com | | **APPLICATION DATE:**  2/28/2019 |
| **Attention:**  Sheilah Lillie  smlz@pge.com | | |

**Seegert Construction Job #** 18-014

**FROM**
**CONTRACTOR:** Seegert Construction
3098 Industrial Blvd.
West Sacramento, CA 95691

**PG&E CWA#**   2700222289

**PERIOD TO:**   2/28/2019

---

## CONTRACTOR'S APPLICATION FOR PAYMENT

### CHANGE ORDER SUMMARY

| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| **Approved this Month** | | |
| Number | Date Approved | | |
| | | | |
| | | | |
| **TOTALS** | $0 | $0 |
| Net change by Change Orders -------------------- | | $0 |

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM................................. | $ | 10,447.44 |
| 2. Net Change by Change Orders.......................... | $ | 0.00 |
| 3. CONTRACT SUM TO DATE................................. | $ | 10,447.44 |
| 4. TOTAL COMPLETED & STORED TO DATE................. | $ | 10,447.00 |
| 5. RETAINAGE: | | 0.00 |
| a. ___0___ % of Completed Work  $ 0.00 | | |
| b. ___0___ % of Stored Material  $ 0.00 | | |
| Total Retainage........................................ | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE....................... | $ | 10,447.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT.......... | $ | 0.00 |
| 8. **CURRENT PAYMENT DUE**.............................. | $ | **10,447.00** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE.................. | $ | 0.00 |

State of:  CALIFORNIA          County of:  SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all the amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

Subscribed and sworn (or affirmed) to before me this          day of          2019

Notary Public:

My Commission expires:

**CONTRACTOR:**

By: _____  Date: __2/28/2019__

Amount Certified.........................................................  $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By:_____ Date:  _____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified.........................................................  $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By:_____ Date:  _____

This certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

## Civil Code Sections 8122 – 8138

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

## Identifying Information

Name of Claimant: Seegert Construction
Name of Customer: Pacific Gas & Electric
Job Location: 1220 Andersen Drive, San Rafael, CA
Owner: Pacific Gas & Electric

## Conditional Waiver and Release

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check: Pacific Gas & Electric
Amount of Check: $ 10,447.44
Check Payable to: Seegert Construction

## Exceptions

This document does not affect any of the following:
Disputed claims for extras in the amount of: $ 0

## Signature

Claimant's Signature:
Claimant's Title: Steven Seegert, Owner
Date of Signature: 2/28/2019

Seegert Construction

1108 Fremont Way
Sacramento, CA 95818

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/29/2019 | 1440 |

| Bill To |
|---------|
| Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2700177806 | Net 45 | 18-078 PG&E Bishop Ranc... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700225359. Project had 210.25 Total Hours to Date. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services.<br><br>Steven Seegert             /      Date          3/29/19 | 18,161.51 | 18,161.51 |

| | **Total** | $18,161.51 |
|---|-----------|------------|

# APPLICATION AND CERTIFICATE FOR PAYMENT  (AIA DOCUMENT G702)

**TO (OWNER):** Pacific Gas & Electric Company
245 Market Street, Room 543, Mail Code N5D
PO Box 770000
San Francisco, CA 94177
**Attention:** Alfred Rivera
**Attention:**

**PROJECT:** PG&E Bishop Ranch Gas Control Design

**APPLICATION NO.** 2

**APPLICATION DATE:** 3/29/2019

Seegert Construction Job # 18-078

**FROM**
**CONTRACTOR: Seegert Construction**
3098 Industrial Blvd.
West Sacramento, CA 95691

**PG&E CWA#** 2700177806

**PERIOD TO:** 3/31/2019

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
| Approved this Month | | |
| Number | Date Approved | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $0 | $0 |
| Net change by Change Orders -------------------- | | $0 |

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM................................................. | $ | | 29,834.67 |
| 2. Net Change by Change Orders............................................. | $ | | 11,385.98 |
| 3. CONTRACT SUM TO DATE.................................................. | $ | | 41,220.65 |
| 4. TOTAL COMPLETED & STORED TO DATE......................... | $ | | 41,220.65 |
| 5. RETAINAGE: | | | |
|    a. ___0___ % of Completed Work    $ | | 0.00 | |
|    b. ___0___ % of Stored Material    $ | | 0.00 | |
|    Total Retainage............................................................... | $ | | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE.................................... | $ | | 41,220.65 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. | $ | | 23,059.14 |
| **8. CURRENT PAYMENT DUE..................................................** | $ | | **18,161.51** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE........................... | $ | | 0.00 |

State of:  CALIFORNIA          County of:  SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all  the  amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:**

By: _____    Date: ___3/31/2019___

Subscribed and sworn (or affirmed) to before me this      day of      2019

Notary Public:

My Commission expires:

Amount Certified.........................................................    $ _____
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By:_____ Date:_____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accord-ance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified.........................................................    $ _____
(Attach explanation if amount certified differs from the amount applied for)
Owner:
By:_____ Date:_____

This certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are  without  prejudice  to  any  rights  of  the  Owner or Contractor under this Contract.

# CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

## Civil Code Sections 8122 – 8138

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

Name of Claimant: Seegert Construction
Name of Customer: Pacific Gas & Electric Company
Job Location: 6121 Bollinger Canyon Road, San Ramon, CA 94583
Owner: Pacific Gas & Electric Company

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check: Pacific Gas & Electric
Amount of Check: $ 18,161.51
Check Payable to: Seegert Construction

**Exceptions**

This document does not affect any of the following:
Disputed claims for extras in the amount of: $ 0

**Signature**

Claimant's Signature:
Claimant's Title: Steven Seegert, Owner
Date of Signature: 3/31/2019

Seegert Construction

**Invoice**

1108 Fremont Way
Sacramento, CA 95818

| Date | Invoice # |
|------|-----------|
| 4/22/2019 | 1449 |

| Bill To |
|---------|
| Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2700130671 | Net 45 | 18-091 PG&E Fremont SC ... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Seegert Construction Progress Invoice for PG&E PO #2700130671. Project had 169 Total Hours to Date. I hereby certify that all services identified within this invoice have been performed according to contract specifications as outlined in the proposed services. | 22,684.24 | 22,684.24 |

4/22/19

Steven Seegert            /        Date

| | **Total** | $22,684.24 |
|---|---|---|

**APPLICATION AND CERTIFICATE FOR PAYMENT (AIA DOCUMENT G702)**

TO (OWNER): Pacific Gas & Electric Company
245 Market Street
PO Box 770000
San Francisco, CA 94177

PROJECT: PG&E Fremont SC AST Installation- Civil Work
Location: 41800 Boscell Rd, Fremont, CA

APPLICATION NO.: 2

APPLICATION DATE: 4/22/2019

Attention: Sandy Lee        spl3@pge.com
Attention: Sheilah Lillie   smlz@pge.com
Seegert Construction Job # 18-091

**FROM**
CONTRACTOR: **Seegert Construction**
3098 Industrial Blvd.
West Sacramento, CA 95691

PG&E CWA# 2700130671
Invoice # 1449

PERIOD TO: 1/31/2019

CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment as shown below, in connection with the Contractor's Continuation sheet as attached.

| CHANGE ORDER SUMMARY | | |
|---|---|---|
| Change Orders approved in previous months by owner | ADDITIONS | DEDUCTIONS |
| Approved this Month | | |
| Number | Date Approved | | |
| SCCO #1 | | $15,178 | |
| SCCO #2 | | $7,507 | |
| SCCO #3 | | | |
| SCCO #4 | | | |
| SCCO #5 | | | |
| SCCO #6 | | | |
| **TOTALS** | | $22,685 | $0 |
| Net change by Change Orders -------------------- | | | $22,685 |

1. ORIGINAL CONTRACT SUM.................................................. $ 220,620.24
2. Net Change by Change Orders............................................ $ 22,684.62
3. CONTRACT SUM TO DATE.................................................. $ 243,304.86
4. TOTAL COMPLETED & STORED TO DATE........................ $ 173,121.06
5. RETAINAGE:
   a.  0  % of Completed Work   $        0.00
   b.  0  % of Stored Material   $        0.00
   Total Retainage.......................................................... $        0.00
6. TOTAL EARNED LESS RETAINAGE...................................... $ 173,121.06
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............. $ 150,436.82
8. **CURRENT PAYMENT DUE..............................................** $ **22,684.24**
9. BALANCE TO FINISH, PLUS RETAINAGE......................... $ 70,183.42

State of:  CALIFORNIA                County of:  SAN FRANCISCO

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all the amounts have been paid by the Contractor for work for which previous Certificates for payment were received from the Owner, and that current payment shown herein is now due.

Subscribed and sworn (or affirmed) to before me this        day of        2019

Notary Public:

My Commission expires:

**CONTRACTOR:**

By: *Alex Baddeley*        Date:   4/22/2019

ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the contract Documents, based on on-site observations and the data comprised in the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accord-ance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

Amount Certified............................................................. $ _____
(Attach explaination if amount certified differs from the amount applied for)
ARCHITECT:
By:_____ Date:        _____

Amount Certified............................................................. $ _____
(Attach explaination if amount certified differs from the amount applied for)
Owner:
By:_____ Date:        _____

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**CONDITIONAL WAIVER AND RELEASE
ON PROGRESS PAYMENT**

**Civil Code Sections 8122 – 8138**

NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.

