HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON TIGER NATURAL GAS INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2019<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

## NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Tiger Natural Gas, Inc. ("Tiger") has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) (Dkt. 4322).

**PLEASE TAKE NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed concurrently, the Declaration of Leah E. Capritta in Support of Motion for Relief From Automatic Stay, the attachments and exhibits thereto, Request for Judicial Notice, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE NOTICE**, that the Motion is set for hearing on November 13, 2019, at 10:00 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE NOTICE**, that any responses or objections to the Motion shall be in writing and conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of California, shall be filed with the Bankruptcy Court in accordance with the customary practices of the Bankruptcy Court, and shall be served on:

(a) Chambers of the Honorable Judge Dennis Montali;

(b) The Standard Parties as required by the Order Implementing Certain Notice and Procedures and Case Management Procedures;

(c) Counsel for Tiger Natural Gas, Inc., Holland & Knight LLP ATTN: Leah E. Capritta (leah.capritta@hklaw.com), 1801 California Street, Suite 5000, Denver, CO 80202; and

(d) All other parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, to be filed or received no later than fourteen (14) days after service of the Motion at 4:00 pm (PST).

**PLEASE TAKE NOTICE**, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to appear may result in the Court granting the relief requested by this Motion without further hearing.

DATED: October 21, 2019

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____/s/ *Leah E. Capritta*_____
Leah E. Capritta

*Attorneys for Tiger Natural Gas, Inc.*