**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF OCTOBER 22, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: October 22, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on October 22, 2019, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**"), have been taken off calendar or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Board of Director Compensation Motion**: *Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Board of Director Compensation* [**Dkt. 4057**].

   Response Deadline: October 15, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Lane T. Ringlee in Support of Board of Director Compensation Motion [**Dkt. 4058**].

   B. Request for Entry of Order by Default on Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Board of Director Compensation [**Dkt. 4256**].

   Related Orders:

   C. Order Pursuant to 11 U.S.C. §§ 363 and 105(a) Approving Terms of Board of Director Compensation [**Dkt. 4327**].

   Status: This Motion was granted on October 19, 2019 [**Dkt. 4327**] and taken off calendar.

2. **Utility CEO Motion**: *Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of Employment for New Chief Executive Officer and President of Pacific Gas and Electric Company* [**Dkt. 4060**].

   Response Deadline: October 15, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Lane T. Ringlee in Support of Utility CEO Motion [**Dkt. 4061**].

   B. Declaration of Dinyar Mistry in Support of Utility CEO Motion [**Dkt. 4062**].

   C. Request for Entry of Order by Default on Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Approving Terms of

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Employment for New Chief Executive Officer and President of Pacific Gas and Electric Company [**Dkt. 4254**].

Related Orders:

D. Order Pursuant to 11 U.S.C. §§ 363 and 105(a) Approving Terms of Employment for New Chief Executive Officer and President of Pacific Gas and Electric Company [**Dkt. 4326**].

Status: This Motion was granted on October 19, 2019 [**Dkt. 4326**] and taken off calendar.

3. **Baker & Hostetler Employment Scope Application**: *Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331)* [**Dkt. 4018**].

Response Deadline: October 15, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Retention Order [**Dkt. 4207**].

B. Debtors' Response and Objection to TCC's Application to Expand the Scope of Baker & Hostetler LLP's Retention [**Dkt. 4210**].

Related Documents:

C. Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 934**].

D. Declaration of Cecily A. Dumas in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 935**].

E. Declaration of Karen M. Lockhart in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 936**].

F. Verified Statement of Cecily A. Dumas in Support of Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331) [**Dkt. 4019**].

G. Reply in Support of Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331) [**Dkt. 4296**].

Related Orders:

H. Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 1331**].

Status: This matter has been continued by docket text order to the October 23, 2019 omnibus hearing.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 21, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*