1  GROOM LAW GROUP, CHARTERED
2  David N. Levine, *pro hac vice*
   dnl@groom.com
3  Katherine B. Kohn, *pro hac vice*
   kkohn@groom.com
4  1701 Pennsylvania Ave. NW
5  Washington, D.C. 20006
   Tel:    (202) 857-0620
6  Fax:    (202) 659-4503

7
   *Special Counsel for Debtors*
8  *and Debtors in Possession*

9

10              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11               **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|     **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
|              **Debtors.** | CERTIFICATE OF NO OBJECTION REGARDING FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH JULY 31, 2019 |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | |
| x  Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |
| | Re: Docket No. 4031 |
| | **Objection Deadline**: October 18, 2019  at 4:00 p.m. (Pacific Time) |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

On September 27, 2019, The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company (together, "Debtors"), filed its First Consolidated Monthly Fee Statement ("Consolidated Monthly Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 29, 2019, through July 31, 2019 [Docket No. 4031] (the "Consolidated Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses*, [Dkt. 2267].

The Consolidated Fee Statement was served by ECF to all interested parties. The deadline to file oppositions or responses to the Consolidated Fee Statement was October 18, 2019 at 4:00 p.m. (PT), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Consolidated Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## <u>DECLARATION OF NO RESPONSE RECEIVED</u>

The undersigned hereby declares, pursuant to 28 U.S.C §1746, under penalty of perjury, that:

1. I am an Of Counsel at the law firm of Groom Law Group, Chartered, counsel to PG&E Corporation and Pacific Gas and Electric Company.

2. I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Applicant has not received any response or opposition to the Consolidated Fee Statement.

3. This declaration was executed in Washington D.C.


Dated: October 21, 2019                    GROOM LAW GROUP, CHARTERED

                                           By: /s/ Katherine B. Kohn
                                           *Special Counsel for Debtors and*
                                           *Debtors in Possession*

3

## EXHIBIT A

### Consolidated Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Groom Law Group, Chartered | 1/29/2019 – 7/31/2019<br><br>09/27/2019<br><br>[Docket No. 4031] | $598,545.26 | $163.46 | 10/18/19 at 4:00 p.m. (PT) | $478,836.20 | $163.46 | $119,709.06 |

4

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
 Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

5

1  Bruce Markell
2  Fee Examiner
   Northwestern University Pritzker School of Law
3  375 East Chicago Avenue
   Chicago, IL 60611-3069
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6