**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
JUNE 1, 2019 THROUGH JUNE 30, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2018 NDT Audit Services** | | | | |
| Chhajer, Neha | Senior Manager | $330.00 | 4.5 | $1,485.00 |
| Jasinski, Samantha | Manager | $290.00 | 0.5 | $145.00 |
| Moolani, Lina | Senior Consultant | $230.00 | 4.1 | $943.00 |
| Hamner, Jack | Consultant | $200.00 | 4.7 | $940.00 |
| Tirumalasetti, Saran | Consultant | $200.00 | 1.0 | $200.00 |
| **Professional Subtotal:** | | | **14.8** | **$3,713.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2019 Audit Services** | | | | |
| Cochran, James | Partner/Principal | $380.00 | 5.5 | $2,090.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 12.0 | $4,560.00 |
| Graf, Bill | Partner/Principal | $380.00 | 4.0 | $1,520.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 6.6 | $2,508.00 |
| Donahue, Nona | Managing Director | $380.00 | 6.0 | $2,280.00 |
| Meredith, Wendy | Managing Director | $380.00 | 26.7 | $10,146.00 |
| Shork, Casey | Managing Director | $380.00 | 0.5 | $190.00 |
| Verma, Sachin | Managing Director | $380.00 | 3.0 | $1,140.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 9.7 | $3,201.00 |
| Hartman, John | Senior Manager | $330.00 | 0.3 | $99.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 35.9 | $11,847.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $330.00 | 14.0 | $4,620.00 |
| Potts, John | Senior Manager | $330.00 | 0.5 | $165.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 0.2 | $66.00 |
| Jasinski, Samantha | Manager | $290.00 | 19.5 | $5,655.00 |
| Misra, Saurabh | Manager | $290.00 | 4.0 | $1,160.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 3.3 | $957.00 |
| Sreeram, Sree | Manager | $290.00 | 4.5 | $1,305.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Azebu, Matt | Senior Consultant | $230.00 | 81.5 | $18,745.00 |
| Dickens, Cody | Senior Consultant | $230.00 | 0.3 | $69.00 |
| Kamra, Akanksha | Senior Consultant | $230.00 | 0.5 | $115.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 79.5 | $18,285.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 2.9 | $667.00 |
| Rice, Blake | Senior Consultant | $230.00 | 54.5 | $12,535.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 9.7 | $2,231.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 7.2 | $1,656.00 |
| Bedit, Arpit | Consultant | $200.00 | 10.5 | $2,100.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 13.0 | $2,600.00 |
| Choudhury, Viki | Consultant | $200.00 | 9.5 | $1,900.00 |
| Hamner, Jack | Consultant | $200.00 | 143.1 | $28,620.00 |
| Hennessy, Vincent | Consultant | $200.00 | 72.4 | $14,480.00 |
| Kumar, Kishore | Consultant | $200.00 | 2.5 | $500.00 |
| Martin, Blake | Consultant | $200.00 | 4.0 | $800.00 |
| Mehra, Shreya | Consultant | $180.00 | 10.0 | $1,800.00 |
| Schloetter, Lexie | Consultant | $180.00 | 112.0 | $20,160.00 |
| Sewell, Kyle | Consultant | $180.00 | 89.4 | $16,092.00 |
| K, Kavya | Consultant | $120.00 | 7.0 | $840.00 |
| **Professional Subtotal:** | | | **865.7** | **$197,704.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *California Wildfires* | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 4.2 | $3,192.00 |
| Golden, Tracey | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Hubacker, Andrew | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Weller, Curt | Partner/Principal | $760.00 | 7.0 | $5,320.00 |
| Meredith, Wendy | Managing Director | $760.00 | 6.9 | $5,244.00 |
| Perez Zaldivar, Ignacio | Managing Director | $760.00 | 0.5 | $380.00 |
| Barclay, Kelsey | Senior Manager | $580.00 | 9.0 | $5,220.00 |
| Garcia, Edward | Senior Manager | $580.00 | 2.0 | $1,160.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 2.9 | $1,914.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 2.6 | $1,716.00 |
| Sreeram, Sree | Manager | $580.00 | 3.0 | $1,740.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 1.8 | $828.00 |
| **Professional Subtotal:** | | | **42.4** | **$28,614.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### New Accounting Standards

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murdock, Elizabeth | Senior Manager | $660.00 | 0.3 | $198.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 6.6 | $3,036.00 |
| Sewell, Kyle | Consultant | $350.00 | 3.3 | $1,155.00 |
| **Professional Subtotal:** | | | **10.2** | **$4,389.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### Post Bankruptcy Matters

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Gillam, Tim | Partner/Principal | $760.00 | 2.2 | $1,672.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 0.7 | $532.00 |
| Donahue, Nona | Managing Director | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 4.2 | $3,192.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 0.7 | $462.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 4.1 | $2,706.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.2 | $696.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 4.4 | $2,024.00 |
| Hennessy, Vincent | Consultant | $390.00 | 33.1 | $12,909.00 |
| **Professional Subtotal:** | | | **51.1** | **$24,573.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Meredith, Wendy | Managing Director | $380.00 | 0.5 | $190.00 |
| Jasinski, Samantha | Manager | $290.00 | 17.8 | $5,162.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 30.6 | $6,120.00 |
| **Professional Subtotal:** | | | **48.9** | **$11,472.00** |
| **Total** | | | **1,033.1** | **$270,465.00** |