# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Categories | Hours | Fees |
| --- | ---: | ---: |
| 2018 NDT Audit Services | 14.8 | $3,713.00 |
| 2019 Audit Services | 865.7 | $197,704.00 |
| California Wildfires | 42.4 | $28,614.00 |
| New Accounting Standards | 10.2 | $4,389.00 |
| Post Bankruptcy Matters | 51.1 | $24,573.00 |
| Preparation of Fee Applications | 48.9 | $11,472.00 |
| **Fees Category Subtotal :** | **1,033.1** | **$270,465.00** |