# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JUNE 1, 2019 THROUGH JUNE 30, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Hotel | $526.30 |
| Airfare | $1,898.24 |
| **Expense Category Subtotal :** | **$2,424.54** |