**EXHIBIT E**

**EXPENSE DETAIL FOR THE PERIOD
JUNE 1, 2019 THROUGH JUNE 30, 2019**

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Giamanco, Patrick | 06/20/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.05 |
| Cochran, James | 06/28/2019 | Roundtrip business class airfare from Atlanta, GA to San Francisco, CA. | $1,274.19 |
| Subtotal for Airfare: | | | $1,898.24 |
| *Hotel* | | | |
| Pemberton, Tricia | 06/09/2019 | 1 night hotel accommodation at Hampton Inn & Suites in Indianapolis, IN. | $122.33 |
| Pemberton, Tricia | 06/10/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $403.97 |
| Subtotal for Hotel: | | | $526.30 |
| Total | | | $2,424.54 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $1,898.24 |
| Hotel | $526.30 |