UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>Debtors |
|---|

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Marble Ridge Master Fund LP**
Name of Transferee
Phone: 212-858-0620
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Marble Ridge Master Fund LP**
**C/o Marble Ridge Capital LP**
**1250 Broadway, Suite 2601**
**New York, NY 10001**
**Attn: operations@marbleridgecap.com**

**Zones, LLC (f/k/a Zones, Inc.)**
Name of Transferor
Phone: 253-205-3387
Last Four Digits of Acct #: N/A

**Claim No: 8859** (Which amended Claim No 2951, filed on May 10, 2019)
**Debtor:** Pacific Gas and Electric Company and PG&E Corporation (19-30088)
**Date Filed: September 13, 2019**

Total Claim Amount: $1,252,682.08
**Partial Transferred Amount: $626,341.04**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 10.21.19

***Penalty for making a false statement:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

2

**EVIDENCE OF TRANSFER OF CLAIM**

**TO:** United States Bankruptcy Court
Northern District of California - San Francisco Division
Attention: Clerk

**AND TO:** PG&E Corporation and Pacific Gas and Electric Company ("Debtor")
Case No. 19-30088

Proof of Claim Number: 2951
Original Proof of Claim Amount: $1,178,578.98
Amended Proof of Claim Amount $ $1,252,682.08
Portion of Proof of Claim Amount Transferred $626 341.04
Scheduled Claim # 1031392, 1032281
Scheduled Claim Amount: $1,255,605.00
Portion of Claim Amount Transferred $627 802.50

ZONES, LLC f/k/a Zones, Inc., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Marble Ridge Master Fund LP
C/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, NY 10001
Attn: operations@marbleridgecap.com

its successors and assigns ("Assignee"), 50 percent of all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim Portion ") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim Portion to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim Portion and recognizing the Assignee as the sole owner and holder of the Claim Portion.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim Portion to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this 20th day of Sept 2019.

ZONES, LLC f/k/a Zones, Inc.

By: /s/
Name: Ronald McFadden
Title: CFO

Marble Ridge Master Fund LP

By: /s/
Name: Kamand Daniels
Title: CCO/GC

By: Marble Ridge Capital LP, investment manager