HUGUENIN KAHN LLP
Edward R. Huguenin, Esq., State Bar No. 173653
James L. Bothwell, Esq., State Bar No. 266310
ehuguenin@hugueninkahn.com
jbothwell@hugueninkahn.com
3001 Lava Ridge Court, Suite 300
Roseville, CA 95661
Telephone: (916) 367-7098
Facsimile: (916) 367-7491

Attorneys for Creditor
MERITAGE HOMES OF CALIFORNIA, INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PG&E CORPORATION AND PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | CASE NO. 19-30088 (MAIN)<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 19-30089)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 1102(1) and 1109(b) of Title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("Chapter 11 Cases") on behalf of parties-in-interest MERITAGE HOMES OF CALIFORNIA, INC. (hereinafter "Meritage"), and request that all notices given or required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

///

///

///

///

Edward R. Huguenin
James L. Bothwell
Huguenin Kahn LLP
3001 Lava Ridge Court, Suite 300
Roseville, CA 95661
Phone: (916) 367-7098
Fax: (916) 367-7491
ehuguenin@hugueninkahn.com
jbothwell@hugueninkahn.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) Meritage's right to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) Meritage's right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) Meritage's right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) Meritage's rights, claims, actions, defenses, setoffs, or recoupments to which Meritage is or may be entitled under

/ / /

/ / /

/ / /

P:\DOCS\Meritage\PG&E\Ntc.Appearance.docx

agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments each of Meritage expressly reserves.

Dated: October 21, 2019  HUGUENIN KAHN LLP

By: _____
Edward R. Huguenin, Esq.
James L. Bothwell, Esq.
Attorneys for Creditor
MERITAGE HOMES OF
CALIFORNIA, INC.

Case: 19-30088    Doc# 4363    Filed: 10/21/19    Entered: 10/21/19 16:06:30    Page 3 of 4
P:\DOCS\Meritage\PG&E\Ntc.Appearance.docx

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2019, a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** was served via the U.S. Bankruptcy Court for the California Northern Bankruptcy Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

On October 21, 2019, I served the within document(s) described as:

Jessica Guzman
an Employee of
HUGUENIN KAHN LLP

*(Signature)*

- 1 -