1  Isaac M. Pachulski (CA Bar No. 62337)
   Debra I. Grassgreen (CA Bar No. 169978)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone: (415) 263-7000
4  Facsimile: (415) 263-7010
   Email: dgrassgreen@pszjlaw.com
5
   Eric Seiler (admitted *pro hac vice*)
6  Jason C. Rubinstein (admitted *pro hac vice*)
   FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7  7 Times Square
   New York, NY 10036-6516
8  Telephone (212) 833-1103
   Facsimile (212) 373-7903
9  Email: eseiler@fklaw.com

10 *Attorneys for The Baupost Group, L.L.C.,
   as the managing general partner and investment
11 manager for certain entities that indirectly
   hold subrogation claims*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE JOINDER IN THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' REPLY IN SUPPORT OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH THE CONSENTING SUBROGATION CLAIMHOLDERS, (II) APPROVING THE TERMS OF SETTLEMENT WITH SUCH CONSENTING SUBROGATION CLAIMHOLDERS, INCLUDING THE ALLOWED SUBROGATION CLAIM AMOUNT, AND (III) GRANTING RELATED RELIEF** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On October 21, 2019, I caused to be served the

**JOINDER IN THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' REPLY IN SUPPORT OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH THE CONSENTING SUBROGATION CLAIMHOLDERS, (II) APPROVING THE TERMS OF SETTLEMENT WITH SUCH CONSENTING SUBROGATION CLAIMHOLDERS, INCLUDING THE ALLOWED SUBROGATION CLAIM AMOUNT, AND (III) GRANTING RELATED RELIEF**

in this action by emailing a true and correct copy of said documents addressed as follows:

☑ TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **October 21, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on August 26, 2019, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

1. **VIA NEF**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com

- James D. Curran  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri  dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie  ndelancie@jmbm.com
- Judith A. Descalso  , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter  edexter@milbank.com
- Shounak S. Dharap  ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer  kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman  houston_bankruptcy@publicans.com
- Jonathan R. Doolittle  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran  jdoran@hinckleyallen.com
- Dustin M. Dow  ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher  jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde  gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas  cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne  cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne  ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt  keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger  meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg  JAE1900@yahoo.com
- Michele Ellison  mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian  david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel  larry@engeladvice.com
- Krista M. Enns  kenns@beneschlaw.com
- Joseph M. Esmont  jesmont@bakerlaw.com
- Michael P. Esser  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin  metkin@lowenstein.com
- Jacob M. Faircloth  jacob.faircloth@smolsonlaw.com
- Michael C. Fallon  mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist  jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman  DFeldman@gibsondunn.com
- Matthew A. Feldman  mfeldman@willkie.com
- Mark E. Felger  mfelger@cozen.com
- James J. Ficenec  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman  kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone  sfinestone@fhlawllp.com
- Timothy M. Flaherty  tflaherty@mpplaw.com
- Daniel I. Forman  dforman@willkie.com
- Jonathan Forstot  jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot  , john.murphy@troutman.com
- Matthew Hampton Foushee  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick  cfrederick@prklaw.com
- Peter Friedman  pfriedman@omm.com
- Roger F. Friedman  rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller  lfuller@bakerlaw.com
- Larry W. Gabriel  lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi  gregg.galardi@ropesgray.com
- Richard L. Gallagher  richard.gallagher@ropesgray.com
- Craig Solomon Ganz  ganzc@ballardspahr.com, hartt@ballardspahr.com
- Oscar Garza  ogarza@gibsondunn.com
- Paul R. Gaus  paul.gaus@mccormickbarstow.com
- Duane M. Geck  dmg@severson.com

