| | |
|---|---|
| Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com<br><br>*Attorneys for PG&E Shareholders* | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FOURTH AMENDED VERIFIED STATEMENT OF JONES DAY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jones Day submits this fourth amended verified statement (the "Fourth Amended Statement") with respect to certain beneficial holders or investment advisers or managers for certain beneficial holders of (a) common stock in PG&E Corporation ("PG&E") and (b) preferred stock in Pacific Gas and Electric Company (the "Utility" and together with PG&E, the

- 1 -

"Debtors"), as identified on Exhibit A or Exhibit B hereto (each, a "PG&E Shareholder"), and in support hereof states as follows:

In January 2019, certain PG&E Shareholders retained Jones Day to advise them in connection with the Debtors' chapter 11 cases. Other PG&E Shareholders subsequently retained Jones Day for the same purpose. The PG&E Shareholders hold, or manage or advise funds and/or accounts that hold disclosable economic interests in relation to the Debtors. On May 17, 2019, Jones Day filed its *Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [ECF 2071]. On July 18, 2019, Jones Day filed its *First Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF 3066]. On July 23, 2019, Jones Day filed its *Second Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF 3158]. On September 23, 2019, Jones Day filed is *Third Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF 3964] (the "Third Amended Statement"). This Fourth Amended Statement amends and replaces the Third Amended Statement. Attached hereto as Exhibit A and Exhibit B is a list of the names, addresses, nature, and amount of all disclosable economic interests of each PG&E Shareholder in relation to the Debtors as of October 16, 2019. The information set forth in Exhibit A and Exhibit B for each PG&E Shareholder is based on information provided to Jones Day by such PG&E Shareholder. Jones Day submits this Fourth Amended Statement in an abundance of caution and without conceding that the provisions of Bankruptcy Rule 2019 apply to its representation of the PG&E Shareholders.

As of the date of this Fourth Amended Statement, Jones Day continues to represent each PG&E Shareholder. Jones Day does not represent or purport to represent any other person or entities with respect to these chapter 11 cases. Jones Day does not represent the PG&E Shareholders as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest, or other entity. In addition, as of the date of this Fourth Amended Statement, no PG&E Shareholder represents or purports to represent any other entity in connection with these chapter 11 cases.

No PG&E Shareholder listed on Exhibit A has or is a party to any agreement to act as a group or in concert with respect to its interests in the Debtors and each PG&E Shareholder listed on Exhibit A has the unrestricted right to act as it chooses in respect of such interests without respect to the actions or interests of any other party.

On or about August 3, 2019, the PG&E Shareholders listed on Exhibit B formed a group within the meaning of Section 13(d)(3) of Securities Exchange Act of 1934 for the purpose of discussing terms by which they may be willing to provide capital commitments in connection with the Debtors' restructuring.

Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interest (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to PG&E.

The undersigned verify that the foregoing is true and correct to the best of their knowledge, as of the date of this Fourth Amended Statement.

Nothing contained in this Fourth Amended Statement is intended or shall be construed to constitute: (a) a waiver or release of the rights of any PG&E Shareholder to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (b) a waiver or release of the rights of any PG&E Shareholder to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) consent to the jurisdiction of the Court over any matter; (d) an election of remedy; (e) a waiver or release of any rights any PG&E Shareholder may have to a jury trial; (f) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the chapter 11 cases against or otherwise involving any PG&E Shareholder; (g) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any PG&E Shareholder is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved; or (h) an admission or acknowledgement that Bankruptcy Rule 2019 applies to Jones Days' representation of the PG&E Shareholders.

Jones Day reserves the right to amend or supplement this Fourth Amended Statement in accordance with the requirements of Bankruptcy Rule 2019 with any additional information that may become available.

