Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
E-mail: bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

*Attorneys for PG&E Shareholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN PG&E SHAREHOLDERS TO THE DEBTORS' REPLY IN SUPPORT OF SUBROGATION CLAIMS SETTLEMENT AND RSA MOTION**<br><br>Date: October 23, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>**Re: Docket Nos. 3992, 3993, and 4339** |

Certain owners of common stock of PG&E Corporation (the "PG&E Shareholders")[1] hereby join in the *Debtors' Reply In Support Of Subrogation Claims Settlement And RSA Motion* [ECF 4339] (the "Reply") filed by PG&E Corporation and Pacific Gas and Electric Company as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

1. On September 24, 2019, the Debtors filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (ii) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, including the Allowed Subrogation Claim Amount, and (iii) Granting Related Relief* [ECF 3992] (the "RSA Motion").[2]

2. The PG&E Shareholders support the relief requested in the RSA Motion and agree that, for the reasons explained in the Reply, the various Objections filed with respect thereto should be overruled.

3. The PG&E Shareholders believe that the Subrogation Settlement is a key milestone in the administration of these Chapter 11 Cases and an important achievement that will help enable the Debtors to meet the statutory deadline to resolve these Chapter 11 Cases by June 30, 2020.

4. Accordingly, the PG&E Shareholders join in the Debtors' request that the Court approve the RSA Motion, overrule the remaining Objections, and grant such other relief as is necessary and appropriate.

---

[1] The PG&E Shareholders are the entities identified on Exhibit A to the *Fourth Amended Verified Statement Of Jones Day Pursuant To Federal Rule Of Bankruptcy Procedure 2019* [ECF 4366]. The PG&E Shareholders are acting in their individual capacities but authorized the filing of this single submission for the purpose of administrative efficiency. Each of the PG&E Shareholders is expressing its independent views, and counsel does not have the actual or apparent authority to obligate any one entity to act in concert with any other entity with respect to PG&E equity securities. The PG&E Shareholders have not agreed to act in concert with respect to their respective interests in PG&E equity securities.

[2] Capitalized terms used but not otherwise defined herein have the meanings assigned to them in the Reply or the RSA Motion, as applicable.

Dated: October 21, 2019

JONES DAY

By: */s/ James O. Johnston*
James O. Johnston

*Attorneys for PG&E Shareholders*