John E. Lattin (State Bar No. 167876)
 jlattin@ostergar.com
**OSTERGAR LAW GROUP P.C.**
9110 Irvine Center Drive
Irvine, California 92618
Phone: (949) 357-2544 | Fax: (949) 305-4591

Attorneys for Creditor
DAVID ALONZO and all similarly situated

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFRONIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | **Bankruptcy Case: 3:19-bk-30088 DM**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CLASS REPRESENTATIVE'S NOTICE OF MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO CLASS PROOFS OF CLAIM**<br><br>DATE: November 19, 2019<br>TIME: 10:00 a.m.<br>DEPT: 17 |

-1-
CLASS REPRESENTATIVE'S MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO CLASS PROOFS OF CLAIM

Case: 19-30088    Doc# 4371    Filed: 10/21/19    Entered: 10/21/19 23:29:17    Page 1 of 3

**TO THE HONORABLE JUDGE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, DEBBTORS AND STANDARD PARTIES:**

**PLEASE TAKE NOTICE** that, on November 19, 2019, at 10:00 a.m., in the above-entitled courtroom, a hearing will be held to consider the *Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim* ("Motion"), filed by David Alonzo, the Class Representative, on behalf of himself and on behalf of the putative Class. By the Motion, the David Alonzo seeks an order extending the application of the Federal Rule of Civil Procedure 23 to this matter.

The Motion is made and based upon this Notice, the attached Memorandum of Points and Authorities, the Declaration of John E. Lattin filed concurrently herewith, the pleadings, papers and other documents on file in the Debtors' Chapter 11 case, and any supplemental evidence, both oral and documentary, that may be submitted to this Court at or before the time of the hearing on this Motion.

**WHEREFORE,** David Alonzo respectfully requests that this Court ender an order extending application of Federal Rule of Civil Procedure 23 to this matter and such other and further relief as the Court deems just and proper.

Dated: October 21, 2019         OSTERGAR LAW GROUP P.C.

By: _____
John E. Lattin
Attorneys for Creditor,
DAVID ALONZO, and all similarly situated

# CERTIFICATE OF SERVICE

United Stated District Court for the Northern District of California
Case No. 3:19-bk-30089 (DM)

**CLASS REPRESENTATIVE'S NOTICE OF MOTION AND MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO CLASS PROOFS OF CLAIM**

I hereby certify that I caused the foregoing to be served and filed with the Clerk of the Court for the United States District Court for the Central District of California using the court's CM/ECF system on October 21, 2019.

I further certify that all participants in the case are registered CMF/ECF users and that service will be accomplished by the court's CM/ECF system.

                                                    */s/ John E. Lattin*
                                                    John E. Lattin