**Exhibit B**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Chronology of Emails

- On October 16, 2019, Mr. Botter of the Akin firm wrote to Mr. Tsekerides (counsel to the Debtors) that the Ad Hoc Noteholders Committee would like to work with the Debtors and other parties on a comprehensive schedule for plan confirmation. He stated that they are preparing a proposed schedule and hope to share it in the next few days.

- On October 18, 2019, Mr. Karotkin inquired as to the promised proposed schedule. Mr. Botter's response on October 19, 2019, "Sorry. Was a very busy week. We are working on it."

- On October 20, 2019, Mr. Tsekerides asked Mr. Botter for an update as to when we would receive the proposed schedule.

- Mr. Botter's response – we continue to work on it.

- On October 20, 2019, Mr. Tsekerides emailed Mr. Botter saying "You've been stating for days you were working on [a schedule] and asked the Court to put off ruling on our request [for a briefing schedule] because of it and that you were going to send it. Are you now saying you have nothing to share?"

- Mr. Botter's response – "We are discussing with our co-plan proponents and will get back to you shortly."

- On October 20, 2019, Mr. Karotkin emailed Mr. Botter asking him to please call.

- Mr. Botter's response – "Sorry. Cannot at the moment."