**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* All papers shall be filed in the lead case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 23, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: October 23, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
OCTOBER 23, 2019, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*STATUS CONFERENCE*

1. **Order Terminating Exclusivity**: *Order Granting Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [**Dkt. 4167**].

    A.    Debtors' First Amended Joint Chapter 11 Plan of Reorganization [**Dkt. 3966**].

    B.    Order Denying Debtors' Second Exclusivity Extension Motion [**Dkt. 4168**].

    C.    Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4257**].

    D.    Plan Schedule Statement of the Official Committee of Tort Claimants [**Dkt. 4333**].

    E.    Statement of the Ad Hoc Committee of Senior Unsecured Noteholders Regarding Status Conference on Competing Plans of Reorganization [**Dkt. 4373**].

    F.    Debtors' Preliminary Response to Plan Scheduling Statement of the Official Committee of Tort Claimants [**Dkt. 4381**].

Status: Pursuant to Docket Text Order dated October 9, 2019, the Court will hold a status conference regarding the two competing plans.

*CONTESTED MATTERS GOING FORWARD*

2. **Subrogation Settlement and RSA Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief* [**Dkt. 3992**].

    Response Deadline: October 16, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.    Limited Objection of California Governor's Office of Emergency Services and California Department of Veterans Affairs to Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4220**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | B. | Objection of BOKF, NA as Indenture Trustee to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4231**]. |
| | C. | Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4232**]. |
| | D. | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4235**]. |
| | E. | Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4236**]. |
| | F. | Objection of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4237**]. |
| | G. | The Adventist Claimants' Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4239**]. |
| | H. | Objection of the Ad Hoc Committee of Senior Unsecured Noteholders to Debtors' Motion to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders [**Dkt. 4241**]. |
| | I. | Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with |

| | |
|---|---|
| J. | Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348**]. |
| J. | Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348-1**]. |
| K. | Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion [**Dkt. 4348-2**]. |
| L. | The Baupost Group, L.L.C.'s Joinder in the Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4365**]. |
| M. | Joinder of Certain PG&E Shareholders to the Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4367**]. |
| N. | Joinder by TURN in Objections and Opposition to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4377**]. |

Related Documents:

| | |
|---|---|
| O. | Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 3993**]. |
| P. | Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4339**]. |

Status:  This matter is going forward on a contested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

3. **Baker & Hostetler Employment Scope Application**: *Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331)* [**Dkt. 4018**].

<u>Response Deadline</u>: October 15, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Retention Order [**Dkt. 4207**].

B. Debtors' Response and Objection to TCC's Application to Expand the Scope of Baker & Hostetler LLP's Retention [**Dkt. 4210**].

<u>Related Documents</u>:

C. Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 934**].

D. Declaration of Cecily A. Dumas in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 935**].

E. Declaration of Karen M. Lockhart in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 936**].

F. Verified Statement of Cecily A. Dumas in Support of Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331) [**Dkt. 4019**].

G. Reply in Support of Application of the Official Committee of Tort Claimants for Entry of an Order (I) Confirming the Scope of Employment of Baker & Hostetler LLP, or Alternatively (II) Amending the Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 (Doc. No. 1331) [**Dkt. 4296**].

Related Orders:

H.  Order Approving Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker & Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 1331**].

Status: This matter is going forward on a contested basis.

*RESOLVED MATTER*

4. **Second Exclusivity Extension Motion**: *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Motion of Debtors Pursuant to 11 U.S.C. section 1121(d) to Further Extend Exclusive Periods Filed by Debtor PG&E Corporation* [**Dkt. 4005**].

Response Deadline: October 16, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A.  Declaration of John Boken in Support of Motion of Debtors Pursuant to 11 U.S.C. section 1121(d) to Further Extend Exclusive Periods [**Dkt. 4007**].

Related Orders:

B.  Order Denying Debtors' Second Exclusivity Extension Motion [**Dkt. 4168**].

Status: This Motion was denied [**Dkt. 4168**] and taken off calendar by Docket Text Order on October 9, 2019.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 22, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Attorneys for Debtors and Debtors in Possession*