# EXHIBIT A

# TO

# CERTIFICATION OF ERIC TODDERUD IN SUPPORT OF INTERIM FEE APPLICATION OF BERMAN AND TODDERUD LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION (FEBRUARY 1, 2019 THROUGH MAY 31, 2019)

# BERMAN AND TODDERUD LLP

701 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98104

Eric Todderud
Direct Dial (206) 262-7682
eric@btlawllp.com

October 22, 2019

*Via E-Mail*: john.simon@pge_corp.com

John R. Simon
Executive Vice President and General Counsel
PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

*Via E-Mail*: j1lc@pge.com

Janet Loduca
Senior Vice President and Deputy General Counsel
Pacific Gas and Electric Company
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

Re: **In re PG&E Corporation and Pacific Gas and Electric Company**

Dear Mr. Simon and Ms. Loduca:

Pursuant to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees of the United States Bankruptcy Court for the Northern District of California and the United States Trustee's Guidelines, I am sending a copy of the First Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation for your review ("Interim Application"). The United States Trustee's Guidelines require the Debtors to exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

John R. Simon
Janet Loduca
October 22, 2019
Page 2

    Please notify me if you have questions or objections regarding the Interim Application. If you have no objections, I request that you send, by return email, an affirmative acknowledgement that you have reviewed the Interim Application and do not object to it.

    Thank you for your assistance.

Very truly yours,

Eric Todderud

Attachment