GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS & ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2019, THROUGH AUGUST 31, 2019** <br><br> [Re: Dkt. No. 4038] <br><br> **Objection Deadline:** October 21, 2019 at 4:00 p.m. (Pacific Time) |

On September 30, 2019, Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Seventh Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2019 through August 31, 2019* [Dkt. No. 4038] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

On September 30, 2019, the Monthly Fee Statement was served as described in the Certificate of Service of Andrew G. Vignali (filed October 3, 2019) [Dkt. No. 4090]. The deadline to file responses or oppositions to the Monthly Fee Statement was October 21, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the total fees and one hundred percent (100%) of the total expenses reflected in, and as requested under, the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant hereby is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28, U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner at the firm of Coblentz Patch Duffy & Bass LLP, special counsel to the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and no response or opposition to the Monthly Fee Statement has been filed, and that I have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in San Francisco, California.

DATED: October 22, 2019　　　　　COBLENTZ PATCH DUFFY & BASS LLP

By:    */s/ Gregg M. Ficks*
       Gregg M. Ficks
       Special Counsel to Debtors
       and Debtors in Possession

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period; Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback of Total Fees Requested |
|---|---|---|---|---|---|---|---|
| Coblentz Patch Duffy & Bass LLP | 08/01/19 – 08/31/19; 09/30/19; [Dkt. No. 4038] | $124,991.08 | $1,546.10 | 10/21/19 | $99,992.86 | $1,546.10 | $24,998.22 |

|     | NOTICE PARTIES |
| --- | --- |
| 1   |   |

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
      Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
      Jessica Liou, Esq.
      Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.
      Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.
      Sam A Kahlil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.
      Gregory A. Bray, Esq.
      Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
      Lauren T. Attard, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Scott H. McNutt
324 Warren Road
San Mateo, CA 94401