```
 1  MCDERMOTT WILL & EMERY LLP
    Jeffrey M. Reisner (State Bar No. 143715)
 2  jreisner@mwe.com
    Kerri A. Lyman (State Bar No. 241615)
 3  klyman@mwe.com
 4  2049 Century Park East, Suite 3200
    Los Angeles, California 90067-3206
 5  Telephone: (310) 277-4110
    Facsimile: (310) 277-4730
 6
 7  *Attorneys for Davey Tree Expert Company,
    Davey Tree Surgery Company,*
 8  *and Davey Resource Group, Inc.*
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC CO., | (Jointly Administered) |
| Debtors. | NOTICE OF APPEARANCE, CHANGE OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☐ ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. (collectively, "Davey"), have retained McDermott Will and Emery LLP, as their attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in place of and instead of Irell & Manella LLP.

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("<u>Bankruptcy Code</u>"), and N.D. Cal. Local Rule 5-1(c)(2)(A) and (C), the counsel listed below enter their appearance for Davey and request that Davey be added to the official mailing matrix and service lists in the Chapter 11 Cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

> Jeffrey M. Reisner, Esquire
> Kerri A. Lyman, Esquire
> MCDERMOTT WILL & EMERY
> 2049 Century Park East, Suite 3200
> Los Angeles, CA 90067-3206
> Telephone: (310) 277-4110
> Facsimile: (310) 277-4730
> jreisner@mwe.com
> klyman@mwe.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of Davey to: (1) have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (4) object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) assert any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which Davey may

be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

MCDERMOTT WILL & EMERY LLP

By: _____
Jeffrey M. Reisner

*Attorneys for Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.*

Case: 19-30088    Doc# 4387    Filed: 10/22/19    Entered: 10/22/19 14:39:58    Page 3 of 3