MCDERMOTT WILL & EMERY LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@mwe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

*Attorneys for Davey Tree Expert Company,
Davey Tree Surgery Company,
and Davey Resource Group, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC CO., | (Jointly Administered) |
| Debtors. | CERTIFICATE OF SERVICE |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☐ ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, LINDA A. VIDERGAR-BATES, do declare and state as follows:

1. I am employed in the County of Orange, State of California. I am over the age of 18 years of age and not a party to the above-entitled action. My business address is 18565 Jamboree Road, #250, Irvine, California 92612.

2. I certify that on October 22, 2019, I caused a true and correct copy of the foregoing document described as: NOTICE OF APPEARANCE, CHANGE OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS, to be served via electronic mail on the parties listed on the annexed Electronic Mail Notice List.

3. I certify and declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
|   Linda A. Vidergar-Bates   | _(signature)_ |
| (Typed) | (Signature) |

# MAILING INFORMATION FOR CASE NO. 19-30088 (DM)

## Electronic Mail Notice List

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com

- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com

- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger     eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink     eric@rhrc.net
- Elizabeth A. Green     egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden     cameron.m.gulden@usdoj.gov
- Laurie Hager     lhager@sussmanshank.com
- J. Noah Hagey     hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez     chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst     mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue     hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Edward R. Huguenin     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola     mvi@sbj-law.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Ivan C. Jen     ivan@icjenlaw.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston     jjohnston@jonesday.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones     andrew@ajoneslaw.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian     rjulian@bakerlaw.com

- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com

- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone  malonek@gtlaw.com
- Liam K. Malone  malone@oles.com, shahin@oles.com
- Michael W. Malter  michael@bindermalter.com
- Craig Margulies  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr  gemarr59@hotmail.com
- Richard A. Marshack  rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud  lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy  patrick.maxcy@snrdenton.com
- Benjamin P. McCallen  bmccallen@willkie.com
- Thomas E. McCurnin  tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald  , john.murphy@troutman.com
- C. Luckey McDowell  Luckey.McDowell@Shearman.com
- Matthew D. McGill  MMcGill@gibsondunn.com
- Scott H. McNutt  SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo  peter@pmrklaw.com
- Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester  jmester@jonesday.com
- Matthew D. Metzger  belvederelegalecf@gmail.com

- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com, damien.morris@cliffordchance.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com

- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin mplevin@crowell.com
- Steven G. Polard spolard@eisnerlaw.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- William L. Porter bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Stacey C. Quan squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo amy.quartarolo@lw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready smeyer@farmerandready.com
- Caroline A. Reckler caroline.reckler@lw.com
- David M. Reeder david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner jreisner@irell.com
- Jack A. Reitman , srichmond@lgbfirm.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson drichardson@bakerlaw.com, agonzalez@bakerlaw.com
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks julie@bindermalter.com
- Jorian L. Rose jrose@bakerlaw.com
- Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin arrosin@alr-law.com
- Jay M. Ross jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Stacy H. Rubin rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp trupp@kellerbenvenutti.com
- Eric E. Sagerman esagerman@bakerlaw.com
- Robert Sahyan rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders jsanders@stblaw.com

- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Francis O. Scarpulla   fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com
- Harvey S. Schochet   Harveyschochet@dwt.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton   gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref   rsoref@polsinelli.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Geoffrey S. Stewart   gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone   AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- Derrick Talerico   dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe   kesha@tanabelaw.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick   etredinnick@greeneradovsky.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com

- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com