**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br> **NOTICE OF FILING OF (I) DEBTORS' PROPOSED COMPETING PLAN CONFIRMATION TIMELINE AND (II) DEBTORS' PROPOSED BRIEFING SCHEDULE FOR POSTPETITION INTEREST AND MAKE-WHOLE PREMIUM ISSUES** |

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is the Debtors' proposed competing plan confirmation timeline setting forth proposed dates for plan-related litigation, the filing of and hearing on a disclosure statement, solicitation of votes on the competing plans, and the confirmation hearing.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the Debtors' proposed briefing schedule for postpetition interest and make-whole premium issues.

Dated: October 22, 2019

           **WEIL, GOTSHAL & MANGES LLP**
           **KELLER & BENVENUTTI LLP**

           /s/  *Stephen Karotkin*
              Stephen Karotkin

           *Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119