**Exhibit A**

**Competing Plan Confirmation Timeline**

**Proposed Competing Plan Confirmation Timeline**

**December 11, 2019:**     Oral argument on inverse condemnation issue.

**December 16, 2019:**     Oral argument on postpetition interest rate issue.

**January 6, 2020:**     Oral argument on make-whole premium issue.

**January 7, 2020:**     Tubbs trial begins in Superior Court (8 week trial estimate)

**January 15, 2020:**     File initial Disclosure Statement (one combined Disclosure Statement for both plans)

**February 18, 2020:**     Estimation proceedings begin in Federal District Court

**March 4, 2020:**     Completion of Federal Court estimation hearing, including incorporation of Tubbs trial result.

**March 10, 2020:**     File amended plans and amended Disclosure Statement to incorporate results of estimation hearing and any resulting change to exit financing.

**March 20, 2020:**     Hearing to approve final Disclosure Statement

**May 1, 2020:**     Plan voting deadline, and deadline for confirmation objections.

**May 7, 2020:**     Confirmation hearing.