# Exhibit B

**Briefing Schedule for Postpetition Interest
and Make-Whole Premium Issues**

**Postpetition Interest and Make-Whole
Premium Issues Briefing Schedule**

**Postpetition Interest**

| | |
|---|---|
| Opening briefs: | November 8, 2019 |
| Reply briefs: | November 22, 2019 |
| Oral Argument: | December 16, 2019 |

**Make-Whole Premium**

| | |
|---|---|
| Opening briefs: | November 21, 2019 |
| Reply briefs: | December 13, 2019 |
| Oral Argument: | January 6, 2019 |

The Debtors propose that the parties shall coordinate so that one brief should be filed by each side with respect to the two issues, consistent with what was done in the FERC hearings before the Court.