HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for
UNITED ENERGY TRADING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON UNITED ENERGY TRADING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:    November 13, 2019<br>Time:   10:00 AM<br>Judge:  Hon. Dennis Montali<br>Ctrm:   17 |

### AMENDED NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that United Energy Trading, LLC ("UET") has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) (Dkt. 4323).

**PLEASE TAKE NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed on October 18, 2019, the Declaration of Leah E. Capritta in Support of Motion for Relief From Automatic Stay, the attachments and exhibits thereto, Request for Judicial Notice, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE NOTICE**, that the Motion is set for hearing on November 13, 2019, at 10:00 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE**, that attorney Leah E. Capritta, of Holland & Knight LLP, will argue the Motion on November 13, 2019, at 10:00 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE NOTICE**, that any oppositions or responses to the Motion by the Debtors and the two official creditors' committees must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) five (5) days before the hearing. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (Dkt. 1996). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.

///

///

**PLEASE TAKE NOTICE**, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to appear may result in the Court granting the relief requested by this Motion without further hearing.

DATED: October 21, 2019

                                                Respectfully submitted,

                                                HOLLAND & KNIGHT LLP

                                                By:   /s/ *Leah E. Capritta*
                                                              Leah E. Capritta

                                                      *Attorneys for United Energy Trading, LLC*