JOHN R. RIZZARDI (pro hac vice)
CAIRNCROSS & HEMPELMANN, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
jrizzardi@cairncross.com

*Attorneys for Winding Creek Solar LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor(s).<br><br>Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | NO. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John R. Rizzardi, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Winding Creek Solar LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE* - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax 206 587 2308

{03846630.DOCX;1 }

Case: 19-30088    Doc# 4395    Filed: 10/22/19    Entered: 10/22/19 17:03:36    Page 1 of 2

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Jaime Touchstone
> Futterman Dupree Dodd Croley Maier LLP
> 601 Montgomery Street, Suite 333
> San Francisco, CA 94111
> Telephone: (415) 399-3840

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2019          */s/ John R. Rizzardi*
                                 John R. Rizzardi

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE* - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax 206 587 2308

{03846630.DOCX;1 }

Case: 19-30088    Doc# 4395    Filed: 10/22/19    Entered: 10/22/19 13:36:58    Page 2 of 2