Adam C. Harris (*pro hac vice* pending)
James T. Bentley (*pro hac vice* pending)
Kelly (Bucky) Knight (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Email: adam.harris@srz.com
Email: james.bentley@srz.com
Email: kelly.knight@srz.com

David M. Guess (SBN 238241)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: dguess@bienertkatzman.com

*Counsel to certain Utility Bondholders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

I, Carolyn K. Howland, declare as follows:

1. I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2. On October 22, 2019, I served the following document described as **VERIFIED STATEMENT OF SCHULTE ROTH & ZABEL LLP AND BIENERT KATZMAN PC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** on all interested parties in this action as stated on the attached service list:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2019, at San Clemente, California.

*Carolyn K. Howland*
Carolyn K. Howland

# SERVICE LIST
*All parties served by e-mail or ECF unless otherwise noted*

| | |
|---|---|
| Attn: Janet Loduca, Esq.<br>PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street, B30A<br>San Francisco, California 94105<br>Email: j1lc@pge.com | *Debtors* |
| Attn: Stephen Karotkin, Esq.<br>      Jessica Liou, Esq.<br>      Matthew Goren, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Email: Stephen.karotkin@weil.com<br>       Jessica.liou@weil.com<br>       Matthew.goren@weil.com | *Attorneys for Debtors* |
| Attn: Tobias Keller, Esq.<br>      Jane Kim, Esq.<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Email: tkeller@kellerbenvenutti.com<br>       jkim@kellerbenvenutti.com | *Attorneys for Debtors* |
| Attn: Kristopher M. Hansen, Esq.<br>      Erez E. Gilad, Esq.<br>      Matthew G. Garofalo, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038<br>Email: khansen@stroock.com<br>       egilad@stroock.com<br>       mgarofalo@stroock.com<br><br>Attn: Frank A. Merola, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angles, California 90067<br>Email: fmerola@stroock.com | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility* |

| | |
|---|---|
| Attn: Eli J. Vonnegut, Esq.<br>　　　David Schiff, Esq.<br>　　　Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Email: eli.vonnegut@davispolk.com<br>　　　David.schiff@davispolk.com<br>　　　Timothy.graulich@davispolk.com | *Attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility* |
| Attn: Alan W. Kornberg, Esq.<br>　　　Brian S. Hermann, Esq.<br>　　　Walter R. Rieman, Esq.<br>　　　Sean A. Mitchell, Esq.<br>　　　Neal P. Donnelly, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Email: akornberg@paulweiss.com<br>　　　bhermann@paulweiss.com<br>　　　wrieman@paulweiss.com<br>　　　smitchell@paulweiss.com<br>　　　ndonnelly@paulweiss.com | *Attorneys for the California Public Utilities Commission* |
| Attn: James L. Snyder, Esq.<br>　　　Timothy Laffredi, Esq.<br>Office of the United States Trustee for Region 17<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, California 94102<br>Email: james.l.snyder@usdoj.gov<br>　　　Timothy.s.laffredi@usdoj.gov | *Trustee* |
| Attn: General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington, DC 20555<br>*Served by U.S. Mail | |
| Attn: Danielle A. Pham, Esq.<br>U.S. Department of Justice<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005<br>Email: danielle.pham@usdoj.gov | *Attorneys for United States on behalf of the Federal Energy Regulatory Commission* |

| | |
|---|---|
| Attn: Dennis F. Dunne, Esq.<br>      Sam A. Khalil, Esq.<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Email: ddunne@milbank.com<br>        skhalil@milbank.com<br><br>Attn: Paul S. Aronzon, Esq.<br>      Gregory A. Bray, Esq.<br>      Thomas R. Kreller, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067<br>Email: paronzon@milbank.com<br>        gbray@milbank.com<br>        tkreller@milbank.com | *Attorneys for the Official Committee of Unsecured Creditors* |
| Attn: Eric Sagerman, Esq.<br>      Cecily Dumas, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025<br>Email: esagerman@bakerlaw.com<br>        cdumas@bakerlaw.com | *Attorneys for the Official Committee of Tort Claimants* |
| Attn: Michael S. Stamer, Esq.<br>      Ira S. Dizengoff, Esq.<br>      David H. Botter, Esq.<br>      Abid Qureshi, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Email: mstamer@akingump.com<br>        idizengoff@akingump.com<br>        dbotter@akingump.com<br>        aqureshi@akingump.com<br><br>Attn: Ashley Vinson Crawford, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>Email: avcrawford@akingump.com | *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |