UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

```
IN RE: PG&E CORPORATION and    )
PACIFIC GAS AND ELECTRIC       )
COMPANY,                       )
                               )
            Debtors.           )    NO. 19-05257 JD
                               )
_____)
```

San Francisco, California
Monday, October 7, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Creditor Committee Official Committee of Tort Claimants:
               BAKER & HOSTETLER LLP
               Levi's Plaza
               1160 Battery Street East - Suite 100
               San Francisco, California  94111
     **BY:** **ROBERT A. JULIAN, ATTORNEY AT LAW**
          **KIMBERLY S. MORRIS, ATTORNEY AT LAW**

               BAKER & HOSTETLER LLP
               11601 Wilshire Boulevard, Suite 1400
               Los Angeles, California  90025-0509
     **BY:** **LAUREN ATTARD, ATTORNEY AT LAW**

For Ad Hoc Group of Subrogation Claim Holders :
               WILLKIE, FARR & GALLAGHER LLP
               878 Seventh Avenue
               New York, New York  10019
     **BY:** **BENJAMIN P. MCCALLEN, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Katherine Powell Sullivan, CSR No. 5812, RMR, CRR
            Official Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Camp Fire Claimants:
                          TOSDAL LAW FIRM
 3                        777 South Highway 101, Suite 215
                          Solana Beach, California  92075
 4              BY:  THOMAS TOSDAL, ATTORNEY AT LAW

 5   For North Bay Fire Victims:
                          COTCHETT, PITRE & MCCARTHY LLP
 6                        San Francisco Airport Office Center
                          840 Malcolm Road
 7                        Burlingame, California  94010
                BY:  FRANK M. PITRE, ATTORNEY AT LAW
 8
     For Official Committee of Unsecured Creditors:
 9                        MILBANK
                          55 Hudson Yards
10                        New York, New York  10001
                BY:  ALAN J. STONE, ATTORNEY AT LAW
11
     For PG&E Shareholders:
12                        JONES DAY
                          555 South Flower Street, 50th Floor
13                        Los Angeles, California  90071
                BY: JAMES OLIN JOHNSTON, ATTORNEY AT LAW
14
     For Creditor California State Agencies:
15                        FELDERSTEIN, FITZGERALD, WILLOUGHBY
                            PASCUZZI & RIOS LLP
16                        500 Capitol Mall - Suite 2250
                          Sacramento, California  95814
17              BY:  PAUL J. PASCUZZI, ATTORNEY AT LAW

18   For Creditor Federal Agencies FEMA, Department of Agriculture,
     and Department of Interior:
19                        U.S. DEPARTMENT OF JUSTICE
                          Civil Division
20                        P.O. Box 875
                          Ben Franklin Station
21                        Washington, D.C.  20044
                BY:  MATTHEW J. TROY, ATTORNEY AT LAW
22
     For Fire Victims:
23                        WALKUP, MELODIA, KELLY & SCHOENBERGER PC
                          650 California Street - 26th Floor
24                        San Francisco, California  94108
                BY:  KHALDOUN A. BAGHDADI, ATTORNEY AT LAW
25
```

```
 1  APPEARANCES:  (CONTINUED)

 2  Individual Fire Victim Creditors:
                  COREY, LUZAICH, DE GHETALDI, NASTARI &.
 3                 RIDDLE LLP
                  700 El Camino Real
 4                P.O. Box 669
                  Millbrae, California 94030-0669
 5         BY:  AMANDA L. RIDDLE, ATTORNEY AT LAW

 6  For Creditor Liberty Mutual Insurance, et al.:
                  COZEN O'CONNOR
 7                601 S. Figueroa Street - Suite 3700
                  Los Angeles, California  90017
 8         BY:  HOWARD D. MAYCON, ATTORNEY AT LAW

 9  For Ad Hoc Committee of Senior Unsecured Noteholders:
                  AKIN, GUMP, STRAUSS, HAUER
10                  & FELD LLP
                  580 California Street
11                San Francisco, California  94104
           BY:  ASHLEY VINSON CRAWFORD, ATTORNEY AT LAW
12
    For Creditor SLF Fire Victim Claimants:
13                MARSHACK HAYS LLP
                  870 Roosevelt
14                Irvine, California  92620
           BY:  RICHARD A. MARSHACK, ATTORNEY AT LAW
15
                  SINGLETON LAW FIRM
16                450 A Street - 5th Floor
                  San Diego, California  92101
17         BY:  GERALD SINGLETON, ATTORNEY AT LAW

18  For Debtor-in-Possession PG&E Corporation:
                  CRAVATH, SWAINE & MOORE LLP
19                825 Eigth Avenue
                  New York, New York  10019
20         BY:  KEVIN ORSINI, ATTORNEY AT LAW
                PAUL H. ZUMBRO, ATTORNEY AT LAW
21
    For Debtor-in-Possession PG&E Corporation:
22                WEIL, GOTSHAL & MANGES LLP
                  767 Fith Avenue
23                New York, New York  10153
           BY:  STEPHEN KAROTKIN, ATTORNEY AT LAW
24              MATTHEW P. GOREN, ATTORNEY AT LAW
                JESSICA LIOU, ATTORNEY AT LAW
25
```

1      Now, with respect to damages, so I just want to make
2  sure -- I am going to estimate, subject to possible *Cantu*
3  application, property damages for all the fires; is that right?
4      **MR. ORSINI:** That's our understanding, Your Honor.
5      **THE COURT:** Okay. And also the personal injury
6  claims, which include emotional distress. Anything else?
7      **MR. JULIAN:** Wrongful death.
8      **THE COURT:** Wrongful death.
9      **MR. ORSINI:** The only clarification I will put on your
10 first question, Your Honor, to the extent I do convince Judge
11 Montali inverse doesn't apply, then, obviously, the property
12 damages still need to be estimated by this court but under a
13 different legal standard.
14     **THE COURT:** That's fine.
15   When is that happening, by the way?
16     **MR. ORSINI:** I believe we have arguments scheduled for
17 December 11th.
18     **THE COURT:** December. That late?
19     **MR. ORSINI:** It's getting briefed. Our brief goes in
20 in about two and a half weeks. There was an issue with
21 briefing it before the bar date. We proposed to do it earlier,
22 but there was concern on the TCC's side about doing it before
23 the bar date.
24     **THE COURT:** So we're not going to know until
25 December 11th.


1         **MR. ORSINI:** Or later.

2         **THE COURT:** Or later. It's kind of late.

3   Are you able to move that up, Mr. Julian?

4         **MR. JULIAN:** Able to meet what, Your Honor?

5         **THE COURT:** Are you able to move that up a little bit
6 with Judge Montali maybe?

7         **MR. JULIAN:** We would be happy to -- there are, I
8 think, five people putting their input into our briefs.

9         **THE COURT:** Okay. You can talk to them.

10        **MR. JULIAN:** I'll talk to them.

11        **THE COURT:** If you can get that done earlier, I think
12 that would be helpful.

13        **MR. JULIAN:** I think that would be helpful.

14        **THE COURT:** Okay. Also enhanced damages, punitive
15 damages. That's going to be also part of the estimation;
16 right?

17        **MR. JULIAN:** Yes, sir.

18        **THE COURT:** Mr. Orsini?

19        **MR. ORSINI:** (Nods head.)

20        **THE COURT:** Yes, Mr. Julian? Okay.

21   So I think that's the what at a high level. Obviously,
22 things will develop over time, but that's the what.

23   Now let's get to -- Yes.

24        **MR. MCCALLEN:** Sorry to interrupt. Just to clarify
25 the record -- again, Benjamin McCallen on behalf of the Ad Hoc