1  DAVID B. LEVANT (*pro hac vice*)          SETH D. HILTON (SBN 181899)
   david.levant@stoel.com                     seth.hilton@stoel.com
2  ANDREW H. MORTON (*pro hac vice*)         SARAH E. KOZAL (SBN 313043)
   andrew.morton@stoel.com                    sarah.kozal@stoel.com
3  JENNIFER L. MERSING (*pro hac vice*)      BAO M. VU (SBN 277970)
   jennifer.mersing@stoel.com                 bao.vu@stoel.com
4  JENNIFER N. SLOCUM (*pro hac vice*)       STOEL RIVES LLP
   jennifer.slocum@stoel.com                  3 Embarcadero Center, Suite 1120
5  STOEL RIVES LLP                            San Francisco, CA 94111
   600 University Street, Suite 3600          Telephone: 415.617.8900
6  Seattle, WA 98101                          Facsimile: 415.617.8907
   Telephone: 206.624.0900
7  Facsimile: 206.386.7500

8  *Attorneys for the Ad Hoc Group of*
   *Interconnection Customers*

9

10

11

12                   **UNITED STATES BANKRUPTCY COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

15  **In re:**                          Case No. 19-30088 (DM)
                                         Chapter 11
16  **PG&E CORPORATION**                 (Lead Case)
                                         (Jointly Administered)
17        **- and -**

18  **PACIFIC GAS AND ELECTRIC**         **VERIFIED STATEMENT OF
    COMPANY,**                           STOEL RIVES LLP PURSUANT TO
19                    **Debtors.**        FEDERAL RULE OF BANKRUPTCY
                                         PROCEDURE 2019**
20  ☐    Affects PG&E Corporation
    ☒    Affects Pacific Gas and Electric
21       Company
    ☐    Affects both Debtors
22
    *All papers shall be filed in the Lead Case,*
23  *No. 19-30088 (DM)*

24

25          Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the Ad Hoc Group of

26  Interconnection Customers of Pacific Gas and Electric Company (the "***Ad Hoc Group of***

27  ***Interconnection Customers"***), by and through its undersigned counsel, hereby submit this verified

28  statement (this "***Statement***"), and in support thereof, state as follows:

1.     In or around August 2019, the Ad Hoc Group of Interconnection Customers engaged Stoel Rives LLP ("***Stoel Rives***") to represent it in connection with certain Pass-Through Amounts being withheld Pacific Gas and Electric Company (the "***Utility***", and together with PG&E Corporation, the "***Debtors***").

2.     As of the date of this Statement, Stoel Rives represents numerous other parties in the Utility's chapter 11 proceeding, in addition to the Ad Hoc Group of Interconnection Customers. The members of the Ad Hoc Group of Interconnection Customers have each retained Stoel Rives to represent them with respect to the administration and enforcement of their respective claims and interests in connection with the Debtors' chapter 11 cases.  Each client has been informed of and has consented to concurrent representation by Stoel Rives.

3.     In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" held in relation to the Debtors as of October 22, 2019, by each member of the Ad Hoc Group of Interconnection Customers follows:

| Name & Address of Creditor | Nature of Claim | Claim Amount[1] |
|---|---|---|
| CA Flats 130, LLC<br>10 East 53rd Street, 17th Floor<br>New York, NY  10022<br><br>CA Flats 150, LLC<br>10 East 53rd Street, 17th Floor<br>New York, NY  10022 | Network Upgrade Reimbursements | To be determined[2] |
| CA Flats 150, LLC<br>10 East 53rd Street, 17th Floor<br>New York, NY  10022 | Test Period Payment | $274,159.67 |

---

[1]     The claim amounts for Network Upgrade Reimbursements are subject to interest at the regulated rate.  The Network Upgrade Reimbursements are to be paid according to a schedule specific to each Interconnection Customer, with payments generally becoming due each financial quarter. Therefore, these amounts represent only a baseline amount that is currently owed as of the date of this filing, subject to amendment as more payments become due.

[2]     The Utility asserts that its obligations to begin making payments to these two members did not commence until after the Cal Flats 150 Project achieved commercial operation in March 2019, notwithstanding that the Cal Flats 130 Project had achieved commercial operation in November 2017. CA Flats 130, LLC believes it is entitled to $7,800,000 of payments over a five year period that should have already begun following its project's commercial operation date, plus interest in the amount of at least $1,447,311.88.  CA Flats 150, LLC believes it is entitled to $9,000,000 of payments over a five year period from its project's commercial operation date, plus interest in the amount of at least $1,669,975.25.

| Name & Address of Creditor | Nature of Claim | Claim Amount[1] |
| --- | --- | --- |
| Solar Star California XIII, LLC<br>10 East 53rd Street, 17th Floor<br>New York, NY 10022 | Network Upgrade Reimbursements | $6,000,000.00 |
| 67RK 8me LLC<br>c/o FTP Power LLC<br>2180 South 1300 East, Suite 600<br>Salt Lake City, Utah 84106<br><br>65HK 8me LLC<br>c/o FTP Power LLC<br>2180 South 1300 East, Suite 600<br>Salt Lake City, Utah 84106<br><br>87RL 8me LLC<br>c/o FTP Power LLC<br>2180 South 1300 East, Suite 600<br>Salt Lake City, Utah 84106 | Network Upgrade Reimbursements | $462,171.42 |
| Adera Solar, LLC<br>c/o FTP Power LLC<br>2180 South 1300 East, Suite 600<br>Salt Lake City, Utah 84106 | Network Upgrade Reimbursements | $219,150.00 |
| RE Mustang LLC<br>200 West St., 3rd Floor<br>New York, NY 10282<br><br>RE Mustang 3 LLC<br>200 West St., 3rd Floor<br>New York, NY 10282<br><br>RE Mustang 4 LLC<br>200 West St., 3rd Floor<br>New York, NY 10282 | Network Upgrade Reimbursements | $3,514,185.93 |

4. As of the date hereof, Stoel Rives does not hold a claim against any of the Debtors or any interest in any of the Debtors.

5. The information set forth in this Statement, which is based on information provided by the applicable members of the Ad Hoc Group of Interconnection Customers, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

1     6.     Stoel Rives reserves the right to revise and supplement this verified statement in

2 accordance with the requirements set forth in Bankruptcy Rule 2019 to the extent required and will

3 obtain additional consents as necessary.

4     7.     Nothing contained in this Statement should be construed as a limitation upon, or

5 waiver of, any rights of any member of the Ad Hoc Group of Interconnection Customers to assert,

6 file, or amend their claims in accordance with applicable law and any orders entered in these chapter

7 11 cases.

8     The undersigned verifies under oath that the foregoing statement is true and accurate, to the

9 best of the undersigned's knowledge and belief.

10     DATED:  October 22, 2019.

STOEL RIVES LLP

*/s/ David B. Levant*
David B. Levant (*pro hac vice*)
Andrew H. Morton (*pro hac vice*)
Jennifer L. Mersing (*pro hac vice*)
Jennifer N. Slocum (*pro hac vice*)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
206.624.0900
david.levant@stoel.com

*Attorneys for Ad Hoc Group of*
*Interconnection Customers*