| | | | |
|---|---|---|---|
| In re: | PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY, | Bankruptcy No.: | 19-30088 (DM) |
| | | R.S. No.: | |
| | | Hearing Date: | 11/13/2019 |
| Debtor(s) | | Time: | 10:00 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019     Chapter: 11

     Prior hearings on this obligation: n/a     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

     Secured Creditor [ ] or lessor [ ]
     Fair market value: $_____     Source of value: _____
     Contract Balance: $_____     Pre-Petition Default: $_____
     Monthly Payment: $_____     No. of months: _____
     Insurance Advance: $_____     Post-Petition Default: $_____
         No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

     Fair market value: $_____     Source of value: _____     If appraisal, date: _____

     Moving Party's position (first trust deed, second, abstract, etc.):

     Approx. Bal. $_____     Pre-Petition Default: $_____
     As of (date): _____     No. of months: _____
     Mo. payment: $_____     Post-Petition Default: $_____
     Notice of Default (date): _____     No. of months: _____
     Notice of Trustee's Sale: _____     Advances Senior Liens: $_____

     Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: The Ad Hoc Group of Interconnection Customers respectfully requests that the Court enter an order requiring the Utility to (i) make immediate payment on amounts owed for NUR Payments and Test Period Payments and (ii) resume making such payments as scheduled or granting stay relief to allow enforcement of contractual rights to same.

Dated: 10/22/2019

                                             _____
                                                         Signature
                                                    /s/ David B. Levant
                                                         Print or Type Name

                                 Attorney for Ad Hoc Group Interconnection Customers