Adam C. Harris (*pro hac vice* pending)
James T. Bentley (*pro hac vice* pending)
Kelly (Bucky) Knight (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Email: adam.harris@srz.com
Email: james.bentley@srz.com
Email: kelly.knight@srz.com

David M. Guess (SBN 238241)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: dguess@bienertkatzman.com

*Counsel to certain Utility Bondholders*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

I, David M. Guess, declare as follows:

1. I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673. I am employed in the office of a member of the bar of this Court at whose direction service was made.

2. On October 23, 2019, I served the following document described as **AMENDED VERIFIED STATEMENT OF SCHULTE ROTH & ZABEL LLP AND BIENERT KATZMAN PC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** on all interested parties in this action as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2019, at San Francisco, California.

By: */s/ David M. Guess*
David M. Guess (SBN 238241)

DOC ID - 32883300.10