

Signed and Filed: October 22, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

CHRISTOPHER L. YOUNG (Pro Hac Vice)
CAIRNCROSS & HEMPELMANN, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104
Telephone:	(206) 254-4492
Facsimile:	(206) 587-2308
E-mail:	cyoung@cairncross.com

*Attorneys for Winding Creek Solar LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

PG&E CORPORATION

and

PACIFIC GAS AND
ELECTRIC COMPANY

　　　　　　　　　Debtors.

Affects both Debtors

*All papers shall be filed in the Lead Case,
No. 19-3008 (DM)

NO. 19-30088 (DM)
CHAPTER 11

(Lead Case)
(Jointly Administered)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY **CHRISTOPHER L. YOUNG** *PRO HAC VICE*

Christopher L. Young, whose address and telephone number are:

Christopher L. Young, WSBA #47977
CAIRNCROSS & HEMPELMANN, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104
Telephone:	(206) 254-4492
Facsimile:	(206) 587-2308
E-mail:	cyoung@cairncross.com

And who is an active member in good standing at the bar of State of Washington having

applied in the above-entitled action for admission to practice in the Bankruptcy Court for the

Northern District of California on a *pro hac vice* basis representing

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY **CHRISTOPHER L. YOUNG** *PRO HAC VICE* - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax 206 587 2308

{03846580.DOCX;1 }

Case: 19-30088    Doc# 4409    Filed: 10/22/19    Entered: 10/23/19 07:04:46    Page 1 of 2

1   IT IS HEREBY ORDERED THAT the application of Christopher L. Young is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rule and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY **CHRISTOPHER L. YOUNG** *PRO HAC VICE* - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax 206 587 2308

{03846580.DOCX;1}

Case: 19-30088    Doc# 4409    Filed: 10/22/19    Entered: 10/23/19 07:04:46    Page 2 of 2