# EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court ("Court")
                Northern District of California
                San Francisco Division
                Attn:    Clerk

AND TO:    PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
                Case No. 19-30089 ("Case")

### Claim #: 7272

CAL VALLEY CONSTRUCTION, INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **SPCP GROUP, LLC**
> 2 Greenwich Plaza, 1st Floor
> Greenwich, CT 06830
> Attn:    Brian Jarmain

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 296,808.71 _____ ("Claim"), which represents __100__% of the total claim amount of $296,808.71, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment by its duly authorized representative dated September 27 , 2019.

CAL VALLEY CONSTRUCTION, INC.

By: _____
Name:   Michelle A. Avila
Title:    President/CFO

SPCP GROUP, LLC

By: _____
Name:
Title:    *Jennifer Poccia*
            *Authorized Signatory*

CAL VALLEY CONSTRUCTION, INC.

By: _____
Name:   Tony Storelli
Title:    Corp. Secretary

SAC 2019-8

11