LARRY M. ROBERTS, ESQ. (SBN 107160)
THE PERRY LAW FIRM, APLC
20523 Crescent Bay Drive, 2nd Fl.
Lake Forest, California 92630
Telephone: (949) 379-3141
Facsimile (949) 379-3144

Attorneys for Creditors, ERIK ROBERT JOSCAK
And LYNSEA HANNAH WELLS

**FILED**

OCT 23 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## CALIFORNIA NORTHERN BANKRUPTCY COURT

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PG&E Corporation, | )    **CASE NO.: 19-30088** |
| | ) |
| | ) |
| | )    **WITHDRAWAL OF CLAIM** |
| Debtor | ) |
| | ) |
| | )    **Assigned to: Judge Dennis Montali** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

On October 21, 2019, The Perry Law Firm filed claim number 385 inadvertently naming the Creditor as PG&E Corporation. The claim was entered on October 21, 2019.

-1-

WITHDRAWAL OF CLAIM

The Perry Law Firm then filed the correct claim for the Creditors, Erik Robert Joscak and Lynsea Hannah Wells. The correct claim number is 389 and was filed and entered on October 21, 2019.

The Perry Law Firm hereby withdraws Claim number 385, filed and entered on October 21, 2019.

Date: October 22, 2019

Respectfully submitted,

THE PERRY LAW FIRM, APLC

By: _____

Larry M. Roberts, Attorneys for
the Creditors

WITHDRAWAL OF CLAIM

Case: 19-30088    Doc# 4417    Filed: 10/23/19    Entered: 10/23/19 10:04:32    Page 2 of 2