| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
|   | Thomas D. Leland (Pro Hac) |
| 2 | Leah E. Capritta (Pro Hac) |
|   | 1801 California Street, Suite 5000 |
| 3 | Denver, Colorado 80202 |
|   | Telephone: (303) 974-6660 |
| 4 | Fax: (303) 974-6659 |
|   | Email: thomas.leland@hklaw.com |
| 5 | leah.capritta@hklaw.com |
| 6 | HOLLAND & KNIGHT LLP |
|   | Vince Farhat (SBN 183794) |
| 7 | 400 South Hope Street, 8th Floor |
|   | Los Angeles, CA 90071 |
| 8 | Telephone: (213) 896-2400 |
|   | Facsimile: (213) 896-2450 |
| 9 | Email: vince.farhat@hklaw.com |

Attorneys for
UNITED ENERGY TRADING, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CASE NO. 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| -and- | **SECOND AMENDED NOTICE OF HEARING ON UNITED ENERGY TRADING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | Date: November 13, 2019 |
| | Time: 10:00 AM (Pacific Time) |
| ☐ Affects PG&E Corporation | Place: United States Bankruptcy Court |
| ■ Affects Pacific Gas and Electric Company | Courtroom 17, 16th Floor |
| ☐ Affects both Debtors | San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Objection Deadline:** November 8, 2019 4:00 p.m. (Pacific Time) |

## SECOND AMENDED NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that United Energy Trading, LLC ("UET") has filed a

Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) (Dkt. 4323) ("Motion").

**PLEASE TAKE FURTHER NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed on October 18, 2019, the Declaration of Leah E. Capritta in Support of Motion for Relief From Automatic Stay, the attachments and exhibits thereto, Request for Judicial Notice, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE**, that the Motion is set for hearing on November 13, 2019, at 10:00 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE**, that attorney Leah E. Capritta, of Holland & Knight LLP, will argue the Motion on November 13, 2019, at 10:00 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE**, that any oppositions or responses to the Motion by the Debtors and the two official creditors' committees must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on November 8, 2019. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (Dkt. 1996) ("Case Management Order").

**Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

PLEASE TAKE FURTHER NOTICE, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to appear may result in the Court granting the relief requested by this Motion without further hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: October 23, 2019

          Respectfully submitted,

          HOLLAND & KNIGHT LLP

          By:   /s/ *Leah E. Capritta*
               Leah E. Capritta

          *Attorneys for United Energy Trading, LLC*

#71126940_v1

Case: 19-30088    Doc# 4420    Filed: 10/23/19    Entered: 10/23/19 11:09:59    Page 4 of 4

4