Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.442.8875
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111.

2. I certify that on October 21, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *Plan Schedule Statement of the Official Committee of Tort Claimants.*

3. I certify that on October 21, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 22nd day of October, 2019, at San Francisco, California.

*/s/ Heidi Hammon-Turano*
Heidi Hammon-Turano

# EXHIBIT A
## Standard Parties Email Service List
### Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

**EXHIBIT B**
Standard Parties Hardcopy First Class Mail Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |