Jeremy C. Sink (9916)
**KIRTON MCCONKIE**
36 South State, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 239-3157
Facsimile: (801) 321-4893
E-mail: jsink@kmclaw.com
.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br><br>PG&E Corporation and Pacific Gas and Electric Company,<br><br>Debtors. | Bankruptcy Case No. 19-30088<br>(Chapter 11)<br><br>**FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Jeremy C. Sink of the law firm of Kirton McConkie ("Counsel") hereby enters his appearance as counsel of record for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, f/k/a Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints in bankruptcy case 19-30088 (the "Bankruptcy Case").

Counsel requests that he be included on the master mailing list in the Bankruptcy Case and further requests that notice of all hearings or actions in this case and copies of all motions, documents, or other papers filed by any party-in-interest in this case—including the debtor, any

subsequently appointed Chapter 11/7 trustee, or the U.S. Trustee—be sent to Jeremy Sink via the court's electronic filing system (CM-ECF) at jsink@kmclaw.com and mailed to the following:

DATED this 23rd day of October, 2019.

**KIRTON MCCONKIE**

    /s/ Jeremy C. Sink
Jeremy C. Sink
*Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, f/k/a Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*