JEFFREY K. GARFINKLE (SBN 153496)
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com

Attorneys for JAY ALIX

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

   -and-

PACIFIC GAS AND ELECTRIC COMPANY,

              *Debtors*.

Case No. 19-30088

Chapter 11

(Lead Case)
(Jointly Administered)

**PROOF OF SERVICE**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612.

On the date set forth below, I served the following documents described as:

**STATEMENT OF JAY ALIX**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope and transmitting by electronic mail as follows:

| | |
|---|---|
| Attn: Janet Loduca, Esq.<br>PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street, B30A<br>San Francisco, California 94105 | *Debtors*<br><br>Email: j1lc@pge.com |
| Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | *Attorneys for Debtor*<br><br>Email: Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com |
| Tobias Keller, Esq.<br>Jane Kim, Esq.<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, California 94108 | *Attorneys for Debtor*<br><br>Email: tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038 | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility*<br><br>Email: khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Frank A. Merola, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angles, California 90067 | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility*<br><br>Email: fmerola@stroock.com |
| Attn: Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | *Attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility*<br><br>Email: eli.vonnegut@davispolk.com<br>David.schiff@davispolk.com<br>Timothy.graulich@davispolk.com |

| | |
|---|---|
| Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 | *Attorneys for the California Public Utilities Commission*<br><br>Email: akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>Office of the United States Trustee<br>for Region 17<br>450 Golden Gate Ave., 5th Floor, Ste #05-0153<br>San Francisco, California 94102 | *Trustee*<br><br>Email: james.l.snyder@usdoj.gov<br>Timothy.s.laffredi@usdoj.gov |
| Attn: General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington, DC 20555 | |
| Attn: Danielle A. Pham, Esq.<br>U.S. Department of Justice<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005 | *Attorneys for United States on behalf of the Federal Energy Regulatory Commission*<br><br>Email: danielle.pham@usdoj.gov |
| Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br><br>Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067 | *Attorneys for the Official Committee of Unsecured Creditors*<br><br>Email: ddunne@milbank.com<br>skhalil@milbank.com<br><br><br>Email: paronzon@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com |
| Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025 | *Attorneys for the Official Committee of Tort Claimants*<br><br>Email: esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |

| | |
|---|---|
| Attn: Michael S. Stamer, Esq.<br>Ira S. Dizengoff, Esq.<br>David H. Botter, Esq.<br>Abid Qureshi, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br><br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104 | *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*<br><br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com<br>Attn: Ashley Vinson Crawford, Esq.<br><br>Email: avcrawford@akingump.com |
| HOGAN LOVELLS US LLP<br>Bennett L. Spiegel, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br><br>HOGAN LOVELLS US LLP<br>Peter A. Ivanick Esq.<br>Alex M. Sher, Esq.<br>875 Third Avenue<br>New York, New York 10022 | *Attorneys for McKinsey & Company*<br><br>Email: bennett.spiegel@hoganlovells.com<br><br><br>Email: peter.ivanick@hoganlovells.com<br>alex.sher@hoganlovells.com |

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on October 23, 2019. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** On October 23, 2019, I placed the Federal Express/GSO Overnight package for overnight delivery in a box or location regularly maintained by Federal Express/GSO Overnight at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/GSO Overnight to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/GSO Overnight with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

1  ☐ **BY PERSONAL DELIVERY** On October 23, 2019, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☒ **BY EMAIL.** On October 23, 2019, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on October 23, 2019, at Irvine, California.

| Danielle Cyrankowski | /s/ *Danielle Cyrankowski* |
|---|---|
| | (Signature) |