James T. Bentley
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York. New York 10022

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation
-and-
Pacific Gas and Electric Company

Debtor(s).

Case No. 19-30088 (DM)
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __James T. Bentley__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __See "Schedule 1" attached__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

David M. Guess (SBN 238241) of Bienert | Katzman PC

903 Calle Amanecer, Suite 350, San Clemente, CA 92673

(949) 369-3700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2019

s/ James T. Bentley
James T. Bentley

# SCHEDULE 1

Anchorage Capital Group, L.L.C.,
on behalf of certain funds and accounts
610 Broadway, 6th Floor
New York, NY 10012

Centerbridge Partners, L.P.,
on behalf of certain funds and accounts
375 Park Avenue, 11th Floor
New York, NY 10152

Fidelity Management & Research Company,
on behalf of certain funds and accounts
245 Summer Street
Boston, MA 02210

Silver Point Capital, L.P.,
on behalf of certain funds and accounts
Two Greenwich Plaza
Greenwich, CT 06830

SteelMill Master Fund LP
c/o PointState Capital LP
40 West 57th Street, 25th Floor
New York, NY 10019