**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re:

Pacific Gas & Electric Corp., *et al.*

              Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**A.J. Excavation, Inc.**
Name of Transferor
Phone: (559) 433-1300
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Whitebox Asymmetric Partners, LP
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416**

**Whitebox Asymmetric Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Claim No: 1306
Debtor: Pacific Gas and Electric Company
(19-30089)
Date Filed: March 6, 2019

Total Amount of Claim: $52,872.30
**Transferred Amount of Claim: $23,263.81**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:_____  10/17/2019 | 07:01 PDT
Transferee/Transferee's Agent  Mark Strefling
                   Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DocuSign Envelope ID: 6C825B6A-D1EE-4E59-8759-50CB1F41A9F7

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court
            Northern District of California
            Attn: Clerk

AND TO:   Pacific Gas and Electric Company, *et al.* ("Debtor")

Claim No.: 1306

**A.J. EXCAVATION, INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**WHITEBOX ASYMMETRIC PARTNERS, LP**
**3033 Excelsior Blvd, Ste. 300**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, $23,263.81 (the "Claim") which represents a 44% pro rata share of the docketed proof of claim no. 1306 in the total amount of $52,872.30 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of October __, 2019.

**A.J. EXCAVATION, INC.**

By:_____
Name:
Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

By:_____
Name: Mark Strefling
Title: Partner & CEO

3