SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
            hawkins@sullivanhill.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>            Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS BY SULLIVAN HILL REZ & ENGEL, APLC** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the above-captioned case:

   SULLIVAN HILL REZ & ENGEL
   A Professional Law Corporation
   James P. Hill
   Christopher V. Hawkins
   600 B Street, Suite 1700
   San Diego, California 92101
   Tel:    (619) 233-4100
   Email:     hill@sullivanhill.com; hawkins@sullivanhill.com

/ / /

1 | This request is intended, without limitation, to constitute a request for removal from all
2 | service lists, including but not limited to (1) CM/CEF notification in the case; (2) court-designated
3 | services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the
4 | Bankruptcy Rules and title 11 of the United States Code.

Dated: October 23, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
    James P. Hill
    Christopher V. Hawkins

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on October 23, 2019, I electronically filed the foregoing **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS BY SULLIVAN HILL REZ & ENGEL, APLC** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and all parties on its system.

DATED: October 23, 2019

Linda S. Gubba-Reiner
An Employee of Sullivan Hill Rez & Engel
A Professional Law Corporation