**EXHIBIT A**

**EXHIBIT A**

**HOURS BY PROFESSIONAL
FOR THE PERIOD SEPTEMBER 18, 2019 THROUGH OCTOBER 17, 2019**

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---:|
| Adam Goldberg | Partner | 11.50 |
| Lanny Davis | Partner | 1.50 |
| Alexander Lange | Senior Director | 62.00 |
| Emily Seeley | Account Manager | 62.50 |
| **TOTAL** | | **137.50** |