**EXHIBIT B**

**EXHIBIT B**

**HOURS BY TASK FOR**
**FOR THE PERIOD SEPTEMBER 18, 2019 THROUGH OCTOBER 17, 2019**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Meetings and Telephone Calls with Client and/or Client Attorney | 18.50 |
| Internal Client Meetings | 12.50 |
| Research and Writing | 9.50 |
| Working with the Media | 46.50 |
| Travel | 15.00 |
| Communications with External Stakeholders | 35.50 |
| **TOTAL** | **137.50** |