**EXHIBIT C**

## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 18, 2019 THROUGH OCTOBER 17, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Airfare | $769.12 |
| Lodging | $276.50 |
| Ground Transportation | $44.78 |
| Business Meals | $66.94 |
| **TOTAL EXPENSES REQUESTED:** | **$1,157.34** |