1

# EXHIBIT D

2

## Detailed Time Entries

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# INVOICE



**TRIDENT**
**DMG**

Date:      10/21/2019
Invoice #:    421

Trident DMG
DC 20006-3817
1700 K Street, NW

O:   202-899-3834
F:   202-899-3821
maddie@tridentdmg.com

Bill To:

Official Committee of Tort Claimants

| CLIENT NUMBER | Project | Terms | Due Date: |
|---|---|---|---|
| 337-01B | | Net 30 | 10/21/2019 |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
| | 20% Fees for strategic communication services for the Period of September 18 through October 17, 2019 | 7,000.00 | 7,000.00 |

| | | |
|---|---|---|
| **Total** | | $7,000.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $7,000.00 |

REMITTANCE ADDRESS:
Trident DMG
1700 K St NW, Suite 825
Washington, DC 20006

Invoice #:    421

www.tridentdmg.com

# INVOICE

Date: 10/21/2019
Invoice #: 419



Trident DMG
DC 20006-3817
1700 K Street, NW

O: 202-899-3834
F: 202-899-3821
maddie@tridentdmg.com

Bill To:

Official Committee of Tort Claimants

| CLIENT NUMBER | Project | Terms | Due Date: |
|---|---|---|---|
| 337-01A | | Net 30 | 10/21/2019 |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
| | 80% Fees for strategic communication services for the Period of September 18 through October 17, 2019 | 28,000.00 | 28,000.00 |
| | Travel exps to Los Angeles for A. Lange (10/1-2) | 1,157.34 | 1,157.34 |

| | |
|---|---|
| **Total** | **$29,157.34** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$29,157.34** |

REMITTANCE ADDRESS:
Trident DMG
1700 K St NW, Suite 825
Washington, DC 20006

Invoice #: 419

Swift Code: PNCC US 33

www.tridentdmg.com

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 9/18 | 1.0 | Client call |
| 9/18 | 0.5 | External communications about October deadline |
| 9/23 | 1.0 | Internal client meetings |
| 9/25 | 1.0 | Client call |
| 9/26 | 0.5 | Internal client meetings |
| 9/27 | 0.5 | Internal client meetings |
| 10/2 | 1.0 | Client call |
| 10/3 | 0.5 | Internal client meetings |
| 10/6 | 0.5 | Research and writing |
| 10/7 | 0.5 | Internal client meetings |
| 10/8 | 0.5 | Client call |
| 10/8 | 0.5 | Research and writing |
| 10/9 | 0.5 | Research and writing |
| 10/10 | 0.5 | Internal client meetings |
| 10/11 | 0.5 | Client email |
| 10/11 | 0.5 | External communications re October deadline |
| 10/14 | 0.5 | Internal client meetings |
| 10/15 | 0.5 | Internal client meetings |
| 10/16 | 0.5 | Internal client meetings |
| | | |
| **TOTAL** | **11.5** | |

# LANNY DAVIS

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 9/24/19 | 0.5 | External communications about October deadline |
| 9/25/19 | 0.5 | External communications about October deadline |
| 10/7/19 | 0.5 | External communications about October deadline |
| | | |
| **TOTAL:** | **1.5** | |

# ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 9/18/19 | 1.0 | Working w/ media |
| 9/18/19 | 0.5 | External communications about October deadline |
| 9/18/19 | 2.0 | Client calls and emails |
| 9/18/19 | 0.5 | Research and writing |
| 9/19/19 | 1.5 | Client calls and emails |
| 9/19/19 | 1.0 | Working w/ media |
| 9/20/19 | 0.5 | Client emails |
| 9/20/19 | 0.5 | Working w/ media |
| 9/23/19 | 0.5 | Client emails |
| 9/23/19 | 0.5 | Internal client meetings |
| 9/24/19 | 1.0 | Working w/ media |
| 9/24/19 | 0.5 | Internal client meetings |
| 9/24/19 | 0.5 | External communications about October deadline |
| 9/25/19 | 1.0 | Client emails and calls |
| 9/25/19 | 0.5 | Research and writing |
| 9/25/19 | 1.5 | Working w/ media |
| 9/25/19 | 0.5 | External communications about October deadline |
| 9/26/19 | 0.5 | Internal client meetings |
| 9/26/19 | 0.5 | Client call and emails |
| 9/26/19 | 0.5 | External communications about October deadline |
| 9/27/19 | 1.0 | Internal client meetings |
| 9/27/19 | 0.5 | Client call |
| 9/27/19 | 0.5 | Research and writing |
| 9/30/19 | 0.5 | Internal client meetings |
| 9/30/19 | 2.0 | External communications about October deadline |
| 9/30/19 | 1.0 | Working w/ media |
| 10/1/19 | 8.0 | Travel time |
| 10/1/19 | 3.0 | Working w/ media |
| 10/2/19 | 7.0 | Travel time |
| 10/3/19 | 2.0 | External communications about October deadline |
| 10/3/19 | 0.5 | Working w/ media |
| 10/4/19 | 2.0 | External communications about October deadline |
| 10/4/19 | 1.5 | Working w/ media |
| 10/7/19 | 0.5 | Working w/ media |
| 10/7/19 | 2.0 | External communications about October deadline |
| 10/7/19 | 0.5 | Internal client meetings |
| 10/8/19 | 0.5 | Working w/ media |
| 10/8/19 | 1.0 | External communications about October deadline |

