**EXHIBIT E**

# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD SEPTEMBER 18, 2019 THROUGH OCTOBER 17, 2019

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 10/01/2019 | Alex Lange | Airfare | $769.12 |
| 10/01/2019 | Alex Lange | Meal | $7.47 |
| 10/01/2019 | Alex Lange | Meal | $9.69 |
| 10/01/2019 | Alex Lange | Meal | $20.82 |
| 10/01/2019 | Alex Lange | Ground Transportation | $5.57 |
| 10/01/2019 | Alex Lange | Ground Transportation | $6.07 |
| 10/01/2019 | Alex Lange | Ground Transportation | $14.14 |
| 10/02/2019 | Alex Lange | Lodging | $276.50 |
| 10/02/2019 | Alex Lange | Meal | $28.96 |
| 10/02/2019 | Alex Lange | Ground Transportation | $19.00 |
| | | **TOTAL** | **$1,157.34** |