# EXHIBIT D
## Equity Backstop Parties

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Fidelity Puritan Trust: Fidelity Low-Priced Stock Fund - Principal All Sector Sub | $453,314,461.73 |
| Fidelity Low-Priced Stock Commingled Fund | $67,090,540.33 |
| Fidelity Puritan Trust: Fidelity Low-Priced Stock K6 Fund - Principal All Sector Sub-Portfolio | $29,918,754.47 |
| Fidelity Puritan Trust: Fidelity Series Intrinsic Opportunity Fund | $181,325,784.69 |
| Fidelity Global Intrinsic Value Investment Trust | $13,599,433.85 |
| Fidelity Global Growth and Value Investment Trust | $4,533,144.61 |
| Fidelity Select Portfolios: Fidelity Telecom And Utilities Fund | $70,717,056.03 |
| Fidelity Select Portfolios: Utilities Portfolio | $81,596,603.11 |
| Fidelity Central Investment Portfolios LLC: Fidelity Utilities Central Fund | $41,704,930.47 |
| Fidelity Advisor Series VII: Fidelity Advisor Utilities Fund | $46,238,075.09 |
| Variable Insurance Products Fund IV: Utilities Portfolio | $15,412,691.69 |
| MainStay VP Funds Trust - MainStay VP Fidelity Institutional AM Utilities Portfolio | $78,876,716.34 |
| Strategic Advisors Core Fund - FIAM Sector Managed Group Account | $5,439,773.54 |
| Strategic Advisors Fidelity U.S. Total Stock Fund - FIAM Sector Managed - Group Account | $9,972,918.15 |
| Fidelity Puritan Trust: Fidelity Balanced Fund - Information Technology Sub | $48,051,332.94 |
| Variable Insurance Products Fund III: Balanced Portfolio - Utilities Subportfolio | $7,253,031.39 |
| Fidelity Advisor Series I: Fidelity Advisor Balanced Fund - Utilities Sub | $5,439,773.54 |
| AXA EQ/Fidelity Institutional Large Cap Portfolio | $1,813,257.85 |
| Fidelity Devonshire Trust: Fidelity Series All-Sector Equity Fund - Utilities Sub | $7,253,031.39 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Fidelity Advisor Series I: Fidelity Advisor Stock Selector Mid Cap Fund - Utilities Sub | $6,346,402.46 |
| Fidelity Summer Street Trust: Fidelity Capital & Income Fund | $67,997,169.26 |
| Fidelity Securities Fund: Fidelity Leveraged Company Stock Fund | $31,732,012.32 |
| Fidelity Advisor Series II: FA Strategic High Income Sub | $24,478,980.93 |
| Variable Insurance Products Fund V: VIP Strategic High Income Sub | $2,719,886.77 |
| Fidelity Advisor Series I: Fidelity Advisor High Income Advantage Fund | $14,347,402.71 |
| Fidelity Advisor Series I: Fidelity Advisor Leveraged Company Stock Fund | $9,809,724.95 |
| Fidelity Central Investment Portfolios LLC: Fidelity High Income Central Fund | $20,612,208.58 |
| Fidelity Summer Street Trust: Fidelity Global High Income Fund - U.S. High Yield Sub Portfolio | $562,109.93 |
| GoldenTree Asset Management LP, on behalf of certain funds and accounts for which it serves as investment advisor | $847,478,971.49 |
| Knighthead Capital Management, LLC, solely on behalf of certain funds and accounts it managed and/or advises* | $946,640,639.03 |
| Appaloosa LP, on behalf of the funds for which it acts as investment adviser | $750,000,000.00 |
| Soros Fund Management LLC, solely on behalf of certain funds it manages and/or advises | $711,823,438.72 |
| D.E. Shaw Galvanic Portfolios, L.L.C. | $447,839,161.24 |
| D.E. Shaw Kalon Portfolios, L.L.C. | $197,222,386.04 |
| Baupost Limited Partnership 1983 A-1 | $76,865,043.00 |
| Baupost Limited Partnership 1983 B-1 | $27,835,163.00 |
| Baupost Limited Partnership 1983 C-1 | $182,182,396.00 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Baupost Value Partners, L.P. - I | $42,570,559.00 |
| Baupost Value Partners, L.P. - II | $48,723,627.00 |
| Baupost Value Partners, L.P. - III | $22,466,224.00 |
| Baupost Value Partners, L.P. - IV | $189,436,704.00 |
| HB Institutional Limited Partnership | $26,004,920.00 |
| PB Institutional Limited Partnership | $28,660,143.00 |
| YB Institutional Limited Partnership | $20,255,221.00 |
| Pentwater Capital Management LP, on behalf of certain its managed funds | $539,576,023.69 |
| Abrams Capital Partners I, L.P.* | $22,461,000.00 |
| Abrams Capital Partners II, L.P.* | $337,868,000.00 |
| Riva Capital Partners V, L.P.* | $88,497,980.46 |
| Whitecrest Partners, LP* | $39,671,000.00 |
| Centerbridge Credit Partners Master, L.P. | $359,028,532.76 |
| Centerbridge Special Credit Partners III, L.P. | $119,629,885.63 |
| HBK Master Fund L.P. | $426,834,196.43 |
| MeadowFin, L.L.C. | $475,079,980.07 |
| Paulson & Co. Inc. | $436,539,306.04 |
