Entered on Docket
October 24, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1  JOHN R. RIZZARDI (Pro Hac Vice)<br>CAIRNCROSS & HEMPELMANN, P.S.<br>2  524 2nd Avenue, Suite 500<br>Seattle, WA 98104<br>3  Telephone: (206) 587-0700<br>Facsimile: (206) 587-2308<br>4  E-mail: jrizzardi@cairncross.com | Signed and Filed: October 23, 2019<br><br>_____<br>**DENNIS MONTALI**<br>U.S. Bankruptcy Judge |

*Attorneys for Winding Creek Solar LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND<br>ELECTRIC COMPANY<br><br>Debtors.<br><br>Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM)* | NO. 19-30088 (DM)<br>CHAPTER 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY **JOHN R. RIZZARDI** *PRO HAC VICE* |

John R. Rizzardi, whose address and telephone number are:

> John R. Rizzardi
> CAIRNCROSS & HEMPELMANN, P.S.
> 524 2nd Avenue, Suite 500
> Seattle, WA 98104
> Telephone: (206) 587-0700
> Facsimile: (206) 587-2308
> E-mail: jrizzardi@cairncross.com

And who is an active member in good standing at the bar of State of Washington having applied in the above-entitled action for admission to practice in the Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing Winding Creek Solar LLC.

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY **JOHN R. RIZZARDI** *PRO HAC VICE* - 1
{03849787.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax 206 587 2308

Case: 19-30088    Doc# 4456    Filed: 10/23/19    Entered: 10/24/19 09:07:46    Page 1 of 2

1  IT IS HEREBY ORDERED THAT the application of John R. Rizzardi is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rule and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY **JOHN R. RIZZARDI** *PRO HAC VICE* - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 406 587 0700 fax 406 587 2308

{03849787.DOCX;1 }

Case: 19-30088    Doc# 4456    Filed: 10/23/19    Entered: 10/24/19 08:07:46    Page 2 of 2