

|   |   |
|---|---|
| 1 | Kelly V. Knight |
| 2 | SCHULTE ROTH & ZABEL LLP |
|   | 919 Third Avenue |
| 3 | New York, New York 10022 |
|   | Telephone: (212) 756-2000 |
| 4 | Facsimile: (212) 593-5955 |
| 5 | Email: kelly.knight@srz.com |

Signed and Filed: October 23, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  PG&E
       -and-
       Pacific Gas and Electric Company

                    Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Kelly V. Knight**, whose business address and telephone number is

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

and who is an active member in good standing of the bar of **New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **See "Schedule 1" attached**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

## SCHEDULE 1

Anchorage Capital Group, L.L.C.,
on behalf of certain funds and accounts
610 Broadway, 6th Floor
New York, NY 10012

Centerbridge Partners, L.P.,
on behalf of certain funds and accounts
375 Park Avenue, 11th Floor
New York, NY 10152

Fidelity Management & Research Company,
on behalf of certain funds and accounts
245 Summer Street
Boston, MA 02210

Silver Point Capital, L.P.,
on behalf of certain funds and accounts
Two Greenwich Plaza
Greenwich, CT 06830

SteelMill Master Fund LP
c/o PointState Capital LP
40 West 57th Street, 25th Floor
New York, NY 10019