# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**FIFTH MONTHLY FEE STATEMENT OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS MANAGEMENT, TAX, INTERNAL ACCOUNTING, AND ADVISORY CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**<br><br>**Objection Deadline:** November 14, 2019 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |
| To: The Notice Parties | |
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Management, Tax, Internal Accounting, and Advisory Consultants to the Debtors and Debtors in Possession |
| Date of Retention: | May 23, 2019 *nunc pro tunc* to January 29, 2019[1] |
| Period for which compensation and reimbursement are sought: | June 1, 2019 through June 30, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $721,863.76 (80% of $902,329.70)[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $26,931.58 |

This is a(n): __X__ monthly _____ interim _____ final application

---

[1] On May 23, 2019, the Court entered the *Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers LLP as Management, Tax, Internal Accounting, and Advisory Consultants to the Debtors nunc pro tunc to Petition Date* [Dkt. No. 2230] (the "**Retention Order**").

[2] PwC and the Debtors have additional contracts and these associated fees and expenses will be submitted to the Court once submitted through a Supplemental Declaration.

PricewaterhouseCoopers LLP ("**PwC**" or the "**Applicant**"), management, tax, internal accounting, and advisory consultants for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Fifth Monthly Fee Statement (this "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2019 through June 30, 2019 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, PwC requests allowance and payment of $721,863.76 (80% of $902,329.70) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $26,931.58 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by PwC during the Fee Period.

Annexed hereto as **Exhibit A** includes a summary of hours and fees for each of the services covered by this Fee Statement during the Fee Period. Attached hereto as **Exhibit B** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement for the Fixed-Fee Engagements, including cumulative hours incurred by each professional and the payment associated with each of the Fixed-Fee Engagements during the Fee Period. Attached hereto as **Exhibit C** is the daily time for each of the professionals within each of the Fixed-Fee Engagements. Attached hereto as **Exhibit D** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement for the Hourly Fee Engagements, including the name and position of each professional, cumulative hours worked by project, hourly billing rates for the hourly compensation and the corresponding compensation requested for each project. Attached hereto as **Exhibit E** is the detail time descriptions for the Hourly Fee Engagements including the activity description, time and billing rate associated with each activity. Attached hereto as **Exhibit F** is the summary of the expenditures incurred by project and by expense type. Attached hereto as **Exhibit G** is the detail of the expenditures

incurred by project and by date, including the vendor and description.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: October 24, 2019

By: /s/ Daniel Bowman
Daniel Bowman
Principal
PricewaterhouseCoopers LLP

*Management, Tax, Internal Accounting, and Advisory Consultants to the Debtors*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900 San Francisco, CA 94108
 Attn: Tobias S. Keller, Esq., Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Stephen Karotkin, Esq. Jessica Liou, Esq. Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq., Sam A. Khalil, Esq.

Milbank LLP 2029
Century Park East, 33rd Floor Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq., Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402