**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Claims Services* | | *Retention Exhibit #: 01-B* |
| Claims Coding | 51.40 | $3,417.00 |
| *Subtotal - Claims Services* | *51.40* | *$3,417.00* |
| *Offshore Support Services* | | *Retention Exhibit #: 01-E* |
| Offshore Support Services | 0.00 | $95,228.00 |
| *Subtotal - Offshore Support Services* | *0.00* | *$95,228.00* |
| *Internal Audit Assessment Services* | | *Retention Exhibit #: 01-F* |
| Internal Audit Assessment Services | 24.00 | $21,600.00 |
| *Subtotal - Internal Audit Assessment Services* | *24.00* | *$21,600.00* |
| *Compliance Services* | | *Retention Exhibit #: 01-H* |
| Compliance Services | 143.70 | $80,000.00 |
| *Subtotal - Compliance Services* | *143.70* | *$80,000.00* |
| *Controls Testing Services* | | *Retention Exhibit #: 01-I* |
| Controls Testing Services | 511.50 | $70,265.00 |
| *Subtotal - Controls Testing Services* | *511.50* | *$70,265.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **730.60** | **$270,510.00** |
| **Hourly Services** | | |
| *Strategic Analysis Services* | | *Retention Exhibit #: 03* |
| Accounting & Reporting Services | 964.30 | $505,046.10 |
| *Subtotal - Strategic Analysis Services* | *964.30* | *$505,046.10* |
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* |
| Tax Services | 96.70 | $70,601.10 |
| *Subtotal - Bankruptcy Tax Advisory Services* | *96.70* | *$70,601.10* |
| **Subtotal - Hours and Compensation - Hourly Services** | **1,061.00** | **$575,647.20** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Employment Applications and Other Court Filings | 3.30 | $1,815.00 |
| Monthly, Interim and Final Fee Applications | 113.90 | $54,357.50 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *117.20* | *$56,172.50* |
| **Subtotal - Hours and Compensation - Case Administration** | **117.20** | **$56,172.50** |
| **Total - Hours and Compensation Sought for Reimbursement** | **1,908.80** | **$902,329.70** |