**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Claims Services* | | | *Retention Exhibit #: 01-B* |
| Kristin A Cheek | Manager | 0.30 | |
| William M Colton | Manager | 5.10 | |
| Nikhita Reddy Sanikommu | Senior Associate | 36.00 | |
| Sydney Erin Marks | Associate | 10.00 | |
| *Subtotal - Claims Services* | | *51.40* | *$3,417.00* |
| *Offshore Support Services* | | | *Retention Exhibit #: 01-E* |
| PwC Fixed Fee Pricing | Partner | 0.00 | |
| *Subtotal - Offshore Support Services* | | *0.00* | *$95,228.00* |
| *Internal Audit Assessment Services* | | | *Retention Exhibit #: 01-F* |
| Amanda Cicely Herron | Partner | 8.00 | |
| Zachary Alfred Pucheu | Director | 16.00 | |
| *Subtotal - Internal Audit Assessment Services* | | *24.00* | *$21,600.00* |
| *Compliance Services* | | | *Retention Exhibit #: 01-H* |
| Kristin D Rivera | Partner | 1.80 | |
| Meera Banerjee | Director | 21.20 | |
| Shu Ting Li | Manager | 9.50 | |
| Sumana Lahiry | Manager | 26.00 | |
| Yuliya Foerster | Manager | 7.70 | |
| Cara Angela Rosengard | Associate | 19.00 | |
| Clevian Hsia | Associate | 1.00 | |
| Kailey Sanchez | Associate | 54.20 | |
| Wei Ping Wen | Associate | 2.30 | |
| Mary Jo Nietupski | Administrative | 1.00 | |
| *Subtotal - Compliance Services* | | *143.70* | *$80,000.00* |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Controls Testing Services* | | | *Retention Exhibit #: 01-I* |
| Sarah Thompson Best | Director | 9.00 | |
| Steven Manocchio | Director | 32.00 | |
| Christine Lui | Manager | 20.00 | |
| Rachel Allard Le Flanchec | Senior Associate | 56.50 | |
| Brian Wan | Associate | 80.00 | |
| Khanh Duy Lam | Associate | 24.00 | |
| Melvin Wong | Associate | 104.00 | |
| Niki Keramat | Associate | 101.00 | |
| Sweatha Sathyanarayana | Associate | 37.00 | |
| Tristan Waterman | Associate | 28.00 | |
| Yu Pei | Associate | 20.00 | |
| **Subtotal - Controls Testing Services** | | **511.50** | **$70,265.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **730.60** | **$270,510.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Claims Services* | | *Retention Exhibit #: 01-B* | |
| Kristin A Cheek | Manager | 0.30 | |
| William M Colton | Manager | 5.10 | |
| Nikhita Reddy Sanikommu | Senior Associate | 36.00 | |
| Sydney Erin Marks | Associate | 10.00 | |
| **Subtotal - Claims Services** | | **51.40** | **$3,417.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **51.40** | **$3,417.00** |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                    Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 1 | Internal Order Synchronization between SAP & Ariba | Ariba - SAP Integration | Functional Consultant |
| 2 | Change Order Logic<br>  - This is related to the Limited Dollar amendment Node | P2O | Functional Consultant |
| 3 | Catalog PR copy to Non Catalog PR when Supplier Changed | P2O | Ariba & Functional Consultant |
| 4 | Internal Order (Full Load & Incremental Load) Extraction Logic<br>  - Logic for "InternalOrder.csv" & "Internal Order_Delete.csv"<br>  - Logic for "ActivityOperations.csv" & "ActivityOperations_Delete.csv" | Ariba - SAP Integration | Functional Consultant |
| 5 | Gun Shim approval issue | P2O | Ariba & Functional Consultant |
| 6 | Contract Change Issue | P2O | Functional Consultant |
| 7 | Payment Terms defaulting information | P2O | Functional Consultant |
| 8 | Limited Dollar Node information to be sent to Dave / Christina | P2O | Functional Consultant |
| 9 | Ariba HANA Testing Review | Ariba - SAP Integration | Functional Consultant |
| 10 | Ariba POs with invalid Operations allocation numbers - Mitchell Snow | P2O | Functional Consultant |
| 11 | Held GR: Creation of corresponding GR's in SAP | P2O | Functional Consultant |
| 12 | Vendor Master Updation | Ariba - SAP Integration | Functional + Technical Consultant |
| 13 | Export User Consolidated Data file at predefined intervals | Ariba - SAP Integration | Functional Consultant |
| 14 | Requisition Approval History Report issue | P2O | Functional Consultant |
| 15 | Close Order Error Issue | Ariba - SAP Integration | Functional + Technical Consultant |
