**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| *Claims Services* | | | | *Retention Exhibit # 01-B* |
| 5/13/2019 | William M Colton | Manager | 0619F0001: Legacy Data Analysis (e.g., 2017-2018 data, 2019 Q1 data). | 0.50 |
| 5/20/2019 | William M Colton | Manager | 0619F0002: Draft Reporting / Trend Analysis. | 0.50 |
| 5/21/2019 | William M Colton | Manager | 0619F0003: Project PMO Support (e.g., status updates). | 0.50 |
| 5/30/2019 | William M Colton | Manager | 0619F0004: Draft Reporting / Trend Analysis. | 1.10 |
| 5/31/2019 | Sydney Erin Marks | Associate | 0619F0005: Draft Reporting / Trend Analysis. | 4.00 |
| 6/4/2019 | William M Colton | Manager | 0619F0006: Draft Reporting / Trend Analysis. | 1.00 |
| 6/4/2019 | Sydney Erin Marks | Associate | 0619F0007: Draft Reporting / Trend Analysis. | 2.50 |
| 6/11/2019 | Kristin A Cheek | Manager | 0619F0008: Project PMO Support (e.g., status updates). | 0.30 |
| 6/11/2019 | William M Colton | Manager | 0619F0009: Draft Reporting / Trend Analysis. | 1.00 |
| 6/12/2019 | Sydney Erin Marks | Associate | 0619F0010: Project PMO Support (e.g., status updates). | 1.50 |
| 6/14/2019 | William M Colton | Manager | 0619F0011: Draft Reporting / Trend Analysis. | 0.50 |
| 6/14/2019 | Sydney Erin Marks | Associate | 0619F0012: Draft Reporting / Trend Analysis. | 1.00 |
| 6/19/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0013: Draft Reporting / Trend Analysis. | 5.00 |
| 6/19/2019 | Sydney Erin Marks | Associate | 0619F0014: Draft Reporting / Trend Analysis. | 1.00 |
| 6/20/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0015: Draft Reporting / Trend Analysis. | 8.00 |
| 6/24/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0016: Draft Reporting / Trend Analysis. | 5.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
Fixed Fee Services - Professional Services by Project, Professional and Date
For the Period June 1, 2019 through June 30, 2019

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/25/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0017: Draft Reporting / Trend Analysis. | 6.00 |
| 6/26/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0018: Draft Reporting / Trend Analysis. | 6.00 |
| 6/27/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0619F0019: Draft Reporting / Trend Analysis. | 6.00 |
| **Total - Hours - Claims Services** | | | | **51.40** |

*Internal Audit Assessment Services*     *Retention Exhibit # 01-F*

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/11/2019 | Zachary Alfred Pucheu | Director | 0619F0021: Summarize findings, including preparation of report. | 1.00 |
| 6/18/2019 | Amanda Cicely Herron | Partner | 0619F0022: Meetings with PG&E Internal Audit Management and stakeholders. | 4.00 |
| 6/18/2019 | Amanda Cicely Herron | Partner | 0619F0023: Continue - Meetings with PG&E Internal Audit Management and stakeholders. | 4.00 |
| 6/19/2019 | Zachary Alfred Pucheu | Director | 0619F0024: Summarize findings, including preparation of report. | 2.00 |
| 6/20/2019 | Zachary Alfred Pucheu | Director | 0619F0025: Summarize findings, including preparation of report. | 1.00 |
| 6/23/2019 | Zachary Alfred Pucheu | Director | 0619F0026: Summarize findings, including preparation of report. | 2.00 |
| 6/24/2019 | Zachary Alfred Pucheu | Director | 0619F0027: Summarize findings, including preparation of report. | 3.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/25/2019 | Zachary Alfred Pucheu | Director | 0619F0028: Summarize findings, including preparation of report. | 3.00 |
| 6/26/2019 | Zachary Alfred Pucheu | Director | 0619F0029: Summarize findings, including preparation of report. | 4.00 |
| *Total - Hours - Internal Audit Assessment Services* | | | | *24.00* |

