**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period June 1, 2019 through June 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Strategic Analysis Services* | | | | *Retention Exhibit #: 03* |
| Meredith Marie Strong | Partner | $909 | 20.50 | $18,634.50 |
| Chike Azinge | Director | $776 | 101.00 | $78,376.00 |
| Michael John Dixon | Director | $776 | 47.00 | $36,472.00 |
| Walter Andrew Okpych | Director | $776 | 2.00 | $1,552.00 |
| Brian M Choi | Manager | $650 | 37.70 | $24,505.00 |
| Johnnie Mata | Manager | $650 | 105.00 | $68,250.00 |
| Quan Tran | Manager | $650 | 138.00 | $89,700.00 |
| John Zachary Pedrick | Senior Associate | $422 | 63.30 | $26,712.60 |
| Ellenor Kathleen Harkin | Associate | $380 | 171.30 | $65,094.00 |
| Lindsay Slocum | Associate | $380 | 152.50 | $57,950.00 |
| Christina Patricia Faidas | Associate | $300 | 126.00 | $37,800.00 |
| *Subtotal - Strategic Analysis Services* | | | *964.30* | *$505,046.10* |
| *Bankruptcy Tax Advisory Services* | | | | *Retention Exhibit #: 05* |
| Christopher Wesley Call | Partner | $909 | 1.00 | $909.00 |
| Terry Bart Stratton | Partner | $909 | 38.30 | $34,814.70 |
| Mark S Smith | Senior Managing Director | $909 | 4.00 | $3,636.00 |
| Leah Kondo Von Pervieux | Director | $707 | 20.40 | $14,422.80 |
| Trevor Perea | Director | $707 | 6.20 | $4,383.40 |
| Sandy Liu O'Neill | Senior Associate | $464 | 26.80 | $12,435.20 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *96.70* | *$70,601.10* |
| **Subtotal - Hourly Services** | | | **1,061.00** | **$575,647.20** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 91.70 | $50,435.00 |
| Nanette J Kortuem | Associate | $225 | 25.50 | $5,737.50 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *117.20* | *$56,172.50* |
| **Subtotal - Case Administration** | | | **117.20** | **$56,172.50** |
| **Total - Hourly Services and Case Administration** | | | **1,178.20** | **$631,819.70** |

Case: 19-30088    Doc# 4459-4    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 1 of 1