**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2019 through June 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *Claims Services* | *Retention Exhibit #: 01-B* |
|    Lodging | $750.00 |
| *Subtotal - Expenditures Sought for Claims Services* | *$750.00* |
| *Controls Testing Services* | *Retention Exhibit #: 01-I* |
|    Meals | $555.82 |
|    Mileage Allowance | $88.16 |
|    Public/Ground Transportation | $132.24 |
| *Subtotal - Expenditures Sought for Controls Testing Services* | *$776.22* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$1,526.22** |
| **Hourly Services** | |
| *Strategic Analysis Services* | *Retention Exhibit #: 03* |
|    Airfare | $8,974.12 |
|    Lodging | $11,462.52 |
|    Meals | $2,747.71 |
|    Mileage Allowance | $53.36 |
|    Parking | $120.52 |
|    Public/Ground Transportation | $2,047.13 |
| *Subtotal - Expenditures Sought for Strategic Analysis Services* | *$25,405.36* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$25,405.36** |
| **Total - Expenditures Sought for Reimbursement** | **$26,931.58** |