PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit G
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Detail of Expenditures by Project, Professional and Date
For the Period June 1, 2019 through June 30, 2019

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *Claims Services* | | | | *Retention Exhibit #: 01-B* |
| 4/17/2019 | Emily Flinn Kent | Lodging | 0619E0001: WESTIN HOTELS AND RESORTS - LODGING WHILE WORKING REMOTELY - 3 NIGHTS STAY (04/14 - 04/17) - REDUCED PER PG&E. | $750.00 |
| *Subtotal - Expenditures Sought for Claims Services* | | | | *$750.00* |
| *Controls Testing Services* | | | | *Retention Exhibit #: 01-I* |
| 4/16/2019 | Niki Keramat | Public/Ground Transportation | 0619E0002: MILEAGE FOR SAN RAMON TRAININGS (76 MILES * $0.58). | $44.08 |
| 4/16/2019 | Lorraine C Wilson | Mileage Allowance | 0619E0003: MILEAGE FOR SAN RAMON TRAININGS (76 MILES * $0.58). | $44.08 |
| 4/24/2019 | Niki Keramat | Meals | 0619E0004: NOAH - MEETING/EVENT WITH CLIENTS - TRAINING FOR LEARNERS - APPROVED BY PG&E. | $157.45 |
| 4/24/2019 | Niki Keramat | Meals | 0619E0005: PENINSULA CATERING&EVEN - MEETING/EVENT WITH CLIENTS - TRAINING FOR LEARNERS - APPROVED BY PG&E. | $398.37 |
| 6/14/2019 | Niki Keramat | Public/Ground Transportation | 0619E0006: MILEAGE FOR SAN RAMON TRAININGS (76 MILES * $0.58). | $44.08 |
| 6/17/2019 | Niki Keramat | Public/Ground Transportation | 0619E0007: MILEAGE FOR SAN RAMON TRAININGS (76 MILES * $0.58). | $44.08 |
| 6/26/2019 | Rachel Allard Le Flanchec | Mileage Allowance | 0619E0008: MILEAGE FOR SAN RAMON TRAININGS (76 MILES * $0.58). | $44.08 |
| *Subtotal - Expenditures Sought for Controls Testing Services* | | | | *$776.22* |
| **Total - Expenditures Sought for Fixed Fee Services** | | | | **$1,526.22** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 1 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 1 of 19

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Strategic Analysis Services* | | | | *Retention Exhibit #: 03* |
| 6/1/2019 | Chike Azinge | Public/Ground Transportation | 0619E0009: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $23.81 |
| 6/1/2019 | Chike Azinge | Public/Ground Transportation | 0619E0010: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $18.52 |
| 6/2/2019 | Chike Azinge | Airfare | 0619E0011: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - ATLANTA, GA (ATL) TO SAN FRANCISCO, CA (SFO) (06/02) - REDUCED TO ECONOMY FARE. | $571.30 |
| 6/3/2019 | Chike Azinge | Lodging | 0619E0012: WESTIN ST FRANCIS - LODGING WHILE TRAVELING REMOTELY - 1 NIGHT STAY (06/02 - 06/03). | $295.89 |
| 6/3/2019 | Chike Azinge | Meals | 0619E0013: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $21.41 |
| 6/3/2019 | Chike Azinge | Meals | 0619E0014: WALGREENS 04492 - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $20.00 |
| 6/3/2019 | Lindsay Slocum | Meals | 0619E0015: POSTMATES - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - SELF. | $28.32 |
| 6/4/2019 | Chike Azinge | Public/Ground Transportation | 0619E0016: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $25.94 |
| 6/4/2019 | Chike Azinge | Meals | 0619E0017: GREEN BEANS COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - 2 PROFS (J. MATA & SELF). | $21.57 |
| 6/4/2019 | Chike Azinge | Meals | 0619E0018: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $21.41 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 2 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 2 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/4/2019 | Chike Azinge | Meals | 0619E0019: LOLINDA - MEALS WHILE WORKING REMOTELY - DINNER - 6 PROFS (C. FAIDAS, H. TRAN, J. PEDRICK, J. MATA, L. SLOCUM & SELF). | $170.82 |
| 6/4/2019 | Chike Azinge | Airfare | 0619E0020: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) / ATLANTA, GA (ATL) / SAN JUAN (SJU) (06/04 REDEYE). | $643.30 |
| 6/5/2019 | Chike Azinge | Lodging | 0619E0021: WESTIN ST FRANCIS - LODGING WHILE TRAVELING REMOTELY - 2 NIGHTS STAY (06/03 - 06/05). | $813.10 |
| 6/5/2019 | Chike Azinge | Public/Ground Transportation | 0619E0022: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $13.09 |
| 6/5/2019 | Chike Azinge | Public/Ground Transportation | 0619E0023: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $21.08 |
| 6/5/2019 | Chike Azinge | Public/Ground Transportation | 0619E0024: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $10.00 |
| 6/5/2019 | Chike Azinge | Public/Ground Transportation | 0619E0025: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $26.24 |
