NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SPCP Group LLC**  
Name of Transferee

**MLU Services, Inc.**  
Name of Transferor

Court Claim # (if known): $379,206 general unsecured claim set forth as item 3.2539 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".
Debtor: Pacific Gas and Electric Company (19-30089)

*Schedule # 1031693*

Amount of Claim Transferred: USD $379,206

Name and Address where notices to transferee should be sent:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@prvorcashman.com

Name and Address where transferee payments
should be sent (if different from above):
SPCP Group, LLC
Mail Code: 11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group LLC

By: _____ Date: 10/22/19
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

Jennifer Poccia
Authorized Signatory



*Exhibit 1*

Pacific Gas and Electric Company                                              Case Number:   19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.2530 MITCHELL REPAIR INFORMATION COMPANY<br>14145 DANIELSON ST<br>POWAY, CA 92064 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $46,792 |
| 3.2531 MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 101<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,260 |
| 3.2532 MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 110<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $13,171 |
| 3.2533 MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 110<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $334,786 |
| 3.2534 MITEL TECHNOLOGIES INC<br>1146 N ALMA SCHOOL RD<br>MESA, AZ 85201 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $1,798 |
| 3.2535 MITRATECH HOLDINGS INC<br>5001 PLAZA ON THE LAKE STE 111<br>AUSTIN, TX 78746 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,400 |
| 3.2536 MITSUBISHI ELECTRIC POWER<br>530 KEYSTONE DR<br>WARRENDALE, PA 15086 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $167,931 |
| 3.2537 MK BLAKE ESTATE COMPANY<br>944 MC COURTNEY RD<br>GRASS VALLEY, CA 95949 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $403 |
| 3.2538 MK CONSULTING SERVICES INC<br>747 FOUNTAINHEAD CT<br>SAN RAMON, CA 94583 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $18,861 |
| 3.2539 MLU SERVICES INC<br>573 HAWTHORNE AVE<br>ATHENS, GA 30606 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $379,206 |
| 3.2540 MM REFORESTATION INC<br>3786 HAMMONTON-SMARTSVILLE RD<br>MARYSVILLE, CA 95901 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☒ | ☐ | ☐ | Trade | ☐ | $180 |

Page 231 of 9581 to Schedule E/F Part 2

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. $379,206 of general unsecured claims set forth as item 3.2539 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1". Schedule # 1031693

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**MLU SERVICES, INC.** its successors and assigns ( "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $379,206 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.2539 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges,

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 22 day of Oct, 2019.

MLU SERVICES, INC.

By: *Marcia Ulm*
Name: MARCIA ULM
Title: President

SPCP GROUP LLC

By: *[signature]*
Name: Jennifer Poccia
Title: Authorized Signatory



*Exhibit 1*

Pacific Gas and Electric Company                                      Case Number:   19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.2530 | MITCHELL REPAIR INFORMATION COMPANY<br>14145 DANIELSON ST<br>POWAY, CA 92064 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $46,792 |
| 3.2531 | MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 101<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,260 |
| 3.2532 | MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 110<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $13,171 |
| 3.2533 | MITCHELL SNOW INC<br>1900 ALAMEDA DE LAS PULGAS STE 110<br>SAN MATEO, CA 94403 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $334,786 |
| 3.2534 | MITEL TECHNOLOGIES INC<br>1146 N ALMA SCHOOL RD<br>MESA, AZ 85201 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,798 |
| 3.2535 | MITRATECH HOLDINGS INC<br>5001 PLAZA ON THE LAKE STE 111<br>AUSTIN, TX 78746 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,400 |
| 3.2536 | MITSUBISHI ELECTRIC POWER<br>530 KEYSTONE DR<br>WARRENDALE, PA 15086 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $167,931 |
| 3.2537 | MK BLAKE ESTATE COMPANY<br>944 MC COURTNEY RD<br>GRASS VALLEY, CA 95949 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $403 |
| 3.2538 | MK CONSULTING SERVICES INC<br>747 FOUNTAINHEAD CT<br>SAN RAMON, CA 94583 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $18,861 |
| 3.2539 | MLU SERVICES INC<br>573 HAWTHORNE AVE<br>ATHENS, GA 30606 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $379,206 |
| 3.2540 | MM REFORESTATION INC<br>3786 HAMMONTON-SMARTSVILLE RD<br>MARYSVILLE, CA 95901 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $180 |

Page 231 of 9581 to Schedule E/F Part 2

Case: 19-30088   Doc# 906-4   Filed: 03/14/19   Entered: 03/14/19 23:02:08   Page 231 of 558
Case: 19-30088   Doc# 4460   Filed: 10/24/19   Entered: 10/24/19 12:16:35   Page 5 of 5