UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SPCP Group LLC** | **WILHELM, LLC** |
| Name of Transferee | Name of Transferor |

Court Claim # (if known): $1,071,930.00 general unsecured claim set forth as item 3.3963 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Debtor: Pacific Gas and Electric Company (19-30089)

**Schedule # 1032708**

Amount of Claim Transferred: USD $1,071,930.00

Name and Address where notices to transferee should be sent:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

Name and Address where transferee payments
should be sent (if different from above):
SPCP Group, LLC
Mail Code: 11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group, LLC

By: _____ Date: 10/22/19
Transferee/Transferee's Agent,
Jennifer Doocy
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357



*Exhibit 1*

Pacific Gas and Electric Company                                  Case Number:    19-30089 (DM)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.3961 WILDNOTE INC<br>872 HIGUERA ST<br>SAN LUIS OBISPO, CA 93405 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,750 |
| 3.3962 WILGUS FIRE CONTROL INC<br>1703 SONOMA RD<br>REDDING, CA 96003 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,302 |
| 3.3963 WILHELM LLC<br>573 HAWTHORNE AVE<br>ATHENS, GA 30606 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,071,930 |
| 3.3964 WILLIAM ALLEN MORRIS<br>2812 J ST<br>EUREKA, CA 95501 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,500 |
| 3.3965 WILLIAM BAKER AND ASSOCIATES LLC<br>32374 CORTE SAN VICENTE<br>TEMECULA, CA 92592 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,745 |
| 3.3966 WILLIAM EDWARD SHELTON<br>P.O. BOX 541<br>DURHAM, CA 95938 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $492 |
| 3.3967 WILLIAM F BROOKS<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.3968 WILLIAM HAMES<br>P.O. BOX 564<br>BUELLTON, CA 93427 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $670 |
| 3.3969 WILLIAM L DAVIES<br>P.O. BOX 279<br>LAKE ALMANOR, CA 96137-0279 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $775 |
| 3.3970 WILLIAM MADISON<br>1167 BOSWORTH STREET<br>SAN FRANCISCO, CA 94131 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $4,688 |
| 3.3971 WILLIE L BROWN JR INC<br>100 THE EMBARCADERO PENTHOUSE<br>SAN FRANCISCO, CA 94105 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,000 |

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. $1,071,930.00 of general unsecured claims set forth as item 3.3963 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Schedule # 1032708

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**WILHELM, LLC** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $1,071,930.00 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.3963 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 22 day of Oct , 2019.

WILHELM, LLC

By: *(signature)*
Name: MARCIA ULM
Title: Managing member

SPCP GROUP LLC

By: *(signature)*
Name: Jennifer Poccia
Title: Authorized Signatory

Error! Unknown document property name.
Case: 19-30088   Doc# 4461   Filed: 10/24/19   Entered: 10/24/19 12:23:18   Page 5 of 6

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | **Trade Payables** | | | | | | | |
| 3.3961 | WILDNOTE INC<br>872 HIGUERA ST<br>SAN LUIS OBISPO, CA 93405 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,750 |
| 3.3962 | WILGUS FIRE CONTROL INC<br>1703 SONOMA RD<br>REDDING, CA 96003 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,302 |
| 3.3963 | WILHELM LLC<br>573 HAWTHORNE AVE<br>ATHENS, GA 30606 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,071,930 |
| 3.3964 | WILLIAM ALLEN MORRIS<br>2812 J ST<br>EUREKA, CA 95501 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,500 |
| 3.3965 | WILLIAM BAKER AND ASSOCIATES LLC<br>32374 CORTE SAN VICENTE<br>TEMECULA, CA 92592 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,745 |
| 3.3966 | WILLIAM EDWARD SHELTON<br>P.O. BOX 541<br>DURHAM, CA 95938 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $492 |
| 3.3967 | WILLIAM F BROOKS<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.3968 | WILLIAM HAMES<br>P.O. BOX 564<br>BUELLTON, CA 93427 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $670 |
| 3.3969 | WILLIAM L DAVIES<br>P.O. BOX 279<br>LAKE ALMANOR, CA 96137-0279 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $775 |
| 3.3970 | WILLIAM MADISON<br>1167 BOSWORTH STREET<br>SAN FRANCISCO, CA 94131 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $4,688 |
| 3.3971 | WILLIE L BROWN JR INC<br>100 THE EMBARCADERO PENTHOUSE<br>SAN FRANCISCO, CA 94105 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,000 |

Page 362 of 9581 to Schedule E/F Part 2

Case: 19-30088   Doc# 906-4   Filed: 03/14/19   Entered: 03/14/19 23:02:08   Page 362
Case: 19-30088   Doc# 4461   Filed: 10/24/19   Entered: 10/24/19 12:23:18   Page 6 of 6