B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District Of California

In re Pacific Gas and Electric Company Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SPCP Group LLC** | **MLU Services, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee

should be sent:

SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

Name and Address where transferee payments
should be sent (if different from above):
SPCP Group, LLC
Mail Code:11084
PO Box 70280
Philadelphia, PA 19176-0280

Prime Clerk Claim #:1643

Bankruptcy Court Claim #: 47-1
Debtor: Pacific Gas and Electric Company
Amount of Claim Transferred: USD $1,946,736.28
Date Claim Filed: March 12, 2019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group LLC

By: _____  By: __10/22/19__ Date:
Transferer/Transferee's Agent
Jennifer Poccia
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

10 2

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court")
Attn: Clerk

AND TO: Pacific Gas and Electric Company (the "Debtor")
Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case")

re: Prime Clerk Claim #:1643; Bankruptcy Court Claim #: 47-1

MLU Services, Inc. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC

**Documentation to be sent to**
SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to that certain Proof of Claim designated as Prime Clerk Claim #:1643 and Bankruptcy Court Claim #: 47-1 in the amount of $1,946,736.28 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any

notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Oct 22, 2019.

MLU SERVICES, INC.

By: /s/ Marcia W

Name MARCIA WM
Title President

SPCP GROUP, LLC

By: /s/

Name Jennifer Poccia
Title Authorized Signatory

UNITED STATES BANKRUPTCY COURT