District 9th, bankruptcy Court

San Francisco, Ca

To: Presiding Judge Honorable Montali

Re: P.G.E. Camp Fire November 2018

FILED OCT 24 2019 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

10/11/2019

Case# 19-30088 DM

This letter of request pertains to the deadline for filing claims on the Camp Fire in Paradise ca Butte County November 8th, 2019.

RECEIVED OCT 1 1 2019 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

On the other letters I submitted Declaring other entities possible liable for Wildfires 2017-2018, and my last letter on Conservation Contribution by P.G.E.

Presently, the fire victims, majority, are not prepared to file their complete claims,
For the Attorneys have not given full disclosure to us victims. WE do not know how to fill
Our full information pertaining to Personal Injuries for the fact we don't have full reports
On the toxicity of soil and air by the fires and smoke as to our acute and chronic condition
**For future health on our Unhealthy- Sensitive Groups-Children-seniors".** The majority of
The Attorneys on the case are not very informative on these matters. I personally experience
And witness in my town meetings with the Attorneys.

I'm speaking on behalf on my Daughter, myself, granddaughter and other victims, for extension
Beyond the October 21th, 2019, last date of filling our claim. MY QUESTION BEFORE THIS COURT,
CAN WE VICTUMS FILL ADDITIONAL PERSONALLY CLAIMS AFTER THE DEADLING? Some attorneys
Representing on this case gave us, YES, and others commented NO.

I'm asking the $240 Million partially, set aside for town of Paradise, to fire victims, restore the
landscape, ecology and the forest by the overcutting of our trees, loss of our affordable housing.
Loren Freeman- fire victum

Loren Freeman
925-500-3324  Email Lorenfreeman@hotmail.com