October 11, 2019

RECEIVED OCT 15 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED OCT 24 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case No. 19-30088-DM

The Honorable Judge Dennis Montali
United States Bankruptcy Court
Courtroom 17
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Montali:

I am writing to you as the Presiding Judge over the Bankruptcy of PG & E. I am asking that PG & E not be allowed to continue their "power shut-off" strategy in their operation under the protection of Bankruptcy Law. It seems to be a game of "you can't blame me if we weren't there!" As a lay person, it is my belief that a power utility that does not provide power violates the public trust as well as its own monopoly charter, and is not then a true Public Utility. Of course, a public utility can be and should be blamed for malfeasance, misfeasance and non-feasance; but shutting off power (i.e. refusing to perform their duty) is non-feasance, and would seem to violate the very nature of bankruptcy protection..

Secondly, the PG&E shutdowns certainly do not appear to be justified even on wildfire prevention grounds! This week is the third time this strategy has been applied to our home in Nevada County, yet the leaves are not stirring (and have not stirred at any of the times, with winds less than 3 miles an hour), and the temperature has been moderate (50-75F) in each case. PG&E claims that the adverse conditions exist where the transmission lines are located, not necessarily where we are. Well, the pattern of shut downs certainly does not appear to fit that definition, as communities nearer the transmission lines were not affected.

Setting that issue aside, even if otherwise justified on wildfire prevention grounds, the impact of a power shutdown on the economies of the Foothills' counties will be horrific and incalculable:

1. Enormous Business loss of income due to shut down;
2. Commercial and residential food spoilage due to power loss;
3. Stunted business growth, as new business will refrain from starting due to uncertain power;
4. Existing businesses loss of market share and reputation arising from failure to meet their commitments due to power shutdown;
5. Employees' loss of wages due to power shut down:
6. Loss of internet commerce due to disconnect;
7. Increased health risk due to disconnected medical devices; cancelled appointments and surgeries;
8. Drop in property values, as in, "who would want to live in an area with known frequent shutoffs?"
9. Economic and societal quality of life loss caused by the traffic jams and inconveniences resulting from these outages.

Over time, the impact of these shutdowns will devastate the communities affected. California's image will deteriorate.

As an affected citizen, I am asking you to intervene in their operation and stop PG&E from this destructive strategy. The public would be far better served if PG&E would bury their lines out of harms'

way, and aggressively modernize and/or repair those control systems, lines and equipment that are obsolete or in disrepair.

Please step in and forbid this strategy.

Sincerely yours,

*Daniel E. Halloran*

Daniel E. Halloran
17582 Chaparral Drive
Penn Valley,
Nevada County, CA 95946
(530) 432-2889