RECEIVED
OCT 15 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED
OCT 24 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Mark Stahler

Judge Montali,

Case No. 19-30088

You made a terrible blunder when you sided with P.G.&E. with your decision to disallow P.G.&E. rate payers representation in the bankruptcy hearings.

In 2001 you made the same mistake and the rate-payers ended up footing the bill to the tune of $8 billion while stockholders paid a little more than $1 billion and then saw their dividends quickly restored.

In this case Wall Street bankers will be calling the shots, demanding a rate-payer bailout to keep P.G.&E.

Native American Rights Fund
M9827

Case: 19-30088    Doc# 4466    Filed: 10/24/19    Entered: 10/24/19 14:17:43    Page 1 of 2

profitable. No one will be there to represent me and all the other customers against Wall Street greed.

P.G.&E. has one goal in these matters wich is to stick their customers with billions of dollars in bailouts that are the direct result of criminal acts by P.G.&E.

Now, in the middle of bankruptcy, P.G.&E. plans to give its top executives $12 million in bonuses. Are you kidding me? If P.G.&E. has extra money, it should go toward the victims of their criminal negligence.

As of yet, no one has been held accountable by the courts or by regulators, how pathetic.

Mark Stahl