# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 10/28/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 19 |

**Recipients submitted to the Claims Agent (Prime Clerk) without an address:**

**STEPHEN KAROTKIN, ESQ.**
**JESSICA LIOU, ESQ.**
**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**


**KEVIN J. ORSINI, ESQ.**
**PAUL H. ZUMBRO, ESQ.**
**Cravath, Swaine & Moore LLP**
**825 Eighth Ave.**
**New York, NY 10019**

**KIMBERLY S. MORRIS, ESQ.**
**ROBERT A. JULIAN, ESQ.**
**CECILY ANN DUMAS, ESQ.**
**Baker and Hostetler LLP**
**11601 Wilshire Boulevard**
**Suite 1400**
**Los Angeles, CA 90025**

**ANDREW LEBLANC, ESQ.**
**Milbank LLP**
**1850 K St. NW**
**#1100**
**Washington, DC 20006**

**REBECCA J. WINTHROP, ESQ.**
**Norton Rose Fulbright US LLP**
**555 South Flower Street**
**Forty-First Floor**
**Los Angeles, CA 90071**

**MATTHEW J. TROY, ESQ.**
**United States Department of**
**Justice, Civil Division**
**P.O. Box 875**
**Ben Franklin Station**
**Washington, DC 20044**

**PAUL J. PASCUZZI, ESQ.**
**Felderstein Fitzgerald et al LLP**
**500 Capital Mall**
**#2250**
**Sacramento, CA 95814**

**MICHAEL S. STAMER, ESQ.**
**ABID QURESHI, ESQ.**
**Akin Gump Strauss Hauer &Feld LLP**
**One Bryant Park**
**New York, NY 10036**

GREGORY A. BRAY, ESQ.
Milbank, LLP
2029 Century Park East
33rd Fl
Los Angeles, CA 90067

DAVID M. FELDMAN, ESQ.
Gibson, Dunn & Crutcher LLP
200 Park Ave.
New York, NY 10166


TIMOTHY GRAULICH, ESQ.
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

DAVID M. GUESS, ESQ.
Bienert Katzman PC
903 Calle Amanecer
Suite 350
San Clemente, CA 92673

ADAM C. HARRIS, ESQ.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

ANDREW I. SILFEN, ESQ.
Arent Fox LLC
1301 Avenue of the Americas
42nd Fl.
New York, NY 10019

M. DAVID MINNICK, ESQ.
Pillsbury Winthrop Shaw Pittman
4 Embarcadero Center
22nd Fl.
San Francisco, CA 94126

BRUCE BENNETT, ESQ.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

SHERRY J. MILLMAN, ESQ.
Stroock & Stroock & Lavan LLP
180 Maiden Ln
New York, NY 10038

MATTHEW A. FELDMAN, ESQ.
Willkie Farr & Gallagher LLP
787 7th Ave.
New York, NY 10019

RICHARD A. MARSHACK, ESQ.
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620