UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 20, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by email on the Fee Application Parties Service List attached hereto as **Exhibit A**:

- Seventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2019 through August 31, 2019 [Docket No. 4325]

3. Additionally, on October 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by First Class Mail on the Fee Application Parties Service List attached hereto as **Exhibit B**:

- Seventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2019 through August 31, 2019 [Docket No. 4325]

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 24th day of October 2019, at New York, NY.

_____
Andrew G. Vignali

# Exhibit A

# Exhibit A
Fee Application Parties Service List
Served by Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq. | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren , Rachael Foust | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com |
| Fee Examiner | Attn: Bruce A. Markell | bamexampge@gmail.com |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088   Doc# 4470   Filed: 10/24/19   Entered: 10/24/19 15:39:18   Page 4 of 6

# Exhibit B

Case: 19-30088    Doc# 4470    Filed: 10/24/19    Entered: 10/24/19 15:39:18    Page 5 of 6

Exhibit B
Fee Application Parties Service List
Served by First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1