1  SULLIVAN HILL REZ & ENGEL
   A Professional Law Corporation
2    James P. Hill, SBN 90478
     Christopher V. Hawkins, SBN 222961
3    Jonathan S. Dabbieri, SBN 91963
   600 B Street, Suite 1700
4  San Diego, California 92101
   Tel:    (619) 233-4100
5  Email: hill@sullivanhill.com
          hawkins@sullivanhill.com
6         dabbieri@sullivanhill.com

**Electronically Filed 10/24/2019**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |
| Debtors | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys hereby request to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wish to cease receiving all notifications and/or documents filed in the above-captioned case:

> SULLIVAN HILL REZ & ENGEL
> A Professional Law Corporation
> James P. Hill
> Christopher V. Hawkins
> Jonathan S. Dabbieri
> 600 B Street, Suite 1700
> San Diego, California 92101
> Tel:    (619) 233-4100
> Email:    hill@sullivanhill.com; hawkins@sullivanhill.com; dabbieri@sullivanhill.com

1

406639-v1

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: October 24, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
James P. Hill
Christopher V. Hawkins
Jonathan S. Dabbieri

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on October 24, 2019, I electronically filed the foregoing **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and all parties on its system.

DATED: October 24, 2019

Linda S. Gubba-Reiner
An Employee of Sullivan Hill Rez & Engel
A Professional Law Corporation