| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF FILING OF PARTIES' REVISED FEE EXAMINER PROTOCOL**<br><br>Re: Dkt. No. 3762<br>Date: October 23, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas |
| 2 | and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the |
| 3 | above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title |
| 4 | 11 of the United States Code with the United States Bankruptcy Court for the Northern District of |
| 5 | California (San Francisco Division) (the "**Court**"). |
| 6 | **PLEASE TAKE FURTHER NOTICE** that on August 30, 2019, the Court Appointed Fee |
| 7 | Examiner, Bruce A. Markell, (the "**Fee Examiner**"), filed a *Notice by Fee Examiner of the Terms* |
| 8 | *of Protocol regarding Submission of Fee Applications as required by Order Employing Fee* |
| 9 | *Examiner (Docket No. 2267)*, (Dkt. 3762), which filing included the *Fee Examiner Protocol For* |
| 10 | *Chapter 11 Cases of PG&E Corporation and Pacific Gas and Electric Company*, (Dkt. No. 3762, |
| 11 | Ex. A), (the "**Initial Protocol**"). |
| 12 | **PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's order at the |
| 13 | October 7, 2019 omnibus hearing to "meet and confer . . . to . . . come up with any improvements |
| 14 | or adjustments to the [Initial] [P]rotocol", (Oct. 7, 2019 Hr'g Tr. 49:11-19), the Debtors, the Official |
| 15 | Committee of Tort Claimants (the "**TCC**"), the Official Committee of Unsecured Creditors |
| 16 | (the "**UCC**"), Andrew R. Vara, Acting United States Trustee for Region 3 (the "**United States** |
| 17 | **Trustee**"), and the Fee Examiner, (collectively, the "**Parties**"), met and conferred regarding the |
| 18 | terms of the Initial Protocol. |
| 19 | **PLEASE TAKE FURTHER NOTICE** the Parties hereby jointly submit this Revised Fee |
| 20 | Examiner Protocol (the "**Revised Protocol**"). The Parties believe that the Revised Protocol |
| 21 | resolves all the issues among the Parties with respect to the billing and expense practices addressed |
| 22 | in the Initial Protocol. |
| 23 | **PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 1** and **Exhibit 2**, |
| 24 | respectively, is a copy of the Revised Protocol and a copy of a redline comparison of the Revised |
| 25 | Protocol against the Initial Protocol. |
| 26 | **PLEASE TAKE FURTHER NOTICE** that if any fee applicant believes that the Revised |
| 27 | Protocol is inconsistent with the application of 11 U.S.C. § 330, the fee applicant is free to raise |
| 28 | |

objections to the Revised Protocol at the time of the hearings on fee applications or at any other hearing for which the Court wishes to hear such objections. The Fee Examiner reserves the right to vary from the terms of the Revised Protocol based upon the specific facts of a particular situation. Nothing in this Revised Protocol shall be deemed to limit the right of the United States Trustee or other parties in interest to object to professional fees and expenses.

**PLEASE TAKE FURTHER NOTICE** that the Parties are jointly filing the Revised Protocol as a notice, and neither this filing nor the Revised Protocol should be construed as an order of the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents for the above-captioned cases can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website.

Dated: October 24, 2019

                                                          CRAVATH, SWAINE & MOORE LLP

                                                          */s/ Paul H. Zumbro*
                                                          Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile: 212.474.3700
Email: pzumbro@cravath.com
Email: korsini@cravath.com
Email: onasab@cravath.com

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin |
| | Ray C. Schrock, P.C. |
| 3 | Jessica Liou |
| | 767 Fifth Avenue |
| 4 | New York, NY 10153-0119 |
| | Telephone: 212.310.8000 |
| 5 | Facsimile: 212.310.8007 |
| | Email: stephen.karotkin@weil.com |
| 6 | Email: ray.schrock@weil.com |
| | Email: jessica.liou@weil.com |
| 7 | |
| | KELLER & BENVENUTTI LLP |
| 8 | |
| | Tobias S. Keller (SBN 151445) |
| 9 | Jane Kim (SBN 298192) |
| | 650 California Street |
| 10 | San Francisco, CA 94108 |
| | Telephone: 415.496.6723 |
| 11 | Facsimile: 650.636.9251 |
| | Email: tkeller@kellerbenvenutti.com |
| 12 | Email: jkim@kellerbenvenutti.com |
| 13 | *Counsel for the Debtors and Debtors in Possession* |
| 14 | |
| 15 | MILBANK LLP |
| 16 | */s/ Thomas R. Kreller* |
| | Dennis F. Dunne |
| 17 | Samuel A. Khalil |
| | 55 Hudson Yards |
| 18 | New York, NY 10001-2163 |
| | Telephone: 212.530.5000 |
| 19 | Facsimile:  212.530.5219 |
| | Email: ddunne@milbank.com |
| 20 | Email: skhalil@milbank.com |
| 21 | Gregory A. Bray (SBN 115367) |
| | Thomas R. Kreller (SBN 161922) |
| 22 | 2029 Century Park East – 33rd Floor |
| | Los Angeles, CA 90067-3019 |
| 23 | Telephone:   424.386.4000 |
| | Facsimile:    213.629.5063 |
| 24 | Email: gbray@milbank.com |
| | Email: tkreller@milbank.com |
| 25 | |
| | *Counsel for the Official Committee of Unsecured Creditors* |

BAKER & HOSTETLER LLP

*/s/ Elizabeth A. Greene*
Robert A. Julian
Cecily A. Dumas (SBN 111449)
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:　628.208.6434
Facsimile:　310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:　310.820.8800
Facsimile:　310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

Elizabeth A. Greene
200 South Orange Avenue, Suite 2300
Orlando, FL 32801-3432
Telephone:　407.649.4036
Facsimilie:　407.841.0168
Email:　egreen@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*


Andrew R. Vara
Acting United States Trustee, Region 3

*/s/ Greg M. Zipes*
Greg M. Zipes
Trial Attorney
Office of the United States Trustee


Bruce A. Markell
Court Appointed Fee Examiner

*/s/ Bruce A. Markell*