| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Debtors in Possession* | MILBANK LLP<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Samuel A. Khalil (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001-2163<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>*and*<br><br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br><br>*Attorneys for the Official Committee<br>of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF JOINT BRIEF OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND SUPPLEMENTAL STATEMENT OF THE PG&E SHAREHOLDERS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION**<br><br>Date: November 19, 2019<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, hereby declare under penalty of perjury as follows:

1. I am a Member of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to Pacific Gas and Electric and PG&E Corporation (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned Chapter 11 Cases. I am admitted to practice in the State of New York and am admitted to practice before this Court *pro hac vice*. I submit this Declaration in Support of the Joint Brief of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement of the PG&E Shareholders Concerning the Applicability of Inverse Condemnation (the "**Motion**"). I have personal knowledge of the facts set forth in this declaration except as otherwise stated.

2. Attached hereto as Exhibit A is a true and correct copy of Governor Newson's Strike Force Report titled "Wildfires And Climate Change: California's Energy Future", (the "**Strike Force Report**"), dated April 12, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of a transcript of the relevant portions of the November 30, 2017 hearing of the California Public Utilities Commission ("**CPUC**") that is posted on the CPUC's website at http://www.adminmonitor.com/ca/cpuc/voting_meeting/20171116/. I confirm that Exhibit B accurately transcribes the CPUC Hearing Video beginning at the 12:45 minute mark and ending at the 34:14 minute mark.

4. Attached hereto as Exhibit C is a true and correct copy of the Concurrence of President and Commissioner Michael Picker and Commissioner Martha Guzman Aceves with respect to the SDG&E Decision (the "**CPUC Concurrence**").

5. Attached hereto as Exhibit D is a true and correct copy of the November 30, 2017, CPUC Decision Denying Application of San Diego Gas &Electric Company ("**SDG&E**") for Authorization to Recover Costs Related to the 2007 Southern California Wildfires (Decision 17-11-033) (the "**SDG&E Decision**").

6. Attached hereto as Exhibit E is a true and correct copy of the July 12, 2018, CPUC Order Decision Denying Rehearing of Decision 17-11-033 (Decision 18-07-025).

7. Attached hereto as Exhibit F is a true and correct copy of the *Final Report Of The Commission On Catastrophic Wildfire Cost And Recovery* (the "**Wildfire Commission Report**") submitted by the Governor's Office of Planning and Research, dated June 17, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of the article *Credit FAQ: Will California Still Have An Investment-Grade Investor-Owned Electric Utility?* published by S&P Global Ratings, dated Feb. 19, 2019.

9. Attached hereto as Exhibit H is a true and correct copy of the article *S&P Downgrades PG&E Over Calif. Wildfire Risks* by Nephele Kirong, published by S&P Global Market Intelligence, dated February 26, 2018.

10. Attached hereto as Exhibit I is a true and correct copy of the article *S&P, Moody's Downgrades PG&E, Pacific Gas And Electric Ratings On Wildfire Risks* by Nephele Kirong, published by S&P Global Market Intelligence, dated November 16, 2018.

11. Attached hereto as Exhibit J is a true and correct copy of the article *PG&E Bonds Reach New Lows As S&P Cuts Five Notches To Junk* by Molly Smith and Natalya Doris, published by Bloomberg, dated January 8, 2019.

12. Attached hereto as Exhibit K is a true and correct copy of Opening Brief of Pacific Gas and Electric Company for the Application of Southern California Edison Company (U338E) for Authority to Establish Its Authorized Cost of Capital for Utility Operations for 2020 and to Partially Reset the Annual Cost of Capital Adjustment Mechanism, filed September 30, 2019 (Application 19-04-014).

13. Attached hereto as Exhibit L is a true and correct copy of Opening Brief of Southern California Edison Company for the Application of Southern California Edison Company (U338E) for Authority to Establish Its Authorized Cost of Capital for Utility Operations for 2020 and to Partially Reset the Annual Cost of Capital Adjustment Mechanism, filed September 30, 2019 (Application 19-04-014).

14. Attached hereto as Exhibit M is a true and correct copy of Opening Brief of San Diego Gas & Electric for the Application of Southern California Edison Company (U338E) for Authority to Establish Its Authorized Cost of Capital for Utility Operations for 2020 and to Partially Reset the Annual Cost of Capital Adjustment Mechanism, filed September 30, 2019 (Application 19-04-014).

15. Attached hereto as Exhibit N is a true and correct copy of *What is Cost of Capital (CoC)?* published by the CPUC.

16. Attached hereto as Exhibit O is a true and correct copy of the May 30, 2019, CPUC Guidance Decision on Wildfire Mitigation Plans Submitted Pursuant to Senate Bill 901 (Decision 19-05-036).

17. Attached hereto as Exhibit P is a true and correct copy of the San Diego Gas & Electric Company Prepared Supplemental Testimony of Concentric Energy Advisors Wildfire Risk Premium (AB 1054), dated August 1, 2019 (Application 19-04-017).

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: October 25, 2019

/s/ *Kevin J. Orsini*

Kevin J. Orsini
Cravath, Swaine & Moore LLP