# EXHIBIT I

16 Nov, 2018

# S&P, Moody's downgrade PG&E, Pacific Gas and Electric ratings on wildfire risks



| | |
|---|---|
| Author | **Nephele Kirong** |
| Theme | **Energy** |

Citing increased wildfire risks, S&P Global Ratings downgraded the issuer credit ratings of PG&E Corp. and Pacific Gas and Electric Co. to BBB- from BBB.

Separately, Moody's also lowered its ratings on PG&E to Baa3 from Baa2 and Pacific Gas & Electric to Baa2 from Baa1 on Nov. 15.

"While the cause of the Camp Fire is still under investigation, these developments have again elevated contingent risks, pending investigation to determine if the utility's equipment is the cause," S&P said in a Nov. 15 research note. "This wildfire, which in our view is not covered by [Senate Bill

Case: 19-30088    Doc# 4486-9    Filed: 10/25/19    Entered: 10/25/19 20:22:43    Page 2 of 3

901], has raised additional uncertainties regarding regulatory remedies associated with 2018 wildfires, and as a result capital markets access has been impaired."

Senate Bill 91, which outgoing Calif. Gov. Jerry Brown signed in September, helps investor-owned utilities avoid financial disaster due to wildfire liabilities. However, the utilities previously said that the law does not provide enough relief from the financial burden of wildfires.

"Under our base case, we expect that the California Public Utilities Commission (CPUC) will use its authority and new tools under SB 901 to support the company's credit quality, but also recognize that political pressure from public outrage over the wildfires may hamper the CPUC's efforts," the rating agency added. On Nov. 15, CPUC President Michael Picker announced the CPUC's plan to launch a rulemaking "to address cost recovery for wildfire-related expenses."

S&P also lowered the companies' short-term rating to A-3 from A-2, as well as Pacific Gas and Electric's unsecured debt rating to BBB- from BBB and preferred stock rating to D from CCC+. The companies' ratings were also placed on CreditWatch with negative implications.

*This S&P Global Market Intelligence news article may contain information about credit ratings issued by S&P Global Ratings, a separately managed division of S&P Global. Descriptions in this news article were not prepared by S&P Global Ratings. The original S&P Global Ratings documents referred to in this news brief can be found [here](here).*