Cathy Yanni (SBN 105036)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
Telephone: 415-774-2635
Facsimile: 415-982-5287
Email: cathy@cathyyanni.com

*Administrator of the Wildfire Assistance Program*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I, Cathy Yanni, do declare and state as follows:

    1.    I am employed by JAMS, and my business address is Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

    2.    I certify that on October 28, 2019, I caused a true and correct copy of the Quarterly Report of the Administrator of Wildfire Assistance Program to be served via e-mail on the Standard Party Email Service List attached hereto as Exhibit A.

    3.    I certify that on October 28, 2019, I caused a true and correct copy of the Quarterly Report of the Administrator of Wildfire Assistance Program to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as Exhibit B.

Executed this 28th day of October, 2019, at San Francisco, California.

                                        */s/ Cathy Yanni*
                                        CATHY YANNI
                                        Administrator, Wildfire Assistance Program

# EXHIBIT A
## Standard Parties Email Service List
## Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Thomas R. Kreller | TKreller@milbank.com |

# EXHIBIT B
## Standard Parties Email Service List
### Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS |
| --- | --- | --- | --- |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Kevin J. Orsini, George E. Zobitz | 825 Eighth Avenue<br>New York, NY 10019 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |