Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Objected Amount | Holdback Fees Amount |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | | Fees w/ No Objection (@ 20%) |
| September 30 2019 | 07/01/19 - 07/31/19 | $709,809.00 | $568.59 | $544,854.40 | $568.59 | $28,741.00 | $136,213.60 |