3

LEONARD K. WELSH, CSB NO. 097954
LAW OFFICES OF LEONARD K WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorneys for GLORIA RUCKMAN; ROBERT RUCKMAN;
a minor by and through his guardian ad litem ROBERT RUCKMAN;
ROBERT RUCKMAN; AMALIA LEAL; and GILARDO LEAL

FILED
OCT 28 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas & Electric Company<br>[X] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088-DM<br>Chapter 11<br>RS No. LKW-001<br><br>Date: November 19, 2019<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>Objection Deadline: November 14, 2019<br>Time: 4:00 p.m. (Pacific Time) |

**DECLARATION OF DANIEL RODRIGUEZ IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY TO
<u>PERMIT LAWSUIT TO PROCEED TO TRIAL AND CONCLUSION</u>**

I, DANIEL RODRIGUEZ, declare:

1. I am an attorney at law admitted to practice law before all courts in the State of California and I am the President of Rodriguez & Associates, a Professional Law Corporation ("Rodriguez & Associates"). Rodriguez & Associates is the attorney of record for Gloria Ruckman; Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman;

Robert Ruckman; Amalia Leal; and Gildardo Leal ("Plaintiffs") in a lawsuit filed against Pacific Gas & Electric Company and PG&E Corporation and other persons named as defendants in the lawsuit ("the Other Defendants"). The lawsuit identified as Kern County Superior Court Case No. BCV-15-101699 ("the Lawsuit").

2. Plaintiffs' claims against Pacific Gas & Electric Company ("PG&E") and the Other Defendants arise from an incident or incidents that occurred in Kern County, California on or about November 13, 2016, Plaintiffs' claims against the Defendants [including PG&E] are based on claims of General Negligence, Premises Liability, and Strict Liability. The facts giving rise to Plaintiffs' claims against PG&E and the Other Defendants are included in the Third Amended Complaint – Personal Injury filed by Plaintiffs on March 7, 2017 in the Kern County Superior Court ("the Complaint"). A copy of the Complaint is included in the Exhibits as Exhibit "C".

3. Plaintiffs' claims against PG&E and the Other Defendants are found in state law and the Kern County Superior Court is familiar with the facts giving rise to Plaintiffs' claims. However, the Kern County Superior Court has stayed prosecution of the Lawsuit. A copy of the Minute Order entered by the Kern County Superior Court confirming that the Lawsuit is stayed is included in the Exhibits s Exhibit "D".

4. Plaintiffs' claims against PG&E and the Other Defendants need to be liquidated and Plaintiffs must be permitted to proceed in their litigation against the Other Defendants. The Kern County Superior Court is the best forum to liquidate Plaintiffs' claims against PG&E and the Other Defendants because (a) Plaintiffs' claims are found in state law and (b) the Kern County Superior Court is familiar with the facts giving rise to Plaintiffs' claims.

5. The Kern County Superior Court can determine all triable issues of fact concerning Plaintiffs' claims against PG&E and the Other Defendants if the Motion is granted and the Lawsuit is permitted to proceed to trial and conclusion. I believe that the Bankruptcy

Court granting the Motion and permitting the Lawsuit to be tried and concluded in the Kern County Superior Court will promote judicial economy and will be in the best interest of all parties concerned.

6. The Lawsuit is "At Issue" and ready to proceed with discovery and to trial if it were not for the automatic stay created by PG&E filing its Chapter 11 cases(s). A copy of a Minute Order entered by the Kern County Superior Court on September 4, 2018 showing that the Lawsuit is "At Issue" and ready to proceed to trial is included in the Exhibits as Exhibit "E".

7. Plaintiffs will not take any action against PG&E outside of Debtors' Chapter 11 cases if the Motion is granted except to liquidate their claims against PG&E or, in other words, determine the basis and amount of its claims against PG&E under the law. However, Plaintiffs will pursue collections against the Other Defendants and any insurance coverage available to Debtor to the maximum extent allowed by the law if the Motion is granted.

8. The foregoing statements are within my personal knowledge and I can testify competently thereto if called as a witness.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: October 23, 2019         /s/ Daniel Rodriguez
                                DANIEL RODRIGUEZ