UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
PG&E Corporation and
Pacific Gas and Electric Company

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.: LKW-001
Hearing Date: November 19, 2019
Time: 10:00 a.m.

FILED
OCT 28 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 1/29/2019              Chapter: 11
    Prior hearings on this obligation: None      Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): NOT APPLICABLE

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____   Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____                     No. of months: _____
   Insurance Advance: $_____   Post-Petition Default: $_____
                                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): NOT APPLICABLE

   Fair market value: $_____ Source of value: _____ If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____                Pre-Petition Default: $_____
   As of (date): _____                No. of months: _____
   Mo. payment: $_____                Post-Petition Default: $_____
   Notice of Default (date): _____    No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: | $ | $ | $ |
| 2nd Trust Deed: | $ | $ | $ |
| (Total) | $ | $ | $ |

Other pertinent information: Creditors bring their Motion to Abstain and for Relief From Automatic Say to Permit Lawsuit to Proceed to Trial and Conclusion to prosecute their personal injury lawsuit in the Kern County Superior Court, Case No. BCV-15-101699-SPC

Dated: 10/23/2019                          /s/ Leonard K. Welsh  *Leonard K. Welsh*
                                                        Signature

                                               Leonard K. Welsh
                                               Print or Type Name

                                Attorney for__Gloria Ruckman; Robert Ruckman, a minor by
                                and through his guardian ad litem Roert Ruckman; Robert
                                Ruckman; Amalia Leal; and Gilardo Leal