B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re <u>Pacific Gas and Electric Company,</u> Case No. <u>19-30089</u>, jointly administered under <u>PG&E Corporation, Case No. 19-30088</u>, Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Cedar Glade LP</u>
Name of Transferee

<u>Global Ampersand LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

660 Madison Ave, 17th Floor
New York, NY
10065
Attn: Robert K. Minkoff, President

Court Claim # (if known): <u>1842</u>
Amount of GUC Claim Transferred: <u>$0.00</u>
Amount of Administrative Claim Transferred: <u>$149,962.38</u>
Date Claim Filed: <u>3/29/2019</u>
Debtor: <u>Pacific Gas and Electric Company</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Name of Transferee/Transferee's Agent

Date: October 25, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

878377v.1 2653/00013