## EVIDENCE OF TRANSFER OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, Global Ampersand LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cedar Glade LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $149,962.38, comprising a general unsecured claim in the amount of $31,557.88 and an administrative claim in the amount of $118,404.50 against Pacific Gas and Electric Company, United States Bankruptcy Court for the Northern District of California (the "Court"), Case No. 19-30089, jointly administered under Case No. 19-30088 (the "Debtor"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court or otherwise in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24 DAY OF OCTOBER 2019.

BY: GLOBAL AMPERSAND LLC

Name: David Kandolha
Title: Manager

BY: CEDAR GLADE LP

Name: Robert K. Minkoff
Title: President