**Exhibit A**

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM SEPTEMBER 1, 2019 THROUGH SETEMBER 30, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---:|
| Karen M. Lockhart | Chair | $312.79 |