**Exhibit B**

Case: 19-30088    Doc# 4504-2    Filed: 10/29/19    Entered: 10/29/19 12:10:31    Page 1 of 2

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SETEMBER 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Mileage Reimbursement | $171.10 |
| Transportation/Parking/Tolls | $90.52 |
| Other: Baggage | 5.00 |
| Meals | $46.17 |
| **Total Expenses Requested:** | **$312.79** |