**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

1. Name of Committee Member:      Karen M. Lockhart

2. Description of Committee Business:      In-person Committee Meeting

3. Date of Committee Business:      September 27, 2019

4. Location of Committee Business:      San Francisco, CA

5. Date of Travel      September 26, 2019 to September 27, 2019
Description of trip (start/end locations)      Yuba City to San Francisco to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $ .58 per mile      $ 171.10
   Total miles traveled: 295 miles
   Yuba City to San Francisco to Yuba City

   (3) Taxi/Uber/Lyft/Public Transportation/Bart

   (4) Parking      $ 77.52

   Tolls      $ 13.00
       9/26 - $ 7.00
       9/27 - $ 6.00

   (5) Other      $ 5.00

   (b) Lodging:

   (1) Hotel (excluding meals)

   (c) Meals      $ 46.17

   (1) Breakfast September 27, 2019 - $ 11.00

   (2) Dinner – September 26, 2019 $ 14.99
        September 27, 2019 - $20.18

**TOTAL REIMBURSEMENT SOUGHT**      $ 312.79

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*[signed]* Karen Lockhart

Karen M. Lockhart