UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br><br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE STATEMENT OF KPMG LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2019 THROUGH JUNE 30, 2019**<br><br>[Re: Docket No: 4101]<br><br>**Objection Deadline**: October 25, 2019<br>                    4:00 p.m. (Pacific Time) |

On October 4, 2019, KPMG LLP ("**KPMG**" or the "**Applicant**"), Information Technology, Risk and Legal Support Consultants for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Fourth Monthly Fee Statement of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2019 through June 30, 2019* [ECF No. 4101] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Alain B. Francoeur filed on October 9, 2019 [ECF No. 4169]. The deadline to file responses or oppositions to

the Monthly Fee Statement was October 25, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a principal of the firm of KPMG LLP, Information Technology, Risk and Legal Support Consultants for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in San Francisco, California.

Dated: October 29, 2019

Respectfully submitted,

*[signature]*

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| KPMG LLP | June 1, 2019 – June 30 2019, 10/04/19 Docket No.: 4101 | $1,114,054.08 | $51,102.77 | 10/25/19 | $891,243.26 | $51,102.77 | $222,810.82 |

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900 San Francisco, CA 94108
 Attn: Tobias S. Keller, Esq., Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Stephen Karotkin, Esq. Jessica Liou, Esq. Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq., Sam A. Khalil, Esq.

Milbank LLP 2029
Century Park East, 33rd Floor Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq., Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402