Judge Dennis Montali  
450 Golden Gate Ave  
Mail Box 36099  
San Francisco, CA 94102

RECEIVED  
OCT 28 2019  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

FILED  
OCT 28 2019  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

October 23, 2019

Dear Judge Montali,

I am contacting you to express my deep concern regarding the Pacific Gas and Electric Company (PG&E) bankruptcy proceeding. I am a retired PG&E employee who spent 36 years working at PG&E.

I understand that you recently decided to allow a group of PG&E bondholders (that includes Elliot Management) to submit a plan to resolve the PG&E bankruptcy. I have concerns about the motives of this group of bondholders. My concerns are related to my pension and how it could be affected by the plan presented by this group of bondholders. Elliot Management has a reputation as a corporate raider with one goal in mind, to make themselves and their rich clients wealthier. Isn't it time we stop rewarding the rich and powerful at the expense of working class Americans?

Thousands of retired PG&E employees rely on their pensions to pay mortgages, medical bills and other living expenses. I suspect that the aforementioned group of bondholders would not protect the pensions that PG&E employees earned through years of dedicated hard work. Raiding the PG&E pension fund would be completely unfair to PG&E employees and retirees who feel badly about the wildfires and had little or no responsibility for the decisions that created the circumstances that led to the wildfires.

The property damage and loss of life resulting from the wildfires that were started by PG&E's facilities weighs heavy on my heart. I know from my conversations with other PG&E employees that we all wish we could turn back the hands of time and make PG&E's system safer. I can assure you that the vast majority of PG&E employees are diligent workers which are dedicated to public safety. If the employees could have done more to reduce the risk of fires they would have. However, decisions to fund facility inspection and maintenance are not made by average employees; they are made by PG&E leadership and approved (or denied) by the California Public Utilities Commission.

I believe that you will carefully and thoughtfully consider all parties affected by the PG&E bankruptcy. If it were up to me I would certainly want the wildfire victims to be made whole and also compensated for their pain and suffering. I would also like to see PG&E employees and retirees treated fairly.

Please feel free to contact me if you would like to discuss my concerns (provided that this is appropriate under bankruptcy law).

Sincerely,

Donald T. Yorke  
Retired Manager, PG&E Gas Transmission Station Engineering  
2679 Sundance Court  
Walnut Creek, CA 94598  
Mobile 925-324-1234