

**FILED**
OCT 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**From:** Paul Mantor <pwmantor@yahoo.com>
**Sent:** Tuesday, October 29, 2019 11:16 AM
**To:** Lorena Parada
**Subject:** PGE Bankruptcy

Lorena, my name is Paul Mantor , I currently live outside of a small town in Shingletown . My concern is the ability of PGE to shutoff power to those of us most of thier customers including those who has disabilities or recent surgeries such as myself . These shut offs I feel are part of the Bankruptcy proceedings and are a direct result of the investor/hedge fund groups trying to direct attention from the lack of investment , management and required maintenance from the past 50 yrs .
It is impossible that a monopoly with a for profit model can't and shouldn't be allowed to continue not only for the reasons we have currently seen but the liability from further lawsuits!
I ask that PGE assets be turned over to the State of California after the dissolvement and render the investor profits to zero , it is called a investment with risk!
I would also rule that the PUC unable to properly be a regulatory group because of conflict of interest, because they also share responsibility for the inability require maintenance not profit !
Please restore the ability of Californians to maintain thier way if life or some type of normalcy without being held hostage to corporate profits from a unregulated monopoly .

Sent from my iPhone