1    BRAD BRIAN (State Bar No. 79001)
     Brad.Brian@mto.com
2    THOMAS B. WALPER (State Bar No. 96667)
     thomas.walper@mto.com
3    HENRY WEISSMANN (State Bar No. 132418)
     henry.weissmann@mto.com
4    BRADLEY SCHNEIDER (State Bar No. 235296)
     bradley.schneider@mto.com
5    **MUNGER, TOLLES & OLSON LLP**
     350 South Grand Avenue
6    Fiftieth Floor
     Los Angeles, California 90071
7    Telephone:     (213) 683-9100
     Facsimile:     (213) 683-3702
8

9    *Attorneys for Debtors and Debtors in Possession*

10                **UNITED STATES BANKRUPTCY COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                   **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 13   In re: | Bankruptcy Case No. 19-30088 (DM) |
| 14   PG&E CORPORATION, | Chapter 11 |
| 15      - and – | (Lead Case) |
| 16   PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| 17                     Debtors. | **CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2019 THROUGH JULY 31, 2019** |
| 18   ☐ Affects PG&E Corporation | |
| 19   ☐ Affects Pacific Gas and Electric Company | |
| 20   ☒ Affects both Debtors | |
| 21   * *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | ***Re: Docket No. 4117*** |
| 22 | **Objection Deadline:  October 25, 2019** |
| 23 |                       **4:00 p.m. (Pacific Time)** |
| 24 | [No hearing requested] |

25

26

27

28

On October 4, 2019, at Docket Number 4117, Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") for certain matters, filed its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2019 through July 31, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the *Affidavit of Service* of Andrew G. Vignali, filed on October 9, 2019 [Docket No. 4169]. The deadline to file responses or oppositions to the Monthly Fee Statement was October 25, 2019 at 4:00 p.m. (PT), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1.      I am Of Counsel to the law firm of Munger, Tolles & Olson LLP, counsel to the Debtors and Debtors in Possession for certain matters.

2.      I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Applicant has not received any response or opposition to the Monthly Fee Statement.

1       3.     This declaration was executed in Los Angeles, California.

Dated: October 29, 2019                Respectfully submitted,

MUNGER, TOLLES & OLSON LLP


By:  */s/ Bradley Schneider*
             Bradley Schneider

*Attorneys for Debtors and Debtors in Possession*

1
2
3
4
5
6
7
8
9
10
11
12
# Exhibit A
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT A**

## **Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Munger, Tolles & Olson LLP | 7/1/19 through 7/31/19; Filed 10/4/19; D.N. 4117 | $2,537,288.50 | $37,499.33 | 10/25/19 | $2,029,830.80 | $37,499.33 | $507,457.70 |

| | |
|---|---|
| 1 | **<u>Notice Parties</u>** |
| 2 | |
| 3 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 4 | Attn:   Janet Loduca |
| | 77 Beale Street |
| 5 | San Francisco, CA 94105 |
| 6 | |
| | Weil, Gotshal & Manges LLP |
| 7 | Attn:   Stephen Karotkin |
| |          Jessica Liou |
| 8 |          Matthew Goren |
| | 767 Fifth Avenue |
| 9 | New York, NY 10153 |
| 10 | |
| | The Office of the United States Trustee for Region 17 |
| 11 | Attn:   Andrew Vara |
| |          Timothy Laffredi |
| 12 | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| | San Francisco, CA 94102 |
| 13 | |
| 14 | Milbank LLP |
| | Attn:   Dennis F. Dunne |
| 15 |          Sam A. Khalil |
| | 55 Hudson Yards |
| 16 | New York, NY 10001-2163 |
| 17 | |
| | Milbank LLP |
| 18 | Attn:   Paul S. Aronzon |
| |          Gregory A. Bray |
| 19 |          Thomas R. Kreller |
| | 2029 Century Park East, 33rd Floor |
| 20 | Los Angeles, CA 90067 |
| 21 | |
| | Baker & Hostetler LLP |
| 22 | Attn:   Eric Sagerman |
| |          Cecily Dumas |
| 23 | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |