# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

The timekeepers who rendered services in these Chapter 11 Cases from September 1, 2019 through September 30, 2019 for which Baker is seeking compensation are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bartram, Darin R. | Litigation | 1993 | $970.00 | 20.80 | $20,176.00 |
| Bator, Chris | Litigation | 1987 | $510.00 | 19.20 | $9,792.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 58.40 | $37,376.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 48.90 | $55,990.50 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 62.70 | $37,620.00 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 78.10 | $98,015.50 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 46.00 | $36,800.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 213.20 | $189,748.00 |
| Dettelbach, Steven M. | Litigation | 1991 | $1,015.00 | 6.30 | $6,394.50 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 187.40 | $178,030.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 207.20 | $124,320.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 111.10 | $84,436.00 |
| Foley, Elizabeth P. | Litigation | 1994 | $1,100.00 | 19.60 | $21,560.00 |
| Fuller, Lars H. | Bankruptcy | 1995 | $545.00 | 128.80 | $70,196.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 85.80 | $68,640.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $720.00 | 66.40 | $47,808.00 |
| Harrington, John J | Corporate | 2005 | $575.00 | 3.30 | $1,897.50 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 55.10 | $43,253.50 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 158.20 | $185,885.00 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 129.90 | $71,445.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 219.00 | $196,005.00 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 2.60 | $2,886.00 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 32.20 | $18,998.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 28.30 | $12,876.50 |
| Richardson, David J | Bankruptcy | 1993 | $685.00 | 163.90 | $112,271.50 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 70.10 | $113,912.50 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 163.10 | $164,731.00 |

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 18.40 | $21,068.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 96.10 | $43,245.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 20.50 | $17,015.00 |
| **Total Partners and Counsel:** | | | | **2,520.60** | **$2,092,392.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 164.50 | $98,700.00 |
| Bent, Camille C. | Bankruptcy | 2010 | $610.00 | 4.30 | $2,623.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 66.50 | $43,225.00 |
| Cutts, Kyle T. | Litigation | 2008 | $430.00 | 46.70 | $20,081.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 168.60 | $61,539.00 |
| Forhan, Elliot P. | Corporate | 2014 | $340.00 | 4.50 | $1,530.00 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 74.50 | $32,780.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 134.10 | $101,916.00 |
| Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 108.90 | $39,748.50 |
| Lemon, Daniel R. | Litigation | 2017 | $285.00 | 50.80 | $14,478.00 |
| Lockyer, Brittany N. | Litigation | 2018 | $265.00 | 50.30 | $13,329.50 |
| Martinez, Daniella E. | Litigation | 2016 | $400.00 | 74.20 | $29,680.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 161.30 | $101,619.00 |
| Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 33.90 | $11,017.50 |
| Pena, Clair C. | Litigation | 2016 | $310.00 | 91.20 | $28,272.00 |
| Raile, Richard B. | Litigation | 2012 | $565.00 | 30.90 | $17,458.50 |
| Rice, David W. | Litigation | 2012 | $610.00 | 83.70 | $51,057.00 |
| Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 27.10 | $16,531.00 |
| Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 70.30 | $23,902.00 |
| Thompson, Taylor M. | Litigation | 2018 | $265.00 | 110.10 | $29,176.50 |
| Zuberi, Madiha M. | Litigation | 2011 | $605.00 | 65.60 | $39,688.00 |
| **Total Associates:** | | | | **1,622.00** | **$778,351.50** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bekier, James M. | Litigation Support | $495.00 | 3.60 | $1,782.00 |
| Bookout, Kimberly M. | Litigation Support | $250.00 | 55.00 | $13,750.00 |
| Cash, Claudia S. | Unassigned | $265.00 | 29.90 | $7,923.50 |
| Daniels, Alyssa M. | Unassigned | $265.00 | 110.70 | $29,335.50 |
| Davis, Austin N. | Unassigned | $265.00 | 109.80 | $29,097.00 |
| Divok, Eva | Litigation | $345.00 | 14.40 | $4,968.00 |
| Gage, Carly R | Litigation Support | $395.00 | 7.70 | $3,041.50 |
| Greenfield, Juanita | Litigation | $200.00 | 193.50 | $38,700.00 |
| LaFalce, Stephen P. | Practice Services | $200.00 | 5.00 | $1,000.00 |
| Landrio, Nikki | Litigation Support | $420.00 | 92.20 | $38,724.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 15.90 | $4,452.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 67.60 | $15,548.00 |
| Petre, Timothy P. | Litigation | $370.00 | 178.10 | $65,897.00 |
| Rawles, Michael | Litigation | $270.00 | 29.50 | $7,965.00 |
| Stuy, Lauren T. | Unassigned | $265.00 | 125.30 | $33,204.50 |
| Sweet, Karen R | Litigation | $280.00 | 4.20 | $1,176.00 |
| Szalay, Sarah M. | Bankruptcy | $225.00 | 46.00 | $10,350.00 |
| Thompson, Tyler M | Gov't Policy | $505.00 | 14.60 | $7,373.00 |
| Williamson, Forrest G. | Int'l Disputes | $125.00 | 88.80 | $11,100.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **1,191.80** | **$325,387.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $830.12 | 2,520.60 | $2,092,392.00 |
| Associates | $479.87 | 1,622.00 | $778,351.50 |
| **Blended Attorney Rate** | **$692.98** | **4,142.60** | **$2,870,743.50** |
| Paraprofessionals and other non-legal staff | $273.02 | 1,191.80 | $325,387.00 |
| **Total Fees Incurred** | **$599.15** | **5,334.40** | **$3,196,130.50** |