# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0.90 | $180.00 |
| 002 | Asset Sales/363 Sales | 8.50 | $6,088.00 |
| 003 | Automatic Stay | 14.20 | $10,437.00 |
| 004 | Bankruptcy Litigation | 543.10 | $301,845.50 |
| 005 | Bar Date Motion/Claims Noticing | 72.70 | $31,960.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 95.90 | $36,991.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 507.50 | $414,584.50 |
| 009 | Committee Meetings and Preparation | 200.80 | $162,803.00 |
| 010 | Corporate and Board Issues | 2.70 | $2,628.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 1.80 | $1,224.00 |
| 014 | Employee Issues | 0.10 | $76.00 |
| 016 | Exclusivity | 77.50 | $58,740.50 |
| 017 | Executory Contracts/Lease Issues | 13.50 | $5,903.50 |
| 018 | General Case Strategy (includes communications with Committee) | 12.80 | $10,651.50 |
| 019 | Hearings and Court Matters | 27.00 | $20,189.00 |
| 020 | Legislative Issues | 271.70 | $289,574.50 |
| 021 | Non-Bankruptcy Litigation | 88.80 | $54,831.50 |
| 022 | Non-Working Travel | 115.30 | $77,359.00 |
| 024 | District Court Litigation | 93.60 | $58,705.50 |
| 025 | Regulatory Issues including CPUC and FERC | 188.90 | $128,692.50 |
| 026 | Retention Applications | 9.90 | $7,518.50 |
| 027 | Fee Application: Baker | 30.80 | $16,160.00 |
| 028 | Fee Application: Other Professionals | 11.10 | $8,558.00 |
| 029 | Schedules/Statement of Financial Affairs | 4.50 | $2,822.50 |
| 031 | U.S. Trustee/Fee Examiner Issues | 13.10 | $7,015.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 5.70 | $5,045.00 |
| 034 | Withdraw Reference | 0.60 | $252.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0.30 | $228.00 |
| 037 | Investigations | 2.80 | $560.00 |
| 039 | Other Contested Matters | 30.20 | $20,566.50 |
| 040 | Operations | 13.60 | $8,861.00 |
| 041 | KEIP Issues | 0.60 | $570.00 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 042 | Subrogation | 177.60 | $122,650.00 |
| 043 | Securities | 3.30 | $1,897.50 |
| 045 | Asset Analysis and Recovery | 192.40 | $88,758.00 |
| 046 | Tort Claims Estimation | 2,491.50 | 1,227,952.00 |
| 047 | Class Claims Issues | 9.10 | 3,251.50 |
| **TOTAL** | | **5,334.40** | **$3,196,130.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES