# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNT |
|---|---|
| Airfare | $26,566.87 |
| Automated Research | $10,121.65 |
| Car Rental | $392.75 |
| Delivery Services | $903.90 |
| Depositions | $225.00 |
| Filing Fees | $25.00 |
| Ground Transportation (Local) | $1,295.79 |
| Ground Transportation (Out of Town) | $5,048.27 |
| Lodging | $30,279.52 |
| Meals While Traveling | $2,837.12 |
| Messenger Service | $290.85 |
| Mileage Reimbursement | $34.80 |
| On-line Research | $25.26 |
| Other Professional Services (includes Experts) | $538,620.69 |
| Outside Duplicating & Binding | $1,244.40 |
| Postage | $85.15 |
| Teleconference Charges (Court Call) | $527.50 |
| Transcripts | $397.80 |
| Videographic Services | $20,634.75 |
| **TOTAL** | **$639,557.07** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles