# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**")
Attn: Clerk

AND TO: Seller

Date: October 24, 2019

Main case name: PG&E Corporation
Main case no.: 19-30088

Pacific Gas & Electric Company ("**Debtor**")
Case No. 19-30089 (the "**Case**")
Proof of Claim Number: 8930
Amount of Claim Transferred: $752,644.21

Kiefner & Associates, Inc. and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto

> JPMorgan Chase Bank, N.A.
> Mail Code: DE3-4127
> 500 Stanton Christiana Rd., NCC5, Floor 01
> Newark, DE 19713
> Attention: Brian M. Ercolani
> Telephone: 302-634-1486
> e-mail address: CLS_Notices@jpmchase.com

and its successors and assigns ("**Buyer**"), all right, title and interest in and to Proof of Claim Number 8930 in the amount of $752,644.21 (the "**Claim**") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| Kiefner & Associates, Inc. | JPMorgan Chase Bank, N.A. |
|---|---|
| By: *[signature]* <br> Name: John Carr <br> Title: Director | By: *[signature]* <br> Name: Brian M. Ercolani <br> Title: Operations Manager |