# Exhibit A

## COMPENSATION BY PROFESSIONAL
### AUGUST 1, 2019 THROUGH AUGUST 31, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the

Consolidated Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 59.40 | $97,416.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 15.30 | $23,485.50 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 55.80 | $82,584.00 |
| Goldin, Nicholas | Litigation | 2000 | $740 | 9.00 | $6,660.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 13.20 | $20,262.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.30 | $427.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 133.30 | $218,612.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 70.20 | $93,015.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 159.60 | $244,986.00 |
| Torkin, Michael H. | Corporate | 1999 | $1,535 | 57.10 | $87,648.50 |
| Koslowe, Jamin R. | ECEB | 1996 | $1,220 | 0.30 | $366.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 13.80 | $16,836.00 |
| **Total Partners and Counsel:** | | | | **587.30** | **$892,298.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 28.70 | $20,090.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 10.10 | $9,241.50 |
| Duran, Raul G. | Litigation | 2018 | $590 | 6.10 | $3,599.00 |
| Duran, Raul G. | Litigation | 2018 | $295 | 0.50 | $147.50 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 75.00 | $63,000.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 17.40 | $17,313.00 |
| Isaacman, Jennifer | Litigation | Not admitted | $590 | 3.20 | $1,888.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 12.20 | $7,198.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 40.40 | $36,966.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 8.40 | $4,956.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 7.70 | $6,468.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 43.50 | $47,632.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| | | | | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 72.60 | $60,984.00 |
| Vallejo, Melissa A. | Litigation | Not admitted | $590 | 4.10 | $2,419.00 |
| **Total Associates:** | | | | **329.90** | **$281,902.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 5.70 | $2,593.50 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 5.50 | $2,200.00 |
| Rovner, Grace | Paralegal – Corporate | | $265 | 4.90 | 1,298.50 |
| Terricone, Cyrena | Paralegal – Litigation | | $400 | 6.50 | $2,600.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 5.40 | $2,268.00 |
| Scott, Eric Dean | Resource Center | | $265 | 4.00 | $1,060.00 |
| Tripodi, Lou | Library | | $310 | 0.50 | $155.00 |
| **Total Paraprofessionals:** | | | | **32.50** | **$12,175.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,519.32 | 587.30 | $892,298.50 |
| Associates | $854.51 | 329.90 | $281,902.50 |
| Paraprofessionals | $374.62 | 32.50 | $12,175.00 |
| Blended Attorney Rate | $1,280.20 | | |
| **Total Fees Incurred** | | **949.70** | **$1,186,376.00** |