**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$15,114.94** |
|     Online Research | $15,074.22 |
|     Document Retrieval | $40.72 |
| **Meals** | **$980.90** |
| **Travel** | **$11,625.26** |
|     Airfare | $9,020.78 |
|     Hotel | $1,877.12 |
|     Out-of-Town Travel | $611.36 |
|     OT - Carfare | $116.00 |
| **Duplicating** | **$154.12** |
| **Courier and Postage** | **$15.28** |
| **Conferencing/Communication** | **$915.87** |
| **Total Expenses Requested:** | **$28,806.37** |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017