# Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Online research - West Law | 7/1/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 155.50 |
| Online research - West Law | 7/1/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 155.50 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 311.01 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-SUSSMAN, REBECCA | 251.21 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-VITAGLIANO, DANIEL | 110.92 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-VITAGLIANO, DANIEL | 110.92 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-SUSSMAN, REBECCA | 251.21 |
| Online research - West Law | 7/2/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 311.01 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-SUSSMAN, REBECCA | 55.46 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-VITAGLIANO, DANIEL | 153.33 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-VITAGLIANO, DANIEL | 153.33 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-VITAGLIANO, DANIEL | 77.76 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-VITAGLIANO, DANIEL | 77.76 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-SUSSMAN, REBECCA | 55.46 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-FELL, JAMIE | 166.38 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 77.76 |
| Online research - West Law | 7/24/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 77.76 |
| Online research - West Law | 7/24/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 77.76 |
| Online research - West Law | 7/27/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 466.52 |
| Online research - West Law | 7/30/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 77.76 |
| Online research - West Law | 7/31/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 357.08 |
| Online research - West Law | 7/31/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 357.08 |
| Online research - West Law | 8/3/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 455.53 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-CALDERON, JUSTIN | 779.81 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 1,275.48 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FRANKEL, ANDREW T | 991.91 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 198.38 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-FRANKEL, ANDREW T | 603.47 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online research - West Law | 8/5/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | 273.32 |
| Online research - West Law | 8/5/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-KINSEL, KOURTNEY | 294.34 |
| Online research - West Law | 8/6/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-CALDERON, JUSTIN | 2,014.51 |
| Online research - West Law | 8/6/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-FRANKEL, ANDREW T | 566.01 |
| Online research - West Law | 8/6/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FRANKEL, ANDREW T | 892.72 |
| Online research - West Law | 8/6/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 728.84 |
| Online research - West Law | 8/7/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 819.95 |
| Online research - West Law | 8/7/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-CALDERON, JUSTIN | 389.91 |
| Online research - West Law | 8/14/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 91.11 |
| Online research - West Law | 8/21/2019 | WOLTERS KLUWER - CCH MULTI-SEARCH DOCUMENT DISPLAYS-CALDERON, JUSTIN | 102.00 |
| Online research - West Law | 8/21/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CALDERON, JUSTIN | 364.42 |
| Online research - West Law | 8/21/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-CALDERON, JUSTIN | 344.03 |
| Online research | 8/31/2019 | COURTALERT.COM, INC. - 08/31/19-Case Search [San Francisco] CGC-19-573190 & CJC-17-004955 | 40.72 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Meals** | | | |
