# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CORRECTED[1] SECOND MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019**<br><br>[No hearing requested]<br><br>**OBJECTION DEADLINE**: November 5, 2019 at 4:00 p.m. (PDT) |

| | |
|---|---|
| To: | The Notice Parties |
| Name of Applicant: | Trident DMG LLC |
| Authorized to Provide Professional Services to: | Communications Consultant for the Official Committee of Tort Claimants |
| Period for which compensation and reimbursement are sought: | August 18, 2019 through September 17, 2019 |
| Amount of compensation and reimbursement are sought: | $28,000.00 (80% of $35,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $11,799.51 |

Trident DMG LLC ("**Applicant**"), the communications consultant for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of

---

[1] This Corrected Second Monthly Fee Statement is being filed to correct a mathematical error in Exhibit B to the Second Monthly Fee Statement filed on October 17, 2019 (DE 4255). The total hours were correct, but the individual hours were in error.

stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its second monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered, and for reimbursement of actual and necessary expenses incurred for the period commencing August 18, 2019 through and including September 17, 2019 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Trident requests allowance and payment of $28,000.00 (representing 80% of $35,000.00) as compensation for professional services rendered to the Tort Committee during the Fee Period and allowance and payment of $11,799.51 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Trident during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Trident is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the total hours for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred, with one exception, during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Trident shall file or cause to be filed a certificate of no objection with the Court, after which the

Debtors are authorized and directed to pay Trident an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay Trident 80% of the fees and 100% of the expenses not subject to an objection.

Dated: October 30, 2019

Respectfully submitted,

TRIDENT DMG LLC

By: /s/ Adam Goldberg
Adam Goldberg

Communications Consultant for the Official Committee of Tort Claimants