**EXHIBIT B**

Case: 19-30088    Doc# 4522-2    Filed: 10/30/19    Entered: 10/30/19 11:56:18    Page 1 of 2

**EXHIBIT B**

**HOURS BY TASK FOR
FOR THE PERIOD AUGUST 18, 2019 THROUGH SEPTEMBER 17, 2019**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Meetings, Telephone Calls & Emails with Client and/or Client Attorney | 49.50 |
| Internal Client Meetings | 29.00 |
| Research and Writing | 15.00 |
| Travel | 74.00 |
| Working with the Media | 35.00 |
| Listening to, or Attending, Court Hearings | 1.50 |
| Communications with External Stakeholders | 19.50 |
| TOTAL | **223.50** |