**EXHIBIT D**

**Detailed Time Entries**

# INVOICE

Date: 9/18/2019
Invoice #: 408

Trident DMG
DC 20006-3817
1700 K Street, NW

O:  202-899-3834
F:  202-899-3821
maddie@tridentdmg.com

**TRIDENT**
**DMG**

Bill To:

Official Committee of Tort Claimants

| CLIENT NUMBER | Project | Terms | Due Date: |
|---|---|---|---|
| 337-01B | | Net 10 | 9/18/2019 |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
| | 20% Fees for strategic communication services for the Period of August 18 through September 17, 2019 | 7,000.00 | 7,000.00 |

| | |
|---|---|
| **Total** | $7,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,000.00 |

REMITTANCE ADDRESS:
Trident DMG
1700 K St NW, Suite 825
Washington, DC 20006

Invoice #: 408

# INVOICE

Date: 9/18/2019
Invoice #: 397

Trident DMG
DC 20006-3817
1700 K Street, NW

O: 202-899-3834
F: 202-899-3821
maddie@tridentdmg.com



Bill To:
Official Committee of Tort Claimants

| CLIENT NUMBER | Project | Terms | Due Date: |
|---|---|---|---|
| 337-01A | | Net 10 | 9/18/2019 |

| Hours/Qty | Description | Rate | Amount |
|---|---|---|---|
| | 80% Fees for strategic communication services for the Period of August 18 through September 17, 2019 | 28,000.00 | 28,000.00 |
| | Press conference expense (8/12) | 508.56 | 508.56 |
| | Miscellaneous expense (CourtCall / 8/27) | 42.50 | 42.50 |
| | Travel exps to SF & Santa Rosa for L. Davis (8/28-30) | 3,709.09 | 3,709.09 |
| | Travel exps to SF & Santa Rosa for A. Lange (8/28-30) | 2,937.81 | 2,937.81 |
| | Travel exps to SF & Santa Rosa for E. Seeley (8/28-30) | 2,776.74 | 2,776.74 |
| | Travel exps to SF & Santa Rosa for E. McManus (8/28-30) | 1,824.81 | 1,824.81 |

| | |
|---|---|
| **Total** | $39,799.51 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $39,799.51 |

REMITTANCE ADDRESS:
Trident DMG
1700 K St NW, Suite 825
Washington, DC 20006

Invoice #: 397

# SUMMARY OF DETAILS
## (August 18 – September 17 | for Adam Goldberg)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| | | |
| 8/19/19 | 0.5 | Internal client meetings |
| | | |
| 8/20/19 | 0.5 | Internal client meetings |
| | | |
| 8/21/19 | 1.0 | Telephone call w/client and outside counsel |
| | | |
| 8/22/19 | 1.5 | Telephone calls w/client and outside counsel |
| | 0.5 | Research and writing |
| | 0.5 | Internal client meetings |
| | | |
| 8/23/19 | 0.5 | Research and writing |
| | 0.5 | Internal client meetings |
| | | |
| 8/27/19 | 0.5 | Telephone calls w/outside counsel |
| | 1.0 | Telephonically attend court hearing via CourtCall |
| | | |
| 9/3/19 | 0.5 | Internal client meetings |
| | | |
| 9/4/19 | 1.0 | Telephone call w/ client and outside counsel |
| | 0.5 | Internal client meetings |
| | | |
| 9/5/19 | 0.5 | Research and writing |
| | 0.5 | Internal client meetings |
| | | |
| 9/6/19 | 0.5 | Internal client meetings |
| | | |
| 9/9/19 | 1.0 | Internal client meetings |
| | | |
| 9/11/19 | 0.5 | Internal client meetings |
| | | |
| 9/12/19 | 0.5 | Internal client meetings |
| | | |
| 9/16/19 | 1.0 | Internal client meetings |
| | 0.5 | Call w/ outside counsel |
| | | |
| **TOTAL** | **14.0** | |

