1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue
6  Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 683-3702
8
9  *Attorneys for Debtors
   and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF HENRY WEISSMANN IN SUPPORT OF SECOND APPLICATION OF DEBTORS TO AMEND ORDER PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS** |

1   Pursuant to 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows:

2   I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

I submit this declaration ("**Declaration**") in support of Debtors' *Second Application to Amend Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters* (the "**Second Application to Amend**"), which is being filed contemporaneously herewith. This Declaration also supplements my prior declarations that were filed on April 1, 2019 [Dkt. No. 1168], April 10, 2019 [Dkt No. 1301], June 14, 2019 [Dkt No. 2522], and September 18, 2019 [Dkt. No. 3929-1] in support of the Debtors' initial application to retain MTO [Dkt. No. 1167] and the first Application to amend the Retention Order [Dkt. No. 3929].[1]

The Second Application to Amend seeks to amend the Retention Order to further clarify and/or expand the scope of the Specific Matters in two respects.

First, the Debtors have retained MTO to represent them in responding to a petition for modification of CPUC Decision 18-01-022, which concerns the Diablo Canyon Nuclear Power Plant ("**DCNPP**"). The petition for modification, filed by the Alliance for Nuclear Responsibility, asks the CPUC to evaluate the cost-effectiveness of DCNPP and to consider ordering PG&E to shut down the plant before the end of its license period. While the Retention Order already authorizes MTO to represent the Debtors in connection with CPUC matters, the Second Application to Amend seeks to confirm that the DCNPP Matter falls within the scope of the Specific Matters.

I believe that MTO is well qualified for this engagement. In addition to the qualifications set out in my prior declarations, MTO previously represented a different utility in connection with certain legal issues arising from the utility's operation of a nuclear power plant in California.

---

[1] Capitalized terms used but not defined herein shall have the meaning given those terms in the Application or the first Application to Amend.

MTO can draw upon this experience and other expertise in representing the Debtors in connection with the DCNPP Matter.

Second, the Debtors seek authority to retain MTO as counsel in connection with any civil, administrative, or criminal investigations or proceedings arising out of the recent Kincade wildfire in Sonoma County, California. While the Retention Order and First Amended Retention Order already authorize MTO to represent the Debtors in criminal or civil matters arising out of the Northern California wildfires, the Debtors seek to clarify that MTO's authorized engagement includes not only matters relating to prior wildfires but also matters arising from the Kincade wildfire.

MTO's qualifications for this engagement are the same as its qualifications for its existing representation of the Debtors in connection with the Northern California wildfires, as described in more detail in my declaration in support of the Retention Application and the First Application to Amend.

MTO will continue to undertake reasonable efforts to coordinate with other counsel to the Debtors, including Cravath, to avoid any unnecessary duplication of work by counsel with respect to this additional work as it has done with respect to the Specific Matters to date.

Based on reasonable inquiry, and subject to the disclosures in my earlier declarations, MTO does not hold an interest that is adverse to the Debtors or their estates with respect to the forgoing matters.

Executed within the United States.

DATED: October 30, 2019

By: /s/ Henry Weissmann
Henry Weissmann
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California, 90071
Telephone: (213) 683-9150
Facsimile: (213) 683-5150