# EXHIBIT A

4819-1483-6649.1

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from September 1, 2019 through September 30, 2019 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[*] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 66.30 | $42,962.40 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 59.40 | $37,336.46 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 17.10 | $10,653.30 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 4.50 | $2,250.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 10.90 | $4,360.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 13.30 | $5,320.00 |
| Michael R. Wilson | Paralegal | RE | N/A | $302.00 | 26.90 | $8,123.80 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210.00 | 4.50 | $945.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 7.30 | $1,277.50 |
| **Total Professionals:** | | | | | 210.20 | **$113,228.46** |

---

[*] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $632.74 | 147.30 | $93,202.16 |
| Associates | $348.41 | 51.10 | $17,803.80 |
| **Blended Attorney Rate** | **$559.50** | **198.40** | **$111,005.96** |
| Paraprofessionals and other non-legal staff | $188.35 | 11.80 | $2,222.50 |
| **Total Fees Incurred** | **$538.67** | **210.20** | **$113,228.46** |