# EXHIBIT B

4819-1483-6649.1
Case: 19-30088    Doc# 4528-2    Filed: 10/31/19    Entered: 10/31/19 08:50:51    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY
COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD SEPTEMBER 1, 2019
THROUGH SEPTEMBER 30, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 31.40 | $9,068.80 |
| L110 | Fact Investigation/Development | 1.20 | $480.00 |
| L120 | Analysis/Strategy | 3.20 | $1,600.00 |
| L130 | Experts/Consultants | 2.30 | $1,020.00 |
| L143 | eDiscovery - Identification and Preservation | 0.10 | $50.00 |
| L200 | Pre-Trial Pleadings and Motions | 0.20 | $100.00 |
| L330 | Depositions | 22.40 | $8,802.50 |
| L650 | Review | 1.00 | $175.00 |
| L670 | Production | 5.60 | $980.00 |
| P100[2] | Project Administration | 20.20 | $12,662.10 |
| P240 | Real and Personal Property | 10.20 | $6,609.60 |
| P300 | Structure/Strategy/Analysis | 61.20 | $38,502.86 |
| P400 | Initial Document Preparation/Filing | 38.60 | $25,012.80 |
| P500 | Negotiation/Revision/Responses | 1.10 | $712.80 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes (a) 7.2 hours ($4,485.60 in fees) related to Coblentz's First through Seventh Monthly Fee Statements, (b) 4.9 hours ($3,052.70 in fees) related to Coblentz's First Interim Fee Application, (c) 2.6 hours ($1,619.80 in fees) related to investigating and updating disclosures re Coblentz's retention as Special Counsel in these Bankruptcy Cases, and (d) 2.4 hours ($1,495.20 in fees) related to the Fee Examiner's Motion for Approval of Fee Protocols and limited joint opposition to same.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P600 | Completion/Closing | 10.50 | $6,804.00 |
| P800 | Maintenance and Renewal | 1.00 | $648.00 |
| **Total:** | | **210.20** | **$113,228.46** |

4819-1483-6649.1                                     Exhibit B