# EXHIBIT D

4819-1483-6649.1

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

Re:          Case Name:        Richmond Substation S Land Sale
             Our File No.:      16213-045
             Corporate ID:      1807144

Invoice No.  329382          Statement Date:  10/08/2019

### SUMMARY of CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 20.10 | 13,024.80 |
| W. Wilson, Michael | MRW | $302.00 | 24.40 | 7,368.80 |
| M. Sweeny, Dianne | DMS | $210.00 | 3.30 | 693.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| C100 | Fact Gathering | 27.70 | 8,061.80 |
| P100 | Project Administration | 1.00 | 648.00 |
| P240 | Real and Personal Property | 8.60 | 5,572.80 |
| P600 | Completion/Closing | 10.50 | 6,804.00 |
| | SERVICES TOTAL: | 47.80 | 21,086.60 |
| | Total Costs Advanced and Incurred | | 0.00 |



Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

| Re: | Case Name: | Richmond Substation S Land Sale |
| | Our File No.: | 16213-045 |
| | Corporate ID: | 1807144 |

Invoice No.  329382          Statement Date:  10/08/2019

Invoice Total                                        $21,086.60



Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

Re:  Case Name:        Richmond Substation S Land Sale
     Our File No.:        16213-045
     Corporate ID:       1807144

          Invoice No.  329382      Statement Date:  10/08/2019

* * * * * * * * * *  BILLING SUMMARY  * * * * * * * * * *

Summary of Current Activity:

Fees for Professional Services Rendered
     through September 30, 2019              $        21,086.60

Costs Advanced through September 30, 2019   $             0.00

Current Invoice Subtotal                    $        21,086.60

Pacific Gas and Electric Company
10/08/2019
Page 4

Client 16213
Matter 045
Invoice 329382

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/19 | Barbara Milanovich | | | |
| P240 | Review executed Purchase Agreement (0.4), Review Easement for Ingress, Egress, Roadways, Landscaping and Utilities in favor of Seacliff Estates (0.6). | 1.00 | 648.00 | 648.00 |
| 09/03/19 | Barbara Milanovich | | | |
| P100 | Draft email to D. Polsely re dates in Purchase Agreement and opening escrow (.8). | 0.80 | 648.00 | 518.40 |
| 09/03/19 | Michael W. Wilson | | | |
| C100 | Review title materials and exceptions documents for property and adjacent parcels (6.0). | 6.00 | 302.00 | 1,812.00 |
| 09/04/19 | Barbara Milanovich | | | |
| P240 | Legal analysis re pending review title exceptions and issues (1.8). | 1.80 | 648.00 | 1,166.40 |
| 09/04/19 | Michael W. Wilson | | | |
| C100 | Review title exceptions (1.8), update summary charts for three properties (1.4). | 3.20 | 302.00 | 966.40 |
| 09/05/19 | Barbara Milanovich | | | |
| P240 | Review documents in preparation for client meeting re title issues (.6), participate in meeting with G. Guerra, D. Polesley, C. Elliott and M. Wilson to discuss title issues (1.2). | 1.80 | 648.00 | 1,166.40 |
| 09/05/19 | Michael W. Wilson | | | |
| C100 | Conference with PG&E client team regarding title and access issues (1.2). | 1.20 | 302.00 | 362.40 |

Pacific Gas and Electric Company
10/08/2019
Page 5

Client 16213
Matter 045
Invoice 329382

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/05/19 | Dianne M. Sweeny | | | |
| C100 | Review purchase and sale agreement and prepare closing checklist (2.1). | 2.10 | 210.00 | 441.00 |
| 09/06/19 | Barbara Milanovich | | | |
| P240 | Read email from D. Polsely re title issues (.2), Send email to G. Guerra re drafting of documents (.2), review G. Guerra response re same (.1). | 0.50 | 648.00 | 324.00 |
| 09/06/19 | Michael W. Wilson | | | |
| C100 | Draft e-mail and send documents to Title Company related to access questions (.5). | 0.50 | 302.00 | 151.00 |
| 09/09/19 | Barbara Milanovich | | | |
| P240 | Review email to Old Republic outlining title issues (.2). | 0.20 | 648.00 | 129.60 |
| 09/09/19 | Michael W. Wilson | | | |
| C100 | Correspond with Title Company regarding access issue solutions (.6). | 0.60 | 302.00 | 181.20 |
| 09/09/19 | Dianne M. Sweeny | | | |
| C100 | Continue to review purchase and sale agreement to compile the critical dates and closing checklist (1.2). | 1.20 | 210.00 | 252.00 |
| 09/10/19 | Barbara Milanovich | | | |
| P600 | Read email from D. Polsely (.1), briefly review due diligence documents from Seller (.3), send follow-up email to D. Polsely re same (.1), Exchange emails with M. Wilson re title issues and critical dates (.4). | 0.90 | 648.00 | 583.20 |

Pacific Gas and Electric Company
10/08/2019
Page 6

Client 16213
Matter 045
Invoice 329382

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/10/19 | Michael W. Wilson | | | |
| C100 | Review and plot ownership over Brickyard Cove Road (1.5). | 1.50 | 302.00 | 453.00 |
| 09/10/19 | Michael W. Wilson | | | |
| C100 | Review purchase agreement and update closing checklist (1.9). | 1.90 | 302.00 | 573.80 |
| 09/11/19 | Barbara Milanovich | | | |
| P600 | Review Closing Checklist and Critical Dates (.3), Review email from D. Polsely, including voicemail message from Seller's broker (.3), Send email to D. Polsely re same (.2). | 0.80 | 648.00 | 518.40 |
| 09/11/19 | Michael W. Wilson | | | |
| C100 | Review due diligence materials (.2). | 0.20 | 302.00 | 60.40 |
| 09/13/19 | Barbara Milanovich | | | |
| P100 | Exchange emails with D. Polsely re receipt of documents from Seller and status of title documents (.2). | 0.20 | 648.00 | 129.60 |
| 09/17/19 | Barbara Milanovich | | | |
| P600 | Exchange emails with D. Polsley re status of due diligence materials, survey, and title documents and deadlines under the Purchase Agreement (.6). | 0.60 | 648.00 | 388.80 |
| 09/18/19 | Barbara Milanovich | | | |
| P240 | Exchange emails with D. Polsley re title issues (.4), Briefly review title documents prepared by PG&E (.6), Conference call with Title Company re access issues (.8), Summarize notes from call (.2), Draft email update to G. Guerra (.2). | 2.20 | 648.00 | 1,425.60 |

