# EXHIBIT E

4819-1483-6649.1
Case: 19-30088    Doc# 4528-5    Filed: 10/31/19    Entered: 10/31/19 08:50:51    Page 1 of 4

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Costs Advanced | Amount |
|---|---|
| Certified Copy of transcripts – U.S. Legal Support – Sac | $5,266.00 |
| **Total Costs Requested:** | **$5,266.00** |

# INVOICE

U.S. Legal Support - Sac
2710 Gateway Oaks Drive
Suite 300 - South
Sacramento CA 95833
Phone:916-248-5608 Fax:916-248-5610

231656

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110302325 | 8/30/2019 | 826832 |
| Job Date | Case No. | |
| 8/14/2019 | JCCP NO. 4974 | |
| Case Name | | |
| Oroville Dam Cases - Depositions* | | |
| Payment Terms | | |
| Due upon receipt | | |

Sean Coyle
Coblentz, Patch, Duffy & Bass, L.L.P.
One Montgomery Street
Suite 3000
San Francisco CA 94104

ACCOUNTING
SEP 05 2019

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Steven Verigin, Vol. II | 289.00 | Pages | @ | 4.05 | 1,170.45 |
| Exhibit | 1,474.00 | Pages | @ | 0.60 | 884.40 |
| Color Exhibits | 1,110.00 | Pages | @ | 1.00 | 1,110.00 |
| Condensed Transcript | | | | 32.50 | 32.50 |
| Transcript Handling & Processing | | | | 68.00 | 68.00 |
| Litigation Support Package- | | | | 45.00 | 45.00 |

9-25-19
20|02
3310.35

16213-060 (08)

TOTAL DUE >>> $3,310.35
AFTER 10/14/2019 PAY $3,806.90

Online bill pay available at www.uslegalsupport.com

Bar Code Value : 715C228F2

Tax ID: 76-0523238

Phone: 415-391-4800 Fax:415-989-1663

---

Sean Coyle
Coblentz, Patch, Duffy & Bass, L.L.P.
One Montgomery Street
Suite 3000
San Francisco CA 94104

Invoice No. : 110302325
Invoice Date : 8/30/2019
**Total Due** : **$3,310.35**
AFTER 10/14/2019 PAY $3,806.90

Job No. : 826832
BU ID : 43-Sac
Case No. : JCCP NO. 4974
Case Name : Oroville Dam Cases - Depositions*

Remit To: **U.S. Legal Support (CA Reporting)**
**P.O. Box 4772-11**
**Houston TX 77210-4772**

# INVOICE

U.S. Legal Support - Sac
2710 Gateway Oaks Drive
Suite 300 - South
Sacramento CA 95833
Phone: 916-248-5608 Fax: 916-248-5610

231497

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110304267 | 9/7/2019 | 826851 |
| Job Date | Case No. | |
| 8/22/2019 | JCCP NO. 4974 | |
| Case Name | | |
| Oroville Dam Cases - Depositions* | | |
| Payment Terms | | |
| Due upon receipt | | |

James McKee
Coblentz, Patch, Duffy & Bass, L.L.P.
One Montgomery Street
Suite 3000
San Francisco CA 94104

ACCOUNTING
SEP 09 2019

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Holly Nichols                                                             245.00 Pages  @  3.95     967.75
      Exhibit                                                   719.00 Pages  @  0.60     431.40
      Color Exhibits                           351.00 Pages  @  1.00     351.00
      Condensed Transcript                                           32.50     32.50
      Transcript Handling & Processing                            68.00     68.00
      Litigation Support Package-                                     45.00     45.00
      Conference Call Charges(am session)                     30.00     30.00
      Conference Call Charges(pm session)                     30.00     30.00

9-25-19
20102
1955.65
16213-060
08

TOTAL DUE >>>    $1,955.65
AFTER 10/22/2019 PAY    $2,249.00

Online bill pay available at www.uslegalsupport.com

Bar Code Value : 9D2A7D7F6

Tax ID: 76-0523238                                                       Phone: 415-391-4800    Fax: 415-989-1663

---

James McKee
Coblentz, Patch, Duffy & Bass, L.L.P.
One Montgomery Street
Suite 3000
San Francisco CA 94104

Invoice No.    :  110304267
Invoice Date   :  9/7/2019
**Total Due**     :  **$1,955.65**
AFTER 10/22/2019 PAY $2,249.00

Job No.    :  826851
BU ID     :  43-Sac
Case No.  :  JCCP NO. 4974
Case Name  :  Oroville Dam Cases - Depositions*

Remit To:   U.S. Legal Support (CA Reporting)
             P.O. Box 4772-11
             Houston TX 77210-4772