# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | Sept. 82.1 | Sept. $75,532.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | Sept. 95.5 | Sept. $66,086.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $797.40 | 177.6 | $141,618.00 |

6