1
2
3
4
5
6
7
8

# EXHIBIT B

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 177.6 | $141,618.00 |

8