# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.