# EXHIBIT D

11

**September 2019**

**Itemized Time Description**

| Date | Attorney | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 9/3/2019 | Todderud | Revise and finalize disbursement instructions for escrow tax payments and conferences and emails re payment logistics | 2.80 | $692.00 | $1,937.60 |
| 9/3/2019 | Todderud | Review mediation agreement | 0.20 | $692.00 | $138.40 |
| 9/3/2019 | Todderud | Draft email and telephone conferences re Power Exchange inquiries re proof of claim | 0.80 | $692.00 | $553.60 |
| 9/3/2019 | Berman | Review, discuss, and execute mediation agreement. | 0.60 | $920.00 | $552.00 |
| 9/3/2019 | Berman | Emails and discussion re overlay issues including interest shortfall and true-ups. | 2.20 | $920.00 | $2,024.00 |
| 9/3/2019 | Berman | Emails and discussion re settlement mediation next steps. | 0.80 | $920.00 | $736.00 |
| 9/4/2019 | Berman | Draft outline of overlay compliance filing. | 6.50 | $920.00 | $5,980.00 |
| 9/4/2019 | Berman | Emails re mediation next steps. | 0.80 | $920.00 | $736.00 |
| 9/4/2019 | Berman | Emails re interest shortfall and true up issues. | 0.70 | $920.00 | $644.00 |
| 9/4/2019 | Todderud | Edit outline of settlement overlay filing | 0.40 | $692.00 | $276.80 |
| 9/4/2019 | Todderud | Research and draft amendment to allocation agreements | 2.70 | $692.00 | $1,868.40 |
| 9/5/2019 | Todderud | Attend settlement overlay call | 1.50 | $692.00 | $1,038.00 |
| 9/5/2019 | Todderud | Research and draft amendment to allocation agreements | 3.60 | $692.00 | $2,491.20 |

