# Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period September 1, 2019 - September 30, 2019

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ 119,518.89 |
| Lodging | 233,020.64 |
| Meals | 21,797.18 |
| Ground Transportation | 33,093.90 |
| Other | - |
| **TOTAL EXPENSES** | **$ 407,430.61** |