# Exhibit A

RECEIVED BY:

AUG 2 2 2019

ROEBBELEN

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

CONFORMED COPY of document recorded
08/20/2019, 2019K817619
on_____ with document no._____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in San Francisco County, California, including improvements located thereon, described as: **PG&E Wildfire Safety Operations Center (Job Number 21-18-370 PO#2700165203) located at 245 Market Street, San Francisco, CA 94015, APN: 3711-019**.

After deducting all credits and offsets, the sum of **$451,851.09** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the construction and tenant improvements of operation center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: 8/16/2019

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/16/2019, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 8/16/2019, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 8/16/2019, at El Dorado Hills, CA.

*/s/ Mai Nguyen-Phillips*
Mai Nguyen-Phillips

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K844607-00
Check Number  8846
Thursday, OCT 17, 2019 11:35:31
Ttl Pd    $95.00     Rcpt # 0006089041
                         ofa/FT/1-3

# PARTIAL RELEASE OF MECHANIC'S LIEN

### 245 Market Street, San Francisco, California 94015

### APN: 3711-019

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of ~~Calaveras~~ San Francisco County, California, on August 20, 2019, as document number 2019K817619.

This release is only to the extent of the principal sum of $176,512.92 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: 10/15, 2019

Roebbelen Contracting, Inc.

By_____
Bruce Stimson
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of EL DORADO )

On 10·15·19 before me, Michelle Visentin, Notary Public
(insert name and title of officer)

personally appeared BRUCE STIMSON,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Michelle Visentin_

MICHELLE VISENTIN
COMM. # 2146790
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 15, 2020

(Seal)