# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JULY 1, 2019 THROUGH JULY 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 62.00 | $93,000.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 47.90 | 71,850.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 27.20 | 40,800.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 77.20 | 115,800.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 93.00 | 139,500.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 248.70 | 373,050.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 102.10 | 137,835.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 61.20 | 82,620.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 28.90 | 31,790.00 |
| **Total Partners:** | | | | **748.20** | **$1,086,245.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 212.70 | $218,017.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 258.40 | 263,568.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 10.60 | 10,706.00 |
| David A. Herman | Litigation | 2008 | 975 | 160.10 | 156,097.50 |
| Scott Reents | Litigation | 2008 | 975 | 98.10 | 95,647.50 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 117.50 | 112,800.00 |
| Jordan Peterson | Litigation | 2014 | 960 | 13.20 | 12,672.00 |
| Nathan Denning | Litigation | 2011 | 960 | 253.70 | 243,552.00 |
| Paul Sandler | Corporate | 2014 | 940 | 23.00 | 21,620.00 |
| Kelsie Docherty | Litigation | 2015 | 890 | 63.40 | 56,426.00 |
| Michael Zaken | Litigation | 2015 | 890 | 36.20 | 32,218.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 247.70 | 220,453.00 |
| Christina Barreiro | Litigation | 2016 | 855 | 66.10 | 56,515.50 |
| Peter Fountain | Litigation | 2016 | 855 | 132.40 | 113,202.00 |
| Brendan Benedict | Litigation | 2016 | 855 | 13.60 | 11,628.00 |
| Matthias Thompson | Litigation | 2016 | 855 | 196.20 | 167,751.00 |
| Beatriz Paterno | Litigation | 2017 | 840 | 183.40 | 154,056.00 |
| Marco Wong | Litigation | 2017 | 840 | 139.40 | 117,096.00 |
| Grant S. May | Litigation | 2017 | 840 | 178.90 | 150,276.00 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 840 | 5.20 | 4,368.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 10.80 | 9,072.00 |
| Evan E. H. Schladow | Corporate | 2017 | 840 | 15.50 | 13,020.00 |
| Dean M. Nickles | Litigation | 2018 | 840 | 6.90 | 5,796.00 |
| Allison Tilden | Litigation | 2018 | 750 | 215.90 | 161,925.00 |
| Michael Ardeljan | Litigation | 2018 | 750 | 46.20 | 34,650.00 |
| Alex Weiss | Litigation | 2018 | 750 | 156.80 | 117,600.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 114.90 | 86,175.00 |
| Christopher J. Charlton | Litigation | 2018 (Admitted in England and Wales) | 750 | 6.00 | 4,500.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Michael Fahner | Corporate | 2018 | 750 | 182.80 | 137,100.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 750 | 41.60 | 31,200.00 |
| Victoria Ryan | Litigation | 2018 | 750 | 8.10 | 6,075.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 236.70 | 177,525.00 |
| Jessica Choi | Litigation | 2018 | 750 | 87.80 | 65,850.00 |
| Allison Kempf | Litigation | 2018 | 750 | 158.40 | 118,800.00 |
| Katherine O'Koniewski | Litigation | 2018 | 750 | 133.20 | 99,900.00 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 134.80 | 80,206.00 |
| Sara Bodner | Litigation | 2019 | 595 | 231.80 | 137,921.00 |
| Margaret Fleming | Corporate | 2019 | 595 | 180.60 | 107,457.00 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 184.50 | 109,777.50 |
| Ya Huang | Corporate | 2019 | 595 | 83.40 | 49,623.00 |
| Lauren Phillips | Litigation | 2019 | 595 | 96.50 | 57,417.50 |
| Emily Tomlinson | Corporate | 2019 | 595 | 11.60 | 6,902.00 |
| Lauren A. Cole | Litigation | 2019 | 595 | 46.10 | 27,429.50 |
| Mika Madgavkar | Litigation | 2019 | 595 | 32.60 | 19,397.00 |
| Caleb Robertson | Litigation | 2019 | 595 | 303.10 | 180,344.50 |
| Ryan Sila | Litigation | 2019 | 595 | 11.80 | 7,021.00 |
| Seann Archibald | Corporate | 2019 | 595 | 28.50 | 16,957.50 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 147.10 | 87,524.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 220.50 | 131,197.50 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 150.90 | 89,785.50 |
| Sofia Gentel | Litigation | 2019 | 595 | 211.80 | 126,021.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 173.50 | 98,027.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 216.40 | 122,266.00 |
| Joel Hagood | Litigation | 2010 | 565 | 29.10 | 16,441.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 154.30 | 64,034.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 226.40 | 93,956.00 |
| Jay Holt | Litigation | 1977 | 415 | 200.00 | 83,000.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Trebor Lloyd | Litigation | 1993 | 415 | 181.20 | 75,198.00 |
| Peter Lee | Litigation | 2004 | 415 | 245.40 | 101,841.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 116.70 | 48,430.50 |
| Moshe K. Silver | Litigation | 2009 | 415 | 158.00 | 65,570.00 |
| Matthew Ng | Litigation | 2014 | 415 | 176.50 | 73,247.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 161.10 | 66,856.50 |
| Alain Rozan | Litigation | 1985 | 415 | 287.90 | 119,478.50 |
| Andrea Naham | Litigation | 1987 | 415 | 311.60 | 129,314.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 224.80 | 93,292.00 |
| Michael Fessler | Litigation | 2011 | 415 | 242.90 | 100,803.50 |
| Dianne Rim | Litigation | 2011 | 415 | 199.10 | 82,626.50 |
| Ryan Spence | Litigation | 2013 | 415 | 205.90 | 85,448.50 |
| Peter Truong | Litigation | 2004 | 415 | 173.30 | 71,919.50 |
| Kimberly Tolman | Litigation | 2014 | 390 | 213.30 | 83,187.00 |
| **Total Associates:** | | | | **9,804.40** | **$6,197,778.50** |

