# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 228.20 | $69,226.50 |
| AUTO | Automatic Stay | 71.20 | 59,973.50 |
| BARN | Bar Date and Claims Noticing Matter | 13.90 | 12,250.50 |
| CASE | General Case Strategy | 297.80 | 239,490.50 |
| CASH | Financing / Cash Collateral | 3.30 | 4,222.00 |
| COMM | Committee Matters | 386.40 | 264,867.50 |
| CRAV | Cravath Retention and Fee Application | 534.50 | 291,816.50 |
| CRED | Creditor Inquiries | 0.50 | 470.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 2.50 | 2,526.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 3.40 | 4,647.50 |
| GOVR | Corporate Governance and Securities Matters | 356.50 | 336,322.00 |
| HEAR | Hearings and Court Matters | 22.00 | 22,482.50 |
| INVS | Investigations | 396.00 | 264,467.00 |
| NONB | Non-Bankruptcy Litigation | 4,848.70 | 2,548,508.00 |
| OCMS | Other Contested Matters | 1.70 | 2,072.00 |
| OPRS | Business Operations Matters | 163.30 | 118,919.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 22.50 | 25,959.00 |
| PUBL | Public Relations Strategy | 10.40 | 9,440.00 |
| REGS | Regulatory & Legislative Matters | 2,085.60 | 1,448,466.50 |
| TRVL | Non-Working Travel Time | 280.80 | 100,791.00* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 5.60 | 3,081.00 |
| WILD | Wildfire Claims Matters | 2,789.70 | 1,958,618.50 |
| **TOTAL** | | **12,524.50** | **$7,788,617.50**\*\* |

\* - Non-Working Travel Time billed at 50% discount.
\*\* - Net of $123,928.50 in voluntary write offs.