## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $3,612.82 |
| Transportation | 4,270.86 |
| Courier/Mail Services | 2,502.27 |
| Duplicating | 2,833.35 |
| Special Disbursements (including Experts) | 979,934.38* |
| Travel | 65,266.41** |
| **Total Expenses Requested:** | **$1,058,420.09** |

\* - Includes $34,344.95 for Experts who invoiced in July for services incurred in June.
\*\* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.