UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice of Transcript Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction attached hereto as **Exhibit B**

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 31st day of October 2019, at New York, NY.

_____
Alain B. Francoeur

SRF 37053

**Exhibit A**

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer &Feld LLP | Attn: MICHAEL S. STAMER, ESQ. & ABID QURESHI, ESQ. | One Bryant Park | | New York | NY | 10036 |
| Arent Fox LLC | Attn: ANDREW I. SILFEN, ESQ. | 1301 Avenue of the Americas | 42nd Fl. | New York | NY | 10019 |
| Baker and Hostetler LLP | Attn: KIMBERLY S. MORRIS, ESQ., ROBERT A. JULIAN, ESQ., & CECILY ANN DUMAS, ESQ. | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025 |
| Bienert Katzman PC | Attn: DAVID M. GUESS, ESQ. | 903 Calle Amanecer | Suite 350 | San Clemente | CA | 92673 |
| Cravath, Swaine & Moore LLP | Attn: KEVIN J. ORSINI, ESQ. & PAUL H. ZUMBRO, ESQ. | 825 Eighth Ave. | | New York | NY | 10019 |
| Davis Polk and Wardwell LLP | Attn: TIMOTHY GRAULICH, ESQ. | 450 Lexington Ave. | | New York | NY | 10017 |
| Felderstein Fitzgerald et al LLP | Attn: PAUL J. PASCUZZI, ESQ. | 500 Capital Mall | #2250 | Sacramento | CA | 95814 |
| Gibson, Dunn & Crutcher LLP | Attn: DAVID M. FELDMAN, ESQ. | 200 Park Ave. | | New York | NY | 10166 |
| Jones Day | Attn: BRUCE BENNETT, ESQ. | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071 |
| Marshack Hays LLP | Attn: RICHARD A. MARSHACK, ESQ. | 870 Roosevelt | | Irvine | CA | 92620 |
| Milbank LLP | Attn: ANDREW LEBLANC, ESQ. | 1850 K St. NW | #1100 | Washington | DC | 20006 |
| Milbank, LLP | Attn: GREGORY A. BRAY, ESQ. | 2029 Century Park East | 33rd Fl | Los Angeles | CA | 90067 |
| Norton Rose Fulbright US LLP | Attn: REBECCA J. WINTHROP, ESQ. | 555 South Flower Street | Forty-First Floor | Los Angeles | CA | 90071 |
| Pillsbury Winthrop Shaw Pittman | Attn: M. DAVID MINNICK, ESQ. | 4 Embarcadero Center | 22nd Fl. | San Francisco | CA | 94126 |
| Schulte Roth & Zabel LLP | Attn: ADAM C. HARRIS, ESQ. | 919 Third Avenue | | New York | NY | 10022 |
| Stroock & Stroock & Lavan LLP | Attn: SHERRY J. MILLMAN, ESQ. | 180 Maiden Ln | | New York | NY | 10038 |
| United States Department of Justice, Civil Division | Attn: MATTHEW J. TROY, ESQ. | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044 |
| Weil, Gotshal & Manges LLP | Attn: STEPHEN KAROTKIN, ESQ. & JESSICA LIOU, ESQ. | 767 Fifth Avenue | | New York | NY | 10153 |
| Willkie Farr & Gallagher LLP | Attn: MATTHEW A. FELDMAN, ESQ. | 787 7th Ave. | | New York | NY | 10019 |

# **Exhibit B**

Case: 19-30088    Doc# 4541    Filed: 10/31/19    Entered: 10/31/19 16:44:24    Page 5 of 6

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on was filed on October 24, 2019. The following deadlines apply:

The parties have until Thursday, October 31, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, November 14, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, November 25, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, January 22, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 10/30/19                   For the Court:

                                  Edward J. Emmons
                                  Clerk of Court
                                  United States Bankruptcy Court