1  Andrew I. Silfen (*pro hac vice*)
   Beth M. Brownstein (*pro hac vice*)
2  **ARENT FOX LLP**
   1301 Avenue of the Americas, 42nd Floor
3  New York, New York 10019
   Telephone:    (212) 484-3900
4  Facsimile:    (212) 484-3990
   Email:        andrew.silfen@arentfox.com
5                beth.brownstein@arentfox.com

6  Aram Ordubegian (SBN 185142)
   **ARENT FOX LLP**
7  55 Second Street, 21st Floor
   San Francisco, CA  94105
8  Telephone:    (415) 757-5500
   Facsimile:    (415) 757-5501
9  Email:        aram.ordubegian@arentfox.com

10 *Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

FILED
NOV 01 2019
UNITED STATES BANKRUPTCY COURT
S[...]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| – and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | *[No Hearing Required]* |

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Nicholas A. Marten, an active member in good standing of the bar of New Jersey and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA, solely in its capacity as Indenture Trustee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Aram Ordubegian
> Arent Fox LLP
> 555 West 5th Street, 48th Floor
> Los Angeles, CA 90013
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Nicholas A. Marten*
Nicholas A. Marten

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

Case: 19-30088    Doc# 4544    Filed: 11/01/19    Entered: 11/01/19 12:19:12    Page 2 of 5

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **NICHOLAS A MARTEN** *(No.* **043572011** *) was constituted and appointed an Attorney at Law of New Jersey on* **January 13, 2012** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* day of **15TH** **October** *, 20* **19**.

_____
Clerk of the Supreme Court

-453a-

Case: 19-30088    Doc# 4544    Filed: 11/01/19    Entered: 11/01/19 12:19:12    Page 3 of 5



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that Nicholas Alexander Marten was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 15th day of August 2012, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 10, 2019.



Clerk of the Court

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065992 -- TA
* * C O P Y * *
November 01, 2019
11:36:53

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   3 @ $310.00
Amount.:                 $930.00 CH
Check#.: 5043891


PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   3 @ $310.00
Amount.:                 $930.00 CH
Check#.: 5043892



Total-->   $1,860.00


FROM: ARENT FOX LLP
```