1  Andrew I. Silfen (*pro hac vice*)
   Beth M. Brownstein (*pro hac vice*)
2  **ARENT FOX LLP**
   1301 Avenue of the Americas, 42nd Floor
3  New York, New York 10019
   Telephone:    (212) 484-3900
4  Facsimile:    (212) 484-3990
   Email:        andrew.silfen@arentfox.com
5                beth.brownstein@arentfox.com

6  Aram Ordubegian (SBN 185142)
   **ARENT FOX LLP**
7  55 Second Street, 21st Floor
   San Francisco, CA  94105
8  Telephone:    (415) 757-5500
   Facsimile:    (415) 757-5501
9  Email:        aram.ordubegian@arentfox.com

10 *Counsel for BOKF, NA, solely in its capacity as*
   *Indenture Trustee*

11

12                 UNITED STATES BANKRUPTCY COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  In re: | Case No. 19-30088 (DM) |
| 16  **PG&E CORPORATION,** | Chapter 11 |
| 17       - and -- | (Lead Case) |
| 18  **PACIFIC GAS AND ELECTRIC** | (Jointly Administered) |
| 19  **COMPANY,** | |
| 20                    **Debtors.** | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| 21  ☐ Affects PG&E Corporation | |
| 22  ☐ Affects Pacific Gas and Electric Company | *[No Hearing Required]* |
| 23  ☑ Affects both Debtors | |
| 24  * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |
| 25 | |
| 26 | |

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

1      Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Mark A. Angelov, an active member in

2  good standing of the bar of New York, hereby applies for admission to practice in the Northern

3  District of California on a *pro hac vice* basis representing BOKF, NA, solely in its capacity as

4  Indenture Trustee in the above-entitled action.

5      In support of this application, I certify on oath that:

6      1.    I am an active member in good standing of a United States Court or of the highest

7  court of another State or the District of Columbia, as indicated above;

8      2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule

9  11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution

10 Program of this Court; and,

11     3.    An attorney who is a member of the bar of this Court in good standing and who

12 maintains an office within the State of California has been designated as co-counsel in the above-

13 entitled actions.  The name, address and telephone number of that attorney is:

Aram Ordubegian
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 1, 2019                     Respectfully submitted,

**ARENT FOX LLP**


By: */s/ Mark A. Angelov*
    Mark A. Angelov

*Counsel for BOKF, NA, solely in its capacity as
Indenture Trustee*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MARK A. ANGELOV

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 14, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 9, 2019**

263

_____
Clerk of the Court

**UNITED STATES
BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**# 30065992 -- TA
* * C O P Y * *
November 01, 2019
11:36:53**

**PRO HAC VICE FEE
19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:     3 @ $310.00
Amount.:                    $930.00 CH
Check#.: 5043891

**PRO HAC VICE FEE
19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:     3 @ $310.00
Amount.:                    $930.00 CH
Check#.: 5043892

**Total-> $1,860.00**

FROM: ARENT FOX LLP