| | |
|---|---|
| 1 | Andrew I. Silfen (*pro hac vice*) |
| | Beth M. Brownstein (*pro hac vice*) |
| 2 | **ARENT FOX LLP** |
| | 1301 Avenue of the Americas, 42nd Floor |
| 3 | New York, New York 10019 |
| | Telephone: (212) 484-3900 |
| 4 | Facsimile: (212) 484-3990 |
| | Email: andrew.silfen@arentfox.com |
| 5 | beth.brownstein@arentfox.com |

FILED
NOV 0 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
Email: aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | *[No Hearing Required]* |
| ☑ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

Case: 19-30088    Doc# 4546    Filed: 11/01/19    Entered: 11/01/19 12:24:22    Page 1 of 4

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Justin A. Kesselman, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA, solely in its capacity as Indenture Trustee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Aram Ordubegian
> Arent Fox LLP
> 555 West 5th Street, 48th Floor
> Los Angeles, CA 90013
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Justin A. Kesselman*
Justin A. Kesselman

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

- 2 -

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **November** A.D. **2013**, said Court being the highest Court of Record in said Commonwealth:

## Justin Arthur Kesselman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **February** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

```
         UNITED STATES
      BANKRUPTCY COURT
    NORTHERN DISTRICT OF CALIFORNIA
        SAN FRANCISCO DIVISION

       # 30065992 - TA
       * * C O P Y * *
       November 01, 2019
           11:36:53

        PRO HAC VICE FEE
        19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    3 @ $310.00
Amount.:                $930.00 CH
Check#.: 5043891


        PRO HAC VICE FEE
        19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    3 @ $310.00
Amount.:                $930.00 CH
Check#.: 5043892



     Total->   $1,860.00



FROM: ARENT FOX LLP
```