Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:    (212) 484-3990
Email:         andrew.silfen@arentfox.com
                  beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:   (415) 757-5500
Facsimile:    (415) 757-5501
Email:         aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

FILED
NOV 01 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

Case: 19-30088    Doc# 4547    Filed: 11/01/19    Entered: 11/01/19 13:39:49    Page 1 of 6

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Jackson D. Toof, an active member in good standing of the bar of District of Columbia, New York, and Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA, solely in its capacity as Indenture Trustee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

Aram Ordubegian
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2019            Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Jackson D. Toof*
    Jackson D. Toof

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

- 2 -



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jackson D Toof*

was duly qualified and admitted on July 11, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 2, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jackson David Toof

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **11th day of August, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of October, 2019**.

*Robert D Mayberger*

Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JACKSON DAVID TOOF IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. TOOF WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 11, 2002, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 3, 2019

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

```
          UNITED STATES
       BANKRUPTCY COURT
      NORTHERN DISTRICT OF CALIFORNIA
          SAN FRANCISCO DIVISION

        # 30065992 - TA
        * * C O P Y * *
        November 01, 2019
             11:36:53

         PRO HAC VICE FEE
          19-30088-DM11
   Debtor.: PG&E CORPORATION
   Judge..: DENNIS MONTALI
   Qty....:   3 @ $310.00
   Amount.:              $930.00 CH
   Check#.: 5043891


         PRO HAC VICE FEE
          19-30088-DM11
   Debtor.: PG&E CORPORATION
   Judge..: DENNIS MONTALI
   Qty....:   3 @ $310.00
   Amount.:              $930.00 CH
   Check#.: 5043892



       Total->   $1,860.00


   FROM: ARENT FOX LLP
```