Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990
Email:  andrew.silfen@arentfox.com
  beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:  (415) 757-5500
Facsimile:  (415) 757-5501
Email:  aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| – and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | *[No Hearing Required]* |

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, David Mayo, an active member in good standing of the bar of Georgia and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA, solely in its capacity as Indenture Trustee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Aram Ordubegian
> Arent Fox LLP
> 555 West 5th Street, 48th Floor
> Los Angeles, CA 90013
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2019    Respectfully submitted,

**ARENT FOX LLP**

By: */s/ David Mayo*
David Mayo

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5
Case: 19-30088    Doc# 4548    Filed: 11/01/19    Entered: 11/01/19 13:46:05    Page 2 of 5



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. David James Mayo
Arent Fox LLP
42nd Flr
1301 Avenue of the Americas
New York, NY 10019

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/16/2017 |
| **BAR NUMBER:** | 762596 |
| **TODAY'S DATE:** | 10/11/2019 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in "**good standing**" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

| **HEADQUARTERS** | **COASTAL GEORGIA OFFICE** | **SOUTH GEORGIA OFFICE** |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-6865 | 912-239-9910 • 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# DAVID JAMES MAYO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 8, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 9, 2019**

264

_____
Clerk of the Court

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065992 -- TA
* * C O P Y * *
November 01, 2019
11:36:53

PRO HAC VICE FEE
19-30088-DM11

Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   3 @ $310.00
Amount.:                $930.00 CH
Check#.: 5043891

PRO HAC VICE FEE
19-30088-DM11

Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   3 @ $310.00
Amount.:                $930.00 CH
Check#.: 5043892

Total-> $1,860.00

FROM: ARENT FOX LLP