Entered on Docket
November 04, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 1, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
ARENT FOX LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:    (212) 484-3990
Email:        andrew.silfen@arentfox.com
              beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA  94105
Telephone:   (415) 757-5500
Facsimile:    (415) 757-5501
Email:        aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | *[No Hearing Required]* |

| | |
|---|---|
| 1 | Mark A. Angelov, whose business address and telephone number is 1301 Avenue of the |
| 2 | Americas, Floor 42, New York, NY 10019 and (212) 484-3900, and who is an active member in |
| 3 | good standing of the bar of New York having applied in the above-entitled action for admission |
| 4 | to practice in the Northern District of California on a *pro hac vice* basis, representing BOKF, NA, |
| 5 | solely in its capacity as Indenture Trustee. |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 9 | will constitute notice to the represented party. All future filings in this action are subject to the |
| 10 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 11 | Bankruptcy Court for the Northern District of California. |
| 12 | **END OF ORDER** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5