Entered on Docket
November 04, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 1, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

1  Andrew I. Silfen (*pro hac vice*)
   Beth M. Brownstein (*pro hac vice*)
2  ARENT FOX LLP
   1301 Avenue of the Americas, 42nd Floor
3  New York, New York 10019
   Telephone:   (212) 484-3900
4  Facsimile:   (212) 484-3990
   Email:       andrew.silfen@arentfox.com
5               beth.brownstein@arentfox.com

6  Aram Ordubegian (SBN 185142)
   ARENT FOX LLP
7  55 Second Street, 21st Floor
   San Francisco, CA  94105
8  Telephone:   (415) 757-5500
   Facsimile:   (415) 757-5501
9  Email:       aram.ordubegian@arentfox.com

10 *Counsel for BOKF, NA, solely in its capacity as
   Indenture Trustee*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | *[No Hearing Required]* |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

1  Justin A. Kesselman whose business address and telephone number is 800 Boylston Street, 32nd Floor, Boston, MA 02199 and (617) 973-6100, and who is an active member in good standing of the bar of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BOKF, NA, solely in its capacity as Indenture Trustee.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**