Entered on Docket
November 04, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 1, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
ARENT FOX LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990
Email:       andrew.silfen@arentfox.com
             beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA  94105
Telephone:   (415) 757-5500
Facsimile:   (415) 757-5501
Email:       aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5

Jackson D. Toof whose business address and telephone number is 1717 K Street, NW, Washington, DC 20006 and (202) 857-6000, and who is an active member in good standing of the bar of District of Columbia, New York, and Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BOKF, NA, solely in its capacity as Indenture Trustee.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/21099362.5