

1 Andrew I. Silfen (*pro hac vice*)
  Beth M. Brownstein (*pro hac vice*)          Signed and Filed: November 1, 2019
2 **ARENT FOX LLP**
  1301 Avenue of the Americas, 42nd Floor
3 New York, New York 10019
  Telephone:    (212) 484-3900
4 Facsimile:    (212) 484-3990
  Email:    andrew.silfen@arentfox.com     **DENNIS MONTALI**
5            beth.brownstein@arentfox.com     U.S. Bankruptcy Judge

6 Aram Ordubegian (SBN 185142)
  **ARENT FOX LLP**
7 55 Second Street, 21st Floor
  San Francisco, CA 94105
8 Telephone:    (415) 757-5500
  Facsimile:    (415) 757-5501
9 Email:    aram.ordubegian@arentfox.com

10 *Counsel for BOKF, NA, solely in its capacity as*
   *Indenture Trustee*
11
                **UNITED STATES BANKRUPTCY COURT**
12
                **NORTHERN DISTRICT OF CALIFORNIA**
13
                    **SAN FRANCISCO DIVISION**
14

15 | In re: | Case No. 19-30088 (DM) |

16 **PG&E CORPORATION,**                    Chapter 11

17          - and –                         (Lead Case)

18 **PACIFIC GAS AND ELECTRIC**             (Jointly Administered)
19 **COMPANY,**
                        **Debtors.**        **ORDER GRANTING APPLICATION FOR**
20                                          **ADMISSION OF ATTORNEY PRO HAC**
                                            **VICE**
21  ☐ Affects PG&E Corporation
22  ☐ Affects Pacific Gas and Electric
   Company                                 *[No Hearing Required]*
23  ☑ Affects both Debtors
   * All papers shall be filed in the Lead
24 Case, No. 19-30088 (DM).

25

26

27

28

1    David Mayo, whose business address and telephone number is 1301 Avenue of the
2    Americas, Floor 42, New York, NY 10019 and (212) 484-3900, and who is an active member in
3    good standing of the bar of Georgia and New York having applied in the above-entitled action for
4    admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5    BOKF, NA, solely in its capacity as Indenture Trustee.

6         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8    *vice*. Service of papers upon and communication with co-counsel designated in the application
9    will constitute notice to the represented party. All future filings in this action are subject to the
10   Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States
11   Bankruptcy Court for the Northern District of California.

12                                    **END OF ORDER**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
AFDOCS/21099362.5

Case: 19-30088    Doc# 4559    Filed: 11/01/19    Entered: 11/04/19 09:07:41    Page 2 of
2