

**ABID QURESHI**
+1 212.872.8027/fax: +1 212.872.1002
aqureshi@akingump.com

November 4, 2019

VIA ECF

Hon. Dennis Montali
United States Bankruptcy Judge
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: *In re PG&E Corporation*, Case No. 19-30088 (DM) (Jointly Administered)
November 4, 2019 Letter from Creditors' Committee to Judge Montali

Your Honor,

    I write on behalf of the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") regarding the letter from the Official Committee of Unsecured Creditors of PG&E Corporation and its affiliated debtors to Your Honor filed on ECF earlier today [Dkt. No. 4562] (the "Creditors' Committee Letter").

    The Ad Hoc Committee adopts the creditors' committee's arguments as set forth in the Creditors' Committee Letter and supports the request for a telephonic conference with Your Honor.

Respectfully submitted,

*/s/ Abid Qureshi*

Abid Qureshi