October 26, 2019

U.S. Bankruptcy Court San Francisco

Judge Dennis Montali

RECEIVED
NOV 0 4 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED
NOV 0 4 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088



Dear Judge Montali

What I will be writing are my personal feelings and opinions and I am sure there are many just like me who feel the same way involving Pacific Gas and Electric.

They, PG&E have mismanaged their company to the point of being arrogant and aloof towards us their customers.They obvious don't care how we are effected in these power outages that they bring down on us on a daily basis. For the last 25 years they have reaped benefits in the form of high chargeable rates against us. What they should have been doing with all those $Billions of dollars maybe $Trillions of dollars is replace outdated equipment and progress towards an all underground supply of electricity for us. If they had done that with the money instead of being status quo we wouldn't be having these power outages. And the fires in Sonoma County and the town of Paradise and many others wouldn't have happened. All the homes, businesses and lives wouldn't have been lost. Some to never recover and continue on. All those families loosing loved ones would have never happened.

So now we are faced with their arrogance once more in the form of mandatory power outages. They are a protected monopoly. They are protected and baby sat by a California Public Utility Commission appointed by Governors of this state. It's a tight little circle they all run in protecting each other.

I don't know what the right answer is for all this but I do know I never want anything more to do with PG&E. We don't have a choice we are stuck with them unless the court can rule in our favor. I have written letters to PG&E offering suggestions and ways to be a better company working for us. I got nothing in return except a cell phone ding when another planned power outage is to occur. I offered suggestions on how to replace old equipment in a time in operation replacement plan. I got nothing back from them. I offered to cut down all my trees under their power lines if that would help. I got nothing in return from them.

I honestly feel that if they were not a monopoly they might listen especially if I had another choice another option, besides them.

So Judge I hope you do what is right for all of PG&E's customers.

Very Sincerely,

Bill Moore

1617 Loma Verde Dr.

El Dorado Hills, Ca.

95762