Kevin J. Lamb, SBN 125710
E-Mail: klamb@lkfirm.com
Michael K. Slattery, SBN 107303
E-Mail: mslattery@lkfirm.com
Thomas G. Kelch, SBN 100709
E-Mail: tkelch@lkfirm.com
LAMB & KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for AD HOC CALIFORNIA
PUBLIC ENTITIES COMMITTEE

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors, | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM) | |

275990.1

I, Jean Lee, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Suite 4200, Los Angeles, California 90071.

2. On November 4, 2019, I served true copies of the following document described as **Amended Verified Statement of the Ad Hoc California Public Entities Committee Pursuant to Bankruptcy Rule 2019** on the interested parties in this action as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 4th day of November, 2019 in Los Angeles, California.

*/s/ Jean Lee*
Jean Lee

# SERVICE LIST

*All parties servced by ECF unless otherwise noted

| | |
|---|---|
| Attn: Janet Loduca, Esq.<br>PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street, B30A<br>San Francisco, California 94105<br>*Served by U.S. Mail | *Debtors* |
| Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>*Served by U.S. Mail | *Attorneys for Debtors* |
| Attn: Tobias Keller, Esq.<br>Jane Kim, Esq.<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, California 94108 | *Attorneys for Debtors* |
| Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038<br>*Served by U.S. Mail<br><br>Attn: Frank A. Merola, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angles, California 90067<br>*Served by U.S. Mail | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility* |
| Attn: Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>*Served by U.S. Mail | *Attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility* |

275990.1

| | |
|---|---|
| Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>*Served by U.S. Mail | *Attorneys for the California Public Utilities Commission* |
| Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>Office of the United States Trustee for Region 17<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, California 94102<br>*Served by U.S. Mail | *Trustee* |
| Attn: General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001<br>*Served by U.S. Mail | |
| Attn: Danielle A. Pham, Esq.<br>U.S. Department of Justice<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005 | *Attorneys for United States on behalf of the Federal Energy Regulatory Commission* |
| Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br><br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067<br>*Served by U.S. Mail | *Attorneys for the Official Committee of Unsecured Creditors* |
| Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025 | *Attorneys for the Official Committee of Tort Claimants* |

275990.1

| | |
|---|---|
| Attn: Michael S. Stamer, Esq.<br>Ira S. Dizengoff, Esq.<br>David H. Botter, Esq.<br>Abid Qureshi, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>*Served by U.S. Mail<br><br>Attn: Ashley Vinson Crawford, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>*Served by U.S. Mail | *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |

275990.1