# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 4291 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2019, I caused to be served the "Seventh Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019," dated October 18, 2019 [Docket No. 4291], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
18th day of October, 2019
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

# PG&E CORPORATION

# FEE APP NOTICE PARTIES

BAKER & HOSTETLER, LLP
PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES CA 90067

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: PRESIDENT OR GENERAL COUNSEL
77 BEALE STREET
P.O. BOX 77000
SAN FRANCISCO CA 94177

WEIL, GOTSHAL & MANGES LLP
COUNSEL TO DEBTOR
ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN
767 FIFTH AVENUE
NEW YORK NY 10153-0119

FEE EXAMINER
ATTN: BRUCE A. MARKELL
541 N. FAIRBANKS CT., SUITE 2200
CHICAGO, IL 60611-3710

# EXHIBIT B

**PG&E Corporation -and- Pacific Gas and Electric Company – Case No. 19-30088 (DM)
Electronic Mail Fee Application Service List**

bamexampge@gmail.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com