# Schedule 1

| Counterparty | EP Agreement | EP Amendment | Cure Amount |
|---|---|---|---|
| Dynegy Marketing and Trade, LLC | Energy Storage Resource Adequacy Agreement dated June 6, 2018, as previously amended by letters dated October 11, 2018 and November 27, 2018 | Amendment to Energy Storage Resource Adequacy Agreement dated October 7, 2019. | $0 |
| Java Solar, LLC | Power Purchase Agreement dated December 18, 2015, as previously amended by the First Amendment dated July 19, 2017 | Second Amendment to Power Purchase Agreement dated October 7, 2019. | $0 |