**Identifying Information**

| | |
|---|---|
| Name of Claimant: | Seegert Construction |
| Name of Customer: | Pacific Gas & Electric Company |
| Job Location: | 41800 Boscell Rd, Fremont, CA |
| Owner: | Pacific Gas & Electric Company |
| Through Date: | 1/31/2019 |

**Conditional Waiver and Release**

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job through the Through Date of this document. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

| | |
|---|---|
| Maker of Check: | Pacific Gas & Electric |
| Amount of Check: $ | 22,684.24 |
| Check Payable to: | Seegert Construction |

**Exceptions**

This document does not affect any of the following:
(1) Retentions.
(2) Extras for which the claimant has not received payment.
(3) The following progress payments for which the claimant has previously given a conditional waiver and release but has not received payment:
Date(s) of waiver and release:_____
Amount(s) of unpaid progress payment(s): $_____
(4) Contract rights, including (A) a right based on rescission, abandonment, or breach of contract, and (B) the right to recover compensation for work not compensated by the payment.

**Signature**

| | |
|---|---|
| Claimant's Signature: | *Alex Baddeley* |
| Claimant's Title: | Alex Baddeley, Project Manager |
| Date of Signature: | 4/22/2019 |

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

Sacramento County
Donna Allred, Clerk/Recorder

Doc # **201903280782**

3/28/2019     10:21:55 AM
JLJ
Titles     1
Pages     3

| Fees | $101.00 |
| Taxes | $0.00 |
| PCOR | $0.00 |
| Paid | $101.00 |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Steven Seegert dBA: Seegert Construction     ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento    , State of California, and more particularly described as (address and/or sufficient description): 1415 L Street, Suite 280, Sacramento, CA 95814 APN # 006-0116-013

2.    After deducting all just credits and offsets, the sum of $543,297.33    , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Completed a full interior remodel of the Suite 280 Space to include walls, electrical, paint, flooring, millwork, and finishes.

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company     (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: AKT Properties 1415 L Street, Suite 880, Sacramento, CA 95814

5.    Claimant's address is: 3098 industrial Blvd., West Sacramento, CA 95691

Dated 2/28/2019

Seegert construction

(Signature) Steven Seegert

## VERIFICATION

I, Steven C. Seegert    , am the: Owner     ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 2/28/2019

(Signature)

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

      Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, _Steven Seegert_____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _Pacific Gas & Electric_____

Title or capacity of person served (if appropriate): _____

Service address: _245 Market Street, San Francisco, CA 94105_____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on _2/28_____, 20_19___ (date) at _West Sacramento____ (city), _California_____ (county), California.

By: _____
        (Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
        (Signature of person making service)

Recording requested by (name):
Steven Seegert dBA: Seegert Construction

When recorded, mail to (name and address):
Steven Seegert dBA: Seegert Construction

3098 Industrial Blvd.

West Sacramento, CA 95691

**Sacramento County**
**Donna Allred, Clerk/Recorder**
Doc # **201903280783**

3/28/2019     10:21:55 AM
JLJ
Titles     1
Pages     3

| | |
|---|---|
| Fees | $101.00 |
| Taxes | $0.00 |
| PCOR | $0.00 |
| Paid | $101.00 |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

## (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.      Steven Seegert dBA: Seegert Construction      ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento      , State of California, and more  particularly described as (address and/or sufficient description): 1415 L Street, Suite 280, Sacramento, CA 95814
APN # 006-0116-013

2.      After deducting all just credits and offsets, the sum of $543,297.33      , together with interest at the rate of _____ per annum from _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Completed a full interior remodel of the Suite 280 Space to include walls, electrical, paint, flooring, millwork, and finishes.

3.      Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Company      (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.      The name and address of the owner or reputed owner of the real property is/are: AKT Properties 1415 L Street, Suite 880, Sacramento, CA 95814

5.      Claimant's address is: 3098 industrial Blvd., West Sacramento, CA 95691

Dated 2/28/2019

*Seegert Construction*

_____
(Signature) *Steven Seegert*

## VERIFICATION

I, Steven C. Seegert      , am the: Owner      ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 2/28/2019

_____
(Signature)

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Steven Seegert_____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: AKT Properties / Taylor Waterman_____

Title or capacity of person served (if appropriate): Property Manager_____

Service address: 1415 L Street, Suite 880, Sacramento, CA 95814_____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on 2/28_____, 20 19___ (date) at West Sacramento____ (city), California_____ (county), California.

By: _____
(Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