| | |
|---|---|
| 1 | • Evelina Gentry  evelina.gentry@akerman.com, rob.diwa@akerman.com |
| | • Janet D. Gertz  jgertz@btlaw.com, amattingly@btlaw.com |
| 2 | • Barry S. Glaser  bglaser@swesq.com |
| | • Paul R. Glassman  glassmanp@gtlaw.com |
| 3 | • Gabriel I. Glazer  gglazer@pszjlaw.com |
| | • Gabrielle Glemann  gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 4 | • Matthew A. Gold  courts@argopartners.net |
| | • Eric D. Goldberg  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 5 | • Amy L. Goldman  goldman@lbbslaw.com |
| | • Eric S. Goldstein  egoldstein@goodwin.com |
| 6 | • Rhonda Stewart Goldstein  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| | • Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 7 | • Michael J. Gomez  mgomez@frandzel.com, dmoore@frandzel.com |
| | • Michael W. Goodin  mgoodin@clausen.com, mgenova@clausen.com |
| 8 | • Eric R. Goodman  egoodman@bakerlaw.com |
| | • Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutininc.com |
| 9 | • Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutininc.com |
| | • Michael I. Gottfried  mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| 10 | • Louis Gottlieb  Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| | • Eric A. Grasberger  eric.grasberger@stoel.com, docketclerk@stoel.com |
| 11 | • Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | • Eric A. Gravink  eric@rhrc.net |
| 12 | • Elizabeth A. Green  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| | • Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 13 | • Elizabeth M. Guffy  eguffy@lockelord.com, autodocket@lockelord.com |
| | • Cameron Gulden  cameron.m.gulden@usdoj.gov |
| 14 | • Laurie Hager  lhager@sussmanshank.com |
| | • J. Noah Hagey  hagey@braunhagey.com, tong@braunhagey.com |
| 15 | • Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com |
| | • Kristopher M. Hansen  dmohamed@stroock.com, mmagzamen@stroock.com |
| 16 | • Robert G. Harris  rob@bindermalter.com |
| | • Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com |
| 17 | • Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| | • Christopher V. Hawkins  hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 18 | • Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | • Jennifer C. Hayes  jhayes@fhlawllp.com |
| 19 | • Alaina R. Heine  alaina.heine@dechert.com, brett.stone@dechert.com |
| | • Cristina A. Henriquez  chenriquez@mayerbrown.com |
| 20 | • Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com |
| | • Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 21 | • James P. Hill  hill@sullivanhill.com, bkstaff@sullivanhill.com |
| | • Morgan R. Hirst  mhirst@jonesday.com, mmelvin@jonesday.com |
| 22 | • Michael R. Hogue  hoguem@gtlaw.com, navarrom@gtlaw.com |
| | • David Holtzman  david.holtzman@hklaw.com |
| 23 | • Alexandra S. Horwitz  allie.horwitz@dinsmore.com |
| | • Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 24 | • Shane Huang  shane.huang@usdoj.gov |
| | • Brian D. Huben  hubenb@ballardspahr.com |
| 25 | • Jonathan Hughes  , jane.rustice@aporter.com |
| | • Michael A. Isaacs  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| 26 | • Mark V. Isola  mvi@sbj-law.com |
| | • J. Eric Ivester  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 27 | • J. Eric Ivester  , Andrea.Bates@skadden.com |
| | • Ivan C. Jen  ivan@icjenlaw.com |
| 28 | • Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| | • James O. Johnston  jjohnston@jonesday.com |