Dated: October 21, 2019                    JONES DAY

By: /s/ Joshua M. Mester
       Joshua M. Mester

*Attorneys for PG&E Shareholders*

**Exhibit A**

**Exhibit A**

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| 683 Capital Partners, LP<br>3 Columbus Circle, Suite 2205<br>New York, NY 10019 | PG&E Common Shares: | 900,000 |
| Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts<br>610 Broadway, 6th Floor<br>New York, NY 10012 | PG&E Common Shares: | 24,905,000 |
| | Utility Bonds: | $157,000,000 |
| | DIP Loan Obligations:[1] | $22,500,000 |
| BlueMountain Capital Management, LLC, on behalf of certain funds and accounts<br>280 Park Avenue, 12th Floor,<br>New York, NY 10017 | PG&E Common Shares: | 8,260,211 |
| | Short Call Options:[2] | 3,840,000 |
| | Long Put Options: | 3,840,000 |
| Centerbridge Partners, L.P., on behalf of certain funds and accounts<br>375 Park Avenue, 11th Floor<br>New York, NY 10152 | PG&E Common Shares: | 8,826,985 |
| | Utility Preferred Shares: | 80,884 |
| | Utility Bonds: | $338,618,000 |
| | Utility Revolver: | $4,935,725 |
| | Subrogation Claims: | $189,875,301 |
| CSS, LLC<br>175 W. Jackson Blvd., Suite 440<br>Chicago, IL 60604 | PG&E Common Shares: | 996,593 |
| | Utility Preferred Shares: | 156,257 |
| | Utility Bonds: | 2,000,000 |
| | Net Option Exposure:[3] | (382,000) |
| D.E. Shaw Galvanic Portfolios, L.L.C., D.E. Shaw Kalon Portfolios, L.L.C., and D.E. Shaw Orienteer Portfolios, L.L.C.,<br>1166 Ave. of the Americas, 9th Floor<br>New York, NY 10036 | PG&E Common Shares: | 10,802,523 |

---

[1] DIP Loan Obligations include undrawn commitments, if any.

[2] Options are shown herein as exercisable shares.

[3] CSS has various long and short call and put options, with various strike prices and expirations.

1

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| Empyrean Capital Partners, LP, on behalf of certain funds and accounts<br>10250 Constellation Blvd., Suite 2950<br>Los Angeles, CA 90067 | PG&E Common Shares: | 848,000 |
| | Call Options Short: | 100,000 |
| | Put Options Long: | 100,000 |
| | Utility Revolver: | $10,000,000 |
| | Utility Bonds: | $ 54,989,000 |
| Fidelity Management & Research Company, on behalf of certain funds and accounts<br>245 Summer Street<br>Boston, MA 02210 | PG&E Common Shares: | 12,038,048 |
| | Utility Bonds: | $388,750,000 |
| First Pacific Advisors, LP, on behalf of certain funds and accounts<br>11601 Wilshire Blvd #1200<br>Los Angeles, CA 90025 | PG&E Common Shares: | 4,702,923 |
| Golden Tree Asset Management LP, on behalf of certain funds and accounts<br>300 Park Avenue, 21st Floor<br>New York, NY 11201 | PG&E Common Shares: | 4,279,467 |
| | Utility Bonds: | $43,199,000 |
| | PG&E Revolver and Term Loan: | $41,541,730 |
| Governors Lane LP, on behalf of certain funds and accounts<br>510 Madison Avenue<br>New York, NY 10022 | PG&E Common Shares: | 0 |
| | Utility Bonds: | $24,865,000 |
| HBK Master Fund L.P.,<br>c/o HBK Services LLC<br>2300 North Field Street, Suite 2200<br>Dallas, TX 75201 | PG&E Common Shares: | 1,123,640 |
| | Utility Bonds: | $23,235,000 |
| | Utility Revolver: | $471,583,339 |
| | Utility L/C Reimbursement: | $154,585,867 |
| Latigo Partners, LP, on behalf of certain funds and accounts<br>450 Park Avenue, 12th Floor<br>New York, NY 10022 | PG&E Common Shares: | 760,000 |
| | Utility Bonds: | $17,000,000 |
| Meadowfin, L.L.C.<br>299 Park Avenue, 40th Floor<br>New York, NY 10171 | PG&E Common Shares: | 2,500,000 |
| | Utility Bonds: | $375,771,000 |