| | | |
|---|---|---|
| 10/8/19 | 0.5 | Call with client |
| 10/9/19 | 0.5 | Client emails |
| 10/9/19 | 0.5 | Working w/ media |
| 10/9/19 | 1.0 | External communications about October deadline |
| 10/10/19 | 1.0 | External communications about October deadline |
| 10/10/19 | 0.5 | Client emails |
| 10/11/19 | 1.0 | Research and writing |
| 10/11/19 | 0.5 | External communications about October deadline |
| 10/12/19 | 0.5 | Client emails |
| 10/13/19 | 0.5 | Internal client meetings |
| 10/14/19 | 0.5 | Internal client meetings |
| 10/14/19 | 0.5 | Working w/ media |
| 10/15/19 | 0.5 | Client lawyer call |
| 10/15/19 | 0.5 | Internal client meetings |
| 10/15/19 | 0.5 | Working w/ media |
| 10/16/19 | 0.5 | Internal client meetings |
| 10/16/19 | 0.5 | Client call |
| 10/16/19 | 0.5 | Client emails |
| 10/16/19 | 0.5 | Working w/ media |
| 10/17/19 | 0.5 | Internal client meetings |
| 10/17/19 | 1.0 | Working w/ media |
| | | |
| **TOTAL:** | **62.0** | |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 9/18 | 1.0 | Research and Writing |
| 9/18 | 0.5 | External Communications – October deadline and related claims issues |
| 9/18 | 0.5 | Client call |
| 9/19 | 0.5 | Client call |
| 9/19 | 0.5 | External communications – October deadline and related claims issues |
| 9/20 | 0.5 | Client email |
| 9/20 | 1.0 | Working with media |
| 9/20 | 0.5 | External communications – October deadline and related claims issues |
| 9/22 | 0.5 | Research and writing |
| 9/22 | 0.5 | Internal client meeting |
| 9/22 | 2.0 | Working w/ media |
| 9/22 | 0.5 | External communications – October deadline and related claims issues |
| 9/23 | 0.5 | Internal client meeting |
| 9/23 | 1.5 | Research and writing |
| 9/23 | 0.5 | External communications – October deadline and related claims issues |
| 9/23 | 1.0 | Working w/ media |
| 9/24 | 0.5 | Research and writing |
| 9/24 | 2.0 | External communications – October deadline and related claims issues |
| 9/24 | 3.5 | Working w/ media |
| 9/25 | 0.5 | Research and writing |
| 9/25 | 0.5 | External communications – October deadline and related claims issues. |
| 9/25 | 0.5 | Client call |
| 9/26 | 0.5 | Research and writing |
| 9/26 | 2.0 | External communications – October deadline and related claims issues |
| 9/26 | 3.0 | Working w/ media |
| 9/27 | 1.0 | Client call |
| 9/27 | 0.5 | Research  and writing |
| 9/27 | 2.0 | Working w/ media |
| 9/27 | 0.5 | External communications – October deadline and related claims issues |
| 9/30 | 3.0 | Working w/ media |
| 9/30 | 0.5 | External communications – October deadline and related claims issues |
| 10/1 | 3.0 | Working w/ media |
| 10/1 | 2.5 | External communications – October deadline and related claims issues |
| 10/2 | 3.5 | Working w/ media |
| 10/2 | 1.0 | External communications – October deadline and related claims issues |
| 10/2 | 0.5 | Client call |
| 10/3 | 0.5 | Working w/ media |
| 10/3 | 0.5 | External communications – October deadline and related claims issues |

| Date | Hours | Description |
|---|---|---|
| 10/7 | 0.5 | External communications – October deadline and related claims issues. |
| 10/7 | 0.5 | Client call |
| 10/8 | 2.5 | Working w/ media |
| 10/8 | 0.5 | External communications – October deadline and related claims issues |
| 10/9 | 1.5 | Working w/ media |
| 10/9 | 0.5 | External communications – October deadline and related claims issues |
| 10/10 | 0.5 | External communications – October deadline and related claims issues |
| 10/10 | 0.5 | Working w/ media |
| 10/11 | 1.0 | Working w/ media |
| 10/11 | 0.5 | External communications – October deadline and related claims issues |
| 10/13 | 1.0 | External communications – October deadline and related claims issues |
| 10/14 | 1.0 | Working w/ media |
| 10/14 | 0.5 | External communications – October deadline and related claims issues |
| 10/15 | 1.0 | External communications – October deadline and related claims issues |
| 10/16 | 2.0 | Working w/ media |
| 10/16 | 0.5 | Client call |
| 10/16 | 1.5 | External communications – October deadline and related claims issues |
| 10/16 | 0.5 | Research  and writing |
| 10/17 | 0.5 | Internal client meetings |
| 10/17 | 0.5 | Working w/ media |
| 10/17 | 1.0 | External communications – October deadline and related claims issues |
| | | |
| **TOTAL:** | **62.5** | |