| Redwood Drawdown Master Fund II, L.P. | $138,612,653.81 |
| Redwood Master Fund, Ltd. | $356,232,642.60 |
| MFN Partners, LP | $353,988,852.57 |
| Anchorage Capital Master Offshore, Ltd. | $350,000,000.00 |
| Attestor Value Master Fund LP | $350,000,000.00 |
| Monarch Alternative Capital LP, on behalf of its advisory clients and/or related entities | $299,329,380.69 |
| Steelmill Master Fund LP | $267,023,417.60 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Silver Point Capital, L.P., as Investment Manager, on behalf of certain affiliated funds | $300,000,000.00 |
| Stonehill Capital Management, LLC, solely on behalf of certain funds it manages and/or advises | $295,037,730.81 |
| First Pacific Advisors, LP, on behalf of certain funds and accounts it manages | $207,796,984.14 |
| Redwood IV Finance 1, LLC | $52,283,480.03 |
| TAO Finance 1, LLC | $121,994,786.73 |
| York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates | $150,739,760.18 |
| Blackstone Alternative Investment Funds plc in respect of its fund Blackstone Diversified Multi Strategy Fund | $5,075,794.38 |
| Blackstone Alternative Multi Strategy Sub Fund IV, LLC | $18,690,223.15 |
| Caspian Focused Opportunities Fund, L.P. | $7,393,238.73 |
| Caspian HLSC1, LLC | $7,052,381.43 |
| Caspian SC Holdings, L.P. | $9,698,986.76 |
| Caspian Select Credit Master Fund, Ltd. | $77,263,981.22 |
| Caspian Solitude Master Fund, L.P. | $7,774,810.67 |
| Super Caspian Cayman Fund Limited | $4,443,585.07 |
| Steadfast Capital, L.P.<br>American Steadfast, L.P.<br>Steadfast International Master Fund Ltd. | $150,000,000.00 |
| ValueAct Capital Management, L.P., solely on behalf of certain funds and accounts it manages and/or advises | $135,426,669.17 |
| BlueMountain Summit Trading L.P. | $125,000,000.00 |
| Brigade Capital Management, LP, solely on behalf of certain funds and accounts it manages and/or advises | $104,679,917.46 |
| Columbus Hill Capital Management, L.P., solely on behalf of certain funds and accounts it manages and/or advises | $123,642,241.98 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| 683 Capital Partners, LP | $106,604,079.70 |
| Bain Capital Distressed and Special Situations 2016 (A), L.P. | $4,960,417.12 |
| Bain Capital Distressed and Special Situations 2016 (B Master), L.P. | $9,987,611.07 |
| Bain Capital Distressed and Special Situations 2016 (F), L.P. | $4,202,443.41 |
| Bain Capital Distressed and Special Situations 2016 (EU Master), L.P. | $1,785,511.89 |
| Bain Capital Distressed and Special Situations 2019 (B Master), L.P. | $70,973,500.13 |
| Empyrean Investments, LLC | $88,823,152.29 |
| Blackbird Bay I LLC | $37,349,794.55 |
| Blackbird Bay II LLC | $46,394,139.42 |
| Governors Lane Master Fund LP | $87,499,024.52 |
| Owl Creek I, L.P. | $3,667,374.01 |
| Owl Creek II, L.P. | $26,842,659.10 |
| Owl Creek Overseas Master Fund, Ltd. | $54,871,057.91 |
| Owl Creek SRI Master Fund, Ltd. | $3,263,718.75 |
| Owl Creek Credit Opportunities Master Fund, L.P. | $11,355,190.23 |
| AG Super Fund Master, L.P.<br>AG Cataloochee, L.P.<br>AG MM, L.P.<br>AG Corporate Credit Opportunities Fund, L.P. | $80,000,000.00 |
| Newtyn Partners, LP | $40,240,067.36 |
| Newtyn TE Partners, LP | $32,250,000.00 |
| Serengeti Asset Management, LP, on behalf of its managed funds and accounts | $72,993,548.71 |
| Nut Tree Master Fund, LP | $70,000,000.00 |
| KLS Diversified Asset Management LLC | $50,246,360.38 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Glendon Capital Management L.P. | $47,519,099.43 |
| Rubric Capital Management LP | $50,000,000.00 |
| Latigo Partners, LP; on behalf of its managed accounts and affiliated entities | $39,337,316.58 |
| 2014 Alan Shamah Discretionary Trust | $352,980.68 |
| AE 2015 Grantor CLAT | $837,439.34 |
| DG Value Partners II Master Fund, LP - Class C | $4,108,922.08 |
| DG Value Partners II Master Fund, LP | $12,416,416.64 |
| DG Value Partners, LP | $2,425,918.56 |
| Titan Equity Group, LLC | $837,439.34 |
| CSS, LLC | $24,686,273.23 |
| Incline Global Management LLC | $25,000,000.00 |
| Lightstone Parent LLC | $20,935,983.49 |
| Route One Investment Company, L.P. | $25,000,000.00 |
| Whitefort Capital Master Fund, LP | $25,000,000.00 |
| Zoe Partners, LP | $17,767,346.62 |
| Jefferies LLC | $20,935,983.49 |
| **Total** | **$14,000,000,000.00\*\*** |

\* Denotes the original Equity Backstop Parties
\*\* Does not reflect rounding of individual commitments