| 16 | Ariba approvals & Replacement PO's document | P2O | Functional Consultant |
| 17 | Facts | P2O | Functional Consultant |
| 18 | on the User Groups | P2O | Functional Consultant |
| 19 | Ability to perform batch PO close in Ariba | P2O | Ariba & Functional Consultant |
| 20 | Customer Administrators instead of the actual approvers | P2O | Functional Consultant |
| 21 | Issue with EOC Queue in Production Realm | P2O | Functional Consultant |
| 22 |   - Tax Code "I3" to be automatically derived only for the items from a particular catalog | P2O | Functional Consultant |
| 23 | Scenarios where the PR's will split in Ariba | P2O | Functional Consultant |
| 24 | PR Split Issue for WWT Catalog | P2O | Ariba & Functional Consultant |
| 25 | Order Operations Issue (with User Status PGCC)   - Purchase Requisition N | P2O | Functional + Technical Consultant |
| 26 | turns GR required flag as ON in SAP but not in Ariba | P2O | Functional Consultant |
| 27 | Issue with queue processing for PR's    - PR193584, PR193599, PR193601 | P2O | Functional Consultant |
| 28 | Purchase Requisition. | P2O | Functional Consultant |
| 29 | certain Catalogs | P2O | Functional Consultant |
| 30 | Ariba Subagreement amount does not roll up to the MSA | Contracts | Functional Consultant |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                           Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 31 | Adding new fields in Requisition fact in the Reporting Engine<br>  - Internal Order Owner<br>  - On Behalf Of | P2O | Ariba & Functional Consultant |
| 32 | Updating the Approval Node to ensure that the Sourcing Approval node is determined based on the Catalog. Basically each catalog to have different limits instead of blanket 500K for all the Catalogs as it is today. | P2O | Functional Consultant |
| 33 | Email address approval issue (PR195426) for Gun & Steve | P2O | Ariba & Functional Consultant |
| 34 | - Changes to the Supervisor in SAP is not reflecting in Ariba User Data post the replication. | P2O | Functional Consultant |
| 35 | Wildfire GL account for purchase orders (i.e., 5001697) | P2O | Functional Consultant |
| 36 | Receipt Notification message trigger issue for PO 2700046313 | P2O | Ariba & Functional Consultant |
| 37 | in Ariba | Ariba - SAP Integration | Functional + Technical Consultant |
| 38 | Purchase Requisition "PR97885-V3" is triggering an approval workflow which is not as per the business requirement | P2O | Functional Consultant |
| 39 | Purchase Requisition "PR126672-V3" is triggering an approval workflow which is not as per the business requirement | P2O | Functional Consultant |
| 40 | Projects functionality | Contracts | Functional Consultant |
| 41 | Purchasing Block Issue | Ariba - SAP Integration | Functional + Technical Consultant |
| 42 | Purchase Requisition "PR145319-V13" is failing to integrate with SAP | Ariba - SAP Integration | Functional Consultant |
| 43 | ID is not visible in Ariba | Ariba - SAP Integration | Functional Consultant |
| 44 | Incorrect approval workflow for Purchase Requisition "PR164054" | P2O | Functional Consultant |
| 45 | having a Group "Analyst" to which no User is assigned and hence the Workspace is stuck and is unable to move to Published Status | Contracts | Functional Consultant |
| 46 | Vendor Master "1019834" to be replicated to Ariba from QA8 system | Ariba - SAP Integration | Functional Consultant |
| 47 | out Basis | P2O | Functional Consultant |
| 48 | Purchase Requisition "PR216241 and PR216294" is giving an error to the approver when trying to do an offline approval | P2O | Ariba & Functional Consultant |
| 49 | Purchase Requisition / Purchase Order " PR153741/PO 2700114395" are throwing errors as "Qty. smaller than invoiced error" | Ariba - SAP Integration | Functional + Technical Consultant |
| 50 | User Analsysis Request by Roy / Sandra | P2O | Functional Consultant |
| 51 | Workspace "CW2261506" | Contracts | Functional Consultant |
| 52 | Question related to Payment Terms | P2O | Functional Consultant |