**Compliance Services**   *Retention Exhibit # 01-H*

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/1/2019 | Yuliya Foerster | Manager | 0619F0030: External Affairs - Preparation of Draft Deliverable. | 2.10 |
| 5/1/2019 | Kailey Sanchez | Associate | 0619F0031: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 5/1/2019 | Meera Banerjee | Director | 0619F0032: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 5/1/2019 | Cara Angela Rosengard | Associate | 0619F0033: External Affairs - Initial Interviews. | 1.00 |
| 5/1/2019 | Cara Angela Rosengard | Associate | 0619F0034: Regulatory Affairs - Document Review Program Element 8. | 1.00 |
| 5/1/2019 | Sumana Lahiry | Manager | 0619F0035: User's Guide - C&E Meetings on Topic. | 1.00 |
| 5/2/2019 | Yuliya Foerster | Manager | 0619F0036: Regulatory Affairs - Preparation of Draft Deliverable. | 1.70 |
| 5/2/2019 | Meera Banerjee | Director | 0619F0037: External Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/2/2019 | Meera Banerjee | Director | 0619F0038: Regulatory Affairs - Document Review Program Element 8. | 0.50 |
| 5/2/2019 | Meera Banerjee | Director | 0619F0039: Regulatory Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/2/2019 | Cara Angela Rosengard | Associate | 0619F0040: External Affairs - Initial Interviews. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/2/2019 | Sumana Lahiry | Manager | 0619F0041: User's Guide - Preparation of Draft. | 1.00 |
| 5/3/2019 | Kristin D Rivera | Partner | 0619F0042: Regulatory Affairs - Document Review Program Element 8. | 0.80 |
| 5/3/2019 | Yuliya Foerster | Manager | 0619F0043: Regulatory Affairs - Preparation of Draft Deliverable. | 1.60 |
| 5/3/2019 | Sumana Lahiry | Manager | 0619F0044: User's Guide - C&E Meetings on Topic. | 1.00 |
| 5/3/2019 | Kailey Sanchez | Associate | 0619F0045: Shared Compliance Model - Preparation of Draft. | 0.60 |
| 5/6/2019 | Kailey Sanchez | Associate | 0619F0046: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 5/6/2019 | Meera Banerjee | Director | 0619F0047: External Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/6/2019 | Sumana Lahiry | Manager | 0619F0048: User's Guide - Preparation of Draft. | 1.00 |
| 5/7/2019 | Meera Banerjee | Director | 0619F0049: External Affairs - C&E Draft Deliverable Review Meeting. | 1.00 |
| 5/7/2019 | Yuliya Foerster | Manager | 0619F0050: Regulatory Affairs - C&E Draft Deliverable Review Meeting. | 0.50 |
| 5/7/2019 | Yuliya Foerster | Manager | 0619F0051: External Affairs - C&E Draft Deliverable Review Meeting. | 0.50 |
| 5/7/2019 | Kailey Sanchez | Associate | 0619F0052: User's Guide - Preparation of Draft. | 0.60 |
| 5/7/2019 | Kailey Sanchez | Associate | 0619F0053: Regulatory Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/7/2019 | Kailey Sanchez | Associate | 0619F0054: External Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/7/2019 | Meera Banerjee | Director | 0619F0055: Regulatory Affairs - C&E Draft Deliverable Review Meeting. | 1.00 |
| 5/7/2019 | Wei Ping Wen | Associate | 0619F0056: External Affairs - Preparation of Draft Deliverable. | 0.30 |
| 5/7/2019 | Sumana Lahiry | Manager | 0619F0057: User's Guide - C&E Meetings on Topic. | 0.50 |
| 5/9/2019 | Meera Banerjee | Director | 0619F0058: External Affairs - Debrief meeting. | 0.70 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/9/2019 | Yuliya Foerster | Manager | 0619F0059: Regulatory Affairs - Debrief meeting. | 0.50 |
| 5/9/2019 | Yuliya Foerster | Manager | 0619F0060: External Affairs - Debrief meeting. | 0.80 |
| 5/9/2019 | Kailey Sanchez | Associate | 0619F0061: Compliance Metrics - Preparation of Draft. | 2.80 |
| 5/9/2019 | Kailey Sanchez | Associate | 0619F0062: Regulatory Affairs - Preparation of Draft Deliverable. | 0.60 |
| 5/9/2019 | Kailey Sanchez | Associate | 0619F0063: External Affairs - Preparation of Draft Deliverable. | 0.60 |