| 6/5/2019 | Chike Azinge | Public/Ground Transportation | 0619E0026: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $26.08 |
| 6/6/2019 | Chike Azinge | Public/Ground Transportation | 0619E0027: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $14.74 |
| 6/8/2019 | Chike Azinge | Public/Ground Transportation | 0619E0028: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $20.61 |
| 6/9/2019 | Quan Tran | Public/Ground Transportation | 0619E0029: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $59.18 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/10/2019 | Chike Azinge | Airfare | 0619E0030: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - ATLANTA, GA (ATL) TO SAN FRANCISCO, CA (SFO) (06/10) - REDUCED TO ECONOMY FARE. | $571.30 |
| 6/10/2019 | Chike Azinge | Public/Ground Transportation | 0619E0031: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $17.62 |
| 6/10/2019 | Chike Azinge | Public/Ground Transportation | 0619E0032: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $1.58 |
| 6/10/2019 | Quan Tran | Airfare | 0619E0033: UNITED AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - HOUSTON, TX (IAH) / SAN FRANCISCO, CA (SFO) (06/10 - 06/13) - REDUCED TO ECONOMY FARE. | $760.00 |
| 6/10/2019 | Quan Tran | Meals | 0619E0034: IAH - BAM BAM - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $37.24 |
| 6/11/2019 | Chike Azinge | Meals | 0619E0035: GREEN BEANS COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $20.28 |
| 6/11/2019 | Chike Azinge | Meals | 0619E0036: WALGREENS 03624 - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $25.22 |
| 6/11/2019 | Chike Azinge | Meals | 0619E0037: EL PORTEO EMPANADAS - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $13.12 |
| 6/11/2019 | Quan Tran | Public/Ground Transportation | 0619E0038: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $30.04 |
| 6/11/2019 | Quan Tran | Meals | 0619E0039: BLUESTONE LANE - 32 - 685 MARK - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $28.25 |
| 6/11/2019 | Quan Tran | Meals | 0619E0040: KING OF THAI NOODLE HOUSE - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $27.33 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 4 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 4 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/12/2019 | Chike Azinge | Public/Ground Transportation | 0619E0041: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $26.22 |
| 6/12/2019 | Chike Azinge | Meals | 0619E0042: PROPER FOOD - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $18.71 |
| 6/12/2019 | Chike Azinge | Meals | 0619E0043: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $23.64 |
| 6/12/2019 | Chike Azinge | Meals | 0619E0044: SWEETGREEN SOMA - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $29.22 |
| 6/12/2019 | Ellenor Kathleen Harkin | Meals | 0619E0045: SAFEWAY - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - SELF. | $22.73 |
| 6/12/2019 | Lindsay Slocum | Meals | 0619E0046: 1BON APPETIT - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - SELF. | $10.50 |
| 6/12/2019 | Quan Tran | Meals | 0619E0047: BLUESTONE LANE - BUSH - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $33.87 |
| 6/12/2019 | Quan Tran | Meals | 0619E0048: SPICE KITCHEN - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $23.74 |
| 6/12/2019 | Quan Tran | Meals | 0619E0049: WS SAN FRANCISCO CLOCK BA - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $30.00 |
| 6/13/2019 | Chike Azinge | Public/Ground Transportation | 0619E0050: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $36.32 |
| 6/13/2019 | Chike Azinge | Public/Ground Transportation | 0619E0051: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $6.79 |
| 6/13/2019 | Chike Azinge | Meals | 0619E0052: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $29.22 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/13/2019 | Ellenor Kathleen Harkin | Meals | 0619E0053: BAMCO - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - SELF. | $24.25 |
| 6/13/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0054: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $16.59 |
| 6/13/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0055: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.50 |
| 6/13/2019 | Quan Tran | Lodging | 0619E0056: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 3 NIGHTS STAY (06/10 - 06/13). | $1,219.65 |
| 6/13/2019 | Quan Tran | Public/Ground Transportation | 0619E0057: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $36.64 |