| Meals - Business | 8/2/2019 | Michael H. Torkin - Business Meal; Working Lunch - teleconference meetings KAZU NORI KAZU NORI Aug 02, 2019; Michael Torkin. Michael Torkin, Mario Ponce, Ravi Purushotham, Sandy Qusba, Nicholas Goldin, Erica Egenes, Jeff Levine | 214.77 |
| Meals - Overtime | 8/4/2019 | ERICA EGENES - Overtime Meal 05PM; Overtime meal. Whole Foods Market. Charged on Ms. Egenes's personal credit card. Whole Foods Market. Charged on Ms. Egenes's personal credit card. Aug 04, 2019; Erica Egenes. Erica Egenes | 30.27 |
| Meals - Overtime | 8/5/2019 | JUSTIN CALDERON - Overtime Meal 05PM; Overtime dinner. | 21.17 |
| Meals - Overtime | 8/5/2019 | ERICA EGENES - Overtime Meal 0830PM; Overtime meal. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Aug 05, 2019; Erica Egenes. Erica Egenes | 33.25 |
| Meals - Travel | 8/6/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA Aug 06, 2019; Mario Ponce. Mario Ponce | 159.30 |
| Meals - Travel | 8/7/2019 | MARIO A. PONCE - Out of Town Travel Meal; Lunch American Express: BOURBON PUB - 221 00 SAN FRANCISCO CA American Express: BOURBON PUB - 221 00 SAN FRANCISCO CA Aug 07, 2019; Mario Ponce. Mario Ponce | 33.03 |
| Meals - Overtime | 8/7/2019 | Chk. No. 4179362 (Cafe. Meal) 8/7/2019 20:28 Badge ID: 8559 Name Purushotham, Ravi - 11862 | 7.98 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Meals - Overtime | 8/7/2019 | ERICA EGENES - Overtime Meal 09PM; Overtime meal. Bondi Sushi - Nomad. Charged on Ms. Egenes's personal credit card. Bondi Sushi - Nomad. Charged on Ms. Egenes's personal credit card. Aug 07, 2019; Erica Egenes. Erica Egenes | 38.80 |
| Meals - Business | 8/8/2019 | Michael H. Torkin - Business Meal; Working Lunch - teleconference meetings KAZU NORI KAZU NORI Aug 08, 2019; Michael Torkin. Michael Torkin, Mario Ponce, Jeff Levine, Erica Egenes | 156.58 |
| Meals - Business | 8/8/2019 | Michael H. Torkin - Business Meal; Working Lunch - teleconference meetings KAZU NORI KAZU NORI Aug 08, 2019; Michael Torkin. Michael Torkin | 37.65 |
| Meals - Overtime | 8/10/2019 | ERICA EGENES - Overtime Meal 09AM; Overtime meal. Tompkins Square Bagels. Charged on Ms. Egenes's personal credit card. Tompkins Square Bagels. Charged on Ms. Egenes's personal credit card. Aug 10, 2019; Erica Egenes. Erica Egenes | 22.78 |
| Meals - Overtime | 8/10/2019 | ERICA EGENES - Overtime Meal 07PM; Overtime meal. Surya Indian Restaurant. Charged on Ms. Egenes's personal credit card. Surya Indian Restaurant. Charged on Ms. Egenes's personal credit card. Aug 10, 2019; Erica Egenes. Erica Egenes | 39.70 |
| Meals - Travel | 8/13/2019 | Meals - Travel NICHOLAS GOLDIN - Food Aug 13, 2019; Nicholas Goldin. | 99.63 |
| Meals - Overtime | 8/15/2019 | ERICA EGENES - Overtime Meal 07PM; Overtime meal. Thai Villa. Charged on Ms. Egenes's personal credit card. Thai Villa. Charged on Ms. Egenes's personal credit card. Aug 15, 2019; Erica Egenes. Erica Egenes | 28.80 |
| Meals - Overtime | 8/20/2019 | ERICA EGENES - Overtime Meal 09PM; Overtime meal. Chikarashi. Charged on Ms. Egenes's personal | 34.41 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | credit card. Chikarashi. Charged on Ms. Egenes's personal credit card. Aug 20, 2019; Erica Egenes. Erica Egenes | |
| Meals - Overtime | 8/24/2019 | ERICA EGENES - Overtime Meal 12PM; Overtime meal. Tompkins Square Bagels. Charged on Ms. Egenes's personal credit card. Tompkins Square Bagels. Charged on Ms. Egenes's personal credit card. Aug 24, 2019; Erica Egenes. Erica Egenes | 22.78 |
| **Travel** | | | |
| Airfare | 8/2/2019 | MARIO A. PONCE - Airfare; Airfare American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 02, 2019; Mario Ponce. | 55.00 |
| Airfare | 8/2/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Aug 02, 2019; Mario Ponce. | 600.00 |
| Airfare | 8/2/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Aug 02, 2019; Mario Ponce. | 1,678.94 |
| Airfare | 8/2/2019 | Michael H. Torkin - Airfare; Airfare for 8/13 hearing TKT# 00173817477794 American Express: AMERICAN AIRLINES NEW YORK NY American Express: AMERICAN AIRLINES NEW YORK NY Aug 02, 2019; Michael Torkin. | 2,976.59 |