# SUMMARY OF DETAILS
# (August 18 – September 17 | for Eleanor McManus)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 8/21/19 | 1.0 | Telephone calls w/client |
| 8/26/19 | 1.5 | Internal client meetings |
| 8/27/19 | 1.5 | Internal client meetings |
| 8/28/19 | 9.0 | Travel |
| 8/29/19 | 4.0 | Meetings w/client and attorneys |
|  | 9.0 | Travel |
| 8/30/19 | 0.5 | Internal client meetings |
| 9/4/19 | 1.0 | Internal client meetings |
| 9/9/19 | 1.0 | Working w/media |
| 9/10/19 | 1.0 | Working w/media |
| 9/15 | 1.0 | Working w/media |
| **TOTAL:** | **30.5** | |

# SUMMARY OF DETAILS
## (August 18 – September 17 | for Lanny Davis)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
|  |  |  |
| 8/22/19 | 0.5 | Internal client meetings |
|  | 0.5 | Working w/media |
|  |  |  |
| 8/23/19 | 0.5 | Internal client meetings |
|  |  |  |
| 8/27/19 | 1.0 | Internal client meetings |
|  |  |  |
| 8/28/19 | 9.0 | Travel |
|  | 4.0 | Working w/media |
|  |  |  |
| 8/29/19 | 9.0 | Travel |
|  | 4.0 | Meetings w/client and outside counsel |
|  |  |  |
| 8/30/19 | 0.5 | Working w/media |
|  |  |  |
| 9/4/19 | 1.0 | Internal client meetings |
|  |  |  |
| **TOTAL:** | **30.0** |  |

# SUMMARY OF DETAILS
# (August 18 – September 17 | for Alexander Lange)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|------|-------|---------------------|
| | | |
| 8/18/19 | 0.5 | Telephone call w/client attorney |
| | | |
| 8/19/19 | 0.5 | Research and writing |
| | 1.0 | Telephone calls w/client |
| | 1.0 | Working w/media |
| | | |
| 8/20/19 | 1.5 | Telephone calls w/client and attorneys |
| | 2.5 | Research and writing |
| | 1.0 | Internal client meetings |
| | | |
| 8/21/19 | 0.5 | Telephone calls w/client and attorneys |
| | 0.5 | Working w/media |
| | 0.5 | Internal client meetings |
| | | |
| 8/22/19 | 1.5 | Telephone calls w/client and attorneys |
| | 0.5 | Internal client meetings |
| | 0.5 | Working w/media |
| | | |
| 8/23/19 | 1.0 | Internal client meetings |
| | 1.0 | Telephone calls w/client and attorneys |
| | 0.5 | Research and writing |
| | 0.5 | Working w/media |
| | | |
| 8/24/19 | 0.5 | Telephone call w/client |
| | | |
| 8/26/19 | 1.5 | Telephone calls w/client and attorneys |
| | 1.0 | Internal client meetings |
| | | |
| 8/27/19 | 1.5 | Listen to hearing via CourtCall |
| | 1.0 | Internal client meetings |
| | 1.0 | Telephone calls w/client and attorneys |
| | | |
| 8/28/19 | 9.0 | Travel |

| | 4.0 | Working w/media |
|---|---|---|
| | | |
| 8/29/19 | 11.0 | Travel |
| | 4.0 | Meetings w/client and attorneys |
| | | |
| 8/30/19 | 0.5 | Emails w/client |
| | 0.5 | Working w/media |
| | | |
| 8/31/19 | 0.5 | Emails w/client |
| | | |
| 9/3/19 | 0.5 | Internal client meetings |
| | 1.0 | Emails w/client |
| | 0.5 | Telephone call w/client attorneys |
| | | |
| 9/4/19 | 1.5 | Telephone calls and emails w/client and attorneys |
| | 2.5 | External communications w/stakeholders about October deadline |
| | 0.5 | Working w/media |
| | 1.0 | Internal client meetings |
| | | |
| 9/5/19 | 0.5 | Internal client meetings |
| | 1.5 | Working w/media |
| | 1.5 | External communications w/stakeholders about October deadline |
| | | |
| 9/6/19 | 0.5 | Emails w/client and attorneys |
| | 0.5 | Working w/media |
| | | |
| 9/9/19 | 0.5 | Internal client meetings |
| | 2.0 | Working w/media |
| | 0.5 | External communications w/stakeholders about October deadline |
| | | |
| 9/10/19 | 0.5 | Working w/media |
| | 0.5 | Emails w/client |
| | | |
| 9/11/19 | 1.5 | Working w/media |
| | 1.5 | Telephone calls w/client and attorneys |
| | | |