Pacific Gas and Electric Company
10/08/2019
Page 7

Client   16213
Matter   045
Invoice   329382

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/18/19 | Michael W. Wilson | | | |
| C100 | Prepare draft title objection letter (2.3). | 2.30 | 302.00 | 694.60 |
| 09/19/19 | Barbara Milanovich | | | |
| P600 | Review and revise Title Objection Letter (2.4), Exchange emails with D. Polsely and G. Guerra re title issues (.6). | 3.00 | 648.00 | 1,944.00 |
| 09/19/19 | Michael W. Wilson | | | |
| C100 | Review and revise title objection letter (2.6). | 2.60 | 302.00 | 785.20 |
| 09/20/19 | Barbara Milanovich | | | |
| P600 | Telephone conference with D. Polsely re status and title issues (2x) (1.5), Draft notice waiving contingencies other than title (.6), Conference with M. Wilson re title issues (.7), Telephone conference with Old Republic Title Company re title issues (.6), Review revised Title Objection Letter (.4), Transmit package of title documents to D. Polsely (.5), Read email from D. Polsely (.2). | 4.50 | 648.00 | 2,916.00 |
| 09/20/19 | Michael W. Wilson | | | |
| C100 | Update closing checklist and prepare draft title objection letter (4.4). | 4.40 | 302.00 | 1,328.80 |
| 09/23/19 | Barbara Milanovich | | | |
| P600 | Exchange emails with D. Polsely (.3), Revise Title Objection Letter (.2). | 0.50 | 648.00 | 324.00 |
| 09/24/19 | Barbara Milanovich | | | |
| P600 | Transmit Title Objection Letter to Old Republic Title (.2). | 0.20 | 648.00 | 129.60 |

Pacific Gas and Electric Company
10/08/2019
Page 8

Client 16213
Matter 045
Invoice 329382

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/25/19 | Barbara Milanovich | | | |
| P240 | Read email from D. Polsely re easements (.1), plan and prepare response to same (.3). | 0.40 | 648.00 | 259.20 |
| 09/30/19 | Barbara Milanovich | | | |
| P240 | Telephone conference with D. Polsely re drafting Purchase Agreement (.2), Telephone conference with D. Harnish re environmental issues (.4), Read email exchange with Title Company (.1). | 0.70 | 648.00 | 453.60 |
| | SERVICES TOTAL | 47.80 | | $21,086.60 |

## Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:        Case Name:        Lyons Land and Cattle, Merced
           Our File No.:      16213-047
           Corporate ID:      1606602

Invoice No.  329383        Statement Date:  10/08/2019

### SUMMARY of CHARGES

### Summary of Time

Milanovich, Barbara                    BAM        $648.00        1.00        648.00

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P800 | Maintenance and Renewal | 1.00 | 648.00 |
|      | SERVICES TOTAL: | 1.00 | 648.00 |
|      | Total Costs Advanced and Incurred | | 0.00 |
|      | Invoice Total | | $648.00 |



One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:             Case Name:        Lyons Land and Cattle, Merced
                Our File No.:      16213-047
                Corporate ID:    1606602

Invoice No.  329383      Statement Date:  10/08/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

Fees for Professional Services Rendered
    through September 30, 2019        $          648.00

Costs Advanced through September 30, 2019    $          0.00

Current Invoice Subtotal          $          648.00

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   16213
Matter   047
Invoice   329383

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/03/19 | Barbara Milanovich | | | |
| P800 | Read email from T. Schinckel of Weil (.1), Telephone conference with Seller's attorney (.1), Send follow-up email to T. Schinckel (.1). | 0.30 | 648.00 | 194.40 |
| 09/05/19 | Barbara Milanovich | | | |
| P800 | Send follow-up email to MID attorney (0.1). | 0.10 | 648.00 | 64.80 |
| 09/13/19 | Barbara Milanovich | | | |
| P800 | Review letter from T. Schinckel of Weil to Lyons' bankruptcy counsel (.1) and send email re same (.1), Read email form MID's attorney (.1). | 0.30 | 648.00 | 194.40 |
| 09/25/19 | Barbara Milanovich | | | |
| P800 | Telephone conference with M. Redford re status of MID Agreement (.1), Send follow-up email to MID attorney and transmit recorded easement (.2). | 0.30 | 648.00 | 194.40 |
| | SERVICES TOTAL | 1.00 | | $648.00 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

Re:        Case Name:       General Advice and Counsel - Surplus Disposition
           Our File No.:     16213-089
           Corporate ID:     1807145

Invoice No.  329384        Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

Milanovich, Barbara              BAM        $648.00         7.10        4,600.80

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 1.80 | 1,166.40 |
| P400 | Initial Document Preparation/Filing | 5.30 | 3,434.40 |
|      | SERVICES TOTAL: | 7.10 | 4,600.80 |
|      | Total Costs Advanced and Incurred | | 0.00 |
|      | Invoice Total | | $4,600.80 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Grant Guerra

Re:       Case Name:        General Advice and Counsel - Surplus Disposition
          Our File No.:          16213-089
          Corporate ID:        1807145

                         Invoice No.  329384        Statement Date:  10/08/2019

          *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *

          Summary of Current Activity:

              Fees for Professional Services Rendered
                  through September 30, 2019              $          4,600.80

              Costs Advanced through September 30, 2019   $              0.00

              Current Invoice Subtotal                    $          4,600.80

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   16213
Matter   089
Invoice   329384

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/19 | Barbara Milanovich | | | |
| P400 | Review D. Harnish's comments to Purchase Agreement Template 3 (.2). | 0.20 | 648.00 | 129.60 |
| 09/11/19 | Barbara Milanovich | | | |
| P300 | Participate in conference call with A. Chandler, K. Pearce and D. Harnish re credit enhancement to secure Buyer's obligations (1.0). | 1.00 | 648.00 | 648.00 |
| 09/11/19 | Barbara Milanovich | | | |
| P400 | Revise Purchase Agreement Template 1 (.5) and transmit to D. Harnish (.1), Draft email to G. Guerra describing updates to Purchase Agreement Template 1 (.7). | 1.30 | 648.00 | 842.40 |
| 09/16/19 | Barbara Milanovich | | | |
| P400 | Draft letter of intent for PSA Template 1. | 0.90 | 648.00 | 583.20 |
| 09/17/19 | Barbara Milanovich | | | |
| P400 | Finaize letter of intent for PSA Template 1 (.6) and transmit clean and redline copies to D. Harnish (.2). | 0.80 | 648.00 | 518.40 |
| 09/20/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with D. Harnish re letter of intent for PSA Template 1 (.4), Begin revising letter of intent and PSA Template 1 (.8). | 1.20 | 648.00 | 777.60 |
| 09/21/19 | Barbara Milanovich | | | |
| P400 | Revise PSA Template 1 and accompanying letter of intent (.7) and transmit clean and redline copies (.2). | 0.90 | 648.00 | 583.20 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/26/19 | Barbara Milanovich | | | |
| P300 | Read exchange of emails regarding financial assurances (.3), Telephone conference with D. Harnish re same and unreinforced masonry buildings (.3), Draft email to risk management team re Land Use Covenant (.2). | 0.80 | 648.00 | 518.40 |
| | SERVICES TOTAL | 7.10 | | $4,600.80 |