12

| | Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | 9/5/2019 | Berman | Attend settlement overlay call with California Parties. | 1.50 | $920.00 | $1,380.00 |
| | 9/5/2019 | Berman | Discussion and emails re interest shortfall and true-up questions. | 2.20 | $920.00 | $2,024.00 |
| | 9/5/2019 | Berman | Review and edit management presentation re status of proceeding. | 2.00 | $920.00 | $1,840.00 |
| | 9/6/2019 | Berman | Attend California Parties settlement group call. | 0.50 | $920.00 | $460.00 |
| | 9/6/2019 | Berman | Emails re mediation next steps. | 0.90 | $920.00 | $828.00 |
| | 9/6/2019 | Todderud | Attend settlement group call | 0.50 | $692.00 | $346.00 |
| | 9/6/2019 | Todderud | Draft amendment to allocation agreements | 3.70 | $692.00 | $2,560.40 |
| | 9/6/2019 | Todderud | Inquiries re status of escrow disbursements | 0.30 | $692.00 | $207.60 |
| | 9/9/2019 | Todderud | Telephone with C. Berry and R. Nowakowski re escrow interest accruals | 0.50 | $692.00 | $346.00 |
| | 9/9/2019 | Todderud | Telephone confirmation of escrow disbursements | 0.40 | $692.00 | $276.80 |
| | 9/9/2019 | Todderud | Draft tax filing statements | 0.90 | $692.00 | $622.80 |
| | 9/9/2019 | Todderud | Attend call re status and strategy | 1.00 | $692.00 | $692.00 |
| | 9/9/2019 | Todderud | Draft amendment to allocation agreements | 4.80 | $692.00 | $3,321.60 |
| | 9/9/2019 | Berman | Attend weekly FERC strategy call. | 1.00 | $920.00 | $920.00 |
| | 9/9/2019 | Berman | Prepare for and attend management update on proceeding and respond to followup questions re same. | 3.50 | $920.00 | $3,220.00 |
| | 9/10/2019 | Berman | Edit amendment to allocation agreements and emails re same. | 2.80 | $920.00 | $2,576.00 |
| | 9/10/2019 | Berman | Respond to followup questions from management presentation. | 1.20 | $920.00 | $1,104.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/10/2019 | Berman | Review issues re PX Wind Up Charges and emails re same. | 1.40 | $920.00 | $1,288.00 |
| 9/10/2019 | Todderud | Draft amendment to allocation agreements | 6.70 | $692.00 | $4,636.40 |
| 9/10/2019 | Todderud | Research historic interest rates for escrow accounts | 0.30 | $692.00 | $207.60 |
| 9/11/2019 | Todderud | Draft amendment to allocation agreements | 4.50 | $692.00 | $3,114.00 |
| 9/11/2019 | Todderud | Draft joint report on status of settlement overlay process | 0.70 | $692.00 | $484.40 |
| 9/11/2019 | Todderud | Revise fee application | 0.30 | $692.00 | $207.60 |
| 9/11/2019 | Berman | Emails re next mediation steps and strategy. | 1.60 | $920.00 | $1,472.00 |
| 9/11/2019 | Berman | Edit amendment to allocation agreement and discussion re same. | 2.40 | $920.00 | $2,208.00 |
| 9/11/2019 | Berman | Respond to management questions re proceeding. | 0.60 | $920.00 | $552.00 |
| 9/12/2019 | Berman | Attend call with California Parties re settlement overlays. | 1.00 | $920.00 | $920.00 |
| 9/12/2019 | Berman | Edit settlement overlay joint status report and discuss same. | 1.40 | $920.00 | $1,288.00 |
| 9/12/2019 | Berman | Edit white paper on final financial clearing and discuss same. | 4.50 | $920.00 | $4,140.00 |
| 9/12/2019 | Todderud | Attend settlement overlay call | 1.00 | $692.00 | $692.00 |
| 9/12/2019 | Todderud | Draft joint report on status of settlement overlay process | 1.20 | $692.00 | $830.40 |
| 9/12/2019 | Todderud | Inquiries re status of escrow disbursements for tax payments | 0.20 | $692.00 | $138.40 |
| 9/12/2019 | Todderud | Telephone with C. Berry re escrow interest accruals and research same | 0.40 | $692.00 | $276.80 |
| 9/13/2019 | Todderud | Prepare for and attend telephone conference with bankruptcy counsel re energy | 0.60 | $692.00 | $415.20 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | crisis refund proceeding issues | | | |
| 9/13/2019 | Todderud | Draft fee statements for July and August and research re fee recovery process | 4.00 | $692.00 | $2,768.00 |
| 9/13/2019 | Berman | Review edits re paper on financial clearing and emails re same. | 2.00 | $920.00 | $1,840.00 |
| 9/13/2019 | Berman | Emails re dispute re settlement payments. | 0.70 | $920.00 | $644.00 |
| 9/16/2019 | Berman | Attend weekly FERC strategy call. | 0.50 | $920.00 | $460.00 |
| 9/16/2019 | Berman | Emails and discussion re mediation issues. | 2.00 | $920.00 | $1,840.00 |
| 9/16/2019 | Todderud | Draft fee applications | 3.50 | $692.00 | $2,422.00 |
| 9/16/2019 | Todderud | Attend PG&E call re status and strategy | 0.50 | $692.00 | $346.00 |
| 9/16/2019 | Todderud | Edit joint status report on overlay process | 0.30 | $692.00 | $207.60 |
| 9/17/2019 | Todderud | Draft and finalize fee petitions for July and August fees. | 4.00 | $692.00 | $2,768.00 |
| 9/17/2019 | Todderud | Draft inserts to FERC filing materials on settlement overly | 1.20 | $692.00 | $830.40 |
| 9/17/2019 | Berman | Emails and discussion re mediation issues and next steps. | 2.80 | $920.00 | $2,576.00 |
| 9/18/2019 | Berman | Emails re financial clearing paper. | 0.80 | $920.00 | $736.00 |
| 9/18/2019 | Berman | Edit fee application. | 0.20 | $920.00 | $184.00 |
| 9/18/2019 | Berman | Draft distribution email for overlays. | 3.50 | $920.00 | $3,220.00 |
| 9/18/2019 | Todderud | Draft application to fee examiner for July fees | 2.20 | $692.00 | $1,522.40 |
| 9/18/2019 | Todderud | Draft inserts to FERC filing materials on settlement overlay | 3.90 | $692.00 | $2,698.80 |
| 9/19/2019 | Todderud | Attend settlement overlay call | 1.00 | $692.00 | $692.00 |

| | Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 9/19/2019 | Todderud | Research re Cal Polar right to collateral posted with PX | 0.30 | $692.00 | $207.60 |
| 2 | 9/19/2019 | Todderud | Draft interim fee statement | 2.80 | $692.00 | $1,937.60 |
| 3 | 9/19/2019 | Berman | Attend call with California Parties re settlement overlays. | 1.00 | $920.00 | $920.00 |
| 4 | 9/19/2019 | Berman | Edit joint status report to FERC and emails re same. | 1.40 | $920.00 | $1,288.00 |
| 5 | 9/19/2019 | Berman | Emails and discussion re financial clearing document and default risk issues. | 1.50 | $920.00 | $1,380.00 |
| 6 | 9/20/2019 | Berman | Emails re financial clearing and default risk issues. | 1.20 | $920.00 | $1,104.00 |
| 7 | 9/20/2019 | Todderud | Draft interim fee statement | 1.40 | $692.00 | $968.80 |
| 8 | 9/20/2019 | Todderud | Draft inserts to FERC filing on settlement overlay | 3.70 | $692.00 | $2,560.40 |
| 9 | 9/23/2019 | Todderud | Attend PG&E call re status and strategy | 0.40 | $692.00 | $276.80 |
| 10 | 9/23/2019 | Todderud | Review settlement proposal | 0.20 | $692.00 | $138.40 |
| 11 | 9/23/2019 | Todderud | Draft inserts to FERC filing on settlement overlay | 1.00 | $692.00 | $692.00 |
| 12 | 9/23/2019 | Todderud | Revise allocation agreement amendment and telephone with K. Cunningham (CERS counsel) re same | 2.90 | $692.00 | $2,006.80 |
| 13 | 9/23/2019 | Todderud | Review final edits to financial clearing memo | 0.40 | $692.00 | $276.80 |
| 14 | 9/23/2019 | Berman | Attend weekly FERC strategy call. | 0.40 | $920.00 | $368.00 |
| 15 | 9/23/2019 | Berman | Review materials provided in mediation and discussion and emails re next steps re same. | 2.50 | $920.00 | $2,300.00 |
| 16 | 9/24/2019 | Todderud | Edit joint settlement overlay status report | 0.20 | $692.00 | $138.40 |
| 17 | 9/24/2019 | Todderud | Revise draft amendment to allocation agreements | 3.50 | $692.00 | $2,422.00 |
| 18 | 9/24/2019 | Berman | Emails re finalizing overlays and accompanying documents. | 0.80 | $920.00 | $736.00 |

16

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/25/2019 | Todderud | Attend call re settlement negotiation strategy | 1.90 | $692.00 | $1,314.80 |
| 9/25/2019 | Todderud | Research allocation agreement provisions and draft amendment to allocation agreements | 4.70 | $692.00 | $3,252.40 |
| 9/25/2019 | Berman | Edit joint status report and financial clearing document based on comments re same. | 2.50 | $920.00 | $2,300.00 |
| 9/26/2019 | Berman | Attend mediation call. | 1.60 | $920.00 | $1,472.00 |
| 9/26/2019 | Berman | Edit financial clearing paper and emails re same. | 2.10 | $920.00 | $1,932.00 |
| 9/26/2019 | Todderud | Attend settlement negotiation conference call | 1.60 | $692.00 | $1,107.20 |
| 9/26/2019 | Todderud | Attend settlement overlay call | 0.80 | $692.00 | $553.60 |
| 9/26/2019 | Todderud | Edit and finalize settlement overlay materials for upcoming filings | 1.10 | $692.00 | $761.20 |
| 9/26/2019 | Todderud | Research allocation agreement provisions and draft amendment to allocation agreements | 1.60 | $692.00 | $1,107.20 |
| 9/26/2019 | Berman | Attend call with California Parties re settlement overlays. | 0.80 | $920.00 | $736.00 |
| 9/27/2019 | Todderud | Finalize fee statement and fee examiner letter | 1.30 | $692.00 | $899.60 |
| 9/27/2019 | Berman | Review overlay materials and draft forwarding email for each recipient. | 6.00 | $920.00 | $5,520.00 |
| 9/27/2019 | Todderud | Draft revisions to amendment to allocation agreements | 1.70 | $692.00 | $1,176.40 |
| 9/27/2019 | Todderud | Conferences re settlement overlay reports and review materials for same | 2.10 | $692.00 | $1,453.20 |
| 9/27/2019 | Berman | Final edits to financial clearing paper and emails re same. | 1.80 | $920.00 | $1,656.00 |
| 9/28/2019 | Berman | Emails re final overlays. | 0.50 | $920.00 | $460.00 |
| 9/29/2019 | Berman | Emails re final overlays. | 0.40 | $920.00 | $368.00 |

17

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2019 | Berman | Review, finalize, and distribute final overlays. | 5.00 | $920.00 | $4,600.00 |
| 9/30/2019 | Todderud | Analyze final settlement overlays | 0.80 | $692.00 | $553.60 |
| 9/30/2019 | Todderud | Review draft bankruptcy pleading | 0.50 | $692.00 | $346.00 |
| | **TOTAL** | $141,618.00 | | | |