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 45.50 | $18,200.00 |
| Vaughn Harper | Litigation Technology | 385 | 13.60 | 5,236.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 22.40 | 8,624.00 |
| Roberto Severini | Litigation Technology | 360 | 47.00 | 16,920.00 |
| Dana Crandall | Litigation Support Administrator | 335 | 5.50 | 1,842.50 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 161.90 | 54,236.50 |
| Lauren Ruffin | Litigation Legal Assistant | 335 | 26.00 | 8,710.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 182.50 | 56,575.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 136.90 | 42,439.00 |
| David Sizer | Litigation Legal Assistant | 310 | 21.80 | 6,758.00 |

| Name | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Zachary Sanders | Litigation Legal Assistant | 310 | 172.70 | 53,537.00 |
| Jim Bell | Litigation Legal Assistant | 310 | 141.90 | 43,989.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 137.40 | 39,846.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 199.30 | 57,797.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 142.70 | 41,383.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 100.10 | 29,029.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 290 | 111.10 | 32,219.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 167.60 | 48,604.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 136.00 | 39,440.00 |
| **Total Paraprofessionals:** | | | **1,971.90** | **$605,385.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,451.81 | 748.20 | $1,086,245.00 |
| Associates | 632.14 | 9,804.40 | 6,197,778.50 |
| Paraprofessionals | 307.01 | 1,971.90 | 605,385.00 |
| **Blended Attorney Rate** | **$690.26** | | |
| **Total Fees Incurred** | | 12,524.50 | 7,889,408.50[1] |
| **Less 50% Discount on Non-Working Travel Time** | | | (100,791.00) |
| **Total Adjusted Fees** | | | **$7,788,617.50** |

---

[1] Net of $123,928.50 in voluntary write offs.