| | |
|---|---|
| 1 | • Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| | • Andrew Jones    andrew@ajoneslaw.com |
| 2 | • Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | • Robert A. Julian    rjulian@bakerlaw.com |
| 3 | • George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com |
| | • Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| 4 | • Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| | • Robert B. Kaplan    rbk@jmbm.com |
| 5 | • Eve H. Karasik    ehk@lnbyb.com |
| | • Elyssa S. Kates    ekates@bakerlaw.com |
| 6 | • Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| | • William M. Kaufman    wkaufman@smwb.com |
| 7 | • Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| | • Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| 8 | • Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov |
| | • Matthew K. Kelsey    mkelsey@gibsondunn.com |
| 9 | • Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com |
| | • Erica L. Kerman    ekerman@willkie.com |
| 10 | • Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| | • Samuel M. Kidder    skidder@ktbslaw.com |
| 11 | • Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| | • Jane Kim    jkim@kellerbenvenutti.com |
| 12 | • Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| | • Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 13 | • Thomas F. Koegel    tkoegel@crowell.com |
| | • Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com |
| 14 | • Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| | • Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com |
| 15 | • Alan W. Kornberg    , akornberg@paulweiss.com |
| | • Bernard Kornberg    bjk@severson.com |
| 16 | • David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| | • Lauren Kramer    lkramer@rjo.com |
| 17 | • Jeffrey C. Krause    jkrause@gibsondunn.com |
| | • Thomas R. Kreller    tkreller@milbank.com |
| 18 | • Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| | • Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 19 | • Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| | • Robert T. Kugler    robert.kugler@stinson.com |
| 20 | • Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
| | • Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com |
| 21 | • Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| | • Richard A. Lapping    rich@trodellalapping.com |
| 22 | • Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| | • Michael Lauter    mlauter@sheppardmullin.com |
| 23 | • Kenneth T. Law    klaw@bbslaw.com |
| | • Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com |
| 24 | • Andrew Michael Leblanc    ALeblanc@milbank.com |
| | • Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 25 | • Edward J. Leen    eleen@mkbllp.com |
| | • Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| 26 | • Bryn G. Letsch    bletsch@braytonlaw.com |
| | • David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| 27 | • Andrew H. Levin    alevin@wcghlaw.com |
| | • David Levine    dnl@groom.com |
| 28 | • Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| | • Dara Levinson Silveira    dsilveira@kellerbenvenutti.com |

- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com

- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, agonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:102108.1 08442/030    6    CERTIFICATE OF SERVICE

- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com

|   |   |
|---|---|
| 1 | • Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com |
|   | • Marta Villacorta  marta.villacorta@usdoj.gov |
| 2 | • John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
|   | • Bao M. Vu  bao.vu@stoel.com, sharon.witkin@stoel.com |
| 3 | • Jonathan D. Waisnor  jwaisnor@willkie.com, mao@willkie.com |
|   | • Riley C. Walter  ecf@W2LG.com |
| 4 | • Phillip K. Wang  phillip.wang@rimonlaw.com |
|   | • Philip S. Warden  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| 5 | • Lindsi M. Weber  lweber@polsinelli.com, yderac@polsinelli.com |
|   | • Genevieve G. Weiner  gweiner@gibsondunn.com |
| 6 | • Rebecca Weissman  rebecca.weissman@dechert.com |
|   | • Joseph M. Welch  jwelch@buchalter.com, dcyrankowski@buchalter.com |
| 7 | • David Walter Wessel  DWessel@efronlawfirm.com, hporter@chdlawyers.com |
|   | • Joseph West  westjoseph@earthlink.net, josephw998@gmail.com |
| 8 | • Drew M. Widders  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
|   | • Eric R. Wilson  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 9 | • Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com |
|   | • Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 10 | • David Wirt  david.wirt@hklaw.com, denise.harmon@hklaw.com |
|   | • Ryan A. Witthans  rwitthans@fhlawllp.com |
| 11 | • Risa Lynn Wolf-Smith  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
|   | • Douglas Wolfe  dwolfe@asmcapital.com |
| 12 | • Catherine E. Woltering  cwoltering@bakerlaw.com |
|   | • Andrea Wong  wong.andrea@pbgc.gov, efile@pbgc.gov |
| 13 | • Christopher Kwan Shek Wong  christopher.wong@arentfox.com |
|   | • Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com |
| 14 | • Antonio Yanez  ayanez@willkie.com |
|   | • Cathy Yanni  cathy@cathyyanni.com, pstrunk@browngreer.com |
| 15 | • Andrew Yaphe  andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
|   | • Tacie H. Yoon  tyoon@crowell.com |
| 16 | • Bennett G. Young  byoung@jmbm.com, jb8@jmbm.com |
|   | • Paul H. Zumbro  mao@cravath.com |
| 17 | • Brittany Zummer  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
|   | • Dario de Ghetaldi  deg@coreylaw.com, lf@coreylaw.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:102208.1 08443/030

Case: 19-30088  Doc# 4365-1  Filed: 10/21/19  Entered: 10/21/19 16:28:40  Page 10 of 10

8

CERTIFICATE OF SERVICE