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---:|
| Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients<br>535 Madison Ave.<br>New York, NY 10022 | PG&E Common Shares: | 4,000,000 |
| Newtyn Management, LLC, on behalf of certain funds and accounts<br>60 East 42nd Street, 9th Floor,<br>New York, NY 10165 | PG&E Common Shares: | 3,123,775 |
| Nut Tree Master Fund, LP, by its investment advisor, Nut Tree Capital Management, LP<br>Two Penn Plaza, 24th Floor<br>New York, NY 10121 | PG&E Common Shares: | 2,500,000 |
| Owl Creek Asset Management, L.P., on behalf of certain funds and accounts<br>640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | PG&E Common Shares:<br>Subrogation Claims: | 3,163,093<br>$23,102,562 |
| Paulson & Co., Inc., on behalf of certain funds and accounts<br>1133 Avenue of the Americas,<br>New York, NY 10036 | PG&E Common Shares: | 2,000,000 |
| Pentwater Capital Management LP, on behalf of certain funds and accounts<br>614 Davis Street<br>Evanston, IL 60201 | PG&E Common Shares:<br>Utility Bonds:<br>Net Exposure Equity Derivatives:[4] | 12,056,600<br>$3,839,000<br>(3,178,800) |
| Redwood Capital Management, LLC, on behalf of certain funds and accounts<br>910 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | PG&E Common Shares:<br>Long Put Options:<br>Utility Bonds:<br>Subrogation Claims: | 12,694,079<br>78,800<br>$81,462,000<br>$9,665,802.43 |

---

[4] Equity derivatives (long and short options and swaps) with various maturities and strike prices, net exposure if executed, whether or not contracts have any intrinsic value presently.

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Sachem Head Capital Management LP, on behalf of certain funds and accounts<br>250 West 55th St., 34th Floor<br>New York, NY 10019 | PG&E Common Shares: | 2,000,000 |
| Serengeti Asset Management LP, on behalf of certain funds and accounts<br>632 Broadway, 12th Floor<br>New York, NY 10012 | PG&E Common Shares: | 1,445,000 |
| Silver Point Capital, L.P., on behalf of certain funds and accounts<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | PG&E Common Shares:<br>Utility Bonds:<br>Subrogation Claims:<br>Trade Vendor Claims: | 17,887,000<br>$134,646,159<br>$74,934,854<br>$11,166,029.27 |
| Steadfast Capital Management LP ("SCM"), on behalf of certain funds, whether advised directly by SCM or an affiliate thereof<br>450 Park Avenue, 20th Floor<br>New York, NY 10022 | PG&E Common Shares: | 8,847,883 |
| SteelMill Master Fund LP<br>c/o PointState Capital LP<br>40 West 57th Street, 25th Floor<br>New York, NY 10019 | PG&E Common Shares:<br>Utility Bonds: | 6,251,765<br>$209,046,000 |
| Stonehill Capital Management LLC, on behalf of certain funds<br>885 Third Ave., 30th Floor<br>New York, NY 10022 | PG&E Common Shares:<br>Utility Preferred Shares:<br>Utility Bonds: | 10,899,797<br>796,633<br>$28,464,000 |
| Warlander Asset Management, LP, on behalf of certain funds and accounts<br>250 West 55th Street, 33rd Floor<br>New York, NY 10019 | PG&E Common Shares: | 0 |

**Exhibit B**

**Exhibit B**

| Name and Address of PG&E Shareholder | Disclosable Economic Interests | |
|---|---|---|
| Abrams Capital Management, LP, on behalf of certain funds and accounts<br>222 Berkeley Street, 21st Floor<br>Boston, MA 02116 | PG&E Common Shares:<br>Subrogation Claims: | 25,000,000<br>$72,302,208 |
| Knighthead Capital Management, LLC, on behalf of certain funds and accounts<br>1140 Avenue of the Americas, 12th Fl<br>New York, NY 10036 | PG&E Common Shares:<br>Call Options:[5]<br>Utility Bonds: | 14,383,521<br>1,698,200<br>$51,760,000 |

---

[5] Options are shown herein as exercisable shares.