| 53 | Functionality to send an "Ariba Communication to all Users" | P2O | Ariba & Functional Consultant |
| 54 | No Supervisor Group Functionality | P2O | Functional Consultant |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                                                 Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 55 | Purchase Requisition "PR121008-V3" is giving an error to the approver when trying to do an offline approval. | P2O | Ariba & Functional Consultant |
| 56 | Purchase Order "2700039085" receipt failed to integrate in SAP | Ariba - SAP Integration | Functional Consultant |
| 57 | missing in Ariba | P2O | Functional Consultant |
| 58 | pending but with no approver | P2O | Functional Consultant |
| 59 | Purchase Requisition "PR229569" failed to integrate with SAP and has the Order in Ariba set as "C11384-R1" | Ariba - SAP Integration | Functional Consultant |
| 60 | 2 Receipts of Purchase Order "2700146355" did not integrate with SAP | Ariba - SAP Integration | Functional Consultant |
| 61 | Vendor "1101676" is marked for deletion in SAP but shows up in Ariba | Ariba - SAP Integration | Functional + Technical Consultant |
| 62 | Purchase Requisition "172195-V6" approval workflow has not triggered the work items to respective approvers | P2O | Functional Consultant |
| 63 | Question on whether it is possible to differentiate the PO Terms and Conditions based on certain specific criteria | P2O | Functional Consultant |
| 64 | Purchase Requisition "PR85948-V13" failing to integrate with SAP | Ariba - SAP Integration | Ariba & Functional Consultant |
| 65 | Wrong Approver shown up in the Purchase Requisition "PR215588" | P2O | Functional Consultant |
| 66 | Vendor Undelete "1019834" in QA8 | Ariba - SAP Integration | Functional Consultant |
| 67 | CW2240200 - Weird Approval Workflow | Contracts | Functional Consultant |
| 68 | Approval Workflow issue with "PR164054" | P2O | Functional Consultant |
| 69 | Qty. smaller than invoiced error- linked to a GR issue? (PO: 2700114395) | Ariba - SAP Integration | Functional Consultant |
| 70 | Approval Issue with CW2261506 | Contracts | Functional Consultant |
| 71 | Approval Issue:Ariba Cellular Accessories for Less order, Req. #PR224990 | P2O | Functional Consultant |
| 72 | Legal Tab: New Dashboard Setup | Contracts | Functional Consultant |
| 73 | Offline Approval Issue with "PR121008-V3" | P2O | Ariba & Functional Consultant |
| 74 | PR 104193 approval issues | P2O | Functional Consultant |
| 75 | Workflow Pending Issue: PR172195-V6 | P2O | Functional Consultant |
| 76 | Ariba Approval Worklfow Updates: SVP & SGC Approval Nodes | P2O | Functional Consultant |
| 77 | Ariba Approval Worklfow Updates: Adding Watcher based on GL | P2O | Functional Consultant |
| 78 | PR130339-V4: Issue while reassigning the value between the PR line items | P2O | Functional Consultant |
| 79 | POConditions: Update in the Ariba Test & Production Realm | P2O | Functional Consultant |
| 80 | Ariba Approval Worklfow Updates: Auto PO for Non Catalog & Material Group starts with MATL & Value is less than 10K | P2O | Functional Consultant |
| 81 | PR108064-V4: Approval Workflow Issue when the value reduced and routing | P2O | Functional Consultant |
| 82 | SVP Template Build for supporting changes to the SVP Approval Node | P2O | Functional Consultant |
| 83 | Failed Receipts - PO 2700171507 | Ariba - SAP Integration | Functional Consultant |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba  Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 84 | Approval Workflow Matrix Document | P2O | Functional Consultant |
| 85 | PR Routing Issue - PR91066-V7 | P2O | Functional Consultant |
| 86 | Remap Commodity Codes to Sourcing Queue | P2O | Functional Consultant |
| 87 | Approval Workflow Updates: Deductive Change Orders | P2O | Functional Consultant |
| 88 | DocuSign Folder question (Why does DocuSign take the whole folder, including sub folders?) | Contracts | Ariba & Functional Consultant |
| 89 | by PGE or does Ariba need to do this? Change PR approval emails verbiage from : "Could not process message. You already approved this request." To:"Could not process message. This request has already been approved or denied." | P2O | Ariba & Functional Consultant |