| 5/9/2019 | Meera Banerjee | Director | 0619F0064: Regulatory Affairs - Debrief meeting. | 0.50 |
| 5/9/2019 | Cara Angela Rosengard | Associate | 0619F0065: External Affairs - Debrief meeting. | 0.50 |
| 5/9/2019 | Cara Angela Rosengard | Associate | 0619F0066: External Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/9/2019 | Cara Angela Rosengard | Associate | 0619F0067: Regulatory Affairs - Preparation of Draft Deliverable. | 0.50 |
| 5/9/2019 | Cara Angela Rosengard | Associate | 0619F0068: Regulatory Affairs - Debrief meeting. | 0.50 |
| 5/10/2019 | Kailey Sanchez | Associate | 0619F0069: Compliance Metrics - Preparation of Draft. | 2.00 |
| 5/13/2019 | Kailey Sanchez | Associate | 0619F0070: User's Guide - Preparation of Draft. | 0.50 |
| 5/14/2019 | Kailey Sanchez | Associate | 0619F0071: Power Generation - Preparation of Final Client - Approved Deliverable. | 1.30 |
| 5/15/2019 | Kailey Sanchez | Associate | 0619F0072: Power Generation - Preparation of Final Client - Approved Deliverable. | 0.40 |
| 5/15/2019 | Meera Banerjee | Director | 0619F0073: Shared Compliance Model - C&E Meetings on Topics. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/17/2019 | Meera Banerjee | Director | 0619F0074: User's Guide - Preparation of Draft. | 1.00 |
| 5/20/2019 | Kailey Sanchez | Associate | 0619F0075: User's Guide - Preparation of Draft. | 2.00 |
| 5/20/2019 | Meera Banerjee | Director | 0619F0076: User's Guide - C&E Meetings on Topic. | 1.00 |
| 5/20/2019 | Mary Jo Nietupski | Administrative | 0619F0077: Compliance & Ethics - Assessment Preparation. | 1.00 |
| 5/21/2019 | Kailey Sanchez | Associate | 0619F0078: User's Guide - Preparation of Draft. | 0.50 |
| 5/21/2019 | Kailey Sanchez | Associate | 0619F0079: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 5/22/2019 | Meera Banerjee | Director | 0619F0080: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 5/22/2019 | Meera Banerjee | Director | 0619F0081: User's Guide - Preparation of Draft. | 0.50 |
| 5/23/2019 | Meera Banerjee | Director | 0619F0082: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 5/24/2019 | Meera Banerjee | Director | 0619F0083: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 5/28/2019 | Kailey Sanchez | Associate | 0619F0084: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 5/29/2019 | Meera Banerjee | Director | 0619F0085: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 5/29/2019 | Sumana Lahiry | Manager | 0619F0086: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 5/30/2019 | Meera Banerjee | Director | 0619F0087: User's Guide - C&E Meetings on Topic. | 1.50 |
| 5/30/2019 | Shu Ting Li | Manager | 0619F0088: Shared Compliance Model - Preparation of Draft. | 2.50 |
| 6/2/2019 | Cara Angela Rosengard | Associate | 0619F0089: Shared Compliance Model - Preparation of Draft. | 4.00 |
| 6/3/2019 | Cara Angela Rosengard | Associate | 0619F0090: Shared Compliance Model - Preparation of Draft. | 5.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/3/2019 | Shu Ting Li | Manager | 0619F0091: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/3/2019 | Sumana Lahiry | Manager | 0619F0092: User's Guide - C&E Meetings on Topic. | 1.50 |
| 6/4/2019 | Meera Banerjee | Director | 0619F0093: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/4/2019 | Cara Angela Rosengard | Associate | 0619F0094: Shared Compliance Model - Preparation of Draft. | 4.00 |
| 6/4/2019 | Sumana Lahiry | Manager | 0619F0095: User's Guide - C&E Meetings on Topic. | 3.00 |
| 6/5/2019 | Sumana Lahiry | Manager | 0619F0096: User's Guide - C&E Meetings on Topic. | 0.50 |
| 6/5/2019 | Shu Ting Li | Manager | 0619F0097: Shared Compliance Model - Preparation of Draft. | 2.00 |
| 6/6/2019 | Meera Banerjee | Director | 0619F0098: User's Guide - Preparation of Draft. | 1.00 |