| 6/13/2019 | Quan Tran | Mileage Allowance | 0619E0058: MILEAGE TO/FROM PG&E - EXCESS NORMAL COMMUTE - 92 MILES. | $53.36 |
| 6/13/2019 | Quan Tran | Public/Ground Transportation | 0619E0059: EZTAG - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $4.50 |
| 6/13/2019 | Quan Tran | Public/Ground Transportation | 0619E0060: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $9.80 |
| 6/13/2019 | Quan Tran | Meals | 0619E0061: MIXT 100 CALIFORNIA - MEALS WHILE WORKING REMOTELY - LUNCH - 6 PROFS (C. AZINGE, E HARKIN, L. SLOCUM, M. STRONG, M. DIXON & SELF). | $112.32 |
| 6/13/2019 | Quan Tran | Parking | 0619E0062: PARK N FLY HOUSTON - PARKING WHILE WORKING REMOTELY AT PG&E. | $46.76 |
| 6/13/2019 | Johnnie Mata | Airfare | 0619E0063: SOUTHWEST AIRLINES - ECONOMY (ONE WAY) AIRFARE - PHOENIX, AZ (PHX) TO SAN FRANCISCO, CA (SFO) (06/13). | $316.74 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 6 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 6 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/13/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0064: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $35.63 |
| 6/13/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0065: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $116.74 |
| 6/13/2019 | Johnnie Mata | Meals | 0619E0066: CVS/PHARMACY 07657 - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $36.46 |
| 6/13/2019 | Johnnie Mata | Airfare | 0619E0067: UNITED ELEC TICKETNG - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISO, CA (SFO) TO PHOENIX, AZ (PHX) (06/13). | $375.30 |
| 6/13/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0068: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $20.04 |
| 6/14/2019 | Chike Azinge | Lodging | 0619E0069: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 4 NIGHTS STAY (06/10 - 06/14). | $1,626.20 |
| 6/14/2019 | Chike Azinge | Public/Ground Transportation | 0619E0070: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $17.43 |
| 6/14/2019 | Chike Azinge | Public/Ground Transportation | 0619E0071: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $20.36 |
| 6/14/2019 | Chike Azinge | Airfare | 0619E0072: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO ATLANTA, GA (ATL) (06/13 - CHANGED TO 06/14). | $643.30 |
| 6/14/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0073: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $5.34 |
| 6/14/2019 | Johnnie Mata | Parking | 0619E0074: SKY HARBOR PARKING TERMIN - PARKING WHILE WORKING REMOTELY AT PG&E. | $27.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 7 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 7 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/14/2019 | Johnnie Mata | Meals | 0619E0075: JAMBA JUICE 242 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $6.78 |
| 6/14/2019 | Johnnie Mata | Meals | 0619E0076: TST* BUN MEE SFO - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $30.10 |
| 6/14/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0077: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $24.00 |
| 6/15/2019 | Chike Azinge | Public/Ground Transportation | 0619E0078: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $52.72 |
| 6/16/2019 | Chike Azinge | Public/Ground Transportation | 0619E0079: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $49.73 |
| 6/16/2019 | Chike Azinge | Public/Ground Transportation | 0619E0080: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $2.56 |
| 6/16/2019 | Chike Azinge | Public/Ground Transportation | 0619E0081: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $2.56 |
| 6/16/2019 | Chike Azinge | Public/Ground Transportation | 0619E0082: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $20.85 |
| 6/17/2019 | Chike Azinge | Airfare | 0619E0083: DELTA AIR LINES - ECONOMY (ROUNDTRIP) AIRFARE - ATLANTA, GA (ATL) / SAN FRANCISCO, CA (SFO) (06/17 - 06/21) - REDUCED TO ECONOMY. | $1,214.60 |
| 6/17/2019 | Chike Azinge | Public/Ground Transportation | 0619E0084: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $19.77 |
| 6/17/2019 | Chike Azinge | Public/Ground Transportation | 0619E0085: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $2.07 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 8 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 8 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
Detail of Expenditures by Project, Professional and Date
For the Period June 1, 2019 through June 30, 2019