| Airfare | 8/2/2019 | Michael H. Torkin - Airfare; Ticketing fee for flights to/fr SFO American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 02, 2019; Michael Torkin. | 55.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Airfare | 8/9/2019 | NICHOLAS GOLDIN - Airfare; Travel to SFO American Express: ALASKA AIRLINES NEW YORK NY American Express: ALASKA AIRLINES NEW YORK NY Aug 09, 2019; Nicholas Goldin. | 1,199.00 |
| Airfare | 8/9/2019 | NICHOLAS GOLDIN - Airfare Firm Expense; Travel Agency Fees American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 09, 2019; Nicholas Goldin. | 55.00 |
| Airfare | 8/12/2019 | NICHOLAS GOLDIN - Airfare; Flight to JFK American Express: DELTA AIR LINES NEW YORK NY American Express: DELTA AIR LINES NEW YORK NY Aug 12, 2019; Nicholas Goldin. | 2,363.30 |
| Airfare | 8/13/2019 | NICHOLAS GOLDIN - Airfare Firm Expense; Travel to SO American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 13, 2019; Nicholas Goldin. | 24.95 |
| Airfare | 8/24/2019 | NICHOLAS GOLDIN - Airfare Firm Expense; Wifi American Express: BA INFLIGHT SALES IA HARMONDSWORTH American Express: BA INFLIGHT SALES IA HARMONDSWORTH Aug 24, 2019; Nicholas Goldin. | 13.00 |
| Hotel | 8/13/2019 | NICHOLAS GOLDIN - Lodging; Lodging Aug 13, 2019; Nicholas Goldin. | 580.92 |
| Hotel | 8/7/2019 | MARIO A. PONCE - Lodging; Hotel Aug 07, 2019; Mario Ponce. | 697.51 |
| Hotel | 8/9/2019 | Michael H. Torkin - Lodging; Late cancellation charge Aug 09, 2019; Michael Torkin. | 598.69 |
| Out-of-town travel | 8/5/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ | 104.38 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Taxi/08/05/19/1317/PONCE MARIO A./JFKSTOP:00000WAIT:01200TOLL:000625002658-0002 | |
| Out-of-town travel | 8/6/2019 | MARIO A. PONCE - Out of Town Travel; Taxi American Express: COMFORT1037 SAN JOSE CA American Express: COMFORT1037 SAN JOSE CA Aug 06, 2019; Mario Ponce. | 59.16 |
| Out-of-town travel | 8/7/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/08/07/19/0120/PONCE MARIO A./22 ORCHARD HILL LANE GREESTOP:00000WAIT:00000TOLL:000625002658-0002 | 150.93 |
| Out-of-town travel | 8/8/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/08/08/19/1444/QUSBA SANDY/JFKSTOP:00000WAIT:00320TOLL:000625002658-0002 | 94.58 |
| Out-of-town travel | 8/12/2019 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 12, 2019; Nicholas Goldin. | 20.03 |
| Out-of-town travel | 8/12/2019 | NICHOLAS GOLDIN - Out of Town Travel; Car Service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 12, 2019; Nicholas Goldin. | 130.45 |
| Out-of-town travel | 8/12/2019 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 12, 2019; Nicholas Goldin. | 51.83 |
| OT - Carfare | 8/7/2019 | NICHOLAS GOLDIN - Local Travel; Car service | 29.55 |
| OT - Carfare | 8/9/2019 | XYZ TWO WAY RADIO SERVICE - XYZ Taxi/08/09/19/1554/GOLDIN | 43.75 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| OT - Carfare | 8/8/2019 | RAVI PURUSHOTHAM - Overtime Transportation 09PM; Taxi Home American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 08, 2019; Ravi Purushotham. | 14.67 |
| OT - Carfare | 8/8/2019 | RAVI PURUSHOTHAM - Overtime Transportation 09PM; Taxi Home - Gratuity American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 08, 2019; Ravi Purushotham. | 3.08 |
| OT - Carfare | 8/8/2019 | ERICA EGENES - Overtime Transportation 10PM; Overtime transportation. American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Aug 08, 2019; Erica Egenes. | 24.95 |
| **Duplication** | | | |
| Printing | 8/2/2019 | Print from email, color: New York Goldin, Nicholas | 3.24 |
| Printing | 8/13/2019 | Print from email, color: New York Maldonado, Marissa | 38.70 |
| Printing | 8/13/2019 | Print from email, color: New York Sussman, Rebecca A. | 2.16 |
| Printing | 8/13/2019 | Print from Email: New York Sussman, Rebecca A. | 4.90 |