| | | |
|---|---|---|
| 9/12/19 | 0.5 | Working w/media |
| | 1.0 | Telephone call w/client |
| | 0.5 | Internal client meetings |
| | | |
| 9/13/19 | 2.5 | Telephone calls and emails w/client and attorneys |
| | 1.0 | Working w/media |
| | | |
| 9/14/19 | 0.5 | Working w/media |
| | 0.5 | Emails w/client and attorneys |
| | | |
| 9/15/19 | 1.0 | Working w/media |
| | | |
| 9/16/19 | 0.5 | Internal client meetings |
| | 1.0 | External communications w/stakeholders about October deadline |
| | 1.5 | Working w/media |
| | | |
| 9/17/19 | 1.0 | Working w/media |
| | 1.0 | External communications w/stakeholders about October deadline |
| | | |
| **TOTAL:** | **82.5** | |

# SUMMARY OF DETAILS
# (August 18 – September 17 | for Emily Seeley)

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| | | |
| 8/19/19 | 3.0 | External Communications w/stakeholders about October deadline and related claims issues |
| | 1.0 | Telephone calls w/client |
| | 0.5 | Internal client meetings |
| | | |
| 8/20/19 | 2.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | 0.5 | Internal client meetings |
| | 1.0 | Research + Writing |
| | 1.0 | Telephone calls and emails w/client |
| | | |
| 8/21/19 | 3.0 | External Communications w/stakeholders about October deadline and related claims issues |
| | 0.5 | Telephone calls w/client and attorneys |
| | | |
| 8/26/19 | 1.0 | Telephone calls w/client and attorneys |
| | 0.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | 1.0 | Internal client meetings |
| | 5.0 | Research + Writing |
| | | |
| 8/27/19 | 1.5 | Internal client meetings |
| | 3.0 | Research + Writing |
| | | |
| 8/28/19 | 9.0 | Travel |
| | | |
| 8/29/19 | 4.0 | Meetings w/client and attorneys |
| | | |
| 8/30/19 | 9.0 | Travel |
| | | |
| 9/4/19 | 0.5 | Telephone calls w/client and attorneys |
| | 0.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | | |
| 9/6/19 | 0.5 | Working w/media |
| | 0.5 | Internal client meetings |

| | | |
|---|---|---|
| 9/9/19 | 1.0 | Working w/media |
| | 0.5 | Internal client meetings |
| | 0.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | | |
| 9/10/19 | 0.5 | Working w/media |
| | 0.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | | |
| 9/11/19 | 1.5 | Telephone calls w/clients and attorneys |
| | | |
| 9/12/19 | 0.5 | Internal client meetings |
| | 1.0 | Telephone calls and emails w/client |
| | 2.5 | Working w/media |
| | | |
| 9/13/19 | 1.0 | Telephone calls w/client and attorneys |
| | 0.5 | Internal client meetings |
| | 3.5 | Working w/media |
| | 0.5 | External Communications w/stakeholders about October deadline and related claims issues |
| | | |
| 9/16/19 | 0.5 | Internal client meetings |
| | 0.5 | Research + Writing |
| | | |
| 9/17/19 | 0.5 | Research + Writing |
| | 2.0 | External Communications w/stakeholders about October deadline and related claims issues |
| | | |
| **TOTAL:** | **66.5** | |