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:      2019 Bankruptcy General Advice and Counsel
         Our File No.:      16213-101
         Corporate ID:      1907533

Invoice No.  329385      Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| M. Ficks, Gregg | GMF | $623.00 | 17.10 | 10,653.30 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 17.10 | 10,653.30 |
| | SERVICES TOTAL: | 17.10 | 10,653.30 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $10,653.30 |



One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:        2019 Bankruptcy General Advice and Counsel
         Our File No.:       16213-101
         Corporate ID:      1907533

                  Invoice No.  329385      Statement Date:  10/08/2019

         *  *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *  *

         Summary of Current Activity:

         Fees for Professional Services Rendered
              through September 30, 2019              $          10,653.30

         Costs Advanced through September 30, 2019    $               0.00

         Current Invoice Subtotal                     $          10,653.30

Pacific Gas and Electric Company
10/08/2019
Page 3

Client  16213
Matter  101
Invoice  329385

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|------------------|-------|------|--------|
| 09/03/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz August Monthly Fee Statement (0.7). | 0.70 | 623.00 | 436.10 |
| 09/04/19 | Gregg M. Ficks | | | |
| P100 | Supervise Coblentz Accounting staff and attorneys re preparation of time entries and invoices for August Monthly Fee Statement (0.3), prepare and finalize Coblentz Supplemental Disclosures for filing in bankruptcy case re Coblentz employment as special counsel (1.4), exchange e-mails with PG&E local Chapter 11 counsel re same (0.1). | 1.80 | 623.00 | 1,121.40 |
| 09/05/19 | Gregg M. Ficks | | | |
| P100 | Review and reduce Coblentz invoices for August fees and costs for compliance with Bankruptcy Court requirements, U.S. Trustee Guidelines, and Fee Examiner Protocols and in preparation of Coblentz Seventh Monthly Fee Statement. | 1.40 | 623.00 | 872.20 |
| 09/06/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz Seventh Monthly Fee Statement and Exhibits re same (1.3), exchange e-mails with local PG&E Chapter 11 counsel re same (0.2), case calendaring re same (0.0), review Bankruptcy Court PACER docket re status of any case objections to Coblentz Monthly Fee Statements (0.1). | 1.60 | 623.00 | 996.80 |
| 09/09/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz First Fee Application (0.3). | 0.30 | 623.00 | 186.90 |

Pacific Gas and Electric Company
10/08/2019
Page 4

Client   16213
Matter  101
Invoice  329385

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/10/19 | Gregg M. Ficks | | | |
| P100 | Prepare attorney Certification and letter to client re Coblentz First Fee Application (.6), prepare Coblentz First Fee Application (.6). | 1.20 | 623.00 | 747.60 |
| 09/11/19 | Gregg M. Ficks | | | |
| P100 | Prepare Certificates of No Objection re Coblentz First, Second, Third, Fourth, Fifth, and Sixth Monthly Fee Statements, including review of PACER docket and filings re Affidavits of Service re same re same (1.2), prepare attorney certification in support of First Fee Application and Attachment re same, including review of Northern District Guidelines re same (0.9), prepare Coblentz First Fee Application including review of United Status Trustee Guidelines re same (1.4). | 3.50 | 623.00 | 2,180.50 |
| 09/14/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz First Interim Fee Application and Summary Sheet re same (0.7), prepare attorney Certification in support of same (0.2). | 0.90 | 623.00 | 560.70 |
| 09/16/19 | Gregg M. Ficks | | | |
| P100 | Prepare Coblentz First Interim Fee Application (0.2). | 0.20 | 623.00 | 124.60 |
| 09/18/19 | Gregg M. Ficks | | | |
| P100 | Review Bankruptcy Court PACER docket re status of filing of any objections to Coblentz First, Second, and Third Monthly Fee Statements in advance of filing of Certificates of No Objection re same (0.2), prepare e-mails to PG&E Chapter 11 local bankruptcy counsel re filing and service of Certificates of No Objections re same (0.2). | 0.40 | 623.00 | 249.20 |

Pacific Gas and Electric Company
10/08/2019
Page 5

Client   16213
Matter  101
Invoice  329385

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/21/19 | Gregg M. Ficks | | | |
| P100 | Review Bankruptcy Court and PACER docket re status of Coblentz Monthly Fee Statements and any objections to same following expiration of objection deadline re Coblentz Fourth, Fifth, and Sixth Monthly Fee Statements (0.1), finalize Certificates of No Objection re Fourth, Fifth, and Sixth Monthly Fee Statements re same (0.2). | 0.30 | 623.00 | 186.90 |
| 09/23/19 | Gregg M. Ficks | | | |
| P100 | Revise and finalize Certificates of No Objection re Coblentz Fourth, Fifth and Sixth Monthly Fee Statements (0.4), prepare and exchange e-mails with PG&E local Chapter 11 counsel re filing and service of same (0.2), review Bankruptcy Court PACER docket re filing of same, and supervise downloading of file documents re same for transmission to PG&E (0.1). | 0.70 | 623.00 | 436.10 |
| 09/25/19 | Gregg M. Ficks | | | |
| P100 | Legal analysis re Coblentz retention issues re proposed real estate matter for PG&E, including re further potential conflicts check re contract parties and potential disclosures in bankruptcy case re same (0.2). | 0.20 | 623.00 | 124.60 |
| 09/26/19 | Gregg M. Ficks | | | |
| P100 | Review conflict waiver letters and legal analysis re Coblentz retention issues and further potential disclosures in bankruptcy case re renewed real estate matter for PG&E, including internal investigation re ethical wall and related issues re same (0.6). | 0.60 | 623.00 | 373.80 |

Pacific Gas and Electric Company
10/08/2019
Page 6

Client 16213
Matter 101
Invoice 329385

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/27/19 | Gregg M. Ficks | | | |
| P100 | Legal analysis re conflict waiver and potential further disclosure issues re additional contract party re Coblentz retention following request by PG&E for renewal of real estate project involving developer (0.3), internal communications re same (0.1). | 0.40 | 623.00 | 249.20 |
| 09/28/19 | Gregg M. Ficks | | | |
| P100 | Review and analyze e-mail, attached proposed Opposition to Fee Examiner Protocols, and proposed redline of Fee Examiner Protocols received from Cravath re potential joinder to Opposition re same (0.4), review Local Fee Guidelines re same (0.2), plan and prepare substantive response e-mail to Cravath re same (1.5). | 2.10 | 623.00 | 1,308.30 |
| 09/29/19 | Gregg M. Ficks | | | |
| P100 | Review and analyze e-mails from other Special Counsel, including review of attached proposed revised Opposition re Fee Protocols Motion (.2). | 0.20 | 623.00 | 124.60 |
| 09/30/19 | Gregg M. Ficks | | | |
| P100 | Prepare revisions to Coblentz Seventh Monthly Fee Statement and prepare same for filing (0.2), exchange e-mails with PG&E local Chapter 11 counsel re filing and service of same (0.2), review Bankruptcy Court PACER website and docket re filing of same, arrange for download of same and case calendaring re objection deadline re same (0.1), review and analyze further responsive e-mail from other Special Counsel re objection to Motion Re Fee Protocols (0.1). | 0.60 | 623.00 | 373.80 |
| | SERVICES TOTAL | 17.10 | | $10,653.30 |