| 90 | Unable to find PO 2700115746 | P2O | Functional Consultant |
| 91 | How does PR select Contract | P2O | Ariba & Functional Consultant |
| 92 | How do we get a duplicate item onto a Contract? | Contracts | Functional Consultant |
| 93 | P.O needs to be reopened. PO# 2700003418 | P2O | Functional Consultant |
| 94 | User unable to update ship to address | P2O | Functional Consultant |
| 95 | User was trying to post receipt (PO 2700116041) | P2O | Functional Consultant |
| 96 | Line Item not accepting Internal Order number 70036460 (PR 177869) | P2O | Functional Consultant |
| 97 | Missing Internal Order number 74017163 (PR185977) | Ariba - SAP Integration | Functional + Technical Consultant |
| 98 | Unable to edit PR 68193 | P2O | Functional Consultant |
| 99 | SOX Document for Template Standardization | Contracts | Functional Consultant |
| 100 | Template Issue -ED Original – Template questions are not on Front | Contracts | Functional Consultant |
| 101 | GAS CO – fix approvals | Contracts | Functional Consultant |
| 102 | GAS – remove Patty Peterson from team | Contracts | Functional Consultant |
| 103 | PO 2700057939 closed in Ariba, but not closed in SAP | Ariba - SAP Integration | Functional + Technical Consultant |
| 104 | Changes to Team in Templates | Contracts | Functional Consultant |
| 105 | PO 27000104785 closed on Ariba but reflecting as not closed on SAP | Ariba - SAP Integration | Functional + Technical Consultant |
| 106 | PO 2700033261 closed on Ariba but reflecting as not closed on SAP | Ariba - SAP Integration | Functional + Technical Consultant |
| 107 | PR 176585, user needed help editing line item | P2O | Functional Consultant |
| 108 | and Customer Care | Contracts | Functional Consultant |
| 109 | CES CO – conditions for approvals | Contracts | Functional Consultant |
| 110 | CES CO – fix approvals | Contracts | Functional Consultant |
| 111 | IT CO – Confirm approval tasks/No approval necessary | Contracts | Functional Consultant |
| 112 | Template | Contracts | Functional Consultant |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                              Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 113 | Rename Electric Services to Electric Services and Material Template | Contracts | Functional Consultant |
| 114 | DocuSign was not working in Test since April | Contracts | Ariba & Functional Consultant |
| 115 | Supplier Engagament Request Field | Contracts | Ariba & Functional Consultant |
| 116 | PO 2700073311 needs to be revised | P2O | Functional Consultant |
| 117 | Legal Review Task Edits Documentation | Contracts | Functional Consultant |
| 118 | amount | P2O | Functional Consultant |
| 119 | WO000003866892- Held GR issue (needs clarification from end user) | P2O | Functional Consultant |
| 120 | User needed help with Delegation | P2O | Functional Consultant |
| 121 | Non Requisition PR Questions | P2O | Functional Consultant |
| 122 | Corp Services Template Changes in Test | Contracts | Functional Consultant |
| 123 | ChangesTracker for Templates | Contracts | Functional Consultant |
| 124 | User was trying recieve and was facing issues | P2O | Functional Consultant |
| 125 | Change to Corp Services Template | Contracts | Functional Consultant |
| 126 | Delegate was trying to Order Items | P2O | Functional Consultant |
| 127 | Change to Electric Services Template | Contracts | Functional Consultant |
| 128 | Review of Template Changes Made by Patty and Susan | Contracts | Functional Consultant |
| 129 | Contract Workspace questions | Contracts | Functional Consultant |
| 130 | PO split was occuring due to Line Items attaching to different CWA's | P2O | Ariba & Functional Consultant |
| 131 | Test Conditions for Templates | Contracts | Functional Consultant |
| 132 | Change of Requisitioner | P2O | Functional Consultant |
| 133 | "Amendment" button greyed out in CW | Contracts | Functional Consultant |
| 134 | Amendment appoval flow change in CW | Contracts | Functional Consultant |