| 6/6/2019 | Sumana Lahiry | Manager | 0619F0099: User's Guide - C&E Meetings on Topic. | 1.00 |
| 6/6/2019 | Shu Ting Li | Manager | 0619F0100: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/7/2019 | Meera Banerjee | Director | 0619F0101: User's Guide - C&E Meetings on Topic. | 1.00 |
| 6/7/2019 | Kristin D Rivera | Partner | 0619F0102: Shared Compliance Model - Preparation of Final. | 1.00 |
| 6/7/2019 | Sumana Lahiry | Manager | 0619F0103: User's Guide - C&E Meetings on Topic. | 1.50 |
| 6/10/2019 | Kailey Sanchez | Associate | 0619F0104: Regulatory Affairs - Preparation of Final Client - Approved Deliverable. | 1.50 |
| 6/10/2019 | Kailey Sanchez | Associate | 0619F0105: External Affairs - Preparation of Final Client - Approved Deliverable. | 1.50 |
| 6/10/2019 | Sumana Lahiry | Manager | 0619F0106: User's Guide - C&E Meetings on Topic. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/10/2019 | Cara Angela Rosengard | Associate | 0619F0107: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/11/2019 | Sumana Lahiry | Manager | 0619F0108: User's Guide - C&E Meetings on Topic. | 1.50 |
| 6/11/2019 | Shu Ting Li | Manager | 0619F0109: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 6/12/2019 | Shu Ting Li | Manager | 0619F0110: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 6/13/2019 | Meera Banerjee | Director | 0619F0111: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/13/2019 | Kailey Sanchez | Associate | 0619F0112: Shared Compliance Model - Preparation of Draft. | 4.50 |
| 6/13/2019 | Shu Ting Li | Manager | 0619F0113: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 6/14/2019 | Meera Banerjee | Director | 0619F0114: Shared Compliance Model - C&E Meetings on Topics. | 1.00 |
| 6/14/2019 | Sumana Lahiry | Manager | 0619F0115: User's Guide - C&E Meetings on Topic. | 1.00 |
| 6/14/2019 | Shu Ting Li | Manager | 0619F0116: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 6/17/2019 | Meera Banerjee | Director | 0619F0117: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/17/2019 | Sumana Lahiry | Manager | 0619F0118: User's Guide - C&E Meetings on Topic. | 0.50 |
| 6/18/2019 | Kailey Sanchez | Associate | 0619F0119: Shared Compliance Model - Preparation of Draft. | 5.50 |
| 6/19/2019 | Kailey Sanchez | Associate | 0619F0120: Shared Compliance Model - Preparation of Draft. | 6.00 |
| 6/20/2019 | Kailey Sanchez | Associate | 0619F0121: Shared Compliance Model - Preparation of Draft. | 6.50 |
| 6/21/2019 | Kailey Sanchez | Associate | 0619F0122: Shared Compliance Model - Preparation of Draft. | 3.00 |
| 6/24/2019 | Kailey Sanchez | Associate | 0619F0123: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 6/24/2019 | Sumana Lahiry | Manager | 0619F0124: User's Guide - Preparation of Draft. | 3.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/25/2019 | Kailey Sanchez | Associate | 0619F0125: Shared Compliance Model - Preparation of Draft. | 0.50 |
| 6/25/2019 | Wei Ping Wen | Associate | 0619F0126: Compliance Metrics - Preparation of Draft. | 1.00 |
| 6/25/2019 | Sumana Lahiry | Manager | 0619F0127: User's Guide - Preparation of Draft. | 4.00 |
| 6/26/2019 | Kailey Sanchez | Associate | 0619F0128: Shared Compliance Model - Preparation of Draft. | 1.80 |
| 6/26/2019 | Clevian Hsia | Associate | 0619F0129: Shared Compliance Model - Preparation of Draft. | 1.00 |
| 6/26/2019 | Wei Ping Wen | Associate | 0619F0130: Compliance Metrics - Preparation of Draft. | 1.00 |
| 6/27/2019 | Kailey Sanchez | Associate | 0619F0131: Shared Compliance Model - Preparation of Draft. | 1.50 |
| 6/27/2019 | Sumana Lahiry | Manager | 0619F0132: User's Guide - Preparation of Draft. | 1.00 |
| 6/28/2019 | Kailey Sanchez | Associate | 0619F0133: Shared Compliance Model - Preparation of Draft. | 2.50 |
| **Total - Hours - Compliance Services** | | | | **143.70** |