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/17/2019 | Quan Tran | Airfare | 0619E0086: UNITED AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - HOUSTON, TX (IAH) / SAN FRANCISCO, CA (SFO) (06/17 - 06/20) - REDUCED TO ECONOMY FARE. | $760.00 |
| 6/17/2019 | Quan Tran | Public/Ground Transportation | 0619E0087: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $29.36 |
| 6/17/2019 | Quan Tran | Public/Ground Transportation | 0619E0088: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $31.90 |
| 6/17/2019 | Quan Tran | Meals | 0619E0089: YUME - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $74.26 |
| 6/18/2019 | Chike Azinge | Public/Ground Transportation | 0619E0090: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $36.47 |
| 6/18/2019 | Chike Azinge | Meals | 0619E0091: GREEN BEANS COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $3.39 |
| 6/18/2019 | Chike Azinge | Meals | 0619E0092: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - 2 PROFS (H. TRAN & SELF). | $42.03 |
| 6/18/2019 | Chike Azinge | Meals | 0619E0093: WALGREENS 03624 - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $39.20 |
| 6/18/2019 | Ellenor Kathleen Harkin | Meals | 0619E0094: ORENS HUMMUS SF1 - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - 3 PROFS (L. SLOCUM, M. DIXON & SELF). | $54.17 |
| 6/18/2019 | Quan Tran | Public/Ground Transportation | 0619E0095: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $28.23 |
| 6/18/2019 | Quan Tran | Meals | 0619E0096: BLUESTONE LANE - 227 FRONT ST - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $18.51 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 9 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 9 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/18/2019 | Quan Tran | Meals | 0619E0097: SPICE KITCHEN - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $28.11 |
| 6/18/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0098: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $27.52 |
| 6/18/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0099: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $9.13 |
| 6/19/2019 | Chike Azinge | Public/Ground Transportation | 0619E0100: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.25 |
| 6/19/2019 | Chike Azinge | Meals | 0619E0101: SBUX09222 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $30.00 |
| 6/19/2019 | Chike Azinge | Meals | 0619E0102: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $40.09 |
| 6/19/2019 | Ellenor Kathleen Harkin | Meals | 0619E0103: LAM HUYNH GROUP, LLC DBA KOJA KITCHEN CA - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - 7 PROFS (C. AZINGE, C FAIDAS, H. TRAN, J. MATA, L. SLOCUM, M. DIXON & SELF). | $143.21 |
| 6/19/2019 | Quan Tran | Meals | 0619E0104: PHILZ COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $4.77 |
| 6/19/2019 | Quan Tran | Meals | 0619E0105: STONE KOREAN KITCHEN - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $24.36 |
| 6/19/2019 | Johnnie Mata | Airfare | 0619E0106: SOUTHWEST AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - PHOENIX, AZ (PHX) / SAN FRANCISCO, CA (SFO) (06/19 - 06/20) (REDUCED). | $546.84 |
| 6/19/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0107: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $45.81 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 10 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 10 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/19/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0108: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $21.00 |
| 6/19/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0109: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $23.64 |
| 6/19/2019 | Johnnie Mata | Meals | 0619E0110: CHLSSKTCHNT4LBBY003003803 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $21.18 |
| 6/19/2019 | Johnnie Mata | Meals | 0619E0111: 6302367 PHX NOCAWICH EXPR - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $19.14 |
| 6/19/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0112: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $18.46 |
| 6/19/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0113: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $14.17 |
| 6/20/2019 | Chike Azinge | Lodging | 0619E0114: WESTIN ST FRANCIS - LODGING WHILE TRAVELING REMOTELY - 3 NIGHTS STAY (06/17 - 06/20). | $1,219.65 |
| 6/20/2019 | Chike Azinge | Meals | 0619E0115: SBUX09222 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $22.45 |
| 6/20/2019 | Chike Azinge | Meals | 0619E0116: EL PORTEO EMPANADAS - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $29.95 |