| Printing | 8/13/2019 | Print from email, color: New York Sussman, Rebecca A. | 8.82 |
| Printing | 8/16/2019 | Print from email, color: New York Sussman, Rebecca A. | 9.72 |
| Printing | 8/16/2019 | Print from email, color: New York Sussman, Rebecca A. | 9.72 |
| Printing | 8/22/2019 | Print from email, color: New York Sussman, Rebecca A. | 44.10 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Printing | 8/23/2019 | Print from email, color: New York Sussman, Rebecca A. | 21.06 |
| Printing | 8/23/2019 | Print from Email: New York Sussman, Rebecca A. | 11.70 |
| **Courier & Postage** | | | |
| Courier - Fedex | 8/12/2019 | FEDEX - To: Liza Carens / From: Rebecca A Sussman. | 15.28 |
| **Conferencing/Communications** | | | |
| Telephone | 7/15/2019 | LOOP UP LLC - Telephone Loopup-2019-07-15-14336-SC1466-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | 1.15 |
| Telephone | 7/15/2019 | LOOP UP LLC - Loopup-2019-07-15-14336-SC1522-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | 0.47 |
| Telephone | 7/18/2019 | LOOP UP LLC - Loopup-2019-07-18-16904-SC2056-Michael Torkin's Meeting Room Moderated By: 16904 | 7.08 |
| Telephone | 7/18/2019 | LOOP UP LLC - Telephone Loopup-2019-07-18-00905-SC2067-Mario Ponce's Meeting Room Moderated By: 00905 | 5.66 |
| Telephone | 7/18/2019 | LOOP UP LLC - Telephone Loopup-2019-07-18-00905-SC2009-Mario Ponce's Meeting Room Moderated By: 00905 | 1.93 |
| Telephone | 7/25/2019 | LOOP UP LLC - Loopup-2019-07-25-00905-SC2864-Mario Ponce's Meeting Room Moderated By: 00905 | 17.26 |
| Telephone | 7/25/2019 | LOOP UP LLC - Loopup-2019-07-25-00905-SC2860-Mario Ponce's Meeting Room Moderated By: 00905 | 0.04 |
| Telephone | 7/25/2019 | LOOP UP LLC - Loopup-2019-07-25-00905-SC2863-Mario Ponce's Meeting Room Moderated By: 00905 | 0.04 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 7/26/2019 | LOOP UP LLC - Loopup-2019-07-26-00905-SC2950-Mario Ponce's Meeting Room Moderated By: 00905 | 6.42 |
| Telephone | 7/26/2019 | LOOP UP LLC - Loopup-2019-07-26-00905-SC3043-Mario Ponce's Meeting Room Moderated By: 00905 | 4.67 |
| Telephone | 7/26/2019 | LOOP UP LLC - Loopup-2019-07-26-00905-SC2989-Mario Ponce's Meeting Room Moderated By: 00905 | 0.04 |
| Telephone | 7/26/2019 | LOOP UP LLC - Loopup-2019-07-26-15003-SC3066-Jamie Fell's Meeting Room Moderated By: 15003 | 6.43 |
| Telephone | 7/27/2019 | LOOP UP LLC - Loopup-2019-07-27-15003-SC3106-Jamie Fell's Meeting Room Moderated By: 15003 | 7.15 |
| Telephone | 7/28/2019 | LOOP UP LLC - Telephone Loopup-2019-07-28-00905-SC3160-Mario Ponce's Meeting Room Moderated By: 00905 | 6.90 |
| Telephone | 7/29/2019 | LOOP UP LLC - Telephone Loopup-2019-07-29-00905-SC3222-Mario Ponce's Meeting Room Moderated By: 00905 | 7.99 |
| Telephone | 7/29/2019 | LOOP UP LLC - Telephone Loopup-2019-07-29-00905-SC3202-Mario Ponce's Meeting Room Moderated By: 00905 | 0.07 |
| Telephone | 7/30/2019 | LOOP UP LLC - Loopup-2019-07-30-15003-SC3372-Jamie Fell's Meeting Room Moderated By: 15003 | 23.17 |
| Telephone | 7/31/2019 | LOOP UP LLC - Loopup-2019-07-31-15786-SC3677-Erica Egenes' Meeting Room Moderated By: 15786 | 37.06 |
| Conference Room Services | 8/9/2019 | Snacks - PM | 7.35 |
| Court Call | 8/12/2019 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | 95.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Court Call | 8/12/2019 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | 80.00 |
| Conference Room Services | 8/13/2019 | Snacks - PM | 9.80 |
| Court Call | 8/14/2019 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | 42.50 |
| Court Call | 8/14/2019 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | 125.00 |
| Court Call | 8/15/2019 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | 162.50 |
| Conference Room Services | 8/23/2019 | Lunch | 100.44 |
| Conference Room Services | 8/23/2019 | Snacks - PM | 4.90 |
| Conference Room Services | 8/23/2019 | Snacks - PM | 7.35 |
| Court Call | 8/28/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 (19-3039) | 147.50 |
| **TOTAL** | | | **$28,806.37** |