Pacific Gas and Electric Company
10/08/2019
Page 7

Client   16213
Matter   101
Invoice   329385



**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:      Local Community Energy Fire Resiliency
         Our File No.:      16213-106
         Corporate ID:      1907571

Invoice No.  329386      Statement Date:  10/08/2019

**SUMMARY of CHARGES**

**Summary of Time**

Milanovich, Barbara      BAM      $648.00      1.10      712.80

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P500 | Negotiation/Revision/Responses | 1.10 | 712.80 |
|      | SERVICES TOTAL: | 1.10 | 712.80 |
|      | Total Costs Advanced and Incurred | | 0.00 |
|      | Invoice Total | | $712.80 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:     Local Community Energy Fire Resiliency
         Our File No.:     16213-106
         Corporate ID:    1907571

Invoice No.  329386      Statement Date:  10/08/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through September 30, 2019 | $ | 712.80 |
| Costs Advanced through September 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 712.80 |

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   16213
Matter   106
Invoice   329386

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/17/19 | Barbara Milanovich | | | |
| P500 | Review exchange of correspondence and Rental Application for Yuba County Facility (.7), Draft email to W. Coleman re same (.2), Telephone conference with W. Coleman re same (.2). | 1.10 | 648.00 | 712.80 |
| | SERVICES TOTAL | 1.10 | | $712.80 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

| Re: | Case Name: | CPUC Regulatory Investigation |
|-----|-----------|------------------------------|
|     | Our File No.: | 16213-056 |
|     | Corporate ID: | 1907471 |

Invoice No. 329387     Statement Date: 10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| P. Coyle, Sean | SPC | $500.00 | 3.60 | 1,800.00 |
|----------------|-----|---------|------|----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| L120 | Analysis/Strategy | 3.20 | 1,600.00 |
| L130 | Experts/Consultants | 0.40 | 200.00 |
|  | SERVICES TOTAL: | 3.60 | 1,800.00 |
|  | Total Costs Advanced and Incurred |  | 0.00 |
|  | Invoice Total |  | $1,800.00 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Steve Frank

Re:      Case Name:    CPUC Regulatory Investigation
           Our File No.:    16213-056
           Corporate ID:   1907471

Invoice No. 329387    Statement Date: 10/08/2019

\* \* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through September 30, 2019 | $ | 1,800.00 |
| Costs Advanced through September 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,800.00 |

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   16213
Matter   056
Invoice   329387

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/06/19 | Sean P. Coyle | | | |
| L120 | Call with client regarding document preservation issues (.5). | 0.50 | 500.00 | 250.00 |
| 09/06/19 | Sean P. Coyle | | | |
| L130 | Call with KPMG regarding database issues (.4). | 0.40 | 500.00 | 200.00 |
| 09/18/19 | Sean P. Coyle | | | |
| L120 | Draft correspondence to OII parties regarding response to ALJ's question concerning Chapter 11 issues (.2). | 0.20 | 500.00 | 100.00 |
| 09/18/19 | Sean P. Coyle | | | |
| L120 | Calls with client and bankruptcy counsel regarding response to ALJ's question concerning Chapter 11 process (1.2). | 1.20 | 500.00 | 600.00 |
| 09/18/19 | Sean P. Coyle | | | |
| L120 | Draft and revise correspondence to company bankruptcy counsel regarding response to ALJ's question concerning Chapter 11 process (.7). | 0.70 | 500.00 | 350.00 |
| 09/19/19 | Sean P. Coyle | | | |
| L120 | Revise and finalize correspondence to ALJ regarding bankruptcy issues (.6). | 0.60 | 500.00 | 300.00 |
| | SERVICES TOTAL | 3.60 | | $1,800.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Re: | Case Name: | DWR - Oroville Dam |
|-----|-----------|--------------------|
| | Our File No.: | 16213-060 |
| | Corporate ID: | 1706888 |

Invoice No. 329388     Statement Date: 10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| P. Coyle, Sean | SPC | $500.00 | 0.90 | 450.00 |
| L. Hejinian, Mark | MLH | $400.00 | 10.90 | 4,360.00 |
| F. McKee, James | JFM | $400.00 | 13.30 | 5,320.00 |
| Doan, Viet | VND | $175.00 | 7.30 | 1,277.50 |

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| L110 | Fact Investigation/Development | 1.20 | 480.00 |
| L130 | Experts/Consultants | 1.90 | 820.00 |
| L143 | eDiscovery - Identification and Preservation | 0.10 | 50.00 |
| L200 | Pre-Trial Pleadings and Motions | 0.20 | 100.00 |
| L330 | Depositions | 22.40 | 8,802.50 |
| L650 | Review | 1.00 | 175.00 |
| L670 | Production | 5.60 | 980.00 |



Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

Re:        Case Name:      DWR - Oroville Dam
           Our File No.:    16213-060
           Corporate ID:    1706888

             Invoice No.  329388      Statement Date:  10/08/2019

        SERVICES TOTAL:                              32.40        11,407.50

                        Costs Advanced and Incurred

        Total Costs Advanced and Incurred                         5,266.00

        Invoice Total                                            $16,673.50

**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

| Re: | Case Name: | DWR - Oroville Dam |
|-----|-----------|--------------------|
|     | Our File No.: | 16213-060 |
|     | Corporate ID: | 1706888 |

Invoice No. 329388    Statement Date: 10/08/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through September 30, 2019 | $ | 11,407.50 |
| Costs Advanced through September 30, 2019 | $ | 5,266.00 |
| Current Invoice Subtotal | $ | 16,673.50 |