| 135 | Elsa needed help changing requisitioner ownership from herself to Alyssa | P2O | Functional Consultant |
| 136 | Contract stuck in Pending status | Contracts | Functional Consultant |
| 137 | Changes to CES Template | Contracts | Functional Consultant |
| 138 | Unable to edit PR | P2O | Functional Consultant |
| 139 | Changes to CES Template | Contracts | Functional Consultant |
| 140 | Help with locating MSA and CWA | Contracts | Functional Consultant |
| 141 | submit on Taulia | P2O | Functional Consultant |
| 142 | and Closed. | P2O | Functional Consultant |
| 143 | Contract status Closed. | Contracts | Functional Consultant |
| 144 | #CW2263486. Docusign Task Error. | Contracts | Ariba & Functional Consultant |
| 145 | Help with creating profile/Adding a Delegate. Resolved and Closed. | P2O | Functional Consultant |
| 146 | Vendor/Contact has been deleted error. | P2O | Functional Consultant |

Case: 19-30088    Doc# 4459-2    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 8
Page 6 of 7 of 13

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                    Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 147 | Contract Template Macro List Tracker | Contracts | Functional Consultant |
| 148 | Receipt by Delegate not updated on SAP | P2O | Functional Consultant |
| 149 | and 2700131193. They are set up as no tax, but need the codes to show that it will include sales tax. | P2O | Functional Consultant |
| 150 | User trying to make a change order to Contract | Contracts | Functional Consultant |
| 151 | Receive Button missing for 2700162867 | P2O | Functional Consultant |
| 152 | PO permanently failed error | Ariba - SAP Integration | Functional Consultant |
| 153 | GR Hold that needed to be released for PO 2700047031 | P2O | Functional Consultant |
| 154 | Contract Request: Please ensure parent agreement (doc 1368953742) is open before accessing the sub agreement" error. | Contracts | Functional Consultant |
| 155 | the [RCT] Quantit, [RCT] Quantity Accepted and [RCT]Date Received (Date) return blanks. | P2O | Functional Consultant |
| 156 | Unable to export held GR report | P2O | Functional Consultant |
| 157 | Unable to edit PO, needed to change requisitioner. | P2O | Functional Consultant |
| 158 | Vendor/Contact has been deleted error. | Ariba - SAP Integration | Functional Consultant |
| 159 | User is unable to post GR due to past over receiving for PO 2700137443 | P2O | Functional Consultant |
| 160 | 2700062397 was created from 2700062396 due to change in Payment terms. | P2O | Functional Consultant |
| 161 | Error msgs when PT was changed. | P2O | Functional Consultant |
| 162 | User unable to add updated Contract to line items | Contracts | Functional Consultant |
| 163 | User trying to change payment terms, getting error messages | P2O | Functional Consultant |
| 164 | User is trying to move funds and getting error messages | P2O | Functional Consultant |
| 165 | User has incorrectly posted GR | P2O | Functional Consultant |
| 166 | PR approval question | P2O | Functional Consultant |
| 167 | GR needs to be changed. But keeps reverting due to some push errors | P2O | Functional Consultant |
| 168 | PO 2700169675 cannot be edited. There is no Change button on this PO. | P2O | Functional Consultant |
| 169 | Receipt correctly created on Ariba, but duplicated twice on SAP. | Ariba - SAP Integration | Functional + Technical Consultant |
| 170 | Requisitioner needs to be changed. | P2O | Functional Consultant |
| 171 | User needed help backing out GR | P2O | Functional Consultant |
| 172 | Alternate Approver question | P2O | Functional Consultant |
| 173 | Question regarding cancelled PO | P2O | Functional Consultant |
| 174 | ERP push errors due to over invoicing | Ariba - SAP Integration | Functional + Technical Consultant |
| 175 | User had questions regarding PO being cancelled. Resolved and Closed. | P2O | Functional Consultant |
| 176 | Questions on editing PR. | P2O | Functional Consultant |

PG&E Corporation, et al (Case No. 19-30088 (DM))