**Controls Testing Services**     *Retention Exhibit # 01-I*

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/1/2019 | Christine Lui | Manager | 0619F0134: Gas Operations - Audit - Planning the Plan. | 6.00 |
| 5/1/2019 | Melvin Wong | Associate | 0619F0135: Gas Operations - Audit - Scheduling / Evidence Requests. | 8.00 |
| 5/2/2019 | Christine Lui | Manager | 0619F0136: Gas Operations - Audit - Scheduling / Evidence Requests. | 8.00 |
| 5/2/2019 | Melvin Wong | Associate | 0619F0137: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 5/2/2019 | Sarah Thompson Best | Director | 0619F0138: Gas Operations - Delivery of Training. | 9.00 |
| 5/3/2019 | Christine Lui | Manager | 0619F0139: Gas Operations - Audit - Scheduling / Evidence Requests. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/3/2019 | Melvin Wong | Associate | 0619F0140: Gas Operations - Audit - Testing the Effectiveness of Controls. | 2.00 |
| 5/6/2019 | Melvin Wong | Associate | 0619F0141: Gas Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 5/7/2019 | Niki Keramat | Associate | 0619F0142: Electirc Operations - Audit - Audit Documentation. | 4.00 |
| 5/7/2019 | Melvin Wong | Associate | 0619F0143: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 5/8/2019 | Melvin Wong | Associate | 0619F0144: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 5/9/2019 | Christine Lui | Manager | 0619F0145: Gas Operations - Audit - Scheduling / Evidence Requests. | 5.00 |
| 5/9/2019 | Melvin Wong | Associate | 0619F0146: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 5/10/2019 | Melvin Wong | Associate | 0619F0147: Gas Operations - Audit - Testing the Effectiveness of Controls. | 3.00 |
| 5/13/2019 | Niki Keramat | Associate | 0619F0148: Electirc Operations - Audit - Walkthrough of Process, Risk & Controls. | 2.00 |
| 5/14/2019 | Niki Keramat | Associate | 0619F0149: Electirc Operations - Audit - Walkthrough of Process, Risk & Controls. | 2.00 |
| 5/14/2019 | Melvin Wong | Associate | 0619F0150: Electirc Operations - Audit - Scheduling / Evidence Requests. | 8.00 |
| 5/15/2019 | Melvin Wong | Associate | 0619F0151: Electirc Operations - Audit - Walkthrough of Process, Risk & Controls. | 8.00 |
| 5/16/2019 | Melvin Wong | Associate | 0619F0152: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/17/2019 | Melvin Wong | Associate | 0619F0153: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 5/20/2019 | Brian Wan | Associate | 0619F0154: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 5/20/2019 | Niki Keramat | Associate | 0619F0155: Gas Operations - Audit - Audit Documentation. | 6.00 |
| 5/20/2019 | Melvin Wong | Associate | 0619F0156: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 5/21/2019 | Brian Wan | Associate | 0619F0157: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 5/22/2019 | Brian Wan | Associate | 0619F0158: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 5/23/2019 | Brian Wan | Associate | 0619F0159: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 5/24/2019 | Brian Wan | Associate | 0619F0160: Electirc Operations - Audit - Audit Documentation. | 6.00 |
| 5/24/2019 | Niki Keramat | Associate | 0619F0161: Electirc Operations - Audit - Audit Documentation. | 5.00 |
| 5/24/2019 | Melvin Wong | Associate | 0619F0162: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 5/27/2019 | Brian Wan | Associate | 0619F0163: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 5/28/2019 | Brian Wan | Associate | 0619F0164: Gas Operations - Audit - Audit Documentation. | 8.00 |
| 5/28/2019 | Niki Keramat | Associate | 0619F0165: Electirc Operations - Audit - Audit Documentation. | 2.00 |
| 5/28/2019 | Steven Manocchio | Director | 0619F0166: Compliance & Ethics - Client Meetings. | 8.00 |
| 5/28/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0167: Electirc Operations - Audit - Audit Documentation. | 3.50 |