| 6/20/2019 | Christina Patricia Faidas | Meals | 0619E0117: MIXT ONLINE 100 CALIFORNI - MEALS WHILE WORKING REMOTELY - LUNCH - 4 PROFS (C. ZZINGE, J. MATA, M. STRONG). | $89.05 |
| 6/20/2019 | Christina Patricia Faidas | Public/Ground Transportation | 0619E0118: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $12.95 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 11 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 11 of 19

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                                        Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/20/2019 | Lindsay Slocum | Public/Ground Transportation | 0619E0119: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $7.83 |
| 6/20/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0120: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $10.16 |
| 6/20/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0121: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $10.55 |
| 6/20/2019 | Quan Tran | Lodging | 0619E0122: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 3 NIGHTS STAY (06/17 - 06/20). | $1,219.65 |
| 6/20/2019 | Quan Tran | Meals | 0619E0123: BLUE BOTTLE COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $5.20 |
| 6/20/2019 | Quan Tran | Meals | 0619E0124: THE SLANTED DOOR - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $23.46 |
| 6/20/2019 | Quan Tran | Meals | 0619E0125: PEET'S COFFEE SFO- 2 - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $17.69 |
| 6/20/2019 | Johnnie Mata | Lodging | 0619E0126: LE MERIDIEN - LODGING WHILE TRAVELING REMOTELY - 1 NIGHT STAY (06/19 - 06/20). | $446.16 |
| 6/20/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0127: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $46.51 |
| 6/20/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0128: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $11.62 |
| 6/20/2019 | Johnnie Mata | Meals | 0619E0129: GO BISTRO - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $10.89 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 12 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 12 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/21/2019 | Chike Azinge | Lodging | 0619E0130: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 1 NIGHT STAY (06/20 - 06/21). | $406.55 |
| 6/21/2019 | Chike Azinge | Public/Ground Transportation | 0619E0131: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $23.39 |
| 6/21/2019 | Chike Azinge | Public/Ground Transportation | 0619E0132: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $49.60 |
| 6/21/2019 | Christina Patricia Faidas | Public/Ground Transportation | 0619E0133: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $10.06 |
| 6/21/2019 | Quan Tran | Public/Ground Transportation | 0619E0134: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $46.47 |
| 6/21/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0135: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $31.36 |
| 6/21/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0136: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $11.28 |
| 6/22/2019 | Chike Azinge | Public/Ground Transportation | 0619E0137: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $22.33 |
| 6/22/2019 | Chike Azinge | Meals | 0619E0138: UBER EATS - MEALS WHILE WORKING REMOTELY - LUNCH - 3 PROFS (H. TRAN, J. MATA & SELF). | $57.93 |
| 6/22/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0139: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $12.65 |
| 6/23/2019 | Chike Azinge | Airfare | 0619E0140: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - ATLANTA, GA (ATL) TO SAN FRANCISCO, CA (SFO) (06/23) - REDUCED TO ECONOMY FARE. | $571.30 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 13 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 13 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**    **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/23/2019 | Chike Azinge | Public/Ground Transportation | 0619E0141: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $2.50 |
| 6/23/2019 | Quan Tran | Airfare | 0619E0142: UNITED AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - HOUSTON, TX (IAH) / SAN FRANCISCO, CA (SFO) (06/23 - 06/26) - REDUCED TO ECONOMY FARE. | $760.00 |
| 6/24/2019 | Chike Azinge | Airfare | 0619E0143: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - FLIGHT CHANGE FEE - ATLANTA, GA (ATL) TO SAN FRANCISCO, CA (SFO) (06/23 TO 06/24). | $50.00 |