Pacific Gas and Electric Company
10/08/2019
Page 4

Client 16213
Matter 060
Invoice 329388

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/03/19 | James F. McKee | | | |
| L330 | Review documents related to DRW engineer witness in preparation for deposition (2.3). | 2.30 | 400.00 | 920.00 |
| 09/04/19 | Viet Doan | | | |
| L330 | Pull all attachments for DRW engineer witness's deposition with date order (.7). | 0.70 | 175.00 | 122.50 |
| 09/04/19 | James F. McKee | | | |
| L330 | Review documents related to DRW engineer witness in preparation for deposition (2.3). | 2.30 | 400.00 | 920.00 |
| 09/05/19 | Mark L. Hejinian | | | |
| L330 | Attend by phone deposition of DWR witness Holly Nichols (9.0). | 9.00 | 400.00 | 3,600.00 |
| 09/05/19 | Viet Doan | | | |
| L650 | Document search from email chains for email and attachments (.3). | 0.30 | 175.00 | 52.50 |
| 09/05/19 | James F. McKee | | | |
| L330 | Draft and revise outline of deposition for DRW engineer witness (1.2). | 1.20 | 400.00 | 480.00 |
| 09/06/19 | Viet Doan | | | |
| L670 | Download DWR production and update production database (1.3) | 1.30 | 175.00 | 227.50 |
| 09/09/19 | Viet Doan | | | |
| L670 | Perform document search from search terms (.8). | 0.80 | 175.00 | 140.00 |

Pacific Gas and Electric Company
10/08/2019
Page 5

Client 16213
Matter 060
Invoice 329388

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 09/09/19 | James F. McKee | | | |
| L330 | Draft deposition outline for DRW engineer witness (.2). | 0.20 | 400.00 | 80.00 |
| 09/10/19 | Mark L. Hejinian | | | |
| L330 | Email with lead plaintiff's counsel re: deposition scheduling (.2). | 0.20 | 400.00 | 80.00 |
| 09/10/19 | James F. McKee | | | |
| L330 | Draft and revise outline for deposition of DRW engineer witness (1.4). | 1.40 | 400.00 | 560.00 |
| 09/11/19 | James F. McKee | | | |
| L330 | Draft and revise deposition outline for DRW engineer witness (2.6). | 2.60 | 400.00 | 1,040.00 |
| 09/13/19 | Viet Doan | | | |
| L670 | Download, document process of Butte County's production set and update production database (1.2) | 1.20 | 175.00 | 210.00 |
| 09/13/19 | James F. McKee | | | |
| L330 | Draft outline for deposition of DRW engineer witness (1.9). | 1.90 | 400.00 | 760.00 |
| 09/17/19 | Viet Doan | | | |
| L650 | Document export per provided list for attorney review (.3). | 0.30 | 175.00 | 52.50 |
| 09/17/19 | Sean P. Coyle | | | |
| L200 | Correspondence to plaintiffs' liaison counsel regarding plan for opposing DWR's motion to vacate trial and related dates (.1). | 0.10 | 500.00 | 50.00 |

Pacific Gas and Electric Company
10/08/2019
Page 6

Client 16213
Matter 060
Invoice 329388

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/17/19 | Sean P. Coyle | | | |
| L200 | Prepare for call and call client regarding motion to vacate trial date and other case management issues (.1). | 0.10 | 500.00 | 50.00 |
| 09/17/19 | James F. McKee | | | |
| L330 | Draft DRW engineer witness deposition outline (.2). | 0.20 | 400.00 | 80.00 |
| 09/18/19 | Mark L. Hejinian | | | |
| L330 | Attend to scheduling of depositions (.2). | 0.20 | 400.00 | 80.00 |
| 09/23/19 | Viet Doan | | | |
| L670 | Document process and update production database, volume JEMORT002 (.3). | 0.30 | 175.00 | 52.50 |
| 09/23/19 | Sean P. Coyle | | | |
| L130 | Prepare for and attend call with client regarding case status and expert retention (.6). | 0.60 | 500.00 | 300.00 |
| 09/23/19 | James F. McKee | | | |
| L110 | Review document production by co-party Jeanette Morton (.1). | 0.10 | 400.00 | 40.00 |
| 09/24/19 | Mark L. Hejinian | | | |
| L330 | Attento to deposition transcripts ordered and obtained (.2). | 0.20 | 400.00 | 80.00 |
| 09/26/19 | Mark L. Hejinian | | | |
| L130 | Draft and revise expert engagement letter (1.3). | 1.30 | 400.00 | 520.00 |

Pacific Gas and Electric Company
10/08/2019
Page 7

Client 16213
Matter 060
Invoice 329388

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/27/19 | Viet Doan | | | |
| L670 | Document process and update database, volume ROPLAS002 (.4). | 0.40 | 175.00 | 70.00 |
| 09/30/19 | Viet Doan | | | |
| L650 | Conduct document searches per key terms (.4). | 0.40 | 175.00 | 70.00 |
| 09/30/19 | Viet Doan | | | |
| L670 | Download and update database, volume ROPLAS003 and volume TMILLER002 (1.6). | 1.60 | 175.00 | 280.00 |
| 09/30/19 | Sean P. Coyle | | | |
| L143 | Call to K. Lim regarding data collection (.1). | 0.10 | 500.00 | 50.00 |
| 09/30/19 | James F. McKee | | | |
| L110 | Review DWR document production for key documents (1.1). | 1.10 | 400.00 | 440.00 |
| | SERVICES TOTAL | 32.40 | | $11,407.50 |

| Costs Advanced | Amount |
|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 3,310.35 |
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,955.65 |
| Total Costs Advanced and Incurred | 5,266.00 |
| Current Invoice Subtotal $ | 16,673.50 |

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy Coleman

| Re: | Case Name: | General Real Estate (401207) |
|---|---|---|
| | Our File No.: | 02898-110 |
| | Corporate ID: | 401207 |

Invoice No.  329389      Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $648.00 | 0.80 | 518.40 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 0.80 | 518.40 |
| | SERVICES TOTAL: | 0.80 | 518.40 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $518.40 |

# Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas & Electric Company
Law Department - Billing
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy Coleman

Re:　　　Case Name:　　　General Real Estate (401207)
　　　　　Our File No.:　　　02898-110
　　　　　Corporate ID:　　　401207

Invoice No.  329389　　　Statement Date:  10/08/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

Fees for Professional Services Rendered
through September 30, 2019　　　$　　　518.40

Costs Advanced through September 30, 2019　　　$　　　0.00

Current Invoice Subtotal　　　$　　　518.40

Pacific Gas & Electric Company
10/08/2019
Page 3

Client  02898
Matter  110
Invoice  329389

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/17/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report (.3). | 0.30 | 648.00 | 194.40 |
| 09/23/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report (.2). | 0.20 | 648.00 | 129.60 |
| 09/24/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report (.2). | 0.20 | 648.00 | 129.60 |
| 09/30/19 | Barbara Milanovich | | | |
| P100 | Update Transaction Status Report (.1). | 0.10 | 648.00 | 64.80 |
| | SERVICES TOTAL | 0.80 | | $518.40 |

# Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Matthew Dudley

Re:  Case Name:  Hinkley CA Purchases
Our File No.:  02898-376
Corporate ID:  501619