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee - Offshore Ariba                                      Exhibit No: 01-E

**Tracking File - Issues Identified and Responded by PwC professionals - Offshore Ariba Services**

| Sl. No | Issue Description | Type of Incident | Responsible |
|---|---|---|---|
| 177 | Change order on PO. User getting errors. | P2O | Functional Consultant |
| 178 | User is getting errors when posting a GR | P2O | Functional Consultant |
| 179 | User needed help creating requisition and posting GR | P2O | Functional Consultant |
| 180 | for receiving on Ariba side | P2O | Ariba & Functional Consultant |
| 181 | User needed help with Change Order | P2O | Functional Consultant |
| 182 | User is unable to post Receipts | P2O | Functional Consultant |
| 183 | User is in need of training sessions/materials focussing on PO statuses | P2O | Functional Consultant |
| 184 | User is getting "User status 40 is active" error | Ariba - SAP Integration | Functional + Technical Consultant |
| 185 | User needed help with change of Preparer | P2O | Functional Consultant |
| 186 | Manual Conversion of Held GR PO's | P2O | Functional Consultant |
| 187 | Resolving template role issue to be able to make edits to template on production using Contract Template Maintenance role. | Contracts | Functional Consultant |
| 188 | Quantity less that invoiced quantity error | Ariba - SAP Integration | Functional Consultant |
| 189 | Help with extension of delegate | P2O | Functional Consultant |
| 190 | User's denied GR stuck in Submitted status PO 2700176407 | P2O | Functional Consultant |
| 191 | User needed help posting receipts but PO stuck in Ordering status. | Ariba - SAP Integration | Ariba & Functional Consultant |
| 192 | CWA Migration production template changes | Contracts | Functional Consultant |
| 193 | User unable to GR | P2O | Functional Consultant |
| 194 | Electric Services Production Changes | Contracts | Functional Consultant |
| 195 | Porting of Draft Templates from Production to Test | Contracts | Functional Consultant |
| 196 | Sheet( Test Cases Sheet) | Contracts | Functional Consultant |
| 197 | Question on Importing Templates | Contracts | Functional Consultant |
| 198 | Catalog Subscriptions Inputs to Patty & Susan | Contracts | Functional Consultant |
| 199 | Contract Request POC | Contracts | Functional Consultant |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Internal Audit Assessment Services* | | *Retention Exhibit #: 01-F* | |
| Amanda Cicely Herron | Partner | 8.00 | |
| Zachary Alfred Pucheu | Director | 16.00 | |
| *Subtotal - Internal Audit Assessment Services* | | *24.00* | *$21,600.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **24.00** | **$21,600.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***Compliance Services*** | | | ***Retention Exhibit #: 01-H*** |
| Kristin D Rivera | Partner | 1.80 | |
| Meera Banerjee | Director | 21.20 | |
| Shu Ting Li | Manager | 9.50 | |
| Sumana Lahiry | Manager | 26.00 | |
| Yuliya Foerster | Manager | 7.70 | |
| Cara Angela Rosengard | Associate | 19.00 | |
| Clevian Hsia | Associate | 1.00 | |
| Kailey Sanchez | Associate | 54.20 | |
| Wei Ping Wen | Associate | 2.30 | |
| Mary Jo Nietupski | Administrative | 1.00 | |
| ***Subtotal - Compliance Services*** | | **143.70** | **$80,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **143.70** | **$80,000.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Controls Testing Services* | | | *Retention Exhibit #: 01-I* |
| Sarah Thompson Best | Director | 9.00 | |
| Steven Manocchio | Director | 32.00 | |
| Christine Lui | Manager | 20.00 | |
| Rachel Allard Le Flanchec | Senior Associate | 56.50 | |
| Brian Wan | Associate | 80.00 | |
| Khanh Duy Lam | Associate | 24.00 | |
| Melvin Wong | Associate | 104.00 | |
| Niki Keramat | Associate | 101.00 | |
| Sweatha Sathyanarayana | Associate | 37.00 | |
| Tristan Waterman | Associate | 28.00 | |
| Yu Pei | Associate | 20.00 | |
| **Subtotal - Controls Testing Services** | | **511.50** | **$70,265.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **511.50** | **$70,265.00** |