| 5/28/2019 | Melvin Wong | Associate | 0619F0168: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 5/29/2019 | Brian Wan | Associate | 0619F0169: Gas Operations - Audit - Audit Documentation. | 8.00 |
| 5/29/2019 | Niki Keramat | Associate | 0619F0170: Electirc Operations - Audit - Audit Documentation. | 4.00 |
| 5/29/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0171: Compliance & Ethics - Client Meetings. | 4.00 |
| 5/29/2019 | Melvin Wong | Associate | 0619F0172: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 2.00 |
| 5/30/2019 | Brian Wan | Associate | 0619F0173: Gas Operations - Audit - Audit Documentation. | 8.00 |
| 5/30/2019 | Niki Keramat | Associate | 0619F0174: Compliance & Ethics - Client Meetings. | 1.00 |
| 5/30/2019 | Steven Manocchio | Director | 0619F0175: Compliance & Ethics - Client Meetings. | 8.00 |
| 5/30/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0176: Electirc Operations - Audit - Audit Documentation. | 2.50 |
| 5/30/2019 | Melvin Wong | Associate | 0619F0177: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 2.00 |
| 5/31/2019 | Brian Wan | Associate | 0619F0178: Gas Operations - Audit - Audit Documentation. | 8.00 |
| 5/31/2019 | Niki Keramat | Associate | 0619F0179: Compliance & Ethics - Internal Planning Activities. | 5.00 |
| 5/31/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0180: Electirc Operations - Audit - Audit Documentation. | 1.50 |
| 6/3/2019 | Brian Wan | Associate | 0619F0181: Gas Operations - Audit - Audit Documentation. | 2.00 |
| 6/3/2019 | Niki Keramat | Associate | 0619F0182: Gas Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 6/3/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0183: Electirc Operations - Audit - Audit Documentation. | 1.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/3/2019 | Melvin Wong | Associate | 0619F0184: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 1.00 |
| 6/4/2019 | Niki Keramat | Associate | 0619F0185: Gas Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 6/4/2019 | Melvin Wong | Associate | 0619F0186: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 1.00 |
| 6/5/2019 | Melvin Wong | Associate | 0619F0187: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 1.00 |
| 6/6/2019 | Niki Keramat | Associate | 0619F0188: Gas Operations - Audit - Testing the Effectiveness of Controls. | 6.00 |
| 6/6/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0189: Compliance & Ethics - Client Meetings. | 4.00 |
| 6/7/2019 | Steven Manocchio | Director | 0619F0190: Safety & Health - Content Development - LOB Customizations. | 4.00 |
| 6/7/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0191: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 6/10/2019 | Niki Keramat | Associate | 0619F0192: Gas Operations - Audit - Audit Documentation. | 7.00 |
| 6/10/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0193: Electirc Operations - Audit - Audit Documentation. | 3.00 |
| 6/10/2019 | Khanh Duy Lam | Associate | 0619F0194: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 5.50 |
| 6/11/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0195: Compliance & Ethics - Client Meetings. | 3.00 |
| 6/12/2019 | Niki Keramat | Associate | 0619F0196: Gas Operations - Audit - Audit Documentation. | 7.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/12/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0197: Electirc Operations - Audit - Audit Documentation. | 1.00 |
| 6/12/2019 | Khanh Duy Lam | Associate | 0619F0198: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 6/13/2019 | Niki Keramat | Associate | 0619F0199: Gas Operations - Audit - Audit Documentation. | 2.00 |
| 6/13/2019 | Khanh Duy Lam | Associate | 0619F0200: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 5.50 |