| 6/24/2019 | Chike Azinge | Public/Ground Transportation | 0619E0144: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $1.74 |
| 6/24/2019 | Quan Tran | Public/Ground Transportation | 0619E0145: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $35.20 |
| 6/24/2019 | Quan Tran | Meals | 0619E0146: PHILZ COFFEE - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $4.77 |
| 6/24/2019 | Quan Tran | Meals | 0619E0147: TST* THE HOUSE - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $65.31 |
| 6/25/2019 | Chike Azinge | Public/Ground Transportation | 0619E0148: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $18.90 |
| 6/25/2019 | Chike Azinge | Meals | 0619E0149: STARBUCKS COFFEE 52861 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $31.70 |
| 6/25/2019 | Ellenor Kathleen Harkin | Meals | 0619E0150: MURA - MEALS WHILE WORKING REMOTELY - LATE NIGHT - DINNER - 4 PROFS (C. FAIDAS, L. SLOCUM, M. DIXON & SELF). | $117.06 |
| 6/25/2019 | Quan Tran | Meals | 0619E0151: WS SAN FRANCISCO CLOCK BA - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $17.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 14 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 14 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/25/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0152: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $7.29 |
| 6/26/2019 | Chike Azinge | Public/Ground Transportation | 0619E0153: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $11.34 |
| 6/26/2019 | Chike Azinge | Public/Ground Transportation | 0619E0154: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $31.44 |
| 6/26/2019 | Chike Azinge | Meals | 0619E0155: SBUX05625 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $23.75 |
| 6/26/2019 | Chike Azinge | Meals | 0619E0156: LEVELUP - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $25.03 |
| 6/26/2019 | Christina Patricia Faidas | Meals | 0619E0157: HOMEGROWN SUSTAINABLE SAN - MEALS WHILE WORKING REMOTELY - LUNCH - 4 PROFS (C. AZINGE, H. TRAN, M. STRONG & SELF). | $102.40 |
| 6/26/2019 | Christina Patricia Faidas | Public/Ground Transportation | 0619E0158: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $10.74 |
| 6/26/2019 | Lindsay Slocum | Meals | 0619E0159: CAVIAR - MEALS WHILE WORKING REMOTELY - DINNER - 5 PROFS (C. FAIDAS, E. HARKIN, J. MATA, M. DIXON & SELF). | $155.10 |
| 6/26/2019 | Lindsay Slocum | Public/Ground Transportation | 0619E0160: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $24.49 |
| 6/26/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0161: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $9.52 |
| 6/26/2019 | Meredith Marie Strong | Public/Ground Transportation | 0619E0162: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.43 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 15 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 15 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/26/2019 | Quan Tran | Lodging | 0619E0163: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 3 NIGHTS STAY (06/23 - 06/26). | $1,066.98 |
| 6/26/2019 | Quan Tran | Public/Ground Transportation | 0619E0164: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $8.67 |
| 6/26/2019 | Quan Tran | Meals | 0619E0165: MISSION BAR AND GRILL - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $78.59 |
| 6/26/2019 | Johnnie Mata | Airfare | 0619E0166: SOUTHWEST AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - PHOENIX, AZ (PHX) / SAN FRANCISCO, CA (SFO) (06/26 - 06/28) (REDUCED). | $546.84 |
| 6/26/2019 | Johnnie Mata | Meals | 0619E0167: PARADIES-PHX, LLC 9700 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $15.36 |
| 6/26/2019 | Johnnie Mata | Meals | 0619E0168: SAFEWAY 4601 - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $36.29 |
| 6/26/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0169: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $22.76 |
| 6/27/2019 | Chike Azinge | Public/Ground Transportation | 0619E0170: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $9.49 |
| 6/27/2019 | Chike Azinge | Meals | 0619E0171: SBUX09222 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $20.25 |
| 6/27/2019 | Chike Azinge | Meals | 0619E0172: SPICE KITCHEN - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $23.22 |
| 6/27/2019 | Chike Azinge | Meals | 0619E0173: WS SAN FRANCISCO CLOCK BA - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $19.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
Detail of Expenditures by Project, Professional and Date
For the Period June 1, 2019 through June 30, 2019