Invoice No.  329390     Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 1.70 | 1,101.60 |
| W. Wilson, Michael | MRW | $302.00 | 2.50 | 755.00 |
| M. Sweeny, Dianne | DMS | $210.00 | 1.20 | 252.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| C100 | Fact Gathering | 3.70 | 1,007.00 |
| P100 | Project Administration | 1.30 | 842.40 |
| P400 | Initial Document Preparation/Filing | 0.40 | 259.20 |
| | SERVICES TOTAL: | 5.40 | 2,108.60 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $2,108.60 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Matthew Dudley

Re:       Case Name:        Hinkley CA Purchases
          Our File No.:     02898-376
          Corporate ID:     501619

            Invoice No.  329390        Statement Date:  10/08/2019

          * * * * * * * * * *  BILLING SUMMARY  * * * * * * * * * * *

          Summary of Current Activity:

          Fees for Professional Services Rendered
            through September 30, 2019          $        2,108.60

          Costs Advanced through September 30, 2019    $            0.00

          Current Invoice Subtotal              $        2,108.60

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   02898
Matter   376
Invoice   329390

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/19 | Barbara Milanovich | | | |
| P100 | Participate in bi-weekly call with PG&E team (.5). | 0.50 | 648.00 | 324.00 |
| 09/09/19 | Michael W. Wilson | | | |
| C100 | Update transaction tracking sheet and discuss status with team (1.0). | 1.00 | 302.00 | 302.00 |
| 09/10/19 | Barbara Milanovich | | | |
| P100 | Draft approval as to form for Purchase Agreement for APN 0495-031-31 (.6). | 0.60 | 648.00 | 388.80 |
| 09/10/19 | Michael W. Wilson | | | |
| C100 | Review and approve Seller signed form of purchase agreement for APN 0495-031-31 (.5). | 0.50 | 302.00 | 151.00 |
| 09/12/19 | Barbara Milanovich | | | |
| P100 | Review emails relating to bankruptcy court approval for transactions (.2). | 0.20 | 648.00 | 129.60 |
| 09/16/19 | Barbara Milanovich | | | |
| P400 | Telephone conference with M. Dudley re Purchase Agreement for APN 0495-041-27 (.2), Telephone conference with M. Wilson re revisions to Purchase Agreement (.1), Read and respond to email correspondence (.1). | 0.40 | 648.00 | 259.20 |
| 09/16/19 | Michael W. Wilson | | | |
| C100 | Revise section 9.1 of purchase agreement for APN 0495-041-27 (1.0). | 1.00 | 302.00 | 302.00 |

Pacific Gas and Electric Company
10/08/2019
Page 4

Client   02898
Matter   376
Invoice   329390

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/24/19 | Dianne M. Sweeny | | | |
| C100 | Review and update title review chart for APN 0495-031-31 (1.2). | 1.20 | 210.00 | 252.00 |
| | SERVICES TOTAL | 5.40 | | $2,108.60 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:      Case Name:      Contract Review - Real Estate / Shared Services
         Our File No.:      02898-799
         Corporate ID:      1305080

Invoice No.  329391      Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $648.00 | 34.50 | 22,356.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P240 | Real and Personal Property | 1.60 | 1,036.80 |
| P400 | Initial Document Preparation/Filing | 32.90 | 21,319.20 |
| | SERVICES TOTAL: | 34.50 | 22,356.00 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $22,356.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:       Case Name:       Contract Review - Real Estate / Shared Services
          Our File No.:       02898-799
          Corporate ID:     1305080

Invoice No.  329391      Statement Date:  10/08/2019

\* \* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through September 30, 2019 | $ | 22,356.00 |
| Costs Advanced through September 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 22,356.00 |

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   02898
Matter   799
Invoice   329391

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/18/19 | Barbara Milanovich | | | |
| P240 | Sacramento:  Review letter of intent for office/warehouse space (.6), Draft follow-up email with questions (.3) and read response from M. Redford (.1). | 1.00 | 648.00 | 648.00 |
| 09/19/19 | Barbara Milanovich | | | |
| P400 | Draft Release and Waiver (2.6). | 2.60 | 648.00 | 1,684.80 |
| 09/20/19 | Barbara Milanovich | | | |
| P400 | Draft notice exercising option to extend Vacaville Lease (1.5), Transmit to PG&E (.1), Read email from J. Criswell (.1), Draft Request for Approval to W. Coleman (.6). | 2.30 | 648.00 | 1,490.40 |
| 09/20/19 | Barbara Milanovich | | | |
| P400 | Begin reviewing and drafting Addendum to Sacramento Lease (2.1). | 2.10 | 648.00 | 1,360.80 |
| 09/21/19 | Barbara Milanovich | | | |
| P400 | Sacramento Lease:  Draft Addendum to Lease (3.2). | 3.20 | 648.00 | 2,073.60 |
| 09/23/19 | Barbara Milanovich | | | |
| P400 | Sacramento Lease:  Telephone conference with M. Redford re business terms (.5), Read email re proposed use (.2), Draft Addendum to AIR Form Lease (3.6). | 4.30 | 648.00 | 2,786.40 |
| 09/23/19 | Barbara Milanovich | | | |
| P240 | Santa Rosa Lease Amendment:  Review letter of intent (.6). | 0.60 | 648.00 | 388.80 |

Pacific Gas and Electric Company
10/08/2019
Page 4

Client 02898
Matter 799
Invoice 329391

| Date/Task | Atty/Description | Hours | Rate | Amount |
|-----------|-----------------|-------|------|--------|
| 09/24/19 | Barbara Milanovich | | | |
| P400 | Santa Rosa:  Prepare initial draft of Sixth Amendment to Lease extending term (3.2), Transmit to PG&E with list of questions (.6). | 3.80 | 648.00 | 2,462.40 |
| 09/24/19 | Barbara Milanovich | | | |
| P400 | Sacramento Lease:  Finalize draft Addendum (1.2) and transmit same for internal PG&E review (.3). | 1.50 | 648.00 | 972.00 |
| 09/25/19 | Barbara Milanovich | | | |
| P400 | Santa Rosa Lease:  Telephone conference with J. Criswell re Sixth Amendment to Lease (.6), Revise Amendment (1.7) and transmit clean and redline copies (.2). | 2.50 | 648.00 | 1,620.00 |
| 09/26/19 | Barbara Milanovich | | | |
| P400 | Santa Rosa Lease Amendment:  Telephone conference with J. Criswell re comments to Amendment (.3), Revise Amendment (.4) and transmit clean and redline copies (.1). | 0.80 | 648.00 | 518.40 |
| 09/26/19 | Barbara Milanovich | | | |
| P400 | Sacramento Lease:  Participate in internal conference call with M. Redford, J. Criswell and W. Coleman to discuss draft Addendum to AIR Form Lease (2.0), Revise printed form Lease and Addendum (3.3). | 5.30 | 648.00 | 3,434.40 |