| 6/13/2019 | Sweatha Sathyanarayana | Associate | 0619F0201: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/14/2019 | Niki Keramat | Associate | 0619F0202: Customer Care - Content Development - Outline. | 6.00 |
| 6/14/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0203: Electirc Operations - Audit - Audit Documentation. | 8.00 |
| 6/14/2019 | Khanh Duy Lam | Associate | 0619F0204: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 5.00 |
| 6/14/2019 | Sweatha Sathyanarayana | Associate | 0619F0205: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/17/2019 | Niki Keramat | Associate | 0619F0206: Power Generation - Audit - Walkthrough of Process, Risk & Controls. | 3.00 |
| 6/17/2019 | Khanh Duy Lam | Associate | 0619F0207: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 2.00 |
| 6/18/2019 | Niki Keramat | Associate | 0619F0208: Safety & Health - Delivery of Training. | 8.00 |
| 6/18/2019 | Steven Manocchio | Director | 0619F0209: Safety & Health - Delivery of Training. | 8.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/18/2019 | Sweatha Sathyanarayana | Associate | 0619F0210: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/19/2019 | Niki Keramat | Associate | 0619F0211: Power Generation - Audit - Walkthrough of Process, Risk & Controls. | 2.00 |
| 6/19/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0212: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 3.00 |
| 6/19/2019 | Khanh Duy Lam | Associate | 0619F0213: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 2.00 |
| 6/19/2019 | Sweatha Sathyanarayana | Associate | 0619F0214: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/20/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0215: Compliance & Ethics - Client Meetings. | 2.00 |
| 6/20/2019 | Sweatha Sathyanarayana | Associate | 0619F0216: Electirc Operations - Audit - Testing the Effectiveness of Controls. | 5.00 |
| 6/24/2019 | Niki Keramat | Associate | 0619F0217: Gas Operations - Audit - Audit Documentation. | 7.00 |
| 6/24/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0218: Gas Operations - Audit - Walkthrough of Process, Risk & Controls. | 4.00 |
| 6/25/2019 | Niki Keramat | Associate | 0619F0219: Gas Operations - Audit - Audit Documentation. | 4.00 |
| 6/25/2019 | Tristan Waterman | Associate | 0619F0220: Gas Operations - Client Meetings. | 8.00 |
| 6/25/2019 | Yu Pei | Associate | 0619F0221: Gas Operations - Client Meetings. | 4.00 |
| 6/26/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0222: Electirc Operations - Audit - Audit Documentation. | 4.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit C**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| 6/26/2019 | Tristan Waterman | Associate | 0619F0223: Gas Operations - Audit - Testing the Effectiveness of Controls. | 4.00 |
| 6/26/2019 | Yu Pei | Associate | 0619F0224: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/27/2019 | Niki Keramat | Associate | 0619F0225: Customer Care - Content Development - Learning Activities. | 6.00 |
| 6/27/2019 | Steven Manocchio | Director | 0619F0226: Compliance & Ethics - Client Meetings. | 4.00 |
| 6/27/2019 | Tristan Waterman | Associate | 0619F0227: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/28/2019 | Niki Keramat | Associate | 0619F0228: Customer Care - Content Development - Learning Activities. | 4.00 |
| 6/28/2019 | Rachel Allard Le Flanchec | Senior Associate | 0619F0229: Compliance & Ethics - Client Meetings. | 4.00 |
| 6/28/2019 | Tristan Waterman | Associate | 0619F0230: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| 6/28/2019 | Yu Pei | Associate | 0619F0231: Gas Operations - Audit - Testing the Effectiveness of Controls. | 8.00 |
| *Total - Hours - Controls Testing Services* | | | | *511.50* |
| **Total - Hours - Fixed Fee Services** | | | | **730.60** |