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/27/2019 | Christina Patricia Faidas | Public/Ground Transportation | 0619E0174: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.39 |
| 6/27/2019 | Ellenor Kathleen Harkin | Meals | 0619E0175: MIXT ONLINE 100 CALIFORNI - MEALS WHILE WORKING REMOTELY - LUNCH - 3 PROFS (C. FAIDAS, L. SLOCUM & SELF). | $63.54 |
| 6/27/2019 | Lindsay Slocum | Meals | 0619E0176: CAVIAR - MEALS WHILE WORKING REMOTELY - DINNER - 4 PROFS (C. FAIDAS, E. HARKIN, M. DIXON & SELF). | $116.69 |
| 6/27/2019 | Lindsay Slocum | Public/Ground Transportation | 0619E0177: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $20.35 |
| 6/27/2019 | Quan Tran | Public/Ground Transportation | 0619E0178: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $41.12 |
| 6/27/2019 | Quan Tran | Parking | 0619E0179: PARK N FLY HOUSTON - PARKING WHILE WORKING REMOTELY AT PG&E. | $46.76 |
| 6/27/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0180: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $53.91 |
| 6/27/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0181: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $23.53 |
| 6/27/2019 | Johnnie Mata | Meals | 0619E0182: SBUX09222 - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $13.90 |
| 6/27/2019 | Johnnie Mata | Meals | 0619E0183: LEVELUP - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $14.05 |
| 6/27/2019 | Johnnie Mata | Meals | 0619E0184: SAFEWAY 4601 - MEALS WHILE WORKING REMOTELY - DINNER - SELF. | $46.96 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 17 of 19
Wednesday, October 23, 2019

Case: 19-30088   Doc# 4459-7   Filed: 10/24/19   Entered: 10/24/19 09:36:20   Page 17 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/27/2019 | Ellenor Kathleen Harkin | Public/Ground Transportation | 0619E0185: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E - LATE NIGHT. | $22.71 |
| 6/28/2019 | Chike Azinge | Public/Ground Transportation | 0619E0186: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $50.68 |
| 6/28/2019 | Chike Azinge | Meals | 0619E0187: SWEETGREEN HOLLYWOOD - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $19.66 |
| 6/28/2019 | Chike Azinge | Airfare | 0619E0188: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO ATLANTA, GA (ATL) (06/28) - THROUGH LOS ANGELES, CA (LAX) - REDUCED TO ECONOMY FARE. | $643.30 |
| 6/28/2019 | Christina Patricia Faidas | Public/Ground Transportation | 0619E0189: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $9.44 |
| 6/28/2019 | Johnnie Mata | Lodging | 0619E0190: LE MERIDIEN - LODGING WHILE TRAVELING REMOTELY - 2 NIGHTS STAY (06/26 - 06/28). | $882.99 |
| 6/28/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0191: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $47.59 |
| 6/28/2019 | Johnnie Mata | Public/Ground Transportation | 0619E0192: UBER - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $37.41 |
| 6/28/2019 | Johnnie Mata | Meals | 0619E0193: CITY BY THE BAY (TB) - MEALS WHILE WORKING REMOTELY - BREAKFAST - SELF. | $40.00 |
| 6/28/2019 | Johnnie Mata | Meals | 0619E0194: T4 LOBBY THE ROCKET PHX - MEALS WHILE WORKING REMOTELY - LUNCH - SELF. | $32.53 |
| 6/29/2019 | Chike Azinge | Lodging | 0619E0195: WESTIN HOTELS AND RESORTS - LODGING WHILE TRAVELING REMOTELY - 5 NIGHTS STAY (06/24 - 06/29). | $2,265.70 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 18 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 18 of 19

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2019 through June 30, 2019**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/29/2019 | Chike Azinge | Public/Ground Transportation | 0619E0196: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.38 |
| 6/29/2019 | Chike Azinge | Public/Ground Transportation | 0619E0197: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $36.93 |
| 6/29/2019 | Chike Azinge | Public/Ground Transportation | 0619E0198: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $12.12 |
| 6/30/2019 | Chike Azinge | Public/Ground Transportation | 0619E0199: LYFT - PUBLIC TRANSPORTATION - TO/FROM PG&E. | $7.67 |
| *Subtotal - Expenditures Sought for Strategic Analysis Services* | | | | *$25,405.36* |
| **Total - Expenditures Sought for Hourly Services** | | | | **$25,405.36** |
| **Total - Expenditures Sought for Reimbursement** | | | | **$26,931.58** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 19 of 19
Wednesday, October 23, 2019

Case: 19-30088    Doc# 4459-7    Filed: 10/24/19    Entered: 10/24/19 09:36:20    Page 19 of 19