Pacific Gas and Electric Company
10/08/2019
Page 5

Client 02898
Matter 799
Invoice 329391

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/30/19 | Barbara Milanovich | | | |
| P400 | Santa Rosa Lease Amendment: Review email from J. Criswell re early termination (.2), Revise Sixth Amendment to Lease (.9) and transmit clean and redline copies (.1), Telephone conference with J. Criswell re additional Exhibit (.2), Further revise Amendment to add Exhibit (.3) and transmit clean and redline copies (.1). | 1.80 | 648.00 | 1,166.40 |
| 09/30/19 | Barbara Milanovich | | | |
| P400 | Sacramento Lease: Participate in call with Weil attorneys (M. Bond and T. Schinckel) and W. Coleman re process for approval by bankruptcy committees and transfer provisions (.4), Revise AIR Form Lease and Addendum (2.3). | 2.70 | 648.00 | 1,749.60 |
| | SERVICES TOTAL | 34.50 | | $22,356.00 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

Re:      Case Name:     Land Stewardship
              Our File No.:     02898-357
              Corporate ID:    803093

Invoice No.  329409     Statement Date:  10/08/2019

## SUMMARY of CHARGES

### Summary of Time

C. Sands, Douglas          DCS     $648.00     59.40     38,491.20

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P300 | Structure/Strategy/Analysis | 59.40 | 38,491.20 |
|  | SERVICES TOTAL: | 59.40 | 38,491.20 |
|  | Courtesy Discount |  | (1,154.74) |
|  | Total Costs Advanced and Incurred |  | 0.00 |
|  | Invoice Total |  | $37,336.46 |

# Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|-----|------------|------------------|
|     | Our File No.: | 02898-357 |
|     | Corporate ID: | 803093 |

Invoice No.  329409      Statement Date:  10/08/2019

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| Fees for Professional Services Rendered through September 30, 2019 | $ | 38,491.20 |
|---|---|---|
| Less Courtesy Discount | $ | (1,154.74) |
| Costs Advanced through September 30, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 37,336.46 |

Pacific Gas and Electric Company
10/08/2019
Page 3

Client   02898
Matter   357
Invoice   329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Review Exhibit G to CE (.4), telephone conference with P. Coviello (.2), email client re Exhibit G (.3), revise escrow letter (1.1), email to S. Stanford re close (.3). | 2.30 | 648.00 | 1,490.40 |
| 09/09/19 | Douglas C. Sands | | | |
| P300 | Narrows:  Review J. Peck closing items memo (.4), conference call with J. Peck, P. Coviello, S. Maggard, S. Bauman, R. Shanahan, W. Whittlesey, D. DeVore, T. Johnson re closing (1.0), telephone conference with P. Coviello re closing (.4), email with W. Coleman re same (.2). | 2.00 | 648.00 | 1,296.00 |
| 09/10/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC call with P. Coviello, D. Ross, C. Davis, S. Perez, R. Medina, J. Swenson, T. Kelly (1.5). | 1.50 | 648.00 | 972.00 |
| 09/10/19 | Douglas C. Sands | | | |
| P300 | Fordyce:  Weekly closing call with J. Swenson, P. Coviello, E. Tarr (.5) | 0.50 | 648.00 | 324.00 |
| 09/10/19 | Douglas C. Sands | | | |
| P300 | Auberry:  Weekly closing call with P. Coviello, C. Davis M. Odell (.5). | 0.50 | 648.00 | 324.00 |
| 09/10/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Coordinate closing with title (1.3), review closing documents (1.1). | 2.40 | 648.00 | 1,555.20 |

Pacific Gas and Electric Company
10/08/2019
Page 4

Client  02898
Matter  357
Invoice  329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/10/19 | Douglas C. Sands | | | |
| P300 | Burney:  Telephone conference with C. Davis (.3), telephone conference with M. Schonherr (.4), review cultural easement outline (.4). | 1.10 | 648.00 | 712.80 |
| 09/11/19 | Douglas C. Sands | | | |
| P300 | Burney Garden:  Review cultural easement outline (1.4), correspondence with M. Schonherr (.4), correspondence with E. Healy (.3). | 2.10 | 648.00 | 1,360.80 |
| 09/11/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Correspondence with S. Stanford (.2). | 0.20 | 648.00 | 129.60 |
| 09/12/19 | Douglas C. Sands | | | |
| P300 | Correspondence with W. Coleman re upcoming LCC - related projects (.4). | 0.40 | 648.00 | 259.20 |
| 09/12/19 | Douglas C. Sands | | | |
| P300 | Kings River:  Weekly call with P. Coviello, E. Healy, C. Davis (.5). | 0.50 | 648.00 | 324.00 |
| 09/12/19 | Douglas C. Sands | | | |
| P300 | USFS Battle Creek:  Weekly call with P. Coviello, T. Kelly, E. Healy and B. Brand (.5). | 0.50 | 648.00 | 324.00 |
| 09/12/19 | Douglas C. Sands | | | |
| P300 | Update pending matters report (.7). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
10/08/2019
Page 5

Client 02898
Matter 357
Invoice 329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/13/19 | Douglas C. Sands | | | |
| P300 | Sky Mountain: Telephone conference with J. Turrini, D. Guenzler and J. Swenson re document comments (1.3). | 1.30 | 648.00 | 842.40 |
| 09/13/19 | Douglas C. Sands | | | |
| P300 | Burney: Call M. Schonherr, E. Healy, H. Krolick re tribal easement issues (1.0). | 1.00 | 648.00 | 648.00 |
| 09/13/19 | Douglas C. Sands | | | |
| P300 | Eel Retained: Revise provisions and CE re dam removal (2.2). | 2.20 | 648.00 | 1,425.60 |
| 09/16/19 | Douglas C. Sands | | | |
| P300 | Review response to CPUC regarding right of first refusal to tribes (3.7). | 3.70 | 648.00 | 2,397.60 |
| 09/16/19 | Douglas C. Sands | | | |
| P300 | Humbug: Telephone conference with H. Krolick, A. Robertson, E. Healy (.4), telephone conference with M. Schonherr (.5), correspondence with M. Schonherr (.4), telephone conference with P. Coviello (.5), telephone conference with H. Krolick, M. Schonherr, A. Robertson, B. Snyder, E. Healy (.5), telephone conference with S. Stanford (.3), telephone conference with Plumas county assessor (.2), review assessor documents (.6). | 3.40 | 648.00 | 2,203.20 |
| 09/16/19 | Douglas C. Sands | | | |
| P300 | Correspondence with M. Schonherr re LCC NDA agreements with tribes (.6). | 0.60 | 648.00 | 388.80 |

Pacific Gas and Electric Company
10/08/2019
Page 6

Client   02898
Matter   357
Invoice   329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Correspondence with D. Ross (.3) and review roster of closing transactions (.8). | 1.10 | 648.00 | 712.80 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Auberry:  telephone conference with E. Healy, P. Coviello, M. O'dell re closing (.3). | 0.30 | 648.00 | 194.40 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Review deed comments (.4). | 0.40 | 648.00 | 259.20 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Telephone conference with County Assessor (.8), telephone conference with H. Krolick (.7), telephone conference with County Recorder (1.1), revise deed (.7), telephone conference with P. Coviello (.3), telephone conference with S. Stanford (.4), email working group (.4). | 4.40 | 648.00 | 2,851.20 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC call with P. Coviello, D. Ross, C. Davis, J. Swenson, T. Kelly, M. Schonherr (1.5). | 1.50 | 648.00 | 972.00 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Gun Club:  Review document comments (.9). | 0.90 | 648.00 | 583.20 |
| 09/17/19 | Douglas C. Sands | | | |
| P300 | Burney:  Reply to email from H. Krolick (.3). | 0.30 | 648.00 | 194.40 |
| 09/18/19 | Douglas C. Sands | | | |
| P300 | New Fall River Mills:  Review CE (.7). | 0.70 | 648.00 | 453.60 |

Pacific Gas and Electric Company
10/08/2019
Page 7

Client 02898
Matter 357
Invoice 329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/18/19 | Douglas C. Sands | | | |
| P300 | Humbug:  Correspondence with FRLT (.4), correspondence with S. Stanford (.2), telephone conference with S. Stanford (.3). | 0.90 | 648.00 | 583.20 |
| 09/19/19 | Douglas C. Sands | | | |
| P300 | Review Tribal policy paper (.3). | 0.30 | 648.00 | 194.40 |
| 09/19/19 | Douglas C. Sands | | | |
| P300 | Manzanita:  Call with P. Coviello, M. Seag, T. Wheeler, T. Shamp, C. Davis, M. O'Dell, R. McCaully (.5). | 0.50 | 648.00 | 324.00 |
| 09/19/19 | Douglas C. Sands | | | |
| P300 | Lower Drum:  Call with P. Coviello, J. Darlington (.5). | 0.50 | 648.00 | 324.00 |
| 09/19/19 | Douglas C. Sands | | | |
| P300 | Kings:  Call with P. Coviello, C. Barnes, C. Davis (.5), telephone conference with C. Davis (.4), correspondence with M. Schonherr (.4). | 1.30 | 648.00 | 842.40 |
| 09/19/19 | Douglas C. Sands | | | |
| P300 | Battle:  Call with P. Coviello, T. Kelly (.5). | 0.50 | 648.00 | 324.00 |
| 09/20/19 | Douglas C. Sands | | | |
| P300 | Prepare closing schedule for 2019 closings (.6). | 0.60 | 648.00 | 388.80 |
| 09/20/19 | Douglas C. Sands | | | |
| P300 | Lower Drum:  Prepare execution CE (2.2), prepare transaction summary (.6). | 2.80 | 648.00 | 1,814.40 |

Pacific Gas and Electric Company
10/08/2019
Page 8

Client 02898
Matter 357
Invoice 329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/20/19 | Douglas C. Sands | | | |
| P300 | Revise comments on Tribal refusal option (.7). | 0.70 | 648.00 | 453.60 |
| 09/23/19 | Douglas C. Sands | | | |
| P300 | Fordyce:  Review and revise CE (2.3), email P. Coviello (.1). | 2.40 | 648.00 | 1,555.20 |
| 09/23/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor:  Correspondence with M. Schonherr (.3). | 0.30 | 648.00 | 194.40 |
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Manzanita Fee: Correspondence with W. Coleman (.2), email documents to county counsel (.2). | 0.40 | 648.00 | 259.20 |
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Hat Creek: Review comments on TA & Grant Deed (.4), Correspondence with T. Kelly regarding same (.3). | 0.70 | 648.00 | 453.60 |
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Weekly LCC call with R. Medina, D. Ross, P. Coviello, J. Swenson, T. Kelly and C. Davis (1.3). | 1.30 | 648.00 | 842.40 |
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Lower Drum: Revise CE (.3), Email working group with CE (.3). | 0.60 | 648.00 | 388.80 |

Pacific Gas and Electric Company
10/08/2019
Page 9

Client   02898
Matter   357
Invoice   329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Kings River: Correspondence with C. Davis regarding closing (.3), prepare email to R. Jepson (1.1). | 1.40 | 648.00 | 907.20 |
| 09/24/19 | Douglas C. Sands | | | |
| P300 | Fordyce: Revise CE (.3), Email working group CE (.3). | 0.60 | 648.00 | 388.80 |
| 09/25/19 | Douglas C. Sands | | | |
| P300 | Kings:  Correspondence with client re SRT response (.5). | 0.50 | 648.00 | 324.00 |
| 09/25/19 | Douglas C. Sands | | | |
| P300 | Bucks:  Mark up letter to cabin owners (.5), correspondence with C. Davis re same (.3). | 0.80 | 648.00 | 518.40 |
| 09/26/19 | Douglas C. Sands | | | |
| P300 | Kings River:  Call with P. Coviello, C. Davis, R. Jepson, S. Mullholland, E. Healy re closing (.7). | 0.70 | 648.00 | 453.60 |
| 09/26/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Telephone conference with T. Kelly and B. Snyder (.9). | 0.90 | 648.00 | 583.20 |
| 09/26/19 | Douglas C. Sands | | | |
| P300 | Manzanita:  Closing call with P. Coviello, M. Seag, C. Davis, T. Wheeler, M. O'Dell, R. McCaully (.5) | 0.50 | 648.00 | 324.00 |
| 09/26/19 | Douglas C. Sands | | | |
| P300 | Lake Almanor:  Call P. Coviello, C. Davis, E. Healy (.3). | 0.30 | 648.00 | 194.40 |

Pacific Gas and Electric Company
10/08/2019
Page 10

Client   02898
Matter   357
Invoice   329409

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/27/19 | Douglas C. Sands | | | |
| P300 | Kings River:  Correspondence with M. Schonherr re unpermitted use issues (.9). | 0.90 | 648.00 | 583.20 |
| 09/27/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Review and revise BDR (1.8), review and revise grant deed (1.3). | 2.10 | 648.00 | 1,360.80 |
| 09/30/19 | Douglas C. Sands | | | |
| P300 | Hat Creek:  Correspondence with B. Snyder re deed changes (.4). | 0.40 | 648.00 | 259.20 |
| | SERVICES TOTAL | 59.40 | | $38,491.20 |
| | Less Courtesy Discount | | | (1,154.74) |
| | Subtotal | | $ | 37,336.46 |